J. Leah Castella (SBN 205990)
E-mail: lcastella@bwslaw.com
Kevin D. Siegel (SBN 194787)
E-mail: ksiegel@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780  Fax: 510.839.9104

Attorneys for CITY OF BANNING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LAKES HIGHLAND, LLC, a Delaware limited liability company,<br><br>　　　　Petitioner and Plaintiff,<br><br>　　v.<br><br>CITY OF BANNING, a municipal corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Respondents and Defendants. | Case No. 5:24-cv-02603-DTB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO VERIFIED FIRST AMENDED PETITION**<br><br>Judge: Hon. David T. Bristow<br><br>Trial Date: |

**TO THIS HONORABLE COURT:**

　　1.　Petitioner and Plaintiff Sun Lakes Highland, LLC ("Petitioner") filed this action on December 6, 2024, and served its Verified Petition for Writ of Mandate and Complaint for (1) Violations of the Civil Rights Act, 42 U.S.C. Section 1983 (Denial of Due Process Under Fourteenth Amendment); (2) Declaratory Relief on Respondent and Defendant City of Banning ("Respondent") on December 11, 2024.

　　2.　On December 17, 2024, Petitioner and Respondent executed a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3), extending the time for Respondent to file its responsive pleading

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4905-9163-4206 v1

1

5:24-cv-02603-DTB
JOINT STIPULATION

from January 2, 2025, to January 31, 2025.

3. On January 7, 2025, Petitioner filed its Verified First Amended Petition for Writ of Mandate for: (1) Violations of Rights to Procedural Due Process and Fair Hearing; (2) Violations of Government Code section 65300 et seq.; Banning Municipal Code sections 17.04.030; 17.48.020; 17.56.050; and 17.96.060; and Complaint for (1) Violations of the Civil Rights Act, 42 U.S.C. Section 1983 (Denial of Due Process under the Fourteenth Amendment); and (2) Declaratory Relief ("Amended Petition").

4. On January 23, 2025, Petitioner and Respondent executed a Stipulation to Extend Time to Respond to Verified First Amended Petition, extending the time for Respondent to file its responsive pleading from January 31, 2025 to February 28, 2025.

5. On February 14, 2025, Petitioner and Respondent held a Rule 26(f) conference and initiated meet and confer efforts regarding Respondent's planned Motion to Dismiss the Amended Petition .

6. On February 19, 2025 Petitioner informed Respondent that it was considering amending its Amended Petition.

7. Petitioner and Respondent agree that, in light of Petitioner's consideration of amendment, extension of the deadline for responsive pleadings and the Rule 26(f) report serves judicial economy.

8. Accordingly, Petitioner and Respondent seek an order extending the time for Respondent to file its responsive pleading from February 28, 2025, to March 21, 2025.

9. The extension is not sought for purposes of delay or any other improper purpose.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, Leah A. Castella, on behalf of Respondent City of Banning and K. Erik Friess, on behalf of Petitioner Sun Lakes Highland,

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4905-9163-4206 v1

2

5:24-cv-02603-DTB
JOINT STIPULATION

LLC, as follows:

1. The deadline for Respondent City of Banning to file a responsive pleading to the First Amended Petition is extended from February 28, 2025 to March 21, 2025.

2. The deadline for filing a Rule 26(f) Report, which is currently February 28, 2025, is likewise extended to March 21, 2025.

**IT IS SO STIPULATED.**

Dated: February 21, 2025            ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP


                                    By:     /s/
                                         K. Erik Friess
                                         Attorney for Plaintiff
                                         SUN LAKES HIGHLAND, LLC


Dated: February 21, 2025            BURKE, WILLIAMS & SORENSEN, LLP


                                    By: _____
                                         J. Leah Castella
                                         Attorney for Defendant
                                         CITY OF BANNING

**FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

# PROOF OF SERVICE

**Sun Lakes Highland LLC v. City of Banning, et al.**
**5:24-cv-02603**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 1999 Harrison Street, Suite 1650, Oakland, CA 94612-3520.

On February 21, 2025, I served true copies of the following document(s) described as

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO VERIFIED FIRST AMENDED PETITION**

**[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO VERIFIED FIRST AMENDED PETITION**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 21, 2025, at Oakland, California.

*Anne M. Scott*

Anne M. Scott

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

1

**SERVICE LIST**
**Sun Lakes Highland LLC v. City of Banning, et al.**
**5:24-cv-02603**

**K Erik Friess**
Allen Matkins Leck Gamble Mallory and Natsis LLP
2010 Main Street 8th Floor
Irvine, CA 92614
949-553-1313
Fax: 949-553-8354
Email: rfriess@allenmatkins.com
      lurgoiti@allenmatkins.com

*Attorneys for Petitioner SUN LAKES HIGHLAND, LLC*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

2