J. Leah Castella (SBN 205990)
E-mail: lcastella@bwslaw.com
Kevin D. Siegel (SBN 194787)
E-mail: ksiegel@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for CITY OF BANNING

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LAKES HIGHLAND, LLC, a Delaware limited liability company,<br><br>    Petitioner and Plaintiff,<br><br>v.<br><br>CITY OF BANNING, a municipal corporation; and DOES 1 through 10, inclusive,<br><br>    Respondents and Defendants. | Case No. 5:24-cv-02603-DTB<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO VERIFIED FIRST AMENDED PETITION**<br><br>Judge: Hon. David T. Bristow<br><br>Action Filed: December 6, 2024<br>Amended Petition Filed: January 7, 2025<br>Current Response Date: February 28, 2025<br>New Response Date: March 21, 2025 |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4914-3473-9997 v3

1

5:24-cv-02603-DTB
ORDER

# ORDER

Having read the attached Stipulation of counsel, and good cause appearing therefore, it is ordered as follows:

1. The time for Respondent City of Banning to file and serve its response to Petitioner Sun Lakes Highland, LLC's First Amended Petition and Complaint on file herein is extended from February 28, 2025, to March 21, 2025.

2. The deadline for filing a Rule 26(f) Report, which is currently February 28, 2025, is likewise extended to March 21, 2025.

**IT IS SO ORDERED.**

Dated: February 24, 2025

_____
Magistrate Judge for the United States District Court

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4914-3473-9997 v3

2

5:24-cv-02603-DTB
ORDER