UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LAKES HIGHLAND, LLC, a Delaware limited liability company,<br><br>　　　　Petitioner and Plaintiff,<br><br>　vs.<br><br>CITY OF BANNING, a municipal corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Respondents and Defendants. | Case No. 5:24-cv-02603-DTB<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME** |

# **ORDER**

Having read the attached Stipulation of counsel, and good cause appearing therefore, it is ordered as follows:

1. The time for Respondent City of Banning to file and serve its response to Petitioner Sun Lakes Highland, LLC's First Amended Petition and Complaint on file herein is extended from March 21, 2025 to April 11, 2025.

2. The deadline for filing a Rule 26(f) Report, is likewise extended from March 21, 2025 to April 11, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____
Magistrate Judge for the
United States District Court