1  Brent S. Clemmer (SBN 179722)
   E-mail: clemmer@sbemp.com
2  Charles L. Gallagher (SBN 167093)
   E-mail: gallagher@sbemp.com
3  SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
   74774 Highway 111
4  Indian Wells, California 92210
   Telephone (760) 322-2275
5  Fax: (760) 322-2107

6  Attorneys for Defendant CITY OF BANNING

7  J. Leah Castella (SBN 205990)
   E-mail:  lcastella@bwslaw.com
8  Kevin D. Siegel (SBN 194787)
   E-mail:  ksiegel@bwslaw.com
9  Leila J. Moshref-Danesh (SBN 310783)
   E-mail:  lmoshref@bwslaw.com
10 Yara M. Wahba (SBN 339791)
   E-mail:  ywahba@bwslaw.com
11 BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
12 Oakland, California  94612
   Tel:  510.273.8780    Fax:  510.839.9104
13
   Attorneys for Defendants
14 CITY OF BANNING and SHERI FLYNN

15

16              UNITED STATES DISTRICT COURT

17      CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

18

19 SUN LAKES HIGHLAND, LLC, a            Case No. 5:24-cv-02603-DTB
   Delaware limited liability company,
20
                                         VOLUME 1 PART 1 OF THE
21          Petitioner and Plaintiff,    ADMINISTRATIVE RECORD OF
                                         PROCEEDINGS
          v.
22
   CITY OF BANNING, a municipal
23 corporation; SHERI FLYNN, an
   individual; and DOES 1 through 10,    Date:   May 29, 2025 (Off Calendar)
24 inclusive,                            Time:   10:00 a.m.
                                         Crtrm.: 4
25          Respondents and              Judge:  Hon. David T. Bristow
            Defendants.
26                                       Action Filed: December 6, 2024
                                         Second Amended Petition Filed: March
27                                       31. 2025

28

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 1. | | DR 21-7008 Aerial base Map | 1 | AR000001 |
| 2. | | DR 21-7008 Development Opportunities Map | 1 | AR000002 |
| 3. | | DR 21-7008 Vicinity Map | 1 | AR000003 |
| 4. | | DR 21-7008 Zoning Map | 1 | AR000004 |
| 5. | Various | News Articles, Social Media Posts, Text Messages | 1 | AR000005 |
| 6. | | Site Photos | 1 | AR000095 |
| 7. | June 3, 2011 | Draft Environmental Impact Report – Butterfield Specific Plan | 1 | AR000097 |
| 8. | December 2011 | Final Environmental Impact Report – Butterfield Specific Plan | 1 | AR000944 |
| 9. | June 2016 | Rancho San Gorgonio Specific Plan Draft Environmental Impact Report | 1 | AR001433 |
| 10. | November 2018 | Final Environmental Impact Report – Banning Distribution Center | 1 | AR002112 |
| 11. | November 13, 2019 | Rendering Concept 5 – North Entry View | 1 | AR002328 |
| 12. | December 29, 2019 | CLTA Preliminary Title Report | 1 | AR002329 |
| 13. | December 29, 2019 | CLTA Preliminary Title Report (Redlines) | 1 | AR002343 |
| 14. | February 21, 2020 | Notice of Preparation of an Environmental Impact Report and Scoping Meeting for Sun Lakes Village North Specific Plan Amendment No. 6 **Attachments:** Figure 1. Project Location Map/Aerial Photo Figure 2. Proposed Land Use Plan February 18, 2020 Initial Study Sun Lakes Village North Specific Plan Amendment No. 6 | 1 | AR002357 |
| 15. | September 9, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental Impact Report SCH No. 2020029074 • Appendix A- Notice of Preparation, Initial Study, Comment Letters • Appendix B- Air Quality and Greenhouse Gas Evaluation | 1 | AR002429 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | • Appendix C- Emissions from Alternatives<br>• Appendix D- Habitat Assessment<br>• Appendix E- Cultural Resources Records Search<br>• Appendix F-Phase I Cultural Resources Assessment<br>• Appendix G- Noise Monitoring<br>• Appendix H- Traffic Analysis<br>• Appendix I- Vehicle Miles Traveled (VMT) Analysis<br>• Appendix J- Water Supply Assessment | | |
| 16. | September 10, 2020 | Notice of Completion & Environmental Document Transmittal | 1 | AR003665 |
| 17. | September 11, 2020 | Notice of Availability of Draft Environmental Impact Report | 1 | AR004166 |
| 18. | October 20, 2020 | Notice of Public Hearing for PC Meeting of November 4, 2020 | 1 | AR004169 |
| 19. | October 28, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Final Environmental Impact Report SCH No. 2020029074 | 1 | AR004172 |
| 20. | November 4, 2020 | Planning Commission Meeting Agenda<br>Planning Commission Staff Report<br>**Attachments:**<br>1.    Resolution 2020-21 with Conditions of Approval<br>2.    Resolution 2020-22<br>3.    Specific Plan Amendment No. 5<br>4.    Draft EIR North Specific Plan Amendment No. 5<br>5.    Final EIR North Specific Plan Amendment No. 5 Public Hearing Notice | 1 | AR004227 |
| 21. | November 4, 2020 | Resolution 2020-21: Resolution of the Planning Commission of the City | 1 | AR005711 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | of Banning, California, Recommending that the City Council Adopt the Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001); Approve Zone Change No. 20-3501 to Amend the Zoning Ordinance Text; and Certify the Final Environmental Impact Report (SCH No. 2020029074) (Environmental Assessment No. 201502) and Adopt Findings of Fact, A Statement of Overriding Considerations, and a Mitigation Monitoring and Reporting Program |  |  |
| 22. | November 4, 2020 | Resolution 2020-22 [Unsigned version] | 1 | AR005734 |
| 23. | November 4, 2020 | Resolution 2020-22: A Resolution of the Planning Commission of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of approximately 47 Gross Acres Located between Sun Lakes Boulevard and Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also Identified as Assessor's Parcel Number 419-140-057 to Update the Existing Specific Plan Document to Amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including | 1 | AR005837 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines for Development; and Administration and Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 24. | November 20, 2020 | Notice of Public Hearing for CC Meeting of December 8, 2020 | 1 | AR005941 |
| 25. | December 8, 2020 | City Council Meeting Agenda City Council Report **Attachments:** 1.    Resolution 2020-141 2.    Ordinance 1571 3.    Sun Lakes Village Specific Plan Amendment 5 4.    Public Hearing Notice 5.    Draft Environmental Impact Report 6.    Final Environmental Impact Report (EIR)    a.  Administrative Response to Lake Comment Letter    b.  Comments on Final EIR    c.  Supplemental Comments on Final EIR | 1 | AR005944 |
| 26. | December 8, 2020 | Resolution 2020-141: A Resolution of the City Council of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of Approximately 47 Gross Acres Located between Sun Lakes Boulevard And Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also identified as assessor's parcel number 419-140-057 | 1 | AR007742 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | to update the existing specific plan document to amend the specific plan land use plan from retail commercial (auto dealer) to business park & warehouse (BW), office & professional (OP), AND retail & service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines For Development; and Administration And Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 27. | December 8, 2020 | Resolution 2020-141[Unsigned version] | 1 | AR007856 |
| 28. | December 2, 2020 – December 9, 2020 | Bulk Emails regarding environmental clean-up and demolition with City and A. Chacon, S. Kukett and G. Hill | 1 | AR007971 |
| 29. | January 12, 2021 | Ordinance No. 1571 [Unsigned version] | 1 | AR008029 |
| 30. | January 12, 2021 | Ordinance No. 1571: An Ordinance Of The City Council Of The City Of Banning, California, Approving Zone Change No. 20-3501 To Amend The Zoning Ordinance To Incorporate The Text Of The Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001) Into The Zoning Ordinance | 1 | AR008035 |
| 31. | January 25, 2021 | Renderings Concept 5 – North Entry View (Retail) | 1 | AR008042 |
| 32. | January 4, 2021 - January 27, 2021 | Bulk Emails regarding proposed project and dedications for street widening, sign diversion with Thienes Engineering, Inc. | 1 | AR008048 |
| 33. | January 29, 2021 | Public Hearing Notice Certificate of Mailing | 1 | AR008080 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 34. | February 2, 2021 - February 22, 2021 | Bulk Emails regarding November publication notices and invoices from Record Gazette to City | 1 | AR008083 |
| 35. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development | 1 | AR008410 |
| 36. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development(Redlines) | 1 | AR008474 |
| 37. | March 19, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR008540 |
| 38. | March 30, 2021 | Infiltration Report | 1 | AR008547 |
| 39. | March 30, 2021 | Infiltration Report (Redlines) | 1 | AR008577 |
| 40. | April 8, 2021 | Preliminary Landscape Plan | 1 | AR008607 |
| 41. | April 16, 2021 | Conceptual Grading Plan | 1 | AR008608 |
| 42. | April 16, 2021 | Conceptual Grading Plan (Redlines) | 1 | AR008611 |
| 43. | April 16, 2021 | Conceptual Grading Plan (Response) | 1 | AR008614 |
| 44. | April 16, 2021 | Preliminary Hydrology Report | 1 | AR008618 |
| 45. | April 16, 2021 | Preliminary Hydrology Report (Redlined) | 1 | AR008757 |
| 46. | April 19, 2021 | Tentative Parcel Map No. 38164 | 1 | AR008897 |
| 47. | April 19, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR008898 |
| 48. | April 19, 2021 | Water Quality Management Plan | 1 | AR008899 |
| 49. | April 19, 2021 | Water Quality Management Plan (Redlined PC1 Draft PWQMP) | 1 | AR009093 |
| 50. | April 19, 2021 | Water Quality Management Plan (Redlined PC2 Draft PWQMP) | 1 | AR009288 |
| 51. | April 20, 2021 | Banning Point Preliminary Landscape Plan | 1 | AR009556 |
| 52. | April 29, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR009557 |
| 53. | April 25, 2021 - April 30, 2021 | Bulk Emails regarding Costco follow-up from James Wurts and ECK Corp. | 1 | AR009559 |
| 54. | April 30, 2021 | Overall Site Plan with comments | 1 | AR009618 |
| 55. | April 30, 2021 | Overall Site Plans | 1 | AR009619 |
| 56. | April 30, 2021 | Plans – Architectural Set | 1 | AR009630 |
| 57. | May 18, 2021 | Property Owners Certification Form and GIS Mailing Labels | 1 | AR009646 |
| 58. | May 27, 2021 | MIG Submittal Letter to Planning Department | 1 | AR009656 |
| 59. | May 27, 2021 | Project Description | 1 | AR009657 |
| 60. | May 27, 2021 | Uniform Development Application | 1 | AR009662 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 61. | May 5, 2021 - May 28, 2021 | Bulk Emails regarding labor workforce statistics for City of Banning between G. Kingston and J. Wurtz | 1 | AR009669 |
| 62. | June 9, 2021 | Design Review Transmittal | 1 | AR009712 |
| 63. | June 9, 2021 | Design Review Transmittal, Approved by Building and Safety Department 06/29/2021 | 1 | AR009714 |
| 64. | June 9, 2021 | Design Review Transmittal, Approved by Fire Department 06/16/2021 | 1 | AR009716 |
| 65. | June 9, 2021 | Planning & Zoning Payment Receipt | 1 | AR009718 |
| 66. | June 7, 2021 - June 10, 2021 | Bulk Emails between A. Steele and S. Calderon regarding Banning Point submittal | 1 | AR009722 |
| 67. | June 9, 2021 | Email from S. Calderon to R. Miller Re out of office | 1 | AR009762 |
| 68. | June 10, 2021 | Trip Generation Assessment | 1 | AR009763 |
| 69. | June 10, 2021 | Vehicle Miles Traveled Analysis | 1 | AR009771 |
| 70. | June 16, 2021 | Banning Fire Services – Office of the County Fire Marshal - Planning Case Conditions | 1 | AR009787 |
| 71. | June 22, 2021 | Engineering Department 3.1 Grading Plan Checklist | 1 | AR009789 |
| 72. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo | 1 | AR009799 |
| 73. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo and Responses | 1 | AR009800 |
| 74. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Conceptual Grading, Utilities & Storm Drain Plan - PC1 Memo | 1 | AR009801 |
| 75. | June 24, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of Approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 1 | AR009803 |
| 76. | June 24, 2021 | Memorandum from Engineering Resources of Southern California, | 1 | AR009811 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Inc. Re Sun Lakes Village - PWQMP - PC1 Memo | | |
| 77. | June 14, 2021 - June 25, 2021 | Bulk Emails between A. Loconte and Kevin Sin regarding DR 21-7008 N | 1 | AR009813 |
| 78. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Soils Report – Approval Letter | 1 | AR009898 |
| 79. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Infiltration Report – Approval Letter | 1 | AR009899 |
| 80. | June 28, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Sun Lakes Village – Preliminary Hydrology Report - PC1 Memo | 1 | AR009900 |
| 81. | June 29, 2021 | City of Banning Building and Safety Comments Re DR 21-7008 | 1 | AR009901 |
| 82. | June 28, 2021 - June 30, 2021 | Bulk Emails between A. Rush and Liza Edwards regarding DR 21-7008 | 1 | AR009903 |
| 83. | July 19, 2021 | Banning Point Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum | 1 | AR009970 |
| 84. | July 29, 2021 | Site Lighting Design | 1 | AR010373 |
| 85. | July 29, 2021 | Tentative Parcel Map No. 38164 | 1 | AR010374 |
| 86. | July 29, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR010375 |
| 87. | July 2, 2021 - July 30, 2021 | Bulk Emails from A. Steele to L. Edwards regarding planning comments on DR 21-7008 | 1 | AR010376 |
| 88. | August 2, 2021 | California, Inc. Re Banning 47 – Sun Lakes Blvd (18014001) Response to "PWQMP PC1 Memo" dated June 24, 2021 | 1 | AR010526 |
| 89. | August 2, 2021 | Preliminary Water Quality Management Plan Prepared: 4/19/2021 Revision Date: 8/2/2021 | 1 | AR010528 |
| 90. | August 5, 2021 | Conceptual Grading Plan | 1 | AR010796 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 91. | August 5, 2021 | Conceptual Grading Plan (Redline) | 1 | AR010801 |
| 92. | August 5, 2021 | Preliminary Hydrology Report | 1 | AR010806 |
| 93. | August 9, 2021 | Project Description Banning Point LGE / Design Build | 1 | AR010968 |
| 94. | August 10, 2021 | Response to Comments from LGE Project Team Re Banning Point – DR 21-7008 | 1 | AR010973 |
| 95. | August 3, 2021 - August 30, 2021 | Bulk Emails from A. Rush to L. Edwards regarding DR 21-7008 waiving Burrowing Owl survey or habit assessment report | 1 | AR010984 |
| 96. | September 7, 2021 | Design Review 2nd Submittal | 1 | AR011024 |
| 97. | September 7, 2021 | Design Review 2nd Submittal, Approved by Building & Safety Department 9-7-21 | 1 | AR011026 |
| 98. | September 7, 2021 | Design Review 2nd Submittal, Approved by Fire Department 9-14-21 | 1 | AR011028 |
| 99. | September 9, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Banning 47 – Sun Lakes Village - PWQMP - PC2 Memo | 1 | AR011030 |
| 100. | September 1, 2021 - September 10, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 1 | AR011031 |
| 101. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Sun Lakes Blvd. – Conceptual Grading, Utilities & Storm Drain Plan – PC2 – Memo ERSC Job No. 18014001/165 | 2 | AR011076 |
| 102. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – TPM 21-4001 – TPM 38164 PC2 Memo | 2 | AR011078 |
| 103. | September 13, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 - 165 – Banning 47 – Sun Lakes Village – Preliminary Hydrology Report - PC2 Memo | 2 | AR011079 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 104. | September 13, 2021 - September 16, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 2 | AR011080 |
| 105. | September 23, 2021 | City of Banning Electric Utility – 2nd Submittal Electric Comments | 2 | AR011205 |
| 106. | September 20, 2021 - September 24, 2021 | Bulk Emails from A. Rush to L. Edwards regarding CEQA review | 2 | AR011207 |
| 107. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Trip Generation Assessment – PC1 Memo | 2 | AR011259 |
| 108. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Vehicle Miles Traveled (VMT) Analysis – PC1 Memo | 2 | AR011260 |
| 109. | September 27, 2021 - September 29, 2021 | Bulk Emails to A. Vela at City regarding download sharefile notification Traffic Impact Analysis with documents attached | 2 | AR011261 |
| 110. | October 4, 2021 | Trip Generation Assessment | 2 | AR011359 |
| 111. | October 4, 2021 | Trip Generation Assessment Response to Comments | 2 | AR011369 |
| 112. | October 5, 2021 | Conceptual Colored Elevations and Material Board – Warehouse Bldg. | 2 | AR011374 |
| 113. | October 5, 2021 | Narrative of changes from LGE Project Team Re Banning Point – DR 21-7008 | 2 | AR011375 |
| 114. | October 5, 2021 | Public Hearing Notice for October 19, 2021 PC Meeting | 2 | AR011378 |
| 115. | October 6, 2021 | Conceptual Landscape Plan | 2 | AR011380 |
| 116. | October 6, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 2 | AR011381 |
| 117. | October 4, 2021 - October 9, 2021 | Bulk Emails from A. Rush to S. Calderon regarding newspaper notices | 2 | AR011389 |

# CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 118. | October 9, 2021 | Email from B. Filadelfia Re Opposition to industrial warehouse at the Sun Lakes Village | 2 | AR011629 |
| 119. | October 11, 2021 - October 17, 2021 | Bulk Emails from J. Everett to A. Rush regarding DR 21-7008 and availability for community engagement discussion | 2 | AR011630 |
| 120. | October 19, 2021 | Agenda Special Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.     Resolution 2021-16 with Conditions of Approval 2.     Project Plans 3.     DR-21-7008 - Public Hearing Notice 4.     DR-21-7008 – Notice of Determination 5.     Public Comment Received October 9, 2021 | 2 | AR011771 |
| 121. | October 19, 2021 | Planning Commission Meeting Action Minutes | 2 | AR011881 |
| 122. | October 19, 2021 | Transcript of Planning Commission Meeting | 2 | AR011887 |
| 123. | October 18, 2021 - October 24, 2021 | Bulk Emails regarding public comments for DR 21-7008 Banning Point development | 2 | AR012098 |
| 124. | October 25, 2021 - October 31, 2021 | Bulk Emails from T. Miller to A. Rush regarding proposed warehouse projects | 2 | AR012582 |
| 125. | November 1, 2021 - November 6, 2021 | Bulk Emails from J. Zemon to C. Wallace regarding Creation Equity | 2 | AR012875 |
| 126. | November 8, 2021 - November 13, 2021 | Bulk Emails from A. Steele to S. Calderon regarding Banning Point Radius Map and Labels | 2 | AR013186 |
| 127. | November 19, 2021 | Notice of Public Hearing for the December 1, 2021 Planning Commission Meeting | 2 | AR013275 |
| 128. | November 19, 2021 | Proof of Publication for the December 1, 2021 Planning Commission Meeting | 2 | AR013280 |
| 129. | November 15, 2021 - November 20, 2021 | Bulk Emails from R. Robbins to A. Rush regarding Banning Point and | 2 | AR013281 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | conflicting information from D. Schulze | | |
| 130. | November 22, 2021-November 27, 2021 | Bulk Emails from C. Patton to A. Rush Re public records request | 2 | AR013472 |
| 131. | November 28, 2021 - November 30, 2021 | Bulk Emails redacted from private party to S. Calderon Re comments at 12-1-21 planning meeting | 2 | AR013641 |
| 132. | December 1, 2021 | Agenda Regular Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.    Resolution 2021-16 with Conditions of Approval 2.    Project Plans 3.    DR-21-7008 - Public Hearing Notice 4.    DR-21-7008 – Notice of Determination | 2 | AR014010 |
| 133. | December 1, 2021 | Notice of Determination | 2 | AR014115 |
| 134. | December 1, 2021 | Planning Commission Regular Meeting Action Minutes | 2 | AR014117 |
| 135. | December 1, 2021 | Resolution 2021-16: A Resolution of the Planning Commission of the City of Banning, California, Making Environmental Determinations Under CEQA Guidelines Section 15162, and Approving Design Review 21-7008 & Tentative Parcel Map 38164, to Allow the Subdivision of 47 Acres Into Three (3) Commercial and Industrial Parcels for Financing Purposes and Permit the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet on 47-Acres, Including 10,000 Square Feet of Office Space, and Six (6) Retail/Restaurant Buildings Totaling 34,000 Square Feet, on Real Property Located Within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057) | 2 | AR0141121 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 136. | December 1, 2021 | Transcript of Planning Commission Meeting | 2 | AR014171 |
| 137. | December 1, 2021 - December 5, 2021 | Bulk Emails from M. Murshedi to C. Patton Re false assumptions about distribution center | | AR014411 |
| 138. | December 7, 2021 | Letter from Shute Mihaly Weinberger, LLP to Adam B. Rush, AICP, Community Development Director Re Planning Commission Approval of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR014923 |
| 139. | December 7, 2021 - December 12, 2021 | Bulk Emails from R. Roy to C. Patton Re appeal deadline | 2 | AR014926 |
| 140. | December 16, 2021 | Letter from M. Burton and cover email to City Attorney Re NOD | 2 | AR015262 |
| 141. | December 13, 2021 - December 17, 2021 | Bulk Emails from M. Murshedi to D. Schulze Re PAG newsletters attached | 2 | AR015267 |
| 142. | December 21, 2021 | Email and Letter from City Attorney Kevin Ennis Re NOD | 2 | AR015437 |
| 143. | December 20, 2021 - December 29, 2021 | Bulk Emails from J. Gaglio to B. Robinson Re switch size | 2 | AR015441 |
| 144. | January 3, 2022 - January 8, 2022 | Bulk Emails from A. Rush to A. Rush Re PHN for DR 21-7008 Appeal hearing and special meeting | 2 | AR015473 |
| 145. | January 10, 2022 - January 14, 2022 | Bulk Emails from A. Rush to J. Zemon Re Banning Point catch up | 2 | AR015638 |
| 146. | January 21, 2022 | Proof of Publication of January 31, 2022 City Council Public Hearing | 2 | AR015676 |
| 147. | January 17, 2022 - January 23, 2022 | Bulk Emails from J. Gaglio to B. Robinson Re power and undergrounding poles/lines | 2 | AR015678 |
| 148. | January 24, 2022- January 31, 2022 | Bulk Emails from C. So to S. Calderon Re Banning Point meeting | 2 | AR015744 |
| 149. | January 24, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Appeal of Sun Lakes Village North Design Review 21-7008 and Opposition to Tentative Parcel Map 38164 | 2 | AR016113 |
| 150. | February 1, 2022 - February 6, 2022 | Bulk Emails to Banning public records from L. Sampson | 2 | AR016541 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 151. | February 10, 2022 | Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report Appendices: <ul><li>Appendix A: Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum</li><li>Appendix B: Traffic Assessment</li><li>Appendix C Vehicle Miles Traveled (VMT) Analysis</li><li>Appendix D Noise and Vibration Impact Analysis</li></ul> | 2 | AR016739 |
| 152. | February 10, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Recusal of Mayor Pro Tem Colleen Wallace, Councilmember Mary Hamlin, and Councilmember Alberto Sanchez from Consideration of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR017425 |
| 153. | February 10, 2022 | See Tab 151 (Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report) above. | 2 | AR017454 |
| 154. | February 7, 2022 - February 12, 2022 | Bulk Emails from L. Hamlin to M. Owen Re organized crime links | 2 | AR018140 |
| 155. | February 15, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re Banning Point Development (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR018281 |
| 156. | February 15, 2022 | Supplemental letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the | 2 | AR018730 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | City Council Re Design Review 21-7008 and Tentative Parcel Map 38164 | | |
| 157. | February 16, 2022 | Letter from Allen Matkins to Mayor and City Council Re Approve the Banning Point Development (Design Review 21-7008 and Parcel Map 38164) and Deny the Appeal Filed by Pass Action Group | 2 | AR018745 |
| 158. | February 17, 2022 | Agenda Special City Council Meeting City of Banning, California<br>City Council Staff Report<br>**Attachments:**<br>1. City Council Resolution 2022-14 (including Conditions of Approval)<br>2. Appeal Filed By Pass Action Group<br>3. Planning Commission Staff Report, December 1, 2021<br>4. Tentative Parcel Map 38164<br>5. DR 21-7008 Plan Set<br>6. Addendum/Consistency Checklist<br>7. Approved Planning Commission Meeting Minutes, October 19, 2021<br>8. Planning Commission Meeting Minutes, December 1, 2021<br>9. Planning Commission Resolution No. 2021-16<br>10.    City Council Public Hearing Notices<br>11.    City Council Affidavit of Public Hearing Notice | 2 | AR018776 |
| 159. | February 17, 2022 | City Council Special Meeting Minutes<br>**Public Record Materials:**<br>1. Public Comment submitted by Pass Area Action Group – Received 1/24/2022 | 2 | AR019725 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | 2. Project CEQA Consultant Response to Comments – Received 2/15/2022<br>3. Allen Matkins Leck Gamble Mallory & Natsis LLP Letter of Support – Received 2/16/2022<br>4. Appellant Supplement Letter – Received 2/16/2022<br>5. Project CEQA Consultant Response to Comments – Received 2/17/2022 | | |
| 160. | February 17, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted on February 15, 2022, by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR019768 |
| 161. | February 17, 2022 | Notice of Determination | 2 | AR019772 |
| 162. | February 17, 2022 | Resolution 2022-14: A Resolution of the City Council Of The City Of Banning, California, (1) Approving Tentative Parcel Map No. 38164, Allowing the Subdivision of Approximately 47 Gross Acres of Vacant Land, Into Three Parcels; (2) Approving Design Review 21-7008 and Affirming the Planning Commission's Approval of that Application and Denying an Appeal of that Decision and Permitting the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet, Including 10,000 Square Feet of Office Space, and Six Retail/Commercial Buildings Totaling 34,000 Square Feet, on Real Property Located within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057); And (3) Adopting an | 2 | AR019773 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Addendum Under the California Environmental Quality Act (CEQA) and Making Findings in Support thereof, including Finding of Consistency with the Certified Environmental Impact Report Prepared for Amendment No. 5 to the Sun Lakes Village North Specific Plan (SCH # 2020029074) | | |
| 163. | February 17, 2022 | *See* Tab 162 (Resolution 2022-14) above. | 2 | AR019820 |
| 164. | February 17, 2022 | Transcript of City Council Special Meeting | 2 | AR019867 |
| 165. | February 14, 2022 - February 18, 2022 | Bulk Emails from L. Sampson to C. Patton Re special CC meeting on appeal | 2 | AR020161 |
| 166. | November 21, 2021 – January 24, 2022 | Bulk Emails regarding miscellaneous | 2 | AR020613 |
| 167. | May 15, 2024 | Email from J. Everett to J. Zemon Re Radius Labels | 2 | AR020619 |
| 168. | May 15, 2024 | Email from J. Zemon to J. Everett Re Radius Labels | 2 | AR020621 |
| 169. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020625 |
| 170. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020629 |
| 171. | May 15, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020633 |
| 172. | May 15, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020637 |
| 173. | May 17, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020641 |
| 174. | May 17, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020646 |
| 175. | May 20, 2024 | Email from A. Rush to S. Calderon Re SmartGov | 2 | AR020651 |
| 176. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020653 |
| 177. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020654 |
| 178. | May 20, 2024 | Email from S. Dailey v. A. Sanchez Re Project Vote No | 2 | AR020656 |

4926-5873-9798

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 179. | May 21, 2024 | Email from K. Bundy to City Clerk Re PAG and inadequate notice of hearing | 2 | AR020657 |
| 180. | May 21, 2024 | Email From A. Rush to J. Zemon Re inadequate notice of hearing | 2 | AR020660 |
| 181. | May 22, 2024 | Email from S. Calderon to K. Bundy Re inadequate notice of hearing | 2 | AR020664 |
| 182. | May 22, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020665 |
| 183. | May 22, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020666 |
| 184. | May 30, 2024 | Email from S. Calderon to A. Rush Re June 11 CC Meeting | 2 | AR020668 |
| 185. | May 30, 2024 | Email from A. Rush to S. Calderon Re June 11 CC Meeting | 2 | AR020669 |
| 186. | June 3, 2024 | Email from S. Calderon to J. Zemon Re Banning Point Project and June 11 | 2 | AR020670 |
| 187. | June 3, 2024 | Email from S. Calderon to Public Works Group Re June 11 CC Meeting | 2 | AR020674 |
| 188. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020678 |
| 189. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020680 |
| 190. | June 4, 2024 | Email from K. Bundy to C. Patton Re Inadequate notice of hearing | 2 | AR020682 |
| 191. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020684 |
| 192. | June 4, 2024 | Email from R. Reddig to City Clerk Re Banning Point objection | 2 | AR020686 |
| 193. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from F. Matzen | 2 | AR020687 |
| 194. | June 5, 2024 | Email from S. Dills to S. Calderon Re Banning Point approval | 2 | AR020688 |
| 195. | June 5, 2024 | Email from J. Zemon to E. Papp Re June 11 Hearing to touch base | 2 | AR020689 |
| 196. | June 4, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020690 |
| 197. | June 5, 2024 | Email from E. Papp to J. Zemon Re June 11 Hearing to touch base | | AR020693 |

# CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 198. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from S. Dills | 2 | AR020694 |
| 199. | June 5, 2024 | From C. Patton to S. Dills Re Banning Point comments | 2 | AR020695 |
| 200. | June 5, 2024 | From C. Patton to R. Reddig Re Banning Point comments | 2 | AR020696 |
| 201. | June 5, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020697 |
| 202. | June 5, 2024 | Email from P. Jackson to S. Calderon Re objections to Banning Point | 3 | AR020700 |
| 203. | June 5, 2024 | Email from C. Patton to F. Matzen Re Banning Point comments | 3 | AR020701 |
| 204. | June 6, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 3 | AR020702 |
| 205. | June 6, 2024 | Email from C. Patton to K. Bundy Re Inadequate notice of hearing | 3 | AR020705 |
| 206. | June 6, 2024 | Email from D. Ferreira to City Clerk Re Banning Point opposition | 3 | AR020708 |
| 207. | June 6, 2024 | Email from S. Calderon to E. Papp Re Affidavit of Mailing | 3 | AR020709 |
| 208. | June 6, 2024 | Email from D. Ferreira to C. Wallace Re Banning Point opposition | 3 | AR020736 |
| 209. | June 6, 2024 | Email from D. Ferreira to D. Happe Re Banning Point opposition | 3 | AR020737 |
| 210. | June 6, 2024 | Email from C. Patton to D. Ferreira Re Banning Point comments | 3 | AR020738 |
| 211. | June 6, 2024 | Email from D. Ferreira to A. Sanchez Re Banning Point opposition | 3 | AR020739 |
| 212. | June 7, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020740 |
| 213. | June 10, 2024 | Email from B. Ruano to City Clerk Re Banning Point vote | 3 | AR020744 |
| 214. | June 10, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote | 3 | AR020745 |
| 215. | June 10, 2024 | Email from L. Sampson to B. Ruano Re Banning Point vote | 3 | AR020746 |
| 216. | June 10, 2024 | Email from B. Ruano to R. Minjares Re Attachment with vote no | 3 | AR020747 |
| 217. | June 10, 2024 | Email from L. Sampson to C. Patton Re Banning Point Warehouse Project | 3 | AR020749 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 218. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020751 |
| 219. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020753 |
| 220. | June 10, 2024 | Email from J. Condas to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020755 |
| 221. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC consent item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020758 |
| 222. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Public Hearing Item 7.1` | 3 | AR020761 |
| 223. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020764 |
| 224. | June 10, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR020767 |
| 225. | June 10, 2024 | Email from K. Bundy to C. Patton Re rescheduling hearing | 3 | AR020768 |
| 226. | June 11, 2024 | Email from T. Leamy to C. Wallace Re vote | 3 | AR020769 |
| 227. | June 11, 2024 | City Council Regular Meeting Agenda (ITEM 9.1 REMOVED AND NOT HEARD) | 3 | AR020770 |
| 228. | June 11, 2024 | Minutes of City Council Regular Meeting (SHOWS 9.1 REMOVED FROM AGENDA AND NOT HEARD) | 3 | AR020775 |
| 229. | June 11, 2024 | Staff Report for City Council Regular Meeting on June 11, 2024 with attachments: NOT HEARD 1. Resolution 2024-88, Banning Point.docx 2. Exhibit A - Conditions of Approval.docx 3. PAAG Appeal Letter.pdf 4. December 1 2021 Regular Planning Commission Meeting.pdf 5. TPM 38164.pdf 6. DR 21-7008 Plans.pdf | 3 | AR020803 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | 7. Addendum Consistency Checklist.pdf<br>8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. February 17, 2022 Special CC Meeting Minutes.pdf<br>12. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>13. Public Comment Correspondence.pdf<br>14. 10.19.2021 PC PHN.pdf<br>15. 12.01.2021 PC PHN.pdf<br>16. Public Hearing Notice - 06/11/2024 | | |
| 230. | June 24, 2024 | Email From P. Gosney to J. Condas Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022716 |
| 231. | June 25, 2024 | Email from S. Calderon to E. Papp Re Affidavits of Mailing and Posting Notice of Hearing | 3 | AR022719 |
| 232. | June 30, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote NO | 3 | AR022746 |
| 233. | July 1, 2024 | Email From P. Gosney to J. Condas and E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022747 |
| 234. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022750 |
| 235. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting (Second Email) | 3 | AR022753 |
| 236. | July 5, 2024 | Email from P. Jackson to City Clerk Re  objection to Banning Point project | 3 | AR022757 |
| 237. | July 6, 2002 | Email from T. Leamy to C. Wallace Re vote | 3 | AR022759 |
| 238. | July 6, 2024 | Email from G. Johnson to A. Sanchez Re traffic congestion | 3 | AR022760 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 239. | July 8, 2024 | Email from B. Ruano to City Clerk Re vote | 3 | AR022761 |
| 240. | July 8, 2024 | Email from K. and R. Nemire to A. Sanchez Re Letter regarding opposition | 3 | AR022762 |
| 241. | July 8, 2024 | Email from J. Sherman to A. Rush Re opposition | 3 | AR022764 |
| 242. | July 8, 2024 | Email from D. Ferreira to City Clerk Re opposition | 3 | AR022765 |
| 243. | July 8, 2024 | Email from D. Ferreira to City Council and Mayor Re opposition | 3 | AR022766 |
| 244. | July 8, 2024 | Email from D. Ferreira to Councilwoman C. Wallace Re opposition | 3 | AR022767 |
| 245. | July 8, 2024 | Email from D. Ferreira to D. Happe Re opposition | 3 | AR022768 |
| 246. | July 8, 2024 | Email from D. Ferreira to A. Sanchez Re opposition | 3 | AR022769 |
| 247. | July 8, 2024 | Email from D. Ferreira to D. Schulze Re opposition | 3 | AR022770 |
| 248. | July 8, 2024 | Email from K. Dale to C. Patton Re comments | 3 | AR022771 |
| 249. | July 8, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR022778 |
| 250. | July 8, 2024 | Email from D. Shulze to C. Patton Re opposition | 3 | AR022779 |
| 251. | July 8, 2024 | Email from H. Tabachnik to C. Patton Re opposition | 3 | AR022780 |
| 252. | July 8, 2024 | Email from M. Johnson to D. Schulze Re opposition | 3 | AR022781 |
| 253. | July 8, 2024 | Email from M. Johnson to A. Sanchez Re opposition | 3 | AR022782 |
| 254. | July 8, 2024 | Email from M. Johnson to R. Minjares Re opposition | 3 | AR022783 |
| 255. | July 8, 2024 | Email from R. Robbins to C. Patton Re 7-9-24 Presentation | 3 | AR022784 |
| 256. | July 8, 2024 | Email from M. Johnson to D. Happe Re opposition | 3 | AR022798 |
| 257. | July 8, 2024 | Email from D. Schulze to C. Patton Re opposition | 3 | AR022799 |
| 258. | July 8, 2024 | Email from C. Patton to R. Robbins Re PAG documents | 3 | AR022800 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 259. | July 8, 2024 | Email from R. Robbins to C. Patton Re PAG documents | 3 | AR022801 |
| 260. | July 8, 2024 | Email from M. Johnson to C. Wallace Re opposition | 3 | AR022802 |
| 261. | July 8, 2024 | Email from C. Pierro to A. Sanchez Re traffic and health reasons | 3 | AR022803 |
| 262. | July 9, 2024 | Email from K. Bundy to City Council Re PAG Comments | 3 | AR022804 |
| 263. | July 9, 2024 | Email from K. Dale to City Clerk Re 7-9-24 CC Meeting and the project | 3 | AR022813 |
| 264. | July 9, 2024 | Email from S. Calderon to E. Papp Re 7-9-24 CC Meeting Agenda | 3 | AR022816 |
| 265. | July 9, 2024 | Email from C. Patton to K. Bundy Re 7-9-24 CC Agenda | 3 | AR022825 |
| 266. | July 9, 2024 | Email from S. Flynn to C. Patton Re 7-9-24 CC Agenda | 3 | AR022826 |
| 267. | July 9, 2024 | Email from R. Minjares to R. Minjares Re 7-9-24 CC Public Hearing | 3 | AR022827 |
| 268. | July 9, 2024 | Email from C. Wallace to R. Boyle Re S. Flynn attending PAG meeting and participating | 3 | AR022830 |
| 269. | July 9, 2024 | City Council Regular Meeting Agenda | 3 | AR022831 |
| 270. | July 9, 2024 | Minutes of City Council Regular Meeting | 3 | AR022836 |
| 271. | July 9, 2024 | Notice of Public Hearing | 3 | AR022990 |
| 272. | July 9, 2024 | Proof of Publication | 3 | AR022992 |
| 273. | July 9, 2024 | Staff Report for City Council Regular Meeting on July 9, 2024 with attachments:<br><br>1. Resolution 2024-114, DR 21-7008 Consideration.docx<br>2. Exhibit A - COAs.docx<br>3. PAAG Appeal Letter.pdf<br>4. December 1 2021 Regular Planning Commission Meeting.pdf<br>5. TPM 38164.pdf<br>6. DR 21-7008 Plans.pdf<br>7. Addendum Consistency Checklist.pdf | 3 | AR022993 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. Resolution No. 2022-014.pdf<br>12. February 17, 2022 Special CC Meeting Minutes.pdf<br>13. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>14. March 15, 2024 Ruling.pdf<br>15. Public Comment Correspondence.pdf<br>16. 10.19.2021 PC PHN.pdf<br>17. 12.01.2021 PC PHN.pdf<br>18. Public Hearing Notice - 06/11/2024<br>19. PHN_Banning Point_7.9.2024.pdf<br>20. 2024 06 28_PHN - Proof of Publication<br>21. Banning - Affidavits of Mailing and Posting of Notice of Public Hearing.pdf | | |
| 274. | July 9, 2024 | Resolution 2024-113 | 3 | AR025680 |
| 275. | July 9, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 7.1 | 3 | AR025683 |
| 276. | July 10, 2024 | Email from J. Sherman to K. Gutierrez Re project opposition | 3 | AR025929 |
| 277. | July 10, 2024 | Email from K. Gutierrez to E. Papp Re opposition | 3 | AR025930 |
| 278. | July 11, 2024 | Email from D. Nethercott to C. Wallace Re 7-9-24 CC Meeting | 3 | AR025931 |
| 279. | July 11, 2024 | Email from D. Nethercott to A. Sanchez Re 7-9-24 CC Meeting | 3 | AR025932 |
| 280. | July 11, 2024 | Email from D. Nethercott to S. Flynn thanking her for hard work | 3 | AR025933 |
| 281. | July 11, 2024 | Email from K. Dale to E Papp re Banning Point - Legible Parcel Map | 3 | AR025934 |
| 282. | July 25, 2024 | Letter from Project Applicant to CC Re Banning Point Project | 3 | AR025936 |
| 283. | July 25, 2024 | Email from K. Preston to CC Re Banning Point Project | 3 | AR025951 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 284. | July 25, 2024 | Email from C. Patton to K. Preston Re Banning Point Project | 3 | AR025967 |
| 285. | July 25, 2024 | Email from K. Preston to C. Patton Re Banning Point Project | 3 | AR025968 |
| 286. | August 9, 2024 | Email from K. Bundy to C. Patton re Banning Point Project - City Council hearing | 3 | AR025970 |
| 287. | August 9, 2024 | Email from C. Patton to K. Bundy re Banning Point Project - City Council hearing | 3 | AR025971 |
| 288. | August 9, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025972 |
| 289. | August 10, 2024 | Email from V. De Bry to D. Happe Re Banning Point | 3 | AR025974 |
| 290. | August 10, 2024 | Email from V. De Bry to R. Minjares Re Banning Point | 3 | AR025975 |
| 291. | August 13, 2024 | Email from C. Patton to K. Bundy Re Banning Point Project - City Council hearing | 3 | AR025976 |
| 292. | August 13, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025978 |
| 293. | August 13, 2024 | Email from J. Hannahs to S. Flynn Re Banning Point | 3 | AR025980 |
| 294. | August 13, 2024 | Email from J. Hannahs to C. Wallace Re Banning Point Warehouse | 3 | AR025981 |
| 295. | August 13, 2024 | Email from J. Hannahs to A. Sanchez Re Banning Point Warehouse | 3 | AR025982 |
| 296. | August 14, 2024 | Email from City Manager by L. Sampson to D. Schulze Re Sun Lakes Village | 3 | AR025983 |
| 297. | August 14, 2024 | Email from E. Papp to P. Gosney Re Banning Point Project - City Council Agenda Planning | 3 | AR025984 |
| 298. | August 14, 2024 | Email from P. Gosney to E. Papp Re Banning Point Project - City Council Agenda Planning | 3 | AR025985 |
| 299. | August 19, 2024 | Email from E. Papp to M. Valenzuela Re TPM for Banning Point | 3 | AR025986 |
| 300. | August 22, 2024 | Email from G. Johnson to A. Sanchez Re Banning Point Warehouse project | 3 | AR025988 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 301. | August 23, 2024 | Email from G. Phelps to D. Schulze Re Speaking at the Aug CC mtg re Banning Point Whse | 4 | AR025989 |
| 302. | August 23, 2024 | Email from C. Patton to G. Phelps Re Speaking at the Aug CC mtg re Banning Point Warehouse | 4 | AR025991 |
| 303. | August 26, 2024 | Email from G. Phelps to C. Patton Re Speaking at the Aug CC Mtg re Banning Point Warehouse | 4 | AR025993 |
| 304. | August 27, 2024 | Agenda and Staff Report for 8-27-2024 Meeting with Approval of 7-09-2024 Meeting Minutes | 4 | AR025996 |
| 305. | August 29, 2024 | 8-29-2024 Letter from Shute, Mihaly & Weinberger LLP, PAG Counsel to City Council | 4 | AR027505 |
| 306. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project | 4 | AR027526 |
| 307. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project (Second Email) | 4 | AR027548 |
| 308. | August 30, 2024 | Email from S. Flynn to K. Dale Re Correspondence re Banning Point Project | 4 | AR027570 |
| 309. | September 4, 2024 | Email from C. Patton to CC Re Communication re Banning Point Project | 4 | AR027571 |
| 310. | September 4, 2024 | Email from Sun Lakes Highland to CC Members Re Banning Point Project (Memo) | 4 | AR027572 |
| 311. | September 4, 2024 | Email from C. Patton to A. Gomez re Banning Point Memo to Banning CC | 4 | AR027587 |
| 312. | September 4, 2024 | Email from A. Gomez to D. Schulze Re Banning Point Memo to Banning CC | 4 | AR027588 |
| 313. | September 24, 2024 | Email from Doug Schulze to A. Gomez Re Banning Point Memo to Banning CC | 4 | AR027604 |
| 314. | September 4, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027605 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 315. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027627 |
| 316. | September 5, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027629 |
| 317. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027631 |
| 318. | September 5, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Point) | 4 | AR027634 |
| 319. | September 5, 2024 | Email from N. Criste to E. Papp Re Agenda Packet and Resolutions | 4 | AR027635 |
| 320. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027636 |
| 321. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027637 |
| 322. | September 9, 2024 | Email from G. Phelps to D. Schulze Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR02739 |
| 323. | September 9, 2024 | Email from J. Hannahs to J. Hannahs Re Banning Point | 4 | AR027642 |
| 324. | September 9, 2024 | Email from N. Campos to City Clerks Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027643 |
| 325. | September 9, 2024 | Email from K. Bundy to CC Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027651 |
| 326. | September 9, 2024 | Email from C. Patton to K. Bundy Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027661 |
| 327. | September 9, 2024 | Email from C. Patton to N. Campos Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027662 |
| 328. | September 9, 2024 | Email from E. Papp to J. Zemon Re 9-10-24 Agenda Item 8.2, Banning Point project | 4 | AR027663 |
| 329. | September 10, 2024 | Email from J. Zemon to E. Papp re Banning Point - Applicant Presentation | 4 | AR027673 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 330. | September 10, 2024 | Email from E. Papp to J. Zemon Re Banning Point - Applicant Presentation | 4 | AR027697 |
| 331. | September 10, 2024 | Email from E. Papp to S. Calderon Re PowerPoint Presentation for Print - Banning Point | 4 | AR027699 |
| 332. | September 10, 2024 | Email from P. Gosney to E. Papp Re Banning Point - Applicant Presentation | 4 | AR027713 |
| 333. | September 10, 2024 | Email from C. Patton to G. Phelps Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027740 |
| 334. | September 10, 2024 | Email from D. Ferreira to C. Wallace re Banning Point Project | 4 | AR027741 |
| 335. | September 10, 2024 | Email from G. Phelps to C. Patton re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027742 |
| 336. | September 10, 2024 | Email from C. Patton to K. Bundy re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027743 |
| 337. | September 10, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027745 |
| 338. | September 10, 2024 | Email from E. Papp to C. Patton re Banning Point - Application Presentation | 4 | AR027747 |
| 339. | September 10, 2024 | Email from C. Patton to E. Papp Re Application presentation | 4 | AR027774 |
| 340. | September 10, 2024 | Email from E. Papp to P. Gosney Re Application presentation | 4 | AR027777 |
| 341. | September 10, 2024 | Email from P. Gosney to E. Papp Re Application presentation | 4 | AR027779 |
| 342. | September 10, 2024 | Email from K. Bundy to City Council Re CC 9-10-2024 Agenda | 4 | AR027782 |
| 343. | September 10, 2024 | Email from E. Papp to J. Zemon Re Pass Action Group Letter to City Council 8-29-24 | 4 | AR027805 |
| 344. | September 10, 2024 | City Council Regular Meeting Agenda | 4 | AR027828 |
| 345. | September 10, 2024 | City Council Resolution No. 2024-151 A Resolution Of The City Council Of The City Of Banning, California, (1) Disapproving | 4 | AR027833 |

4926-5873-9798

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Tentative Parcel Map No. 38164, A Proposed Subdivision Of Approximately 47 Gross Acres Of Vacant Land Into Three Parcels; (2) Denying Design Review No. 21-7008 A Proposed Construction Of A 619,959 Square Foot Industrial Warehouse Building, Including 10,000 Square Feet Of Office Space And A Combined 34,000 Square Feet Of Retail/ Commercial Buildings, On Real Property Located Within The Boundaries Of The Sun Lakes Village North Specific Plan Area (APN: 419-140-057), (3) Making A Determination Of Exemption Under Section 15720(A) Of The California Environmental Quality Act (CEQA) Guidelines | | |
| 346. | September 10, 2024 | Minutes of City Council Regular Meeting | 4 | AR027843 |
| 347. | September 10, 2024 | Staff Report for City Council Regular Meeting on September 10, 2024 with attachments:<br><br>1. TPM No. 38164.pdf<br>2. DR_21-7008_Plans.pdf<br>3. July 9, 2024 CC SR w_attachments.pdf<br>4. 2024-03-15_Order_re_Writ_of_Mandate.pdf<br>5. July 25, 2024 Letter from Project Applicant<br>6. August 29, 2024 Letter from Appellant<br>7. September 4, 2024 Memorandum from Project Applicant<br>8. Resolution 2024-149, Banning Point.docx<br>9. Exhibit A to Reso 2024-149 - COA.docx<br>10. Resolution 2024-150, Banning Point Approval of TPM and Denial of DR | 4 | AR027998 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
|  |  | 11. Exhibit A to Reso 2024-150 - COA<br>12. Resolution 2024-151, Banning Pointe Denial of TPM and DR<br>13. 2024 07 09_Minutes_Regular Meeting.pdf<br>14. Addendum_Consistency_Checklist.pdf |  |  |
| 348. | September 10, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 8.2 | 4 | AR029639 |
| 349. | September 25, 2024 | Letter from SLH to City Council | 4 | AR029770 |
| 350. | October 8, 2024 | City Council Regular Meeting Agenda | 4 | AR029803 |
| 351. | October 8, 2024 | Minutes of City Council Regular Meeting | 4 | AR029807 |
| 352. | October 8, 2024 | Staff Report for City Council Regular Meeting on October 8, 2024 with attachments:<br><br>1.CC Resolution No. 2024-151.pdf<br>2. 2024-09-25 SLH Reconsideration Request.pdf<br>3. BMC 17.68.140___Reconsideration..docx<br>4. CC Manual of Procedural Guidelines_Resolution 2023-34 - Copy.pdf | 4 | AR029848 |
| 353. | October 8, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 9.1 | 4 | AR030661 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 305. | August 29, 2024 | 8-29-2024 Letter from Shute, Mihaly & Weinberger LLP, PAG Counsel to City Council | 4 | AR027505 |
| 304. | August 27, 2024 | Agenda and Staff Report for 8-27-2024 Meeting with Approval of 7-09-2024 Meeting Minutes | 4 | AR025996 |
| 132. | December 1, 2021 | Agenda Regular Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.    Resolution 2021-16 with Conditions of Approval 2.    Project Plans 3.    DR-21-7008 - Public Hearing Notice 4.    DR-21-7008 – Notice of Determination | 2 | AR014010 |
| 158. | February 17, 2022 | Agenda Special City Council Meeting City of Banning, California City Council Staff Report **Attachments:** 1. City Council Resolution 2022-14 (including Conditions of Approval) 2. Appeal Filed By Pass Action Group 3. Planning Commission Staff Report, December 1, 2021 4. Tentative Parcel Map 38164 5. DR 21-7008 Plan Set 6. Addendum/Consistency Checklist 7. Approved Planning Commission Meeting Minutes, October 19, 2021 8. Planning Commission Meeting Minutes, December 1, 2021 9. Planning Commission Resolution No. 2021-16 10.    City Council Public Hearing Notices 11.    City Council Affidavit of Public Hearing Notice | 2 | AR018776 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  |  |  |  |
| 120. | October 19, 2021 | Agenda Special Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.    Resolution 2021-16 with Conditions of Approval 2.    Project Plans 3.    DR-21-7008 - Public Hearing Notice 4.    DR-21-7008 – Notice of Determination 5.    Public Comment Received October 9, 2021 | 2 | AR011771 |
| 70. | June 16, 2021 | Banning Fire Services – Office of the County Fire Marshal - Planning Case Conditions | 1 | AR009787 |
| 151. | February 10, 2022 | Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report Appendices: • Appendix A: Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum • Appendix B: Traffic Assessment • Appendix C Vehicle Miles Traveled (VMT) Analysis • Appendix D Noise and Vibration Impact Analysis | 2 | AR016739 |
| 83. | July 19, 2021 | Banning Point Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum | 1 | AR009970 |
| 51. | April 20, 2021 | Banning Point Preliminary Landscape Plan | 1 | AR009556 |
| 77. | June 14, 2021 - June 25, 2021 | Bulk Emails between A. Loconte and Kevin Sin regarding DR 21-7008 N | 1 | AR009813 |
| 82. | June 28, 2021 - June 30, 2021 | Bulk Emails between A. Rush and Liza Edwards regarding DR 21-7008 | 1 | AR009903 |

### ALPHABETICAL
### INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 66. | June 7, 2021 - June 10, 2021 | Bulk Emails between A. Steele and S. Calderon regarding Banning Point submittal | 1 | AR009722 |
| 144. | January 3, 2022 - January 8, 2022 | Bulk Emails from A. Rush to A. Rush Re PHN for DR 21-7008 Appeal hearing and special meeting | 2 | AR015473 |
| 145. | January 10, 2022 - January 14, 2022 | Bulk Emails from A. Rush to J. Zemon Re Banning Point catch up | 2 | AR015638 |
| 106. | September 20, 2021 - September 24, 2021 | Bulk Emails from A. Rush to L. Edwards regarding CEQA review | 2 | AR011207 |
| 95. | August 3, 2021 - August 30, 2021 | Bulk Emails from A. Rush to L. Edwards regarding DR 21-7008 waiving Burrowing Owl survey or habit assessment report | 1 | AR010984 |
| 117. | October 4, 2021 - October 9, 2021 | Bulk Emails from A. Rush to S. Calderon regarding newspaper notices | 2 | AR011389 |
| 100. | September 1, 2021 - September 10, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 1 | AR011031 |
| 104. | September 13, 2021 - September 16, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 2 | AR011080 |
| 87. | July 2, 2021 - July 30, 2021 | Bulk Emails from A. Steele to L. Edwards regarding planning comments on DR 21-7008 | 1 | AR010376 |
| 126. | November 8, 2021 - November 13, 2021 | Bulk Emails from A. Steele to S. Calderon regarding Banning Point Radius Map and Labels | 2 | AR013186 |
| 130. | November 22, 2021- November 27, 2021 | Bulk Emails from C. Patton to A. Rush Re public records request | 2 | AR013472 |
| 148. | January 24, 2022- January 31, 2022 | Bulk Emails from C. So to S. Calderon Re Banning Point meeting | 2 | AR015744 |
| 119. | October 11, 2021 - October 17, 2021 | Bulk Emails from J. Everett to A. Rush regarding DR 21-7008 and availability for community engagement discussion | 2 | AR011630 |
| 147. | January 17, 2022 - January 23, 2022 | Bulk Emails from J. Gaglio to B. Robinson Re power and undergrounding poles/lines | 2 | AR015678 |
| 143. | December 20, 2021 - December 29, 2021 | Bulk Emails from J. Gaglio to B. Robinson Re switch size | 2 | AR015441 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 125. | November 1, 2021 - November 6, 2021 | Bulk Emails from J. Zemon to C. Wallace regarding Creation Equity | 2 | AR012875 |
| 154. | February 7, 2022 - February 12, 2022 | Bulk Emails from L. Hamlin to M. Owen Re organized crime links | 2 | AR018140 |
| 165. | February 14, 2022 - February 18, 2022 | Bulk Emails from L. Sampson to C. Patton Re special CC meeting on appeal | 2 | AR020161 |
| 137. | December 1, 2021 - December 5, 2021 | Bulk Emails from M. Murshedi to C. Patton Re false assumptions about distribution center | | AR014411 |
| 141. | December 13, 2021 - December 17, 2021 | Bulk Emails from M. Murshedi to D. Schulze Re PAG newsletters attached | 2 | AR015267 |
| 129. | November 15, 2021 - November 20, 2021 | Bulk Emails from R. Robbins to A. Rush regarding Banning Point and conflicting information from D. Schulze | 2 | AR013281 |
| 139. | December 7, 2021 - December 12, 2021 | Bulk Emails from R. Roy to C. Patton Re appeal deadline | 2 | AR014926 |
| 124. | October 25, 2021 - October 31, 2021 | Bulk Emails from T. Miller to A. Rush regarding proposed warehouse projects | 2 | AR012582 |
| 131. | November 28, 2021 - November 30, 2021 | Bulk Emails redacted from private party to S. Calderon Re comments at 12-1-21 planning meeting | 2 | AR013641 |
| 53. | April 25, 2021 - April 30, 2021 | Bulk Emails regarding Costco follow-up from James Wurts and ECK Corp. | 1 | AR009559 |
| 28. | December 2, 2020 – December 9, 2020 | Bulk Emails regarding environmental clean-up and demolition with City and A. Chacon, S. Kukett and G. Hill | 1 | AR007971 |
| 61. | May 5, 2021 - May 28, 2021 | Bulk Emails regarding labor workforce statistics for City of Banning between G. Kingston and J. Wurtz | 1 | AR009669 |
| 166. | November 21, 2021 – January 24, 2022 | Bulk Emails regarding miscellaneous | 2 | AR020613 |
| 34. | February 2, 2021 - February 22, 2021 | Bulk Emails regarding November publication notices and invoices from Record Gazette to City | 1 | AR008083 |
| 32. | January 4, 2021 - January 27, 2021 | Bulk Emails regarding proposed project and dedications for street widening, sign diversion with Thienes Engineering, Inc. | 1 | AR008048 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 123. | October 18, 2021 - October 24, 2021 | Bulk Emails regarding public comments for DR 21-7008 Banning Point development | 2 | AR012098 |
| 109. | September 27, 2021 - September 29, 2021 | Bulk Emails to A. Vela at City regarding download sharefile notification Traffic Impact Analysis with documents attached | 2 | AR011261 |
| 150. | February 1, 2022 - February 6, 2022 | Bulk Emails to Banning public records from L. Sampson | 2 | AR016541 |
| 88. | August 2, 2021 | California, Inc. Re Banning 47 – Sun Lakes Blvd (18014001) Response to "PWQMP PC1 Memo" dated June 24, 2021 | 1 | AR010526 |
| 25. | December 8, 2020 | City Council Meeting Agenda City Council Report **Attachments:** 1.     Resolution 2020-141 2.     Ordinance 1571 3.     Sun Lakes Village Specific Plan Amendment 5 4.     Public Hearing Notice 5.     Draft Environmental Impact Report 6.     Final Environmental Impact Report (EIR)       a.   Administrative Response to            Lake Comment Letter       b.   Comments on Final EIR       c.   Supplemental Comments on            Final EIR | 1 | AR005944 |
| 269. | July 9, 2024 | City Council Regular Meeting Agenda | 3 | AR022831 |
| 344. | September 10, 2024 | City Council Regular Meeting Agenda | 4 | AR027828 |
| 350. | October 8, 2024 | City Council Regular Meeting Agenda | 4 | AR029803 |
| 227. | June 11, 2024 | City Council Regular Meeting Agenda (ITEM 9.1 REMOVED AND NOT HEARD) | 3 | AR020770 |
| 345. | September 10, 2024 | City Council Resolution No. 2024-151 A Resolution Of The City Council Of The City Of Banning, California, (1) Disapproving Tentative Parcel Map No. 38164, A | 4 | AR027833 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Proposed Subdivision Of Approximately 47 Gross Acres Of Vacant Land Into Three Parcels; (2) Denying Design Review No. 21-7008 A Proposed Construction Of A 619,959 Square Foot Industrial Warehouse Building, Including 10,000 Square Feet Of Office Space And A Combined 34,000 Square Feet Of Retail/ Commercial Buildings, On Real Property Located Within The Boundaries Of The Sun Lakes Village North Specific Plan Area (APN: 419-140-057), (3) Making A Determination Of Exemption Under Section 15720(A) Of The California Environmental Quality Act (CEQA) Guidelines | | |
| 159. | February 17, 2022 | City Council Special Meeting Minutes **Public Record Materials:** 1. Public Comment submitted by Pass Area Action Group – Received 1/24/2022 2. Project CEQA Consultant Response to Comments – Received 2/15/2022 3. Allen Matkins Leck Gamble Mallory & Natsis LLP Letter of Support – Received 2/16/2022 4. Appellant Supplement Letter – Received 2/16/2022 5. Project CEQA Consultant Response to Comments – Received 2/17/2022 | 2 | AR019725 |
| 81. | June 29, 2021 | City of Banning Building and Safety Comments Re DR 21-7008 | 1 | AR009901 |
| 105. | September 23, 2021 | City of Banning Electric Utility – 2nd Submittal Electric Comments | 2 | AR011205 |
| 12. | December 29, 2019 | CLTA Preliminary Title Report | 1 | AR002329 |
| 13. | December 29, 2019 | CLTA Preliminary Title Report (Redlines) | 1 | AR002343 |

4917-0652-7577 v2

**ALPHABETICAL**

**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 37. | March 19, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR008540 |
| 52. | April 29, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR009557 |
| 112. | October 5, 2021 | Conceptual Colored Elevations and Material Board – Warehouse Bldg. | 2 | AR011374 |
| 41. | April 16, 2021 | Conceptual Grading Plan | 1 | AR008608 |
| 90. | August 5, 2021 | Conceptual Grading Plan | 1 | AR010796 |
| 91. | August 5, 2021 | Conceptual Grading Plan (Redline) | 1 | AR010801 |
| 42. | April 16, 2021 | Conceptual Grading Plan (Redlines) | 1 | AR008611 |
| 43. | April 16, 2021 | Conceptual Grading Plan (Response) | 1 | AR008614 |
| 115. | October 6, 2021 | Conceptual Landscape Plan | 2 | AR011380 |
| 96. | September 7, 2021 | Design Review 2nd Submittal | 1 | AR011024 |
| 97. | September 7, 2021 | Design Review 2nd Submittal, Approved by Building & Safety Department 9-7-21 | 1 | AR011026 |
| 98. | September 7, 2021 | Design Review 2nd Submittal, Approved by Fire Department 9-14-21 | 1 | AR011028 |
| 62. | June 9, 2021 | Design Review Transmittal | 1 | AR009712 |
| 63. | June 9, 2021 | Design Review Transmittal, Approved by Building and Safety Department 06/29/2021 | 1 | AR009714 |
| 64. | June 9, 2021 | Design Review Transmittal, Approved by Fire Department 06/16/2021 | 1 | AR009716 |
| 1. | | DR 21-7008 Aerial base Map | 1 | AR000001 |
| 2. | | DR 21-7008 Development Opportunities Map | 1 | AR000002 |
| 3. | | DR 21-7008 Vicinity Map | 1 | AR000003 |
| 4. | | DR 21-7008 Zoning Map | 1 | AR000004 |
| 7. | June 3, 2011 | Draft Environmental Impact Report – Butterfield Specific Plan | 1 | AR000097 |
| 142. | December 21, 2021 | Email and Letter from City Attorney Kevin Ennis Re NOD | 2 | AR015437 |
| 312. | September 4, 2024 | Email from A. Gomez to D. Schulze Re Banning Point Memo to Banning CC | 4 | AR027588 |
| 180. | May 21, 2024 | Email From A. Rush to J. Zemon Re inadequate notice of hearing | 2 | AR020660 |
| 185. | May 30, 2024 | Email from A. Rush to S. Calderon Re June 11 CC Meeting | 2 | AR020669 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 175. | May 20, 2024 | Email from A. Rush to S. Calderon Re SmartGov | 2 | AR020651 |
| 118. | October 9, 2021 | Email from B. Filadelfia Re Opposition to industrial warehouse at the Sun Lakes Village | 2 | AR011629 |
| 213. | June 10, 2024 | Email from B. Ruano to City Clerk Re Banning Point vote | 3 | AR020744 |
| 239. | July 8, 2024 | Email from B. Ruano to City Clerk Re vote | 3 | AR022761 |
| 216. | June 10, 2024 | Email from B. Ruano to R. Minjares Re Attachment with vote no | 3 | AR020747 |
| 224. | June 10, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR020767 |
| 249. | July 8, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR022778 |
| 311. | September 4, 2024 | Email from C. Patton to A. Gomez re Banning Point Memo to Banning CC | 4 | AR027587 |
| 309. | September 4, 2024 | Email from C. Patton to CC Re Communication re Banning Point Project | 4 | AR027571 |
| 210. | June 6, 2024 | Email from C. Patton to D. Ferreira Re Banning Point comments | 3 | AR020738 |
| 339. | September 10, 2024 | Email from C. Patton to E. Papp Re Application presentation | 4 | AR027774 |
| 203. | June 5, 2024 | Email from C. Patton to F. Matzen Re Banning Point comments | 3 | AR020701 |
| 302. | August 23, 2024 | Email from C. Patton to G. Phelps Re Speaking at the Aug CC mtg re Banning Point Warehouse | 4 | AR025991 |
| 333. | September 10, 2024 | Email from C. Patton to G. Phelps Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027740 |
| 265. | July 9, 2024 | Email from C. Patton to K. Bundy Re 7-9-24 CC Agenda | 3 | AR022825 |
| 326. | September 9, 2024 | Email from C. Patton to K. Bundy Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027661 |
| 336. | September 10, 2024 | Email from C. Patton to K. Bundy re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027743 |
| 287. | August 9, 2024 | Email from C. Patton to K. Bundy re Banning Point Project - City Council hearing | 3 | AR025971 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 291. | August 13, 2024 | Email from C. Patton to K. Bundy Re Banning Point Project - City Council hearing | 3 | AR025976 |
| 182. | May 22, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020665 |
| 188. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020678 |
| 189. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020680 |
| 191. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020684 |
| 204. | June 6, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 3 | AR020702 |
| 205. | June 6, 2024 | Email from C. Patton to K. Bundy Re Inadequate notice of hearing | 3 | AR020705 |
| 284. | July 25, 2024 | Email from C. Patton to K. Preston Re Banning Point Project | 3 | AR025967 |
| 327. | September 9, 2024 | Email from C. Patton to N. Campos Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027662 |
| 234. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022750 |
| 235. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting (Second Email) | 3 | AR022753 |
| 258. | July 8, 2024 | Email from C. Patton to R. Robbins Re PAG documents | 3 | AR022800 |
| 261. | July 8, 2024 | Email from C. Pierro to A. Sanchez Re traffic and health reasons | 3 | AR022803 |
| 268. | July 9, 2024 | Email from C. Wallace to R. Boyle Re S. Flynn attending PAG meeting and participating | 3 | AR022830 |
| 296. | August 14, 2024 | Email from City Manager by L. Sampson to D. Schulze Re Sun Lakes Village | 3 | AR025983 |
| 211. | June 6, 2024 | Email from D. Ferreira to A. Sanchez Re Banning Point opposition | 3 | AR020739 |
| 246. | July 8, 2024 | Email from D. Ferreira to A. Sanchez Re opposition | 3 | AR022769 |
| 208. | June 6, 2024 | Email from D. Ferreira to C. Wallace Re Banning Point opposition | 3 | AR020736 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 334. | September 10, 2024 | Email from D. Ferreira to C. Wallace re Banning Point Project | 4 | AR027741 |
| 206. | June 6, 2024 | Email from D. Ferreira to City Clerk Re Banning Point opposition | 3 | AR020708 |
| 242. | July 8, 2024 | Email from D. Ferreira to City Clerk Re opposition | 3 | AR022765 |
| 243. | July 8, 2024 | Email from D. Ferreira to City Council and Mayor Re opposition | 3 | AR022766 |
| 244. | July 8, 2024 | Email from D. Ferreira to Councilwoman C. Wallace Re opposition | 3 | AR022767 |
| 209. | June 6, 2024 | Email from D. Ferreira to D. Happe Re Banning Point opposition | 3 | AR020737 |
| 245. | July 8, 2024 | Email from D. Ferreira to D. Happe Re opposition | 3 | AR022768 |
| 247. | July 8, 2024 | Email from D. Ferreira to D. Schulze Re opposition | 3 | AR022770 |
| 279. | July 11, 2024 | Email from D. Nethercott to A. Sanchez Re 7-9-24 CC Meeting | 3 | AR025932 |
| 278. | July 11, 2024 | Email from D. Nethercott to C. Wallace Re 7-9-24 CC Meeting | 3 | AR025931 |
| 280. | July 11, 2024 | Email from D. Nethercott to S. Flynn thanking her for hard work | 3 | AR025933 |
| 257. | July 8, 2024 | Email from D. Schulze to C. Patton Re opposition | 3 | AR022799 |
| 250. | July 8, 2024 | Email from D. Shulze to C. Patton Re opposition | 3 | AR022779 |
| 313. | September 24, 2024 | Email from Doug Schulze to A. Gomez Re Banning Point Memo to Banning CC | 4 | AR027604 |
| 338. | September 10, 2024 | Email from E. Papp to C. Patton re Banning Point - Application Presentation | 4 | AR027747 |
| 219. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020753 |
| 328. | September 9, 2024 | Email from E. Papp to J. Zemon Re 9-10-24 Agenda Item 8.2, Banning Point project | 4 | AR027663 |
| 330. | September 10, 2024 | Email from E. Papp to J. Zemon Re Banning Point - Applicant Presentation | 4 | AR027697 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 222. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Public Hearing Item 7.1` | 3 | AR020761 |
| 314. | September 4, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027605 |
| 316. | September 5, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027629 |
| 197. | June 5, 2024 | Email from E. Papp to J. Zemon Re June 11 Hearing to touch base | | AR020693 |
| 343. | September 10, 2024 | Email from E. Papp to J. Zemon Re Pass Action Group Letter to City Council 8-29-24 | 4 | AR027805 |
| 299. | August 19, 2024 | Email from E. Papp to M. Valenzuela Re TPM for Banning Point | 3 | AR025986 |
| 320. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027636 |
| 321. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027637 |
| 340. | September 10, 2024 | Email from E. Papp to P. Gosney Re Application presentation | 4 | AR027777 |
| 297. | August 14, 2024 | Email from E. Papp to P. Gosney Re Banning Point Project - City Council Agenda Planning | 3 | AR025984 |
| 331. | September 10, 2024 | Email from E. Papp to S. Calderon Re PowerPoint Presentation for Print - Banning Point | 4 | AR027699 |
| 300. | August 22, 2024 | Email from G. Johnson to A. Sanchez Re Banning Point Warehouse project | 3 | AR025988 |
| 238. | July 6, 2024 | Email from G. Johnson to A. Sanchez Re traffic congestion | 3 | AR022760 |
| 171. | May 15, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020633 |
| 173. | May 17, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020641 |
| 303. | August 26, 2024 | Email from G. Phelps to C. Patton Re Speaking at the Aug CC Mtg re Banning Point Warehouse | 4 | AR025993 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 335. | September 10, 2024 | Email from G. Phelps to C. Patton re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027742 |
| 301. | August 23, 2024 | Email from G. Phelps to D. Schulze Re Speaking at the Aug CC mtg re Banning Point Whse | 4 | AR025989 |
| 322. | September 9, 2024 | Email from G. Phelps to D. Schulze Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR02739 |
| 251. | July 8, 2024 | Email from H. Tabachnik to C. Patton Re opposition | 3 | AR022780 |
| 220. | June 10, 2024 | Email from J. Condas to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020755 |
| 167. | May 15, 2024 | Email from J. Everett to J. Zemon Re Radius Labels | 2 | AR020619 |
| 295. | August 13, 2024 | Email from J. Hannahs to A. Sanchez Re Banning Point Warehouse | 3 | AR025982 |
| 294. | August 13, 2024 | Email from J. Hannahs to C. Wallace Re Banning Point Warehouse | 3 | AR025981 |
| 323. | September 9, 2024 | Email from J. Hannahs to J. Hannahs Re Banning Point | 4 | AR027642 |
| 293. | August 13, 2024 | Email from J. Hannahs to S. Flynn Re Banning Point | 3 | AR025980 |
| 241. | July 8, 2024 | Email from J. Sherman to A. Rush Re opposition | 3 | AR022764 |
| 276. | July 10, 2024 | Email from J. Sherman to K. Gutierrez Re project opposition | 3 | AR025929 |
| 329. | September 10, 2024 | Email from J. Zemon to E. Papp re Banning Point - Applicant Presentation | 4 | AR027673 |
| 218. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020751 |
| 221. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC consent item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020758 |
| 223. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020764 |
| 315. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027627 |

### ALPHABETICAL
### INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 317. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027631 |
| 195. | June 5, 2024 | Email from J. Zemon to E. Papp Re June 11 Hearing to touch base | 2 | AR020689 |
| 168. | May 15, 2024 | Email from J. Zemon to J. Everett Re Radius Labels | 2 | AR020621 |
| 240. | July 8, 2024 | Email from K. and R. Nemire to A. Sanchez Re Letter regarding opposition | 3 | AR022762 |
| 318. | September 5, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Point) | 4 | AR027634 |
| 337. | September 10, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027745 |
| 286. | August 9, 2024 | Email from K. Bundy to C. Patton re Banning Point Project - City Council hearing | 3 | AR025970 |
| 288. | August 9, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025972 |
| 292. | August 13, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025978 |
| 183. | May 22, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020666 |
| 190. | June 4, 2024 | Email from K. Bundy to C. Patton Re Inadequate notice of hearing | 2 | AR020682 |
| 196. | June 4, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020690 |
| 201. | June 5, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020697 |
| 212. | June 7, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020740 |
| 225. | June 10, 2024 | Email from K. Bundy to C. Patton Re rescheduling hearing | 3 | AR020768 |
| 325. | September 9, 2024 | Email from K. Bundy to CC Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027651 |
| 306. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project | 4 | AR027526 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 307. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project (Second Email) | 4 | AR027548 |
| 179. | May 21, 2024 | Email from K. Bundy to City Clerk Re PAG and inadequate notice of hearing | 2 | AR020657 |
| 342. | September 10, 2024 | Email from K. Bundy to City Council Re CC 9-10-2024 Agenda | 4 | AR027782 |
| 262. | July 9, 2024 | Email from K. Bundy to City Council Re PAG Comments | 3 | AR022804 |
| 248. | July 8, 2024 | Email from K. Dale to C. Patton Re comments | 3 | AR022771 |
| 263. | July 9, 2024 | Email from K. Dale to City Clerk Re 7-9-24 CC Meeting and the project | 3 | AR022813 |
| 281. | July 11, 2024 | Email from K. Dale to E Papp re Banning Point - Legible Parcel Map | 3 | AR025934 |
| 277. | July 10, 2024 | Email from K. Gutierrez to E. Papp Re opposition | 3 | AR025930 |
| 285. | July 25, 2024 | Email from K. Preston to C. Patton Re Banning Point Project | 3 | AR025968 |
| 283. | July 25, 2024 | Email from K. Preston to CC Re Banning Point Project | 3 | AR025951 |
| 215. | June 10, 2024 | Email from L. Sampson to B. Ruano Re Banning Point vote | 3 | AR020746 |
| 217. | June 10, 2024 | Email from L. Sampson to C. Patton Re Banning Point Warehouse Project | 3 | AR020749 |
| 253. | July 8, 2024 | Email from M. Johnson to A. Sanchez Re opposition | 3 | AR022782 |
| 260. | July 8, 2024 | Email from M. Johnson to C. Wallace Re opposition | 3 | AR022802 |
| 256. | July 8, 2024 | Email from M. Johnson to D. Happe Re opposition | 3 | AR022798 |
| 252. | July 8, 2024 | Email from M. Johnson to D. Schulze Re opposition | 3 | AR022781 |
| 254. | July 8, 2024 | Email from M. Johnson to R. Minjares Re opposition | 3 | AR022783 |
| 324. | September 9, 2024 | Email from N. Campos to City Clerks Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027643 |
| 319. | September 5, 2024 | Email from N. Criste to E. Papp Re Agenda Packet and Resolutions | 4 | AR027635 |
| 341. | September 10, 2024 | Email from P. Gosney to E. Papp Re Application presentation | 4 | AR027779 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 332. | September 10, 2024 | Email from P. Gosney to E. Papp Re Banning Point - Applicant Presentation | 4 | AR027713 |
| 298. | August 14, 2024 | Email from P. Gosney to E. Papp Re Banning Point Project - City Council Agenda Planning | 3 | AR025985 |
| 233. | July 1, 2024 | Email From P. Gosney to J. Condas and E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022747 |
| 230. | June 24, 2024 | Email From P. Gosney to J. Condas Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022716 |
| 236. | July 5, 2024 | Email from P. Jackson to City Clerk Re objection to Banning Point project | 3 | AR022757 |
| 202. | June 5, 2024 | Email from P. Jackson to S. Calderon Re objections to Banning Point | 3 | AR020700 |
| 267. | July 9, 2024 | Email from R. Minjares to R. Minjares Re 7-9-24 CC Public Hearing | 3 | AR022827 |
| 192. | June 4, 2024 | Email from R. Reddig to City Clerk Re Banning Point objection | 2 | AR020686 |
| 255. | July 8, 2024 | Email from R. Robbins to C. Patton Re 7-9-24 Presentation | 3 | AR022784 |
| 259. | July 8, 2024 | Email from R. Robbins to C. Patton Re PAG documents | 3 | AR022801 |
| 184. | May 30, 2024 | Email from S. Calderon to A. Rush Re June 11 CC Meeting | 2 | AR020668 |
| 176. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020653 |
| 177. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020654 |
| 193. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from F. Matzen | 2 | AR020687 |
| 198. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from S. Dills | 2 | AR020694 |
| 264. | July 9, 2024 | Email from S. Calderon to E. Papp Re 7-9-24 CC Meeting Agenda | 3 | AR022816 |
| 207. | June 6, 2024 | Email from S. Calderon to E. Papp Re Affidavit of Mailing | 3 | AR020709 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 231. | June 25, 2024 | Email from S. Calderon to E. Papp Re Affidavits of Mailing and Posting Notice of Hearing | 3 | AR022719 |
| 172. | May 15, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020637 |
| 174. | May 17, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020646 |
| 186. | June 3, 2024 | Email from S. Calderon to J. Zemon Re Banning Point Project and June 11 | 2 | AR020670 |
| 169. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020625 |
| 170. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020629 |
| 181. | May 22, 2024 | Email from S. Calderon to K. Bundy Re inadequate notice of hearing | 2 | AR020664 |
| 187. | June 3, 2024 | Email from S. Calderon to Public Works Group Re June 11 CC Meeting | 2 | AR020674 |
| 67. | June 9, 2021 | Email from S. Calderon to R. Miller Re out of office | 1 | AR009762 |
| 178. | May 20, 2024 | Email from S. Dailey v. A. Sanchez Re Project Vote No | 2 | AR020656 |
| 194. | June 5, 2024 | Email from S. Dills to S. Calderon Re Banning Point approval | 2 | AR020688 |
| 266. | July 9, 2024 | Email from S. Flynn to C. Patton Re 7-9-24 CC Agenda | 3 | AR022826 |
| 308. | August 30, 2024 | Email from S. Flynn to K. Dale Re Correspondence re Banning Point Project | 4 | AR027570 |
| 310. | September 4, 2024 | Email from Sun Lakes Highland to CC Members Re Banning Point Project (Memo) | 4 | AR027572 |
| 214. | June 10, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote | 3 | AR020745 |
| 232. | June 30, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote NO | 3 | AR022746 |
| 226. | June 11, 2024 | Email from T. Leamy to C. Wallace Re vote | 3 | AR020769 |
| 237. | July 6, 2002 | Email from T. Leamy to C. Wallace Re vote | 3 | AR022759 |
| 289. | August 10, 2024 | Email from V. De Bry to D. Happe Re Banning Point | 3 | AR025974 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 290. | August 10, 2024 | Email from V. De Bry to R. Minjares Re Banning Point | 3 | AR025975 |
| 71. | June 22, 2021 | Engineering Department 3.1 Grading Plan Checklist | 1 | AR009789 |
| 10. | November 2018 | Final Environmental Impact Report – Banning Distribution Center | 1 | AR002112 |
| 8. | December 2011 | Final Environmental Impact Report – Butterfield Specific Plan | 1 | AR000944 |
| 200. | June 5, 2024 | From C. Patton to R. Reddig Re Banning Point comments | 2 | AR020696 |
| 199. | June 5, 2024 | From C. Patton to S. Dills Re Banning Point comments | 2 | AR020695 |
| 35. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development | 1 | AR008410 |
| 36. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development(Redlines) | 1 | AR008474 |
| 38. | March 30, 2021 | Infiltration Report | 1 | AR008547 |
| 39. | March 30, 2021 | Infiltration Report (Redlines) | 1 | AR008577 |
| 157. | February 16, 2022 | Letter from Allen Matkins to Mayor and City Council Re Approve the Banning Point Development (Design Review 21-7008 and Parcel Map 38164) and Deny the Appeal Filed by Pass Action Group | 2 | AR018745 |
| 78. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Soils Report – Approval Letter | 1 | AR009898 |
| 79. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Infiltration Report – Approval Letter | 1 | AR009899 |
| 140. | December 16, 2021 | Letter from M. Burton and cover email to City Attorney Re NOD | 2 | AR015262 |
| 282. | July 25, 2024 | Letter from Project Applicant to CC Re Banning Point Project | 3 | AR025936 |
| 138. | December 7, 2021 | Letter from Shute Mihaly Weinberger, LLP to Adam B. Rush, | 2 | AR014923 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | AICP, Community Development Director Re Planning Commission Approval of Design Review 21-7008 and Tentative Parcel Map 38164 |  |  |
| 149. | January 24, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Appeal of Sun Lakes Village North Design Review 21-7008 and Opposition to Tentative Parcel Map 38164 | 2 | AR016113 |
| 152. | February 10, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Recusal of Mayor Pro Tem Colleen Wallace, Councilmember Mary Hamlin, and Councilmember Alberto Sanchez from Consideration of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR017425 |
| 349. | September 25, 2024 | Letter from SLH to City Council | 4 | AR029770 |
| 160. | February 17, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted on February 15, 2022, by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR019768 |
| 155. | February 15, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re Banning Point Development (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR018281 |
| 75. | June 24, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of Approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 1 | AR009803 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 116. | October 6, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 2 | AR011381 |
| 72. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo | 1 | AR009799 |
| 73. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo and Responses | 1 | AR009800 |
| 74. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Conceptual Grading, Utilities & Storm Drain Plan - PC1 Memo | 1 | AR009801 |
| 76. | June 24, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Sun Lakes Village - PWQMP - PC1 Memo | 1 | AR009811 |
| 80. | June 28, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Sun Lakes Village – Preliminary Hydrology Report - PC1 Memo | 1 | AR009900 |
| 99. | September 9, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Banning 47 – Sun Lakes Village - PWQMP - PC2 Memo | 1 | AR011030 |
| 101. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Sun Lakes Blvd. – Conceptual Grading, Utilities & Storm Drain Plan – PC2 – Memo ERSC Job No. 18014001/165 | 2 | AR011076 |
| 102. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – TPM 21-4001 – TPM 38164 PC2 Memo | 2 | AR011078 |
| 103. | September 13, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 - 165 – Banning 47 – | 2 | AR011079 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Sun Lakes Village – Preliminary Hydrology Report - PC2 Memo | | |
| 107. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Trip Generation Assessment – PC1 Memo | 2 | AR011259 |
| 108. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Vehicle Miles Traveled (VMT) Analysis – PC1 Memo | 2 | AR011260 |
| 58. | May 27, 2021 | MIG Submittal Letter to Planning Department | 1 | AR009656 |
| 270. | July 9, 2024 | Minutes of City Council Regular Meeting | 3 | AR022836 |
| 346. | September 10, 2024 | Minutes of City Council Regular Meeting | 4 | AR027843 |
| 351. | October 8, 2024 | Minutes of City Council Regular Meeting | 4 | AR029807 |
| 228. | June 11, 2024 | Minutes of City Council Regular Meeting (SHOWS 9.1 REMOVED FROM AGENDA AND NOT HEARD) | 3 | AR020775 |
| 113. | October 5, 2021 | Narrative of changes from LGE Project Team Re Banning Point – DR 21-7008 | 2 | AR011375 |
| 5. | Various | News Articles, Social Media Posts, Text Messages | 1 | AR000005 |
| 17. | September 11, 2020 | Notice of Availability of Draft Environmental Impact Report | 1 | AR004166 |
| 16. | September 10, 2020 | Notice of Completion & Environmental Document Transmittal | 1 | AR003665 |
| 133. | December 1, 2021 | Notice of Determination | 2 | AR014115 |
| 161. | February 17, 2022 | Notice of Determination | 2 | AR019772 |
| 14. | February 21, 2020 | Notice of Preparation of an Environmental Impact Report and Scoping Meeting for Sun Lakes Village North Specific Plan Amendment No. 6 **Attachments:** | 1 | AR002357 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | Figure 1. Project Location Map/Aerial Photo Figure 2. Proposed Land Use Plan February 18, 2020 Initial Study Sun Lakes Village North Specific Plan Amendment No. 6 |  |  |
| 271. | July 9, 2024 | Notice of Public Hearing | 3 | AR022990 |
| 24. | November 20, 2020 | Notice of Public Hearing for CC Meeting of December 8, 2020 | 1 | AR005941 |
| 18. | October 20, 2020 | Notice of Public Hearing for PC Meeting of November 4, 2020 | 1 | AR004169 |
| 127. | November 19, 2021 | Notice of Public Hearing for the December 1, 2021 Planning Commission Meeting | 2 | AR013275 |
| 29. | January 12, 2021 | Ordinance No. 1571 [Unsigned version] | 1 | AR008029 |
| 30. | January 12, 2021 | Ordinance No. 1571: An Ordinance Of The City Council Of The City Of Banning, California, Approving Zone Change No. 20-3501 To Amend The Zoning Ordinance To Incorporate The Text Of The Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001) Into The Zoning Ordinance | 1 | AR008035 |
| 54. | April 30, 2021 | Overall Site Plan with comments | 1 | AR009618 |
| 55. | April 30, 2021 | Overall Site Plans | 1 | AR009619 |
| 65. | June 9, 2021 | Planning & Zoning Payment Receipt | 1 | AR009718 |
| 121. | October 19, 2021 | Planning Commission Meeting Action Minutes | 2 | AR011881 |
| 20. | November 4, 2020 | Planning Commission Meeting Agenda Planning Commission Staff Report **Attachments:** 1. Resolution 2020-21 with Conditions of Approval 2. Resolution 2020-22 3. Specific Plan Amendment No. 5 4. Draft EIR North Specific Plan Amendment No. 5 5. Final EIR North Specific Plan Amendment No. 5 Public Hearing Notice | 1 | AR004227 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 134. | December 1, 2021 | Planning Commission Regular Meeting Action Minutes | 2 | AR014117 |
| 56. | April 30, 2021 | Plans – Architectural Set | 1 | AR009630 |
| 44. | April 16, 2021 | Preliminary Hydrology Report | 1 | AR008618 |
| 92. | August 5, 2021 | Preliminary Hydrology Report | 1 | AR010806 |
| 45. | April 16, 2021 | Preliminary Hydrology Report (Redlined) | 1 | AR008757 |
| 40. | April 8, 2021 | Preliminary Landscape Plan | 1 | AR008607 |
| 89. | August 2, 2021 | Preliminary Water Quality Management Plan Prepared: 4/19/2021 Revision Date: 8/2/2021 | 1 | AR010528 |
| 59. | May 27, 2021 | Project Description | 1 | AR009657 |
| 93. | August 9, 2021 | Project Description Banning Point LGE / Design Build | 1 | AR010968 |
| 272. | July 9, 2024 | Proof of Publication | 3 | AR022992 |
| 128. | November 19, 2021 | Proof of Publication for the December 1, 2021 Planning Commission Meeting | 2 | AR013280 |
| 146. | January 21, 2022 | Proof of Publication of January 31, 2022 City Council Public Hearing | 2 | AR015676 |
| 57. | May 18, 2021 | Property Owners Certification Form and GIS Mailing Labels | 1 | AR009646 |
| 33. | January 29, 2021 | Public Hearing Notice Certificate of Mailing | 1 | AR008080 |
| 114. | October 5, 2021 | Public Hearing Notice for October 19, 2021 PC Meeting | 2 | AR011378 |
| 9. | June 2016 | Rancho San Gorgonio Specific Plan Draft Environmental Impact Report | 1 | AR001433 |
| 11. | November 13, 2019 | Rendering Concept 5 – North Entry View | 1 | AR002328 |
| 31. | January 25, 2021 | Renderings Concept 5 – North Entry View (Retail) | 1 | AR008042 |
| 26. | December 8, 2020 | Resolution 2020-141: A Resolution of the City Council of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of Approximately 47 Gross Acres Located between Sun Lakes | 1 | AR007742 |

**ALPHABETICAL**

**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Boulevard And Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also identified as assessor's parcel number 419-140-057 to update the existing specific plan document to amend the specific plan land use plan from retail commercial (auto dealer) to business park & warehouse (BW), office & professional (OP), AND retail & service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines For Development; and Administration And Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 27. | December 8, 2020 | Resolution 2020-141[Unsigned version] | 1 | AR007856 |
| 21. | November 4, 2020 | Resolution 2020-21: Resolution of the Planning Commission of the City of Banning, California, Recommending that the City Council Adopt the Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001); Approve Zone Change No. 20-3501 to Amend the Zoning Ordinance Text; and Certify the Final Environmental Impact Report (SCH No. 2020029074) (Environmental Assessment No. 201502) and Adopt Findings of Fact, A Statement of Overriding Considerations, and a Mitigation Monitoring and Reporting Program | 1 | AR005711 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 22. | November 4, 2020 | Resolution 2020-22 [Unsigned version] | 1 | AR005734 |
| 23. | November 4, 2020 | Resolution 2020-22: A Resolution of the Planning Commission of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of approximately 47 Gross Acres Located between Sun Lakes Boulevard and Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also Identified as Assessor's Parcel Number 419-140-057 to Update the Existing Specific Plan Document to Amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines for Development; and Administration and Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | 1 | AR005837 |
| 135. | December 1, 2021 | Resolution 2021-16: A Resolution of the Planning Commission of the City of Banning, California, Making Environmental Determinations Under CEQA Guidelines Section 15162, and Approving Design | 2 | AR0141121 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | Review 21-7008 & Tentative Parcel Map 38164, to Allow the Subdivision of 47 Acres Into Three (3) Commercial and Industrial Parcels for Financing Purposes and Permit the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet on 47-Acres, Including 10,000 Square Feet of Office Space, and Six (6) Retail/Restaurant Buildings Totaling 34,000 Square Feet, on Real Property Located Within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057) | | |
| 162. | February 17, 2022 | Resolution 2022-14: A Resolution of the City Council Of The City Of Banning, California, (1) Approving Tentative Parcel Map No. 38164, Allowing the Subdivision of Approximately 47 Gross Acres of Vacant Land, Into Three Parcels; (2) Approving Design Review 21-7008 and Affirming the Planning Commission's Approval of that Application and Denying an Appeal of that Decision and Permitting the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet, Including 10,000 Square Feet of Office Space, and Six Retail/Commercial Buildings Totaling 34,000 Square Feet, on Real Property Located within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057); And (3) Adopting an Addendum Under the California Environmental Quality Act (CEQA) and Making Findings in Support thereof, including Finding of Consistency with the Certified Environmental Impact Report | 2 | AR019773 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Prepared for Amendment No. 5 to the Sun Lakes Village North Specific Plan (SCH # 2020029074) | | |
| 274. | July 9, 2024 | Resolution 2024-113 | 3 | AR025680 |
| 94. | August 10, 2021 | Response to Comments from LGE Project Team Re Banning Point – DR 21-7008 | 1 | AR010973 |
| 153. | February 10, 2022 | See Tab 151 (Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report) above. | 2 | AR017454 |
| 163. | February 17, 2022 | *See* Tab 162 (Resolution 2022-14) above. | 2 | AR019820 |
| 84. | July 29, 2021 | Site Lighting Design | 1 | AR010373 |
| 6. | | Site Photos | 1 | AR000095 |
| 273. | July 9, 2024 | Staff Report for City Council Regular Meeting on July 9, 2024 with attachments:<br><br>1. Resolution 2024-114, DR 21-7008 Consideration.docx<br>2. Exhibit A - COAs.docx<br>3. PAAG Appeal Letter.pdf<br>4. December 1 2021 Regular Planning Commission Meeting.pdf<br>5. TPM 38164.pdf<br>6. DR 21-7008 Plans.pdf<br>7. Addendum Consistency Checklist.pdf<br>8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. Resolution No. 2022-014.pdf<br>12. February 17, 2022 Special CC Meeting Minutes.pdf<br>13. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>14. March 15, 2024 Ruling.pdf<br>15. Public Comment Correspondence.pdf | 3 | AR022993 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 16. 10.19.2021 PC PHN.pdf<br>17. 12.01.2021 PC PHN.pdf<br>18. Public Hearing Notice - 06/11/2024<br>19. PHN_Banning Point_7.9.2024.pdf<br>20. 2024 06 28_PHN - Proof of Publication<br>21. Banning - Affidavits of Mailing and Posting of Notice of Public Hearing.pdf | | |
| 229. | June 11, 2024 | Staff Report for City Council Regular Meeting on June 11, 2024 with attachments:<br>NOT HEARD<br>1. Resolution 2024-88, Banning Point.docx<br>2. Exhibit A - Conditions of Approval.docx<br>3. PAAG Appeal Letter.pdf<br>4. December 1 2021 Regular Planning Commission Meeting.pdf<br>5. TPM 38164.pdf<br>6. DR 21-7008 Plans.pdf<br>7. Addendum Consistency Checklist.pdf<br>8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. February 17, 2022 Special CC Meeting Minutes.pdf<br>12. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>13. Public Comment Correspondence.pdf<br>14. 10.19.2021 PC PHN.pdf<br>15. 12.01.2021 PC PHN.pdf<br>16. Public Hearing Notice - 06/11/2024 | 3 | AR020803 |
| 352. | October 8, 2024 | Staff Report for City Council Regular Meeting on October 8, 2024 with attachments: | 4 | AR029848 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 1.CC Resolution No. 2024-151.pdf<br>2. 2024-09-25 SLH Reconsideration Request.pdf<br>3. BMC 17.68.140___Reconsideration..docx<br>4. CC Manual of Procedural Guidelines_Resolution 2023-34 - Copy.pdf | | |
| 347. | September 10, 2024 | Staff Report for City Council Regular Meeting on September 10, 2024 with attachments:<br><br>1. TPM No. 38164.pdf<br>2. DR_21-7008_Plans.pdf<br>3. July 9, 2024 CC SR w_attachments.pdf<br>4. 2024-03-15_Order_re_Writ_of_Mandate.pdf<br>5. July 25, 2024 Letter from Project Applicant<br>6. August 29, 2024 Letter from Appellant<br>7. September 4, 2024 Memorandum from Project Applicant<br>8. Resolution 2024-149, Banning Point.docx<br>9. Exhibit A to Reso 2024-149 - COA.docx<br>10. Resolution 2024-150, Banning Point Approval of TPM and Denial of DR<br>11. Exhibit A to Reso 2024-150 - COA<br>12. Resolution 2024-151, Banning Pointe Denial of TPM and DR<br>13. 2024 07 09_Minutes_Regular Meeting.pdf<br>14. Addendum_Consistency_Checklist.pdf | 4 | AR027998 |
| 15. | September 9, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Draft | 1 | AR002429 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Environmental Impact Report SCH No. 2020029074 <br> • Appendix A- Notice of Preparation, Initial Study, Comment Letters <br> • Appendix B- Air Quality and Greenhouse Gas Evaluation <br> • Appendix C- Emissions from Alternatives <br> • Appendix D- Habitat Assessment <br> • Appendix E- Cultural Resources Records Search <br> • Appendix F-Phase I Cultural Resources Assessment <br> • Appendix G- Noise Monitoring <br> • Appendix H- Traffic Analysis <br> • Appendix I- Vehicle Miles Traveled (VMT) Analysis <br> • Appendix J- Water Supply Assessment | | |
| 19. | October 28, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Final Environmental Impact Report SCH No. 2020029074 | 1 | AR004172 |
| 156. | February 15, 2022 | Supplemental letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR018730 |
| 46. | April 19, 2021 | Tentative Parcel Map No. 38164 | 1 | AR008897 |
| 85. | July 29, 2021 | Tentative Parcel Map No. 38164 | 1 | AR010374 |
| 47. | April 19, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR008898 |
| 86. | July 29, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR010375 |
| 164. | February 17, 2022 | Transcript of City Council Special Meeting | 2 | AR019867 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 122. | October 19, 2021 | Transcript of Planning Commission Meeting | 2 | AR011887 |
| 136. | December 1, 2021 | Transcript of Planning Commission Meeting | 2 | AR014171 |
| 275. | July 9, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 7.1 | 3 | AR025683 |
| 348. | September 10, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 8.2 | 4 | AR029639 |
| 353. | October 8, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 9.1 | 4 | AR030661 |
| 68. | June 10, 2021 | Trip Generation Assessment | 1 | AR009763 |
| 110. | October 4, 2021 | Trip Generation Assessment | 2 | AR011359 |
| 111. | October 4, 2021 | Trip Generation Assessment Response to Comments | 2 | AR011369 |
| 60. | May 27, 2021 | Uniform Development Application | 1 | AR009662 |
| 69. | June 10, 2021 | Vehicle Miles Traveled Analysis | 1 | AR009771 |
| 48. | April 19, 2021 | Water Quality Management Plan | 1 | AR008899 |
| 49. | April 19, 2021 | Water Quality Management Plan (Redlined PC1 Draft PWQMP) | 1 | AR009093 |
| 50. | April 19, 2021 | Water Quality Management Plan (Redlined PC2 Draft PWQMP) | 1 | AR009288 |

1 | Brent S. Clemmer (SBN 179722)
E-mail: clemmer@sbemp.com
2 | Charles L. Gallagher (SBN 167093)
E-mail: gallagher@sbemp.com
3 | SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
74774 Highway 111
4 | Indian Wells, California 92210
Telephone (760) 322-2275
5 | Fax: (760) 322-2107

6 | Attorneys for Defendant CITY OF BANNING

7 | J. Leah Castella (SBN 205990)
E-mail: lcastella@bwslaw.com
8 | Kevin D. Siegel (SBN 194787)
E-mail: ksiegel@bwslaw.com
9 | Leila J. Moshref-Danesh (SBN 310783)
E-mail: lmoshref@bwslaw.com
10 | Yara M. Wahba (SBN 339791)
E-mail: ywahba@bwslaw.com
11 | BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
12 | Oakland, California 94612
Tel: 510.273.8780    Fax: 510.839.9104
13 |
Attorneys for Defendants
14 | CITY OF BANNING and SHERI FLYNN

15 |

16 | UNITED STATES DISTRICT COURT

17 | CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

18 |

19 | SUN LAKES HIGHLAND, LLC, a Delaware limited liability company,

20 |                                        Petitioner and Plaintiff,

21 |

22 | v.

23 | CITY OF BANNING, a municipal corporation; SHERI FLYNN, an individual; and DOES 1 through 10, inclusive,

24 |

25 |                                        Respondents and Defendants.

26 |

27 | ///

28 |

Case No. 5:24-cv-02603-DTB

**CERTIFICATION OF ADMINISTRATIVE RECORD**

Action Filed: December 6, 2024
Amended Petition Filed: March 31, 2025
Crtrm.: 4
Judge: Hon. David T. Bristow

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW

4912-0150-8953 v1

1

Case No. 5:24-cv-02603-DTB
CERTIFICATION OF ADMINISTRATIVE
RECORD

I, Sandra B. Calderon, declare as follows:

1.    I have personal knowledge of all the facts set forth in this certification, and, if called as a witness, I could and would testify competently thereto.

2.    I am the Acting Administrative City Clerk for the City of Banning ("City"). In this capacity, I am responsible for City record keeping and I serve as the City's custodian of records.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the Index for the Administrative Record for the above-entitled matter, prepared by counsel for the City.

4.    I am informed and believe that counsel for the City prepared the Administrative Record by compiling and organizing true and correct copies of documents regarding the application identified as Banning Point, including without limitation documents submitted by proponents of the application, documents submitted to the City by other parties concerning the application, comments regarding the application, staff reports, public meeting agendas, and minutes and transcripts of public meetings.

5.    To the best of my knowledge, the Administrative Record is a complete record of the documents from the administrative proceedings at issue in the above-entitled matter, which Administrative Record has 353 tabbed documents, which are Bates-stamped AR 000001 – 030661.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW

4912-0150-8953 v1

2

Case No. 5:24-cv-02603-DTB
CERTIFICATION OF ADMINISTRATIVE
RECORD

1    I declare, under penalty of perjury, under the laws of the State of California

2  that the foregoing is true and correct.

3    Executed on this 30th day of July, 2025, at Banning, California.

4                                    CITY OF BANNING

5

6

7  By [signature]

8    Sandra B. Calderon
    *Acting Administrative City Clerk*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW

4912-0150-8953 v1

3

Case No. 5:24-cv-02603-DTB
CERTIFICATION OF ADMINISTRATIVE
RECORD

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 1. | | DR 21-7008 Aerial base Map | 1 | AR000001 |
| 2. | | DR 21-7008 Development Opportunities Map | 1 | AR000002 |
| 3. | | DR 21-7008 Vicinity Map | 1 | AR000003 |
| 4. | | DR 21-7008 Zoning Map | 1 | AR000004 |
| 5. | Various | News Articles, Social Media Posts, Text Messages | 1 | AR000005 |
| 6. | | Site Photos | 1 | AR000095 |
| 7. | June 3, 2011 | Draft Environmental Impact Report – Butterfield Specific Plan | 1 | AR000097 |
| 8. | December 2011 | Final Environmental Impact Report – Butterfield Specific Plan | 1 | AR000944 |
| 9. | June 2016 | Rancho San Gorgonio Specific Plan Draft Environmental Impact Report | 1 | AR001433 |
| 10. | November 2018 | Final Environmental Impact Report – Banning Distribution Center | 1 | AR002112 |
| 11. | November 13, 2019 | Rendering Concept 5 – North Entry View | 1 | AR002328 |
| 12. | December 29, 2019 | CLTA Preliminary Title Report | 1 | AR002329 |
| 13. | December 29, 2019 | CLTA Preliminary Title Report (Redlines) | 1 | AR002343 |
| 14. | February 21, 2020 | Notice of Preparation of an Environmental Impact Report and Scoping Meeting for Sun Lakes Village North Specific Plan Amendment No. 6 **Attachments:** Figure 1. Project Location Map/Aerial Photo Figure 2. Proposed Land Use Plan February 18, 2020 Initial Study Sun Lakes Village North Specific Plan Amendment No. 6 | 1 | AR002357 |
| 15. | September 9, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental Impact Report SCH No. 2020029074 • Appendix A- Notice of Preparation, Initial Study, Comment Letters • Appendix B- Air Quality and Greenhouse Gas Evaluation | 1 | AR002429 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | • Appendix C- Emissions from Alternatives<br>• Appendix D- Habitat Assessment<br>• Appendix E- Cultural Resources Records Search<br>• Appendix F-Phase I Cultural Resources Assessment<br>• Appendix G- Noise Monitoring<br>• Appendix H- Traffic Analysis<br>• Appendix I- Vehicle Miles Traveled (VMT) Analysis<br>• Appendix J- Water Supply Assessment | | |
| 16. | September 10, 2020 | Notice of Completion & Environmental Document Transmittal | 1 | AR003665 |
| 17. | September 11, 2020 | Notice of Availability of Draft Environmental Impact Report | 1 | AR004166 |
| 18. | October 20, 2020 | Notice of Public Hearing for PC Meeting of November 4, 2020 | 1 | AR004169 |
| 19. | October 28, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Final Environmental Impact Report SCH No. 2020029074 | 1 | AR004172 |
| 20. | November 4, 2020 | Planning Commission Meeting Agenda<br>Planning Commission Staff Report<br>**Attachments:**<br>1.    Resolution 2020-21 with Conditions of Approval<br>2.    Resolution 2020-22<br>3.    Specific Plan Amendment No. 5<br>4.    Draft EIR North Specific Plan Amendment No. 5<br>5.    Final EIR North Specific Plan Amendment No. 5 Public Hearing Notice | 1 | AR004227 |
| 21. | November 4, 2020 | Resolution 2020-21: Resolution of the Planning Commission of the City | 1 | AR005711 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | of Banning, California, Recommending that the City Council Adopt the Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001); Approve Zone Change No. 20-3501 to Amend the Zoning Ordinance Text; and Certify the Final Environmental Impact Report (SCH No. 2020029074) (Environmental Assessment No. 201502) and Adopt Findings of Fact, A Statement of Overriding Considerations, and a Mitigation Monitoring and Reporting Program | | |
| 22. | November 4, 2020 | Resolution 2020-22 [Unsigned version] | 1 | AR005734 |
| 23. | November 4, 2020 | Resolution 2020-22: A Resolution of the Planning Commission of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of approximately 47 Gross Acres Located between Sun Lakes Boulevard and Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also Identified as Assessor's Parcel Number 419-140-057 to Update the Existing Specific Plan Document to Amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including | 1 | AR005837 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines for Development; and Administration and Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. |  |  |
| 24. | November 20, 2020 | Notice of Public Hearing for CC Meeting of December 8, 2020 | 1 | AR005941 |
| 25. | December 8, 2020 | City Council Meeting Agenda City Council Report **Attachments:** 1.    Resolution 2020-141 2.    Ordinance 1571 3.    Sun Lakes Village Specific Plan Amendment 5 4.    Public Hearing Notice 5.    Draft Environmental Impact Report 6.    Final Environmental Impact Report (EIR)    a.  Administrative Response to Lake Comment Letter    b.  Comments on Final EIR    c.  Supplemental Comments on Final EIR | 1 | AR005944 |
| 26. | December 8, 2020 | Resolution 2020-141: A Resolution of the City Council of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of Approximately 47 Gross Acres Located between Sun Lakes Boulevard And Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also identified as assessor's parcel number 419-140-057 | 1 | AR007742 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | to update the existing specific plan document to amend the specific plan land use plan from retail commercial (auto dealer) to business park & warehouse (BW), office & professional (OP), AND retail & service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines For Development; and Administration And Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 27. | December 8, 2020 | Resolution 2020-141[Unsigned version] | 1 | AR007856 |
| 28. | December 2, 2020 – December 9, 2020 | Bulk Emails regarding environmental clean-up and demolition with City and A. Chacon, S. Kukett and G. Hill | 1 | AR007971 |
| 29. | January 12, 2021 | Ordinance No. 1571 [Unsigned version] | 1 | AR008029 |
| 30. | January 12, 2021 | Ordinance No. 1571: An Ordinance Of The City Council Of The City Of Banning, California, Approving Zone Change No. 20-3501 To Amend The Zoning Ordinance To Incorporate The Text Of The Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001) Into The Zoning Ordinance | 1 | AR008035 |
| 31. | January 25, 2021 | Renderings Concept 5 – North Entry View (Retail) | 1 | AR008042 |
| 32. | January 4, 2021 - January 27, 2021 | Bulk Emails regarding proposed project and dedications for street widening, sign diversion with Thienes Engineering, Inc. | 1 | AR008048 |
| 33. | January 29, 2021 | Public Hearing Notice Certificate of Mailing | 1 | AR008080 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 34. | February 2, 2021 - February 22, 2021 | Bulk Emails regarding November publication notices and invoices from Record Gazette to City | 1 | AR008083 |
| 35. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development | 1 | AR008410 |
| 36. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development(Redlines) | 1 | AR008474 |
| 37. | March 19, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR008540 |
| 38. | March 30, 2021 | Infiltration Report | 1 | AR008547 |
| 39. | March 30, 2021 | Infiltration Report (Redlines) | 1 | AR008577 |
| 40. | April 8, 2021 | Preliminary Landscape Plan | 1 | AR008607 |
| 41. | April 16, 2021 | Conceptual Grading Plan | 1 | AR008608 |
| 42. | April 16, 2021 | Conceptual Grading Plan (Redlines) | 1 | AR008611 |
| 43. | April 16, 2021 | Conceptual Grading Plan (Response) | 1 | AR008614 |
| 44. | April 16, 2021 | Preliminary Hydrology Report | 1 | AR008618 |
| 45. | April 16, 2021 | Preliminary Hydrology Report (Redlined) | 1 | AR008757 |
| 46. | April 19, 2021 | Tentative Parcel Map No. 38164 | 1 | AR008897 |
| 47. | April 19, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR008898 |
| 48. | April 19, 2021 | Water Quality Management Plan | 1 | AR008899 |
| 49. | April 19, 2021 | Water Quality Management Plan (Redlined PC1 Draft PWQMP) | 1 | AR009093 |
| 50. | April 19, 2021 | Water Quality Management Plan (Redlined PC2 Draft PWQMP) | 1 | AR009288 |
| 51. | April 20, 2021 | Banning Point Preliminary Landscape Plan | 1 | AR009556 |
| 52. | April 29, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR009557 |
| 53. | April 25, 2021 - April 30, 2021 | Bulk Emails regarding Costco follow-up from James Wurts and ECK Corp. | 1 | AR009559 |
| 54. | April 30, 2021 | Overall Site Plan with comments | 1 | AR009618 |
| 55. | April 30, 2021 | Overall Site Plans | 1 | AR009619 |
| 56. | April 30, 2021 | Plans – Architectural Set | 1 | AR009630 |
| 57. | May 18, 2021 | Property Owners Certification Form and GIS Mailing Labels | 1 | AR009646 |
| 58. | May 27, 2021 | MIG Submittal Letter to Planning Department | 1 | AR009656 |
| 59. | May 27, 2021 | Project Description | 1 | AR009657 |
| 60. | May 27, 2021 | Uniform Development Application | 1 | AR009662 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 61. | May 5, 2021 - May 28, 2021 | Bulk Emails regarding labor workforce statistics for City of Banning between G. Kingston and J. Wurtz | 1 | AR009669 |
| 62. | June 9, 2021 | Design Review Transmittal | 1 | AR009712 |
| 63. | June 9, 2021 | Design Review Transmittal, Approved by Building and Safety Department 06/29/2021 | 1 | AR009714 |
| 64. | June 9, 2021 | Design Review Transmittal, Approved by Fire Department 06/16/2021 | 1 | AR009716 |
| 65. | June 9, 2021 | Planning & Zoning Payment Receipt | 1 | AR009718 |
| 66. | June 7, 2021 - June 10, 2021 | Bulk Emails between A. Steele and S. Calderon regarding Banning Point submittal | 1 | AR009722 |
| 67. | June 9, 2021 | Email from S. Calderon to R. Miller Re out of office | 1 | AR009762 |
| 68. | June 10, 2021 | Trip Generation Assessment | 1 | AR009763 |
| 69. | June 10, 2021 | Vehicle Miles Traveled Analysis | 1 | AR009771 |
| 70. | June 16, 2021 | Banning Fire Services – Office of the County Fire Marshal - Planning Case Conditions | 1 | AR009787 |
| 71. | June 22, 2021 | Engineering Department 3.1 Grading Plan Checklist | 1 | AR009789 |
| 72. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo | 1 | AR009799 |
| 73. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo and Responses | 1 | AR009800 |
| 74. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Conceptual Grading, Utilities & Storm Drain Plan - PC1 Memo | 1 | AR009801 |
| 75. | June 24, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of Approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 1 | AR009803 |
| 76. | June 24, 2021 | Memorandum from Engineering Resources of Southern California, | 1 | AR009811 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Inc. Re Sun Lakes Village - PWQMP - PC1 Memo | | |
| 77. | June 14, 2021 - June 25, 2021 | Bulk Emails between A. Loconte and Kevin Sin regarding DR 21-7008 N | 1 | AR009813 |
| 78. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Soils Report – Approval Letter | 1 | AR009898 |
| 79. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Infiltration Report – Approval Letter | 1 | AR009899 |
| 80. | June 28, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Sun Lakes Village – Preliminary Hydrology Report - PC1 Memo | 1 | AR009900 |
| 81. | June 29, 2021 | City of Banning Building and Safety Comments Re DR 21-7008 | 1 | AR009901 |
| 82. | June 28, 2021 - June 30, 2021 | Bulk Emails between A. Rush and Liza Edwards regarding DR 21-7008 | 1 | AR009903 |
| 83. | July 19, 2021 | Banning Point Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum | 1 | AR009970 |
| 84. | July 29, 2021 | Site Lighting Design | 1 | AR010373 |
| 85. | July 29, 2021 | Tentative Parcel Map No. 38164 | 1 | AR010374 |
| 86. | July 29, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR010375 |
| 87. | July 2, 2021 - July 30, 2021 | Bulk Emails from A. Steele to L. Edwards regarding planning comments on DR 21-7008 | 1 | AR010376 |
| 88. | August 2, 2021 | California, Inc. Re Banning 47 – Sun Lakes Blvd (18014001) Response to "PWQMP PC1 Memo" dated June 24, 2021 | 1 | AR010526 |
| 89. | August 2, 2021 | Preliminary Water Quality Management Plan Prepared: 4/19/2021 Revision Date: 8/2/2021 | 1 | AR010528 |
| 90. | August 5, 2021 | Conceptual Grading Plan | 1 | AR010796 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 91. | August 5, 2021 | Conceptual Grading Plan (Redline) | 1 | AR010801 |
| 92. | August 5, 2021 | Preliminary Hydrology Report | 1 | AR010806 |
| 93. | August 9, 2021 | Project Description Banning Point LGE / Design Build | 1 | AR010968 |
| 94. | August 10, 2021 | Response to Comments from LGE Project Team Re Banning Point – DR 21-7008 | 1 | AR010973 |
| 95. | August 3, 2021 - August 30, 2021 | Bulk Emails from A. Rush to L. Edwards regarding DR 21-7008 waiving Burrowing Owl survey or habit assessment report | 1 | AR010984 |
| 96. | September 7, 2021 | Design Review 2nd Submittal | 1 | AR011024 |
| 97. | September 7, 2021 | Design Review 2nd Submittal, Approved by Building & Safety Department 9-7-21 | 1 | AR011026 |
| 98. | September 7, 2021 | Design Review 2nd Submittal, Approved by Fire Department 9-14-21 | 1 | AR011028 |
| 99. | September 9, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Banning 47 – Sun Lakes Village - PWQMP - PC2 Memo | 1 | AR011030 |
| 100. | September 1, 2021 - September 10, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 1 | AR011031 |
| 101. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Sun Lakes Blvd. – Conceptual Grading, Utilities & Storm Drain Plan – PC2 – Memo ERSC Job No. 18014001/165 | 2 | AR011076 |
| 102. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – TPM 21-4001 – TPM 38164 PC2 Memo | 2 | AR011078 |
| 103. | September 13, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 - 165 – Banning 47 – Sun Lakes Village – Preliminary Hydrology Report - PC2 Memo | 2 | AR011079 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 104. | September 13, 2021 - September 16, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 2 | AR011080 |
| 105. | September 23, 2021 | City of Banning Electric Utility – 2nd Submittal Electric Comments | 2 | AR011205 |
| 106. | September 20, 2021 - September 24, 2021 | Bulk Emails from A. Rush to L. Edwards regarding CEQA review | 2 | AR011207 |
| 107. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Trip Generation Assessment – PC1 Memo | 2 | AR011259 |
| 108. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Vehicle Miles Traveled (VMT) Analysis – PC1 Memo | 2 | AR011260 |
| 109. | September 27, 2021 - September 29, 2021 | Bulk Emails to A. Vela at City regarding download sharefile notification Traffic Impact Analysis with documents attached | 2 | AR011261 |
| 110. | October 4, 2021 | Trip Generation Assessment | 2 | AR011359 |
| 111. | October 4, 2021 | Trip Generation Assessment Response to Comments | 2 | AR011369 |
| 112. | October 5, 2021 | Conceptual Colored Elevations and Material Board – Warehouse Bldg. | 2 | AR011374 |
| 113. | October 5, 2021 | Narrative of changes from LGE Project Team Re Banning Point – DR 21-7008 | 2 | AR011375 |
| 114. | October 5, 2021 | Public Hearing Notice for October 19, 2021 PC Meeting | 2 | AR011378 |
| 115. | October 6, 2021 | Conceptual Landscape Plan | 2 | AR011380 |
| 116. | October 6, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 2 | AR011381 |
| 117. | October 4, 2021 - October 9, 2021 | Bulk Emails from A. Rush to S. Calderon regarding newspaper notices | 2 | AR011389 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 118. | October 9, 2021 | Email from B. Filadelfia Re Opposition to industrial warehouse at the Sun Lakes Village | 2 | AR011629 |
| 119. | October 11, 2021 - October 17, 2021 | Bulk Emails from J. Everett to A. Rush regarding DR 21-7008 and availability for community engagement discussion | 2 | AR011630 |
| 120. | October 19, 2021 | Agenda Special Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.    Resolution 2021-16 with Conditions of Approval 2.    Project Plans 3.    DR-21-7008 - Public Hearing Notice 4.    DR-21-7008 – Notice of Determination 5.    Public Comment Received October 9, 2021 | 2 | AR011771 |
| 121. | October 19, 2021 | Planning Commission Meeting Action Minutes | 2 | AR011881 |
| 122. | October 19, 2021 | Transcript of Planning Commission Meeting | 2 | AR011887 |
| 123. | October 18, 2021 - October 24, 2021 | Bulk Emails regarding public comments for DR 21-7008 Banning Point development | 2 | AR012098 |
| 124. | October 25, 2021 - October 31, 2021 | Bulk Emails from T. Miller to A. Rush regarding proposed warehouse projects | 2 | AR012582 |
| 125. | November 1, 2021 - November 6, 2021 | Bulk Emails from J. Zemon to C. Wallace regarding Creation Equity | 2 | AR012875 |
| 126. | November 8, 2021 - November 13, 2021 | Bulk Emails from A. Steele to S. Calderon regarding Banning Point Radius Map and Labels | 2 | AR013186 |
| 127. | November 19, 2021 | Notice of Public Hearing for the December 1, 2021 Planning Commission Meeting | 2 | AR013275 |
| 128. | November 19, 2021 | Proof of Publication for the December 1, 2021 Planning Commission Meeting | 2 | AR013280 |
| 129. | November 15, 2021 - November 20, 2021 | Bulk Emails from R. Robbins to A. Rush regarding Banning Point and | 2 | AR013281 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | conflicting information from D. Schulze | | |
| 130. | November 22, 2021- November 27, 2021 | Bulk Emails from C. Patton to A. Rush Re public records request | 2 | AR013472 |
| 131. | November 28, 2021 - November 30, 2021 | Bulk Emails redacted from private party to S. Calderon Re comments at 12-1-21 planning meeting | 2 | AR013641 |
| 132. | December 1, 2021 | Agenda Regular Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.     Resolution 2021-16 with Conditions of Approval 2.     Project Plans 3.     DR-21-7008 - Public Hearing Notice 4.     DR-21-7008 – Notice of Determination | 2 | AR014010 |
| 133. | December 1, 2021 | Notice of Determination | 2 | AR014115 |
| 134. | December 1, 2021 | Planning Commission Regular Meeting Action Minutes | 2 | AR014117 |
| 135. | December 1, 2021 | Resolution 2021-16: A Resolution of the Planning Commission of the City of Banning, California, Making Environmental Determinations Under CEQA Guidelines Section 15162, and Approving Design Review 21-7008 & Tentative Parcel Map 38164, to Allow the Subdivision of 47 Acres Into Three (3) Commercial and Industrial Parcels for Financing Purposes and Permit the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet on 47-Acres, Including 10,000 Square Feet of Office Space, and Six (6) Retail/Restaurant Buildings Totaling 34,000 Square Feet, on Real Property Located Within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057) | 2 | AR0141121 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 136. | December 1, 2021 | Transcript of Planning Commission Meeting | 2 | AR014171 |
| 137. | December 1, 2021 - December 5, 2021 | Bulk Emails from M. Murshedi to C. Patton Re false assumptions about distribution center | | AR014411 |
| 138. | December 7, 2021 | Letter from Shute Mihaly Weinberger, LLP to Adam B. Rush, AICP, Community Development Director Re Planning Commission Approval of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR014923 |
| 139. | December 7, 2021 - December 12, 2021 | Bulk Emails from R. Roy to C. Patton Re appeal deadline | 2 | AR014926 |
| 140. | December 16, 2021 | Letter from M. Burton and cover email to City Attorney Re NOD | 2 | AR015262 |
| 141. | December 13, 2021 - December 17, 2021 | Bulk Emails from M. Murshedi to D. Schulze Re PAG newsletters attached | 2 | AR015267 |
| 142. | December 21, 2021 | Email and Letter from City Attorney Kevin Ennis Re NOD | 2 | AR015437 |
| 143. | December 20, 2021 - December 29, 2021 | Bulk Emails from J. Gaglio to B. Robinson Re switch size | 2 | AR015441 |
| 144. | January 3, 2022 - January 8, 2022 | Bulk Emails from A. Rush to A. Rush Re PHN for DR 21-7008 Appeal hearing and special meeting | 2 | AR015473 |
| 145. | January 10, 2022 - January 14, 2022 | Bulk Emails from A. Rush to J. Zemon Re Banning Point catch up | 2 | AR015638 |
| 146. | January 21, 2022 | Proof of Publication of January 31, 2022 City Council Public Hearing | 2 | AR015676 |
| 147. | January 17, 2022 - January 23, 2022 | Bulk Emails from J. Gaglio to B. Robinson Re power and undergrounding poles/lines | 2 | AR015678 |
| 148. | January 24, 2022- January 31, 2022 | Bulk Emails from C. So to S. Calderon Re Banning Point meeting | 2 | AR015744 |
| 149. | January 24, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Appeal of Sun Lakes Village North Design Review 21-7008 and Opposition to Tentative Parcel Map 38164 | 2 | AR016113 |
| 150. | February 1, 2022 - February 6, 2022 | Bulk Emails to Banning public records from L. Sampson | 2 | AR016541 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 151. | February 10, 2022 | Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report Appendices:<br>• Appendix A: Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum<br>• Appendix B: Traffic Assessment<br>• Appendix C Vehicle Miles Traveled (VMT) Analysis<br>• Appendix D Noise and Vibration Impact Analysis | 2 | AR016739 |
| 152. | February 10, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Recusal of Mayor Pro Tem Colleen Wallace, Councilmember Mary Hamlin, and Councilmember Alberto Sanchez from Consideration of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR017425 |
| 153. | February 10, 2022 | See Tab 151 (Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report) above. | 2 | AR017454 |
| 154. | February 7, 2022 - February 12, 2022 | Bulk Emails from L. Hamlin to M. Owen Re organized crime links | 2 | AR018140 |
| 155. | February 15, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re Banning Point Development (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR018281 |
| 156. | February 15, 2022 | Supplemental letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the | 2 | AR018730 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | City Council Re Design Review 21-7008 and Tentative Parcel Map 38164 | | |
| 157. | February 16, 2022 | Letter from Allen Matkins to Mayor and City Council Re Approve the Banning Point Development (Design Review 21-7008 and Parcel Map 38164) and Deny the Appeal Filed by Pass Action Group | 2 | AR018745 |
| 158. | February 17, 2022 | Agenda Special City Council Meeting City of Banning, California<br>City Council Staff Report<br>**Attachments:**<br>1. City Council Resolution 2022-14 (including Conditions of Approval)<br>2. Appeal Filed By Pass Action Group<br>3. Planning Commission Staff Report, December 1, 2021<br>4. Tentative Parcel Map 38164<br>5. DR 21-7008 Plan Set<br>6. Addendum/Consistency Checklist<br>7. Approved Planning Commission Meeting Minutes, October 19, 2021<br>8. Planning Commission Meeting Minutes, December 1, 2021<br>9. Planning Commission Resolution No. 2021-16<br>10.    City Council Public Hearing Notices<br>11.    City Council Affidavit of Public Hearing Notice | 2 | AR018776 |
| 159. | February 17, 2022 | City Council Special Meeting Minutes<br>**Public Record Materials:**<br>1. Public Comment submitted by Pass Area Action Group – Received 1/24/2022 | 2 | AR019725 |

# CHRONOLOGICAL
# INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 2. Project CEQA Consultant Response to Comments – Received 2/15/2022<br>3. Allen Matkins Leck Gamble Mallory & Natsis LLP Letter of Support – Received 2/16/2022<br>4. Appellant Supplement Letter – Received 2/16/2022<br>5. Project CEQA Consultant Response to Comments – Received 2/17/2022 | | |
| 160. | February 17, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted on February 15, 2022, by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR019768 |
| 161. | February 17, 2022 | Notice of Determination | 2 | AR019772 |
| 162. | February 17, 2022 | Resolution 2022-14: A Resolution of the City Council Of The City Of Banning, California, (1) Approving Tentative Parcel Map No. 38164, Allowing the Subdivision of Approximately 47 Gross Acres of Vacant Land, Into Three Parcels; (2) Approving Design Review 21-7008 and Affirming the Planning Commission's Approval of that Application and Denying an Appeal of that Decision and Permitting the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet, Including 10,000 Square Feet of Office Space, and Six Retail/Commercial Buildings Totaling 34,000 Square Feet, on Real Property Located within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057); And (3) Adopting an | 2 | AR019773 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Addendum Under the California Environmental Quality Act (CEQA) and Making Findings in Support thereof, including Finding of Consistency with the Certified Environmental Impact Report Prepared for Amendment No. 5 to the Sun Lakes Village North Specific Plan (SCH # 2020029074) | | |
| 163. | February 17, 2022 | *See* Tab 162 (Resolution 2022-14) above. | 2 | AR019820 |
| 164. | February 17, 2022 | Transcript of City Council Special Meeting | 2 | AR019867 |
| 165. | February 14, 2022 - February 18, 2022 | Bulk Emails from L. Sampson to C. Patton Re special CC meeting on appeal | 2 | AR020161 |
| 166. | November 21, 2021 – January 24, 2022 | Bulk Emails regarding miscellaneous | 2 | AR020613 |
| 167. | May 15, 2024 | Email from J. Everett to J. Zemon Re Radius Labels | 2 | AR020619 |
| 168. | May 15, 2024 | Email from J. Zemon to J. Everett Re Radius Labels | 2 | AR020621 |
| 169. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020625 |
| 170. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020629 |
| 171. | May 15, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020633 |
| 172. | May 15, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020637 |
| 173. | May 17, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020641 |
| 174. | May 17, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020646 |
| 175. | May 20, 2024 | Email from A. Rush to S. Calderon Re SmartGov | 2 | AR020651 |
| 176. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020653 |
| 177. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020654 |
| 178. | May 20, 2024 | Email from S. Dailey v. A. Sanchez Re Project Vote No | 2 | AR020656 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 179. | May 21, 2024 | Email from K. Bundy to City Clerk Re PAG and inadequate notice of hearing | 2 | AR020657 |
| 180. | May 21, 2024 | Email From A. Rush to J. Zemon Re inadequate notice of hearing | 2 | AR020660 |
| 181. | May 22, 2024 | Email from S. Calderon to K. Bundy Re inadequate notice of hearing | 2 | AR020664 |
| 182. | May 22, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020665 |
| 183. | May 22, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020666 |
| 184. | May 30, 2024 | Email from S. Calderon to A. Rush Re June 11 CC Meeting | 2 | AR020668 |
| 185. | May 30, 2024 | Email from A. Rush to S. Calderon Re June 11 CC Meeting | 2 | AR020669 |
| 186. | June 3, 2024 | Email from S. Calderon to J. Zemon Re Banning Point Project and June 11 | 2 | AR020670 |
| 187. | June 3, 2024 | Email from S. Calderon to Public Works Group Re June 11 CC Meeting | 2 | AR020674 |
| 188. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020678 |
| 189. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020680 |
| 190. | June 4, 2024 | Email from K. Bundy to C. Patton Re Inadequate notice of hearing | 2 | AR020682 |
| 191. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020684 |
| 192. | June 4, 2024 | Email from R. Reddig to City Clerk Re Banning Point objection | 2 | AR020686 |
| 193. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from F. Matzen | 2 | AR020687 |
| 194. | June 5, 2024 | Email from S. Dills to S. Calderon Re Banning Point approval | 2 | AR020688 |
| 195. | June 5, 2024 | Email from J. Zemon to E. Papp Re June 11 Hearing to touch base | 2 | AR020689 |
| 196. | June 4, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020690 |
| 197. | June 5, 2024 | Email from E. Papp to J. Zemon Re June 11 Hearing to touch base | | AR020693 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 198. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from S. Dills | 2 | AR020694 |
| 199. | June 5, 2024 | From C. Patton to S. Dills Re Banning Point comments | 2 | AR020695 |
| 200. | June 5, 2024 | From C. Patton to R. Reddig Re Banning Point comments | 2 | AR020696 |
| 201. | June 5, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020697 |
| 202. | June 5, 2024 | Email from P. Jackson to S. Calderon Re objections to Banning Point | 3 | AR020700 |
| 203. | June 5, 2024 | Email from C. Patton to F. Matzen Re Banning Point comments | 3 | AR020701 |
| 204. | June 6, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 3 | AR020702 |
| 205. | June 6, 2024 | Email from C. Patton to K. Bundy Re Inadequate notice of hearing | 3 | AR020705 |
| 206. | June 6, 2024 | Email from D. Ferreira to City Clerk Re Banning Point opposition | 3 | AR020708 |
| 207. | June 6, 2024 | Email from S. Calderon to E. Papp Re Affidavit of Mailing | 3 | AR020709 |
| 208. | June 6, 2024 | Email from D. Ferreira to C. Wallace Re Banning Point opposition | 3 | AR020736 |
| 209. | June 6, 2024 | Email from D. Ferreira to D. Happe Re Banning Point opposition | 3 | AR020737 |
| 210. | June 6, 2024 | Email from C. Patton to D. Ferreira Re Banning Point comments | 3 | AR020738 |
| 211. | June 6, 2024 | Email from D. Ferreira to A. Sanchez Re Banning Point opposition | 3 | AR020739 |
| 212. | June 7, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020740 |
| 213. | June 10, 2024 | Email from B. Ruano to City Clerk Re Banning Point vote | 3 | AR020744 |
| 214. | June 10, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote | 3 | AR020745 |
| 215. | June 10, 2024 | Email from L. Sampson to B. Ruano Re Banning Point vote | 3 | AR020746 |
| 216. | June 10, 2024 | Email from B. Ruano to R. Minjares Re Attachment with vote no | 3 | AR020747 |
| 217. | June 10, 2024 | Email from L. Sampson to C. Patton Re Banning Point Warehouse Project | 3 | AR020749 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 218. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020751 |
| 219. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020753 |
| 220. | June 10, 2024 | Email from J. Condas to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020755 |
| 221. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC consent item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020758 |
| 222. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Public Hearing Item 7.1` | 3 | AR020761 |
| 223. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020764 |
| 224. | June 10, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR020767 |
| 225. | June 10, 2024 | Email from K. Bundy to C. Patton Re rescheduling hearing | 3 | AR020768 |
| 226. | June 11, 2024 | Email from T. Leamy to C. Wallace Re vote | 3 | AR020769 |
| 227. | June 11, 2024 | City Council Regular Meeting Agenda (ITEM 9.1 REMOVED AND NOT HEARD) | 3 | AR020770 |
| 228. | June 11, 2024 | Minutes of City Council Regular Meeting (SHOWS 9.1 REMOVED FROM AGENDA AND NOT HEARD) | 3 | AR020775 |
| 229. | June 11, 2024 | Staff Report for City Council Regular Meeting on June 11, 2024 with attachments: NOT HEARD 1. Resolution 2024-88, Banning Point.docx 2. Exhibit A - Conditions of Approval.docx 3. PAAG Appeal Letter.pdf 4. December 1 2021 Regular Planning Commission Meeting.pdf 5. TPM 38164.pdf 6. DR 21-7008 Plans.pdf | 3 | AR020803 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | 7. Addendum Consistency Checklist.pdf<br>8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. February 17, 2022 Special CC Meeting Minutes.pdf<br>12. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>13. Public Comment Correspondence.pdf<br>14. 10.19.2021 PC PHN.pdf<br>15. 12.01.2021 PC PHN.pdf<br>16. Public Hearing Notice - 06/11/2024 |  |  |
| 230. | June 24, 2024 | Email From P. Gosney to J. Condas Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022716 |
| 231. | June 25, 2024 | Email from S. Calderon to E. Papp Re Affidavits of Mailing and Posting Notice of Hearing | 3 | AR022719 |
| 232. | June 30, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote NO | 3 | AR022746 |
| 233. | July 1, 2024 | Email From P. Gosney to J. Condas and E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022747 |
| 234. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022750 |
| 235. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting (Second Email) | 3 | AR022753 |
| 236. | July 5, 2024 | Email from P. Jackson to City Clerk Re  objection to Banning Point project | 3 | AR022757 |
| 237. | July 6, 2002 | Email from T. Leamy to C. Wallace Re vote | 3 | AR022759 |
| 238. | July 6, 2024 | Email from G. Johnson to A. Sanchez Re traffic congestion | 3 | AR022760 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 239. | July 8, 2024 | Email from B. Ruano to City Clerk Re vote | 3 | AR022761 |
| 240. | July 8, 2024 | Email from K. and R. Nemire to A. Sanchez Re Letter regarding opposition | 3 | AR022762 |
| 241. | July 8, 2024 | Email from J. Sherman to A. Rush Re opposition | 3 | AR022764 |
| 242. | July 8, 2024 | Email from D. Ferreira to City Clerk Re opposition | 3 | AR022765 |
| 243. | July 8, 2024 | Email from D. Ferreira to City Council and Mayor Re opposition | 3 | AR022766 |
| 244. | July 8, 2024 | Email from D. Ferreira to Councilwoman C. Wallace Re opposition | 3 | AR022767 |
| 245. | July 8, 2024 | Email from D. Ferreira to D. Happe Re opposition | 3 | AR022768 |
| 246. | July 8, 2024 | Email from D. Ferreira to A. Sanchez Re opposition | 3 | AR022769 |
| 247. | July 8, 2024 | Email from D. Ferreira to D. Schulze Re opposition | 3 | AR022770 |
| 248. | July 8, 2024 | Email from K. Dale to C. Patton Re comments | 3 | AR022771 |
| 249. | July 8, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR022778 |
| 250. | July 8, 2024 | Email from D. Shulze to C. Patton Re opposition | 3 | AR022779 |
| 251. | July 8, 2024 | Email from H. Tabachnik to C. Patton Re opposition | 3 | AR022780 |
| 252. | July 8, 2024 | Email from M. Johnson to D. Schulze Re opposition | 3 | AR022781 |
| 253. | July 8, 2024 | Email from M. Johnson to A. Sanchez Re opposition | 3 | AR022782 |
| 254. | July 8, 2024 | Email from M. Johnson to R. Minjares Re opposition | 3 | AR022783 |
| 255. | July 8, 2024 | Email from R. Robbins to C. Patton Re 7-9-24 Presentation | 3 | AR022784 |
| 256. | July 8, 2024 | Email from M. Johnson to D. Happe Re opposition | 3 | AR022798 |
| 257. | July 8, 2024 | Email from D. Schulze to C. Patton Re opposition | 3 | AR022799 |
| 258. | July 8, 2024 | Email from C. Patton to R. Robbins Re PAG documents | 3 | AR022800 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 259. | July 8, 2024 | Email from R. Robbins to C. Patton Re PAG documents | 3 | AR022801 |
| 260. | July 8, 2024 | Email from M. Johnson to C. Wallace Re opposition | 3 | AR022802 |
| 261. | July 8, 2024 | Email from C. Pierro to A. Sanchez Re traffic and health reasons | 3 | AR022803 |
| 262. | July 9, 2024 | Email from K. Bundy to City Council Re PAG Comments | 3 | AR022804 |
| 263. | July 9, 2024 | Email from K. Dale to City Clerk Re 7-9-24 CC Meeting and the project | 3 | AR022813 |
| 264. | July 9, 2024 | Email from S. Calderon to E. Papp Re 7-9-24 CC Meeting Agenda | 3 | AR022816 |
| 265. | July 9, 2024 | Email from C. Patton to K. Bundy Re 7-9-24 CC Agenda | 3 | AR022825 |
| 266. | July 9, 2024 | Email from S. Flynn to C. Patton Re 7-9-24 CC Agenda | 3 | AR022826 |
| 267. | July 9, 2024 | Email from R. Minjares to R. Minjares Re 7-9-24 CC Public Hearing | 3 | AR022827 |
| 268. | July 9, 2024 | Email from C. Wallace to R. Boyle Re S. Flynn attending PAG meeting and participating | 3 | AR022830 |
| 269. | July 9, 2024 | City Council Regular Meeting Agenda | 3 | AR022831 |
| 270. | July 9, 2024 | Minutes of City Council Regular Meeting | 3 | AR022836 |
| 271. | July 9, 2024 | Notice of Public Hearing | 3 | AR022990 |
| 272. | July 9, 2024 | Proof of Publication | 3 | AR022992 |
| 273. | July 9, 2024 | Staff Report for City Council Regular Meeting on July 9, 2024 with attachments:<br><br>1. Resolution 2024-114, DR 21-7008 Consideration.docx<br>2. Exhibit A - COAs.docx<br>3. PAAG Appeal Letter.pdf<br>4. December 1 2021 Regular Planning Commission Meeting.pdf<br>5. TPM 38164.pdf<br>6. DR 21-7008 Plans.pdf<br>7. Addendum Consistency Checklist.pdf | 3 | AR022993 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. Resolution No. 2022-014.pdf<br>12. February 17, 2022 Special CC Meeting Minutes.pdf<br>13. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>14. March 15, 2024 Ruling.pdf<br>15. Public Comment Correspondence.pdf<br>16. 10.19.2021 PC PHN.pdf<br>17. 12.01.2021 PC PHN.pdf<br>18. Public Hearing Notice - 06/11/2024<br>19. PHN_Banning Point_7.9.2024.pdf<br>20. 2024 06 28_PHN - Proof of Publication<br>21. Banning - Affidavits of Mailing and Posting of Notice of Public Hearing.pdf | | |
| 274. | July 9, 2024 | Resolution 2024-113 | 3 | AR025680 |
| 275. | July 9, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 7.1 | 3 | AR025683 |
| 276. | July 10, 2024 | Email from J. Sherman to K. Gutierrez Re project opposition | 3 | AR025929 |
| 277. | July 10, 2024 | Email from K. Gutierrez to E. Papp Re opposition | 3 | AR025930 |
| 278. | July 11, 2024 | Email from D. Nethercott to C. Wallace Re 7-9-24 CC Meeting | 3 | AR025931 |
| 279. | July 11, 2024 | Email from D. Nethercott to A. Sanchez Re 7-9-24 CC Meeting | 3 | AR025932 |
| 280. | July 11, 2024 | Email from D. Nethercott to S. Flynn thanking her for hard work | 3 | AR025933 |
| 281. | July 11, 2024 | Email from K. Dale to E Papp re Banning Point - Legible Parcel Map | 3 | AR025934 |
| 282. | July 25, 2024 | Letter from Project Applicant to CC Re Banning Point Project | 3 | AR025936 |
| 283. | July 25, 2024 | Email from K. Preston to CC Re Banning Point Project | 3 | AR025951 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 284. | July 25, 2024 | Email from C. Patton to K. Preston Re Banning Point Project | 3 | AR025967 |
| 285. | July 25, 2024 | Email from K. Preston to C. Patton Re Banning Point Project | 3 | AR025968 |
| 286. | August 9, 2024 | Email from K. Bundy to C. Patton re Banning Point Project - City Council hearing | 3 | AR025970 |
| 287. | August 9, 2024 | Email from C. Patton to K. Bundy re Banning Point Project - City Council hearing | 3 | AR025971 |
| 288. | August 9, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025972 |
| 289. | August 10, 2024 | Email from V. De Bry to D. Happe Re Banning Point | 3 | AR025974 |
| 290. | August 10, 2024 | Email from V. De Bry to R. Minjares Re Banning Point | 3 | AR025975 |
| 291. | August 13, 2024 | Email from C. Patton to K. Bundy Re Banning Point Project - City Council hearing | 3 | AR025976 |
| 292. | August 13, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025978 |
| 293. | August 13, 2024 | Email from J. Hannahs to S. Flynn Re Banning Point | 3 | AR025980 |
| 294. | August 13, 2024 | Email from J. Hannahs to C. Wallace Re Banning Point Warehouse | 3 | AR025981 |
| 295. | August 13, 2024 | Email from J. Hannahs to A. Sanchez Re Banning Point Warehouse | 3 | AR025982 |
| 296. | August 14, 2024 | Email from City Manager by L. Sampson to D. Schulze Re Sun Lakes Village | 3 | AR025983 |
| 297. | August 14, 2024 | Email from E. Papp to P. Gosney Re Banning Point Project - City Council Agenda Planning | 3 | AR025984 |
| 298. | August 14, 2024 | Email from P. Gosney to E. Papp Re Banning Point Project - City Council Agenda Planning | 3 | AR025985 |
| 299. | August 19, 2024 | Email from E. Papp to M. Valenzuela Re TPM for Banning Point | 3 | AR025986 |
| 300. | August 22, 2024 | Email from G. Johnson to A. Sanchez Re Banning Point Warehouse project | 3 | AR025988 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 301. | August 23, 2024 | Email from G. Phelps to D. Schulze Re Speaking at the Aug CC mtg re Banning Point Whse | 4 | AR025989 |
| 302. | August 23, 2024 | Email from C. Patton to G. Phelps Re Speaking at the Aug CC mtg re Banning Point Warehouse | 4 | AR025991 |
| 303. | August 26, 2024 | Email from G. Phelps to C. Patton Re Speaking at the Aug CC Mtg re Banning Point Warehouse | 4 | AR025993 |
| 304. | August 27, 2024 | Agenda and Staff Report for 8-27-2024 Meeting with Approval of 7-09-2024 Meeting Minutes | 4 | AR025996 |
| 305. | August 29, 2024 | 8-29-2024 Letter from Shute, Mihaly & Weinberger LLP, PAG Counsel to City Council | 4 | AR027505 |
| 306. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project | 4 | AR027526 |
| 307. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project (Second Email) | 4 | AR027548 |
| 308. | August 30, 2024 | Email from S. Flynn to K. Dale Re Correspondence re Banning Point Project | 4 | AR027570 |
| 309. | September 4, 2024 | Email from C. Patton to CC Re Communication re Banning Point Project | 4 | AR027571 |
| 310. | September 4, 2024 | Email from Sun Lakes Highland to CC Members Re Banning Point Project (Memo) | 4 | AR027572 |
| 311. | September 4, 2024 | Email from C. Patton to A. Gomez re Banning Point Memo to Banning CC | 4 | AR027587 |
| 312. | September 4, 2024 | Email from A. Gomez to D. Schulze Re Banning Point Memo to Banning CC | 4 | AR027588 |
| 313. | September 24, 2024 | Email from Doug Schulze to A. Gomez Re Banning Point Memo to Banning CC | 4 | AR027604 |
| 314. | September 4, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027605 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 315. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027627 |
| 316. | September 5, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027629 |
| 317. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027631 |
| 318. | September 5, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Point) | 4 | AR027634 |
| 319. | September 5, 2024 | Email from N. Criste to E. Papp Re Agenda Packet and Resolutions | 4 | AR027635 |
| 320. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027636 |
| 321. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027637 |
| 322. | September 9, 2024 | Email from G. Phelps to D. Schulze Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR02739 |
| 323. | September 9, 2024 | Email from J. Hannahs to J. Hannahs Re Banning Point | 4 | AR027642 |
| 324. | September 9, 2024 | Email from N. Campos to City Clerks Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027643 |
| 325. | September 9, 2024 | Email from K. Bundy to CC Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027651 |
| 326. | September 9, 2024 | Email from C. Patton to K. Bundy Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027661 |
| 327. | September 9, 2024 | Email from C. Patton to N. Campos Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027662 |
| 328. | September 9, 2024 | Email from E. Papp to J. Zemon Re 9-10-24 Agenda Item 8.2, Banning Point project | 4 | AR027663 |
| 329. | September 10, 2024 | Email from J. Zemon to E. Papp re Banning Point - Applicant Presentation | 4 | AR027673 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 330. | September 10, 2024 | Email from E. Papp to J. Zemon Re Banning Point - Applicant Presentation | 4 | AR027697 |
| 331. | September 10, 2024 | Email from E. Papp to S. Calderon Re PowerPoint Presentation for Print - Banning Point | 4 | AR027699 |
| 332. | September 10, 2024 | Email from P. Gosney to E. Papp Re Banning Point - Applicant Presentation | 4 | AR027713 |
| 333. | September 10, 2024 | Email from C. Patton to G. Phelps Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027740 |
| 334. | September 10, 2024 | Email from D. Ferreira to C. Wallace re Banning Point Project | 4 | AR027741 |
| 335. | September 10, 2024 | Email from G. Phelps to C. Patton re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027742 |
| 336. | September 10, 2024 | Email from C. Patton to K. Bundy re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027743 |
| 337. | September 10, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027745 |
| 338. | September 10, 2024 | Email from E. Papp to C. Patton re Banning Point - Application Presentation | 4 | AR027747 |
| 339. | September 10, 2024 | Email from C. Patton to E. Papp Re Application presentation | 4 | AR027774 |
| 340. | September 10, 2024 | Email from E. Papp to P. Gosney Re Application presentation | 4 | AR027777 |
| 341. | September 10, 2024 | Email from P. Gosney to E. Papp Re Application presentation | 4 | AR027779 |
| 342. | September 10, 2024 | Email from K. Bundy to City Council Re CC 9-10-2024 Agenda | 4 | AR027782 |
| 343. | September 10, 2024 | Email from E. Papp to J. Zemon Re Pass Action Group Letter to City Council 8-29-24 | 4 | AR027805 |
| 344. | September 10, 2024 | City Council Regular Meeting Agenda | 4 | AR027828 |
| 345. | September 10, 2024 | City Council Resolution No. 2024-151 A Resolution Of The City Council Of The City Of Banning, California, (1) Disapproving | 4 | AR027833 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Tentative Parcel Map No. 38164, A Proposed Subdivision Of Approximately 47 Gross Acres Of Vacant Land Into Three Parcels; (2) Denying Design Review No. 21-7008 A Proposed Construction Of A 619,959 Square Foot Industrial Warehouse Building, Including 10,000 Square Feet Of Office Space And A Combined 34,000 Square Feet Of Retail/ Commercial Buildings, On Real Property Located Within The Boundaries Of The Sun Lakes Village North Specific Plan Area (APN: 419-140-057), (3) Making A Determination Of Exemption Under Section 15720(A) Of The California Environmental Quality Act (CEQA) Guidelines | | |
| 346. | September 10, 2024 | Minutes of City Council Regular Meeting | 4 | AR027843 |
| 347. | September 10, 2024 | Staff Report for City Council Regular Meeting on September 10, 2024 with attachments:<br><br>1. TPM No. 38164.pdf<br>2. DR_21-7008_Plans.pdf<br>3. July 9, 2024 CC SR w_attachments.pdf<br>4. 2024-03-15_Order_re_Writ_of_Mandate.pdf<br>5. July 25, 2024 Letter from Project Applicant<br>6. August 29, 2024 Letter from Appellant<br>7. September 4, 2024 Memorandum from Project Applicant<br>8. Resolution 2024-149, Banning Point.docx<br>9. Exhibit A to Reso 2024-149 - COA.docx<br>10. Resolution 2024-150, Banning Point Approval of TPM and Denial of DR | 4 | AR027998 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | 11. Exhibit A to Reso 2024-150 - COA<br>12. Resolution 2024-151, Banning Pointe Denial of TPM and DR<br>13. 2024 07 09_Minutes_Regular Meeting.pdf<br>14. Addendum_Consistency_Checklist.pdf |  |  |
| 348. | September 10, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 8.2 | 4 | AR029639 |
| 349. | September 25, 2024 | Letter from SLH to City Council | 4 | AR029770 |
| 350. | October 8, 2024 | City Council Regular Meeting Agenda | 4 | AR029803 |
| 351. | October 8, 2024 | Minutes of City Council Regular Meeting | 4 | AR029807 |
| 352. | October 8, 2024 | Staff Report for City Council Regular Meeting on October 8, 2024 with attachments:<br><br>1.CC Resolution No. 2024-151.pdf<br>2. 2024-09-25 SLH Reconsideration Request.pdf<br>3. BMC 17.68.140___Reconsideration..docx<br>4. CC Manual of Procedural Guidelines_Resolution 2023-34 - Copy.pdf | 4 | AR029848 |
| 353. | October 8, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 9.1 | 4 | AR030661 |





CITY OF BANNING
PROJECT NUMBERS: DR 21-7008, TPM 21-4001, ENV 21-1510
DEVELOPMENT OPPORTUNITIES
ADDRESS/APN: NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057
ZONE: Sun Lakes North Specific Plan
0 100 200 400 600 800
Feet
6/18/2021
WILLDAN Engineering
PROJECT LOCATION
CITY OF BEAUMONT
UNION PACIFIC RAILROAD
JOSHUA PALMER WAY
I-10
HIGHLAND SPRINGS AVE
SUN LAKES BLVD
RAMSEY ST
Smith Creek
Potrero Creek
Legend
California Geological Survey Liquefaction Hazard Zone
FEMA SFHA - 1% (100-Year) Annual Chance Flood Hazard
FEMA SFHA - 0.2% (500-Year) Annual Chance Flood Hazard
USGS Blue Line Streams
Banning City Boundary
No California Department of Conservation Earthquake Fault Zones within 1 mile of the project location.
No CalFire Fire Hazard Severity Zones within 1 mile of the project location.
No Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP) Criteria Cells within 1.7 miles of the project location.
Source: Esri, Maxar, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community

AR 012605
AR000003



**CITY OF BANNING**

**PROJECT NUMBERS: DR 21-7008, TPM 21-4001, ENV 21-1510**
**GENERAL PLAN/ZONING**

ADDRESS/APN: NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057
ZONE: Sun Lakes North Specific Plan

**PROJECT LOCATION**

**LEGEND**

**General Plan/Zoning**
- Business Park
- General Commercial
- Low Density Residential (0-5 du/ac)
- Medium Density Residential (0-10 du/ac)
- High Density Residential (11-18 du/ac)
- High Density Residential-20/Affordable Housing Opportunity (20-24 du/ac)
- Mobile Home Parks
- Open Space - Parks
- Public Facilities - Railroad/Interstate
- Specific Plan - Sun Lakes North

**Banning City Boundary**

AR000004

## Dec 9, 2020

Update on last night's City Council meeting.

Art Welch and Daniella Andrade were recognized for their service to the City.

The Council voted to enter in a Memorandum of Understanding (MOU) with Caltrans and Beaumont for maintenance and control of the traffic signals along Highland Springs Blvd. Hopefully, this will help ease some of the congestion. I asked that a left turn signal be added to the Sun Lakes Blvd/First Street and Highland Springs intersection. They will look in to that request.

The property across from the main gate was re-zoned. There are currently no plans to build anything there. This was a change in the zoning only. Here is a copy of the zoning plan



**Julie Austin**

Very good request about the left turn signal. It's definitely needed!

**Brian Snedeker**

Did Art Welch get re-elected?

AR 019639

COB_3758
AR000005

**Peggy L Andrews**

**Brian Snedeker** no

**Brian Snedeker**

Thanks Peggy! Who is our new city council member?

**Debbie Brown**

**Mary Hamlin**

Reply to Brian Snedeker…

**Peggy L Andrews**

Thank you for your service

**Bruce Patrick**

Thank you for the nice summary report, councilwoman Mary.

**Marchel Jones-Bragg**

Thanks for the update. Hopefully, Caltrans et al, will look into synchronizing the traffic lights on Highland as one means of improving traffic flow.

**Mary Hamlin**

that's the plan

**Marchel Jones-Bragg**

**Mary Hamlin** 

Reply to Mary Hamlin…

**David Nethercott**

Mary, thanks for your work on traffic flow.

**Jackie Bruckner**

It would be wonderful if you could get Highland Springs cleaned up. We went from Albertsons to the freeway and I swear, it made me want to get a trash bag and clean it up.

**Lynn Clemente**

AR 019640

COB_3759
AR000006

**Jackie Bruckner** agreed. On & off ramps close to here in both Beaumont & Banning look much better, cleaner & more updated than our Highland Springs on/off ramps. I wonder why? It is a big eyesore, especially on the Banning side of Highland Springs.

**Linda Earls**

**Jackie Bruckner** I had the same thoughts the other day. I would be more than willing to help clean up the area if a few more wanted to get together and tackle the cleanup.

**Tracy Logan**

Jackie: volunteering to pick up trash would of helped the eye sore. Action speaks louder than words. The high winds shifted the trash in this city, wherever ther is a concentration of population, there will be sanitation issues

**Fred Sakurai**

That is all window dressing. When will they begin work on the SL Blvd. extension?

**Sharon Ann Huckabey**

**Fred Sakurai** I wouldn't mind a bit if it doesn't get done....today, coming back from the main club house, a car going west on sun lakes Blvd, must have been traveling at least 60 or 70 mph....that was just today. Happens every day, I'm sure. So when it goes all the way through, we are going to be in a boatload of hurt with cars driving at that speed constantly. Hope there's a good plan in place for controlling speed

**Kelly Curtis**

**Sharon Ann Huckabey** I am afraid the traffic flow increase will so great that speed won't be an issue because there will be too much traffic!

**Sharon Ann Huckabey**

**Kelly Curtis**                                     

**Fred Sakurai**

**Sharon Ann Huckabey** Have you considered a person spending big bucks for a high powered auto and seeing a straight, almost deserted road, with no parked cars or houses on either side, and thinking 'let's see what my dollars got for me' and press down his right foot..reaching speeds as you claim. Now, if there were five or six cars traveling at a sedate 35mph, the other cars would need to do the same. What a concept.

**Sharon Ann Huckabey**

**Fred Sakurai**                          

**Jackie Bruckner**

AR 019641

COB_3760
AR000007

That part of Highland Springs has been trash since I moved here. I complain all the time, now with the virus people are afraid to touch the crap flying around that intersection

**Sandra Gutknecht**

Thank you Mary! Sharing this with us is wonderful. I heard such great things about you from last nights meeting. I will have make time to zoom in again now you are there.

**David Luhmann**

Thank you!

**Carole Elliott**

Thank you for sharing.

**Betty McMillion**

Thank you - great job

**Dolph Mason**

Thanks for the update

**Fran Rayner**

Thank you

**Barbara Howe Djordjevic**

Thank you for the update. A warehouse in that area would be disastrous for us.

**Steven Douglas**

Warehouses would be awesome

**Carol Betz**



**Judy Stevens**

I am opposed to warehouses and all the accompanying truck deliveries all day and night. Traffic is already awful on Highland Springs, we do not need to add more truck traffic!!

**Jay Jesus**

There was a presentation at SLCC about the businesses that were going in, eventually, across from the Main Gate. What happened to all that "planning"?

AR 019642

COB_3761
AR000008

**Bruce Patrick**

Are they going to reinstall the white fence that got taken down, Mary?

**Judy Kieckhaefer**

I think looking at a big open field is better than looking at a crooked white fence. But i enjoy big open spaces.

**Alexis Shaidy**

Isn't this the same property currently being discussed?

**Alexis Shaidy**

The property across from the main gate was re-zoned. There are currently no plans to build anything there. This was a change in the zoning only. Here is a copy of the zoning plan

> **Alexis Shaidy**
>
> Yes, this was 43 weeks ago.
>
> **Ildiko Peter**
>
> **Alexis Shaidy** and NOW there is a big sign for things to come!!! Will be a disaster to say the least! So WHAT HAPPENED TO NO DEVELOPMENT PLANNED????
>
> **Holly Foster**
>
> **Alexis Shaidy** You believe that?
>
> > **Ildiko Peter**
> >
> > **Holly Foster** Not anymore, obviously.

Reply to Alexis Shaidy...

**Holly Foster**

Make sure to go to the meeting Tue at 6:30pm at Banning City Hall. Protect your home.

# Oct 20, 2021

Here is my statement about the property across from Sun Lakes.
Even though I was not physically present, I listened and watched the whole meeting on Zoom.
The proposed plan that was presented in December 2020 looked more like an office park than a warehouse.
The Planning Commission did the right thing by postponing any action until the comments from the meeting can be reviewed and addressed.

AR 019643

COB_3762
AR000009

I personally met with the developers prior to last night's meeting and warned them that the Sun Lakes residents were not happy with the warehouse proposal. Maybe that is why they took down the billboard.
Outbursts, clapping, threatening lawsuits and calling for firings will not help the cause. They are disrespectful and bring no benefit to the problem. Learn the process. Come with suggestions, not threats and stay on topic. Be brief and to the point. Prepare your statements in advance and stay within the time limit. Be respectful of everyone.
If we work together with the City and the developers, we can come to agreement on a plan that will work for everyone.

20Pam Caldwell, Sherilyn Castro and 18 others

**Valerie Menefee**

Your statement doesn't address what you will do to stop it? Do you support it? If so, why? Why do you think it's good for Banning snd Sun Lakes?

Admonishing the people who showed up at the meeting and telling them to be respectful and stay on point is not helpful after the fact. We want your help in revising the plan to not include a warehouse! We want you to help us make that possible

**Mary Hamlin**

The Council will wait until the Planning Commission presents its plan

**Annette Putnam Tringham**

You must understand Mary that when people are lied to and feel like there is corruption, they aren't going to sit down, be polite and raise their hand. WE ARE MAD AS HELL. What are you going to do for us Mary besides watch an important meeting like this on ZOOM. We want action. Please and thank you.

**Sidney Hermanson**

**Annette Putnam Tringham** Great response Annette !!!

**Lydia Loeffert**

**Annette Putnam Tringham** excellent response!

**Jean Shinn Dobson**

We just wanted the truth - for our representatives to do the best for Banning AND Sun Lakes. You should have been at the Planning Meeting last night - along with the many other SL residents. Your absence last night was so obvious.

**Sidney Hermanson**

**Jean Shinn Dobson** Should have been her duty to be there !!

**Debbie Meadors Robbins**

While I agree that threats accomplish nothing, did you miss the threats from the developer and property owners? Its nice that you gave the developers a "heads up" but it would have been great if you would have afforded the citizens in your district (the ones who elected you to represent their interests) the same courtesy. And lastly, if the original plan in December 2020 looked more business park then WHY would you all have even considered a zoning change that allows warehouses to go there?

**AR 019644**

**COB_3763**
**AR000010**

**Sue Volz**

**Debbie Meadors Robbins** excellent point Deb!

**Jay Jesus**

WHERE WAS THE RESPECT FOR SUNLAKES AND EVERYONE WHO DRIVES ONTO HIGHLAND SPRINGS???? WE ALL KNOW HIGHLAND HAS BEEN AN ISSUE FOR TWENTY YEARS AND THEY PROPOSE A TRUCK FACILITY RIGHT IN THE MIDDLE OF OUR TOWN??? WE ARE SICK OF "BEING NICE". SEE WHAT THAT GOT US?? THEY KNEW EXACTLY WHAT THEY WERE DOING AND IT IS WRITTEN IN THE REPORT IN THEIR OWN WORD. THEY ARE JUST PUTTING US OFF. SHORT OF STOPPING THE PROJECT, NOTHING ELSE IS ACCEPTABLE. Barbara and **Jay Jesus**

**Claudia Schwartz**

It belongs next to Applebee's!!!

**Beverly Rashidd**

**Mary Hamlin** I am disappointed in your post. The fact that you voted for this is a real problem. You live here and were elected to represent our interests. You choose to admonish the behavior of angry Sunlakers but not the blatant threat by the owner of the property in question is most disheartening and raises many questions about your intentions as our elected representative.

**Ray Daniels**

What are you talking about

**Mary Lawrie**

If you saw he "original" proposal do you have a picture or any information on what that proposal was? Mr. Lopez also stated that the original was a "business park" so does anyone have anything that can show us what that was?

**Ray Daniels**

You all should not be blaming Mary

It's ok to be upset with any of these issues

Mary, as well as the other council members are trying to improve our city and bring in additional revenue

Your thoughts and comments are great

Everyone needs to chill and be respectful in the way you approach

**Jean Shinn Dobson**

Sorry Ray but you stand alone

**Beverly Rashidd**

**Ray Daniels** Mary was elected by Sunlakers to represent the interests of this community AND the city of Banning. We blame her for not carrying out that responsibility. Putting our health, property and

quality of life in jeopardy means either she didn't understand her charge or did not take her charge seriously.

**Jean Shinn Dobson**

**Beverly Rashidd** Agree - Mary's priorities are not for her constituents - she is too involved in other issues, not related to Sun Lakes and this end of town.

**Valerie Menefee**

**Ray Daniels** I don't think anyone is blaming Mary, but we have every right to ask her her opinion on the matter, how she intends to vote and why, as well as asking her to help stop it! She represents our district, our votes put her in that position and we have every right to expect from her 100% Of the time that she should vote For what is best for us, her constituents in her district!

**Susan Prouty Walsh**

**Ray Daniels** I do agree with you. We do have the ability to get our point across and be respectful while doing it. I saw it last night as many Sun Lakers spoke. State the facts, get your point across and leave your emotions out of it. I keep going back to the rezoning of this area. It most likely was rezoned specifically for this industrial project. How did this happen? And when? A residential and retail area should not be rezoned for industrial businesses. This company must have gotten the property dirt cheap otherwise why develop here, in the middle of all this. The traffic issue from Sun Lakes to the freeway and back again, cannot be fixed. Why did this even go thru? I know the easy answers. . .but I'm wondering what the facts are.

**Virginia E. Cervantes**

Yes, revenue is great....but not here....

**Virginia E. Cervantes**

The Warehouse Doesn't Belong There..And all the elective officials know that...

**Tim McNevin**

**Ray Daniels** I know you are friends with Mary Hamlin, but she sold us down the river. To support the current project is treason. If I wanted to live near warehouses I would have moved to Fontana or Colton. We cannot trust her anymore to be our go to person. THIS PROJECT HAS TO BE DONE RIGHT THE FIRST TIME BECAUSE THERE IS NO GOING BACK.

Reply to Ray Daniels…

**Thomas Leamy**

How do we follow this process, know of meeting we can attend .

**Tracy Logan**

**Mary Hamlin**: You Appeases and Pacify the Unsheltered/Homeless/Helpless and you sit back and watch us with out help or involvement or concern/guidance to your/our community, just so you can Criticize us! Yes you are a Politician! Not a Concerned SLCC Resident! As the prior owner of the property said to us, I will say to you

"SHAME ON YOU! I hope you can win back the trust of your Fellow Sun Lakers and Fight to stop "The Creation"
of that Warehouse! Trust is Earned, you most defiantly have not Earned Mine! 🫒 🍷

**Jean Shinn Dobson**

Truth!

**Rodney Curtis**

**Tracy Logan**



media1.tenor.co

**Sonny N Rene Carlton**

They may have took down the sign by gate one but if you look across the field by the ten they are putting up
another one. Also the council members need to drive down Highland Spring in the middle of the day and see how
long it takes to get from the ten freeway to Sunlakes Blvd . It is crazy. Also going north on Highland spring at
around 1:00 is almost impossible. I walk from gate three to Highland springs every morning, people fly on that
road . Scares me to think how dangerous it would be with semi trucks to walk in the morning's on Sunlakes Blvd

**Maryanne Kunar Kirschbaum**

I was at the meeting last night and was proud of our speakers, from the well planned out presentations and the
more emotional ones. I applauded to let the council know I agreed with the speaker , the applause never got out
of hand. Mary, it is our quality of life, our health, safety, and property values that we are fighting for. I voted for
you to protect those interests. Yes, I want to see Banning developed, but this property is not the correct place for
a wear house and semis on our streets. What will the traffic be like once the property just north of the 10 is fully
occupied? Think this through very carefully.

AR 019647

COB_3766
AR000013

**Rodney Curtis**

Very disappointed in our representatives reaction. VERY disappointed.

**Cindy Tod**

Very telling when **Mary Hamlin** will point fingers and tell residents to " learn the process " when she herself
wont answer a simple yes or no question ! How about air quality Mary ? you ok with significate air quality issues
for your neighbors and yourself ? OR do you agree that it worth overriding ? So by learning the process ...Is that
shut up and just watch our quality of life go down the toilet?

> **Rodney Curtis**
>
> EXACTLEY!!! Were not going down without a fight

**Rodney Curtis**

What I see here is that the Council and the other interested parties .... 1. Did not expect this reaction to the
project. 2. Dont know what to do now. 3. Have decided to intimidate us and tell us to shut up, were being
disrespectful if we dont just let them roll all over us. Sorry...thats not going to fly.

**Randy Robbins**

Seriously Mary, you are going chastised concerned residents? The ownership are a bunch of arrogant jerks just
as they were in our Ballroom. I agree the outbursts should not happen but clapping...hell yes.

This project has been handled poorly by the City and the Commissioners saw that. The communication by the
City representatives has been abysmal. The owners have lied, been deceptive and quite frankly I am tired of
them. The notification process in 2020 was abhorrent and disrespectful. They bought the property knowing how
it was zoned and manipulated the City into allowing a change with no set info. What the City found out last night
is we are not children nor old and feeble. I look forward to righting this wrong.

> **Rodney Curtis**
>
> **Randy Robbins Mary Hamlin** What Randy said. Stop castigating us and get busy working FOR us!



Tenor

Marian Putnam

Randy Robbins



Leta C. Curry Lawson

I say follow the money and you will find who is behind the agreement of this issues.

> **Jean Shinn Dobson**
>
> I'm betting Mr. Rush has had some economic benefit. He is just to "head up his ___" to show he cares. Obviously he does not live in Banning.

>> **Beverly Rashidd**
>>
>> **Jean Shinn Dobson** His objective is bringing revenue producing products to Banning to enhance his career opportunities to climb the ladder in his career and future jobs.
>>
>> **Jean Shinn Dobson**
>>
>> **Beverly Rashidd** at our expense

**Imelda Steward**

We need to band together and gather those who are well spoken to represent us as a whole but we need to fight this to the end..

**Pat Zook-Jacobson**



**Kathryn Ann Rohrbach Ankenman**

All they need to do is drive on Highland Springs to Sunlakes and they'll drop the project. There is no way they will get trucks in and out of the warehouse in a timely manner.

**Karen Rader**

Thank you everyone for being at thrThis is all about money. And we know our city Council just wants the dollars. Very disappointed in Mary Hamlin. This event cannot go through. There is lots of better suited land than across from the entrance of Sun lakes. Cannot believe that our city Council Thought that this was a good idea.

**Kane Nishida De Meo**

I believe the number one issue is the pollution that will impact all of the elderly in particular in an extremely negative manner!!!

> **Kathryn Ann Rohrbach Ankenman**
>
> **Kane Nishida De Meo** listen to this
>
> https://www.facebook.com/groups/2790757791149735/permalink/3729901820568656/

**Linda Gudgel Vaughn**

Honestly, I was exceptionally proud of my Sun Lakes neighbors. When they spoke, they were articulate and very much to the point. The Sun Lakers should be commended for the respectful manner in which they handled the obnoxious proposal.

**Melodie Ray Connolly**

I honestly don't understand why any developer would want to build a commercial/industrial complex on that particular site. If someone wants to build in Banning hurray. Check out all the vacant land on the east side of town. Large parcels with good freeway access. I understand the "not in my backyard " feelings in this case. Access alone at the Highland Springs interchange is horrid. Back off, find something that would fit into the surrounding area. Office space, restaurants, small businesses. Give us a break.

> **Valerie Menefee**
>
> **Melodie Ray Connolly** , the city manager lives off Sunset south of Lincoln, you know he's not going to let the warehouses be built over there!!
>
> **Melodie Ray Connolly**
>
> **Valerie Menefee** , fine, let him move if he's afraid of the project. Banning may loose more than a few citizens best who can afford to move elsewhere. Where they are given the respect they deserve.

**George Moyer**

Two things were made very clear last night. One, The Planning Commission and the City Council failed the residents of Four Seasons, The Lakes assisted living facility, Sun Lakes, and other surrounding areas by declaring that the health risk issues pointed out in the EIR findings, and other negative impacts,such as traffic impact, were irrelevant compared to economics. This was shown when the Council's approved resolution was read by Adam Rush.

> **Kathryn Ann Rohrbach Ankenman**
>
> **George Moyer** here's his exact words



> **Kathryn Ann Rohrbach Ankenman**
>
> Significant impact to air quality, but decided to override that in lieu of the project benefits!
> Aka money in somebodies pocket

**George Moyer**

There was nothing wrong with altering the Specific Plan for the property in question, nor in changing the the zoning. What last night made clear was the total disregard for what is approriate for the area, and a total disregard for a considerable number of our City's citizens. The package that was brought forth for approval was

no where near anything previously proposed in community meetings. The fact that this doonbogle got as far along in the approval process shows that there is noone watching out for our interests. Our representatives have merely rubber stamped anything put before them relating to this project.

**Beverly Casaga**

**Linda Gudgel Vaughn** mo

**Athena Strouble Lark**

I hope the investigative reporter/ing follows the money and see if the money trail makes/ed a pitstop to someone right here.

**Darlene Jones**

Even a business park doesn't belong there! Until infrastructure issues are addressed nothing should go in that space!

**Kathryn Ann Rohrbach Ankenman**

**Darlene Jones** absolutely right. Even the building in Beaumont and Cherry Valley need to stop until infrastructure is fixed. It took me 1 hr 15 minutes to get to Waterman and 210. Crazy

**Darlene Jones**

**Kathryn Ann Rohrbach Ankenman**                                   

**Carmela Cunningham**

**Mary Hamlin** With all due respect, here are some documents from the Dec. 8, 2020 meeting where the Council voted unanimously to change the zoning to allow this warehouse project. You say that the proposed project "looked more like an office park than a warehouse," and presumably that is why you voted for this zoning change. However, the first bullet point on Section 2 of Attachment 3 (page 7) of the Council's meeting materials says: Business & Warehouse District. (See below.) On page 8 of that same attachment, is Figure 4 - Land Use Plan. (In my next post.) The major portion of the development (30.32 acres) is clearly marked Business & Warehouse District. It would seem that the entire Council knew they were voting to change the zoning to allow a warehouse in this space. Our question now is, if you now understand that this is being planned as a 120-bay warehouse space, and that a few hundred trucks a day are going to clog Highland Springs, Sun Lake Blvd., and the Albertson's shopping center are you going to lead us in stopping this insane project? I respectfully ask that you not only join us, but that as our elected and trusted representative, you lead us.



**Tracy Logan**

**Carmela Cunningham**: **Mary Hamlin** is a Representative of the city council by the People! She is not for or of the People nor is she an Officer! Where a person of lower Stature/Rank express "With all due Respect"! She is of no higher authority, so just look her in the eye and be yourself! Respect/Trust is Earned and now she needs to save her Burning Bridge and Communicate with **Randy Robbins**, You, and others together with Charisma to stop the CREATION! 🗿🍷

**Carmela Cunningham**

**Mary Hamlin** Here is Figure 4 - the Land Use Plan that was provided to Council members before they voted to change the voting to allow development of a warehouse. You'll need to click on it to blow it up. Please help us get this project stopped.



**Holly Foster**

Sounds to me like you sold us out because you knew about this. This city couldn't even sell a industrial park they had and they had to bulldoze it after the Homeless burned it. So now they want to sell us out and put warehouse in a residential neighborhood, a 55+ with a nursing home neighborhood. I wonder who got paid, cause it sure is not us, is going to hurt us. Many people here moved here after saving all their lives and they now live on SS Their home equity is really all they have. And someone here sold us out. No Warehouse here!

- **Dianne Patrick**

  Plan? That would be NO WAREHOUSE !!!!

**Linda Sailor**

Thank you, Mary. A peaceful negotiation will do more good than outbursts of anger which lead to nothing.

**Linda Mora**

Thank you

**Virginia E. Cervantes**

Speaking to the City, with common sense, with emotional feelings because it is personal, with the future of health conditions, with the facts of Congestion of traffic beyond more than what we have and maybe many accidents and hopefully no personal injuries .....The best plan for the City, the developers, Owners of the property and any future tenants and with the $ they can go to the bank with....Is to do it some where else! But to see & hear everything that happen there last nite, was pretty obvious that the city was sidestepping over every single Sun Lakes individual concerns. It was more important to the city by asking more questions on how they can camouflage the warehouse with big trees, the beautification of a wall and make the drive way bigger for the benefit of the Big Diesel Rigs...It's Still A Very Large Warehouse. Our concerns were NOT theirs at all. It was obvious that they were there just entertain this item, and the "Chairman of the City Community Developer" siding Only with the ones with $. Not the facts of the terrible impact that will cause the all residents was very disrespectful...Please, getting a different location..."that's best for all is an agreement that can work for everyone."

**Dianne Patrick**

**Virginia E. Cervantes** 

**Sheldon Renaissance Kirschbaum**

They changed the zoning to accommodate them ,screw them. We will complain loudly. Boston tea party way. They can build off Sun Set and The many acres of empty land there. Not with so many lots in Banning so many empty lots in Banning. Our traffic on Highland Springs will become a waiting trucks lot.

**Kay Rawle**

I did not sign the petition earlier but after listening last night — definitely do feel this was never planned with the real caring of Banning citizens in mind. This would be terrible fir all traffic everywhere close to Banning including the freeway exits snd entrances. . I'll be signing the petition against any building of this sort.

**Sharon Mills**

**Kay Rawle** I've never heard of the petition! Where can I sign it?

**Linda Vieira**

**Kay Rawle** me too!

**Kay Rawle**

**Linda Vieira** there were several one was passed around on the aborts Side by Millie Hunter. She gave it to the commission That night.

**Sue Torres**

Well said!!!

**Jim Moran**

Shame on you in so many ways.

First of all, I can't think of anywhere more important for you to have been than physically present at that meeting last night.

The perception you left was that you didn't want to face the people who voted you in, only to have sold them out.

Secondly, you warn the property owners and developers about what they are walking into, but our education comes from seeing a billboard on the property?

Thirdly, you have the audacity to scold the people who live at Sun Lakes, but say nothing about the childish behavior of Adam Rush, who wouldn't look at those who were speaking to him and showed that whatever was on his phone was far more important than anything said at the meeting.

Adam Rush said that the Council voted to move forward despite warnings on the impact to the community. You voted for it knowing how it would impact your own community because (In the words of Adam Rush) the economic benefit to the city outweighed the impact to the community.

It seems like we would all be better served by you spending a little less time focused on the unsheltered population that doesn't even want your help and a little more time communicating with and looking out for the welfare of those who voted you in.

Those in attendance came with passion. Others (like you) chose to hide out in the safety of your home. Shame on you and I hope the entire community remembers when re-election comes.


**Beverly Reneau**

Very disturbing that you "warned the developers" about us, why didn't you warn Sun Lakers instead?

**Cathy Pierro**

We are adults, Mary. We don't need to be scolded.

Thank you to those of you that showed up at the meeting last night. We all need to stick together on this.

**Sandra Moyer**

Mary, you are in my opinion a little late in telling SL residents what to do and not to do. I read a posting a few days ago that you were not saying anything until you got the facts, yet you voted for this project. You, as our District Representative o...

**Evelyn Hawkins**

Good answer Mary. I have spent many years working in City government and this is only the beginning of a situation that is far from set. I am sure it will not be what so many are thinking it will be. There is always the possibility of traffic exiting this

property from the east end on Sun Lakes Blvd to Sunset when it goes through. None of us know for sure just what the final situation will be.

**Sandra Moyer**

Evelyn, two things wrong with your assertion. First, the extention of Sun Lakes Blvd. is at least 3-4 years out at best. Plans are not even drawn yet. According to the Planning Director's comments last night they will not be done until the end of next year, and even then there is no funding for it. The second point is that during last night's presentation it was stated that there will be no left turn exit available from the east end drive. That drive way will be a right turn only entrance and a right turn only to exit, sending all that traffic to Highland Springs. The project was clearly described last night. If approved, it will certainly be exactly as proposed. It was a shame that some of our residents got loud and disruptive. The meeting would have gone much smoother. However, instead of demeaning and scolding them for their passion, it would have been better to ask them to refrain from that behavior in the future, and give them assurances that their concerns will not be ignored.

**Robert Bob Murri**

https://l.facebook.com/l.php?u=https%3A%2F%2Fwww.latimes.com%2Fcalifornia%2Fstory%2F2021-05-07%2Fdiesel-death-zones-trigger-new-pollution-rule%3Ffbclid%3DIwAR1mm-VGePAEFVrSg76vRcPsdbZ6gLZsLgbq0rs5jXKF3jfz8vFHMVs1HyQ&h=AT2Q_mUdZ341wmNrZ8-ibfM5kwhG6q-za4N07CUf4KJruaI8Ktk80jq7iRR76cNHXm-iglQsNQ7SdSXb7ummu_r0gMDSzrvi6N2LW-eUo1gdTqVjltbMKwiGCtEl-8LV78vYKNebx9HMxH3vWw&_tn_=%2CmH-R&c[0]=AT2aQqg1WspKNW-nZia6q-EFIv0EqdkQcr-lMIm8lM3_ChVpU2F7RbofwedZ4sBjmqvWsKaT9EhYzKnKJKoznJZPzoy8rI6oUr1aTLQScXekA1cJcM-QTIbrma4gnlcMcuMituwzyBCRH3AnlhHwHEweYUMiUr7RXx7Y-xaxF-Y6kl8OEKgdgXawMDdU4G2owmInk_K266Al8SxwPLOIb7pMHPFOIlIYvSIV76rCCmOr5fnpVphwI3sY



**LATIMES.COM**

As 'diesel death zones' spread, pollution regulators place new rules on warehouse industry

As 'diesel death zones' spread, pollution regulators place new rules on warehouse industry

**Leeann Bullinger McLaughlin**

**Mary Hamlin** my understanding is that the property has been zoned commercial/industrial for 30+ years. True?

## Oct 22, 2021

I need suggestions of projects that would be appropriate and acceptable for the property across from Sun Lakes. Then I can take them to the City and the developers to be researched. We need to work together to come up with ideas.

I met with the developers and City staff the day before the Planning Commission meeting. I told them that the warehouse plan was not acceptable to the residents. The sign was taken down the next morning....

**Sheldon Renaissance Kirschbaum**

Nothing that violates Clean Air regulations. No idling trucks 143 bays plus all of Highland Springs South blocked. Trucks constantly going in front of the Lakes Assisted Living, and the construction will be hell.

**Gail Van**

Fire department

**Victoria Grace**

added need for more water since we don't have enough already for the people of Banning...if we can't get water to the Bench then forget another big project.

**Ann Sansoucie**

How about a medical building.

**Deborah Bainter McDonald**

Let's answer Mary's question, folks...Upscale hotel with restaurant; Miniature golf with fun zone for kids of Banning and Beaumont & grandkids of SunLakers; Preschool/childcare location ( Kids could visit The Lakes occasionally to sing or deliver Valentine's, etc. ); small retail...donut shop, coffee, Hallmark, Trader Joe's, Chick Fil A; car dealership; extend Sun Lakes with more residential, new pool, lazy river , park with dog area. Thanks for asking, Mary Hamlin.

**Connie Allen Kelly**

Retail, nicer restaurants and or affordable senior housing.

> **Barry Sorensen**

> **Connie Allen Kelly**                                      😀

> **Victoria Grace**

> **Connie Allen Kelly** this area has no decent restaurants. If we want a decent dinner we have to go to Palm Springs. Hickory Ranch in Yucaipa is okay but we end up at LG's steakhouse in Palm Springs or Cielo's at Morongo Casino. Cheap Italian or Mexican is all that is in this town.

**Virginia E. Cervantes**

Medical offices, more retail such as Staples,Shoe stores, whole store, bakery, medical supplies stores, pet groomer, etc..a Banning Police station annex, an area where Restaurants can share a outside food court area pet friendly with disposals, maybe a Annex of San Jacinto College for night classes. An entertainment venue , antique shops, small art gallery....wider & safe streets with the appropriate street signals to accommodate everyone in both Banning & Beaumont residence

**Victoria Grace**

**Virginia E. Cervantes** Four Paws Inn does a great job for my Poms. We have a lot of medical in this area since there are so many old people retirement communities. If you want to go to a really pet friendly place...I suggest Laguna Beach. We go there often. They have many hotels that allow dogs and any restaurant with outdoor dining allows dogs as well. There is a great hotel called Pacific Edge and right next door they have a restaurant with a dog menu. The dogs get served water and a treat before the waiter takes your order. I show my dogs the menu and let them decide. hehe. Some of the shops have water bowls for the dogs near the front door. At 6 pm the dogs are allowed on the beach. Also, Mission Beach in San Diego is the same. This area will never compare.



**Virginia E. Cervantes**

**Victoria Grace** they are cuties

**Victoria Grace**

**Virginia E. Cervantes** thank you...they agree!

**Barry Sorensen**

Here have you been during the city planning that we didn't know about it. I know you are relatively new but I'm pretty sure it had to have been discussed. I'm only asking because I can't figure it out. Please help

**Beverly Rashidd**

**Mary Hamlin**



**Victoria Grace**

**Beverly Rashidd** exactly. She should have opened discussion with the people of Banning before she made that thoughtless vote. Why should anyone trust you Mary Hamlin?

**Victoria Grace**

yes, you did. You made a mean face on my comment. scroll up.

**Beverly Rashidd**

**Victoria Grace** BTW... there is another Beverly who participates in conversations so...??

**Victoria Grace**

**Beverly Rashidd** if this is you then it's you. **Beverly Rashidd**

**Victoria Grace**

like I said, nevermind. apparently you don't agree with what I posted.

**Beverly Rashidd**

Actually I liked and agreed with your post. This ridiculous exchange is puzzling and most curious.

**Victoria Grace**

scroll up

**Beverly Rashidd**

**Victoria Grace** my angry emoji was at the problem. I am done with this asinine discussion. Please ignore any posts you see from me.

Reply to Beverly Rashidd...

**Francisco Corona**

**Mary Hamlin**


You betrayed the District you were entrusted to serve.

Your responses to the community have been nothing short of crass and indignant.

You fostered the suggestion that other Banning citizens think very little of us. Forget all our charitable efforts, some of which benefit your causes. Yes, Sun Lakers are a sorry lot. Thank you for sharing this, we were all so unaware.

Now you come to us, hat in hand, to save your political standing and offer us an opportunity to " come up with an idea " that will be rejected so you can say, "WE did our best!"

Sorry your best would been to be the lone dissenting vote. We all would have admired you for standing with us instead of voting against our collective best interest.

My final question is this,

"Would the measure have passed if you had been the lone dissenting vote?"

Pretty simple question. Mary, he floor is yours, Yes or No?

**Robert Bob Murri**

As I have written before, a residential project that becomes an addition to Sun Lakes. There appears to be demand for living here and now is the time to meet that demand. As a buffer next to the railroad and freeway, there could be additional sports courts built and another small clubhouse. We are in need of more club meeting space. Then smaller condos and then single homes closer to Sun Lakes Blvd.

That would be a compatible option. As for economic growth, besides property tax, which is somewhat limited after the initial buildout because of Prop. 13, but the amount of economic stimulus is greater than a warehouse. It only generates property tax, not sales tax or other economic benefit long-term for the city. Oh, one other point, a gated HOA community, such as Sun Lakes Country Club, reduces demand on services because we maintain the streets, street lights and other infrastructure through our HOA assessment and still pay taxes to the city for those services to other citizens of the city. The warehouse could have additional demand on police services which is common at large warehouse locations.

Also, if you see how many vendors enter Sun Lakes daily and the amount of employment it provides for these vendors, it far exceeds the stated employment of the warehouse project. Much of these vendor's employees live locally, so they spend their money locally. Much more stimulus than a warehouse.

I would proffer that the small retail/restaurant strip on the front will be difficult to lease out. It also adds to the traffic congestion, especially at gate one. That intersection will need to be widened by several lanes to accommodate the additional traffic and left turn demands. Residential would not have the same traffic impact on that intersection. It would require a signal light either way. Guest traffic that now backs up on Sun Lakes Blvd to Highland Springs could be a major problem with the proposed project, as the lane used for guests would have to be eliminated. So either, Sun Lakes would have to remove the water feature on the west side of gate one so that additional turn lanes can be made or there will be a mix of residents and guests backed up in a single right most lane waiting to get in.

Speaking with some members of the Master Board, they would welcome the additional homes on that side versus the warehouse project.

I understand the property owner wants to develop that land and get a return on his investment. An extension of Sun Lakes Country Club would be the ideal project for that land and a return on his investment. Of course the difference is that the warehouse provides on going revenue after the project is finished through rental income. The residential would be a one time return. But nevertheless, it is a better project and take that money and invest in warehouse in an appropriate location.

I know that property is not going to attract a major anchor store or other major retail. The frontage and other issues with that land prohibits it from that kind of development. That is why it has not already been developed for commercial use. Any suggestions for retail is not going to work. Residential is the only compatible use of that property, period.

**Susan Prouty Walsh**

**Robert Bob Murri** Excellent analysis.

**Dix Henneke**

Thanks, Bob. This makes more sense than anything else I've heard or read.

**Carol Ellis**

TRADER JOES!!!!!!! Shops/stores/restaurants that will generate revenue for our City.

**Francisco Corona**

Love Trader Joe's 🎉🥂

**Patti Euvino**

**Carol Ellis** yes Trader Joe's or sprouts!

**Carol Ellis**

**Patti Euvino** agree

**Gaye Mistretta**

I wrote Trader Joe's a few months ago in an effort to share the popular desire to have them open a store in Banning. They did reply and indicated they were not adding any more stores in California.

Reply to Carol Ellis...

**Beverly Reneau**

Senior housing or even residential condos, housing, plus like many suggested: restaurants, retail, office buildings, medical offices, dog park, child care facilities.

**Victoria Grace**

I would rather see apts. for low income working people than an ugly warehouse. You sold your soul Mary. Shame on you.

**Richard Breese**

THE CITY HAS DONE NOTHING RE THE TRAFIC PROBLEM WE WILL INCOUNTER, YOU LIVE HERE DOESN'RT BOTHER YOU? STOP WORRING ABOUT WHAT THE CITY THINKS OF OUR OPINION THE CITY DOES NOTHING FOR US BUT TAXEX

**Carmela Cunningham**

Great news that you are jumping on this Mary! Thank you! I know there's a lot of research that will be done on this project in the next few weeks. I've spent a lot of time researching why this project does not make sense for the Banning residents, but today I've been thinking about what a horrible project it is from the business side. I am mystified why any warehouse owner would even consider this. My family owned a trucking company for many years. There is no way that squeezing through the Albertson's entrance is convenient or safe for big rigs. Truckers and trucking companies are not going to waste their time (they're paid by the trip) queueing up to get off the freeway, or back on the freeway. They are not going to willingly make trips that take them down a clogged Highland Springs, and they certainly are not going to be eager to use Sun Lakes Blvd. The danger, congestion and pollutants would be as horrible for truckers, trucking companies, and the warehouse operators. Frankly, I think the looming probability if this project is built, is that it would never get tenants and be a ghost building and blighted area within a year. Especially with all the other warehouse space being built in the area, this project is a disaster for everyone. The ones pushing it are the businesses that will not be left holding the bag - developers and designers. Not warehouse operators and trucking companies. Let's do find a much better plan.

**Gina Harlan**

I love how you are on it, Mary. Thank you.

**LW Krebs**

Originally we thought a medical center was going to be there.

> **Mary Hamlin**

> **Lori Worby Krebs** that was part of the original plan too

>> **Carmela Cunningham**

>> **Mary Hamlin** What happened to the original plan?

>> **Mary Hamlin**

>> Don't really know. It got adjusted between Dec and now

>> **Lois Jordan**

>> **Mary Hamlin** Seriously? Just randomly happened?

> **Sheldon Renaissance Kirschbaum**

COB_3787
AR 019662
AR000028

**Lori Worby Krebs** zoning change just by chance!

**Joan Lund Swem**

Hotel/retail complex

**Barb Smith**

Affordable senior apartments with walking trails, retail stores.

**Laura Mata Lent**

Trader Joe's, Olive Garden, Costco, park with trails, See's Candy, World Market, Ruby's Restaurant, Tesla Power Station.

> **Victoria Grace**
>
> **Laura Mata Lent** not Olive Garden. They supported Trump. Yuk. Just like the pillow boy...not acceptable.
>
> **Raynell English**
>
> **Laura Mata Lent** i love Olive Garden food. Bring it!
>
> > **Laura Mata Lent**
> >
> > **Raynell English** I understand.
> >
> > But too what other restaurants would you suggest?
> >
> > Our representative would love to hear.
> >
> > **Raynell English**
> >
> > Upscale restaurant.
>
> **Victoria Grace**
>
> We have Italian and Mexican. How about an upscale steakhouse?

Reply to Laura Mata Lent...

**Laura Mata Lent**

No rentals please. No Apartments please. Four Seasons type of Hotel with retail and Tesla Power Station.

COB_3762   AR 019663
AR000029

This way family and friends can stay close-by during Holidays.

**Victoria Grace**

**Laura Mata Lent** I love Four Seasons.

**Laura Mata Lent**

Me too

**Linda Bishop Pfeiffer**

Texas Roadhouse , Trader Joe's

**Francisco Corona**

That's a great job for City Planning.

**Sheldon Renaissance Kirschbaum**

Stores. Restaurants. Golf shop. Did i say restaurants?

**Nancy Altheimer Darling**

Target!!

**Victoria Grace**

**Nancy Altheimer Darling** We already have one big box cheap store...Walmart. I say let's upscale the area with a Fleming's Steakhouse.

**Sheldon Renaissance Kirschbaum**

A senior obstacle course with medicare jumps and tax turns and a par course for avoiding the tractor trailers on golf carts.

**LW Krebs**

I just read that a plan is going forward to have a commuter train from LA to Coachella Valley. It would be super nice to have a train station in this location with a "market place" that could house a farmers market, food booths, crafts and more!

**Ken Clark**

**Lori Worby Krebs** PERFECT spot for this.

COB_3785 AR 019664

AR000030

**Barb Smith**

> **Lori Worby Krebs** I love this idea! It would tie in the history of Banning as a stagecoach stop that was replaced by the railroad. The farmer's market would tie in to theral roots. Great idea!!!!

**Dolph Mason**

Trader Joe's. What happened to the plan for Beaver to build a facility there? They had the plans drawn up for the Beaumont facility (which was built) and the Banning facility which appears to have been scrapped.

**Robert Bob Murri**

Beaver Medical sold out to Optum Medical. Optum determined it was not in their best economic interest to have another small medical building. So, they have scraped it. It was that small building that was to be built next to Sun Lakes Reality on the Sun Lakes Village property right at the corner of Sun Lakes Blvd and Highland Springs intersection. It was briefly mentioned in the Planning Commission meeting.

**Robert Bob Murri**

If Trader Joe's came, they would most likely take the old Rite Aid space. They would not want to be in that 47 acres without some other major tenants to co anchor with. I think Beaumont capitalized on what was available for the demographics of Banning/Beaumont. I don't see many other players willing to invest in the area for right now. We would need a minimum of another 20,000 homes with a higher income level to entice a major brand to come to this area.

# Oct 25, 2021

The property across from Sun Lakes has three area with different zoning. There is a retail and service zone facing Sun Lakes Blvd, an office and professional district behind the Lakes, and a business and warehouse district.

Permitted uses in the business and warehouse district are as follows:

pet boarding

pet grooming

recreation and entertainment - indoor only - cinemas, theaters, comedy clubs, banquet facilities

cafes, coffee shops, delis

coffee and tea houses

restaurants

child daycare services (employer provided services)

labs

medical and dental offices

rehab services

admin and support services

corporate offices

courier and messenger services

data processing, billing and related services

finance and insurance offices

professional, scientific and technical services - accounting, tax prep, architecture, bookkeeping and legal services, engineering consulting

publishing industries

real estate offices

recording and sound studios

telecommunication facilities

internet fulfillment, distribution, e-commerce

merchant wholesalers, durable goods limited - includes furniture and home furnishings, electronics, professional and commercial equipment and supplies, hardware, plumbing, and heating equipment and supplies

non-store retailers - includes electronic shopping and mail-order houses, vending machine operators, and other direct selling establishments, excluding fuel/petroleum dealers

public storage

warehousing and storage - within an enclosed building

**Jean Shinn Dobson**

and what are we supposed to do with this information?

**Carrie Sudweeks**

**COB_3765** **AR 019666**
**AR000032**



**Ruth Bray**

Mary, you really need to stop defending your actions and deflecting the obvious truth. No amount of businesses, attractive, as they are, will ever make up for a huge warehouse with hundreds of trucks polluting the air, clogging traffic, and creating unsafe conditions. Your tired requests for "ideas" and display of possible businesses is a very transparent attempt to rationalize your way out of betraying your constituents. We are neither stupid nor blind. It's time for you to accept responsibility in this debacle and work hard to stop this from going forward!

**Rodney Curtis**

**Ruth Bray**

COB_3700   AR 019667

AR000033



**Sidney Hermanson**

**Ruth Bray** summed it up very well !!!

**Anita Lara Chatigny**

Thank you. Can you let us know why the vast differences in multiple zoning (i.e. medical offices next to industrial site)? This had been area of confusion for me. Appreciate your help in clarifying this.

**Sidney Hermanson**

**Anita Lara Chatigny** Your right Anita !! First how is the customers going to get in to shop at the various businesses when the area full of semi ?? Sounds to me this zoning was screwed.up from the start when you throw in a warehouse into this mix !!!

**Martha Haney**

Wondering if the warehouse zoning could be eliminated.....

**Greg Vojtko**

Look at the big picture, **Mary Hamlin**. You need to involve the owners of Sun Lakes Village and continue the artery that is 2nd Street through a comprehensive project mirroring the retail success of Marketplace Beaumont. Sun Lakes Village is a relic of the past, two large vacant storefronts, the former Party City and Rite-Aid, are your first clues. You can have all those things mentioned above provided you create a means of reaching them. The artery could then connect with Sun Lakes Blvd., providing appropriate additional fire department emergency access. The project as proposed to the Planning Commission is wholly

incompatible with the existing community. Bringing trucks from I-10 onto Highland Springs Ave., then Sun Lakes Blvd. and thru a cul-de-sac to reach a 600,000 square foot warehouse is a very poor use of the property. I don't care how much lipstick you put on that pig, it's still gonna be a pig.

**Fred Sakurai**

**Greg Vojtko** You forgot one major point. As the trucks exit the sso-called warehouse area at Highland Home and SL Blvd. and travel east to Sunset, they will have very little effect on Sun Lakes. Remember, truckers want to avoid traffic as much as you hate truckers where you drive.

**Ramona Lott**

I understand you were in approval of the warehouse. Correct me if I'm wrong on this. It seems Sun Lakes residents were put on the back burner and disregarded.... Why ?

**Mary Hamlin**

**Ramona Lott** no. I approved zoning for an office complex. That was what was presented in Dec. Nothing has been approved

**Darlene Jones**

**Ramona Lott**


**Judy Lyons**

What is traffic flow? Alternative to HS?

**Marchel Jones-Bragg**

Great information!

**Sheldon Renaissance Kirschbaum**

Lo Tov. Not good!

**Debbie Meadors Robbins**

While this may be what the zoning now allows, that is NOT how it was being marketed. They were only marketing the 600,000 + square foot (non-divisable) warehouse with 129 truck bays and operations 24/7. They even said that they would not be developing the acreage bordering the Lakes at this point and it showed the retail/restaurant at a "future" date. Their priority is this warehouse/distribution center focusing on e-commerce. You can

COB_3700    AR 019669
AR000035

put it in pretty wrapping but it doesnt make it any less obtrusive to the residents in this area. It also does not take into account the health risks to the residents nor the increased traffic. I would encourage you to all to read the minutes from the meeting on Dec. 8, 2020 where the zoning was approved and please watch the planning commission meeting. Again this is an attempt to distract from the project they are planning and to do major damage control on the part of our City Council Member, Mary Hamlin. Please do your research on this folks. We are being given only the "pretty" part of this project.

**Darlene Jones**

**Debbie Meadors Robbins** let's first work to get zoning changed back otherwise we'll be fighting this warehouse thing forever.

**Patsy Duvall-Olivarez**

**Debbie Meadors Robbins** we need the zoning changed again. If this passes I don't want city hall in our ball room anymore. WE PAY FOR EVERYTHING ON SUN LAKES

>  **Darlene Jones**

>  **Patsy Duvall-Olivarez** I so agree with you. It's not over yet. Please attend tomorrow's meeting. It's just the beginning.

**Leta C. Curry Lawson**

I really hope you are one that will fight against warehouse trucks operations. I see a big exodus of people leaving sun lakes if this disaster happens.

**Blaine Tringham**

I see you saved the worst item on the list for the last.

>  **Mary Hamlin**

>  **Blaine Tringham** that is list in the order I received it.

**Ken Clark**

One idea-- RV/Boat storage. There is a pent=up demand for that and would not cause excessive traffic. Possibly even traditional mini storage

**Tracy Logan**

**Mary Hamlin**: The People of Sun Lakes Country Club do not want a BEAST of Warehouse that you Politicians some way shape or form Sold Your Souls into with out regards of the people. Stop trying to Glorify the surrounding businesses, we can live with that and other

AR 019670
AR000036



**Tracy Logan**

**Jay Jesus**

THAT MAY ALL BE WELL ABOUT ZONING INFO BUT SLCC PRESENTATION DID NOT
INCLUDE ANY MENTION OF 120 TRUCKING BAYS. CERTAINLY WE WOULD KNOW THAT IF
IT WAS MENTIONED. AND THIS PROJECT HAS TURNED INTO 70% TRUCKING FACILITY
ENTERING ON HIGHLAND SPRINGS. JUST HOW CRAZY AND INSULTING IS THAT. SO FAR ,
NONE OF THE BUSINESSES WE DISCUSSED WITH HAVE ANY IDEA, AND I BET MOST OF
THE CITIZENS UP AND DOWN HIGHLAND DONT EITHER. THEY WILL KNOW SOONER
THAN LATER. BARBARA AND JAY **Jay Jesus**

**Victor Gassman**

Just enough vague descriptive to allow the developers to get their way with short sighted
officials eager to fill the City coffers

> **Holly Foster**
>
> **Victor Gassman** And more then likely their own bank accounts. They tried to sell us
> out.

**Annette Putnam Tringham**

**Mary Hamlin** can you answer one question for us please: If this is not already a "done deal",
then why is the developer naming it "Banning Point" and courting clients for his 600,000+
sq. Ft. Warehouse. This is a serious question if you can please answer…..

**Virginia E. Cervantes**

A 600,000 sq.ft. warehouse is still a Warehouse despise all the other items you listed

> **Mary Hamlin**
>
> **Virginia E. Cervantes** nothing has been proved. Just because the zoning may allow
> it, it still has to be approved by the Planning Commission first then sent to the City
> Council for an additional approval. Once again, nothing has been approved

COB_3790 019671

AR000037

**Virginia E. Cervantes**

**Mary Hamlin** I understand the process. And The owner needs to make a profit on his land other than it just sitting there, I just hope every city department that's involved with this, needs to have the common sense of a safety environment that may impact on thousands of residents. The warehouse is not a solution for revenue. The city of Banning cannot be that desperate for revenue. It can flourish with other revenues that can be able to provide for every person within the community of Banning an Beaumont and I believe you know that also.

**Holly Foster**

**Mary Hamlin** If we hadn't been at the Planning meeting they would have approved it. But the cat is out of the bag.

**Mary Hamlin**

Speculation by the developer. Nothing has been approved

**Holly Foster**

**Mary Hamlin** How about the video from Creation they seem to think it is.

**Brenda Cochran**

The developer shouldn't be allowed to advertise for something that hasn't been approved.

**Jean Shinn Dobson**

This whole thing still smells . . . . .

**Barbara Searcy**

Just doesn't pass the smell test.

**Jean Shinn Dobson**

Thank you Virginia Cervantes - your insight into what is needed for this project is awesome and I thank you so much for what you have done so far. Sun Lakes owes you a debt of gratitude

**Jean Shinn Dobson**

I noticed this afternoon even the scaffolding the the "ugly" sign is down! What's happening?

> **Holly Foster**
>
> **Jean Shinn Dobson** doesn't mean it is not going to happen it just means they want us to forget about it so they can pass it next time.

**Andy Montoya Jr.**



> **Holly Foster**
>
> **Andy Montoya Jr.** Not less they are going over the train tracks.

**Tracy Logan**



> **Jay Jesus**
>
> **Tracy Logan** So true. The trucks will be trying to get in all avenues and directions. This will involve all major roadways/freeways into both cities.

**Lois Jordan**

NO warehouse!!!!!!!!

**Brenda Cochran**

Question-Based on the list that Mary Hamlin posted here, does this mean that the Business and Warehouse District of the land cannot be used for large retail purposes, i.e. a Target, Jerome's Furniture, a Lowe's as examples? Only storage and non-store retailers and wholesalers (which stil means big rigs) What about things like a CVS. The list does say it's permissible to have Restaurants, cafes, coffee shops, Deli's. Things this area is in desperate need of.

> **Holly Foster**

COB_3792    AR 019673
AR000039

**Brenda Cochran** How about a nice hotel and I love the idea of a train station for Amtrack think of the places we could go that would make this a real hub for train use or metro, people who would normally drive to work might be able to use the train. Save gas and car traffic on I 10. You want to put in warehouses down off Sunset then do it but don't connect Sunlakes Blvd to it so trucks don't come in here.

**Fred Sakurai**



**Mary Hamlin**

No

# Nov 19, 2021

Update on the Banning Pointe Project (47 acres across from Sun Lakes)

I have spent the last few weeks researching this project due to the numerous complaints mostly from misinformation, speculation, and rumors. I have met with the developers and City staff several times. Here are the facts.

There is no reason to argue that the Highland Springs Avenue/I-10 interchange does not produce significant traffic. This problem has culminated from overbuilding in Beaumont without required road improvements and the growth seen in the Pass area. The City is working as fast as possible on both the Highland Springs/I-10 interchange and the extension of Sun Lakes Blvd - major improvements that will reduce wait times and congestion in and around this area on both sides of the freeway.

The developer has agreed to construct an extended left-hand turning pocket on the E/B Sun Lakes Blvd. turning left into Sun Lakes Village Dr. They also agreed to construct a dedicated truck lane on the east side of Sun Lakes village Drive for proper ingress and egress.

A recent Traffic Impact Analysis (TIA) done Oct 4, 2021, concluded that a total of 26 truck trips would occur both in the AM and PM Peak Hours. This is a maximum of 13 trucks per day during normal business hours (M-F). The updated TIA concludes that no more than 3 trucks per hour (per work day) will enter the project site.

In addition this project alone will generate approximately $3,938,952.90 in development impact fees that will directly contribute to the capital improvements of both Sun Lakes Blvd and the Highland Spring/I-10 Interchange Project.

This proposal, along with other updates, will be presented at the next Planning Commission Meeting on Wednesday, Dec 1 at 6:30 pm in the Council Chamber.

**Charles Hough**

Most of those upgrades are overdue just to handle existing traffic. As for putting a warehouse smack in the middle of senior residential and in what could otherwise be some prime retail space...these are the same planners who proposed the drag strip, a permanent homeless encampment, a diesel backup power plant, and overbuilding housing including high rise low income in the same area so what do you expect!

**Alice Taylor-Hill**

**Charles Hough** ..... who are these people making these horrible decisions???? I would never have moved to this area if i would have known how this this was going to be allowed to happen what i thought would be a wonderful place to live. We should have never left Claremont!!!! Very sad that this whole area will br ruin...all over greed!! 😢

**Charles Hough**

**Alice Taylor-Hill** Low income housing is a State Requirement so you have to go to Sacramento for that one but the Banning planning department and city council carry the shame for the rest. We can only vote them out and volunteer for positions on the planning commission. I believe that as our representatives, the council should only make decisions which benefit current residents who they represent by improving our lives and living conditions or making them more affordable. Anything else is a betrayal.

**Mattie Gordon**

**Alice Taylor-Hill** the same people who thought they were getting a cheesecake factory at the old San Gorgonio Inn site, and said there was no need for a grocery store on the east side of town because Banning had too many grocery stores already......

**Beverly Reneau**

Does the developer realize the only people that might possibly be able to access the few retail stores, will be boycotting the project?

**Beverly Reneau**

Funny ,Mary said 13 truck trips a day but developer told Randy it would be 214 trips per day. It's not logical that a 600,000 Sq foot warehouse would only have 13 trucks per day

Someone is drinking the koolaid.

**Beverly Reneau**

They couldn't keep in business with only 13 trucks a day. The natural business goal is to increase productivity

**Ellen Carr**

I don't live in Sun Lakes but I use Highland Springs Blvd. to go to the doctor and shopping. This warehouse is going to make things worse. Truck traffic, diesel fuel, etc. This project is in the wrong area. STOP THIS INSANITY NOW!!!

**Michelle Baysinger**

Mary, you should just not post anymore. As you can see, no one is buying it. "You've been told" by developers and city council and city manager that this is a great idea and will generate money. Not once have you said that YOU looked into this yourself. Your a mouth piece for the rest of them. Do the math YOURSELF Mary. It doesn't add up

**Debbie Mitchell-Mallard**

**Michelle Baysinger** donations to her charities..I'm sure

**Carl Petite**

This city council needs to be cleaned up. Under your terrible leadership, we have a city that is too big for its infrastructure, and gridlock every day on Highland springs and the overpass at 79. It's insane!!!

But you already know all this, making you cruel. Knowing about a problem, and ADDING TO IT is a cruel legacy for you to leave behind.

We should erect a statue of you, and your fellow city traitors, with the simple epitaph.....

"Never Forget"

**Michael Simon**

What s wrong with the City Official s. The Neighbor does not Warrant Truck Traffic it s bad enough you have trucks trying to delete good s to the stores there. The city is just to Greedy at the Residents. They have plenty of land to build Wharehouse s The Property was already set fir House s which would work. Highland Springs CANNOT SUPPORT Any more Traffic especially Trucks. If the Residents Don't one out and And Firm Against this Project. Then they will be the ones who loose. There has to be some Retired Attorney s in Sun Lakes. Pull them out of Retirement and Fight With Everything You Have

**John Munoz**

The on/off ramps and I10 overpass are properties of the State of California. The surface streets near the on/off ramps are what is referred to as State Highway related. The City of Beaumont is not going to foot the bill for improvements in those areas. The State of California has to also be willing to provide funding for improvements in those areas. Next time you go to Kaiser Hospital or to the Ontario Airport take note of the freeway improvements there. I don't see that kind of freeway improvements in Beaumont at least not in my lifetime.

**Marianna Stevenson**

How about emergency vehicles? Will they have to wait for trucks to pull over? Big semi trucks take a while to pull over. But its fine our Sun Lake citizens don't use the hospital right?

**Sheri Flynn**

With 190 or so truck bays planned it defies logic that there would be 13 trucks a day! And this will be 24/7!

Where is the new TIA Mary?? I requested ALL documents related to this project from Adam Rush on October 18th and was given NO traffic studies.

Tell me Mary- where can I send you the 3 detailed environmental reports that showed this project and the EIR to be totally deficient and not specific to a 620,000 sq.ft. Warehouse ?? You sold out the District you represent! You are either being lied to by the developers and City Staff, ignorant, or in on it, possibly all 3! Resign or you will be recalled!

**Sheri Flynn**

Go out to the 10 and Highland Springs right now Mary- it's a mess a it's only 3 pm.

You are the one spewing misinformation, innuendo, and outright lies!

13 trucks a day?

Did the developer shrink the warehouse by 75%???

Fact- the interchange improvements will cost 108 million dollars. Cal Trans has 17 million set aside. The other 85 million needs to be made up equally by Banning and Beaumont- never going to happen for another 10 years. Meanwhile we all will suffer every day!

**Rita Biersdorfer**

It's a BIG problem now and will be BiGGER after. Don't forget this is half Beaumont on HS! Open sun lakes blvd BEFOREHAND! We live in FS and this city can't even properly fix pot holes here in the 6 years we've lived here. These warehouses DO NOT belong in residential areas full of retirees! PERIOD!

**Rita Biersdorfer**

Yeah guess members of banning council now have fat pockets just like Beaumont did years ago. Guess who won't be elected ever again. So save those payoffs for a rainy day!

**Gary Baysinger**

How about you tell the truth Mary, it's all about the almighty $$$ and how much is going into your bank account and the other council members. When Highland Springs is blocked with semi trucks and you have to call for a medical emergency....hope they can get through to you

**Rick Prager**

**Gary Baysinger** Well said Brother!

**Debbie Mitchell-Mallard**

We need to recall Adam Rush, Serita Young, Richard Krick, Eric Shaw, Scott Brosious..There part of Bannings City Planning Commission..I'v never been more proud of the community I live in. We we're

threatened at the beginning of the meeting..Shown no respect at all..Many over 90 year's old at the meeting last night...The commission drew the meeting to 11:30 at night..so upset..but so proud too

**Duncan Leoca**

Lol you know you are out next election and lining your pocket to support this. You should have supported the vehicle dealership when it wanted to go there. You would not be having these problems of putting a dang trucking warehouse where it obviously should not go.

You can not blame the congestion on Beaumont over building. You and sun lake community also fought against sun lakes Blvd connecting to sunset Ave.

I personally cannot wait until you are gone so we can have a representative ho actually cares about the local community.

**Ri Paddoc**

Here's a question for you, Mary. You are standing up for the warehouse, presenting these statements and numbers as fact. When the numbers of trucks exceed what you present in your comments, when the traffic becomes a mess due to this warehouse......are you saying that you will take full responsibility for your statements? I'll wait.

**Carl Petite**

How do I run against you in the next election? I'm sick to death of the path of destruction your council has blazed!!

**Carl Petite**

What about the visual impact of turning our bedroom community into a warehouse district like Ontario? We want to be a country town, away from the city, and here we are looking at 4 million dollars as some sort of a motivator????? That's 8 houses!



**Michelle Baysinger**

I didn't see a fire station to the new plan?

>   **Gary Baysinger**

>   **Michelle Baysinger** exactly

**Greg Nicholson**

Mary how much $$$ are Adam Rush and you getting for your vote yes??

No one in their right mind would vote yes without a kickback

**Valerie Liese**

I do not agree with the total of truck trips during peak hours, let alone the maximum of 13 trucks per day during normal business hours. I had a 100,000 sq. ft. warehouse and had over 30 trucks leaving before 6 a.m., and many more throughout the day. What is the

discussion of noise, trucks, warehouse personnel and equipment running between the evening and early morning hours?

**Denis Marin**

Notice she didn't say anything about how many trucks would be leaving the site and at what time of day that might occur!

**Irma Peterson**

Baloney! This "formula" only accounts for trucks from that site. It does not take into account other trucks doing deliveries to businesses around Highland Springs that are already clogging up traffic.

**Steve Simpson**

Trying to turn Banning/Beaumont into the next warehouse wasteland like Moreno Valley? !

**Mike Rokita**



**Debbie Mitchell-Mallard**



**Cindy Barrington**

**Mary Hamlin** is that TIA for one warehouse? Because the plans call for 10 warehouses between Highland Springs and Sunset. Should we multiply those figures by 10? And what happens when the Rancho San Gorgonio project, with its 3,500 homes and retail goes in, will Sunset become the new Highland Springs? Those warehouses don't belong in such an already overly congested area.

**Charles Hough**

**Cindy Barrington** Sunset already has problems. There is only room in the turn lanes and light cues for 3 to 4 cars which causes gridlock at peak hours. The main gate for Serrano del Vista is on Sunset and it will become increasingly difficult for us to enter and exit our community.

COB_3799
AR 019680
AR000046

**Gina Farmer**

What a bunch of bull crap! Someone is obviously lining your pockets lady!

**Denise Serpa Lussier**

Mary, any building that has a high product turnover can be considered a distribution center especially 600k sq ft. A building that typically has a slower rate of throuput can be considered a warehouse or both in some cases. However your claim that a warehouse has to be more then 1 million sq ft is false.

**Pat Beeson**

It doesn't belong there, period.

**Virginia E. Cervantes**

She doesn't care about the traffic, she doesn't care about your health....oooh yes it's the $

**Sue Jones Palmer**

Sorry. This does not make good sense at all.

**Nancy Hall**

Who paid for the study with what emphasis ?

**Christopher Tague**

What a load of crap. I love how they blame Beaumont for the traffic. When Banning side has absolutely no way to get out of the shopping area because none of their roads go through East. People are getting smarter they can see right through the politicians and their well let's see what's a nice way to put it. Tap dancing load of crap trying to convince people to let them build what they want. I have watch Banning going downhill for the last 25 years. It's almost become a third world country. Trash laying in the streets homeless all over the place. Not building roads to go through East on the south side of the freeway. Banning has become a mess I hate to say it but it's true. Something needs to change

**Tim Mixon**

The truth will come out.

**Virginia E. Cervantes**

Too bad it's not election time to vote them out!!!!

**Denise Serpa Lussier**

Last message was from Paul Lussier not Denise .

**Ashley Stover**

Let's talk about the mess that is 2nd street...

>**Janice Kuhn**

>**Ashley Stover** yes, exactly!

**Jerry Taylor**

Get rid of all in office and start with new

**Sharon Hanvey Hamilton**

This is no place for a warehouse, and blaming Beaumont for overbuilding is a cop-out. Banning is doing the same thing. There is extremely poor planning in both cities and the people are paying for poor decisions of leadership. When will it end? I hope now! Money is always the excuse!

**Jerry Taylor**

What about continuing the road to sunset to reduce the traffic on highland springs . That needs to be done sooner then a turn lane here and a turn lane there .

>**Annette Putnam Tringham**

>**Jerry Taylor** They are already doing that because they are building MORE WAREHOUSES at Sunset. We will have over 4 million square feet of warehouses in a small area - PLEASE ATTEND THE December 1 Planning Commission hearing!! Our voices matter

>**Cindy Barrington**

>Don't forget about the Rancho San Gorgonio project that will be building 3,500 new homes and retail south of Westward between Sunset and San Gorgonio. Sunset will become the next Highland Springs with all that new development and traffic.

>>**Annette Putnam Tringham**

>>**Cindy Barrington** That's never going to happen. They've been touting that for years.

AR 019682
AR000048

**Cindy Barrington**

**Annette Putnam Tringham** I hope you're right

**Steve Sirak**

No way it can be put there anyways . The trucks couldn't turn east off the westbound l-10 at highland springs, sunset st , or Pennsylvania st

**Annette Putnam Tringham**

MARY HAMLIN - I have only one question to ask you. Is there ANYONE in Sun Lakes who supports you on this issue? Just one? Any one? If so, why don't they post here?

**Annette Putnam Tringham**

WE Elected you and you turn your back.

**Inerich Varsa**

Highland Springs Ave/I-10 does not produce significant traffic? You believe that?

**Misty Mccrary**

It all stupid and it just shows how overpopulated the are really is and it only getting worse.

**Jamie Nelson**

i guess you don't like truth



**Jamie Nelson**

COB_3802   AR 019683
AR000049



**Cindy Soffel Royal**

This area is already over congested and has a huge older community. Push the wherehouse further East out toward Cabazon Whitewater area where they still have freeway access. Think of Beaumont first Not the money

**Cindy Soffel Royal**

Always about money, Beaumont has failed it's city people many times over. Takes contractors money and over builds with no road or bridge improvements. Cherry Valley blv, Oak valley Parkway, Highland Springs,They even screwed of traffic by the High School. Terrible design. Time to fire them all and get a whole new City Hall

**Cindy Snow**

Mary, just reading your post shows me you are coming off to defend yourself and this project. Your stats do not backup your claims either. Im not a Banning residence so I can't vote you in or out. But Beaumont, where I'm from is not Banning's problem. Banning stopped the growth of its own city and now the price of that is huge. This project isn't the answer for so many bad decisions by Banning city council. Too little too late. This project is a sham at best.

**Cindy Soffel Royal**

The city has failed ita people. They have not even put the new bridge in at Oak Valley which was supposed to go in when Tournament Hills was first put in. Go to City meetings vote them out

**Tim Mixon**

I smell BS

**Julie Neitzel**

COB_3805 019684

AR000050

Please just say no

**Sally Garcia**

Insane

# Dec 1, 2021

The Truth about the Banning Pointe Project

1. The project is NOT A DISTRIBUTION CENTER. It is a large industrial building meant to house 1 or more businesses. This primary industrial building does not have any identifiable tenants and can accommodate a single tenant or multiple tenants. Distribution centers need 1 million or more sq ft. This project is 619,156 s f (+/- 10 s.f.), too small for a distribution center. It will eventually have a row of shops and restaurants facing Sun Lakes Blvd with a golf cart path to the Sun Lakes Village shopping center.

2. The traffic estimates show approximately 3 large truck per hour during peak business hours M-F. The maximum number of semitrailers and overall traffic volumes cannot be exceeded, or the developer risks another approval process through the City. Traffic signals at the entrance to Sun Lakes as well as the entrance to the Sun Lakes Village on Sun Lakes Blvd are being planned. Residents of Sun Lakes will be able to safely take their unlicensed golf carts to the Sun Lakes Village shopping center. Currently, golf carts are allowed to cross Sun Lakes Blvd.

3. All the appropriate environmental studies - traffic, noise, air pollution - have been done and recently updated (Oct 2021) and show no significant impacts. In fact, the air quality during the past week with the high winds was far more concerning than anything associated with the proposed project. Dust from high winds is the most serious impact on our air quality today.

4. The previously proposed projects - single family homes, big box retail store, car dealership - would have a greater impact on traffic than this project.

5. There are plans to build a fire station on the south side of I-10 to better serve Sun Lakes and Four Seasons. The Sunset Crossroads Project will be required to dedicate approximately 3-5 acres of land for the construction of a new fire station. Traffic signals will have special equipment to aid in quicker response times.

6. The extension of Sun Lakes Blvd is scheduled to be released for its construction bid in late 2022 and commence construction in early 2023. The construction timeline for Sun Lakes Blvd extension is approximately 10 months, which places completion on or about October 2023. If the project is approved, the grading permit will take 2-3 months to process and another 1-2 months to grade. This places the foundation work beginning in the Summer of 2022. The soonest possible date the developer can begin operations would be June to September 2023. While the City does not have sufficient evidence to support a requirement for the industrial building to wait for the Lakes Blvd extension to be completed, the two projects will coincide at the same time.

I hope this information will dispel any misinformation, speculation and rumors that have been widely circulated. If this project had been a distribution center with 100's of trucks, I would have opposed it.

**Beverly Reneau**

One semi, is too many. Sun Lakers would prefer car traffic over deisel semi trucks as they are so dangerous and will impact traffic, noise, and air quality much worse than cars.

**Beverly Reneau**

Looks like you made up your mind Mary to sell out those who supported you

**Victoria Grace**

thanks for the update but still a bummer. I know Banning is desperate for money. I get it. I should have known better than to buy next to a major fwy and trains. My mistake. My husband and I decided to get out of SL. I don't really like HOA's anyway. I prefer my own property that I don't have to deal with the rules and such...I also don't like living on top of other people. I need more space and privacy. My dogs will be happier and that alone makes it worth it.

    **Christina Iaboni**

    **Victoria Grace** totally agree with you!

**Shona Mann**

Thank you for your information. Any chance you could get somebody to put a Kaiser Hospital nearby?

    **Sharon Ann Huckabey**

    **Shona Mann** Kaiser should buy San Gorgonio....thought about that years ago!! They would build state of the art facilities...

**Sharon Ann Huckabey**

Guess we will have to wait and see......if it walks like a duck, and quacks like a duck.........

**Diana Smith**

**Vern**

**Mike Volz**

Whether it is called a distribution center or an industrial complex, it will it will cause traffic congestion and health issues for all in this area. A warehouse of any type should not be approved in a residential area.

    **TheRobert Perez**

    **Mike Volz** I'm trying to look at both sides, so would you consider Home Deoot or Walmart a warehouse type?

        **Mike Volz**

        **TheRobert Perez** No. That's big box retail.

**TheRobert Perez**

**Mike Volz** makes sense. I wish this project was More transparent.

**Connie Allen Kelly**

No !

**Barry Sorensen**

Nice try Mary

**TheRobert Perez**

Personally, I would have loved the idea of homes owned by SLCC to be built there with another small golf course.

**Connie Allen Kelly**

I am sorry are you looking at the same information I am ?

**Diane Berley**

If it's not a distribution center, why did developer slate the site for so many truck bays? Developer's numbers were an average of 5 trucks an hour, 24/7 and told Randy Robbins and me 8 truck trips a day at peak hours.

**Pat Tallent Vail**

3 trucks an hour is 3 trucks to many, I don't believe you with the 3 trucks an hour! 36 trucks in twenty four hours. Of course 3 an hour sounds better on paper to you than the 36 lol

**Bruce Patrick**

For me, Mary Hamlin is a SLCC resident, is an elected Banning City Council member who has access to information otherwise not available to the public. I am not endorsing what she said here, but I am suggesting using caution to using personal and negative unproven opinions against her or what she said here.

**Jack McElwain**

I'm not sure where you get your information There's a warehouse in Riverside for lease with just over 600,00 sq ft that has 95 bays! Guess what! It's a distribution center!!

**Bill Hobbs**

The huge picture showed dozens of trucks that was put up by Creation. I'm not buying it. At this point, I have "ZERO" trust in Banning City government.

**Rick Taylor**

I managed a warehouse around 500k with 80 loading receiving doors , we loaded and received over 150 trucks
with two shifts !!!!Who ever telling you 3 trucks an hour is total BS !!!!!!!

**Bonnie Derrick**

You were voted in to represent us...our residents are opposed to this project...you are not representing us, you
are selling us out...you need to resign and let us find someone who will represent us....

> **Imelda Steward**

> **Bonnie Derrick** thank you!

**Natalie Moran**

**Mary Hamlin** it would probably be best if you stopped posting false information. You are clearly either
misinformed, don't care about your neighbors ( that you are supposed to be representing), not intelligent
enough to understand the facts or are being bought off. You should be ashamed of yourself!

**Marian Putnam**

So the distribution centers will be just east of Sun Lakes in the two multi-million square feet warehouses of
Sunset Crossings. This I believe. Not much better. But I don't believe the number of truck trips you are being fed
for Banning Pointe.

**Marian Putnam**

1. If the traffic gets out of hand, "the developer risks another approval process through the city". Judging by the
approvals they have already received, do you really think they fear the approval process in Banning? 2. Do you
REALLY believe Banning's citizens fear the dust of high winds more than the gawd-awful summertime smog?
REALLY? Will the diesels spew fewer particulates in the summer? 3. Who did the updated environmentail
studies, who paid for them, and how can they possibly show NO IMPACT when the other three studies said "no
way" to a warehouse? You have been sold a bill of goods, Mary. I just have one request. On the next ballot for city
council, can you please spell the developer's name right? He certainly gets things done. He gets my vote!

**Virginia E. Cervantes**

Who told you that "Adam"???? Spoke to AQMD, they only have what was submitted in 9/2020 and again in
12/2020... I was Speaking to them yesterday Nothing... No public records show it at all, since 2020....not even an
addendum....A warehouse is a warehouse, is a warehouse...Mary stop believing what the city developer is telling
you or the Creation developer is saying... We have NOT been misinformed we have been doing our research & in
communication through CEQA records & AQMD & Other public records. **Mary Hamlin** you've been lied to, don't
get frustrated with us, get frustrated to those who have lied to you and making you believe something it's not.
Did our Votes mean anything to you?

**Richard Breese**

just who dp you represent Ms. Mary Hamlin?

**Linda Mora**

Looking for the channel that was going to host City Hall meeting tonight if anybody Nose please post

Sharon Ann Huckabey

Linda Mora 97

Stephanie Franklin

Mary just give up with your posts. They are all lies and you sold out your neighbors and friends (no longer) in Sun Lakes.

Beverly Reneau



Beverly Reneau

New traffic projections from the planning commission meeting

Virginia E. Cervantes

As of yesterday...AQMD has no addendum they only have info of "commercial " in 9/2020 & 12/2020

The engineer states they have to submit a new air quality to CEQA...hasn't. Adam lied!!! As he did tonight.

Janette Bowers

They came prepared this time. Sad.

Richard Breese

COB_3806  AR 019689

AR000055

hopefully you won;t be representing the people of sun lakes much longer

**Robert Bob Murri**

You may want to watch this news story from the L.A. Times.

**0:00** / 8:28

**Robert Bob Murri**

Here is a scientific study about deaths from diesel exhaust.



**Robert Bob Murri**

Page 2



**Robert Bob Murri**

Page 3

COB_3805    AR 019690
AR000056



**Robert Bob Murri**

Page 4



**Robert Bob Murri**

Another study regarding Lung Cancer and Diesel Exhaust.

**Robert Bob Murri**

Page 2



**Robert Bob Murri**

And you are rejecting the recommendations by the Attorney General's office regarding the latest scientific studies.



**Robert Bob Murri**

Page 2



**Robert Bob Murri**

Page 3



**Robert Bob Murri**

Page 4



**Robert Bob Murri**

Page 5



**Robert Bob Murri**

I hope your conscience can live with this knowledge that you are about to vote to condemn some of your constituents to premature death, asthma, COPD, and Cancer. There is no mistake about it. The science is clear. You have to consider the accumulative affect. I-10, railroad, current traffic and then add all these warehouses in close proximity to Sun Lakes, and what you end up with is a diesel death zone.

I would predict that in a decades time, Sun Lakes will become only a shell of what it is. Why? Because the north side will become unbearable to live in. Those who have reverse mortgages will abandon their homes to live with family. Other will start to sell way below market to get out from them. That will drive down the amount the HOA receives in revenue. They will not be able to maintain the high standard we enjoy today. The HOA will have to close down some of the amenities, like a golf course or both, clubhouses, etc. That then is a downward spiral of what was a shining star of Banning.

But the city's lust for the money, you are rejecting and condemning those who are of the age we are expendable for that money. That is the choice you are about to make.

What kind of moral values do you hold? Capitalism over life? Tax money over life? Profit over life? And I've heard you are pro-life. Prove it.

**Bonnie Derrick**

Excellent letter, too bad the city does not care about their lovely senior community and the one across the street in Beaumont. It is scary to be in your mid seventies to eighty and feel trapped. Many of us are on fixed incomes and are not able to facilitate moving ourselves. Then where do we go to feel safe, find affordable housing and good affordable medical care? This is supposed to be a relaxing time of our lives in a beautiful community we chose with lovely amenities and activities. We cannot express enough thanks for those of you fighting so hard to keep this from happening.

**Victoria Grace**

shining star?

**Dolph Mason**

**Victoria Grace** Yes, shining star. Enjoy you move.

**Victoria Grace**

COB_3815  AR 019694

AR000060



**Carole Marie McGarvey-Siebert**

Mary Hamlin, you have sold out your fellow Sun Lakes residents and those who elected you. Shame on you. However, I will complement you on being an excellent "spin doctor."

**Robert Bob Murri**

I think Mary Hamlin should sign a contract that requires her to live in Sun Lakes for a minimum of 20 years after the warehouses are finished. If she must go to an assisted living or memory care facility, she will be required to do so at the Lakes. If a nursing home, then one that is closest to the warehouses. If she is going to vote for these warehouse, she should be forced to live with the consequences.

    **Lloyd Friedman**

    **Robert Bob Murri**

    Don't forget Erik (Joe) Shaw. If he had voted no, it would be over. I hold him responsible

        **Dolph Mason**

        **Lloyd Friedman** Wrong. It would not be over. It would have been back on the agenda in a month. This way, the planning commission kicked it forward to the city council. Btw, do you not realize that the developers also have attorneys, high powered and well paid. They will appeal any adverse decision and will deplete our attorney fund in a hurry.

**Robert Bob Murri**

Mary, once they extend Sun Lakes Blvd to Sunset, the traffic will require it to be widened to 6 lanes. That will require taking out the beautiful island and cutting back the sides closer to the homes and the executive golf course. It will shorten the approaches at gates 2, 3, and 4. That will make it much more difficult to exit through those gates. Even if they put a signal light at gates 3 & 4, with the gates there, cars can get stacked up trying to get through the gate waiting for the light to change. Usually the main street gets longer signal time green, so side streets get stacked up. Mix that with golf carts and you have a horrible mess and an accident waiting to happen. Allowing semi-trucks on Sun Lakes Blvd is insane. I would think that a well educated and experienced traffic engineer would recommend not to make it a truck route and to not widen the roadway.

I've worked with traffic engineers when I did property development and this type of situation would be greatly avoided. Even planning commission would reject a project that would cause such a potential risk. Ones that actually care about the public.

I'm afraid you and the city have not looked at the bigger picture long term. The dollars waved in your face are clouding your judgement and reason. Don't rely on staff, it is their job to get businesses to come to Banning, at any cost. They are heavily biased and you can't trust their judgement. I know, I've worked with them with my projects.

    **Bonnie Derrick**

**Robert Bob Murri** thanks for info, that sounds horrible...I was never in favor of extending Sun Lakes Blvd...that was before this debacle. Golf carts will be taking lives in hand trying to cross from gate 3 to 4. Such a bitter pill to swallow. So appreciate your hard work.

**Bruce Patrick**

I have heard forecasts how truck traffic will be very slow for the truck divers waiting in line to unload or load, waiting their turn.

Question: If true, why would they elect to come here?

**Kevin Holmes**

Hi Bruce: Answer: $$$$$$$... what else?

**Barbara Searcy**

"A day late, and a dollar short!"

**Robert Bob Murri**

I was told that the notifications to Sun Lakes HOA was sent to the original developer of Sun Lakes, Pulte, back in the 1980's. So of course First Service and the HOA did not get notified of the meetings. Now the city has known for decades that they are no longer involved. This needs to be looked into. I can smell fish, and this smells very fishy.


Jan 21, 2022

I have received messages about the Banning Point Project. I have relayed these messages, including all concerns directly to the City Staff and Staff is relaying those comments and concerns to the developers.

There will be a public hearing on Monday, Jan 31st at 5:00 p.m. in the Banning City Council Chambers. The public hearing will also be conducted on Zoom. If you want to participate in the public hearing on Zoom, the agenda along with the access information will be published on the City's website Thursday, Jan 27th. It will also be broadcast on Banning Channel 10. The purpose of this public hearing is to take action on the applications, including whether the Planning Commissions' decision to approve the Design Review application for the Project will be upheld or reversed . Since the Planning Commission approved the Project on December 1st, the City Council members will make a decision whether to accept or reject the Planning Commission's approval of the Design Review approval of the Project and to approve or disapprove the Tentative Parcel Map dividing the property into three parcels.
**See more**

**Dave Debogus**

Funny watched this big redo of city corners... thought oh perhaps it was to comply with ada Mandates for wheel chairs.... nope still curbs... then wtf did they waste the time money... yellow grippy things? Need to move... this level of idiot maybe contagious ..

**Lisa Marie Burns Schulze**

Thanks for taking the time to share this **Mary**!

**Tracy Mahoney**

**Recall Mary Hamlin**

- 
  - **Margie Meszaros Schroeder**

    Will you vote NO?

    **Mike Volz**

    What is your vote Mary?

    **Cathy Pierro**

    Tell us your vote.

    Quit passing the buck.

    **Mary Hamlin**

    By law I cannot reveal my vote until the meeting on Jan 31. I checked with the City Attorney on that...

      **Robin Scharton Nemire**

      **Mary** you were voted to represent us , now we need you to vote for what is BEST for our community, surrounding areas and our city

      PLEASE VOTE NO

      THANK YOU

      **Connie Allen Kelly**

      Please vote no !

      **Bonnie Derrick**

COB_3816    AR 019697
AR000063

Represent our community that elected you and vote NO

**Cathy Pierro**

Guess we will all see how much you care about the people of your community on the 31st.

I hope you do the right thing.

**Yvonne Foy**

We elected you to represent US. Please do the right thing and vote for the majority of us. VOTE NO

**Gail Miller**

Please think of our community and vote NO. Thank you!

# Feb 21, 2022

On December 6, 2020, the diagram I saw, that was presented by the Planning Commission for the Council to approve, showed three areas labeled Retail and Service District, Office and Professional District, and Business and Warehouse District. There was no drawing of a warehouse. That is what I voted to approve – an expansion of the possibilities of the property.

There are about 30 different uses permitted in the Business and Warehouse zone.

I was as shocked as everyone else when the leasing company put up the "billboard" with a picture of a large warehouse with lots of trucks. I was under the impression that the project would be a couple of smaller buildings for light industrial similar to what is on Lincoln Street. That was the information I was being given.

The only things I could do were:

1. Research. I needed to make sure I fully understood the proposed project and pass that information along. Unfortunately, some people interpreted that as my being in favor of the project.

2. Communication – trying to make sure the public had the correct information and the developers were aware of the strong opposition to the project. I am bound by certain laws, rules and regulations as to what I can and cannot say or do as an elected official.

3. Vote- If the Planning Commission's approval on Dec 1, 2021 had not been appealed, it probably would not have come to the Council for a vote. I had to wait until the project came to Council. Until that time, I could not comment, meet with more than one Council member to discuss, or disclose my potential vote with anyone or say how another Council member would vote. And, if I were to vote "No", I had to have a valid, legal reason to do so. I had to keep an open mind and not express any opinions one way or the other. All that time I was conveying information to the developers and City staff, as well as gathering more information and details about the project. I had to be sure what I was going to be voting for or against. I had to see and hear the motion. Once I was clear on the motion presented, I could cast my vote – which I did. I voted NO on the project.

There are many false and hurtful things being said on social media. I have nothing against the Pass Action Group. They have a hard road ahead. I have done everything in my power to stop the warehouse project.

COB_3847      AR 019698
AR000064



**Figure 4 – Land Use Plan**

22John Ferguson, James Holloway and 20 others

**Deborah Bainter McDonald**

Thank you, Mary. I'm sure there are many rules/laws that you must abide by that the public doesn't know about.
I'm sorry for the hate out there. 😥

> **Robin Scharton Nemire**
>
> **Deborah** it's not hate, its frustrated residents that dont feel she has represented the people that voted
> for her

>> **Charlie Friese**
>>
>> **Robin Scharton Nemire** - A M E N - Sorry Mary, you caused your pain ! ! !

**Lynn Clemente**

Mary, my opinion and observation is that you were not qualified or prepared to assess that project and you
didn't ask enough questions and do enough research BEFORE casting your vote to APPROVE the zone change
and the details of what it allowed back in Dec 2020.

As you state yourself above ..."I was UNDER THE IMPRESSION that the project would be a couple of smaller
buildings for light industrial".

You clearly were not adequately informed or prepared before voting in 2020 unfortunately.

This should be a lesson to all to do your research before voting for candidates, to ensure they are qualified and
know to do the important research necessary so the candidate isn't SHOCKED by what a project actually is
AFTER they vote for it.

**Charlie Friese**

I am afraid that Mary's current comments may fall on deaf ears, especially caused by HER Direct Actions . . .

Mary is to blame for her comments and any misleading comments - or - votes of the recent past. We would have
expected that Mary would stand up for and properly represent her constituents. Many feel she has spoken out of
"both sides" of her mouth.

> **Dee Lira**
>
> **Charlie Friese** damage control. Too little, way too late.

>> **Holly Foster**
>>
>> **Dee Lira** Typical Politician, it is never their fault even when they cause it.

**Christina Iaboni**

COB_3815 AB 019700
AR000066

The whole situation is sickening...but let's please remember we're all sl's...let us all hav a voice even if we think it's rude, unprofessional, unladylike, unmanly...etc...we all still live here please...let's not fight amongst ourselves...we're all ...

**See more**



media1.tenor.co

**Christina Iaboni**



**Robert Bob Murri**

This is different than the one they presented to us in March 2020. That one only had a large gray box. They
stated it was business park industrial. There was no warehouse involved and said so in the meeting. If you watch
the video I supplied, you would see that they lied to us. Adam knew what was going in there and stood in front of
us and lied. Period.

   **Marian Putnam**

**Robert Bob Murri** Exactly.

**Tracy Logan**

**Robert Bob Murri** 

**Rodney Curtis**



media1.tenor.co

**Charlie Friese**

I will not say that, in Mary's misguided belief, she intentionally lied - but - her direct words can, and should, be "thrown back" in her face.

She has been hypocritical, to say the least. Shame on her or NOT Representing Her Constituents ! ! !

**Charlie Friese**

Mary has caused her own

problems - period / plain / and / simple ! ! !

**Jean Shinn Dobson**

You hoped your "NO" vote would appear you were doing the right thing, but it didn't fool us. You have made condescending comments to many SL'ers throughout this process, and claiming to be "doing research". Don't forget the "snide" comment at the February 17 council meeting about "your t-shirts". We apparently were not in the same meeting when the original plan was presented in the Ballroom because that is nothing like the current plan. Why did you vote in December '21 to change the zoning? Your husband has made disgusting comments laced with profanity to many SL'er touting he was "pro" the warehouse agenda. You will never have the trust and respect from your constituents and neighbors. You should have shown from the beginning you were not in

favor of this project instead of dragging your feet. The best thing you could do now is to resign from the council and save us the time and effort of recalling you.

**Connie Watkins**

**Jean Shinn Dobson** I remember those immature comments by her.

**Cindy Tod**

So Mary what did you think was going to happen after the zoning was approved for a warehouse? If you felt strongly against it why not speak up. I can only assume being on the city council means go with the flow. If not you end up like Mr. Santana

**Bud Lammers**

If you were going to vote no... then why did Skip drive back-and-forth in front of protesters yelling at them??? ... and blah blah blah ... Mary ... you sound really guilty protesting so much.

**Martha Haney**

Mary, you have worked hard, and I hope we can resolve this peacefully

**Richard Breese**

Mary, your trying to cover your own behind, that is obvious you don't rep any of us that elected you, you need to go!

**Cathy Pierro**

I emailed you a month ago with my concerns over the warehouse. I asked you questions along with my thoughts about how horribly this would impact all of us at Sun Lakes and Four Seasons. I asked that you kindly answer.

I got nothing back from you.

Zero.

**Annette Putnam Tringham**

**Cathy Pierro** me neither.

**Ronald Pitts**

**Cathy Pierro** but she forwarded your email to the developers (Josh Zemon) probably complaining about receiving another email.

**Annette Putnam Tringham**

So **Mary Hamlin**, what you are saying is that the Planning Commission lied, right?

**Ronald Pitts**

**Mary Hamlin**......how childish can you get...deleting my comment to your post. I will say it again you attacked me at the city council meeting and lied while doing it. I have over 100 emails from you to the developers. You damn well know what you were voting for per your emails. You asked both the developers and their leasing agent to be involved in choosing a tenant for the building, or whatever you want to call it. You can delete my comments all you want but I still will have the proof of your lies!!!

**Lynn M. Blacker Dahnke**

What a bunch of cyber bullies. The personal attacks are vicious. Shame on all of you.

> **Lynn M. Blacker Dahnke**
>
> My comment is not directed at any one individual. I have never seen a group voice so much hate directed at their own "friends" and neighbors.

**Rodney Curtis**

**Lynn M. Blacker Dahnke** "Cyber Bullying"? And what do you call what the council just did to ALL of us? Seriously....

> **Lynn M. Blacker Dahnke**
>
> **Rodney Curtis** - I believe the City's move to allow citizens to only vote for their council representative is a direct slap to SLCC. This move, if allowed, will make sure SLCC is silenced going forward. SLCC will have 1 vs. 4 on issues such as this mess. Perhaps that is where efforts need to be focused at this point. I am not in favor of the warehouse, but I see it as a reality that SLCC residents cannot financially fight, and inflation is working against each of us on fixed incomes.

**Bud Lammers**

**Lynn M. Blacker Dahnke** it's not cyber bullying this is affecting our real estate values in our very lifestyles and she was supposed to represent us and she did not...

**Marian Putnam**

It already has

**Holly Foster**

**Lynn M. Blacker Dahnke** In years gone past we tarred and feathered these politicians that sold influence for their own gain. Maybe we should bring it back so people who are elected have to be accountable to the people who voted them to this position to protect them. That is why you were voted into this position, to protect the voters who put there faith in you to do this job. You are found wanting, and not a public servant. It is time all people who are voted into office are held accountable to the people who voted them in. If you don't make people accountable for their actions they will just keep running over you for their own gain, you let them. Don't! My comments are not bulling they are the truth.

Reply to Lynn M. Blacker Dahnke...

**Ronald Pitts**

My comments are not cyber bulling, you can look at the council meeting and verify. If you want I will even post them on the this site for all to see so they can make their own decisions

**Cindy Tod**

Classic case of... You reap what you sow... So Mary you must eventually face the consequences of your actions

> **Bobby Pitts**
>
> **Cindy Tod** SOOOOOOO true?

**Ronald Pitts**

Mary you are always quoting cliches when talking to individuals so here is one for you......If you want to be sure nothing you write today comes back to haunt you tomorrow, be careful what you write, be careful how you write it. Mean what you write and write what you mean. The perception of your words is the reality of who you are to the person reading them

**Anita Lara Chatigny**

Ms. Hamlin. You can now join your constituents. Join the Pass Action Group as one of the loudest opponents of this warehouse project. Doing so will let us all know your apology and contrition is sincere.

**RauPau Retana**

One part of our law suit involves the failure of the City Council to notify those who would be affected by the Warehouse that such a project was under consideration. Ms Hamlin can be a strong voice for our side with her testimony that she was hood winked by the other members of the Council when they failed to advise her that the project was in fact a warehouse. In fact her posting can be introduced as evidence that the City Council did in fact collude with the Developer to have the project approved by hiding the true nature of the project from the Council member whose district would be directly affected. We got them. Put the cuffs on them boys.

> **Lynn M. Blacker Dahnke**
>
> **RauPau Retana** - I am confused, again. Are they ONLY building a warehouse and rest is a lie?
>
> > **RauPau Retana**
> >
> > **Lynn M. Blacker Dahnke** The warehouse is for sure. The retail and office projects are wishful thinking. As long as there is vacant land available with open access, I doubt any developer would consider Banning Point. The warehouse will use the choicest portion of the parcel
> >
> > **Jean Shinn Dobson**
> >
> > **Lynn M. Blacker Dahnke** I can't imagine having a nice dinner at a restaurant they proposed building with a flood of semi trucks going in and out making noise so loud that you couldn't hear your dinner conversation. Doesn't sound like a good idea to me.

**Karen Floody**

Nice try Mary ....too little to late

COB_3825  019706
AR000072

**Randy Robbins**

Good afternoon Mary, Thank you for your acknowledgement that you were mislead by both the developers and City staff in this matter.

Hopefully, this will put to rest that myself and many others have been misinformed and spreading lies as to what the documentation clearly shows.

> **Karen Floody**
>
> **Randy Robbins** she will put anyone under bus to save herself !!!!

**Gary Root**

This sounds like back peddling to me

**Cindy Tod**

Sounds like " Victim Mentality " Placing blame elsewhere , making excuses , not taking responsibility and " its not my fault

**Cee Cee Fitz Jackson**

As a representative your job is to be aware of everything that is going on. That is what your job is! This is unacceptable!

**Robin Scharton Nemire**

Mary Hamlin, you voted to remove Marco Santana from the Planning Commission for publically stating why he voted no on the project. We find it very interesting that you have posted this, is this much different than what Marco Santana did?

> **Mary Hamlin**
>
> **Robin Scharton Nemire** he voiced his opinion before the vote, thus showing bias against this project and others that may come before the Planning Commission. You have to remain neutral and unbiased.
>
> > **Ronald Pitts**
> >
> > **Mary Hamlin** and you didn't voice your opinion on your vote by asking Josh Zemon and the leasing agent to be involved in choosing the tenant for the warehouse. Who are you kidding, your vote was predetermined between you and the rest of the council members
> >
> > **Nancy Neer**
> >
> > **Mary Hamlin** , we are finding it really hard to believe anything you say now.
> >
> > **Bobby Pitts**
> >
> > **Mary Hamlin**    
>
> **Bill Hobbs**
>
> **Robin Scharton Nemire** Good point!

**Sandra Gutknecht**

Thank you Mary. I am so sorry that you have become the focus for people who need to be mean.

I was approached a couple years ago about running for city council and I knew I did not have the stomach for the meanness. Especially the things people would make up to feed their monster. Public office is very difficult which is why it's so hard to get decent people to run.

**Bill Hobbs**

And we need decent people to support our constituents here at Sun Lakes, District 3!

> **Sandra Gutknecht**

> **Bill Hobbs** yes we do.

**Holly Foster**

A lot of politicians say stuff like that. VOTE THEM OUT!

**Brenda Day**

The diagram Mary shows above clearly labels 'Business & Warehouse District', but she's saying she didn't know a warehouse could, or will, go in. Is she implying she was misled or blindsided? It seams clear to me, since it's in black and white print, that a warehouse could go in. Since she can read, Mary just proved she knew she was voting for a warehouse. We must all remember when voting time comes, Mary doesn't have Sun Lakes best interest in mind.

> **RauPau Retana**

> **Brenda Day** Mary complains , there was no picture of the warehouse. Perhaps if all the City Council members were provided with a box of crayons they could communicate with sketches. Maybe we can get an experienced kindergarten teacher to referee our law suit

> > **Brenda Day**

> > **RauPau Retana**

> > 

**Karen Rader**

Mary ,You were Sun lakes representative and you had us down.

**Lori Beard**

Thank you Mary. It is very clear that you voted no on this and there's no reason for people to ostracize you and hold you accountable for the majority vote that occurred regarding these warehouses. I really respect your honesty and your integrity in voting no and representing Sun Lakes community by doing so.

Hopefully all the haters will stop hating as you clearly were outvoted but held your ground. I respect you so much for this! Thank you thank you thank you!

**Brenda Day**

**Lori Beard**

She voted 'Yes' on the warehouse from the beginning. Mary knew her 'No' vote wouldn't matter, and that the warehouse would still go through. Perhaps she was trying to save face since she lives in Sun Lakes.

**Lori Beard**

**Brenda Day** I just can't believe how cruel you people are

**Brenda Day**

**Lori Beard**

That's not cruel, that's reality. Mary's 'No' vote wouldn't change a thing.

**Jean Shinn Dobson**

**Lori Beard** it's our life Lori - Get a grip of reality

**Robin Scharton Nemire**

**Lori** residents are not being cruel and hateful, they feel she has not been honest and has not had any integrity from the beginning of this mess. She should have been representing the residents that voted her in from the beginning and not wait until the end when she knew her vote wouldn't matter. Now she claims she was mislead, why didn't she bring that up to her fellow council members during the meeting when she voted no?

**Karen Floody**

**Robin Scharton Nemire**   

**Kathy Reynolds**

**Robin Scharton Nemire** Mary could have voted NO on the rezoning decision!!!

**Jean Shinn Dobson**

**Kathy Reynolds** that would certainly have made more sense and she might not be in the mess that she's in now.

**Virginia E. Cervantes**

**Lori Beard** she voted yes to rezone the property for the "businesses & warehouse"...Sun Lakers take it personal when there's danger of pollution & a traffic hazard across the street of their homes, so does their families that care for their elderly...She knew about this as soon as she was "voted" in by Sun Lakers who thought she would represented them, instead, besides she had communication with the developers many, many ,many times..Not with those that voted for her..It was all decided the last council meeting that she would vote no...while everyone else would vote yes...Sun Lakers are very

smart people that are very, very disappointed in her. She told everyone in the last meeting to listen to
the developers..as she did...

Reply to Lori Beard

**Francisco Corona**

Why was this not released to the public far in advance of a vote?

**Holly Foster**

**Francisco Corona** They started this during the lock down Pandamic, though they would just slip it by
us and we were to stupid to stop it. Politicians do it for themselves not the people who voted them into
the position. We need Public Servants not Politicians who try to blame everyone else and hide from the
truth that they caused.

**Larry Polete**

She voted on changing the zoning that aloud to put a mega warehouse there. If she didn't know that shame on
her. Pictures or No pictures or drawings.

**Brenda Day**

**Larry Polete**

So true!

**Kathy Kdi**



**Mary Ann Rickena**

Mary, Thank You for the Update!

**Leta C. Curry Lawson**

What part of Business and Warehouse District did you not understand. It was spelled out for you. Your job was
to fully understand what you vote for.

**Lynn Clemente**

**Leta C. Curry Lawson** Mary unfortunately doesn't seem reply to any of these questions where it is pointed out by many that she didn't understand the details or do her research before casting her vote to APPROVE the change of zoning in 2020.

It takes a lot for a person to own up to dropping the ball on a very important decision, but doesn't seem that will occur.

**Connie Watkins**

Mary is much too late with her comment to try and clear her wrong doings.

**Phyllis Wisz**



**Mary Hamlin**

yes

AR 019711
AR000077

**BrianMaren Ruesch**

Our comment from 2/21 has *also* been deleted. You said there was no mention of warehouses.

We asked:

Based on the drawing you've posted (see below), the area in red shows Business & Warehouse District with extremely large buildings in gray.

We were trying to provide benefit of the doubt, & get Your side, but you deleted our question.



**Patti Donatini**

We are so sorry that we voted for you to represent us at Sun Lakes. As far as we are concerned you are a part of the warehouse project. No matter what you say now. Very disappointed.

**Richard Breese**

want about your comments and meetings with the contractor at the beginning of the situation?


Date unknown

Information about Banning Pointe:

This project was presented to Sun Lakes residents in March of 2020 and was well received.

The development team clearly stated that this project is **NOT** a warehouse and it would not generate anywhere near the amount of truck traffic that has been imagined. The building is more like the industrial office buildings on Lincoln at San Gorgonio, 8th St, and Sunset, like ProLine, WSS, and Xenia. It would be behind a strip of retail establishments.

The project is fully entitled and has passed all the traffic, environmental, entitlement and zoning hurdles required locally and by the State. Legally the Banning Pointe project is fully compliant with zoning and the specific plan.

City staff and consultants believe the proposed development will generate fewer trips than any other uses.

Impact on property values - the reputation and appearance of Banning - vacant lots, vacant commercial buildings, graffiti, vandalism, homelessness and a history of anti-growth - have more of an impact on devaluing property than anything.

Sun Lakes Blvd extension should be "shovel ready" within the next 12 months and could be completed by the end of 2024.

5/4/22, 8:13 PM                                    R'Mail Mail - News Articles Related to the Banning Point Project - Dec. 1st PC Meeting



Marco Santana <msant016@ucr.edu>

## News Articles Related to the Banning Point Project - Dec. 1st PC Meeting

**Adam Rush** <arush@banningca.gov>                                    Wed, Dec 1, 2021 at 1:45 AM
To: Adam Rush <arush@banningca.gov>, Sandra Calderon <scalderon@banningca.gov>
Cc: "syoung@rwglaw.com" <syoung@rwglaw.com>, Lisa Edwards <ledwards@banningca.gov>, Emery Papp
<epapp@banningca.gov>, Mark De Manincor <mdemanincor@banningca.gov>, Sandra Castaneda
<scastaneda@banningca.gov>

Two news periodicals for your review and files:

NBC Local News Story..

https://www.nbclosangeles.com/local/senior-community-against-warehouse-being-built-across-their-
street/2766664/

Sincerely,

**Adam B. Rush, M.A., AICP**

*Community Development Director*

*Community Development Department*



**City of Banning**
*Direct Line:* 951-922-3131

*Cell Line:* 760-219-2791

*Direct Fax:* 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain
information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent
responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by
telephone.  Thank you.

AR 019714

**COB 3875**
**AR000080**

**2 attachments**



**PASS ACTION GROUP_RECORD GAZETTE AD_11-26-2021.pdf**
70K

**Senior Community Against Warehouse Being Built Across Their Street – NBC Los Angeles.pdf**
1384K

Friday, November 26, 2021 — **Announcements** — www.recordgazette.net ■ Page 5

## Blood drive

The Beaumont Chamber of Commerce will be hosting a Blood Drive with LifeStream Blood Bank on Thursday, Dec. 2, 2021, from 9:30 a.m. to 3:30 p.m. in the Chamber parking lot located at 726 Beaumont Ave.

Please visit LSbloodrive.org/MCBT to make an appointment.

All donors will receive a "Count on Me!" themed blanket, while supplies last!

## Winterfest

The Beaumont-Cherry Valley Recreation and Park District will host the 28th annual Winterfest at the Cherry Valley Grange Community Center, 10478 Beaumont Ave., Cherry Valley on Friday, Dec. 3 from 5 p.m. to 9 p.m., and Saturday, Dec. 4, from 2 p.m. to 8 p.m.

A tree-lighting ceremony will take place at 5 p.m. on Dec. 3.

Visitors can have unlimited participation on the snow hill for $3, and enjoy hayrides with holiday carols for $1.

There will be arts and crafts and food vendors, and entertainment, and Santa and Mrs. Claus will make appearances for photo opportunities.

Admission to the event is free.

## Gilman Ranch preps for Old Tyme Christmas

The Gilman Historic Ranch & Wagon Museum will host its Old Tyme Christmas at the Ranch on Saturday, Dec. 11 from 10 a.m. to 4 p.m., featuring visits with Santa Claus, at the ranch, 1901 W. Wilson Ave. in Banning.

Craft vendors of the season, games, gold panning and musical entertainment will be among the festivities.

Admission will be $5 per person.

For information call (951) 922-9200.

## Books for sale

Friends of Banning Library (FOBL) is offering for sale vintage books about the history, culture, politics and personal stories of Japan.

Books written about and by the Royal Family of England continue to be available for sale by FOBL.

All proceeds from the sales of these books support Library programs, projects and special events for all ages. These books may be purchased at Banning Library, 21 W. Nicolet St., Monday through Saturday, during library hours.

## Winter Wish announces seasonal gift tags

Winter Wish, Beaumont's nonprofit program that provides gifts to local school children and families in need, have gift tags available for community members who desire to buy a gift and help an individual or family this holiday season.

Tags are available at the Beaumont Unified School District offices, 350 Brookside Ave.; Family Chiropractic, 1074 Beaumont Ave.; The Huntress Innovations salon, 851 E. 6th St. Suite C1; Shear Wonders Salon, 737 Beaumont Ave.; Wines Chiropractic, 550 Maple Ave.; Leah Larkin Law Offices, 873 Beaumont Ave.; Cherry Valley Nails and Hair, 10420 Beaumont Ave., Suite F; The Hills Hair Salon, 300 S. Highland Springs Ave., Suite 10F in Banning; Coldwell Banker/Kivett-Teeters Associates, 1655 E. 6th St.; and the Beaumont Chamber of Commerce, 726 Beaumont Ave., where monetary donations may also be dropped off.

To become involved in Winter Wish, call (951) 845-9541 x108.

## FIA announces free community health worker class available

Faith in Action is promoting education and training opportunities to people in the Banning and Beaumont area.

This training is virtual and facilitated by professionals in the field and consists of 80 hrs. class training/40 hrs. field experience.

It is open to employees, volunteers or community members who want to learn skills to use in the community and organizations.

You will receive a certificate from Reach Out and a Community College and there is a possible stipend upon completion.

Must reside in Riverside or San Bernardino County

Register at http://bit.ly/chwtraining21

## Faith in Action

The mission of Faith in Action of the San Gorgonio Pass is to serve the short term and long term needs of the homeless and low-income populations in the San Gorgornio Pass.

The organization will be offering limited services at the Banning Chamber of Commerce until a permanent location is secured.

The FIA office will be open each Monday and Tuesday, 10-12 p.m. each day.

Some services offered: Rental Assistance; utility assistance and weatherization assistance; vaccine appointments made — $20 gift card upon vaccine; computer access for employment purposes; in-home supportive services caregiver info; free community health worker training enrollment; I.D. assistance — authorization for reduced fee or no fee for California I.D.; and limited emergency resources: blankets, socks, diapers, jackets, snack bags, etc.

## Career and employment outreach services

*Holiday schedule change: The MSCJ Career Center will be at the Civic Center on Dec. 2.

The event will return to the regular schedule in January.

The city of Beaumont is pleased to partner with the Mt. San Jacinto Community College (MSJC) in 2021 and 2022 to provide career and employment outreach services to the residents of Beaumont.

The MSJC Mobile Career Center (MCC) is equipped with state-of-the-art technology that can help first-time career seekers and career changers make successful career and life choices.

The MCC and MSJC Career Center staff will be available at the Beaumont Civic Center from 10 a.m. to 3 p.m. on the second Thursday of each month through July 2022.

Services offered: Career search assistance, resume buildin, mock interviews, employment soft skills, and continuing education information.

The Beaumont Civic Center is located at 550 E. 6th Street. For questions regarding the Mobile Career Center and workforce development training in Beaumont, please contact Kyle Warsinski, economic development manager, at (951) 769-8527.

# PASS ACTION GROUP

## *The Banning Planning Commission is considering another distribution center in our city*

## What it means to you
- More traffic congestion in a key shopping area
- Hundreds of additional trucks on our streets every day
- More pollution in our city where many people are seniors and have compromised health conditions

## What the city has done
- Distorted the environmental impact report
- Failed to notify impacted citizens
- Failed to understand and communicate the threats to all Banning citizens

# Come to the next Banning Planning Commission meeting and express your concerns
## Banning City Council Chambers
## December 1, 2021 at 6:30 pm

AR 019716

COB 3877
AR000082

  57°

LOCAL     U.S. & WORLD     WEATHER     ENTERTAINMENT     SPORTS     NEWSLETTERS

# LOCAL

Local news from across Southern California



AR 019717

**COB 3878**

**AR000083**

City of Banning, CA

# Export of Records

Captured by ArchiveSocial

## Banning Point Social media

Generated by Eric Brown at 0:31:14 on 4/29/2022 UTC

## Included in this export:

**Account(s):**  All

**Content Type(s):**  All

**Term(s):**  matching *"Banning Point"*

Records matching the above criteria are highlighted .

AR 019718

COB_1782

AR000084

**Banning Point Social media** generated at 0:31:14 on 4/29/2022 UTC

**Account:** City of Banning                **Content type:** Facebook Page - Photos
**Tags:** deleted   **Album:** Timeline photos
**Record ID:** 20220126City-of-BanningPhotos84994_303601228475971

 **City of Banning**
at 19:05:04 on 1/26/2022 UTC

UPDATE!!! - The Special City Council Meeting to consider the Banning Point appeal has been rescheduled per the appellant's request to Thursday, February 17th at 5:00 p.m. in the City Hall Council Chambers.



**Tags:** deleted

 **Sheri Nelson Flynn** The appeal is for the Planning Commission's DECEMBER 1, 2021 decision to approve Design Review 21-7008. No meeting took place on December 8, 2021. Please correct the error.
at 22:22:01 on 1/20/2022 UTC

---

**Account:** City of Banning                **Content type:** Facebook Page - Photos
**Album:** Timeline photos
**Record ID:** 20220126City-of-BanningPhotos84994_303693558466738

 **City of Banning**
at 23:07:21 on 1/26/2022 UTC

UPDATE!!! - The Special City Council Meeting to consider the Banning Point appeal has been rescheduled per the appellant's request to Thursday, February 17th at 5:00 p.m. in the City Hall Council Chambers.



 **Sheri Nelson Flynn** The appeal is for the Planning Commission's DECEMBER 1, 2021 decision to approve Design Review 21-7008. No meeting took place on December 8, 2021. Please correct the error.
at 22:22:01 on 1/20/2022 UTC

---

**Account:** City of Banning     **Content type:** Facebook Page - Timeline posts        **Version:** Current
**Tags:** edited
**Edit time:** Wed Jan 26 23:07:29 UTC 2022
**Record ID:** 20220126City-of-BanningTimeline-posts84994_290746813094746

 **City of Banning**
at 20:11:47 on 1/05/2022 UTC · 🌐

UPDATE!!! - The Special City Council Meeting to consider the Banning Point appeal has been rescheduled per the appellant's request to Thursday, February 17th at 5:00 p.m. in the City Hall Council Chambers.



**Sheri Nelson Flynn** The appeal is for the Planning Commission's DECEMBER 1, 2021 decision to approve Design Review 21-7008. No meeting took place on December 8, 2021.



Please correct the error.
at 22:22:01 on 1/20/2022 UTC

**Account:** City of Banning          **Content type:** Facebook Page - Timeline posts          **Version:** Current

**Tags:** edited

**Edit time:** Wed Jan 26 23:52:51 UTC 2022

**Record ID:** 20220126City-of-BanningTimeline-posts84994_303601428475951



**City of Banning**

at 19:05:16 on 1/26/2022 UTC · 🌎

UPDATE!!! - The Special City Council Meeting to consider the Banning Point appeal has been rescheduled per the appellant's request to Thursday, February 17th at 5:00 p.m. in the City Hall Council Chambers.

AR 019720

COB_1784

**AR000086**

**Caroline Patton**

| | |
|---|---|
| **From:** | mmurshedi@aol.com |
| **Sent:** | Friday, April 29, 2022 8:15 AM |
| **To:** | Caroline Patton |
| **Subject:** | Fwd: Sunlakes Blvd. (Banning Point Project) |

-----Original Message-----
From: Mary Jo McElwain <hfinigan@gmail.com>
To: mmurshedi@aol.com
Sent: Fri, Oct 22, 2021 11:46 am
Subject: Sunlakes Blvd. (Banning Point Project)

1

COB_3246  AR 019721
AR000087

Sun Lakes Residents,

The Record Gazette we received yesterday dated 10/22/21, has an article on the bottom of page 3 concerning the development across from gate 1. I recommend we all read this article. It starts, Banning's Mayor Colleen Wallace and ends with the Mayor saying, "People are not going to like what you do, but OH WELL," Wallace said.

Our 6,000 residents must put pressure on city council to oppose this project which will include over 100 semi-trucks per day coming and going off highway 10 down Highlands Blvd. and coming on Sun Lakes Blvd. to enter the property.

Why is this not a Master Board or management issue?

Sun Lakes Resident
Mary Jo McElwain
760-989-0237
riverjacknjo@live.com

**Company Name** | Website

  

COB_3247 AR 019722
AR000088

Harry's group | 4980 Rolling Hills Avenue, Banning, CA 92220

Unsubscribe mmurshedi@aol.com

Update Profile | Constant Contact Data Notice

Sent by hfinigan@gmail.com powered by



Try email marketing for free today!

3

**Caroline Patton**

| | |
|---|---|
| **From:** | mmurshedi@aol.com |
| **Sent:** | Friday, April 29, 2022 8:17 AM |
| **To:** | Caroline Patton |
| **Subject:** | Fwd: PE Warehouse Article |
| **Attachments:** | PE Warehouse Article 11-07-21.pdf |

-----Original Message-----
From: Robert Mitoff <RMitoff@msn.com>
To: jasun@dc.rrcom <jasun@dc.rrcom>; mtnten@verizon.net <mtnten@verizon.net>; loansbydar@aol.com
<loansbydar@aol.com>; tennie.lundy@verizon.net <tennie.lundy@verizon.net>; bowenroad08@yahoo.com
<bowenroad08@yahoo.com>; tahoeterry@hotmail.com <tahoeterry@hotmail.com>; strauss560sl@elite.net
<strauss560sl@elite.net>; stvdeb@gmail.com <stvdeb@gmail.com>; dalekwaller@aol.com <dalekwaller@aol.com>;
fjordahl@dc.rr.com <fjordahl@dc.rr.com>; lelupeterson2@verizon.net <lelupeterson2@verizon.net>;
richardgraham8129@gmail.com <richardgraham8129@gmail.com>; juliarogers@dc.rr.com <juliarogers@dc.rr.com>;
sallywhite3@yahoo.com <sallywhite3@yahoo.com>; nthomassheahan@gmail.com <nthomassheahan@gmail.com>;
gle1212@hotmail.com <gle1212@hotmail.com>; grapenutz@roadrunner.com <grapenutz@roadrunner.com>;
dsauerslcc@gmail.com <dsauerslcc@gmail.com>; jonihemingway01@gmail.com <jonihemingway01@gmail.com>;
Jimlugenbeel@yahoo.com <Jimlugenbeel@yahoo.com>; dennisspry01@gmail.com <dennisspry01@gmail.com>;
ann.oliver39@gmail.com <ann.oliver39@gmail.com>; sberbiar@gmail.com <sberbiar@gmail.com>; spud5477@att.net
<spud5477@att.net>; hdpsych@telis.net <hdpsych@telis.net>; patcorrall@hotmail.com <patcorrall@hotmail.com>;
gai_tho@hotmail.com <gai_tho@hotmail.com>; derricklb@msn.com <derricklb@msn.com>; delinda63@gmail.com
<delinda63@gmail.com>; raupauretana@gmail.com <raupauretana@gmail.com>; rocaeger1@att.net
<rocaeger1@att.net>; rhelm@dc.rr.com <rhelm@dc.rr.com>; 1tjmslcc@gmail.com <1tjmslcc@gmail.com>;
herbieglick@gmail.com <herbieglick@gmail.com>; hkatz@twopawz.net <hkatz@twopawz.net>; travelgm140@gmail.com
<travelgm140@gmail.com>; mcnevin5@gmail.com <mcnevin5@gmail.com>; bphoto@dc.rr.com <bphoto@dc.rr.com>;
roycejackie@msn.com <roycejackie@msn.com>; rlauder211@gmail.com <rlauder211@gmail.com>;
sunlakes4kenjean@msn.com <sunlakes4kenjean@msn.com>; lapassprtmom@yahoo.com
<lapassprtmom@yahoo.com>; dianeaar@outlook.com <dianeaar@outlook.com>; frankb@gmail.com
<frankb@gmail.com>; barbstrona@msn.com <barbstrona@msn.com>; jackieroyce2011@gmail.com
<jackieroyce2011@gmail.com>; theraders67@verizon.net <theraders67@verizon.net>; mkmvip@aol.com
<mkmvip@aol.com>; janechaname@hotmail.com <janechaname@hotmail.com>; peggyhuetten@yahoo.com
<peggyhuetten@yahoo.com>; m48maryanne@yahoo.com <m48maryanne@yahoo.com>; flr46@aol.com
<flr46@aol.com>; barb2072@verizon.net <barb2072@verizon.net>; dbsphr@live.com <dbsphr@live.com>;
infaith08@yahoo.com <infaith08@yahoo.com>; bignanap@gmail.com <bignanap@gmail.com>;
aulwesbonnie@yahoo.com <aulwesbonnie@yahoo.com>; rc7582@gmail.com <rc7582@gmail.com>;
hfinigan@gmail.com <hfinigan@gmail.com>; genius5864@aol.com <genius5864@aol.com>; bmc2055@gmail.com
<bmc2055@gmail.com>; joanncorral@dc.rr.com <joanncorral@dc.rr.com>; JWeeDWee@msn.com
<JWeeDWee@msn.com>; jcotrvlr@gmail.com <jcotrvlr@gmail.com>; skimipc@gmail.com <skimipc@gmail.com>;
wayandlin@dc.rr.com <wayandlin@dc.rr.com>; msaspen1947@gmail.com <msaspen1947@gmail.com>;
joannthoresen@dc.rr.com <joannthoresen@dc.rr.com>; ejrusk@dc.rr.com <ejrusk@dc.rr.com>; pauldperk@aol.com
<pauldperk@aol.com>; rncjjc@roadrunner.com <rncjjc@roadrunner.com>; billalexi@verizon.net <billalexi@verizon.net>;
milliehunter1933@gmail.com <milliehunter1933@gmail.com>; rjanu81@gmail.com <rjanu81@gmail.com>;
reech.us@hotmail.com <reech.us@hotmail.com>; ken6x6@hotmail.com <ken6x6@hotmail.com>; twovons@dc.rr.com
<twovons@dc.rr.com>; elglo@verizon.net <elglo@verizon.net>; pandkg@msn.com <pandkg@msn.com>;
erlnpeg@aol.com <erlnpeg@aol.com>; carl.braatz@gmail.com <carl.braatz@gmail.com>; ld1949@aol.com
<ld1949@aol.com>; rhmautz@gmail.com <rhmautz@gmail.com>; burgonsandra@yahoo.com
<burgonsandra@yahoo.com>; mowenusa@gmail.com <mowenusa@gmail.com>; mmurshedi@aol.com
<mmurshedi@aol.com>; mary@bodaciousimages.com <mary@bodaciousimages.com>; marshareardon47@gmail.com
<marshareardon47@gmail.com>; mamachalamas@aol.com <mamachalamas@aol.com>; mahm@aol.com
<mahm@aol.com>; lvieira@eltree.com <lvieira@eltree.com>; lloydfriedman@gmail.com <lloydfriedman@gmail.com>;
ljay58@aol.com <ljay58@aol.com>; leestone953@gmail.com <leestone953@gmail.com>; leelee130719@yahoo.com
<leelee130719@yahoo.com>; lauramalkin@gmail.com <lauramalkin@gmail.com>; kretch48@gmail.com

COB_3250 019724
AR000090

<kretch48@gmail.com>; kathleenhampton@gmail.com <kathleenhampton@gmail.com>; judystevens1@verizon.net <judystevens1@verizon.net>; johnben832@gmail.com <johnben832@gmail.com>; joelindalarue@gmail.com <joelindalarue@gmail.com>; jhodgson@dc.rr.com <jhodgson@dc.rr.com>; jecrail@yahoo.com <jecrail@yahoo.com>; jcjfarr@aol.com <jcjfarr@aol.com>; jbiinc@att.net <jbiinc@att.net>; Harkl@aol.com <Harkl@aol.com>; gworby@hotmail.com <gworby@hotmail.com>; zackhome26@gmail.com <zackhome26@gmail.com>; wadesampson@hotmail.com <wadesampson@hotmail.com>; valerie@valeriemenefee.com <valerie@valeriemenefee.com>; trains844@gmail.com <trains844@gmail.com>; tookeemee2@yahoo.com <tookeemee2@yahoo.com>; tomsdeanne@verizon.net <tomsdeanne@verizon.net>; toffy2@aol.com <toffy2@aol.com>; swmbo3@gmail.com <swmbo3@gmail.com>; swejon@aol.com <swejon@aol.com>; suzanbrowning@aol.com <suzanbrowning@aol.com>; sun.laker.ray@gmail.com <sun.laker.ray@gmail.com>; sowtoe2@yahoo.com <sowtoe2@yahoo.com>; sailorlb@aol.com <sailorlb@aol.com>; rwh7001@humboldt.edu <rwh7001@humboldt.edu>; rroberson@dc.rr.com <rroberson@dc.rr.com>; roylgobel@gmail.com <roylgobel@gmail.com>; robincwarner@yahoo.com <robincwarner@yahoo.com>; rlswriter@verizon.net <rlswriter@verizon.net>; rjohnkat1@yahoo.com <rjohnkat1@yahoo.com>; rce1025@aol.com <rce1025@aol.com>; ptrizia1769@gmail.com <ptrizia1769@gmail.com>; plaza.suzanne@gmail.com <plaza.suzanne@gmail.com>; phays1@hotmail.com <phays1@hotmail.com>; pfh924@roadrunner.com <pfh924@roadrunner.com>; peggasus28@msn.com <peggasus28@msn.com>; patriciacole44@gmail.com <patriciacole44@gmail.com>; nygreenberg@hotmail.com <nygreenberg@hotmail.com>; nealberry@sbcglobal.net <nealberry@sbcglobal.net>; nansea36@hotmail.com <nansea36@hotmail.com>; nan7banner@aol.com <nan7banner@aol.com>; mtefank56@gmail.com <mtefank56@gmail.com>; gramahay@gmail.com <gramahay@gmail.com>; fredrichman@ymail.com <fredrichman@ymail.com>; ezbeen@outlook.com <ezbeen@outlook.com>; dstarrpoint@aol.com <dstarrpoint@aol.com>; dpsims@live.com <dpsims@live.com>; dorjohn1@icloud.com <dorjohn1@icloud.com>; dolphmason299@gmail.com <dolphmason299@gmail.com>; dnahgtn@aol.com <dnahgtn@aol.com>; dmiller2644@verizon.net <dmiller2644@verizon.net>; dhermann@dc.rr.com <dhermann@dc.rr.com>; dhayden255@aol.com <dhayden255@aol.com>; dfrank9927@aol.com <dfrank9927@aol.com>; dexmoor07@gmail.com <dexmoor07@gmail.com>; darcalif@yahoo.com <darcalif@yahoo.com>; dannann@verizon.net <dannann@verizon.net>; cschwartz65@roadrunner.com <cschwartz65@roadrunner.com>; cruisers@ymail.com <cruisers@ymail.com>; charfink@dc.rr.com <charfink@dc.rr.com>; carolynpumphery@gmail.com <carolynpumphery@gmail.com>; bobngerri@msn.com <bobngerri@msn.com>; beverly.barrette@gmail.com <beverly.barrette@gmail.com>; bday90278@yahoo.com <bday90278@yahoo.com>; barstei@aol.com <barstei@aol.com>; banningqueen@gmail.com <banningqueen@gmail.com>; airkjj@yahoo.com <airkjj@yahoo.com>; afe420@aol.com <afe420@aol.com>; 2thteacher2@gmail.com <2thteacher2@gmail.com>; bob.walter@sunlakescc.com <bob.walter@sunlakescc.com>; socorro-72@outlook.com <socorro-72@outlook.com>; caroltasko@aol.com <caroltasko@aol.com>
Sent: Sun, Nov 7, 2021 3:12 pm
Subject: PE Warehouse Article

Sun Lakes Friends & Neighbors:

I realize some of you don't receive the Press Enterprise.  Therefore I'm sending the attached article to all my contacts.

Please forward this email to any of your contacts who might be interested.

Thank you.
Bob

COB_3251    AR 019725
AR000091

The Press-Enterprise - 11/07/2021                                                              Page : A01

LOGISTICS

# IE's warehouse boom heads east

**The demand for e-commerce space is expanding the industry toward San Gorgonio Pass, desert**

**By Jeff Horseman**
*jhorseman@scng.com*

As the Inland logistics footprint grows, its toes are hitting sand.

Long associated with cities in the Inland Empire's western half, megawarehouses with square footage in the six figures now dot the landscape in the San Gorgonio Pass and desert as an e-commerce boom makes logistics space costlier and harder to find in the traditional Inland logistics hotbeds.

More are planned in Banning and Beaumont, neighboring cities in the Pass that straddle the 10 Freeway. Two proposed projects could add as much as 3.1 million square feet of logistics space to both cities, which are home to more than 82,000 people combined. Beaumont had the highest growth rate of any community in Riverside and San Bernardino counties in the 2020 census, adding more than 16,000 residents since 2010.

Both projects face opposition from residents worried about air pollution and traffic from diesel trucks. Logistics is a major Inland employer, but critics say the paychecks don't make up for

**WAREHOUSE » PAGE 25**



Randy Robbins stands on Sun Lakes Boulevard across from his home in Banning and next to the site of a proposed warehouse. Robbins and members of the Pass Area Action Group oppose the project.

WILL LESTER
STAFF PHOTOGRAPHER

Powered by TECNAVIA

COB_3252

AR 019726

AR000092

# Warehouse

FROM PAGE 1

damaged lungs and clogged roads.

"I think that it's a concern now that (warehouses) are starting to ... infringe on residential areas," said Randy Robbins, who lives in Sun Lakes Country Club, a Banning community for adults 55 and older. "That's when the environmental concerns really become an issue."

The need for more storage space for goods shipped into the ports of Los Angeles and Long Beach has turned the Inland Empire into a warehouse powerhouse. From 2004 to 2020, the amount of Inland logistics space doubled to about 600 million square feet as the number of Inland big-box distribution centers grew from 463 in 2009 to 711 in 2020.

The coronavirus pandemic turbocharged e-commerce and demand for instant delivery. That means more demand for warehouse space, but as land gets developed, there's fewer places to build new warehouses in the western part of the Inland Empire, said Jay Dick, an executive with the commercial real estate firm CBRE.

"The market expands to where there's availability of flat land," he said. "No one comes to the market saying 'I want to be in Beaumont and Banning.' But when you look at the alternatives, it's one of the next logical places."

Dick estimates that in the past year, there's been about 5 million square feet of logistics real estate deals in High Desert locales like Hesperia and Victorville. While it costs more to haul goods from the ports to warehouses that are farther out, the trade-off is that logistics rents are cheaper the further you get from the ports, Dick said.

The pass and desert have seen some major logistics projects in recent years. In 2017, the Riverside County Board of Supervisors approved the 1.8 million-square-foot San Gorgonio Crossing industrial distribution center in the unincorporated community of Cherry Valley, north of Banning and Beaumont.

In the Coachella Valley, Amazon is turning a former Sam's Club in Cathedral City into a "last-mile" facility to deliver goods to customers. And the eastern end of Moreno Valley, just to the west of the pass, is the planned site of the World Logistics Center, which would consist of 40 million square feet — 705 football fields — of logistics space.

Banning started hearing more inquiries from warehouse developers three to four years ago, City Manager Doug Schulze said. Today, four or five logistics projects are in the planning review process, he said.

Kyle Warsinski, Beaumont's economic development manager, said his city heard interest about logistics-type uses around 2012, "but it was very preliminary. There was a lot of industry that looked at the area. But Beaumont really got passed up on and a lot of that interest ended up locating in Riverside or Perris or Moreno Valley."

Since then, four "major distribution/manufacturing facilities" have opened in Beaumont, including an Amazon fulfillment center, said Warsinski, who estimates that logistics and manufacturing have added 4,000 jobs to the city in the past decade, many for warehouse workers who live in the city and previously commuted to logistics jobs in western Riverside County.

Plans are being reviewed for Beaumont Summit Station, a project that calls for a four-story ho-

tel, restaurant and retail space and three "e-commerce" buildings totaling 2.55 million square feet, according to the Beaumont city website.

The e-commerce component worries Steve Mehlman, Beaumont's city clerk who led the opposition to the Cherry Valley logistics center. He's concerned the Beaumont project could bring traffic and air pollution and is too close to homes.

"I don't mind if warehouses are built and jobs are created in an appropriate area for warehouses," Mehlman said. "But where they're putting it is wrong, and it's not just because I live there ... here you have a warehouse dropped within a quarter-mile of a senior community."

The project will have to address the potential impacts to win approval, Beaumont City Manager Todd Parton said.

"There are still a number of public hearing and zoning and planning hoops to go through before it gets entitled," he said.

A project north of Sun Lakes Country Club in Banning calls for a 618,000-square-foot industrial building, according to Schulze, the Banning city manager. Robbins and other residents are organizing to fight it, saying it's a bad fit for an area that includes a senior community and an assisted living memory-care facility.

"Anyone who spends 24 hours here knows that traffic is horrendous," he said.

Add in truck traffic from a warehouse and "it's obviously a total mess."

Developers of the Banning and Beaumont projects did not immediately respond to requests for comment.

Schulze said there's a lot of misinformation about the Banning project and that a warehouse would generate less traffic than the 4,000 homes or the big-box retail store previously planned for the site.

Property owners have the right to develop their land within the law and "it's very difficult for the city to outright deny the project," Schulze said. "Rather than just outright objecting to the project, (opponents should) think about conditions that should be placed on approval of the project. How can we mitigate the concerns that people have?"

Logistics growth into the pass will affect the 10, the 60 Freeway and local roads "and will increase freight train traffic on a very crowded rail network in both Riverside and San Bernardino County," John Standiford, deputy executive director of the Riverside County Transportation Commission, said via email.

While truck lanes are being built on the 60 between Moreno Valley and Beaumont, that's a safety project that won't improve capacity, Standiford said, adding that "policy changes at the state level" are stunting plans to add capacity and "that are no current plans nor funding available for any additional widening on either (the 60) or (I-10)."

The transportation commission "will continue to advocate at the regional, state and federal level for mitigation of the disproportionate impact of goods movement on the Inland Empire highway and rail network," Standiford said.

Meanwhile, the appetite for warehouse space that's pushing logistics outward isn't slowing down, Dick said.

"People are increasing the amount of goods in the supply chain," he said. "The demand is staying strong. I think it's going to keep going."

COB_3255  019727
AR000093



**⌃** **General**

↳ See 2 more replies

 **Alberto Sanchez** · Banning West          · · ·

No one in the City of Banning is trying to hide anything regarding this project.

All the information about the developers, meetings, plans etc is a public record. Meaning you can look for it.

This is a great project because it does many things for the area, it eliminates the homeless population due to the enclosed businesses.

Great retail space facing Sun Lakes, and traffic is being mitigated by the time this development starts building.

Banning residents want growth, this is growth. More jobs, more tax dollars, other businesses will want to do business in Banning as well.

14w    9          Like    Reply    Share

 **Kori Garner** · Sun Lakes          · · ·

You are following this thread, so it is obvious that there is a growing and active opposition to these new plans. You can't possibly think that members of the Pass communities that fight the growing traffic congestion on and around Highland Springs Avenue every day would approve the insanity of a huge

**Comment**



COB_3833  AR 019728

AR000094



Google Earth
© 2021 Google

AR 012607

**AR000095**



AR 012608

AR000096