1  Brent S. Clemmer (SBN 179722)
   E-mail: clemmer@sbemp.com
2  Charles L. Gallagher (SBN 167093)
   E-mail: gallagher@sbemp.com
3  SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
   74774 Highway 111
4  Indian Wells, California 92210
   Telephone (760) 322-2275
5  Fax: (760) 322-2107

6  Attorneys for Defendant CITY OF BANNING

7  J. Leah Castella (SBN 205990)
   E-mail: lcastella@bwslaw.com
8  Kevin D. Siegel (SBN 194787)
   E-mail: ksiegel@bwslaw.com
9  Leila J. Moshref-Danesh (SBN 310783)
   E-mail: lmoshref@bwslaw.com
10 Yara M. Wahba (SBN 339791)
   E-mail: ywahba@bwslaw.com
11 BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
12 Oakland, California 94612
   Tel: 510.273.8780   Fax: 510.839.9104
13
   Attorneys for Defendants
14 CITY OF BANNING and SHERI FLYNN

15

16                UNITED STATES DISTRICT COURT

17       CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

18

| | |
|---|---|
| 19  SUN LAKES HIGHLAND, LLC, a Delaware limited liability company, | Case No. 5:24-cv-02603-DTB |
| 20 | |
| 21          Petitioner and Plaintiff, | VOLUME 1 PART 9 OF THE ADMINISTRATIVE RECORD OF PROCEEDINGS |
| 22          v. | |
| 23  CITY OF BANNING, a municipal corporation; SHERI FLYNN, an individual; and DOES 1 through 10, inclusive, | Date:   May 29, 2025 (Off Calendar) |
| 24 | Time:   10:00 a.m. |
| 25          Respondents and Defendants. | Crtrm.: 4 |
| 26 | Judge:  Hon. David T. Bristow |
| 27 | Action Filed: December 6, 2024 |
| 28 | Second Amended Petition Filed: March 31. 2025 |

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4923-7289-3508 v1                    1              Case No. 5:24-cv-02603-DTB
                                        NOTICE OF LODGING (PROPOSED) ORDER



# AGENDA
## REGULAR MEETING OF THE BANNING PLANNING COMMISSION
## CITY OF BANNING, CALIFORNIA

**Wednesday, November 4, 2020 @ 6:30 PM**
**City Council Chambers, 99 E. Ramsey Street**
**and via Video/Teleconference**

*Due to the COVID-19 pandemic emergency, and to protect the health and safety of all participants, this meeting is being held in person and via video/teleconference. Pursuant to Governor Newsom's Executive Orders, members of the Banning City Council, staff and public may observe and participate in this meeting electronically or telephonically as outlined below:*

To observe and participate in the on-line video portion of the meeting through your personal computer or device enter the following or click on the link:

https://us02web.zoom.us/j/85362937372?pwd=UWRjL1BhTG92dzVFaFRBVHc4Rno3Zz09

Meeting ID: 853 6293 7372
Password: 467407

One tap mobile: +16699009128,85362937372#
Dial in: +1 669 900 9128 US
Meeting ID: 853 6293 7372
Find your local number: https://us02web.zoom.us/u/kguSK3jek

To observe the live meeting through your personal computer, but not participate with video or oral comments, you may use your computer or smart phone to enter the following or click on the link: https://banninglive.viebit.com
or on the Banning Government Channel on Cable Television

You may also **email comments** to: scalderon@banningca.gov

---

AR004227

I.   <u>**CALL TO ORDER OF A REGULAR MEETING:**</u> Chairman Shaw

  ➢   Pledge of Allegiance:  Commissioner Sanchez

  ➢   Roll Call: Commissioners Brosious, Lopez, Sanchez, Schuler, Chairman Shaw

II.   <u>**PUBLIC COMMENTS: -**</u> *On Items Not on the Agenda*

---

*A five-minute limitation shall apply to each member of the public who wishes to address the Chairman and Commissioners for items not on the agenda. No member of the public shall be permitted to "share" his/her five minutes with any other member of the public. (Items received under this heading may be referred to staff or future study, research, completion and/or future Commissioner Action.) PLEASE STATE YOUR NAME AND ADDRESS FOR THE RECORD.*

---

III.   <u>**CONSENT CALENDAR ITEMS:**</u>

  <u>**Note:**</u>  All items listed on the Consent Calendar may be enacted by a single motion without separate discussion.  If a discussion or a separate vote on any item is desired by a Planning Commissioner, that item may be removed from the Consent Calendar and considered separately.  All remaining items not removed from the Consent Calendar by a Planning Commissioner shall be voted on prior to discussion of the item(s) requested to be pulled.

  Minutes - October 7, 2020, Regular Meeting………………...……….....………. **Page 1**

IV.   <u>**PUBLIC HEARINGS:**</u>

  1.   **DESIGN REVIEW 20-8010, A PROPOSAL TO ALLOW FOR THE COMMERCIAL CULTIVATION OF CANNABIS IN AN EXISTING INDUSTRIAL BUILDING LOCATED AT  820 SOUTH HATHAWAY STREET (APN: 532-160-012) IN THE INDUSTRIAL (I) ZONING DISTRICT.**

  Staff Report – Mark de Manincor………………...……….....................................**Page 5**

---

Order of Procedure:
1.  Staff report presentation
2.  Planning Commission questions for staff and applicant
3.  Open public comments
4.  Close public comments
5.  Planning Commission discussion
6.  Motion and Second
7.  Planning commission discussion on motion
8.  Call the question (Roll call vote)

---

  <u>**Recommendation:**</u>

  That the Planning Commission adopt Resolution 2020-20, recommending the City Council:

---

AR004228

I.    Make a determination that the Project is exempt from CEQA pursuant to Section 15301 (Existing Facilities) of the California Environmental Quality Act (CEQA).

II.    Approve Conditional Use Permit 20-8010 to to allow for the commercial cultivation of cannabis in an existing industrial building located at 820 South Hathaway Street (APN: 532-160-012) in the Industrial (I) Zoning District.

**2. CONDITIONAL USE PERMIT 20-8005, A PROPOSAL TO ALLOW FOR A COMMERCIAL CANNABIS CULTIVATION FACILITY IN AN EXISTING 4,000 SQUARE FOOT BUILDING LOCATED AT 679 WEST LINCOLN STREET, (APN: 540-220-007) IN THE INDUSTRIAL (I) ZONING DISTRICT.**

Staff Report – Mark de Manincor…………………...……........................................**Page 12**

| Order of Procedure: |
| --- |
| 1. Staff report presentation |
| 2. Planning Commission questions for staff and applicant |
| 3. Open public comments |
| 4. Close public comments |
| 5. Planning Commission discussion |
| 6. Motion and Second |
| 7. Planning commission discussion on motion |
| 8. Call the question (Roll call vote) |

**<u>Recommendation:</u>**

That the Planning Commission adopt Resolution 2020-19, recommending the City Council:

I.    Make a determination that the Project is exempt from CEQA pursuant to Section 15270 (Projects which are disapproved) of the California Environmental Quality Act (CEQA).

II.    Deny the request to authorize a Conditional Use Permit 20-8005 for a commercial cannabis cultivation facility in an existing 4,000 square foot building located at 679 West Lincoln Street, (APN: 540-220-007) in the Industrial (I) zoning district.

**3. SPECIFIC PLAN AMENDMENT 20-2001, ZONE CHANGE AND FINAL ENVIRONMENTAL IMPACT REPORT (FEIR), PROPOSAL TO AMEND THE EXISTING LAND USE PLAN FROM RETAIL COMMERCIAL TO BUSINESS & WAREHOUSE, OFFICE AND PROFESSIONAL, AND RETAIL & SERVICE. LOCATED AT (APN: 419-140-057) IN THE GENERAL COMMERCIAL SPECIFIC PLAN-SUN LAKES NORTH ZONING DISTRICT.**

Staff Report – Adam Rush, and Romo Planning Group…...……...........................**Page 19**

**AR004229**

| Order of Procedure: |
| --- |
| 1.   Staff report presentation |
| 2.   Planning Commission questions for staff and applicant |
| 3.   Open public comments |
| 4.   Close public comments |
| 5.   Planning Commission discussion |
| 6.   Motion and Second |
| 7.   Planning commission discussion on motion |
| 8.   Call the question (Roll call vote) |

**Recommendation:**

That the Planning Commission adopt Resolution 2020-22, recommending the City Council:

1.   Certify the Final Environmental Impact Report, approve the adoption of a Statement of Overriding Considerations and CEQA Findings of Fact, for the Mitigation Monitoring and Reporting Program for the Specific Plan Amendment No. 5 to the Sun Lakes Village North Specific Plan, and approval of a Water Supply Assessment.

That the Planning Commission adopt Resolution 2020-21, recommending the City Council:

2.   Approve Zone Change 20-3501, and Specific Plan Amendment No. 5 to the Sun Lakes Village North Specific Plan.

**V.    PLANNING COMMISSIONER COMMENTS:**

**VI.    COMMUNITY DEVELOPMENT DIRECTOR COMMENTS:**

**VII.    ADJOURNMENT:**

The City of Banning Planning Commission is hereby adjourned to the regular Planning Commission meeting of December 2, 2020, starting at 6:30 p.m. in the City Council Chambers. In compliance with the Americans with Disabilities Act, if you need special assistance to participate in this meeting, please contact the Planning Division (951) 922-3125 or email the Planning Commission Recording Secretary at scalderon@banningca.gov. Notification 48 hours prior to the meeting will enable the City to make reasonable arrangements to ensure accessibility to this meeting [28 CFR 35.102-35.104 ADA title II].

AR004230



**CITY OF BANNING**
**PLANNING COMMISSION STAFF REPORT**

**TO:**                PLANNING COMMISSION

**FROM:**            Adam B. Rush, Community Development Director

**MEETING DATE:**    November 4, 2020

**SUBJECT:**         Amendment 5 of the Sun Lakes Village North Specific Plan, Zone Change, and Final Environmental Impact Report to allow for a new development concept including business and warehouse, office and professional, and retail and service land uses on an approximately 47-acre vacant parcel located north of Sun Lakes Boulevard east of Highland Springs Avenue (APN: 419-140-057)

**RECOMMENDED ACTION:**

Staff recommends that the Planning Commission adopt Resolution 2020-22 recommending the City Council adopt, approve, and certify the following:

1. The Final Environmental Impact Report (FEIR) and adopting the Mitigation Monitoring and Reporting Program (MMRP); and

2. A Statement of Overriding Considerations, and CEQA Findings of Fact, for the Sun Lakes Village North Specific Plan Amendment 5.

Staff recommends that the Planning Commission adopt Resolution 2020-21 recommending the City Council adopt, approve, and certify the following:

1. Sun Lakes Village North Specific Plan Amendment 5 modifying the land use designation of Retail Commercial to the Retail and Services District, Office and Professional District and the Business and Warehouse District which will allow for a variety of development including business and warehouse, office and professional, and retail and service uses within an approximately 47-acre specific plan area in the City of Banning;

2. Adopt Zone Change 20-3501, Adopting the associated Zoning Ordinance text corresponding to the Sun Lakes Village North Specific Plan Amendment 5; and

**PROJECT/APPLICANT INFORMATION:**

Project Location:       North of Sun Lakes Boulevard, south of I-10, and approximately 840 feet east of Highland Springs Avenue

APN Information:        419-140-057

Project Applicant:      The City of Banning
                        99 E. Ramsey St.
                        Banning, CA 92220

Property Owner:         The McRae Group
                        Augustine H. Gomez
                        8800 N. Gainey Center Drive, Suite 255
                        Scottsdale, AZ 85258

Property Developer:     LGE Design & Build
                        Ben McRae
                        1200 N. 52nd Street
                        Phoenix, AZ 85008

**REQUEST:**

The City of Banning is requesting approval of Amendment 5 of the Sun Lakes Village North Specific Plan, which serves as a regulatory document providing land uses, circulation and infrastructure plans, development standards, design guidelines, and implementation provisions for an undeveloped 47-acre site.

**BACKGROUND:**

The proposed Specific Plan is the 5th amendment of the original Sun Lakes Village Specific Plan adopted by the Banning City Council on February 28, 1983. Amendment 5 and the previous Amendment 4 in 2006 address 47 acres of undeveloped land remaining from the original 964-acre specific plan area.

Amendment 4 designated the area for retail commercial use, ***specifically auto dealerships***, along with planning area boundaries, circulation plans, and development standards to support use of the site for auto sales.

The development concept of Amendment 4 lacks sufficient appeal within the retail market of auto sales and the land has remained undeveloped and vacant for over a decade. This undeveloped nature of the property creates a drain on City resources due to illegal dumping and transient activity. While the property owner is always cooperative in their maintenance obligations the largely vacant and unsecured property remains and attractive nuisance in its undeveloped state. The proposed Amendment 5 seeks to reimagine the Specific Plan area with a viable development concept that reflects today's market conditions.

## DESCRIPTION:

### Location

The Specific Plan area is located in the southwest portion of City of Banning; more specifically near-adjacent to the westerly border with the City of Banning. The Specific Plan area is situated south of Interstate 10 (I-10), north of Sun Lakes Boulevard, and approximately 840 feet east of Highland Springs Avenue, as shown in Figure 1. The boundaries of the vacant 47.1-acre site consist of the Southern Pacific Railroad on the north, Sun Lakes Boulevard on the south, existing residential parcels in the Sun Lakes Country Club community on the northeast, an assisted living facility on the southeast, and Sun Lakes Village Shopping Center on the west.

**Figure 1**
Sun Lakes Village North Specific Plan
Project Location



21

**Specific Plan Objectives**

Specific Plan Amendment 5 delineates a new vision for development of the Specific Plan area, which is based on the following primary objectives:

- Allow for a range of land uses that reflects current market conditions given the trend away from brick-and-mortar retail.
- Respond to an increase in e-commerce, especially driven by the coronavirus pandemic.
- Promote high quality development to safeguard the existing asset of the Sun Lakes Country Club and other development in the vicinity.
- Locate and design truck courts and semi-truck circulation to minimize impacts on surrounding land uses and development.
- Expand access to restaurants, shopping, and services for the nearby Sun Lakes Country Club community.

**SPECIFIC PLAN PROVISIONS AND ANALYSIS:**

The Specific Plan addresses land use, circulation, streetscape, infrastructure, development standards, and design guidelines to direct future development within the Specific Plan area. It also delineates provisions for administration and implementation of the Specific Plan.

**Land Use**

The Land Use Plan and land use districts for the Sun Lakes Village North Specific Plan Amendment 5 are illustrated in Figure 2.

The Business & Warehouse District is the largest land use district under the Specific Plan at approximately 30.22 acres. It is located in the northwestern portion of the Specific Plan area, adjacent to the Sun Lakes Village Shopping Center, the Southern Pacific Railroad, and the I-10 Freeway. A selection of the large-scale uses permitted by right in this district includes corporate offices, indoor recreational facilities, e-commerce distribution centers, public storage, and general warehousing. Some of the uses requiring approval of a conditional use permit include hospitals, congregate care facilities, and trade schools or colleges.

The Office & Professional District is approximately 10.06 acres and is located in the east part of the Specific Plan area adjacent to an assisted living facility and residential units designed on smaller lots that are part of the Sun Lakes Country Club active adult/golf course community. A wide range of land uses are allowed in this district, which are intended to be of a nature that limits impacts on the existing adjacent sensitive uses. Future buildings within the Office & Professional District will also serve as a buffer between existing uses to the east and larger-scale development allowed within the Business & Warehouse District. A selection of the uses permitted by right in the Office & Professional District includes professional offices, medical offices, retail, services, restaurants, hotels, indoor recreational facilities, and public storage. Uses requiring

AR 007094

AR004234

approval of a conditional use permit include brew pubs, pet boarding, day care, congregate care facilities, hospitals, colleges, and churches/temples.



**Figure 2**
Sun Lakes Village North Specific Plan
Land Use Plan

The Retail & Service District is the smallest at approximately 6.83 acres. It is located on the southern edge of the Specific Plan area adjacent to Sun Lakes Boulevard. The land use objectives for this district are to provide convenient shopping and neighborhood-related services to meet the daily needs of nearby residents, create high quality development adjacent to the Sun Lakes Boulevard frontage, and screen the larger development within the Business & Warehouse District. A selection of the small-scale uses permitted by right within the Retail & Service District includes clothing, electronics, and jewelry stores; services such as banks, gyms, salons, dry cleaners, pet grooming, yoga studios, and dental offices; and restaurants, coffeehouses, and yogurt shops. Some of the uses allowed with approval of a conditional use permit include bars, drive-thru restaurants, and veterinary clinics. The Specific Plan provides for a wide range of uses to meet anticipated market demands. However, should the market undergo significant change so that these uses are not desirable and viable from a real estate development perspective, the Specific Plan establishes a process for approval of multi-family residential and mixed residential in the Office & Professional District in compliance with the respective review processes, development standards, and design guidelines

AR004235

delineated in the Banning Zoning Code in compliance with the California Environmental Quality Act.

**Circulation Plan**

The Specific Plan's conceptual Circulation Plan is illustrated in Figure 3. The Circulation Plan, including the location and design of access, is conceptual and subject to modification by the City Engineer after submittal of detailed site plans and development applications for the Specific Plan area.

Semi-Truck Access

Within the Specific Plan area, semi-trucks are only allowed within the Business & Warehouse District, except as periodically required within the other districts to deliver merchandise or provide services such as waste pickup.

Semi-truck access to the Business & Warehouse District for eastbound vehicles is provided via a turn pocket into Sun Lakes Village Drive, which is located adjacent to the southwestern corner of the Business & Warehouse District outside of the Specific Plan area. Semi-trucks traveling westbound from the Sunset Avenue exit of the I-10 Freeway along the extension of Sun Lakes Boulevard through the Sun Lakes Country Club community also gain access to the Business & Warehouse District via Sun Lakes Village Drive.

The Specific Plan acknowledges that the existing driveway approach into Sun Lakes Village Drive from Sun Lakes Boulevard may need to be widened and re-designed. The Specific Plan also encourages that the design of the driveway approach considers that Sun Lakes Village Drive is a public right-of-way that is also utilized by trucks making deliveries to the Sun Lakes Village Shopping Center and by patrons in passenger vehicles visiting the stores. These design aspects will be finalized to the satisfaction of the City Engineer when site plans for development projects are received.

Passenger Vehicle Access

Primary access for passenger vehicles to the Retail & Service District is provided via a signalized intersection on Sun Lakes Boulevard across from the Sun Lakes Country Club main entrance gate.

Secondary driveway access for passenger vehicles is provided by two driveways located to the east between the primary signalized entry and the existing assisted living facility driveway on the adjacent property.

AR-007096

AR004236

The secondary driveway locations and designs indicated in the Circulation Plan are conceptual and subject to approval by the City Engineer. Upon submittal of development plans, the location and design for each secondary driveway must demonstrate adequate space, provide sufficient storage volume for any turn pocket, verify appropriate sight distance/path, and prevent turning movement conflicts with other proposed and existing driveways.

The two secondary passenger vehicle driveways and a connected internal drive aisle are envisioned as follows:

- A full turning movement driveway located midway between the primary signalized access and the existing assisted living facility driveway on the adjacent property provides access to the Retail & Service District.

- A right-in/right-out driveway provides direct access to the Office & Professional District entry road fronting on Sun Lakes Boulevard and facilitates passenger vehicle access to the Business & Warehouse District.

- A connected internal drive aisle links the Retail & Service District to the Office & Professional District entry road, resulting in increased passenger vehicle access for all districts.



**Figure 3**
Sun Lakes Village North Specific Plan
Circulation Plan

AR004237

Golf Cart Access

To facilitate access for Sun Lakes Country Club residents to stores, restaurants, and services within the Retail & Service District, golf cart access is provided via the signalized intersection located at Sun Lakes Boulevard across from the Sun Lakes Country Club main entrance gate. Dedicated golf cart parking is also required within the Retail & Service District.

Emergency Vehicle Access

An access gate providing restricted entry for emergency personnel is located at the northwest corner of the Business & Warehouse District, which is accessible from the adjacent shopping center. An additional restricted entry gate accommodates emergency access between the Business & Warehouse and Office & Professional Districts.

Pedestrian Circulation

An on-site pedestrian walkway system connects the three districts within the Specific Plan area to facilitate employee access to restaurants, retail, and services and to create a pedestrian amenity. The pedestrian walkway system is envisioned to link with a natural-looking, landscaped on-site stormwater management facility to create a visually attractive amenity. The Design Guidelines specify that the design of the pedestrian walkway system includes shade trees and seating opportunities to enhance usability.

**Other Plans**

The Specific Plan also provides a Streetscape Plan to ensure attractive landscaping along Sun Lakes Boulevard and an Infrastructure Plan that addresses the provision of water, sewer, stormwater management, electrical service, and fire protection.

**Development Standards**

The Specific Plan delineates Floor Area Ratio (F.A.R.), building setbacks, landscape setbacks, and building height standards that are customized to the Business & Warehouse, Office & Professional, and Retail & Service Districts.

The maximum F.A.R. is higher in the Office & Professional and Retail & Service Districts and lower in the Business & Warehouse District. Building and landscape setbacks require that buildings be set back from the perimeter of the Specific Plan area with a landscape buffer. To serve as a buffer to obscure views and reduce noise, a 50-foot wide building setback that includes a 20-foot wide landscape setback is required at the northeastern Specific Plan boundary adjacent to the rear yards of the existing residential parcels in the Sun Lakes Country Club community. The maximum building height allowed is 35 feet in the Retail & Service District, 45 feet in the Office & Professional District, and 55 feet in the Business & Warehouse District.

Development standards for parking, landscaping, lighting, walls/fences, and signs defer to the existing standards in the Banning Zoning Code.

**Design Guidelines**

The Design Guidelines address site design and circulation, architectural design, landscape design, screening and buffers, as well as custom provisions for each of the Districts in order to ensure high-quality development. Following is a selection of some of the key Design Guidelines to promote attractive and functional design within the Specific Plan area:

- Locate, design, and/or screen truck courts, dock doors, and truck parking areas so they are not visible (including the tops of truck trailers) from Sun Lakes Boulevard.

- Separate circulation for semi-trucks from passenger vehicles within the Business & Warehouse District to minimize circulation conflicts.

- Prevent turning movement conflicts with the adjacent assisted living facility driveway.

- Dedicate and mark at least fifteen percent (15%) of the required parking spaces within the Retail & Service District for golf cart use. Locate and design the golf cart spaces to minimize interaction with cars.

- Place evergreen screen trees to create a landscape buffer along the northeastern Specific Plan boundary adjacent to the existing residential parcels. Select tree species and size to create a solid tree screen above the existing wall within one year.

- Buffer parking lots along Sun Lakes Boulevard from street view using berms and/or landscaping at least three feet high.

- Provide enhanced architectural details on building elevations within the Business & Warehouse District that are visible from Sun Lakes Boulevard.

- Provide pedestrian walkways to connect the three districts within the Specific Plan area so employees can easily access restaurants, stores, and services and to create an amenity to encourage walking.

- Incorporate ample shade trees and seating opportunities along the pedestrian walkway system.

- Design stormwater management facilities to create a natural-looking, landscaped open space that connects with the pedestrian walkway system.

- Design the Retail & Service District to reflect a high quality, pedestrian oriented character with attention to building scale, pedestrian-level architectural detail, views into buildings, and pedestrian oriented signage.

- Provide pedestrian oriented amenities such as shade, seating, lighting, and landscaping and encourage the design of tenant spaces to include patios for outdoor dining or casual eating within the Retail & Service District.

**Phasing**

The phasing provisions allow for flexibility to account for market conditions and financing availability. However, construction within the Retail & Service District is required to be completed prior to occupancy within the Business & Warehouse District. This ensures

27

that the smaller commercial buildings within the Retail & Service District buffer and screen the large buildings in the Business & Warehouse District, so they are less prominent as seen from Sun Lakes Boulevard. Additionally, this phasing provision places priority on the construction of commercial uses that will serve neighborhood residents.

## ENVIRONMENTAL IMPACT REPORT:

Adoption of a specific plan amendment is considered a project subject to the California Environmental Quality Act (CEQA). Given the scope and extent, a specific plan amendment typically requires the preparation and consideration of an Environmental Impact Report (EIR) to disclose the potential significant environmental effects of the plan, plan alternatives, and the means by which possible environmental damage may be reduced or avoided. The City of Banning determined that an EIR would be required and issued a Notice of Preparation (NOP). Comments on the NOP were accepted from February 21, 2020 to March 21, 2020. A public scoping meeting was also held on Monday, March 2, 2020 at 5:30 pm at the Sun Lakes Village Community Center/Country Club, 850 Country Club Drive, Banning. Comments received on the NOP and at the scoping meeting are cited in the Final EIR, which is attached in the proposed City Council resolution.

The Draft EIR addresses the environmental effects associated with the Sun Lakes Village North Specific Plan Amendment 5. In conformance with CEQA, the EIR includes a study of specific land use factors that a land development or construction project would have on the environment in the area. These factors include Aesthetics, Air Quality, Biological Resources, Cultural Resources, Energy, Geology and Soils, Greenhouse Gas Emissions (GHG), Hydrology and Water Quality, Land Use and Planning, Noise, Transportation, Tribal Cultural Resources, and Utilities and Service Systems

### EIR Circulation and Public Response

The Draft EIR was made available for review and comment from September 11, 2020 through October 26, 2020. A Notice of Availability and Public Hearing notice were distributed to affected property owners, project stakeholders requesting to be notified, responsible and trustee agencies, and published in the Record Gazette newspaper. The Draft EIR was posted on the City's website and at City Hall for viewing. Comments received on the Draft EIR and the City's response to comment are incorporated in the Final EIR for review under separate cover.

### Statement of Overriding Considerations

The California Environmental Quality Act provides provisions for an agency to approve a project when such a project will cause one or more significant environmental effects.  In conjunction with the certification of the EIR, a Statement of Overriding Considerations and Findings of Fact pursuant to Section 21081 of the Public Resources Code and Section 15091 of CEQA provide that no public agency shall approve or carry out a project for which an  Environmental Impact Report (EIR) has been certified that identifies one or more significant environmental effects of the project, unless, the public agency makes one or more written findings for each of those significant effects, accompanied by a brief explanation of the rationale for each finding.

**NATIVE AMERICAN CONSULTATION:**

Senate Bill (SB) 18 and Assembly Bill (AB) 52 mandate that cities and counties consult with California Native American tribes during the local planning process for the purpose of protecting Traditional Tribal Cultural Places. The City exchanged correspondence and consulted with local tribal officials. The comments received from Native American tribes are reflected in the Project's conditions of approval and Mitigation Monitoring and Reporting Program.

**MULTIPLE SPECIES HABITAT CONSERVATION PLAN (MSHCP):**

The Project site is located within the Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP). The MSHCP, a regional Habitat Conservation Plan, was adopted on June 17, 2003. The intent of the MSHCP is to preserve native vegetation and meet the habitat needs of multiple species, rather than focusing preservation efforts on one species at a time. The MSHCP provides coverage (including take authorization for listed species) for special-status plant and animal species, as well as mitigation for impacts to sensitive species. Based on the Habitat Assessment compiled as part of the EIR, potentially suitable habitat and small mammal burrows are present onsite and within the buffer area to the north, between the site and the I-10 freeway. No burrowing owls, occupied burrows, or owl sign was observed during the survey. However, because burrowing owls can occupy the site in the future, a pre-construction burrowing owl survey has been included as a Mitigation Measure.

**PUBLIC NOTICE:**

The Planning Division mailed notices to surrounding property owners within 300 feet of the project site in compliance with the City of Banning standard noticing requirements for public hearings. The public hearing scheduled for November 4, 2020, is intended for the Planning Commission to discuss the findings of the Draft EIR and to consider and make recommendations to the City Council regarding adoption of the Specific Plan.

Additionally, on October 23, 2020, a legal notice was published in the Record Gazette newspaper. In that the City of Banning determined that the Project required the preparation of an Environmental Impact Report (EIR), a Notice of Preparation (NOP) and an initial study was prepared for review and comment by responsible and trustee agencies, the public, and other concerned parties. The NOP was posted for public review and the City accepted comments from February 21, 2020 through March 21, 2020. The Draft EIR was available for viewing on the City's website and at City Hall. The comment period for the Draft EIR was September 11, 2020 through October 26, 2020. Comments received regarding the Draft EIR are attached in the Final EIR, provided under separate cover.

Prepared by:

_____

Adam B. Rush, M.A., AICP
Community Development Director

**Attachments:**

1. https://banningca.gov/DocumentCenter/View/8101/-PC-Resolution-2020-21-with-COAs
2. https://banningca.gov/DocumentCenter/View/8102/EIR-PC-Resolution-2020-22
3. https://banningca.gov/DocumentCenter/View/8103/Specific-Plan-Amendment-5
4. https://banningca.gov/DocumentCenter/View/8104/Draft-EIR-North-SPA-5
5. https://banningca.gov/DocumentCenter/View/8106/Final-EIR-North-SPA-5
6. https://banningca.gov/DocumentCenter/View/8107/Public-Hearing-Notice

**RESOLUTION 2020-21**

**A RESOLUTION OF THE PLANNING COMMISSION OF THE CITY OF BANNING, CALIFORNIA, RECOMMENDING THAT THE CITY COUNCIL ADOPT THE SUN LAKES VILLAGE NORTH SPECIFIC PLAN AMENDMENT 5 (SPECIFIC PLAN AMENDMENT NO. 20-2001); APPROVE ZONE CHANGE NO. 20-3501 TO AMEND THE ZONING ORDINANCE TEXT; AND CERTIFY THE FINAL ENVIRONMENTAL IMPACT REPORT (SCH NO. 2020029074) (ENVIRONMENTAL ASSESSMENT NO. 20-1502) AND ADOPT FINDINGS OF FACT, A STATEMENT OF OVERRIDING CONSIDERATIONS, AND A MITIGATION MONITORING AND REPORTING PROGRAM**

**WHEREAS,** Amendment 5 of the Sun Lakes Village North Specific Plan (Specific Plan Amendment No. 20-2001) to create a viable development concept allowing for business, warehouse, office, professional, retail, and service uses on a 47-acre vacant site was initiated by:

| | |
|---|---|
| Project Applicant: | City of Banning<br>99 E. Ramsey St.<br>Banning, CA 92220 |
| Property Owner: | The McRae Group<br>Augustine H. Gomez<br>8800 N. Gainey Center Drive, Suite 255<br>Scottsdale, AZ 85258 |
| Property Developer: | LGE Design & Build<br>Ben McRae<br>1200 N. 52nd St.<br>Phoenix, AZ 85008 |
| Project Location: | North of Sun Lakes Boulevard, south of I-10, and approximately 840 feet east of Highland Springs Avenue |
| APN: | 419-140-057 |
| Specific Plan Size: | 47.1 acres |

**WHEREAS,** Planning Commission has the authority to review and make recommendations to the City Council concerning the Sun Lakes Village North Specific Plan Amendment 5, Zone Change No. 20-3501, the Final Environmental Impact Report (EIR) SCH #2020029074, and Mitigation Monitoring Reporting Program (MMRP), including the EIR's Statement of Overriding Considerations, for property located north of Sun Lakes Boulevard, south of I-10, and approximately 840 feet east of Highland Springs Avenue.

AR 007103

AR004243

**WHEREAS,** in accordance with Government Code Sections 65353, 65355 and 65090, on October 23, 2020, the City gave public notice by advertisement in the <u>Record Gazette</u>, a newspaper of general circulation within the City of Banning, of a public hearing concerning the project, which includes the Sun Lakes Village North Specific Plan Amendment 5, Zone Change No. 20-3501, and Final Environmental Impact Report (EIR), at a Planning Commission hearing scheduled for November 4, 2020. The public hearing notice was also mailed to property owners within 300 feet of the Project site. Likewise, in accordance with State of California Public Resources Code Section 21165, a Notice of Availability was advertised in the <u>Record Gazette</u> newspaper announcing the 45 day circulation for public review and comment on the Draft Environmental Impact Report (EIR) for the proposed Sun Lakes Village North Specific Plan Amendment 5 from September 11, 2020 through October 26, 2020. Copies of the Draft EIR were made available at Banning City Hall and on the City's website and also transmitted to the State Clearinghouse Office of Planning & Research for review and comment by responsible and trustee agencies. Comments received during the 45-day review period are incorporated into the Final EIR, along with the City's responses to each comment for review and consideration by the Planning Commission.

**WHEREAS,** in accordance with Government Code Section 65353, on November 4, 2020, the Planning Commission held the public hearing at which interested parties had an opportunity to testify in support of, or opposition to, the Sun Lakes Village North Specific Plan Amendment 5, Zone Change, and Final Environmental Impact Report (EIR), and at which the Planning Commission considered each of the proposed entitlements and Final EIR.

**WHEREAS,** at this public hearing on November 4, 2020, the Planning Commission heard public comments and adopted the Resolution recommending that the City Council certify the Final Environmental Impact Report (FEIR) and adopt the Statement of Overriding Considerations and Statement of Fact, adopt the Sun Lakes Village North Specific Plan Amendment 5, and approve Zone Change No. 20-3501.

**NOW THEREFORE**, the Planning Commission of the City of Banning does resolve, determine, find and order as follows:

**SECTION 1:** That the Final Environmental Impact Report has been completed in compliance with the requirements of CEQA in accordance with Public Resources Code Section 21000 et seq., CEQA Guidelines (14 California Code of Regulations § 15000 et seq.) and the City's local CEQA Guidelines and that the Planning Commission has reviewed and considered the information in the FEIR.

**SECTION 2:** The City has complied with CEQA Guidelines § 15085 and § 15087 by providing a Notice of Completion of the Draft EIR to Office of Planning and Research and a Notice of Availability to responsible and trustee agencies, including the Riverside County Clerk, and other persons and agencies. Moreover, the City has complied with CEQA Guidelines §15087 and 15105 by making the Draft EIR available to the public for review and comment for the required 45-day period commencing September 11, 2020 and ending on October 26, 2020.

AR 007104

AR004244

**SECTION 3:** That the FEIR represents the independent judgement and analysis of the City.

**SECTION 4:** That the Planning Commission recommend to the City Council that they certify the FEIR and recommended mitigation contained in the Mitigation Monitoring and Reporting Program (MMRP) attached hereto and incorporated herein by this reference based on the following findings pursuant to CEQA and the CEQA Guidelines Section 15091.

Findings:

1. Changes or alterations have been required of or incorporated into the project which avoid or substantially lessen the significant environmental impacts identified in the FEIR. The Final EIR meets the requirements of this finding pursuant to Public Resources Code Section 21081.6 in that a Mitigation Monitoring and Reporting Program (MMRP) has been prepared listing the environmental mitigation intended to substantially reduce impacts to less than significant levels. All mitigation measures in the MMRP shall be included in any future resolutions approving the project, made fully enforceable as future planning permit conditions of approval, and incorporated herein in their entirety by this reference.

2. The FEIR provides a program wherein the City can monitor changes made to the project in order to mitigate or avoid significant effects on the environment. The Final EIR meets the requirements of this finding in that a Mitigation Monitoring and Reporting Program (MMRP) has been prepared, which lists all of the mitigation measures and identifies the parties responsible to monitor and report/track compliance of the mitigation measures. The MMRP will ensure compliance during future project implementation and provide the timing for implementation.

3. The documents and other materials constituting the record of the proceedings upon which the City's decision and its findings are based will be located at the City of Banning Community Development Department, Planning Division. The Final EIR meets the requirements of this finding in that documents and other material constituting the record of the proceedings upon which the City's decision and findings are based are located at the Planning Division of the City of Banning, 99 East Ramsey Street, CA, 92220 in the custody of the Banning Community Development Department as part of the public record.

4. The Statement of Overriding Considerations is based on the fact that the Sun Lakes Village North Specific Plan Amendment 5 provides for the establishment of business, warehouse, office, professional, retail, and service uses on property that is currently vacant and undeveloped. The economic, social, and other benefits of the Project outweigh the significant and unavoidable impacts and support adoption of the Findings of Fact.

AR 007105

**SECTION 5:** Approve the Sun Lakes Village North Specific Plan Amendment 5 and a Zone Change to incorporate its text based on the following findings:

**Finding No. 1:**  The proposed Sun Lakes Village North Specific Plan Amendment 5 and Zone Change are internally consistent with the General Plan.

**Findings of Fact:**  The current General Plan Land Use and Zoning Overlay Map depicts the 47-acre site with a "Specific Plan" overlay.

The project will be internally consistent with the General Plan and legally adequate in that the Sun Lakes Village North Specific Plan Amendment 5, pursuant to Sections 65450 – 65457 of the California Government Code, incorporates maps, diagrams and descriptions to adequately describe the distribution, extent and size of major infrastructure components needed to serve the project; discussion of the methods to be used for infrastructure financing and a program for implementation; a detailed statement of the relationship of the specific plan to the general plan, including consistency between both plans and comparison of goals, objectives and policies; and discussion of how the plan implements the polices of the general plan.

The proposed Specific Plan consists of three land use districts: the Business & Warehouse District (30.22 acres), Office & Professional District (10.06 acres), and Retail & Service District (6.83 acres).

The proposed Sun Lakes Village North Specific Plan Amendment 5 and Zone Change have been reviewed for internal consistency with the General Plan's text, diagrams, provisions, goals, policies, and objectives. The proposed Specific Plan land use districts in conjunction with the associated development standards and design guidelines will not create conflicts among the various General Plan goals, policies and objectives, including the maps and diagrams of the elements in the City's General Plan. Therefore, the proposed Sun Lakes Village North Specific Plan Amendment 5 and Zone Change will be consistent with the City's General Plan.

**Finding No. 2:**  The proposed Sun Lakes Village North Specific Plan Amendment 5 and Zone Change would not be detrimental to the public interest, health, safety, convenience, or welfare of the community.

**Findings of Fact:**  The project meets the requirements of this finding in that the Draft EIR identified significant or potentially significant effects arising from the project. Potentially significant impacts have been identified and conditions of approval have been included or changes or alterations have been required, or incorporated into the project, which mitigate impacts to a level which will not cause a significant

impact on the environment, public interest, health, safety or welfare of the community. Of the 13 environmental factors analyzed in the initial study, specific categories associated with these factors were determined to be less than significant and were not further analyzed in the Draft EIR. With implementation of mitigation measures, those factors found to be significant would be reduced to less than significant levels with mitigation incorporated. Elements remaining significant such as Air Quality, Greenhouse Gas Emissions (GHG), and Vehicle Miles Traveled (VMT) would remain significant and unavoidable long-term environmental factors associated with the Specific Plan's development. The impacts that remain significant and unavoidable require the City Council to adopt a Statement of Overriding Considerations: There are economic, social and other benefits of the proposed project as identified in the FEIR and Specific Plan which outweigh the project's unavoidable significant environmental impacts. Consequently, the proposed Sun Lakes Village North Specific Plan Amendment 5 and Zone Change would not be detrimental to the public interest, health, safety, convenience, or welfare of the community.

**Finding No. 3:**    The proposed Sun Lakes Village North Specific Plan Amendment 5 and Zone Change would maintain the appropriate balance of land uses within the City.

**Findings of Fact:**    The Sun Lakes Village North Specific Plan Amendment 5 and Zone Change promote the City of Banning's desire for economic growth and creation of jobs by promoting business, warehouse, office, profession, retail, and service development that is consistent with the City of Banning's General Plan goals, policies and objectives. The proposed Sun Lakes Village North Specific Plan Amendment 5 and Zone Change are intended to promote an appropriate balance of land uses relative to existing uses in the city and increase uses that generate tax revenue.

**Finding No. 4**    With regard to the Sun Lakes Village North Specific Plan Amendment 5 and Zone Change, the subject property is physically suitable for the requested land use designation(s) and the anticipated land use development(s).

**Findings of Fact:**    The Sun Lakes Village North Specific Plan Amendment 5 and Zone Change provide for the following land use districts: Business & Warehouse District (30.22 acres), Office & Professional District (10.06 acres), and Retail & Service District (6.83 acres). The project site is relatively flat, situated adjacent to Interstate-10, and provides vehicular access to Sun Lakes Boulevard. The EIR has evaluated the project in regard to the potential environmental impacts on the site. The site is deemed physically suitable to

accommodate the range of proposed land use designations and the anticipated land use development.

SECTION 3: PLANNING COMMISSION ACTION.

The Planning Commission hereby takes the following action: Adopt Planning Commission Resolution No. 2020-21 recommending that the City Council adopt the Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001); approve Zone Change No. 20-3501 to amend the Zoning Ordinance text, which are consistent with the Public Review Draft of the Specific Plan Amendment, attached hereto as Exhibit "A," and subject to the recommended Specific Plan Conditions of Approval attached hereto as Exhibit "B".

**PASSED, APPROVED AND ADOPTED this 4th day of November, 2020.**


_____
Eric Shaw, Chairman
Banning Planning Commission


APPROVED AS TO FORM
AND LEGAL CONTENT:


_____
Serita R. Young, Assistant City Attorney
Richards, Watson & Gershon


ATTEST:


_____
Sandra Calderon, Recording Secretary
City of Banning, California


AR 007108

**AR004248**

**CERTIFICATION:**

I, Sandra Calderon, Recording Secretary of the Planning Commission of the City of Banning, California, do hereby certify that the foregoing Resolution, No. 2020-21, was duly adopted by the Planning Commission of the City of Banning, California, at a regular meeting thereof held on the 4th day of November, 2020, by the following vote, to wit:

AYES:

NOES:

ABSENT:

ABSTAIN:

_____
Sandra Calderon, Recording Secretary
City of Banning, California

AR 007109

AR004249

# EXHIBIT A

to Planning Commission
Resolution No. 2020-21
(Public Draft Review Version of Sun
Lakes Village North Specific Plan
Amendment 5)

*See Attachment 3*

AR 007110

AR004250

# EXHIBIT B

to Planning Commission Resolution
No. 2020-21 ("Conditions of Approval")

AR 007111

AR004251



# City of Banning
## Community Development Department

### Exhibit "B"
### Engineering Conditions of Approval for Sun Lakes
### Village North Specific Plan Amendment 5

**COMMUNITY DEVELOPMENT:**

1. Approval of this entitlement shall not waive compliance with any sections of the Sun Lakes Village North Specific Plan (as amended), or other applicable City Ordinances in effect at the time of building permit issuance, to the extent such City Ordinances are applicable to the project. To the extent that a conflict may arise between these Conditions of Approval and the Specific Plan, the Zoning Ordinance Text, Specific Plan Development Standards and Design Guidelines shall prevail and supersede.

2. The applicant/permittee or any successor-in-interest (hereafter known as the "Developer") shall defend, indemnify, and hold harmless the City of Banning or its agents, officers, and employees (CITY) from the following: (a) any claim, action, or proceeding against the CITY to attack, set aside, void, or annul an approval of the CITY, its advisory agencies, appeal boards, or legislative body concerning the SPECIFIC PLAN AMENDMENT; and, (b) any claim, action or proceeding against the CITY to attack, set aside, void or annul any other decision made by the CITY concerning the SPECIFIC PLAN AMENDMENT, including, but not limited to, decisions made in response to California Public and Records Act requests. The CITY shall promptly notify the applicant/permittee of any such claim, action, or proceeding and shall cooperate fully in the defense. If the CITY fails to promptly notify the applicant/permittee of any such claim, action, or proceeding or fails to cooperate fully in the defense, the applicant/permittee shall not, thereafter, be responsible to defend, indemnify or hold harmless the CITY. The obligations imposed by this condition include, but are not limited to, the following: the applicant/permittee shall pay all legal services expenses the CITY incurs in connection with any such claim, action or proceeding, whether it incurs such expenses directly, whether it is ordered by a court to pay such expenses, or whether it incurs such expenses by providing legal services through the Office of the City Attorney.

3. Approval of Specific Plan Amendment 5 shall not expire unless amended, modified, rescinded, or completed by the City, the applicant/permittee or any successor-in-interest, or a combination thereof.

4. Unless approved otherwise by City, the Developer shall comply with all applicable requirements of the Banning Municipal Code (BMC), as amended, and consistent with Amendment 5 to the Sun Lakes Village North Specific Plan.

5. All mitigation measures required by the Sun Lakes Village North Specific Plan, and its accompanying Environmental Impact Report (EIR), which includes the Mitigation Monitoring and Reporting Program (MMRP), and Conditions of Approval (COAs) shall be implemented if those measures/conditions relate to this phase or part of the development or are required to be satisfied in connection with this phase or part of the development.

6. A copy of the signed Specific Plan Resolutions and Ordinance, including all applicable COAs, and any applicable mitigation measures shall be **reproduced in legible form** on the grading and building plans (i.e., construction documents) prior to their submitted for review and plan check approval as required by the reviewing department, as applicable and necessary.

7. The Developer shall pay all applicable development impact fees and other fees as required under the BMC. Adjustments and/or fee credits to the applicable DIFs may be provided as allowed under the City's Development Impact Fee (DIF) program and any applicable implementing DIF credit agreement(s).

   **NOTE:** *This condition is only applicable to City-related DIF payments. The developer shall pay all applicable fees set forth by the MSHCP and TUMF programs, including the respective credit agreements applicable thereto. In addition, the project proponent shall provide written evidence to the City that school mitigation fees have been paid or other arrangements acceptable to the applicable school district and Developer have been met.*

8. Deposits shall be handled per an executed Deposit Agreement, which shall remain on file with the City throughout the subsequent entitlement and construction of implementing projects and/or entitlements, as necessary or as determined by the Community Development Director.

9. A copy of the final grading and erosion control plan, approved by the Department of Public Works – Engineering Division, shall be submitted to the Community Development Department for review and approval of the landscaping plans.

10. Prior to approval of any Final Commercial/Industrial Parcel Maps, all conditions requiring the provision of proposed project facilities and subdivision or project improvement agreements, for the area covered by the subdivision proposal must be satisfied either through performance or through the provision of suitable security prior to recordation of the Final Maps, or to the satisfaction of the City Engineer.

11. Prior to precise grading plan approval, a conceptual (non-structural) project wall/fencing plan to include retaining walls, perimeter walls, and interior walls shall be developed and shall be subject to design review approval by the Community Development Department.

12. All implementing projects (e.g., retail, professional office, and/or warehousing), including development of ancillary facilities and infrastructure shall be process in a manner consist with Chapter IV – Administration of the Specific Plan.

13. Temporary construction fencing shall be installed around portions of the entire project footprint currently under construction until replacement by permanent walls/fencing and/or completion of improvements.

14. Developer shall meet all legal requirements of responsible agencies.

**ENGINEERING/PUBLIC WORKS:**

A.      General Requirements

15. A Public Works Permit shall be required prior to commencement of any work within the public right-of-way.  The contractor working within the public right-of-way shall submit proof of a Class "A" State Contractor's License, City of Banning Business License, and Liability Insurance.  Any existing public improvements, or public improvements not accepted by the City that are damaged during construction shall be removed and replaced as determined by the City Engineer or his/her representative.  Prior to the issuance of any grading, construction, or public works permit by the City, the applicant shall obtain any necessary clearances and/or permits from the following agencies:

- Fire Marshal (access)
- Public Works Department (grading permits, street improvement permits)
- Riverside County Flood Control & Water Conservation District (storm drain)
- California Regional Water Quality Control Board Colorado River Basin (RWQCB)
- South Coast Air Quality Management District (SCAQMD)

16. The applicant is responsible for meeting all requirements of permits and/or clearances from the above listed agencies.  When the requirements include approval of improvement plans, the applicant shall furnish proof of such approvals when submitting improvements plans to the City.

17. The following improvement plans shall be prepared by a Civil Engineer licensed by the State of California and submitted to the Engineering Division for review and approval.  A separate set of plans shall be prepared for each line item listed below.  Unless otherwise authorized in writing by the City Engineer, the plans shall utilize the minimum scale specified and shall be drawn on 24" x 36" Mylar film.  Plans may be prepared at a larger scale if additional detail or plan clarity is desired (Note: the applicant may be required to prepare other improvement plans not listed here pursuant to improvements required by other agencies and utility purveyors):

18. Rough Grading Plans                         1" = 40' horizontal
    i.   (All Conditions of Approval shall be
    ii.  Reproduced on last sheet of set)

19. Haul Route Plans                            1" = 40' horizontal

20. Clearing Plans                              1" = 50' horizontal
    iii.  (Include construction fencing plan)

21. Erosion Control & SWPPP, WQMP              1" = 40' Horizontal

22. Storm Drain Plans                           1" = 40' Horizontal

AR 007114

AR004254

| | |
|---|---|
| 23. Street Improvement Plans | 1" = 40' Horizontal |
|     iv.  1" = 4' Vertical | |
| 24. Precise Grading Plans | 1" = 40' Horizontal |
| 25. Landscaping Plans | 1" = 20 Horizontal |
| 26. Water Improvement Plans | 1" = 40' Horizontal |
| | 1" = 4' Vertical |
| 27. Sewer Improvement Plans | 1" = 40' Horizontal |
| | 1" = 4' Vertical |

28. Other engineered improvement plans prepared for City approval that are not listed herein shall be prepared in formats approved by the City Engineer prior to commencing plan preparation.

29. All off-site plan and profile, street improvement plans, and signing & striping plans shall show all existing improvements for a distance of at least 200-feet beyond the project limits, or at a distance sufficient to show any required design transitions.

30. A small index map shall be included on the title sheet of each set of plans, showing the overall view of the entire work area.

31. Upon completion of construction, the Developer shall furnish the City with reproducible record drawings on Mylar film of all improvement plans that were approved by the City Engineer. Each sheet shall be clearly marked "As-Built" or "As-Constructed" and shall be stamped and signed by the engineer or surveyor certifying the accuracy and completeness of the drawings. The applicant shall have all AutoCAD files submitted to the City, revised to reflect the "As-Built" conditions.

B.    Street Improvements/Right-of-Way

32. Construct right-of-way improvements (driveway approach, sidewalk, parkway, raised median, access ramp, street lighting, etc.) fronting the site per City of Banning Standard Drawings. Streetlights shall be installed offset of the existing streetlights. Installation of a traffic signal at the intersection of Sun Lakes Boulevard, future Driveway 3 (as shown in the TIA) and Country Club Drive. Project applicant shall reach out to the Sun Lakes Country Club staff to discuss impacts to their access. Construct street improvements as identified by the project's traffic impact analysis (TIA). The City and Developer are to enter into a Public Improvement Agreement to guarantee the construction of the public improvements as listed in the Conditions of Approval and as shown on the approved plans. The applicant shall work with the City Attorney's Office to execute the Agreement and pay all related legal processing fees.

33. All street improvement designs shall provide pavement and lane transitions per City of Banning and Caltrans standards for transition to existing street sections.

AR 007115

AR004255

34. Any public improvements damaged during the course of construction shall be replaced to the satisfaction of the City Engineer, or his/her designee.

35. The applicant shall plant and perpetually maintain trees, shrubs, and ground cover placed in the parkway, slopes adjacent to public right-of-ways constructed in connection with the project. This includes providing irrigation and the clearing of debris and weed removal. The applicant shall be required to enter into a Landscape Maintenance Agreement for the perpetual maintenance of landscaping within the public right-of-way fronting the project site.

36. All required public improvements for the project shall be completed, tested, and approved by the Engineering Division prior to issuance of any Certificate of Occupancy.

C.      Grading and Drainage

37. Submit a Drainage Study with hydrologic and hydraulic analysis for developed and undeveloped (existing) conditions to the Engineering Division for review and approval. The study and analysis shall be prepared by a civil engineer licensed by the State of California. Drainage design shall be in accordance with Banning Master Drainage Plan adopted by Riverside County Flood Control and Water Conservation District (RCFCD), RCFCD Hydrology Manual, and standard plans and specifications. The 10-year storm flow shall be contained within the street curbs, and the 100-year storm shall be contained within the street right-of-way; when this criteria is exceeded, additional drainage facilities shall be designed and constructed.

38. At a minimum, all development will make provisions to store runoff from rainfall events up to and including the one-hundred three-hour during event. Post-development peak urban runoff discharge rates shall not exceed pre-development peak urban runoff discharge rates.

39. Prior to issuance of any building permit, the applicant shall install trash filters in all catch basins adjacent to the site and/or will be constructed as part of the storm drain improvements for this development. The trash filters shall comply with the requirements of the Trash Amendment as amended and approved in accordance with California Regional Water Quality Control Board Colorado River Basin Region Order No. R7-2013-0011.

40. If the site is located in a Flood Area as identified in Flood Insurance Rate Map dated August 28, 2008 the developer is responsible for providing a certification by a registered professional engineer or architect demonstrating that encroachments shall not result in any increase in flood levels during the occurrence of the base flood discharge.

41. The project grading shall be designed in a manner that perpetuates the existing natural drainage patterns with respect to tributary drainage areas, outlet points and outlet conditions. Otherwise, a drainage easement shall be obtained for the release of concentrated or diverted storm flows. The project shall accept and convey storm flows from the adjacent property to the north.

AR 007116

AR004256

42. The applicant shall comply with Chapter 13.24 "Stormwater Management Systems" of the Banning Municipal Code (BMC) and Title 18 "Grading, Erosion and Sediment Control" of the California Building Code related to excavation and grading; and, the State Water Resources Control Board's orders, rules and regulations.

43. For construction activities including clearing, grading or excavation of land that disturbs one (1) acre or more of land, or that disturbs less than one (1) acre of land, but which is a part of a construction project that encompasses more than one (1) acre of land, the applicant shall be required to submit a Storm Water Pollution Protection Plan (SWPPP) and file a Notice of Intent (NOI) with the Regional Water Quality Control Board.

44. The applicant shall ensure that the required SWPPP is available for inspection at the project site at all times through and including acceptance of all improvements by the City.

45. The applicant's SWPPP shall include provisions for all of the following Best Management Practices ("BMPs"):

- Temporary Soil Stabilization (erosion control)
- Temporary Sediment Control
- Wind Erosion Control
- Tracking Control
- Non-Storm Water Management
- Waste Management and Materials Pollution Control

46. All erosion and sediment control BMPs proposed by the applicant shall be designed using the CASQA BMP handbook and approved by the City Engineer prior to any onsite or offsite grading, pursuant to this project.

47. The approved SWPPP and BMPs shall remain in effect for the entire duration of project construction until all improvements are completed and accepted by the City.

48. Prior to issuance of any grading or building permit, a Project-Specific Water Quality Management Plan (WQMP) shall be reviewed and approved in accordance with California Regional Water Quality Control Board Colorado River Basin Region Order No. R7-2013-0011.

49. Prior to the issuance of any building permit(s), a precise grading plan shall be submitted to the City Engineer for review and approval. A grading permit shall be obtained prior to commencement of any grading activity.

50. Grading and excavations in the public right-of-way shall be supplemented with a soils and geology report prepared by a professional engineer or geologist licensed by the State of California.

51. Prior to the issuance of a building permit, the applicant shall provide a lot pad certification stamped and signed by a qualified civil engineer or land surveyor. Pad certification shall list the pad elevation as shown on the approved grading plan, the actual pad elevation and the difference between the two, if any. Such pad certification shall also list the relative compaction of the pad soil.

D.    Traffic

52. Prior to the issuance of a grading permit or building permit, the applicant shall submit and obtain approval in writing from the Fire Marshall for the plans for all public or private access drives or streets. The plans shall include plan and sectional views and indicate the grade and width of the access road measured flow-line to flow-line. When a dead-end access exceeds 150 feet or when otherwise required, a clearly marked fire apparatus access turnaround must be provided and approved by the Fire Marshall.  Applicable covenant, conditions or restrictions or other approved documents shall contain provisions which prohibit obstructions such as speed bumps/humps, control gates or other modifications within said easement or access road unless prior approval of the Fire Marshall is granted.

53. Driveway grades shall not exceed eight percent unless approved by the City Engineer.

54. Access drives to the public right-of-way shall be restricted to those approved by the City Engineer as shown on the approved plans.

55. Prior to the issuance of any certificate of occupancy, all fire hydrants shall have a blue reflective pavement marker indicating the hydrant location on the street/access driveway as approved by the Fire Marshall, and must be maintained in good condition by the property owner until the street is accepted for maintenance.

56. Prior to the issuance of a grading permit or building permit, the applicant shall conduct a Traffic Impact Analysis and submit the report to the Engineering Division for review and approval.  All mitigation identified in the Traffic Impact Analysis shall be implemented by the applicant to the satisfaction of the City Engineer.

E.    Trash and Recycling

57. Construction debris shall be disposed of at a certified recycling site.  It is the responsibility of the developer to contact the City's franchised solid waste hauler, Waste Management of the Inland Valley, at 1-800-423-9986 for disposal of construction debris.

58. The developer shall participate in the City's recycling and diversion programs by providing a solid waste enclosure to accommodate necessary solid waste containers.

59. All new development projects including, but not limited to, industrial and business buildings and facilities, as well as, multi-family complexes shall provide a solid waste enclosure to accommodate trash, recycle and organics waste bins and/or containers. Solid waste enclosures for multiple tenant properties, such as a shopping center, must design the enclosure to accommodate all waste containers of the property.

60. Solid waste enclosures shall be located on the site to be serviced.

61. The enclosure shall be designed for the exclusive use of housing solid waste containers including trash, recyclable and organics materials.

62. Enclosures Design Criteria:

- The size and dimensions of the trash enclosure shall be based on the required number and size of containers at a minimum accommodating one (1) container each for trash, recyclables and organics materials.
- Enclosure shall be architecturally compatible with the primary building on site to provide a coordinated design.
- Exterior materials and colors of the enclosure shall match the building walls.
- Chain link fencing with or without/plastic slats is prohibited.
- Enclosure shall have solid metal or wood gates with latches that can be secured in an open or closed position.
- Enclosures shall be constructed in a permanent manner.
- Exterior must be fully enclosed with solid roofing to prevent rainfall from entering the enclosure and to prevent wind dispersal, as well as, offsite transport of trash and recycling.
- Provide the minimum clearance for collector and user accessibility.
- City Engineer approval shall be obtained in writing prior to the construction of any solid waste enclosure.

F.    Water

63. Submit water improvement plans to the Public Works Department along with anticipated peak water demands and hydraulic analysis to justify pipe sizes. Pipes shall be ductile iron, wrapped in V-Bio polyethylene. All water services 2" and smaller shall use plastic-coated copper tubing.

64. Separate irrigation meters will be required for outdoor use.

65. All commercial, industrial, and irrigation water services shall have Reduced Pressure Principle Backflow Preventors. RP Backflow Preventors shall be of a model approved by USC.

66. On-site fire hydrants shall be part of a privately-owned and maintained fire protection system. Private fire hydrants shall be painted safety red, to differentiate from publicly-owned fire hydrants which are typically yellow.

67. Because of the project's location at a pressure zone boundary, an above-ground pressure regulating station may be required, pending review of the water improvement plans by the City Engineer.

G.    Recycled Water

68. Plans for a purple-pipe non-potable irrigation system shall be designed and submitted to the Public Works Department. Pipes shall be ductile iron, wrapped in purple V-Bio polyethylene. All water services 2" and smaller shall use plastic-coated copper tubing. Plans should include a signage plan typical of a non-potable irrigation system.

AR004259

69. An interim connection between the potable and non-potable systems shall be installed by way of a single backflow preventor, until such a time as the City's non-potable backbone system is extended west along Sun Lakes Blvd.

H.    Wastewater

70. A sewer improvement plan shall be prepared and submitted to the Public Works Department, extending the public sewer from Sun Lakes Blvd.  Sewer main material shall be PVC SDR 26.  Sewer system design shall avoid placing manholes in low spots or connecting storm water drainage facilities to the sewer system.

71. When available, estimated sewer discharge quantities and quality shall be submitted to the Public Works Department for review. Depending on the nature of the discharge, grease interceptor(s) may be required.

I.    Fees

72. Plan check fees for professional report review (geotechnical, drainage, WQMP, etc.), and all improvement plans review, shall be paid at the time of submittal of said documents for review and approval in accordance with the fee schedule in effect at the time of submittal.

73. Public Works Inspection fees shall be paid prior to issuance of any permits in accordance with the fee schedule in effect at time of time of scheduling.

74. A plan storage fee shall be paid for any engineering plans that may be required prior to issuance of certificate of occupancy in accordance with the fee schedule in effect at the time the fee is paid.

75. Water, Sewer, and Non-potable impact fees shall be paid prior to issuance of Building permit.  Water meter and water meter installation fees shall be due prior to meter release.

**UTILITIES:**

76. All utility systems including gas, electric, telephone, and cable TV shall be provided for underground with easements provided as required and designed and constructed in accordance with City Codes and the utility provider specifications.  The Applicant shall submit improvement plans to all affected utility companies and provide copies of approved plans to the Engineering Division prior to the issuance of any permits for utility work within the public right-of-way.

77. Streetlights shall be installed in accordance with the City of Banning Electric Department Standards.  A detailed lighting plan shall be submitted for review and approval by the City's Electric Department and City Engineer prior to issuance of the first grading permit within the Specific Plan. The plan shall indicate style, illumination, location, height, and length of mast arm.

78. The Applicant shall be responsible for research on private utility lines (Gas, Edison, Telephone, Cable, Internet, etc.) to ensure there are no conflicts with site development.

AR 007120

AR004260

All existing on-site utility lines that conflict with this project shall be relocated, removed, or sealed to the satisfaction of the City Engineer.

79. All existing overhead utility lines located on or adjacent to the site shall be undergrounded prior to public improvement acceptance and surety release, to the satisfaction of the Public Works Director, including but not limited to, electrical distribution, telephone, and cable lines, with the exception of electric utility lines over 33 kV in accordance with the BMC.

80. Construction and Maintenance of Public Improvements:

81. All required water lines and fire hydrants shall be installed and made operable before any building permits are issued. This may be done in phases if the construction work is in progress for emergency vehicles.

82. All weather vehicular access shall be maintained at all times to all parts of the proposed subdivision, where construction work is in progress, for emergency vehicles.

83. All precautions shall be taken to prevent washouts, undermining and subsurface ponding, caused by rain or runoff to all surface structures (curbs, gutters, sidewalks, paving, etc.). The Engineering Division may order repair, removal and replacement, extra compaction tests, load tests, etc. or any combination thereof for any such structure that was damaged or appears to have been damaged.  All the additional work, testing, etc., shall be at the expense of the Applicant.

**FEES:**

84. Plan check fees for final map review, professional report review (geotechnical, drainage, etc.), and all improvement plans review, shall be paid prior to submittal of said documents for review and approval in accordance with the Fee Schedule in effect at the time of submittal.

85. Public Works Inspection fees shall be paid prior to the scheduling the associated final map for approval by City Council in accordance with the Fee Schedule in effect at time of scheduling.  Public Works permits are required prior to construction within the public right of way.

86. A plan storage fee shall be paid for any engineering plans that may be required prior to issuance of certificate of occupancy in accordance with the fee schedule in effect at the time the fee is paid.

87. A fee shall be paid to Riverside County Flood Control and Water Conservation District in the amount specified by them to perform plan checking for drainage purposes for the proposed subdivision.

88. Water, sewer, and recycled water connection fees including frontage fees and water meter installation charges shall be paid at the time of building permit issuance in accordance with the Fee Schedule in effect at that time.

89. Development Impact Fees (DIF) shall be paid as required in the Development Agreement.

**BUILDING AND SAFETY DEPARTMENT:**

90. The following comments/conditions are required at time of plan check submittal:

91. The Site shall be developed in compliance with all current model codes.  All plans shall be designed in compliance with the latest editions of the California Building Codes as adopted by the City of Banning.

92. Site development and grading shall be designed to provide access to all entrances and exterior ground floor exits and access to normal paths of travel, and where necessary to provide access.  Paths of travel shall incorporate (but not limited to) exterior stairs, landings, walks and sidewalks, pedestrian ramps, curb ramps, warning curbs, detectable warnings, signage, gates, lifts and walking surface material.  The accessible route(s) of travel shall be the most practical direct route between accessible building entrances, site facilities, accessible parking, public sidewalks, and the accessible entrance(s) to the site. California Building Code (CBC) 11A and 11B.

93. City of Banning enforces the State of California provisions of the California Building Code disabled access requirements.  The Federal ADA standards differ in some cases from the California State requirements.  It is the building owner's responsibility to be aware of those differences and comply accordingly.

94. Disabled access parking shall be located on the shortest accessible route.  Relocate parking spaces accordingly.

95. Driveways, parking and loading areas shall conform with Banning City Municipal Codes (BMC 17.28.010 through 17.28.060) and all other adopted codes.

96. Building address numbering and unit numbering shall conform to Banning City Municipal Codes (BMC 12.32.050, BMC 8.16.505.1) and all other adopted codes.

97. Site Facilities such as parking (open and covered), recreation facilities, and trash dumpsters, shall be accessible per California Building Code (CBC) 11A, 11B and 31B.

98. Separate submittals and permits are required for all accessory structures such as but not limited to, trash enclosures, patios, block walls and storage buildings.

99. Pursuant to California Business and Professions Code Section 6737, this project is required to be designed by a California licensed architect or engineer.

**FIRE DEPARTMENT**:

100. For residential areas, approved standard fire hydrants, located at each intersection, and spaced 300 feet apart with no portion of any lot frontage more than a maximum of 250 feet from a hydrant. Minimum fire flow for all residential structures shall

be 1000 GPM for a 2 –hour duration at 20 psi residual operating pressure, which must be available in time permitted per the DA.

101.    The required water system, including fire hydrants, shall be accepted by the City of Banning Public Works, Water Division in accordance with the timing per the DA. Two sets of water plans are to be submitted to the Fire department for approval.

102.    Applicant/Developer shall mount blue dot retro-reflectors pavement markers on private/public streets and driveways to indicate locations of all fire hydrants. Marker to be 8 inches from the centerline to the side that the fire hydrant is on, to identify the hydrant location.

103.    Residential fire sprinklers are required in all dwellings per the California Residential Code.

104.    Fire Apparatus access roads and driveways shall be in compliance with the Riverside County Fire Department Standard number 06-05 (located at www.rvcfire.org). Access lanes will not have an up or downgrade of more than 15%. Access roads shall have an unobstructed vertical clearance not less than 13 feet 6 inches. Access lanes will be designed to withstand the weight of 80 thousand pounds over 2 axles. Access will have a turning radius capable of accommodating fire apparatus. Access lane shall be constructed with a surface so as to provide all the weather driving capabilities.

105.    Roadways may not exceed 1320 feet without secondary access. This access may be restricted to emergency vehicles only; however, public egress must be unrestricted.

106.    Dead-end fire apparatus access roads in excess of 150-feet in length shall be provided with approved provision for the turn-around capabilities of the fire apparatus.

107.    Any turn–around requires a minimum 38-foot turning radius or as approved by the Fire Marshall.

108.    The minimum dimensions for gates are 20 feet clear and unobstructed width and a minimum vertical clearance of 13 feet 6 inches in height. Any gate providing access from a road shall be located at least 35 feet setback from the roadway and shall open to allow a vehicle to stop without obstructing traffic on the road. Where a one-way road with a single traffic lane provides access to a gate entrance, a 38-foot foot turning radius shall be used.

109.    Gates may be automatic or manual and shall be equipped with a rapid entry system (KNOX).

110.    Plans shall be submitted to the Fire Department for approval prior to installation. Automatic gate pins shall be rated with a shear pin force, not to exceed 30 pounds.  Gates activated by the rapid entry system shall remain open until closed by the rapid entry system.  Automatic gates shall be provided with backup power.

111.    The City of Banning Electric Utility ("Utility") will require adequate easements needed to service the project. An easement area behind sidewalk may be needed on 8th

AR 007123

AR004263

Street and "B" Street for vaults, conduits, streetlights and pad mounted transformers and switches.

112.     Easements will be required for Local Streets to serve residential lots. Adequate easements will be required to serve all parcels of this project. These easements shall be offered for dedication to the City of Banning for public utility purposes. A non-exclusive easement shall be provided to the City of Banning to include the installation of electric distribution facilities within all common areas.

113.     All streetlights to be installed on the major thoroughfares, arterial streets, and local streets are assumed to be publicly owned and maintained by the Utility.

114.     Prior to constructing the Utility's electric distribution system, the developer shall submit a detailed engineering plan showing design, location, and schematics for the utility system to be approved by the Utility. It will also be required that the developer follow the Electric Utility Maps & Records requirement (per attachment). This will allow the utility to assist with the completion of a distribution plan and provide a cost estimate to service the project. Design conditions and requirements to serve the Specific Plan with electricity shall be discussed and reviewed following approval of the Specific Plan Amendment.

115.     PRIOR TO THE FIRST GRADING PERMIT WITHIN THE SPECIFIC PLAN, The Developer shall execute an agreement with the Utility providing for the installation, construction, improvement, and dedication of the utility.

116.     All electric utility equipment will require to have adequate working clearances per local and state requirements, because of this some trees and bushes shown on the landscape plan might be eliminated. This equipment includes substructures, transformers. Pad mounted switch gear and meter locations.

-END-

AR 007124

AR004264

**RESOLUTION 2020-22**

**A RESOLUTION OF THE PLANNING COMMISSION OF THE CITY OF BANNING RECOMMENDING THAT THE CITY COUNCIL OF THE CITY B A N N I N G CERTIFY AN ENVIRONMENTAL IMPACT REPORT AND ADOPT A STATEMENT OF OVERRIDING CONSIDERATIONS AND MITIGATION MONITORING AND REPORTING PROGRAM FOR A SPECIFIC PLAN AMENDMENT OF APPROXIMATELY 47 GROSS ACRES LOCATED BETWEEN SUN LAKES BOULEVARD AND INTERSTATE 10 APPROXIMATELY 840 FEET EAST OF HIGHLAND SPRINGS AVENUE. THE PROJECT SITE IS ALSO IDENTIFIED AS ASSESSOR'S PARCEL NUMBER 419-140-057 TO UPDATE THE EXISTING SPECIFIC PLAN DOCUMENT TO AMEND THE SPECIFIC PLAN LAND USE PLAN FROM RETAIL COMMERCIAL (AUTO DEALER) TO BUSINESS PARK & WAREHOUSE (BW), OFFICE & PROFESSIONAL (OP), AND RETAIL & SERVICE (RS). THE SPECIFIC PLAN IS ALSO PROPOSED TO BE AMENDED TO REVISE THE PERMITTED LAND USES; DEVELOPMENT STANDARDS (INCLUDING MAXIMUM BUILDING HEIGHT, SETBACKS, OPEN SPACE, LANDSCAPING, PARKING, AND SIGNAGE); DESIGN GUIDELINES FOR DEVELOPMENT; AND ADMINISTRATION AND IMPLEMENTATION PROVISIONS., AND APPROVE SPECIFIC PLAN AMENDNENT NO.20-2001, ZONE CHANGE NO. 20-3501, EMVIRONMENTAL ASSESSMENT NO. 2O-1502.**

**THE PLANNING COMMISSION OF THE CITY OF BANNING DOES RESOLVE AS FOLLOWS:**

Section 1.   **Project**.  The City of Banning is proposing Specific Plan Amendment No. 20-2001 and Zone Change No. 20-3501 to update  the Sun Lakes Village North Specific Plan ("Project") by amending the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions. (the "Project").

Section 2.   **Specific Plan**.

(a)   Specific The City of Banning is proposing to update  the Sun Lakes Village North Specific Plan ("Project") by amending the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions. (the

AR 007125

AR004265

"Project") on approximately 47 acres of real property located between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue (APN: 419-140-057).

(b)    Section 17.96.030 of the Banning Municipal Code provides that specific plans shall be heard and adopted in accordance with the provisions of Section 65450 *et seq.* of the Government Code, as now written or hereafter amended, and in accordance with Section 17.96.030 of the Banning Municipal Code (as described in Section 2 of this Resolution).

(c)    Government Code Section 65453(a) provides that a specific plan shall be prepared, adopted, and amended in the same manner as a general plan, except that a specific plan may be adopted by resolution or by ordinance and may be amended as often as deemed necessary by the legislative body.

(d)    Government Code Section 65353(a) provides that when a city has a planning commission authorized by local ordinance or resolution to review and recommend action on a proposed general plan, the commission shall hold at least one public hearing before approving a recommendation on the adoption of a general plan.

(e)    Government Code Section 65354 provides that the planning commission shall make a written recommendation on the adoption of a general plan. A recommendation for approval shall be made by the affirmative vote of not less than a majority of the total membership of the commission. The planning commission shall send its recommendation to the legislative body.

Section 4.    **Zone Change**.

(a)    The City is proposing Zone Change No. 20-3501 to rezone the parcels within the boundaries of the proposed Specific Plan area, totaling approximately 47 acres and located between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue (APN: 419-140-057) from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS).

(b)    Section 17.116.020 of the Banning Municipal Code provides that the Planning Commission shall hold a public hearing on proposed amendments to the City's Zoning Ordinance that propose to change property from one zone to another.

(c)    Section 17.116.030 of the Banning Municipal Code provides that after closing the public hearing the Planning Commission shall make a written recommendation on the proposed amendment whether to approve, approve in modified form, or disapprove based upon their findings. Commission action recommending that the proposed Zoning Ordinance Amendment be approved, approved in modified form, or denied shall be considered by the City Council following the Planning Commission action. A copy of the Planning Commission's recommendation to approve, or approve in modified form, shall be forwarded to the City Council.

(d)    Section 17.116.040 of the Banning Municipal Code provides that upon receipt of the Planning Commission's recommendation for approval, approval in modified form, or denial, the City Council may approve, approve with modifications, or disapprove the proposed amendment based upon its findings. Amendments to the Zoning Ordinance shall be adopted by ordinance.

<u>Section 5.</u>    **Procedural Findings**.  The Planning Commission of the City of Banning does hereby find, determine, and declare that:

(a)    The  Specific Plan Amendment No, 20-2001 and Zone Change No. 20-3501 was  processed  including,  but  not limited to a public notice, in the time and manner prescribed by State law and Banning Ordinances.

(b)    On November 4, 2020, the Planning Commission of the City of Banning held  a public  hearing  on Specific Plan Amendment No. 20-2001 and Zone Change No. 20-3501, at which time all persons interested in the Project had the opportunity and did address the Planning Commission on these matters. Following the receipt of public testimony, the Planning Commission closed the public hearing.

(c)    All legal preconditions to the adoption of this Resolution have occurred.

<u>Section 6.</u>  **California  Environmental  Quality  Act  Findings  and Recommendation for Certification of Environmental Impact Report and Adoption of Statement of Overriding Considerations and Mitigation Monitoring and  Reporting Program**.

The Planning Commission hereby recommends that the City Council of the City of Banning make the following environmental findings and determinations in connection with the approval of the Project:

Procedural Findings.  The City Council of the City of Banning (City) does hereby find, determine, and declare that:

(a) The City of Banning is proposing to update  the Sun Lakes Village North Specific Plan ("Project") by amending the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development;  and administration and implementation provisions. (the "Project") on approximately 47 acres of real property located between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue (APN: 419-140-057).

(b)    The proposed Project was processed, including but not limited to all public notices, in the time and manner prescribed by State and local law, including the  California Environmental Quality Act, Public Resources Code § 21000, *et seq.* (CEQA) and  the  CEQA Guidelines, 14. Cal. Code Regs. § 15000 *et seq.*

(c)    Pursuant to CEQA, the City is the lead agency for the proposed Project because it is the public agency with the authority and principal responsibility for reviewing, considering, and potentially approving the proposed Project.

(d)    The City determined that an Environmental Impact Report (EIR) would be required for the proposed Project and issued a Notice of Preparation (NOP) on February 21, 2020. The NOP was sent to the State Clearinghouse (SCH # 2020029074), responsible agencies, trustee agencies, and interested parties and posted on the City's website on February 21, 2020. The thirty (30)-day public review

AR 007127

period ran from February 21, 2020 to March 19, 2020 and its purpose was to receive comments and input from interested public agencies and private parties on issues to be addressed in the EIR for the proposed Project.

(e)     In accordance with CEQA Guidelines Section 15082(c)(1), a scoping meeting was held during the NOP review period, on March 2, 2020, to solicit additional suggestions on the scope of the Draft EIR. Attendees were provided an opportunity to identify verbally or in writing the issues they felt should be addressed in the Draft EIR; verbal comments were received during the scoping meeting.

(f)     The scope of the Draft EIR was determined based on the NOP, comments received in response to the NOP, and technical input from environmental consultants.

(g)     Thereafter, the City contracted for the independent preparation of a Draft EIR for the proposed Project, including preparation and review, as applicable, of all necessary technical studies and reports in support of the Draft EIR.    In accordance with CEQA and the CEQA Guidelines, the City analyzed the proposed Project's potential  impacts  on  the environment, potential mitigation, and potential alternatives to the proposed Project.

(h)     Upon completion of the Draft EIR in September 2020, the City initiated a public comment period by preparing and sending a Notice of Availability (NOA) for the Draft EIR to all interested persons, agencies, and organizations; the NOA also was published in the Record Gazette.  The City also filed a Notice of Completion (NOC) with the State Office of Planning and Research.  The Draft EIR was made available for a forty-five (45)-day public review period beginning September 11, 2020 and ending on October 26, 2020.

(i)     Copies of the Draft EIR were sent to various public agencies, as well as to organizations and individuals requesting copies.  In addition, copies of the documents have been available for public review and inspection at the Banning City Hall and the Banning Public Library.  The DEIR was also made available for download via the City's website: https://banningca.gov/ArchiveCenter/ViewFile/Item/2368

(j)     In response to the Draft EIR, written comments were received from various agencies, individuals, and organizations.  In compliance with CEQA Guidelines Section 15088, the City prepared written responses to all comments that were timely received on the Draft EIR. None of the comments presented any new significant environmental impacts or otherwise constituted significant new information requiring  recirculation  of  the  Draft  EIR pursuant to CEQA Guidelines Section 15088.5.

(k)     The Final EIR consists of the Draft EIR and all of its appendices, the comments, and responses to comments on the Draft EIR, and clarifications/revisions to the Draft EIR. The Final EIR was made available to the public and to all commenting agencies at least 10 days prior to certification of the Final EIR, in compliance with Public Resources Code Section 21092.5(a).

AR 007128

AR004268

**The Final EIR is on file with the City Clerk and incorporated herein by this reference.**

(l)    On _____ 2020, the City Council, at a duly noticed public hearing, considered the proposed Project and the Final EIR, at which time the City staff presented its report and interested persons had an opportunity to be heard and to present evidence regarding the proposed Project and the Final EIR.

(m)    Section 15091 of the CEQA Guidelines requires that the City, before approving a project for which an EIR is required, make one or more of the following written finding(s) for each significant effect identified in the EIR accompanied by a brief explanation of the rationale for each finding:

1)    Changes or alterations have been required in, or incorporated into, the project which avoid or substantially lessen the significant environmental effects as identified in the Final EIR; or,

2)    Such changes or alterations are within the responsibility and jurisdiction of another public agency and not the agency making the finding.  Such changes have been adopted by such other agency or can and should be adopted by such other agency; or,

3)    Specific economic, legal, social, technological, or other considerations, including provision of employment opportunities for highly trained workers, make infeasible the mitigation measures or project alternatives identified in the final EIR.

(n)    These required written findings are set forth in Exhibit "A" to the City Council Resolution and incorporated herein by reference as if set forth in full and are hereby adopted.

1)    Environmental impacts determined during the scoping process to be less than significant and not potentially impacted by the proposed Project are described in Section 3.0 of Exhibit "A."

2)    Environmental impacts determined in the EIR to be less than significant and not requiring mitigation are also described in Section 3.0 of Exhibit "A."

3)    Environmental impacts determined in the EIR to be less than significant with mitigation are described in Section 4.0 of Exhibit "A."

4)    Environmental impacts that remain significant and unavoidable despite the imposition of all feasible mitigation are described in Section 5.0 of Exhibit "A."

5)    Alternatives to the proposed Project that might eliminate or reduce significant environmental impacts are described in Section 9.0 of Exhibit "A."

(o)    CEQA Guidelines Section 15093 requires that if a project will cause significant unavoidable adverse impacts, the City must adopt a Statement of Overriding Considerations prior to approving the project.  A Statement of Overriding Considerations states that any significant adverse project effects are acceptable

expected project benefits outweigh unavoidable adverse environmental impacts. The Statement of Overriding Considerations is attached hereto as Exhibit "A," is incorporated herein by reference as if set forth in full and is hereby adopted.

(p)    CEQA Section 21081.6 requires the City to prepare and adopt a Mitigation Monitoring and Reporting Program for any project for which mitigation measures have been imposed to ensure compliance with the adopted mitigation measures. The Mitigation Monitoring and Reporting Program is attached to this Resolution as Exhibit "B," is herein incorporated by reference as if set forth in full and is hereby adopted.

(q)    Prior to taking action, the City Council has heard, been presented with, reviewed, and considered the information and data in the administrative record, including the Final EIR, the written and oral comments on the Draft EIR and Final EIR,  responses to comments, staff reports and presentations, and all oral and written testimony presented during the public hearings on the proposed Project.

(r)    Custodian of Records.  The City Clerk of the City of Banning  is the custodian of records, and the documents and other materials that constitute the record  of proceedings upon which this decision is based are located at the Office of the City Clerk, City of Banning, 99 E. Ramsey Street, Banning, California, 92220.

Substantive Findings.  The City Council of the City of Banning, California does hereby:

(a)    Declare that the above Procedural Findings are true and correct, and hereby incorporates them herein by this reference.

(b)    Find that agencies and interested members of the public have been afforded ample notice and opportunity to comment on the Final EIR and the proposed Project.

(c)    Find and declare that the City Council has independently considered the administrative record before it, which is hereby incorporated by reference and which includes the Final EIR, the written and oral comments on the Draft EIR, staff reports and responses to comments incorporated into the Final EIR, and all testimony related to environmental issues regarding the proposed Project.

(d)    Find and determine that the Final EIR fully analyzes and discloses the potential impacts of the proposed Project, and that those impacts have been mitigated or avoided to the extent feasible for the reasons set forth in the Findings attached as Exhibit "A" and incorporated herein by reference, with the exception of those impacts found to be significant and unmitigable as discussed therein.

(e)    Find and declare that the Final EIR reflects the independent judgment of the City Council.  The City Council further finds that the additional information provided in the staff reports, in comments on the Draft EIR, the responses to comments on the Draft EIR, and the evidence presented in written and oral testimony does not constitute new information requiring recirculation of the EIR under CEQA.  None of the information presented has deprived the public of a meaningful opportunity to comment upon a substantial environmental impact of the proposed Project or a feasible mitigation measure or alternative that the City has declined to implement.

AR 007130

AR004270

(f)    Certify the Final EIR as being in compliance with CEQA. The City Council further adopts the Findings pursuant to CEQA and the Statement of Overriding Considerations as set forth in Exhibit "A" and adopts the Mitigation Monitoring and Reporting Program attached as Exhibit "B."

(g) The City Council further determines that all of the findings made in this Resolution (including Exhibit "A") are based upon the information and evidence set forth in the Final EIR and upon other substantial evidence that has been presented at the hearings before the City Council, and in the record of the proceedings. The City Council further finds that each of the overriding benefits stated in Exhibit "A," by itself, would individually justify proceeding with the proposed Project despite any significant unavoidable impacts identified in the Final EIR or alleged in the record of proceedings.

(h)    The City Council hereby imposes as a condition on the Project each mitigation measure specified in Exhibit "B," and directs City staff to implement and to monitor the mitigation measures as described in Exhibit "B."

(i)    The City Council hereby directs staff to file a Notice of Determination as set forth in Public Resources Code Section 21152.

Section 7.    **Findings for Recommendation of Approval of Specific Plan**. The Planning Commission of the City of Banning does hereby recommend that the City Council of the City of Banning find and determine that the Specific Plan Amendment No. 20-2001 should be adopted because:

(a)    The proposed Specific Plan would either contribute to the purposes of the General Plan or, at a minimum, would not be detrimental to them in that the Specific Plan would contribute to the goals and policies of the General Plan including creating economic growth by providing additional jobs and accommodating the development of new commercial, residential industrial, and professional offices in areas designated for specific plans such as this project site.

(b)    The proposed Specific Plan is required to expand basic employment job opportunities (jobs that contribute directly to the City's economic base) and that would improve the ratio of jobs-to-workers in the City in that the site, in its existing state, does not provide any employment, whereas upon development of approximately of up to 877,298 square feet (sf) of industrial park 52,065 sf of professional office, and  37,189 sf of retail use. will support a significant number of new jobs.

Section 8.    **Findings for Recommendation of Approval of Zone Change**. The Planning Commission of the Banning does hereby recommend that the City Council of the City of Banning find and determine that Zone Change No. 20-3501 should be adopted because:

(a)    The proposed Zone Change No. 20-3501 will be consistent with the City of Banning General Plan, as amended by Zone Change  No. 20-3501, in that the Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS) land uses are consistent  with  the underlying General Plan Land Use Designations of Business Park (with Specific Plan Overlay) General Commercial (with Specific Plan Overlay).

<u>Section 9.</u>    **<u>Certification</u>.**  The Community Development Director shall certify to
the adoption of this Resolution.

**PASSED, APPROVED AND ADOPTED** by the Planning Commission of the City
of Banning on this 4th day of November, 2020.

_____
Eric Shaw, Chairman
Banning Planning Commission

Approved as to Form
And Legal Content:

_____
Serita R. Young, Assistant City Attorney
Richard, Watson & Gershon

ATTEST:

_____
Sandra Calderon, Recording Secretary
City of Banning

AR 007132

AR004272

**CERTIFICATION:**

I, Sandra Calderon, Recording Secretary of the Planning Commission of the City of Banning, do hereby certify that the foregoing Resolution 2020-22 was duly adopted and passed at a meeting of the Planning Commission of the City of Banning on the 4th day of November, 2020, by the following vote, to wit:

AYES:

NOES:

ABSENT:

ABSTAIN:

_____
Sandra Calderon, Recording Secretary
City of Banning, California

AR 007133

# EXHIBIT A

to Planning Commission
Resolution No. 2020-22
(FEIR Findings of Fact)

AR 007134

**AR004274**

**EXHIBIT A**

**Facts and Findings Regarding the**
**Environmental Effects of the Approval of the:**

**Banning Sun Lakes Specific Plan Amendment No. 5 Project**

**SCH No. 202002074**

**<u>Lead Agency</u>**
City of Banning

**October 28, 202**

# 1.0 INTRODUCTION AND PURPOSE

The City Council of the City of Banning (the "Council") in approving the Sun Lakes Village Specific Plan Amendment No. 5 Project (the "Project") makes the Findings described below. The Findings are based upon the entire record before the Council, as described in Subsection 1.3 below, including the Environmental Impact Report ("EIR") prepared for the Project with the City of Jurupa Banning (the "City") acting as lead agency under the California Environmental Quality Act ("CEQA").

Hereafter, the Notice of Preparation, Notice of Availability, Draft EIR, Technical Studies, and Final EIR (containing responses to public comments on the Final EIR and textual revisions to the Draft EIR), will be referred to collectively herein as the "EIR" unless otherwise specified.

## 1.1 FINDINGS REQUIRED UNDER CEQA

Public Resources Code Section 21002 provides that "public agencies should not approve projects as proposed if there are feasible alternatives or feasible mitigation measures available which would substantially lessen the significant environmental effects of such projects[.]" The statute also provides that the procedures required by CEQA are "intended to assist public agencies in systematically identifying both the significant effects of proposed projects and the feasible alternatives or feasible mitigation measures which will avoid or substantially lessen such significant effects." Finally, Section 21002 indicates that "in the event [that] specific economic, social, or other conditions make infeasible such project alternatives or such mitigation measures, individual projects may be approved in spite of one or more significant effects thereof."

The mandate described in Public Resources Code Section 21002 is implemented, in part, through the requirement that agencies must adopt findings before approving projects for which EIRs are required. For each significant environmental effect identified in an EIR for a project, the approving agency must issue a written finding reaching one or more of three permissible conclusions. The first such finding is that changes or alterations have been required in, or incorporated into, the project which avoid or substantially lessen the significant environmental effect as identified in the Final EIR. The second permissible finding is that such changes or alterations are within the responsibility and jurisdiction of another public agency and not the agency making the finding. The third potential conclusion is that specific economic, legal, social, technological, or other considerations make infeasible the mitigation measures or project alternatives identified in the Final EIR. (CEQA Guidelines, § 15091.) Public Resources Code Section 21061.1 defines "feasible" to mean "capable of being accomplished in a successful manner within a reasonable period of time, taking into account economic, environmental, social, legal, and technological factors."

## 1.2 PROJECT SUMMARY

### 1.2.1 REGIONAL AND PROJECT SITE LOCATION

AR 007136

The City of Banning covers approximately 23 square miles within the County of Riverside. The City of Banning is within Riverside County and the San Gorgonio Pass area, an east-west trending valley situated between the San Bernardino and San Jacinto Mountains. The City is bordered by the unincorporated areas in the County of Riverside to the north, south, and east, and the City of Beaumont to the west.

The Project site is located on approximately 47 gross acres between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue. The Project site is also identified as Assessor's Parcel Number 419-140-057.

### 1.2.2   PROJECT OVERVIEW

The purpose of the proposed Project is the adoption of Specific Plan Amendment No. 5 to the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). (See Figure 3-2- Land Use Plan). The Specific Plan is also proposed to be amended  to revise the permitted land  uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

#### PROJECT OBJECTIVES

The Project includes the following objectives to achieve the vision of the City of Banning General Plan for the Project site:
The Project Objectives are as follows:

1) To efficiently develop an underutilized property with a complementary mix of land uses, including business park, light industrial, commercial, office and professional, and optional residential land uses.

2) Positively contribute to the economy of the City through new capital investment, creation of new employment opportunities and expansion of the tax base.

3) Provide local employment for residents of the City to improve the jobs-housing balance within the City.

4) To provide Development Standards and Design Guidelines that establish general provisions for site design, circulation, architecture, landscape, walls, fences, screening, and buffers that would ensure that the Project is developed in a manner that is aesthetically pleasing.

AR 007137

AR004277

### 1.2.3  CITY OF BANNING ACTIONS COVERED BY THE EIR

The following discretionary and administrative actions are required of the City to implement the Project.  The EIR prepared for the Project covers all discretionary and administrative approvals which may be needed to adopt the amendment to the Specific Plan, whether or not they are explicitly listed below.

- Specific Plan Amendment – SPA 20-2001
- Environmental Assessment – ENV 20-1502
- Zone Change –  ZC 20-3501

### 1.3  ENVIRONMENTAL REVIEW AND PUBLIC PARTICIPATION

The City conducted an extensive environmental review of the Project to ensure that the City's decision makers and the public are fully informed about the potential significant environmental effects of the Project; to identify ways that environmental damage can be avoided or significantly reduced; and to prevent significant, avoidable damage to the environment by requiring changes in the Project using mitigation measures which have been found to be feasible.  To do this, the City, acting as lead agency under CEQA, undertook the following:

- Circulated a Notice of Preparation (NOP) to the California Office of Planning and Research (the "State Clearinghouse"), Responsible Agencies, Trustee Agencies, and other interested parties on September 11, 2020, for a 30-day review period;

- Sent a Notice of Completion (NOC) and copies of the Draft EIR to the California Office of Planning and Research, State Clearinghouse, on September 11, 2020;

- Mailed a Notice of Availability (NOA) to all Responsible Agencies, Trustee Agencies, the Riverside County Clerk, other interested parties, and organizations and individuals who had previously requested the Notice to inform recipients that the Draft EIR was available for a 45-day review period beginning on September 11, 2020, and ending on October  26, 2020

- Made an electronic copy of the Draft EIR available on the City's website and placed a copy of the Draft EIR at City Hall.

- Prepared responses to comments on the Draft EIR received during the 45-day comment period on the Draft EIR, which have been included in the Final EIR;

- Sent individual responses to all public agencies, organizations, and individuals who submitted comments the Draft EIR at least 10-days prior to the Council hearing; and

- Mailed notice of both the Planning Commission and City Council hearing(s) to all property owners and occupants within a 300-foot radius of the Project site.

All the documents identified above and all the documents which are required to be part of the record pursuant to Public Resources Code § 21167.6(e) are on file with the City of Banning Planning Department located at 99 E. Ramsey Street, Banning CA, 92220.

## 2.0 ENVIRONMENTAL IMPACTS AND FINDINGS

Pursuant to the requirements of CEQA, the City Council of the City of Banning ("City Council" or "Council") hereby makes the following environmental findings in connection with the proposed Sun Lakes Village North Specific Plan Amendment No. 5 project (the "Project"). These findings are based upon written and oral evidence included in the record of these proceedings, comments on the EIR and the written responses thereto, the Final EIR, and reports presented to the Planning Commission and the City Council by City staff and the City's environmental consultants.

At a public hearing(s) conducted for the Project, the Council determined that, based on all of the evidence presented, including, but not limited to, the EIR, written and oral testimony given at meetings and hearings, and the submission of testimony from the public, organizations, and regulatory agencies, the following environmental impacts associated with the Project are 1) less-than-significant and do not require mitigation; 2) potentially significant but will be avoided or reduced to a level of insignificance, through the identified mitigation measures or; 3) significant and unavoidable and cannot be fully mitigated to a level of less-than-significant but will be substantially lessened to the extent feasible by the identified mitigation measures.

## 3.0 RESOLUTION REGARDING ENVIRONMENTAL IMPACTS NOT REQUIRING MITIGATION

The Council hereby finds that the following potential environmental impacts associated with the implementation of the Project have no impact or are less-than-significant and therefore do not require the imposition of mitigation measures.

### 3.1 AESTHETICS

### 3.1.1 THRESHOLD A

**Potential Significant Impact:** Would the Project would have a substantial adverse effect on a scenic vista?

AR 007139

AR004279

❑  **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 3.1(a) of the Initial Study.  This  Council finds that the impact of the Project will be less than significant related to Threshold a; therefore, no mitigation is required.

❑  **Substantive Evidence**

The General Plan Environmental Resources Element describes Open Space for the Preservation of Natural Resources and Open Space for Outdoor Recreation as having scenic value. Open Space for the Preservation of Natural Resources refers to areas required for the protection of scenic resources, (GP, p. IV-19). Open Space for Outdoor Recreation includes areas of outstanding scenic, historic, and cultural value. (GP. P. IV-22).

The majority of the City is located within the narrow east-west trending valley of the San Gorgonio Pass, which is dominated by the San Bernardino Mountains along the northern end of the valley and the San Jacinto Mountains along the southern end of the valley (GP DEIR, p. III-189). These mountain ranges present impressive viewsheds and dramatic scenery, including frequently snow-covered mountain peaks and ranges with rugged slopes. The Project site is located approximately 3 miles south of the foothills of the San Bernardino Mountains and approximately 1-mile north of the San Jacinto Mountains. Because of the distance to the above identified scenic vistas and the intervening topography and development, the Project will not have an impact on scenic vistas. (Initial Study, pp. 10-11)

### 3.1.2   THRESHOLD B

**Potential Significant Impact:** Would the Project substantially damage scenic resources, including, but not limited to, trees, rock outcroppings, and historic buildings within a state scenic highway?

❑  **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 3.1(b) of the Initial Study. According to the California Department of Transportation, the Project site is not located within a State Scenic Highway. This  Council finds that the impact of the Project will be less than significant related to Threshold b; therefore, no mitigation is required.

❑  **Substantive Evidence**

California's Scenic Highway Program was created by the Legislature in 1963. Its purpose is to protect and enhance the natural scenic beauty of California highways and adjacent corridors, through special conservation treatment. The state laws governing the Scenic Highway Program are found in the Streets and Highways Code, Sections 260 through 263. According to the California Department of Transportation, the Project site is not located within a State Scenic Highway. As such, there is no impact.  (Initial Study p. 11).

### 3.1.3   THRESHOLD C

**Potential Significant Impact:** ) If the project is in an urbanized area, would the project conflict with applicable zoning and other regulations governing scenic quality?

❑    **Findings**

Potential impacts of the Project related to Threshold c are discussed in detail in Section 4.1(a) of the EIR. According to the Census 2010 Urbanized Area Outline Maps, the Project site is in the Riverside-San Bernardino, CA Urbanized Area. As such, the threshold applicable to the Project is to determine if the Project is in conflict with the General Plan and zoning regulations governing scenic quality. This Council finds that the development of the Project will result in less than significant impacts related to Threshold c; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project site is located within the boundaries of the Sun Lakes Village North Specific Plan ("Specific Plan."). The Specific Plan was adopted pursuant to California Government Code Article 8, Sections 65450-65457, Specific Plans and serves as the zoning requirements applicable to the Project site and serves to implement the goals and policies of the General Plan. The Specific Plan contains detailed development standards, distribution of land uses, infrastructure requirements, and implementation measures for the development of a specific geographic area.

The Project proposes an amendment to the Sun Lakes Village North Specific Plan that will allow development of business park, industrial, office, commercial, and residential uses on a vacant site. As such, the construction and operation of future development allowed by the Specific Plan has the potential to result in impacts to the existing visual character or quality of public views of the site and its surroundings. The Specific Plan Development Standards and Design Guidelines chapter specifies the Development Standards and Design Guidelines for the Specific Plan area consistent with the intent for the Specific Plan area consistent with the intent and purpose discussed.

The proposed amendments to the Development Standards and Design Guidelines section of the Specific Plan establish general provisions for site design, circulation, architecture, landscape, walls, fences, screening, and buffers. They also contain detailed provisions for design within the three Specific Plan Land Use Districts: Business & Warehouse, Office & Professional, and Retail & Service, which  reflect the distinct characteristics of the development concepts and allowable uses for these districts. Future development allowed by the Specific Plan will be reviewed to ensure consistency with the Development Standards and Design Guidelines section of the Specific Plan. (EIR pp. 4.1-5 and 4.1-6.

### 3.1.4   THRESHOLD D

**Potential Significant Impact:** Would the Project create a new source of substantial light or glare, which would adversely affect day or nighttime views in the area?

❑    **Findings**

Potential impacts of the Project related to Threshold d are discussed in detail in Section 4.1.5 (d) of the EIR. The Project would be required comply with regulatory requirements to  reduce impacts from light and glare.  This  Council finds that development of the Project will result in less than significant impacts related to Threshold d; therefore, no mitigation is required.

❑    **Substantive Evidence**

Under existing conditions, the Project site consists of undeveloped land and does not contain any sources of artificial lighting, although streetlights do occur along Sun Lakes Boulevard adjacent to the southern boundary of the site. With implementation of the Project, the site would be developed with land uses that would generate sources of artificial light. Implementation of the Project  would result in new sources of light in the Project  area as compared to existing conditions.

All outdoor lighting is required to be designed and installed to comply with California Green Building Standards Code Section 5.106 or with a local ordinance lawfully enacted pursuant to California Green Building Standards Code Section 101.7, whichever is more stringent. Mandatory compliance with the California Green Building Code will ensure that impacts relating to lighting will be less than significant.

The type of development proposed on the Project site includes business park, commercial, and residential (optional use). The Specific Plan includes the following architectural design guidelines which will minimize reflective surfaces that create glare:

- Avoid blank walls, especially on tilt-up buildings, by providing articulation on all building elevations through elements such as cornices, parapets, expression lines, openings, and/or changes in materials/colors.

- Employ a minimum of four different colors, materials, and/or textures on each building.

- Locate and design windows to complement the building architecture, mass, and proportions. (EIR p. 4.1.6).

---

**3.2    AGRICULTURE AND FORESTRY RESOURCES**

---

**3.2.1    THRESHOLD A**

**Potential Significant Impact**: Would the Project convert Prime Farmland, Unique Farmland, or Farmland of Statewide Importance (Farmland), as shown on the maps prepared pursuant to the Farmland Mapping and Monitoring Program of the California Resources Agency, to non-agricultural use?

❑      **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 3.2(a) of the Initial Study. The Project site does not contain any lands designated as Prime Farmland, Unique Farmland, or Farmland of Statewide Importance as mapped by the State Department of Conservation Farmland Mapping and Monitoring Program. The Council finds that the development of the Project will result in no impacts related to Threshold a; therefore, no mitigation is required.

❑      **Substantive Evidence**

According to the Riverside County Parcel Report obtained from the Map My County website on January 17, 2020, the site is identified as Farmland of Local Importance and Urban-Built Up Land. As such, the site does not contain any lands designated as Prime Farmland, Unique Farmland, or Farmland of Statewide Importance as mapped by the State Department of Conservation Farmland Mapping and Monitoring Program (Initial Study p. 14).

### 3.2.2   THRESHOLD B

**Potential Significant Impact**: Would the Project conflict with existing zoning for agricultural use, or a Williamson Act contract?

❑      **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 3.2(b) of the Initial Study. There is no agricultural zoning or uses in close proximity to the Project site. Therefore, the Project will not conflict with existing zoning for agricultural use. According to the Riverside County Geographic Information System, the Project site is not under a Williamson Act Contract.  The Council finds that the development of the Project will result in no impacts related to Threshold b; therefore, no mitigation is required.

❑      **Substantive Evidence**

The Project site is designated as Business Park (with Specific Plan Overlay) and General Commercial (with Specific Plan Overlay) which are not intended for agricultural use. (Initial Study p. 14).

### 3.2.3   THRESHOLD C

AR 007143

**AR004283**

**Potential Significant Impact**: Would the Project conflict with existing zoning for, or cause rezoning of, forest land (as defined in Public Resources Code section 12220(g)), timberland (as defined by Public Resources Code section 4526), or timberland zoned Timberland Production (as defined by Government Code section 51104(g))?

❑    <u>**Findings**</u>

Potential impacts of the Project related to Threshold c are discussed in detail in Section 3.2(c) of the Initial Study. The Project will not impact forest lands or timberlands. The Council finds that the development of the Project will result in no impacts related to Threshold d; therefore, no mitigation is required.

❑    <u>**Substantive Evidence**</u>

The Project site and surrounding properties do not contain forest lands, are not zoned for forest lands, nor are they identified as containing forest resources by the General Plan.  Because forest land is not present on the Project site or in the immediate vicinity of the Project site, the Project has no potential to result in the loss of forest land or the conversion of forest land to non-forest use.  No impact would occur.  (Initial Study p. 15).

### 3.2.4    THRESHOLD D

**Potential Significant Impact**: Would the Project result in the loss of forest land or conversion of forest land to non-forest use?

❑    <u>**Findings**</u>

Potential impacts of the Project related to Thresholds d are discussed in detail in Section 3.2(d) of the Initial Study. The Project will not result in the loss of forest land or conversion of forest land to non-forest use. The Council finds that the development of the Project will result in no impacts related to Threshold b; therefore, no mitigation is required.

❑    <u>**Substantive Evidence**</u>

The Project site and surrounding properties do not contain forest lands, are not zoned for forest lands, nor are they identified as containing forest resources by the General Plan.  Because forest land is not present on the Project site or in the immediate vicinity of the Project site, the Project has no potential to result in the loss of forest land or the conversion of forest land to non-forest use.  (Initial Study p. 15).

### 3.2.5    THRESHOLD E

**Potential Significant Impact**: Would the Project involve other changes in the existing environment which, due to their location or nature, could result in conversion of Farmland, to non-agricultural use or conversion of forest land to non-forest use?

❑    **Findings**

Potential impacts of the Project related to Thresholds e are discussed in detail in Section 3.2(e) of the Initial Study. The Project does not result in changes that would convert farmland to non-agricultural use or convert forest land to non-forest use. This Council finds that the development of the Project will result in no impacts related to Threshold e; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Farmland Mapping and Monitoring Program classifies the Project site as Farmland of Local Importance. Farmland of Local Importance is either currently producing, or has the capability of production; but does not meet the criteria of Prime, Statewide or Unique Farmland.

The site can be considered to be Fallow Agricultural Land. The description of this habitat and vegetation communities is based on the definitions found in MSHCP Section 2.1.3 and A Manual of California Vegetation: Second Edition (Sawyer et al. 2009). Fallow Agricultural Land includes fallow fields that have been recently disked, plowed, or are no longer used to produce crops and are slowly being encroached by non-native herbaceous plant species. In some cases, native annual wildflowers become established in fallow agricultural lands. As such, the Project site is not currently providing active agricultural land of use to the local economy.

In addition, the Project site has been planned for industrial, business park, and commercial uses by the General Plan since 1983 and this type of development has been anticipated for the Project site.

## 3.3    AIR QUALITY

### 3.3.1   THRESHOLD E

**Potential Significant Impact:** Would the Project create objectionable odors affecting a substantial number of people?

❑    **Findings**

Potential impacts of the Project related to Threshold e are discussed in detail in Section 4.2.5 (e) of the EIR.  The Project would be required to comply with SCAQMD rules regulating odors.  The Council finds that the development of the Project will result in less than significant impacts related to Threshold e; therefore, no mitigation is required.

❑    **Substantive Evidence**

According to the South Coast Air Quality Management District *CEQA Air Quality Handbook*, land uses associated with odor complaints typically include agricultural uses, wastewater treatment plants, food processing plants, chemical plants, composting, refineries, landfills, dairies, and

fiberglass molding. The Project proposes a mixed-use commercial and residential development. The Project does not contain land uses typically associated with emitting objectionable odors.

The uses allowed by the Specific Plan do not include agricultural uses, wastewater treatment plants, food processing plants, chemical plants, composting, refineries, landfills, dairies, and fiberglass molding or any manufacturing uses that could create objectionable odors. Therefore, the Project has a less than significant impact with respect to creating objectionable odors affecting a substantial number of people.
 (EIR p. 4.2-18).

---

## 3.4    BIOLOGICAL RESOURCES

---

### 3.4.1    THRESHOLD B

**Potential Significant Impact:** Would the Project have a substantial adverse effect on any riparian habitat or other sensitive natural community identified in local or regional plans, policies, regulations or by the California Department of Fish and Wildlife or U.S. Fish and Wildlife Service?

❑    **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 4.3.5 (b) of the EIR.  The site conditions do not show any evidence of riverine/riparian areas or sensitive natural communities.  The Council finds that the development of the Project will result in no impacts related to Threshold b; therefore, no mitigation is required.

❑    **Substantive Evidence**

The site conditions did not present any evidence of riverine/riparian areas or sensitive natural communities. None of the following indicators are present on site: facultative, facultative wet or obligate wet vegetation, harrow marks, sand bars shaped by water, racking, riling, destruction of vegetation, defined bed and bank, distinct line between vegetation types, clear natural scour line, meander bars, mud cracks, staining, silt deposits, litter- organic debris.  No riverine/riparian areas or natural communities occur on site. (EIR p. 4.3-10,11).

### 3.4.2    THRESHOLD C

**Potential Significant Impact:**  Would the Project have a substantial adverse effect on federally protected wetlands as defined by Section 404 of the Clean Water Act (including, but not limited to, marsh, vernal pool, coastal, etc.) through direct removal, filling, hydrological interruption, or other means?

❑    **Findings**

Potential impacts of the Project related to Threshold c are discussed in detail in Section 4.3.5 (c) of the EIR. No potential jurisdictional waters were identified on the Project site. The  Council finds

that the development of the Project will result in no impacts related to Threshold c; therefore, no mitigation is required.

❑   **Substantive Evidence**

There are no USGS mapped blue-line streams onsite. A shallow trench is present along the site's southern boundary (along Sun Lakes Boulevard) and trends from west to east. A double culvert is present at the southeast corner of the site. A small area of willow thicket is present in the southwest corner of the site in association with a trench. Another shallow trench is present within the central portion of the site and trends from west to east. No water or evidence of flow was observed in these trenches during the survey. The trenches appear to be remnants of past disturbance involving water quality or flood control measures and do not have connectivity with any natural waterway. (EIR p. 4.3-11).

### 3.4.3   THRESHOLD D

**Potential Significant Impact:** Would the Project interfere substantially with the movement of any native resident or migratory fish or wildlife species or with established native resident or migratory wildlife corridors, or impede the use of native wildlife nursery sites?

❑   **Findings**

Potential impacts of the Project related to Threshold d are discussed in detail in Section 4.3.5 (f) of the EIR.  The Project site does not contain habitat that supports the movement of wildlife.  The Council finds that development of the Project will result in less-than-significant impacts related to Threshold f; therefore, no mitigation is required.

❑   **Substantive Evidence**

Wildlife corridors link together areas of suitable wildlife habitat that are otherwise separated by rugged terrain, changes in vegetation, or human disturbance Wildlife movement activities usually fall into one of three movement categories: dispersal (e.g., juvenile animals dispersing from natal areas or individuals extending their range), seasonal migration, and movements related to home range activities (e.g., foraging for food or water, defending territories, or searching for mates, breeding areas, or cover). The site is surrounded by major roadways and residential developments and does not function as part of a wildlife corridor. (EIR p. 4.3-11).

### 3.5   CULTURAL RESOURCES

### 3.5.1   THRESHOLD A

**Potential Significant Impact:**  Would the Project cause a substantial adverse change in the significance of a historical resource as defined in CEQA Guidelines § 15064.5?

❑   **<u>Findings</u>**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.4.5 (a) of the EIR. The Project will not result in any direct impact to a historical resource. The Council finds that the development of the Project will result in no impacts related to Threshold a; therefore, no mitigation is required.

❑   **<u>Substantive Evidence</u>**

The Project area was once part of Stewart Ranch, owned and operated by Reznor P. Stewart between 1883 and 1933 and by his daughters Laura May and Clara between 1933 and 1967. L&L identified a linear resource (RPGX-1H) in the Project area consisting of an earthen bermed ditch constructed by bulldozer sometime before 1953 and associated with water control/conveyance efforts instituted on the ranch along Portereo Creek and Smith Creek. RPGX-1H was evaluated and recommended not eligible for the CRHR and does not qualify as a historic resource under CEQA. (EIR p. 4.4.8).

### 3.5.2   THRESHOLD B

**Potential Significant Impact:**   Would the Project cause a substantial adverse change in the significance of an archaeological resource as defined in CEQA Guidelines § 15064.5?

❑   **<u>Findings</u>**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 4.4.5 (b) of the EIR. The Project will not result in any direct impact to an archaeological resource. The Council finds that the development of the Project will result in no impacts related to Threshold b; therefore, no mitigation is required.

❑   **<u>Substantive Evidence</u>**

The Project area appears to have low sensitivity for prehistoric archaeological resources, and it is unlikely that intact, subsurface prehistoric archaeological deposits would be uncovered during Project construction. Sensitivity for encountering historic-age archaeological resources is considered low-to-moderate. The Project area lies within Stewart Ranch; however, the land within the Project area was utilized for grazing, agricultural, and water control/conveyance purposes. This suggests that any historic artifacts and/or deposits that may be present in subsurface context would most likely reflect those activities (e.g., horse shoes, tacks, barbed wire, sparse occurrences of tin cans and glass bottles, other water conveyance/control features, etc.) and would most likely not be considered historically significant. Thus, no mitigation measures are required. (EIR p. 4.4.9).

### 3.5.3   THRESHOLD C

AR 007148

**AR004288**

**Potential Significant Impact.** Would the Project disturb any human remains, including those interred outside of formal cemeteries?

❑     **Findings**

Potential impacts of the Project related to Threshold c are discussed in detail in Section 4.4.5 (c) of the EIR. The Project is required to comply with the applicable provisions of California Health and Safety Code § 7050.5 as well as Public Resources Code § 5097 *et seq.* regarding the discovery of human remains during grading. The Council finds that the development of the Project will result in less than significant impacts related to Threshold d; therefore, no mitigation is required.

❑     **Substantive Evidence**

The Project site does not contain a cemetery and no known formal cemeteries are located within the immediate site vicinity. If human remains are discovered during Project grading or other ground disturbing activities, the Project would be required to comply with the applicable provisions of California Health and Safety Code §7050.5 as well as Public Resources Code §5097 et. seq. California Health and Safety Code Section 7050.5 states that no further disturbance shall occur until the County Coroner has made the necessary findings as to origin. Pursuant to California Public Resources Code Section 5097.98(b), remains shall be left in place and free from disturbance until a final decision as to the treatment and disposition has been made by the Coroner.

 If the Coroner determines the remains to be Native American, the California Native American Heritage Commission (NAHC) must be contacted and the NAHC must then immediately notify the "most likely descendant(s)" of receiving notification of the discovery. The most likely descendant(s) shall then make recommendations within 48 hours and engage in consultations concerning the treatment of the remains as provided in Public Resources Code Section 5097.98. (EIRp. 4.4.9).

## 3.6    ENERGY

### 3.6.1   THRESHOLD A

**Potential Significant Impact.**  Would the Project result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary consumption of energy resources, during project construction or operation?

❑     **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.5.5 (a) of the EIR. There is no aspect of the Project that would result in the inefficient, wasteful, and unnecessary consumption of energy. The Council finds that the development of the Project will result in less than significant impacts related to Threshold d; therefore, no mitigation is required.

❑    **Substantive Evidence**

*Construction*

Construction of the proposed Project would result in short-term energy demand generated using construction equipment and from worker and vendor vehicle trips to and from the Project site. There is no aspect of the proposed short-term construction process that would result in the inefficient, wasteful, and unnecessary consumption of energy because all construction equipment operating on the Project would be required to meet applicable regulatory requirements for fuel efficiency.

*Operations*

The Project would create a net increase in electricity demand of approximately 1,679,221 kWh per year. This net increase is well within SCE's systemwide net increase in electricity supplies of approximately 15,273 GWh annually over the 2012-2024 period (CEC, Electricity Consumption by County, 2020). Therefore, there are sufficient planned electricity supplies in the region for the estimated net increase in electricity demands, and buildout under the proposed Project would not require expanded electricity supplies. As shown in Table 4.5-5, the Project would generate a net increase in natural gas demand of approximately 248,201 KBTU/yr. This net increase is well within the Southern California Gas Company's systemwide natural gas supplies of approximately 923 million therms during the 2017 period. (CEC, 2020a). Therefore, there are sufficient planned natural gas supplies in the region for the estimated net increase in natural gas demands, and buildout under the proposed Project would not require expanded natural gas supplies. 4.5 ENERGY 4.5-7 Further, the energy demands of the Project can be accommodated within the context of available resources and energy delivery systems for natural gas and electricity. The Project would therefore not cause or result in the need for additional energy producing or transmission facilities. Additionally, plans submitted for building permits of development projects in the Project area would be required to include verification demonstrating compliance with the 2016 Building and Energy Efficiency Standards and are also required to be reviewed. The project would also be required adhere to the provisions of CALGreen, which established planning and design standards for sustainable site development, energy efficiency (in excess of the California Energy Code requirements), water conservation, material conservation, and internal air contaminants. Even though the project would increase the consumption of electricity and natural gas resources, the project would not increase demand such that SoCalGas and SCE would need to plan for new regional electricity or natural gas facilities, the construction of which could cause significant environmental effects.

Based on the above analysis, the proposed Project would not result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary consumption of energy resources, during project construction or operation. (EIR pp. 4.5-5 through 4.5-7).

### 3.6.1   THRESHOLD B

**Potential Significant Impact**. Would the project conflict with or obstruct a state or local plan for renewable energy or energy efficiency?

❑     **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 4.5.5 (b) of the EIR. There is no aspect of the Project that would conflict with or obstruct a state or local plan for renewable energy or energy efficiency. The Council finds that the development of the Project will result in less than significant impacts related to Threshold b; therefore, no mitigation is required.

❑     **Substantive Evidence**

Applicable regulations and requirements, including plans for renewable energy and energy efficiency, are discussed above in subsection 4.5.6 (a). As noted above, plans submitted for building permits of development projects in the Specific Plan would be required to include verification demonstrating compliance with the 2016 Building and Energy Efficiency Standards and are also required to be reviewed. The project would also be required adhere to the provisions of CALGreen, which established planning and design standards for sustainable site development, energy efficiency, water conservation, material conservation, and internal air contaminants. As such, impacts are less than significant. (EIR p. 4.5-7).

## 3.7     GEOLOGY AND SOILS

### 3.6.1   THRESHOLD A

**Potential Significant Impact.** Would the Project expose people or structures to potential substantial adverse effects, including the risk of loss, injury, or death involving: 1)Rupture  of  a known earthquake fault, as delineated on the most recent Alquist-Priolo Earthquake Fault Zoning Map issued by the State Geologist for the area or based on other substantial evidence of a known fault?  Refer to Division of Mines and Geology Special Publication 42?

❑     **Findings**

Potential impacts of the Project related to Threshold a1 are discussed in detail in Section 3.7(a)(1) of the Initial Study. The Project site is not located within an Alquist-Priolo Earthquake Fault Zone, and no known faults underlie the site. The City Council finds that the development of the Project will result in less than significant impacts related to Threshold a1; therefore, no mitigation is required.

❑     **Substantive Evidence**

The San Gorgonio Pass Fault is the closest Alquist-Priolo Earthquake Fault Zone to the Project site as delineated in the latest State Earthquake Fault Zone maps and in Exhibit V-3 of the General Plan. The San Gorgonio Pass Fault is located approximately 2.5 miles north of Interstate 10.

Because there are no faults located on the Project site, there is no potential for the Project to expose people or structures to adverse effects related to ground rupture. (Initial Study p. 23).

### 3.6.2  THRESHOLD A2

**Potential Significant Impact.**  Would the Project expose people or structures to potential substantial adverse effects, including the risk of loss, injury, or death involving: 2) Strong seismic ground shaking?

❑ **Findings**

Potential impacts of the Project related to Threshold a2 are discussed in detail in Section 3.7(a)(2) of the Initial Study. Project site is located in a seismically active area of Southern California and is expected to experience moderate to severe ground shaking during the lifetime of the Project. This risk is not considered substantially different than that of other similar properties in the Southern California area. The Council finds that the development of the Project will result in less than significant impacts related to Threshold a2; therefore, no mitigation is required.

❑ **Substantive Evidence**

As a mandatory condition of Project approval, the Project would be required to construct the proposed structures in accordance with the *California Building Code* (CBC). The City's Building and Safety Department would review the building plans through building plan checks, issuance of a building permit, and inspection of the building during construction, which would ensure that all required CBC seismic safety measures are incorporated into the building. Compliance with the CBC as verified by the City's review process, would reduce impacts related to strong seismic ground shaking. (Initial Study p. 23).

### 3.6.3  THRESHOLD A3

**Potential Significant Impact.** Would the Project expose people or structures to potential substantial adverse effects, including the risk of loss, injury, or death involving: Seismic-related ground failure, including liquefaction?

❑ **Findings**

Potential impacts of the Project related to Threshold a2 are discussed in detail in Section 3.7(a)(3) of the Initial Study. The Riverside County Parcel Report for the site indicates that the site has a "low" potential for liquefaction.  The Council finds that the development of the Project will result in less than significant impacts related to Threshold a3; therefore, no mitigation is required.

AR 007152

❑    **Substantive Evidence**

Detailed design-level geotechnical studies and building plans pursuant to the California Building Standards Code are required prior to approval of construction. Compliance with the recommendations of the geotechnical study for soils conditions, is a standard practice and would be required by the City Building and Safety Department. Therefore, compliance with the requirements of the California Building Standards Code as identified in a site-specific geotechnical design would be reviewed by the City for appropriate inclusion, as part of the building plan check and development review process, would reduce the low potential for liquefaction to a less than significant level. As such, liquefaction is not anticipated in the event of seismic ground failure. (Initial Study p. 24).

### 3.6.4    THRESHOLD A4

**Potential Significant Impact.**    Would the Project expose people or structures to potential substantial adverse effects, including the risk of loss, injury, or death involving:  4) Landslides?

❑    **Findings**

Potential impacts of the Project related to Threshold a4 are discussed in detail in Section 3.7(a)(4) of the Initial Study. The Project site is not located in an area susceptible to landslides.  The Council finds that the development of the Project will result in no impacts related to Threshold a4; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project site is relatively flat and there are no slopes on the site that are subject to a landslide. .(Initial Study p. 24).

### 3.6.4    THRESHOLD B

**Potential Significant Impact.**  Would the Project result in substantial soil erosion or the loss of topsoil?

❑    **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 3.7(b) of the Initial Study. The Project would be required to implement Plans, Policies, or Programs (PPP) 3.9-2 to manage soil erosion. The finds that the development of the Project will result in no impacts related to Threshold b; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project site has historically graded site that is regularly grubbed/disced Therefore, the loss of topsoil is not a significant impact. Soils in the Project area are particularly prone to erosion

during the grading phase, especially during heavy rains. Reduction of the erosion potential can be accomplished through implementation of a Storm Water Pollution Prevention Plan (SWPPP), which specifies Best Management Practices for temporary erosion controls. Such measures typically include temporary catch basins and/or sandbagging to control runoff and contain sediment transport within the Project site. The SWPPP is required for plan check and approval by the City's Building and Safety Department, prior to provision of permits for the Project, and would include construction BMPs such as:

- Silt fencing, fiber rolls, or gravel bags;
- Street sweeping and vacuuming;
- Storm drain inlet protection;
- Stabilized construction entrance/exit;
- Vehicle and equipment maintenance, cleaning, and fueling;
- Hydroseeding;
- Material delivery and storage;
- Stockpile management;
- Spill prevention and control;
- Solid waste management; and
- Concrete waste management. (Initial Study p. 25).

### 3.6.5   THRESHOLD C

**Potential Significant Impact.** Would the Project be located on a geologic unit or soil that is unstable, or that would become unstable as a result of the Project, and potentially result in on- or offsite landslide, lateral spreading, subsidence, liquefaction, or collapse?

❑     **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 3.7(c) of the Initial Study. The Project will not be subject to landslide, lateral spreading, subsidence, liquefaction or collapse due to a geologic unit or soil that is unstable, or that would become unstable as a result of the Project. The Council finds that the development of the Project will result in no impacts related to Threshold b; therefore, no mitigation is required.

❑     **Substantive Evidence**

Detailed design-level geotechnical studies and building plans pursuant to the California Building Standards Code are required prior to approval of construction. Compliance with the recommendations of a site-specific geotechnical study for soils conditions is a standard practice and would be required by the City Building and Safety Department. Therefore, compliance with the requirements of the California Building Standards Code as identified in a site-specific geotechnical design would be reviewed by the City for appropriate inclusion, as part of the building plan check and development review process, would reduce potential for the above described seismic issues to a less than significant level. (Initial Study p. 26).

### 3.6.6   THRESHOLD D

**Potential Significant Impact.**   Would the Project be located on expansive soil, as defined in the Uniform Building Code, creating substantial risks to life or property?

❑      <u>**Findings**</u>

Potential impacts of the Project related to Threshold d are discussed in detail in Section 3.7(d) of the Initial Study. The Project site does not contain expansive soils. The Council finds that the development of the Project will result in less than significant impacts related to Threshold d; therefore, no mitigation is required.

❑      <u>**Substantive Evidence**</u>

The Project site is generally underlain by Ramona sandy loam soil which is generally not considered to be expansive. In addition, detailed design-level geotechnical studies and building plans pursuant to the *California Building Standards Code* are required prior to approval of construction.   Compliance with the recommendations of the geotechnical study for soils conditions, is a standard practice and would be required by the City Building and Safety Department. Therefore, compliance with the requirements of the *California Building Standards Code* as identified in a site specific geotechnical design would be reviewed by the City for appropriate inclusion, as part of the building plan check and development review process, would reduce the low potential for impacts related to expansive soils to a less than significant. (Initial Study p. 26).

### 3.6.7   THRESHOLD E

**Potential Significant Impact.**   Would the Project have soils incapable of adequately supporting the use of septic tanks or alternative waste water disposal systems where sewers are not available for the disposal of waste water?

❑      <u>**Findings**</u>

Potential impacts of the Project related to Threshold e are discussed in detail in Section 3.7(e) of the Initial Study. The Project does not propose the use of septic tanks or alternative waste water disposal systems. The Council finds that the development of the Project will result in no impacts related to Threshold e; therefore, no mitigation is required.

❑      <u>**Substantive Evidence**</u>

The Project does not propose the use of septic tanks or alternative waste water disposal systems. The Project would install domestic sewer infrastructure and connect to the City of Banning's existing sewer conveyance system. As such, there are no impacts and no mitigation measures are required. (Initial Study p. 27).

### 3.7    HAZARDS AND HAZARDOUS MATERIALS

### 3.7.1    THRESHOLD A,B

**Potential Significant Impact:** A) Would the Project create a significant hazard to the public or the environment through the routine transport, use, or disposal of hazardous materials? B) Create a significant hazard to the public or the environment through reasonably foreseeable upset and accident conditions involving the release of hazardous materials into the environment?

❑    **Findings**

Potential impacts of the Project related to Thresholds a and b are discussed in detail in Section 3.9(a-b) of the Initial Study. The Project would not create a  significant hazard to the public or the environment through the routine transport, use, or disposal of hazardous materials or through reasonably foreseeable upset. The Council finds that development of the Project will result in less than significant impacts related to Threshold a; therefore, no mitigation is required.

❑    **Substantial Evidence**

*Construction Activities*

Heavy equipment that would be used during construction of the Project would be fueled and maintained by substances such as oil, diesel fuel, gasoline, hydraulic fluid, and other liquid materials that would be considered hazardous if improperly stored or handled.  In addition, materials such as paints, roofing materials, solvents, and other substances typically used in building construction would be located on the Project site during construction.  Improper use, storage, or transportation of hazardous materials could result in accidental releases or spills, potentially posing health risks to workers, the public, and the environment.  The potential for accidental releases and spills of hazardous materials during construction is a standard risk on all construction sites, and there would be no greater risk for improper handling, transportation, or spills associated with future development that would be a reasonably consequence of the development of the Project than would occur on any other similar construction site. Construction contractors are required to comply with all applicable federal, state, and local laws and regulations regarding hazardous materials, including but not limited requirements imposed by the Environmental Protection Agency, California Department of Toxic Substances Control, South Coast Air Quality Management District, and the Regional Water Quality Control Board. As such, impacts are less than significant.

*Operational Activities*

Federal and State Community-Right-to-Know laws allow the public access to information about the amounts and types of chemicals that may be used by the businesses that would operate at the Project site.  Laws also are in place that requires businesses to plan and prepare for possible

chemical emergencies. Any business that operates any of the facilities at the Project site and that handles and/or stores substantial quantities of hazardous materials (§ 25500 of California Health and Safety Code, Division 20, Chapter 6.95) would be required to prepare and submit a Hazardous Materials Business Emergency Plan (HMBEP) to the Riverside County Department of Environmental Health (RCDEH) in order to register the business as a hazardous materials handler. Such business is also required to comply with California's Hazardous Materials Release Response Plans and Inventory Law, which require immediate reporting to Riverside County Fire Department and State Office of Emergency Services regarding any release or threatened release of a hazardous material, regardless of the amount handled by the business. (Initial Study pp. 30-31).

### 3.7.2   THRESHOLD C

**Potential Significant Impact:** Would the Project emit hazardous emissions or handle hazardous or acutely hazardous materials, substances, or waste within one-quarter mile of an existing or proposed school?

❑    **Findings**

Potential impacts of the Project related to Threshold c are discussed in detail in Section 3.9(c) of the Initial Study. The Project will not emit emissions within one-quarter mile of an existing school. The Council finds that development of the Project will result in less than significant impacts related to Threshold c; therefore, no mitigation is required.

❑    **Substantial Evidence**

The Project site is not located within one-quarter mile of an existing or proposed school. The nearest school is the San Gorgonio Middle School is located approximately 2 miles northwest of the Project site. In addition, as discussed in the responses to issues 3.9 (a) and 3.9 (b) in the Initial Study, the use and handling of all hazardous or potentially hazardous materials must comply with all applicable federal, State, and local agencies and regulations. (Initial Study p. 32).

### 3.8.4   THRESHOLD D

**Potential Significant Impact:** Would the Project be located on a site which is included on a list of hazardous materials sites compiled pursuant to Government Code Section 65962.5 and, as a result, would it create a significant hazard to the public or the environment?

❑    **Findings**

Potential impacts of the Project related to Threshold d are discussed in detail in Section 3.9(d) of the Initial Study. The Project site is not included on a list of hazardous materials sites compiled pursuant to Government Code Section 65962.5. The Council finds that development of the Project will result in no impacts related to Threshold d; therefore, no mitigation is required.

❑     **Substantial Evidence**

The Project site is not included on a list of hazardous materials sites compiled pursuant to Government Code Section 65962.5. (Initial Study p. 32).

### 3.8.5   THRESHOLD F

**Potential Significant Impact:** For a project located within an airport land use plan or, where such a plan has not been adopted, within two miles of a public airport or public use airport, would the Project result in a safety hazard or excessive noise for people residing or working in the Project area?

❑     **Findings**

Potential impacts of the Project related to Threshold f are discussed in detail in Section 3.9(f) of the Initial Study. The Project would not result in a safety hazard or excessive noise for people residing or working in an area  covered by an airport land use plan or within 2 miles of an airport. The  Council finds that development of the Project will result in no impacts related to Threshold f; therefore, no mitigation is required.

❑     **Substantial Evidence**

The Project site is located approximately 4.5 miles west of the Banning Municipal Airport and is not within the boundaries of the Banning Municipal Airport Compatibility Plan. (Initial Study p. 32).

### 3.8.6   THRESHOLD G

**Potential Significant Impact:** Would the Project impair implementation of or physically interfere with an adopted emergency response plan or emergency evacuation plan?

❑     **Findings**

Potential impacts of the Project related to Threshold g are discussed in detail in Section 3.9(g) of the Initial Study.  The Project would  not impair implementation of or physically interfere with an adopted emergency response plan or emergency evacuation plan during construction or operation. .

❑     **Substantial Evidence**

The City of Banning has adopted the Local Hazard Mitigation Plan, 2017 ("Plan"). The purpose of the Plan is to identify the City's hazards, review and assess past disaster occurrences, estimate the probability of future occurrences, and set goals to mitigate potential risks to reduce or eliminate long-term risk to people and property from natural and man-made hazards.  The Plan requires the timely notification and direction to the public of imminent and potential hazards;

the provision of effective emergency response to disasters that minimize the loss of life and property, and lessen to the greatest extent feasible, serious damage and injuries; and the improvement of community transportation corridors to allow for better evacuation routes for public and better access for emergency responders.

Emergency access to the Project site is available from Sun Lakes Boulevard. During construction and long-term operation, the Project would be required to maintain adequate emergency access for emergency vehicles to Sun Lakes Boulevard as required by the City. Therefore, the Project would not result in a substantial alteration to the design or capacity of any public road that would impair or interfere with the implementation of evacuation procedures. Development of the Project will not impair implementation Plan as evidenced in the analysis in the Initial Study as it relates to emergencies as a result of hazards and natural disasters. (Initial Study pp. 32-33).

### 3.8.7    THRESHOLD H

**Potential Significant Impact:** Would the Project expose people or structures to a significant risk of loss, injury or death involving wildland fires, including where wildlands are adjacent to urbanized areas or where residences are intermixed with wildlands?

❑    **Findings**

Potential impacts of the Project related to Threshold h are discussed in detail in Section 3.9(h) of the Initial Study. The Project will not expose people or structures to a significant risk of loss, injury or death involving wildland fires. The Council finds that development of the Project will result in no impacts related to Threshold h; therefore, no mitigation is required.

❑    **Substantial Evidence**

According to Cal Fire website accessed on January 20, 2020 (https://osfm.fire.ca.gov/divisions/wildfire-planning-engineering/wildland-hazardsbuildingcodes/fire-hazard-severity-zones-maps/) the Project site is identified as being located in a Non-Very High Fire Hazard Severity Zones. In addition, the Project site is adjacent to railroad tracks and the I-10 on the north, and existing development to the east, west, and south. Therefore, the Project would not expose people or structures to a significant risk of loss, injury, or death involving wildland fires and no impact would occur. (Initial Study p. 33).

### 3.9    HYDROLOGY AND WATER QUALITY

### 3.9.1    THRESHOLD A

**Potential Significant Impact:** Would the Project violate any water quality standards or waste discharge requirements?

❑    **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail under Impact 4.8.5 (a) of the EIR. The Project would not violate any water quality standards or waste discharge requirements The Council finds that development of the Project will result in less than significant impacts related to Threshold a; therefore, no mitigation is required.

❑    **Substantial Evidence**

*Construction Impacts*

Pursuant to the requirements of the Colorado River Regional Water Quality Control Board and the City of Banning, the Project proponent will be required to obtain a National Pollutant Discharge Elimination System Municipal Stormwater Permit for construction activities. The National Pollutant Discharge Elimination System permit is required for all Projects that include construction activities, such as clearing, grading, and/or excavation that disturb at least one acre of total land area. Compliance with the National Pollutant Discharge Elimination System permit and the Colorado River Basin Water Quality Control Program involves the preparation and implementation of a Storm Water Pollution Prevention Plan for construction-related activities, including grading. The Storm Water Pollution Prevention Plan would specify the Best Management Practices that the Project would be required to implement during construction activities to ensure that all potential pollutants of concern are prevented, minimized, and/or otherwise appropriately treated prior to being discharged from the site.

Future development of the Project is required to comply with Chapter 13.24.110 - of the Municipal Code which requires that any person performing construction work in the City shall comply with the provisions of the Chapter and the Uniform Building Code, latest edition, for erosion and sediment control, as well as City of Banning Ordinance. In addition, future development must comply with NPDES permit provisions and requirements for management of stormwater runoff from the property using volumetric or flow-based treatment control BMP design criteria, and methodologies used to ensure proper management of stormwater runoff post-construction. This management shall consist of constructing storage and/or infiltration facilities, which includes basins. At a minimum, all development will make provisions to store runoff from rainfall events up to and including the one-hundred-year, three-hour duration event. Post-development peak urban runoff discharge rates shall not exceed pre-development peak urban runoff discharge rates."

*Operational Impacts*

Pursuant to the requirements of the City's National Pollutant Discharge Elimination System permit, prior to approval of future development projects, a Water Quality Management Plan is required for managing the quality of storm water or urban runoff that flows from a developed site after construction is completed and the facilities or structures are occupied and/or operational. A Water Quality Management Plan describes the Best Management Practices that will be implemented and maintained throughout the life of a project to prevent and minimize

water pollution that can be caused by storm water or urban runoff. The Project is proposing a water quality basin in the southwest corner of the site that will meet the requirements of the City's National Pollutant Discharge Elimination System permit.

The Project site currently drains southerly to Sun Lakes Boulevard. The portion of the site which drains to Sun Lakes Boulevard, sheet flows to existing storm drain system which conveys the flows to Smith Creek to the east. Given the size of the Project site and the type of development allowed, the proposed on-site storm drain system would like to consist of landscaping / retention areas and underground or above ground detention basins.

In addition, Chapter 13.24.120 (New development and redevelopment) of the Municipal Code requires acceptable methods and standards for controlling stormwater runoff volumes, rates, and pollutant load. (EIR pp. 4.8-7 to 4.8-9).

**3.9.2   THRESHOLD B**

**Potential Significant Impact**: Substantially decrease groundwater supplies or interfere substantially with groundwater recharge such that the project may impede sustainable groundwater management of the basin?

❑     **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 3.10 (b) of the Initial Study. The Project will not decrease groundwater supplies or interfere substantially with groundwater recharge. The Council finds that development of the Project will result in less than significant impacts related to Threshold b; therefore, no mitigation is required.

❑     **Substantial Evidence**

The City is underlain by the San Gorgonio Pass Subbasin (SGP Subbasin) portion of the Basin. The City extracts groundwater from the Beaumont Storage Unit (Beaumont Basin), Banning Storage Unit, Cabazon Storage Unit, and the Banning Canyon Storage Unit of the San Gorgonio Pass Subbasin portion of the Coachella Valley Groundwater Basin. Because the City's water supply is primarily groundwater, the City is not subject to short-term water shortages resulting from temporary dry weather conditions. Further, as part of the Beaumont Basin adjudication, the City has the option of storing up to 80,000-acre feet of water in the Beaumont Basin.

Groundwater recharge in the area results from precipitation infiltrating into the ground within the surface water catchments and particularly in the canyons north of the City. An additional source of recharge is subsurface inflow (also referred to as underflow) from storage unit to storage unit, infiltration of Whitewater River diversions in the Banning Canyon, and from percolation of treated wastewater into the Cabazon Storage Unit. The Banning Canyon area receives water from the percolation of canyon flows through the gravelly soils of the canyon bottom. The San Gorgonio River running southerly through the Banning Canyon provides intake

areas for distributing water to spreading ditches that interconnect with spreading ponds located approximately one-mile north of the Banning Bench to enhance percolation.

Development of the Project would increase impervious surface coverage on the site which would in turn reduce the amount of direct infiltration of runoff into the ground. This would have a less than significant impact on groundwater recharge in the areas of the San Gorgonio Pass Subbasin that are managed for that purpose, since those recharge areas do not encompass the Project site. (Initial Study pp. 36-37).

### 3.9.3   THRESHOLD C

**Potential Significant Impact**: Would the Project substantially alter the existing drainage pattern of the site or area, including through the alteration of the course of a stream or river, in a manner, which would result in substantial erosion or siltation on- or offsite?

❑    <u>**Findings**</u>

Potential impacts of the Project related to Threshold c are discussed in detail in Section 4.8.5 (bi) of the Initial Study. The Project would not substantially alter the existing drainage pattern of the site or area resulting in substantial erosion or siltation on or off-site. The Council finds that development of the Project will result in less than significant impacts related to Threshold c; therefore, no mitigation is required.

❑    <u>**Substantial Evidence**</u>

The Project site is relatively flat. The Project will be designed to generally maintain the existing topography of the site, with minor modifications as necessary to accommodate site development and proposed drainage conditions. Nonetheless, construction of the Project would involve substantial ground disturbance during clearing and grading of the site. In addition, on-site erosion could occur if graded slopes are not stabilized prior to ultimate development or landscaping. The proposed grading activities would generate fair amounts of silt which could be carried off-site during a heavy rainfall event. Should such an event occur in the absence of any preventative measures to contain silt and other soils on-site, erosion and/or siltation downstream would result. However, pursuant to requirements of the Colorado River Regional Water Quality Control Board, the Project Proponent would be required to obtain a NPDES permit for construction activities on-site. The NPDES permit is required for all projects that include construction activities, such as clearing, grading, and/or excavation that disturb at least one (1) acre of total land area. Compliance with the NPDES permit involves the preparation and implementation of a SWPPP for construction related activities. The SWPPP would specify BMPs to minimize the potential for erosion and siltation to occur and would include specific Project site measures to address the potential for the caving in of temporary excavations. With mandatory adherence to the SWPPP requirements during construction activities, effects associated with erosion, siltation, water

quality, and flooding on downstream water sources and flood control systems would be maintained at a level below significance.

In addition, as required by Chapter 18.15 - Erosion and Sediment Control of the Municipal Code, all individual construction and grading projects shall implement measures to ensure that pollutants are not discharged from the site, will be reduced to the maximum extent practicable and will not cause or contribute to an exceedance of water quality objectives in the local natural watercourses. All construction and grading activities will follow applicable ordinances, permits and other federal, state, and local requirements.

With buildout of the Project, the site would generally be converted from vacant land to developed land consisting of urban land uses and ornamental landscaping. As compared to existing conditions, development would reduce the site's potential for generating substantial amounts of erosion or siltation because previously undeveloped areas that contribute to erosion and siltation would be replaced by buildings, paving, and landscaped areas. Moreover, with incorporation of water quality/detention basins that would address water quality and would reduce the amount of siltation in site runoff. (EIR pp. 4.8-9 to 4.8.10).

### 3.9.4    THRESHOLD D

**Potential Significant Impact**: *Would the Project substantially alter the existing drainage pattern of the site or area, including through the alteration of the course of a stream or river, or substantially increase the rate or amount of surface runoff in a manner, which would result in flooding on or offsite?*

❑    **Findings**

Potential impacts of the Project related to Threshold d are discussed in detail in Section 4.8.5 (bii) of the EIR.  Through compliance with Section 13.24.110 of the Municipal Code,  the Project would not substantially alter the existing drainage pattern of the site or area. The Council finds that development of the Project will result in less than significant impacts related to Threshold d; therefore, no mitigation is required.

❑    **Substantial Evidence**

The Project site currently drains southerly to Sun Lakes Boulevard. The portion of the site which drains to Sun Lakes Boulevard, sheet flows to existing storm drain system which conveys the flows to Smith Creek to the east. Given the size of the Project site and the type of development allowed, the proposed on-site storm drain system will likely consist of landscaping / retention areas and underground or above ground detention basins.

Section 13.24.110 of the Municipal Code requires land development activities to include provisions for the management of stormwater runoff from the property, which is to include volumetric or flow based treatment control BMP design criteria, which shall consist of

constructing storage and/or infiltration facilities including basins, and make provision to store runoff from rainfall events up to and including the 100-year, 3-hour duration event. Post development peak urban runoff discharge rates may not exceed pre-development peak urban runoff discharge rates. (EIR p. 4.8-10).

**3.9.5   THRESHOLD E**

**Potential Significant Impact**: Would the Project create or contribute runoff water which would exceed the capacity of existing or planned storm water drainage systems or provide substantial additional sources of polluted runoff?

❑      **Findings**

Potential impacts of the Project related to Threshold e are discussed in detail in Section 4.8.5 (biii) of the EIR. The Project would be required to comply with Chapter 13.24, of the Municipal Code to ensure the Project does not contribute runoff water which would exceed the capacity of existing or planned storm water drainage systems or provide substantial additional sources of polluted runoff. The Council finds that development of the Project will result in less than significant impacts related to Threshold e; therefore, no mitigation is required.

❑      **Substantial Evidence**

Future development facilitated by implementation of the proposed Project, including both on-site and off-site infrastructure, would result in changes to the absorption rates, drainage patterns, and the corresponding rate and amount of surface runoff of the existing Project area. The proposed land uses would be in previously undisturbed areas and would result in new impervious surfaces that would generate additional stormwater flows. However, as required by with Section 13.24.110 of the Municipal Code, site development resulting from the implementation of the Project would include upgrades to drainage and stormwater facilities that would either prevent site development from causing an exceedance of existing downstream drainage system capacity. (EIR pp. 4.8-10-11).

**3.9.5   THRESHOLD F**

**Potential Significant Impact**: Would the Project impede or redirect flood flows?

❑      **Findings**

Potential impacts of the Project related to Threshold f are discussed in detail in Section 4.8.5 (biv) of the EIR. The Project would be required to comply with Chapter 15.64 of the Municipal Code to ensure the Project does not impede or redirect flood flows. The Council finds that development of the Project will result in less than significant impacts related to Threshold f; therefore, no mitigation is required.

❑    **Substantial Evidence**

FEMA is responsible for determining flood elevations and floodplain boundaries based on studies performed by the U.S. Army Corps of Engineers (USACE). FEMA is also responsible for distributing the Flood Insurance Rate Maps (FIRMs), which are used in the NFIP. These maps identify the locations of special flood hazard areas, including the 100-year flood plain. According to FEMA FIRM Panel No. 060246, the Project site is not located within an Area of Minimal Flood Hazard.

In addition, future development will be subject to Chapter 15.64 of the Municipal Code which authorizes the City to restrict or prohibit uses that could be dangerous to health safety, and property due to water or erosion hazards, to control the alteration of natural floodplains, stream channels, and natural protective barriers, to control filling, grading, dredging and other development that may increase flood damage, to prevent or regulate the construction of flood barriers which could divert flood waters or increase flood hazards in other areas, and to require measures to protect uses against flood damage at the time of construction. (EIR p. 4.8-11 to 4.8-12).

### 3.9.6   THRESHOLD G

**Potential Significant Impact**: In flood hazard, tsunami, or seiche zones, risk release of pollutants due to project inundation?

❑    **Findings**

Potential impacts of the Project related to Threshold f are discussed in detail in Section 3.10 (d) of the Initial Study. The Project would be required to implement Plans, Policies, or Programs (PPP) 3.9-1 through 3.9-4 to ensure the Project does not otherwise degrade water quality. The City Council finds that development of the Project will result in less than significant impacts related to Threshold f; therefore, no mitigation is required.

❑    **Substantial Evidence**

Per FEMA Flood Insurance Rate Map (FIRM) Panel No. 06065C0812G (effective date: August 28, 2008) the Project Site lies within an unshaded Zone "X" floodplain. Unshaded Zone "X" is defined as Area of Minimal Flood Hazard. As such, there is no impact.

According to the California Department of Conservation, California Official Tsunami Inundation Maps the site is not located within a tsunami inundation zone. The Project would not be at risk from seiche because there is no water body in the area of the Project site capable of producing as seiche. As such, there is no impact. (Initial Study p. 38).

### 3.9.7   THRESHOLD H

**Potential Significant Impact**: Would the project conflict with or obstruct implementation of a water quality control plan or sustainable groundwater management plan?

❑        <u>Findings</u>

Potential impacts of the Project related to Threshold h are discussed in detail in Section 4.8.5 (c) of the EIR. The Project would not the project conflict with or obstruct implementation of a water quality control plan or sustainable groundwater management plan with implementation of the drainage system improvements required by Section 13.24.110 of the Municipal Code. The Council finds that development of the Project will result in less than significant impacts related to Threshold h; therefore, no mitigation is required.

❑        <u>Substantial Evidence</u>

The Colorado River Regional Water Quality Control Board regulates waste discharges to minimize and control their effects on the quality of the region's ground and surface water. As it affects the Project, the primary regulatory tool is the National Pollutant Discharge Elimination System (NPDES). The Clean Water Act prohibits anybody from discharging "pollutants" through a "point source" into a "water of the United States" unless they have an NPDES permit. The permit will contain limits on what you can discharge, monitoring and reporting requirements, and other provisions to ensure that the discharge does not hurt water quality or people's health.

On January 12, 2010, the City of Banning adopted Ordinance No. 1415, amending Title 13, Chapter 13.24, of the Municipal Code (now entitled "Stormwater Code") to bring it into compliance with the requirements of its Municipal NPDES Permit No. CAS617002 (R7-20080001. Among other things, the amended Stormwater Code addresses water quality on construction sites (Section 13.24.110(Construction Sites), which was amended in its entirety, and new development (Section 13.24.120 (New Development and Redevelopment), which was also amended in its entirety Section 13.24.120 requires new development to control stormwater runoff so as to prevent any deterioration of water quality that would impair subsequent or competing uses of water and further requires new development to implement BMPs designed to control the rate and volume of stormwater runoff from new developments so as to minimize the discharge and transport of pollutants.  (EIR p. 4.8-12).

The Sustainable Groundwater Management Act (SGMA) classifies California's 515 groundwater basins into one of four categories high, medium, low, or very low-priority. According to the SGMA Basin Prioritization Dashboard accessed on June 25, 2020, the Project site is located within the Coachella Valley- San Gorgonio Pass Basin and is classified as "medium" priority. The SGMA requires medium- and high-priority basins to develop groundwater sustainability agencies (GSAs), develop groundwater sustainability plans (GSPs) and manage groundwater for long-term sustainability.

The City of Banning in conjunction with the San Gorgonio Pass Water Agency, Banning Heights Municipal Water Agency, Cabazon Water District, Desert Water Agency, and the Mission Springs Water District is currently developing the Groundwater Sustainability Plan for the San Gorgonio

AR 007166

AR004306

Pass Subbasin of the Coachella Basin. At this time, the Plan is not adopted. However, it is anticipated that the plan will be in effect to manage and monitor groundwater affecting the Project area at the time development is proposed. (EIR p. 4.8-12-13)

### 3.10    LAND USE AND PLANNING

#### 3.10.1  THRESHOLD A

**Potential Significant Impact:** Would the Project physically divide an established community?

❑    **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 3.11(a) of the Initial Study. The Project would not physically divide an established community because the site fits a logical pattern for development in the area. The  Council finds that development of the Project will result in no impacts relating to Threshold a; therefore, no mitigation is required.

❑    **Substantive Evidence**

An example of a Project that has the potential to divide an established community includes the construction of a new freeway or highway through an established neighborhood.  The Project site consists of approximately 47-acres of undeveloped land that is adjacent to railroad tracks and I-10 to the north and existing development to the east, south, and west. There is no impact. (Initial Study p. 39).

### 3.11    MINERAL RESOURCES

#### 3.11.1  THRESHOLD A

**Potential Significant Impact:** Would the Project result in the loss of availability of a known mineral resource that would be of value to the region and the residents of the state?

❑    **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 3.12(a) of the Initial Study. Implementation of the Project would not result in the loss of availability of a known mineral resource that would be of value to the region or the residents of the State of California. The Council finds that development of the Project will result in no impacts relating to Threshold a; therefore, no mitigation is required.

❑   **Substantive Evidence**

The Project site is located within a mineral resource zone area classified as MRZ-3 as identified in Exhibit IV-8 in the City of Banning General Plan. Areas classified as MRZ-3 are defined as containing mineral deposits, the significance of which cannot be evaluated from available data. The City of Banning General Plan identifies one aggregate producer within its planning area; the Banning Quarry which is located in the eastern portion of the City approximately 1.25 miles northeast of the Project site. Implementation of the Project would not result in the loss of known mineral resources. (Initial Study p. 40).

### 3.11.2 THRESHOLD B

**Potential Significant Impact:** Would the Project result in the loss of availability of a locally important mineral resource recovery site delineated on a local general plan, specific plan, or other land use plan?

❑   **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 3.11(b) of the Initial Study. The General Plan does not identify any locally important mineral resource recovery site on the Project site. Council finds that development of the Project will result in no impacts relating to Threshold b; therefore, no mitigation is required.

❑   **Substantive Evidence**

The Project site is located within a mineral resource zone area classified as MRZ-3 as identified in Exhibit IV-8 in the City of Banning General Plan. Areas classified as MRZ-3 are defined as containing mineral deposits, the significance of which cannot be evaluated from available data. The City of Banning General Plan identifies one aggregate producer within its planning area; the Banning Quarry which is located in the eastern portion of the City approximately 1.25 miles northeast of the Project site. Implementation of the Project would not result in the loss of known mineral resources. (Initial Study p. 40).

### 3.12   NOISE

### 3.12.1 THRESHOLD A

**Potential Significant Impact:** For a project located within an airport land use plan or, where such a plan has not been adopted, within two miles of a public airport or public use airport, would the Project expose people residing or working in the Project area to excessive noise levels?

❑   **Findings**

Potential impacts of the Project related to Threshold e are discussed in detail in Section 3.13(c) of the Initial Study.  The Project would not  expose people residing or working in the Project area

to excessive noise levels within an airport land use plan or within two miles of a public airport or public use airport. The Council finds that development of the Project will result in no impacts related to Threshold e; therefore, no mitigation is required.

❑      **Substantive Evidence**

The Project site is located approximately 4.5 miles west of the Banning Municipal Airport and is not within the boundaries of the Banning Municipal Airport Compatibility Plan. There is no impact. (Initial Study p. 42).

### 3.12.2 THRESHOLD B

**Potential Significant Impact:**  Generation of excessive ground borne vibration or ground borne noise levels?

❑      **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 4.5-10 (b) of the EIR  The Project would not   generate ground borne noise or vibration during construction or operation. The Council finds that development of the Project will result in less than significant  impacts related to Threshold b; therefore, no mitigation is required.

❑      **Substantive Evidence**

Vibration generated by construction equipment can result in varying degrees of ground vibration, depending on the equipment. The operation of construction equipment causes ground vibrations that spread through the ground and diminish in strength with distance. Buildings situated on soil near the active construction area respond to these vibrations, which range from imperceptible to low rumbling sounds, with perceptible vibrations and slight damage at the highest vibration levels. Typically, construction-related vibrations do not reach vibration levels that would result in damage to nearby structures. Table 4.10 of the EIR shows the vibration damage threshold for continuous/frequent intermittent sources would occur at 0.3 PPV in/sec for old residential structures, 0.5 PPV in/sec for new residential structures, and 0.5 PPV in/sec for modern industrial/commercial buildings.

The use of bulldozers and trucks for the construction of the proposed project would generate the highest ground borne vibration levels. Based on the Caltrans "Transportation and Construction Vibration Guidance Manual", a large bulldozer and loaded trucks would generate vibration levels of 0.089 PPV in/sec and 0.076 PPV in/sec, respectively, when measured at 25 feet. The closest residential structures to the project site are approximately 15 feet away. At this distance, the closest residential structures would experience vibration levels of up to 0.04 PPV. This vibration level would be below the damage threshold of 0.3 PPV for old residential structures. This vibration level

would be well below the damage threshold of 0.5 PPV for new on-site residential structures. Therefore, vibration levels generated during construction of the proposed project would be considered less than significant and no mitigation measures are required.

The residential neighborhoods, school, park/open/recreational uses, public facilities, and commercial, office, business park  industrial, residential uses allowed by the Specific Plan and developments would not include any substantial sources of long-term vibration. Thus, ongoing operations would not generate significant levels of vibration, and such impacts would be less than significant, requiring no mitigation.

## 3.13    POPULATION AND HOUSING

### 3.13.1 THRESHOLD A

**Potential Significant Impact:** Would the Project induce substantial population growth in an area, either directly (for example, by proposing new homes and businesses) or indirectly (for example, through extension of roads or other infrastructure)?

❑       **Findings**

Potential impacts of the Project related Threshold a are discussed in detail in Section 3.14(a) of the Initial Study. The City Council finds that development of the Project will result in less than significant impacts related to Threshold a; therefore, no mitigation is required.

❑       **Substantive Evidence**

The Project would not directly result in population growth because it does not propose any residential dwelling units.  It is anticipated that new employees generated by the Project could come from within the local area and would not generate the need for any housing. , the Project site has been planned for this type of development by the City's General Plan and all infrastructure required to serve the Project exists adjacent to the site.

It is anticipated that new employees generated by the Project could come from within the local area and would not generate the need for new housing based on the Southern California Association of Government's (SCAG) growth projections for the City incorporate the type of growth that would result from the Project. Per SCAG's Connect SoCal Demographics and Growth Forecast Technical Report, Table 14-Jurisdictional Level Growth Forecasts, data for the City of Banning for 2016 shows the  jobs to housing ratio is 0.68.  SCAG considers an area balanced when the jobs-housing ratio is 1.36; communities with more than 1.36 jobs per dwelling unit are considered jobs-rich; those with fewer than 1.36 are housing-rich. and is considered housing rich. Because the City's ratio of jobs to housing of 0.68 is significantly less the 1.36 threshold, new housing is not needed to fulfill jobs in the area

Typically, population growth would be considered a significant impact pursuant to CEQA if it directly or indirectly affects the ability of agencies to provide needed public services and requires the expansion or new construction of public facilities and utilities.  Water and sewer service to the Project site will be provided by the City of Banning. No additional water or sewer infrastructure will be needed to serve the Project other than connection to the existing water and sewer lines. Water and sewer infrastructure will not have to be extended in the area to serve the Project.

In addition, the analysis in Section 3.14, Public Services, of this Initial Study demonstrates that the impacts on public services are less than significant so the public service provider's ability to provide services will not be reduced.    (Initial Study pp. 43).

### 3.13.2 THRESHOLD B

**Potential Significant Impact:** Would the Project displace substantial numbers of people or existing housing, necessitating the construction of replacement housing elsewhere?

❑    **Findings**

Potential impacts of the Project related Threshold b are discussed in detail in Section 3.14(b) of the Initial Study.  The Project would not displace substantial numbers of existing people or housing units.  The  Council finds that development of the Project will result in no impacts related to Threshold b; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project site does not contain any  housing. Therefore, implementation of the Project would not displace substantial numbers of existing housing, nor would it necessitate the construction of replacement housing elsewhere.  (Initial Study p. 44).

### 3.14    PUBLIC SERVICES

### 3.14.1 THRESHOLD A1

**Potential Significant Impact:** Would the Project result in substantial adverse physical impacts associated with the provision of new or physically altered governmental facilities, need for new or physically altered governmental facilities, the construction of which could cause significant environmental impacts, in order to maintain acceptable service ratios, response times or other performance objectives for fire protection?

❑   **Findings**

Potential impacts of the Project related Threshold a1 are discussed in detail in  Section 3.15(a). The Project would not result in an increase in the demand for services that require the construction  of new or physically altered fire facilities. The City Council finds that development of the Project will result in less than significant impacts related to Threshold a1; therefore, no mitigation is required.

❑   **Substantive Evidence**

Fire protection services for the Project would be provided by the City of Banning through a contractual agreement with the Riverside County Fire Department, which contracts with the California Department of Forestry. Through a mutual aid agreement with surrounding communities, including Beaumont, Calimesa and Cabazon, each city has access to and benefits from the services provided by fire stations in other cities. The Project site is served by Fire Station #20 located approximately 0.6 roadway miles west of the site at 1550 E. 6th Street, Beaumont, CA.

Development of the Project would impact fire protection services by placing an additional demand on existing Riverside County Fire Department resources should its resources not be augmented. To offset the increased demand for fire protection services, the Project would be conditioned by the City to provide a minimum of fire safety and support fire suppression activities, including compliance with State and local fire codes, fire sprinklers, a fire hydrant system, paved access, and secondary access routes.

Furthermore, the Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing for fire protection facilities. Payment of the Development Impact Fee would ensure that the Project provides fair share funds for the provision of additional fire protection facilities.

Based on the evidence above, the Project would not result in the need for new or physically altered fire facilities in order to maintain acceptable service ratios, response times or other performance objectives. (Initial Study pp. 45-46).

### 3.14.2 THRESHOLD A2

**Potential Significant Impact:** Would the Project result in substantial adverse physical impacts associated with the provision of new or physically altered governmental facilities, need for new or physically altered governmental facilities, the construction of which could cause significant environmental impacts, in order to maintain acceptable service ratios, response times or other performance objectives for police protection?

AR 007172

❑    **Findings**

Potential impacts of the Project related Threshold a2 are discussed in detail in Section 3.15(a) of the Initial Study.  The Project would not result in an increase in the demand for police service that would require the construction of new or physically altered police facilities .The City Council finds that development of the Project will result in less than significant impacts related to Threshold a2; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project Site is currently serviced by the City of Banning Police Department which is located approximately 4.5 miles east of the Project site at 125 E Ramsey Street in Banning. Development of the Project would impact fire protection services by placing an additional demand on existing Riverside County Fire Department resources should its resources not be augmented. The Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing for police protection facilities to offset impacts created by new development. Payment of the Development Impact Fee would ensure that the Project provides fair share funds for the provision of additional police protection facilities. In addition, the Project site is located in a developed area of the City which is routinely patrolled. It is not anticipated that new police facilities will need to be constructed to serve the Project in order to maintain acceptable service ratios, response times or other performance objectives for any of the public services (Initial Study p. 46).

### 3.14.3 THRESHOLD A3

**Potential Significant Impact:** Would the Project result in substantial adverse physical impacts associated with the provision of new or physically altered governmental facilities, need for new or physically altered governmental facilities, the construction of which could cause significant environmental impacts, in order to maintain acceptable service ratios, response times or other performance objectives for schools?

❑    **Findings**

Potential impacts of the Project related Threshold a3 are discussed in detail in Section 3.15(a) of the Initial Study.  The Project would not result in the need to construct a new school. The Council finds that development of the Project will result in less than significant impacts related to Threshold a3; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project does not create an additional need for housing thus directly increasing the overall population of the City and generating additional students to be served by the Banning Unified School District. However, the Project would be required to contribute fees to the Banning Unified School District in accordance with the Leroy F. Greene School Facilities Act of 1998 (Senate Bill

50). Pursuant to Senate Bill 50, payment of school impact fees constitutes complete mitigation under CEQA for Project-related impacts to school services.  (Initial Study pp. 46-47).

### 3.14.4 THRESHOLD A4

**Potential Significant Impact:** Would the Project result in substantial adverse physical impacts associated with the provision of new or physically altered governmental facilities, need for new or physically altered governmental facilities, the construction of which could cause significant environmental impacts, in order to maintain acceptable service ratios, response times or other performance objectives for parks?

❑    **Findings**

Potential impacts of the Project related Threshold a4 are discussed in detail in Initial Study Section 3.15(a).  The Project would not increase the population requiring the need for the development of additional parks. The Council finds that development of the Project will result in less than significant impacts related to Threshold a4; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project does not create a direct additional need for parkland as it does not propose residential uses. The payment of development impact fees will reduce any indirect Project impacts related to parks.  (Initial Study p. 47).

### 3.14.5 THRESHOLD A5

**Potential Significant Impact:** Would the Project result in substantial adverse physical impacts associated with the provision of new or physically altered governmental facilities, need for new or physically altered governmental facilities, the construction of which could cause significant environmental impacts, in order to maintain acceptable service ratios, response times or other performance objectives for other public facilities?

❑    **Findings**

Potential impacts of the Project related Threshold a5 are discussed in detail in Section 3.15(a) of the Initial Study.  The Project would not increase the population to the extent  that the construction of additional or physically altered public facilities are required. The Council finds that development of the Project will result in less than significant impacts related to Threshold a5; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing public facilities. Payment of the Development Impact Fee would ensure that the Project provides fair share of

funds for additional public facilities. These funds may be applied to the acquisition and/or construction of public services and/or equipment.  (Initial Study p.47).

---

**3.15 RECREATION**

---

**3.15.1  THRESHOLD A**

**Potential Significant Impact:** Would the Project increase the use of existing neighborhood and regional parks or other recreational facilities such that substantial physical deterioration of the facility would occur or be accelerated?

❑　　**Findings**

Potential impacts of the Project related Threshold a are discussed in detail in Section 3.16(a) of the Initial Study.  The Project would not increase the use of existing parks to the extent they would deteriorate. The Council finds that development of the Project will result in less than significant impacts related to Threshold a; therefore, no mitigation is required.

❑　　**Substantive Evidence**

 The Project would not cause a substantial physical deterioration of any park facilities or would accelerate the physical deterioration of any park facilities because the Project does not proposes residential dwelling units which would increase the population that would use parks. The payment of development impact fees will reduce any indirect Project impacts related to recreational facilities. (Initial Study p. 48).

**3.15.2  THRESHOLD B**

**Potential Significant Impact:** Does the Project include recreational facilities or require the construction or expansion of recreational facilities, which might have an adverse physical effect on the environment?

❑　　**Findings**

Potential impacts of the Project related Threshold b are discussed in detail in Section 3.16(b) of the Initial Study.  The Project would not result in significant impacts as a result of providing on-site recreational facilities.  The Council finds that development of the Project will result in less than significant impacts related to Threshold b; therefore, no mitigation is required.

❑　　**Substantive Evidence**

As noted in the response to Issue 3.16(a) above, the Project does not propose any recreational facilities or require the construction or expansion of recreational facilities which might have an adverse effect on the environment. In addition, no offsite parks or recreational improvements are proposed or required as part of the Project. (Initial Study p. 49).

**3.16 TRANSPORTATION/TRAFFIC**

**3.16.1 THRESHOLD A**

**Potential Significant Impact:** Conflict with a program, plan, ordinance, or policy addressing the circulation system, considering all modes of transportation including transit, roadway, bicycle, and pedestrian facilities?

❑      <u>Findings</u>

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.11.5 (a) of the EIR.  The Project does conflict with transit service, the operation of the roadway system, bicycle travel, or pedestrian facilities. The Council finds that development of the Project will have no impacts related to Threshold a; therefore, no mitigation is required.

❑      <u>Substantive Evidence</u>

*Transit Facilities*

The nearest bus stop is within the Sun Lakes Village residential community located across Sun Lakes Drive just south of the Project site. There are no bus stops located on Sun Lakes Boulevard adjacent to the Project site. In addition, Sun Lakes Boulevard is a fully improved with curb, gutter, sidewalk, and a landscaped parkway adjacent to the Project site. The Project is proposing to construct to construct two (2)access driveways on Sun Lakes Boulevard which will be constructed to meet City standards. The driveways do not have the potential to preclude the availability of bus service to the Project site.

*Roadway Facilities*

The Project is located adjacent to Sun Lakes Boulevard which is a fully improved roadway that meets City standards. Sun Lakes Boulevard is classified as a Major Highway in the General Plan Circulation Element. A Major Highway has 100 feet of right of way, with a 76-foot street section from curb to curb. This represents four travel lanes, with parking lanes on each side, a center median, and a parkway on each side. The Project is proposing to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards. The primary driveway (to be aligned with the existing entrance to Sun Lakes Village) will be signalized. The driveways do not have the potential to change the geometric design of Sun Lakes Boulevard in a manner that would negatively impact Sun Lakes Boulevard function as a Major Highway.

*Bicycle Facilities*

Section 5.106.4.1.2 of the CalGreen Code requires that the Project provide secure bicycle parking that meets one of the following:

a) Covered, lockable enclosures with permanently anchored racks for bicycles;

b) Lockable bicycle rooms with permanently anchored racks or lockable, permanently anchored bicycle lockers.

With mandatory compliance to the CalGreen Code, impacts are less than significant.

*Pedestrian Facilities*

The Project is located adjacent to Sun Lakes Boulevard which is improved with a sidewalk running the entire length of the Project site and connects to existing sidewalk network in the Project area. The Project is proposing to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards which includes pedestrian access across the driveways. In addition, the primary driveway (to be aligned with the existing entrance to Sun Lakes Village) will be signalized and include pedestrian access to Sun Lakes Villages to the south. (EIR pp. 4-11-7 - 8).

### 3.16.2  THRESHOLD B

**Potential Significant Impact:** Would the Project substantially increase hazards due to a design feature (e.g., sharp curves or dangerous intersections) or incompatible uses (e.g., farm equipment)?

❑    **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 4.11.5 (c) of the EIR. The Project proposes land uses that are compatible with the surrounding residential and commercial land uses. The Council finds that development of the Project will have no impacts related to Threshold b; therefore, no mitigation is required.

❑    **Substantive Evidence**

The Project is located adjacent to Sun Lakes Boulevard which is a fully improved roadway that meets City standards. Sun Lakes Boulevard is classified as a Major Highway in the General Plan Circulation Element. A Major Highway has 100 feet of right of way, with a 76-foot street section from curb to curb. This represents four travel lanes, with parking lanes on each side, a center median, and a parkway on each side. The Project is proposing to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards. The primary driveway (to be aligned with the existing entrance to Sun Lakes Village) will be signalized. The driveways do not have the potential to change the geometric design of Sun Lakes Boulevard in a

manner that would substantially increase hazards due geometric design feature (e.g., sharp curves or dangerous intersections). Impacts are less than significant.

Additionally, the Project site occurs in an area that has largely been developed with residential and commercial land uses, and there are no disparate uses, such as agricultural uses, that could potentially create safety hazards due to incompatible uses.
 (EIR p. 4.11-13).

### 3.16.3 THRESHOLD C

**Potential Significant Impact:** Would the Project result in inadequate emergency access?

❑      <u>**Findings**</u>

Potential impacts of the Project related to Threshold c are discussed in detail in Section 4.11.5 (d) of the EIR.  The Project would provide adequate emergency access.  The Council finds that development of the Project will result in less than significant impacts related to Threshold e; therefore, no mitigation is required.

❑      <u>**Substantive Evidence**</u>

 The Project is located adjacent to Sun Lakes Boulevard which is a fully improved roadway that meets City standards. Sun Lakes Boulevard is classified as a Major Highway in the General Plan Circulation Element. A Major Highway has 100 feet of right of way, with a 76-foot street section from curb to curb. This represents four travel lanes, with parking lanes on each side, a center median, and a parkway on each side. The Project is proposing to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards. The primary driveway (to be aligned with the existing entrance to Sun Lakes Village) will be signalized. These improvements will provide adequate emergency vehicle access. (EIR p. 4.11-14).

### 3.17    TRIBAL CULTURAL RESOURCES

### 3.17.1 THRESHOLD A

**Potential Significant Impact:** Would the Project  cause a substantial adverse change in the significance of a tribal cultural resource, defined in Public Resources Code 21074 as either a site, feature, place, cultural landscape that is geographically defined in terms of the size and scope of the landscape, sacred place, or object with cultural value to a California Native American Tribe, and that is Listed or eligible for listing in the California Register of Historical Resources, or in a local register of historical resources as defined in Public Resources Code Section 5020.1(k)?

AR 007178

❑     **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.12.5 (a) of the EIR.  The Council finds there are no tribal cultural resources  listed or eligible for listing in the California Register of Historical Resources, or in a local register of historical resources  on the Project site. The Council finds that development of the Project will result in less than significant impacts related to Threshold a; therefore, no mitigation is required.

❑     **Substantive Evidence**

The Project area appears to have low sensitivity for prehistoric archaeological resources, and it is unlikely that intact, subsurface prehistoric archaeological deposits would be uncovered during Project construction. Sensitivity for encountering historic-age archaeological resources is considered low-to-moderate. The Project area lies within Stewart Ranch; however, the land within the Project area was utilized for grazing, agricultural, and water control/conveyance purposes. This suggests that any historic artifacts and/or deposits that may be present in subsurface context would most likely reflect those activities (e.g., horse shoes, tacks, barbed wire, sparse occurrences of tin cans and glass bottles, other water conveyance/control features, and would most likely not be considered historically significant. Thus, no mitigation measures are required.(EIR p. 4.12-3,4)

**3.18 UTILITIES AND SERVICE SYSTEMS**

**3.18.1 THRESHOLD A**

**Potential Significant Impact:** Would the Project have  sufficient  water  supplies  available to  serve  the  project  and reasonably foreseeable future development during normal, dry, and multiple years?

❑     **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.13.5 (b) of the EIR.  The Project would have adequate water supply available for during normal, dry, and multiple years. The Council finds that development of the Project will result in less than significant impacts related to Threshold a; therefore, no mitigation is required.

❑     **Substantive Evidence**

The City  purchases imported water from  the San Gorgonio Pass  Water Agency  to recharge to the Beaumont Basin at Beaumont Cherry Valley Water District's Noble Creek  spreading facility. Based on the City's 2015 UWMP, the City recharged approximately 694 any in year 2015. Although the City purchases imported water, the imported water supply connection is only used for recharge.

To assess the ultimate effect of the Project's water demands and service needs, the City of Banning Water Department has prepared a Water Supply Assessment, included as Technical Appendix J to the EIR, in accordance with Senate Bill 610 (SB 610). At the time the assessment was prepared, there were no land use development entitlements being sought (i.e. site plan, parcel map, etc.) by the Project proponent. In the absence of site-specific details, the water demand for the Project is based on the City of Banning, *Integrated Master Plan, Final Report, March 2018*. According to Table 3.8, *Known Developments Demand Projections*, the Project is estimated to have an annual water demand of 279-acre feet per year (afy). the Project's expected water demand is within the City's total  projected water supplies available during normal, single dry, and multiple dry water years for the next 20 years. Table 4.13.2 - *Comparison of Project Demand vs. Projected Deliveries (afy)* of the EIR demonstrates that  there will be adequate supplies to meet the projected water demand associated with the Project in addition to the existing and other planned future uses of the City's water system

### 3.18.2 THRESHOLD B

**Potential Significant Impact:** Would the Project result in a determination by the wastewater treatment provider, which serves or may serve the project that it has adequate capacity to serve the project's projected demand in addition to the provider's existing commitments?

❑    **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 4.13.5 (c) of the EIR.  Adequate capacity is available to serve the Project's wastewater demand. The Council finds that development of the Project will result in less than significant impacts related to Threshold b; therefore, no mitigation is required.

❑    **Substantive Evidence**

All wastewater flows collected within the City's service area are currently treated at one facility, the Banning Wastewater Treatment Plant. The plant is in the southeast portion of the City adjacent to Smith Creek and east of Hathaway Street. The City contracts with United Water Services for the operation and maintenance of the plant. The plant has capacity to treat up to 3.6 million gallons per day (MGD. The Plant treated an average of 2.07 MGD in 2016. According to the City of Banning, *Integrated Master Plan*, 2018, the Project is estimated to generate approximately 53,580 gpd (0.5 MGD).

A comparison of the Project's wastewater generation as compared to the overall City's projected wastewater flows by percentage is shown in Table 4.13-3 of the EIR. The Project's estimated  wastewater flows  represent  1.78%  of the treatment plant's  capacity in 2025 and 1.16% in 2040.

### 3.18.3  THRESHOLD C

**Potential Significant Impact:** Would the Project generate solid waste more than State or local standards, or more than the capacity of local infrastructure, or otherwise impair the attainment of solid waste reduction goals?

❑      **Findings**

Potential impacts of the Project related to Threshold c are discussed in detail in Section 4.13.5 (d) of the EIR.  Adequate capacity is available to serve the Project's solid waste generation. The Council finds that development of the Project will result in less than significant impacts related to Threshold c; therefore, no mitigation is required.

❑      **Substantive Evidence**

The California Emissions   Estimator Model (CalEEMod) is a    statewide  land   use emissions  computer model designed to provide a uniform platform for government agencies to quantify potential air quality criteria pollutant emissions associated with both construction  and operations  from  a variety of land use projects. The model can also be used to estimate solid waste generation rates for various types of land uses for analysis in CEQA documents. Waste disposal rates by land use and overall composition of municipal solid waste in California is primarily based on CalRecycle data. Based on solid waste generation usage obtained from CalEEMod, the Project would generate approximately 1,689 tons of solid waste per year (6,255 cubic yards).  This amount represents 0.018% of the remaining capacity of the Badlands Sanitary Landfill, 0.003% of the El Sobrante Sanitary Landfill, and 0.0001% of the Lamb Canyon Sanitary Landfill. As such, the nominal portion of the Project's solid waste generation would  not contribute significantly  to landfill capacity, and the landfill facilities are sufficient.  Accordingly, impacts would be less than significant.

**3.18.4 THRESHOLD D**

**Potential Significant Impact:** Would the Project comply with federal, state, and local management and reduction statutes and regulations related to solid waste?

❑      **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 3.19(e) of the Initial Study. The Project will comply with federal, state, and local management and reduction statutes and regulations related to solid waste . The Council finds that development of the Project will result in less than significant impacts related to Threshold a; therefore, no mitigation is required.

❑      **Substantive Evidence**

The California Integrated Waste Management Act established an integrated waste management system that focused on source reduction, recycling, composting, and land disposal of waste. In addition, the Act established a 50% waste reduction requirement for cities and counties by the

year 2000, along with a process to ensure environmentally safe disposal of waste that could not be diverted. Per the requirements of the Integrated Waste Management Act, the Riverside County Board of Supervisors adopted the Riverside Countywide Integrated Waste Management Plan which outlines the goals, policies, and programs the County and its cities will implement to create an integrated and cost effective waste management system that complies with the provisions of California Integrated Waste Management Act and its diversion mandates.

The Project operator(s) would be required to coordinate with the waste hauler to develop collection of recyclable materials for the commercial facility on a common schedule as set forth in applicable local, regional, and State programs. Recyclable materials that would be recycled by the commercial facility include paper products, glass, aluminum, and plastic.

Additionally, the Project's waste hauler would be required to comply with all applicable local, State, and Federal solid waste disposal standards, thereby ensuring that the solid waste stream to the landfills that serve the commercial facility are reduced in accordance with existing regulations. (Initial Study p.57)

## 3.19 WILDFIRE

### 3.19.1 THRESHOLD A

**Potential Significant Impact:** If located in or near state responsibility areas or lands classified as very high fire hazard severity zones, would the project:

a) Substantially impair an adopted emergency response plan or emergency evacuation plan?

b) Due to slope, prevailing winds, and other factors, exacerbate wildfire risks, and thereby expose project occupants to, pollutant concentrations from a wildfire or the uncontrolled spread of a wildfire?

c) Require the installation or maintenance of associated infrastructure (such as roads, fuel breaks, emergency water sources, power lines or other utilities) that may exacerbate fire risk or that may result in temporary or ongoing impacts to the environment?

d) Expose people or structures to significant risks, including downslope or downstream flooding or landslides, as a result of runoff, post-fire slope instability, or drainage changes?

❑    **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 3.20 of the Initial Study.  The Project site is not located in or near state responsibility areas or lands classified as very high fire hazard severity zones. The Council finds that development of the

Project will result in less than significant impacts related to Threshold a; therefore, no mitigation is required.

❑      **Substantive Evidence**

According to Cal Fire website accessed on January 20, 2020, (https://osfm.fire.ca.gov/divisions/wildfire-planning-engineering/wildland-hazards-building-codes/fire-hazard-severity-zones-maps/) the Project is not located in or near state responsibility areas or lands classified as very high fire hazard severity zones and no impact would occur.

# 4.0   RESOLUTION REGARDING ENVIRONMENTAL IMPACTS MITIGATED TO A LEVEL OF LESS-THAN-SIGNIFICANT

The City Council hereby finds that the following potential environmental impacts associated with the implementation of the Project are less-than-significant with the imposition of mitigation measures.

## 4.1   AIR QUALITY

### 4.1.1   THRESHOLD A

**Potential Significant Impact:**   Would the Project result in a cumulatively considerable net increase of any criteria pollutant for which the project region is non-attainment under an applicable federal or state ambient air quality standard?

❑      **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.3.5 (b) of the EIR.  The Council finds that grading operations could result in significant emissions from heavy construction equipment. The Council finds that, with implementation of Mitigation Measure AQ-2-1 (described below), the significant impact identified in the EIR is reduced from potentially significant to less than significant.

❑      **Substantive Evidence**

The Project is an amendment to a land use policy plan and does not propose any grading. In addition, the import or export of material from grading is speculative. It would be unreasonable for the EIR to provide detailed grading information since it  is unknown until such time that detailed development plans are submitted. However, the following mitigation measure is required to ensure that daily grading operations do not exceed SCAQMD thresholds.

The following Mitigation Measure is required to reduce potential impacts to less than significant.

AR 007183

AR004323

*AQ-2: Grading Limitations. During the City's review process for applications under the Specific Plan, the applicant shall conduct or shall have conducted modeling of the regional and the localized emissions (NOx, CO, PM10, and PM2.5) associated with the maximum daily grading activities estimated for the proposed individual developments one acre or larger. If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the maximum daily grading activities of the proposed development shall be limited to the extent that could occur without resulting in emissions in excess of SCAQMD's significance thresholds for those emissions. For implementing projects within the Specific Plan, the applicant shall be responsible for submitting a focused project-level air quality assessment that includes the modeling of localized on-site emissions associated with daily grading activities anticipated for the proposed development.*(EIR p. 4.2-13).

## 4.2 BIOLOGICAL RESOURCES

### 4.2.1   THRESHOLD A

**Potential Significant Impact:**  Would the Project have a substantial adverse effect, either directly or through habitat modifications, on any species identified as a candidate, sensitive, or special status species in local or regional plans, policies, or regulations, or by the California Department of Fish and Wildlife or U.S. Fish and Wildlife Service?

❑      **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.3.5 (a) of the EIR.  The  Council finds that even though burrowing owls were not located on the site, a pre-construction survey for burrowing owl is required because burrowing owls may encroach or migrate to the property at any time, and therefore steps should be taken to ensure avoidance, including reevaluating the locations/presence of burrowing owl or burrows. The Council finds that, with implementation of Mitigation Measure BIO-1 (described below), the significant impact identified in the EIR is reduced from potentially significant to less than significant.

❑      **Substantive Evidence**

Consistent with the 2006 Burrowing Owl Survey Instructions, a  Step I, Habitat Assessment examined the site for  potential  burrowing owl habitat, including open areas onsite and areas where California ground squirrel (Spermophilus beechyi) activity was expected (i.e., potentially suitable burrows). A search for potentially suitable burrows within dirt, wood, and rock debris piles, artificially created berms, and other locations was conducted during the habitat assessment. The site was also examined for signs of occupation by burrowing owl, including pellets, feathers, whitewash, prey remains, and eggshell fragments, as well as individual owls. The survey included all areas of the site with potential burrowing owl habitat. An additional 150-meter (500-foot) buffer area surrounding the site was visually inspected, where possible, in areas identified as potential burrowing owl habitat. Any developed areas were visually surveyed with binoculars due to trespassing concerns on private property. As a result of the Step I Habitat

Assessment, Step II-Part A Focused Burrow Surveys and Step II-Part B Focused Burrowing Owl surveys are required to be conducted during the breeding season March 1 to August 31 pursuant to Mitigation Measure BIO-1:

*BIO-1-Preconstruction Burrowing Owl Survey. Within 30 calendar days prior to grading, a qualified biologist shall implement focused preconstruction surveys. Surveys shall be conducted by a CDFW-approved biologist prior to the initiation of ground disturbance (including, but not limited to mobilization and staging, clearing, grubbing, vegetation removal, fence installation, demolition, and grading). In conformance with Burrowing Owl Survey Instructions for the Western Riverside Multiple Species Habitat Conservation Plan Area (2006) and California Burrowing Owl Consortium's 1993 protocols (which are recommended by the CDFW), the surveys will consist of a minimum of three site visits. A brief biological technical report will be prepared and submitted to the City that describes the results of the preconstruction survey. The report shall be reviewed by the City prior to the issuance of a grading permit. If the preconstruction survey does not identify burrowing owls in the impact area, a grading permit may be issued without restriction. If it is determined that burrowing owls have colonized the project site prior to the initiation of construction, the project proponent shall immediately inform RCA, USFWS, and CDFW and will be required to prepare a Burrowing Owl Protection and Relocation Plan for approval by RCA USFWS, and CDFW prior to initiating ground disturbance. If burrowing owls are determined to be present in areas proposed for ground disturbance, the following avoidance measures will be implemented:*

*a. Occupied burrows shall not be disturbed during the nesting season (March 1 through August 31) unless a qualified biologist approved by CDFW verifies through noninvasive methods that either the birds have not begun egg laying and incubation or that juveniles from the occupied burrows are foraging independently and are capable of independent survival. Owls on-site after March 1 will be assumed to be nesting unless evidence indicates otherwise. This nest protection buffer will be maintained until August 31 or based on monitoring evidence, until the young owls are foraging independently or the nest is no longer active.*

*Unless otherwise authorized by CDFW and/or the RCA, a 250-foot buffer, within which no activity will be permissible, will be maintained between project activities and nesting burrowing owls during the nesting season. This protected area will remain in effect until August 31 or based upon monitoring evidence, until the young owls are foraging independently. For burrowing owls present during the nonbreeding season (generally September 1 to January 31), a 150-foot buffer zone will be maintained around the occupied burrow(s).*

*b. If there is any possibility that owls will be injured or killed as a result of construction activities, the birds may be passively relocated during the nonbreeding season in coordination with the City, RCA, and CDFW. Relocation of owls will be performed by a qualified biologist using one-way doors, which should be installed in all burrows within the impact area and left in place for at least two nights. Immediately prior to the initiation of grading, these one-way doors will be removed and the burrows backfilled. To avoid the potential for owls evicted from a burrow to occupy other*

AR 007185

AR004325

*burrows in the impact area, one- way doors will be placed in all potentially suitable burrows in the impact area when eviction occurs.*

*c. Preparation of a Burrowing Owl Protection and Relocation Plan may be required if active and/or passive relocation is necessary. The relocation plan will outline the basic process and provides options for avoidance and mitigation. The relocation plan will be approved by the RCA, USFWS, and CDFW prior to implementation.*

There is suitable habitat for nesting birds on and adjacent to the site. Nesting birds may utilize trees and other vegetation, structures, idle vehicles/equipment, and open ground. However, given the level of ongoing disturbance on and adjacent to the site, nesting is likely to be limited to more common species that are tolerant of human presence. Ornamental trees are present along the western, southern, and parts of the eastern boundaries of the parcel and surrounding areas and provide potential raptor nesting sites. Although some of the trees are of adequate height for nesting raptors, no raptor nests were observed. A large advertising sign is present along the north-central border of the site. The upper portion of the sign has either been removed or fallen into disrepair and the interior structure, as well as the exterior surfaces, of the sign are accessible to nesting birds. The sign was inspected from the ground with binoculars and no evidence of raptor nesting was observed. Although no raptor nesting was observed during the period of time the surveys were conducted, there is suitable habitat for nesting birds on and adjacent to the site that can be occupied in the future, Therefore, Mitigation Measure BIO-2 is required.

*BIO-2- Nesting Bird Survey. Prior to the issuance of a grading permit, the City of Banning Planning Department shall ensure vegetation clearing and ground disturbance shall be prohibited during the migratory bird nesting season (February 1 through August 31), unless a migratory bird nesting survey is completed in accordance with the following requirements: a) A migratory nesting bird survey of the Project's impact footprint shall be conducted by a qualified biologist within three business (3) days prior to initiating vegetation clearing or ground disturbance. b) A copy of the migratory nesting bird survey results report shall be provided to the City of Banning Planning Department. If the survey identifies the presence of active nests, then the qualified biologist shall provide the Planning Department with a copy of maps showing the location of all active nests and an appropriate buffer zone around each nest sufficient to protect the nest from direct and indirect impact. The size and location of all buffer zones as determined by a qualified biologist, shall be subject to review and approval by the Planning Department. The nests and buffer zones shall be field checked weekly by a qualified biological monitor. The approved buffer zone shall be marked in the field with construction fencing, within which no vegetation clearing or ground disturbance shall commence until the qualified biologist and Planning Department verify that the nests are no longer occupied and the juvenile birds can survive independently from the nests.*

### 4.1.2   THRESHOLD B

**Potential Significant Impact:** Would the Project conflict with any local policies or ordinances protecting biological resources, such as a tree preservation policy or ordinance?

❑ **Findings**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 3.4(d) of the Initial Study. The Council finds that two (2) cottonwood trees are located on the Project site, which could provide habitat for nesting birds protected under the Migratory Bird Treaty Act. The City Council finds that, with implementation of Mitigation Measure (MM) BIO-2 (described below), the significant impact identified in the Initial Study is reduced from potentially significant to less than significant. (Initial Study p. 42).

❑ **Substantive Evidence**

Development surrounding the Project site and the flood control levee have isolated the site from connecting to undisturbed, natural habitats still available in the area. The isolation and disturbance level of the Project site limits the site's viability to provide suitable habitat for wildlife corridors. However, two (2) cottonwood trees are located on the Project site, which could provide habitat for nesting birds protected under the Migratory Bird Treaty Act. Therefore MM-BIO-2 is required.

*MM-BIO-2- Nesting Bird Survey. Prior to the issuance of a grading permit**,** the measure listed below (or equivalent language) shall appear on all Project grading plans, construction specifications and bid documents, and the City shall ensure such language is incorporated prior to issuance of any permits:*

"*a. A migratory nesting bird survey of the Project's impact footprint shall be conducted by a qualified biologist within three business (3) days prior to initiating vegetation clearing or ground disturbance.*

*b. A copy of the migratory nesting bird survey results report shall be provided to the City of Jurupa Planning Department. If the survey identifies the presence of active nests, then the qualified biologist shall provide the Planning Department with a copy of maps showing the location of all nests and an appropriate buffer zone around each nest sufficient to protect the nest from direct and indirect impact. The size and location of all buffer zones, if required, shall be subject to review and approval by the Planning Department and shall be no less than a 300-foot radius around the nest for non-raptors and a 500-foot radius around the nest for raptors. The nests and buffer zones shall be field checked weekly by a qualified biological monitor. The approved buffer zone shall be marked in the field with construction fencing, within which no vegetation clearing or ground disturbance shall commence until the qualified biologist and Planning Department verify that the nests are no longer occupied and the juvenile birds can survive independently from the nests.*"

**4.1.3 THRESHOLD C**

**Potential Significant Impact:** Would the Project conflict with any local policies or ordinances protecting biological resources, such as a tree preservation policy or ordinance?

AR 007187

AR004327

❑ **Findings**

Potential impacts of the Project related to Threshold e are discussed in detail in Section 4.3.5 (c) of the EIR. The Council finds with implementation of Mitigation Measure  BIO-3 (described below), the significant impact identified in the EIR is reduced from potentially significant to less than significant.

❑ **Substantive Evidence**

Tree removals are strongly discouraged and require replacement under City of Banning Municipal Code Section 17.32.060. Ornamental trees are present along the western, southern, and parts of the eastern boundaries of the parcel. At this time, it is unknown if these trees will be removed as part of future development. However, the following Mitigation Measure is required in the event the trees are removed.

*BIO-3- Native Tree Removal. Native trees to be impacted by development of projects pursuant to the Specific Plan shall be assessed by a certified arborist as to the viability and value of the trees to determine if mitigation and replacement are required. Removal of healthy, shade-providing, and aesthetically valuable trees shall be strongly discouraged and shall conform with the policies and programs of the City of Banning General Plan. A tree removal and replacement plan shall be required for the removal and replacement of all trees more than 50 years of age unless their removal is required to protect the public health and safety. Each identified tree removed shall be replaced with at least one 36-inch box specimen tree, in addition to any other required landscaping. Level of Significance: Less than significant with implementation of Mitigation Measure BIO-3.*

### 4.1.3   THRESHOLD D

**Potential Significant Impact:** Would the Project Conflict with the provisions of an adopted Habitat Conservation Plan, Natural Community Conservation Plan, or other approved local, regional, or state habitat conservation plan?

❑ **Findings**

Potential impacts of the Project related to Threshold d are discussed in detail in Section 4.3.5 (f) of the EIR. The Council finds with implementation of Mitigation Measures  BIO-1 and BIO-2 (described above), the significant impact identified in the EIR is reduced from potentially significant to less than significant.

❑ **Substantive Evidence**

The Project site is located within the Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP). The MSHCP, a regional Habitat Conservation Plan was adopted on June 17, 2003. The intent of the MSHCP is to preserve native vegetation and meet the habitat

needs of multiple species, rather than focusing preservation efforts on one species at a time. The MSHCP provides coverage (including take authorization for listed species) for special-status plant and animal species, as well as mitigation for impacts to sensitive species.

Based on the Habitat Assessment (Appendix C):

1) The site is not mapped within any MSHCP Criteria Cell or subunit.

2) The site is not mapped within an area where additional surveys are required for any Amphibian, Mammal, or other Criteria Area Species.

3) The project will not impact any Riparian/Riverine or Vernal Pool areas.

4) The site is not within or adjacent to any MSHCP Conservation Areas and therefore does not require mitigation measures pursuant Section 6.1.4 (pertaining to Urban/ Wildlands Interface) of the MSHCP, which presents guidelines to minimize indirect effects of Projects in proximity to the MSCHP Conservation Areas.

5) The site is mapped within a Burrowing Owl (BUOW) required habitat suitability assessment survey area. Therefore, to be thorough, a habitat suitability assessment for BUOW was conducted during site visit. The result of the assessment was that no BUOW habitat or BUOW sign was detected on site, and this species is currently considered absent from the Project area. However, because BUOW have been known to occupy disturbed sites, Mitigation Measure BIO-1 is required.

6) The site is mapped within a Narrow Endemic Plant Species required habitat suitability assessment survey area. Therefore, to be thorough, a habitat suitability assessment for the three listed Narrow Endemic Plant Species was conducted during site visit. Based on habitat requirements for specific species, availability and quality of habitats needed by the three Narrow Endemic Plant Species, it was determined that the project site does not provide suitable habitat for Narrow Endemic Plant species San Diego ambrosia, Brand's phacelia, and San Miguel Savory.

## 432 GEOLOGY AND SOILS

### 4.3.1 THRESHOLD A

**Potential Significant Impact:** Directly or indirectly destroy a unique paleontological resource?

❑    **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.6.5 (a) of the EIR. The Council finds that the Project has a possibility of encountering paleontological resources underlying the Pleistocene deposits located on the site during grading activities. With

AR 007189

AR004329

implementation of Mitigation Measure GEO-1 (described below), the significant impact identified in the EIR is reduced from potentially significant to less than significant.

❑    **Substantive Evidence**

Guidelines developed by the County of Riverside to determine the likelihood of the presence of paleontological resources at a given site. Following the County's established process, baseline information is used to assign the paleontological sensitivity of a geologic unit(s) (or members thereof) to one of four categories—Low, Undetermined, High A (Ha), and High B (Hb) potential. The Paleontological Resources Sensitivity Map of Riverside County (MMC, 2020), indicates that paleontological sensitivity for sediments north of the fault where it traverses the Project site is classified as "Undetermined Potential (U)" which is defined as follows:

"Undetermined Potential (U): Areas underlain by sedimentary rocks for which literature and unpublished studies are not available have undermined potential for containing significant paleontological resources. These areas must be inspected by a field survey conducted by a qualified vertebrate paleontologist." The Project has a possibility of encountering paleontological resources underlying the Pleistocene deposits located on the site during grading activities.

Mitigation Measures GEO 1 through MM GEO 3. Implementation of MM GEO 1 will ensure impacts to paleontological resources are less than significant with mitigation incorporated.

*GEO - 1: Paleontological Resource Impact Mitigation Program. Prior to the issuance of a grading permit, the Project Proponent shall prepare a paleontological resource impact mitigation program (PRIMP) for the grading and excavation phase of the Project, including both on- and off -site activities. The PRIMP shall be submitted for review and approval to the City of Banning Community Development Department and shall conform to the guidelines of the Society of Vertebrate Paleontology; including the following:*

*a) A trained paleontological monitor shall be present during initial mass grading or deep trenching activities within the Project in sediment areas determined likely to contain paleontological resources. If paleontological resources are located within excavation, the monitoring program will change to full-time. The monitor shall be empowered to temporarily halt or redirect construction activities to ensure avoidance of adverse impacts to paleontological resources. The monitor shall be equipped to rapidly remove any large fossil specimens encountered during excavation. During monitoring, samples shall be collected and processed to recover micro vertebrate fossils. Processing shall include wet screen washing and microscopic examination of the residual materials to identify small vertebrate remains. Upon encountering a large deposit of bone, salvage of all bone in the area shall be conducted in accordance with modern paleontological techniques. All fossils collected during the Project shall be prepared to a reasonable point of identification. Excess sediment or matrix shall be removed from the specimens to reduce the bulk and cost of storage. Itemized catalogs of all material collected and identified shall be provided to*

*the museum repository along with the specimens. A report documenting the results of the monitoring and salvage activities and the significance of the fossils will be prepared. All fossils collected during this work, along with the itemized inventory of these specimens, shall be deposited in a museum repository for permanent curation and storage. All fossils collected during this work, along with the itemized inventory of these specimens, shall be deposited in a museum repository for permanent curation and storage.*

## 4.4 LAND USE AND PLANNING

### 4.4.1 THRESHOLD A

**Potential Significant Impact:** Would the Project conflict with any applicable habitat conservation plan or natural community conservation plan?

❑    **Findings**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.9 (c) of the EIR.  The Council finds that even though burrowing owls were not located on the site, a pre-construction survey for burrowing owl is required because burrowing owls may encroach or migrate to the property at any time, and therefore steps should be taken to ensure avoidance, including reevaluating the locations/presence of burrowing owl or burrows. The Council finds that, with implementation Mitigation MeasureBIO-1, the significant impact identified in the Initial Study is reduced from potentially significant to less than significant.

❑    **Substantive Evidence**

The Project site is located within the Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP). The MSHCP, a regional habitat conservation plan was adopted on June 17, 2003. The intent of the MSHCP is to preserve native vegetation and meet the habitat needs of multiple species, rather than focusing preservation efforts on one species at a time. The MSHCP provides coverage (including take authorization for listed species) for special-status plant and animal species, as well as mitigation for impacts to sensitive species. Based on the Habitat Assessment prepared for the Project and a review of the Western Riverside County Multiple Species Habitat Conservation Plan:

• The Project site is not located within an MSHCP Criteria Area (area proposed for conservation).

• The Project site does not contain MSHCP riparian/riverine areas or vernal pools.

• The Project site does not will not impact any MSHCP Narrow Endemic Plant Species.

• The Project site does not contain suitable habitat to support the Delhi Sand Flower-Loving Fly.

• The Project site is not required to comply with the Urban/Wildland Interface Guidelines because it is not adjacent to a criteria cell.

• Burrowing owls and burrows were not found onsite or in the buffer area, however, because burrowing owls may encroach or migrate to the property at any time, mitigation is required.

With implementation of MM BIO-1, the significant impact identified in the EIR  is reduced from potentially significant to less than significant. (EIR pp. 4.3-12-13).

## 4.5 NOISE

### 4.5.1 THRESHOLDS A

**Potential Significant Impact:** Generation of a substantial temporary or permanent increase in ambient noise levels in the vicinity of the project more than standards established in the local general plan or noise ordinance, or applicable standards of other agencies?

❑    **Findings**

Potential impacts of the Project related to Thresholds a are discussed in detail in Sections 4.5-10 (a) of the EIR. The Council finds that construction and noise levels on the Project site may impact nearby sensitive receptors.  The City Council finds that, with implementation of and Mitigation Measures NOI-1 and NOI-2  (described below), the significant impacts identified in the EIR are reduced from potentially significant to less than significant.

❑    **Substantive Evidence**

The highest construction noise levels will occur when construction activities take place at the closest point from the center of Project construction activity to each of the nearby receiver locations. The construction noise levels are expected to range from 54.1 to 79.8 dBA Leq. Per Section 11.05.020 (9) of the Banning Municipal Code, construction activities occurring between the hours of 6:00 AM and 6:00 PM during the months of June through September and between 7:00 AM and 6:00 PM during the months of October through May are exempt from noise standards.   Regardless of the Project's consistency with the Banning Municipal Code as described in the Initial Study, construction activities on the Project site, especially those involving heavy equipment, would result in noise levels up to 79.8 dBA during grading, which would exceed the exterior noise level for residential uses of 55 dBA CNEL.  Therefore, MM-NOI-1 is required to reduce construction noise impacts to the maximum extent possible.  (EIR pp. 4.8-9-10).

*NOI-1-Construction Noise Mitigation Plan. Prior to issuance of grading and/or building permits, a note shall be provided on grading and building plans indicating that ongoing during grading and construction, the property owner/developer shall be responsible for requiring contractors to implement the following measures to limit construction-related noise: 1) The project applicant shall limit construction activities to the daytime hours between 7 AM to 6 PM, as prescribed in Section 8.44.090(E) of the City's Municipal Code. 2) For all project construction zones, all*

*internal combustion engines on construction equipment and trucks are fitted with properly maintained mufflers consistent with manufacturer's standards. 3) For all project construction zones, stationary equipment such as generators, air compressors shall be located as far as feasible from nearby noise-sensitive uses. If such stationary equipment produces noise emissions that are directional, said equipment shall be oriented to direct noise emissions away from sensitive receptors. 4) For all project construction zones, stockpiling and staging should be located as far as feasible from nearby noise-sensitive receptors. 5) For construction activity within 50 feet of any noise-sensitive receptors, a temporary noise barrier shall be installed by the applicant/developer. This temporary noise barrier shall be installed prior to the onset of construction and be located between the single-family residences, senior apartments/assisted living/memory care residential facility and the construction zone and all sensitive receptors. The temporary sound barrier shall provide a reduction in noise that will meet the City's construction noise threshold of 55 dBA. The noise barrier shall be a minimum height of 8 feet and be free of gaps and holes and must achieve a Sound Transmission Class (STC) of 35 or greater. The barrier can be either (a) a ¾-inch-thick plywood wall OR (b) a hanging blanket/curtain with a surface density or at least 2 pounds per square foot. For either configuration, the construction side of the barrier shall have an exterior lining of sound absorption material with a Noise Reduction Coefficient (NRC) rating of 0.7 or higher.*

*NOI-2- Final Acoustical Report: Prior to issuance of the first building permit for any project, the property owner/developer shall submit a final acoustical report prepared to the satisfaction of the Planning Director to address potential noise impacts to nearby residences. The report shall demonstrate that the project incorporates sufficient noise-attenuation features if needed so that the City's exterior and interior standards in Municipal Code Sections 8.44.070 and 8.44.090(E) and 4.10 NOISE 4.10-11 in the City's Noise Element are maintained at nearby residences. Compliance can be achieved with (a) sufficient buffering distances so that nearby sensitive receptors are not significantly impacted by future commercial development OR (b) sufficiently high and long sound barrier wall(s) that are placed between commercial noise sources and receptors (for example, in the case of garbage compactor equipment) OR (c) other adequate noise reduction methods that are approved by the Planning Director or their designee. In all cases, the noise reduction measures shall be technically demonstrated to achieve the appropriate target noise level(s) for both exterior and interior environments for nearby residences, as appropriate (e.g., sufficient wall or berm height, sufficient buffering distance, appropriate sound encapsulation/insulation methods, etc.). The individual project owner/developer shall submit the noise mitigation report to the Planning Director for review and approval. Upon approval by the City, the project acoustical design features shall be incorporated into the future development.*

## 4.6 TRIBAL CULTURAL RESOURCES

## 465.1 THRESHOLD B

**Potential Significant Impact:** Would the Project cause a substantial adverse change in the significance of a tribal cultural resource, defined in Public Resources Code section 21074 as either a site, feature, place, cultural landscape that is geographically defined in terms of the size and

scope of the landscape, sacred place, or object with cultural value to a California Native American tribe, and that is: b. A resource determined by the lead agency, in its discretion and supported by substantial evidence, to be significant pursuant to criteria set forth in subdivision (c) of Public Resources Code Section 5024.1. In applying the criteria set forth in subdivision (c) of Public Resource Code Section 5024.1, the lead agency shall consider the significance of the resource to a California Native American tribe?

❑     **Finding**

Potential impacts of the Project related to Threshold b are discussed in detail in Section 4.12-5 (b) of the EIR. The City Council finds that there is a possibility potential tribal cultural resources may be unearthed during ground-disturbing activities and impacts to tribal cultural resources would be significant. The City Council finds that, with implementation of Mitigation Measure TCR-1 (described below), the significant impact identified in the Initial Study is reduced from potentially significant to less than significant.

❑     **Substantive Evidence**

The Planning Department notified the following California Native American Tribes per the requirements of both AB 52 and SB 18 on February 21, 2020. Under AB 52, tribes have 30-days to notify the City if consultation is requested. Under SB 18, tribes have 90-days to notify the City if consultation is requested. The AB 52 response period ended on March 21, 2020 and the SB 18 response period ended on May 21, 2020.

As a result of the consultation with the Morongo Band of Mission Indians, it was determined that tribal cultural resources may be encountered during grading activities and the following mitigation measures are required:

 *TCR-1-Retain Qualified Professional Archaeological Monitor: Prior to the issuance of a grading permit, the Applicant shall retain a qualified professional archaeological monitor who meets U.S. Secretary of the Interior Standards (SOI). The monitor shall be present during all ground disturbing activities to identify any known or suspected archaeological and/or cultural resources. The monitor will conduct an Archaeological Sensitivity Training, in conjunction with the Tribes Tribal Historic Preservation Officer (THPO). The training session will focus on what the archaeological and tribal cultural resources that may be encountered during earthmoving activities and the procedures to be followed in such an event.*

*TCR-2- Archaeological Monitoring and Treatment Plan: Prior to the issuance of a grading permit, the qualified archaeologist shall develop an Archaeological Monitoring and Treatment Plan to address the details, timing and responsibility of all archaeological and cultural resource activities that occur on the project site, in coordination with the Tribe.*

*TCR-3- Tribal Monitoring Agreement: Prior to the issuance of grading permits, the applicant shall enter into a Tribal monitoring agreement with the Morongo Band of Mission Indians for the project. The Tribal Monitor shall be on-site during all ground disturbing activities including*

*clearing, grubbing, tree and bush removal, grading, trenching, fence post placement and removal, construction excavation, excavation for all water supply, electrical, and irrigation lines, and landscaping phases of any kind. The Tribal Monitor shall have the authority to temporarily divert, redirect, or halt the ground disturbance activities to allow identification, evaluation, and potential recovery of cultural resources.*

*TCR-4-Specific Conditions: The Morongo Band of Mission Indians requests the following specific conditions to be imposed in order to protect Tribal cultural, and/or archaeological resources within the project area. This includes cultural materials both on the surface and buried. Should human remains be encountered on the surface or during any and all ground-disturbing activity (i.e. grubbing, tree and bush removal, grading, trenching, fence post placement and removal, construction excavation, excavation for all water supply, electrical, and irrigation lines, and landscaping phases, excavation of any kind), work in the immediate vicinity of the discovery shall immediately stop (within 100-foot buffer of the discovery), the area shall be protected, project personnel/observers restricted, and the County Coroner to be contacted pursuant to State and Safety Code §7050.5. and Public Resources Code (PRC) § 5097.98. In the event human remains are found and identified as Native American, the landowner shall also notify the City Planning Department so that the City can ensure PRC § 5097.98 is followed. No photographs are to be taken except by the Coroner. a) In the event that Tribal Cultural Resources or other cultural resources are discovered during project development and construction, all work in the immediate vicinity of the discovery shall stop (within 60-foot buffer of the discovery) and the area protected by fencing and guarding until a qualified archaeologist (i.e. meeting Secretary of the Interior standards) assesses the discovery. Overall project work may continue during this period of assessment. b) If archaeological assessment indicates that significant Native American cultural resources or other cultural resources are present, a Treatment Plan must be prepared in consultation with the Tribe. The developer will notify the Lead Agency and contract with qualified Cultural Resources Management (CRM) firm to develop the Treatment Plan. c) If requested by the Tribe, the developer or the project archaeologist shall, in good faith, immediately initiate consultation with the Morongo Band of Mission Indians regarding further actions to be taken including, but not limited to, avoidance, preservation in place, removal, and disposition.*

*TCR-5-Inadvertent Discovery During Grading: In the event that archaeological or tribal cultural resources are unearthed during ground-disturbing activities, ground-disturbing activities shall stop (within 60-foot buffer of the discovery) or shall be diverted away from the vicinity of the find, so that the find can be evaluated by the qualified Archaeologist. A treatment plan shall be developed by a qualified Archaeologist (meeting SOI standards) in consultation with the Tribe and the City Planning Department to include relinquishment of all artifacts through one of the following methods: a) This reburial area of cultural resource items shall be away from any future impacts and reside in perpetuity. Reburial shall not occur until all cataloguing; analysis and any necessary special studies have been completed on the cultural resources. Details of contents and location of the reburial shall be documented in a Final Report and shall remain as confidential. b) The Tribes Most Likely Descendant (MLD) may wish to rebury the human remains and/or associated funerary objects, as close to the place of their discovery, in an area that will not be subject to future disturbances and reside in perpetuity. The place(s) of reburial will not be*

AR 007195

AR004335

*disclosed by any party and is exempt from the California Public Records Act (California Government Code § 6254[r]). Reburial location of human remains will be determined by the landowner, City Planning Department, in consultation with the Tribes Most Likely Descendant (MLD). c) Curation at a Riverside County Curation facility that meets federal standards per 36 CFR Part 79 and therefore will be professionally curated and made available to other archaeologists/researchers and tribal members for further study. The collection and associated records shall be transferred, including title, and are to be accompanied by payment of the fees necessary for permanent curation. Evidence shall be provided in the form of a letter from the curation facility identifying that archaeological materials have been received and that all fees have been paid.*

*TCR-6-Documents: Any and all cultural documents created as a part of the project (Archaeological Monitoring and Treatment Plans, isolate records, site records, survey reports, testing reports, etc.) shall be supplied to the applicant and Lead Agency for dissemination to consulting Tribe.*

## 4.7 UTILITIES AND SERVICE SYSTEMS

### 4.7.1 THRESHOLD A

**Potential Significant Impact:** Would the Project require or result in the relocation or construction of new or expanded water, wastewater treatment or storm water, drainage, electric power, natural gas, or telecommunications facilities, the construction or relocation of which could cause significant environmental effects?

❑     **Finding**

Potential impacts of the Project related to Threshold a are discussed in detail in Section 4.13-5 (a) of the EIR.  The Council finds that the construction or installation water,  wastewater treatment or storm water, drainage, electric power, natural gas, or telecommunications facilities may cause significant environmental effects. The City Council finds that, with implementation of Mitigation Measures  (described above in Sections 4.1 through 4.5), the significant impacts identified in the EIR are reduced from potentially significant to less than significant.

❑     **Substantive Evidence**

Construction of the Project would require connections to existing water, wastewater treatment, storm water drainage, electric power, natural gas, or telecommunications facilities. The Project area already is served by these utilities, and it is anticipated that proposed improvements to provide service to the Project site would occur within existing improved rights-of way off-site, or on-site within areas already planned for impact and development by the Project. The proposed connections to these utilities are inherent to the Project's construction phase, which has been evaluated throughout this EIR. Where significant construction-related impacts are identified,

feasible mitigation measures are identified to reduce impacts to the maximum feasible extent. There are no components of the Project's proposed utility connections that would result in significant environmental effects not already addressed by this EIR with implementation of Mitigation Measures AQ-2, BIO-1 through BIO-3, GEO-1, NOI-1 and NOI-2, TCR-1 through TCR-6. (EIR p. 4.13-5).

# 5.0   RESOLUTION REGARDING ENVIRONMENTAL IMPACTS THAT REMAIN SIGNIFICANT AND UNAVOIDABLE AFTER MITIGATION

The Council finds the Project would result in significant and unavoidable impacts in the following impact categories after implementation of all feasible mitigation measures:   Air Quality, Greenhouse Gas Emissions, Land Use and Planning, and Vehicle Miles Traveled.   In accordance with CEQA Guidelines Section 15092(b)(2), the Council cannot approve the Project unless it first finds (1) under Public Resources Code Section 21081(a)(3), and CEQA Guidelines Section 15091(a)(3), that specific economic, legal, social technological, or other considerations, including provisions of employment opportunities to highly trained workers, make infeasible the mitigation measures or Project alternatives identified in the EIR; and (2) under CEQA Guidelines section 15092(b), that the remaining significant effects are acceptable due to overriding considerations described in CEQA Guidelines Section 15093 and, therefore, a Statement of Overriding Considerations has been prepared.

## 5.1 AIR QUALITY

### 5.1.1 THRESHOLD A

**Significant and Unavoidable Impact:** Would the Project conflict with or obstruct implementation of the applicable air quality plan (South Coast Air Quality Management District)?

❑    <u>**Finding**</u>

Impacts of the Project related to Threshold a are discussed in detail in Draft EIR Section 4.2.5 (a). The Council finds that the Project will result in exceed the thresholds established by the South Coast Air Quality Management District for VOC emissions  during construction and NOx emissions during operation. However, the City Council finds that specific economic, legal, social, technological, or other considerations, make it infeasible to reduce the identified impact to less than significant levels.

❑    <u>**Substantive Evidence**</u>

Growth projections from local general plans adopted by cities in the district are provided to the Southern California Association of Governments (SCAG), which develops regional growth forecasts, which are then used to develop future air quality forecasts for the AQMP. The future

emission forecasts contained in the AQMP are primarily based on demographic and economic growth projections provided by the Southern California Association of Governments.

The General Plan Land Use Designations currently assigned to the Project site are Business Park (Specific Plan Overlay) and General Commercial (Specific Plan Overlay) and was planned for business park and commercial development at the time the AQMP was adopted. The Project is not proposing to amend the existing General Plan Land Use Designations. However, the Project is proposing Specific Plan Amendment No. 5 to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan designations from Retail Commercial to Business & Warehouse, Office and Professional, and Retail & Service.

The amendment to the Specific Plan Land Use designations are in effect an amendment to the zoning classifications as they do not change the underlying General Plan Land Use designations used to prepare the 2016 AQMP. The General Plan EIR concluded that impacts to air quality were significant and unavoidable. The Project will result in exceedances of VOC during construction and NOx emissions during operation. There is no feasible mitigation to reduce these significant impacts. Since the Project does not change the underlying General Plan Land Use designations, impacts remain significant and unavoidable as determined in the General Plan EIR. (EIR p. 4.2-9.)

**5.1.2 THRESHOLD B**

**Significant and Unavoidable Impact:** Would the Project result in a cumulatively considerable net increase of any criteria pollutant for which the project region is non-attainment under an applicable federal or state ambient air quality standard?

❑    **Finding**

Impacts of the Project related to Threshold b are discussed in detail in EIR Section 4.2.5 (b). The Council finds that the Project will result exceed the thresholds established by the South Coast Air Quality Management District for VOC emissions during construction and NOx emissions during operation. However, the City Council finds that specific economic, legal, social, technological, or other considerations, make it infeasible to reduce the identified impact to less than significant levels.

❑    **Substantive Evidence**

As shown in Table 4.2.6, of the EIR, VOC emissions from architectural coatings would exceed numerical thresholds established by the SCAQMD so the following mitigation measure is required:

*AQ 1- Use Low VOC Paint: To reduce VOC emissions associated with architectural coating, the project designer and contractor shall reduce the use of paints and solvents by utilizing pre-coated materials (e.g. bathroom stall dividers, metal awnings), materials that do not require painting, and require coatings and solvents with a VOC content lower than required under Rule 1113 to be*

*utilized. The construction contractor shall be required to utilize "Super Compliant" VOC paints,
which are defined in SCAQMD's Rule 1113. Construction specifications shall be included in building
specifications that assure these requirements are implemented. The specifications for each
implementing development project shall be reviewed by the City of Banning's Building and Safety
Division for compliance with this mitigation measure prior to issuance of a building permit.*

Although implementation of mitigation measures AQ 1 will reduce construction emissions of
VOC, however, it does not have quantitative reductions associated with it available in CalEEMod.
Consequently, construction emissions, even with implementation of Mitigation Measure AQ-1,
will still exceed the VOC threshold. (EIR p. 4.2-12).

Long-term criteria air pollutant emissions will result from daily vehicle trips to and from the
Project site, use of outdoor landscape maintenance equipment, and energy demand emissions
result from use of electricity and natural gas. The majority of the Project's NOx emissions are
derived from vehicle usage. Because of the size and scale of the Project, NOx emissions from the
number of vehicles traveling to and from the site will exceed SCAQMD daily operational thresholds.
Since the Project does not have regulatory authority to control tailpipe emissions, no feasible
mitigation measures exist that would reduce NOx emissions to levels that are less than significant.

The following mitigation measures are recommended to reduce NOx emissions from Project
operation to the maximum extent feasible:

*AQ 3-Electrical Hookups for Loading Docks: Although the Project does not include refrigerated
warehouse space, trucks accessing the Project site may have auxiliary power units (APU) and/or
transport refrigeration units (TRUs). Therefore, electrical hookups shall be installed at all docks,
and to reduce/replace APU use while trucks are parked along the docks, to allow trucks with APU
and/or TRUs with electric standby capabilities to plug in when TRUs are in use to reduce diesel
fuel consumption and resulting NOx emissions. The City shall verify electrical hookups have been
installed prior to occupancy.*

*AQ 4-Idiling Limits: All facilities shall post signs informing users of requirements limiting idling to
five minutes or less pursuant to Title 13 of the California Code of Regulations, Section 2485 in
order to reduce diesel fuel consumption and resulting NOx emissions. No overnight/long-term
parking will be allowed. The City shall verify signage has been installed prior to occupancy.*

*AQ 5-Electric or Natural Gas Service Equipment: Service equipment (i.e., yard hostlers and
forklifts) used within the site shall be electric or compressed natural gas-powered to reduce diesel
fuel consumption and resulting NOx emissions.*

*AQ-6-Electric Vehicle Charging Stations: Prior to approval of implementing commercial plot
plan(s) within the Project the City of Banning Planning Division shall ensure that the plot plan(s)
include a minimum of three (3) electric-vehicle charging stations. The electric vehicle charging
stations also shall be depicted on building plans for implementing development within Project
site. Prior to issuance of occupancy permits for the proposed commercial land uses within the*

AR 007199

AR004339

*Project site, the City of Banning Building and Safety Department shall ensure that a minimum of three electric vehicle charging stations have been installed on-site.*

Implementation of mitigation measures AQ 3 through AQ 6 will reduce operational emissions of NOx from vehicle emissions to some extent; however, they do not have quantitative reductions associated with them available in CalEEMod. Consequently, operational emissions of NOx will exceed the SCAQMD threshold, even after implementation of mitigation measures. (EIR p. 4.2-13,14).

## 5.2    GREENHOUSE GAS EMISSIONS

**THRESHOLD A**

**Significant and Unavoidable Impact**. Would the Project generate greenhouse gas emissions, either directly or indirectly, that may have a significant impact on the environment?

❑    **Finding**

Impacts of the Project related to Threshold a are discussed in detail in EIR Section 4.7.5 (a).  The Council finds that the Project would exceed the City's screening threshold for Greenhouse Gas Emissions and may cumulatively contribute to impacts affecting climate change. However, the City Council finds that specific economic, legal, social, technological, or other considerations, make it infeasible to reduce the identified impact to less than significant levels.

❑    **Substantive Evidence**

As shown in Table 4.7-1 of the EIR, the Project site will generate 11,966.30 MTCO2e per year from construction, area, energy, mobile, waste, and water usage which exceeds the Tier 3 screening threshold of 3,000 MTCO2e per year. As such, impacts are potentially significant. In order to reduce impacts to the maximum extent feasible, the following Mitigation Measures are required:

*GHG-1: GHG Reduction Documentation. Prior to the issuance of a building permit, documentation that the following GHG reduction measures shall be implemented by future development projects is required. Documentation may consist of a letter stating how the project will comply and identify the verification mechanism for each measure required below (e.g. shown on building plans, landscaping plans, etc.) The project shall devise a comprehensive water conservation strategy to reduce water use during project operation. The strategy will include the following:*

*1) Install drought-tolerant plants for landscaping.*

*2) Install water-efficient irrigation systems, such as weather-based and soil-moisture- based irrigation controllers and sensors, for landscaping according to the California Department of Water Resources Model Efficient Landscape Ordinance.*

*3) Ensure that all landscape and irrigation measures follow the City of Banning's Landscaping
and Water Conservation requirements.*

*GHG-2: Building Design. The project will design building shells, building components, such as
windows, roof systems and electrical systems to meet 2016 Title 24 Standards (or applicable
requirements in effect at the time a building permit is applied for).*

*GHG-3: LEED Features. Buildings will be designed to provide CALGreen Standards with Leadership
in Energy and Environmental Design (LEED) features for potential certification and will employ
energy and water conservation measures in accordance with such standards. This includes design
considerations related to the building envelope, HVAC, lighting, and power systems. Additionally,
the architectural expression such as roofs and windows in the buildings will relate to conserving
energy. GHG-4. Energy Efficient Lighting. Prior to the issuance of a building permit, building plans
shall require that high-efficiency lighting (such as LED lighting that is 34 percent more efficient
than fluorescent lighting) be installed within buildings on-site.*

*GHG-5. Efficient Building Materials/Equipment. The project will utilize building
materials/methods and heating equipment that are efficient and reduce emissions that may
include, but not limited to, high-efficiency heat pumps; thin insulating materials; windows and
building surfaces with tunable optical properties; high efficiency lighting devices; improved
software for optimizing building design and operation; low cost, easy to install, energy harvesting
sensors and controls; interoperable building communication systems; and optimized control
strategies. GHG-6. Reduce Indoor Water Demand. Prior to the issuance of a building permit,
building plans shall require that all faucets, toilets, and showers installed in the proposed
structures utilize low flow fixtures that would reduce indoor water demand by 20% per CalGreen
Standards. (EIR p. 4.7-11).*

**THRESHOLD B**

**Significant and Unavoidable Impact**. Would the Project conflict with an applicable plan, policy or
regulation adopted for the purpose of reducing the emissions of greenhouse gases?

❑    <u>**Finding**</u>

Impacts of the Project related to Threshold b are discussed in detail in EIR Section 4.7.5 (b).  The
Council finds that the Project would exceed the City's screening threshold for Greenhouse Gas
Emissions and may cumulatively contribute to impacts affecting climate change. However, the
City Council finds that specific economic, legal, social, technological, or other considerations,
make it infeasible to reduce the identified impact to less than significant levels.

❑    <u>**Substantive Evidence**</u>

The City does not currently have an adopted plan, policy, or regulation for the purpose of
reducing Greenhouse Gas (GHG) Emissions. In the absence of a plan prepared for a local level of
implementation,  the EIR evaluated  the Project relative to the goals of the California Air

Resources Board's 2017 Scoping Plan. The 2017 Scoping Plan identifies how the State can reach the 2030 climate target to reduce GHG emissions by 40 percent from 1990 levels, and substantially advance toward the 2050 climate goal to reduce GHG emissions by 80 percent below 1990 levels.

Achieving the statewide AB 32 target reduction of 40 percent from 1990 and 80 percent below 1990 levels as identified in the 2017 Scoping Plan is generally not applicable to the Project in many instances as this target is statewide, and the majority of GHG emissions are generated from industrial sources (such as electrical generating plants) and mobile vehicle emissions, both of which are regulated by other state and federal agencies and are outside the control of the City of Banning.

Generally, the Project is consistent with the 2017 Scoping Plan because it does not interfere with the statewide goals to reduce GHG emissions. Because the Project exceeds the screening level of 3,000 MTCO2e per year that used to determine if a project will contribute to GHG emissions on a cumulative level, the EIR conservatively determined that impacts are significant and unavoidable.

Mitigation Measures GHG-1 through GHG-5 above will assist in the reduction of GHG emissions.(EIR p. 4-7-17).

## 5.3    LAND USE AND PLANNING

### 5.3.1 THRESHOLD A

**Significant and Unavoidable Impact:** Would the Project conflict with any applicable land use plan, policy, or regulation of an agency with jurisdiction over the Project (including, but not limited to the general plan, specific plan, local coastal program, or zoning ordinance) adopted for the purpose of avoiding or mitigating an environmental effect?

❑    <u>**Finding**</u>

Impacts of the Project related to Threshold a are discussed in detail in EIR Section 4.9.5 (b). The Council finds that the Project would be consistent with all applicable plans except for the SCAQMD 2016 Air Quality Management Plan (consistent with the policies but exceeds significance criteria). However, the City Council finds that specific economic, legal, social, technological, or other considerations, make it infeasible to reduce the identified impact to less-than-significant levels.

❑    <u>**Substantive Evidence**</u>

Growth projections from local general plans adopted by cities in the district are provided to the Southern California Association of Governments (SCAG), which develops regional growth forecasts, which are then used to develop future air quality forecasts for the AQMP. The future

emission forecasts contained in the AQMP are primarily based on demographic and economic growth projections provided by the Southern California Association of Governments.

The General Plan Land Use Designations currently assigned to the Project site are Business Park (Specific Plan Overlay) and General Commercial (Specific Plan Overlay) and was planned for business park and commercial development at the time the AQMP was adopted. The Project is not proposing to amend the existing General Plan Land Use Designations. However, the Project is proposing Specific Plan Amendment No. 5 to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan designations from Retail Commercial to Business & Warehouse, Office and Professional, and Retail & Service.

The amendment to the Specific Plan Land Use designations are in effect an amendment to the zoning classifications as they do not change the underlying General Plan Land Use designations used to prepare the 2016 AQMP. The General Plan EIR concluded that impacts to air quality were significant and unavoidable. The Project will result in exceedances of VOC during construction and NOx emissions during construction and operation. There is no feasible mitigation to reduce these significant impacts. Since the Project does not change the underlying General Plan Land Use designations, impacts remain significant and unavoidable as determined in the General Plan EIR.(EIR p. 4.2-8,9).

## 5.3 TRANSPORTATION

### 5.3.1 THRESHOLD A

**Significant and Unavoidable Impact:** -Would the Project conflict or be inconsistent with CEQA Guidelines section 15064.3, subdivision (b)?

❑     **Finding**

Impacts of the Project related to Threshold a are discussed in detail in EIR Section 4.15.5 (b). The Council finds that the Project would exceed the 15% below existing regional home-based worker VMT per worker by 19.12%. As such, the Project's impact based on VMT for the light industrial and business park components is potentially significant. However, the City Council finds that specific economic, legal, social, technological, or other considerations, make it infeasible to reduce the identified impact to less-than-significant levels.

❑     **Substantive Evidence**

Changes to California Environmental Quality Act (CEQA) Guidelines were adopted in December 2018, which require all lead agencies to adopt Vehicle Miles Traveled (VMT) as a replacement for automobile delay-based level of service (LOS) as the new measure for identifying transportation

impacts for land use projects. This statewide mandate took effect July 1, 2020. To aid in this transition, the Governor's Office of Planning and Research (OPR) released a Technical Advisory on Evaluating Transportation Impacts in CEQA (December of 2018) (Technical Advisory). Based on OPR's Technical Advisory, the Western Riverside Council of Governments (WRCOG) prepared a WRCOG SB 743 Implementation Pathway Document Package (March 2019) to assist its member agencies with implementation tools necessary to adopt analysis methodology, impact thresholds and mitigation approaches for VMT. To add to the previous work effort, WRCOG in February 2020 released its Recommended Traffic Impact Analysis Guidelines for Vehicle Miles Traveled and Level of Service Assessment (WRCOG Guidelines), which provides specific procedures for complying with the new CEQA requirements for VMT analysis.

At the time of the preparation of this EIR, the City has not formally adopted its own VMT analysis guidelines and thresholds. Therefore, for the purposes of this analysis the recommended VMT analysis methodology and thresholds recommended by the Technical Advisory and supported by the WRCOG Guidelines have been used. As outlined in the Technical Advisory, mixed-use projects such as the proposed Project need to evaluate each component of the project independently and apply the relevant significance threshold for each project type (i.e., office, retail, etc.). For the purposes of this VMT analysis, the evaluation of VMT will focus on the employment uses (i.e., industrial park and medical office uses) only.

Consistent with Technical Advisory recommendations, local serving retail that is typically less than 50,000 sf will tend to improve retail destination proximity and short trips, which in turn reduces VMT. The Technical Advisory notes that local agencies can presume that such development creates a less-than-significant impact. The Technical Advisory provides for the following recommended threshold for office/industrial land use projects which used for the Project: "A proposed project exceeding a level of 15 percent below existing regional VMT per employee may indicate a significant transportation impact."

As shown in Table 4.11-4 of the EIR, the Project would exceed the 15% below existing regional home-based worker VMT per worker by 19.12%. As such, the Project's impact based on VMT for the light industrial and business park components is potentially significant.

The following mitigation measure is recommended to reduce vehicle miles traveled to the maximum extent feasible.

*VMT-1: Pedestrian Network Improvements. Prior to the issuance of a building permit, site plans for future development shall provide a pedestrian access network to link areas of the Project site internally and to Sun Lakes Boulevard.*

The Project's vehicle miles traveled per worker exceeds the threshold of 15% below the existing regional vehicle miles traveled per worker. Even with implementation of the limited feasible

mitigation measures discussed above, the Project's vehicle miles traveled cannot be reduced to levels that would be less-than-significant.

# 6.0    Resolution Regarding Significant Irreversible Environmental Changes

The CEQA Guidelines require that an EIR disclose the significant environmental effects of a project that cannot be avoided if the proposed project is implemented (CEQA Guidelines § 15126(b)).

❑    **Finding**

Based on the entire record, the Council finds that the Project would not cause an irreversible change that would result in significant adverse effect to the environment.

❑    **Substantive Evidence**

Natural resources, in the form of construction materials and energy resources, would be used in the construction of the Project. The consumption of these natural resources would represent an irreversible change to the environment. However, development of the Project site as proposed would have no measurable adverse effect on the availability of such resources, including resources that may be non-renewable (e.g., fossil fuels). Additionally, the Project is required by law to comply with the California Building Standards Code (CalGreen), which will minimize the Project's demand for energy, including energy produced from non-renewable sources.

Implementation of the Project would commit future generations to the commercial, business park/warehouse, office and possibly residential land uses proposed by the Project on the Project site. As demonstrated in the analysis presented throughout Final EIR Section 4.0, construction and long-term operation of the Project would be compatible with existing and planned future land uses that surround the Project site and would not result in significant and unavoidable physical environmental effects to nearby properties.

Although the Project would cause unavoidable impacts to the environment associated with air quality, greenhouse gas emissions, land use and planning ,and vehicle miles traveled as summarized above, these effects would not commit surrounding properties to any particular land use other than those that are present under existing conditions or planned by the City of Banning General Plan. The placement of new land uses under the Project would have irreversible effects on the Flabob Airport ALUP in terms of allowing development at intensities higher than allowed under the ALUP. Based on the foregoing, the Project would not result in a significant, irreversible change to nearby off-site properties. (EIR pp. 5-1,2).

# 7.0  RESOLUTION REGARDING GROWTH INDUCING IMPACTS

CEQA requires a discussion of the ways in which the Project could be growth inducing.  The CEQA Guidelines identify a project as growth inducing if it would foster economic or population growth or the construction of additional housing, either directly or indirectly, in the surrounding environment (CEQA Guidelines § 15126.2(d)).

❑    **Finding**

The Project's potential to result in growth-inducing impacts is discussed in detail in Subsection 5.3 of the EIR.  Based on the entire record, the Council finds that the Project would not directly or indirectly induce growth in the surrounding area which could result in a significant adverse effect to the environment.

❑    **Substantive Evidence**

According to State CEQA Guidelines (Section 15126.2 (e)), a project may foster economic or population growth, or additional housing, either indirectly or directly, in a geographical area if it meets any one of the following criteria: remove obstacles to population growth; increases in the population that may tax existing community service facilities, causing significant environmental effects; a project would encourage and facilitate other activities that could significantly affect the environment. Each of these issues is discussed below.

*Remove Obstacles to Population Growth*

The Project will not remove obstacles to population growth or directly contribute to population growth. The proposed Project involves construction and operation of business and warehouse, office and professional, and retail and service uses in an area that the City has planned for this type of development. Consistency with the SCAG Regional Transportation Plan Sustainable Communities Strategy (RTP-SCS) is included in the analysis for this Project. Because the proposed Project is consistent with the General Plan land uses for the site, development of the site in this manner would have been considered in the RTP-SCS projections. Therefore, the Project is consistent with the goals and strategies outlined in the RTP-SCS and no mitigation measures are necessary.

*Increases in the Population That May Tax Existing Community Service Facilities, Causing Significant Environmental Effects*

The Project may indirectly induce population growth in the short term because it will be a new source of employment within the City. However, the extent to which the new jobs created by a project are filled by existing residents is a factor that tends to reduce the growth inducing effect of a project. Construction of the Project will create short-term construction jobs which are anticipated to be filled by workers who, for the most part, reside in the Project area; therefore, construction of the proposed Project will not generate a permanent increase in population within the Project area. The workers constructing the Project are also not expected to require additional

AR 007206

housing needs beyond those which are currently available in the City of Banning, or the surrounding County areas.

It is anticipated that new employees generated by the Project could come from within the local area and would not generate the need for new housing based on the Southern California Association of Government's (SCAG) growth projections for the City incorporate the type of growth that would result from the Project. Per SCAG's *Connect SoCal Demographics and Growth Forecast Technical Report, Table 14-Jurisdictional Level Growth Forecasts,* data for the City of Banning for 2016 shows the jobs to housing ratio is 0.68. SCAG considers an area balanced when the jobs-housing ratio is 1.36; communities with more than 1.36 jobs per dwelling unit are considered jobs-rich; those with fewer than 1.36 are housing-rich. and is considered housing rich. Because the City's ratio of jobs to housing of 0.68 is significantly less the 1.36 threshold, new housing is not needed to fulfill jobs in the area.

The proposed Project is consistent with the land use designation of Business Park (with Specific Plan Overlay) General Commercial (with Specific Plan Overlay) and was contained in the City's GP, which is included in SCAG's forecasts. Therefore, any potential increases in population because of the proposed Project would have been accounted for by SCAG when they developed their growth predictions. The Banning GP EIR also considered urbanization of land, in general, will have a growth inducing impact and found that development consistent with the Banning GP reflects the logical geographic expansion of development within Western Riverside County. Thus, as the Project is substantially similar to other development within the City of Banning General Plan and in the Project vicinity, and is consistent with the land uses assumed by SCAG in their growth forecasts, the Project will also not result in urbanization in a remote location. In addition, the analysis in Section 3.14, Public Services, of the Initial Study Checklist (see Appendix A) demonstrates that the impacts on public services are less than significant so the public service provider's ability to provide services will not be reduced.

Therefore, the amount of growth represented by the proposed Project is not expected to induce additional or substantial unanticipated growth into the surrounding area in the foreseeable future.

*Encourage and Facilitate Other Activities That Could Significantly Affect the Environment.*

The Project's potential influence on other nearby properties to redevelop at greater intensities and/or different uses than the City's General Plan and Zoning Code is nil because the Project site is surrounded by development on 3 sides and railroad tracks and the I-10 Freeway on one side and is considered an infill site. For the reasons outlined above, it is unlikely, speculative, and not reasonably foreseeable that the Project would induce substantial growth in the form of additional housing or non-residential economic activity or employment that would result in measurable impacts on the off-site physical environment. In addition, the development of the proposed Project would not reasonably or foreseeably cause the redevelopment of other properties or cause development on other properties. (EIR pp. 5-3,4).

# 8.0  RESOLUTION REGARDING ALTERNATIVES

### 1.3.1  ALTERNATIVE CONSIDERED AND REJECTED

An EIR is required to identify any alternatives that were considered by the Lead Agency, but were rejected as infeasible.  Among the factors described by CEQA Guidelines § 15126.6 in determining whether to exclude alternatives from detailed consideration in the EIR are: a) failure to meet most of the basic project objectives, b) infeasibility, or c) inability to avoid significant environmental impacts.  With respect to the feasibility of potential alternatives to the Project, CEQA Guidelines § 15126.6(f)(1) notes:

> *"Among the factors that may be taken into account when addressing the feasibility of alternatives are site suitability, economic viability, availability of infrastructure, general plan consistency, other plans or regulatory limitations, jurisdictional boundaries…and whether the proponent can reasonably acquire, control or otherwise have access to the alternative site…"*

In determining an appropriate range of alternatives to be evaluated in the Final EIR, possible alternatives were initially considered and, for a variety of reasons, rejected.  Alternatives were rejected because either: 1) they could not accomplish the basic objectives of the Project, 2) they would not have resulted in a reduction of significant adverse environmental impacts, or 3) they were considered infeasible to construct or operate.

A vacant 42- acre site that has a General Plan land use designation of General Commercial located at the southwest corner of I-10 and Sunset Avenue was considered as an alternative site. Development of the Project at this location would have similar impacts as would occur with implementation of the Project at its location. The Project's significant and unavoidable impacts are primarily the result of Project-generated traffic, which in turn are a result of the Project design itself, and not necessarily the physical setting or characteristics of the Project site; thus, implementing the Project at the alternative site would not substantially reduce the Project's impacts due to air quality emissions, greenhouse gas emissions, and vehicle miles traveled.

For the reasons stated above, the Council rejects this alternative. (EIR p. 6-2).

## 8.1-2  NO PROJECT/NO DEVELOPMENT ALTERNATIVE

Under existing conditions, the site consists of undeveloped and vacant land that has been subject to regular discing as part of on-going fire abatement activities. This Alternative would eliminate all the significant impacts from construction and operation of the Project (air quality, greenhouse gas emissions, and vehicle miles traveled). However, this alternative does not achieve any of the objectives of the Project.

For the reason stated above, the Council rejects this alternative. (EIR p. 6-4).

### 8.1.3   NO PROJECT/ GENERAL PLAN DEVELOPMENT ALTERNATIVE

Under this Alternative, the site would be developed with up to 25-acres of auto dealerships and 18 acres of commercial retail uses. Development under this Alternative would allow the following amount of development:

- 150,000 square feet (sf) of New Car Sales;
- 67,500 sf of Medical Office;
- 21,000 sf of High Turn-over Restaurant;
- 5,000 sf of Bank w/ Drive-thru; and
-  5,000 sf of Office.

Total: 248,500 sf.

 For comparison purposes, the Land Use Plan for the Project would allow the following:

- 877,298 square feet (sf) of Industrial Park
- 52,065 sf of Medical Office, and
- 37,189 sf of Retail Use.

Total: 966,552 sf.

*Air Quality Impacts*

Under long-term operating conditions, the primary source of air quality pollutants from both the Project and development under this alternative would occur because of vehicular traffic. Development under this Alternative would generate 10,828 daily trips (passenger car equivalent) compared to 5.594 daily trips generated by the Project because this Alternative has more retail and sales uses than the Project. This represents a 93 % increase in daily vehicle trips. Thus, this Alternative would result in increased vehicle trips in comparison to the Project and therefore increased vehicular-related air quality pollutant emissions as compared to the Project. Thus, this Alternative would exacerbate the Project's significant and unavoidable impacts due to operational emissions from NOx.

 Both this Alternative and the Project would conflict with the 2016 SCAQMD Air Quality Management Plan because NOx emissions because of vehicle traffic. Impacts are the same as the Project.

Odor impacts under both this Alternative and the Project would be similar, as the operation of light industrial and/or commercial land uses would not result in the generation of substantial amounts of odor.

*Greenhouse Gas Emissions*

Under this Alternative, GHG emissions would be 8,582 MTCO2e per year as compared to the Project's emissions of 11,966 MTCO2e per year. Impacts are less than the Project. Although this Alternative generates less greenhouse emissions than the Project, both this Alternative and the Project exceed the 3,000 MTCO2e screening significance thresholds and impacts remain significant and unavoidable.

*Transportation (Vehicle Miles Traveled)*

This Alternative would generate 10,828 daily trips (passenger car equivalent) as compared to 5.594 daily trips generated by the Project because this Alternative has more retail and sales uses. This represents a 93 % increase in daily vehicle trips, and thus more vehicle miles traveled. Impacts are greater than the Project. However, this Alternative will not reduce VMT by 15% below the existing regional VMT per worker threshold of 11.19 and impacts will remain significant and unavoidable.

For the reasons stated above, the Council rejects this alternative. (EIR pp. 6.4 through 6.6)

*Reduced Development Alternative*

Under this Alternative building square footage would be reduced by 20% (from 966,552 square feet to 773.242 square feet).

*Air Quality*

This would reduce NOx emissions from vehicle traffic to a less than significant level. However, VOC emissions from painting during construction would remain significant as a 54% reduction in building square footage is required to reduce these emissions to a less than significant level. Impacts are less than the Project, but impacts will remain significant for VOC emissions.

Both this Alternative and the Project would conflict with the 2016 SCAQMD Air Quality Management Plan because VOC emissions during building construction would exceed significance thresholds. Impacts are the same as the Project. Odor impacts under both this Alternative and the Project would be similar, as the operation of industrial and/or commercial land uses would not result in the generation of substantial amounts of odor. Impacts are the same as the Project

*Greenhouse Gas Emissions*

Under this Alternative, greenhouse gas emissions would be 8,102 MTCO2e per year as compared to the Project's emissions of 11,966 MTCO2e per year. Development under this Alternative would have less impacts than the Project.

AR 007210

*Transportation (Vehicle Miles Traveled)*

Because vehicle miles traveled are in part related to the number of vehicle trips generated by a project, if building square footage were reduced by 20% overall, vehicle miles traveled will be reduced. Impacts are less than the Project. Although this Alternative generates less vehicle miles traveled than the Project, impacts will remain significant.

For these reasons, the City Council rejects the Reduced Development Alternative. (EIR pp. 6-6 through 6-7).

# 9.0 RESOLUTION ADOPTING A STATEMENT OF OVERRIDING CONSIDERATIONS

This City Council identifies economic and social benefits and important policy objectives which result from implementing the Project. The Council has balanced these substantial social and economic benefits against the unavoidable significant adverse effects of the Project. Given the substantial social and economic benefits that will accrue from the Project, this Council finds that the benefits identified herein override the unavoidable environmental effects.

Public Resource Code Section 21002 provides: "In the event specific economic, social and other conditions make infeasible such Project alternatives or such mitigation measures, individual projects can be approved in spite of one or more significant effects thereof." Section 21002.1 (c) provides: "In the event that economic, social, or other conditions make it infeasible to mitigate one or more significant effects of a project on the environment, the project may nonetheless be approved or carried out at the discretion of a public agency..." CEQA Guidelines Section 15093 (a) states:

"If the benefits of a Project outweigh the unavoidable adverse environmental effects, the adverse environmental effects may be considered 'acceptable. "'

To the extent that the significant effects of the Project are not avoided or substantially lessened to below a level of significance, the City of Banning City Council, having reviewed and considered the information contained in the EIR and the public record, and having balanced the benefits of the Project against the unavoidable effects which remain, finds that such unmitigated effects to be acceptable in view of the overriding considerations identified below. The City Council finds that  any one of these Project benefits standing alone would be sufficient to sustain the Statement of Overriding Considerations.

CEQA does not require the lead agency to analyze "beneficial impacts" of a proposed Project in an EIR. Rather, EIRs are required to focus on potential significant effects on the environment, defined to be "adverse" impacts after the California Supreme Court held that beneficial impacts

must also be addressed (See Wildlife Alive v. Chickering (1976) 18 Cal.3d 190, 206). Nevertheless, decision-makers benefit from information about project benefits. These benefits can be cited, if necessary, in a Statement of Overriding Considerations.

The City Council declares that, having reduced the adverse significant environmental effects of the Project to the extent feasible by adopting the proposed mitigation measures, having considered the entire administrative record on the Project and having weighed the benefits of the Project against its unavoidable significant impacts after mitigation, the City Council has determined that the social, economic and environmental benefits of the Project outweigh the potential unavoidable significant impacts and render those potential significant impacts acceptable based upon the following considerations:

- The Specific Plan  amends previously adopted  plan in 2006 to reflect current market conditions and real estate trends, creating viable land uses and development concepts for the Specific Plan area. This land has remained undeveloped because there is insufficient market demand for the 2006 land use concept, which focused on retail commercial use, specifically auto dealerships.

- The Specific Plan allows for a range of land uses that reflects current market conditions given the trend away from brick-and-mortar retail.

- The Specific Plan provides an opportunity  for e-commerce, especially since e-commerce continues to grow as a preferred  shopping experience by society.

- The Specific Plan promotes high quality development to safeguard the existing asset of the Sun Lakes Country Club and other development in the vicinity.

- The Specific  Plan expands access to restaurants, shopping, and services for the nearby Sun Lakes Country Club community.

- The Specific Plan will create job opportunities to help the City improve its jobs-housing imbalance skewed to more housing than available jobs.

- By maintain the existing General Plan land use designations, the Specific  Plan ensures consistency between development and the General Plan. Specifically, it  will implement the citywide goal of "a balanced well-planned community including business which provides a functional pattern of land uses and enhances the quality of life for all Banning residents."

- The Project will expand light industrial options within the City and provide needed infrastructure, services, and jobs, which would strengthen the local economy. The Project will  provide the needed  infrastructure including street, water, sewer, storm drain,

drainage, and detention basins to serve the development. Additionally, the Project will provide short-term construction jobs, including jobs in other professions such as architects, engineers, roofing, plumbing, and asphalt.

- Future development allowed by the Specific Plan will generate development impact fees along with additional property and sales taxes, which will in combination be utilized to fund additional City services and capital improvements. As a condition of development, the developer is required to pay the development impact fees for general city facilities, police and fire facilities, and traffic control facilities. Property tax will also be generated from the industrial site once it is open for business.

- The Specific Plan will require implementation of green building practices that focus on water conservation, energy conservation, and recycling (energy and waste).

The City of Banning City Council hereby declares that the foregoing benefits provided to the public through approval and implementation of the Project outweighs the identified significant adverse environmental impacts of the Project that cannot be mitigated. The City of Banning City Council finds that each of the Project benefits outweighs the unavoidable adverse environmental impacts identified in the Final EIR and, therefore, finds those impacts to be acceptable

**EXHIBIT B**

**Banning Sun Lakes Specific Plan Amendment, No 5**

**Specific Plan Amendment No.20-2001**
**Zone Change No. 20-3501, Environmental Assessment  No. 20-1502.**

## 1. PURPOSE OF MITIGATION MONITORING AND REPORTING PROGRAM

This Mitigation Monitoring and Reporting Program (MMRP) has been developed to provide a mechanism  by which to monitor mitigation measures and conditions of approval outlined in the Sun Lakes Village North Specific Plan Amendment No. 5 Final Environmental Impact Report (FEIR), State Clearinghouse No. 2020029074. ("Project"). The Mitigation Monitoring and Reporting Program (MMRP) has been prepared in conformance with Section 21081.6: (a) When making findings required by paragraph (1) of subdivision (a) of Section 21081 or when adopting a mitigated negative declaration pursuant to paragraph (2) of subdivision (c) of Section 21080, the following requirements shall apply:

(1) The public agency shall adopt a reporting or monitoring program for the changes made to the project or conditions of project approval, adopted in order to mitigate, or avoid significant effects on the environment. The reporting or monitoring program shall be designed to ensure compliance during project implementation. For those changes which have been required or incorporated into the project at the request of a responsible agency or a public agency having jurisdiction by law over natural resources affected by the project, that agency shall, if so requested by the lead or responsible agency, prepare and submit a proposed reporting or monitoring program.

 (2) The lead agency shall specify the location and custodian of the documents or other material which constitute the record of proceedings upon which its decision is based. The State CEQA Guidelines Section 15097 provides clarification of mitigation monitoring and reporting requirements and guidance to local lead agencies on implementing strategies. The reporting or monitoring program must be designed to ensure compliance during project implementation. The City of Banning is the lead agency for the Project and is therefore responsible for implementing the MMRP. The MMRP has been drafted to meet the requirements of Public Resources Code Section 21081.6 as a fully enforceable monitoring program. The MMRP consists of the mitigation program and the measures to implement and monitor the mitigation program.

The MMRP defines the following for the mitigation measure outlined in Table 1, *Mitigation Monitoring Requirements:*

- **Definition of Mitigation**. The mitigation measure contains the criteria for mitigation, either in the form of adherence to certain adopted regulations or identification of the steps to be taken in mitigation.
- Responsible Party or Designated Representative. Unless otherwise indicated, the project applicant is the responsible party for implementing the mitigation, and the City of Jurupa Valley or a designated representative is responsible for monitoring the performance and implementation of the mitigation measures. To guarantee that the mitigation measure will not be inadvertently overlooked, a supervising public official acting as the Designated Representative is the official who grants the permit or authorization called for in the performance. Where more than one official is identified, permits or authorization from all officials shall be required.

- **Time Frame.** In each case, a time frame is provided for performance of the mitigation measure or review of evidence that mitigation has taken place. The performance points selected are designed to ensure that impact-related components of project implementation do not proceed without establishing that the mitigation is implemented or ensured. All activities are subject to the approval of all required permits from local, state, and federal agencies with permitting authority over the specific activity. The numbering system

AR 007214

AR004354

in Table 1 corresponds with the numbering system used in the DEIR. The last column of the MMRP table will be used by the parties responsible for documenting when implementation of the mitigation measure has been completed. The ongoing documentation and monitoring of mitigation compliance will be completed by the City of Banning. The completed MMRP and supplemental documents will be kept on file at the City of Banning Planning Department.

AR 007215

AR004355

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| **Air Quality** | | | |
| **AQ 1- Use Low VOC Paint:** To reduce VOC emissions associated with architectural coating, the project designer and contractor shall reduce the use of paints and solvents by utilizing pre-coated materials (e.g. bathroom stall dividers, metal awnings), materials that do not require painting, and require coatings and solvents with a VOC content lower than required under Rule 1113 to be utilized. The construction contractor shall be required to utilize "Super Compliant" VOC paints, which are defined in SCAQMD's Rule 1113. Construction specifications shall be included in building specifications that assure these requirements are implemented. The specifications for each implementing development project shall be reviewed by the City of Banning's Building and Safety Division for compliance with this mitigation measure prior to issuance of a building permit. | Building and Safety Department | Prior to issuance of a building permit. | |
| **AQ-2: Grading Limitations.** During the City's review process for applications under the Specific Plan, the applicant shall conduct or shall have conducted modeling of the regional and the localized emissions associated with the maximum daily grading activities estimated for the proposed individual developments one acre or larger. If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the maximum daily grading activities of the proposed development shall be limited to the extent that could occur without resulting in emissions in excess of SCAQMD's significance thresholds for those emissions. For implementing projects within the Specific Plan, the applicant shall be responsible for submitting a focused project-level air quality assessment that includes the modeling of localized on-site emissions associated with daily grading activities anticipated for the proposed development. | Planning Department | Prior to approval of any implementing entitlement | |
| **AQ 3-Electrical Hookups for Loading Docks:** Trucks accessing the Project site may have auxiliary power units (APU) and/or transport refrigeration units (TRUs). Therefore, electrical hookups shall be installed at all loading docks, and to reduce/replace APU use while trucks are parked along the docks, to allow trucks with APU and/or TRUs with electric standby capabilities to plug in when TRUs are in use to reduce diesel fuel consumption and | Building and Safety Department | Prior to issuance of occupancy permit | |

AR 007216

AR004356

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| resulting NOx emissions. The City shall verify electrical hookups have been installed prior to occupancy. | | | |
| **AQ 4-Idiling Limits:** All facilities shall post signs informing users of requirements limiting idling to five minutes or less pursuant to Title 13 of the California Code of Regulations, Section 2485 in order to reduce diesel fuel consumption and resulting NOx emissions. No overnight/long-term parking will be allowed. The City shall verify signage has been installed prior to occupancy permit. | Building and Safety Department | Prior to issuance of occupancy permit | |
| **AQ 5-Electric or Natural Gas Service Equipment:** Service equipment (i.e., yard hostlers and forklifts) used within the shall be electric or compressed natural gas powered to reduce diesel fuel consumption and resulting NOx emissions. | Planning Department | Prior to issuance of occupancy permit, project proponent shall provide verification | |
| **AQ-6-Electric Vehicle Charging Stations:** Prior to approval of implementing commercial plot plan(s) within the Project the City of Banning Planning Division shall ensure that the plot plan(s) include a minimum of three (3) electric-vehicle charging stations. The electric vehicle charging stations also shall be depicted on building plans for implementing development within Project site. Prior to issuance of occupancy permits for the proposed commercial land uses within the Project site, the City of Banning Building and Safety Department shall ensure that a minimum of three electric vehicle charging stations have been installed on-site. | Planning Department | Prior to issuance of a building permit | |
| **AQ-7-Health Risk Assessment:** During the City's review process for any future development applications under the Specific Plan that proposes a warehouse or distribution project, the applicant shall submit a Health Risk Assessment for that is prepared pursuant to the "Health Risk Assessment Guidance for Analyzing Cancer Risk from Mobile Source Diesel Idling Emissions for CEQA Air Quality Analysis." If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the following performance-based measures shall be required in order reduce emissions to less than | Planning Department | Prior to approval of any implementing project, conditions of approval requiring | |

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| significant levels. The measures shall include the following:<br><br>1) Prior to the issuance of any grading permits, the applicant and/or building operators shall submit construction plans and a construction vehicle management plan to the City of Banning denoting the proposed schedule and projected equipment use. The construction vehicle management plan shall include such things as: idling time requirements; requiring hour meters on equipment; and documenting the serial number, horsepower, age, and fuel of all onsite equipment. The plan shall include that California state law requires equipment fleets to limit idling to no more than 5 minutes. Construction contractors shall provide evidence that low emission mobile construction equipment will be utilized or that their use was investigated and found to be infeasible for the project as determined by the City.<br><br>2) Prior to issuance of an occupancy permit, the operator of a warehouse/distribution center use shall place signs that identify CARB anti-idling regulations. At a minimum, each sign shall include: 1) instructions for truck drivers to shut off engines when not in use; 2) instructions for trucks drivers to restrict idling to no more than 5 minutes once the vehicle is stopped, the transmission is set to "neutral" or "park", and the parking brake is engaged; and 3) telephone numbers of the building facilities manager and CARB to report violations. 3) Prior to the issuance of an occupancy permit for a warehouse/distribution center use, the City shall require operators of the proposed facilities to encourage the vendor trucks to incorporate energy efficiency improvement features through the Carl Moyer Program—including truck modernization, retrofits, and/or aerodynamic kits and low rolling resistance tires—to reduce fuel consumption.<br><br>3) Prior to the issuance of a building permit for a warehouse/distribution center use, the building shall be designed to provide infrastructure to support use of electric powered forklifts and/or other on-site equipment. | | implementation of items 1 through3 of AQ-7 | |
| **Biological Resources** | | | |

AR 007218

**AR004358**

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| **BIO-1-Preconstruction Burrowing Owl Survey.** Within 30 calendar days prior to grading, a qualified biologist shall implement focused preconstruction surveys. Surveys shall be conducted by a CDFW-approved biologist prior to the initiation of ground disturbance (including, but not limited to mobilization and staging, clearing, grubbing, vegetation removal, fence installation, demolition, and grading). In conformance with Burrowing Owl Survey Instructions for the Western Riverside Multiple Species Habitat Conservation Plan Area (2006) and California Burrowing Owl Consortium's 1993 protocols (which are recommended by the CDFW), the surveys will consist of a minimum of three site visits. A brief biological technical report will be prepared and submitted to the City that describes the results of the preconstruction survey. The report shall be reviewed by the City prior to the issuance of a grading permit. If the preconstruction survey does not identify burrowing owls in the impact area, a grading permit may be issued without restriction. If it is determined that burrowing owls have colonized the project site prior to the initiation of construction, the project proponent shall immediately inform RCA, USFWS, and CDFW and will be required to prepare a Burrowing Owl Protection and Relocation Plan for approval by RCA USFWS, and CDFW prior to initiating ground disturbance. If burrowing owls are determined to be present in areas proposed for ground disturbance, the following avoidance measures will be implemented: <br><br> a. Occupied burrows shall not be disturbed during the nesting season (March 1 through August 31) unless a qualified biologist approved by CDFW verifies through noninvasive methods that either the birds have not begun egg laying and incubation or that juveniles from the occupied burrows are foraging independently and are capable of independent survival. Owls on-site after March 1 will be assumed to be nesting unless evidence indicates otherwise. This nest protection buffer will be maintained until August 31 or based on monitoring evidence, until the young owls are foraging independently or the nest is no longer active. <br><br> Unless otherwise authorized by CDFW and/or the RCA, a 250-foot buffer, within which no activity will be permissible, will be maintained between project activities and nesting burrowing owls during the nesting season. This protected area will remain in effect until August 31 or based upon monitoring evidence, until the young owls are foraging | Planning Department | Prior to approval of any implementing project, | |

AR 007219

AR004359

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| independently. For burrowing owls present during the nonbreeding season (generally September 1 to January 31), a 150-foot buffer zone will be maintained around the occupied burrow(s).<br><br>b. If there is any possibility that owls will be injured or killed as a result of construction activities, the birds may be passively relocated during the nonbreeding season in coordination with the City, RCA, and CDFW. Relocation of owls will be performed by a qualified biologist using one-way doors, which should be installed in all burrows within the impact area and left in place for at least two nights. Immediately prior to the initiation of grading, these one-way doors will be removed and the burrows backfilled. To avoid the potential for owls evicted from a burrow to occupy other burrows in the impact area, one-way doors will be placed in all potentially suitable burrows in the impact area when eviction occurs. | | | |
| **BIO-2- Nesting Bird Survey**. Prior to the issuance of a grading permit, the City of Banning Planning Department shall ensure vegetation clearing and ground disturbance shall be prohibited during the migratory bird nesting season (February 1 through August 31), unless a migratory bird nesting survey is completed in accordance with the following requirements: a. A migratory nesting bird survey of the Project's impact footprint shall be conducted by a qualified biologist within three business (3) days prior to initiating vegetation clearing or ground disturbance. b. A copy of the migratory nesting bird survey results report shall be provided to the City of Banning Planning Department. If the survey identifies the presence of active nests, then the qualified biologist shall provide the Planning Department with a copy of maps showing the location of all active nests and an appropriate buffer zone around each nest sufficient to protect the nest from direct and indirect impact. The size and location of all buffer zones as determined by a qualified biologist, shall be subject to review and approval by the Planning Department. The nests and buffer zones shall be field checked weekly by a qualified biological monitor. The approved buffer zone shall be marked in the field with construction fencing, within which no vegetation clearing or ground disturbance shall commence until the qualified biologist | Planning Department | Prior to approval of a grading permit for any implementing project | |

7

AR 007220

AR004360

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| and Planning Department verify that the nests are no longer occupied and the juvenile birds can survive independently from the nests. | | | |
| **BIO-3- Native Tree Removal**. Native trees to be impacted by development of projects pursuant to the Specific Plan shall be assessed by a certified arborist as to the viability and value of the trees to determine if mitigation and replacement are required. Removal of healthy, shade-providing, and aesthetically valuable trees shall be strongly discouraged and shall conform with the policies and programs of the City of Banning General Plan. A tree removal and replacement plan shall be required for the removal and replacement of all trees more than 50 years of age unless their removal is required to protect the public health and safety. Each identified tree removed shall be replaced with at least one 36-inch box specimen tree, in addition to any other required landscaping. | Planning Department | Prior to issuance of a grading permit for any implementing project | |
| **Geology and Soils (Paleontological Resources)** | | | |
| **GEO - 1: Paleontological Resource Impact Mitigation Program**. Prior to the issuance of a grading permit, the Project Proponent shall prepare a paleontological resource impact mitigation program (PRIMP) for the grading and excavation phase of the Project, including both on- and off -site activities. The PRIMP shall be submitted for review and approval to the City of Banning Community Development Department and shall conform to the guidelines of the Society of Vertebrate Paleontology; including the following: a) A trained paleontological monitor shall be present during initial mass grading or deep trenching activities within the Project in sediment areas determined likely to contain paleontological resources. If paleontological resources are located within excavation, the monitoring program will change to full-time. The monitor shall be empowered to temporarily halt or redirect construction activities to ensure avoidance of adverse impacts to paleontological resources. The monitor shall be equipped to rapidly remove any large fossil specimens encountered during excavation. During monitoring, samples shall be collected and processed to recover micro vertebrate fossils. Processing shall include wet screen washing and microscopic examination of the residual materials to identify small vertebrate remains. b) Upon encountering a large deposit of bone, salvage of all bone in the area shall be | Planning Department | Prior to issuance of a grading permit for any implementing project | |

AR 007221

AR004361

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| conducted in accordance with modern paleontological techniques. c) All fossils collected during the Project shall be prepared to a reasonable point of identification. Excess sediment or matrix shall be removed from the specimens to reduce the bulk and cost of storage. Itemized catalogs of all material collected and identified shall be provided to the museum repository along with the specimens. d) A report documenting the results of the monitoring and salvage activities and the significance of the fossils will be prepared. All fossils collected during this work, along with the itemized inventory of these specimens, shall be deposited in a museum repository for permanent curation and storage. e) All fossils collected during this work, along with the itemized inventory of these specimens, shall be deposited in a museum repository for permanent curation and storage. | | | |
| **Greenhouse Gas Emissions** | | | |
| **GHG-1: GHG Reduction Documentation.** Prior to the issuance of a building permit, documentation that the following GHG reduction measures shall be implemented by future development projects is required. Documentation may consist of a letter stating how the project will comply and identify the verification mechanism for each measure required below (e.g. shown on building plans, landscaping plans, etc.) 1. The project shall devise a comprehensive water conservation strategy to reduce water use during project operation. The strategy will include the following: • Install drought-tolerant plants for landscaping. • Install water-efficient irrigation systems, such as weather-based and soil-moisture- based irrigation controllers and sensors, for landscaping according to the California Department of Water Resources Model Efficient Landscape Ordinance. • Ensure that all landscape and irrigation measures follow the City of Banning's Landscaping and Water Conservation requirements. GHG-2: Building Design. The project will design building shells, building components, such as windows, roof systems and electrical systems to meet 2016 Title 24 Standards (or applicable requirements in effect at the time a building permit is applied for). GHG-3: LEED Features. Buildings will be designed to provide CALGreen Standards with Leadership in Energy and Environmental Design (LEED) features for potential certification and will employ energy and water conservation measures in accordance with such standards. This includes design considerations related to the building envelope, HVAC, | Planning Department | Prior to the issuance of a building permit for any implementing project | |

AR 007222

AR004362

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| lighting, and power systems. Additionally, the architectural expression such as roofs and windows in the buildings will relate to conserving energy. GHG-4. Energy Efficient Lighting. Prior to the issuance of a building permit, building plans shall require that high-efficiency lighting (such as LED lighting that is 34 percent more efficient than fluorescent lighting) be installed within buildings on-site. GHG-5. Efficient Building Materials/Equipment. The project will utilize building materials/methods and heating equipment that are efficient and reduce emissions that may include, but not limited to, high-efficiency heat pumps; thin insulating materials; windows and building surfaces with tunable optical properties; high efficiency lighting devices; improved software for optimizing building design and operation; low cost, easy to install, energy harvesting sensors and controls; interoperable building communication systems; and optimized control strategies. GHG-6. Reduce Indoor Water Demand. Prior to the issuance of a building permit, building plans shall require that all faucets, toilets, and showers installed in the proposed structures utilize low-flow fixtures that would reduce indoor water demand by 20% per CalGreen Standards. | | | |
| **NOI-1-Construction Noise Mitigation Plan.** Prior to issuance of grading and/or building permits, a note shall be provided on grading and building plans indicating that ongoing during grading and construction, the property owner/developer shall be responsible for requiring contractors to implement the following measures to limit construction-related noise: 1. The project applicant shall limit construction activities to the daytime hours between 7 AM to 6 PM, as prescribed in Section 8.44.090(E) of the City's Municipal Code. 2. For all project construction zones, all internal combustion engines on construction equipment and trucks are fitted with properly maintained mufflers consistent with manufacturer's standards. 3. For all project construction zones, stationary equipment such as generators, air compressors shall be located as far as feasible from nearby noise-sensitive uses. If such stationary equipment produces noise emissions that are directional, said equipment shall be oriented to direct noise emissions away from sensitive receptors. 4. For all project construction zones, stockpiling and staging should be located as far as feasible from nearby noise sensitive receptors. 5. For construction activity within 50 feet of any noise-sensitive receptors, a temporary noise barrier shall be installed by the applicant/developer. This temporary noise barrier shall be installed prior to the onset of construction and be located between the single-family residences, senior | Planning Department | Prior to the issuance of a building permit or grading permit for any implementing project | |

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| apartments/assisted living/memory care residential facility and the construction zone and all sensitive receptors. The temporary sound barrier shall provide a reduction in noise that will meet the City's construction noise threshold of 55 dBA. The noise barrier shall be a minimum height of 8 feet and be free of gaps and holes and must achieve a Sound Transmission Class (STC) of 35 or greater. The barrier can be either (a) a ¾-inch-thick plywood wall OR (b) a hanging blanket/curtain with a surface density or at least 2 pounds per square foot. For either configuration, the construction side of the barrier shall have an exterior lining of sound absorption material with a Noise Reduction Coefficient (NRC) rating of 0.7 or higher. | | | |
| **NOI-2-Final Acoustical Report:** Prior to issuance of the first building permit for any project, the property owner/developer shall submit a final acoustical report prepared to the satisfaction of the Planning Director to address potential noise impacts to nearby residences. The report shall demonstrate that the project incorporates sufficient noise attenuation features if needed so that the City's exterior and interior standards in Municipal Code Sections 8.44.070 and 8.44.090(E) and in the City's Noise Element are maintained at nearby residences. Compliance can be achieved with (a) sufficient buffering distances so that nearby sensitive receptors are not significantly impacted by future commercial development OR (b) sufficiently high and long sound barrier wall(s) that are placed between commercial noise sources and receptors (for example, in the case of garbage compactor equipment) OR (c) other adequate noise reduction methods that are approved by the Planning Director or their designee. In all cases, the noise reduction measures shall be technically demonstrated to achieve the appropriate target noise level(s) for both exterior and interior environments for nearby residences, as appropriate (e.g., sufficient wall or berm height, sufficient buffering distance, appropriate sound encapsulation/insulation methods, etc.). The individual project owner/developer shall submit the noise mitigation report to the Planning Director for review and approval. Upon approval by the City, the project acoustical design features shall be incorporated into the future development. | Planning Department | Prior to the issuance of a building permit or grading permit for any implementing project | |
| **VMT-1: Pedestrian Network Improvements.** Prior to the issuance of a building permit, site plans for future development shall provide a pedestrian access network to link areas of the | Planning Department | Prior to the issuance of a | |

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| Project site internally and to Sun Lakes Boulevard. | | building permit for any implementing project | |
| **Tribal Cultural Resources** | | | |
| **TCR-1-Retain Qualified Professional Archaeological Monitor:** Prior to the issuance of a grading permit, the Applicant shall retain a qualified professional archaeological monitor who meets U.S. Secretary of the Interior Standards (SOI). The monitor shall be present during all ground disturbing activities to identify any known or suspected archaeological and/or cultural resources. The monitor will conduct an Archaeological Sensitivity Training, in conjunction with the Tribes Tribal Historic Preservation Officer (THPO). The training session will focus on what the archaeological and tribal cultural resources that may be encountered during earthmoving activities and the procedures to be followed in such an event. | Planning Department | Prior to the issuance of a grading permit for any implementing project | |
| **TCR-2- Archaeological Monitoring and Treatment Plan**: Prior to the issuance of a grading permit, the qualified archaeologist shall develop an Archaeological Monitoring and Treatment Plan to address the details, timing and responsibility of all archaeological and cultural resource activities that occur on the project site, in coordination with Tribe. | Planning Department | Prior to the issuance of a grading permit for any implementing project | |
| **TCR-3- Tribal Monitoring Agreement**: Prior to the issuance of grading permits, the applicant shall enter into a Tribal monitoring agreement with the Morongo Band of Mission Indians for the project. The Tribal Monitor shall be on-site during all ground disturbing activities including clearing, grubbing, tree and bush removal, grading, trenching, fence post placement and removal, construction excavation, excavation for all water supply, electrical, and irrigation lines, and landscaping phases of any kind. The Tribal Monitor shall have the authority to temporarily divert, redirect, or halt the ground disturbance activities to allow | Planning Department | Prior to the issuance of a grading permit for any implementing project | |

AR 007225

AR004365

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| identification, evaluation, and potential recovery of cultural resources. | | | |
| **TCR-4-Specific Conditions:** The Morongo Band of Mission Indians requests the following specific conditions to be imposed in order to protect Tribal cultural, and/or archaeological resources within the project area. This includes cultural materials both on the surface and buried. Should human remains be encountered on the surface or during any and all ground-disturbing activity (i.e. grubbing, tree and bush removal, grading, trenching, fence post placement and removal, construction excavation, excavation for all water supply, electrical, and irrigation lines, and landscaping phases, excavation of any kind), work in the immediate vicinity of the discovery shall immediately stop (within 100-foot buffer of the discovery), the area shall be protected, project personnel/observers restricted, and the County Coroner to be contacted pursuant to State and Safety Code §7050.5. and Public Resources Code (PRC) § 5097.98. In the event human remains are found and identified as Native American, the landowner shall also notify the City Planning Department so that the City can ensure PRC § 5097.98 is followed. No photographs are to be taken except by the Coroner. A. In the event that Tribal Cultural Resources or other cultural resources are discovered during project development and construction, all work in the immediate vicinity of the discovery shall stop (within 60- foot buffer of the discovery) and the area protected by fencing and guarding until a qualified archaeologist (i.e. meeting Secretary of the Interior standards) assesses the discovery. Overall project work may continue during this period of assessment. B. If archaeological assessment indicates that significant Native American cultural resources or other cultural resources are present, a Treatment Plan must be prepared in consultation with the Tribe. The developer will notify the Lead Agency and contract with qualified Cultural Resources Management (CRM) firm to develop the Treatment Plan. C. If requested by the Tribe, the developer or the project archaeologist shall, in good faith, immediately initiate consultation with the Morongo Band of Mission Indians regarding further actions to be taken including, but not limited to, avoidance, preservation in place, removal, and disposition. | Planning Department | During grading | |
| **TCR-5-Imadvert Discovery During Grading:** In the event that archaeological or tribal cultural resources are unearthed during ground-disturbing activities, ground disturbing | Planning Department | During grading | |

13

AR 007226

AR004366

| Mitigation Measure | Responsible for Implementation | Timing | Monitor (Signature and Date of Compliance) |
|---|---|---|---|
| activities shall stop (within 60-foot buffer of the discovery) or shall be diverted away from the vicinity of the find, so that the find can be evaluated by the qualified Archaeologist. A treatment plan shall be developed by a qualified Archaeologist (meeting SOI standards) in consultation with the Tribe and the City Planning Department to include relinquishment of all artifacts through one of the following methods: A. This reburial area of cultural resource items shall be away from any future impacts and reside in perpetuity. Reburial shall not occur until all cataloguing; analysis and any necessary special studies have been completed on the cultural resources. Details of contents and location of the reburial shall be documented in a Final Report and shall remain as confidential. B. The Tribes Most Likely Descendant (MLD) may wish to rebury the human remains and/or associated funerary objects, as close to the place of their discovery, in an area that will not be subject to future disturbances and reside in perpetuity. The place(s) of reburial will not be disclosed by any party and is exempt from the California Public Records Act (California Government Code § 6254[r]). Reburial location of human remains will be determined by the landowner, City Planning Department, in consultation with the Tribes Most Likely Descendant (MLD). C. Curation at a Riverside County Curation facility that meets federal standards per 36 CFR Part 79 and therefore will be professionally curated and made available to other archaeologists/researchers and tribal members for further study. The collection and associated records shall be transferred, including title, and are to be accompanied by payment of the fees necessary for permanent curation. Evidence shall be provided in the form of a letter from the curation facility identifying that archaeological materials have been received and that all fees have been paid. | | | |
| **TCR-6-Documents:** Any and all cultural documents created as a part of the project (Archaeological Monitoring and Treatment Plans, isolate records, site records, survey reports, testing reports, etc.) shall be supplied to the applicant and Lead Agency for dissemination to consulting Tribe. | Planning Department | Prior to the issuance of an occupancy permit | |

AR 007227

AR004367



# Sun Lakes

## Village North
## Specific Plan

Amendment 5

Prepared for the

## City of Banning

by

**RPG** ROMO PLANNING GROUP
A CALIFORNIA CORPORATION

Public Hearing Draft
November 4, 2020

AR 007228

AR004368

**Sun Lakes Village North Specific Plan**

# Table of Contents

1 INTRODUCTION .................................................................................. 1

1.1 Purpose ................................................................................ 1

1.2 Location ................................................................................ 1

1.3 Planning Context ................................................................. 5

1.4 Guiding Objectives .............................................................. 5

1.5 Authorization for Specific Plan Amendment ....................... 6

2 Development Plan ............................................................................ 7

2.1 Land Use Plan ...................................................................... 7

   2.1.1 Allowable Land Uses ...................................................... 9

   2.1.2 Land Uses Not Listed ..................................................... 9

   2.1.3 Alternative Residential Use .......................................... 12

2.2 Circulation Plan .................................................................. 13

   2.2.1 Semi-Truck Access ....................................................... 13

   2.2.2 Passenger Vehicle Access ............................................ 13

   2.2.3 Golf Cart Access ........................................................... 15

   2.2.4 Emergency Vehicle Access ........................................... 15

   2.2.5 Pedestrian Circulation .................................................. 15

   2.2.6 Circulation Plan Development Criteria .......................... 15

2.3 Streetscape Plan ................................................................ 16

   2.3.1 Streetscape Plan Development Criteria ........................ 16

2.4 Infrastructure Plan ............................................................. 17

   2.4.1 Water and Sewer .......................................................... 17

   2.4.2 Stormwater ................................................................... 17

   2.4.3 Stormwater Management Development Criteria ........... 17

   2.4.4 Electrical Service .......................................................... 18

   2.4.5 Fire Protection .............................................................. 18

3 DEVELOPMENT STANDARDS & DESIGN GUIDELINES ..................... 19

3.1 Development Standards ...................................................... 19

3.2 Design Guidelines .............................................................. 20

   3.2.1 Site Design and Circulation ........................................... 20

**i**



## Sun Lakes Village North Specific Plan

3.2.2 Architectural Design ................................................................. 21

3.2.3 Landscape Design ................................................................... 22

3.2.4 Walls, Fences, Screening, and Buffers ................................... 24

3.2.5 Business & Warehouse District .............................................. 26

3.2.6 Office & Professional District ................................................ 27

3.2.7 Retail & Service District ........................................................ 28

4   ADMINISTRATION .......................................................... 30

4.1 Responsibility ............................................................................. 30

4.2 Applicability ................................................................................ 30

4.3 Interpretation ............................................................................. 30

4.4 Severability ................................................................................. 30

4.5 Review Authority ........................................................................ 31

4.6 Specific Plan Modification .......................................................... 31

4.6.1 Administrative Specific Plan Adjustments ............................ 31

4.6.2 Specific Plan Amendments ................................................... 31

4.7 Implementation .......................................................................... 32

4.7.1 Phasing of Development ....................................................... 32

4.7.2 Maintenance of Infrastructure Improvements ...................... 32

4.7.3 Funding and Financing Strategy ........................................... 32

APPENDIX – GENERAL PLAN CONSISTENCY ........................................ A-1

## List of Figures

Figure 1 – Regional Map ............................................................................ 2
Figure 2 - Vicinity Map .............................................................................. 3
Figure 3 - Specific Plan Area ..................................................................... 4
Figure 4 – Land Use Plan ........................................................................... 8
Figure 5 - Circulation Plan ....................................................................... 14

## List of Tables

Table 1:  Allowable Land Uses ................................................................ 10
Table 2: Development Standards .............................................................. 19
Table 3: Maintenance Entities ................................................................. 32

ii



## Sun Lakes Village North Specific Plan

# 1 INTRODUCTION

This chapter discusses the purpose of the Specific Plan Amendment, the location of the site, planning context, and project objectives.

## 1.1 Purpose

The Sun Lakes Village North Specific Plan Amendment 5 ("Specific Plan") is a detailed planning and regulatory document for the development of 47.1 acres of vacant land north of the existing Sun Lakes Country Club in the city of Banning, California.

The purpose of this Specific Plan is to amend the plan previously adopted in 2006 to reflect current market conditions and real estate trends, creating viable land uses and development concepts for the Specific Plan area. This land has remained undeveloped because there is insufficient market demand for the 2006 land use concept, which focused on retail commercial use, specifically auto dealerships.

The Specific Plan area boundaries remain the same as in the previously adopted document, thus this current plan is considered an "amendment." However, since this Specific Plan presents an entirely new land use concept, circulation plan, development standards, and design guidelines, this plan functions as a standalone document, superseding prior documents.

## 1.2 Location

As illustrated in Figure 1, Regional Map, Banning is located in the San Gorgonio Pass and is bordered by the city of Beaumont to the west and the Morongo Tribal Reservation to the east.

As shown in greater detail in Figure 2, Vicinity Map, the Specific Plan area is situated in the southwest portion of Banning near the city's western border. The Specific Plan area is located south of Interstate 10 (1-10 Freeway), north of Sun Lakes Boulevard, and east of Highland Springs Avenue.

Figure 3, Specific Plan Area, identifies the boundaries of the 47.1-acre site. The borders consist of the Southern Pacific Railroad on the north, Sun Lakes Boulevard on the south, existing residential parcels in the Sun Lakes Country Club community on the northeast, an assisted living facility on the southeast, and Sun Lakes Village Shopping Center on the west.

**1**



## Sun Lakes Village North Specific Plan



**Figure 1 – Regional Map**

AR 007232

AR004372

## Sun Lakes Village North Specific Plan



**Figure 2 - Vicinity Map**

3

AR 007233

AR004373

## Sun Lakes Village North Specific Plan



**Figure 3 - Specific Plan Area**



**4**

AR 007234

**Sun Lakes Village North Specific Plan**

## 1.3 Planning Context

This Specific Plan is Amendment 5 of the original Sun Lakes Village Specific Plan document. Both this plan and the 2006 plan address the land identified in the 2000 Sun Lakes Village North Specific Plan as Planning Areas B, D, and E.

The original Sun Lakes Village Specific Plan was adopted by the Banning City Council on February 28, 1983, and allowed for 4,131 dwelling units, a 150-acre golf course, 12 acres of commercial use, and 144 acres of office and industrial use.

The first amendment was adopted by the City Council in 1984/85, which resulted in the removal of requirements for on-site wastewater treatment facilities, a minor reduction of commercial acreage, reconfiguration of the golf course, and realignment of streets.

Specific Plan Amendment 2 was adopted by the City Council in February 1995 and renamed the document "Sun Lakes Village North Specific Plan." It modified land use in the north planning areas to allow single family residential use while reducing the overall number of allowed dwelling units for the site.

In April 2000, Specific Plan Amendment 3 changed the requirements for the area north of Sun Lakes Boulevard. It lowered the parking and open space requirements for the congregate care facility in Planning Area C, allowed for senior congregate care programs, and changed the street-frontage pathway to pedestrian use only.

Specific Plan Amendment 4 in 2006 addressed land uses for approximately 47 acres of undeveloped land remaining in the original Specific Plan area. Under the 2006 amendment, the area was designated for retail commercial use, specifically auto dealerships. Minor changes to planning area boundaries, circulation plans, and development standards were made to support use of the site for auto sales.

## 1.4 Guiding Objectives

This Specific Plan Amendment 5 delineates a new vision for development of the Specific Plan area, which is based on the following primary objectives.

- Allow for a range of land uses that reflects current market conditions given the trend away from brick-and-mortar retail.

- Respond to an increase in e-commerce, especially driven by the coronavirus pandemic.

- Promote high quality development to safeguard the existing asset of the Sun Lakes Country Club and other development in the vicinity.

- Locate and design truck courts and semi-truck circulation to minimize impacts on surrounding land uses and development.

- Expand access to restaurants, shopping, and services for the nearby Sun Lakes Country Club community.

**5**



AR 007235

AR004375

## Sun Lakes Village North Specific Plan

## 1.5 Authorization for Specific Plan Amendment

The authority for preparation, adoption, and amendment of a specific plan originates from the California Government Code, Title 7, Division 1, Chapter 3, Article 8, Sections 65450–65457 (Specific Plans). The California Government Code provides authority for a city to prepare specific plans and specific plan amendments as may be required for the systematic implementation of its General Plan. When a specific plan is adopted or amended by ordinance, it effectively replaces the zoning regulations for the specific plan area.

The Banning Planning Commission must hold a public hearing before making a recommendation on adopting or amending a specific plan to the Banning City Council. Once adopted by the City Council, this Specific Plan Amendment shall regulate the development activities within the Specific Plan area by establishing allowable land uses, development standards, design guidelines, circulation plan, streetscape plan, infrastructure plan, and administration and implementation provisions.


AR 007236

**AR004376**

# 2 Development Plan

This chapter addresses development within the Specific Plan area and includes a land use plan, circulation plan, streetscape plan, and infrastructure plan.

## 2.1 Land Use Plan

As illustrated in Figure 4, Land Use Plan, the Specific Plan designates three Land Use Districts within the Specific Plan area:

- Business & Warehouse District (BW)
- Office & Professional District (OP)
- Retail & Service District (RS)

The Business & Warehouse District is the largest district under the Specific Plan at approximately 30.22 acres. It is located in the northwestern portion of the Specific Plan area, adjacent to the Sun Lakes Village Shopping Center, the Southern Pacific Railroad, and the I-10 Freeway.

The Office & Professional District is approximately 10.06 acres and is located in the east part of the Specific Plan area adjacent to an assisted living facility and residential units designed on smaller lots that are part of the Sun Lakes Country Club active adult/golf course community. The allowable land uses in this district (refer to Table 1) are intended to be of a nature that limit impacts on the existing adjacent sensitive uses. The Office & Professional District also creates a buffer between its adjacent uses and development within the Business & Warehouse District.

The Retail & Service District is the smallest at approximately 6.83 acres. It is located on the southern edge of the Specific Plan area adjacent to Sun Lakes Boulevard. The land use objectives for this district are to provide convenient shopping and neighborhood-related services to meet the daily needs of nearby residents, create high quality development adjacent to the Sun Lakes Boulevard frontage, and screen development within the Business & Warehouse District.

Permitted, Conditionally Permitted, and Prohibited Uses within the Land Use Districts shall be as specified in Table 1, Allowable Land Uses.



AR 007237

AR004377

## Sun Lakes Village North Specific Plan



**Figure 4 – Land Use Plan**



**8**

AR 007238

AR004378

## Sun Lakes Village North Specific Plan

### 2.1.1 Allowable Land Uses

Table 1 (Allowable Land Uses) shows the allowable land use, activity, or facility permitted within the following Specific Plan Land Use Districts:

- Business & Warehouse District (BW)
- Office & Professional District (OP)
- Retail & Service District (RS)

The letters/symbols used in Table 1 shall have the following meanings:

<u>"P" - Permitted Use</u>

A Permitted Use (P) is permitted by right and may be established as the primary use of a building without the need for discretionary approval, subject to the applicable development standards, design guidelines, and environmental review.

<u>"C" - Conditionally Permitted Use</u>

A Conditionally Permitted Use (C) is permitted upon issuance of a Conditional Use Permit (CUP) pursuant to the procedures specified in the Banning Zoning Code.

<u>"X" - Prohibited Use</u>

A land use indicated with an "X" symbol is prohibited within the specified land use district.

### 2.1.2 Land Uses Not Listed

A land use not listed in Table 1 shall be considered a prohibited land use. For a land use similar to those listed, but not expressly stated in Table 1, the Community Development Director shall have the authority to make a determination whether the similar land use is allowable.

**9**



AR 007239

AR004379

## Sun Lakes Village North Specific Plan

Table 1:  Allowable Land Uses

| Land Use | Land Use District | | |
|---|---|---|---|
| | BW | OP | RS |
| **RETAIL** | | | |
| Antique and Collectible Shops | X | X | P |
| Apparel and Shoe Stores | X | P | P |
| Art Galleries | X | P | P |
| Bicycle Shops (including repair within enclosed building) | X | X | P |
| Bookstores | X | P | P |
| Cell Phone and Electronics Stores | X | P | P |
| Consignment Shops | X | X | P |
| Convenience Stores | X | X | X |
| Department Stores and General Retail Stores | X | P | X |
| Drug Stores and Pharmacies | X | P | P |
| Florists | X | X | P |
| Food Markets and Grocery Stores | X | P | P |
| Furniture Stores | X | P | P |
| Gift Shops | X | X | P |
| Hardware Stores | X | P | P |
| Hobby Shops | X | X | P |
| Jewelry Stores | X | X | P |
| Liquor Stores | X | X | X |
| Office Supply Stores | X | P | P |
| Pet Supply Stores | X | P | P |
| **SERVICES** | | | |
| Auction Houses | X | P | X |
| Banks, Credit Unions and Financial Institutions | X | P | P |
| Barber, Beauty and Nail Salons | X | X | P |
| Gyms and Fitness Centers | X | P | P |
| Dry Cleaners and Laundry Services (pick up/drop off only) | X | X | P |
| Hotels and Extended Stays | X | P | X |
| Instructional Studios (e.g., Pilates, yoga, martial arts, art, music) | X | X | P |
| Pet Boarding (e.g., doggie daycare, overnight stays) | P | C | X |
| Pet Grooming | P | P | P |
| Recreation and Entertainment Facilities (indoor only, e.g., cinemas, theaters, comedy clubs, banquet facilities) | P | P | X |
| Veterinary Clinics and Hospitals | X | P | C |

**10**

# Sun Lakes Village North Specific Plan

| Land Use | Land Use District | | |
|---|---|---|---|
| | BW | OP | RS |
| **FOOD AND ALCOHOL SERVICES** | | | |
| Bakery Shops, Candy Shops, Ice Cream Shops, Yogurt Shops | X | X | P |
| Bars, Brew Pubs and Cocktail Lounges | X | C | C |
| Cafes, Coffee Shops, Delis | P | P | P |
| Coffee and Tea Houses | P | P | P |
| Restaurants | P | P | P |
| **ANCILLARY FOOD AND ALCOHOL SERVICES** | | | |
| Alcoholic Beverage Sales (on-site) | C | C | C |
| Drive-thrus and Drive-ins | X | X | C |
| Outdoor Dining | C | C | P |
| **HEALTH AND CARE SERVICES** | | | |
| Adult or Child Day Care Services (Commercial Facilities) | X | C | X |
| Child Day Care Services (Employer Provided Services) | P | P | X |
| Congregate Care Facilities | C | C | X |
| Hospitals | C | C | X |
| Labs | P | P | X |
| Medical and Dental Offices | P | P | P |
| Rehabilitation Services | P | P | P |
| **BUSINESS AND OFFICE USES** | | | |
| Administrative and Support Services | P | P | X |
| Corporate Offices | P | P | X |
| Courier and Messenger Services | P | P | X |
| Data Processing, Billing, and Related Services | P | P | X |
| Finance and Insurance Offices | P | P | X |
| Professional, Scientific, and Technical Services (e.g., accounting, tax preparation, architecture, bookkeeping, legal, engineering, consulting) | P | P | X |
| Publishing Industries | P | P | X |
| Real Estate Offices | P | P | X |
| Recording and Sound Studios | P | P | X |
| Telecommunication Facilities | P | P | X |

**11**



## Sun Lakes Village North Specific Plan

| Land Use | Land Use District | | |
|---|---|---|---|
| | BW | OP | RS |
| **WAREHOUSING AND DISTRIBUTION** | | | |
| Internet Fulfillment, Distribution, E-Commerce | P | X | X |
| Merchant Wholesalers, Durable Goods - Limited (includes furniture and home furnishings, electronics, professional and commercial equipment and supplies, hardware, plumbing, and heating equipment and supplies) | P | X | X |
| Non-Store Retailers (includes electronic shopping and mail-order houses, vending machine operators, and other direct selling establishments, excluding fuel/petroleum dealers) | P | X | X |
| Public Storage | P | P | X |
| Warehousing and Storage (within an enclosed building) | P | X | X |
| **OTHER** | | | |
| Religious Assembly | X | C | X |
| Temporary Overflow Vehicle Parking (excluding tractor-trailers and vehicles exceeding three axles, limited to 10% of the district's gross acreage) | X | P | X |
| Vocational/Trade Schools and Colleges | C | C | X |
| Notes: P = Permitted C = Conditionally Permitted X = Prohibited | | | |

2.1.3 Alternative Residential Use

The Land Use Plan and Allowable Land Use Table provide for a wide range of uses to meet anticipated market demands. However, should the market undergo significant change so that these uses are not desirable and viable from a real estate development perspective, this Specific Plan establishes a process for approval of multi-family residential and mixed residential use as discussed in this section.

Upon adequate demonstration to the satisfaction of the Community Development Director that there is insufficient market demand for the land uses shown in Figure 4, Land Use Plan, and Table 1, Allowable Land Uses, multi-family use and commercial or office use mixed with residential use in either a vertical or horizontal format may be allowed in the Office & Professional District in compliance with the respective review processes, development standards, and design guidelines delineated in the Banning Zoning Code and any

12



AR 007242

associated design manuals for the respective use. Such use must comply with the procedures required by the California Environmental Quality Act.

## 2.2 Circulation Plan

The Specific Plan's conceptual Circulation Plan is illustrated in Figure 5, Circulation Plan, and described below. Circulation Plan Development Criteria are also provided in this section. The Circulation Plan, including the location and design of access, is conceptual and subject to modification by the City Engineer after submittal of detailed site plans for the Specific Plan area.

### 2.2.1 Semi-Truck Access

Within the Specific Plan area, access for semi-trucks is limited to the Business & Warehouse District, except as periodically required to deliver merchandise or provide service such as waste pickup to the other districts.

Semi-truck access to the Business & Warehouse District is provided to vehicles eastbound on Sun Lakes Boulevard via an existing left turn pocket into Sun Lakes Village Drive, which is located adjacent to the southwestern corner of the Business & Warehouse District. Access for semi-trucks traveling westbound from the Sunset Avenue exit of the I-10 Freeway along the extension of Sun Lakes Boulevard is provided via a right turn into Sun Lakes Village Drive.

The existing driveway approach into Sun Lakes Village Drive from Sun Lakes Boulevard may need to be widened, as determined by the City Engineer. The design of the driveway approach should consider that Sun Lakes Village Drive is a public right-of-way that is also utilized by trucks making deliveries to the Sun Lakes Village Shopping Center and by passenger vehicles visiting the stores. Widening of the driveway approach would require relocation of an existing storm drain catch basin.

### 2.2.2 Passenger Vehicle Access

Primary access for passenger vehicles to the Retail & Service District is provided via a signalized intersection on Sun Lakes Boulevard across from the Sun Lakes Country Club main entrance gate.

Secondary driveway access for passenger vehicles is provided by two driveways located to the east between the primary signalized entry and the existing assisted living facility driveway on the adjacent property. The secondary driveway locations and designs indicated in Figure 5, Circulation Plan, are conceptual and subject to approval by the City Engineer. Upon submittal of development plans, the location and design for the secondary driveways must demonstrate adequate space, provide sufficient storage volume for any turn pocket, verify appropriate sight distance/path, and prevent turning movement conflicts with other proposed and existing driveways.

**13**



AR004383

## Sun Lakes Village North Specific Plan



**Figure 5 - Circulation Plan**



14

AR 007244

AR004384

**Sun Lakes Village North Specific Plan**

The conceptual Circulation Plan envisions two secondary passenger vehicle driveways and a connected internal drive aisle as follows:

- A full turning movement driveway located midway between the primary signalized access and the existing assisted living facility driveway on the adjacent property provides access to the Retail & Service District.

- A right-in/right-out driveway provides direct access to the Office & Professional District entry road fronting on Sun Lakes Boulevard and facilitates passenger vehicle access to the Business & Warehouse District.

- A connected internal drive aisle links the Retail & Service District to the Office & Professional District entry road, resulting in increased passenger vehicle access for all districts.

### 2.2.3 Golf Cart Access

To facilitate access for Sun Lakes Country Club residents to stores, restaurants, and services within the Retail & Service District, golf cart access is provided via the signalized intersection shown in Figure 5, Circulation Plan.

### 2.2.4 Emergency Vehicle Access

An access gate providing restricted entry for emergency personnel is located at the northwest corner of the Business & Warehouse District, which is accessible from the adjacent shopping center. An additional restricted entry gate accommodates emergency access between the Business & Warehouse and Office & Professional Districts.

### 2.2.5 Pedestrian Circulation

An on-site pedestrian circulation system connects the three districts within the Specific Plan area to facilitate employee access to restaurants, retail, and services and to create a pedestrian amenity. The pedestrian circulation system links with a stormwater management facility that is designed to create a visually attractive, natural-looking, landscaped amenity. The design of the pedestrian circulation system, including shade trees and seating opportunities, enhances its usability.

### 2.2.6 Circulation Plan Development Criteria

The following criteria serve to implement the Circulation Plan goals and concepts:

1. Allow semi-truck access to the Business & Warehouse District only, except as periodically required to deliver merchandise or provide service such as waste pickup to the other districts

2. Separate semi-truck access via Sun Lakes Village Drive from access and circulation for the Sun Lakes Village Shopping Center patrons to the greatest extent feasible.

3. Widen and improve the Sun Lakes Village Drive driveway approach to the satisfaction of the City Engineer.

<div align="center">

**15**



</div>

**Sun Lakes Village North Specific Plan**

4. Separate on-site semi-truck circulation from passenger vehicle circulation to the greatest extent feasible within the Business & Warehouse District.

5. Configure the signalized primary entry on Sun Lakes Boulevard as determined by the traffic study to the satisfaction of the City Engineer.

6. Design and locate secondary driveways to provide adequate space, ensure sufficient storage volume for any turn pocket, verify appropriate sight distance/path, and prevent turning movement conflicts with other proposed and existing driveways.

7. Minimize interaction of golf carts and motorized vehicles through appropriate circulation design.

8. Locate and design emergency vehicle access as directed by the Fire Marshal.

9. Provide an on-site pedestrian circulation system that connects the three districts within the Specific Plan area to facilitate employee access to restaurants, retail, and services and to create a pedestrian amenity.

## 2.3 Streetscape Plan

Thoughtfully designed streetscapes planted with a combination of street trees, shrubs, and masses of groundcover create a high quality appearance, aid in wayfinding, and establish a visual identity within the Specific Plan area.

Streetscape plans should focus on the following landscape design opportunities within the Specific Plan area:

- primary signalized entry on Sun Lakes Boulevard
- secondary driveways to the east
- landscaped parkway along Sun Lakes Boulevard
- street median modifications necessary to implement circulation improvements
- landscaped setbacks adjacent to Sun Lakes Boulevard

### 2.3.1 Streetscape Plan Development Criteria

The following criteria serve to implement the Streetscape Plan concepts:

1. Preserve existing mature street trees to the greatest extent feasible.

2. Establish a streetscape design and landscape palette that reinforces wayfinding and branding.

3. Develop a pedestrian sidewalk design that creates continuity along the Sun Lakes Boulevard frontage, provides a minimum width of eight feet or matches the existing adjacent sidewalk width, and links with on-site pedestrian circulation.

4. Supplement existing median landscaping where feasible to create a consistent look that reflects the streetscape and plant palette for the Specific Plan street frontage.

**16**



## Sun Lakes Village North Specific Plan

5. Coordinate on-site landscaping throughout the Specific Plan area using design themes and plant palettes derived from the Sun Lakes Boulevard streetscape.

## 2.4 Infrastructure Plan

Development within the Specific Plan area requires extension of infrastructure for water, sewer, and dry utilities. Stormwater facilities must be implemented in compliance with water quality regulations. Backbone infrastructure is located within Sun Lakes Boulevard.

### 2.4.1 Water and Sewer

Existing facilities prior to development within the Specific Plan area include a 12-inch potable water main and a 12-inch sewer main within Sun Lakes Boulevard.

Detailed engineering plans for the on-site extension of water, reclaimed water, and sewer lines to serve the Specific Plan area will be submitted for review and approval in conjunction with individual development applications.

Development within the Specific Plan area will require preparation of a Water Supply Assessment.

Although non-potable water may not be available at the time of development, irrigation plans for common areas will require the installation of a purple-pipe system that meets the specifications of the City Engineer.

### 2.4.2 Stormwater

The Specific Plan area naturally sheet flows to storm drains on the southwest and southeast corners of the Specific Plan area. Stormwater is then conveyed to Smith Creek to the east or Potrero Creek to the west.

Development within the Specific Plan area will be required by local stormwater quality regulations to collect stormwater runoff for infiltration, harvest and reuse, and/or biofiltration.

### 2.4.3 Stormwater Management Development Criteria

Development within the Specific Plan area will comply with the following requirements to the satisfaction of the City Engineer:

1. Develop and implement Low Impact Development (LID) Best Management Practices (BMPs) to the maximum extent practicable (MEP) to reduce the amount of pollutants in stormwater and urban runoff.

2. Implement BMPs to prevent discharges of pollutants into the storm drain system.

**17**



3. Obtain approval of a Final Water Quality Management Plan (FWQMP) prior to issuance of building or grading permits.

4. Implement a Storm Water Pollution Prevention Plan (SWPPP) concurrently with the start of ground disturbing activities (in excess of one acre), which shall remain in effect until approval of the Notice of Termination (NOT).

5. Develop Erosion and Sediment Control Plans (ESCPs) for review and approval by the City Engineer.

6. Install trash filters on all proposed catch basins per the Trash Amendment requirements as amended and approved by the Regional Water Board.

### 2.4.4 Electrical Service

Development within the Specific Plan area will comply with the requirements of the City of Banning Electric Utility, including the provision of street lighting and compliance with the commercial service requirements.

### 2.4.5 Fire Protection

Fire protection measures will be provided in accordance with Riverside County ordinances and/or recognized fire protection standards as required by the City of Banning Fire Services.



## Sun Lakes Village North Specific Plan

# 3 DEVELOPMENT STANDARDS & DESIGN GUIDELINES

This chapter specifies the Development Standards and Design Guidelines for the Specific Plan area consistent with the purpose and objectives discussed in Chapter 1.

## 3.1 Development Standards

The Specific Plan Development Standards provided in Table 2 apply to all development within the Specific Plan area according to the Land Use District in which it is located. As discussed in Chapter 2, the three Specific Plan Land Use Districts consist of Business & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS).

### Table 2: Development Standards

| Development Standard | Land Use District | | |
|---|---|---|---|
| | BW | OP | RS |
| Floor Area Ratio (Maximum) | 0.55 | 0.60 | 0.60 |
| Landscape Setback (Minimum) | | | |
|   Sun Lakes Boulevard | N/A | N/A | 20 ft |
|   Northern Specific Plan Boundary | 10 ft | 10 ft | N/A |
|   Western Specific Plan Boundary | 10 ft | N/A | 10 ft |
|   Northeastern Specific Plan Boundary | N/A | 20 ft | N/A |
|   Interior Lot Line | 10 ft | 10 ft | 0 ft |
| Building Setback (Minimum) | | | |
|   Sun Lakes Boulevard | N/A | N/A | 25 ft |
|   Northern Specific Plan Boundary | 20 ft | 20 ft | N/A |
|   Western Specific Plan Boundary | 20 ft | N/A | 10 ft |
|   Northeastern Specific Plan Boundary | N/A | 50ft | N/A |
|   Interior Lot Line | 20 ft | 20 ft | 0 ft |
| Building Height [1] (Maximum) | 55 ft | 45 ft | 35 ft |
| Parking | Per Zoning Code Chapter 17.28 | | |
| Landscaping | Per Zoning Code Chapter 17.32 | | |
| Lighting | Per Zoning Code Section 17.12.170 | | |
| Walls, Fences [2] | Per Zoning Code Section 17.24.080 | | |
| Signs | Per Zoning Code Chapter 17.36 | | |

Notes:
1. Architectural projections and focal elements may exceed the height limit up to 25 percent.
2. Walls and fences may exceed the maximum height specified in the Banning Zoning Code to satisfy the screening requirements of the Specific Plan Design Guidelines.

**19**



AR 007249

AR004389

**Sun Lakes Village North Specific Plan**

## 3.2 Design Guidelines

The Design Guidelines are intended to ensure quality development that is attractive and cohesive by providing guidance to developers, builders, architects, landscape architects, and other professionals preparing plans for construction. The Design Guidelines also provide guidance to City staff in the review and evaluation of development projects within the Specific Plan area.

These Design Guidelines establish general provisions for site design, circulation, architecture, landscape, walls, fences, screening, and buffers. They also contain detailed provisions for design within the three Specific Plan Land Use Districts: Business & Warehouse, Office & Professional, and Retail & Service, which reflect the distinct characteristics of the development concepts and allowable uses for these districts.

The photos provided in these Design Guidelines illustrate potential ways to fulfill the requirements and are not intended to specify the only acceptable solution.

### 3.2.1 Site Design and Circulation

These provisions promote a comprehensive design for the Specific Plan area to foster compatibility of the individual districts and support safe access and circulation for the varied users.

1. Separate semi-truck access and circulation from passenger vehicle access and circulation to the greatest extent feasible within the Business & Warehouse District to minimize conflicts.

2. Provide a connected internal drive aisle linking the Retail & Service District to the Office & Professional District entry road to allow greater passenger vehicle access.

3. Provide golf cart access to the Retail & Service District in coordination with street improvements on Sun Lakes Boulevard, minimize interaction between golf carts and cars, and facilitate shopping access for Sun Lakes residents.

4. Provide an on-site pedestrian circulation system that connects the three districts within the Specific Plan area to facilitate employee access to restaurants, retail, and services and to create a pedestrian amenity.

5. Design stormwater management facilities using best management practices to create a visually attractive, natural-looking, landscaped open space amenity that links with the on-site pedestrian circulation system.

6. Prevent large parking lots that visually dominate a site by creating smaller parking clusters through placement and design of landscaping, drive aisles, and buildings.

7. Design drive aisles to minimize conflicts with pedestrians, provide adequate vehicle stacking space, and prevent queuing of vehicles onto public streets.

8. Screen any temporary overflow vehicle parking against visual blight using landscaping, decorative walls, and/or landscape berms, subject to review and approval by the Community Development Director.


AR 007250

**AR004390**

**Sun Lakes Village North Specific Plan**

### 3.2.2 Architectural Design

A building's scale, massing, roofline, architectural details, materials, colors, and textures work together to create its visual character. The following provisions promote high quality architectural design.

1. Encourage coordinated architectural design among the various buildings within the Specific Plan area using complementary architectural elements, materials, colors, or textures.

2. Ensure scale, massing, fenestration, architectural details, materials, and colors are consistent with the building's architectural style.

3. Avoid blank walls, especially on tilt-up buildings, by providing articulation on all building elevations through elements such as cornices, parapets, expression lines, openings, and/or changes in materials/colors.

4. Provide enhanced architectural detail for building elevations within the Business & Warehouse District that are visible from Sun Lakes Boulevard.

5. Integrate the design of warehouse office areas into the overall building composition to create strong architectural statements by considering the relationship of massing, fenestration, architectural details, and materials/colors between the office and warehouse components to achieve overall visual harmony.

6. Prohibit truck courts and multiple dock doors on buildings within the Office & Professional District.

7. Emphasize articulation of front façades and main entries through massing, detailing, architectural treatments, and/or special materials and colors.

8. Design building entries to convey a clear sense of arrival, create a human scale, and provide shade and protection from inclement weather.

9. Locate and design windows and other openings to complement the building architecture, mass, and proportions.

10. Employ a minimum of four different colors, materials, and/or textures on each building.

11. Avoid terminating a change in material or color at a building edge; instead, select a logical termination point in relation to the architectural features or massing.



AR 007251

AR004391

## Sun Lakes Village North Specific Plan

### 3.2.3 Landscape Design

Landscape enhances building design, creates and defines spaces, and provides shade and environmental benefits.

1. Landscape and irrigate all areas of the site not covered by buildings, structures, paving, or impervious surfaces.

2. Select drought-tolerant plants such as colorful shrubs and groundcovers, ornamental grasses, succulents, and evergreen and deciduous trees that are native or naturalized to the arid Southern California climate.

3. Provide for the efficient use of water in landscape and irrigation plans.

4. Design the irrigation system to be a standalone system that accepts recycled/non-potable water once available.

5. Employ accent trees, landscape features, and enhanced paving to highlight major building entries.

6. Use landscaping within pedestrian oriented areas to provide shade, direct circulation, aid in wayfinding, and enhance visual character.

7. Provide ample shade trees and seating opportunities along the on-site pedestrian circulation system.

8. Locate, grade, and design projects to direct stormwater runoff from building roofs and paved areas into swaled landscape areas that serve a dual purpose of retention/infiltration as well as a visual amenity.

9. Reduce the impacts of heat gain by placing trees to shade windows and parking areas.

10. Design parking lot landscaping to provide shade, handle storm runoff, and improve aesthetics.

11. Show utilities including backflow devices and transformers on landscape plans to facilitate landscape design and proper tree placement.



AR 007252

AR004392

## Sun Lakes Village North Specific Plan













23

AR 007253

AR004393

## Sun Lakes Village North Specific Plan

### 3.2.4 Walls, Fences, Screening, and Buffers

Screening and buffers are important to reduce conflicts between various land uses within and adjacent to the Specific Plan area and to adequately design for service functions including extension of utilities and solid waste disposal.

1. Employ building layout, architectural wing walls, evergreen trees, landscaping, berms, and/or decorative walls or fences for screening purposes.

2. Locate, design, and/or screen truck courts, dock doors, and truck parking areas so they are not visible from Sun Lakes Boulevard. Ensure that these areas are concealed while in use, including the tops of truck trailers.

3. Use evergreen screen trees along with shrubs and groundcover to create a 20-foot wide landscape buffer along the northeastern Specific Plan boundary adjacent to the existing residential parcels. Select tree species and size to ensure a solid tree screen above the existing wall within one year.

4. Buffer parking lots adjacent to Sun Lakes Boulevard from street view using berms and/or landscaping a minimum of three feet high.

5. Screen any temporary overflow vehicle parking against visual blight using landscaping, decorative walls, and/or landscape berms, subject to review and approval by the Community Development Director.

6. Select wall and fencing materials that are attractive, durable, and complementary to the building design. Ensure attractive views through any open-view fencing or gates.

7. Provide architectural relief for walls and fences at least every 100 feet using material changes, pilasters/posts, offsets, and/or landscape treatments to prevent visual monotony.

8. Prohibit chain link fences or gates.

9. Orient and screen service areas to minimize their visibility.

10. Ensure refuse containers are easily accessible by service vehicles yet screened from public view within the building's façade or a covered enclosure.

11. Screen ground-mounted equipment from public view using decorative walls or landscaping. Design building architecture to screen roof-mounted equipment.

12. Paint exposed downspouts, utility panels, and service doors the same color as the adjacent wall.

**24**



## Sun Lakes Village North Specific Plan








25

## Sun Lakes Village North Specific Plan

### 3.2.5 Business & Warehouse District

1. Separate semi-truck access and circulation from passenger vehicle access and circulation to the greatest extent feasible within the Business & Warehouse District to minimize conflicts.

2. Integrate the design of warehouse office areas into the overall building composition to create strong architectural statements.

3. Provide enhanced architectural details on building elevations that are visible from Sun Lakes Boulevard.

4. Locate, design, and/or screen truck courts, dock doors, and truck parking areas so they are not visible from Sun Lakes Boulevard. Ensure that these areas are concealed while in use, including the tops of truck trailers.

5. Provide an on-site pedestrian circulation system that connects the three districts within the Specific Plan area to facilitate employee access to restaurants, retail, and services and to create a pedestrian amenity.










26

AR 007256

**Sun Lakes Village North Specific Plan**

### 3.2.6 Office & Professional District

1. Limit driveway access directly to the Office & Professional District entry road to right-in/right-out turns only to prevent turning movement conflicts with the adjacent assisted living facility driveway.

2. Provide a connected internal drive aisle linking the Retail & Service District to the Office & Professional District entry road to allow greater passenger vehicle access.

3. Prohibit truck courts and multiple dock doors on buildings located within the Office & Professional District.

4. Use evergreen screen trees along with shrubs and groundcover to create a 20-foot wide landscape buffer along the northeastern Specific Plan boundary adjacent to the existing residential parcels. Select tree species and size to ensure a solid tree screen above the existing wall within one year.

5. Provide an on-site pedestrian circulation system that connects the three districts within the Specific Plan area to facilitate employee access to restaurants, retail, and services and to create a pedestrian amenity.








27



AR 007257

AR004397

**Sun Lakes Village North Specific Plan**

### 3.2.7 Retail & Service District

1. Design the Retail & Service District to reflect a high quality, pedestrian oriented character.

2. Design buildings to relate to the pedestrian user by paying particular attention to building scale, pedestrian-level architectural detail, views into buildings, and pedestrian oriented signage.

3. Provide an on-site pedestrian circulation system that connects with pathways in other Specific Plan districts to facilitate employee access to restaurants, retail, and services in the Retail & Service District.

4. Provide clear and well-designed pedestrian access to buildings from the street, parking lot, and Specific Plan pedestrian circulation system through careful building siting, circulation design, decorative hardscape, and landscaping.

5. Provide pedestrian oriented amenities such as shade, seating, lighting, and landscaping to encourage casual gathering areas.

6. Encourage the design of tenant spaces to include patios for outdoor dining or casual eating.

7. Provide a signalized primary entry that is highlighted with accent trees, landscaping, and decorative hardscape.

8. Provide a connected internal drive aisle linking the Retail & Service District to the Office & Professional District entry road to facilitate passenger vehicle access.

9. Design any stormwater detention/retention basin located within the Retail & Service District to create a visually attractive, natural-looking, landscaped open space amenity that links with the Specific Plan pedestrian circulation system.

10. Dedicate and mark at least 15 percent of the required parking spaces for golf cart use. Locate and design the golf cart spaces to minimize interaction with cars.



## Sun Lakes Village North Specific Plan















**29**



AR 007259

# 4 ADMINISTRATION

This chapter addresses administration and implementation of development and improvements within the Specific Plan area.

## 4.1 Responsibility

The City of Banning Community Development Department (Community Development Department) shall be responsible for the administration of the Specific Plan, including processing applications and reviewing projects for compliance with the Specific Plan.

The City of Banning Public Works Department (Public Works Department) shall be responsible for overseeing street and infrastructure improvements within the Specific Plan boundaries.

## 4.2 Applicability

All land use and development within the Specific Plan boundaries shall comply with the provisions, development standards, and design guidelines set forth in this document. Where conflict exists between the standards of the Specific Plan and those in the City of Banning Zoning Code (Banning Zoning Code), the standards contained in the Specific Plan shall apply. Any area of site development, administration, review procedures for implementing projects, landscaping requirements, parking regulations, or other provisions not addressed in this document shall be subject to the provisions of the Banning Zoning Code.

## 4.3 Interpretation

If the Director of the Community Development Department (Director) determines that the application of any provision of this Specific Plan is uncertain, the issue shall be referred to the Planning Commission for determination in compliance with the Banning Zoning Code.

## 4.4 Severability

If any section, subsection, subdivision, sentence, clause, phrase, figure, exhibit, table, or portion of this Specific Plan is found to be invalid or unconstitutional by a court having jurisdiction, such a decision shall not invalidate the remaining portions, in whole or in part, of the Specific Plan.

**Sun Lakes Village North Specific Plan**

## 4.5 Review Authority

The Planning Commission shall be the designated review authority for development applications within the Specific Plan area or land uses requiring approval of a Conditional Use Permit. The review authority for other applications, including signs or tenant improvements, as well as the procedures for processing entitlement applications, shall be as specified in Division IV, Administration, of the Banning Zoning Code.

## 4.6 Specific Plan Modification

### 4.6.1 Administrative Specific Plan Adjustments

Administrative adjustments are allowed provided they do not alter the overall intent of the Specific Plan. The Director shall have the authority to review and make decisions regarding administrative adjustments. Administrative adjustments are limited to the following:

1. expansion or reduction of the boundaries and acreage of the Specific Plan Land Use Districts, provided the modification does not exceed 15 percent

2. alteration of development standards such as setback dimensions, parking space requirements, and signage dimensions, provided the modification does not vary by more than 10 percent of the listed standard

3. revisions to the Circulation Plan, subject to the approval of the City Engineer

4. revisions to the Stormwater Management Development Criteria, subject to the approval of the City Engineer

5. refinements in Specific Plan language that increase clarity

6. corrections of conflicting or confusing language or inadvertent errors in the adopted plan

Administrative adjustments made by the Director may be appealed to the Planning Commission which shall act as the final authority.

### 4.6.2 Specific Plan Amendments

Specific Plan Amendments are required when proposed changes to text or exhibits significantly alter the intent or development concepts of the Specific Plan. Specific Plan Amendments shall be processed in the same manner as the original Specific Plan approval, which includes review by the Planning Commission and adoption by the City Council.



AR 007261

AR004401

## Sun Lakes Village North Specific Plan

## 4.7 Implementation

### 4.7.1 Phasing of Development

The timeline for phasing is dependent on market conditions and financing availability. Construction of development and improvements within the Retail & Service District shall be completed prior to occupancy of development within the Business & Warehouse District.

### 4.7.2 Maintenance of Infrastructure Improvements

Table 3 specifies the ownership and maintenance of Specific Plan infrastructure improvements.

### Table 3: Maintenance Entities

| Improvement | Owned and Maintained By |
| --- | --- |
| Public Street Improvements | City of Banning |
| Landscaping within the Public Right-of-Way | Property Owner |
| On-site Circulation Improvements | Property Owner |
| Off-site Water, Sewer, and Stormwater Infrastructure | City of Banning |
| On-site Water, Sewer, and Stormwater Infrastructure | Property Owner |
| Off-site/Select On-site Electric Utility Improvements | City of Banning Electric Utility |
| Remainder of On-site Electric Utility Improvements | Property Owner |

### 4.7.3 Funding and Financing Strategy

Specific Plan development and infrastructure improvements will be implemented using a combination of private equity and construction financing.

AR 007262

AR004402

# APPENDIX

## GENERAL PLAN CONSISTENCY

This Appendix to the Specific Plan contains an analysis of the consistency between Sun Lakes Village North Specific Plan Amendment 5 and the goals and policies contained in the City of Banning General Plan, as required by Section 65454 of the California Government Code. Only those goals and policies that either relate directly to or have the potential to relate to the Sun Lakes Village North Specific Plan Amendment 5 project have been addressed. For brevity and clarity, those General Plan goals and policies that do not relate to the project have been omitted and are not addressed below. As evidenced by this consistency analysis, Sun Lakes Village North Specific Plan Amendment 5 is consistent with the City of Banning General Plan.

## RESIDENTIAL GOALS AND POLICIES

**Goal 1**

Preserve and enhance the City's neighborhoods.

Policy 2

Projects adjacent to existing neighborhoods shall be carefully reviewed to assure that neighborhood character is protected.

*Consistency Analysis*

*The provisions of the Specific Plan, including the development standards, streetscape plan, and phasing requirements, serve to protect the existing residential neighborhoods in the vicinity of the Specific Plan area.*

*The northeast boundary of the Specific Plan area abuts existing small lot residential units that are part of the Sun Lakes Country Club active adult/golf course community. The Specific Plan's Development Standards require a 50-foot building setback along the northeast perimeter to buffer the existing residences from development within the adjacent Office & Professional District. Additionally, a 20-foot wide landscape setback is required along the northeast boundary to provide screening for the existing residences. The landscape setback must include evergreen screen trees of a species and size that will result in a solid tree screen above the existing wall within one year.*

*The Specific Plan area is also located directly across Sun Lakes Boulevard from the Sun Lakes Country Club main entrance. The Streetscape Plan Development Criteria require existing mature trees within the median and along the street to be preserved whenever*

**A-1**



AR 007263

**AR004403**

## Sun Lakes Village North Specific Plan

*feasible. New landscaping will also enhance entry drives into the Specific Plan area and along the street frontage. The Design Guidelines require that parking lots within the Retail & Service District that front onto Sun Lakes Boulevard be screened with berms or landscaping three-feet high to protect viewsheds from the Sun Lakes Country Club community. The phasing requirements specify that development within the Retail & Service District, which will be smaller scale, must be completed prior to occupancy of the Business & Warehouse District. Thus, the smaller commercial buildings will help screen the Business & Warehouse District's larger buildings as seen from Sun Lakes Boulevard. Buildings that remain visible must demonstrate high quality architectural design and detail. Loading docks, dock doors, and semi-truck parking areas are not allowed to be visible from the street frontage.*

## COMMERCIAL AND INDUSTRIAL GOALS AND POLICIES

**Commercial Goal**

Complementary commercial uses which meet the needs of the City's residents, increase the City's revenues, and provide a range of employment opportunities.

**Industrial Goal**

A balanced mix of non-polluting industrial land uses which provide local jobs for the City's residents.

<u>Policy 1</u>

The land use map shall include sufficient commercial lands to provide a broad range of products and services to the City and region, while carefully considering compatibility with adjacent residential lands.

<u>Policy 3</u>

The Zoning Ordinance shall include principles, design standards and guidelines which encourage the development of high quality commercial projects.

<u>Policy 7</u>

The land use map shall include sufficient industrial lands for manufacturing, warehousing and distribution, while carefully considering compatibility with adjacent lands.

<u>Policy 8</u>

Industrial lands shall be located on major roadways with good access to Interstate 10, to assure that potential traffic impacts associated with tractor-trailers are minimized.

<u>Policy 10</u>

The Zoning Ordinance shall include principles, design standards and guidelines which encourage the development of high quality industrial projects.

**A-2**



## Sun Lakes Village North Specific Plan

Policy 11

Industrial campuses and master planned projects are encouraged.

***Consistency Analysis***

*The Specific Plan provides for a wide range of light industrial and commercial uses in its three districts: Business & Warehouse District, Office & Professional District, and Retail & Service District. The development standards and design guidelines included in the Specific Plan promote high quality development that limits impacts on the nearby uses.*

*In the Business & Warehouse District, a sampling of the large-scale uses permitted by right includes corporate offices, indoor recreational facilities, e-commerce distribution centers, public storage, and general warehousing. Some of the uses requiring approval of a conditional use permit include hospitals, congregate care facilities, and trade schools or colleges.*

*The Office & Professional District includes uses permitted by right such as professional offices, medical offices, retail, services, restaurants, hotels, indoor recreational facilities, and public storage. Some of the uses requiring approval of a conditional use permit include brew pubs, pet boarding, day care, congregate care facilities, hospitals, colleges, and churches/temples.*

*In the Retail & Service District, a selection of the small-scale uses permitted by right includes clothing, electronics, and jewelry stores; services such as banks, gyms, salons, dry cleaners, pet grooming, yoga studios, and dental offices; and restaurants, coffeehouses, and yogurt shops. Some of the uses allowed with approval of a conditional use permit include bars, drive-thrus, and veterinary clinics.*

*The Specific Plan land uses will increase availability of goods and services for nearby residents, expand job opportunities within the area, and boost sales tax and other revenue sources for the City.*

*The Specific Plan's Development Standards and Design Guidelines employ building setbacks and screening/buffering requirements to limit impacts on adjacent and nearby residential uses. The Design Guidelines also ensure that new development is of high quality through provisions that address architectural design, site design, and landscaping.*

*The Circulation Plan Development Criteria include provisions for semi-trucks in order to limit traffic conflicts with passenger vehicles. Access for semi-trucks to and from the I-10 Freeway is provided from Highland Springs Avenue and from Sunset Avenue via the newly approved eastern extension of Sun Lakes Boulevard through the Sun Lakes Country Club community.*

**A-3**



**Sun Lakes Village North Specific Plan**

## ECONOMIC DEVELOPMENT GOALS AND POLICIES

**Goal**

A balanced, broadly-based economy that provides a full range of economic and employment opportunities, while maintaining high standards of development and environmental protection.

Policy 2

The City shall take a proactive role in the retention of existing businesses and the recruitment of new businesses, particularly those that generate and broaden employment opportunities, increase discretionary incomes, and contribute to City General Fund revenues.

Policy 3

Encourage and promote infill development in orderly and logical development patterns that decrease the costs, and increase the efficiency of new utilities, infrastructure, and public services.

Policy 9

All development interests, including residential, commercial and industrial project proponents, shall be responsible for their fair share of on-site and off-site improvements required to support their development proposals. Such improvements may include, but are not limited to, street construction and signalization, grade separation, utility extension, drainage facilities, and parks.

*Consistency Analysis*

*The light industrial and commercial uses allowed by the Specific Plan will increase the availability of goods and services for nearby residents, expand job opportunities for skilled labor and professionals in the area, and boost sales tax, income tax, and other revenue sources for the City's General Fund. Especially important in today's marketplace is the opportunity for the City to increase its revenue through uses like distribution and fulfillment centers.*

*The Specific Plan provides for infill development on 47 acres surrounded by existing development. Infrastructure such as water, wastewater, storm drains, and electricity are available within Sun Lakes Boulevard, which is an existing Major Highway fully built-out with four travel lanes, left turn lanes, parking lanes on each side, center median, and a parkway with sidewalk on each side. The need for new infrastructure is limited and required primarily to extend services on-site. Limited off-site circulation improvements will be required, including a signalized intersection at the primary entry across from the Sun Lakes Country Club main entrance gate and potential redesign of the driveway approach at Sun Lakes Village Drive, including relocation of an adjacent drainage facility. Fair share responsibilities for roadway improvements and infrastructure will be determined at the time development applications for the Specific Plan area are submitted.*



A-4

**Sun Lakes Village North Specific Plan**

## CIRCULATION GOALS AND POLICIES

**Goal**

A safe and efficient transportation system.

Policy 7

New development proposals shall pay their fair share for the improvement of streets within and surrounding their projects on which they have an impact, including roadways, bridges, grade separations and traffic signals.

Policy 9

Street trees within the City right of way shall be preserved, unless a danger to the public health and safety or if the tree is diseased.

Policy 10

Sidewalks shall be provided on all roadways 66 feet wide or wider. In Rural Residential land use designation pathways shall be provided.

Policy 16

Golf cart paths and facilities shall be funded, to the greatest extent possible, by new development.

*Consistency Analysis*

*Fair share responsibilities for roadway improvements and infrastructure required in connection with the Specific Plan will be determined when development applications are made.*

*The Specific Plan's Streetscape Plan Development Criteria provide that mature street trees be preserved whenever feasible. Additionally, a continuous pedestrian sidewalk will be required to create continuity along the Sun Lakes Boulevard frontage and link with an on-site pedestrian walkway system.*

*The Specific Plan Circulation Plan provides for golf cart access to the Retail & Service District via the signalized intersection at Sun Lakes Boulevard across from the Sun Lakes Country Club main entrance gate. Dedicated golf cart parking spaces are also required within the Retail & Service District. These improvements will be funded as part of the Specific Plan by the project developers.*

**A-5**



## Sun Lakes Village North Specific Plan

### POLICE & FIRE PROTECTION GOALS AND POLICIES

<u>Policy 2</u>

The City shall review all proposals for new or significant remodeling projects for potential impacts concerning public safety.

<u>Policy 3</u>

The City shall strictly enforce fire standards and regulations in the course of reviewing development and building plans and conducting building inspections of large multiple family projects, community buildings, commercial structures and motel structures.

<u>Policy 4</u>

All proposed development projects shall demonstrate the availability of adequate fire flows prior to approval.

<u>Policy 5</u>

Crime prevention design techniques, including the use of "defensible space," high security hardware, optimal site planning and building orientation, and other design approaches to enhance security shall be incorporated in new and substantially remodeled development.

***Consistency Analysis***

*The City of Banning Fire Services participated in review of the Specific Plan during its preparation, particularly the Circulation Plan, which allocates dedicated, secure access for emergency vehicles at the northwest corner of the Business & Warehouse District. An additional restricted entry gate accommodates emergency access between the Business & Warehouse and Office & Professional Districts. As the Circulation Plan is conceptual, the Circulation Plan Development Criteria also stipulate that emergency vehicle access location and design will be as directed by the Fire Marshal. Furthermore, the Infrastructure Plan acknowledges that fire protection measures will be provided in accordance with Riverside County ordinances and/or recognized fire protection standards as required by the City of Banning Fire Services.*

*The Specific Plan Design Guidelines address site design and building orientation, which promote high quality, pedestrian oriented development within the Retail & Service District. Circulation among the districts is provided through an on-site pedestrian walkway system. Amenities such as shade, seating, and landscaping are also required. By providing for carefully designed, high quality, pedestrian oriented environments, active use of the site and "eyes on the street" are promoted, helping to deter crime and vandalism within the Specific Plan area.*



**A-6**



# City of Banning
## Community Development Department

**NOTICE OF AVAILABILITY OF A
DRAFT ENVIRONMENTAL IMPACT REPORT**

**Date:** September 11, 2020

**Project Name:** Sun Lakes Village North Specific Plan Amendment No. 5.

**Project Description:** The Project proposes amendment to the Land Use Plan from Retail Commercial to Business & Warehouse, Office and Professional, and Retail & Service. The Specific Plan text is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions. At this time there are no land use development entitlements being sought (i.e. site plan, parcel map, etc.).

**Project Location:** The Project site is located on approximately 47 gross acres located northerly of Sun Lakes Boulevard, southerly of Interstate 10 approximately, and easterly of Highland Springs Avenue as shown in Figure 1 – Project Location Map/Aerial Photo. The Project site is also identified as Assessor's Parcel Number 419-140-057.

**Public Review Period:** The 45-day public review for the Draft Environmental Impact Report will begin on **September 11, 2020**, and end on **October 26, 2020**.

Written comments regarding this Draft EIR should be addressed to:

Adam Rush, M.A., AICP
Community Development Director
99 E. Ramsey Street Banning, CA 92220
951-922-3131
arush@banningca.gov

Public Hearing: A public hearing(s) with the Planning Commission and City Council will be conducted at a future date(s). Public hearing notices will be issued at least ten (10) days in advance of any hearing (s).

**Project Impacts**: The Draft Environmental Impact Report evaluates the proposed project's potential individual- and cumulative-level environmental impacts on the following resource areas: aesthetics, air quality, biological resources, cultural resources, energy, geology and soils, greenhouse gas emissions, hazards and hazardous materials, hydrology and water quality, land use and planning, noise, population and housing, public services, transportation, tribal cultural resources, utilities and services systems, and wildfire.

99 E. Ramsey Street • P.O. Box 998 • Banning, CA 92220-0998 • (951) 922-3100

AR 007269

AR004409

As discussed in Draft EIR Section 4.0, *Environmental Analysis*, the Project would result in significant adverse environmental effects that cannot be mitigated to below levels of significance after the implementation of feasible mitigation measures. The unavoidable significant impacts are identified below.

**Air Quality** – The Project will exceed the thresholds established by the SCAQMD for VOC emissions because of painting and NOx emissions because of the amount of vehicle traffic generated.

**Greenhouse Gas Emissions -** The Project site will generate 11,966.30 MTCO2e per year from construction, area, energy, mobile, waste, and water usage which exceeds the Tier 3 screening thresholds both on a project and cumulative basis.

**Vehicle Miles Traveled (VMT)** – The Project does not achieve a 15% below in existing regional VMT per worker threshold. Mitigation measures are identified in the Draft EIR that would minimize these significant impacts but not to less than significant levels.

**Availability of the Draft Environmental Impact Report:** The Draft EIR and its technical appendices is available for review online at the following website:
https://banningca.gov/Archive.aspx?AMID=60&Type=&ADID=



AR 007271

AR004411

*Appendix C*

## Notice of Completion & Environmental Document Transmittal

*Mail to:* State Clearinghouse, P.O. Box 3044, Sacramento, CA 95812-3044  (916) 445-0613
*For Hand Delivery/Street Address:* 1400 Tenth Street, Sacramento, CA 95814

**SCH #** 2020029074

**Project Title:** Sun Lakes Village Specific Plan Amendment No. 5

| | |
|---|---|
| Lead Agency: City of Banning | Contact Person: Adam Rush, M.P.A., AICP |
| Mailing Address: 99 E. Ramsey Street | Phone: 951-922-3190 |
| City: Banning    Zip: 92220 | County: Riverside |

**Project Location:** County: Riverside    City/Nearest Community: Banning
Cross Streets: Sun Lakes Boulevard and Highland Springs Avenue    Zip Code: 92220
Longitude/Latitude (degrees, minutes and seconds): 33 ° 55 ′ 25 ″ N / 116 ° 56 ′ 31 ″ W Total Acres: 47
Assessor's Parcel No.: 419-140-057    Section: 12    Twp.: 3S    Range: 1W    Base:
Within 2 Miles:    State Hwy #: 79    Waterways:
    Airports:    Railways:    Schools: San Gorgonio Middle School

**Document Type:**

CEQA: ☐ NOP  ☑ Draft EIR    NEPA: ☐ NOI    Other: ☐ Joint Document
☐ Early Cons  ☐ Supplement/Subsequent EIR    ☐ EA    ☐ Final Document
☐ Neg Dec  (Prior SCH No.) _____    ☐ Draft EIS    ☐ Other: _____
☐ Mit Neg Dec  ☐ Other: _____    ☐ FONSI

**Local Action Type:**

☐ General Plan Update  ☑ Specific Plan    ☐ Rezone    ☐ Annexation
☐ General Plan Amendment  ☐ Master Plan    ☐ Prezone    ☐ Redevelopment
☐ General Plan Element  ☐ Planned Unit Development    ☐ Use Permit    ☐ Coastal Permit
☐ Community Plan  ☐ Site Plan    ☐ Land Division (Subdivision, etc.)    ☑ Other: Amendment

**Development Type:**

☐ Residential: Units ____ Acres ____
☑ Office:    Sq.ft. 52,065    Acres ____    Employees ____    ☐ Transportation: Type _____
☑ Commercial:Sq.ft. 37,189    Acres ____    Employees ____    ☐ Mining:    Mineral _____
☑ Industrial:  Sq.ft. 877,298    Acres ____    Employees ____    ☐ Power:    Type _____    MW _____
☐ Educational:    ☐ Waste Treatment:Type _____    MGD _____
☐ Recreational:    ☐ Hazardous Waste:Type _____
☐ Water Facilities:Type _____    MGD ____    ☐ Other: _____

**Project Issues Discussed in Document:**

☑ Aesthetic/Visual  ☐ Fiscal    ☑ Recreation/Parks    ☑ Vegetation
☑ Agricultural Land  ☑ Flood Plain/Flooding    ☑ Schools/Universities    ☑ Water Quality
☑ Air Quality  ☐ Forest Land/Fire Hazard    ☑ Septic Systems    ☑ Water Supply/Groundwater
☑ Archeological/Historical  ☑ Geologic/Seismic    ☑ Sewer Capacity    ☑ Wetland/Riparian
☑ Biological Resources  ☐ Minerals    ☑ Soil Erosion/Compaction/Grading    ☑ Growth Inducement
☐ Coastal Zone  ☑ Noise    ☑ Solid Waste    ☑ Land Use
☐ Drainage/Absorption  ☑ Population/Housing Balance    ☑ Toxic/Hazardous    ☑ Cumulative Effects
☐ Economic/Jobs  ☑ Public Services/Facilities    ☑ Traffic/Circulation    ☐ Other: _____

**Present Land Use/Zoning/General Plan Designation:**

Vacant/Retail Commercial/Business Park (Specific Plan Overlay) and General Commercial (Specific Plan Overlay)

**Project Description:** *(please use a separate page if necessary)*

The Project proposes a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business & Warehouse, Office and Professional, and Retail & Service. (See Figure 3-2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions. At this time there are no land use development entitlements being sought (i.e. site plan, parcel map, etc.).

*Note: The State Clearinghouse will assign identification numbers for all new projects. If a SCH number already exists for a project (e.g. Notice of Preparation or previous draft document) please fill in.*

**Reviewing Agencies Checklist**

Lead Agencies may recommend State Clearinghouse distribution by marking agencies below with and "X".
If you have already sent your document to the agency please denote that with an "S".

|  |  |
|---|---|
| _____ Air Resources Board | _____ Office of Historic Preservation |
| _____ Boating & Waterways, Department of | _____ Office of Public School Construction |
| _____ California Emergency Management Agency | _____ Parks & Recreation, Department of |
| _____ California Highway Patrol | _____ Pesticide Regulation, Department of |
| X Caltrans District # 8 | _____ Public Utilities Commission |
| _____ Caltrans Division of Aeronautics | X Regional WQCB # 7 & 8 |
| _____ Caltrans Planning | _____ Resources Agency |
| _____ Central Valley Flood Protection Board | _____ Resources Recycling and Recovery, Department of |
| _____ Coachella Valley Mtns. Conservancy | _____ S.F. Bay Conservation & Development Comm. |
| _____ Coastal Commission | _____ San Gabriel & Lower L.A. Rivers & Mtns. Conservancy |
| _____ Colorado River Board | _____ San Joaquin River Conservancy |
| _____ Conservation, Department of | _____ Santa Monica Mtns. Conservancy |
| _____ Corrections, Department of | _____ State Lands Commission |
| _____ Delta Protection Commission | _____ SWRCB: Clean Water Grants |
| _____ Education, Department of | _____ SWRCB: Water Quality |
| _____ Energy Commission | _____ SWRCB: Water Rights |
| X Fish & Game Region # 6 | _____ Tahoe Regional Planning Agency |
| _____ Food & Agriculture, Department of | _____ Toxic Substances Control, Department of |
| _____ Forestry and Fire Protection, Department of | _____ Water Resources, Department of |
| _____ General Services, Department of | |
| _____ Health Services, Department of | _____ Other: _____ |
| _____ Housing & Community Development | _____ Other: _____ |
| _____ Native American Heritage Commission | |

---

**Local Public Review Period (to be filled in by lead agency)**

Starting Date  September 11, 2020                    Ending Date  October 26, 2020

---

**Lead Agency (Complete if applicable):**

Consulting Firm:  Romo Planning Group Inc.          Applicant:  City of Banning
Address:  9431 Haven Avenue, Ste. 232              Address:  99 E. Ramsey Street
City/State/Zip:  Rancho Cucamonga, CA 91730        City/State/Zip:  Banning CA 92220
Contact:  Ernest Perea                             Phone:  951-922-3190
Phone:  951-729-5383

---

**Signature of Lead Agency Representative:** _____          **Date:** 9-10-20

Authority cited: Section 21083, Public Resources Code. Reference: Section 21161, Public Resources Code.

# Sun Lakes Village North Specific Plan Amendment No. 5
# Draft Environmental Impact Report
### SCH No. 2020029074



**Lead Agency**

City of Banning
99 E. Ramsey Street
Banning, CA 92220

**Environmental Consultant**



Romo Planning Group, Inc.
9431 Haven Avenue, Ste. 232
Rancho Cucamonga, CA 91730

**September 9, 2020**

AR 007274

AR004414

# Contents

**1. EXECUTIVE SUMMARY** ................................................................................ 1-1

1.1 Introduction ......................................................................................... 1-1

1.2 Summary Description of The Project ....................................................... 1-1

1.3 Project Location ................................................................................... 1-1

1.4 Project Objectives ............................................................................... 1-2

1.5 Potential Approvals and Permits Required ............................................... 1-2

1.6 Summary of Alternatives ...................................................................... 1-2

1.7 Areas of Controversy and Issues to be Resolved ...................................... 1-3

**2. INTRODUCTION** ...................................................................................... 2-1

2.1 Purpose and Intent .............................................................................. 2-1

2.2 Project Overview ................................................................................. 2-2

2.3 Scope of the Draft EIR ......................................................................... 2-3

    2.3.1 Topics Not Addressed in Detail in this Draft EIR ................................. 2-3

    2.3.2 Focus of the Draft EIR ................................................................... 2-3

2.4 Document Format ............................................................................... 2-4

2.5 Incorporated Documents ...................................................................... 2-6

2.6 Public Review of the EIR ...................................................................... 2-6

2.7 Notice of Preparation .......................................................................... 2-7

**3. PROJECT DESCRIPTION** ........................................................................... 3-1

3.1 Background ......................................................................................... 3-1

3.2 Proposed Project ................................................................................. 3-1

3.3 Project Location ................................................................................... 3-1

    3.3.1 Regional Location ......................................................................... 3-1

    3.3.2 Project Site Location ..................................................................... 3-1

3.4 Environmental Setting/Existing Conditions ............................................. 3-4

    3.4.1 Existing Conditions ....................................................................... 3-4

    3.4.2 Surrounding Land Uses .................................................................. 3-4

    3.4.3 Existing General Plan Land Use Designations and Zoning Classifications ............ 3-5

3.5 Project Objectives ............................................................................... 3-6

**4. ENVIRONMENTAL ANALYSIS** ..................................................................... 4-1

4.1 Aesthetics ......................................................................................... 4.1-1

    4.1.1 Environmental Setting ................................................................... 4.1-1

    4.1.2 NOP/ Scoping Comments ............................................................... 4.1-4

    4.1.3 Regulatory Framework .................................................................. 4.1-4

i

AR 007275

4.1.4    Thresholds of Significance ............................................................................ 4.1-5
4.1.5    Impact Analysis ............................................................................................ 4.1-5
4.1.6    Cumulative Impacts ...................................................................................... 4.1-7
4.1.7    References .................................................................................................... 4.1-7

4.2    Air Quality ................................................................................................................. 4.2-1

4.2.1    Environmental Setting .................................................................................. 4.2-1
4.2.2    NOP/ Scoping Comments ............................................................................. 4.2-3
4.2.3    Regulatory Framework .................................................................................. 4.2-4
4.2.4    Thresholds of Significance ............................................................................ 4.2-6
4.2.5    Impact Analysis ............................................................................................ 4.2-6
4.2.6    Cumulative Impacts .................................................................................... 4.2-18
4.2.7    References .................................................................................................. 4.2-20

4.3    Biological Resources ................................................................................................ 4.3-1

4.3.1    Environmental Setting .................................................................................. 4.3-1
4.3.2    NOP/SCOPING COMMENTS ......................................................................... 4.3-2
4.3.3    Regulatory Framework .................................................................................. 4.3-2
4.3.4    Thresholds of Significance ............................................................................ 4.3-4
4.3.5    Impact Analysis ............................................................................................ 4.3-4
4.3.6    Cumulative Impacts .................................................................................... 4.3-13
4.3.7    References .................................................................................................. 4.3-14

4.4    Cultural Resources ................................................................................................... 4.4-1

4.4.1    Environmental Setting .................................................................................. 4.4-1
4.4.2    NOP/Scoping Comments .............................................................................. 4.4-6
4.4.3    Regulatory Framework .................................................................................. 4.4-7
4.4.4    Thresholds of Significance ............................................................................ 4.4-8
4.4.6    Cumulative Impacts ...................................................................................... 4.4-9
4.4.7    References .................................................................................................. 4.4-10

4.5    Energy ....................................................................................................................... 4.5-1

4.5.1    Environmental Setting .................................................................................. 4.5-1
4.5.2    NOP/Scoping Comments .............................................................................. 4.5-3
4.5.3    Regulatory Framework .................................................................................. 4.5-3
4.5.4    Thresholds of Significance ............................................................................ 4.5-5
4.5.5    Impact Analysis ............................................................................................ 4.5-5
4.5.6    Cumulative Impacts ...................................................................................... 4.5-7
4.5.7    References .................................................................................................... 4.5-8

4.6    Geology and Soils ..................................................................................................... 4.6-1

4.6.1    Environmental Setting .................................................................................. 4.6-2

AR 007276

AR004416

4.6.2    NOP/Scoping Comments .................................................................. 4.6-2
4.6.3    Regulatory Framework .................................................................... 4.6-2
4.6.4    Thresholds of Significance .............................................................. 4.6-4
4.6.5  Impact Analysis ............................................................................... 4.6-4
4.6.6    Cumulative Impacts ........................................................................ 4.6-5
4.6.7    References ....................................................................................... 4.6-6

4.7      Green House Gas Emissions ................................................................. 4.7-1
4.7.1    Environmental Setting .................................................................... 4.7-1
4.7.2    NOP/Scoping Comments .................................................................. 4.7-3
4.7.3    Regulatory Framework .................................................................... 4.7-3
4.7.4    Thresholds of Significance .............................................................. 4.7-6
4.7.5    Impact Analysis ............................................................................... 4.7-8
4.7.6    Cumulative Impacts ...................................................................... 4.7-15

4.8      Hydrology and Water Quality .............................................................. 4.8-1
4.8.1    Environmental Setting .................................................................... 4.8-2
4.8.2    NOP/Scoping Comments .................................................................. 4.8-3
4.8.3    Regulatory Framework .................................................................... 4.8-3
4.8.4    Thresholds of Significance .............................................................. 4.8-5
4.8.5    Impact Analysis ............................................................................... 4.8-6
4.8.6    Cumulative Impacts ...................................................................... 4.8-13
4.8.7    References ..................................................................................... 4.8-13

4.9      Land Use and Planning ........................................................................ 4.9-1
4.9.1    Environmental Setting .................................................................... 4.9-1
4.9.2    NOP/Scoping Comments .................................................................. 4.9-2
4.9.3    Regulatory Framework .................................................................... 4.9-2
4.9.4    Thresholds of Significance .............................................................. 4.9-3
4.9.5    Impact Analysis ............................................................................... 4.9-3
4.9.6    Cumulative Impacts ...................................................................... 4.9-17
4.9.7    References ..................................................................................... 4.9-18

4.10     Noise .................................................................................................... 4.10-1
4.10.1   Environmental Setting ................................................................... 4.10-1
4.10.2   NOP/Scoping Comments ................................................................ 4.10-2
4.10.3   Regulatory Framework ................................................................... 4.10-4
4.10.4   Thresholds of Significance ............................................................. 4.10-5
4.10.5   Impact Analysis .............................................................................. 4.10-5
4.10.6  Cumulative Impacts ...................................................................... 4.10-13
4.10.7  References .................................................................................... 4.10-14

iii

4.11    Transportation ................................................................ 4.11-1

4.11.1   Environmental Setting ...................................................... 4.11-1

4.11.2 NOP/Scoping Comments ...................................................... 4.11-5

4.11.3   Regulatory Framework ...................................................... 4.11-5

4.11.4   Thresholds of Significance ................................................ 4.11-7

4.11.5   Impact Analysis .......................................................... 4.11-7

4.11.6   CUMULATIVE IMPACTS ....................................................... 4.11-14

4.11.7   References ............................................................... 4.11-14

4.12    Tribal Cultural Resources .................................................. 4.12-1

4.12.1 Environmental Setting ...................................................... 4.12-1

4.12.2   NOP/Scoping Comments ..................................................... 4.12-2

4.12.3   Regulatory Framework ..................................................... 4.12-2

4.12.5   Impact Analysis .......................................................... 4.12-3

4.12.6   Cumulative Impacts ....................................................... 4.12-7

4.12.7   References ............................................................... 4.12-8

4.13    Utilities and Service Systems .............................................. 4.13-1

4.13.1   Environmental Setting .................................................... 4.13-1

4.13.2   NOP/Scoping Comments ..................................................... 4.13-2

4.13.3   Regulatory Framework ..................................................... 4.13-2

4.13.4   Thresholds of Significance ............................................... 4.13-5

4.13.5   Impact Analysis .......................................................... 4.13-5

4.13.6   Cumulative Impacts ....................................................... 4.13-9

4.13.7   References ............................................................... 4.13-11

5.    OTHER CEQA TOPICS ............................................................ 5-1

5.1    Significant Environmental Effects Which Cannot Be Avoided If the Proposed Project Is Implemented................................................ 5-1

5.2    Significant Irreversible Environmental Changes ............................. 5-1

5.3    Growth Inducing Impacts .................................................... 5-3

6.    ALTERNATIVES ................................................................. 6-1

6.1    Requirements for Alternatives .............................................. 6-1

6.2    Alternatives Considered but Not Analyzed Further ........................... 6-1

6.2.1 Alternative Site ........................................................... 6-2

6.3 Project Objectives ........................................................... 6-2

6.4 Summary of the Project's Significant Environmental Impacts .................. 6-3

6.5    Alternative Analysis ....................................................... 6-3

6.5.1 . Description of the Alternatives ........................................... 6-3

AR 007278

AR004418

6.5.2  Analysis of Alternatives ................................................................. 6-4
6.5.3    No Project/No Development Alternative ............................... 6-4
6.5.4    No Project/General Plan Development Alternative .............. 6-4
6.5.5    Reduced Development Alternative ........................................ 6-6

6.6  Summary of Environmental Impacts ................................................ 6-7
6.7  Environmentally Superior Alternative .............................................. 6-7

# List of Tables

Table ES 1- Summary of NOP Comments ................................................... 1-4
Table ES 2- Summary of Impacts and Mitigation Measures ...................... 1-5

Table 2. 1- Summary of Environmental Impacts to be Addressed in the EIR ............................ 2-4
Table 2. 2 - Summary of NOP Comments ................................................... 2-7

Table 3.1 - Existing and Surrounding Land Uses ....................................... 3-5
Table 3. 2 - Existing General Plan Designations and Zoning Classifications ............................... 3-5

Table 4.2 1 - Attainment Status of Criteria Pollutants in the South Coast Air Basin ............... 4.2-2
Table 4.2 2 – 2019 Air Quality ............................................................. 4.2-3
Table 4.2 3- Attainment Status of Criteria Pollutants in the South Coast Air Basin ............... 4.2-7
Table 4.2 4 - SCAQMD Air Quality Regional Significance Thresholds .................... 4.2-10
Table 4.2 5 - Construction Equipment ................................................. 4.2-11
Table 4.2 6 - Proposed Project Construction Emissions ........................... 4.2-12
Table 4.2 7 - Operational Emissions ...................................................... 4.2-13

Table 4.5 1 - Electricity Use by Riverside County in 2018 ....................... 4.5-1
Table 4.5 2 - Electricity Use by Riverside County in 2018 ....................... 4.5-2
Table 4.5 3 - Fuel Consumption- Peak Year vs. Current Year for 2003-2018 .......... 4.5-3
Table 4.5 4 - Projected Fuel Consumption .............................................. 4.5-5
Table 4.5 5- Projected Annual Operational Energy Demand .................... 4.5-6

Table 4.7 1 - Total Greenhouse Gas Emissions ....................................... 4.7-10
Table 4.7 2 - Scoping Plan Consistency Analysis .................................... 4.7-12

Table 4.9 1 - Analysis of Consistency with SCAG 2016-2040 RTP/SCS Goals ............ 4.9-5

4.10.1 - 24-Hour Ambient Noise Level Measurement .............................. 4.10-2

AR 007279

AR004419

4.10.2 - 24-Hour Ambient Noise Levels ..................................................................... 4.10-6
4.10.3 - Typical Construction Equipment Noise Levels............................................. 4.10-7
4.10.4 - Project Operational Noise Level Impacts to Sensitive Receptors ............................ 4.10-9
4.10.5 - Average Daily Trips (ADT) By Roadway Location................................................. 4.10-11
4.10.6 - Vibration Damage Potential Threshold Criteria ..................................................... 4.10-12

4.11.1 - Employment Estimates ................................................................................... 4.11-12
4.11.2- Project Home Based Worker VMT per Worker ......................................... 4.11-12
4.11.3 - WRCOG Unincorporated Region Home Based Worker  VMT per Worker .............. 4.11-12
4.11.4 -  Project VMT per Worker Comparison ................................................... 4.11-13

4.12.1 - Summary of AB 52 and SB 18 Responses ................................................. 4.12-4

4.13.1 - Quantities of Available Water Supplies (AF/YR) ....................................... 4.13-6
4.13.2 - Comparison of Project Demand vs. Projected Deliveries (afy) ................................ 4.13-7
4.13.3 - Project's Wastewater Generation as Compared to the Overall City's Projected
Wastewater Flows ..................................................................................................... 4.13-8
4.13. 4 - Capacity of Landfills Serving Banning ................................................... 4.13-8

Table 5. 1 - Significant Environmental Effects Which Cannot be Avoided ................................ 5-1
Table 5. 2 - Demographics and Growth ........................................................................ 5-4

Table 6. 1- Summary of Significant Environmental Impacts........................................... 6-3
Table 6. 2- Summary of Environmental Impacts .............................................................. 6-7

# List of Figures

Figure 3.1 -Regional Location............................................................................................. 3-2
Figure 3.2-Project Location Map/ Aerial Photo .................................................................. 3-2
Figure 3.4   Circulation Plan ........................................................................................... 3-3

Figure 4.1.1 - Looking North from Sun Lakes Boulevard ....................................................... 4.1-2
Figure 4.1.2- Looking South from I-10 .............................................................................. 4.1-3
Figure 4.1.3- Looking East from Shopping Center ................................................................ 4.1-3
Figure 4.1.4 - Looking West from Assisted Living Facility ...................................................... 4.1-4

Figure 4.3.1 - Vegetation Communities ............................................................................. 4.3-5

AR 007280

AR004420

Figure 4.6.1-  Soils Map............................................................................................................. 4.6-3

Figure 4.10.1 - Noise Measurement Locations ........................................................................ 4.10-3

Figure 4.11.1Figure – Sun Lakes Boulevard Cross Section...................................................... 4.11-2
Figure 4.11.2- Existing Pedestrian Facilities........................................................................... 4.11-3
Figure 4.11.3- Existing Transit Routes.................................................................................... 4.11-4

**Appendices (Separate Attachment)**

Appendix A:          Notice of Preparation/Initial Study.

Appendix B:          Urban Crossroads Inc., *Sun Lakes North Specific Plan Amendment No. 6, Air Quality and Greenhouse Gas Evaluation*, July 9, 2020

Appendix C:          Urban Crossroads Inc., *Sun Lakes North Specific Plan Amendment No. 6 Emissions from Alternatives*, July 9, 2020

Appendix D:          L&L Environmental Inc*., Habitat Assessment for APN 419-140-057 Sun Lakes Boulevard, City of Banning, Riverside County, California*, March 30, 2020.

Appendix E:          L&L Environmental Inc*., Cultural Resources Records Search Results and Recommendations for the Sun Lakes Boulevard Project (APN 419-140-057), City of Banning, County of Riverside, California*, February 27, 2020.

Appendix F:          L&L Environmental Inc., *Phase I Cultural Resources Assessment for the Sun Lakes Boulevard Project (APN 419-140-057), City of Banning, County of Riverside, California*, August 26,2020.

Appendix G:          Urban Crossroads Inc., *Sun Lakes Village North Specific Plan Noise Monitoring*, July 9, 2020.

Appendix H:          Urban Crossroads Inc., *Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis, City of Banning*, July29,2020.

Appendix I:           Urban Crossroads Inc., *Sun Lakes Village North Specific Plan Amendment No. 5 Vehicle Miles Traveled (VMT) Analysis,* September 4,2020.

Appendix J:          Romo Planning Group Inc, *Water Supply Assessment for Sun Lakes Village North Specific Plan Amendment No. 5,* August 31, 2020.

AR 007281

AR004421

# 1. EXECUTIVE SUMMARY

## 1.1  Introduction

This summary is provided in accordance with the California Environmental Quality Act (CEQA) Guidelines Section 15123. As stated in Section 15123(a), "*an EIR [environmental impact report] shall contain a brief summary of the proposed action and its consequences. The language of the summary should be as clear and simple as reasonably practical*." As required by the Guidelines, this chapter includes (1) a summary description of the Project, (2) a synopsis of environmental impacts and recommended mitigation measures (Table ES-1), (3) identification of the alternatives evaluated and of the environmentally superior alternative, and (4) a discussion of the areas of controversy associated with the Project.

## 1.2  Summary Description of The Project

The Sun Lakes Village Specific Plan ("Specific Plan") was originally approved by the City of Banning on February 28, 1983. The Specific Plan consisted of 4,131 dwelling units, a 150-acre golf course, 12 acres of commercial use and 144 acres of office/industrial use on approximately 963 acres. The Specific Plan has been amended four (4) times between 1984 and 2006 to accommodate various changes to the land use plan, infrastructure requirements, and the vehicle and pedestrian circulation plan. The Sun Lakes Village North Specific Plan Amendment No .5 ("Project") updates the existing Specific Plan document to amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service  (RS). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

## 1.3  Project Location

The Project site is located on approximately 47 gross acres between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue. The Project site is also identified as Assessor's Parcel Number 419-140-057. (See Figures 3-1 and 3-2).

AR004422

### 1.4  Project Objectives

The Project Objectives are as follows:

1) To efficiently develop an underutilized property with a complementary mix of land uses, including business park, light industrial, commercial, office and professional, and optional residential land uses.

2) Positively contribute to the economy of the City through new capital investment, creation of new employment opportunities and expansion of the tax base.

3) Provide local employment for residents of the City to improve the jobs-housing balance within the City.

4) To provide Development Standards and Design Guidelines that establish general provisions for site design, circulation, architecture, landscape, walls, fences, screening, and buffers that would ensure that the Project is developed in a manner that is aesthetically pleasing.

### 1.5  Potential Approvals and Permits Required

The Project consists of amendments to the Sun Lakes Village North Specific Plan  Land Use Plan Map and regulations relating to  permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions to guide future development. There are plans to develop the property at present. Therefore,  no other permits or approvals from other agencies are required at this time.

### 1.6  Summary of Alternatives

#### _No Project/No Development Alternative_

 This  Alternative considers no development/disturbance on the Project site beyond that which occurs under existing conditions. As such, the approximately 47-acre Project site would continue to consist of vacant land that has been subject to regular discing as part of on-going fire abatement activities. Under this Alternative, no improvements would be made to the Project site and none of the Project's roadway, drainage, utility, and other infrastructure improvements would occur. This Alternative was selected by the City to compare the environmental effects of the Project with an alternative that would leave the Project site in its existing condition.

### *No Project/General Plan Land Use Alternative*

This Alternative considers development of the Project site in accordance with the site's existing General Plan land use designations of Business Park (with Specific Plan Overlay) and General Commercial (with Specific Plan Overlay). Under this Alternative, the site would be developed with up to 25-acres of auto dealerships and 18 acres of commercial retail uses.

This Alternative was selected by the City to compare the environmental effects of the Project with an alternative that would develop the Project site in accordance with the General Plan land use designations of Business Park (with Specific Plan Overlay) General Commercial (with Specific Plan Overlay).

### *Reduced Development Alternative*

This Alternative considers a 20% reduction in the amount of building square footage allowed by the Project from 966,552 square feet to 773.242 square feet. This Alternative was selected by the City because a 20% reduction in building square footage would reduce air emissions of nitrogen oxides (NOx) caused by vehicle traffic to less than significant levels. However, volatile organic compound (VOC) emissions from painting and the amount of vehicle miles traveled will remain significant.

## 1.7  Areas of Controversy and Issues to be Resolved

To determine the scope of this EIR, the City prepared and distributed a Notice of Preparation (NOP) for the Project on February 21, 2020 to the Office of Planning and Research, each responsible and trustee agency, and filed with the Riverside County clerk. Table ES-1 summarizes the comments received regarding the NOP issued for this EIR and identifies the location in this EIR document where the comments are addressed.

AR 007284

AR004424

**Table ES 1- Summary of NOP Comments**

| Agency/Organization/Individual | Date | Comments | Location in this EIR where Comment is Addressed |
|---|---|---|---|
| South Coast Air Quality Management District | 3/17/20 | Address health risks from diesel trucks if development is reasonably foreseeable; require mitigation measures if necessary; consider alternatives if impacts are significant | Section 4.2 Air Quality |
| Riverside County Flood Control and Water Conservation District | 3/23/20 | Project would not be impacted by District master Drainage Plan facilities; identified general information with respect to permits that may be required by regulatory agencies. | Section 4.8 Hydrology and Water Quality |

*All NOP comment letters are included in Technical Appendix A of this Draft EIR.*

In addition, as part of the EIR scoping process, a public scoping meeting was held by the City on Monday, March 2, 2020 at 5:30 pm at the Sun Lakes Village Community Center/Country Club. Verbal and written comments regarding the scope and content of the EIR were accepted during the meeting. Primary issues raised at the meeting included traffic, noise, and the types of commercial uses that are planned for the site.

Areas of controversy that fall within the scope of CEQA are addressed in this Draft EIR. Issues that fall outside the scope of CEQA are not evaluated in this Draft EIR; however, the City will continue to respond to these issues through the project planning process. All of the substantive environmental issues raised in the NOP comment letters have been addressed or otherwise considered during preparation of this EIR.

### Table ES 2- Summary of Impacts and Mitigation Measures

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| **NI = No Impact**<br>**LTS= Less Than Significant**<br>**PS  = Potentially Significant**<br>**SU = Significant and Unavoidable** | | | |
| **4.1- Aesthetics- Would the Project:** | | | |
| Impact 4.1.5 (a)  - Conflict with applicable zoning and other regulations governing scenic quality? | LTS | No mitigation is required for this impact. | LTS |
| 4.1.5 (b) -Create a new source of substantial light or glare, which would adversely affect day or nighttime views in the area? | LTS | No mitigation is required for this impact. | LTS |
| **4.2- Air Quality-Would the Project:** | | | |
| 4.2.5 (a) Conflict with or obstruct implementation of the applicable air quality plan. | PS | Mitigation Measures AQ-1 through AQ-7 are applicable. | SU |
| 4.2.5 (b) Result in a cumulatively considerable net increase of any criteria pollutant for which the project region is non-attainment under an applicable federal or state ambient air quality standard? | PS | **AQ 1- Use Low VOC Paint:** To reduce VOC emissions associated with architectural coating, the project designer and contractor shall reduce the use of paints and solvents by utilizing pre-coated materials (e.g. bathroom stall dividers, metal awnings), materials that do not require painting, and require coatings and solvents with a VOC content lower than required under Rule 1113 to be utilized. The construction contractor shall be required to utilize "Super Compliant" VOC paints, which are defined in SCAQMD's Rule 1113. Construction specifications shall be included in building specifications that assure these requirements are implemented. The specifications for each implementing development project shall be reviewed by the City of Banning's Building and Safety Division for compliance with this mitigation measure prior to issuance of a building permit.<br><br>**AQ-2: Grading Limitations.** During the City's review process for applications under the Specific Plan, the applicant shall conduct or shall have conducted modeling of the regional and the localized emissions (NOx, | SU |

AR 007286

AR004426

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | CO, PM10, and PM2.5) associated with the maximum daily grading activities estimated for the proposed individual developments one acre or larger. If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the maximum daily grading activities of the proposed development shall be limited to the extent that could occur without resulting in emissions in excess of SCAQMD's significance thresholds for those emissions. For implementing projects within the Specific Plan, the applicant shall be responsible for submitting a focused project-level air quality assessment that includes the modeling of localized on-site emissions associated with daily grading activities anticipated for the proposed development.<br><br>**AQ 3-Electrical Hookups for Loading Docks:** Although the Project does not include refrigerated warehouse space, trucks accessing the Project site may have auxiliary power units (APU) and/or transport refrigeration units (TRUs). Therefore, electrical hookups shall be installed at all loading docks, and to reduce/replace APU use while trucks are parked along the docks, to allow trucks with APU and/or TRUs with electric standby capabilities to plug in when TRUs are in use to reduce diesel fuel consumption and resulting NOx emissions. The City shall verify electrical hookups have been installed prior to occupancy.<br><br>**AQ 4-Idling Limits:** All facilities shall post signs informing users of requirements limiting idling to five minutes or less pursuant to Title 13 of the California Code of Regulations, Section 2485 in order to reduce diesel fuel consumption and resulting NOx emissions. No overnight/long-term parking will be allowed. The City shall verify signage has been installed prior to occupancy.<br><br>**AQ 5-Electric or Natural Gas Service Equipment:** Service equipment (i.e., yard hostlers and forklifts) used within the site | |

AR 007287

AR004427

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | shall be electric or compressed natural gas-powered to reduce diesel fuel consumption and resulting NOx emissions.<br><br>**AQ-6-Electric Vehicle Charging Stations**: Prior to approval of implementing commercial plot plan(s) within the Project the City of Banning Planning Division shall ensure that the plot plan(s) include a minimum of three (3) electric-vehicle charging stations. The electric vehicle charging stations also shall be depicted on building plans for implementing development within Project site. Prior to issuance of occupancy permits for the proposed commercial land uses within the Project site, the City of Banning Building and Safety Department shall ensure that a minimum of three electric vehicle charging stations have been installed on-site. | |
| 4.2.5(c) Expose sensitive receptors to substantial pollutant concentrations? | PS | In addition to MM AQ-1 through MMAQ-6 above, MM AQ-7 is required.<br><br>**AQ-7-Health Risk Assessment:** During the City's review process for any future development applications under the Specific Plan that proposes a warehouse or distribution project, the applicant shall submit a Health Risk Assessment for that is prepared pursuant to the "Health Risk Assessment Guidance for Analyzing Cancer Risk from Mobile Source Diesel Idling Emissions for CEQA Air Quality Analysis." If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the following performance-based measures shall be required in order reduce emissions to less than significant levels.<br>The measures shall include the following:<br><br>1) Prior to the issuance of any grading permits, the applicant and/or building operators shall submit construction plans and a construction vehicle management plan to the City of Banning denoting | SU |

AR004428

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | the proposed schedule and projected equipment use. The construction vehicle management plan shall include such things as: idling time requirements; requiring hour meters on equipment; and documenting the serial number, horsepower, age, and fuel of all onsite equipment. The plan shall include that California state law requires equipment fleets to limit idling to no more than 5 minutes. Construction contractors shall provide evidence that low emission mobile construction equipment will be utilized or that their use was investigated and found to be infeasible for the project as determined by the City.<br><br>2) Prior to issuance of an occupancy permit, the operator of a warehouse/distribution center use shall place signs that identify CARB anti-idling regulations. At a minimum, each sign shall include: 1) instructions for truck drivers to shut off engines when not in use; 2) instructions for trucks drivers to restrict idling to no more than 5 minutes once the vehicle is stopped, the transmission is set to "neutral" or "park", and the parking brake is engaged; and 3) telephone numbers of the building facilities manager and CARB to report violations.<br><br>3) Prior to the issuance of an occupancy permit for a warehouse/distribution center use, the City shall require operators of the proposed facilities to encourage the vendor trucks to incorporate energy efficiency improvement features through the Carl Moyer Program—including truck modernization, retrofits, and/or aerodynamic kits and low rolling | |

AR 007289

AR004429

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | resistance tires—to reduce fuel consumption. Prior to the issuance of a building permit for a warehouse/distribution center use, the building shall be designed to provide infrastructure to support use of electric-powered forklifts and/or other on-site equipment. | |
| 4.2.5 (d) Result in other emissions (such as those leading to odors) adversely affecting a substantial number of people? | LTS | No mitigation is required for this impact. | LTS |
| **4.3- Biological Resources-Would the Project:** | | | |
| 4.3.5 (a) Have a substantial adverse effect, either directly or through habitat modifications, on any species identified as a candidate, sensitive, or special status species in local or regional plans, policies, or regulations, or by the California Department of Fish and Game or U.S. Fish and Wildlife Service. | PS | **BIO-1: Pre-Construction Burrowing Owl Survey.** Within 30 calendar days prior to the issuance of a grading permit, a qualified biologist shall conduct a survey of the proposed impact footprint and make a determination regarding the presence or absence of the burrowing owl. The determination shall be documented in a report and shall be submitted, reviewed, and accepted by the City of Banning Planning Department prior to the issuance of a grading permit and subject to the following provisions: <br> a. In the event that the pre-construction survey identifies no burrowing owls in the impact area, a grading permit may be issued without restriction. <br> b. In the event that the pre-construction survey identifies the presence of at least one individual but less than three (3) mating pairs of burrowing owl, then prior to the issuance of a grading permit and prior to the commencement of ground-disturbing activities on the property, the qualified biologist shall passively or actively relocate any burrowing owls. Passive relocation, including the required use of one-way doors to exclude owls from the site and the collapsing | LTS |

AR004430

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | of burrows, will occur if the biologist determines that the proximity and availability of alternate habitat is suitable for successful passive relocation. Passive relocation shall follow California Department of Fish and Wildlife relocation protocol. If proximate alternate habitat is not present as determined by the biologist, active relocation shall follow California Department of Fish and Wildlife relocation protocol. The biologist shall confirm in writing to the Planning Department that the species has fledged or been relocated prior to the issuance of a grading permit. | |
| | | **BIO-2- Nesting Bird Survey.** Prior to the issuance of a grading permit, the City of Banning Planning Department shall ensure vegetation clearing and ground disturbance shall be prohibited during the migratory bird nesting season (February 1 through August 31), unless a migratory bird nesting survey is completed in accordance with the following requirements: | |
| | | a.  A migratory nesting bird survey of the Project's impact footprint shall be conducted by a qualified biologist within three business (3) days prior to initiating vegetation clearing or ground disturbance. | |
| | | b.  A copy of the migratory nesting bird survey results report shall be provided to the City of Banning Planning Department. If the survey identifies the presence of active nests, then the qualified biologist shall provide the Planning Department with a copy of maps showing the location of all active nests and an appropriate buffer zone around each nest sufficient to protect the nest from direct and indirect impact. The size and location of all buffer zones as determined by a qualified biologist, | |

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | shall be subject to review and approval by the Planning Department. The nests and buffer zones shall be field checked weekly by a qualified biological monitor. The approved buffer zone shall be marked in the field with construction fencing, within which no vegetation clearing or ground disturbance shall commence until the qualified biologist and Planning Department verify that the nests are no longer occupied and the juvenile birds can survive independently from the nests. | |
| 4.3.5 (b) Have a substantial adverse effect on any riparian habitat or other sensitive natural community identified in local or regional plans, policies, regulations or by the California Department of Fish and Game or US Fish and Wildlife Service? | NI | No mitigation is required for this impact. | NI |
| 4.3.5(c) Have a substantial adverse effect on state or federally protected wetlands (including, but not limited to, marsh, vernal pool, coastal, etc.) through direct removal, filling, hydrological interruption, or other means? | NI | No mitigation is required for this impact. | NI |
| 4.3.5 (d) Interfere substantially with the movement of any native resident or migratory fish or wildlife species or with established native resident or migratory wildlife corridors, or impede the use of native wildlife nursery sites? | NI | No mitigation is required for this impact. | NI |
| 4.3.5 (e) Conflict with any local policies or ordinances protecting biological resources, such as a tree preservation policy or ordinance? | PS | **BIO-3- Native Tree Removal.** Native trees to be impacted by development of projects pursuant to the Specific Plan shall be assessed by a certified arborist as to the viability and value of the trees to determine if mitigation and replacement are required. Removal of healthy, shade-providing, and | LTS |

AR004432

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | aesthetically valuable trees shall be strongly discouraged and shall conform with the policies and programs of the City of Banning General Plan. A tree removal and replacement plan shall be required for the removal and replacement of all trees more than 50 years of age unless their removal is required to protect the public health and safety. Each identified tree removed shall be replaced with at least one 36-inch box specimen tree, in addition to any other required landscaping. | |
| 4.3.5 (f) Conflict with the provisions of an adopted Habitat Conservation Plan, Natural Community Conservation Plan, or other approved local, regional, or state habitat conservation plan? | PS | MM BIO-1 and BIO-2 are applicable. | LTS |
| **4.4 -Cultural Resources-Would the Project:** | | | |
| 4.4.5 (a) Cause a substantial adverse change in the significance of a historical resource pursuant to § 15064.5? | LTS | No mitigation is required for this impact. | LTS |
| 4.4.5 (b) Cause a substantial adverse change in the significance of an archaeological resource pursuant to § 15064.5? | LTS | No mitigation is required for this impact. | LTS |
| 4.4.5(c) Disturb any human remains, including those interred outside of formal cemeteries? | LTS | No mitigation is required for this impact. | LTS |
| **4.5- Energy-Would the Project:** | | | |
| 4.5.5 (a) Result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary consumption of energy resources, during project construction or operation? | LTS | No mitigation is required for this impact. | LTS |
| 4.5.5 (b) Conflict with or obstruct a state or local plan for renewable energy or energy efficiency? | LTS | No mitigation is required for this impact. | LTS |

AR 007293

AR004433

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| **4.6- Geology and Soils-Would the Project:** | | | |
| 4.6.5 (a) Directly or indirectly destroy a unique paleontological resource? | PS | **GEO - 1**: Paleontological Resource Impact Mitigation Program. Prior to the issuance of a grading permit, the Project Proponent shall prepare a paleontological resource impact mitigation program (PRIMP) for the grading and excavation phase of the Project, including both on- and off -site activities. The PRIMP shall be submitted for review and approval to the City of Banning Community Development Department and shall conform to the guidelines of the Society of Vertebrate Paleontology; including the following:<br><br>a) A trained paleontological monitor shall be present during initial mass grading or deep trenching activities within the Project in sediment areas determined likely to contain paleontological resources. If paleontological resources are located within excavation, the monitoring program will change to full-time. The monitor shall be empowered to temporarily halt or redirect construction activities to ensure avoidance of adverse impacts to paleontological resources. The monitor shall be equipped to rapidly remove any large fossil specimens encountered during excavation. During monitoring, samples shall be collected and processed to recover microvertebrate fossils. Processing shall include wet screen washing and microscopic examination of the residual materials to identify small vertebrate remains.<br><br>b) Upon encountering a large deposit of bone, salvage of all bone in the area shall be conducted in accordance with modern paleontological techniques. | LTS |

AR 007294

AR004434

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | c)  All fossils collected during the Project shall be prepared to a reasonable point of identification. Excess sediment or matrix shall be removed from the specimens to reduce the bulk and cost of storage. Itemized catalogs of all material collected and identified shall be provided to the museum repository along with the specimens. | |
| | | d)  A report documenting the results of the monitoring and salvage activities and the significance of the fossils will be prepared. All fossils collected during this work, along with the itemized inventory of these specimens, shall be deposited in a museum repository for permanent curation and storage. | |
| | | e)  All fossils collected during this work, along with the itemized inventory of these specimens, shall be deposited in a museum repository for permanent curation and storage. | |
| **4.7- Greenhouse Gas Emissions-Would the Project:** | | | |
| 4.7.5 (a) Generate greenhouse gas emissions, either directly or indirectly, that may have a significant impact on the environment. | PS | **GHG-1:  GHG  Reduction  Documentation.** Prior to the issuance of a building permit, documentation that the following GHG reduction measures shall be implemented by future development projects is required. Documentation may consist of a letter stating how the project will comply and identify the verification mechanism for each measure required below (e.g. shown on building plans, landscaping plans, etc.) 1. The project shall devise a comprehensive water conservation strategy to reduce water use during project operation. The strategy will include the following:<br>• Install drought-tolerant plants for landscaping.<br>• Install water-efficient irrigation systems, such as weather-based and soil-moisture- based irrigation | SU |

AR 007295

AR004435

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | controllers and sensors, for landscaping according to the California Department of Water Resources Model Efficient Landscape Ordinance.<br><br>• Ensure that all landscape and irrigation measures follow the City of Banning's Landscaping and Water Conservation requirements.<br><br>**GHG-2: Building Design.** The project will design building shells, building components, such as windows, roof systems and electrical systems to meet 2016 Title 24 Standards (or applicable requirements in effect at the time a building permit is applied for).<br><br>**GHG-3: LEED Features**. Buildings will be designed to provide CALGreen Standards with Leadership in Energy and Environmental Design (LEED) features for potential certification and will employ energy and water conservation measures in accordance with such standards. This includes design considerations related to the building envelope, HVAC, lighting, and power systems. Additionally, the architectural expression such as roofs and windows in the buildings will relate to conserving energy.<br><br>**GHG-4. Energy Efficient Lighting.** Prior to the issuance of a building permit, building plans shall require that high-efficiency lighting (such as LED lighting that is 34 percent more efficient than fluorescent lighting) be installed within buildings on-site.<br><br>**GHG-5. Efficient Building Materials/Equipment.** The project will utilize building materials/methods and heating equipment that are efficient and reduce emissions that may include, but not limited to, high-efficiency heat pumps; thin insulating materials; windows and building surfaces with tunable optical properties; high efficiency lighting devices; improved software for optimizing building design and | |

AR 007296

AR004436

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | operation; low cost, easy to install, energy harvesting sensors and controls; interoperable building communication systems; and optimized control strategies.<br><br>**GHG-6. Reduce Indoor Water Demand.** Prior to the issuance of a building permit, building plans shall require that all faucets, toilets, and showers installed in the proposed structures utilize low-flow fixtures that would reduce indoor water demand by 20% per CalGreen Standards. | |
| 4.7.5 (b) Conflict with an applicable plan, policy or regulation adopted for the purpose of reducing the emissions of greenhouse gases. | PS | MM GHG-1 through MM-GHG-6 above are applicable. | SU |
| **4.8- Hydrology and Water Quality-Would the Project:** | | | |
| 4.8.5 (a) Violate any water quality standards or waste discharge requirements or otherwise substantially degrade surface or ground water quality? | LTS | No mitigation is required for this impact. | LTS |
| 4.8.5 (b) Substantially alter the existing drainage pattern of the site or area, including through the alteration of the course of a stream or river or through the addition of impervious surfaces, in a manner that would:<br><br>(i) Result in substantial erosion or siltation on- or off-site?<br><br>(ii) Substantially increase the rate or amount of surface runoff in a manner which would result in flooding on- or offsite?<br><br>(iii) Create or contribute runoff water which would exceed the capacity of existing or planned stormwater drainage systems | LTS | No mitigation is required for this impact. | LTS |

AR 007297

AR004437

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| or provide substantial additional sources of polluted runoff?<br><br>(iv) Impede or redirect flood flows? | | | |
| 4.8.5 (c) In flood hazard, tsunami, or seiche zones, risk release of pollutants due to project inundation? | LTS | No mitigation is required for this impact. | LTS |
| 4.8.5 (d) Conflict with or obstruct implementation of a water quality control plan or sustainable groundwater management plan? | LTS | No mitigation is required for this impact. | LTS |
| **4.9- Land Use and Planning-Would the Project:** | | | |
| 4.9 (a) Cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect? | PS | MM AQ-1 through AQ-7 and MM GEO-1 are applicable. | SU |
| **4.10- Noise-Would the Project:** | | | |
| 4.10.5 (a) Generate a substantial temporary or permanent increase in ambient noise levels in the vicinity of the project more than standards established in the local general plan or noise ordinance, or applicable standards of other agencies? | PS | **NOI-1-Construction Noise Mitigation Plan.** Prior to issuance of grading and/or building permits, a note shall be provided on grading and building plans indicating that ongoing during grading and construction, the property owner/developer shall be responsible for requiring contractors to implement the following measures to limit construction-related noise:<br><br>1. The project applicant shall limit construction activities to the daytime hours between 7 AM to 6 PM, as prescribed in Section 8.44.090(E) of the City's Municipal Code.<br><br>2. For all project construction zones, all internal combustion engines on construction equipment and trucks are fitted with properly maintained mufflers | LTS |

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | consistent with manufacturer's standards.<br><br>3. For all project construction zones, stationary equipment such as generators, air compressors shall be located as far as feasible from nearby noise-sensitive uses. If such stationary equipment produces noise emissions that are directional, said equipment shall be oriented to direct noise emissions away from sensitive receptors.<br><br>4. For all project construction zones, stockpiling and staging should be located as far as feasible from nearby noise-sensitive receptors.<br><br>5. For construction activity within 50 feet of any noise-sensitive receptors, a temporary noise barrier shall be installed by the applicant/developer. This temporary noise barrier shall be installed prior to the onset of construction and be located between the single-family residences, senior apartments/assisted living/memory care residential facility and the construction zone and all sensitive receptors. The temporary sound barrier shall provide a reduction in noise that will meet the City's construction noise threshold of 55 dBA. The noise barrier shall be a minimum height of 8 feet and be free of gaps and holes and must achieve a Sound Transmission Class (STC) of 35 or greater. The barrier can be either (a) a ¾-inch-thick plywood wall OR (b) a hanging blanket/curtain with a surface density or at least 2 pounds per square foot. For either configuration, the construction side of the barrier shall have an exterior lining of sound absorption material with a Noise Reduction Coefficient (NRC) rating of 0.7 or higher. | |

AR 007299

AR004439

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| 4.10.5 (b) Generate excessive ground borne vibration or ground borne noise levels? | PS | **NOI-2-Final Acoustical Report:** Prior to issuance of the first building permit for any project, the property owner/developer shall submit a final acoustical report prepared to the satisfaction of the Planning Director to address potential noise impacts to nearby residences. The report shall demonstrate that the project incorporates sufficient noise-attenuation features if needed so that the City's exterior and interior standards in Municipal Code Sections 8.44.070 and 8.44.090(E) and in the City's Noise Element are maintained at nearby residences. Compliance can be achieved with (a) sufficient buffering distances so that nearby sensitive receptors are not significantly impacted by future commercial development OR (b) sufficiently high and long sound barrier wall(s) that are placed between commercial noise sources and receptors (for example, in the case of garbage compactor equipment) OR (c) other adequate noise reduction methods that are approved by the Planning Director or their designee. In all cases, the noise reduction measures shall be technically demonstrated to achieve the appropriate target noise level(s) for both exterior and interior environments for nearby residences, as appropriate (e.g., sufficient wall or berm height, sufficient buffering distance, appropriate sound encapsulation/insulation methods, etc.). The individual project owner/developer shall submit the noise mitigation report to the Planning Director for review and approval. Upon approval by the City, the project acoustical design features shall be incorporated into the future development. | LTS |
| 4.10-5 (c) For a project located within the vicinity of a private airstrip or an airport land use plan or, where such a plan has not been adopted, within two miles of a public airport or public use airport, would the project expose people residing | NI | No mitigation is required for this impact. | NI |

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| or working in the project area to excessive noise levels? | | | |
| **4.11- Transportation-Would the Project:** | | | |
| 4.11.5 (a) Conflict with a program, plan, ordinance, or policy addressing the circulation system, considering all modes of transportation including transit, roadway, bicycle, and pedestrian facilities? | LTS | No mitigation is required for this impact. | LTS |
| 4.11.5 (b) Conflict or be inconsistent with CEQA Guidelines section 15064.3, subdivision (b)? | PS | **VMT-1: Pedestrian Network Improvements.** Prior to the issuance of a building permit, site plans for future development shall provide a pedestrian access network to link areas of the Project site internally and to Sun Lakes Boulevard. | SU |
| 4.11.5 (c) Substantially increase hazards due to a geometric design feature (e.g., sharp curves or dangerous intersections) or incompatible uses (e.g., farm equipment)? | LTS | No mitigation is required for this impact. | LTS |
| 4.11.5 (d) Result in inadequate emergency access? | LTS | No mitigation is required for this impact. | LTS |
| **4.12- Tribal Cultural Resources-Would the Project cause a substantial adverse change in the significance of a tribal cultural resource, defined in Public Resources Code section 21074 as either a site, feature, place, cultural landscape that is geographically defined in terms of the size and scope of the landscape, sacred place, or object with cultural value to a California Native American tribe, and that is:** | | | |
| 4.12.5 (a) Listed or eligible for listing in the California Register of Historical Resources, or in a local register of historical resources as defined in Public Resources Code section 5020.1(k)? | LTS | No mitigation is required for this impact. | LTS |
| 4.12-5 (b) A resource determined by the lead agency, in its discretion and supported by substantial evidence, to be significant pursuant to criteria set forth in subdivision (c) of Public Resources Code Section | PS | **TCR-1-Retain Qualified Professional Archaeological Monitor:** Prior to the issuance of a grading permit, the Applicant shall retain a qualified professional archaeological monitor who meets U.S. Secretary of the Interior Standards (SOI). The monitor shall be present during all ground disturbing activities to identify any known or | LTS |

AR004441

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| 5024.1. In applying the criteria set forth in subdivision (c) of Public Resources Code Section 5024.1, the lead agency shall consider the significance of the resource to a California Native American tribe? | | suspected archaeological and/or cultural resources. The monitor will conduct an Archaeological Sensitivity Training, in conjunction with the Tribes Tribal Historic Preservation Officer (THPO). The training session will focus on what the archaeological and tribal cultural resources that may be encountered during earthmoving activities and the procedures to be followed in such an event.<br><br>**TCR-2- Archaeological Monitoring and Treatment Plan:** Prior to the issuance of a grading permit, the qualified archaeologist shall develop an Archaeological Monitoring and Treatment Plan to address the details, timing and responsibility of all archaeological and cultural resource activities that occur on the project site, in coordination with Tribe.<br><br>**TCR-3- Tribal Monitoring Agreement:** Prior to the issuance of grading permits, the applicant shall enter into a Tribal monitoring agreement with the Morongo Band of Mission Indians for the project. The Tribal Monitor shall be on-site during all ground disturbing activities including clearing, grubbing, tree and bush removal, grading, trenching, fence post placement and removal, construction excavation, excavation for all water supply, electrical, and irrigation lines, and landscaping phases of any kind. The Tribal Monitor shall have the authority to temporarily divert, redirect, or halt the ground disturbance activities to allow identification, evaluation, and potential recovery of cultural resources.<br><br>**TCR-4-Specific Conditions:** The Morongo Band of Mission Indians requests the following specific conditions to be imposed in order to protect Tribal cultural, and/or archaeological resources within the project area. This includes cultural materials both on the surface and buried. Should human remains be encountered on the surface or during any and all ground-disturbing activity (i.e. grubbing, tree and bush removal, | |

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | grading, trenching, fence post placement and removal, construction excavation, excavation for all water supply, electrical, and irrigation lines, and landscaping phases, excavation of any kind), work in the immediate vicinity of the discovery shall immediately stop (within 100-foot buffer of the discovery), the area shall be protected, project personnel/observers restricted, and the County Coroner to be contacted pursuant to State and Safety Code §7050.5. and Public Resources Code (PRC) § 5097.98. In the event human remains are found and identified as Native American, the landowner shall also notify the City Planning Department so that the City can ensure PRC § 5097.98 is followed. No photographs are to be taken except by the Coroner. A. In the event that Tribal Cultural Resources or other cultural resources are discovered during project development and construction, all work in the immediate vicinity of the discovery shall stop (within 60-foot buffer of the discovery) and the area protected by fencing and guarding until a qualified archaeologist (i.e. meeting Secretary of the Interior standards) assesses the discovery. Overall project work may continue during this period of assessment. B. If archaeological assessment indicates that significant Native American cultural resources or other cultural resources are present, a Treatment Plan must be prepared in consultation with the Tribe. The developer will notify the Lead Agency and contract with qualified Cultural Resources Management (CRM) firm to develop the Treatment Plan. C. If requested by the Tribe, the developer or the project archaeologist shall, in good faith, immediately initiate consultation with the Morongo Band of Mission Indians regarding further actions to be taken including, but not limited to, avoidance, preservation in place, removal, and disposition. **TCR-5-Imadvert Discovery During Grading:** In the event that archaeological or tribal cultural resources are unearthed during | |

AR004443

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | ground-disturbing activities, ground-disturbing activities shall stop (within 60-foot buffer of the discovery) or shall be diverted away from the vicinity of the find, so that the find can be evaluated by the qualified Archaeologist. A treatment plan shall be developed by a qualified Archaeologist (meeting SOI standards) in consultation with the Tribe and the City Planning Department to include relinquishment of all artifacts through one of the following methods: A. This reburial area of cultural resource items shall be away from any future impacts and reside in perpetuity. Reburial shall not occur until all cataloguing; analysis and any necessary special studies have been completed on the cultural resources. Details of contents and location of the reburial shall be documented in a Final Report and shall remain as confidential. B. The Tribes Most Likely Descendant (MLD) may wish to rebury the human remains and/or associated funerary objects, as close to the place of their discovery, in an area that will not be subject to future disturbances and reside in perpetuity. The place(s) of reburial will not be disclosed by any party and is exempt from the California Public Records Act (California Government Code § 6254[r]). Reburial location of human remains will be determined by the landowner, City Planning Department, in consultation with the Tribes Most Likely Descendant (MLD). C. Curation at a Riverside County Curation facility that meets federal standards per 36 CFR Part 79 and therefore will be professionally curated and made available to other archaeologists/researchers and tribal members for further study. The collection and associated records shall be transferred, including title, and are to be accompanied by payment of the fees necessary for permanent curation. Evidence shall be provided in the form of a letter from the curation facility identifying that archaeological materials have been received and that all fees have been paid. | |

AR004444

| Threshold | Significance before Mitigation | Mitigation Measures | Significance after Mitigation |
|---|---|---|---|
| | | **TCR-6-Documents:** Any and all cultural documents created as a part of the project (Archaeological Monitoring and Treatment Plans, isolate records, site records, survey reports, testing reports, etc.) shall be supplied to the applicant and Lead Agency for dissemination to consulting Tribe. | |
| **4.13- Utilities and Service Systems** | | | |
| 4.13.5 (a) Require or result in the relocation or construction of new or expanded water, wastewater treatment or storm water drainage, electric power, natural gas, or telecommunications facilities, the construction or relocation of which could cause significant environmental effects? | PS | Mitigation Measures AQ-2, BIO-1 through BIO-3, GEO-1, NOI-1 and NOI-2, TCR-1 through TCR-6 are applicable. | LTS |
| 4.13.5 (b). Have sufficient water supplies available to serve the project and reasonably foreseeable future development during normal, dry, and multiple years? | LTS | No mitigation is required for this impact. | LTS |
| 4.13.5 (c) Result in a determination by the wastewater treatment provider, which serves or may serve the project that it has adequate capacity to serve the project's projected demand in addition to the provider's existing commitments? | LTS | No mitigation is required for this impact. | |
| 4.13.5 (d). Generate solid waste more than State or local standards, or more than the capacity of local infrastructure, or otherwise impair the attainment of solid waste reduction goals? | LTS | No mitigation is required for this impact. | |

AR 007305

AR004445

# 2. INTRODUCTION

## 2.1   Purpose and Intent

According to Section 15121 of the State CEQA Guidelines, an Environmental Impact Report ("EIR") is an informational document that is written to inform public agency decision-makers and the public of the significant environmental effects of a proposed Project. The purpose of an EIR is to:

- Analyze the environmental effects of a proposed project.

- Indicate mitigation measures to avoid or minimize the potentially significant environmental effects of a project; and

- Identify alternatives to a project that would avoid or substantially lessen the significant effects.

The purpose of this Draft EIR for the Sun Lakes Village North Specific Plan Amendment No. 6 ("Project") is to review the existing conditions of the Project site; identify and analyze the potential environmental impacts, and then suggest feasible mitigation measures to reduce significant adverse environmental effects, as described in Section 4.0, Environmental Analysis. The environmental impacts of the Project are analyzed in the EIR to the degree of specificity appropriate in accordance with Section 15146 of the State CEQA Guidelines.

It is the intent of this Draft EIR to enable the City of Banning and other responsible agencies and interested parties to evaluate the environmental impacts of the Project. This Draft EIR will provide the City of Banning with the information required to consider approval of the Project.

Pursuant to CEQA § 21067 and CEQA Guidelines Article 4 and § 15367, the City of Banning is the Lead Agency under whose authority this Draft EIR has been prepared.  "Lead Agency" refers to the public agency that has the principal responsibility for carrying out or approving a project. Serving as the Lead Agency and before taking action to approve the Project, the City of Banning has the obligations to: (1) ensure that this Draft EIR has been completed in accordance with CEQA; (2) review and consider the information contained in this Draft EIR as part of its decision making process; (3) make a statement that this Draft EIR reflects the City of Banning's independent judgment; (4) ensure that all significant effects on the environment are eliminated or substantially lessened where feasible; and, if necessary (5) make written findings for each unavoidable significant environmental effect stating the reasons why mitigation measures or project alternatives identified in this Draft EIR are infeasible and citing the specific benefits of the Project that outweigh its unavoidable adverse effects (CEQA Guidelines §§ 15090 through 15093).

Pursuant to CEQA Guidelines § 15040 through § 15043, and upon completion of the CEQA review process, the City of Banning will have the legal authority to do any of the following:

- Approve the Project.

- Require feasible changes in any or all activities involved in the Project to substantially lessen or avoid significant effects on the environment.

- Disapprove the Project, if necessary, to avoid one or more significant effects on the environment that would occur if the Project were approved as proposed; or

- Approve the Project even though the Project would cause a significant effect on the environment if the City makes a fully informed and publicly disclosed decision that: 1) there is no feasible way to lessen the effect or avoid the significant effect; and 2) expected benefits from the Project will outweigh significant environmental impacts of the Project.

This EIR has been prepared in accordance with all criteria, standards, and procedures of CEQA (California Public Resource Code § 21000 et seq.) and the CEQA Guidelines (California Code of Regulations, Title 14, Division 6, Chapter 3, § 15000 et seq.) in order to address the environmental impacts of the Project.

## 2.2  Project Overview

The Sun Lakes Village Specific Plan ("Specific Plan") was originally approved by the City of Banning on February 28, 1983. The Specific Plan consisted of 4,131 dwelling units, a 150-acre golf course, 12 acres of commercial use and 144 acres of office/industrial use on approximately 963 acres. The Project site is located on approximately 47 gross acres between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue as shown in Figure 3-2 – Project Location Map/Aerial Photo. The Project site is also identified as APN 419-140-057.

The Specific Plan has been amended five (5) times between 1984 and 2006 to accommodate various changes to the land use plan, infrastructure requirements, and the vehicle and pedestrian circulation plan. The Sun Lakes Village North Specific Plan Amendment No .6 ("Project") updates the existing Specific Plan document to amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). (See Figure 3-3 - Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

### 2.3    Scope of the Draft EIR

As part of the Notice of Preparation (NOP), pursuant to Section 15063 (c) of the State CEQA Guidelines, an Initial Study was prepared for the purpose of assisting in the preparation of an EIR per Section 15063 (c) (3), by:

- Focusing the EIR on the effects determined to be significant,

- Identifying the effects determined not to be significant,

- Explaining the reasons for determining that potentially significant effects would not be significant, and

- Identifying whether a program EIR, tiering, or another appropriate process can be used for analysis of the project's environmental effects.

Pursuant to Section 15143 of the State CEQA Guidelines, *"The EIR shall focus on the significant effects on the environment. The significant effects should be discussed with emphasis in proportion to their severity and probability of occurrence. Effects dismissed in an Initial Study as clearly insignificant and unlikely to occur need not be discussed further in the EIR unless the Lead Agency subsequently receives information inconsistent with the finding in the Initial Study. A copy of the Initial Study may be attached to the EIR to provide the basis for limiting the impacts discussed."* The Initial Study for this project is included in Appendix A of this Draft EIR.

#### 2.3.1    Topics Not Addressed in Detail in this Draft EIR

The information and analysis presented in the Initial Study (Appendix A) of this Draft EIR provides substantial evidence for the conclusion that certain issues identified in each environmental topic section of this EIR that are not addressed were not analyzed further for the following reasons:

1) CEQA standards triggering preparation of further environmental review do not exist for those issues; and
2) Impacts under these topics would be less than significant, in compliance with mandatory regulatory requirements or the incorporation of feasible mitigation measures.

#### 2.3.2    Focus of the Draft EIR

As a first step in the CEQA compliance process, the City of Banning completed an Initial Study (Draft EIR *Technical Appendix A*) pursuant to CEQA Guidelines § 15063 to determine if the Project could have a significant effect on the environment. The following list identifies the environmental issues that, pursuant to the findings of the Initial Study, have been determined to have a potentially significant or a significant impact that will be evaluated in the EIR.

**Table 2. 1- Summary of Environmental Impacts to be Addressed in the EIR**

| Environmental Topic Section | Threshold |
|---|---|
| 4.1 Aesthetics | 4.1 (c) Conflict with applicable zoning and other regulations governing scenic quality. |
| 4.2 Air Quality | 4.2 (a-c) Conflict with or obstruct implementation of the applicable air quality plan; violate any air quality standard or contribute substantially to an existing or projected air quality violation; result in a cumulatively considerable net increase of any criteria. |
| 4.3 Biological Resources | 4.3 (a-c) Adversely affect candidate, sensitive, or special status species, riparian habitat, wetlands; and  consistency with habitat conservation plan. |
| 4.4 Cultural Resources | 4.4 (a-b) Adversely affect historic and archaeological resources. |
| 4.5 Energy | 4.5 (a-b) Wasteful, inefficient, or unnecessary consumption of energy resources and consistency with energy plans. |
| 4.6 Geology and Soils | 4.6 (a) Directly or indirectly destroy a unique paleontological resource. |
| 4.7 Greenhouse Gas Emissions (GHG) | 4.8 (a-b) Generate GHG emission in excess of screening threshold and conflict with GHG reduction plan(s) |
| 4.8 Hydrology and Water Quality | 4.8 (a-b) Violate any water quality standards or waste discharge requirements or otherwise substantially degrade surface or ground water quality or substantially alter the existing drainage pattern of the site or area. |
| 4.9 Land Use and Planning | 4.9 (a) Conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect. |
| 4.10 Noise | 4.10 (a-b) Generation of a substantial temporary or permanent increase in ambient noise levels or groundborne vibration. |
| 4. 11 Transportation | 4.11 (a-d) Conflict with a program, plan, ordinance, or policy addressing the circulation system, conflict or be inconsistent with CEQA Guidelines Section 15064.3, subdivision (b), increase hazards, inadequate emergency vehicle access. |
| 4.12 Tribal Cultural Resources | 4.18 (a-b) Listed or eligible for listing in the California Register of Historical Resources, or in a local register of historical resources; and/or a resource determined to be significant to a California Native American tribe. |
| 4.13 Utilities and Service Systems | 4.13 (a-d) Require or result in the relocation or construction of new or expanded water, wastewater treatment or storm water drainage, electric power, natural gas, or telecommunications facilities, the construction or relocation of which could cause significant environmental effect, have sufficient water supplies, wastewater treatment capacity, solid waste capacity. |

## 2.4   Document Format

This Draft EIR contains all the information required to be included in an EIR as specified by the CEQA Statutes and Guidelines (California Public Resources Code, § 21000 et. seq. and California Code of Regulations, Title 14, Division 6, Chapter 3).  CEQA requires that an EIR contain, at a

AR004449

minimum, certain specified content. In summary, the content and format of this Draft EIR is as follows:

**Section 1.0, Executive Summary**, includes a Project introduction, a brief description of the proposed Project, a summary of areas of controversy/issues to be resolved, a description of the Notice of Preparation NOP) comments received, as well as a description of the Project alternatives and a summary of impacts, mitigation measures, and level of impacts following mitigation.

**Section 2.0, Introduction and Purpose**, provides introductory information about the CEQA process and the responsibilities of the City of Banning, serving as the Lead Agency of this EIR. This section also includes a description of the document format as well as the purpose of CEQA and this EIR.

**Section 3.0, Project Description**, serves as the EIR's Project Description for purposes of CEQA and contains a level of specificity commensurate with the level of detail proposed by the Project, including the summary requirements pursuant to CEQA Guidelines § 15123.

**Section 4.0, Environmental Analysis**, provides an analysis of potential direct, indirect, and cumulative impacts that may occur with implementation of the Project. A conclusion concerning significance is reached for each discussion; mitigation measures are presented as warranted. The environmental topics in Section 4.0 are evaluated under the following framework:

**Section 5.0, Additional Topics Required by CEQA**, includes specific topics that are required by CEQA. These include a summary of the Project's significant and unavoidable environmental effects, a discussion of the significant environmental effects which cannot be avoided if the Project is implemented, significant environmental changes, potential growth-inducing impacts of the proposed Project.

**Section 6.0, Project Alternatives**, describes and evaluates alternatives to the proposed Project that could reduce or avoid the Project's adverse environmental effects. A range of three (3) alternatives in addition to the No Project Alternative are presented in Section 6.0, *Alternatives*.

**Section 7.0, List of Preparers**, lists the persons who authored or participated in preparing this Draft EIR, including agencies and persons consulted.

**Technical Appendices**. CEQA Guidelines § 15147 states that the "information contained in an EIR shall include summarized…information sufficient to permit full assessment of significant environmental impacts by reviewing agencies and members of the public," and that the "[p]placement of highly technical and specialized analysis and data in the body of an EIR shall be avoided." Therefore, the detailed technical studies, reports, and supporting documentation that were used in preparing this Draft EIR are bound separately as Technical Appendices.

The Technical Appendices are available for review at the City of Banning Planning Department, 909 E. Ramsey Street, Banning, California 92220, during the City's regular business hours or can be accessed at the following link:

http://banning.ca.us/64/Planning

## 2.5   Incorporated Documents

CEQA Guidelines § 15150 permits the incorporation by reference of all or portions of other documents that are generally available to the public. Any document incorporated by reference shall be made available to the public for inspection at a public place or public building and requires that the Initial Study state where the incorporated documents will be made available for public inspection.

The following documents have been incorporated by reference and cited as appropriate:

- *The City of Banning General Plan,* various elements, adopted by the City Council on January 3 1, 2006 and as currently amended.

- *City of Banning General Plan with Zoning Overlay Map*, January 1, 2016 and as currently amended.

- *City of Banning Municipal Code* (various chapters), approved through November 15, 2019.

The above described documents are on file with the City of Banning Community Development Department, 99 E. Ramsey Street Banning, CA 92220 and are hereby incorporated by reference.

## 2.6   Public Review of the EIR

This Draft EIR was distributed to responsible and trustee agencies, other affected agencies, and interested parties.  Additionally, in accordance with Public Resources Code § 21092(b) (3), the Draft EIR was provided to all parties who previously requested copies.  The Notice of Completion (NOC) and Notice of Availability (NOA) of the Draft EIR were distributed as required by CEQA.

During the 45-day public review period, the Draft EIR and technical appendices were made available for review.

Written comments regarding this Draft EIR should be addressed to:

**Adam Rush, M.A., AICP**
*Community Development Director*
99 E. Ramsey Street Banning, CA 92220
951-922-3190
**arush@banningca.gov**

The City of Banning Planning Commission has the authority to recommend, conditionally recommend, or not recommend the Project for approval. The City of Banning City Council has exclusive authority to approve, conditionally approve, or deny the Project.

Following the close of the 45-day public review period, a Final EIR will be prepared to respond to all substantive comments related to environmental issues surrounding the proposed Project. The Final EIR will be available prior to Planning Commission and City Council public hearings to consider the Final EIR and the proposed Project.

If the proposed Project is approved, the City Council may impose mitigation measures specified in the Final EIR as conditions of Project approval. Alternatively, the City Council could require other mitigation measures deemed to be effective mitigations for the identified impacts, or it could find that the mitigation measures cannot be feasibly implemented. For any identified significant impacts for which no mitigation measure is feasible, or where mitigation would not reduce the impact to a less than significant level, the City Council will be required to adopt a Statement of Overriding Considerations finding that the impacts are considered acceptable because specific overriding considerations indicate that the proposed Project's benefits outweigh the impacts in question.

## 2.7   Notice of Preparation

To determine the scope of this EIR, the City prepared and distributed a Notice of Preparation (NOP) for the Project on February 21, 2020 to the Office of Planning and Research, each responsible and trustee agency, and filed with the Riverside County clerk. Table 2-1 summarizes the comments received regarding the NOP issued for this EIR and identifies the location in this EIR document where the comments are addressed.

**Table 2. 2 - Summary of NOP Comments**

| Agency/ Organization/ Individual | Date | Comments | Location in this EIR where Comment is Addressed |
|---|---|---|---|
| South Coast Air Quality Management District | 3/17/20 | Address health risks from diesel trucks if development is reasonably foreseeable; require mitigation measures if necessary; consider alternatives if impacts are significant. | Section 4.2 Air Quality |

| | | | |
|---|---|---|---|
| Riverside County Flood Control and Water Conservation District | 3/23/20 | Project would not be impacted by District master Drainage Plan facilities; identified general information with respect to permits that may be required by regulatory agencies. | Section 4.8 Hydrology and Water Quality |

*All NOP comment letters are included in Technical Appendix A of this Draft EIR.*

In addition, as part of the EIR scoping process, a public scoping meeting was held by the City on Monday, March 2, 2020 at 5:30 pm at the Sun Lakes Village Community Center/Country Club. Verbal and written comments regarding the scope and content of the EIR were accepted during the meeting. Primary issues raised at the meeting included traffic, noise, and the types of commercial uses that are planned for the site.

AR 007313

AR004453

# 3. PROJECT DESCRIPTION

## 3.1    Background

The Sun Lakes Village Specific Plan ("Specific Plan") was originally approved by the City of Banning on February 28, 1983. The Specific Plan consisted of 4,131 dwelling units, a 150-acre golf course, 12 acres of commercial use and 144 acres of office/industrial use on approximately 963 acres. The Specific Plan has been amended five (5) times between 1984 and 2006 to accommodate various changes to the land use plan, infrastructure requirements, and the vehicle and pedestrian circulation plan.

## 3.2    Proposed Project

The Project proposes a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business & Warehouse, Office and Professional, and Retail & Service. (See Figure 3-2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.  At this time there are no land use development entitlements being sought (i.e.  site plan, parcel map, etc.).

## 3.3    Project Location

### 3.3.1    Regional Location

The City of Banning covers approximately 23 square miles within the County of Riverside. The City of Banning is within Riverside County and the San Gorgonio Pass area, an east-west trending valley situated between the San Bernardino and San Jacinto Mountains. The City is bordered by the unincorporated areas in the County of Riverside to the north, south, and east, and the City of Beaumont to the west.  (Refer to *Figure 3-1 Regional Location Map*).

### 3.3.2    Project Site Location

The Project site is located on approximately 47 gross acres between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue as shown in Figures 3-1, *Project Location Map/Aerial Photo*. The Project site is also identified as Assessor's Parcel Number 419-140-057.

AR004454

### Figure 3.1 -Regional Location



### Figure 3.2-Project Location Map/ Aerial Photo



AR 007315

AR004455

**Figure 1-3 - Land Use Plan**



**Figure 3.3   Circulation Plan**



AR 007316

AR004456

## 3.4    Environmental Setting/Existing Conditions

CEQA Guidelines §15125 establishes requirements for defining the environmental setting to which the environmental effects of a proposed project must be compared. The environmental setting is defined as "…*the physical environmental conditions in the vicinity of the project, as they exist at the time the Notice of Preparation is published, or if no Notice of Preparation is published, at the time the environmental analysis is comm*enced…" (CEQA Guidelines §15125[a](1)). In the case of the proposed Project, a Notice of Preparation (NOP) was issued on February 21, 2020. Thus, the baseline environmental setting for the Project is February 21, 2020.

### 3.4.1    Existing Conditions

As of February 21, 2020, the site is a disturbed vacant lot and appears to be regularly disked or mown.  Most of the site is non-native grassland.  A small area of riparian vegetation is present in the southwest corner of the site.  Ornamental trees are present along the southern and western boundaries and part of the eastern boundary.  These trees are either on adjacent properties or along Sun Lakes Boulevard. Two sets of active railroad tracks run east-west just north of the site, with the I-10 freeway beyond.   A large advertising sign is present along the north-central boundary of the site.

Topographically, the site is generally flat with elevation increasing gradually from southeast to northwest.  Elevation onsite ranges from 2,546 to 2,565 feet above mean sea level.  Soils onsite are mapped as Greenfield sandy loam (2-8% slopes, eroded), Hanford coarse sandy loam (28% slopes), and Ramona sandy loam (2-5% slopes, eroded) (NRCS 2020) (Figure 4).  A gravel surface layer (from past disturbance) is present in some areas, particularly in the northeastern portion of the site.

There are no USGS mapped blue-line streams onsite.  A shallow trench is present along the site's southern boundary along Sun Lakes Boulevard and trends from west to east.  A double culvert is present at the southeast corner of the site.  Another shallow trench is present within the central portion of the site and trends from west to east.  The trenches appear to be remnants of past disturbance and do not have connectivity with any natural waterway. A dirt access road is present near the northern site boundary.  Other past disturbance onsite includes a grid of dirt roads or graded areas, remnants of which are still visible.

### 3.4.2    Surrounding Land Uses

Existing and surrounding land uses are shown in Table 3-1.

AR004457

**Table 3.1 - Existing and Surrounding Land Uses**

| Location | Existing Use |
|---|---|
| Site | Vacant land |
| North | Railroad tracks<br>Interstate 10 |
| South | Sun Lakes Boulevard followed by single-family residential homes |
| East | Senior apartments<br>Assisted living/memory care residential facility<br>single-family residential homes |
| West | Shopping center |

*Source: Field Inspection, December 2019.*

### 3.4.3 Existing General Plan Land Use Designations and Zoning Classifications

A summary of the existing General Plan land use designations and zoning classifications for the Project site and surrounding properties are shown on Table 3-2.

**Table 3. 2 - Existing General Plan Designations and Zoning Classifications**

| Location | General Plan Designation | Specific Plan Designation |
|---|---|---|
| Site | Business Park (with Specific Plan Overlay)<br>General Commercial (with Specific Plan Overlay) | Retail Commercial (Auto Dealer) |
| North | Public Facilities - Railroad/Interstate | N/A |
| South | Medium Density Residential (0-10 du/ac)<br>(with Specific Plan Overlay) | Sun Lakes Specific Plan |
| East | Medium Density Residential (0-10 du/ac)<br>High Density Residential (11-18 du/ac)<br>High Density Residential-20/Affordable Housing Opportunity (20-24 du/ac)<br>(all with Specific Plan Overlay) | N/A |
| West | General Commercial (with Specific Plan Overlay) | Retail Commercial |

*Source: Banning General Plan/Zoning Map.*

AR 007318

AR004458

### 3.5    Project Objectives

Per Section 15124 (b) of the CEQA Guidelines, an EIR needs to include a statement of the objectives of a project which help the City develop a reasonable range of alternatives. The Objectives need to outline the general purpose of the Project.  The purpose of the proposed Project is the adoption of Specific Plan Amendment No. 6 to the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). (See Figure 3-2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

The Project Objectives are as follows:

1) To efficiently develop an underutilized property with a complementary mix of land uses, including business park, light industrial, commercial, office and professional, and optional residential land uses.

2) Positively contribute to the economy of the City through new capital investment, creation of new employment opportunities and expansion of the tax base.

3) Provide local employment for residents of the City to improve the jobs-housing balance within the City.

4) To provide Development Standards and Design Guidelines that establish general provisions for site design, circulation, architecture, landscape, walls, fences, screening, and buffers that would ensure that the Project is developed in a manner that is aesthetically pleasing.

# 4. ENVIRONMENTAL ANALYSIS

The Project proposes a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business & Warehouse, Office and Professional, and Retail & Service. (See Figure 3-2 – Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

At this time there are no land use development entitlements being sought (i.e. site plan, parcel map, etc.). In order to provide a more robust analysis of those environmental topics that more level of detail than is shown on a land use plan level, the impacts for Air Quality, Greenhouse Gas Emissions, Noise, Transportation, and some Utility and Service Systems components, the following building square footage assumptions are made. These assumptions are provided for analytical purposes only and do not imply that the Project must be developed to these precise square footages.

- 877,298 square feet (sf) of Industrial Park;
- 52,065 sf of Medical Office, and
- 37,189 sf of Retail Use.

Serving as the CEQA Lead Agency for this Draft EIR, the City of Banning is responsible for determining whether an adverse environmental effect identified in this EIR should be classified as significant or less than significant.  The standards of significance used in this EIR are based on the independent judgment of the City of Banning, taking into consideration CEQA Guidelines Appendix G, the City of Banning's General Plan and Municipal Code, the judgment of the technical experts that prepared this Draft EIR's Technical Appendices, performance standards adopted, implemented, and monitored by regulatory agencies, significance standards recommended by regulatory agencies, and the standards in CEQA that trigger the preparation of an EIR.

As required by CEQA Guidelines § 15126.2(a), this Draft EIR identifies direct, indirect, cumulative, short-term, long-term, on-site, and/or off-site impacts of the Project.  A summarized "impact statement" is provided in each subsection following the analysis.  The following terms are used in this Draft EIR to describe the level of significance related to the physical conditions within the area affected by the proposed Project:

- **No Impact:** An adverse change in the physical environment would not occur.

- **Less than Significant Impact:** An adverse change in the physical environment would occur but the change would not be substantial or potentially substantial and would not exceed the threshold(s) of significance presented in this Draft EIR.

- **Less than Significant Impact with Mitigation:** A substantial or potentially substantial adverse change in the physical environment would occur that would exceed the threshold(s) of significance presented in this Draft EIR; however, the impact can be avoided or reduced to a less than significant level through the application of feasible mitigation measures.

- **Significant and Unavoidable Impact:** A substantial or potentially substantial adverse change in the physical environment would occur that would exceed the threshold(s) of significance presented in this Draft EIR. Feasible and enforceable mitigation measures that have a proportional nexus to the Project's impact are either not available or would not be fully effective in avoiding or reducing the impact to below a level of significance. For any impact identified as significant and unavoidable, the City of Banning would be required to adopt a statement of overriding considerations pursuant to CEQA Guidelines § 15093 to approve the Project despite its significant impact(s) to the environment. The statement of overriding considerations would list the specific economic, legal, social, technological, or other benefits, including region-wide or statewide environmental benefits, of a proposal project outweigh the unavoidable adverse environmental effects, the adverse environmental effects may be considered "acceptable."

### Baseline and Environmental Setting

CEQA Guidelines §15125 establishes requirements for defining the environmental setting to which the environmental effects of a proposed project must be compared. The environmental setting is defined as "...*the physical environmental conditions in the vicinity of the project, as they exist at the time the Notice of Preparation is published, or if no Notice of Preparation is published, at the time the environmental analysis is commenced*..." (CEQA Guidelines §15125[a][1]). The environmental analysis provided in Subsections 4.1 through 4.13 focuses on changes in the existing physical environment at the approximate time the Notice of Preparation was issued on February 21, 2020.

### Basis for the Cumulative Impacts Analysis

CEQA requires that an EIR contain an assessment of the cumulative impacts that may be associated with a proposed project. As noted in CEQA Guidelines § 15130(a), "a Draft EIR shall discuss cumulative impacts of a project when the project's incremental effect is cumulatively considerable." A cumulative impact consists of an impact which is created because of the combination of the project evaluated in the Draft EIR together with other projects creating related impacts" (CEQA Guidelines § 15130(a)(1)).

CEQA Guidelines § 15130(b) describes two acceptable methods for identifying a study area for purposes of conducting a cumulative impact analysis. These two approaches include:

1) a list of past, present, and probable future projects producing related or cumulative impacts, including if necessary, those projects outside the control of the agency (commonly referred to as the 'the list of projects approach'), or

2) a summary of projections contained in an adopted general plan or related planning document, or in a prior environmental document which has been adopted or certified, which described or evaluated regional or area wide conditions contributing to the cumulative impact (commonly referred to as the 'summary of projections approach').

The summary of projections approach is used in this EIR, except for the evaluation of near-term traffic and vehicular-related air quality, greenhouse gas, and noise impacts. The prior environmental documents which has been adopted or certified, which described or evaluated regional or area wide conditions contributing to the cumulative impact and are used in the cumulative impact analysis for this EIR are described below. All of the CEQA compliance documents listed below are herein incorporated by reference pursuant to CEQA Guidelines § 15150 are available at the City of Banning Community Development Department, 99 E. Ramsey Street, Banning, CA 92110 or on the internet at the links below.

- Butterfield Ranch Specific Plan, Final Environmental Impact Report, December 2011. (Available at: https://banningca.gov/399/Butterfield-Specific-Plan-Documentation).

- Rancho San Gorgonio Specific Plan, Environmental Impact Report. June 2016. (Available at: file:///C:/Users/ernes/Desktop/Banning%20Sun%20Lakes/Banning%20Distribution%20Center%20DEIR%201.pdf

- Banning Distribution Center, Environmental Impact Report, June 2018. (Available at: http://banning.ca.us/archive.aspx

## 4.1    AESTHETICS

This section describes the aesthetic qualities and visual resources present on the Project site and in the site's vicinity and evaluates the potential effects that the Project may have on these resources.  Descriptions of existing visual characteristics, both on-site and in the vicinity of the Project site, and the analysis of potential impacts to aesthetic resources are based, in part, on field observations and analysis of aerial photography (Google Earth Pro, 2020).

The following questions in the Initial Study related to Aesthetics were screened out or removed from more detailed analysis in this EIR (i.e., they were determined to have "no impact", a "less than significant impact", or be "less than significant with mitigation incorporated" in the Initial Study and are not addressed further in the EIR). These questions are described below:

Would the Project:

- *Have a substantial adverse effect on a scenic vista?*

- *Substantially damage scenic resources, including, but not limited to, trees, rock outcroppings, and historic buildings within a state scenic highway?*

This section examines the potential environmental impacts of the proposed Project relative to Aesthetics for the following questions:

*Would the Project:*

- *In non-urbanized areas, substantially degrade the existing visual character or quality of public views of the site and its surroundings? (Public views are those that are experienced from publicly accessible vantage point). If the project is in an urbanized area, would the project conflict with applicable zoning and other regulations governing scenic quality?*

- *Create a new source of substantial light or glare, which would adversely affect day or nighttime views in the area?*

### 4.1.1    Environmental Setting

The site is a disturbed vacant lot and appears to be regularly disked or mown.  Most of the site is non-native grassland.  A small area of riparian vegetation is present in the southwest corner of the site.  Ornamental trees are present along the southern and western boundaries and part of the eastern boundary.  These trees are either on adjacent properties or along Sun Lakes Boulevard.  Two sets of active railroad tracks run east-west just north of the site, with the I-10 freeway beyond.  A large advertising sign is present along the north-central boundary of the site.

Topographically, the site is generally flat with elevation increasing gradually from southeast to northwest.  Elevation onsite ranges from 2,546 to 2,565 feet above mean sea level.  Soils onsite are mapped as Greenfield sandy loam (2-8% slopes, eroded), Hanford coarse sandy loam (28% slopes), and Ramona sandy loam (2-5% slopes, eroded) (NRCS 2020) (Figure 4).  A gravel surface layer (from past disturbance) is present in some areas, particularly in the northeastern portion of the site.

There are no USGS mapped blue-line streams onsite.  A shallow trench is present along the site's southern boundary along Sun Lakes Boulevard and trends from west to east.  A double culvert is present at the southeast corner of the site.  Another shallow trench is present within the central portion of the site and trends from west to east.  The trenches appear to be remnants of past disturbance and do not have connectivity with any natural waterway. A dirt access road is present near the northern site boundary.  Other past disturbance onsite includes a grid of dirt roads or graded areas, remnants of which are still visible.

**Figure 4.1.1 - Looking North from Sun Lakes Boulevard**



AR004464

**Figure 4.1.2- Looking South from I-10**



**Figure 4.1.3- Looking East from Shopping Center**



AR 007325

AR004465

**Figure 4.1.4 - Looking West from Assisted Living Facility**



### 4.1.2   NOP/ Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21.2020.  No comments were received during the NOP comment period that pertain to the topic of Aesthetics.

### 4.1.3   Regulatory Framework

The applicable regulatory requirements addressing this issue are summarized below:

**Local Regulations**

City of Banning General Plan:

- Policy 3 Development in all land use categories shall be of the highest quality.

- Program 3.A The Zoning Ordinance shall include design standards and guidelines which assist the development community in developing high quality projects.

City of Banning Municipal Code

*17.04.030(B) - Authority and General Plan Consistency.*

*No land shall be subdivided and/or developed for any purpose which is not in conformity with the General Plan, and any applicable Specific Plan, Development Agreement, and permitted by this Zoning Ordinance, or other applicable provisions of the Banning Municipal Code.*

*17.24.100 - Lighting*

*Lighting shall not be permitted which blinks, flashes, or is of unusually high intensity or brightness. Exterior lighting shall be shielded or recessed so that light is contained within the boundaries of the parcel on which the lighting is located. All lighting shall be directed downward and away from adjoining properties and public rights-of-way.*

### 4.1.4    Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on visual character if it would:

*"In non-urbanized areas, substantially degrade the existing visual character or quality of public views of the site and its surroundings? (Public views are those that are experienced from publicly accessible vantage point). If the project is in an urbanized area, would the project conflict with applicable zoning and other regulations governing scenic quality."*

### 4.1.5    Impact Analysis

#### 4.1.5 (a) - If the project is in an urbanized area, would the project conflict with applicable zoning and other regulations governing scenic quality?

According to the Census 2010 Urbanized Area Outline Maps, the Project site is in the Riverside-San Bernardino, CA Urbanized Area. As such, the threshold applicable to the Project is to determine if the Project is in conflict with the General Plan and zoning regulations governing scenic quality.

The Project site is located within the boundaries of the Sun Lakes Village North Specific Plan ("Specific Plan."). The Specific Plan was adopted pursuant to California Government Code Article 8, Sections 65450-65457, Specific Plans and serves as the zoning requirements applicable to the Project site and serves to implement the goals and policies of the General Plan. The Specific Plan contains detailed development standards, distribution of land uses, infrastructure requirements, and implementation measures for the development of a specific geographic area.

The Project proposes an amendment to the Sun Lakes Village North Specific Plan that will allow development of business park, industrial, office, commercial, and residential uses on a vacant site. As such, the construction and operation of future development allowed by the Specific Plan has the potential to result in impacts to the existing visual character or quality of public views of the site and its surroundings.  The Specific Plan Development Standards and Design Guidelines chapter specifies the Development Standards and Design Guidelines for the Specific Plan area consistent with the intent for the Specific Plan area consistent with the intent and purpose discussed.

The proposed amendments to the Development Standards and Design Guidelines section of the Specific Plan establish general provisions for site design, circulation, architecture, landscape, walls, fences, screening, and buffers. They also contain detailed provisions for design within the three Specific Plan Land Use Districts: Business & Warehouse, Office & Professional, and Retail & Service, which reflect the distinct characteristics of the development concepts and allowable uses for these districts. Future development allowed by the Specific Plan will be reviewed to ensure consistency with the Development Standards and Design Guidelines section of the Specific Plan.

**Level of Significance:** Less Than Significant Impact.

### 4.1.5 (b) - Create a new source of substantial light or glare, which would adversely affect day or nighttime views in the area?

Under existing conditions, the Project site consists of undeveloped land and does not contain any sources of artificial lighting, although streetlights do occur along Sun Lakes Boulevard adjacent to the southern boundary of the site.  With implementation of the Project, the site would be developed with land uses that would generate sources of artificial light.  Implementation of the Project would result in new sources of light in the Project area as compared to existing conditions.

**Lighting**

All outdoor lighting is required to be designed and installed to comply with California Green Building Standards Code Section 5.106 or with a local ordinance lawfully enacted pursuant to California Green Building Standards Code Section 101.7, whichever is more stringent.

Mandatory compliance with the California Green Building Code will ensure that impacts relating to lighting will be less than significant.

**Glare**

The type of development proposed on the Project site includes business park, commercial, and residential (optional use). The Specific Plan includes the following architectural design guidelines which will minimize reflective surfaces that create glare:

- Avoid blank walls, especially on tilt-up buildings, by providing articulation on all building elevations through elements such as cornices, parapets, expression lines, openings, and/or changes in materials/colors.

- Employ a minimum of four different colors, materials, and/or textures on each building.

- Locate and design windows to complement the building architecture, mass, and proportions.

**Level of Significance:** With implementation of the Development Standards and Design Guidelines chapter of the Specific Plan, Design Guidelines chapter, impacts associated with glare would be less than significant.

### 4.1.6   Cumulative Impacts

The incremental amount of light and glare generated from the Project site would make a minimal contribution to the cumulative light and glare impacts of other development projects in the area. All new development projects in the City are required to be designed and installed to comply with California Green Building Standards Code Section 5.106 or with a local ordinance lawfully enacted pursuant to California Green Building Standards Code Section 101.7, whichever is more stringent.

In addition, as required by Municipal Code, Title 17 (Zoning), all development in the City (not within a specific plan that has its own regulations regulating glare) buildings should not include reflective surfaces.

**Level of Significance:** Less than significant.

### 4.1.7   References

United States Census Bureau, *2010 Census Urban Area Reference Maps*. Available at: **https://www.census.gov/geographies/reference-maps/2010/geo/2010-census-urban-areas.html**, accessed August 12, 2020.

Building Standards Commission, *2019 California Green Building Standards Code, Effective January 1, 2020. Available at:* https://www.dgs.ca.gov/BSC/Resources/Page-Content/Building-Standards-Commission-Resources-List-Folder/CALGreen, accessed August 12, 2020.

City of Banning,  *Municipal Code, Title 17 , Zoning. Available at:* **https://library.municode.com/ca/banning/codes/code_of_ordinances?nodeId=TIT17ZO,** accessed August 12, 2020.

AR004469

## 4.2    AIR QUALITY

This section evaluates the potential for the Project to impact air quality in a local and regional context. The analysis in this section is based in part on the following technical information:

- *Sun Lakes North Specific Plan Amendment No. 5 Air Quality and Greenhouse Gas Evaluation,* Urban Crossroads Inc., June 3, 2020. (Appendix B).

- *Sun Lakes North Specific Plan Amendment No. 5 Emissions from Alternatives, Air Quality and Greenhouse Gas Evaluation,* Urban Crossroads Inc., July 90, 2020. (Appendix C).

### 4.2.1    Environmental Setting

The City of Banning is located within the South Coast Air Basin (Basin), a geographic area regulated by the South Coast Air Quality Management District (SCAQMD). The South Coast Air Basin includes Orange County, and portions of Los Angeles, San Bernardino, and Riverside Counties. The Basin is bordered on the west by the Pacific Ocean, and on the north and east by the San Gabriel, San Bernardino, and San Jacinto Mountains.

*Air Pollutants*

Air Pollutants are the amounts of foreign and/or natural substances occurring in the atmosphere that may result in adverse effects to humans, animals, vegetation and/or materials. The Air Pollutants regulated by the SCAQMD are described below.

- **Carbon Monoxide (CO).** A colorless, odorless gas resulting from the incomplete combustion of hydrocarbon fuels. Over 80 percent of the CO emitted in urban areas is contributed by motor vehicles.

- **Nitrogen Dioxide.** Nitrogen dioxide (NO2) is a byproduct of fuel combustion. The principal form of nitrogen oxide produced by combustion is nitric oxide (NO), but NO reacts quickly to form NO2, creating the mixture of NO and NO2 commonly called NOx.

- **Particulate Matter (PM 2.5 and PM10):** One type of particulate matter is the soot seen in vehicle exhaust. Fine particles — less than one-tenth the diameter of a human hair — pose a serious threat to human health, as they can penetrate deep into the lungs. PM can be a primary pollutant or a secondary pollutant from hydrocarbons, nitrogen oxides, and sulfur dioxides. Diesel exhaust is a major contributor to PM pollution.

AR004470

- **Sulfur Dioxide (SO2).** A strong smelling, colorless gas that is formed by the combustion of fossil fuels. Power plants, which may use coal or oil high in sulfur content, can be major sources of SO2.

- **Ozone:** Ozone is formed when several gaseous pollutants react in the presence of sunlight. Most of these gases are emitted from vehicle tailpipe emissions.

- **Volatile Organic Compounds (VOCs):** VOCs contribute to the formation of smog and/or may themselves be toxic. VOCs often have an odor and some examples include gasoline, alcohol and the solvents used in paints.

- **Toxic Air Contaminants (TACs):** Diesel engines emit a complex mixture of air pollutants, including both gaseous and solid material. The solid material in diesel exhaust is known as diesel particulate matter (DPM). More than 90% of DPM is less than 1 μm in diameter (about 1/70th the diameter of a human hair) and thus is a subset of particulate matter less than 2.5 microns in diameter (PM2.5). Most PM2.5 derives from combustion, such as use of gasoline and diesel fuels by motor vehicles.

**Attainment Status**

The EPA has established national ambient air quality standards NAAQS for the six criteria pollutants described above to protect human health, with an adequate margin of safety. Likewise, the California EPA (CalEPA) has developed statewide standards for each of the criteria pollutants. If the concentration of one or more criteria pollutants within a geographic area is found to exceed the established statewide or NAAQS threshold level for one of the criteria pollutants, the area is in nonattainment for that pollutant. Table 4.2-1 summarizes the attainment status of these criteria Pollutants in the Basin.

**Table 4.2.1- Attainment Status of Criteria Pollutants in the South Coast Air Basin**

| Criteria Pollutant | State Designation | Federal Designation |
|---|---|---|
| Ozone – 1-hour standard | Nonattainment | No Standard |
| Ozone – 8-hour standard | Nonattainment | Nonattainment |
| Suspended Particulate Matter (PM10) | Nonattainment | Attainment |
| Fine Particulate Matter (PM2.5) | Nonattainment | Nonattainment |
| Carbon Monoxide (CO) | Attainment | Attainment |
| Nitrogen Dioxide (N0x) | Attainment | Attainment |
| Sulfur Dioxide (SO2) | Attainment | Attainment |

*Source: California Air Resources Board*

*Project Site Conditions*

The air quality on site is primarily affected by adjacent sources of pollution which include, exhaust from I-10 freeway traffic and diesel from train engines traveling on the railroad tracks to the north of the site.

*Sensitive Receptors*

Some land uses are considered more sensitive to changes in air quality than others, depending on the population groups and the activities involved. People most likely to be affected by air pollution, as identified by the SCAQMD, may include children, the elderly, and people with cardiovascular and chronic respiratory diseases. Sensitive receptors may include residences, schools, playgrounds, athletic facilities, childcare centers, long-term healthcare facilities, rehabilitation centers, convalescent centers, and retirement homes. Sensitive receptors in the Project vicinity primarily include existing residences to the east and south of the Project site and the senior apartments/assisted living/memory care residential facility located to the east of the Project site.

*Monitored Air Quality*

The Project site is located within SCAQMD Source Receptor Area (SRA) 29. The most recent published data for SRA 29 is summarized in Table 4.2-2, 2019 Air Quality. This data indicates that the baseline air quality conditions in the Project area include occasional events of very unhealthful air. However, the frequency of smog alerts has dropped significantly in the last decade. Atmospheric concentrations of ozone and particulate matter are the two most significant air quality concerns in the Project area.

**Table 4.2.2- 2019 Air Quality**

| Pollutant | Highest Number of Days Exceeded |
|---|---|
| Carbon Monoxide | 0 |
| Ozone | 59 |
| Nitrogen Dioxide | 56 |
| Sulphur Dioxide | 0 |
| Suspended Particulate Matter (PM10) | 63 |
| Fine Particulate Matter (PM2.5) | 0 |

*Source: http://www.aqmd.gov/docs/default-source/air-quality/historical-data-by-year/2019-air-quality-data-tables.pdf?sfvrsn=8*

4.2.2   **NOP/ Scoping Comments**

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21, 2020.  The South Coast Air Quality Management District submitted a letter dated March 17, 2020 requesting that the EIR address health risks from diesel trucks if development is reasonably foreseeable; require mitigation

AR004472

measures if necessary; and consider alternatives if impacts are significant. This issue is addressed in Section 4.2.7 below.

### 4.2.3    Regulatory Framework

The primary regulations applicable to the Project are described as follows:

**Federal Regulations**

*Federal Clean Air Act*

The U.S. EPA enforces the federal Clean Air Act (CAA), which was last amended in 1990, and is intended to ensure that all Americans have the same basic health and environmental protections regarding air quality.  The CAA establishes minimum air pollution standards that must be met; however, it allows states to enact and enforce more stringent standards, and delegates much of the responsibility for carrying out the CAA to state air pollution control agencies.  For areas in non-compliance with federal standards, State Implementation Plans (SIPs) are developed that are designed to meet ambient air quality standards and deadlines specified in the Clean Air Act, as well as emission reduction targets set forth in the California Clean Air Act (CCAA), both further discussed below. The severity of the region's air pollution determines required emission reductions and attainment deadlines.

**State Regulations**

*California Clean Air Act*

 The State Legislature enacted Assembly Bill 2595, which became known as the California Clean Air Act, in 1988, and amended it in 1992.  The CCAA was intended to protect the future health and welfare of the citizens of California; it was also aimed at protecting the State's environment and economy, independent of federal government actions or policy directions. Ambient air quality standards established in the CCAA, as well as deadlines for achieving those standards, are generally more stringent than those established by the federal CAA.  The California Air Resources Board (CARB) has been assigned oversight of the CCAA.  The CARB advises and evaluates regional air pollution control agencies' and districts' efforts regarding compliance with the CCAA requirements.

**Regional Regulations**

*South Coast Air Quality Management District*

The South Coast Air Quality Management District (SCAQMD) is responsible for development of the regional Air Quality Management Plan (AQMP), which is a multi-tier effort to regulate pollutant emissions from a variety of sources.  SCAQMD prepared the 2016 Revision to the AQMP for the

South Coast Air Basin to provide a comprehensive program for compliance with all federal and state air quality planning requirements. Once approved by the SCAQMD Board and CARB, the 2003 AQMD will be submitted to U.S. EPA as a revision to the SIP. Banning is also involved in regional management of air quality through various actions taken by the Southern California Association of Governments.

**Local Regulations**

*City of Banning General Plan*

The Air Quality Element of the General Plan is intended to identify goals, policies, and programs meant to balance the City's actions regarding land use, circulation and other regulatory actions and their associated potential effects on local and regional air quality. The Element, along with local and regional air quality planning efforts, is intended to address ambient air quality standards set forth by the Federal Environmental Protection Agency (EPA) and the California Air Resources Board (CARB).

The relevant policies and programs applicable to the Project are:

- Policy 4- Development proposals brought before the City shall be reviewed for their potential to adversely impact local and regional air quality and shall be required to mitigate any significant impacts.

  o *Program- 4.A Projects that may generate significant levels of air pollution shall be required to conduct detailed impact analyses and incorporate mitigation measures into their designs using the most advanced technological methods feasible. All proposed mitigation measures shall be reviewed and approved by the City prior to the issuance of grading or demolition permits.*

- Policy 6 The City shall support the development of facilities and projects that facilitate and enhance the use of alternative modes of transportation, including pedestrian-oriented retail and activity centers, dedicated bicycle paths and lanes, and community-wide multi-use trails.

  o *Program 6.A The City shall pursue a balance of employment and housing opportunities that encourage pedestrian and other non-motorized transportation and minimize vehicle miles traveled.*

### 4.2.4   Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on air quality if it would:

*(a) Conflict with or obstruct implementation of the applicable air quality plan.*

*(b) Result in a cumulatively considerable net increase of any criteria pollutant for which the project region is non-attainment under an applicable federal or state ambient air quality standard.*

*(c) Expose sensitive receptors to substantial pollutant concentrations.*

*(d) Result in other emissions (such as those leading to odors) adversely affecting a substantial number of people.*

### 4.2.5   Impact Analysis

***Threshold 4.2.5 (a)- Conflict with or obstruct implementation of the applicable air quality plan (South Coast Air Quality Management District)?***

**Federal Air Quality Standards**

Under the Federal Clean Air Act, the Federal Environmental Protection Agency establishes health-based air quality standards that California must achieve. These are called "national (or federal) ambient air quality standards" and they apply to what are called "criteria pollutants." Ambient (i.e. surrounding) air quality standard establish a concentration above which a criteria pollutant is known to cause adverse health effects to people. The national ambient air quality standards apply to the following criteria pollutants:

- Ozone (8-hour standard)
- Respirable Particulate Matter (PM10)
- Fine Particulate Matter (PM2.5)
- Carbon Monoxide (CO)
- Nitrogen Dioxide (NOx)
- Sulphur Dioxide (SO2), and
- Lead.

AR004475

*State Air Quality Standards*

Under the California Clean Air Act, the California Air Resources Board also establishes health-based air quality standards that cities and counties must meet. These are called "state ambient air quality standards" and they apply to the following criteria pollutants:

- Ozone (1-hour standard)
- Ozone (8-hour standard)
- Respirable Particulate Matter (PM10)
- Fine Particulate Matter (PM2.5)
- Carbon Monoxide (CO)
- Nitrogen Dioxide (NOx)
- Sulphur Dioxide (SO2), and
- Lead

*Regional Air Quality Standards*

The City of Banning is located within the South Coast Air Basin which is under the jurisdiction of the South Coast Air Quality Management District. The District develops plans and regulations designed to achieve these both the national and state ambient air quality standards described above.

*Attainment Designation*

An "attainment" designation for an area signifies that criteria pollutant concentrations did not exceed the established standard. In contrast to attainment, a "nonattainment" designation indicates that a criteria pollutant concentration has exceeded the established standard.

Table 4.2-3 shows the attainment status of criteria pollutants in the South Coast Air Basin.

**Table 4.2.3- Attainment Status of Criteria Pollutants in the South Coast Air Basin**

| Criteria Pollutant | State Designation | Federal Designation |
|---|---|---|
| Ozone – 1-hour standard | Nonattainment | No Standard |
| Ozone – 8-hour standard | Nonattainment | Nonattainment |
| Respirable Particulate Matter (PM10) | Nonattainment | Attainment |
| Fine Particulate Matter (PM2.5) | Nonattainment | Nonattainment |
| Carbon Monoxide (CO) | Attainment | Attainment |
| Nitrogen Dioxide (N0x) | Attainment | Attainment |

| Criteria Pollutant | State Designation | Federal Designation |
|---|---|---|
| | | |
| Sulfur Dioxide (SO$_2$) | Attainment | Attainment |
| Lead | Attainment | Attainment |

*Source: California Air Resources Board, 2015*

**Air Quality Management Plan**

The South Coast Air Quality Management District is required to produce air quality management plans directing how the South Coast Air Basin's air quality will be brought into attainment with the national and state ambient air quality standards. The most recent air quality management plan is the 2016 Air Quality Management Plan (AQMP) and it is applicable to City of Banning. The purpose of the AQMP is to achieve and maintain both the national and state ambient air quality standards described above.

In order to determine if a project is consistent with the AQMP, the South Coast Air Quality Management District has established consistency criterion which are defined in Chapter 12, Sections 12.2 and 12.3 of the South Coast Air Quality Management District's *CEQA Air Quality Handbook* and are discussed below.

*Consistency Criterion No. 1: The proposed project will not result in an increase in the frequency or severity of existing air quality violations or cause or contribute to new violations, or delay the timely attainment of air quality standards or the interim emissions reductions specified in the 2016 Air Quality Management Plan.*

Consistency Criterion No. 1 refers to violations of the California Ambient Air Quality Standards and National Ambient Air Quality Standards. As evaluated under Issues 4.2.6 (b), (c), and (d) below, the air emissions from construction or operation would not exceed regional or localized significance thresholds for any criteria pollutant. Accordingly, the Project's regional and localized emissions would not contribute substantially to an existing or potential future air quality violation or delay the attainment of air quality standards.

*Consistency Criterion No. 2: The proposed project will not exceed the assumptions in the 2016 Air Quality Management Plan.*

Growth projections from local general plans adopted by cities in the district are provided to the Southern California Association of Governments (SCAG), which develops regional growth forecasts, which are then used to develop future air quality forecasts for the AQMP.

The future emission forecasts contained in the AQMP are primarily based on demographic and economic growth projections provided by the Southern California Association of Governments.

The General Plan Land Use Designations currently assigned to the Project site are Business Park (Specific Plan Overlay) and General Commercial (Specific Plan Overlay) and was planned for business park and commercial development at the time the AQMP was adopted.

The Project is not proposing to amend the existing General Plan Land Use Designations. However, the Project is proposing Specific Plan Amendment No. 6 to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan designations from Retail Commercial to Business & Warehouse, Office and Professional, and Retail & Service. The amendment to the Specific Plan Land Use designations are in effect an amendment to the zoning classifications as they do not change the underlying General Plan Land Use designations used to prepare the 2016 AQMP.

The General Plan EIR concluded that impacts to air quality were significant and unavoidable. The Project will result in exceedances of VOC during construction and NOx emissions during construction and operation. There is no feasible mitigation to reduce these significant impacts. Since the Project does not change the underlying General Plan Land Use designations, impacts remain significant and unavoidable as determined in the General Plan EIR.

**Level of Significance:** Significant and Unavoidable.

***Threshold 4.2.5 (b)*** *Result in a cumulatively considerable net increase of any criteria pollutant for which the project region is non-attainment under an applicable federal or state ambient air quality standard?*

As shown in Table 4.2-1 above, the South Coast Air Basin, in which the Project site is located, is in "non-attainment" status for several criteria pollutants.   The South Coast Air Quality Management District has developed regional and localized significance thresholds for regulated pollutants. Any project in the South Coast Air Basin with daily emissions that exceed any of the indicated regional or localized significance thresholds would be considered to contribute to a projected air quality violation.   The Project's regional and localized air quality impacts are discussed below.

***Regional Impact Analysis***

The Project has the potential to generate pollutant concentrations during both construction activities and long-term operation. The following provides an analysis based on the applicable regional significance thresholds established by the South Coast Air Quality Management District (SCAQMD) to meet national and state air quality standards which are shown in Table 5.2 below.

**Table 4.2.4- SCAQMD Air Quality Regional Significance Thresholds**

| Pollutant | Emissions (Construction) (pounds/day) | Emissions (Operational) (pounds/day) |
|---|---|---|
| NOx | 100 | 55 |
| VOC | 75 | 55 |
| $PM_{10}$ | 150 | 150 |
| $PM_{2.5}$ | 55 | 55 |
| SOx | 150 | 150 |
| CO | 550 | 550 |

*Source: South Coast Air Quality Management District CEQA Air Quality Significance Thresholds (April 2019).*

Both construction and operational emissions for the Project were estimated by using the California Emissions Estimator Model (CalEEMod) which is a statewide land use emissions computer model designed to provide a uniform platform for government agencies to quantify potential criteria pollutant emissions associated with both construction and operations from a variety of land use projects. The model can be used for a variety of situations where an air quality analysis is necessary or desirable such as California Environmental Quality Act (CEQA) documents and is authorized for use by the South Coast Air Quality Management District.

*Construction-Related Impacts*

Short-term criteria pollutant emissions will occur during site grading, building construction, paving, and architectural coating activities. Emissions will occur from use of equipment, worker, vendor, and hauling trips, and disturbance of onsite soils (fugitive dust). At this time, there is no site plan proposed that identifies the duration of construction, potential for overlap between various construction phases and operational activities or the construction equipment used.

The following assumptions relevant to construction were used to model short-term construction emissions:

1) Construction is anticipated to occur over a 15-month period once construction commences (anticipated June 2021).

2) The equipment to be used for each activity is shown below based on CalEEMod defaults. Each piece of equipment is assumed to operate 8 hours per day.

It is a mandatory requirement for all construction activities to comply with several South Coast Air Quality Management District Rules, including Rule 403 for controlling fugitive dust, $PM_{10}$, and

$PM_{2.5}$ emissions from construction activities. Rule 403 requirements include, but are not limited to, applying water in sufficient quantities to prevent the generation of visible dust plumes, applying soil binders to uncovered areas, reestablishing ground cover as quickly as possible, utilizing a wheel washing system to remove bulk material from tires and vehicle undercarriages before vehicles exit the Project site, covering all trucks hauling soil with a fabric cover and maintaining a freeboard height of 12 inches, and maintaining effective cover over exposed areas.

Implementation of South Coast Air Quality Management District Rule 1113 governing the content in architectural coating, paint, thinners, and solvents, was accounted for in the construction emissions modeling. Implementation of South Coast Air Quality Management District Rule 1186 to reduce the amount of particulate matter entrained in the ambient air because of vehicular travel on paved and unpaved public roads was also accounted for in the construction emissions modeling.

Table 4.2.5 identifies the typical construction equipment that is expected to be used by the Project

**Table 4.2.5- Construction Equipment**

| Construction Activity | Off-Road Equipment | Unit Amount |
|---|---|---|
| Grading | Excavators | 2 |
| | Graders | 1 |
| | Rubber Tired Dozers | 1 |
| | Scrapers | 2 |
| | Tractors/Loaders/Backhoes | 2 |
| Building Construction | Cranes | 1 |
| | Forklifts | 3 |
| | Generator Sets | 1 |
| | Tractors/Loaders/Backhoes | 3 |
| | Welders | 1 |
| Paving | Pavers | 2 |
| | Paving Equipment | 2 |
| | Rollers | 2 |
| Architectural Coatings | Air Compressors | 2 |

*Source: Banning Distribution Center Draft EIR, June 2018.*

The estimated maximum daily construction emissions are summarized in Table 4.2.6 below.

**Table 4.2.6 - Proposed Project Construction Emissions**

| Construction Activities | Emissions (lbs/day) | | | | | |
|---|---|---|---|---|---|---|
| | VOC | NOx | CO | SOx | PM10 | PM2.5 |
| **Summer** | | | | | | |
| 2020 | 4.55 | 50.26 | 32.76 | 0.06 | 9.45 | 5.9 |
| 2021 | 4.29 | 46.45 | 33.86 | 0.11 | 6.46 | 3.2 |
| 2022 | 3.81 | 30.38 | 32.33 | 0.11 | 6.31 | 2.2 |
| 2023 | 3.49 | 25.63 | 30.88 | 0.11 | 6.18 | 2.1 |
| 2024 | 163.40 | 24.55 | 29.95 | 0.10 | 6.10 | 2.0 |
| **Total Maximum Daily Emissions** | **163.40** | **50.26** | **33.86** | **0.11** | **9.45** | **5.9** |
| **Exceeds Regional Threshold?** | **YES** | **NO** | **NO** | **NO** | **NO** | **NO** |
| **Winter** | | | | | | |
| 2020 | 4.55 | 50.26 | 32.61 | 0.06 | 9.45 | 5.9 |
| 2021 | 4.28 | 46.46 | 31.51 | 0.10 | 6.46 | 3.2 |
| 2022 | 3.80 | 30.27 | 30.16 | 0.10 | 6.31 | 2.2 |
| 2023 | 3.48 | 25.52 | 28.77 | 0.10 | 6.18 | 2.1 |
| 2024 | 163.40 | 24.44 | 27.96 | 0.10 | 6.10 | 2.0 |
| Total Maximum Daily Emissions | 163.40 | 50.26 | 32.61 | 0.10 | 9.45 | 5.9 |
| Regional Threshold | 75 | 100 | 550 | 150 | 150 | 55 |
| **Exceeds Regional Threshold?** | **YES** | **NO** | **NO** | **NO** | **NO** | **NO** |

*Source: Sun Lakes Village North Specific Plan Amendment No. 6, Air Quality and Greenhouse Gas Evaluation (Appendix B).*

As shown in Table 4.2.6, VOC emissions from architectural coatings would exceed numerical thresholds established by the SCAQMD so the following mitigation measure is required:

***AQ 1- Use Low VOC Paint:*** *To reduce VOC emissions associated with architectural coating, the project designer and contractor shall reduce the use of paints and solvents by utilizing pre-coated materials (e.g. bathroom stall dividers, metal awnings), materials that do not require painting, and require coatings and solvents with a VOC content lower than required under Rule 1113 to be utilized. The construction contractor shall be required to utilize "Super Compliant" VOC paints, which are defined in SCAQMD's Rule 1113. Construction specifications shall be included in building specifications that assure these requirements are implemented. The specifications for each implementing development project shall be reviewed by the City of Banning's Building and Safety Division for compliance with this mitigation measure prior to issuance of a building permit.*

Although implementation of mitigation measures MM AQ 1 will reduce construction emissions of NOx, however, does not have quantitative reductions associated with them available in CalEEMod. Consequently, construction emissions of NOx will still exceed the SCAQMD threshold.

The following Mitigation Measure is required to reduce potential impacts to less than significant.

***AQ-2: Grading Limitations.*** *During the City's review process for applications under the Specific Plan, the applicant shall conduct or shall have conducted modeling of the regional and the localized emissions (NOx, CO, PM10, and PM2.5) associated with the maximum daily grading activities estimated for the proposed individual developments one acre or larger. If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the maximum daily grading activities of the proposed development shall be limited to the extent that could occur without resulting in emissions in excess of SCAQMD's significance thresholds for those emissions. For implementing projects within the Specific Plan, the applicant shall be responsible for submitting a focused project-level air quality assessment that includes the modeling of localized on-site emissions associated with daily grading activities anticipated for the proposed development.*

**Long-Term Regional Operation Related Impacts**

Long-term criteria air pollutant emissions will result from daily vehicle trips to and from the Project site, use of outdoor landscape maintenance equipment, and energy demand emissions result from use of electricity and natural gas.

The results of the CalEEMod model for operation of the Project site are summarized in Table 4.2-7 below (Maximum Operational Daily Emissions). Based on the results of the model, operational emissions associated with operation of the commercial facility portion of the Project site will not exceed the thresholds established by SCAQMD.

**Table 4.2.7 - Operational Emissions**

| Maximum Daily Emissions | Emissions (pounds per day) | | | | | |
|---|---|---|---|---|---|---|
| | NOx | VOC | CO | SOx | PM10 | PM2.5 |
| **Summer** | | | | | | |
| Project Emissions | 63.28 | 17.03 | 164.41 | 0.54 | 42.94 | 12.15 |
| **Winter** | | | | | | |
| Project Emissions | 65.76 | 38.93 | 153.62 | 0.52 | 42.93 | 12.15 |
| Regional Threshold | 55 | 55 | 550 | 150 | 150 | 55 |
| Exceeds Regional Threshold? | YES | NO | NO | NO | NO | NO |

*Source: Sun Lakes Village North Specific Plan Amendment No. 6, Air Quality and Greenhouse Gas Evaluation (Appendix B).*

As shown in Table 4.2-7, long-term operational emissions will only exceed the daily regional threshold set by SCAQMD for NOx because of the amount of vehicle traffic generated by the Project. The following mitigation measures are recommended to reduce NOx emissions from Project operation:

**AQ 3-Electrical Hookups for Loading Docks:** *Although the Project does not include refrigerated warehouse space, trucks accessing the Project site may have auxiliary power units (APU) and/or transport refrigeration units (TRUs). Therefore, electrical hookups shall be installed at all loading*

*docks, and to reduce/replace APU use while trucks are parked along the docks, to allow trucks with APU and/or TRUs with electric standby capabilities to plug in when TRUs are in use to reduce diesel fuel consumption and resulting NOx emissions. The City shall verify electrical hookups have been installed prior to occupancy.*

**AQ 4-Idling Limits**: *All facilities shall post signs informing users of requirements limiting idling to five minutes or less pursuant to Title 13 of the California Code of Regulations, Section 2485 in order to reduce diesel fuel consumption and resulting NOx emissions. No overnight/long-term parking will be allowed. The City shall verify signage has been installed prior to occupancy.*

***AQ 5-Electric or Natural Gas Service Equipment:*** *Service equipment (i.e., yard hostlers and forklifts) used within the site shall be electric or compressed natural gas-powered to reduce diesel fuel consumption and resulting NOx emissions.*

***AQ-6-Electric Vehicle Charging Stations***: *Prior to approval of implementing commercial plot plan(s) within the Project the City of Banning Planning Division shall ensure that the plot plan(s) include a minimum of three (3) electric-vehicle charging stations.  The electric vehicle charging stations also shall be depicted on building plans for implementing development within Project site.  Prior to issuance of occupancy permits for the proposed commercial land uses within the Project site, the City of Banning Building and Safety Department shall ensure that a minimum of three electric vehicle charging stations have been installed on-site.*

Implementation of mitigation measures AQ 2 through AQ 5 will reduce operational emissions of NOx from vehicle emissions to some extent; however, they do not have quantitative reductions associated with them available in CalEEMod. Consequently, operational emissions of NOx will exceed the SCAQMD threshold, even after implementation of mitigation measures.

Additionally, a majority of the Project's NOx emissions are derived from vehicle usage.  Since the Project does not have regulatory authority to control tailpipe emissions, no feasible mitigation measures exist that would reduce NOx emissions to levels that are less than significant.

***Localized Impact Analysis***

The SCAQMD established Localized Significance Thresholds in response to the SCAQMD Governing Board's Environmental Justice Initiative I-4. These thresholds represent the maximum emissions from a project that will not cause or contribute to an exceedance of the most stringent applicable federal or state ambient air quality standard at the nearest residence or sensitive receptor. However, consistent with SCAQMD guidance an LST analysis can only be conducted at a *project level*, and quantification of LSTs is not applicable for this specific plan-level environmental analysis.

**Level of Significance:** Even with implementation of Mitigation Measures AQ-1 through AQ-6, Project emissions of NOx during operation and VOC during construction exceed thresholds. Impacts are **significant and unavoidable.**

*Threshold 4.2.5 (c)- Expose Sensitive Receptors to Pollutant Concentrations?*

### CO Hot Spots

CO Hot Spots are typically associated with idling vehicles at extremely busy intersections (i.e., intersections with an excess of 100,000 vehicle trips per day). There are no intersections in the vicinity of the Project site which exceed the 100,000 vehicle per day threshold typically associated with CO Hot Spots. In addition, the South Coast Air Basin has been designated as an attainment area for CO since 2007. Therefore, Project-related vehicular emissions would not create a Hot Spot and would not substantially contribute to an existing or projected CO Hot Spot.

### Toxic Air Contaminants

*On-Site Impacts*

The Project site is located adjacent to I-10 and will be subjected to toxic air contaminants (TACs) from vehicle traffic. TACs are defined as substances that may cause or contribute to an increase in deaths or in serious illness, or that may pose a present or potential hazard to human health.

In *California Building Industry Association v. Bay Area Air Quality Management District* (2015) 62 Cal. 4th 369 (CBIA), the California Supreme Court determined that CEQA does not generally require an environmental document to analyze impacts of the existing environmental conditions on the future residents of a proposed project and generally only requires an analysis of the proposed project's impact on the environment. However, the CBIA case also stated that when a proposed project brings development and people into an area already subject to specific hazards and the new development/people exacerbate the existing hazards, then CEQA requires an analysis of the hazards and the proposed project's effect in terms of increasing the risks related to those hazards. Therefore, if a proposed project would not exacerbate pre-existing hazards (e.g., TAC health risks) then an analysis of those hazards and the proposed Project's effect on increasing those hazards is not required. *Note: Since CEQA is not the mechanism to evaluate TAC impacts from I-10, this issue is addressed separately in the Staff report and Conditions of Approval for the Project.*

*Construction Emissions*

During construction, diesel particulate matter emissions would be emitted from heavy equipment use Heavy-duty construction equipment is subject to a CARB Airborne Toxics Control Measure for in-use diesel construction equipment to reduce diesel particulate emissions.

AR004484

The nearest sensitive receptors to the Project site are residences located adjacent to the eastern boundary of the Project site.  According to OEHHA, health risks should be based on a 70-year exposure period for the maximally exposed individual resident; however, such assessments should be limited to the period/duration of activities associated with the project. Given the size of the site (47 acres), grading activities will be staggered over time. Typically, a maximum of 5 acres of grading per day may occur per day. Because of this staggered grading, the exposure of any proximate individual sensitive receptor to TACs would be limited. Due to the relatively temporary nature of construction activities, exposure at any individual sensitive receptor and minimal particulate emissions generated on-site, TACs generated during construction would not be expected to result in concentrations causing significant health risks.

*Operational Emissions*

Operation of the proposed project would not result in any non-permitted direct emissions (e.g., those from a point source such as diesel generators). However, the proposed Project could result in exposure of sensitive receptors in the vicinity of the Project site (i.e., the residences to the east of the Project site) to potential TAC emissions from diesel trucks from (a) future warehouse project(s).

If the Proposed Project generates or attracts vehicular trips, especially heavy-duty diesel-fueled vehicles, the City will require the Project proponent to perform a mobile source health risk assessment per Mitigation Measure AQ-7 below. Guidance for performing a mobile source health risk assessment ("Health Risk Assessment Guidance for Analyzing Cancer Risk from Mobile Source Diesel Idling Emissions for CEQA Air Quality Analysis"). This document provides technical guidance for analyzing cancer risks from potential diesel particulate emissions impacts from truck idling and movement (such as warehouse and distribution centers).

Because the Project consists of a specific plan amendment (which in essence is a zoning level document), there is not sufficient detailed information available such as a site plan, the number of trucks visiting the facility per day, on-site travel distance (in miles), composite DPM emission factor (in grams per mile) based on project year and vehicle speed, average idling time per truck, composite idling emission factor (grams per minute) based on project year, in order to prepare a Health Risk Assessment.

The following measure is required to reduce potential impacts to the extent feasible.

**AQ-7-Health Risk Assessment:** *During the City's review process for any future development applications under the Specific Plan that proposes a warehouse or distribution project, the applicant shall submit a Health Risk Assessment for that is prepared pursuant to the "Health Risk Assessment Guidance for Analyzing Cancer Risk from Mobile Source Diesel Idling Emissions for CEQA Air Quality Analysis." If the modeling shows that emissions would exceed the SCAQMD's*

*significance thresholds for those emissions, the following performance-based measures shall be required in order reduce emissions to less than significant levels.*

*The measures shall include the following:*

1) *Prior to the issuance of any grading permits, the applicant and/or building operators shall submit construction plans and a construction vehicle management plan to the City of Banning denoting the proposed schedule and projected equipment use. The construction vehicle management plan shall include such things as: idling time requirements; requiring hour meters on equipment; and documenting the serial number, horsepower, age, and fuel of all onsite equipment. The plan shall include that California state law requires equipment fleets to limit idling to no more than 5 minutes. Construction contractors shall provide evidence that low emission mobile construction equipment will be utilized or that their use was investigated and found to be infeasible for the project as determined by the City.*

2) *Prior to issuance of an occupancy permit, the operator of a warehouse/distribution center use shall place signs that identify CARB anti-idling regulations. At a minimum, each sign shall include: 1) instructions for truck drivers to shut off engines when not in use; 2) instructions for trucks drivers to restrict idling to no more than 5 minutes once the vehicle is stopped, the transmission is set to "neutral" or "park", and the parking brake is engaged; and 3) telephone numbers of the building facilities manager and CARB to report violations.*

3) *Prior to the issuance of an occupancy permit for a warehouse/distribution center use, the City shall require operators of the proposed facilities to encourage the vendor trucks to incorporate energy efficiency improvement features through the Carl Moyer Program— including truck modernization, retrofits, and/or aerodynamic kits and low rolling resistance tires—to reduce fuel consumption.*

4) *Prior to the issuance of a building permit for a warehouse/distribution center use, the building shall be designed to provide infrastructure to support use of electric-powered forklifts and/or other on-site equipment.*

**Level of Significance:** Even with the implementation of Mitigation Measure AQ-1 through AQ-5, construction and operation emissions of VOC exceed SCAQMD thresholds and impacts are considered significant and unavoidable.

---

***Threshold 4.2.5 (c)    Result in other emissions (such as those leading to odors) adversely
affecting a substantial number of people.***

---

According to the South Coast Air Quality Management District CEQA Air Quality Handbook, land
uses associated with odor complaints typically include agricultural uses, wastewater treatment
plants, food processing plants, chemical plants, composting, refineries, landfills, dairies, and
fiberglass molding. The Project does not propose any of the above described uses.

Potential odor sources associated with the proposed Project may result from construction
equipment exhaust and the application of asphalt and architectural coatings during construction.
The construction odor emissions would be temporary, short-term, and intermittent in nature and
would cease upon completion of the respective phase of construction and is thus considered less
than significant.

The uses allowed by the Specific Plan do not include agricultural uses, wastewater treatment
plants, food processing plants, chemical plants, composting, refineries, landfills, dairies, and
fiberglass molding or any manufacturing uses that could create objectionable odors. Therefore,
the Project has a less than significant impact with respect to creating objectionable odors
affecting a substantial number of people.

**Level of Significance**: Less than significant.

### 4.2.6    Cumulative Impacts

*Air Quality Plan Consistency*

As indicated under the analysis of Threshold 4.2.5 (a), the Project's construction and operational
related emissions would exceed the SCAQMD regional thresholds for VOC.  As such, the Project
would conflict with AQMP Consistency Criterion No. 1, and would, therefore, conflict with the
SCAQMD 2016 AQMP.  Other projects within the SCAB also have the potential to conflict with
the AQMP; therefore, the Project's impacts due to a conflict with the AQMP would be
cumulatively considerable.

*Construction Emissions and Operational Emissions*

For operational activities, emissions resulting from Project operations would exceed the
numerical thresholds established by the SCAQMD for NOx. Thus, Project operational emissions
would result in a significant impact due to a violation of the applicable air quality standards for
NOx. Additionally, the Project's emissions of NO, which is a precursor to ozone, would contribute
to the region's non-attainment status under both state and federal designations for ozone and
would result in a cumulatively considerable net increase of this pollutant.

*Sensitive Receptors*

The Project could result in exposure of sensitive receptors in the vicinity of the Project site (i.e., the residences to the east of the Project site) to potential TAC emissions from diesel trucks from a future warehouse project(s) exceeding a cancer risk of 10 per million and a hazard risk factor greater than 1.0. In addition, emissions of $NO_2$, CO, $PM_{10}$, and $PM_{2.5}$ generated at a project site (offsite mobile-source emissions are not included in the LST analysis) could potentially expose sensitive receptors to substantial concentrations of criteria air pollutants. However, as noted above, consistent with SCAQMD guidance a localized significance threshold applied at a *project level*, and identification of the applicable threshold is not applicable for this specific plan-level environmental analysis.

In any event, with implementation of Mitigation Measures AQ-1 through AQ-6, impacts would be less than significant.

*Odors*

As discussed in Threshold 4.2.5 (c), potential odor sources associated with the Project may result from construction equipment exhaust and the application of asphalt and architectural coatings during construction activities; however, construction odor emissions would be temporary, short-term, and intermittent in nature and would cease upon completion of the respective phase of construction and is thus considered less than significant. Although it is possible other construction activities could occur in proximity concurrent with Project construction, due to the short duration and intermittent nature of construction-related odors, impacts would be less-than-cumulatively considerable.

For long-term operation, the Project does not contain land uses typically associated with emitting objectionable odors. The Project and other cumulative developments would be required to comply with SCAQMD Rule 402 to prevent occurrences of public nuisances and would be required to store refuse within covered containers. Therefore, odors associated with the Project operations would be less-than-cumulatively considerable.

**Level of Significance:**

- Air Quality Plan Consistency: **Significant and unavoidable**.

- Construction and Operational Emissions: **Significant and unavoidable** for NOx emissions.

- Sensitive Receptors- Less than significant.

- Odors: Less than significant.

AR 007348

AR004488

### 4.2.7    References

Urban Crossroads, *Sun Lakes North Specific Plan Amendment No. 5 Air Quality and Greenhouse Gas Evaluation* June 3, 2020. (AQ-GHG Study, included as Appendix B.)

California Air Resources Board, Air Quality and Land Use Handbook: A Community Perspective, April 2005. Available at www.arb.ca.gov/ch/landuse.htm, accessed June 12, 2017.

City of Banning, City of Banning General Plan, January 2006.Available at: http://www.ci.banning.ca.us/54/Community-Development, accessed February 2, 2020.

City of Banning, City of Banning Municipal Code, Title 17 Zoning Division III Development Standards, January 2006 Available at: https://library.municode.com/ca/banning/codes/code_of_ordinances?nodeId=TIT17ZO_DIVIIIDEST_CH17.24GEST, accessed on January 25, 2020.

South Coast Air Quality Management District, Final 2016 AQMP, March 3, 2017. Available at: http://www.aqmd.gov/home/air-quality/clean-air-plans/air-quality-mgt-plan/final-2016-aqmp. Accessed on February 2, 2020.

South Coast Air Quality Management District, Final Localized Significance Threshold Methodology, Revised July 2008. Available at: http://www.aqmd.gov/docs/default-source/ceqa/handbook/localized-significance-thresholds/final-lst-methodology-document.pdf, accessed on February 2, 2020.

U.S. Environmental Protection Agency, Criteria Air Pollutants. Available at: https://www.epa.gov/criteria-air-pollutants, accessed February 2, 2020.

AR 007349

AR004489

## 4.3   BIOLOGICAL RESOURCES

This section evaluates the potential for the Project to impact biological resources in a local and regional context. The analysis in this section is based in part on the following technical information:

- *Habitat Assessment for APN 419-140-057 Sun Lakes Boulevard, City of Banning, Riverside County, California*, L&L Environmental Inc., March 30, 2020.(Appendix D).

### 4.3.1   Environmental Setting

The site is a disturbed vacant lot and appears to be regularly disked or mown. Most of the site is non-native grassland. A small area of riparian vegetation is present in the southwest corner of the site. Ornamental trees are present along the southern and western boundaries and part of the eastern boundary. These trees are either on adjacent properties or along Sun Lakes Boulevard. Two sets of active railroad tracks run east-west just north of the site, with the I-10 freeway beyond. A large advertising sign is present along the north-central boundary of the site.

Topographically, the site is generally flat with elevation increasing gradually from southeast to northwest. Elevation onsite ranges from 2,546 to 2,565 feet above mean sea level. Soils onsite are mapped as Greenfield sandy loam (2-8% slopes, eroded), Hanford coarse sandy loam (28% slopes), and Ramona sandy loam (2-5% slopes, eroded) (NRCS 2020) (Figure 4). A gravel surface layer (from past disturbance) is present in some areas, particularly in the northeastern portion of the site.

There are no USGS mapped blue-line streams onsite. A shallow trench is present along the site's southern boundary along Sun Lakes Boulevard and trends from west to east. A double culvert is present at the southeast corner of the site. Another shallow trench is present within the central portion of the site and trends from west to east. The trenches appear to be remnants of past disturbance and do not have connectivity with any natural waterway. A dirt access road is present near the northern site boundary. Other past disturbance onsite includes a grid of dirt roads or graded areas, the remnants of which are still visible.

### 4.3.2    NOP/SCOPING COMMENTS

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21.2020.  No comments were received during the NOP comment period that pertain to the topic of   cultural resources.

### 4.3.3    Regulatory Framework

The primary regulations applicable to the Project are described as follows:

**Federal Regulations**

*Federal Endangered Species Act*

Administered by the United States Fish and Wildlife Services (USFWS), the Federal Endangered Species Act (ESA) provides the legal framework for the listing and protection of species (and their habitats) that are identified as being endangered or threatened with extinction. Actions that jeopardize endangered or threatened species and the habitats upon which they rely are considered a "take" under the ESA. Section 9(a) of the ESA defines take as "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to engage in any such conduct." "Harm" and "harass" are further defined in Federal regulations and case law to include actions that adversely impair or disrupt a listed species' behavioral patterns.

*Migratory Bird Treaty Act*

The Migratory Bird Treaty Act (MBTA) provides authority to the Department of the Interior to regulate the pursuit, taking, or killing of any migratory bird, or any part, nest, or egg of any such bird. Migratory birds are protected from both direct and indirect acts.  However, harassment and habitat modification are not included in the protections, unless those actions result in direct loss of birds, nests, or eggs. The MBTA includes several hundred species and nearly all native birds on its list of protected species. The take of non-game birds may be permitted for specific uses, such as rehabilitation, propagation, scientific collecting, education, taxidermy, and protection of human health and safety and personal property.

**State Regulations**

*California Endangered Species Act*

The California Endangered Species Act (CESA) is a California environmental law that conserves and protects plant and animal species at risk of extinction. Plant and animal species may designated threatened or endangered under CESA after a formal listing process by the California Fish and Game Commission. Approximately 250 species are currently listed under CESA. A CESA-listed species, or any part or product of the plant or animal, may not be imported into the state,

AR 007351

AR004491

exported out of the state, "taken" (i.e., killed), possessed, purchased, or sold without proper authorization.

**Local Regulations**

*Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP)*

The Project site is located within the Pass Area Plan portion of the Western Riverside County MSHCP, which is a comprehensive habitat conservation/planning program for Western Riverside County.  The intent of the MSHCP is to preserve native vegetation and meet the habitat needs of multiple species, rather than focusing preservation efforts on one species at a time.  The MSHCP provides coverage (including take authorization for listed species) for special-status plant and animal species, as well as mitigation for impacts to special-status species and associated native habitats.

*City of Banning General Plan*

- Policy 2 As part of the development review process, the City shall evaluate projects based on their impact on existing habitat and wildlife, and for the land's value as viable open space.

*City of Banning Municipal Code*

The City of Banning Municipal Code identifies land use categories, development standards, and other general provisions that ensure consistency between the City's general plan and proposed development projects. The following provisions address biological resources:

- Section 15.72.080 (MSHCP Mitigation Fees). Requires payment of MSHCP mitigation fees by development projects in the City before the City issues grading permits.

- Section 17.32.020 (Application). Concept landscaping plans shall be submitted as part of a planning permit application. The plan is required to have a clear landscaping program and must consider the preservation of natural features (e.g., hills, topography, trees, shrubs, wildlife habitat, etc.). Landscaping plans should also rely on indigenous plant and tree species suitable to the local climate and soil types.

- Section 17.32.060 (Removal or destruction of trees). A tree removal and replacement plan must be prepared for the removal and replacement of all trees more than 50 years of age unless their removal is required to protect the public health and safety. Each tree removed in a new subdivision shall be replaced with at least one 36-inch box specimen tree, in addition to any other required landscaping.

### 4.3.4    Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on Biological Resources if it would:

a) *Have a substantial adverse effect, either directly or through habitat modifications, on any species identified as a candidate, sensitive, or special status species in local or regional plans, policies, or regulations, or by the California Department of Fish and Game or U.S. Fish and Wildlife Service.*

b) *Have a substantial adverse effect on any riparian habitat or other sensitive natural community identified in local or regional plans, policies, regulations or by the California Department of Fish and Game or US Fish and Wildlife Service.*

c) *Have a substantial adverse effect on state or federally protected wetlands (including, but not limited to, marsh, vernal pool, coastal, etc.) through direct removal, filling, hydrological interruption, or other means.*

d) *Interfere substantially with the movement of any native resident or migratory fish or wildlife species or with established native resident or migratory wildlife corridors, or impede the use of native wildlife nursery sites?*

e) *Conflict with any local policies or ordinances protecting biological resources, such as a tree preservation policy or ordinance?*

f) *Conflict with the provisions of an adopted Habitat Conservation Plan, Natural Community Conservation Plan, or other approved local, regional, or state habitat conservation plan.*

### 4.3.5    Impact Analysis

***Threshold 4.3.5 (a)-Have a substantial adverse effect, either directly or through habitat modifications, on any species identified as a candidate, sensitive, or special status species in local or regional plans, policies, or regulations, or by the California Department of Fish and Game or U.S. Fish and Wildlife Service.***

AR 007353

AR004493

**Vegetation Communities**

Most of the site is non-native annual grassland, with a small patch of southern willow scrub at the southwest corner and a narrow strip of California buckwheat scrub along the northeastern site boundary. Ornamental trees line the southern and western boundaries and part of the eastern boundary. These trees are either on adjacent properties or along Sun Lakes Boulevard.

**Figure 4.3.1 - Vegetation Communities**



AR 007354

AR004494

**Sensitive Plant Species**

A total of 36 plant species were identified during the survey.  Of the 36 species, 19 (53 percent) are non-native.  Additional annual plant species may occur but were not detected due to timing of the survey.  No federal or state-listed plants or special status plants were observed.  The site is not within U. S. Fish and Wildlife Service (USFWS) designated critical habitat for any listed plant species.  Listed and special status plants known from the region are either absent, not expected to occur, or have low potential for occurrence onsite.

**Special Status Plants**

No special status plant species were identified during the survey, but the survey was not conducted during the flowering season for most species. The site has long-term and ongoing anthropogenic disturbance and undisturbed natural habitat capable of supporting special status plants is not present.  Most special status plants known from the region are either absent or not expected to occur onsite.  A few have low potential for occurrence.  No special status plants have moderate or high potential to occur onsite.

**Sensitive Wildlife Species**

A total of 15 wildlife species (mostly birds) were detected during the survey.  No federal or state-listed endangered or threatened species were observed.  The site is not within USFWS designated critical habitat for any listed wildlife species.  No special status wildlife species were observed.  Most listed or special status species are not expected to occur or have low potential for occurrence except as described below.

*Burrowing Owl*

Burrowing owl (Athene cunicularia) is protected under the federal Migratory Bird Treaty Act and California Fish and Game Code and is a CDFW Species of Special Concern.  It is a small, ground-dwelling owl found in open dry grassland, desert, or shrubland areas and in uncultivated agricultural areas, rangelands, and other open areas with low-growing vegetation.

Potentially suitable habitat and small mammal burrows are present onsite and within the buffer area to the north, between the site and the I-10 freeway.  No burrowing owls, occupied burrows, or owl sign was observed during the survey.  However, because burrowing owls can occupy the site in the future, Mitigation Measure BIO-1 is required:

**BIO-1: Pre-Construction Burrowing Owl Survey.** *Within 30 calendar days prior to the issuance of a grading permit, a qualified biologist shall conduct a survey of the proposed impact footprint and make a determination regarding the presence or absence of the burrowing owl. The determination shall be documented in a report and shall be submitted, reviewed, and accepted*

*by the City of Banning Planning Department prior to the issuance of a grading permit and subject to the following provisions:*

*a) In the event that the pre-construction survey identifies no burrowing owls in the impact area, a grading permit may be issued without restriction.*

*b) In the event that the pre-construction survey identifies the presence of at least one individual but less than three (3) mating pairs of burrowing owl, then prior to the issuance of a grading permit and prior to the commencement of ground-disturbing activities on the property, the qualified biologist shall passively or actively relocate any burrowing owls. Passive relocation, including the required use of one-way doors to exclude owls from the site and the collapsing of burrows, will occur if the biologist determines that the proximity and availability of alternate habitat is suitable for successful passive relocation. Passive relocation shall follow California Department of Fish and Wildlife relocation protocol. If proximate alternate habitat is not present as determined by the biologist, active relocation shall follow California Department of Fish and Wildlife relocation protocol. The biologist shall confirm in writing to the Planning Department that the species has fledged or been relocated prior to the issuance of a grading permit.*

*Nesting Birds*

There is suitable habitat for nesting birds on and adjacent to the site.  Nesting birds may utilize trees and other vegetation, structures, idle vehicles/equipment, and open ground.  However, given the level of ongoing disturbance on and adjacent to the site, nesting is likely to be limited to more common species that are tolerant of human presence.  Ornamental trees are present along the western, southern, and parts of the eastern boundaries of the parcel and surrounding areas and provide potential raptor nesting sites.  Although some of the trees are of adequate height for nesting raptors, no raptor nests were observed.

A large advertising sign is present along the north-central border of the site.  The upper portion of the sign has either been removed or fallen into disrepair and the interior structure, as well as the exterior surfaces, of the sign are accessible to nesting birds.  The sign was inspected from the ground with binoculars and no evidence of raptor nesting was observed.  Although no raptor nesting was observed during the period of time the surveys were conducted, there is suitable habitat for nesting birds on and adjacent to the site that can be occupied in the future, Therefore, Mitigation Measure BIO-2 is required.

**BIO-2- Nesting Bird Survey.** *Prior to the issuance of a grading permit, the City of Banning Planning Department  shall ensure vegetation clearing and ground disturbance shall be prohibited during the migratory bird nesting season (February 1 through August 31), unless a migratory bird nesting survey is completed in accordance with the following requirements:*

AR 007356

AR004496

a)    *A migratory nesting bird survey of the Project's impact footprint shall be conducted by a qualified biologist within three business (3) days prior to initiating vegetation clearing or ground disturbance.*

b)    *A copy of the migratory nesting bird survey results report shall be provided to the City of Banning Planning Department. If the survey identifies the presence of active nests, then the qualified biologist shall provide the Planning Department with a copy of maps showing the location of all active nests and an appropriate buffer zone around each nest sufficient to protect the nest from direct and indirect impact. The size and location of all buffer zones as determined by a qualified biologist, shall be subject to review and approval by the Planning Department. The nests and buffer zones shall be field checked weekly by a qualified biological monitor. The approved buffer zone shall be marked in the field with construction fencing, within which no vegetation clearing or ground disturbance shall commence until the qualified biologist and Planning Department verify that the nests are no longer occupied and the juvenile birds can survive independently from the nests.*

**Other Special Status Wildlife**

No federal or state-listed endangered or threatened wildlife species or special status wildlife species were observed during the survey.  Due to long-term and ongoing anthropogenic disturbance, undisturbed natural habitat capable of supporting most special status wildlife is generally lacking onsite.  Most special status wildlife known from the region are either absent, not expected to occur, or have low potential for occurrence onsite, except as described below.

*Cooper's hawk (Accipiter cooperii)*

(CDFW Watch List Species) This species forages in various habitats including open areas and scrublands.  It has one (1) CNDDB documented occurrence of nesting about 3.7 miles west of the site.  According to the Cornell Lab of Ornithology, there are multiple records of this species in the region, including one (1) in the golf course just south of the site[1].  There is potentially suitable foraging habitat onsite.  Based on available evidence, Cooper's hawk has low to moderate potential to forage onsite.  It is a covered species under the MSHCP and considered adequately conserved.

*Ferruginous hawk (Buteo regalis)*

(CDFW Watch List Species) This species forages in various habitats including open grasslands.  It has one (1) CNDDB documented occurrence about 4.3 miles south of the site.  There are some eBird records in the vicinity, including one (1) within a residential development along Potrero Creek about 0.8 mile southwest.  Based on available evidence, ferruginous hawk has low to moderate potential to forage onsite.

---

[1] Cornell Lab of Ornithology, eBird, available at: https://ebird.org/home

*Costa's hummingbird (Calypte costae)*

(USFWS Bird of Conservation Concern) This species is found in desert scrub, coastal scrub, chaparral, and adjacent meadows and gardens. There are no CNDDB documented occurrences of nesting within five (5) miles. There are multiple eBird records in the vicinity, including two (2) immediately adjacent to the site. There is limited potentially suitable native habitat on the Project site, but this species may also utilize ornamental plants for foraging and nesting. Based on available evidence, Costa's hummingbird has low to moderate potential to forage and nest onsite.

*California horned lark (Eremophila alpestris actia)*

(CDFW Watch List Species) This species forages and nests in open grassland habitats. There is one (1) CNDDB documented occurrence of nesting about four (4) miles west of the site and several eBird records in the area. There is potentially suitable foraging habitat onsite, but ongoing disturbance reduces the potential for nesting. Based on available evidence, California horned lark has moderate potential to forage onsite. It is a covered species under the MSHCP and considered adequately conserved.

*Loggerhead shrike (Lanius ludovicianus)*

(USFWS Bird of Conservation Concern) This species forages in open areas with fences or shrubs for perching. There are several eBird records from the Project vicinity and two (2) CNDDB documented occurrences of nesting in the Badlands to the south and southwest. The closest is about 2.5 miles from the site. There is potentially suitable foraging habitat and this species has low to moderate potential to forage onsite. It is a covered species under the MSHCP and considered adequately conserved.

*Dulzura pocket mouse (Chaetodipus californicus femoralis)*

(CDFW Species of Special Concern) This species is found in a variety of habitats, including coastal scrub and grassland. There is one (1) CNDDB documented occurrence about 2.9 miles to the southeast. Data on this species from the trapping survey in 2005 is not available. Based on available evidence, it has low to moderate potential for occurrence on the Project site.

*Northwestern San Diego pocket mouse (Chaetodipus fallax fallax)*

(CDFW Species of Special Concern) This species is found in coastal scrub, chaparral, and grasslands in sandy, herbaceous areas, usually in association with rocks or coarse gravel. It has multiple CNDDB documented occurrences within five (5) miles of the Project site. There is potentially suitable habitat on the Project site. Data on this species from the trapping survey in

2005 is not available.  Based on available evidence, this species has moderate potential for occurrence.  It is a covered species under the MSHCP and considered adequately conserved.

*Los Angeles pocket mouse (Perognathus longimembris brevinasus)*

(CDFW Species of Special Concern) This species is found in grassland, sage scrub, and alluvial sage scrub habitats.  It has multiple CNDDB documented occurrences within five (5) miles of the Project site; the closest is 2.3 miles to the east.  There is potentially marginal habitat on the Project site.  Data on this species from the trapping survey in 2005 is not available.  Based on available evidence, this species has moderate potential for occurrence.  It is a covered species under the MSHCP and considered adequately conserved.

**Level of Significance:** Less than significant with implementation of Mitigation Measures BIO-1 and BIO-2.

---

***Threshold 4.3.5 (b)- Have a substantial adverse effect on any riparian habitat or other sensitive natural community identified in local or regional plans, policies, regulations or by the California Department of Fish and Game or US Fish and Wildlife Service?***

---

Under MSHCP Volume 1 Section 6.1.2 areas associated with wetland and streambed systems must be evaluated for consideration as riparian/riverine or vernal pool habitat.  Riparian/riverine areas are defined within the MSHCP as:

*". . . lands which contain Habitat dominated by trees, shrubs, persistent emergents, or emergent mosses and lichens, which occur close to or which depend upon soil moisture from a nearby fresh water source; or areas with fresh water flow during all or a portion of the year."*  MSHCP Vol. 1, Section 6.1.2.
Vernal pools are defined within the MSHCP as:

*". . . seasonal wetlands that occur in depression areas that have wetlands indicators of all three parameters (soils, vegetation and hydrology) during the wetter portion of the growing season but normally lack wetlands indicators of hydrology and/or vegetation during the drier portion of the growing season.  Obligate hydrophytes and facultative wetlands plant species are normally dominant during the wetter portion of the growing season, while upland species (annuals) may be dominant during the drier portion of the growing season. . ."*  MSHCP Vol. 1, Section 6.1.2.

There is no vernal pool habitat onsite. Soil types mapped (and observed) onsite are not consistent with an alkali playa or vernal pool complex.  Pools or depressions characteristic of vernal pool habitat were not observed onsite.  No MSHCP species listed for protection associated with riparian/riverine areas or vernal pools were observed.  No evidence of ponding was observed onsite.  Tire ruts are present on an access road along the northern site boundary, but the ruts

were dry at the time of the survey and soils onsite are sandy to coarse sandy loam (i.e., well drained).

**Level of Significance:** No impact.

***Threshold 4.3.5 (c) - Have a substantial adverse effect on state or federally protected wetlands (including, but not limited to, marsh, vernal pool, coastal, etc.) through direct removal, filling, hydrological interruption, or other means?***

There are no USGS mapped blue-line streams onsite. A shallow trench is present along the site's southern boundary (along Sun Lakes Boulevard) and trends from west to east. A double culvert is present at the southeast corner of the site. A small area of willow thicket is present in the southwest corner of the site in association with a trench. Another shallow trench is present within the central portion of the site and trends from west to east. No water or evidence of flow was observed in these trenches during the survey. The trenches appear to be remnants of past disturbance involving water quality or flood control measures and do not have connectivity with any natural waterway.

**Level of Significance:** No impact.

***Threshold 4.3.5 (d) - Interfere substantially with the movement of any native resident or migratory fish or wildlife species or with established native resident or migratory wildlife corridors, or impede the use of native wildlife nursery sites?***

Wildlife corridors link together areas of suitable wildlife habitat that are otherwise separated by rugged terrain, changes in vegetation, or human disturbance. The fragmentation of open space areas by urbanization creates isolated "islands" of wildlife habitat. In the absence of habitat linkages that allow movement to adjoining open space areas, various studies have concluded that some wildlife species, especially larger and more mobile mammals, will not likely persist over time in fragmented or isolated habitat areas, because movement barriers prohibit the infusion of new individuals and genetic information.

Wildlife movement activities usually fall into one of three movement categories: dispersal (e.g., juvenile animals dispersing from natal areas or individuals extending their range), seasonal migration, and movements related to home range activities (e.g., foraging for food or water, defending territories, or searching for mates, breeding areas, or cover). The site is surrounded by major roadways and residential developments and does not function as part of a wildlife corridor.

**Level of Significance:** No impact.

***Threshold 4.3.5 (e) - Conflict with any local policies or ordinances protecting biological resources, such as a tree preservation policy or ordinance?***

AR004500

Tree removals are strongly discouraged and require replacement under City of Banning Municipal Code Section 17.32.060. Ornamental trees are present along the western, southern, and parts of the eastern boundaries of the parcel. At this time, it is unknown if these trees will be removed as part of future development. However, the following Mitigation Measure is required in the event the trees are removed.

**_BIO-3- Native Tree Removal._** *Native trees to be impacted by development of projects pursuant to the Specific Plan shall be assessed by a certified arborist as to the viability and value of the trees to determine if mitigation and replacement are required. Removal of healthy, shade-providing, and aesthetically valuable trees shall be strongly discouraged and shall conform with the policies and programs of the City of Banning General Plan. A tree removal and replacement plan shall be required for the removal and replacement of all trees more than 50 years of age unless their removal is required to protect the public health and safety. Each identified tree removed shall be replaced with at least one 36-inch box specimen tree, in addition to any other required landscaping.*

**Level of Significance**: Less than significant with implementation of Mitigation Measure BIO-3.

---

**_Threshold 4.3.5 (f) - Conflict with the provisions of an adopted Habitat Conservation Plan, Natural Community Conservation Plan, or other approved local, regional, or state habitat conservation plan?_**

---

The Project site is located within the Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP). The MSHCP, a regional Habitat Conservation Plan was adopted on June 17, 2003. The intent of the MSHCP is to preserve native vegetation and meet the habitat needs of multiple species, rather than focusing preservation efforts on one species at a time. The MSHCP provides coverage (including take authorization for listed species) for special-status plant and animal species, as well as mitigation for impacts to sensitive species. Based on the Habitat Assessment (Appendix C):

1) The site is not mapped within any MSHCP Criteria Cell or subunit.

2) The site is not mapped within an area where additional surveys are required for any Amphibian, Mammal, or other Criteria Area Species.

3) The project will not impact any Riparian/Riverine or Vernal Pool areas.

AR004501

4) The site is not within or adjacent to any MSHCP Conservation Areas and therefore does not require mitigation measures pursuant Section 6.1.4 (pertaining to Urban/ Wildlands Interface) of the MSHCP, which presents guidelines to minimize indirect effects of Projects in proximity to the MSCHP Conservation Areas.

5) The site is mapped within a Burrowing Owl (BUOW) required habitat suitability assessment survey area. Therefore, to be thorough, a habitat suitability assessment for BUOW was conducted during site visit. The result of the assessment was that no BUOW habitat or BUOW sign was detected on site, and this species is currently considered absent from the Project area. However, because BUOW have been known to occupy disturbed sites, Mitigation Measure BIO-1 is required.\

6) The site is mapped within a Narrow Endemic Plant Species required habitat suitability assessment survey area. Therefore, to be thorough, a habitat suitability assessment for the three listed Narrow Endemic Plant Species was conducted during site visit. Based on habitat requirements for specific species, availability and quality of habitats needed by the three Narrow Endemic Plant Species, it was determined that the project site does not provide suitable habitat for Narrow Endemic Plant species San Diego ambrosia, Brand's phacelia, and San Miguel Savory.

**Level of Significance:** Less than significant with implementation of Mitigation Measure BIO-1 and BIO-2.

### 4.3.6   Cumulative Impacts

An evaluation of whether an impact on biological resources would be substantial must consider both the resource itself and how that resource fits into a regional or local context. Substantial impacts would be those that substantially diminish or result in the loss of an important biological resource, or those that would conflict with local, state, and/or federal resource conservation plans, goals, or regulations. Impacts can be locally adverse but not significant because, although they would result in an adverse alteration of existing conditions, they would not substantially diminish or result in the permanent loss of an important resource on a population- or region-wide basis.

The Project and other projects in the vicinity are located within the jurisdictional boundaries of the MSHCP. As described in the Regulatory Framework of this section, the MSHCP is a comprehensive, multi-jurisdictional Habitat Conservation Plan that addresses biological impacts for the "take" of covered species through establishment and implementation of a regional conservation strategy and other measures, such as mitigation fees.

The MSHCP provides programs and policies for the review of projects in areas where habitat must be conserved and for the collection and development of mitigation fees. All discretionary development projects are to be reviewed for compliance with the MSHCP.  Additionally, the

AR004502

Project has undergone a habitat assessment which determined that the Project would have a less than significant impact with the implementation of Mitigations Measures BIO-1 and BIO-2.

Because cumulative projects in the Project vicinity are also subject to the MSHCP and would also have to complete habitat assessments and surveys as part of the environmental review process, the cumulative impacts to biological resources are determined to be less than significant.

**Level of Significance***:* Less than significant with implementation of Mitigation Measures BIO-1 through BIO-3.

### 4.3.7   References

L&L Environmental, Inc., *Habitat Assessment for APN 419-140-057 Sun Lakes Boulevard, City of Banning, County of Riverside, California*, February 27, 2020. (Included herein as Appendix D).

City of Banning, *City of Banning General Plan, Chapter IV. Environmental Resources,* January 31, 2006.  Available at  http://www.ci.banning.ca.us/DocumentCenter/View/664,  accessed May 13, 2020.

AR004503

## 4.4    CULTURAL RESOURCES

Cultural resources include places, objects, and settlements that reflect group or individual religious, archaeological, architectural, or paleontological activities. Such resources provide information on scientific progress, environmental adaptations, group ideology, or other human advancements. This section of the EIR evaluates the potential for implementation of the Project to impact cultural resources. The analysis in this section is based, in part, upon the following information:

- *Cultural Resources Records Search Results and Recommendations for the Sun Lakes Boulevard Project (APN 419-140-057), City of Banning, County of Riverside, California, L&L Environmental Inc., February 27, 2020.* (Appendix E).

- *Phase I Cultural Resources Assessment for the Sun Lakes Boulevard Project (APN 419-140-057), City of Banning, County of Riverside, California*, L&L Environmental Inc., August 30, 2020.(Appendix F).

### 4.4.1    Environmental Setting

*Existing Conditions*

The Project area is in the San Gorgonio Pass, or Banning Pass, which lies along the border between the Peninsular Ranges and Transverse Ranges Geomorphic Provinces. The pass was formed by the San Andreas Fault, which runs along the pass between the San Bernardino Mountains to the north and the San Jacinto Mountains to the south. Land surrounding the Project area is generally characterized as mixed residential and commercial, with a few vacant lots as well as major transportation corridors (i.e., Interstate 10 and the Union Pacific Railroad). Topographically, much of the Project area is flat, but gradually increases in elevation as it trends southeast to northwest. Elevation onsite ranges from 2,546 to 2,565 feet above mean sea level (AMSL). The Project area is within a disturbed vacant lot and appears to be regularly disked or mown. A large advertising sign is present along the north-central boundary of the site. A gravel surface layer (from past disturbance) is present in some areas, particularly in the northeastern portion of the site. A dirt access road is present near the northern site boundary. Other past disturbance onsite includes a grid of dirt roads or graded areas, remnants of which are still visible.

*Records Search*

The California Historical Resources Information System (CHRIS) records search was completed at the EIC on February 5, 2020 by L&L Archaeologist William R. Gillean, B.S., working under the supervision of L&L Principal Investigator Jennifer M. Sanka, M.A., RPA.  The records search included a review of previously recorded cultural resource sites and isolates, recorded built-environment resources, and previous cultural resources studies on or within a one-mile radius of the project area.  In addition, the records search included a review of the National Register of Historic Places (NRHP), Archaeological Determinations of Eligibility (ADOE), and the Built Environment Resources Directory (BERD) for the City of Banning.  The results indicate that no previously recorded cultural resources are in the project area while three (3) cultural resources were recorded in the one-mile search radius.  Of these previously recorded resources, one (1) is within 0.25 mile, one (1) is within 0.50 mile, and one (1) is between 0.50 and one mile of the project area. All the previously recorded resources are historic age and they consist of the Union Pacific Railroad (UPRR)/Southern Pacific Railroad (SPR) and two (2) sites comprised of water conveyance systems.  These previously recorded resources and their locations relative to the project area are outlined below in Table 4.4-1.

**Table 4.4.1 - Previously Recorded Cultural Resources**

| Resource Number | Recorder Name and Date | Resource Description | Within ~One to 0.50 Mile Radius | Within ~0.50 to 0.25 Mile Radius | Within ~0.25 Mile Radius | Within Project Area? |
|---|---|---|---|---|---|---|
| 33-9498/ CA-RIV-6381H/CA-IMP-3424H | Originally recorded by S. Ashkar of Jones & Stokes, 1999<br><br>**Segments of this** linear resource were updated by C. Chasteen of Myra L. Frank & Associates, 2003; C. Taniguchi of Galvin and Associates, 2005; S. Wilson and K. Chimel of ICF Jones & Stokes, 2009; S. Kremkau, 2012; T. Baurley and J. Sanka of L&L, 2015; D. Leonard of HDR, 2016; and P. Moloney, R. Elder, and W. Blodgett of | Historic:  The UPRR/SPR.  This resource consists of a segment of the UPRR (historically the SPR) that extends across California.  The alignment includes several smaller railroad lines that were acquired and consolidated into the SPR in 1884.  The lines were later acquired by the UPRR in the 1990s. | ● | ● | ● | No; however, this resource is located to the north of the project area. |

| Resource Number | Recorder Name and Date | Resource Description | Within ~One to 0.50 Mile Radius | Within ~0.50 to 0.25 Mile Radius | Within ~0.25 Mile Radius | Within Project Area? |
|---|---|---|---|---|---|---|
| | Applied Earth Works, 2017 | | | | | |
| 33-13779/CA-RIV-7544 | P. Messick and M. Dice of Michael Brandman Associates (MBA), 2004 | Historic: A series of water conveyance features. The site was recommended not eligible for inclusion in the NRHP or the California Register of Historical Resources (CRHR). | ● | | | No |
| 33-15033/CA-RIV-7997 | Originally recorded by D. Brunzell of LSA Associates, Inc. (LSA), 2006 Updated by J. Miller, C. Morgan, R. Goodwin, and J. Hall, 2013; S. Justus, B. Wilson, A. Giacinto of ASM Affiliates (ASM), 2010; A. Williams of Southern California Edison (SCE), 2014; and M. DeCarlo of ASM and Doug Mengers of PanGIS, 2018 | Historic: A water conveyance system consisting of a channelized ditch created from Smith Creek. This resource was recommended not eligible for inclusion in the NRHP and the CRHR in 2014 and the State Historic Preservation Officer (SHPO) concurred with this recommendation in 2016. | ● | ● | | No |

*Source: Cultural Resources Records Search Results and Recommendations (Appendix D.)*

The EIC records search also indicated that 27 area-specific cultural resource reports are on file for the project area and the one-mile search radius.  Two (2) of these studies addressed the project area in 1981 and 2004 (RI-1434/SRS 1981; RI-8449/CRM Tech 2004).  The 1981 survey encompassed a total of 900 acres and reported no known cultural resources within current project area.  However, information regarding field survey transect spacing or the percentage of land covered during the survey was not provided in the report so the level of survey coverage within the current project area is unknown.  Cultural resources were identified about 0.15 mile to the southwest of the project area.  Specifically, the survey detected numerous buildings, structures, and features, including a residence, agricultural outbuildings, barns, a well, and a

refuse dump associated with the Old Stewart Ranch. While these resources were not recorded as a site, they do reflect patters of historic age land use in the immediate vicinity of the project area (RI-1434/SRS 1981).

The 2004 study was conducted in support of the City of Banning General Plan. This study included an inventory of cultural resources located in the City and the sphere of influence, as well as a reconnaissance style survey that visited previously recorded sites and addressed areas with a high potential for containing resources. This work resulted in the assessment of a project area that measured approximately 37 square miles. While this study addressed the current project area and the surrounding acreage via research and a records search, it did not include an intensive pedestrian survey for the subject property (RI-8449/CRM Tech 2004). As such, the EIC results indicate that the project area has been previously surveyed once for the presence or absence of cultural resources in 1981 (RI-1434/SRS 1981).

Collectively, the 27 previous studies cover approximately 90 percent of total surface area within the records search radius via research and field surveys. The report coverage is generally similar throughout the search radius with the lands within 0.25 mile, between 0.25 and 0.50 mile, and between 0.50 and one mile exhibiting about 90 percent coverage. The details of these reports are summarized below in Table 4.4-2.

**Table 4.4.2- Previous Cultural Resources Studies Within One Mile of the Project Area**

| Report # | Date | Rsrcs | Report | Author |
|----------|------|-------|--------|--------|
| RI-1432 | 1986 | No | Archaeological Report on Grading Monitoring Activities at Stewart Ranch, Riverside County, California | Scientific Resource Surveys, Inc. (SRS) |
| RI-1433 | 1985 | No | An Historical Study of Stewart Ranch in Riverside County, California | SRS |
| RI-1434 | 1981 | Yes | Cultural Resources Report on 900 +/- Acre Parcel (Portion of the Old Stewart Ranch), Located in the Banning-Beaumont Area, Riverside County, California | SRS |
| RI-1830 | 1984 | No | An Archaeological Assessment of Parcel 18132, Beaumont Area of Riverside County, California | Archaeological Research Unit |
| RI-2203 | 1987 | No | An Archaeological Assessment of the Hovchild Property, Riverside County, California | C. E. Drover |
| RI-2350 | 1988 | Yes | MCI Rialto to El Paso Fiber Optics Project - Intensive Cultural Resource Survey - San Bernardino and Riverside Counties, California | Dames & Moore |
| RI-3039 | 1990 | No | An Archaeological Assessment of the "Sunset Crossing" Project, a 294.8 Acre Parcel as shown on TPM 25541, Located Immediately South of the I-10 Freeway at Sunset Avenue in Banning, Riverside County, California | Archaeological Associates |

| Report # | Date | Rsrcs | Report | Author |
|---|---|---|---|---|
| RI-4720 | 2004 | Yes | Phase I Cultural Resource Survey and Historic Site Significance Evaluations for the Sunset Crossing Project Footprint, South Banning Area, County of Riverside, California | MBA |
| RI-4840 | 2002 | No | Report of Phase I Archaeological Assessment of a 23-Acre Parcel in Beaumont, Riverside County | Archaeological Resource Management Corporation (ARMC) |
| RI-4841 | 2002 | No | Addendum: Report of Phase I Archaeological Assessment of a 23-Acre Parcel in Beaumont, Riverside County | ARMC |
| RI-5136 | 2003 | No | Cultural Resource Inventory and Paleontologic Assessment, Hovchild Property, City of Beaumont, County of Riverside, California | The Keith Companies |
| RI-6722 | 2006 | Yes | Cultural Resources Assessment and Historic Evaluations: Deutsch Property Specific Plan, City of Banning, Riverside County, California | LSA |
| RI-7052 | 2006 | No | A Cultural Resources Investigation of the Proposed San Gorgonio Village Project Area, Approximately 23 Acres of Land in the City of Beaumont, Riverside County, California | McKenna, et al. |
| RI-7055 | 2007 | No | Historical/Archaeological Resources Survey Report: Assessor's Parcel Number 419-170-031, in the City of Beaumont, Riverside County, California | CRM Tech |
| RI-7339 | 2007 | Yes | Identification and Evaluation of Historic Properties: Wastewater Treatment Plant Expansion and Recycled Water System, City of Banning, Riverside, California | CRM Tech |
| RI-7364 | 2007 | No | Archaeological and Paleontologic Monitoring of a 29.7-Acre Project Area at the Northwest Corner of First Street and Commerce Way, Beaumont, Riverside County, California | Chambers Group |
| RI-7970 | 2006 | Yes | A Study of the Past in San Timoteo Canyon and San Gorgonio Pass: Cultural Resource Assessment, Oak Valley Substation Project, Riverside County | LSA |
| RI-8011 | 2008 | No | Final Cultural Resources Assessment, Study of the Past in San Timoteo Canyon and San Gorgonio Pass: Oak Valley Substation Project, Riverside County | LSA |
| RI-8027 | 2009 | No | Letter Report: Proposed Cellular Tower Project(s) in Riverside County, California, Site Number(s)/Name(s): IE-04965A/Beaumont Health Center TCNS# 47154 | Earth Touch |
| RI-8449 | 2004 | No | Cultural Resources Technical Report: City of Banning General Plan | CRM Tech |
| RI-9167 | 2013 | Yes | Cultural Resources Assessment and Class III Inventory: Volume I West of Devers Project, San Bernardino and Riverside Counties, California | LSA |

| Report # | Date | Rsrcs | Report | Author |
|---|---|---|---|---|
| RI-10157 | 2014 | Yes | Archival Research Evaluation Results of 33 Cultural Resources for Southern California Edison Company's West of Devers Upgrade Project, Riverside and San Bernardino Counties, California, Volume 1 | SCE |
| RI-10219 | 2015 | No | Letter Report:  Cultural Resources Summary for the Proposed Verizon Wireless, Inc. Property at the Potrero Site, 81 Highland Springs Avenue, Beaumont, Riverside County, California 92223 | Tetra Tech |
| RI-10461 | 2015 | Yes | Archaeological Investigations and Monitoring for the Construction of the Devers-Palo Verde No. 2 Transmission Line Project, Riverside County, California | ASM |
| RI-10478 | 2018 | Yes | A Phase I CEQA/Class III NEPA (NHPA Section 106) Investigation for the 6th/Maple Septic Conversion Project in the City of Beaumont, Riverside Co., California | McKenna, et al. |
| RI-10754 | 2019 | Yes | A Class III Historic Resource Study for Phase 3 of the Atwell Project for Section 106 Compliance, SPL-Banning, California | Brian F. Smith and Associates (BFSA) |
| RI-10766 | 2018 | Yes | A Class III Historic Resource Study for Phase 2 of the Atwell Project for Section 106 Compliance, SPL-Banning, California | BFSA |

*Source: Cultural Resources Records Search Results and Recommendations (Appendix D.)*

The Native American Heritage Commission was requested to provide a records search of the Sacred Lands File on June 29, 2020. The commission staff responded in writing on June 29, 2020 with a list of local Native American tribes, organizations, and individuals to contact regarding the Project. Tribes, organizations, and individuals were provided a letter which included a description of the Project, identified its location, and requested information regarding Native American resources within or near the Project area.

As a result of the information scoping process, five (5) tribes responded by email and in letters including the Agua Caliente Band of Cahuilla Indians the Cabazon Band of Mission Indians, the Quechan Tribe of the Fort Yuma Reservation, the Rincon Band of Luiseno Indians, and the Santa Rosa Band of Cahuilla Indians. The only request was from the Agua Caliente Band of Cahuilla Indians who asked for a copy of the Phase I Cultural Resources Assessment once it was finalized (August 30, 2020).

(Please see Section 4.12, *Tribal Cultural Resources* for a comprehensive analysis of this issue).

### 4.4.2    NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21.2020.  No comments were received during the NOP comment period that pertain to the topic of   cultural resources.

### 4.4.3    Regulatory Framework

The primary regulations applicable to the Project are described as follows:

**Federal Regulations**

*National Register of Historic Places*

The National Register of Historic Places is the official list of the Nation's historic places worthy of preservation. Authorized by the National Historic Preservation Act of 1966, the National Park Service's National Register of Historic Places is part of a national program to coordinate and support public and private efforts to identify, evaluate, and protect America's historic and archeological resources.

**State of California Regulations**

*California Environmental Quality Act*

State historic preservation regulations affecting the proposed Project include the statutes and guidelines contained in the California Environmental Quality Act (CEQA) (Cal. Pub. Res. Code §§ 21083.2 and 21084.1) and State CEQA Guidelines (Cal. Code Regs. tit. 14, § 21000 et seq.). CEQA requires lead agencies to carefully consider the potential effects of a project on historical resources. A "historical resource" "includes, but is not limited to, any object, building, structure, site, area, place, record or manuscript which is historically or archaeologically significant, or is significant in the architectural, engineering, scientific, economic, agricultural, educational, social, political, military, or cultural annals of California" (Cal. Pub. Res. Code § 5020.1).

*California Health and Safety Code §§ 7050.5, 7051 and 7054*

California Health and Safety Code 7050.5, 7051 and 7054 collectively address the illegality of interference with human burial remains as well as the disposition of Native American burials in archaeological sites. The law protects such remains from disturbance, vandalism, or inadvertent destruction, and establishes procedures to be implemented if Native American skeletal remains are discovered during construction of a project, including the treatment of remains prior to, during, and after evaluation, and reburial procedures.

**Local Regulations**

*City of Banning General Plan*

- Policy 1 The City shall exercise its responsibility to identify, document and evaluate archaeological, historical, and cultural resources that may be affected by proposed development projects and other activities.

○ Program 1.A All new development proposals, except single family dwelling on existing lots of record, shall submit a records search for historic and cultural resources as part of the planning process.

○ Program 1.B Development or land use proposals which have the potential to disturb or destroy sensitive cultural resources shall be evaluated by a qualified professional and, if necessary, comprehensive Phase I studies and appropriate mitigation measures shall be incorporated into project approvals.

○ Program 1.C The City shall implement the requirements of state law relating to cultural resources, including Government Code 65352.3, and any subsequent amendments or additions.

### 4.4.4   Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on Cultural Resources if it would:

a)   *Cause a substantial adverse change in the significance of a historical resource pursuant to § 15064.5.*

b)   *Cause a substantial adverse change in the significance of an archaeological resource pursuant to § 15064.5.*

c)   *Disturb any human remains, including those interred outside of formal cemeteries.*

### 4.4.5   Impact Analysis

***Threshold 4.4.5 (a) - Cause a substantial adverse change in the significance of a historical resource pursuant to § 15064.5.***

The Project area was once part of Stewart Ranch, owned and operated by Reznor P. Stewart between 1883 and 1933 and by his daughters Laura May and Clara between 1933 and 1967. L&L identified a linear resource (RPGX-1H) in the Project area consisting of an earthen bermed ditch constructed by bulldozer sometime before 1953 and associated with water control/conveyance efforts instituted on the ranch along Portereo Creek and Smith Creek. RPGX-1H was evaluated and recommended not eligible for the CRHR and does not qualify as a historic resource under CEQA.

**Level of Significance:** No impact.

***Threshold 4.4.5 (b) - Cause a substantial adverse change in the significance of an archaeological resource pursuant to § 15064.5.***

The Project area appears to have low sensitivity for prehistoric archaeological resources, and it is unlikely that intact, subsurface prehistoric archaeological deposits would be uncovered during Project construction. Sensitivity for encountering historic-age archaeological resources is considered low-to-moderate. The Project area lies within Stewart Ranch; however, the land within the Project area was utilized for grazing, agricultural, and water control/conveyance purposes. This suggests that any historic artifacts and/or deposits that may be present in subsurface context would most likely reflect those activities (e.g., horse shoes, tacks, barbed wire, sparse occurrences of tin cans and glass bottles, other water conveyance/control features, etc.) and would most likely not be considered historically significant. Thus, no mitigation measures are required.

**Level of Significance:** No impact.

***Threshold 4.4.5 (c) - Disturb any human remains, including those interred outside of formal cemeteries.***

The Project site does not contain a cemetery and no known formal cemeteries are located within the immediate site vicinity. If human remains are discovered during Project grading or other ground disturbing activities, the Project would be required to comply with the applicable provisions of California Health and Safety Code §7050.5 as well as Public Resources Code §5097 et. seq. California Health and Safety Code Section 7050.5 states that no further disturbance shall occur until the County Coroner has made the necessary findings as to origin. Pursuant to California Public Resources Code Section 5097.98(b), remains shall be left in place and free from disturbance until a final decision as to the treatment and disposition has been made by the Coroner.

If the Coroner determines the remains to be Native American, the California Native American Heritage Commission (NAHC) must be contacted and the NAHC must then immediately notify the "most likely descendant(s)" of receiving notification of the discovery. The most likely descendant(s) shall then make recommendations within 48 hours and engage in consultations concerning the treatment of the remains as provided in Public Resources Code Section 5097.98.

**Level of Significance:** Less than significant.

### 4.4.6   Cumulative Impacts

The cumulative area for cultural resources and human remains is the City of Banning sphere of influence, consistent with the analysis contained in the City's General Plan EIR. All cumulative development projects within the City will be required to comply with the following resource protection requirements, as applicable.

- Banning GP Policy 1 states that the City will identify, document, and evaluate archeological, historical, and cultural resources that may be affected by proposed development projects and other activities.

- Program 1.A and Program 1.B describe how the City will require all new developments to complete the following: submit a records search for historic resources that may be affected by proposed development projects and activities; submit a records search for historic and cultural resources as part of the planning process; submit a comprehensive Phase I studies; and appropriate mitigation measures be incorporated into project approvals for projects which have the potential to disturb or destroy sensitive cultural resources (Banning GP,[2]).

Thus, cultural resource reports will be required for each individual cumulative development project to assess the potential for significant impacts to these resources and to identify mitigation measures if necessary.

**Level of Significance**: Less than significant.

### 4.4.7    References

L&L Environmental Inc., *Cultural Resource* Records Search Results and Recommendations, Sun Lakes Boulevard Project *Assessment of 108 Acres for the Banning Industrial Project (APN 419-140-057), City of Banning, Riverside County, California*, February 27, 2020. (Included herein as Appendix D).

City of Banning, *City of Banning General Plan,* adopted January 31, 2006 (Available at: https://www.ci.banning.ca.us/468/General-Plan-Amendments, accessed on January 2, 2020.

---

[2] City of Banning General Plan, pp. IV-68–IV-69.

## 4.5    ENERGY

Energy conservation generally refers to efforts made to reduce energy consumption to preserve resources for the future and reduce environmental pollution. To the extent relevant and applicable to the proposed Project, energy expenditure (use) and conservation are considered herein and in other applicable Draft EIR sections.

### 4.5.1    Environmental Setting

The California Energy Commission (CEC) provides new forecasts for electricity and natural gas demand every two years as part of the Integrated Energy Policy Report (IEPR ) process.

*Electricity*

California is beginning a transition away from fossil natural gas as a primary fuel source for electric generation. To meet air quality, climate, and other environmental goals, fossil generation is being replaced by resources including renewables, transmission upgrades, energy storage, energy efficiency, and demand response.

Over the last decade, the portfolio of resources in California's electric system has significantly changed. The amount of generation from fossil natural gas plants has decreased by roughly 22 percent, from 117 gigawatt-hours (GWh) in 2009 to 91 GWh in 2018. Large amounts of renewable generation have been added to the system, driven primarily by California's Renewables Portfolio Standard  and the California Solar Initiative. Installed renewable capacity in the state increased from 9,313 megawatts (MW) in 2009 to 23,313 MW in 2018. Table 4.5-1 shows the amount of electricity consumed by Riverside County in 2018.

**Table 4.5.1- Electricity Use by Riverside County in 2018**

| Sector | Usage Expressed in Millions of kWh (GWh) |
|---|---|
| Non-Residential | 8295.965387 |
| Residential | 7960.740053 |
| **Total** | **16256.705441** |

*Source: California Energy Commission Consumption Database, 2020.*

*Natural Gas*

While natural gas demand is growing in most of the United States, California expects a decline because of policies such as Senate Bill 350 (De León, Chapter 547, Statutes of 2015) and SB 100. Decarbonization strategies such as building electrification will reduce retail demand for fossil natural gas. Yet, in 2017 and 2018, natural gas was still the most consumed fuel or energy source

in California. California's five end-use sectors—residential, commercial, industrial, transportation, and electric generation— consumed 1,799,292 MMcf (4,930 MMcfd average) of natural gas in 2018.

However, California's in-state natural gas production, much of which comes from geologic basins in the Central Valley, will continue to decline because of less favorable economics and reservoirs that are less susceptible to increased production via hydraulic fracturing. In 2017, in-state sources provided about 548 MMcfd, or 10 percent, of the natural gas consumed in California, while interstate pipeline shipments satisfied the remaining 90 percent. Table 4.5-2 shows the natural gas use by Riverside County in 2018.

**Table 4.5.2 - Electricity Use by Riverside County in 2018**

| Sector | Usage Expressed in Millions of Therms |
|---|---|
| Non-Residential | 139.193875 |
| Residential | 259.344553 |
| **Total** | **398.538428** |

*Source: California Energy Commission Consumption Database, 2020.*

*Transportation*

California is home to roughly 30 million registered cars, trucks, buses, and other motorized on road vehicles. Over the last 60 years, an increase in vehicle ownership and the number of miles driven has made the transportation sector the largest contributor of greenhouse gas (GHG) emissions in the state, as well as a leading cause of air pollution and ozone-forming gas emissions.

The Public Resources Code, Section 25304, requires the California Energy Commission (CEC) to conduct transportation forecasting and assessment, including a forecast of "statewide and regional transportation energy demand" and assessment of "the factors leading to projected demand growth. Forecasting California's transportation sector is challenging given the rapid evolution toward a clean transportation system, and because transportation fuels and vehicles are influenced by developments in the global market.

Gasoline is the dominant fuel within the transportation sector, with diesel and aviation fuels following. Table 4.5-3 shows gasoline and diesel fuel consumption during the peak year vs. current year for the period 2003-2018.

**Table 4.5.3 - Fuel Consumption- Peak Year vs. Current Year for 2003-2018**

| Fuel Type | Billions of Gallons/ Peak Consumption Year | Billions of Gallons/ Current Consumption Year |
|---|---|---|
| Gasoline | Year 2005 (15 billion) | Year 2018 (14 billion) |
| Diesel | Year 2007 (3.75 billion) | Year 2018 (3.25 billion) |

Source: *California Energy Commission, Final 2019 Integrated Energy Policy Report, Appendix C, 2019.*

Petroleum-based fuels continue to represent the largest shares of transportation energy demand, at present and through the forecasted period (2030). The decline in gasoline demand forecast is primarily due to improvements in fuel efficiency and increased electrification.

### 4.5.2  NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21, 2020.  No comments were received during the NOP comment period that pertain to the topic of Energy resources.

### 4.5.3  Regulatory Framework

The proposed Project would be required to directly and indirectly comply with all mandatory regulatory requirements aimed at energy conservation and fuel use that would lessen the energy demands of the proposed Project.  There are many such regulatory requirements, with the primary ones discussed briefly below.

**State Regulations**

*Title 24, Part 6, Energy Efficiency Standards*

Title 24 requires the design of building shells and building components to conserve energy. The standards are updated periodically to allow for consideration and possible incorporation of new energy efficiency technologies and methods. The 2019 Building Energy Efficiency Standards, which were adopted on May 9, 2018, went into effect starting January 1, 2020.

*Title 24, Part 11, Green Building Standards*

The California Green Building Standards Code (24 CCR Part 11, known as "CALGreen") was adopted as part of the California Building Standards Code. It includes mandatory requirements for new residential and nonresidential buildings throughout California. CALGreen is intended to (1) reduce GHG emissions from buildings; (2) promote environmentally responsible, cost-effective, healthier places to live and work; (3) reduce energy and water consumption; and (4) respond to the directives by the governor. The code also requires building commissioning, which

is a process for verifying that all building systems (e.g., heating, and cooling equipment and lighting systems) are functioning at their maximum efficiency.

**Local Regulations**

*City of Banning General Plan*

- Policy 1 Promote energy conservation throughout all areas of the community and sectors of the local economy, including the planning and construction of urban uses and in City and regional transportation systems.

    o    Program 1.A The City shall strictly and consistently enforce all state mandated energy-conserving development and building codes/regulations and shall investigate and report on the appropriateness of developing more stringent local energy performance standards.

    o    Program 1.C The City shall strive for efficient community land use and transportation planning and design, and shall assure the provision of convenient neighborhood shopping, medical and other services located to minimize travel and facilitate the use of alternative means of transportation.

- Policy 2 Promote the integration of alternative energy systems, including but not limited to solar thermal, photovoltaics and other clean energy systems, directly into building design and construction.

    o    Program 2.A The City shall make available to residents, businesses, and the building industry information on commercially available conservation technologies, solar thermal and photovoltaic energy systems, fuel cell and other alternative energy technology. Building regulations and guidelines that provide for the safe and efficient installation of these systems shall also be provided.

*City of Banning Municipal Code*

Chapter 15.08 - Construction Codes implements the California Building Standards Code which has the authority to propose CALGreen standards for nonresidential structures that include, but are not limited to, new buildings or portions of new buildings, additions and alterations, and all occupancies where no other state agency has the authority to adopt green building standards applicable to those occupancies.

### 4.5.4    Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on Energy if it would:

> a)  *Result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary consumption of energy resources, during project construction or operation.*

> b)  *Conflict with or obstruct a state or local plan for renewable energy or energy efficiency.*

### 4.5.5    Impact Analysis

***Threshold 4.5.5 (a) Result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary consumption of energy resources, during project construction or operation?***

**Short-Term Construction**

Construction of the proposed Project would result in short-term energy demand generated using construction equipment and from worker and vendor vehicle trips to and from the Project site. There is no aspect of the proposed short-term construction process that would result in the inefficient, wasteful, and unnecessary consumption of energy because all construction equipment operating on the Project would be required to meet applicable regulatory requirements for fuel efficiency.

***Long-Term Operations***

*Fuel Consumption*

Energy demand would result from delivery, employee, and visitor vehicle/truck trips to and from the Project site.  Energy that would be consumed by Project-generated traffic is a function of total VMT and estimated vehicle fuel economies of vehicles accessing the Project site. Table 4.5-4 shows projected fuel consumption.

**Table 4.5.4 - Projected Fuel Consumption**

| Annual Vehicle Miles Traveled | Average Vehicle Fuel Economy | Estimated Annual Fuel Consumption (Gallons) |
|---|---|---|
| 12,632,720 | 26.0 | 485,837 |

*Source: California Air Resources Board.*

AR004518

*Natural Gas and Electricity*

Operational use of energy would include heating, cooling, and ventilation of buildings; operation of electrical systems, security functions, use of on-site equipment and appliances; and indoor, outdoor, perimeter, and parking lot lighting. Table 4.5-5 shows the projected energy demand by the Project for natural gas and electricity.

**Table 4.5.5- Projected Annual Operational Energy Demand**

| Energy Source | Metric | Total Demand |
|---|---|---|
| Natural Gas | KBTU/year | 248,201 |
| Electricity | kWh/year | 1,679,221 |

*Source: Sun Lakes Village North Specific Plan Amendment No. 6, Air Quality and Greenhouse Gas Evaluation (Appendix B).*

Energy use in buildings is divided into energy consumed by the built environment and energy consumed by uses that are independent of the construction of the building such as in plug-in appliances.  In California, the California Building Standards Code Title 24 governs energy consumed by the built environment, mechanical systems, and some types of fixed lighting.  Non-building energy use or "plug-in" energy use can be further subdivided by specific end-use (refrigeration, cooking, appliances, etc.).

*Operational Energy Efficiency/Conservation Measures*

Energy efficiency/energy conservation attributes of the Project would be complemented by increasingly stringent state and federal regulatory actions addressing vehicle fuel economies and vehicle emissions standards; and enhanced building/utilities energy efficiencies mandated under California building codes (e.g., Title 24, California Green Building Standards Code).

As shown in Table 4.5-5, the Project would create a net increase in electricity demand of approximately 1,679,221 kWh per year. This net increase is well within SCE's systemwide net increase in electricity supplies of approximately 15,273 GWh annually over the 2012-2024 period (CEC, Electricity Consumption by County, 2020). Therefore, there are sufficient planned electricity supplies in the region for the estimated net increase in electricity demands, and buildout under the proposed Project would not require expanded electricity supplies.

As shown in Table 4.5-5, the Project would generate a net increase in natural gas demand of approximately 248,201 KBTU/yr. This net increase is well within the Southern California Gas Company's systemwide natural gas supplies of approximately 923 million therms during the 2017 period. (CEC, 2020a). Therefore, there are sufficient planned natural gas supplies in the region for the estimated net increase in natural gas demands, and buildout under the proposed Project would not require expanded natural gas supplies.

Further, the energy demands of the Project can be accommodated within the context of available resources and energy delivery systems for natural gas and electricity. The Project would therefore not cause or result in the need for additional energy producing or transmission facilities.

Additionally, plans submitted for building permits of development projects in the Project area would be required to include verification demonstrating compliance with the 2016 Building and Energy Efficiency Standards and are also required to be reviewed. The project would also be required adhere to the provisions of CALGreen, which established planning and design standards for sustainable site development, energy efficiency (in excess of the California Energy Code requirements), water conservation, material conservation, and internal air contaminants.
Even though the project would increase the consumption of electricity and natural gas resources, the project would not increase demand such that SoCalGas and SCE would need to plan for new regional electricity or natural gas facilities, the construction of which could cause significant environmental effects.

Based on the above analysis, the proposed Project would not result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary consumption of energy resources, during project construction or operation.

*Level of Significance:* Less than significant.

---

***Threshold 4.5.5 (b) Conflict with or obstruct a state or local plan for renewable energy or energy efficiency?***

---

Applicable regulations and requirements, including plans for renewable energy and energy efficiency, are discussed above in subsection 4.5.6 (a). As noted above, plans submitted for building permits of development projects in the Specific Plan would be required to include verification demonstrating compliance with the 2016 Building and Energy Efficiency Standards and are also required to be reviewed. The project would also be required adhere to the provisions of CALGreen, which established planning and design standards for sustainable site development, energy efficiency, water conservation, material conservation, and internal air contaminants. As such, impacts are less than significant.

**Level of Significance***:* Less than significant.

### 4.5.6    Cumulative Impacts

*Construction Energy Demand*

Based on the preceding analysis, the Project's construction activities would not result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary

consumption of energy resources.  Construction activities associated with the Project would not be more energy-intensive than other similar construction operations throughout the region, and the Project would be subject to applicable regulations designed to reduce energy consumption.  Accordingly, the Project's impacts due to construction-related energy consumption would be less than significant.

*Operational Energy Demand*

Mandatory compliance with the applicable provisions of CALGreen would ensure that the Project uses energy efficiently.  Moreover, energy consumed by the Project is calculated to be comparable to, or less than, energy consumed by other individual residential or commercial uses of similar scale and intensity than are currently constructed and operating in California.  On this basis, the Project would not result in the inefficient, wasteful, or unnecessary consumption of energy.  Furthermore, the Project would not cause or result in the need for additional energy facilities or energy delivery systems outside of connection to the existing utilities located in the adjacent roadways.

As indicated under the analysis for Threshold 4.5.6 (b), the Project would not conflict with or obstruct a state or local plan for renewable energy or energy efficiency.  As such, the Project has no potential to result in cumulatively considerable impacts due to a conflict with or obstruction of such plans.

**Level of Significance**: Less than significant.

### 4.5.7    References

City of Banning, City of Banning General Plan, adopted January 1, 2020. Available a:t http://www.ci.banning.ca.us/468/General-Plan-Amendments, accessed April 1, 2020.

State of California, *California Building Standards Code Title*, adopted January 31, 2006. Available at: https://www.dgs.ca.gov/BSC/Resources/Page-Content/Building-Standards-Commission-Resources-List-Folder/CALGreens, accessed April 1, 2020.) (CalGreen).

State of California, *Energy Commission, Electricity Consumption by County, 2018*. Available at: https://www.energy.ca.gov/data-reports/energy-almanac/california-electricity-data). Accessed April 1, 2020.

State of California, *Energy Commission, Gas Consumption by County, 2018*. Available at: http://www.ecdms.energy.ca.gov/gasbycounty.aspx). Accessed April 1, 2020.

AR 007381

AR004521

## 4.6    GEOLOGY AND SOILS

The following questions in the Initial Study related to Geology and Soils were screened out or removed from more detailed analysis in this EIR (i.e., they were determined to have "no impact", a "less than significant impact", or be "less than significant with mitigation incorporated" in the Initial Study and are not addressed further in the EIR). These questions are described below:

*Would the Project:*

a)    *Directly or indirectly cause potential substantial adverse effects, including the risk of loss, injury, or death involving:*

   i)    *Rupture of a known earthquake fault, as delineated on the most recent Alquist-Priolo Earthquake Fault Zoning Map issued by the State Geologist for the area or based on other substantial evidence of a known fault?  Refer to Division of Mines and Geology Special Publication 42?*

   ii)    *Strong seismic ground shaking?*

   iii)    *Seismic-related ground failure, including liquefaction?*

   iv)    *Landslides?*

b)    *Result in substantial soil erosion or the loss of topsoil?*

c)    *Be located on a geologic unit or soil that is unstable, or that would become unstable because of the Project, and potentially result in on-site or offsite landslide, lateral spreading, subsidence, liquefaction, or collapse?*

d)    *Be located on expansive soil, as defined in Table 18-1-B of the Uniform Building Code (1994), creating substantial direct or indirect risks to life or property?*

e)    *Have soils incapable of adequately supporting the use of septic tanks or alternative wastewater disposal systems where sewers are not available for the disposal of wastewater?*

This section examines the potential environmental impacts of the proposed Project relative to Geology and Soils for the following question:

*Would the Project:*

a) *Directly or indirectly destroy a unique paleontological resource or site or unique geologic feature?*

### 4.6.1  Environmental Setting

Paleontological resources are fossilized remnants of prehistoric plants or animals preserved in soil or rock layers over time. Fossils and trace fossils are typically preserved in sedimentary rock units, typically in fine-to-medium-grained marine lake and stream deposits such as limestone, sandstone, or shale, and in ancient soils. Fossils are also typically found in coarse-grained sediments including coarse alluvium or conglomerates.

The primary geologic units underlying the Project site are shown in Figure 4.6-1, Geologic Map. As shown in Figure 4.6-1, geologic units underlying the Project site include Quaternary old alluvial fan deposits, Quaternary incredibly old alluvial fan deposits, Cretaceous gabbro metasedimentary rock, and Mesozoic metasedimentary rock (undifferentiated rock formations).

### 4.6.2  NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21.2020.  No comments were received during the NOP comment period that pertain to the topic of Paleontological resources.

### 4.6.3  Regulatory Framework

**Federal Regulations**

*Paleontological Resources Preservation Act*

The Paleontological Resources Preservation Act was signed into law on March 30, 2009 (Public Law 111-11, Title VI, Subtitle D; 16 U.S.C. §§ 470aaa - 470aaa-11).  The act directs the Department of Agriculture (U.S. Forest Service) and the Department of the Interior (National Park Service, Bureau of Land Management, Bureau of Reclamation, and Fish and Wildlife Service) to implement comprehensive paleontological resource management programs.

AR 007383

AR004523

**Figure 4.6.1-  Soils Map**



AR 007384

AR004524

**State**

Public Resources Code (PRC) Section 5097.5. PRC Section 5097.5 provides for the protection of cultural and paleontological resources and prohibits the removal, destruction, injury, or defacement of archaeological and paleontological features on any lands under the jurisdiction of State or local authorities.

### 4.6.4    Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on Paleontological Resources if it would:

*(a) Directly or indirectly destroy a unique paleontological resource?*

### 4.6.5  Impact Analysis

***Threshold 4.6.5 (a) - Directly or indirectly destroy a unique paleontological resource?***

Guidelines developed by the County of Riverside to determine the likelihood of the presence of paleontological resources at a given site. Following the County's established process, baseline information is used to assign the paleontological sensitivity of a geologic unit(s) (or members thereof) to one of four categories—Low, Undetermined, High A (Ha), and High B (Hb) potential.

The Paleontological Resources Sensitivity Map of Riverside County (MMC, 2020), indicates that paleontological sensitivity for sediments north of the fault where it traverses the Project site is classified as "Undetermined Potential (U)" which is defined as follows:

*"Undetermined Potential (U): Areas underlain by sedimentary rocks for which literature and unpublished studies are not available have undermined potential for containing significant paleontological resources. These areas must be inspected by a field survey conducted by a qualified vertebrate paleontologist."*

The Project has a possibility of encountering paleontological resources underlying the Pleistocene deposits located on the site during grading activities. Mitigation Measures MM GEO 1 through MM GEO 3. Implementation of MM GEO 1 through MM GEO 3 will ensure impacts to paleontological resources are less than significant with mitigation incorporated.

***GEO - 1****: Paleontological Resource Impact Mitigation Program.   Prior to the issuance of a grading permit, the Project Proponent shall prepare a paleontological resource impact mitigation program (PRIMP) for the grading and excavation phase of the Project, including both on- and off -site activities. The PRIMP shall be submitted for review and approval to the City of Banning*

AR004525

*Community Development Department and shall conform to the guidelines of the Society of Vertebrate Paleontology; including the following:*

   a)  *A trained paleontological monitor shall be present during initial mass grading or deep trenching activities within the Project in sediment areas determined likely to contain paleontological resources. If paleontological resources are located within excavation, the monitoring program will change to full-time. The monitor shall be empowered to temporarily halt or redirect construction activities to ensure avoidance of adverse impacts to paleontological resources. The monitor shall be equipped to rapidly remove any large fossil specimens encountered during excavation. During monitoring, samples shall be collected and processed to recover microvertebrate fossils. Processing shall include wet screen washing and microscopic examination of the residual materials to identify small vertebrate remains.  Upon encountering a large deposit of bone, salvage of all bone in the area shall be conducted in accordance with modern paleontological techniques.  All fossils collected during the Project shall be prepared to a reasonable point of identification. Excess sediment or matrix shall be removed from the specimens to reduce the bulk and cost of storage. Itemized catalogs of all material collected and identified shall be provided to the museum repository along with the specimens.  A report documenting the results of the monitoring and salvage activities and the significance of the fossils will be prepared. All fossils collected during this work, along with the itemized inventory of these specimens, shall be deposited in a museum repository for permanent curation and storage. All fossils collected during this work, along with the itemized inventory of these specimens, shall be deposited in a museum repository for permanent curation and storage.*

**Level of Significance:** With implementation of Mitigation Measure GEO-1, impacts on paleontological resources would be less than significant.

### 4.6.6    Cumulative Impacts

The geographic setting for the analysis of cumulative impacts is the San Gorgonio Pass region of Riverside County.  All subsurface Pleistocene sediments in the San Gorgonio Pass area have potential to contain significant, nonrenewable paleontological resources.  Individual development projects undertaken in the region could, depending upon site conditions, constitute an incremental adverse impact on the region's paleontological resources in the absence of mitigation measures.

Implementation of the proposed Project in conjunction with other planned projects in the region could result in cumulative impacts to paleontological resources. However, other development projects would be required to undergo discretionary review and be subject to the same resource protection requirements and CEQA review as the proposed Project. For example, other development projects may require some degree of ground disturbing monitoring, which would minimize the potential to disturb significant paleontological resources.  If paleontological

AR 007386

AR004526

resources were found, they would be addressed through the necessary testing, archiving, and recovery prior to development of a site.

**Level of Significance**: With implementation of Mitigation Measure GEO-1, which requires the preparation of a paleontological resource impact mitigation program (PRIMP) for the grading and excavation phase of the Project, the Project would not make a cumulatively considerable contribution to regional paleontological resources and would therefore be cumulatively less than-significant.

### 4.6.7   References

County of Riverside, Map My County. (Available at:
   https://gis.countyofriverside.us/Html5Viewer/?viewer=MMC_Public.Accessed April 21, 2020.

AR 007387

AR004527

## 4.7    GREEN HOUSE GAS EMISSIONS

This section of the EIR evaluates the potential for Project to cumulatively contribute to greenhouse gas (GHG) emissions. Because no single project is large enough to result in a measurable increase in global concentrations of GHG emissions, climate change impacts of a Project are considered on a cumulative basis. The analysis in this section is based in part on the following technical information:

*Sun Lakes North Specific Plan Amendment No.6 Air Quality and Greenhouse Evaluation*, Urban Crossroads, July 3, 2020. A complete copy of this report is included in the Technical Appendices to this EIR (Appendix C).

### 4.7.1    Environmental Setting

Global climate change is defined as the change in average meteorological conditions on the earth with respect to temperature, precipitation, and storms. Historical changes to the earth's climate have occurred naturally without human influence, as in the case of an ice age. However, scientific evidence suggests that climate shift since the Industrial Revolution is happening because of greenhouse gases resulting from human activity and industrialization over the past 200 years.

***Greenhouse Gases***

Gases that trap heat in the atmosphere are called greenhouse gases GHG). The primary components of GHG are described below.

- **Carbon Dioxide CO2**: Carbon dioxide enters the atmosphere through burning fossil fuels (coal, natural gas, and oil), solid waste, trees, and other biological materials, and because of certain chemical reactions (e.g., manufacture of cement). Carbon dioxide is removed from the atmosphere (or "sequestered") when it is absorbed by plants as part of the biological carbon cycle.

- **Methane (CH4)**: Methane is emitted during the production and transport of coal, natural gas, and oil. Methane emissions also result from livestock and other agricultural practices and by the decay of organic waste in municipal solid waste landfills.

- **Nitrous Oxide (N2O)**: Nitrous oxide is emitted during agricultural and industrial activities, combustion of fossil fuels and solid waste, as well as during treatment of wastewater.

Each of these gases can remain in the atmosphere for different amounts of time, ranging from a few years to thousands of years. All these gases remain in the atmosphere long enough to

become well mixed, meaning that the amount that is measured in the atmosphere is roughly the same all over the world, regardless of the source of the emissions.

### Effects of Climate Change in California

#### Public Health

Higher temperatures caused by GHG emissions may increase the frequency, duration, and intensity of conditions conducive to air pollution formation. Higher temperatures may increase the frequency, duration, and intensity of conditions conducive to air pollution formation. Higher temperatures could increase the risk of death from dehydration, heat stroke/exhaustion, heart attack, stroke, and respiratory distress caused by extreme heat.

#### Water Resources

 A vast network of man-made reservoirs and aqueducts captures and transports water throughout the state from northern California rivers and the Colorado River. The current distribution system relies on Sierra Nevada snowpack to supply water during the dry spring and summer months. Rising temperatures, potentially compounded by decreases in precipitation, could severely reduce spring snowpack, increasing the risk of summer water shortages.

The state's water supplies are also at risk from rising sea levels. An influx of salt water could degrade California's estuaries, wetlands, and groundwater aquifers. Saltwater intrusion caused by rising sea levels is a major threat to the quality and reliability of water within the southern edge of the Sacramento/San Joaquin River Delta, a major fresh water supply.

#### Agriculture

Increased temperatures could cause widespread changes to the agriculture industry, reducing the quantity and quality of agricultural products statewide. First, California farmers could possibly lose as much as 25 percent of the water supply, they need. California's farmers could face greater water demand for crops and a less reliable water supply as temperatures rise. Crop growth and development could change, as could the intensity and frequency of pest and disease outbreaks. Rising temperatures could aggravate ozone (O3) pollution, which makes plants more susceptible to disease and pests and interferes with plant growth.

#### Forests and Landscapes

Global climate change has the potential to intensify the current threat to forests and landscapes by increasing the risk of wildfire and altering the distribution and character of natural vegetation. The risk of large wildfires in California could increase by as much as 55 percent, which is almost twice the increase expected if temperatures stay in the lower warming range.

In addition, continued global climate change has the potential to alter natural ecosystems and biological diversity within the state. For example, alpine and subalpine ecosystems could decline by as much as 60 to 80 percent by the end of the century because of increasing temperatures. The productivity of the state's forests has the potential to decrease because of global climate change.

*Rising Sea Levels*

Rising sea levels can contribute to more intense coastal storms, and warmer water temperatures could increasingly threaten the state's coastal regions.  Rising sea levels could inundate low-lying coastal areas with salt water, accelerate coastal erosion, threaten vital levees and inland water systems, and disrupt wetlands and natural habitats.

### 4.7.2    NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21.2020.  No comments were received during the NOP comment period that pertain to the topic of Greenhouse Gas Emissions.

### 4.7.3    Regulatory Framework

Climate change and the impact of GHG emissions is a global issue. In California, a series of executive orders and laws have generated policies and actions across State government, among local and regional governments, and within industry. These policies also have encouraged collaboration with federal agencies and spurred partnerships with many jurisdictions beyond California's borders to achieve the goal of reducing GHG emissions.

Emissions reductions are achieved through the efforts of federal, State, and regional programs, in addition to local measures that jurisdictions will implement in their community. State and federal emissions reductions are primarily achieved through regulations, such as efficiency standards for passenger vehicles (e.g., the Corporate Average Fuel Economy standards), reduction in carbon content of transportation fuels (e.g., the Low Carbon Fuel Standard), and minimum renewable energy supply requirements for utilities (e.g., the Renewables Portfolio Standard). Measures regulated and implemented by the State and federal government achieve reductions without additional action by local communities.

Some State and federal programs also require local action within communities. The California Green Building Standards Code (CALGreen) requires, at a minimum, that new buildings and renovations in California meet certain design standards. New residential and commercial buildings must meet certain baseline efficiency and sustainability standards. These baselines are established through locally adopted building codes and will result in GHG reductions.

The regulatory framework described below is targeted to the State of California, County of Riverside, and the City of Banning. Implementation of this regulatory framework will serve to reduce GHG emissions of a national and international level.

**State Regulations**

*California Global Warming Solutions Act of 2006 [Assembly Bill 32 (AB 32)]*

In 2006, the Legislature passed the California Global Warming Solutions Act of 2006 [Assembly Bill 32 (AB 32)], which created a comprehensive, multi-year program to reduce greenhouse gas emissions in California. The *2017 Scoping Plan* identifies how the State can reach the 2030 climate target to reduce GHG emissions by 40 percent from 1990 levels, and substantially advance toward the 2050 climate goal to reduce GHG emissions by 80 percent below 1990 levels.

From its inception, AB 32 recognized the importance of California's climate leadership and engagement with other jurisdictions, and directed the California Air Resources Board (CARB) to consult with the federal government and other nations to identify the most effective strategies and methods to reduce GHGs, manage GHG control programs, and facilitate the development of integrated and cost-effective regional, national, and international GHG reduction programs.

The 2017 Scoping Plan incorporates, coordinates, and leverages many existing and ongoing efforts and identifies new policies and actions to accomplish the State's climate goals.

*SB 375 – Sustainable Communities and Climate Protection Act of 2008*

SB 375 builds from AB 32 and aims to reduce GHG emissions by linking transportation funding to land use planning. It requires the state's metropolitan planning organizations (MPO) to create a sustainable communities strategy (SCS) in their regional transportation plans (RTP) for the purpose of reducing urban sprawl. Under SB 375, CARB established regional targets for GHG emissions reductions from passenger vehicle use for each MPO. The regional reduction targets for the Southern California Association of Governments (SCAG) region, which is the MPO with jurisdiction over the WRCOG subregion, are 8% per capita by 2020, and a conditional target of 13% per capita by 2035 from 2005 levels. In April 2012, SCAG adopted its first SCS, which demonstrates how the region will achieve the GHG emissions reduction targets set by CARB.

**Regional Regulations**

*Southern California Association of Governments Regional Transportation Plan and Sustainable Communities Strategy*

The Southern California Association of Governments (SCAG) is the regional planning agency for Imperial, Los Angeles, Orange, Riverside, San Bernardino, and Ventura counties, and serves as a

AR004531

forum for regional issues relating to transportation, the economy, community development, and the environment. SCAG serves as the federally designated MPO for the Southern California region

The *Regional Transportation Plan and Sustainable Communities Strategy* (RTP/SCS) serves as a long-range transportation plan that is developed and updated by SCAG every four years. The RTP provides a vision for the development of transportation facilities throughout the region based on growth forecasts and economic trends that project over a 20-year period. The SCS expands upon transportation strategies in the RTP to analyze growth patterns and establish future land use strategies that aid the region in meeting its GHG reduction targets. The SCS does not mandate future land use policies for local jurisdictions, but rather provides a foundation of regional policy upon which local governments can build. WRCOG and its member jurisdictions partner with SCAG and are active members in the development and implementation of the RTP/SCS.

*Western Riverside Council of Governments Subregional Climate Action Plan (2014)*

AB 32 directed public agencies in California to support the statewide goal of reducing GHG emissions to 1990 levels by 2020.  The Western Riverside Council of Governments (WRCOG) Subregional Climate Action Plan (CAP) Climate Action Plan supports AB 32 at the local level. The CAP provides a policy framework for how the subregion can do its part to reduce emissions. While compliance with AB 32 is not a requirement for local jurisdictions, demonstrating consistency with statewide reduction goals can significantly assist WRCOG jurisdictions in qualifying for incentives such as grant funding.

**Local Regulations**

*City of Banning General Plan*

The City of Banning General Plan policies that support the reduction of GHG emissions include the following:

- <u>Water Resources Element Policy 2:</u> The City shall require the use of drought-tolerant, low water consuming landscaping as a means of reducing water demand for new development.

- <u>Energy and Mineral Resources Element Goal</u>: Efficient, sustainable, and environmentally appropriate use and management of energy and mineral resources, assuring their long-term availability and affordability.

- <u>Energy and Mineral Resources Policy 2:</u> Promote the integration of alternative energy systems, including but not limited to solar thermal, photovoltaics and other clean energy systems, directly into building design and construction.

*City of Banning Municipal Code*

The City of Banning Municipal Code regulations that support the reduction of GHG emissions include, but are not limited, to the following:

- The California Building Standards Code, also known as Title 24, is a set of regulations that govern how new (and in some cases significantly remodeled) buildings in the state must be constructed. One section of Title 24 is Part 11, the California Green Building Standards Code (CALGreen), which includes standards for water use, air quality, recycling and waste reduction, and other green building-related items. A related section, Part 6 (the California Energy Code), includes building energy efficiency standards.

- Municipal Code Chapter 8.52 is intended to eliminate barriers to recycling in the City in order to enable the City to reach waste reduction goals mandated by Assembly Bill 939 and space allocation requirements mandated by the California Solid Waste Reuse and Recycling Access Act of 1991 (AB1327).

- Municipal Code Chapter 8.60 is intended to reduce congestion and air pollution caused by vehicle trips and vehicle miles traveled.

- Municipal Code Chapter 17.28 requires that a minimum of 15 percent of the net area of all parking areas shall be landscaped.

- Municipal Code Chapter 13.16 establishes a water conservation plan to reduce water consumption in the landscape environment using xeriscape principles.

- Municipal Code Chapter 17.32 establishes landscaping regulations that are intended to protect and preserve the natural environment in the City of Banning, and to incorporate green space, vegetation, and shade into the urban landscape.

- Municipal Code Chapter 17.32 implements the California State Model Water Efficient Landscape Ordinance.

### 4.7.4   Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. Appendix G of the State CEQA Guidelines recognizes the following significance threshold related to greenhouse gas emissions.  The Project would have a significant impact on greenhouse gas emissions if it would:

*a)  Generate greenhouse gas emissions, either directly or indirectly, that may have a significant impact on the environment.*

*b)  Conflict with an applicable plan, policy or regulation adopted for the purpose of reducing the emissions of greenhouse gases.*

To provide guidance to local lead agencies on determining significance for GHG emissions in their CEQA documents, SCAQMD has convened a GHG CEQA Significance Threshold Working Group (Working Group). Based on the last Working Group meeting (Meeting No. 15) in September 2010, SCAQMD is proposing to adopt a tiered approach for evaluating GHG emissions for development projects where SCAQMD is not the lead agency. A proposed project would be evaluated against the tiers and a determination made as to which tier would be the most appropriate for the individual project.

- **Tier 1.** Tier 1 consists of evaluating whether the project qualifies for any applicable exemption under CEQA. If the project qualifies for an exemption, no further action is required.

- **Tier 2.** Tier 2 consists of determining whether the project is consistent with a GHG reduction plan that may be part of a local general plan, for example. The concept embodied in this tier is equivalent to the existing consistency determination requirements in CEQA Guidelines Sections 15064(h)(3), 15125(d), or 15152(a). The GHG reduction plan must, at a minimum, comply with AB 32 GHG reduction goals; include an emissions inventory agreed upon by either the ARB or the SCAQMD, have been analyzed under CEQA and have a certified Final CEQA document, and have monitoring and enforcement components. If the proposed project is consistent with the qualifying local GHG reduction plan, it is not significant for GHG emissions.

- **Tier 3.** Does the project exceed the applicable GHG screening thresholds?

  - Industrial (when SCAQMD is the Lead Agency): 10,000 MTCO2e/yr
  - Residential: 3,500 MTCO2e/yr
  - Commercial: 1,400 MTCO2e/yr
  - Mixed-use: 3,000 MTCO2e/yr If a project's GHG emissions exceed the GHG screening threshold, the project would be analyzed under Tier 4.

- **Tier 4.** Tier 4 establishes a decision tree approach that includes compliance options for projects that have incorporated design features into the project and/or implement GHG mitigation measures.

  - Efficiency Target (2020 Targets)

- 4.8 MTCO2e per Service Population (SP) for project level threshold (land use emissions only) and total residual emissions not to exceed 25,000 MMTCO2e per year

- 6.6 MT CO2e per SP for plan level threshold (all sectors)

  o Efficiency Target (2035 Targets)
  - 3.0 MT CO2e per SP for project level threshold .

  - 4.1 MT CO2e per SP for plan level threshold If the lead agency or project proponent cannot achieve the performance standards on any of the compliance options in Tier 4, the project related GHG emissions would be considered significant.

- **Tier 5.** Tier 5 would require projects to implement on-site and off-site GHG mitigation to include financially supporting net GHG-reducing projects sufficient to reduce GHG emission impacts for the life of the project (30 years) to less than the applicable GHG screening threshold level.

## 4.7.5    Impact Analysis

***Threshold 4.7.5 (a) - Generate greenhouse gas emissions, either directly or indirectly, that may have a significant impact on the environment.***

Both construction and operational emissions for the Project were estimated by using the California Emissions Estimator Model (CalEEMod) which is a statewide land use emissions computer model designed to provide a uniform platform for government agencies to quantify potential greenhouse gas emissions from a variety of land use projects. The model can be used for a variety of situations where a greenhouse gas emissions analysis is necessary or desirable such as California Environmental Quality Act (CEQA) documents and is authorized for use by the South Coast Air Quality Management District.

*Construction Emissions*

Construction activities associated with the project would result in emissions of CO2 and CH4 from construction activities. For construction phase Project emissions, GHGs are quantified and amortized over the life of the project.  To amortize the emissions over the life of the project, the SCAQMD recommends calculating the total greenhouse gas emissions for the construction activities, dividing it by a 30-year project life then adding that number to the annual operational phase GHG emissions.  As such, construction emissions were amortized over a 30-year period and added to the annual operational phase GHG emissions.

*Operational Emissions*

Operational activities associated with the Project would result in emissions of CO2, CH4, and N2O from the following primary sources: Area Source Emissions; Energy Source Emissions (combustion emissions associated with natural gas and electricity); Mobile Source Emissions; Water Supply, Treatment, and Distribution; and Solid Waste.  Each is discussed below.

- **Area Source Emissions:** Landscape maintenance equipment would generate emissions from fuel combustion and evaporation of unburned fuel.  Equipment in this category would include lawnmowers, shedders/grinders, blowers, trimmers, chain saws, and hedge trimmers used to maintain the landscaping of the project.

- **Energy Source Emissions Combustion Emissions Associated with Natural Gas and Electricity:** GHGs are emitted from buildings because of activities for which electricity and natural gas are typically used as energy sources.

- **Mobile Source Emissions:** Vehicles GHG emissions also would result from mobile sources associated with the project.  Project mobile source emissions are dependent on both overall daily vehicle trip generation and the effect of the project on peak hour traffic volumes and traffic operations in the vicinity of the project.

- **Water Supply, Treatment and Distribution:** Indirect GHG emissions result from the production of electricity used to convey, treat, and distribute water and wastewater. The amount of electricity required to convey, treat, and distribute water depends on the volume of water as well as the sources of the water.

Table 4.7-1 below summarizes the total amount of GHG emissions that will be generated at buildout of the Project.

AR 007396

AR004536

**Table 4.7.1 - Total Greenhouse Gas Emissions**

| Emission Source | Emissions (MT/yr) | | | |
|---|---|---|---|---|
| | CO2 | CH4 | N20 | Total CO2e |
| Construction (amortized over 30 years) | 128.61 | 2.00E-05 | 0 | 6.58E-03 |
| Area | 0.024 | 6.00E-05 | 0 | 0.0256 |
| Energy | 2,457.91 | 0.0987 | 0.0222 | 2,467.00 |
| Mobile | 7,330.65 | 0.3031 | 0 | 7,338.23 |
| Waste | 342.8822 | 20.2638 | 0 | 849,4761 |
| Water Usage | 957,9059 | 6.9501 | 0.1709 | 1,182.57 |
| **Total C02e (All Sources)** | **11,966.27** | | | |

*Source: Sun Lakes North Specific Plan Amendment No. 6 Air Quality and Greenhouse Gas Evaluation (Appendix B).*

For this Project, the Tier 3 screening threshold is applied for screening purposes. As shown in Table 4.7-1 above, the Project site will generate 11,966.30 MTCO2e per year from construction, area, energy, mobile, waste, and water usage which exceeds the Tier 3 screening threshold of 3,000 MTCO2e per year. As such, impacts are potentially significant.

In order to reduce impacts to the maximum extent feasible, the City of Banning regulations that support the reduction of GHG emissions identified under Local Regulations on page 4.2-5 and 4.2-6 are required of the Project and will be imposed on future development projects. In addition, the following Mitigation Measures are required:

***GHG-1: GHG Reduction Documentation****. Prior to the issuance of a building permit, documentation that the following GHG reduction measures shall be implemented by future development projects is required. Documentation may consist of a letter stating how the project will comply and identify the verification mechanism for each measure required below (e.g. shown on building plans, landscaping plans, etc.)*

*The project shall devise a comprehensive water conservation strategy to reduce water use during project operation. The strategy will include the following:*

    *1)  Install drought-tolerant plants for landscaping.*

2) *Install water-efficient irrigation systems, such as weather-based and soil-moisture- based irrigation controllers and sensors, for landscaping according to the California Department of Water Resources Model Efficient Landscape Ordinance.*

3) *Ensure that all landscape and irrigation measures follow the City of Banning's Landscaping and Water Conservation requirements.*

**GHG-2: Building Design.** *The project will design building shells, building components, such as windows, roof systems and electrical systems to meet 2016 Title 24 Standards (or applicable requirements in effect at the time a building permit is applied for).*

**GHG-3: LEED Features**. *Buildings will be designed to provide CALGreen Standards with Leadership in Energy and Environmental Design (LEED) features for potential certification and will employ energy and water conservation measures in accordance with such standards. This includes design considerations related to the building envelope, HVAC, lighting, and power systems. Additionally, the architectural expression such as roofs and windows in the buildings will relate to conserving energy.*

**GHG-4. Energy Efficient Lighting**. *Prior to the issuance of a building permit, building plans shall require that high-efficiency lighting (such as LED lighting that is 34 percent more efficient than fluorescent lighting) be installed within buildings on-site.*

**GHG-5. Efficient Building Materials/Equipment.** *The project will utilize building materials/methods and heating equipment that are efficient and reduce emissions that may include, but not limited to, high-efficiency heat pumps; thin insulating materials; windows and building surfaces with tunable optical properties; high efficiency lighting devices; improved software for optimizing building design and operation; low cost, easy to install, energy harvesting sensors and controls; interoperable building communication systems;  and optimized control strategies.*

**GHG-6. Reduce Indoor Water Demand.** *Prior to the issuance of a building permit, building plans shall require that all faucets, toilets, and showers installed in the proposed structures utilize low-flow fixtures that would reduce indoor water demand by 20% per CalGreen Standards.*

**Level of Significance:** Even with implementation of mandatory Municipal Code requirements and Mitigation Measures GHG-1 through GHG-6, impacts are **significant and unavoidable.**

**Threshold 4.7.5 (b)-Conflict with an applicable plan, policy or regulation adopted for the purpose of reducing the emissions of greenhouse gases.**

The City does not currently have an adopted plan, policy, or regulation for the purpose of reducing GHG emissions; however, there are regional and State plans as described on pages 4.7-

3 through 4.7-6 that apply to the Project. No other applicable plans, policies, or regulations adopted for the purpose of reducing GHG emissions apply to the project, other than those noted above.

The Project is evaluated relative to the goals SCAG's 2016-2040 RTP/SCS and the City's adopted General Plan policies that pertain to GHG emissions.

*California Global Warming Solutions Act of 2006 [Assembly Bill 32 (AB 32)]*

In 2006, the Legislature passed the California Global Warming Solutions Act of 2006 [Assembly Bill 32 (AB 32)], which created a comprehensive, multi-year program to reduce greenhouse gas emissions in California. The *2017 Scoping Plan* identifies how the State can reach the 2030 climate target to reduce GHG emissions by 40 percent from 1990 levels, and substantially advance toward the 2050 climate goal to reduce GHG emissions by 80 percent below 1990 levels.

Achieving the statewide AB 32 target reduction of 40 percent from 1990 and 80 percent below 1990 levels as identified in the  2017 Scoping Plan is generally not applicable to the project in many instances as this target is statewide, and the majority of GHG emissions are generated from industrial sources (such as electrical generating plants) and mobile vehicle emissions, both of which are regulated by other state and federal agencies and are outside the control of the City of Banning.

Notwithstanding, the following demonstrates the Project's consistency with the 2017 Scoping Plan.

Table 4.7-2 provides a summary of the Climate Change Policies and Measures discussed in the Scoping Plan, including, but not limited to, those identified specifically to achieve the 2030 target. The project's consistency with the major elements of the *2017 Scoping Plan* to achieve the GHG reductions are described in Table 4.7-2.

**Table 4.7.2 - Scoping Plan Consistency Analysis**

| 2017 Scoping Plan Measures to Reduce GHG Emissions | Responsibility for Implementation |
|---|---|
| Implement SB 350 by 2030:<br><br>• Increase the Renewables Portfolio Standard to 50 percent of retail sales by 2030 and ensure grid reliability.<br>• Establish annual targets for statewide energy efficiency savings and demand reduction that will achieve a cumulative doubling of statewide energy efficiency savings in electricity and natural gas end uses by 2030.<br>• Reduce GHG emissions in the electricity sector through the implementation of the above | **Not Applicable.** The agencies responsible for implementing these measures are the California Public Utilities Commission, California Energy Commission, and the California Air Resources Board. |

| 2017 Scoping Plan Measures to Reduce GHG Emissions | Responsibility for Implementation |
|---|---|
| measures and other actions as modeled in IRPs to meet GHG emissions reductions planning targets in the IRP process. Load-serving entities and publicly owned utilities meet GHG emissions reductions planning targets through a combination of measures as described in IRPs. | |
| Implement Mobile Source Strategy (Cleaner Technology and Fuels):<br><br>• At least 1.5 million zero emission and plug-in hybrid light-duty electric vehicles by 2025.<br>• At least 4.2 million zero emission and plug-in hybrid light-duty electric vehicles by 2030<br><br>• Further increase GHG stringency on all light-duty vehicles beyond existing Advanced Clean Cars regulations. • Medium- and heavy-duty GHG Phase 2.<br>• Transition to a suite of to-be-determined innovative clean transit options. Also, new natural gas buses, starting in 2018, and diesel buses, starting in 2020, meet the optional heavy-duty low-NOX standard.<br>• Last Mile Delivery: New regulation that would result in the use of low NOX or cleaner engines and the deployment of increasing numbers of zero-emission trucks primarily for class 3-7 last mile delivery trucks in California.<br>• Further reduce VMT through continued implementation of SB 375 and regional Sustainable Communities Strategies; forthcoming statewide implementation of SB 743; and potential additional VMT reduction strategies. | **Not in Conflict.** The agencies responsible for implementing these measures are the California Air Resources Board, California State Transportation Agency, Strategic Growth Council, CalTrans California Energy Commission, and the Governor's Office of Planning & Research. Customers, employees of, and deliveries to the proposed Project will utilize these vehicles as they become available.<br><br>As it applies to the project, the project follows the measures to reduce vehicles miles traveled and the policies contained in the SCAG 2016-2040 RTP/SCS Goals. (See Section 4.9- Land Use and Planning). |
| Increase stringency of SB 375 Sustainable Communities Strategy (2035 targets). | **Not in Conflict.** The agencies responsible for implementing this measure is the California Air Resources Board. As it applies to the project, the project follows the measures contained in the SCAG 2016-2040 RTP/SCS Goals. (See Section 4.9- Land Use and Planning). |
| Adjust performance measures used to select and design transportation facilities:<br>• Harmonize project performance with emissions reductions and increase competitiveness of transit and active transportation modes (e.g. via guideline documents, funding programs, project selection, etc.). | **Not Applicable.** The agencies responsible for implementing these measures are the California State Transportation Agency, Strategic Growth Council, Office of Planning and Research, California Air Resources Board, Governor's Office of Business and Economic Development, California Infrastructure Economic Development Bank, Department of Finance, California Transportation Commission, and Caltrans |

AR004540

| 2017 Scoping Plan Measures to Reduce GHG Emissions | Responsibility for Implementation |
|---|---|
| Develop pricing policies to support low-GHG transportation (e.g. low-emission vehicle zones for heavy duty, road user, parking pricing, transit discounts). | **Not Applicable.** The agencies responsible for implementing these measures are the California State Transportation Agency, Caltrans, Governor's Office of Planning & Research, Strategic Growth Council, the California Air Resources Board. |
| Implement California Sustainable Freight Action Plan:<br><br>• Improve freight system efficiency.<br>• Deploy over 100,000 freight vehicles and equipment capable of zero emission operation and maximize both zero and near-zero emission freight vehicles and equipment powered by renewable energy by 2030. | **Not Applicable.** The agencies responsible for implementing these measures are the California State Transportation Agency, California Transportation Commission, California Environmental Protection Agency, California Natural Resources Agency, California Air Resources Board, CalTrans, California Energy Commission, and the Governor's Office of Business and Economic Development, |
| Adopt a Low Carbon Fuel Standard with a CI reduction of 18 percent | **Not Applicable.** The agency responsible for implementing this measure is the California Air Resources Board. |
| Implement the Short-Lived Climate Pollutant Strategy by 2030:<br>• 40 percent reduction in methane and hydrofluorocarbon emissions below 2013 levels.<br>• 50 percent reduction in black carbon emissions below 2013 levels. | **Not Applicable.** The agency responsible for implementing these measures are the California State Transportation Agency, California Environmental Protection Agency, California Natural Resources Agency, California Air Resources Board, CalTrans, California Energy Commission, and the California Infrastructure Economic Development Bank, |
| Develop regulations and programs to support organic waste landfill reduction goals in the SLCP and SB 1383. | **Not Applicable.** The agencies responsible for implementing these measures are the California Air Resources Board, CalRecycle, California Department of Food and Agriculture, and the State Water Resources Control Board, |
| Develop Integrated Natural and Working Lands Implementation Plan to secure California's land base as a net carbon sink:<br>• Protect land from conversion through conservation easements and other incentives.<br>• Increase the long-term resilience of carbon storage in the land base and enhance sequestration capacity.<br>• Utilize wood and agricultural products to increase the amount of carbon stored in the natural and built environments.<br>• Establish scenario projections to serve as the foundation for the Implementation Plan. | **Not Applicable.** The agencies responsible for implementing these measures are the California Natural Resources Agency, California Department of Food and Agriculture, California Environmental Protection Agency, and California Air Resources Board. |
| Establish a carbon accounting framework for natural and working lands as described in SB 859. | **Not Applicable.** The agency responsible for implementing this measure is the California Air Resources Board. |
| Implement Forest Carbon Plan | **Not Applicable.** The agencies responsible for implementing this measure are the California Natural |

| 2017 Scoping Plan Measures to Reduce GHG Emissions | Responsibility for Implementation |
|---|---|
| | Resources Agency, CAL FIRE, and the California Environmental Protection Agency. |
| Identify and expand funding and financing mechanisms to support GHG reductions across all sectors. | **Not Applicable.** These measures involve State sources, such as the Greenhouse Gas Reduction Fund (cap-and-trade auction proceeds), the Alternative and Renewable Fuel and Vehicle Technology Program (AB 118), Electric Program Investment Charge (EPIC) Program, Carl Moyer Program, Air Quality Improvement Program, and Proposition 39 to expand clean energy investments in California and further reduce GHG and criteria emissions. |

*Source: California's 2017 Climate Change Scoping Plan.*

**Western Riverside Council of Governments**

Until the City formally adopts a climate action plan, local development is not required to be consistent on a project-by- project evaluation of GHG emissions identified in the Western Riverside Council of Governments Subregional Climate Action Plan, so the Project was evaluated relative to the goals of AB 32, SB 32, the City's adopted General Plan policies that pertain to GHG emissions, and the Southern California Association of Governments' *2016-2040 Regional Transportation Plan/ Sustainable Communities Strategy* (2016 RTP/SCS or Plan) as shown in Table 4.7-2 above.

### 4.7.6  Cumulative Impacts

No single land use project could generate enough greenhouse gas (GHG) emissions to noticeably change the global average temperature. Cumulative GHG emissions, however, contribute to global climate change and its significant adverse environmental impacts. The proposed project would generate a net increase in GHG emissions and would exceed the SCAQMD Working Group's bright-line threshold of 3,000 MTCO2e for all land use types.

**Level of Significance**: Even with implementation of Mitigation Measures GHG-1 through GHG-6, impacts are cumulatively considerable.

### 4.7.7  References

City of Banning, City of Banning General Plan, adopted January 18, 2006. Available at http://www.ci.banning.ca.us/468/General-Plan-Amendments, accessed April 1, 2020.

City of Banning, City of Banning Municipal Code, Title 17, Zoning, April 29, 2020. (Available at https://library.municode.com/ca/banning/codes/code_of_ordinances?nodeId=TIT17ZO. Accessed on May 5, 2020.

AR 007402

AR004542

California Air Resource Board, California's 2017 Climate Change Scoping Plan, November 2017.
(Available at https://www.arb.ca.gov/cc/scopingplan/scoping_plan_2017.pdf, accessed
May 16, 2020. (CARB 2017)

South Coast Air Quality Management District, Greenhouse Gas CEQA Significance Threshold
Stakeholder Working Group Meeting #15, September 28, 2010.(Available at:
http://www.aqmd.gov/docs/defaultsource/ceqa/handbook/greenhouse-gases-(ghg)-
ceqa-significancethresholds/year-2008-2009/ghg-meeting-15/ghg-meeting-15-
mainpresentation.pdf?sfvrsn=2, accessed June 1, 2020.

Southern California Association of Governments, 2016-2040 Regional Transportation
Plan/Sustainable Communities Strategy, adopted April 7, 2016. Available at
http://scagrtpscs.net/Documents/2016/final/f2016RTPSCS.pdf, accessed June 19, 2020.

Western Riverside Council of Governments, Subregional Climate Action Plan, September 2014.
Available at: http://www.wrcog.cog.ca.us/DocumentCenter/View/188, accessed June 2,
2020).

AR 007403

AR004543

## 4.8   HYDROLOGY AND WATER QUALITY

This section of the EIR evaluates the potential impacts to hydrology and water quality conditions in the City of Banning from implementation of the proposed Project. Hydrology deals with the distribution and circulation of water, both on land and underground. Water quality deals with the quality of surface and groundwater.

The following questions in the Initial Study related to Hydrology and Water Quality were screened out or removed from more detailed analysis in this EIR (i.e., they were determined to have "no impact", a "less than significant impact", or be "less than significant with mitigation incorporated" in the Initial Study and are not addressed further in the EIR). These questions are described below:

*Would the Project:*

- *In flood hazard, tsunami, or seiche zones, risk release of pollutants due to project inundation?*

- *Substantially decrease groundwater supplies or interfere substantially with groundwater recharge such that the project may impede sustainable groundwater management of the basin?*

Section 4.8.6 *Impact Analysis* examines the potential environmental impacts of the proposed Project relative to Hydrology and Water Quality for the following questions:

*Would the Project:*

- a)   *Violate any water quality standards or waste discharge requirements or otherwise substantially degrade surface or ground water quality?*

- b)   *Substantially alter the existing drainage pattern of the site or area, including through the alteration of the course of a stream or river or through the addition of impervious surfaces, in a manner that would:*

  - (I)   *Result in substantial erosion or siltation on- or off-site?*

  - (II)   *Substantially increase the rate or amount of surface runoff in a manner which would result in flooding on- or offsite?*

  - (III)   *(Create or contribute runoff water which would exceed the capacity of existing or planned stormwater drainage systems or provide substantial additional sources of polluted runoff?*

(IV)     (Impede or redirect flood flows?

(V)     Conflict with or obstruct implementation of a water quality control plan or
sustainable groundwater management plan?

## 4.8.1   Environmental Setting

*Hydrology*

The Project site is covered by the *Master Drainage Plan for the City of Banning* ("Drainage Plan")
prepared by the Riverside County Flood Control and Water Conservation District ("District") in
1975. The Drainage Plan addresses the current and future drainage needs of a given community.
The boundary of the Drainage Plan usually follows regional watershed limits. The proposed
facilities may include channels, storm drains, levees, basins, dams, wetlands, or any other
conveyance capable of economically relieving flooding problems within the plan area. The
Drainage Plan includes an estimate of facility capacity, sizes, and costs.

The area covered by the Drainage Plan is approximately 19 square miles in size. It covers the bulk
of the territory within the City of Banning. The Drainage Plan area is bounded roughly by the San
Gorgonio River on the north, Smith Creek on the South, Hathaway Street on the east, and
Highland Springs Road on the west.

The Drainage Plan involves the construction of several debris basins, major open channels, and a
network of underground storm drains. The drainage system will collect flows emanating from the
Project site and transport the flows to natural washes leading south to Smith Creek.

*Water Quality*

The Project site is located within the Whitewater River Region which includes the urbanized areas
that lie approximately between Banning and the San Gorgonio Pass area to the northwest and
the Salton Sea to the southeast. The area of Riverside County in the Whitewater River Region is
under the jurisdiction of the Colorado River Regional Water Quality Control Board ("Regional
Water Board"). The Whitewater River Region is approximately 367 square miles, which is
approximately 5 percent of the 7,300 square miles within Riverside County

The Project site is subject to the provisions contained in the Whitewater River Region Stormwater
Management Plan (SWMP) The SWMP describes those activities and programs implemented by
the Permittees to manage urban runoff to comply with the requirements of the National
Pollutant Discharge Elimination System (NPDES) municipal separate storm sewer system (MS4)
permit (MS4 Permit) for the Whitewater River Region.

The Permittees have revised the SWMP to address 2013 MS4 Permit requirements related to the
planning and permitting of New Development and Redevelopment Projects within their
jurisdictions. The objective of the New Development/Redevelopment Program is to ensure that

controls are in place to prevent or minimize water quality impacts from New Development and Redevelopment Projects to the maximum extent practical (MEP). The development approval and permitting processes carries forth project-specific requirements in the form of conditions of approval, design criteria, tracking, inspection, and enforcement actions.

Potential Pollutants of Concerns that the Project may emit because of construction, vehicle parking, material loading and unloading, landscape maintenance may include the following:

- Green Wastes
- Herbicides
- Oil and Grease Spills
- Paint Products
- Pesticides
- Solvents
- Trash and Debris

### 4.8.2    NOP/Scoping Comments

The Riverside County Flood Control and Water Conservation District submitted a letter dated March 3, 2020 stating that the Project would not be impacted by District Master Drainage Plan facilities and identified general information with respect to permits that may be required by regulatory agencies.

### 4.8.3    Regulatory Framework

**Federal Regulations**

*Federal Clean Water Act*

The Clean Water Act (CWA) establishes the basic structure for regulating discharges of pollutants into the waters of the United States and regulating quality standards for surface waters. Under the CWA, the US Environmental Protection Agency (EPA) has implemented pollution control programs such as setting wastewater standards for industry. EPA has also developed national water quality criteria recommendations for pollutants in surface waters.

On April 15, 2019, the EPA issued an Interpretative Statement clarifying the application of Clean Water Act (CWA or the Act) permitting requirements to groundwater. EPA concluded that releases of pollutants to groundwater are categorically excluded from the Act's permitting requirements because Congress explicitly left regulation of discharges to groundwater to the states and to EPA under other statutory authorities.

AR004546

*National Pollutant Discharge Elimination System*

The National Pollutant Discharge Elimination System (NPDES) permit program, created in 1972 by the Clean Water Act (CWA), helps address water pollution by regulating point sources that discharge pollutants to waters of the United States. Under the CWA, EPA authorizes the NPDES permit program to state, tribal, and territorial governments, enabling them to perform many of the permitting, administrative, and enforcement aspects of the NPDES program. California is authorized to implement CWA programs, but EPA retains oversight responsibilities.

The CWA prohibits anybody from discharging "pollutants" through a "point source" into a "water of the United States" unless they have an NPDES permit. The permit will contain limits on what can be discharged, monitoring and reporting requirements, and other provisions to ensure that the discharge does not hurt water quality or people's health. The permit translates general requirements of the Clean Water Act into specific provisions tailored to the operations of each project discharging pollutants.

*National Flood Insurance Program*

The U.S. Congress established the National Flood Insurance Program (NFIP) with the passage of the National Flood Insurance Act of 1968. The NFIP is a Federal program enabling property owners in participating communities to purchase insurance as a protection against flood losses in exchange for State and community floodplain management regulations that reduce future flood damages. Participation in the NFIP is based on an agreement between communities and the Federal Government. If a community adopts and enforces a floodplain management ordinance to reduce future flood risk to new construction in floodplains, the Federal Government will make flood insurance available within the community as a financial protection against flood losses.

This insurance is designed to provide an insurance alternative to disaster assistance to reduce the escalating costs of repairing damage to buildings and their contents caused by floods. The Federal Insurance and Mitigation Administration (FIMA) within the Federal Emergency Management Agency (FEMA) is responsible for administering the NFIP and administering programs that provide assistance for mitigating future damages from natural hazards. Chapter 15.64 - *Floodplain Management* of the Municipal Code provides the mechanism for the Federal Government to make flood insurance available in Banning.

AR 007407

AR004547

**Local Regulations**

*City of Banning General Plan*

The General Plan contains the following policies and programs with respect to hydrology and water quality.

- <u>Water Resources Element Policy 5:</u> The City shall provide guidelines for the development of on-site storm water retention facilities consistent with local and regional drainage plans and community design standards.

    o <u>Program 5.A:</u> Enforce regulations and guidelines for the development and maintenance of project-specific on-site retention/detention basins which implement the NPDES program, enhance groundwater recharge, complement regional flood control facilities, and address applicable community design policies.

- <u>Flooding and Hydrology Element Policy 6:</u> All new development shall be required to incorporate adequate flood mitigation measures, such as grading that prevents adverse drainage impacts to adjacent properties, on-site retention of runoff, and the adequate siting of structures located within flood plains.
    o <u>Program 6.A:</u> Stormwater retention shall be enforced through the development review process and routine site inspection.

*City of Banning Municipal Code*

The following provision from the City's Municipal Code help minimize stormwater impacts associated with new development projects and are relevant to the proposed Project.

<u>Chapter 13.24 - Stormwater Management System</u>

The intent of this chapter is to protect and enhance the water quality of city watercourses, water bodies, groundwater, and wetlands in a manner pursuant to and consistent with the Clean Water Act.

### 4.8.4   Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on Hydrology and Water Quality if it would:

*(a) Violate any water quality standards or waste discharge requirements or otherwise substantially degrade surface or ground water quality?*

*(b)  Substantially alter the existing drainage pattern of the site or area, including through the alteration of the course of a stream or river or through the addition of impervious surfaces, in a manner that would:*

     *(I)*     *Result in substantial erosion or siltation on- or off-site?*

     *(II)*    *Substantially increase the rate or amount of surface runoff in a manner which would result in flooding on- or offsite?*

     *(III)*   *(Create or contribute runoff water which would exceed the capacity of existing or planned stormwater drainage systems or provide substantial additional sources of polluted runoff?*

     *(IV)*   *(Impede or redirect flood flows?*

*(c)  Conflict with or obstruct implementation of a water quality control plan or sustainable groundwater management plan?*

### 4.8.5   Impact Analysis

***4.8.5 (a) Violate any water quality standards or waste discharge requirements or otherwise substantially degrade surface or ground water quality?***

Waste Discharge Requirements

Waste Discharge Requirements (WDRs) are issued by the Colorado River Regional Water Quality Control Board under the provisions of the California Water Code, Division 7 "Water Quality," Article 4 "Waste Discharge Requirements." These requirements regulate the discharge of wastes which are not made to surface waters, but which may impact the region's water quality by affecting underlying groundwater basins. Such WDRs are issued for Publicly Owned Treatment Works' wastewater reclamation operations, discharges of wastes from industries, subsurface waste discharges such as septic systems, sanitary landfills, dairies, and a variety of other activities which can affect water quality. The Project will connect to the sanitary sewer system operated by the City of Banning. As such, the Project will not violate Waste Discharge Requirements.

Water Quality Requirements

The Porter-Cologne Water Quality Control Act defines water quality objectives (i.e. standards) as "…the limits or levels of water quality constituents or characteristics which are established for the reasonable protection of beneficial uses of water or the prevention of nuisance within a specific area" (Water Code, § 13050(h).).

*Construction Impacts*

Construction of the Project would involve clearing, grading, paving, utility installation, building construction, and the installation of landscaping, which would result in the generation of potential water quality pollutants such as silt, debris, chemicals, paints, and other solvents with the potential to adversely affect water quality. As such, short-term water quality impacts have the potential to occur during construction activities in the absence of any protective or avoidance measures.

Pursuant to the requirements of the Colorado River Regional Water Quality Control Board and the City of Banning, the Project proponent will be required to obtain a National Pollutant Discharge Elimination System Municipal Stormwater Permit for construction activities. The National Pollutant Discharge Elimination System permit is required for all Projects that include construction activities, such as clearing, grading, and/or excavation that disturb at least one acre of total land area.

Compliance with the National Pollutant Discharge Elimination System permit and the Colorado River Basin Water Quality Control Program involves the preparation and implementation of a Storm Water Pollution Prevention Plan for construction-related activities, including grading. The Storm Water Pollution Prevention Plan would specify the Best Management Practices that the Project would be required to implement during construction activities to ensure that all potential pollutants of concern are prevented, minimized, and/or otherwise appropriately treated prior to being discharged from the site.

In addition, Chapter 13.24.110 - *Construction sites and onsite storage and infiltration of* stormwater of the Municipal Code states:

*"Any person performing construction work in the city shall comply with the provisions of this chapter and the Uniform Building Code, latest edition, for erosion and sediment control, as well as City of Banning Ordinance 1388 which is incorporated by reference hereto. In addition, except as waived by or agreed to by the director or the director's designee consistent with NPDES permit provisions and requirements, development of all land within the city must include provisions for the management of stormwater runoff from the property which is to be developed, including volumetric or flow based treatment control BMP design criteria, and/or exceptions to these requirements, and methodologies used to ensure proper management of stormwater runoff post-construction. This management shall consist of constructing storage and/or infiltration facilities, which includes basins. At a minimum, all development will make provisions to store runoff from rainfall events up to and including the one-hundred-year, three-hour duration event. Post-development peak urban runoff discharge rates shall not exceed pre-development peak urban runoff discharge rates."*

*Operational Impacts*

With implementation of the mandatory construction storm water management requirements as described above, impacts are less than significant.

*Operational Impacts*

Storm water pollutants commonly associated with the type of land uses that could occupy the proposed buildings include sediment/turbidity, nutrients, trash and debris, oxygen-demanding substances, organic compounds, bacteria and viruses, oil and grease, and pesticides.

Pursuant to the requirements of the City's National Pollutant Discharge Elimination System permit, a Water Quality Management Plan is required for managing the quality of storm water or urban runoff that flows from a developed site after construction is completed and the facilities or structures are occupied and/or operational.  A Water Quality Management Plan describes the Best Management Practices that will be implemented and maintained throughout the life of a project to prevent and minimize water pollution that can be caused by storm water or urban runoff.  The Project is proposing a water quality basin in the southwest corner of the site that will meet the requirements of the City's National Pollutant Discharge Elimination System permit.

The Project site currently drains southerly to Sun Lakes Boulevard. The portion of the site which drains to Sun Lakes Boulevard, sheet flows to existing storm drain system which conveys the flows to Smith Creek to the east.  Given the size of the Project site and the type of development allowed, the proposed on-site storm drain system would like to consist of landscaping / retention areas and underground or above ground detention basins.

In addition, Chapter 13.24.120 (New development and redevelopment) of the Municipal Code states*:*

*(d) Acceptable methods and standards for controlling stormwater runoff volumes, rates, and pollutant load may include, but are not limited to, the following:*

*1)  Increase Permeable Areas. Avoid placing impervious surfaces in highly porous soil areas; incorporate landscaping and open space into the project design; use porous materials for or near driveways and walkways; incorporate detention ponds and infiltration pits into the project's design; avoid placing pavement and other impervious surfaces in low-lying areas.*

*2)  Direct Runoff to Permeable Areas. Direct stormwater runoff away from impermeable areas to swales, berms, green strip filters, gravel beds, and French drains. Install rain gutters and orient them toward permeable areas. Modify the grade of the property to divert flow to permeable areas and minimize the amount of stormwater runoff leaving the property. When designing curbs, berms, or other structures, avoid designs which isolate permeable or landscaped areas.*

3) *Maximize Stormwater Storage for Reuse. Use retention structures, subsurface areas, cisterns, or other structures to store stormwater runoff for reuse or slow release.*

4) *Any new development shall comply with the provisions of this chapter, City of Banning Ordinance 1388 and the municipal NPDES permit, all of which are incorporated by reference hereto.*

**Level of Significance**: With implementation of the mandatory storm water management requirements as described above, impacts are less than significant.

***4.8.5 (b) Substantially alter the existing drainage pattern of the site or area, including through the alteration of the course of a stream or river or through the addition of impervious surfaces, in a manner that would:***

i)       Result in substantial erosion or siltation on- or off-site?

*Construction Impacts*

The Project site is relatively flat. The Project will be designed to generally maintain the existing topography of the site, with minor modifications as necessary to accommodate site development and proposed drainage conditions.  Nonetheless, construction of the Project would involve substantial ground disturbance during clearing and grading of the site.  In addition, on-site erosion could occur if graded slopes are not stabilized prior to ultimate development or landscaping.  The proposed grading activities would generate fair amounts of silt which could be carried off-site during a heavy rainfall event.  Should such an event occur in the absence of any preventative measures to contain silt and other soils on-site, erosion and/or siltation downstream would result.

However, pursuant to requirements of the Colorado River Regional Water Quality Control Board, the Project Proponent would be required to obtain a NPDES permit for construction activities on-site.  The NPDES permit is required for all projects that include construction activities, such as clearing, grading, and/or excavation that disturb at least one (1) acre of total land area. Compliance with the NPDES permit involves the preparation and implementation of a SWPPP for construction related activities.  The SWPPP would specify BMPs to minimize the potential for erosion and siltation to occur and would include specific Project site measures to address the potential for the caving in of temporary excavations.  Typical BMPs that are implemented at construction sites to protect water quality include the implementation of straw bale barriers, plastic sheeting/erosion control blankets, and outlet protection measures.  With mandatory adherence to the SWPPP requirements during construction activities, effects associated with erosion, siltation, water quality, and flooding on downstream water sources and flood control systems would be maintained at a level below significance.

In addition, Chapter 18.15 - *Erosion and Sediment Control* of the Municipal Code states:

All individual construction and grading projects shall implement measures to ensure that pollutants are not discharged from the site, will be reduced to the maximum extent practicable (MEP), and will not cause or contribute to an exceedance of water quality objectives in the local natural watercourses. All construction and grading activities will follow applicable ordinances, permits and other federal, state, and local requirements.

*Operational Impacts*

With buildout of the Project, the site would generally be converted from vacant land to developed land consisting of urban land uses and ornamental landscaping. As compared to existing conditions, development would reduce the site's potential for generating substantial amounts of erosion or siltation because previously undeveloped areas that contribute to erosion and siltation would be replaced by buildings, paving, and landscaped areas. Moreover, with incorporation of water quality/detention basins that would address water quality and would reduce the amount of siltation in site runoff.

**Level of Significance:** Less than significant.

ii)    *Substantially increase the rate or amount of surface runoff in a manner which would result in flooding on- or offsite?*

The Project site currently drains southerly to Sun Lakes Boulevard. The portion of the site which drains to Sun Lakes Boulevard, sheet flows to existing storm drain system which conveys the flows to Smith Creek to the east. Given the size of the Project site and the type of development allowed, the proposed on-site storm drain system will likely consist of landscaping / retention areas and underground or above ground detention basins.

Section 13.24.110 of the Municipal Code requires land development activities to include provisions for the management of stormwater runoff from the property, which is to include volumetric or flow based treatment control BMP design criteria, which shall consist of constructing storage and/or infiltration facilities including basins, and make provision to store runoff from rainfall events up to and including the 100-year, 3-hour duration event. Post development peak urban runoff discharge rates may not exceed pre-development peak urban runoff discharge rates.

**Level of Significance**: With mandatory compliance of the requirements contained in Section 13.24.110 of the Municipal Code, impacts would be less than significant.

iii)    *Create or contribute runoff water which would exceed the capacity of existing or planned stormwater drainage systems or provide substantial additional sources of polluted runoff?*

As discussed previously, future development facilitated by implementation of the proposed Project, including both on-site and off-site infrastructure, would result in changes to the absorption rates, drainage patterns, and the corresponding rate and amount of surface runoff of the existing Project area. The proposed land uses would be in previously undisturbed areas and would result in new impervious surfaces that would generate additional stormwater flows. However, site development resulting from the implementation of the Project would include upgrades to drainage and stormwater facilities that would either prevent site development from causing an exceedance of existing downstream drainage system capacity.

While the development of the site would introduce urban uses into a currently undeveloped area with corresponding increases in potential pollutants that could impact storm water runoff from the site, water quality BMPs implemented pursuant to existing regulations, previously described in Impact Analysis 4.8.6 (b) (ii) would reduce these impacts to a less than significant level in the construction phase, interim development phase, and final build out phase of the Project. Accordingly, Project impacts relative to flood control system capacity and water quality would be less than significant.

On January 12, 2010, the City of Banning adopted Ordinance No. 1415, amending Title 13, Chapter 13.24, of the Municipal Code (now entitled "Stormwater Code") to bring it into compliance with the requirements of its Municipal NPDES Permit No. CAS617002 (R7-20080001). Among other things, the amended Stormwater Code addresses water quality on construction sites (Section 13.24.110 (Construction Sites)), which was amended in its entirety, and new development (Section 13.24.120 (New Development and Redevelopment)), which was also amended in its entirety. Section 13.24.120 requires new development to control stormwater runoff so as to prevent any deterioration of water quality that would impair subsequent or competing uses of water and further requires new development to implement BMPs designed to control the rate and volume of stormwater runoff from new developments so as to minimize the discharge and transport of pollutants.

**Level of Significance***: Less than significant.

## iv)  Impede or redirect flood flows?

FEMA is responsible for determining flood elevations and floodplain boundaries based on studies performed by the U.S. Army Corps of Engineers (USACE). FEMA is also responsible for distributing the Flood Insurance Rate Maps (FIRMs), which are used in the NFIP. These maps identify the locations of special flood hazard areas, including the 100-year flood plain. According to FEMA FIRM Panel No. 060246, the Project site is not located within an Area of Minimal Flood Hazard.

In addition, future development will be subject to Chapter 15.64 of the Municipal Code which authorizes the City to restrict or prohibit uses that could be dangerous to health safety, and property due to water or erosion hazards, to control the alteration of natural floodplains, stream channels, and natural protective barriers, to control filling, grading, dredging and other development that may increase flood damage, to prevent or regulate the construction of flood

barriers which could divert flood waters or increase flood hazards in other areas, and to require measures to protect uses against flood damage at the time of construction.

**Level of Significance:** No impact.

### 4.8.5 (c) Would the project conflict with or obstruct implementation of a water quality control plan or sustainable groundwater management plan?

Water Quality Control Plan

The Colorado River Regional Water Quality Control Board regulates waste discharges to minimize and control their effects on the quality of the region's ground and surface water. As it affects the Project, the primary regulatory tool is the National Pollutant Discharge Elimination System (NPDES). The Clean Water Act prohibits anybody from discharging "pollutants" through a "point source" into a "water of the United States" unless they have an NPDES permit. The permit will contain limits on what you can discharge, monitoring and reporting requirements, and other provisions to ensure that the discharge does not hurt water quality or people's health.

As previously stated, on January 12, 2010, the City of Banning adopted Ordinance No. 1415, amending Title 13, Chapter 13.24, of the Municipal Code (now entitled "Stormwater Code") to bring it into compliance with the requirements of its Municipal NPDES Permit No. CAS617002 (R7-20080001.  Among other things, the amended Stormwater Code addresses water quality on construction sites (Section 13.24.110 (Construction Sites), which was amended in its entirety, and new development (Section 13.24.120 (New Development and Redevelopment), which was also amended in its entirety Section 13.24.120 requires new development to control stormwater runoff so as to prevent any deterioration of water quality that would impair subsequent or competing uses of water and further requires new development to implement BMPs designed to control the rate and volume of stormwater runoff from new developments so as to minimize the discharge and transport of pollutants.

With implementation of the drainage system improvements described above, the Project will not conflict with or obstruct implementation of a Water Quality Control Plan. Impacts are less than significant.

Sustainable Groundwater Management Plan

The Sustainable Groundwater Management Act (SGMA) classifies California's 515 groundwater basins into one of four categories high, medium, low, or very low-priority. According to the SGMA Basin Prioritization Dashboard accessed on June 25, 2020, the Project site is located within the Coachella Valley- San Gorgonio Pass Basin and is classified as "medium" priority. The SGMA requires medium- and high-priority basins to develop groundwater sustainability agencies

(GSAs), develop groundwater sustainability plans (GSPs) and manage groundwater for long-term sustainability.

The City of Banning in conjunction with the San Gorgonio Pass Water Agency, Banning Heights Municipal Water Agency, Cabazon Water District, Desert Water Agency, and the Mission Springs Water District is currently developing the *Groundwater Sustainability Plan for the San Gorgonio Pass Subbasin of the Coachella Basin.* At this time, the Plan is not adopted. However, it is anticipated that the plan will be in effect to manage and monitor groundwater affecting the Project area.,

**Level of Significance***: Less than significant.

### 4.8.6  Cumulative Impacts

Cumulative impacts to hydrology and water quality are impacts that would result from incremental changes that degrade water quality or contribute to drainage and flooding problems within the Banning area.  The City of Banning's General Plan EIR notes that the construction of development resulting from implementation of the City's General Plan would eventually contribute to increased runoff generated in the entire General Plan Study Area, in which the proposed Project is included, and proposed Mitigation Measures to reduce these impacts to a less than significant level.

Although the proposed Project in combination with other cumulative projects in the Banning area represents an incremental change in regional drainage patterns and additional developed surfaces, the proposed Project as well as other cumulative projects are required to construct a number of on- and off -site facilities that would mitigate cumulative drainage and flooding conditions, as well as mitigate potential water quality impacts, as discussed throughout this section.  With the Project Design Features proposed to mitigate potential impacts to hydrology and water quality and the regulatory requirements applicable to all development within the Banning area, the proposed Project would not significantly contribute to cumulative or regional drainage or water quality impacts.

**Level of Significance**: Less than significant.

### 4.8.7  References

*Plan Colorado River Basin-Region 7* (aka "Basin Plan"). Includes amendments adopted by the Regional Board through August 2017. Available at http://www.waterboards.ca.gov/coloradoriver/water_issues/programs/basin_planning/, accessed August 21, 2020. California Regional Water Quality Control Board, Colorado River Basin. *Water Quality Control*

City of Banning. *General Plan*, Adopted January 31, 2006. Available
at http://ci.banning.ca.us/468/General-Plan-Amendments , accessed May 21, 2020.)

City of Banning, City of Banning Municipal Code Title 13, Chapter 13.24, April 29, 2020. (Available
at:
https://library.municode.com/ca/banning/codes/code_of_ordinances?nodeId=TIT17ZO.
Accessed on May 5, 2020.)

City of Banning, City of Banning Municipal Code, Chapter 15.64, April 29, 2020. Available at
https://library.municode.com/ca/banning/codes/code_of_ordinances?nodeId=TIT17ZO.
Accessed on May 5, 2020.

Krieger & Stewart Engineering Consultants. *City of Banning 2015 Urban Water Management
Plan.* May 2016. (Available a:t
https://www.ci.banning.ca.us/DocumentCenter/View/4543, accessed June 19, 2020.
(UWMP).

State Water Resources Control Board. *Order No. 2009-0009-DWQ, NPDES No. CAS000002,
National Pollutant Discharge Elimination System General Permit (and Waste Discharge
Requirements) for Storm Water Discharges Associated with Construction and Land
Disturbance Activities.* Adopted September 2, 2009. (Available at
http://www.swrcb.ca.gov/water_issues/programs/stormwater/constpermits.    shtml.
Accessed May 16, 2020).

State of California, Regional Water Quality Control Board, Colorado River Basin Region. *Order No.
R7-2013-0011, NPDES No. CAS617002, Waste Discharge Requirement for Discharges from
the Municipal Separate Storm Sewer System (MS4) within the Whitewater River
Watershed Riverside County Flood Control and Water Conservation District,
Owner/Operator, County of Riverside, Owner/Operator, Coachella Valley Water District,
Owner/Operator, and Incorporated Cities of Riverside County within the Whitewater River
Basin, Owners/Operators.* Adopted June 20, 2013. (Available at
http://rcflood.org/downloads/NPDES/Documents/WW_Other/Final%20Adopt
ed%20Order%20No.R7-2013-0011.pdf, accessed August 25, 2020.

AR004557

## 4.9   LAND USE AND PLANNING

This Section discusses consistency of the Project with applicable land use and planning policies adopted by the City of Banning and other governing agencies for the purpose of reducing adverse effects on the physical environment.  Information used to support the analysis in this Subsection was obtained from the City of Banning General Plan, Zoning Ordinance; the Southern California Association of Governments' (SCAG's) *Regional Transportation Plan/Sustainable Communities Strategy (RTP/SCS) (SCAG, 2016)*; and the Regional Conservation Authority (RCA).

The following question in the Initial Study related to Land Use and Planning  was screened out or removed from more detailed analysis in this EIR because it was determined to have no impact based on the analysis contained in the Initial Study (Appendix A).

*Would the Project:*

*Physically divide an established community.*

Section 4.9.6 *Impact Analysis* examines the potential environmental impacts of the proposed Project relative to Land Use and Planning for the following question:

*Would the Project:*

*(a) Cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect?*

### 4.9.1   Environmental Setting

The site is a disturbed vacant lot. Existing and surrounding land uses include railroad tracks and Interstate 10 to the north; Sun Lakes Boulevard followed by single-family residential homes to the south; senior apartments/assisted living/memory care residential facility and single-family residential homes to the east; and a shopping center to the west.

The Project site is located within the boundaries of the Sun Lakes Village North Specific Plan ("Specific Plan"). The Specific Plan was adopted pursuant to *California Government Code Sections 65450-65457, Article 8 (Specific Plans)* and serves as the zoning requirements applicable to the Project site and implements the goals and policies of the General Plan. The Specific Plan contains detailed development standards, distribution of land uses, infrastructure requirements, and implementation measures for the development of a specific geographic area.

The Project proposes Specific Plan Amendment No. 6 to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary I-10 Freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage. (See Figure 2- Land

Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

### 4.9.2   NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21.2020.  No comments were received during the NOP comment period that pertain to the topic of Land Use and Planning.

### 4.9.3   Regulatory Framework

Land use plans, policies, or regulations adopted for the purpose of avoiding or mitigating an environmental effect that are applicable to the proposed Project are summarized below.

**Southern California of Association of Governments (SCAG)**

The Southern California Association of Governments (SCAG) is a regional agency established pursuant to CA Gov. Code § 6500, Joint Powers Authority law.  SCAG is designated as a Council of Governments (COG), a Regional Transportation Planning Agency (RTPA), and a Metropolitan Planning Organization (MPO).  SCAG serves as an area-wide clearinghouse for regionally significant projects.  SCAG reviews the consistency of local plans, projects, and programs with regional plans.  Guidance provided by this review process is intended to assist local agencies and project sponsors to take actions that contribute to the attainment of regional goals and policies.

The Project site is located within the Western Riverside Council of Governments (WRCOG) sub-region of SCAG.  The applicable SCAG policy documents include the Regional Comprehensive Plan and Guide (2016), the Regional Transportation Plan and Sustainable Communities Strategy (RTP/SCS), and Compass Growth Vision.  Because the Project meets the CEQA definition of having a statewide, regional, or area-wide significance, the Project is subject to an individual consistency evaluation with regional plans such as those published by SCAG.

**South Coast Air Quality Management District Air Quality Management Plan (SCAQMD AQMP)**

The California Clean Air Act (California Health & Safety Code section 39000 et seq.) requires that an Air Quality Management Plan be developed and then updated every three years for air basins with non-attainment status. The plan strives for the regional improvement of air quality. If a Project is consistent with these growth forecasts, and if all available emissions reduction strategies are implemented as effectively as possible on a project-specific basis, then the project is consistent with the plan.

### *Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP)*

The Multiple Species Habitat Conservation Plan (MSHCP) is a comprehensive, multi-jurisdictional Habitat Conservation Plan (HCP) adopted by Riverside County. The MSHCP promotes conservation of species and their associated habitats in Riverside County through implementation of several HCPs that affect lands within the County. The Western Riverside County MSHCP and the Coachella Valley MSHCP are the two dominant plans that impact the largest portions of the county. These plans coordinate multi-jurisdictional habitat planning and conservation efforts in the region to promote biological and ecological diversity while accommodating the appropriate construction of new development and infrastructure projects. Riverside County catalogs acquisitions and conservation of lands with respect to the HCPs, and periodically updates the General Plan Land Use maps accordingly. The Project site is located within the Western Riverside County MSHCP and is not designated as part of the MSHCP Reserve System, although individual MSHCP policies would apply to the Project.

## 4.9.4   Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on Land Use and Planning if it would:

(a) Cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect?

## 4.9.5   Impact Analysis

***Threshold 4.9.5 (a) - Cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect?***

The Project's consistency with policies and regulations adopted for the purpose of avoiding of regulating an environmental effect are discussed under the various environmental topics throughout Section 4.0 of this EIR. The following analysis focuses on the Project's consistency with *land use plans* adopted for the purpose of avoiding or mitigating an environmental effect that are not addressed elsewhere in this EIR**.** Under CEQA, only physical impacts to the environment are to be evaluated.

The Project entails a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary I-10 Freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage. (See Figure 2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping,

parking, and signage); design guidelines for development; and administration and implementation provisions.

**South Coast Air Quality Management District Air Quality Management Plan**

The South Coast Air Quality Management District is required to produce air quality management plans directing how the South Coast Air Basin's air quality will be brought into attainment with the national and state ambient air quality standards. The most recent air quality management plan is the 2016 Air Quality Management Plan (AQMP) and it is applicable to City of Banning. The purpose of the AQMP is to achieve and maintain both the national and state ambient air quality standards.

Refer to Section 4.2- *Air Quality* for a complete analysis.

**Level of Significance***:* Less than significant.

**Western Riverside County Multiple Species Habitat Conservation Plan**

The Project site is located within the Pass Area Plan portion of the Western Riverside County MSHCP, which is a comprehensive habitat conservation/planning program for Western Riverside County. The intent of the MSHCP is to preserve native vegetation and meet the habitat needs of multiple species, rather than focusing preservation efforts on one species at a time. The MSHCP provides coverage (including take authorization for listed species) for special-status plant and animal species, as well as mitigation for impacts to special-status species and associated native habitats.

Refer to Section 4.3- *Biological Resources* for a complete analysis.

**Level of Significance***:* Less than significant.

**Water Quality Control Plan for the Colorado River Basin Region**

The Water Quality Control Plan for the Colorado River Basin (Basin Plan) is designed to preserve and enhance water quality in the Region and to protect the beneficial uses of all regional waters for the benefit of present and future generations. The Basin Plan contains the Region's beneficial uses for ground and surface waters, water quality objectives to protect beneficial uses, and implementation programs to achieve water quality objectives. The Basin Plan fulfills state and federal statutory requirements for water quality planning, thereby preserving and protecting ground and surface waters of the Colorado River Basin Region.

Refer to Section 4.8- *Hydrology and Water Quality* for a complete analysis.

AR004561

**Level of Significance***: Less than significant.

**Southern California Association of Governments 2016-2040 the 2016-2040 Regional Transportation Plan/Sustainable Communities Strategy.**

The Southern California Association of Governments (SCAG) Regional Council adopted the 2016-2040 Regional Transportation Plan/Sustainable Communities Strategy (RTP/SCS) in April 2016. The 2016 RTP/SCS seeks to improve mobility, promote sustainability, facilitate economic development, and preserve the quality of life for the residents in the region. The long-range visioning plan balances future mobility and housing needs with goals for the environment, the regional economy, social equity and environmental justice, and public health. An analysis of the Project's consistency with the relevant goals of the 2016 RTP/SCS are presented below in Table 4.9-1, *Analysis of Consistency with SCAG 2016-2040 RTP/SCS Goals.* As indicated the Project would not conflict with any of the RTP/SCS goals and impacts due to a conflict would be less than significant.

**Table 4.9.1 - Analysis of Consistency with SCAG 2016-2040 RTP/SCS Goals**

| RTP/SCS Goal | Goal Statement | Project Consistency Analysis |
|---|---|---|
| G1 | Align the plan investments and policies with improving regional economic development and competitiveness. | **Consistent.** This policy would be implemented by cities and the counties within the SCAG region as part of comprehensive local and regional planning |
| G2 | Maximize mobility and accessibility for all people and goods in the region. | **Not Consistent.** As discussed in EIR Subsection 4.11, *Transportation*, the Project would exceed the 15% below existing regional HBW VMT per worker by 19.12%. |
| G3 | Ensure travel safety and reliability for all people and goods in the region. | <u>**Consistent**</u>. As disclosed in Section 4.11, *Transportation*, there is no component of the Project that would result in a substantial safety hazard to motorists and pedestrians. |
| G4 | Preserve and ensure a sustainable regional transportation system. | **Consistent.** This policy would be implemented by cities and the counties within the SCAG region as part of the overall planning and maintenance of the regional transportation system. The Project would have no adverse effect on such planning or maintenance efforts |
| G5 | Maximize the productivity of our transportation system. | **Consistent.** This policy would be implemented by cities and the counties within the SCAG region as part of comprehensive transportation planning efforts. The Project is consistent with the City of Banning General Plan Circulation Element, which meets this goal to maximize productivity |
| G6 | Protect the environment and health for our residents by improving air quality and encouraging active transportation (non- | **Consistent.** An analysis of the Project's environmental impacts is provided throughout this EIR, and mitigation measures are specified where warranted. Air quality is addressed in |

| RTP/SCS Goal | Goal Statement | Project Consistency Analysis |
|---|---|---|
| | motorized transportation, such as bicycling and walking). | EIR Subsection 4.2, Air Quality, and mitigation measures are specified to reduce the Project's air quality impacts to the extent feasible. Additionally, and as discussed in EIR Subsection 4.7, Greenhouse Gas Emissions, the Project proposes to incorporate various measures related to building design, landscaping, and energy systems to promote the efficient use of energy. Additionally, the Project proposes to implement sidewalk and bike lane improvements along public roadway rights-of-way in a manner that is consistent with the City of Banning General Plan. The Project study area is within the service area of the Pass Transit Agency and the Riverside Transit Authority (RTA). Bus service is available on Sun Lakes Boulevard near the Project site. As described in EIR Section 4.11, Transportation the Project would not conflict with any existing or planned transit routes. |
| G7 | Actively encourage and create incentives for energy efficiency, where possible. | **Consistent**. As discussed in Section 4.5, *Energy*, the Project is consistent with the *Energy and Mineral Resources Element* of the General Plan that contains polices to ensure increasing energy efficiency and developing and using alternative and renewable energy resources. |
| G8 | Encourage land use and growth patterns that facilitate transit and non-motorized transportation. | <u>**Consistent**</u>. The land uses proposed by the Project are consistent with the City of Banning General Plan. Additionally, the Project is not proposing any uses or improvements that would conflict with facilitating transit and non-motorized transportation. |
| G9 | Maximize the security of the regional transportation system through improved system monitoring, rapid recovery planning, and coordination with other security agencies. | **Consistent.** This policy would be implemented by the Pass Transit Agency, and other transportation agencies as part of the operation of the transit system |

*Sources: 2016-2040 Regional Transportation Plan/Sustainable Communities Strategy, General Plan, Project Application Materials.*

**Level of Significance**: Less than significant.

**City of Banning General Plan**

A discussion of the Project's consistency with each element of the City of Banning General Plan is provided below.

**Land Use Element**

The Land Use Element defines land use designations, provides statistics regarding vacant and developed lands within these designations, and discusses strategies for the future development of the City.

The current General Plan Land Use Plan designations for the Project site are Business Park (with Specific Plan Overlay) and General Commercial (with Specific Plan Overlay). The Business Park designation allows light industrial manufacturing and office/warehouse buildings, restaurants and retail use ancillary to a primary use, and professional offices.  Commercial development, such as large-scale retail (club stores, home improvement, etc.) and mixed-use project may also be permitted, subject to a conditional use permit. The General Commercial designation allows food and drug stores; home improvement; auto sales, leasing, service and repair; department and general retail outlets; merchandise leasing; neighborhood serving retail and services; restaurants; entertainment uses; gas stations; general offices (secondary to retail); mixed uses; and financial institutions.

The Project proposes a Specific Plan Amendment No. 6 to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from Retail Commercial to Business & Warehouse, Office and Professional, and Retail & Service. (See Figure 3-2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

In order to implement the Project, an amendment to the General Plan Land Use Element is not required as a Specific Plan is a zoning document and the land uses proposed by the Project are consistent with the current General Plan Land Use designations of Business Park (with Specific Plan Overlay) and General Commercial (with Specific Plan Overlay). There are no adverse environmental effects associated with the Project that have not already been evaluated and addressed throughout this EIR.  The Project would be consistent with all the policies contained within the Land Use Element.  Accordingly, the Project would not conflict with the General Plan Land Use Element exhibits or policies, and impacts would be less than significant.

**Level of Significance***: Less than significant.

***Economic Development Element***

The Economic Development Element examines the City's potential economic opportunities and constraints, and sets forth a series of goals, policies, and programs that will help create a viable, well-balanced economy.

The Project provides for zoning that will facilitate a broad range of commercial and business development opportunities that will serve to attract new businesses, particularly those that generate and broaden employment opportunities, increase discretionary incomes, and contribute to City General Fund revenues. Accordingly, the Project would not conflict with the Economic Development Element policies.

**Level of Significance***: Less than significant.

***Circulation Element***

The purpose of the Circulation Element is to provide goals, policies, programs, and standards that correlate the City's transportation system with the types, intensities and locations of land uses within the City.

The Project site is located on the north side of Sun Lakes Boulevard, which is a Major Highway with four travel lanes, left turn lanes, parking lanes on each side, center median, and a parkway with sidewalk on each side. Sun Lakes Boulevard is designed to accommodate both vehicle, bicycle, and pedestrian travel to accommodate the land uses proposed by the Project.

Accordingly, the Project would be consistent with or otherwise would not conflict with the goals and policies set forth in the Circulation Element.

**Level of Significance***: Less than significant.

***Parks and Recreation Element***

The Parks and Recreation Element is intended to plan and provide for a diverse and integrated parks and recreation system, which creates important and passive recreational amenities that reflect and are responsive to the needs and standards of the City. It includes an inventory of existing parks, trails, and recreational amenities, as well as an assessment of other suitable lands to be incorporated into the system.

The Project is primarily intended for development of commercial and business park uses. However, multi-family residential development may be developed within the 10-acre portion of the site identified as "Office/Professional" upon supporting justification approved by the City. In any event, the payment of development impact fees will be required to offset any impacts.

**Level of Significance***: Less than significant.

AR 007425

AR004565

*Housing Element*

The Housing Element is a comprehensive statement by the City of Banning of its current and future housing needs and proposed actions to facilitate the provision of housing to meet those needs at all income levels. The Housing Element has identified sites within the City that meet the City's affordable housing sites under the Regional Housing Needs Assessment (RHNA). The RHNA is mandated by State Housing Law and prepared by the Southern California Association of Governments (SCAG) as part of the periodic process of updating local housing elements of the General Plan. The RHNA quantifies the need for housing within each jurisdiction during specified planning periods. In addition, recently adopted Senate Bill 166 prohibits cities from allowing their inventory of available sites to be insufficient to meet their remaining unmet RHNA share for lower and moderate-income housing. California Government Code Section 65863 requires cities to make certain findings that the remaining housing element sites can accommodate the RHNA requirements by income level.

The Project site has a General Plan Land Use designation of Business Park (with Specific Plan Overlay) and General Commercial (with Specific Plan Overlay). As such, it is not identified by the Housing Element as a potential site for housing to meet the City's RHNA obligations.

Although, the Project is primarily intended for development of commercial and business park uses, multi-family residential development may be developed within the 10-acre portion of the site identified as "Office/Professional" upon supporting justification approved by the City. If residential development were developed on the site, it would serve to provide additional housing opportunities in the City and would not conflict with the City meeting its RHNA obligations.

**Level of Significance:** Less than significant.

*Water Resources Element*

The Water Resources Element addresses water quality, availability, and conservation for the City's current and future water needs.

The City has five sources of groundwater storage supply: Banning Storage Unit; Banning Bench Storage Unit; Banning Canyon Storage Unit; Beaumont Storage Unit; and Cabazon Storage Unit. Because the City's water supply is primarily groundwater, the City is not subject to short-term water shortages resulting from temporary dry weather conditions. Further, as part of the Beaumont Basin adjudication, the City has the option of storing up to 80,000-acre feet of water in the Beaumont Basin. At the end of calendar year 2014, City of Banning had 46,774 AF of water available in Beaumont Basin storage.

The City also purchases State Water Project (SWP) water from the San Gorgonio Pass Water Agency (SGPWA), who is one of 29 state water contractors. Quantities of SWP water purchased

AR004566

are recharged to the Beaumont Basin at Beaumont-Cherry Valley Water Districts' Noble Creek spreading facility, which is in the vicinity of Beaumont Avenue and Cherry Valley Boulevard.

On May 22, 2020, the SGPWA announced that the State Water Project (SWP) now expects to deliver 20 percent of requested supplies in 2020 because of above-average precipitation in May. An initial allocation of 10 percent was announced in December and increased to 15 percent in January. This will likely be the final allocation update of 2020. Although the City may expect variable reliability in availability of SWP water, such water is not its primary source of water, and short-term declines in SWP water availability would be offset by the City's substantial reserves of stored groundwater and would not result in a substantial impact to the City's water supply

There are no adverse environmental effects associated with the Project that have not already been evaluated and addressed throughout this EIR. The Project would be consistent with all the policies contained within the Water Resources Element. Accordingly, the Project would not conflict with the General Plan Land Use Element exhibits or policies, and impacts would be less than significant.

### *Open Space and Conservation Element*

The Open Space and Conservation Element addresses protection and conservation of natural resources, including water, mineral and scenic resources. The General Plan Land Use Map identifies land that is suitable for preservation as public or private, passive, or active open space through the following Land Use Designations.

- Open Space-Resources (OS-R). Lands for the preservation of water, biological, visual, ridgelines, or other resources, and for flooding, geotechnical or other hazards are included in this category. Electrical transmission line easements, natural gas or fuel transmission line easements preserved as open space through the development process are also included. Non-motorized vehicle trails, roads and passive parks may be appropriate within this designation.

- Open Space- Parks (OS-Pa). Allows public and private parks and recreational facilities, including golf courses, tot lots, dog parks, neighborhood, community and regional parks, sports fields, and passive parks.

- Open Space- Public (OS-Pu). Lands owned by the County, the state of California, United States or Tribal entities, which are preserved as natural open space are included in this land use category.

- Open Space- Hillside Preservation. Lands, whether in private or public ownership, which are preserved as open space, including ridgelines. Uses such as trails, wildlife viewing areas, ranger stations, roads and passive parks may be appropriate.

The Project site has a General Plan Land Use designation of Business Park (with Specific Plan Overlay) and General Commercial (with Specific Plan Overlay). As such, it is not identified as a site for conservation or open space as described above.

**Level of Significance**: No impact.

### *Biological Resources Element*

The Biological Resource Element is intended to identify the variety of biological resources in the City and to provide for the preservation and protection of the integrity of the natural environment and its many biological resources. Biological resources represent the plants and wildlife species and ecosystems and habitats that contribute to an area's natural setting.

The Project has undergone a habitat assessment which determined that the Project would have a less than significant impact with the implementation of Mitigations Measures BIO-1(30-day preconstruction burrowing owl survey) and BIO-2 (Pre-construction nesting bird survey).

There are no adverse environmental effects associated with the Project that have not already been evaluated and addressed in Section 4.3- Biological Resources of this EIR.

**Level of Significance:** Less than significant with mitigation incorporated.

### *Archaeological and Cultural Resources Element*

The Archaeological and Cultural Resources Element describes the documented pre-history and history of the City of Banning, including its 20th century development. It sets forth goals, policies and programs which preserve the City's cultural heritage and help perpetuate it for future generations.

Based on the analysis in Section 4.3, Cultural Resources, the Project area appears to have low sensitivity for prehistoric archaeological resources, and it is unlikely that intact, subsurface prehistoric archaeological deposits would be uncovered during Project construction. Sensitivity for encountering historic-age archaeological resources is considered low-to-moderate.

**Level of Significance:** No impact.

### Air Quality Element

The purpose of the Air Quality Element is to provide background information on the physical and regulatory environment affecting air quality in the City and the region. It is also intended to identify goals, policies, and programs meant to balance the City's actions regarding land use, circulation and other regulatory actions and their associated potential effects on local and regional air quality. This Element, along with local and regional air quality planning efforts, is intended to address ambient air quality standards set forth by the federal Environmental Protection Agency and the California Air Resources Board.

As required by the General Plan, projects that may generate significant levels of air pollution shall be required to conduct detailed impact analyses and incorporate mitigation measures into their designs using the most advanced technological methods feasible.

Based on the analysis in Section 4.3, Air Quality, the Project would generate construction and operational pollutants in exceedance of the South Coast Air Quality Management District's significance thresholds. However, all feasible technological mitigation measures are required to reduce these impacts to the maximum extent feasible.

**Level of Significance***: Mitigated to the maximum technologically feasible extent.

### Energy and Mineral Resources Element

The purpose of the Energy and Mineral Resources Element is to guide the City in the long-term management and thoughtful use of energy and mineral resources. Based on the analysis in Section 4.6, *Energy*, the Project's will not result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary consumption of energy resources.

**Level of Significance***: Less than significant.

### Geotechnical Element

The Geotechnical Element intends to provide information regarding the geological and seismic conditions and hazards affecting the City of Banning. A series of goals, policies, and programs are set forth in the Geotechnical Element focused at providing protection for the general health and welfare of the community and reducing potential impacts, such as loss of life and property damage, associated with seismic and geologic hazards.

Based on the analysis in Section 4.7, *Geology and Soils*, the Project is required to prepare a Paleontological Resource Impact Mitigation Program (PRIMP) for the grading and excavation phase of the Project.

**Level of Significance:** Less than significant with mitigation incorporated.

*Flooding and Hydrology Element*

The Flooding and Hydrology Element addresses potential drainage and flooding hazards within the City. The foremost goal of this Element is to protect the general health, safety, and welfare of the community from potential flood and associated hazards

The Project is required to construct a number of on- site facilities (e.g. water quality detention basin) that would mitigate drainage and flooding conditions, as well as mitigate potential water quality impacts, as discussed in Section 4.8- Hydrology and Water Quality of this EIR. As such, there are no adverse environmental effects associated with the Project that have not already been evaluated and addressed in Section 4.8 Hydrology and Water Quality of this EIR.

**Level of Significance***: Less than significant.

*Noise Element*

The Noise Element provides for design measures that are intended to minimize or avoid community exposure to excessive noise levels.

With implementation of Mitigation Measure NOI-1, construction noise impacts are less than significant.

Land uses within the Business & Warehouse (BW) District and the Office & Professional (OP) District have the potential to exceed noise standards affecting the single-family homes located approximately 15 feet from the eastern property line and the senior apartments, assisted living/memory care residential facility located approximately 50 feet from the southern property of the site. Mitigation Measure NOI-2 would require noise from proposed commercial and retail uses to be analyzed in further detail once site specific plans have been submitted for approval. Implementation of Mitigation Measure NOI-2 would reduce impacts to a less than significant impact level.

Project generated trips would need to result in a doubling of the traffic volumes on a road segment to result in an audible increase in ambient noise levels. An increase the noise level by 3 dBA (consistent with the California Department of Transportation's Technical Noise Supplement to the Traffic Noise Analysis Protocol) would be considered a significant noise impact. As shown in Table 4.10-1, the addition of Project traffic to the roadway system in the immediate vicinity of the Project site will not result in a doubling (100%) of the existing Average Daily Trips (ADT). Impacts are less than significant.

AR 007430

AR004570

***Wildland Fire Element***

The foremost goal of this Element is to protect the general health, safety, and welfare of the City from potential fires and associated hazards.

As discussed in Section 3.20-Wildfire of the Initial Study (Appendix A), according to Fire Hazard Severity Maps prepared by Cal Fire, the Project is not located in or near state responsibility areas or lands classified as very high fire hazard severity zones and no impact would occur. Accordingly, the Project would be consistent with all the policies contained within the Wildland Fire Element

**Level of Significance**: No impact.

***Hazardous and Toxic Materials Element***

The purpose of the Hazardous and Toxic Materials Element is to present methods of safe management for hazardous and toxic materials in the City.

As discussed in Section 3.9-Hazards and Hazardous Materials of the Initial Study (Appendix A), the Project is required to manage potential hazardous materials impacts associated with construction and long-term operation of the Project in compliance with all federal, State and local laws regulating hazardous and toxic materials management and use. In addition, the Project site is not located within one-quarter mile of an existing or proposed school (the nearest school is the San Gorgonio Middle School is located approximately 2 miles northwest of the Project site) nor is the Project included on a list of hazardous materials sites compiled pursuant to Government Code Section 65962.5.

**Level of Significance**: Less than significant.

***Water, Wastewater, and Utilities Element***

The Water, Wastewater and Utilities Element establishes City policies and programs directed at the adequate provision of domestic water, sewage treatment, and utility services to the City.

The Project's expected water demand is within the City's total projected water supplies available during normal, single dry, and multiple dry water years for the next 20 years. Therefore, there will be adequate supplies to meet the projected water demand associated with the Project in addition to the existing and other planned future uses of the City's water system.

The City's Wastewater Treatment Plant (WWTP) has capacity to treat up to 3.6 million gallons per day (MGD). The Plant treated an average of 2.07 MGD in 2016. According to the City of Banning, *Integrated Master Plan*, 2018, the Project is estimated to generate approximately

53,580 gpd (0.5 MGD).  The Project's estimated wastewater flows represent 1.78% of the WWTP capacity in 2025 and 1.16% in 2040 and will not result in the WWTP exceeding its capacity.

***Public Building and Facilities Element***

The Public Buildings and Facilities Element provides background information on the various structures and facilities owned by public and quasi-public agencies in the City. It reflects the state of available technological and organizational resources. The element reviews these buildings and facilities considering issues of land use compatibility, aesthetic impacts, and functionality.

The Project proposes a Specific Plan Amendment No. 6 to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from Retail Commercial to Business & Warehouse, Office and Professional, and Retail & Service. (See Figure 3-2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

At this time, there are no tenants identified that would occupy any of the proposed structures for use as a public building or facility. However, if the use of a structure were to be used as a public building or facility, mandatory compliance with the Development Standards and Design Guidelines requirements of the Specific Plan to ensure the issues of land use compatibility, aesthetic impacts, and functionality are adequately addressed.

**Level of Significance***:* Less than significant

***Schools and Libraries Element***

The Schools and Libraries Element describes the educational and library facilities in the City, sphere-of-influence, and planning area.  It discusses the services, resources, and opportunities available through the local school and library systems.

As discussed in Section 3.15-*Public Services* of the Initial Study (Appendix A), the Project would be required to contribute fees to the Banning Unified School District in accordance with the Leroy F. Greene School Facilities Act of 1998 (Senate Bill 50). Pursuant to Senate Bill 50, payment of school impact fees constitutes complete mitigation under CEQA for Project-related impacts to school services.

In addition, the Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing public facilities. Payment of the Development Impact Fee would ensure that the Project provides fair share of funds for library facilities.

AR 007432

AR004572

**Level of Significance***: Less than significant.

***Police and Fire Protection Element***

The Police and Fire Protection Element addresses the provision of adequate police and fire protection services in the City.

*Police Protection*

As discussed in Section 3.15-*Public Services* of the Initial Study (Appendix A), the Project Site is currently serviced by the City of Banning Police Department which is located approximately 4.5 miles east of the Project site at 125 E Ramsey Street in Banning. Development of the Project would impact fire protection services by placing an additional demand on existing Riverside County Fire Department resources should its resources not be augmented. The Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing for police protection facilities to offset impacts created by new development. Payment of the Development Impact Fee would ensure that the Project provides fair share funds for the provision of additional police protection facilities. In addition, the Project site is in a developed area of the City which is routinely patrolled. It is not anticipated that new police facilities will need to be constructed to serve the Project to maintain acceptable service ratios, response times or other performance objectives for any of the public services

*Fire Protection*

As discussed in Section 3.15-*Public Services* of the Initial Study (Appendix A), the Project site is served by Fire Station #20 located approximately 0.6 roadway miles west of the site at 1550 E. 6th Street, Beaumont, CA. Development of the Project would impact fire protection services by placing an additional demand on existing Riverside County Fire Department resources should its resources not be augmented. To offset the increased demand for fire protection services, the Project would be conditioned by the City to provide a minimum of fire safety and support fire suppression activities, including compliance with State and local fire codes, fire sprinklers, a fire hydrant system, paved access, and secondary access routes.

Furthermore, the Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing for fire protection facilities. Payment of the Development Impact Fee would ensure that the Project provides fair share funds for the provision of additional fire protection facilities.

**Level of Significance***: Less than significant.

AR004573

*Emergency Preparedness Element*

The Emergency Preparedness Element outlines the potential for natural and man-made disasters that could affect the City of Banning and its Sphere of Influence and Planning Area.  It also discusses the plans and facilities currently in place to deal with such emergencies and assess the additional critical facilities and services necessary for the City to respond quickly and efficiently to protect its citizens from injury and loss

As discussed in Section 3.9-Hazards and Hazardous Materials of the Initial Study (Appendix A), the City has incorporated the Local Hazard Mitigation Plan by adoption into the Safety Element of the City's General Plan. The Safety Element of the General Plan includes a discussion of fire, earthquake, flooding, and landslide hazards. The Plan was adopted as an implementation appendix to the Safety Element. In addition, the City enforces the requirements of the California Environmental Quality Act (CEQA), which requires mitigation for identified natural hazards. The City has used these pre-existing programs as a basis for identifying gaps that may lead to disaster vulnerabilities to work on ways to address these risks through mitigation. Development of the Project will not impair implementation Plan as evidenced in the analysis in this Initial Study as it relates to emergencies because of hazards and natural disasters.

The City does not have an established evacuation route; however, depending on the location and extent of an emergency, major surface streets could be utilized to route traffic through the City. The I-10 Freeway and State Highway 243 to State Route 79 are also major regional access routes serving the City which could be used during disaster events. Emergency access to the Project site is available from Sun Lakes Boulevard.  During construction and long-term operation, the Project would be required to maintain adequate emergency access for emergency vehicles to Sun Lakes Boulevard as required by the City. Therefore, the Project would not result in a substantial alteration to the design or capacity of any public road that would impair or interfere with the implementation of evacuation procedures.  Because the Project would not interfere with an adopted emergency response or evacuation plan, impacts are less than significant.

**Level of Significance***: Less than significant.

### 4.9.6  Cumulative Impacts

As discussed in the analysis discussion under Threshold 4.9.5 (a) above, the Project would be consistent with SCAG's RTP/SCS, MARB Airport Land Use Compatibility Plan, and the policies of the City of Menifee General Plan.  The Project would conflict with the 2016 AQMP, however impacts are fully addressed in EIR Subsection 4.2.

**Level of Significance***: Less than significant with mitigation incorporated.

### 4.9.7 References

California Regional Water Quality Control Board, Colorado River Basin. *Water Quality Control Plan Colorado River Basin-Region 7* (aka "Basin Plan"). Includes amendments adopted by the Regional Board through August 2017. (Available at http://www.waterboards.ca.gov/coloradoriver/water_issues/programs/basin_planning/. Accessed August 21, 2020.

City of Banning. *General Plan*, Adopted January 31, 2006. Available at http://ci.banning.ca.us/468/General-Plan-Amendments , accessed May 21, 2020.

County of Riverside, Western Riverside County Multiple Species Habitat Conservation Plan,2004. Available at: https://www.wrc-rca.org/about-rca/multiple-species-habitat-conservation-plan/. (MSHCP).

Southern California Association of Governments (SCAG). 2016. 2016-2040 Regional Transportation Plan/Sustainable Communities Strategy. Available at http://scagrtpscs.net/Pages/FINAL2016RTPSCS.aspx, accessed on May 25, 2020.

South Coast Air Quality Management District, Final 2016 AQMP, March 3, 2017. Available at http://www.aqmd.gov/home/air-quality/clean-air-plans/air-quality-mgt-plan/final-2016-aqmp. Accessed on February 2, 2020.

AR 007435

AR004575

## 4.10  NOISE

This Section discusses consistency of the Project identifies noise levels for existing conditions and evaluates the potential noise and vibration impacts associated with buildout of the Project. The analysis in this section is based in part of the following technical report:

- *Sun Lakes Village North Specific Plan Noise Monitoring*, Urban Crossroads, July 9, 2020. A complete copy of this report is included in the technical appendices to this EIR (Appendix G).

### 4.10.1  Environmental Setting

*Existing Ambient Noise Levels*

The background ambient noise levels in the Project study area are dominated by the transportation related noise associated with Sunset Lakes Boulevard and parking lot vehicle movements.  This includes the auto and heavy truck activities on study area roadway segments near the noise level measurement locations. To describe the existing ambient noise conditions, 24-hour noise level measurements were taken at three locations in the Project study area.  The receiver locations were selected to describe and document the existing noise environment within the Project study area.  Exhibit A provides the boundaries of the Project study area and the noise level measurement locations

*Noise Measurement Results*

The noise measurements presented below focus on the average or equivalent sound levels (Leq). The equivalent sound level (Leq) represents a steady state sound level containing the same total energy as a time varying signal over a given sample period.  Figure 4.10-2 shows the noise level measurement location which are described below.

- Location L1 represents the noise southeast of the Project site by Sun Lakes Boulevard adjacent to existing vacant lot.  The noise levels at this location consist primarily of traffic noise from Sun Lakes Boulevard.  The noise level measurements collected show an overall 24-hour exterior noise level of 60.4 dBA CNEL.  The energy (logarithmic) average daytime noise level was calculated at 59.0 dBA Leq with an average nighttime noise level of 51.3 dBA Leq.

- Location L2 represents the noise levels Located south of the Project site on Sun Lakes Boulevard near existing single-family residential homes at 5871 Oakmont Drive.  The ambient noise levels at this location account for traffic on Sun Lakes Boulevard.  The noise level measurements collected show an overall 24-hour exterior noise level of

66.3 dBA CNEL.  The energy (logarithmic) average daytime noise level was calculated at 64.2 dBA Leq with an average nighttime noise level of 57.6 dBA Leq.

- Location L3 represents the noise levels Located west of the Project site Behind Rite Aid at 300 South Highland Springs Avenue.  The 24-hour CNEL indicates that the overall exterior noise level is 63.7 dBA CNEL.  The energy (logarithmic) average daytime noise level was calculated at 59.9 dBA Leq with an average nighttime noise level of 56.4. dBA Leq.  Parking lot vehicle movements and truck activity represent the primary source of noise at this location.

Table 4.10-1 identifies the hourly daytime (7:00 a.m. to 10:00 p.m.) and nighttime (10:00 p.m. to 7:00 a.m.) noise levels at each noise level measurement location.

### 4.10.1 - 24-Hour Ambient Noise Level Measurement

| Location | Description | Energy Average Noise Level (dBA Leq) | | | CNEL |
|---|---|---|---|---|---|
| | | Daytime | Nighttime | | |
| L1 | Located southeast of the Project site by Sun Lakes Boulevard adjacent to existing vacant lot. | 59.0 | 51.3 | | 60.4 |
| L2 | Located south of the Project site on Sun Lakes Boulevard near existing single-family residential homes at 5871 Oakmont Drive. | 64.2 | 57.6 | | 66.3 |
| L3 | Located west of the Project site Behind Rite Aid at 300 South Highland Springs Avenue. | 59.9 | 56.4 | | 63.7 |

*Source: Sun Lakes Village North Specific Plan Noise Monitoring (Appendix G).*

### 4.10.2  NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21, 2020.  No comments were received during the NOP comment period that pertain to the topic of Noise.

**Figure 4.10.1 - Noise Measurement Locations**



AR004578

### 4.10.3  Regulatory Framework

**State Regulations**

*State of California Noise Requirements*

The State of California regulates freeway noise, sets standards for sound transmission, provides occupational noise control criteria, identifies noise standards, and provides guidance for local land use compatibility.  State law requires that each county and city adopt a General Plan that includes a Noise Element which is to be prepared according to guidelines adopted by the Governor's Office of Planning and Research.  The purpose of the Noise Element is to limit the exposure of the community to excessive noise levels.

**Local Regulations**

*City of Banning General Plan Noise Element*

The Noise Element is intended to coordinate the community's land uses with the existing and future noise environment. Further, this element provides for design measures that are intended to minimize or avoid community exposure to excessive noise levels. The implementation of policies and programs set forth in this Element can greatly reduce or even avoid current and future noise impacts and land use conflicts. The Noise Element policies applicable to the Project are:

*Policy 1 - The City shall protect noise sensitive land uses, including residential neighborhoods, schools, hospitals, libraries, churches, resorts, and community open space, from potentially significant sources of community noise.*

*Policy 8 - The City shall impose and integrate special design features into proposed development that minimize impacts associated with the operation of air conditioning and heating equipment, onsite traffic, and use of parking, loading and trash storage facilities.*

*City of Banning Municipal Code Chapter 8.44-Noise*

The purpose of this chapter is to establish criteria and standards for the regulation of noise levels within the city and to implement the noise provisions contained in the City's General Plan.

Section 8.44.090(E) of the City's Municipal Code restricts noise levels related to landscape maintenance and construction, including erection, excavation, demolition, alteration, or repair of any structure or improvement, to the hours between 7:00 a.m. to 6:00 p.m. provided that noise levels do not exceed 55 dBA for intervals of more than 15 minutes per hour at any time as measured in the interior of the nearest occupied residence or school. Since the City's Municipal Code does not specify the day of the week for these hours, it is assumed they apply to weekdays,

AR004579

weekends, and holidays. Construction activities that occur outside of the hours of 7:00 a.m. to 6:00 p.m. are subject to the noise standards in Section 8.44.070 of the City's Municipal Code.

Section 8.44.070 of the City's municipal code limits maximum noise levels. The duration periods above the base ambient noise levels for residential properties are listed below. The base ambient noise level is 45 dBA from 10:00 p.m. to 7:00 a.m. and 55 dBA from 7:00 a.m. to 10:00 p.m. for residential properties. The maximum noise level for commercial properties (nonresidential properties) is 75 dBA at any time. Since the City's municipal code does not specify the day of the week for these hours, it is assumed they apply to weekdays, weekends, and holidays.

### 4.10.4   Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on Noise if it would result in:

> a)   *Generation of a substantial temporary or permanent increase in ambient noise levels in the vicinity of the project more than standards established in the local general plan or noise ordinance, or applicable standards of other agencies?*

> b)   *Generation of excessive ground borne vibration or ground borne noise levels?*

For a project located within the vicinity of a private airstrip or an airport land use plan or, where such a plan has not been adopted, within two miles of a public airport or public use airport, would the project expose people residing or working in the project area to excessive noise levels?

### 4.10.5   Impact Analysis

***Threshold 4.10.5 (a) - Generation of a substantial temporary or permanent increase in ambient noise levels in the vicinity of the project more than standards established in the local general plan or noise ordinance, or applicable standards of other agencies?***

*Base Ambient Noise Level*

The base ambient noise level applicable to the Project pursuant to Municipal Code Section 8.44.050 is 75 dB(A).  As shown in Table 4.10-2 below, the existing ambient noise levels range from 60.4 to 66.2 dB(A).  According to Municipal Code Section 8.44.100, in applying the City's noise regulations, each source of noise shall be subject only to such regulation as shall apply to the zone, including any designated truck route, within which it is located. A use lying adjacent to a zone with a more restrictive noise requirement under the City's noise regulations shall not be required to conform to that more restrictive requirement.

*Existing Noise Environment*

AR 007440

AR004580

The background ambient noise levels in the Project study area are dominated by the transportation related noise associated with Sun Lakes Boulevard and parking lot vehicle movements from the adjacent shopping center. This includes the auto and heavy truck activities on study area roadway segments near the noise level measurement locations. The 24-hour existing noise level measurement results are shown on Table 4.10-2.

**4.10.2 - 24-Hour Ambient Noise Levels**

| Location | Description | Energy Average Noise Level (dBA Leq)[1] | | CNEL |
|---|---|---|---|---|
| | | Daytime | Nighttime | |
| L1 | Located southeast of the Project site by Sun Lakes Boulevard adjacent to existing vacant lot. | 59.0 | 51.3 | 60.4 |
| L2 | Located south of the Project site on Sun Lakes Boulevard near existing single-family residential homes at 5871 Oakmont Drive. | 64.2 | 57.6 | 66.3 |
| L3 | Located west of the Project site Behind Rite Aid at 300 South Highland Springs Avenue. | 59.9 | 56.4 | 63.7 |

*Source: Sun Lakes Village North Specific Plan Noise Monitoring (Appendix G).*
 *(1) Energy (logarithmic) average levels.*

As shown in Table 4.10-2, the noise level measurements collected show an overall 24-hour exterior noise level ranging from 60.4 to 66.3 dBA CNEL.  Daytime noise levels range from 59.0 to 64.0 dBA Leq and nighttime noise levels range from 51.3 to 57.6 dBA Leq.

***Construction Noise Impact Analysis***

Project construction would include site preparation, grading, building construction, architectural coating, and paving of the commercial development and associated parking lot. As shown on Table 4.10-2, noise levels generated by heavy construction equipment can range from approximately 75 dBA to 90 dBA when measured at 50 feet.

**4.10.3 - Typical Construction Equipment Noise Levels**

| Type of Equipment | Actual maximum Sound Levels at 50 feet (dBA) |
|---|---|
| Backhoe | 78 |
| Crane | 81 |
| Dozer | 82 |
| Dump Truck | 76 |
| Excavator | 81 |
| Flat Bed Truck | 74 |
| Front End Loader | 79 |
| Generator | 81 |
| Impact Pile Driver | 101 |
| Jackhammer | 89 |
| Pickup Truck | 75 |
| Pneumatic Tools | 85 |
| Pumps | 81 |
| Roller | 80 |
| Scraper | 84 |

*Source: Roadway Construction Noise Model (FHWA 2006).*

Typical operating cycles for these types of construction equipment may involve one or two minutes of full power operation followed by three to four minutes at lower power settings. Noise levels will be loudest during the grading phase. A likely worst-case construction noise scenario during grading assumes the use of graders, dozers, excavators, scrapers, backhoes operating at 50 feet from the nearest sensitive receptors located at the assisted living facility to the east of the Project site. As such, unmitigated noise levels at 50 feet have the potential to reach up to 84 dBA at the nearest sensitive receptors during grading and up to 89 dBA during building construction.

Construction noise is considered a temporary and short-term impact because once construction is completed, this noise source ceases. Construction noise is considered significant with respect to established standards if construction activities are undertaken outside the allowable times as described by the City's Municipal Code Chapter 8.44.090 (7:00 AM and 6:00 PM), or if sound levels generated by Project construction at any time exceed 55 dB(A) for intervals of more than 15 minutes per hour as measured in the interior of the nearest occupied residence or school.

The closest noise sensitive uses are the single-family homes located approximately 15-feet from the property line and the senior apartments/assisted living/memory care residential facility located approximately 60 feet from the property line.

At this time there are no detailed plans showing the specific locations and distances between the construction areas and the potentially affected sensitive receptors.  Construction activities between the hours of 7:00 a.m. and 6:00 p.m. would generate a noise level of 84 dBA at the nearest sensitive receptors during grading and up to 89 dBA during building construction. Standard building construction in California would provide 24 dBA or more in noise reduction from exterior to interior with windows and doors closed. With the exterior-to-interior noise attenuation of 24 dBA, the interior noise levels as measured at 50-feet from the sensitive receptors would be between 60-65 dBA which is still above the City's threshold of 55bBA.   To meet the City's threshold, a noise reduction of at least 10 dBA is required.

Therefore, the following mitigation measure is required to reduce construction noise impacts to the maximum extent feasible:

***NOI-1-Construction Noise Mitigation Plan****. Prior to issuance of grading and/or building permits, a note shall be provided on grading and building plans indicating that ongoing during grading and construction, the property owner/developer shall be responsible for requiring contractors to implement the following measures to limit construction-related noise:*

1) *The project applicant shall limit construction activities to the daytime hours between 7 AM to 6 PM, as prescribed in Section 8.44.090(E) of the City's Municipal Code.*

2) *For all project construction zones, all internal combustion engines on construction equipment and trucks are fitted with properly maintained mufflers consistent with manufacturer's standards.*

3) *For all project construction zones, stationary equipment such as generators, air compressors shall be located as far as feasible from nearby noise-sensitive uses. If such stationary equipment produces noise emissions that are directional, said equipment shall be oriented to direct noise emissions away from sensitive receptors.*

4) *For all project construction zones, stockpiling and staging should be located as far as feasible from nearby noise-sensitive receptors.*

5) *For construction activity within 50 feet of any noise-sensitive receptors, a temporary noise barrier shall be installed by the applicant/developer. This temporary noise barrier shall be installed prior to the onset of construction and be located between the single-family residences, senior apartments/assisted living/memory care residential facility and the construction zone and all sensitive receptors. The temporary sound barrier shall provide a*

*reduction in noise that will meet the City's construction noise threshold of 55 dBA. The noise barrier shall be a minimum height of 8 feet and be free of gaps and holes and must achieve a Sound Transmission Class (STC) of 35 or greater. The barrier can be either (a) a ¾-inch-thick plywood wall OR (b) a hanging blanket/curtain with a surface density or at least 2 pounds per square foot. For either configuration, the construction side of the barrier shall have an exterior lining of sound absorption material with a Noise Reduction Coefficient (NRC) rating of 0.7 or higher.*

**Level of Significance:** With implementation of Mitigation Measure NOI-1, construction noise impacts are less than significant.

**Operational Noise Impact Analysis (Stationary Sources)**

The Project's operational noise levels generated by heating, ventilation, and air conditioning, parking lot vehicle movement, truck unloading/docking activity, and truck delivery are shown in Table 4.10-3 below.

**4.10.4 - Project Operational Noise Level Impacts to Sensitive Receptors**

| Noise Source | Hourly (dBA/Lmax) | Daytime and Nighttime Maximum Noise Level Standards | Potentially Exceeds Threshold? |
|---|---|---|---|
| **Business & Warehouse (BW)District** | | | |
| Heating, Ventilation, and Air Conditioning (HVAC) | 60 dBA Lmax @25 feet | 75 dBA Lmax (daytime) 65 dBA Lmax (nighttime) | **No** |
| Parking Lot Vehicle Movement | 60 to 70 dBA Lmax @ 50 feet | 75 dBA Lmax (daytime) 65 dBA Lmax (nighttime) | **Yes** |
| Truck Unloading/Docking Activity | 67 dBA Lmax @ 50 feet. | 75 dBA Lmax (daytime) 65 dBA Lmax (nighttime) | **Yes** |
| Truck Delivery | 75 dBA Lmax @ 50 feet. | 75 dBA Lmax (daytime) 65 dBA Lmax (nighttime) | **Yes** |
| **Office & Professional (OP) District** | | | |
| Heating, Ventilating, and Air Conditioning (HVAC) | 60 dBA Lmax @ 25 feet | 75 dBA Lmax (daytime) 65 dBA Lmax (nighttime) | **No** |

| Noise Source | Hourly (dBA/Lmax) | Daytime and Nighttime Maximum Noise Level Standards | Potentially Exceeds Threshold? |
|---|---|---|---|
| Parking Lot Vehicle Movement | 60 to 70 dBA Lmax @ 50 feet | 75 dBA Lmax (daytime)<br><br>65 dBA Lmax (nighttime) | **Yes** |
| Parking Lot Vehicle Movement | 60 to 70 dBA Lmax @ 50 feet | 75 dBA Lmax (daytime)<br><br>65 dBA Lmax (nighttime) | **Yes** |
| **Retail & Service (RS) District** | | | |
| Heating, Ventilating, and Air Conditioning (HVAC) | 60 dBA Lmax @ 25 feet | 75 dBA Lmax (daytime)<br><br>65 dBA Lmax (nighttime) | **No** |
| Truck Delivery | 75 dBA Lmax @ 50 feet | 75 dBA Lmax (daytime)<br><br>65 dBA Lmax (nighttime) | **Yes** |
| Parking Lot Vehicle Movement | 60 to 70 dBA Lmax @ 50 feet | 75 dBA Lmax (daytime)<br><br>65 dBA Lmax (nighttime) | **No** |
| Truck Delivery | 75 dBA Lmax @ 50 feet | 75 dBA Lmax (daytime)<br><br>65 dBA Lmax (nighttime) | **No** |

*Source: Rancho San Gorgonio Specific Plan Draft EIR.*

As shown in Table 4.10-2, uses within the Business & Warehouse (BW) District and the Office & Professional (OP) District have the potential to exceed noise standards affecting the single-family homes located approximately 15 feet from the eastern property line and the senior apartments, assisted living/memory care residential facility located approximately 50 feet from the southern property of the site. Mitigation Measure NOI-2 would require noise from proposed commercial and retail uses to be analyzed in further detail once site specific plans have been submitted for approval. Implementation of Mitigation Measure NOI-2 would reduce impacts to a less than significant impact level.

*__NOI-2- Final Acoustical Report__: Prior to issuance of the first building permit for any project, the property owner/developer shall submit a final acoustical report prepared to the satisfaction of the Planning Director to address potential noise impacts to nearby residences. The report shall demonstrate that the project incorporates sufficient noise-attenuation features if needed so that the City's exterior and interior standards in Municipal Code Sections 8.44.070 and 8.44.090(E) and*

*in the City's Noise Element are maintained at nearby residences. Compliance can be achieved with (a) sufficient buffering distances so that nearby sensitive receptors are not significantly impacted by future commercial development OR (b) sufficiently high and long sound barrier wall(s) that are placed between commercial noise sources and receptors (for example, in the case of garbage compactor equipment) OR (c) other adequate noise reduction methods that are approved by the Planning Director or their designee. In all cases, the noise reduction measures shall be technically demonstrated to achieve the appropriate target noise level(s) for both exterior and interior environments for nearby residences, as appropriate (e.g., sufficient wall or berm height, sufficient buffering distance, appropriate sound encapsulation/insulation methods, etc.). The individual project owner/developer shall submit the noise mitigation report to the Planning Director for review and approval. Upon approval by the City, the project acoustical design features shall be incorporated into the future development.*

**Level of Significance:** With implementation of Mitigation Measure NOI-2, operational noise impacts are less than significant.

**Operational Noise (Traffic)**

To determine if traffic noise under the Existing and Existing Plus Project scenarios would be considered significant, the roadway volumes in terms of average daily trips (ADT) generated from the project's traffic study were used to determine whether the Project's ADT would double (+100%) the existing ADT. A doubling of the energy of a noise source, such as a doubled ADT, would increase the noise level by 3 dBA. Consequently, Project generated trips would need to result in a doubling of the traffic volumes on a road segment to result in an audible increase in ambient noise levels. An increase the noise level by 3 dBA (consistent with the California Department of Transportation's Technical Noise Supplement to the Traffic Noise Analysis Protocol) would be considered a significant noise impact.

**4.10.5 - Average Daily Trips (ADT) By Roadway Location**

| Roadway Location | ADT Existing Without Project | ADT Existing with Project | Percentage Increase | Significant? |
|---|---|---|---|---|
| Sun Lakes Blvd. between S. Highland Homes Road & 1st Street | 7,400 | 13,000 | 75% | No |
| Highland Springs Av. & Sun Lakes Blvd. /1st St. | 12,600 | 17,400 | 38% | No |

*Source: Traffic Analysis (Appendix H).*

As shown in Table 4.10-4, the addition of Project traffic to the roadway system in the immediate vicinity of the Project site will not result in a doubling (100%) of the existing Average Daily Trips.

AR 007446

AR004586

**Level of Significance:** Less than significant.

***Threshold 4.10-5 (b) - Generation of excessive ground borne vibration or ground borne noise levels?***

**Construction Vibration Impacts**

Vibration generated by construction equipment can result in varying degrees of ground vibration, depending on the equipment. The operation of construction equipment causes ground vibrations that spread through the ground and diminish in strength with distance. Buildings situated on soil near the active construction area respond to these vibrations, which range from imperceptible to low rumbling sounds, with perceptible vibrations and slight damage at the highest vibration levels. Typically, construction-related vibrations do not reach vibration levels that would result in damage to nearby structures.

Table 4.10-5 shows the vibration damage threshold for continuous/frequent intermittent sources. As shown, potential vibration damage would occur at 0.3 PPV in/sec for old residential structures, 0.5 PPV in/sec for new residential structures, and 0.5 PPV in/sec for modern industrial/commercial buildings.

**4.10.6 - Vibration Damage Potential Threshold Criteria**

| Structure and Condition | Maximum PPV (in/sec) | |
|---|---|---|
| | Transient Sources | Continuous/Frequent Intermittent Sources |
| Extremely fragile historic buildings, ruins, ancient monuments | 0.12 | 0.08 |
| Fragile buildings | 0.20 | 0.10 |
| Historic and some old buildings | 0.50 | 0.25 |
| Older residential structures | 0.50 | 0.30 |
| New residential structures | 1.00 | 0.50 |
| Modern industrial/commercial buildings | 2.00 | 0.50 |

*Note: Transient sources create a single isolated vibration event, such as blasting or drop balls. Continuous/frequent intermittent sources include impact pile drivers, pogo-stick compactors, crack-and-seat equipment, vibratory pile drivers, and vibratory compaction equipment. in/sec = inches per second PPV = peak particle velocity*

The use of bulldozers and trucks for the construction of the proposed project would generate the highest ground borne vibration levels. Based on the Caltrans "*Transportation and Construction Vibration Guidance Manual*", a large bulldozer and loaded trucks would generate vibration levels of 0.089 PPV in/sec and 0.076 PPV in/sec, respectively, when measured at 25 feet.

The closest residential structures to the project site are approximately 15 feet away. At this distance, the closest residential structures would experience vibration levels of up to 0.04 PPV. This vibration level would be below the damage threshold of 0.3 PPV for old residential structures. This vibration level would be well below the damage threshold of 0.5 PPV for new on-site residential structures. Therefore, vibration levels generated during construction of the proposed project would be considered less than significant and no mitigation measures are required.

**Ongoing Operations Vibration Impacts**

The residential neighborhoods, school, park/open/recreational uses, public facilities, and commercial developments would not include any substantial sources of long-term vibration. Thus, ongoing operations would not generate significant levels of vibration, and such impacts would be less than significant, requiring no mitigation.

**Level of Significance**: Less than significant.

---

***4.10-5 (c) - For a project located within the vicinity of a private airstrip or an airport land use plan or, where such a plan has not been adopted, within two miles of a public airport or public use airport, would the project expose people residing or working in the project area to excessive noise levels?***

---

The Banning Municipal Airport is located approximately 4.5 miles east of the Project site. According to the *Banning Municipal Airport Compatibility Plan*, the Project site is not located within the area of influence of the plan.

**Level of Significance:** No impact.

## 4.10.6 Cumulative Impacts

The geographic context for the analysis of cumulative noise impacts is the location of the roadway intersections listed in the Project's Traffic Impact Analysis (Appendix H). Noise sources would be from noise from vehicles traveling on the City's roadways surrounding the Project area, noise from the surrounding land uses, and noise from overhead aircraft. A project's cumulative effects may be considered significant if the incremental effects of a project are considerable when viewed in connection with the effects of similar projects in the area in the past, present, and future.

The Project's contribution to a cumulative traffic noise increase would be considered significant when the combined effect A doubling of the energy of a noise source, such as a doubled average daily trip, would increase the noise level by 3 dBA. Consequently, Project generated trips would

need to result in a doubling of the traffic volumes on a road segment to result in an audible increase in ambient noise levels.

### 4.10.7  References

City of Banning, *City of Banning General Plan* January 31, 2006. Available at http://www.ci.banning.ca.us/54/Community-Development, accessed May 9, 2020).

City of Banning, *Banning Municipal Code, Section 8, Health and Safety,* 1992. Available at https://www.municode.com/library/ca/banning/codes/code_of_ordinances?nodeId=TIT8HESA, accessed May 9, 2020).

Riverside County Airport Land Use Commission, *Banning Municipal Airport Compatibility Plan*, October 2004. Accessed August 1, 2020. Available at: http://www.rcaluc.org/Portals/13/06-%20Vol.%201%20Banning%20Municipal.pdf?ver=2016-09-19-114352-640

AR004589

## 4.11  TRANSPORTATION

This Section of the EIR evaluates the potential transportation impacts associated with implementation of the Project on transit, roadway, bicycle, and pedestrian facilities, the analysis in this section is based in part of the following technical reports:

- *Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*, Urban Crossroads, July 29, 2020. (Appendix H).

- *Sun Lakes Village North Specific Plan Amendment No. 5 Vehicle Miles Traveled (VMT) Analysis*, Urban Crossroads, July 6, 2020. (Appendix I).

### 4.11.1  Environmental Setting

**Roadway Facilities**

The Project is located adjacent to Sun Lakes Boulevard which is a fully improved roadway that meets City standards. Sun Lakes Boulevard is classified as a Major Highway in the General Plan Circulation Element. A Major Highway has 100 feet of right of way, with a 76-foot street section from curb to curb. This represents four travel lanes, with parking lanes on each side, a center median, and a parkway on each side

**Bicycle & Pedestrian Facilities**

The City of Banning General Plan does not include a bike facility exhibit. As shown in Figure 4.11-2, there are existing pedestrian facilities, including sidewalks and crosswalks in the vicinity of the Project site that are available to serve the Project.

**Transit Facilities**

The study area is currently served by Beaumont Transit with bus services along Highland Springs Avenue, 2nd Street, and 1st Street via Route, Route 4, and Community Link 120/125. The study area is also served by the Pass Transit with bus service along Highland Springs Avenue, 2nd Street, and 1st Street via Route 1, Route 5, and Route 6. The transit services are illustrated on Exhibit X. These existing transit routes could potentially serve the Project. Transit service is reviewed and updated by Beaumont Transit and Pass Transit periodically to address ridership, budget, and community demand needs. Changes in land use can affect these periodic adjustments which may lead to either enhanced or reduced service where appropriate.

**Figure 4.11.1Figure – Sun Lakes Boulevard Cross Section**





### Figure 4.11.2- Existing Pedestrian Facilities



**Figure 4.11.3- Existing Transit Routes**



AR 007453

AR004593

### 4.11.2  NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21, 2020.  No comments were received during the NOP comment period that pertain to the topic of Transportation.

### 4.11.3  Regulatory Framework

**State**

*Senate Bill 73*

SB 743, which was signed into law in 2013, initiated an update to the CEQA Guidelines to change how lead agencies evaluate transportation impacts under CEQA, with the goal of better measuring the actual transportation-related environmental impacts of any given project.

Under CEQA, cities, counties, and other public agencies must analyze real estate and transportation projects to determine whether they may have a significant impact on the environment. One key determination under CEQA is the transportation impact of these projects. Traditionally, transportation impacts have been evaluated by examining whether the project is likely to cause automobile delay at intersections and congestion on nearby individual highway segments, and whether this delay will exceed a certain amount (this is known as Level of Service or LOS analysis).

Automobile delay, as described solely by LOS or similar measure of traffic congestion, is no longer considered a significant impact under CEQA, except in locations specifically identified in the Guidelines. (Pub. Resources Code, § 21099(b)(2).) This provision took effect when the update to the CEQA Guidelines was certified in late 2018. (CEQA Guidelines, § 15064.3.) CEQA Guidelines section 15064.3 specifies that VMT analyses are voluntary until July 1, 2020. A recent appellate court decision (*Citizens for Positive Growth and Preservation v. City of Sacramento* (2019) 43 Cal.App.5th 609) confirmed that traffic congestion is no longer an environmental impact under CEQA, and VMT is not a required element of transportation analyses until July 1, 2020.

**Regional**

*SCAG Regional Transportation Plan/ Sustainable Communities Strategy (2016 RTP/SCS)*

Every four years, the Southern California Association of Governments (SCAG) updates the Regional Transportation Plan (RTP) for the six-county region that includes Los Angeles, San Bernardino, Riverside, Orange, Ventura, and Imperial counties. On April 7, 2016, the SCAG's Regional Council adopted the 2016-2040 Regional Transportation Plan/ Sustainable Communities Strategy (2016 RTP/SCS). The SCS outlines a development pattern for the region, which, when

integrated with the transportation network and other transportation measures and policies, would reduce greenhouse gas emissions from transportation (excluding goods movement). Current and recent transportation plan goals generally focus on balanced transportation and land use planning that:

- Maximize mobility and accessibility for all people and goods in the region.

- Ensure travel safety and reliability for all people and goods in the region.

- Preserve and ensure a sustainable regional transportation system.

- Maximize the productivity of our transportation system.

- Protect the environment and health of residents by improving air quality and encouraging active transportation (e.g., bicycling and walking).

**Local**

*City of Banning – General Plan Circulation Element*

The Circulation Element of the City of Banning General Plan contains policies and objectives that are considered applicable to the proposed Project as identified below.

- Policy 7 - New development proposals shall pay their fair share for the improvement of street within and surrounding their projects on which they have an impact, including roadways, bridges, grade separations and traffic signals.

- Policy 10 - Sidewalks shall be provided on all roadways 66 feet wide or wider. In Rural Residential land use designation pathways shall be provided.

*Transportation Uniform Mitigation Fee*

The Transportation Uniform Mitigation Fee (TUMF) program is administered by Western Riverside Council of Governments (WRCOG) based upon a regional Nexus Study completed in early 2003 and updated in 2016 to address major changes in right of way acquisition and improvement cost factors. TUMF identifies a network of backbone and local roadways that are needed to accommodate growth through 2035. This regional program was put into place to ensure that development pays its fair share and that funding is in place for construction of facilities needed to maintain the requisite level of service and critical to mobility in the region.

TUMF fees are imposed on new residential, industrial, and commercial development through application of the TUMF fee ordinance and fees are collected at the building or occupancy permit stage. Several the facilities within the Project's study area are programmed for improvements

through the TUMF program. The Project Applicant will be subject to the TUMF fee program and will pay the requisite TUMF fees at the rates then in effect pursuant to the City's TUMF Ordinance.

*Development Impact Fees*

The City of Banning has adopted a Development Impact Fee (DIF) program to impose and collect fees from new residential, commercial, and industrial development for the purpose of funding roadways and intersections necessary to accommodate City growth as identified in the City's currently adopted General Plan Circulation Element.  The City's DIF program includes facilities that are not part of, or which may exceed improvements identified and covered by the TUMF program.

### 4.11.4   Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact on Transportation if it would result in:

a) *Conflict with a program, plan, ordinance, or policy addressing the circulation system, considering all modes of transportation including transit, roadway, bicycle, and pedestrian facilities?*

b) *Conflict or be inconsistent with CEQA Guidelines section 15064.3, subdivision (b)?*

c) *Substantially increase hazards due to a geometric design feature (e.g., sharp curves or dangerous intersections) or incompatible uses (e.g., farm equipment)?*

d)  *Result in inadequate emergency access?*

### 4.11.5   Impact Analysis

***Threshold 4.11.5 (a) - Conflict with a program, plan, ordinance, or policy addressing the circulation system, considering all modes of transportation including transit, roadway, bicycle, and pedestrian facilities?***

*Transit Facilities*

The Pass Transit System, which consists of two independent transit systems, the Banning Municipal Transit System and the Beaumont Municipal Transit System, provides for a coordinated bus service to the cities of Banning and Beaumont, the unincorporated areas of Cabazon and Cherry Valley, and the commercial area of the Morongo Band of Mission Indians Reservation. The Plan provides fixed route and dial-a-ride services.

The nearest bus stop is within the Sun Lakes Village residential community located across Sun Lakes Drive just south of the Project site. There are no bus stops located on Sun Lakes Boulevard adjacent to the Project site. In addition, Sun Lakes Boulevard is a fully improved with curb, gutter, sidewalk, and a landscaped parkway adjacent to the Project site. The Project is proposing to construct to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards. The driveways do not have the potential to preclude the availability of bus service to the Project site and impacts are less than significant.

*Roadway Facilities*

The Project is located adjacent to Sun Lakes Boulevard which is a fully improved roadway that meets City standards. Sun Lakes Boulevard is classified as a Major Highway in the General Plan Circulation Element. A Major Highway has 100 feet of right of way, with a 76-foot street section from curb to curb. This represents four travel lanes, with parking lanes on each side, a center median, and a parkway on each side. The Project is proposing to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards. The primary driveway (to be aligned with the existing entrance to Sun Lakes Village) will be signalized. The driveways do not have the potential to change the geometric design of Sun Lakes Boulevard in a manner that would negatively impact Sun Lakes Boulevard function as a Major Highway. Impacts are less than significant.

*Bicycle Facilities*

Section 5.106.4.1.2 of the CalGreen Code requires that the Project provide secure bicycle parking that meets one of the following:

    a)  Covered, lockable enclosures with permanently anchored racks for bicycles;

    b)  Lockable bicycle rooms with permanently anchored racks or lockable, permanently anchored bicycle lockers.

With mandatory compliance to the CalGreen Code, impacts are less than significant.

*Pedestrian Facilities*

The Project is located adjacent to Sun Lakes Boulevard which is improved with a sidewalk running the entire length of the Project site and connects to existing sidewalk network in the Project area. The Project is proposing to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards which includes pedestrian access across the driveways.  In

addition, the primary driveway (to be aligned with the existing entrance to Sun Lakes Village) will be signalized and include pedestrian access to Sun Lakes Villages to the south.

**Level of Significance***:* Less than significant.

### Threshold 4.11-5 (b) - Conflict or be inconsistent with CEQA Guidelines section 15064.3, subdivision (b)?

Changes to California Environmental Quality Act (CEQA) Guidelines were adopted in December 2018, which require all lead agencies to adopt Vehicle Miles Traveled (VMT) as a replacement for automobile delay-based level of service (LOS) as the new measure for identifying transportation impacts for land use projects. This statewide mandate took effect July 1, 2020. To aid in this transition, the Governor's Office of Planning and Research (OPR) released a *Technical Advisory on Evaluating Transportation Impacts in CEQA* (December of 2018) (Technical Advisory).

Based on OPR's Technical Advisory, the Western Riverside Council of Governments (WRCOG) prepared a *WRCOG SB 743 Implementation Pathway Document Package* (March 2019) to assist its member agencies with implementation tools necessary to adopt analysis methodology, impact thresholds and mitigation approaches for VMT. To add to the previous work effort, WRCOG in February 2020 released its *Recommended Traffic Impact Analysis Guidelines for Vehicle Miles Traveled and Level of Service Assessment* (WRCOG Guidelines), which provides specific procedures for complying with the new CEQA requirements for VMT analysis.

**VMT Analysis Methodology**

At the time of the preparation of this EIR, the City has not formally adopted its own VMT analysis guidelines and thresholds. Therefore, for the purposes of this analysis the recommended VMT analysis methodology and thresholds recommended by the Technical Advisory and supported by the WRCOG Guidelines have been used.

As outlined in the Technical Advisory, mixed-use projects such as the proposed Project need to evaluate each component of the project independently and apply the relevant significance threshold for each project type (i.e., office, retail, etc.). For the purposes of this VMT analysis, the evaluation of VMT will focus on the employment uses (i.e., industrial park and medical office uses) only. Consistent with Technical Advisory recommendations, local serving retail that is typically less than 50,000 sf will tend to improve retail destination proximity and short trips, which in turn reduces VMT. The Technical Advisory notes that local agencies can presume that such development creates a less-than-significant impact.

The Technical Advisory provides for the following recommended threshold for office/industrial land use projects which used for the Project:

*"A proposed project exceeding a level of 15 percent below existing regional VMT per employee may indicate a significant transportation impact."*

**Project Screening Analysis**

The Technical Advisory provides details on appropriate "screening thresholds" that can be used to identify when a proposed land use project is anticipated to result in a less-than-significant impact without conducting a more detailed analysis. Screening thresholds are broken into three types:

- Project Type Screening
- Map Based Screening based on Low VMT Area
- Transit Priority Area (TPA) Screening

For the purposes of this analysis, the initial VMT screening process has been conducted with using the WRCOG VMT Screening Tool (Screening Tool), which uses screening criteria consistent with the screening thresholds recommended in the Technical Advisory.

*Project Type Screening*

Projects that are consistent with the current Sustainable Communities Strategy (SCS) or general plan, and that generate fewer than 110 daily vehicle trips be presumed to have a less-than-significant impact on VMT. Based on the Project's trip generation (see Attachment A), the Project is not consistent with the City's general plan and would generate more than 110 daily vehicle trips, therefore, the Project would not be eligible to screen out based on project type screening. **The Project Type screening threshold is not met.**

*Low VMT Area Screening*

The Screening Tool uses the sub-regional Riverside County Transportation Analysis Model (RIVTAM) to measure VMT performance within individual traffic analysis zones within the region. The Project's physical location based on parcel number was selected within the Screening Tool to determine the relevant traffic analysis zones  VMT as compared to the jurisdictional average. The Project boundary is located in TAZ 4344, and would not appear to be within a low VMT generating zone based on daily total VMT per service population, but is in a low generating zone based on daily home-based work  VMT per employee.

Based on a review of the land use information contained within TAZ 4344 for the RIVTAM base year (2012) model, the zone includes exceptionally low levels of employment and low amounts of population and household data. The proposed Project would significantly increase the number and type of employment uses in the zone and would therefore not be entirely consistent with the underlying land use assumptions**.  The Low VMT Area screening threshold is not met.**

*Transit Priority Area Screening*

Projects located within a Transit Priority Area  (i.e., within ½ mile of an existing "major transit stop" or an existing stop along a "high-quality transit corridor") may be presumed to have a less than significant impact absent substantial evidence to the contrary. However, the presumption may not be appropriate if a project:

- Has a Floor Area Ratio (FAR) of less than 0.75;

- Includes more parking for use by residents, customers, or employees of the project than required by the jurisdiction (if the jurisdiction requires the project to supply parking);

- Is inconsistent with the applicable Sustainable Communities Strategy (as determined by the lead agency, with input from the Metropolitan Planning Organization); or

- Replaces affordable residential units with a smaller number of moderate- or high-income residential units.

The Project site does is not located within ½ mile of an existing major transit stop, or along a high-quality transit corridor.  **The Transit Priority Area screening threshold is not met.**

*Conclusion*

Since none of the project level screening criteria were met, a Project VMT Assessment was prepared.

**Project VMT Assessment**

Project VMT has been calculated using the most current version of RIVTAM. As noted previously, the Project's local serving retail component is less than 50,000 sf and meets the screening threshold recommended in the Technical Advisory for local serving retail projects that can be presumed to result in a less than significant impact.

Table 4.11-1 summarizes the employment estimates for the Project. It should be noted that the employment estimates are consistent with the land use to employment generation factors from the Riverside County General Plan.

**4.11.1 - Employment Estimates**

| Land Use | Building Area | Building Area per Employee | Estimated Employees[3] |
|---|---|---|---|
| Industrial Park | 877,298 sf | 1,030 sf | 852 |
| Medical Office | 52,065 sf | 300 s.f. | 174 |
| **Total:** | **929,363 sf** | -- | **1,026** |

*Source: Riverside County General Plan.*

*Project VMT Calculations*

Consistent with recommendations contained in the Technical Advisory, calculation of VMT for employment uses such as the industrial and medical office uses proposed by the Project are evaluated using home-based work trips. As shown in Table 4.11-2, the Project baseline (2020) home-based worker VMT per worker is 13.33.

**4.11.2- Project Home Based Worker VMT per Worker**

| Category | Project 2012 | Project 2040 | Project 2020 (interpolated) |
|---|---|---|---|
| Employment | 1,026 | 1,026 | 1,026 |
| Home Based Worker VMT | 14,707 | 11,115 | 13,681 |
| Home Based Worker VMT / Worker | 14.33 | 10.83 | 13.33 |

*Source: RIVTAM.*

As noted previously, the City of Banning is still in development of their VMT guidelines and thresholds. To provide a comparison of the Project's VMT per worker to the existing regional VMT per worker, VMT values previously calculated and published by WRCOG as part of their WRCOG Guidelines has been utilized. Table 4.11-3 shows the WRCOG home based worker trips.

**4.11.3 - WRCOG Unincorporated Region Home Based Worker VMT per Worker**

| Category | Project 2012 | Project 2040 | Project 2020 (interpolated) |
|---|---|---|---|
| Home Based Worker VMT / Worker | 12.83 | 14.02 | 13.17 |

*Source: WRCOG.*

Table 4.11-4 on page 4.11-13 illustrates the comparison between Project-generated home-based worker VMT per worker to the existing (2020) WRCOG region trips.

---

[3] Riverside County General Plan Employment Factors

#### 4.11.4 - Project VMT per Worker Comparison

| Category | Project | Existing Regional Average (2020) | OPR 15% below Existing Regional Average |
|---|---|---|---|
| Home Based VMT/Worker | 13.33 | 13.17 | 11.19 |
| Difference w/ Project | | +0.16 | +2.14 |
| **Percent Change** | | **+1.22%** | **+19.12%** |

As shown, the Project would exceed the 15% below existing regional home-based worker VMT per worker by 19.12%. As such, the Project's impact based on VMT for the light industrial and business park components is potentially significant. The following mitigation measure is recommended to reduce vehicle miles traveled to the maximum extent feasible.

**_VMT-1: Pedestrian Network Improvements._** _Prior to the issuance of a building permit, site plans for future development shall provide a pedestrian access network to link areas of the Project site internally and to Sun Lakes Boulevard._

The Project's vehicle miles traveled per worker exceeds the threshold of 15% below the existing regional vehicle miles traveled per worker. Even with implementation of the limited feasible mitigation measures discussed above, Project's vehicle miles traveled cannot be reduced to levels that would be less-than-significant. Additionally, the efficacy of transportation demand measures and reduction of impacts below thresholds cannot be assured.

**Level of Significance***:* Significant and unavoidable.

**_Threshold 4.11.5 (c). Substantially increase hazards due to a geometric design feature (e.g., sharp curves or dangerous intersections) or incompatible uses (e.g., farm equipment)?_**

The Project is located adjacent to Sun Lakes Boulevard which is a fully improved roadway that meets City standards. Sun Lakes Boulevard is classified as a Major Highway in the General Plan Circulation Element. A Major Highway has 100 feet of right of way, with a 76-foot street section from curb to curb. This represents four travel lanes, with parking lanes on each side, a center median, and a parkway on each side. The Project is proposing to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards. The primary driveway (to be aligned with the existing entrance to Sun Lakes Village) will be signalized. The driveways do not have the potential to change the geometric design of Sun Lakes Boulevard in a manner that would substantially increase hazards due geometric design feature (e.g., sharp curves or dangerous intersections). Impacts are less than significant.

Additionally, the Project site occurs in an area that has largely been developed with residential and commercial land uses, and there are no disparate uses, such as agricultural uses, that could potentially create safety hazards due to incompatible uses.

**Level of Significance**: Less than significant.

---

***Threshold 4.11.6 (d) - Result in inadequate emergency access?***

---

The Project is located adjacent to Sun Lakes Boulevard which is a fully improved roadway that meets City standards. Sun Lakes Boulevard is classified as a Major Highway in the General Plan Circulation Element. A Major Highway has 100 feet of right of way, with a 76-foot street section from curb to curb. This represents four travel lanes, with parking lanes on each side, a center median, and a parkway on each side. The Project is proposing to construct two (2) access driveways on Sun Lakes Boulevard which will be constructed to meet City standards.  The primary driveway (to be aligned with the existing entrance to Sun Lakes Village) will be signalized. These improvements will provide adequate emergency vehicle access.

**Level of Significance***: Less than significant.

### 4.11.6  CUMULATIVE IMPACTS

As discussed in the preceding analysis, the Project has less than significant impacts relating to conflicts with the circulation system, roadway design hazards, and emergency access. Other projects in the area are also required to meet standard requirements to provide transportation facilities that accommodate both pedestrian, bicycle, and vehicle travel. Therefore, the Project would not result in impacts that are cumulatively considerable

The Project's vehicle miles traveled per worker exceeds the threshold of 15% below the existing regional vehicle miles traveled per worker. Even with implementation of the limited feasible mitigation measures discussed above, Project's vehicle miles traveled cannot be reduced to levels that would be less-than-significant.

**Level of Significance***: Significant and unavoidable.

### 4.11.7  References

Urban Crossroads, *Sun Lakes Village North Specific Plan Amendment No.6 Vehicle Miles Traveled (VMT) Analysis*, July 8, 2020. (VMT Analysis, Included as Appendix G

## 4.12 TRIBAL CULTURAL RESOURCES

Tribal Cultural Resources consist of the following:

- A tribal cultural resource listed in or determined to be eligible by the State Historical Resources Commission, for listing in the California Register of Historical Resources.
- Sites, features, places, cultural landscapes, sacred places, and objects with cultural value to a California Native American tribe that are either of the following:

(a) Included or determined to be eligible for inclusion in the California Register of Historical Resources.

(b) Included in a local register of historical resources as defined in subdivision (k) of Section 5020.1.

- A resource determined by the lead agency, in its discretion and supported by substantial evidence, to be significant pursuant to criteria set forth in subdivision (c) of Section 5024.1. In applying the criteria set forth in subdivision (c) of Section 5024.1 for the purposes of this paragraph, the lead agency shall consider the significance of the resource to a California Native American tribe.

This section of the EIR evaluates the potential for implementation of the Project to impact Tribal Cultural Resources. The analysis in this section is based, in part, upon the following:

- *Cultural Resources Records Search Results and Recommendations for the Sun Lakes Boulevard Project* (APN 419-140-057), City of Banning, County of Riverside, California, L&L Environmental Inc., February 20, 2020. (Appendix D).

- *Phase I Cultural Resources Assessment for the Sun Lakes Boulevard Project* (APN 419-140-057), City of Banning, County of Riverside, California, L&L Environmental Inc., February 20, 2020. (Appendix E).

- Consultation with the Morongo Band of Mission Indians.

### 4.12.1 Environmental Setting

The Project area is in the San Gorgonio Pass, or Banning Pass, which lies along the border between the Peninsular Ranges and Transverse Ranges Geomorphic Provinces. The pass was formed by the San Andreas Fault, which runs along the pass between the San Bernardino Mountains to the north and the San Jacinto Mountains to the south. Land surrounding the Project area is generally characterized as mixed residential and commercial, with a few vacant lots as well as major transportation corridors (i.e., Interstate 10 and the Union Pacific Railroad). Topographically, much of the Project area is flat, but gradually increases in elevation as it trends southeast to northwest. Elevation onsite ranges from 2,546 to 2,565 feet above mean sea level

(AMSL). The Project area is within a disturbed vacant lot and appears to be regularly disked or mown. A large advertising sign is present along the north-central boundary of the site. A gravel surface layer (from past disturbance) is present in some areas, particularly in the northeastern portion of the site. A dirt access road is present near the northern site boundary. Other past disturbance onsite includes a grid of dirt roads or graded areas, remnants of which are still visible.

### 4.12.2  NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21, 2020.  No comments were received during the NOP comment period that pertain to the topic of Tribal Cultural Resources.

### 4.12.3  Regulatory Framework

*Senate Bill 18*

In order to aid in the protection of traditional tribal cultural places ("cultural places") through local land use planning, Senate Bill (SB) 18, effective September 2004, requires local government to notify and consult with California Native American tribes when the local government is considering adoption or amendment of a general or specific plan.

*Assembly Bill 52*

The legislature added new requirements regarding tribal cultural resources in Assembly Bill 52 (AB 52).  By including tribal cultural resources early in the CEQA process, the legislature intended to ensure that local and Tribal governments, public agencies, and project proponents would have information available, early in the project planning process, to identify and address potential adverse impacts to tribal cultural resources.  By taking this proactive approach, the legislature also intended to reduce the potential for delay and conflicts in the environmental review process.

The Public Resources Code now establishes that "[a] project with an effect that may cause a substantial adverse change in the significance of a tribal cultural resource is a project that may have a significant effect on the environment." (Pub. Resources Code, § 21084.2.)  To help determine whether a project may have such an effect, the Public Resources Code requires a lead agency to consult with any California Native American tribe that requests consultation and is traditionally and culturally affiliated with the geographic area of a proposed project. That consultation must take place prior to the determination of whether a negative declaration, mitigated negative declaration, or environmental impact report is required for a project. (Pub. Resources Code, § 21080.3.1.)

 *California Health and Safety Code § 7050.5, 7051 and 7054*

California Health and Safety Code 7050.5, 7051 and 7054 collectively address the illegality of interference with human burial remains as well as the disposition of Native American burials in

archaeological sites. The law protects such remains from disturbance, vandalism, or inadvertent destruction, and establishes procedures to be implemented if Native American skeletal remains are discovered during construction of a project, including the treatment of remains prior to, during, and after evaluation, and reburial procedures.

### 4.12.4  Thresholds of Significance

The City of Banning relies upon the Environmental Checklist Form included in Appendix G of the State CEQA Guidelines to determine the significance of environmental impacts. As it applies to the Project, the Project would have a significant impact Tribal Cultural Resources if it would:

*(a) Cause a substantial adverse change in the significance of a tribal cultural resource, defined in Public Resources Code 21074 as either a site, feature, place, cultural landscape that is geographically defined in terms of the size and scope of the landscape, sacred place, or object with cultural value to a California Native American Tribe, and that is:*

> *(I) Listed or eligible for listing in the California Register of Historical Resources, or in a local register of historical resources as defined in Public Resources Code Section 5020.1(k)? OR*

> *(II) A resource determined by the lead agency, in its discretion and supported by substantial evidence, to be significant pursuant to criteria set forth is subdivision (c) of Public Resources Code Section 5024.1.  In applying the criteria set forth in subdivision (c) of Public Resources Code Section 5024.1, the lead agency shall consider the significance of the resource to a California Native American tribe?*

### 4.12.5  Impact Analysis

***4.12.5 (a) Cause a substantial adverse change in the significance of a tribal cultural resource, defined in Public Resources Code 21074 as either a site, feature, place, cultural landscape that is geographically defined in terms of the size and scope of the landscape, sacred place, or object with cultural value to a California Native American Tribe, and that is Listed or eligible for listing in the California Register of Historical Resources, or in a local register of historical resources as defined in Public Resources Code Section 5020.1(k)?***

The Project area appears to have low sensitivity for prehistoric archaeological resources, and it is unlikely that intact, subsurface prehistoric archaeological deposits would be uncovered during Project construction. Sensitivity for encountering historic-age archaeological resources is considered low-to-moderate. The Project area lies within Stewart Ranch; however, the land within the Project area was utilized for grazing, agricultural, and water control/conveyance purposes. This suggests that any historic artifacts and/or deposits that may be present in subsurface context would most likely reflect those activities (e.g., horse shoes, tacks, barbed wire, sparse occurrences of tin cans and glass bottles, other water conveyance/control features,

etc.) and would most likely not be considered historically significant. Thus, no mitigation measures are required.

**Level of Significance:** No impact.

***4.12.5 (a) Cause a substantial adverse change in the significance of a tribal cultural resource, defined in Public Resources Code 21074 as either a site, feature, place, cultural landscape that is geographically defined in terms of the size and scope of the landscape, sacred place, or object with cultural value to a California Native American Tribe, and that is a resource determined by the lead agency, in its discretion and supported by substantial evidence, to be significant pursuant to criteria set forth is subdivision (c) of Public Resources Code Section 5024.1.  In applying the criteria set forth in subdivision (c) of Public Resources Code Section 5024.1, the lead agency shall consider the significance of the resource to a California Native American tribe?***

The Planning Department notified the following California Native American Tribes per the requirements of both AB 52 and SB 18 on February 21, 2020. Under AB 52, tribes have 30-days to notify the City if consultation is requested. Under SB 18, tribes have 90-days to notify the City if consultation is requested. The AB 52 response period ended on March 21, 2020 and the SB 18 response period ended on May 21, 2020. Table 4.12-1 provides a summary of the AB 52 and SB 18 responses.

**4.12.1 - Summary of AB 52 and SB 18 Responses**

| Tribe | Date/Response |
|---|---|
| Agua Caliente Band of Cahuilla Indians | **March 9, 2020**. The project area is not located within the boundaries of the ACBCI Reservation. However, it is within the Tribe's Traditional Use Area. Since this action does not have the potential to impact cultural resources, we have no concerns currently. This letter shall conclude our consultation efforts. |
| Augustine Band of Cahuilla Mission Indians | No response. |
| Cabazon Band of Mission Indians | **February 26, 2020**. Thank you for the formal invitation to request consultation necessary for assembly Bill (AB) 52 and (SB) 18 notice, at Sun Lakes Village North Amendment No. 6.  Currently Cabazon Band of Mission Indians has no comment to this matter. |
| Los Coyotes Band of Cahuilla and Cupeno Indians | No response. |

| Tribe | Date/Response |
|---|---|
| Morongo Band of Mission Indians | **March 19, 2020 (follow up on June 26, 2020).** The proposed project is within the ancestral territory and traditional use area of the Cahuilla and Serrano people of the Morongo Band of Mission Indians. Projects within this area are potentially sensitive for buried deposits regardless of the presence of remaining surface artifacts and features. Our office wants to initiate government-to-government consultation and requests the following from the lead agency to begin meaningful consultation. |
| Ramona Band of Cahuilla Indians | No response. |
| San Fernando Band of Mission Indians | No response. |
| San Manuel Band of Mission Indians | No response. |
| Santa Rosa Band of Cahuilla | No response. |
| Serrano Nation of Mission Indians | No response. |
| Soboba Band of Luiseno Indians | No response. |
| Torres-Martinez Desert Cahuilla Indians | No response. |

As a result of the consultation with the Morongo Band of Mission Indians, it was determined that tribal cultural resources may be encountered during grading activities and the following mitigation measures are required:

***TCR-1-Retain Qualified Professional Archaeological Monitor:*** *Prior to the issuance of a grading permit, the Applicant shall retain a qualified professional archaeological monitor who meets U.S. Secretary of the Interior Standards (SOI). The monitor shall be present during all ground disturbing activities to identify any known or suspected archaeological and/or cultural resources. The monitor will conduct an Archaeological Sensitivity Training, in conjunction with the Tribes Tribal Historic Preservation Officer (THPO). The training session will focus on what the archaeological and tribal cultural resources that may be encountered during earthmoving activities and the procedures to be followed in such an event.*

***TCR-2- Archaeological Monitoring and Treatment Plan:*** *Prior to the issuance of a grading permit, the qualified archaeologist shall develop an Archaeological Monitoring and Treatment Plan to address the details, timing and responsibility of all archaeological and cultural resource activities that occur on the project site, in coordination with Tribe.*

**_TCR-3- Tribal Monitoring Agreement:_** _Prior to the issuance of grading permits, the applicant shall enter into a Tribal monitoring agreement with the Morongo Band of Mission Indians for the project. The Tribal Monitor shall be on-site during all ground disturbing activities including clearing, grubbing, tree and bush removal, grading, trenching, fence post placement and removal, construction excavation, excavation for all water supply, electrical, and irrigation lines, and landscaping phases of any kind. The Tribal Monitor shall have the authority to temporarily divert, redirect, or halt the ground disturbance activities to allow identification, evaluation, and potential recovery of cultural resources._

**_TCR-4-Specific Conditions:_** _The Morongo Band of Mission Indians requests the following specific conditions to be imposed in order to protect Tribal cultural, and/or archaeological resources within the project area. This includes cultural materials both on the surface and buried. Should human remains be encountered on the surface or during any and all ground-disturbing activity (i.e. grubbing, tree and bush removal, grading, trenching, fence post placement and removal, construction excavation, excavation for all water supply, electrical, and irrigation lines, and landscaping phases, excavation of any kind), work in the immediate vicinity of the discovery shall immediately stop (within 100-foot buffer of the discovery), the area shall be protected, project personnel/observers restricted, and the County Coroner to be contacted pursuant to State and Safety Code §7050.5. and Public Resources Code (PRC) § 5097.98. In the event human remains are found and identified as Native American, the landowner shall also notify the City Planning Department so that the City can ensure PRC § 5097.98 is followed. No photographs are to be taken except by the Coroner._

   a) _In the event that Tribal Cultural Resources or other cultural resources are discovered during project development and construction, all work in the immediate vicinity of the discovery shall stop (within 60-foot buffer of the discovery) and the area protected by fencing and guarding until a qualified archaeologist (i.e. meeting Secretary of the Interior standards) assesses the discovery. Overall project work may continue during this period of assessment._

   b) _If archaeological assessment indicates that significant Native American cultural resources or other cultural resources are present, a Treatment Plan must be prepared in consultation with the Tribe. The developer will notify the Lead Agency and contract with qualified Cultural Resources Management (CRM) firm to develop the Treatment Plan._

   c) _If requested by the Tribe, the developer or the project archaeologist shall, in good faith, immediately initiate consultation with the Morongo Band of Mission Indians regarding further actions to be taken including, but not limited to, avoidance, preservation in place, removal, and disposition._

**_TCR-5-Inadvertent Discovery During Grading:_** _In the event that archaeological or tribal cultural resources are unearthed during ground-disturbing activities, ground-disturbing activities shall stop (within 60-foot buffer of the discovery) or shall be diverted away from the vicinity of the find,_

AR 007469

AR004609

*so that the find can be evaluated by the qualified Archaeologist. A treatment plan shall be developed by a qualified Archaeologist (meeting SOI standards) in consultation with the Tribe and the City Planning Department to include relinquishment of all artifacts through one of the following methods:*

    a) *This reburial area of cultural resource items shall be away from any future impacts and reside in perpetuity. Reburial shall not occur until all cataloging; analysis and any necessary special studies have been completed on the cultural resources. Details of contents and location of the reburial shall be documented in a Final Report and shall remain as confidential.*

    b) *The Tribes Most Likely Descendant (MLD) may wish to rebury the human remains and/or associated funerary objects, as close to the place of their discovery, in an area that will not be subject to future disturbances and reside in perpetuity. The place(s) of reburial will not be disclosed by any party and is exempt from the California Public Records Act (California Government Code § 6254[r]). Reburial location of human remains will be determined by the landowner, City Planning Department, in consultation with the Tribes Most Likely Descendant (MLD).*

    c) *Curation at a Riverside County Curation facility that meets federal standards per 36 CFR Part 79 and therefore will be professionally curated and made available to other archaeologists/researchers and tribal members for further study. The collection and associated records shall be transferred, including title, and are to be accompanied by payment of the fees necessary for permanent curation. Evidence shall be provided in the form of a letter from the curation facility identifying that archaeological materials have been received and that all fees have been paid.*

**_TCR-6-Documents:_** *Any and all cultural documents created as a part of the project (Archaeological Monitoring and Treatment Plans, isolate records, site records, survey reports, testing reports, etc.) shall be supplied to the applicant and Lead Agency for dissemination to consulting Tribe.*

**Level of Significance:** Less than significant with incorporation of Mitigation Measures TCR-1 through TCR-6.

### 4.12.6 Cumulative Impacts

The cumulative area for tribal cultural resources is the City boundaries, but can also vary depending on which tribe is being consulted with. Other cumulative developments not exempt from CEQA would be subject to the provisions of AB 52 and SB 18 and would be required to apply mitigation measures as necessary to mitigate impacts. Because the Project and other cumulative developments would be required to comply with AB 52 and SB 18, and because the Project has

incorporated mitigation measures to preclude impacts, cumulatively-considerable impacts would
be less than significant.

**Level of Significance***:* Less than significant with incorporation of Mitigation Measures TCR-1
through TCR-6.

### 4.12.7  References

*Cultural Resources Records Search Results and Recommendations for the  Sun Lakes Boulevard
Project* (APN 419-140-057), City of Banning, County of Riverside, California, L&L
Environmental Inc., February 20, 2020. (Appendix D).

*Phase I Cultural Resources Assessment for the Sun Lakes Boulevard Project* (APN 419-140-
057), City of Banning, County of Riverside, California, L&L Environmental Inc.,
February 20, 2020. (Appendix E).

## 4.13  UTILITIES AND SERVICE SYSTEMS

This section of the EIR evaluates the potential for implementation of the Project to impact utility and service systems in the City of Banning. Utilities and services systems include water supply and distribution systems; wastewater (sewage) conveyance and treatment; storm drainage systems; solid waste collection and disposal services; and other public utilities. The analysis in this section is based, in part, upon the following:

- *Water Supply Assessment for the Sun Lakes Village North Specific Plan Amendment No. 5*, Romo Planning Group, August 31, 2020.

### 4.13.1  Environmental Setting

The project site is located within an urbanized area of the City of Banning where existing utilities and service systems are available.  Surrounding land uses include railroad tracks followed by Interstate 10 to the north, Sun Lakes Boulevard followed by single-family residential homes to the south, senior apartments, assisted living/memory care residential facility, and single-family residential homes to the east, and a shopping center to the west.

*Water Facilities*

The City of Banning Public Works and Utilities Department provides domestic water services to the City of Banning. The City also provides domestic water services to unincorporated Riverside County lands located southwesterly of the City limits. The City owns and operates wells, reservoirs, and a distribution line system to deliver domestic water within their service area. The distribution line system serving the City consists of water lines ranging from 2" to 30" in diameter. (Banning General Plan p. VI-1).

*Wastewater Facilities*

The City of Banning owns and operates a Water Reclamation Facility (WRF) at 2242 East Charles Street in Banning. The wastewater collection system to the Banning WRF includes 115 miles of gravity sewer mains, 5 miles of force mains, and 4 sewer lift stations. The Facility Design Capacity = 3.6 MGD, the Average Daily Flow = 2.4 MGD, and. the Average Dry Weather Flow = 2.3 MGD. (Ref. *Sewer System Management Plan City of Banning*, June 30, 2016).

*Storm Water Drainage Facilities*

The Project site is currently vacant with no buildings or structures onsite. Thus, there are no existing storm drains connected to the City's storm drain system.

*Electric Power Facilities*

AR 007472

AR004612

Banning Electric Utility is a not-for-profit, publicly owned retail electrical energy distribution utility.

The Banning Electricity owns a variety of power generation resources to provide the electricity required to meet the demands of its customers. This includes power from: Coal (20 MW), Geothermal generation resources (3.4 MW), Nuclear (2 MW) and Hydro (2 MW). Electricity is conveyed to the City through a series of transmission lines including several owned by Southern California Edison (SCE). (Banning Electric Utility website).

*Natural Gas Facilities*

Natural gas services are provided to the City of Banning by SoCalGas.  There is a high-pressure distribution line located in Sun Lakes Boulevard adjacent to the site and a transmission line located in Highland Springs Avenue approximately 800 feet west of the site.

*Telecommunication Facilities*

Telecommunication Facilities

Telecommunication facilities include a fixed, mobile, or transportable structure, including, all installed electrical and electronic wiring, cabling, and equipment, all supporting structures, such as utility, ground network, and electrical supporting structures,  and a transmission pathway and associated equipment in order to provide cable TV, internet, telephone, and wireless telephone services to the City of Banning.  Some of the primary providers in banning include Verizon, AT&T, Frontier Communications, Charter Spectrum, Viasat Internet, and Hughes Net.

### 4.13.2  NOP/Scoping Comments

A Notice of Preparation (NOP) for the proposed Project was released for public review commencing on February 21, 2020 and ending on March 21, 2020.  No comments were received during the NOP comment period that pertain to the topic of Utility and Service Systems.

### 4.13.3  Regulatory Framework

The following is a brief description of the primary state and local environmental laws and related regulations related to utilities and service systems.

**State Water Supply Regulations**

*State Urban Water Management Planning Act*

The Urban Water Management Planning Act of 1983, California Water Code Sections 10610 et seq., requires preparation of a plan that:

- Plans for water supply and assesses reliability of each source of water, over a 20-year period, in 5-year increments.
- Identifies and quantifies adequate water supplies, including recycled water, for existing and future demands, in normal, single-dry, and multiple-dry years.
- Implements conservation and the efficient use of urban water supplies.

The City of Banning Urban Water Management Plan (UWMP) was adopted by the City Council on June 14, 2016. The UWMP includes all information necessary to meet the requirements of the UWMP Act (UWMP Act), as set forth above.

*Senate Bill 610*

SB 610 requires an assessment of whether available water supplies are sufficient to serve the demand generated by a proposed project, as well as the reasonably foreseeable cumulative demand in the region over the next 20 years under average normal year, single dry year, and multiple dry year conditions. Under SB 610, water assessments must be furnished to local governments for inclusion in any environmental documentation for certain projects (as defined in Water Code 10912 [a]) subject to CEQA. SB 610 is applicable to the Project because it is a proposed industrial park planned to occupy more than 40 acres of land and having more than 650,000 square feet of floor area.

**Local Water Supply Regulations**

*City of Banning Municipal Code*

- Section 15.68.070. Requires a water facilities development impact fee to be used to mitigate impacts from constructing water facilities pursuant to the most current wastewater facilities plan.

- Section 13.16.030 requires all new developments to comply with water conservation provisions that use xeriscape principles such as, turf limitations, irrigation techniques, use of mulch, and water-conserving landscaping plans.

**Local Wastewater Treatment Capacity Regulations**

*City of Banning Municipal Code*

The following provisions from the municipal code focus on wastewater treatment:

- Section 15.68.060. Requires a wastewater facilities development impact fee to be used to mitigate impacts from constructing wastewater facilities pursuant to the most current wastewater facilities plan.

**State Solid Waste Capacity Regulations**

*California Solid Waste Integrated Waste Management Act (AB 939, 1989)*

The California Integrated Waste Management Act established an integrated waste management system that focused on source reduction, recycling, composting, and land disposal of waste. In addition, the Act established a 50% waste reduction requirement for cities and counties by the year 2000, along with a process to ensure environmentally safe disposal of waste that could not be diverted. Per the requirements of the Integrated Waste Management Act, the Riverside County Board of Supervisors adopted the Riverside Countywide Integrated Waste Management Plan which outlines the goals, policies, and programs the County and its cities will implement to create an integrated and cost effective waste management system that complies with the provisions of California Integrated Waste Management Act and its diversion mandates.

*2016 California Green Building Standards*

Section 4.408 of the 2016 California Green Building Code Standards requires new development projects to submit and implement a construction waste management plan to reduce the amount of construction waste transported to landfills. Prior to the issuance of building permits, the City of Banning shall confirm that a sufficient plan has been submitted, and prior to final building inspections, the City of Banning shall review and verify the Contractor's documentation that confirms the volumes and types of wastes that were diverted from landfill disposal, in accordance with the approved construction waste management plan.

**Local Solid Waste Capacity Regulations**

*City of Banning Municipal Code*

Chapter 8.52 – Recycling: The intent of this chapter is to eliminate barriers to recycling in the City in order to enable the city to reach waste reduction goals mandated by Assembly Bill 939 and space allocation requirements mandated by the California Solid Waste Reuse and Recycling Access Act of 1991 (AB 1327), and to lengthen the lifespan of the landfills and decrease the costs of hauling to landfills.

AR 007475

AR004615

### 4.13.4  Thresholds of Significance

*Would the Project:*

(a) *Require or result in the relocation or construction of new or expanded water, wastewater treatment or storm water drainage, electric power, natural gas, or telecommunications facilities, the construction or relocation of which could cause significant environmental effects?*

(b) *Have sufficient water supplies available to serve the project and reasonably foreseeable future development during normal, dry, and multiple years?*

(c) *Result in a determination by the wastewater treatment provider, which serves or may serve the project that it has adequate capacity to serve the project's projected demand in addition to the provider's existing commitments?*

(d) *Generate solid waste more than State or local standards, or more than the capacity of local infrastructure, or otherwise impair the attainment of solid waste reduction goals?*

### 4.13.5  Impact Analysis

***Threshold 4.13.5 (a) - Require or result in the relocation or construction of new or expanded water, wastewater treatment or storm water, drainage, electric power, natural gas, or telecommunications facilities, the construction or relocation of which could cause significant environmental effects?***

Construction of the Project would require connections to existing water, wastewater treatment, storm water drainage, electric power, natural gas, or telecommunications facilities. The Project area already is served by these utilities, and it is anticipated that proposed improvements to provide service to the Project site would occur within existing improved rights-of way off-site, or on-site within areas already planned for impact and development by the Project.  The proposed connections to these utilities are inherent to the Project's construction phase, which has been evaluated throughout this EIR.  Where significant construction-related impacts are identified, feasible mitigation measures are identified to reduce impacts to the maximum feasible extent. There are no components of the Project's proposed utility connections that would result in significant environmental effects not already addressed by this EIR.

**Level of Significance***:*  Less than significant.

AR 007476

AR004616

***Threshold 4.13.5 (b) - Have sufficient water supplies available to serve the project and
reasonably foreseeable future development during normal, dry, and multiple years?***

The City potable water is primarily supplied from groundwater wells. The City overlies the
Coachella Valley Groundwater Basin, which is underlain by several large sub-basins. The City
overlies the San Gorgonio Pass Sub-basin, which is divided into water storage units. The City
extracts groundwater from the Banning Storage Unit, Banning Bench Storage Unit, Cabazon
Storage Unit, Beaumont Basin, and Banning Canyon Storage Unit.

The City purchases imported water from the San Gorgonio Pass Water Agency to recharge to the
Beaumont Basin at Beaumont Cherry Valley Water District's Noble Creek spreading facility.
Based on the City's 2015 UWMP, the City recharged approximately 694 afy in year 2015.
Although the City purchases imported water, the imported water supply connection is only used
for recharge.

To assess the ultimate effect of the Project's water demands and service needs, the City of
Banning Water Department has prepared a Water Supply Assessment, included as Technical
Appendix J to this EIR, in accordance with Senate Bill 610 (SB 610). Provided below is a summary
of the City of Banning's water supplies and water demand projections based on the assessment.

At the time the assessment was prepared, there were no land use development entitlements
being sought (i.e. site plan, parcel map, etc.) by the Project proponent. In the absence of site-
specific details, the water demand for the Project is based on the *City of Banning, Integrated
Master Plan, Final Report*, March 2018. According to Table 3.8, *Known Developments
Demand Projections,* the Project is estimated to have an annual water demand of 279-acre feet
per year (afy). Table 4.13-1 provides a summary of the available groundwater supplies from 2020
to 2040.

**4.13.1 - Quantities of Available Water Supplies (AF/YR)**

| Basin Name | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|
| Beaumont Storage Unit | 1,266 | 1,14 | 1,029 | 925 | 925 |
| Beaumont Storage Unit Recharge | 2,718 | 2,718 | 2,718 | 2,718 | 2,718 |
| Banning Storage Unit | 1,130 | 1,13 | 1,130 | 1,130 | 1,130 |
| Banning Bench Storage Unit | 1,960 | 1,96 | 1,960 | 1,960 | 1,960 |
| Cabazon Storage Unit | 2,515 | 2,51 | 2,515 | 2,515 | 2,515 |
| Banning Canyon Storage Unit | 4,070 | 4,07 | 4,070 | 4,070 | 4,070 |
| **San Gorgonio Pass Subbasin Total** | **13,659** | **13,538** | **13,422** | **13,318** | **13,318** |

*Source: Banning 2015 Urban Water Management Plan.*

**AR004617**

Table 4.13-2 shows a comparison of the Project's projected water demand compared to the available City industrial and commercial sector water supplies for the period 2020 to 2040.

### 4.13.2 - Comparison of Project Demand vs. Projected Deliveries (afy)

| Land Use | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|
| Industrial | 94 | 99 | 103 | 107 | 111 |
| Commercial | 2.281 | 2,382 | 2,484 | 2,586 | 2,694 |
| Total | 2,375 | 2,481 | 2,587 | 2,693 | 2,805 |
| Project Demand | 279 | 279 | 279 | 279 | 279 |
| Project's Percent of Total | 11.7% | 11.2% | 10.8 | 10.4 | 9.9% |

*Source: Source: Banning 2015 Urban Water Management Plan*

As shown in Table 4.13-2 above, the Project's expected water demand is within the City's total projected water supplies available during normal, single dry, and multiple dry water years for the next 20 years. Therefore, there will be adequate supplies to meet the projected water demand associated with the Project in addition to the existing and other planned future uses of the City's water system.

**Level of Significance:** Less than significant.

***Threshold 4.13.5 (c) - Result in a determination by the wastewater treatment provider, which serves or may serve the project that it has adequate capacity to serve the project's projected demand in addition to the provider's existing commitments?***

All wastewater flows collected within the City's service area are currently treated at one facility, the Banning Wastewater Treatment Plant. The plant is in the southeast portion of the City adjacent to Smith Creek and east of Hathaway Street. The City contracts with United Water Services for the operation and maintenance of the plant. The plant has capacity to treat up to 3.6 million gallons per day (MGD. The Plant treated an average of 2.07 MGD in 2016. According to the City of Banning, *Integrated Master Plan*, 2018, the Project is estimated to generate approximately 53,580 gpd (0.5 MGD).

A comparison of the Project's wastewater generation as compared to the overall City's projected wastewater flows by percentage are shown in Table 4.13-3.

**4.13.3 - Project's Wastewater Generation as Compared to the Overall City's Projected Wastewater Flows**

| Flow Condition | Existing | 2025 | 2040 |
|---|---|---|---|
| City | 2.01 | 2.80 | 4.29 |
| Project | 0.00 | 0.05 | 0.05 |
| **Project % of Total** | **0%** | **1.78** | **1.16** |

*Source: Table 3.22, City of Banning, Integrated Master Plan, 2018.*

As shown in Table 4.13-3, the Project's estimated wastewater flows represent 1.78% of the treatment plant's capacity in 2025 and 1.16% in 2040.

**Level of Significance:** Less than significant.

---

***Threshold 4.13.5 (d) - Generate solid waste more than State or local standards, or more than the capacity of local infrastructure, or otherwise impair the attainment of solid waste reduction goals?***

---

Waste Management Inc. is the franchise waste hauler for the City of Banning and collects solid waste from all residential and commercial customers. The Riverside County Waste Management Department provides recycling and disposal services for the City of Banning. Solid waste generated by the Project will be disposed of at three facilities in Riverside County, the Badlands Sanitary Landfill near the City of Moreno Valley, the El Sobrante Landfill near the City of Corona, and the Lamb Canyon Sanitary Landfill near the City of Beaumont. As shown in Table 4.13-4, these three landfills have residual capacity for additional waste and are estimated to close beyond 2020.

**4.13. 4 - Capacity of Landfills Serving Banning**

| Landfill | Capacity (cubic yards) | Remaining Capacity (cubic yards) | Closure Date |
|---|---|---|---|
| Badlands Sanitary Landfill | 34,400,000 | 15,748,789 | 1/1/2022 |
| El Sobrante Landfill | 209,910,000 | 143,977,170 | 1/1/2051 |
| Lamb Canyon Sanitary Landfill | 38,935,653 | 19,242,950 | 4/1/2029 |

*Source: CalRecycle, SWIS Facility/Site Activity Details website, July 2020.*

Construction and operation of the proposed Project would result in the generation of solid waste, requiring disposal at a landfill. During construction of the proposed Project, solid waste in the

form of demolition material and remnants of unused construction materials would require disposal at a landfill.  Waste also would be generated by the construction process, primarily consisting of discarded materials and packaging.  Section 5.408 of the 2016 California Green Building Standards Code (CALGreen; Part 11 of Title 24, California Code of Regulations) requires that 65 percent of construction/demolition waste be diverted from landfills, and 100 percent of trees, stumps, rocks, and associated vegetation and soils resulting from land clearing be reused or recycled.

The California Emissions Estimator Model (CalEEMod) is a statewide land use emissions computer model designed to provide a uniform platform for government agencies to quantify potential air quality criteria pollutant emissions associated with both construction and operations from a variety of land use projects. The model can also be used to estimate solid waste generation rates for various types of land uses for analysis in CEQA documents. Waste disposal rates by land use and overall composition of municipal solid waste in California is primarily based on CalRecycle data. Based on solid waste generation usage obtained from CalEEMod, the Project would generate approximately 1,689 tons of solid waste per year (6,255 cubic yards).  This amount represents 0.018% of the remaining capacity of the Badlands Sanitary Landfill, 0.003% of the El Sobrante Sanitary Landfill, and 0.0001% of the Lamb Canyon Sanitary Landfill. As such, the nominal portion of the Project's solid waste generation would not contribute significantly to landfill capacity, and the landfill facilities are sufficient.  Accordingly, impacts would be less than significant.

***Level of Significance:***  Less than significant.

### 4.13.6  Cumulative Impacts

This cumulative impact analysis considers development of the Project in conjunction with other development projects and planned development in the vicinity of the Project site, including buildout of the City of Banning General Plan Land Use Plan. This study area was selected because utilities and service systems are provided to all the existing and planned developments in the City of Banning by the same service providers.

*Water Facilities*

According to the Water Supply Assessment prepared for the Project (see Appendix I) the water demand estimated for the Project is within the limit of growth anticipated by the Urban Water Management Plan (UWMP). The implementation of existing water conservation measures and recycling programs in the Banning service area would also help reduce the need for increased water supply. Additionally, Banning has established a Water Shortage Contingency Plan (detailed in Banning's 2015 UWMP) to reduce water demand during a water supply shortage, including a reduction in water supplies due to legal, environmental, and/or climatic conditions. The Water Shortage Contingency Plan provides several prohibitions and consumptive reduction methods that would reduce demand up to 50% under the most extreme deficiencies. Because the Banning

Water Division is projected to have adequate water supply for projected growth through at least the Year 2040 in normal, dry, and multiple-dry years, cumulatively-considerable effects to water supply would not result from construction or operation of the Project.

*Wastewater Treatment Facilities*

Based on historical records, the average annual flow at the City's wastewater treatment plant (WWTP) was estimated to be roughly 2.02 mgd for years 2011 through 2016. The existing average dry weather flow (ADWF) is approximately 2.08 mgd for years 2011 through 2016. The City's 5-year average per capita wastewater generation was estimated at 73 gallons per capita per day (gpcd). The WWTP has capacity to treat up to 3.6 million gallons per day (MGD).

*The City of Banning Integrated Master Plan,* 2018, found that capacity upgrades are not required to accommodate future buildout of the City. As such, the Projects' incremental contribution of 1.16% of the total capacity demand in 2040 would not require expanded treatment capacity and impacts are less-than-cumulatively considerable.

*Storm Water Drainage Facilities*

Cumulative impacts associated with the construction of storm water drainage facilities will result in physical impacts to the surface of the site. In all cases, where cumulatively significant physical impacts associated with construction of drainage facilities are identified, mitigation measures have been imposed to reduce such impacts to the maximum feasible extent. Accordingly, impacts associated with the provision of storm water drainage facilities to serve the Project would be less-than-cumulatively considerable.

<u>Electric Power Facilities</u>

The Project will connect to the existing Southern California Edison electrical distribution facilities available in the vicinity of the Project site. As discussed in Section 4.5, *Energy* of this EIR, the Project would create a net increase in electricity demand of approximately 1,679,221 kWh per year. This net increase is well within SCE's systemwide net increase in electricity supplies of approximately 15,273 GWh annually over the 2012-2024 period.[4] Therefore, there are sufficient planned electricity supplies in the region for the estimated net increase in electricity demands, and buildout under the proposed Project would not require expanded electricity supplies and impacts are less-than-cumulatively considerable.

---

[4] California Energy Commission, Electricity Consumption by County, https://ecdms.energy.ca.gov/elecbycounty.aspx

<u>Natural Gas Facilities</u>

The Project will connect to the existing Southern California Gas natural gas distribution facilities available in the vicinity of the Project site. As discussed in Section 4.5, *Energy* of this EIR, the Project would generate a net increase in natural gas demand of approximately 248,201 KBTU/yr. This net increase is well within the Southern California Gas Company's systemwide natural gas supplies of approximately 923 million of therms during the 2017 period[5]. Therefore, there are sufficient planned natural gas supplies in the region for the estimated net increase in natural gas demands, and buildout under the proposed Project would not require expanded natural gas supplies and impacts are less-than-cumulatively considerable.

<u>Telecommunication Facilities</u>

Some of the primary providers in Banning include Verizon, AT&T, Frontier Communications, Charter Spectrum, Viasat Internet, and Hughes Net. Internet inquiries of these service providers' websites indicate that their respective services are available to serve the Project site with existing facilities. Accordingly, impacts are less than cumulatively considerable.

*Solid Waste Facilities*

As previously discussed in the analysis provided under Threshold 4.13.5 (d), solid waste generated by construction and operation of the Project would represent nominal proportions of the daily disposal capacity at El Sobrante Landfill, Lamb Canyon Landfill, and/or Badlands Landfill. The landfills are currently projected to remain open until as far into the future as 2045 (El Sobrante Landfill) and have sufficient daily capacity to handle solid waste generated by the Project and other cumulative developments both during construction and long-term operation. Therefore, the Project's cumulative impacts to solid waste facilities are less than significant.

**Level of Significance***:* Less than significant with mitigation incorporated.

### 4.13.7   References

Broadband Now available at:
   **https://www.att.com/smallbusiness/explore/quickflow/?address=99%2520E%2520Ramsey%2520St,92220,** accessed July 6, 2020.

City of Banning Municipal Code, codified through Ordinance No. 1509, enacted April 11, 2020. Available at:
   **https://library.municode.com/ca/banning/codes/code_of_ordinances?nodeId** =16203, accessed August 1, 2020.

---

[5] California Energy Commission, Gas Consumption by County, https://ecdms.energy.ca.gov/gasbycounty.aspx

AR 007482

AR004622

Krieger and Stewart Engineering Consultants, *City of Banning Final 2015 Urban Water Management Plan*, May 2016. (Available at: http://ci.banning.ca.us/DocumentCenter/View/4543, accessed July 1, 2020.

Regional Water Quality Control Board Colorado River Basin Region, *Board Order R7-2016-0015, Waste Discharge Requirements for City of Banning Owner, Suez Water Environmental Services Operator, Banning Wastewater Treatment Plant*, June 30, 2016. Available at http://www.waterboards.ca.gov/coloradoriver/board_decisions/adopted_orders/orders/2016/0015banning.pdf, accessed August 21, 2020.

State Water Resources Control Board, *Order No. 2006-0003-DWQ, Statewide General Waste Discharge Requirements for Sanitary Sewer Systems.* Available at:https://www.waterboards.ca.gov/board_decisions/adopted_orders/water_quality/2006/wqo/wqo2006_0003.pdf, accessed January 19, 2020).

State Water Resources Control Board, *June 2015-November 2017 Water Conservation Dataset, data pulled December 28, 2017* (Available at: https://www.waterboards.ca.gov/water_issues/programs/conservation_portal/docs/2018jan/supplierconservation_010918.pdf, accessed January 23, 2020.

Wirefly available at: https://www.wirefly.com/compare-tv-providers/california/banning, accessed August 15, 2020.

AR 007483

AR004623

# 5. OTHER CEQA TOPICS

## 5.1 Significant Environmental Effects Which Cannot Be Avoided If the Proposed Project Is Implemented

The *CEQA Guidelines* require that an EIR disclose the significant environmental effects of a project that cannot be avoided if the proposed project is implemented (CEQA Guidelines § 15126(b)) describes the significant unavoidable impacts that would occur should the proposed Project be implemented and after the application of regulatory requirements or the application of feasible mitigation measures (MMs).

**Table 5. 1 - Significant Environmental Effects Which Cannot be Avoided**

| Topic | Type of Impact Details of Impact |
|---|---|
| Air Quality | Development allowed by the Project will result in an unavoidable significant adverse impact to regional air quality caused by construction emissions of volatile organic compounds (VOC) and operational emissions of NOx more than the SCAQMD regional significance thresholds for these pollutants. |
| Greenhouse (GHG) emissions | Development allowed by the Project will generate 11,966.30 MTCO2e per year from construction, area, energy, mobile, waste, and water usage which exceeds the Tier 3 screening thresholds established by the SCAQMD. |
| Vehicle Miles Traveled (VMT) | The Project would exceed the 15 percent below existing regional HBW VMT per worker by 19.12 percent. As such, the Project's impact based on VMT for the light industrial and business park component as recommended by the Office of Planning & Research. |

*Source: DEIR Section 4.0.*

## 5.2 Significant Irreversible Environmental Changes

The *CEQA Guidelines* require EIRs address any significant irreversible environmental changes that would be involved with the proposed action should it be implemented (CEQA Guidelines § 15126(c); § 15126.2(d)).  An environmental change would fall into this category if: a) the project would involve a large commitment of non-renewable resources; b) the primary and secondary impacts of the project would generally commit future generations to similar uses; c) the project involves uses in which irreversible damage could result from any potential environmental accidents; or d) the proposed consumption of resources is not justified (e.g., the project results in the wasteful use of energy). Each of these issues are discussed below.

*Commitment of Non-Renewable Resources*

Determining whether the proposed Project may result in significant irreversible environmental changes requires a determination of whether key non-renewable resources would be degraded or destroyed in such a way that there would be little possibility of restoring them.

Natural resources, in the form of construction materials and energy resources, would be used in the construction of the proposed Project. The consumption of these natural resources would represent an irreversible change to the environment. However, development of the Project site as proposed would have no measurable adverse effect on the availability of such resources, including resources that may be non-renewable (e.g., fossil fuels).

*Commit Future Generations to Similar Uses*

Implementation of the Project would commit future generations to the uses proposed by the Project on the Project site. As demonstrated in the analysis presented throughout Draft EIR Section 4.0, construction and long-term operation of the proposed Project would be compatible with existing and planned future land uses that surround the Project site and would not result in significant and unavoidable physical environmental effects to nearby properties.

*Wasteful Use of Energy*

The Project is required by law to comply with the California Building Standards Code (CALGreen), which will minimize the Project's demand for energy, including energy produced from non-renewable sources. A more detailed discussion of energy consumption is provided is Section 4.7 *Energy*.

*Potential Environmental Accidents*

Initial Study Section 4.8, *Hazards and Hazardous Materials* provides an analysis of the Project's potential to transport or handle hazardous materials which, if released into the environment, could result in irreversible damage to the environment. As concluded in the analysis, compliance with federal, state, and local regulation related to hazardous materials would be required of all contractors working on the property during the Project's construction and of all the persons that occupy the Project's buildings. As such, construction and long-term operation of the Project would not have the potential to cause significant irreversible damage to the environment, including damage that may result from upset or accident conditions.

## 5.3  Growth Inducing Impacts

According to State CEQA Guidelines (Section 15126.2 (e)), a project may foster economic or population growth, or additional housing, either indirectly or directly, in a geographical area if it meets any one of the following criteria:  remove obstacles to population growth; increases in the population that may tax existing community service facilities, causing significant environmental effects;  a project would encourage and facilitate other activities that could significantly affect the environment. Each of these issues is discussed below.

*Remove Obstacles to Population Growth*

The Project will not remove obstacles to population growth or directly contribute to population growth. The proposed Project involves construction and operation of business and warehouse, office and professional, and retail and service uses in an area that the City has planned for this type of development. Consistency with the *SCAG Regional Transportation Plan Sustainable Communities Strategy* (RTP-SCS) is included in the analysis for this Project. Because the proposed Project is consistent with the General Plan land uses for the site, development of the site in this manner would have been considered in the RTP-SCS projections. Therefore, the Project is consistent with the goals and strategies outlined in the RTP-SCS and no mitigation measures are necessary.

*Increases in the Population That May Tax Existing Community Service Facilities, Causing Significant Environmental Effects*

The Project may indirectly induce population growth in the short term because it will be a new source of employment within the City. However, the extent to which the new jobs created by a project are filled by existing residents is a factor that tends to reduce the growth inducing effect of a project. Construction of the Project will create short-term construction jobs which are anticipated to be filled by workers who, for the most part, reside in the Project area; therefore, construction of the proposed Project will not generate a permanent increase in population within the Project area. The workers constructing the Project are also not expected to require additional housing needs beyond those which are currently available in the City of Banning, or the surrounding County areas.

The Southern California Council of Governments (SCAG) publishes population, housing, and employment predictions for all cities within their region, including the City of Banning, based on information gathered from local planning documents, such as general and specific plans, within each SCAG-participating jurisdiction. As shown in Table 8.0-1 – Demographics and Growth, the City's population was 30,100 in 2012 and is anticipated to grow to 32,400 in 2020, 36,500 in 2035 and 37,600 in 2040. Additionally, the number of jobs is anticipated to increase to 10,000 in 2020, 13,500 in 2035 and 14,200 in 2040, from its previous level of 7,300 jobs.

AR 007486

AR004626

**Table 5. 2 - Demographics and Growth**

| Metric | 2012 | 2020 | 2035 | 2040 |
|---|---|---|---|---|
| Population | 30,100 | 32,400 | 36,500 | 37,600 |
| Housing Units | 10,800 | 11,900 | 13,350 | 14,000 |
| Employment | 7,300 | 10,000 | 13,500 | 14,200 |

Source: SCAG

The proposed Project is consistent with the land use designation of Business Park (with Specific Plan Overlay) General Commercial (with Specific Plan Overlay) and was contained in the City's GP, which is included in SCAG's forecasts. Therefore, any potential increases in population because of the proposed Project would have been accounted for by SCAG when they developed their growth predictions. The Banning GP EIR also considered urbanization of land, in general, will have a growth inducing impact and found that development consistent with the Banning GP reflects the logical geographic expansion of development within Western Riverside County. Thus, as the Project is substantially similar to other development within the City of Banning General Plan and in the Project vicinity, and is consistent with the land uses assumed by SCAG in their growth forecasts, the Project will also not result in urbanization in a remote location

In addition, the analysis in Section 3.14, *Public Services*, of the Initial Study Checklist (see Appendix A) demonstrates that the impacts on public services are less than significant so the public service provider's ability to provide services will not be reduced. Therefore, the amount of growth represented by the proposed Project is not expected to induce additional or substantial unanticipated growth into the surrounding area in the foreseeable future.

*Encourage and Facilitate Other Activities That Could Significantly Affect the Environment.*

The Project's potential influence on other nearby properties to redevelop at greater intensities and/or different uses than the City's General Plan and Zoning Code is nil because the Project site is surrounded by development on 3 sides and railroad tracks and the I-10 Freeway on one side and is considered an infill site.

For the reasons outlined above, it is unlikely, speculative, and not reasonably foreseeable that the Project would induce substantial growth in the form of additional housing or non-residential economic activity or employment that would result in measurable impacts on the off-site physical environment. In addition, the development of the proposed Project would not reasonably or foreseeably cause the redevelopment of other properties or cause development on other properties.

# 6. ALTERNATIVES

## 6.1    Requirements for Alternatives

An EIR must identify ways to mitigate or avoid the significant effects that a proposed project may
have on the environment. In compliance with CEQA Guidelines Section 15126.6(a), this EIR must
describe, "*A range of reasonable alternatives to the project, or to the location of the project which
would feasibly attain most of the basic objectives of the project but would avoid or substantially
lessen any of the significant effects of the project*." The EIR does not need to consider every
conceivable alternative; rather, it must consider a reasonable range of potentially feasible
alternatives to the Project or to the location of the Project, which would avoid or substantially
lessen significant effects of the Project, even if "*these alternatives would impede to some degree
the attainment of the project objectives, or would be more costly*" [CEQA Guidelines Section
15126.6(b)].

The discussion of project alternatives must, "*include sufficient information about each (to) allow
meaningful evaluation, analysis, and comparison with the proposed project*." An EIR must also
evaluate a "No Project" alternative in order to allow decision-makers to compare the effect of
approving the Project to the effect of not approving the Project. The City, acting as the CEQA
Lead Agency, is responsible for selecting a range of alternatives for examination and must publicly
disclose its reasoning for selecting those alternatives.

The range of alternatives addressed in an EIR is governed by a "rule of reason," which requires
the EIR to set forth only those alternatives necessary to permit a reasoned choice. Of the
alternatives considered, the EIR needs to examine in detail only those that the Lead Agency
determines could feasibly attain most of the basic objectives of the Project but would avoid or
substantially lessen any of the significant effects of the Project. Per State CEQA Guidelines Section
15364, "feasible" has been defined as "*capable of being accomplished in a successful manner
within a reasonable period of time, considering economic, environmental, legal, social, and
technological factors*."

## 6.2    Alternatives Considered but Not Analyzed Further

An EIR is required to identify any alternatives that were considered by the Lead Agency but were
rejected as infeasible. Among the factors described by CEQA Guidelines §15126.6 in determining
whether to exclude alternatives from detailed consideration in the EIR are a) failure to meet most
of the basic project objectives, b) infeasibility, or c) inability to avoid significant environmental
impacts. With respect to the feasibility of potential alternatives to the Project, CEQA Guidelines
§15126.6(f) (1) notes:

AR 007488

AR004628

*"Among the factors that may be taken into account when addressing the feasibility of alternatives are site suitability, economic viability, availability of infrastructure, general plan consistency, other plans or regulatory limitations, jurisdictional boundaries…and whether the proponent can reasonably acquire, control or otherwise have access to the alternative site…"*

### 6.2.1 Alternative Site

A vacant 42- acre site that has a General Plan land use designation of General Commercial located at the southwest corner of I-10 and Sunset Avenue was considered as an alternative site. Development of the Project at this location would have similar impacts as would occur with implementation of the Project at its location. The Project's significant and unavoidable impacts are primarily the result of Project-generated traffic, which in turn are a result of the Project design itself, and not necessarily the physical setting or characteristics of the Project site; thus, implementing the Project at the alternative site would not substantially reduce the Project's impacts due to air quality emissions, greenhouse gas emissions, and vehicle miles traveled. Therefore, this alternative was rejected.

### 6.3  Project Objectives

One factor that must be considered in the evaluation of alternatives is the ability of a specific alternative to attain most of the basic objectives of the Project (CCR Section 15126.6[a]).

The Project's basic objectives are:

5) To efficiently develop an underutilized property with a complementary mix of land uses, including business park, light industrial, commercial, office and professional, and optional residential land uses.

6) Positively contribute to the economy of the City through new capital investment, creation of new employment opportunities and expansion of the tax base.

7) Provide local employment for residents of the City to improve the jobs-housing balance within the City.

8) To provide Development Standards and Design Guidelines that establish general provisions for site design, circulation, architecture, landscape, walls, fences, screening, and buffers that would ensure that the Project is developed in a manner that is aesthetically pleasing.

## 6.4  Summary of the Project's Significant Environmental Impacts

As discussed in EIR Section 4.0, *Environmental Analysis*, the Project would result in significant adverse environmental effects that cannot be mitigated to below levels of significance after the implementation of feasible mitigation measures. The unavoidable significant impacts are identified in Table 6-1 below.

**Table 6. 1- Summary of Significant Environmental Impacts**

| Topic | Details of Impact |
|---|---|
| Air Quality | The Project will exceed the thresholds established by the SCAQMD for VOC emissions because of painting and NOx emissions because of the amount of vehicle traffic generated. |
| Greenhouse Gas Emissions (GHG) | The Project site will generate 11,966.30 MTCO2e per year from construction, area, energy, mobile, waste, and water usage which exceeds the significance screening threshold of 3,000 MTCO2e per year both on a project and cumulative basis. |
| Vehicle Miles Traveled (VMT) | The Project will not reduce VMT 15% below the existing regional VMT per worker threshold of 11.19. |

## 6.5  Alternative Analysis

### 6.5.1 . Description of the Alternatives

#### No Project/No Development Alternative

This Alternative considers no development/disturbance on the Project site beyond that which occurs under existing conditions. As such, the approximately 47-acre Project site would continue to consist of vacant land that has been subject to regular discing as part of on-going fire abatement activities. Under this Alternative, no improvements would be made to the Project site and none of the Project's roadway, drainage, utility, and other infrastructure improvements would occur. This Alternative was selected by the City to compare the environmental effects of the Project with an alternative that would leave the Project site in its existing condition.

#### No Project/General Plan Land Use Alternative

This Alternative considers development of the Project site in accordance with the site's existing General Plan land use designations of Business Park (with Specific Plan Overlay) and General Commercial (with Specific Plan Overlay). Under this Alternative, the site would be developed with up to 25-acres of auto dealerships and 18 acres of commercial retail uses.

AR004630

This Alternative was selected by the City to compare the environmental effects of the Project with an alternative that would develop the Project site in accordance with the General Plan land use designations of Business Park (with Specific Plan Overlay) General Commercial (with Specific Plan Overlay).

***Reduced Development Alternative***

This Alternative considers a 20% reduction in the amount of building square footage allowed by the Project from 966,552  square feet to 773.242 square feet. This Alternative was selected by the City because a 20% reduction in building square footage would reduce air emissions of nitrogen oxides (NOx) caused by vehicle traffic to less than significant levels. However, volatile organic compound (VOC) emissions from painting and the amount of vehicle miles traveled will remain significant.

### 6.5.2   Analysis of Alternatives

The following discussion compares the impacts of each Alternative considered by the Lead Agency with the significant impacts of the Project, as detailed in EIR Subsection 4.0, *Environmental Analysis* and as summarized in Table 6.1 above. A conclusion is provided for each impact as to whether the alternative results in one of the following:

(1)  Reduction or elimination of the Project's impact;

(2)  Greater impact(s) than would occur under the Project;

(3)  Same impact as the Project;  or

(4)   New impact in addition to the Project's impacts.

### 6.5.3   No Project/No Development Alternative

Under existing conditions, the site consists of undeveloped and vacant land that has been subject to regular discing as part of on-going fire abatement activities. This Alternative would eliminate all the significant impacts from construction and operation of the  Project (air quality, greenhouse gas emissions, and vehicle miles traveled). However, this alternative does not achieve any of the objectives of the Project. Impacts are **less** than the Project.

### 6.5.4   No Project/General Plan Development Alternative

Under this Alternative, the site would be developed with up to 25-acres of auto dealerships and 18 acres of commercial retail uses.

*Air Quality*

Development under this Alternative would allow the following amount of development:

- 150,000 square feet (sf) of New Car Sales;
- 67,500 sf of Medical Office;
- 21,000 sf of High Turn-over Restaurant;
- 5,000 sf of Bank w/ Drive-thru; and
- 5,000 sf of Office.

Total: 248,500 sf.

For comparison purposes, the Land Use Plan for the Project would allow the following:

- 877,298 square feet (sf) of Industrial Park;
- 52,065 sf of Medical Office, and
- 37,189 sf of Retail Use.

Total: 966,552 sf.

Under long-term operating conditions, the primary source of air quality pollutants from both the Project and development under this alternative would occur because of vehicular traffic. Development under this Alternative would generate 10,828 daily trips (passenger car equivalent) compared to 5.594 daily trips generated by the Project because this Alternative has more retail and sales uses than the Project. This represents a 93 % increase in daily vehicle trips. Thus, this Alternative would result in increased vehicle trips in comparison to the Project and therefore increased vehicular-related air quality pollutant emissions as compared to the Project. Thus, this Alternative would exacerbate the Project's significant and unavoidable impacts due to operational emissions from NOx. Impacts are **greater** than the Project.

Both this Alternative and the Project would conflict with the 2016 SCAQMD Air Quality Management Plan because NOx emissions because of vehicle traffic. Impacts are **same** as the Project.

Odor impacts under both the this Alternative and the Project would be similar, as the operation of light industrial and/or commercial land uses would not result in the generation of substantial amounts of odor. Impacts are the **same**.

*Greenhouse Gas Emissions*

Under this Alternative, GHG emissions would be 8,582 MTCO2e per year as compared to the Project's emissions of 11,966 MTCO2e per year. Impacts are **less** than the Project.  Although this

AR004632

Alternative generates less greenhouse emissions than the Project, both this Alternative and the Project exceed the 3,000 MTCO2e screening significance thresholds and impacts remain significant.

*Transportation* (Vehicle Miles Traveled)

This Alternative would generate 10,828 daily trips (passenger car equivalent) as compared to 5.594 daily trips generated by the Project because this Alternative has more retail and sales uses. This represents a 93 % increase in daily vehicle trips, and thus more vehicle miles traveled. Impacts are **greater** than the Project. However, this Alternative  will not reduce VMT by 15% below the  existing regional VMT per worker threshold of 11.19 and impacts will remain significant.

### 6.5.5   Reduced Development Alternative

Under this Alternative building square footage would be reduced by 20% (from 966,552 square feet to 773.242 square feet).

*Air Quality*

This would reduce NOx emissions from vehicle traffic to a less than significant level. However, VOC emissions from painting during construction would remain significant as a 54% reduction in building square footage is required to reduce these emissions to a less than significant level. Impacts are **less** than the Project, but impacts will remain significant for VOC emissions.

Both this Alternative and the Project would conflict with the 2016 SCAQMD Air Quality Management Plan because VOC emissions during building construction would exceed significance thresholds. Impacts are the **same** as the Project.

Odor impacts under both the this Alternative and the Project would be similar, as the operation of industrial and/or commercial land uses would not result in the generation of substantial amounts of odor. Impacts are the **same** as  the Project

*Greenhouse Gas Emissions*

Under this Alternative, greenhouse gas emissions would be 8,102 MTCO2e per year as compared to the Project's emissions of 11,966 MTCO2e per year. Development under this Alternative would have **less** impacts than the Project.

*Transportation (Vehicle Miles Traveled)*

AR 007493

AR004633

Because vehicle miles traveled are in part related to the number of vehicle trips generated by a project, if building square footage were reduced by 20% overall, vehicle miles traveled will be reduced. Impacts are **less** than the Project. Although this Alternative generates less vehicle miles traveled than the Project, impacts will remain significant.

## 6.6 Summary of Environmental Impacts

**Table 6. 2- Summary of Environmental Impacts**

| Environmental Topic | No Project/No Development | No Project/General Plan Development Alternative | Reduced Development Alternative(1) |
|---|---|---|---|
| Air Quality | Less | Greater | Less |
| Greenhouse Gas Emissions | Less | Greater | Less |
| Vehicle Miles Traveled | Less | Greater | Less |
| (1)  Although impacts are less, impacts for air quality (VOC emissions), greenhouse gas emissions, and vehicle miles traveled remain significant. | | | |

## 6.7 Environmentally Superior Alternative

Because the No Project Alternative would result in lower impacts resulting from construction and operation of the Project to less than significant levels, it is the environmentally superior alternative. However, the No Project Alternative would not meet the Project objectives. When the environmentally superior alternative is the No Project Alternative, the State CEQA Guidelines (Section 15126[d][2]) require selection of an environmentally superior alternative from among the other alternatives evaluated.

As shown in Table 6-2, the Reduced Development Alternative would be environmentally superior to the Project. Under this Alternative, impacts related to air quality NOx emissions would be reduced to less than significant, but VOC emissions will remain significant. Impacts from greenhouse gas emissions will be less but remain significant. Impacts from vehicle miles traveled will be less, but remain significant. .



## City of Banning
99 E. Ramsey Street • P.O. Box 998 • Banning, CA 92220-0998 • (951) 922-3125 • Fax (951) 922-3128

COMMUNITY DEVELOPMENT
DEPARTMENT

---

## NOTICE OF PREPARATION OF AN ENVIRONMENTAL IMPACT REPORT AND SCOPING MEETING FOR SUN LAKES VILLAGE NORTH SPECIFIC PLAN AMENDMENT No. 6

---

**To:**      State Clearing House, Governor's Office of Planning and Research
             1400 Tenth Street, Sacramento, California 95814
             -AND-
             Agencies, Organizations, and Interested Parties

**From:**    City of Banning
             99 E. Ramsey Street • P.O. Box 998 • Banning, CA 92220-0998

**Subject:** Notice of Preparation (NOP) of an Environmental Impact Report and Scoping Meeting for the Sun Lakes Village North Specific Plan Amendment No. 6

**Date:**    February 21, 2020

---

The City of Banning (City) is the Lead Agency under the California Environmental Quality Act (CEQA) for preparation of an Environmental Impact Report (EIR) for the Sun Lakes Village North Specific Plan Amendment No. 6 (proposed project), described below. The City is soliciting input from the public, agencies, organizations, and other interested parties regarding the scope and content of the environmental information presented in the EIR. The project description, location, and the potential environmental effects are described below.

The City will accept comments on the NOP regarding the scope and content of the EIR between February 21, 2020 and March 21, 2020. Written comments with the project name in the subject line may be sent via mail, e-mail, or fax no later than 5:00 PM on March 21, 2017. Please send your comments at the earliest possible date to:

**Adam Rush, M.A., AICP**
**Community Development Director**
**99 E. Ramsey Street**
**Banning, CA 92220**
**(Fax) 951-922-3128**
**arush@banningca.gov**

---

AR 007495

**AR004635**

Notice of Preparation
Sun Lakes Village North Specific Plan Amendment No. 6
February 21, 2020

**SCOPING MEETING**

As part of the EIR scoping process, a public scoping meeting will be held by the City on **Monday, March 2, 2020 at 5:30 pm** at the Sun Lakes Village Community Center/Country Club, 850 Country Club Drive, Banning, California 92220. Verbal and written comments regarding the scope and content of the EIR will be accepted during the meeting.

**PROJECT LOCATION**

The project site is located on approximately 47 gross acres between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue. The Project site is also identified as APN 419-140-057. (See Figures 1 and 2).

**PROJECT DESCRIPTION**

The Project proposes Specific Plan Amendment No. 6 to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary I-10 Freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage. The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions as shown on the plans on file with the City.

**POTENTIAL ENVIRONMENTAL EFFECTS OF THE PROPOSED PROJECT**

The following list identifies the environmental issues that, pursuant to the findings of the Initial Study, have been determined to pose *no potentially significant environmental impacts and WILL NOT be analyzed in the EIR:*

- Aesthetics (scenic vistas, scenic highways)
- Agriculture and Forestry Resources
- Hazards and Hazardous Materials
- Geology and Soils (soils and seismic hazards)
- Hydrology and Water Quality (decrease groundwater supplies or interfere substantially with groundwater recharge; located in flood hazard, tsunami, or seiche zone).
- Mineral Resources
- Population and Housing
- Public Services
- Recreation
- Wildfire

The following list identifies the environmental issues that, pursuant to the findings of the Initial Study, have been determined to pose *potentially significant environmental impacts and WILL be analyzed in the EIR:*

AR 007496

AR004636

- Aesthetics (visual character, light and glare)
- Air Quality
- Biological Resources
- Cultural Resources
- Energy
- Geology and Soils (Paleontological Resources)
- Greenhouse Gas Emissions
- Hydrology and Water Quality (water quality standards or waste discharge requirements; erosion/siltation; flooding, and storm drain capacity)
- Land Use and Planning
- Noise
- Transportation
- Tribal Cultural Resources
- Utilities and Service Systems

A copy of the Initial Study is available on the City's website at the address below:

(http://www.ci.banning.ca.us/426/Public-Notices-Announcements

**Attachments:**

Figure 1. Project Location Map/Aerial Photo
Figure 2. Proposed Land Use Plan

**Figure 1**
**Project Location Map/Aerial Photo**



**Figure 2**

**Proposed Land Use Plan**



AR 007499

AR004639

# Initial Study

## Sun Lakes Village North Specific Plan Amendment No. 6



City of Banning
99 E. Ramsey Street
Banning, CA 92220

### Prepared by:

Romo Planning Group, Inc.
9431 Haven Avenue, Ste. 232
Rancho Cucamonga, CA 91730

**February 18, 2020**

AR 007500

AR004640

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## TABLE OF CONTENTS

**1.0 INTRODUCTION** ........................................................................................................ **1**

   1.1  Purpose of the Initial Study Checklist ........................................................ 1
   1.2  Initial Study Checklist Document ............................................................... 1
   1.3  Environmental Effects Found Not to be Potentially Significant .................. 1
   1.4  Potentially Significant Environmental Effects ........................................... 1

**2.0 PROJECT BACKGROUND** ........................................................................................ **2**

   2.1  Project Location .......................................................................................... 3
   2.2  Project Description ...................................................................................... 3
   2.3  Previous CEQA Documentation .................................................................. 3
   2.4  Existing Site Conditions/Environmental Setting ........................................ 3

**3.0 INITIAL STUDY CHECKLIST** .................................................................................. **7**

   3.1   AESTHETICS .......................................................................................... 10
   3.2   AGRICULTURE AND FORESTRY RESOURCES ................................ 13
   3.3   AIR QUALITY ........................................................................................ 17
   3.4   BIOLOGICAL RESOURCES ................................................................. 18
   3.5   CULTURAL RESOURCES ..................................................................... 20
   3.6   ENERGY ................................................................................................. 21
   3.7   GEOLOGY AND SOILS ......................................................................... 22
   3.8   GREENHOUSE GAS EMISSIONS ........................................................ 29
   3.9   HAZARDS AND HAZARDOUS MATERIALS ..................................... 30
   3.10  HYDROLOGY AND WATER QUALITY .............................................. 34
   3.11  LAND USE AND PLANNING ................................................................ 39
   3.12  MINERAL RESOURCES ........................................................................ 40
   3.13  NOISE ...................................................................................................... 42
   3.14  POPULATION AND HOUSING ............................................................. 41
   3.15  PUBLIC SERVICES ................................................................................ 43
   3.16  RECREATION ......................................................................................... 48
   3.17  TRANSPORTATION ............................................................................... 50
   3.18  TRIBAL CULTURAL RESOURCES ...................................................... 52
   3.19  UTILITIES AND SERVICE SYSTEMS .................................................. 54
   3.20  WILDFIRE ............................................................................................... 58
   3.21  MANDATORY FINDINGS OF SIGNIFICANCE .................................. 59

**4.0 REFERENCES** .......................................................................................................... **62**

**5.0 REPORT PREPARATION PERSONNEL** ................................................................. **63**

AR004641

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## LIST OF FIGURES

Figure 1: Project Location Map/Aerial Photo.............................................................................. 6

Figure 2: Proposed Land Use Plan.......................................................................................... 7

## LIST OF TABLES

Table 1:  Existing and Surrounding Land Uses.......................................................................... 4

Table 2:  Existing General Plan Designations and Zoning Classifications ....................................... 5

AR 007502

AR004642

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

**INTRODUCTION**

**1.1    Purpose of the Initial Study**

The City of Banning (Lead Agency) has been determined that an Environmental Impact Report (EIR) will be required for the project.  One of the purposes of an Initial Study is to focus an EIR on the effects determined to be significant, identifying the effects determined not to be significant, (and) explaining the reasons for determining that potentially significant effects would not be significant." (State CEQA Guidelines, Section 15063(c)). Therefore, one of the key purposes of this Initial Study is to focus the EIR's analysis on impacts that are potentially significant as part of the Project, while eliminating potential impacts that are clearly less-than-significant.

**1.2    Initial Study Document**

This document in its entirety is an Initial Study prepared in accordance with the California Environmental Quality Act (CEQA), including all criteria, standards, and procedures of CEQA (California Public Resource Code Section 21000 et seq.) and the CEQA Guidelines (California Code of Regulations, Title 14, Division 6, Chapter 3, Section 15000 et seq.).

**1.3    Environmental Effects Not Found to be Potentially Significant**

The following list identifies the environmental issues that, pursuant to the findings of this Initial Study, have been determined to pose ***no potentially significant environmental impacts***.

- Aesthetics (scenic vistas, scenic highways)
- Agriculture and Forestry Resources
- Hazards and Hazardous Materials
- Geology and Soils (soils and seismic hazards)
- Hydrology and Water Quality (decrease groundwater supplies or interfere substantially with groundwater recharge; located in flood hazard, tsunami, or seiche zone).
- Mineral Resources
- Population and Housing
- Public Services
- Recreation
- Wildfire

**1.4    Potentially Significant Environmental Effects**

The analysis presented in this Initial Study indicates that the Project may result in or cause potentially significant effects related to:

- Aesthetics (visual character, light and glare)
- Air Quality
- Biological Resources
- Cultural Resources
- Energy
- Geology and Soils (Paleontological Resources)
- Greenhouse Gas Emissions

AR004643

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

- Hydrology and Water Quality (water quality standards or waste discharge requirements; erosion/siltation; flooding, and storm drain capacity)
- Land Use and Planning
- Noise
- Transportation
- Tribal Cultural Resources
- Utilities and Service Systems

Consistent with the conclusion and findings of this Initial Study, an EIR will be prepared for the Project. At a minimum, the EIR will evaluate the Project's potential environmental impacts under the topical areas identified above. Additional issues or concerns that may be raised pursuant to the EIR Notice of Preparation (NOP) process and/or scoping meeting(s) conducted for the Project will also be evaluated and addressed in the EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 2.0    PROJECT BACKGROUND

### 2.1    Project Location

The Project site is located on approximately 47 gross acres between Sun Lakes Boulevard and Interstate 10 approximately 840 feet east of Highland Springs Avenue as shown in Figure 1 – Project Location Map/Aerial Photo. The Project site is also identified as APN 419-140-057.

### 2.2    Project Description

*Background*

The Sun Lakes Village Specific Plan ("Specific Plan") was originally approved by the City of Banning on February 28, 1983. The Specific Plan consisted of 4,131 dwelling units, a 150-acre golf course, 12 acres of commercial use and 144 acres of office/industrial use on approximately 963 acres.  The Specific Plan was has been amended four (4) times between 1984 and 2006 to accommodate various changes to the land use plan, infrastructure requirements, and the vehicle and pedestrian circulation plan.

*Proposed Project*

The Project proposes Specific Plan Amendment No. 5 to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary I-10 Freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage. (See Figure 2- Land Use Plan).The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

### 2.3 Previous CEQA Documentation

An EIR was certified for the original Specific Plan (1983). The EIR was relied upon for CEQA compliance for the various amendments prior to 2006. For Amendment No. 4 (2006), a Mitigated Negative Declaration was adopted.

CEQA (Section 15150) permits the incorporation by reference of all or portions of other documents that are generally available to the public. Any document incorporated by reference shall be made available to the public for inspection at a public place or public building and requires that the Initial Study state where the incorporated documents will be made available for public inspection.

The following documents have been incorporated by reference and cited as appropriate:

- *The City of Banning General Plan,* various elements, adopted by the City Council on January 3 1, 2006 and as currently amended.

- *City of Banning General Plan with Zoning Overlay Map*, January 1, 2016 and as currently amended.

AR 007505

AR004645

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

- *City of Banning Municipal Code* (various chapters), approved through November 15, 2019.
- *Draft Environmental Impact Report, for the Presley-Banning Property*, August 27, 1982.
- *Final Environmental Impact Report, for the Presley-Banning Property*, February 28, 1983.
- *Initial Study & Mitigated Negative Declaration No. 17-1504 for Careage Medical Office Building (GPA 17-2503, Zone Change 17-3503),* May 2018.

The Project's application materials and above described documents are on file with the City of Banning Community Development Department, 99 E. Ramsey Street Banning, CA 92220 and are hereby incorporated by reference.

## 2.4    Existing Site Conditions/Environmental Setting

CEQA Guidelines §15125 establishes requirements for defining the environmental setting to which the environmental effects of a proposed project must be compared. The environmental setting is defined as "...the physical environmental conditions in the vicinity of the project, as they exist at the time the Notice of Preparation is published, or if no Notice of Preparation is published, at the time the environmental analysis is commenced..." (CEQA Guidelines §15125[a]).  In the case of the proposed Project, the Initial Study determined that an EIR is the appropriate form of CEQA compliance document, which requires a Notice of Preparation. Thus, the baseline environmental setting for the Project is the approximate date that the Project's Notice of Preparation was issued on February 21, 2020.

*Land Use*

The Project site consists of ± 47 acres. Existing and surrounding land uses are shown on Table 1.

**Table 1. Existing and Surrounding Land Uses**

| Location | Existing Use |
|---|---|
| Site | Vacant land |
| North | Railroad tracks<br>Interstate 10 |
| South | Sun Lakes Boulevard followed by single-family residential homes |
| East | Senior apartments<br>Assisted living/memory care residential facility<br>single-family residential homes |
| West | Shopping center |
| *Source: Field Inspection, December, 2019* | |

*Existing General Plan Land Use Designations and Zoning Classifications*

A summary of the existing General Plan land use designations and zoning classifications for the Project site and surrounding properties are shown on Table 2.

AR 007506

AR004646

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

**Table 2. Existing General Plan Designations and Zoning Classifications**

| Location | General Plan Designation | Specific Plan Designation |
|---|---|---|
| Site | Business Park (with Specific Plan Overlay)<br>General Commercial (with Specific Plan Overlay) | Retail Commercial (Auto Dealer) |
| North | Public Facilities - Railroad/Interstate | N/A |
| South | Medium Density Residential (0-10 du/ac)<br>(with Specific Plan Overlay) | Sun Lakes Specific Plan |
| East | Medium Density Residential (0-10 du/ac)<br>High Density Residential (11-18 du/ac)<br>High Density Residential-20/Affordable Housing Opportunity<br>(20-24 du/ac)<br>(all with Specific Plan Overlay) | N/A |
| West | General Commercial (with Specific Plan Overlay) | Retail Commercial |
| *Source: Banning General Plan/Zoning Map* | | |

*Access*

Access is provided via Sun Lakes Boulevard which is a paved 4-lane roadway with a curb, gutter, and sidewalk and a raised median along the southern boundary of the site.

*Drainage*

The Project site currently drains southerly to Sun Lakes Boulevard and sheet flows to the existing storm drain system which conveys the flows to Smith Creek to the east and Potero Creek to the west.

*Topography*

The Project site is relatively flat with an elevation of 2,552 above mean sea level.

*Vegetation*

The site is characterized as a historically graded site that is regularly grubbed/disced. Primary vegetation consists of annual grasslands and ornamental vegetation. The site has also been exposed to other recurring anthropogenic activities such as ORV uses.

AR 007507

AR004647

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

**Figure 1**
**Project Location Map/Aerial Photo**



AR 007508

AR004648

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

**Figure 2**
**Proposed Land Use Plan**



AR 007509

AR004649

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 3.0    INITIAL STUDY CHECKLIST

**Evaluation Format**

This Initial Study has been prepared in compliance with the California Environmental Quality Act (CEQA) Guidelines. The Project is evaluated based on its potential effect on twenty-one (21) environmental factors categorized as follows, as well as Mandatory Findings of Significance:

1. Aesthetics
2. Agriculture & Forestry Resources
3. Air Quality
4. Biological Resources
5. Cultural Resources
6. Energy
7. Geology & Soils
8. Greenhouse Gas Emissions
9. Hazards & Hazardous Materials
10. Hydrology & Water Quality
11. Land Use & Planning
12. Mineral Resources
13. Noise
14. Population & Housing
15. Public Services
16. Recreation
17. Transportation
18. Tribal Cultural Resources
19. Utilities and Service Systems
20. Wildfire
21. Mandatory Findings of Significance

Each factor is analyzed by responding to a series of questions pertaining to the impact of the Project on the particular factor in the form of a checklist. This Initial Study provides a manner to analyze the impacts of the Project on each factor in order to determine the severity of the impact and determine if mitigation measures can be implemented to reduce the impact to less than significant without having to prepare an Environmental Impact Report.

CEQA also requires Lead Agencies to evaluate potential environmental effects based to the fullest extent possible on scientific and factual data (CEQA Guidelines §15064[b]). A determination of whether or not a particular environmental impact will be significant must be based on substantial evidence, which includes facts, reasonable assumptions predicated upon facts, and expert opinion supported by facts (CEQA Guidelines §15064f[5]).

The effects of the Project are then placed in the following four categories, which are each followed by a summary to substantiate why the Project does not impact the particular factor with or without mitigation. If "Potentially Significant Impacts" that cannot be mitigated are determined, then the Project does not qualify for a Mitigated Negative Declaration and an Environmental Impact Report must be prepared:

AR 007510

AR004650

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

| Potentially Significant Impact | Less Than Significant Impact with Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|
| Potentially significant impact(s) have been identified or anticipated that cannot be mitigated to a level of insignificance. An Environmental Impact Report must therefore be prepared. | Potentially significant impact(s) have been identified or anticipated, but mitigation is possible to reduce impact(s) to a less than significant category. Mitigation measures must then be identified. | No "significant" impact(s) identified or anticipated. Therefore, no mitigation is necessary. | No impact(s) identified or anticipated. Therefore, no mitigation is necessary. |

**Environmental Factors Potentially Affected**

The environmental factors checked below would be potentially affected by this Project, involving at least one impact that is a "Potentially Significant Impact" as indicated by the checklist on the following pages.

☒ Aesthetics
☐ Agriculture and Forestry Resources
☒ Air Quality
☒ Biological Resources
☒ Cultural Resources
☒ Energy
☒ Geology and Soils
☒ Greenhouse Gas Emissions
☒ Hazards and Hazardous Materials
☐ Hydrology and Water Quality
☒ Land Use and Planning
☐ Mineral Resources
☒ Noise
☐ Population and Housing
☐ Public Services
☐ Recreation
☒ Transportation
☒ Tribal Cultural Resources
☒ Utilities and Service Systems
☐ Wildfire
☒ Mandatory Findings of Significance

**Determination**

On the basis of this initial evaluation:

I find that the proposed use COULD NOT have a significant effect on the environment, and a NEGATIVE DECLARATION will be recommended for adoption. ☐

I find that although the proposal could have a significant effect on the environment, there will not be a significant effect in this case because revisions in the Project have been made by or agreed to by the Project Applicant.  A MITIGATED NEGATIVE DECLARATION will be recommended for adoption. ☐

I find that the proposal MAY have a significant effect on the environment, and an ENVIRONMENTAL IMPACT REPORT is required. ☒ X

Initial Study Checklist                                                                 Page 8

AR 007511

AR004651

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

I find that the proposal MAY have a significant effect(s) on the environment, but at least one effect 1) has been adequately analyzed in an earlier document pursuant to applicable legal standards, and 2) has been addressed by mitigation measures based on the earlier analysis as described on attached sheets, if the effect is a "potentially significant impact" or "potentially significant unless mitigated." An ENVIRONMENTAL IMPACT REPORT is required, but it must analyze only the effects that remain to be addressed.

☐

I find that although the proposed Project could have a significant effect on tyhe environment, because all potgentially significcnat effect (a) have been analyzed adequately in an earlier EIR or NEGATIVE DECLARATION, pursuant to all applicable standards, and (b) have been avoided or mitigated pursuant to that earlier EIR or NEGATIVE DECLARATION, including revisions or mitigation measures are are imposed upon the proposed Project, nothing further is required.

☐

By:

Adam Rush, Community Development Director              February  19 , 2020
Printed Name/Title                                                    Date

---

Initial Study Checklist                                                    Page 9

AR 007512

AR004652

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.1    AESTHETICS

| Would the Project: | Potentially Significant Impact | Less Than Significant Impact With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Have a substantial adverse effect on a scenic vista? | | | ■ | |
| b.  Substantially damage scenic resources, including, but not limited to, trees, rock outcroppings, and historic buildings within a state scenic highway? | | | | ■ |
| c.  In non-urbanized areas, substantially degrade the existing visual character or quality of public views of the site and its surroundings? (Public views are those that are experienced from publicly accessible vantage point). If the project is in an urbanized area, would the project conflict with applicable zoning and other regulations governing scenic quality? | ■ | | | |
| d.  Create a new source of substantial light or glare, which would adversely affect day or nighttime views in the area? | ■ | | | |

---

### *3.1 (a) Would the project have a substantial adverse effect on a scenic vista?*

**Determination: Less Than Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project proposes a Specific Plan that will allow development of business park, industrial, office, and commercial uses on a vacant site. As such, the construction and operation of future development allowed by the Specific Plan has the potential to result in impacts to scenic vistas.

The General Plan Environmental Resources Element describes Open Space for the Preservation of Natural Resources and Open Space for Outdoor Recreation as having scenic value. Open Space for the Preservation of Natural Resources refers to areas required for the protection of scenic resources, (GP, p. IV-19). Open Space for Outdoor Recreation includes areas of outstanding scenic, historic and cultural value. (GP. P. IV-22).

The majority of the City is located within the narrow east-west trending valley of the San Gorgonio Pass, which is dominated by the San Bernardino Mountains along the northern end of the valley and the San Jacinto Mountains along the southern end of the valley (GP DEIR, p. III-189). These mountain ranges present impressive viewsheds and dramatic scenery, including frequently snow-covered mountain peaks and ranges with rugged slopes. The Project site is located approximately 3

---

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

miles south of the foothills of the San Bernardino Mountains and approximately 1-mile north of the San Jacinto Mountains.

Because of the distance to the above identified scenic vistas and the intervening topography and development, the Project will not have an impact on scenic vistas.

This issue **WILL NOT** be evaluated further in the forthcoming EIR.

### 3.1 (b) Substantially damage scenic resources, including, but not limited to, trees, rock outcroppings, and historic buildings within a state scenic highway?

**Determination: No Impact.**
*Sources: California Department of Transportation "Scenic Highway Program Eligible and Officially Designated Routes," General Plan, General Plan Figure 4.23, Google Earth.*

**Impact Analysis**

California's Scenic Highway Program was created by the Legislature in 1963. Its purpose is to protect and enhance the natural scenic beauty of California highways and adjacent corridors, through special conservation treatment. The state laws governing the Scenic Highway Program are found in the Streets and Highways Code, Sections 260 through 263. According to the California Department of Transportation, the Project site is not located within a State Scenic Highway. As such, there is no impact.

This issue **WILL NOT** be evaluated further in the forthcoming EIR.

### 3.1 (c) In non-urbanized areas, substantially degrade the existing visual character or quality of public views of the site and its surroundings? (Public views are those that are experienced from publicly accessible vantage point). If the project is in an urbanized area, would the project conflict with applicable zoning and other regulations governing scenic quality?

**Determination: Potentially Significant Impact.**
 *Source: Project Application Materials.*

**Impact Analysis**

According to the Census 2010 Urbanized Area Outline Maps, the Project site is located in the Riverside-San Bernardino, CA Urbanized Area. As such, the Project is subject to applicable General Plan and zoning regulations governing scenic quality. The Project proposes a Specific Plan that will allow development of business park, industrial, office, and commercial uses on a vacant site. As such, the construction and operation of future development allowed by the Specific Plan has the potential to result in impacts to the existing visual character or quality of public views of the site and its surroundings. Development standards regulating architecture and landscaping will be detailed in the forthcoming specific plan.

This issue **WILL** be evaluated further in the forthcoming EIR.

### 3.1 (c) Create a new source of substantial light or glare, which would adversely affect day or nighttime views in the area?

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project proposes a specific plan that will allow development of business park, industrial, office, and commercial uses on a vacant site. As such, the construction and operation of future development allowed by the Specific Plan has the potential to result in impacts relating to light and glare. Development standards regulating light and glare will be detailed in the forthcoming Specific Plan.

This issue **WILL** be evaluated further in the forthcoming EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.2    AGRICULTURE AND FORESTRY RESOURCES

| In determining whether impacts to agricultural resources are significant environmental effects, lead agencies may refer to the California Agricultural Land Evaluation and Site Assessment Model (1997) prepared by the California Department of Conservation as an optional model to use in assessing impacts on agriculture and farmland. In determining whether impacts to forest resources, including timberland, are significant environmental effects, lead agencies may refer to information compiled by the California Department of Forestry and Fire Protection regarding the state's inventory of forest land, including the Forest and Range Assessment Project and the Forest Legacy Assessment Project; and forest carbon measurement methodology provided in Forest Protocols adopted by the California Air Resources Board. Would the Project: | Potentially Significant Impact | Less Than Significant Impact With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Convert Prime Farmland, Unique Farmland, or Farmland of Statewide Importance (Farmland), as shown on the maps prepared pursuant to the Farmland Mapping and Monitoring Program of the California Resources Agency, to non-agricultural use? | | | | ■ |
| b.  Conflict with existing zoning for agricultural use, or a Williamson Act contract? | | | | ■ |
| c.  Conflict with existing zoning for, or cause rezoning of, forest land (as defined in Public Resources Code section 12220(g)), timberland (as defined by Public Resources Code section 4526), or timberland zoned Timberland Production (as defined by Government Code section 51104(g))? | | | | ■ |
| d.  Result in the loss of forest land or conversion of forest land to non-forest use? | | | | ■ |
| e.  Involve other changes in the existing environment which, due to their location or nature, could result in conversion of Farmland, to non-agricultural use or conversion of forest land to non-forest use? | | | | ■ |

AR 007516

AR004656

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

---

**3.2 (a) Convert Prime Farmland, Unique Farmland, or Farmland of Statewide Importance
(Farmland), as shown on the maps prepared pursuant to the Farmland Mapping and
Monitoring Program of the California Resources Agency, to non-agricultural use? .**

---

**Determination: No Impact**
*Sources: California Department of Conservation "Farmland Mapping and Monitoring Program.*

**Impact Analysis**

According to the Riverside County Parcel Report obtained from the Map My County website on
January 17, 2020, the site is identified as Farmland of Local Importance and Urban-Built Up Land.
As such, the site does not contain any lands designated as Prime Farmland, Unique Farmland, or
Farmland of Statewide Importance as mapped by the State Department of Conservation Farmland
Mapping and Monitoring Program. The Project has no potential to convert Prime Farmland, Unique
Farmland, or Farmland of Statewide Importance to a non-agricultural use and no impact would
occur in this regard.

This issue **WILL NOT** be addressed further in the EIR.

---

**3.2 (b)    Conflict with existing zoning for agricultural use, or a Williamson Act contract?**

---

**Determination:  No Impact.**
*Sources: Banning General Plan Land/Zoning Map.*

**Impact Analysis**

*Agricultural Zoning*

The Project site is designated as Business Park (with Specific Plan Overlay) and General
Commercial (with Specific Plan Overlay). There is no agricultural zoning or uses in close proximity
to the Project site. Therefore, the Project will not conflict with existing zoning for agricultural use.

---

AR 007517

AR004657

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

*Williamson Act*

Pursuant to the California Land Conservation Act of 1965, a Williamson Act Contract enables private landowners to voluntarily enter into contracts with local governments for the purpose of restricting specific parcels of land to agricultural or related open space use. In return, landowners receive lower property tax assessments based upon farming and open space uses as opposed to full market value. According to the Riverside County Parcel Report for the Project, the site is not under a Williamson Act Contract. As such, there is no impact. No mitigation measures are required.

These issues **WILL NOT** be evaluated further in the EIR.

---

**3.2 (c)**    ***Conflict with existing zoning for, or cause rezoning of, forest land (as defined in Public Resources Code section 12220(g)), timberland (as defined by Public Resources Code section 4526), or timberland zoned Timberland Production (as defined by Government Code section 51104(g)?***

---

**Determination: No Impact.**
*Sources: Banning General Plan/ Zoning Map.*

**Impact Analysis**

The Project site is designated as Business Park (with Specific Plan Overlay) and General Commercial (with Specific Plan Overlay). The Project site does not contain any forest lands, timberland, or timberland zoned as Timberland Production, nor are any forest lands or timberlands located on or nearby the Project site.  Because no lands on the Project site are zoned for forestland or timberland, the Project has no potential to impact such zoning.  No impact would occur.

This issue **WILL NOT** be evaluated further in the EIR.

---

**3.2 (d)**    ***Result in the loss of forest land or conversion of forest land to non-forest use?***

---

**Determination: No Impact**
*Source: Field Survey.*

**Impact Analysis**

The Project site and surrounding properties do not contain forest lands, are not zoned for forest lands, nor are they identified as containing forest resources by the General Plan.  Because forest land is not present on the Project site or in the immediate vicinity of the Project site, the Project has no potential to result in the loss of forest land or the conversion of forest land to non-forest use.  No impact would occur.

This issue **WILL NOT** be evaluated further in the EIR.

---

**3.2 (e)**    ***Involve other changes in the existing environment which, due to their location or nature, could result in conversion of Farmland, to non-agricultural use?***

---

**Determination: No Impact.**
*Sources: Banning General Plan/Zoning Map, Field Survey.*

**Impact Analysis**

AR 007518

AR004658

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

The Farmland Mapping and Monitoring Program classifies the Project site as Farmland of Local Importance. Farmland of Local Importance is either currently producing, or has the capability of production; but does not meet the criteria of Prime, Statewide or Unique Farmland.

The site can be considered to be Fallow Agricultural Land. The description of this habitat and vegetation communities is based on the definitions found in MSHCP Section 2.1.3 and *A Manual of California Vegetation: Second Edition* (Sawyer et al. 2009). Fallow Agricultural Land includes fallow fields that have been recently disked, plowed, or are no longer used to produce crops and are slowly being encroached by non-native herbaceous plant species. In some cases, native annual wildflowers become established in fallow agricultural lands. As such, the Project site is not currently providing active agricultural land of use to the local economy.

In addition, the Project site has been planned for industrial, business park, and commercial uses by the General Plan since 1983 and this type of development has been anticipated for the Project site.

This issue **WILL NOT** be evaluated further in the EIR.

**AR004659**

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.3    AIR QUALITY

| *Where available, the significance criteria established by the applicable air quality management or air pollution control district may be relied upon to make the following determinations. Would the Project:* | Potentially Significant Impact | Less Than Significant Impact With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Conflict with or obstruct implementation of the applicable air quality plan? | ■ | | | |
| b.  Violate any air quality standard or contribute substantially to an existing or projected air quality violation? | ■ | | | |
| c.  Result in a cumulatively considerable net increase of any criteria pollutant for which the project region is non-attainment under an applicable federal or state ambient air quality standard. | ■ | | | |
| d.  Result in other emissions (such as those leading to odors) adversely affecting a substantial number of people? | ■ | | | |

### 3.3 (a-d)

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project is located within the South Coast Air Basin (Basin) under the jurisdiction of the South Coast Air Quality Management District (SCAQMD). The SCAQMD is locally responsible for administration and implementation of the Air Quality Management Plan (AQMP). Development of the Project could result in the production of additional criteria air pollutants which may interfere with, or obstruct, the SCAQMD's implementation of the AQMP.  The South Coast Air Quality Management District has developed regional and localized significance thresholds for regulated pollutants. As with any new development project, the Project has the potential to generate pollutant concentrations during both construction activities and long-term operation that may exceed regional and localized significance thresholds both individually and cumulatively.

Sensitive receptors near the Project site include residences which are located south and east of the Project site. Construction activities associated with the proposed Project would result in temporary sources of fugitive dust and construction vehicle emissions. Long-term operation of the Project would result in daily vehicular trips that would generate local emissions which could expose sensitive receptors to substantial pollutant concentrations.

The construction and operation of the proposed Project has the potential to result in odor impacts. Construction-related short-term odor impacts may include exhaust fumes as well as other emissions from construction vehicles. Once the Project is operational, mobile sources of odors may occur, including truck traffic serving the Project site operations.

These issues **WILL** be further evaluated in the EIR.

AR 007520

AR004660

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 3.4    BIOLOGICAL RESOURCES

| *Would the Project:* | Potentially Significant Impact | Less Than Significant Impact With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Have a substantial adverse effect, either directly or through habitat modifications, on any species identified as a candidate, sensitive, or special status species in local or regional plans, policies, or regulations, or by the California Department of Fish and Wildlife or U.S. Fish and Wildlife Service? | ■ | | | |
| b.  Have a substantial adverse effect on any riparian habitat or other sensitive natural community identified in local or regional plans, policies, regulations or by the California Department of Fish and Game or U.S. Fish and Wildlife Service? | ■ | | | |
| c.  Have a substantial adverse effect on state or federally protected wetlands (including, but not limited to, marsh, vernal pool, coastal, etc.) through direct removal, filling, hydrological interruption, or other means? | ■ | | | |
| d.  Interfere substantially with the movement of any native resident or migratory fish or wildlife species or with established native resident or migratory wildlife corridors, or impede the use of native wildlife nursery sites? | ■ | | | |
| e.  Conflict with any local policies or ordinances protecting biological resources, such as a tree preservation policy or ordinance? | ■ | | | |
| f.  Conflict with the provisions of an adopted Habitat Conservation Plan, Natural Community Conservation Plan, or other approved local, regional, or state habitat conservation plan? | ■ | | | |

### 3.4 (a-f)

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project site is currently vacant undeveloped land and may have the potential to support species that might be listed as candidate, sensitive or special status.

The Project site naturally sheet flows to Sun Lakes Boulevard may have features that may be potentially subject to regulations from California Department of Fish and Wildlife and US Fish and Wildlife Service. On a preliminary basis, the proposed Project could result in potentially significant impacts to riparian habitat, other sensitive natural communities, or wetlands.

AR 007521

AR004661

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020


The Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP) requires surveys for burrowing owl and narrow endemic plants (Marvin's [Yucaipa] onion and many-stemmed dudleya).

For the reasons stated above, the Project has the potential to impact biological resources. These issues **WILL** be evaluated further in the EIR.

AR 007522

AR004662

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 3.5      CULTURAL RESOURCES

| Would the Project: | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Cause a substantial adverse change in the significance of a historical resource as defined in CEQA Guidelines §15064.5? | ■ | | | |
| b.  Cause a substantial adverse change in the significance of an archaeological resource pursuant to CEQA Guidelines §15064.5 or a tribal cultural resource pursuant to Public Resources Code 21074? | ■ | | | |
| c.  Disturb any human remains, including those interred outside of formal cemeteries? | ■ | | | |

*3.5 (a-c)*

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

Archaeological records maintained by the University of California, Riverside, Eastern Information Center indicate that the general area was subject to at least three prior studies and that a minimum of 25 cultural resources studies have been completed within one-mile of the Project site. Two reports in 1981 and 1982 specifically referenced the Old Stewart Ranch, and confirm that the current Project area is within the historic boundaries of the Old Stewart Ranch. Three cultural resources have been recorded within one-mile of the current Project area. As such, the Project site may have the potential to impact sub-surface cultural resources.

This issue **WILL** be evaluated further in the EIR.

AR 007523

AR004663

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 3.6    ENERGY

| Would the Project: | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Result in potentially significant environmental impact due to wasteful, inefficient, or unnecessary consumption of energy resources, during project construction or operation? | ■ | | | |
| b.  Conflict with or obstruct a state or local plan for renewable energy or energy efficiency? | ■ | | | |

*3.6 (a-b)*

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

Construction of the Project would create temporary increased demands for electricity and vehicle fuels compared to existing conditions. Construction of the Project would require electricity use to power some of the construction-related equipment. The electricity use during construction would vary during different phases of construction, where the majority of construction equipment during grading would be gas-powered or diesel-powered, and the later construction phases would require electricity-powered, such as interior construction and architectural coatings.

Operation of the Project would create additional demands for electricity and natural gas as compared to existing conditions, and would result in increased energy use.

This issue **WILL** be evaluated further in the EIR.

AR 007524

AR004664

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.7    GEOLOGY AND SOILS

| *Would the Project:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.   Directly or indirectly cause potential substantial adverse effects, including the risk of loss, injury, or death involving: | | | | |
| 1)  Rupture of a known earthquake fault, as delineated on the most recent Alquist-Priolo Earthquake Fault Zoning Map issued by the State Geologist for the area or based on other substantial evidence of a known fault?   Refer to Division of Mines and Geology Special Publication 42. | | | | ■ |
| 2)  Strong seismic ground shaking? | | | ■ | |
| 3)  Seismic-related ground failure, including liquefaction? | | | ■ | |
| 4)  Landslides? | | | | ■ |
| b.   Result in substantial soil erosion or the loss of topsoil? | | | ■ | |
| c.   Be located on a geologic unit or soil that is unstable, or that would become unstable as a result of the Project, and potentially result in on-site or offsite landslide, lateral spreading, subsidence, liquefaction or collapse? | | | ■ | |
| d.   Be located on expansive soil, as defined in Table 18-1-B of the Uniform Building Code (1994), creating substantial direct or indirect risks to life or property? | | | ■ | |
| e.   Have soils incapable of adequately supporting the use of septic tanks or alternative waste water disposal systems where sewers are not available for the disposal of waste water? | | | | ■ |
| f.   Directly or indirectly destroy a unique paleontological resource or site or unique geologic feature? | ■ | | | |

***3.7 (a) (1) Expose people or structures to potential substantial adverse effects, including the risk of loss, injury, or death involving rupture of a known earthquake fault, as delineated on the most recent Alquist-Priolo Earthquake Fault Zoning Map issued by the State Geologist for the area or based on other substantial evidence of a known fault? Refer to Division of Mines and Geology Special Publication 42.***

**Determination: No Impact.**
*Source: Riverside County Parcel Report.*

**Impact Analysis**

AR 007525

AR004665

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

The Project site is not located within an Alquist-Priolo (AP) Earthquake Fault Zone, and no known faults underlie the site. The San Gorgonio Pass Fault is the closest Alquist-Priolo Earthquake Fault Zone to the Project site as delineated in the latest State Earthquake Fault Zone maps and in Exhibit V-3 of the General Plan. The San Gorgonio Pass Fault is located approximately 2.5 miles north of Interstate 10. Because there are no faults located on the Project site, there is no potential for the Project to expose people or structures to adverse effects related to ground rupture.

This issue **WILL NOT** be evaluated further in the EIR.

### 3.7 (a) (2)    *Expose people or structures to potential substantial adverse effects, including the risk of loss, injury, or death involving: Strong seismic ground shaking?*

**Determination: Less Than Significant Impact.**
*Source: Project Application Materials, Municipal Cod.*

**Impact Analysis**

The Project site is located in a seismically active area of Southern California and is expected to experience moderate to severe ground shaking during the lifetime of the Project. This risk is not considered substantially different than that of other similar properties in the Southern California area. As a mandatory condition of Project approval, the Project would be required to construct the proposed structures in accordance with the *California Building Code* (CBC). The City's Building and Safety Department would review the building plans through building plan checks, issuance of a building permit, and inspection of the building during construction, which would ensure that all required CBC seismic safety measures are incorporated into the building. Compliance with the CBC as verified by the City's review process, would reduce impacts related to strong seismic ground shaking.

This issue **WILL NOT** be evaluated further in the EIR.

### 3.7 (a) (3) *Expose people or structures to potential substantial adverse effects, including the risk of loss, injury, or death involving: Seismic-related ground failure, including liquefaction?*

**Determination: Less Than Significant Impact.**
*Source: Riverside County Parcel Report, Municipal Code*

**Impact Analysis**

Liquefaction is a phenomenon in which loose, saturated, relatively cohesion-less soil deposits lose shear strength during strong ground motions.  The factors controlling liquefaction are:

- Seismic ground shaking of relatively loose, granular soils that are saturated or submerged can cause soils to liquefy and temporarily behave as a dense fluid.   For liquefaction to occur, the following conditions have to occur:

    o   Intense seismic shaking;

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

o  Presence of loose granular soils prone to liquefaction; and

o  Saturation of soils due to shallow groundwater.

The Riverside County Parcel Report for the site indicates that the site has a "low" potential for liquefaction.

Detailed design-level geotechnical studies and building plans pursuant to the *California Building Standards Code* are required prior to approval of construction. Compliance with the recommendations of the geotechnical study for soils conditions, is a standard practice and would be required by the City Building and Safety Department. Therefore, compliance with the requirements of the *California Building Standards Code* as identified in a site specific geotechnical design would be reviewed by the City for appropriate inclusion, as part of the building plan check and development review process, would reduce the low potential for liquefaction to a less than significant level. As such, liquefaction is not anticipated in the event of seismic ground failure.

This issue **WILL NOT** be evaluated further in the EIR.

### 3.7 (a) (4) Expose people or structures to potential substantial adverse effects, including the risk of loss, injury, or death involving: Landslides?

**Determination: No Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

Generally, a landslide is defined as the downward and outward movement of loosened rock or earth down a hillside or slope. Landslides can occur either very suddenly or slowly, and frequently accompany other natural hazards such as earthquakes, floods, or wildfires.

The Project site is relatively flat and there are no slopes on the site that are subject to a landslide.

This issue **WILL NOT** be evaluated further in the EIR.

### 3.7(b)   Result in substantial soil erosion or the loss of topsoil?

**Determination: Less Than Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project site has historically graded site that is regularly grubbed/disced Therefore, the loss of topsoil is not a significant impact.

Soils in the Project area are particularly prone to erosion during the grading phase, especially during heavy rains. Reduction of the erosion potential can be accomplished through implementation of a Storm Water Pollution Prevention Plan (SWPPP), which specifies Best Management Practices for temporary erosion controls. Such measures typically include temporary catch basins and/or sandbagging to control runoff and contain sediment transport within the

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

Project site. The SWPPP is required for plan check and approval by the City's Building and Safety Department, prior to provision of permits for the Project, and would include construction BMPs such as:

- Silt fencing, fiber rolls, or gravel bags
- Street sweeping and vacuuming
- Storm drain inlet protection
- Stabilized construction entrance/exit
- Vehicle and equipment maintenance, cleaning, and fueling
- Hydroseeding
- Material delivery and storage
- Stockpile management
- Spill prevention and control
- Solid waste management
- Concrete waste management

This issue **WILL NOT** be evaluated further in the EIR.

| 3.7(c) | *Be located on a geologic unit or soil that is unstable, or that would become unstable as a result of the Project, and potentially result in on-or offsite landslide, lateral spreading, subsidence, liquefaction or collapse?* |
|---|---|

**Determination: Less Than Significant Impact.**
*Source: Project Application Materials, Municipal Code.*

**Impact Analysis**

*Landslide*

The Project site is relatively flat and there are no slopes on the site that are susceptible to a landslide.

*Lateral Spreading*

Lateral spread or flow are terms referring to landslides that commonly form on gentle slopes and that have rapid fluid-like flow movement, like water. The Project site is relatively flat and there are no slopes on the site that are susceptible to lateral spreading.

*Subsidence*

The Riverside County Parcel Report for the site indicates that the site is "susceptible" to subsidence. Soils in the Project area have been mapped as consisting primarily of well-drained, sandy loams of the Ramona sandy loam series. Sandy loams are not expansive and compact well for construction.

*Liquefaction*

The Riverside County Parcel Report for the site indicates that the site has a "low" potential for liquefaction.

AR 007528

AR004668

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

*Collapse*

Collapse can occur in compressible fine-grained cohesive soil of low strength, which consolidate and cause settlement when subjected to fill or structural loads. Collapsible soils are low density, fine-grained granular soils. When these soils are saturated with water, the grains are realigned into a configuration of less volume, resulting in a rapid settlement under relatively low loads. Collapse is also principally caused by the extraction of subsurface liquids or mining of mineral resources. Sandy loams have a low potential for collapse and there are no mining activities occurring on or near the Project site.

*Conclusion*

Detailed design-level geotechnical studies and building plans pursuant to the *California Building Standards Code* are required prior to approval of construction. Compliance with the recommendations of a site specific geotechnical study for soils conditions is a standard practice and would be required by the City Building and Safety Department. Therefore, compliance with the requirements of the *California Building Standards Code* as identified in a site specific geotechnical design would be reviewed by the City for appropriate inclusion, as part of the building plan check and development review process, would reduce potential for the above described seismic issues to a less than significant level.

These issues **WILL NOT** be evaluated further in the EIR.

| 3.7(d) | *Be located on expansive soil, as defined in the Uniform Building Code, creating substantial risks to life or property?* |
|---|---|

**Determination: Less than Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

Expansive soils are those that undergo volume changes as moisture content fluctuates; swelling substantially when wet or shrinking when dry. Soil expansion can damage structures by cracking foundations, causing settlement and distorting structural elements.

The Project site is generally underlain by Ramona sandy loam soil which is generally not considered to be expansive. In addition, detailed design-level geotechnical studies and building plans pursuant to the *California Building Standards Code* are required prior to approval of construction. Compliance with the recommendations of the geotechnical study for soils conditions, is a standard practice and would be required by the City Building and Safety Department. Therefore, compliance with the requirements of the *California Building Standards Code* as identified in a site specific geotechnical design would be reviewed by the City for appropriate inclusion, as part of the building plan check and development review process, would reduce the low potential for impacts related to expansive soils to a less than significant

This issue **WILL NOT** be evaluated further in the EIR.

AR004669

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

**3.7(e)    Have soils incapable of adequately supporting the use of septic tanks or alternative wastewater disposal systems where sewers are not available for the disposal of wastewater?**

**Determination: No Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project does not propose the use of septic tanks or alternative waste water disposal systems. The Project would install domestic sewer infrastructure and connect to the City of Banning's existing sewer conveyance system. As such, there are no impacts and no mitigation measures are required.

This issue **WILL NOT** be evaluated further in the EIR.

**3.7 (f) Directly or indirectly destroy a unique paleontological resource or site or unique geologic feature?**

**Determination: Potentially Significant Impact.**
*Source:*

**Impact Analysis**

*Paleontological Resources*

Paleontological resources are the preserved fossilized remains of plants and animals. Fossils and traces of fossils are preserved in sedimentary rock units, particularly fine to medium grained marine, lake, and stream deposits, such as limestone, siltstone, sandstone, or shale, and in ancient soils. They are also found in coarse-grained sediments; such as conglomerates or coarse alluvium sediments. Fossils are rarely preserved in igneous or metamorphic rock units. Fossils may occur throughout a sedimentary unit and, in fact, are more likely to be preserved subsurface, where they have not been damaged or destroyed by previous ground disturbance, amateur collecting, or natural causes such as erosion.

The Project site is underlain by alluvial deposits consisting of mainly of Qc: Quaternary Continental and Qal: Quanternary Alluvium. The potential for paleontological resources exist in these type of alluvial deposits.
This issue **WILL** be evaluated further in the EIR.

*Unique Geologic Feature*

Unique geologic features are those that are unique to the field of Geology. Unique geologic features are not common in Banning and the San Gorgonio Pass Area. The geologic processes that formed the landforms in Banning and the San Gorgonio Pass Area are generally the same as those in other parts of the state. What makes a geologic unit or feature unique can vary considerably. A geologic feature is unique if it:

• Is the best example of its kind locally or regionally;

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

- Embodies the distinctive characteristics of a geologic principle that is exclusive locally or regionally;

- Provides a key piece of geologic information important in geology or geologic history;

- Is a "type locality" (the locality where a particular rock type, stratigraphic unit or mineral species is first identified) of a geologic feature;

- Is a geologic formation that is exclusive locally or regionally;

- Contains a mineral that is not known to occur elsewhere in the City; or

- Is used repeatedly as a teaching tool.

The Project site is relatively flat and the subsurface material encountered at the site consists of disturbed topsoil and native soils. The upper native soils consist Ramona sandy loam. This type of soil feature is not considered "unique."

Based on the analysis above, the Project will not directly or indirectly destroy a unique geologic feature.

This issue **WILL NOT** be evaluated further in the EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.8     GREENHOUSE GAS EMISSIONS

| Would the Project: | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Generate greenhouse gas emissions, either directly or indirectly, that may have a significant impact on the environment? | ■ | | | |
| b.  Conflict with an applicable plan, policy or regulation adopted for the purpose of reducing the emissions of greenhouse gases? | ■ | | | |

### 3.8 (a-b)

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

Construction and operation activities associated with the Project would produce greenhouse gas emissions, either directly or indirectly, that may have a significant impact on the environment and may conflict with an applicable plan, policy or regulation adopted for the purpose of reducing the emissions of greenhouse gases.

This issue **WILL** be evaluated further in the EIR.

AR004672

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.9    HAZARDS AND HAZARDOUS MATERIALS

| *Would the Project:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Create a significant hazard to the public or the environment through the routine transport, use, or disposal of hazardous materials? | | | ■ | |
| b.  Create a significant hazard to the public or the environment through reasonably foreseeable upset and accident conditions involving the release of hazardous materials into the environment? | | | ■ | |
| c.  Emit hazardous emissions or handle hazardous or acutely hazardous materials, substances, or waste within one-quarter mile of an existing or proposed school? | | | | ■ |
| d.  Be located on a site, which is included on a list of hazardous materials sites compiled pursuant to Government Code Section 65962.5, and, as a result, would it create a significant hazard to the public or the environment? | | | | ■ |
| e.  For a project located within an airport land use plan or, where such a plan has not been adopted, within two miles of a public airport or public use airport, would the project result in a safety hazard or excessive noise for people residing or working in the project area? | | | | ■ |
| f.  Impair implementation of or physically interfere with an adopted emergency response plan or emergency evacuation plan? | | | ■ | |
| g.  Expose people or structures, either directly or indirectly, to a significant risk of loss, injury or death involving wildland fires | | | ■ | |

*3.9(a) Create a significant hazard to the public or the environment through the routine transport, use, or disposal of hazardous materials?*

*3.9(b) Create a significant hazard to the public or the environment through reasonably foreseeable upset and accident conditions involving the release of hazardous materials into the environment?*

**Determination: Less than Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

*Construction Activities*

---

Hazards and Hazardous Materials                                                                 Page 30

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

Heavy equipment that would be used during construction of the Project would be fueled and
maintained by substances such as oil, diesel fuel, gasoline, hydraulic fluid, and other liquid
materials that would be considered hazardous if improperly stored or handled.  In addition,
materials such as paints, roofing materials, solvents, and other substances typically used in building
construction would be located on the Project site during construction.  Improper use, storage, or
transportation of hazardous materials could result in accidental releases or spills, potentially
posing health risks to workers, the public, and the environment.  The potential for accidental
releases and spills of hazardous materials during construction is a standard risk on all construction
sites, and there would be no greater risk for improper handling, transportation, or spills associated
with future development that would be a reasonably consequence of the development of the Project
than would occur on any other similar construction site.  Construction contractors are required to
comply with all applicable federal, state, and local laws and regulations regarding hazardous
materials, including but not limited requirements imposed by the Environmental Protection
Agency, California Department of Toxic Substances Control, South Coast Air Quality Management
District, and the Regional Water Quality Control Board. As such, impacts are less than significant.

*Operational Activities*

Federal and State Community-Right-to-Know laws allow the public access to information about the
amounts and types of chemicals that may be used by the businesses that would operate at the
Project site.  Laws also are in place that requires businesses to plan and prepare for possible
chemical emergencies.  Any business that operates any of the facilities at the Project site and that
handles and/or stores substantial quantities of hazardous materials (§ 25500 of California Health
and Safety Code, Division 20, Chapter 6.95) would be required to prepare and submit a Hazardous
Materials Business Emergency Plan (HMBEP) to the Riverside County Department of
Environmental Health (RCDEH) in order to register the business as a hazardous materials handler.
Such business is also required to comply with California's Hazardous Materials Release Response
Plans and Inventory Law, which require immediate reporting to Riverside County Fire Department
and State Office of Emergency Services regarding any release or threatened release of a hazardous
material, regardless of the amount handled by the business.

Potential hazardous materials impacts associated with long-term operation of the Project is not
expected to pose a significant hazard to the public or environment through the routine transport,
use, or disposal of hazardous materials, nor would the Project increase the potential for accident
operations which could result in the release of hazardous materials into the environment. because
Use, transport, handling, and disposal of any hazardous substances must comply with all federal,
State and local laws regulating their management and use.

These issues **WILL NOT** be evaluated further in the EIR.

---

**3.9(c)  *Emit hazardous emissions or handle hazardous or acutely hazardous materials,***
***substances, or waste within one-quarter mile of an existing or proposed school?***

---

**Determination: No Impact.**
*Sources: Project Application Materials, Google Earth.*

**Impact Analysis**

**AR004674**

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

The Project site is not located within one-quarter mile of an existing or proposed school. The nearest school is the San Gorgonio Middle School is located approximately 2 miles northwest of the Project site. In addition, as discussed in the responses to issues 3.9 (a) and 3.9 (b) above, the use and handling of all hazardous or potentially hazardous materials must comply with all applicable federal, State, and local agencies and regulations. Impacts are less than significant.

This issue **WILL NOT** be evaluated further in the EIR.

---

**3.9(d)  Be located on a site which is included on a list of hazardous materials sites compiled pursuant to Government Code Section 65962.5 and, as a result, would it create a significant hazard to the public or the environment?**

---

**Determination: No Impact.**
*Sources: DTSC's Hazardous Waste and Substances Site List - Site Cleanup (Cortese List,).*

**Impact Analysis**

The Project site is not included on a list of hazardous materials sites compiled pursuant to Government Code Section 65962.5. As such, no impact would occur.

This issue **WILL NOT** be evaluated further in the EIR.

---

**3.9(e)  For a project located within an airport land use plan or, where such a plan has not been adopted, within two miles of a public airport or public use airport, would the Project result in a safety hazard or excessive noise for people residing or working in the Project area?**

---

**Determination: No Impact.**
*Source: Ontario International Airport Land Use Compatibility Plan.*

**Impact Analysis**

The Project site is located approximately 4.5 miles west of the Banning Municipal Airport and is not within the *Banning Municipal Airport Compatibility Plan*. There is no impact.

This issue **WILL NOT** be evaluated further in the EIR.

---

**3.9(f)  Impair implementation of or physically interfere with an adopted emergency response plan or emergency evacuation plan?**

---

**Determination:  Less Than Significant Impact.**
*Sources: General Plan, Project Application Materials.*

**Impact Analysis**

The City of Banning has adopted the *Local Hazard Mitigation Plan, 2017 (*"Plan*"). The purpose of the Plan is to identify the City's hazards, review and assess past disaster occurrences, estimate the

AR 007535

AR004675

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

probability of future occurrences and set goals to mitigate potential risks to reduce or eliminate long-term risk to people and property from natural and man-made hazards. The Plan was prepared pursuant to the requirements of the Disaster Mitigation Act of 2000 to achieve eligibility and potentially secure mitigation funding through Federal Emergency Management Agency (FEMA) Flood Mitigation Assistance, Pre-Disaster Mitigation, and Hazard Mitigation Grant Programs.

The City has incorporated the *Local Hazard Mitigation Plan* by adoption into the Safety Element of the City's General Plan. The Safety Element of the General Plan includes a discussion of fire, earthquake, flooding, and landslide hazards. The Plan was adopted as an implementation appendix to the Safety Element. In addition, the City enforces the requirements of the California Environmental Quality Act (CEQA), which requires mitigation for identified natural hazards. The City has used these pre-existing programs as a basis for identifying gaps that may lead to disaster vulnerabilities in order to work on ways to address these risks through mitigation. Development of the Project will not impair implementation Plan as evidenced in the analysis in this Initial Study as it relates to emergencies as a result of hazards and natural disasters.

The City does not have an established evacuation route; however, depending on the location and extent of an emergency, major surface streets could be utilized to route traffic through the City. The I-10 Freeway and State Highway 243 to State Route 79 are also major regional access routes serving the City which could be used during disaster events. Emergency access to the Project site is available from Sun Lakes Boulevard. During construction and long-term operation, the Project would be required to maintain adequate emergency access for emergency vehicles to Sun Lakes Boulevard as required by the City. Therefore, the Project would not result in a substantial alteration to the design or capacity of any public road that would impair or interfere with the implementation of evacuation procedures. Because the Project would not interfere with an adopted emergency response or evacuation plan, impacts are less than significant.

This issue **WILL NOT** be evaluated further in the EIR.

---

### 3.9 (h) Expose people or structures to a significant risk of loss, injury or death involving wildland fires?

---

**Determination: Less Than Significant Impact.**
*Source: General Plan.*

**Impact Analysis**

According to Cal Fire website accessed on January 20, ([https://osfm.fire.ca.gov/divisions/wildfire-planning-engineering/wildland-hazards-building-codes/fire-hazard-severity-zones-maps/](https://osfm.fire.ca.gov/divisions/wildfire-planning-engineering/wildland-hazards-building-codes/fire-hazard-severity-zones-maps/)) the Project site is identified as being located in a Non-Very High Fire Hazard Severity Zones. In addition, the Project site is adjacent to railroad tracks and the I-10 on the north, and existing development to the east, west, and south. Therefore, the Project would not expose people or structures to a significant risk of loss, injury, or death involving wildland fires and no impact would occur.

This issue **WILL NOT** be evaluated further in the EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.10    HYDROLOGY AND WATER QUALITY

| Would the Project: | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Violate any water quality standards or waste discharge requirements or otherwise substantially degrade surface or ground water quality? | ■ | | | |
| b.  Substantially decrease groundwater supplies or interfere substantially with groundwater recharge such that the project may impede sustainable groundwater management of the basin? | | | ■ | |
| c.  Substantially alter the existing drainage pattern of the site or area, including through the alteration of the course of a stream or river or through the addition of impervious surfaces, in a manner that would: | ■ | | | |
| (i)  Result in substantial erosion or siltation on- or off-site? | ■ | | | |
| (ii)  Substantially increase the rate or amount of surface runoff in a manner which would result in flooding on- or offsite? | ■ | | | |
| (iii) Create or contribute runoff water which would exceed the capacity of existing or planned stormwater drainage systems or provide substantial additional sources of polluted runoff? | ■ | | | |
| (iv) Impede or redirect flood flows? | ■ | | | |
| d.  In flood hazard, tsunami, or seiche zones, risk release of pollutants due to project inundation? | | | | ■ |
| e.  Conflict with or obstruct implementation of a water quality control plan or sustainable groundwater management plan? | ■ | | | |

***3.9(a)  Violate any water quality standards or waste discharge requirements or otherwise substantially degrade surface or ground water quality?***

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials*

**Impact Analysis**

<u>Waste Discharge Requirements</u>

Waste Discharge Requirements (WDRs) are issued by the Regional Water Quality Control Board under the provisions of the California Water Code, Division 7 "Water Quality," Article 4 "Waste Discharge Requirements." These requirements regulate the discharge of wastes which are not made

AR 007537

AR004677

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

to surface waters but which may impact the region's water quality by affecting underlying groundwater basins. Such WDRs are issued for Publically Owned Treatment Works' wastewater reclamation operations, discharges of wastes from industries, subsurface waste discharges such as septic systems, sanitary landfills, dairies and a variety of other activities which can affect water quality.

<u>Water Quality Requirements</u>

The Porter-Cologne Act defines water quality objectives (i.e. standards) as "...*the limits or levels of water quality constituents or characteristics which are established for the reasonable protection of beneficial uses of water or the prevention of nuisance within a specific a*rea" (§13050 (h)).

*Construction Impacts*

Construction of the Project would involve clearing, grading, paving, utility installation, building construction, and the installation of landscaping, which would result in the generation of potential water quality pollutants such as silt, debris, chemicals, paints, and other solvents with the potential to adversely affect water quality. As such, short-term water quality impacts have the potential to occur during construction activities in the absence of any protective or avoidance measures.

Pursuant to the requirements of the applicable Regional Water Quality Control Board, the Riverside County Municipal Storm Water Permit (MS-4), and the City of Banning, the Project proponent will be required to obtain a National Pollutant Discharge Elimination System Municipal Stormwater Permit for construction activities. The National Pollutant Discharge Elimination System permit is required for all Projects that include construction activities, such as clearing, grading, and/or excavation that disturb at least one acre of total land area.

In addition, the Project will be required to comply with the applicable Regional Water Quality Control Board's Basin Water Quality Control Program. Compliance with the National Pollutant Discharge Elimination System permit and the Basin's Water Quality Control Program involves the preparation and implementation of a Storm Water Pollution Prevention Plan for construction-related activities, including grading. The Storm Water Pollution Prevention Plan would specify the Best Management Practices that the Project would be required to implement during construction activities to ensure that all potential pollutants of concern are prevented, minimized, and/or otherwise appropriately treated prior to being discharged from the site.

*Operational Impacts*

Storm water pollutants commonly associated with the type of land uses that could occupy the Project site include sediment/turbidity, nutrients, trash and debris, oxygen-demanding substances, organic compounds, bacteria and viruses, oil and grease, and pesticides.

Pursuant to the requirements of the City's National Pollutant Discharge Elimination System permit, a Water Quality Management Plan is required for managing the quality of storm water or urban runoff that flows from a developed site after construction is completed and the facilities or structures are occupied and/or operational. A Water Quality Management Plan describes the Best Management Practices that will be implemented and maintained throughout the life of a project to prevent and minimize water pollution that can be caused by storm water or urban runoff.

AR004678

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

The Project site currently drains southerly to Sun Lakes Boulevard. The portion of the site which drains to Sun Lakes Boulevard, sheet flows to existing storm drain system which conveys the flows to Smith Creek to the east and Potero Creek to the  west.  The proposed drainage on-site system is undefined at this time. Ultimately, surface runoff is anticipated to connect to the existing storm drainage system and discharge to Smith Creek to the east and Potero Creek to the west.

This issue **WILL** be evaluated further in the EIR.

***3.10(b)  Substantially decrease groundwater supplies or interfere substantially with groundwater recharge such that the project may impede sustainable groundwater management of the basin?***

**Determination: Less Than Significant Impact.**
*Source: City of Banning 2015 Urban Water Management Plan.*

**Impact Analysis**

*Groundwater Supplies*

The Project site would be served with potable water by the City of Banning.  Domestic water supplies from this service provider are reliant on groundwater from the Coachella Valley Hydrologic Unit, which encompasses several groundwater basins, including the Coachella Valley Groundwater Basin (Basin), within which the City is located. The Basin is underlain by several large subbasins, the boundaries of which are generally defined by fault lines that restrict the lateral flow of water. The Basin extends from Banning easterly to the Salton Sea.

The City is underlain by the San Gorgonio Pass Subbasin (SGP Subbasin) portion of the Basin. The City extracts groundwater from the Beaumont Storage Unit (Beaumont Basin), Banning Storage Unit, Cabazon Storage Unit, and the Banning Canyon Storage Unit of the San Gorgonio Pass Subbasin portion of the Coachella Valley Groundwater Basin. Because the City's water supply is primarily groundwater, the City is not subject to short-term water shortages resulting from temporary dry weather conditions. Further, as part of the Beaumont Basin adjudication, the City has the option of storing up to 80,000 acre feet of water in the Beaumont Basin. As such, impacts are less than significant.

*Groundwater Recharge*

Groundwater recharge in the area results from precipitation infiltrating into the ground within the surface water catchments and particularly in the canyons north of the City. An additional source of recharge is subsurface inflow (also referred to as underflow) from storage unit to storage unit, infiltration of Whitewater River diversions in the Banning Canyon, and from percolation of treated wastewater into the Cabazon Storage Unit. The Banning Canyon area receives water from the percolation of canyon flows through the gravelly soils of the canyon bottom. The San Gorgonio River running southerly through the Banning Canyon provides intake areas for distributing water to spreading ditches that interconnect with spreading ponds located approximately one-mile north of the Banning Bench to enhance percolation.

Development of the Project would increase impervious surface coverage on the site which would in turn reduce the amount of direct infiltration of runoff into the ground.  This would have a less than

AR 007539

AR004679

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

significant impact on groundwater recharge in the areas of the San Gorgonio Pass Subbasin that are managed for that purpose, since those recharge areas do not encompass the Project site. As such, impacts are less than significant.

This issue **WILL NOT** be evaluated further in the EIR.

| | |
|---|---|
| **3.10(c)** | **Substantially alter the existing drainage pattern of the site or area, including through the alteration of the course of a stream or river or through the addition of impervious surfaces, in a manner that would:** |
| **(i)** | **Result in substantial erosion or siltation on- or off-site?** |
| **(ii)** | **Substantially increase the rate or amount of surface runoff in a manner which would result in flooding on- or offsite?** |
| **(iii)** | **Create or contribute runoff water which would exceed the capacity of existing or planned stormwater drainage systems or provide substantial additional sources of polluted runoff?** |
| **(iv)** | **Impede or redirect flood flows?** |

**Determination: Less Than Significant Impact.**
*Sources: Project Application Materials.*

**Impact Analysis**

Existing Condition

The Project site currently drains southerly to Sun Lakes Boulevard. The portion of the site which drains to Sun Lakes Boulevard, sheet flows to existing storm drain system which conveys the flows to Smith Creek to the east and Potero Creek to the west.

Post-Development Condition

The Project entails a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary I-10 Freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage. (See Figure 2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions. The proposed drainage on-site system is undefined at this time. Ultimately, surface runoff is anticipated to discharge to Smith Creek to the east and Potero Creek to the west. Surface runoff may possibly have a significant impact with respect to drainage patterns, siltation. flooding, storm drain capacity, and flood flows.

This issue **WILL** be evaluated further in the EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

___

***3.10(d) In flood hazard, tsunami, or seiche zones, risk release of pollutants due to project inundation?***

___

**Determination: No Impact.**
*Sources: FEMA, California Department of Conservation.*

**Impact Analysis**

*Flood Hazard Zone*

Per FEMA Flood Insurance Rate Map (FIRM) Panel No. 06065C0812G (effective date: August 28, 2008) the Project Site lies within an unshaded Zone "X" floodplain. Unshaded Zone "X" is defined as Area of Minimal Flood Hazard. As such, there is no impact.

*Tsunami or Seiche Zone*

According to the California Department of Conservation, California Official Tsunami Inundation Maps the site is not located within a tsunami inundation zone. The Project would not be at risk from seiche because there is no water body in the area of the Project site capable of producing as seische. As such, there is no impact.

This issue **WILL NOT** be evaluated further in the EIR.

___

***3.10(e) Conflict with or obstruct implementation of a water quality control plan or sustainable groundwater management plan?***

___

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

As noted in the response to Issue 3.10 (c), the proposed drainage on-site system is undefined at this time. Ultimately, surface runoff is anticipated to discharge to Smith Creek to the east and Potero Creek to the west. Surface runoff may possibly have an impact on a water quality control plan or sustainable groundwater management plan.

This issue **WILL** be evaluated further in the EIR.

___

AR 007541

AR004681

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 3.11    LAND USE AND PLANNING

| *Would the Project:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.    Physically divide an established community? | | | | ■ |
| b.    Cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect? | ■ | | | |

### *3.11 (a) Physically divide an established community?*

**Determination: No Impact.**
*Source:  Project Application Materials.*

**Impact Analysis**

An example of a Project that has the potential to divide an established community includes the construction of a new freeway or highway through an established neighborhood.  The Project site consists of approximately 47-acres of undeveloped land that is adjacent to railroad tracks and I-10 to the north and existing development to the east, south, and west. There is no impact.

This issue **WILL NOT** be evaluated further in the EIR.

### *3.11 (b) Cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect?*

**Determination: Potentially Significant Impact.**
*Source:  Project Application Materials.*

**Impact Analysis**

The Project entails a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary I-10 Freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage. (See Figure 2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions. The proposed amendments could possibly result in a significant impact due to conflicting with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect.

This issue **WILL be** evaluated further in the EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.12    MINERAL RESOURCES

| Would the Project: | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a. Result in the loss of availability of a known mineral resource that would be of value to the region and the residents of the state? | | | | ■ |
| b. Result in the loss of availability of a locally-important mineral resource recovery site delineated on a local general plan, specific plan or other land use plan? | | | | ■ |

*3.12(a)    Result in the loss of availability of a known mineral resource that would be of value to the region and the residents of the state?*

**Determination: No Impact.**
*Sources: General Plan.*

**Impact Analysis**

The Project site is located within a mineral resource zone area classified as MRZ-3 as identified in Exhibit IV-8 in the City of Banning General Plan. Areas classified as MRZ-3 are defined as containing mineral deposits, the significance of which cannot be evaluated from available data. The City of Banning General Plan identifies one aggregate producer within its planning area; the Banning Quarry which is located in the eastern portion of the City approximately 1.25 miles northeast of the Project site. Implementation of the Project would not result in the loss of known mineral resources.

This issue **WILL NOT** be evaluated further in the EIR.

*3.12(b)    Result in the loss of availability of a locally important mineral resource recovery site delineated on a local general plan, specific plan or other land use plan?*

**Determination: No Impact.**
*Source: General Plan.*

**Impact Analysis**

The existing land use designations for the Project site is "Commercial" and General Commercial (with Specific Plan Overlay) which allows for light industrial, office, and retail uses. As such, the Project site is not delineated on a local general plan, specific plan or other land use plan as a locally important mineral resource recovery site. There is no impact.

This issue **WILL NOT** be evaluated further in the EIR.

AR 007543

AR004683

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 3.13    NOISE

| *Would the Project:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a. Generation of a substantial temporary or permanent increase in ambient noise levels in the vicinity of the project in excess of standards established in the local general plan or noise ordinance, or applicable standards of other agencies? | ■ | | | |
| b. Generation of excessive groundborne vibration or groundborne noise levels? | ■ | | | |
| c. For a project located within the vicinity of a private airstrip or an airport land use plan or, where such a plan has not been adopted, within two miles of a public airport or public use airport, would the project expose people residing or working in the project area to excessive noise levels? | ■ | | | |

***3.13 (a) Generation of a substantial temporary or permanent increase in ambient noise levels in the vicinity of the project in excess of standards established in the local general plan or noise ordinance, or applicable standards of other agencies?***

***3.13 (b) Generation of excessive groundborne vibration or groundborne noise levels?***

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

*Noise*

The Project would create a temporary increase in noise during construction activities. The Project would also result in long-term changes in ambient noise associated with typical business, industrial, and commercial activities. Noise would be generated by truck and passenger vehicle trips to and from the site on adjacent roadways; trucks backing up, starting, and idling; forklifts; and mechanical systems (heating, ventilation, and air conditioning). Long-term operational noises also include project-generated traffic and the resulting traffic noise on adjacent roads.

*Groundborne Vibration*

Some equipment used during construction would have the potential to create groundborne noise or vibration, including dozers, graders, cranes, loaded trucks, water trucks, and pavers. Continuous vibrations with a peak particle velocity (PPV) of approximately 0.10 inches per second are considered to cause annoyance. The Project is forecast to create potentially significant vibration levels generated during construction activities.

AR 007544

AR004684

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

These issues **WILL** be evaluated further in the EIR.

---

***3.13 (c) For a project located within the vicinity of a private airstrip or an airport land use plan
or, where such a plan has not been adopted, within two miles of a public airport or public use
airport, would the project expose people residing or working in the project area to excessive
noise levels?***

---

**Determination: No Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project site is located approximately 4.5 miles west of the Banning Municipal Airport and is not
within the *Banning Municipal Airport Compatibility Plan*. There is no impact.

This issue **WILL NOT** be evaluated further in the EIR.

AR 007545

AR004685

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.14   POPULATION AND HOUSING

| *Would the Project:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Induce substantial unplanned population growth in an area, either directly (for example, by proposing new homes and businesses) or indirectly (for example, through extension of roads or other infrastructure)? | | | ■ | |
| b.  Displace substantial numbers of existing people or housing, necessitating the construction of replacement housing elsewhere? | | | | ■ |

**3.14(a)**   *Induce substantial unplanned population growth in an area, either directly (for example, by proposing new homes and businesses) or indirectly (for example, through extension of roads or other infrastructure)?*

**Determination: Less than Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project would not directly result in population growth because it does not propose any residential dwelling units.  It is anticipated that new employees generated by the Project could come from within the local area and would not generate the need for any housing.

Typically, population growth would be considered a significant impact pursuant to CEQA if it directly or indirectly affects the ability of agencies to provide needed public services and requires the expansion or new construction of public facilities and utilities.

Water and sewer service to the Project site will be provided by the City of Banning. No additional water or sewer infrastructure will be needed to serve the Project other than connection to the existing water and sewer lines. Water and sewer infrastructure will not have to be extended in the area to serve the Project.

In addition, the analysis in Section 3.14, *Public Services*, of this Initial Study demonstrates that the impacts on public services are less than significant so the public service provider's ability to provide services will not be reduced.

This issue **WILL NOT** be evaluated further in the EIR.

**3.14(b)**   *Displace substantial numbers of existing people or housing, necessitating the construction of replacement housing elsewhere?*

AR 007546

AR004686

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

**Determination: No Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project site contains does not contain any residential housing. Therefore, implementation of the Project would not displace a substantial number of existing housing, nor would it necessitate the construction of replacement housing elsewhere.

This issue **WILL NOT** be evaluated further in the EIR.

AR004687

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 3.15   PUBLIC SERVICES

| *Would the Project:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.   Would the Project result in substantial adverse physical impacts associated with the provision of new or physically altered governmental facilities, need for new or physically altered governmental facilities, the construction of which could cause significant environmental impacts, in order to maintain acceptable service ratios, response times or other performance objectives for any of the public services: | | | | |
| 1)   Fire protection? | | | ■ | |
| 2)   Police protection? | | | ■ | |
| 3)   Schools? | | | ■ | |
| 4)   Parks? | | | ■ | |
| 5)   Other public facilities? | | | ■ | |

> **3.15(a)**   ***Would the Project result in substantial adverse physical impacts associated with the provision of new or physically altered governmental facilities, need for new or physically altered governmental facilities, the construction of which could cause significant environmental impacts, in order to maintain acceptable service ratios, response times or other performance objectives for any of the public services:***

### FIRE PROTECTION

**Determination:  Less Than Significant Impact.**
*Sources: City of Banning, Riverside County Fire Department.*

**Impact Analysis**

Fire protection services for the Project would be provided by the City of Banning through a contractual agreement with the Riverside County Fire Department, which contracts with the California Department of Forestry. Through a mutual aid agreement with surrounding communities, including Beaumont, Calimesa and Cabazon, each city has access to and benefits from the services provided by fire stations in other cities. The Project site is served by Fire Station #20 located approximately 0.6 roadway miles west of the site at 1550 E. 6th Street, Beaumont, CA.

Development of the Project would impact fire protection services by placing an additional demand on existing Riverside County Fire Department resources should its resources not be augmented. To offset the increased demand for fire protection services, the Project would be conditioned by the

AR 007548

AR004688

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

City to provide a minimum of fire safety and support fire suppression activities, including compliance with State and local fire codes, fire sprinklers, a fire hydrant system, paved access, and secondary access routes.

Furthermore, the Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing for fire protection facilities. Payment of the Development Impact Fee would ensure that the Project provides fair share funds for the provision of additional fire protection facilities.

Based on the analysis Above, the Project would not result in the need for new or physically altered fire facilities in order to maintain acceptable service ratios, response times or other performance objectives.

This issue **WILL NOT** be evaluated further in the EIR.

## POLICE PROTECTION

**Determination: Less Than Significant Impact.**
*Sources: City of Banning, Riverside County Sheriff's Department.*

**Impact Analysis**

The Project Site is currently serviced by the City of Banning Police Department which is located approximately 4.5 miles east of the Project site at 125 E Ramsey Street in Banning. Development of the Project would impact fire protection services by placing an additional demand on existing Riverside County Fire Department resources should its resources not be augmented. The Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing for police protection facilities to offset impacts created by new development. Payment of the Development Impact Fee would ensure that the Project provides fair share funds for the provision of additional police protection facilities. In addition, the Project site is located in a developed area of the City which is routinely patrolled. It is not anticipated that new police facilities will need to be constructed to serve the Project in order to maintain acceptable service ratios, response times or other performance objectives for any of the public services

This issue **WILL NOT** be evaluated further in the EIR.

## SCHOOLS

**Determination: Less Than Significant Impact.**
*Sources: California Senate Bill 50 (Greene), Project Application Materials.*

**Impact Analysis**

The Project does not create an additional need for housing thus directly increasing the overall population of the City and generating additional students to be served by the Banning Unified School District. However, the Project would be required to contribute fees to the Banning Unified School District in accordance with the Leroy F. Greene School Facilities Act of 1998 (Senate Bill 50).

AR 007549

AR004689

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

Pursuant to Senate Bill 50, payment of school impact fees constitutes complete mitigation under CEQA for Project-related impacts to school services.

This issue **WILL NOT** be evaluated further in the EIR.

### PARKS

**Determination: Less Than Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project does not create a direct additional need for parkland as it does not propose residential uses. The payment of development impact fees will reduce any indirect Project impacts related to parks.

This issue **WILL NOT** be evaluated further in the EIR.

### OTHER PUBLIC FACILITIES

**Determination: Less Than Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

As noted above, development of the Project would not result in a direct increase in the population of the Project area and would not increase the demand for public services, including public health services and library services which would require the construction of new or expanded public facilities.

The Project would be required to comply with the provisions of the City's Development Impact Fee Ordinance, which requires a fee payment to assist the City in providing public facilities. Payment of the Development Impact Fee would ensure that the Project provides fair share of funds for additional public facilities. These funds may be applied to the acquisition and/or construction of public services and/or equipment.

This issue **WILL NOT** be evaluated further in the EIR.

AR004690

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 3.16    RECREATION

| *Would the Project:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Would the Project increase the use of existing neighborhood and regional parks or other recreational facilities such that substantial physical deterioration of the facility would occur or be accelerated? | | | ■ | |
| b.  Does the Project include recreational facilities or require the construction or expansion of recreational facilities, which might have an adverse physical effect on the environment? | | | | ■ |

**Impact Analysis**

**3.16(a)**    ***Would the proposed Project increase the use of existing neighborhood and regional parks or other recreational facilities such that substantial physical deterioration of the facility would occur or be accelerated?***

**Determination: Less than Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The Project proposes a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary I-10 Freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage. (See Figure 2- Land Use Plan).The Specific Plan is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.

Therefore, the Project would not cause a substantial physical deterioration of any park facilities or would  accelerate the physical deterioration of any park facilities because the Project does not proposes residential dwelling units which would increase the population that would use parks. The payment of development impact fees will reduce any indirect Project impacts related to recreational facilities.

This issue **WILL NOT** be evaluated further in the EIR.

**3.16(b)**    ***Does the Project include recreational facilities or require the construction or expansion of recreational facilities which might have an adverse effect on the environment?***

**Determination: No Impact.**

AR 007551

AR004691

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

*Source: Project Application Materials*

**Impact Analysis**

As noted in the response to Issue 3.16(a) above, the Project does not propose any recreational facilities or require the construction or expansion of recreational facilities which might have an adverse effect on the environment. In addition, no offsite parks or recreational improvements are proposed or required as part of the Project.

Based on the above analysis, impacts related to parks and recreational facilities would be less than significant.

This issue **WILL NOT** be evaluated further in the EIR.

**AR004692**

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.17    TRANSPORTATION

| *Would the Project:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Conflict with a program, plan, ordinance or policy addressing the circulation system, taking into account all modes of transportation including transit, roadway, bicycle and pedestrian facilities? | ■ | | | |
| b.  Conflict or be inconsistent with CEQA Guidelines section 15064.3, subdivision (b)? | ■ | | | |
| c.  Substantially increase hazards due to a geometric design feature (e.g., sharp curves or dangerous intersections) or incompatible uses (e.g., farm equipment)? | ■ | | ■ | |
| d.  Result in inadequate emergency access? | | | ■ | |

*3.17 (a) Conflict with a program, plan, ordinance or policy addressing the circulation system, taking into account all modes of transportation including transit, roadway, bicycle and pedestrian facilities?*

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials*

**Impact Analysis**

The Project proposes a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park" and 'Professional Office" along the primary I-10 Freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage. (See Figure 2- Land Use Plan).

The Project is forecast to generate vehicular and truck traffic from construction and operational activities. These trips will impact intersection and roadway segments in the Project area.

This issue **WILL BE** evaluated further in the EIR.

*3.17 (b) Conflict or be inconsistent with CEQA Guidelines section 15064.3, subdivision (b)?*

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials*

**Impact Analysis**

On September 27, 2013, SB 743 was signed into law. The Legislature found that with adoption of the Sustainable Communities and Climate Protection Act of 2008 (SB 375), the state had signaled its commitment to encourage land use and transportation planning decisions and investments that

AR004693

reduce vehicle miles traveled (VMT) and thereby contribute to the reduction of greenhouse gas emissions (GHG), as required by the California Global Warming Solutions Act of 2006 (AB 32). Additionally, AB 1358, described above, requires local governments to plan for a balanced, multimodal transportation network that meets the needs of all users. SB 743 started a process that would fundamentally change transportation impact analysis as part of CEQA compliance. These changes will include the elimination of auto delay, level of service (LOS), and similar measures of vehicular capacity or traffic congestion as the basis for determining significant impacts under CEQA

As part of the new CEQA Guidelines, the new criteria "shall promote the reduction of greenhouse gas emissions, the development of multimodal transportation networks, and a diversity of land uses."

OPR developed alternative metrics and thresholds based on VMT. The guidelines were certified by the Secretary of the Natural Resources Agency in December 2018, and automobile delay, as described solely by level of service of similar measures of vehicular capacity or traffic congestion, shall not be considered a significant impact on the environment. There is an opt-in period until July 1, 2020, for agencies to adopt new VMT-based criteria.

Because this EIR is likely to be circulated for public review after July 1, 2020, the City, as the lead agency, will use a VMT metric in its analysis of traffic impacts.

This issue **WILL BE** evaluated further in the EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.18    TRIBAL CULTURAL RESOURCES

| *Would the project cause a substantial adverse change in the significance of a tribal cultural resource, defined in Public Resources Code section 21074 as either a site, feature, place, cultural landscape that is geographically defined in terms of the size and scope of the landscape, sacred place, or object with cultural value to a California Native American tribe, and that is:* | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Listed or eligible for listing in the California Register of Historical Resources, or in a local register of historical resources as defined in Public Resources Code section 5020.1(k)? | ■ | | | |
| b.  A resource determined by the lead agency, in its discretion and supported by substantial evidence, to be significant pursuant to criteria set forth in subdivision (c) of Public Resources Code Section 5024.1. In applying the criteria set forth in subdivision (c) of Public Resource Code Section 5024.1, the lead agency shall consider the significance of the resource to a California Native American tribe? | ■ | | | |

*3.18 (a) Listed or eligible for listing in the California Register of Historical Resources, or in a local register of historical resources as defined in Public Resources Code section 5020.1(k)?*

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

Archaeological records maintained by  the University of California, Riverside, Eastern Information Center indicate that the general area was subject to at least three prior studies and that a minimum of 25 cultural resources studies have been completed within one-mile of the Project site. Two reports in 1981 and 1982 specifically referenced the Old Stewart Ranch, and confirm that the current Project area is within the historic boundaries of the Old Stewart Ranch. Three cultural resources have been recorded within one-mile of the current Project area. Therefore, the Project site may have the potential to impact sub-surface tribal cultural resources.

This issue **WILL** be evaluated further in the EIR.

*3.18(b) A resource determined by the lead agency, in its discretion and supported by substantial evidence, to be significant pursuant to criteria set forth in subdivision (c) of Public Resources Code Section 5024.1. In applying the criteria set forth in subdivision (c) of Public Resource Code Section 5024.1, the lead agency shall consider the significance of the resource to a California Native American tribe?*

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

**Impact Analysis**

The Planning Department has initiated notification of the Project under both Senate Bill (SB) 18 and Assembly Bill (AB) 52 in order to determine there is a potential for tribal cultural resources to be present on the site.

This issue **WILL** be evaluated further in the EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.19   UTILITIES AND SERVICE SYSTEMS

| Would the Project: | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a.  Require or result in the relocation or construction of new or expanded water, wastewater treatment or storm water, drainage, electric power, natural gas, or telecommunications facilities, the construction or relocation of which could cause significant environmental effects? | ■ | | | |
| b.  Have sufficient water supplies available to serve the project and reasonably foreseeable future development during normal, dry and multiple years? | | | ■ | |
| c.  Result in a determination by the wastewater treatment provider, which serves or may serve the project that it has adequate capacity to serve the project's projected demand in addition to the provider's existing commitments? | ■ | | | |
| d.  Generate solid waste in excess of State or local standards, or in excess of the capacity of local infrastructure, or otherwise impair the attainment of solid waste reduction goals? | ■ | | | |
| e.  Comply with federal, state, and local management and reduction statutes   b.   A resource determined by the lead agency, | | | ■ | |

***3.19 (a) Require or result in the relocation or construction of new or expanded water, wastewater treatment or storm water, drainage, electric power, natural gas, or telecommunications facilities, the construction or relocation of which could cause significant environmental effects?***

**Determination: Potentially Significant Impact.**

*Source: Project Application Materials.*

**e.      Comply with federal, state, and local management and reduction statutes and regulations related to solid waste?**

**Impact Analysis**

<u>Water Facilities</u>

The Project site would be served with potable water by the City of Banning.  Via connection to the existing water supply system.

<u>Wastewater Treatment Facilities</u>

---

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

Wastewater generated by the Project is proposed to be conveyed to the Wastewater Reclamation Plant operated by the City of Banning for treatment via connection to the existing sewer system.

Storm Drainage Facilities

The Project site currently drains southerly to Sun Lakes Boulevard. The portion of the site which drains to Sun Lakes Boulevard , sheet flows to existing storm drain system which conveys the flows to Smith Creek to the east and Potero Creek to the  west. The Project is proposing to construct storm drain facilities that will connect to the existing facilities in Sun Lakes Boulevard and ultimately discharge to Smith Creek and/or Potero Creek.

Electric Power Facilities

The Project will connect to the existing electrical distribution facilities available in the vicinity of the Project site operated by the Banning Electric Utility.

Natural Gas Facilities

The Project will connect to the existing Southern California Gas natural gas distribution facilities available in the vicinity of the Project site.

Telecommunication Facilities

The Project will connect to the existing facilities available in the vicinity of the Project site.

The installation of the facilities described above will have physical impacts on the environment.

These impacts **WILL BE** evaluated further in the EIR.

---

***3.19 (b) Have sufficient water supplies available to serve the project and reasonably foreseeable future development during normal, dry and multiple years?***

---

**Determination: Potentially Significant Impact.**
*Source: City of Banning 2015 Urban Water Management Plan.*

**Impact Analysis**

The Project site would be served with potable water by the City of Banning.  The Project site would be served with potable water by the City of Banning.  Domestic water supplies from this service provider are reliant on groundwater from the Coachella Valley Hydrologic Unit, which encompasses several groundwater basins, including the Coachella Valley Groundwater Basin (Basin), within which the City is located. The Basin is underlain by several large subbasins, the boundaries of which are generally defined by fault lines that restrict the lateral flow of water. The Basin extends from Banning easterly to the Salton Sea.

The City is underlain by the San Gorgonio Pass Subbasin (SGP Subbasin) portion of the Basin. The City extracts groundwater from the Beaumont Storage Unit (Beaumont Basin), Banning Storage

AR004698

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

Unit, Cabazon Storage Unit, and the Banning Canyon Storage Unit of the San Gorgonio Pass
Subbasin portion of the Coachella Valley Groundwater Basin.

Under the proposed Specific Plan amendment, the Project would create a water demand for potable
water, wastewater, and landscaping for development of the 47 acre Project site. A project of this
size has the potential to impact water supplies.

This impact **WILL** be evaluated further in the EIR.

---

**3.19 (c) Result in a determination by the wastewater treatment provider, which serves or may
serve the project that it has adequate capacity to serve the project's projected demand in
addition to the provider's existing commitments?**

---

**Determination: Potentially Significant Impact.**
*Source: City of Banning 2015 Urban Water Management Plan, City of Banning, Integrated Master Plan/Final Revision 1.2,
2018.*

**Impact Analysis**

All wastewater flows collected within the City's service area are currently treated at one facility, the
Banning WWTP. The WWTP is designed to treat wastewater to secondary standards and consists of
the following processes: headworks, screening, grit removal, two primary clarifiers, two trickling
filters, and two secondary clarifiers. The plant currently discharges the effluent to percolation
ponds. The City contracts with United Water Services for the operation and maintenance of the
WWTP.  Recent upgrades of the plant resulted in an increase of secondary treatment capacity to 3.6
million gallons-per-day, including improvements that could accommodate future capacity to
approximately 5.8 million gallons-per-day. On a daily basis, the plant currently receives an
average flow of approximately 2.3–2.4 million gallons-per day.

Under the proposed Specific Plan amendment, the Project would create a wastewater demand for
development of the 47 acre Project site. A project of this size has the potential to impact wastewater
treatment capacity.

This issue **WILL** be evaluated further in the EIR.

---

**3.19 (d) Generate solid waste in excess of State or local standards, or in excess of the capacity
of local infrastructure, or otherwise impair the attainment of solid waste reduction goals?**

---

**Determination: Potentially Significant Impact.**
*Source: Project Application Materials.*

**Impact Analysis**

The City of Banning contracts with Waste Management Inland Empire for solid waste and disposal
services. Solid waste that is not diverted to recycling or composting facilities is transported to the
Lamb Canyon Sanitary Landfill. The Lamb Canyon Sanitary Landfill is located in the City of
Beaumont, approximately three miles southwest of the City of Banning. It is owned and operated by
the Riverside County Waste Management Department and accepts solid waste collected from the

---

AR 007559

AR004699

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

communities of Banning, Beaumont, Hemet and San Jacinto. It may also accept solid waste generated from anywhere within Riverside County.

Under the proposed Specific Plan amendment, the Project would create a wastewater demand for development of the 47 acre Project site. A project of this size has the potential to generate solid waste that will impact th ecap0acity of solid water collection facilities.

This issue **WILL** be evaluated further in the EIR.

---

### 3.19 (e) Comply with federal, state, and local management and reduction statutes and regulations related to solid waste?

---

**Determination: Less Than Significant Impact.**

*Source: Project Application Materials.*

**Impact Analysis**

The California Integrated Waste Management Act established an integrated waste management system that focused on source reduction, recycling, composting, and land disposal of waste. In addition, the Act established a 50% waste reduction requirement for cities and counties by the year 2000, along with a process to ensure environmentally safe disposal of waste that could not be diverted. Per the requirements of the Integrated Waste Management Act, the Riverside County Board of Supervisors adopted the Riverside Countywide Integrated Waste Management Plan which outlines the goals, policies, and programs the County and its cities will implement to create an integrated and cost effective waste management system that complies with the provisions of California Integrated Waste Management Act and its diversion mandates.

The Project operator(s) would be required to coordinate with the waste hauler to develop collection of recyclable materials for the commercial facility on a common schedule as set forth in applicable local, regional, and State programs. Recyclable materials that would be recycled by the commercial facility include paper products, glass, aluminum, and plastic.

Additionally, the Project's waste hauler would be required to comply with all applicable local, State, and Federal solid waste disposal standards, thereby ensuring that the solid waste stream to the landfills that serve the commercial facility are reduced in accordance with existing regulations.

Based on the above analysis, impacts are less than significant.

This issue **WILL NOT** be evaluated further in the EIR.

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.20    WILDFIRE

| WILDFIRE -- If located in or near state responsibility areas or lands classified as very high fire hazard severity zones, would the project: | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|---|---|---|---|
| a) Substantially impair an adopted emergency response plan or emergency evacuation plan? | | | | ■ |
| b) Due to slope, prevailing winds, and other factors, exacerbate wildfire risks, and thereby expose project occupants to, pollutant concentrations from a wildfire or the uncontrolled spread of a wildfire? | | | | ■ |
| c) Require the installation or maintenance of associated infrastructure (such as roads, fuel breaks, emergency water sources, power lines or other utilities) that may exacerbate fire risk or that may result in temporary or ongoing impacts to the environment? | | | | ■ |
| d) Expose people or structures to significant risks, including downslope or downstream flooding or landslides, as a result of runoff, post-fire slope instability, or drainage changes? | | | | ■ |

*3.20 (a-d)*

**Determination: No Impact.**
*Sources: General Plan, Cal Fire.*

**Impact Analysis**

According to Cal Fire website accessed on January 20, (https://osfm.fire.ca.gov/divisions/wildfire-planning-engineering/wildland-hazards-building-codes/fire-hazard-severity-zones-maps/)    the Project is not located in or near state responsibility areas or lands classified as very high fire hazard severity zones and no impact would occur.

This issue **WILL NOT** be evaluated further in the EIR.

AR 007561

AR004701

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

### 3.19   MANDATORY FINDINGS OF SIGNIFICANCE

| Would the Project: | Potentially Significant Impact | Less than Significant With Mitigation Incorporated | Less Than Significant Impact | No Impact |
|---|:---:|:---:|:---:|:---:|
| a.  Does the Project have the potential to degrade the quality of the environment, substantially reduce the habitat of a fish or wildlife species, cause a fish or wildlife population to drop below self-sustaining levels, threaten to eliminate a plant or animal community, reduce the number or restrict the range of a rare or endangered plant or animal or eliminate important examples of the major periods of California history or prehistory? | ■ | | | |
| b.  Does the Project have impacts that are individually limited, but cumulatively considerable? ("Cumulatively considerable" means that the incremental effects of a Project are considerable when viewed in connection with the effects of past projects, the effects of other current projects, and the effects of probable future projects)? | ■ | | | |
| c.  Does the Project have environmental effects, which will cause substantial adverse effects on human beings, either directly or indirectly? | ■ | | | |

**Impact Analysis**

| | |
|---|---|
| ***3.19(a)*** | ***Does the Project have the potential to degrade the quality of the environment, substantially reduce the habitat of a fish or wildlife species, cause a fish or wildlife population to drop below self-sustaining levels, threaten to eliminate a plant or animal community, reduce the number or restrict the range of a rare or endangered plant or animal or eliminate important examples of the major periods of California history or prehistory?*** |

**Determination: Potentially Significant Impact.**
*Source: This Initial Study.*

**Impact Analysis**

As discussed in this Initial Study, biological resources, cultural resources, and tribal cultural resources may be significantly impacted by the Project.

These issues **WILL** be evaluated further in the EIR.

AR 007562

AR004702

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

---

**3.19(b)**    *Does the Project have impacts that are individually limited, but cumulatively considerable? ("Cumulatively considerable" means that the incremental effects of a Project are considerable when viewed in connection with the effects of past projects, the effects of other current projects, and the effects of probable future projects)?*

---

**Determination: Potentially Significant Impact.**
*Source: This Initial Study.*

**Impact Analysis**

The Project has the potential to result in cumulatively considerable impacts. As discussed in this Initial Study, implementation of the Project may result in potentially significant impacts under the environmental topics of:

- Aesthetics (visual character, light and glare)
- Air Quality
- Biological Resources
- Cultural Resources
- Energy
- Geology and Soils (Paleontological Resources)
- Greenhouse Gas Emissions
- Hydrology and Water Quality (water quality standards or waste discharge requirements; erosion/siltation; flooding, and storm drain capacity).
- Land Use and Planning
- Noise
- Transportation
- Tribal Cultural Resources
- Utilities and Service Systems

To a certain extent, impacts of the Project, together with other known or anticipated projects in the area, may have a cumulative effect under all of the aforementioned environmental topics.

These issues **WILL** be addressed further in the EIR.

---

**3.19(c)**    *Does the Project have environmental effects which would cause substantial adverse effects on human beings, either directly or indirectly?*

---

**Determination: Potentially Significant Impact.**
*Source: This Initial Study Checklist.*

**Impact Analysis**

As indicated by this Initial Study, the Project may cause or result in certain potentially significant environmental effects, resulting in potentially adverse effects to human beings. While adverse environmental effects that could affect human beings could, to some degree,

---

AR 007563

AR004703

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

be substantiated under all CEQA issue areas, Project impacts that could directly affect
human beings include:

- Aesthetics (visual character, light and glare)
- Air Quality
- Greenhouse Gas Emissions
- Hydrology and Water Quality (water quality standards or waste discharge requirements; erosion/siltation; flooding, and storm drain capacity).
- Land Use and Planning
- Noise
- Transportation
- Utilities and Service Systems

These issues **WILL** be evaluated further in the EIR.

**AR004704**

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 4.0 REFERENCES

**General References**

California Department of Conservation. *California Important Farmland Finder*. Accessed on
January 7, 2020 from http://maps.conservation.ca.gov/ciff/ciff.html.

California Department of Toxic Substances Control. *EnviroStor Database*. Accessed on
December 22, 2020 from https://www.envirostor.dtsc.ca.gov/public/

California Department of Transportation. *California Scenic Highway Mapping System*. Accessed
on December 17, 2020 from http://www.dot.ca.gov/hq/LandArch/16_livability/scenic_highways/

City of Banning General Plan, City of Banning Community Development Department and Terra
Nova Planning & Research, Inc., adopted January 31, 2006.

City of Banning, *Integrated Master Plan/Final Revision 1.2*, 2018.

City of Banning, *Initial Study & Mitigated Negative Declaration No. 17-1504 for Careage Medical
Office Building*, May 2018.

Soils Map, https://casoilresource.lawr.ucdavis.edu/gmap/ accessed on January 14, 2020.

Banning Unified School District, http://www.banning.k12.ca.us/ accessed on December 16, 2020.

AR 007565

AR004705

Sun Lakes Village North Specific Plan Amendment No. 6
Initial Study
February 18, 2020

## 5.0    REPORT PREPARATION PERSONNEL

**LEAD AGENCY:**

_City of Banning (Lead Agency)_
Community Development Department
Adam Rush, Community Development Director

_Romo Planning Group, Inc._
Ernest Perea, Director of Environmental Services

AR 007566

AR004706

**JASON E. UHLEY**
General Manager-Chief Engineer



1995 MARKET STREET
RIVERSIDE, CA 92501
951.955.1200
FAX 951.788.9965
www.rcflood.org

## RIVERSIDE COUNTY FLOOD CONTROL
## AND WATER CONSERVATION DISTRICT

RECEIVED
MAR 3 1 2020
By

March 23, 2020

City of Banning
99 East Ramsey Street
Banning, CA  92220-0998

Attention:  Adam Rush

Re:  Sun Lakes Village North Specific Plan
Amendment No. 8, PM 33326
APN 419-140-057

The Riverside County Flood Control and Water Conservation District (District) does not normally recommend conditions for land divisions or other land use cases in incorporated cities.  The District also does not plan check City land use cases, or provide State Division of Real Estate letters or other flood hazard reports for such cases.  District comments/recommendations for such cases are normally limited to items of specific interest to the District including District Master Drainage Plan facilities, other regional flood control and drainage facilities which could be considered a logical component or extension of a master plan system, and District Area Drainage Plan fees (development mitigation fees).  In addition, information of a general nature is provided.

The District's review is based on the above-referenced project transmittal, received February 24, 2020. The District **has not** reviewed the proposed project in detail, and the following comments do not in any way constitute or imply District approval or endorsement of the proposed project with respect to flood hazard, public health and safety, or any other such issue:

☒   This project would not be impacted by District Master Drainage Plan facilities, nor are other facilities of regional interest proposed.

☐   This project involves District proposed Master Drainage Plan facilities, namely, _____.  The District will accept ownership of such facilities on written request of the City.  Facilities must be constructed to District standards, and District plan check and inspection will be required for District acceptance.  Plan check, inspection, and administrative fees will be required.

☐   This project proposes channels, storm drains 36 inches or larger in diameter, or other facilities that could be considered regional in nature and/or a logical extension of the adopted Banning Master Drainage Plan.  The District would consider accepting ownership of such facilities on written request of the City.  Facilities must be constructed to District standards, and District plan check and inspection will be required for District acceptance.  Plan check, inspection, and administrative fees will be required.

☐   An encroachment permit shall be obtained for any construction related activities occurring within District right of way or facilities, namely, _____ _____.  For further information, contact the District's Encroachment Permit Section at 951.955.1266.

**AR 007567**

☐   The District's previous comments are still valid.

**AR004707**

City of Banning                                   - 2 -                                    March 23, 2020
Re:    Sun Lakes Village North Specific Plan
       Amendment No. 8, PM 33326
       APN 419-140-057

**GENERAL INFORMATION**

This project may require a National Pollutant Discharge Elimination System (NPDES) permit from the State Water Resources Control Board. Clearance for grading, recordation, or other final approval should not be given until the City has determined that the project has been granted a permit or is shown to be exempt.

If this project involves a Federal Emergency Management Agency (FEMA) mapped floodplain, then the City should require the applicant to provide all studies, calculations, plans, and other information required to meet FEMA requirements, and should further require that the applicant obtain a Conditional Letter of Map Revision (CLOMR) prior to grading, recordation, or other final approval of the project and a Letter of Map Revision (LOMR) prior to occupancy.

If a natural watercourse or mapped floodplain is impacted by this project, the City should require the applicant to obtain a Section 1602 Agreement from the California Department of Fish and Wildlife and a Clean Water Act Section 404 Permit from the U.S. Army Corps of Engineers, or written correspondence from these agencies indicating the project is exempt from these requirements. A Clean Water Act Section 401 Water Quality Certification may be required from the local California Regional Water Quality Control Board prior to issuance of the Corps 404 permit.

Very truly yours,

*Deborah de Chambeau*

DEBORAH DE CHAMBEAU
Engineering Project Manager

c:    Riverside County Planning Department
       Attn: John Hildebrand

SLJ:mcv
P8\230279

AR 007568

**AR004708**

**South Coast
Air Quality Management District**
21865 Copley Drive, Diamond Bar, CA 91765-4178
(909) 396-2000 • www.aqmd.gov

SENT VIA E-MAIL:                                                                      March 17, 2020
arush@banningca.gov
Adam Rush, M.A. AICP, Director
City of Banning, Community Development Department
99 East Ramsey Street
Banning, CA 92220

**Notice of Preparation of an Environmental Impact Report for the Proposed
Sun Lakes Village North Specific Plan Amendment No. 6**

South Coast Air Quality Management District (South Coast AQMD) staff appreciates the opportunity to
comment on the above-mentioned document. South Coast AQMD staff's comments are recommendations
regarding the analysis of potential air quality impacts from the Proposed Project that should be included
in the Environmental Impact Report (EIR). Please send South Coast AQMD a copy of the EIR upon its
completion and public release. Note that copies of the EIR that are submitted to the State Clearinghouse
are not forwarded to South Coast AQMD. Please forward a copy of the EIR directly to South Coast
AQMD at the address shown in the letterhead. **In addition, please send with the EIR all appendices or
technical documents related to the air quality, health risk, and greenhouse gas analyses and
electronic versions of all air quality modeling and health risk assessment files[1]. These include
emission calculation spreadsheets and modeling input and output files (not PDF files). Without all
files and supporting documentation, South Coast AQMD staff will be unable to complete our
review of the air quality analyses in a timely manner. Any delays in providing all supporting
documentation will require additional time for review beyond the end of the comment period.**

**Air Quality Analysis**
South Coast AQMD adopted its California Environmental Quality Act (CEQA) Air Quality Handbook in
1993 to assist other public agencies with the preparation of air quality analyses. South Coast AQMD staff
recommends that the Lead Agency use this Handbook as guidance when preparing its air quality analyses.
Copies of the Handbook are available from the South Coast AQMD's Subscription Services Department
by calling (909) 396-3720. More recent guidance developed since this Handbook was published is also
available on South Coast AQMD's website at: http://www.aqmd.gov/home/regulations/ceqa/air-quality-
analysis-handbook/ceqa-air-quality-handbook-(1993). South Coast AQMD staff also recommends that the
Lead Agency use the CalEEMod land use emissions software. This software has recently been updated to
incorporate up-to-date state and locally approved emission factors and methodologies for estimating
pollutant emissions from typical land use development. CalEEMod is the only software model maintained
by the California Air Pollution Control Officers Association (CAPCOA) and replaces the now outdated
URBEMIS. This model is available free of charge at: www.caleemod.com.

On March 3, 2017, the South Coast AQMD's Governing Board adopted the 2016 Air Quality
Management Plan (2016 AQMP), which was later approved by the California Air Resources Board on
March 23, 2017. Built upon the progress in implementing the 2007 and 2012 AQMPs, the 2016 AQMP

---

[1] Pursuant to the CEQA Guidelines Section 15174, the information contained in an EIR shall include summarized technical data,
maps, plot plans, diagrams, and similar relevant information sufficient to permit full assessment of significant environmental
impacts by reviewing agencies and members of the public. Placement of highly technical and specialized analysis and data in the
body of an EIR should be avoided through inclusion of supporting information and analyses as appendices to the main body of
the EIR. Appendices to the EIR may be prepared in volumes separate from the basic EIR document, but shall be readily available
for public examination and shall be submitted to all clearinghouses which assist in public review.

AR 007569

AR004709

Adam Rush                                 -2-                              March 17, 2020

provides a regional perspective on air quality and the challenges facing the South Coast Air Basin. The most significant air quality challenge in the Basin is to achieve an additional 45 percent reduction in nitrogen oxide (NOx) emissions in 2023 and an additional 55 percent NOx reduction beyond 2031 levels for ozone attainment. The 2016 AQMP is available on South Coast AQMD's website at: http://www.aqmd.gov/home/library/clean-air-plans/air-quality-mgt-plan.

South Coast AQMD staff recognizes that there are many factors Lead Agencies must consider when making local planning and land use decisions. To facilitate stronger collaboration between Lead Agencies and South Coast AQMD to reduce community exposure to source-specific and cumulative air pollution impacts, South Coast AQMD adopted the Guidance Document for Addressing Air Quality Issues in General Plans and Local Planning in 2005[2]. This Guidance Document provides suggested policies that local governments can use in their General Plans or through local planning to prevent or reduce potential air pollution impacts and protect public health. South Coast AQMD staff recommends that the Lead Agency review this Guidance Document as a tool when making local planning and land use decisions. Additional guidance on siting incompatible land uses (such as placing homes near freeways or other polluting sources) can be found in the California Air Resources Board's *Air Quality and Land Use Handbook: A Community Health Perspective*, which can be found at: http://www.arb.ca.gov/ch/handbook.pdf. Guidance[3] on strategies to reduce air pollution exposure near high-volume roadways can be found at: https://www.arb.ca.gov/ch/rd_technical_advisory_final.PDF.

South Coast AQMD has also developed both regional and localized air quality significance thresholds. South Coast AQMD staff requests that the Lead Agency compare the emissions to the recommended regional significance thresholds found here: http://www.aqmd.gov/docs/default-source/ceqa/handbook/scaqmd-air-quality-significance-thresholds.pdf. In addition to analyzing regional air quality impacts, South Coast AQMD staff recommends calculating localized air quality impacts and comparing the results to localized significance thresholds (LSTs). LSTs can be used in addition to the recommended regional significance thresholds as a second indication of air quality impacts when preparing a CEQA document. Therefore, when preparing the air quality analysis for the Proposed Project, it is recommended that the Lead Agency perform a localized analysis by either using the LSTs developed by South Coast AQMD or performing dispersion modeling as necessary. Guidance for performing a localized air quality analysis can be found at: http://www.aqmd.gov/home/regulations/ceqa/air-quality-analysis-handbook/localized-significance-thresholds.

When specific development is reasonably foreseeable as result of the goals, policies, and guidelines in the Proposed Project, the Lead Agency should identify any potential adverse air quality impacts and sources of air pollution that could occur using its best efforts to find out and a good-faith effort at full disclosure in the EIR. The degree of specificity will correspond to the degree of specificity involved in the underlying activity which is described in the EIR (CEQA Guidelines Section 15146). When quantifying air quality emissions, emissions from both construction (including demolition, if any) and operations should be calculated. Construction-related air quality impacts typically include, but are not limited to, emissions from the use of heavy-duty equipment from grading, earth-loading/unloading, paving, architectural coatings, off-road mobile sources (e.g., heavy-duty construction equipment) and on-road mobile sources (e.g., construction worker vehicle trips, material transport trips). Operation-related air quality impacts may include, but are not limited to, emissions from stationary sources (e.g., boilers), area

---

[2] South Coast AQMD. 2005. Accessed at: http://www.aqmd.gov/docs/default-source/planning/air-quality-guidance/complete-guidance-document.pdf.

[3] In April 2017, CARB published a technical advisory, *Strategies to Reduce Air Pollution Exposure Near High-Volume Roadways: Technical Advisory*, to supplement CARB's Air Quality and Land Use Handbook: A Community Health Perspective. This technical advisory is intended to provide information on strategies to reduce exposures to traffic emissions near high-volume roadways to assist land use planning and decision-making in order to protect public health and promote equity and environmental justice. The technical advisory is available at: https://www.arb.ca.gov/ch/landuse.htm.

Adam Rush                           -3-                        March 17, 2020

sources (e.g., solvents and coatings), and vehicular trips (e.g., on- and off-road tailpipe emissions and entrained dust). Air quality impacts from indirect sources, such as sources that generate or attract vehicular trips, should be included in the analysis. Furthermore, for phased projects where there will be an overlap between construction and operational activities, emissions from the overlapping construction and operational activities should be combined and compared to South Coast AQMD's regional air quality CEQA *operational* thresholds to determine the level of significance.

If the Proposed Project generates or attracts vehicular trips, especially heavy-duty diesel-fueled vehicles, it is recommended that the Lead Agency perform a mobile source health risk assessment. Guidance for performing a mobile source health risk assessment ("*Health Risk Assessment Guidance for Analyzing Cancer Risk from Mobile Source Diesel Idling Emissions for CEQA Air Quality Analysis*") can be found at:     http://www.aqmd.gov/home/regulations/ceqa/air-quality-analysis-handbook/mobile-source-toxics-analysis. An analysis of all toxic air contaminant impacts due to the use of equipment potentially generating such air pollutants should also be included.

## Mitigation Measures
If the Proposed Project generates significant adverse air quality impacts, CEQA requires that all feasible mitigation measures that go beyond what is required by law be utilized during project construction and operation to minimize or eliminate these impacts. Pursuant to CEQA Guidelines Section 15126.4 (a)(1)(D), any impacts resulting from mitigation measures must also be discussed. Several resources are available to assist the Lead Agency with identifying possible mitigation measures for the Proposed Project, including:
- Chapter 11 "Mitigating the Impact of a Project" of South Coast AQMD's *CEQA Air Quality Handbook*
- South Coast AQMD's CEQA web pages available here: http://www.aqmd.gov/home/regulations/ceqa/air-quality-analysis-handbook/mitigation-measures-and-control-efficiencies
- South Coast AQMD's Rule 403 – Fugitive Dust, and the Implementation Handbook for controlling construction-related emissions and Rule 1403 – Asbestos Emissions from Demolition/Renovation Activities
- California Air Pollution Control Officers Association's (CAPCOA) *Quantifying Greenhouse Gas Mitigation Measures* available here: http://www.capcoa.org/wp-content/uploads/2010/11/CAPCOA-Quantification-Report-9-14-Final.pdf

## Alternatives
If the Proposed Project generates significant adverse air quality impacts, CEQA requires the consideration and discussion of alternatives to the project or its location which are capable of avoiding or substantially lessening any of the significant effects of the project. The discussion of a reasonable range of potentially feasible alternatives, including a "no project" alternative, is intended to foster informed decision-making and public participation. Pursuant to CEQA Guidelines Section 15126.6(d), the EIR shall include sufficient information about each alternative to allow meaningful evaluation, analysis, and comparison with the Proposed Project.

Adam Rush                              -4-                          March 17, 2020

**Permits**

If implementation of the Proposed Project requires a permit from South Coast AQMD, South Coast AQMD should be identified as a Responsible Agency for the Proposed Project in the EIR. For more information on permits, please visit South Coast AQMD's webpage at: http://www.aqmd.gov/home/permits. Questions on permits can be directed to South Coast AQMD's Engineering and Permitting staff at (909) 396-3385.

**Data Sources**

South Coast AQMD rules and relevant air quality reports and data are available by calling the South Coast AQMD's Public Information Center at (909) 396-2001. Much of the information available through the Public Information Center is also available via the South Coast AQMD's webpage (http://www.aqmd.gov).

South Coast AQMD staff is available to work with the Lead Agency to ensure that project's air quality impacts are accurately evaluated and mitigated where feasible. Please contact me at lsun@aqmd.gov, should you have any questions.

Sincerely,

*Lijin Sun*

Lijin Sun, J.D.
Program Supervisor, CEQA IGR
Planning, Rule Development & Area Sources

LS
RVC200226-02
Control Number

AR 007572

**AR004712**



260 E. Baker St.  |  Suite 200  |  Costa Mesa, CA 92626  |  (949) 660-1994
urbanxroads.com

July 9, 2020

Mr. Ernie Perea
Romo Planning Group, Inc.
9431 Haven Avenue, Ste. 232
Rancho Cucamonga, CA 91730

SUBJECT:    SUN LAKES NORTH SPECIFIC PLAN AMENDMENT NO. 6 AIR QUALITY AND GREENHOUSE GAS EVALUATION

Dear Mr. Ernie Perea:

The following air quality and greenhouse gas evaluation has been prepared for the proposed Sun Lakes North Specific Plan Amendment No. 6 (**Project**) in the City of Banning.  It is our understanding that the Project is to consist of a Specific Plan Amendment that amends the allowed Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage.

## PROJECT OVERVIEW

The Project proposes to develop up to approximately 877,298 square feet (sf) of Industrial Park, 52,065 sf of medical office, and 37,189 sf of retail use on 47.11 acres.

### CALIFORNIA EMISSIONS ESTIMATOR MODEL™ EMPLOYED TO ESTIMATE EMISSIONS

On October 17, 2017, the SCAQMD in conjunction with the California Air Pollution Control Officers Association (CAPCOA) and other California air districts, released the latest version of the California Emissions Estimator Model (CalEEMod) Version 2016.3.2. The purpose of this model is to more accurately calculate construction-source and operational-source criteria pollutant (Nitrogen Oxides ($NO_X$), VOC, Particulate Matter less than 10 microns ($PM_{10}$), Particulate Matter less than 2.5 microns ($PM_{2.5}$), Sulfur Oxides ($SO_X$), and Carbon Monoxide (CO)) and GHG emissions from direct and indirect sources; and quantify applicable air quality and GHG reductions achieved from mitigation measures. Accordingly, the latest version of CalEEMod has been used for this Project to determine construction and operational impacts related to the Project. Model outputs from the model runs are provided in Attachment A.

Emissions estimates associated with the existing land use designations and the proposed Project are summarized on Tables 1 through 6.

*12928-03 AQ & GHG Memo*


AR 007573

**AR004713**

Mr. Ernie Perea
Romo Planning Group, Inc.
July 9, 2020
Page 2 of 4

## CONSTRUCTION

### TABLE 1: PROPOSED PROJECT CONSTRUCTION EMISSIONS

| Construction Activities | Emissions (lbs/day) | | | | | |
|---|---|---|---|---|---|---|
| | VOC | NOx | CO | SOx | PM10 | PM2.5 |
| Summer | | | | | | |
| 2020 | 4.55 | 50.26 | 32.76 | 0.06 | 9.45 | 5.95 |
| 2021 | 4.29 | 46.45 | 33.86 | 0.11 | 6.46 | 3.29 |
| 2022 | 3.81 | 30.38 | 32.33 | 0.11 | 6.31 | 2.28 |
| 2023 | 3.49 | 25.63 | 30.88 | 0.11 | 6.18 | 2.16 |
| 2024 | 163.40 | 24.55 | 29.95 | 0.10 | 6.10 | 2.08 |
| **Total Maximum Daily Emissions** | **163.40** | **50.26** | **33.86** | **0.11** | **9.45** | **5.95** |
| Winter | | | | | | |
| 2020 | 4.55 | 50.26 | 32.61 | 0.06 | 9.45 | 5.95 |
| 2021 | 4.28 | 46.46 | 31.51 | 0.10 | 6.46 | 3.29 |
| 2022 | 3.80 | 30.27 | 30.16 | 0.10 | 6.31 | 2.28 |
| 2023 | 3.48 | 25.52 | 28.77 | 0.10 | 6.18 | 2.16 |
| 2024 | 163.40 | 24.44 | 27.96 | 0.10 | 6.10 | 2.08 |
| **Total Maximum Daily Emissions** | **163.40** | **50.26** | **32.61** | **0.10** | **9.45** | **5.95** |

### TABLE 2: PROPOSED PROJECT CONSTRUCTION GHG EMISSIONS

| Emission Source | Emissions (MT/yr) | | | |
|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | Total $CO_2e$ |
| 2020 | 92.06 | 0.03 | 0.00 | 92.77 |
| 2021 | 1,141.62 | 0.15 | 0.00 | 1,145.30 |
| 2022 | 1,240.05 | 0.12 | 0.00 | 1,243.00 |
| 2023 | 1,210.29 | 0.11 | 0.00 | 1,212.99 |
| 2024 | 174.43 | 0.03 | 0.00 | 175.10 |
| **Total CO2E (All Sources)** | **3,869.15** | | | |
| **Amortized over 30 years** | **128.97** | | | |

Mr. Ernie Perea
Romo Planning Group, Inc.
July 9, 2020
Page 3 of 4

## OPERATIONS

**TABLE 3: EXISTING LAND USE DESIGNATION OPERATIONAL EMISSIONS**

| Operational Activities | Emissions (lbs/day) | | | | | |
|---|---|---|---|---|---|---|
| | VOC | NOx | CO | SOx | PM10 | PM2.5 |
| Summer | | | | | | |
| Area Source | 5.55 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.29 | 2.62 | 2.20 | 0.02 | 0.20 | 0.20 |
| Mobile | 22.17 | 54.41 | 155.61 | 0.41 | 32.45 | 9.18 |
| **Total Maximum Daily Emissions** | **28.02** | **57.03** | **157.83** | **0.43** | **32.65** | **9.38** |
| Winter | | | | | | |
| Area Source | 5.55 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.29 | 2.62 | 2.20 | 0.02 | 0.20 | 0.20 |
| Mobile | 22.61 | 56.61 | 151.46 | 0.40 | 32.44 | 9.18 |
| **Total Maximum Daily Emissions** | **28.46** | **59.23** | **153.69** | **0.41** | **32.64** | **9.38** |

**TABLE 4: PROPOSED PROJECT OPERATIONAL EMISSIONS**

| Operational Activities | Emissions (lbs/day) | | | | | |
|---|---|---|---|---|---|---|
| | VOC | NOx | CO | SOx | PM10 | PM2.5 |
| Summer | | | | | | |
| Area Source | 21.60 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.07 | 0.62 | 0.52 | 0.00 | 0.05 | 0.05 |
| Mobile | 17.03 | 62.66 | 163.79 | 0.53 | 42.89 | 12.11 |
| **Total Maximum Daily Emissions** | **38.70** | **63.28** | **164.41** | **0.54** | **42.94** | **12.15** |
| Winter | | | | | | |
| Area Source | 21.60 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.07 | 0.62 | 0.52 | 0.00 | 0.05 | 0.05 |
| Mobile | 17.26 | 65.13 | 152.99 | 0.51 | 42.88 | 12.10 |
| **Total Maximum Daily Emissions** | **38.93** | **65.76** | **153.62** | **0.52** | **42.93** | **12.15** |

Mr. Ernie Perea
Romo Planning Group, Inc.
July 9, 2020
Page 4 of 4

**TABLE 5: EXISTING LAND USE DESIGNATION OPERATIONAL GHG EMISSIONS**

| Emission Source | Emissions (MT/yr) | | | |
|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | Total $CO_2e$ |
| Area | 6.17E-03 | 2.00E-05 | 0 | 6.58E-03 |
| Energy | 1,398.16 | 0.0462 | 0.017 | 1,404.39 |
| Mobile | 5,816.70 | 0.429 | 0 | 5,827.42 |
| Waste | 270.0754 | 15.961 | 0 | 669.1004 |
| Water Usage | 174.3001 | 0.9858 | 0.0245 | 206.2518 |
| **Total CO2E (All Sources)** | **8,107.17** | | | |

MT/yr = Metric Tons per Year

**TABLE 6: PROPOSED PROJECT EMISSIONS SUMMARY**

| Emission Source | Emissions (MT/yr) | | | |
|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | Total $CO_2e$ |
| Construction (Amortized over 30 years) | 128.61 | 0.01 | 0.00 | 128.97 |
| Area | 0.024 | 6.00E-05 | 0 | 0.0256 |
| Energy | 2,457.91 | 0.0987 | 0.0222 | 2,467.00 |
| Mobile | 7,330.65 | 0.3031 | 0 | 7,338.23 |
| Waste | 342.8822 | 20.2638 | 0 | 849.4761 |
| Water Usage | 957.9059 | 6.9501 | 0.1709 | 1,182.57 |
| **Total CO2E (All Sources)** | **11,966.27** | | | |



AR 007576

**AR004716**

ATTACHMENT A:

CALEEMOD EMISSIONS MODEL OUTPUTS



Case 5:24-cv-02603-DTB    Document 54    Filed 08/01/25    Page 493 of 1485    Page ID #:5462

CalEEMod Version: CalEEMod.2016.3.2    Page 1 of 40    Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

**12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run**

**Riverside-South Coast County, Annual**

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Medical Office Building | 52.06 | 1000sqft | 4.00 | 52,065.00 | 0 |
| Industrial Park | 877.30 | 1000sqft | 40.28 | 877,298.00 | 0 |
| Strip Mall | 37.19 | 1000sqft | 2.83 | 37,189.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | |
|---|---|---|---|---|
| **Urbanization** | Urban | **Wind Speed (m/s)** | 2.4 | **Precipitation Freq (Days)** | 28 |
| **Climate Zone** | 10 | | | **Operational Year** | 2024 |
| **Utility Company** | Southern California Edison | | | | |
| **CO2 Intensity (lb/MWhr)** | 702.44 | **CH4 Intensity (lb/MWhr)** | 0.029 | **N2O Intensity (lb/MWhr)** | 0.006 |

### 1.3 User Entered Comments & Non-Default Data

AR 007578

AR004718

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

Project Characteristics -

Land Use - Per land use plan

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Off-road Equipment - Operations only

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Trips and VMT - Construction only

On-road Fugitive Dust - Construction only

Grading - Construction only

Architectural Coating - Construction only

Vehicle Trips - Construction only

Energy Use - Construction only

Fleet Mix - Only cars and trucks present on site

Construction Phase -

Road Dust - Construction only

Consumer Products - Construction only

Area Coating - Construction only

Landscape Equipment - Construction only

Water And Wastewater - Construction only

Solid Waste - Construction only

Construction Off-road Equipment Mitigation -

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblAreaCoating | Area_EF_Nonresidential_Exterior | 100 | 0 |
| tblAreaCoating | Area_EF_Nonresidential_Interior | 100 | 0 |

AR 007579

AR004719

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

| tblAreaCoating | Area_EF_Parking | 100 | 0 |
|---|---|---|---|
| tblAreaCoating | Area_EF_Residential_Exterior | 50 | 0 |
| tblAreaCoating | Area_EF_Residential_Interior | 50 | 0 |
| tblAreaCoating | Area_Nonresidential_Exterior | 483276 | 0 |
| tblAreaCoating | Area_Nonresidential_Interior | 1449828 | 0 |
| tblAreaCoating | ReapplicationRatePercent | 10 | 0 |
| tblEnergyUse | LightingElect | 3.66 | 0.00 |
| tblEnergyUse | LightingElect | 3.66 | 0.00 |
| tblEnergyUse | LightingElect | 5.61 | 0.00 |
| tblEnergyUse | NT24E | 2.79 | 0.00 |
| tblEnergyUse | NT24E | 2.79 | 0.00 |
| tblEnergyUse | NT24E | 2.44 | 0.00 |
| tblEnergyUse | NT24NG | 0.30 | 0.00 |
| tblEnergyUse | T24E | 3.07 | 0.00 |
| tblEnergyUse | T24E | 3.07 | 0.00 |
| tblEnergyUse | T24E | 4.58 | 0.00 |
| tblEnergyUse | T24NG | 3.47 | 0.00 |
| tblEnergyUse | T24NG | 3.47 | 0.00 |
| tblEnergyUse | T24NG | 1.92 | 0.00 |
| tblLandUse | LandUseSquareFeet | 52,060.00 | 52,065.00 |
| tblLandUse | LandUseSquareFeet | 877,300.00 | 877,298.00 |
| tblLandUse | LandUseSquareFeet | 37,190.00 | 37,189.00 |
| tblLandUse | LotAcreage | 1.20 | 4.00 |
| tblLandUse | LotAcreage | 20.14 | 40.28 |
| tblLandUse | LotAcreage | 0.85 | 2.83 |
| tblRoadDust | MeanVehicleSpeed | 40 | 0 |
| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |

AR 007580

AR004720

CalEEMod Version: CalEEMod.2016.3.2                     Page 4 of 40                     Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |
| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 1,087.85 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 562.25 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 39.05 | 0.00 |
| tblVehicleTrips | ST_TR | 2.49 | 0.00 |
| tblVehicleTrips | ST_TR | 8.96 | 0.00 |
| tblVehicleTrips | ST_TR | 42.04 | 0.00 |
| tblVehicleTrips | SU_TR | 0.73 | 0.00 |
| tblVehicleTrips | SU_TR | 1.55 | 0.00 |
| tblVehicleTrips | SU_TR | 20.43 | 0.00 |
| tblVehicleTrips | WD_TR | 6.83 | 0.00 |
| tblVehicleTrips | WD_TR | 36.13 | 0.00 |
| tblVehicleTrips | WD_TR | 44.32 | 0.00 |
| tblWater | IndoorWaterUseRate | 202,875,625.00 | 0.00 |
| tblWater | IndoorWaterUseRate | 6,532,516.79 | 0.00 |
| tblWater | IndoorWaterUseRate | 2,754,757.07 | 0.00 |
| tblWater | OutdoorWaterUseRate | 1,244,288.91 | 0.00 |
| tblWater | OutdoorWaterUseRate | 1,688,399.50 | 0.00 |

## 2.0 Emissions Summary

AR 007581

AR004721

CalEEMod Version: CalEEMod.2016.3.2                 Page 5 of 40                         Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 2.1 Overall Construction

**Unmitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | tons/yr | | | | | | | | | | MT/yr | | | | | |
| 2020 | 0.0942 | 0.9890 | 0.5605 | 1.0500e-003 | 0.4171 | 0.0482 | 0.4653 | 0.1841 | 0.0444 | 0.2284 | 0.0000 | 92.0554 | 92.0554 | 0.0287 | 0.0000 | 92.7715 |
| 2021 | 0.5285 | 4.7481 | 4.1517 | 0.0126 | 0.8259 | 0.1619 | 0.9878 | 0.2581 | 0.1510 | 0.4091 | 0.0000 | 1,141.6186 | 1,141.6186 | 0.1474 | 0.0000 | 1,145.3034 |
| 2022 | 0.4749 | 3.9685 | 3.9671 | 0.0136 | 0.6970 | 0.1116 | 0.8085 | 0.1881 | 0.1049 | 0.2930 | 0.0000 | 1,240.0469 | 1,240.0469 | 0.1180 | 0.0000 | 1,242.9967 |
| 2023 | 0.4342 | 3.3403 | 3.7902 | 0.0133 | 0.6970 | 0.0956 | 0.7926 | 0.1881 | 0.0899 | 0.2779 | 0.0000 | 1,210.2859 | 1,210.2859 | 0.1080 | 0.0000 | 1,212.9868 |
| 2024 | 4.5528 | 0.5470 | 0.7999 | 1.9400e-003 | 0.0820 | 0.0212 | 0.1032 | 0.0220 | 0.0198 | 0.0418 | 0.0000 | 174.4268 | 174.4268 | 0.0268 | 0.0000 | 175.0962 |
| **Maximum** | **4.5528** | **4.7481** | **4.1517** | **0.0136** | **0.8259** | **0.1619** | **0.9878** | **0.2581** | **0.1510** | **0.4091** | **0.0000** | **1,240.0469** | **1,240.0469** | **0.1474** | **0.0000** | **1,242.9967** |

AR 007582

CalEEMod Version: CalEEMod.2016.3.2                     Page 6 of 40                          Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 2.1 Overall Construction

### Mitigated Construction

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | | | | | | | tons/yr | | | | | | | MT/yr | | |
| 2020 | 0.0942 | 0.9890 | 0.5605 | 1.0500e-003 | 0.1654 | 0.0482 | 0.2136 | 0.0725 | 0.0444 | 0.1169 | 0.0000 | 92.0553 | 92.0553 | 0.0287 | 0.0000 | 92.7714 |
| 2021 | 0.5285 | 4.7481 | 4.1517 | 0.0126 | 0.6533 | 0.1619 | 0.8151 | 0.1900 | 0.1510 | 0.3410 | 0.0000 | 1,141.6181 | 1,141.6181 | 0.1474 | 0.0000 | 1,145.3029 |
| 2022 | 0.4749 | 3.9685 | 3.9671 | 0.0136 | 0.6970 | 0.1116 | 0.8085 | 0.1881 | 0.1049 | 0.2930 | 0.0000 | 1,240.0466 | 1,240.0466 | 0.1180 | 0.0000 | 1,242.9963 |
| 2023 | 0.4342 | 3.3403 | 3.7902 | 0.0133 | 0.6970 | 0.0956 | 0.7926 | 0.1881 | 0.0899 | 0.2779 | 0.0000 | 1,210.2856 | 1,210.2856 | 0.1080 | 0.0000 | 1,212.9864 |
| 2024 | 4.5528 | 0.5470 | 0.7999 | 1.9400e-003 | 0.0820 | 0.0212 | 0.1032 | 0.0220 | 0.0198 | 0.0418 | 0.0000 | 174.4267 | 174.4267 | 0.0268 | 0.0000 | 175.0961 |
| Maximum | 4.5528 | 4.7481 | 4.1517 | 0.0136 | 0.6970 | 0.1619 | 0.8151 | 0.1900 | 0.1510 | 0.3410 | 0.0000 | 1,240.0466 | 1,240.0466 | 0.1474 | 0.0000 | 1,242.9963 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 15.61 | 0.00 | 13.44 | 21.38 | 0.00 | 14.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Quarter | Start Date | End Date | Maximum Unmitigated ROG + NOX (tons/quarter) | Maximum Mitigated ROG + NOX (tons/quarter) |
|---|---|---|---|---|
| 1 | 11-1-2020 | 1-31-2021 | 1.6362 | 1.6362 |
| 2 | 2-1-2021 | 4-30-2021 | 1.4443 | 1.4443 |
| 3 | 5-1-2021 | 7-31-2021 | 1.2248 | 1.2248 |
| 4 | 8-1-2021 | 10-31-2021 | 1.2237 | 1.2237 |
| 5 | 11-1-2021 | 1-31-2022 | 1.1872 | 1.1872 |
| 6 | 2-1-2022 | 4-30-2022 | 1.0843 | 1.0843 |

AR 007583

AR004723

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

| 7 | 5-1-2022 | 7-31-2022 | 1.1233 | 1.1233 |
| 8 | 8-1-2022 | 10-31-2022 | 1.1220 | 1.1220 |
| 9 | 11-1-2022 | 1-31-2023 | 1.0634 | 1.0634 |
| 10 | 2-1-2023 | 4-30-2023 | 0.9230 | 0.9230 |
| 11 | 5-1-2023 | 7-31-2023 | 0.9566 | 0.9566 |
| 12 | 8-1-2023 | 10-31-2023 | 0.9553 | 0.9553 |
| 13 | 11-1-2023 | 1-31-2024 | 0.9081 | 0.9081 |
| 14 | 2-1-2024 | 4-30-2024 | 1.3319 | 1.3319 |
| 15 | 5-1-2024 | 7-31-2024 | 3.4720 | 3.4720 |
| | | Highest | 3.4720 | 3.4720 |

## 2.2 Overall Operational

### Unmitigated Operational

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | | MT/yr | | |
| Area | 3.4938 | 1.1000e-004 | 0.0123 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| Energy | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Mobile | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Waste | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Water | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 3.4938 | 1.1000e-004 | 0.0123 | 0.0000 | 0.0000 | 4.0000e-005 | 4.0000e-005 | 0.0000 | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |

AR 007584

AR004724

CalEEMod Version: CalEEMod.2016.3.2                          Page 8 of 40                          Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 2.2 Overall Operational

**Mitigated Operational**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Area | 3.4938 | 1.1000e-004 | 0.0123 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| Energy | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Mobile | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Waste | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Water | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 3.4938 | 1.1000e-004 | 0.0123 | 0.0000 | 0.0000 | 4.0000e-005 | 4.0000e-005 | 0.0000 | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

**Construction Phase**

AR 007585

AR004725

AR 007586

**OffRoad Equipment**

**Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 1,449,828; Non-Residential Outdoor: 483,276; Striped Parking Area: 0 (Architectural Coating – sqft)**

**Acres of Paving: 0**

**Acres of Grading (Grading Phase): 187.5**

**Acres of Grading (Site Preparation Phase): 0**

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Site Preparation | Site Preparation | 11/1/2020 | 12/11/2020 | 5 | 30 | |
| 2 | Grading | Grading | 12/12/2020 | 3/26/2021 | 5 | 75 | |
| 3 | Building Construction | Building Construction | 3/27/2021 | 1/26/2024 | 5 | 740 | |
| 4 | Paving | Paving | 1/27/2024 | 4/12/2024 | 5 | 55 | |
| 5 | Architectural Coating | Architectural Coating | 4/13/2024 | 6/28/2024 | 5 | 55 | |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

AR004726

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|---|---|---|---|---|---|
| Site Preparation | Rubber Tired Dozers | 3 | 8.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 4 | 8.00 | 97 | 0.37 |
| Grading | Excavators | 2 | 8.00 | 158 | 0.38 |
| Grading | Graders | 1 | 8.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 1 | 8.00 | 247 | 0.40 |
| Grading | Scrapers | 2 | 8.00 | 367 | 0.48 |
| Grading | Tractors/Loaders/Backhoes | 2 | 8.00 | 97 | 0.37 |
| Building Construction | Cranes | 1 | 7.00 | 231 | 0.29 |
| Building Construction | Forklifts | 3 | 8.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 1 | 8.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 3 | 7.00 | 97 | 0.37 |
| Building Construction | Welders | 1 | 8.00 | 46 | 0.45 |
| Paving | Pavers | 2 | 8.00 | 130 | 0.42 |
| Paving | Paving Equipment | 2 | 8.00 | 132 | 0.36 |
| Paving | Rollers | 2 | 8.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 1 | 6.00 | 78 | 0.48 |

**Trips and VMT**

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Site Preparation | 7 | 18.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 8 | 20.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 9 | 397.00 | 158.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 6 | 15.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 1 | 79.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

AR 007587

AR004727

CalEEMod Version: CalEEMod.2016.3.2                          Page 11 of 40                          Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.1 Mitigation Measures Construction

Water Exposed Area

### 3.2 Site Preparation - 2020
#### Unmitigated Construction On-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Fugitive Dust | | | | | 0.2710 | 0.0000 | 0.2710 | 0.1490 | 0.0000 | 0.1490 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0612 | 0.6363 | 0.3227 | 5.7000e-004 | | 0.0330 | 0.0330 | | 0.0303 | 0.0303 | 0.0000 | 50.1460 | 50.1460 | 0.0162 | 0.0000 | 50.5515 |
| **Total** | **0.0612** | **0.6363** | **0.3227** | **5.7000e-004** | **0.2710** | **0.0330** | **0.3040** | **0.1490** | **0.0303** | **0.1793** | **0.0000** | **50.1460** | **50.1460** | **0.0162** | **0.0000** | **50.5515** |

AR 007588

AR004728

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.2 Site Preparation - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 1.2400e-003 | 8.7000e-004 | 9.2800e-003 | 3.0000e-005 | 2.9700e-003 | 2.0000e-005 | 2.9900e-003 | 7.9000e-004 | 2.0000e-005 | 8.0000e-004 | 0.0000 | 2.4829 | 2.4829 | 6.0000e-005 | | 2.4845 |
| **Total** | **1.2400e-003** | **8.7000e-004** | **9.2800e-003** | **3.0000e-005** | **2.9700e-003** | **2.0000e-005** | **2.9900e-003** | **7.9000e-004** | **2.0000e-005** | **8.0000e-004** | **0.0000** | **2.4829** | **2.4829** | **6.0000e-005** | **0.0000** | **2.4845** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Fugitive Dust | | | | | 0.1057 | 0.0000 | 0.1057 | 0.0581 | 0.0000 | 0.0581 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0612 | 0.6363 | 0.3227 | 5.7000e-004 | | 0.0330 | 0.0330 | | 0.0303 | 0.0303 | 0.0000 | 50.1460 | 50.1460 | 0.0162 | 0.0000 | 50.5514 |
| **Total** | **0.0612** | **0.6363** | **0.3227** | **5.7000e-004** | **0.1057** | **0.0330** | **0.1387** | **0.0581** | **0.0303** | **0.0884** | **0.0000** | **50.1460** | **50.1460** | **0.0162** | **0.0000** | **50.5514** |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.2 Site Preparation - 2020

**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 1.2400e-003 | 8.7000e-004 | 9.2800e-003 | 3.0000e-005 | 2.9700e-003 | 2.0000e-005 | 2.9900e-003 | 7.9000e-004 | 2.0000e-005 | 8.0000e-004 | 0.0000 | 2.4829 | 2.4829 | 6.0000e-005 | | 2.4845 |
| **Total** | **1.2400e-003** | **8.7000e-004** | **9.2800e-003** | **3.0000e-005** | **2.9700e-003** | **2.0000e-005** | **2.9900e-003** | **7.9000e-004** | **2.0000e-005** | **8.0000e-004** | **0.0000** | **2.4829** | **2.4829** | **6.0000e-005** | **0.0000** | **2.4845** |

### 3.3 Grading - 2020

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Fugitive Dust | | | | | 0.1416 | 0.0000 | 0.1416 | 0.0339 | 0.0000 | 0.0339 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0312 | 0.3514 | 0.2237 | 4.3000e-004 | | 0.0152 | 0.0152 | | 0.0140 | 0.0140 | 0.0000 | 38.1390 | 38.1390 | 0.0123 | 0.0000 | 38.4474 |
| **Total** | **0.0312** | **0.3514** | **0.2237** | **4.3000e-004** | **0.1416** | **0.0152** | **0.1568** | **0.0339** | **0.0140** | **0.0479** | **0.0000** | **38.1390** | **38.1390** | **0.0123** | **0.0000** | **38.4474** |

AR 007590

AR004730

CalEEMod Version: CalEEMod.2016.3.2                Page 14 of 40                Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.3 Grading - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 6.4000e-004 | 4.5000e-004 | 4.8100e-003 | 1.0000e-005 | 1.5400e-003 | 1.0000e-005 | 1.5500e-003 | 4.1000e-004 | 1.0000e-005 | 4.2000e-004 | 0.0000 | 1.2874 | 1.2874 | 3.0000e-005 | | 1.2882 |
| **Total** | **6.4000e-004** | **4.5000e-004** | **4.8100e-003** | **1.0000e-005** | **1.5400e-003** | **1.0000e-005** | **1.5500e-003** | **4.1000e-004** | **1.0000e-005** | **4.2000e-004** | **0.0000** | **1.2874** | **1.2874** | **3.0000e-005** | **0.0000** | **1.2882** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Fugitive Dust | | | | | 0.0552 | 0.0000 | 0.0552 | 0.0132 | 0.0000 | 0.0132 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0312 | 0.3514 | 0.2237 | 4.3000e-004 | | 0.0152 | 0.0152 | | 0.0140 | 0.0140 | 0.0000 | 38.1390 | 38.1390 | 0.0123 | 0.0000 | 38.4473 |
| **Total** | **0.0312** | **0.3514** | **0.2237** | **4.3000e-004** | **0.0552** | **0.0152** | **0.0704** | **0.0132** | **0.0140** | **0.0272** | **0.0000** | **38.1390** | **38.1390** | **0.0123** | **0.0000** | **38.4473** |

AR 007591

AR004731

CalEEMod Version: CalEEMod.2016.3.2                    Page 15 of 40                    Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.3 Grading - 2020
#### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 6.4000e-004 | 4.5000e-004 | 4.8100e-003 | 1.0000e-005 | 1.5400e-003 | 1.0000e-005 | 1.5550e-003 | 4.1000e-004 | 1.0000e-005 | 4.2000e-004 | 0.0000 | 1.2874 | 1.2874 | 3.0000e-005 | | 1.2882 |
| **Total** | **6.4000e-004** | **4.5000e-004** | **4.8100e-003** | **1.0000e-005** | **1.5400e-003** | **1.0000e-005** | **1.5550e-003** | **4.1000e-004** | **1.0000e-005** | **4.2000e-004** | **0.0000** | **1.2874** | **1.2874** | **3.0000e-005** | **0.0000** | **1.2882** |

### 3.3 Grading - 2021
#### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Fugitive Dust | | | | | 0.2831 | 0.0000 | 0.2831 | 0.1117 | 0.0000 | 0.1117 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Off-Road | 0.1278 | 1.4152 | 0.9418 | 1.8900e-003 | | 0.0606 | 0.0606 | | 0.0557 | 0.0557 | 0.0000 | 166.2097 | 166.2097 | 0.0538 | 0.0000 | 167.5536 |
| **Total** | **0.1278** | **1.4152** | **0.9418** | **1.8900e-003** | **0.2831** | **0.0606** | **0.3437** | **0.1117** | **0.0557** | **0.1674** | **0.0000** | **166.2097** | **166.2097** | **0.0538** | **0.0000** | **167.5536** |

AR 007592

AR004732

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 3.3 Grading - 2021

### Unmitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | tons/yr | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 2.6200e-003 | 1.7600e-003 | 0.0192 | 6.0000e-005 | 6.7000e-003 | 4.0000e-005 | 6.7400e-003 | 1.7800e-003 | 4.0000e-005 | 1.8200e-003 | 0.0000 | 5.4220 | 5.4220 | 1.3000e-004 | 0.0000 | 5.4251 |
| **Total** | **2.6200e-003** | **1.7600e-003** | **0.0192** | **6.0000e-005** | **6.7000e-003** | **4.0000e-005** | **6.7400e-003** | **1.7800e-003** | **4.0000e-005** | **1.8200e-003** | **0.0000** | **5.4220** | **5.4220** | **1.3000e-004** | **0.0000** | **5.4251** |

### Mitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | tons/yr | | | | | | MT/yr | | | |
| Fugitive Dust | | | | | 0.1104 | 0.0000 | 0.1104 | 0.0436 | 0.0000 | 0.0436 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.1278 | 1.4152 | 0.9418 | 1.8900e-003 | | 0.0606 | 0.0606 | | 0.0557 | 0.0557 | 0.0000 | 166.2095 | 166.2095 | 0.0538 | 0.0000 | 167.5534 |
| **Total** | **0.1278** | **1.4152** | **0.9418** | **1.8900e-003** | **0.1104** | **0.0606** | **0.1710** | **0.0436** | **0.0557** | **0.0993** | **0.0000** | **166.2095** | **166.2095** | **0.0538** | **0.0000** | **167.5534** |

AR 007593

AR004733

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.3 Grading - 2021

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 2.6200e-003 | 1.7600e-003 | 0.0192 | 6.0000e-005 | 6.7000e-003 | 4.0000e-005 | 6.7400e-003 | 1.7800e-003 | 4.0000e-005 | 1.8200e-003 | 0.0000 | 5.4220 | 5.4220 | 1.3000e-004 | 0.0000 | 5.4251 |
| **Total** | **2.6200e-003** | **1.7600e-003** | **0.0192** | **6.0000e-005** | **6.7000e-003** | **4.0000e-005** | **6.7400e-003** | **1.7800e-003** | **4.0000e-005** | **1.8200e-003** | **0.0000** | **5.4220** | **5.4220** | **1.3000e-004** | **0.0000** | **5.4251** |

### 3.4 Building Construction - 2021

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.1901 | 1.7432 | 1.6575 | 2.6900e-003 | | 0.0959 | 0.0959 | | 0.0901 | 0.0901 | 0.0000 | 231.6373 | 231.6373 | 0.0559 | 0.0000 | 233.0344 |
| **Total** | **0.1901** | **1.7432** | **1.6575** | **2.6900e-003** | | **0.0959** | **0.0959** | | **0.0901** | **0.0901** | **0.0000** | **231.6373** | **231.6373** | **0.0559** | **0.0000** | **233.0344** |

CalEEMod Version: CalEEMod.2016.3.2                    Page 18 of 40                    Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.4 Building Construction - 2021

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0377 | 1.4732 | 0.2835 | 4.0300e-003 | 0.0998 | 2.8200e-003 | 0.1026 | 0.0288 | 2.6900e-003 | 0.0315 | 0.0000 | 385.4776 | 385.4776 | 0.0294 | 0.0000 | 386.2128 |
| Worker | 0.1702 | 0.1147 | 1.2498 | 3.9000e-003 | 0.4364 | 2.6100e-003 | 0.4390 | 0.1159 | 2.4100e-003 | 0.1183 | 0.0000 | 352.8720 | 352.8720 | 8.2300e-003 | 0.0000 | 353.0775 |
| **Total** | **0.2079** | **1.5879** | **1.5332** | **7.9300e-003** | **0.5361** | **5.4300e-003** | **0.5416** | **0.1447** | **5.1000e-003** | **0.1498** | **0.0000** | **738.3497** | **738.3497** | **0.0376** | **0.0000** | **739.2903** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Off-Road | 0.1901 | 1.7432 | 1.6575 | 2.6900e-003 | | 0.0959 | 0.0959 | | 0.0901 | 0.0901 | 0.0000 | 231.6370 | 231.6370 | 0.0559 | 0.0000 | 233.0341 |
| **Total** | **0.1901** | **1.7432** | **1.6575** | **2.6900e-003** | | **0.0959** | **0.0959** | | **0.0901** | **0.0901** | **0.0000** | **231.6370** | **231.6370** | **0.0559** | **0.0000** | **233.0341** |

AR 007595

AR004735

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.4 Building Construction - 2021

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0377 | 1.4732 | 0.2835 | 4.0300e-003 | 0.0998 | 2.8200e-003 | 0.1026 | 0.0288 | 2.6900e-003 | 0.0315 | 0.0000 | 385.4776 | 385.4776 | 0.0294 | 0.0000 | 386.2128 |
| Worker | 0.1702 | 0.1147 | 1.2498 | 3.9000e-003 | 0.4364 | 2.6100e-003 | 0.4390 | 0.1159 | 2.4100e-003 | 0.1183 | 0.0000 | 352.8720 | 352.8720 | 8.2200e-003 | 0.0000 | 353.0775 |
| **Total** | **0.2079** | **1.5879** | **1.5332** | **7.9300e-003** | **0.5361** | **5.4300e-003** | **0.5416** | **0.1447** | **5.1000e-003** | **0.1498** | **0.0000** | **738.3497** | **738.3497** | **0.0376** | **0.0000** | **739.2903** |

### 3.4 Building Construction - 2022

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Off-Road | 0.2218 | 2.0300 | 2.1272 | 3.5000e-003 | | 0.1052 | 0.1052 | | 0.0990 | 0.0990 | 0.0000 | 301.2428 | 301.2428 | 0.0722 | 0.0000 | 303.0471 |
| **Total** | **0.2218** | **2.0300** | **2.1272** | **3.5000e-003** | | **0.1052** | **0.1052** | | **0.0990** | **0.0990** | **0.0000** | **301.2428** | **301.2428** | **0.0722** | **0.0000** | **303.0471** |

AR 007596

AR004736

CalEEMod Version: CalEEMod.2016.3.2                    Page 20 of 40                    Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.4 Building Construction - 2022

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0457 | 1.8043 | 0.3432 | 5.1900e-003 | 0.1297 | 3.0800e-003 | 0.1328 | 0.0374 | 2.9500e-003 | 0.0404 | 0.0000 | 496.8104 | 496.8104 | 0.0362 | 0.0000 | 497.7158 |
| Worker | 0.2073 | 0.1342 | 1.4967 | 4.8900e-003 | 0.5673 | 3.3100e-003 | 0.5706 | 0.1506 | 3.0500e-003 | 0.1537 | 0.0000 | 441.9938 | 441.9938 | 9.6000e-003 | 0.0000 | 442.2339 |
| **Total** | **0.2530** | **1.9385** | **1.8399** | **0.0101** | **0.6970** | **6.3900e-003** | **0.7034** | **0.1881** | **6.0000e-003** | **0.1941** | **0.0000** | **938.8041** | **938.8041** | **0.0458** | **0.0000** | **939.9497** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Off-Road | 0.2218 | 2.0300 | 2.1272 | 3.5000e-003 | | 0.1052 | 0.1052 | | 0.0990 | 0.0990 | 0.0000 | 301.2425 | 301.2425 | 0.0722 | 0.0000 | 303.0467 |
| **Total** | **0.2218** | **2.0300** | **2.1272** | **3.5000e-003** | | **0.1052** | **0.1052** | | **0.0990** | **0.0990** | **0.0000** | **301.2425** | **301.2425** | **0.0722** | **0.0000** | **303.0467** |

AR 007597

AR004737

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 3.4 Building Construction - 2022
### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0457 | 1.8043 | 0.3432 | 5.1900e-003 | 0.1297 | 3.0800e-003 | 0.1328 | 0.0374 | 2.9500e-003 | 0.0404 | 0.0000 | 496.8104 | 496.8104 | 0.0362 | 0.0000 | 497.7158 |
| Worker | 0.2073 | 0.1342 | 1.4967 | 4.8900e-003 | 0.5673 | 3.3100e-003 | 0.5706 | 0.1506 | 3.0500e-003 | 0.1537 | 0.0000 | 441.9938 | 441.9938 | 9.6000e-003 | 0.0000 | 442.2339 |
| **Total** | **0.2530** | **1.9385** | **1.8399** | **0.0101** | **0.6970** | **6.3900e-003** | **0.7034** | **0.1881** | **6.0000e-003** | **0.1941** | **0.0000** | **938.8041** | **938.8041** | **0.0458** | **0.0000** | **939.9497** |

## 3.4 Building Construction - 2023
### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Off-Road | 0.2045 | 1.8700 | 2.1117 | 3.5000e-003 | | 0.0910 | 0.0910 | | 0.0856 | 0.0856 | 0.0000 | 301.3462 | 301.3462 | 0.0717 | 0.0000 | 303.1383 |
| **Total** | **0.2045** | **1.8700** | **2.1117** | **3.5000e-003** | | **0.0910** | **0.0910** | | **0.0856** | **0.0856** | **0.0000** | **301.3462** | **301.3462** | **0.0717** | **0.0000** | **303.1383** |

AR 007598

AR004738

CalEEMod Version: CalEEMod.2016.3.2                    Page 22 of 40                    Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.4 Building Construction - 2023

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0350 | 1.3494 | 0.2989 | 5.0500e-003 | 0.1297 | 1.3800e-003 | 0.1311 | 0.0374 | 1.3200e-003 | 0.0387 | 0.0000 | 483.7211 | 483.7211 | 0.0277 | 0.0000 | 484.4141 |
| Worker | 0.1947 | 0.1209 | 1.3796 | 4.7000e-003 | 0.5673 | 3.2300e-003 | 0.5705 | 0.1506 | 2.9700e-003 | 0.1536 | 0.0000 | 425.2187 | 425.2187 | 8.6300e-003 | 0.0000 | 425.4344 |
| **Total** | **0.2297** | **1.4703** | **1.6785** | **9.7500e-003** | **0.6970** | **4.6100e-003** | **0.7016** | **0.1881** | **4.2900e-003** | **0.1923** | **0.0000** | **908.9397** | **908.9397** | **0.0364** | **0.0000** | **909.8485** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Off-Road | 0.2045 | 1.8700 | 2.1117 | 3.5000e-003 | | 0.0910 | 0.0910 | | 0.0856 | 0.0856 | 0.0000 | 301.3458 | 301.3458 | 0.0717 | 0.0000 | 303.1380 |
| **Total** | **0.2045** | **1.8700** | **2.1117** | **3.5000e-003** | | **0.0910** | **0.0910** | | **0.0856** | **0.0856** | **0.0000** | **301.3458** | **301.3458** | **0.0717** | **0.0000** | **303.1380** |

AR 007599

AR004739

CalEEMod Version: CalEEMod.2016.3.2                 Page 23 of 40                 Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.4 Building Construction - 2023
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | tons/yr | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0350 | 1.3494 | 0.2989 | 5.0500e-003 | 0.1297 | 1.3800e-003 | 0.1311 | 0.0374 | 1.3200e-003 | 0.0387 | 0.0000 | 483.7211 | 483.7211 | 0.0277 | 0.0000 | 484.4141 |
| Worker | 0.1947 | 0.1209 | 1.3796 | 4.7000e-003 | 0.5673 | 3.2300e-003 | 0.5705 | 0.1506 | 2.9700e-003 | 0.1536 | 0.0000 | 425.2187 | 425.2187 | 8.6300e-003 | 0.0000 | 425.4344 |
| **Total** | **0.2297** | **1.4703** | **1.6785** | **9.7500e-003** | **0.6970** | **4.6100e-003** | **0.7016** | **0.1881** | **4.2900e-003** | **0.1923** | **0.0000** | **908.9397** | **908.9397** | **0.0364** | **0.0000** | **909.8485** |

### 3.4 Building Construction - 2024
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | tons/yr | | | | | | | MT/yr | | |
| Off-Road | 0.0147 | 0.1344 | 0.1617 | 2.7000e-004 | | 6.1300e-003 | 6.1300e-003 | | 5.7700e-003 | 5.7700e-003 | 0.0000 | 23.1849 | 23.1849 | 5.4800e-003 | 0.0000 | 23.3220 |
| **Total** | **0.0147** | **0.1344** | **0.1617** | **2.7000e-004** | | **6.1300e-003** | **6.1300e-003** | | **5.7700e-003** | **5.7700e-003** | **0.0000** | **23.1849** | **23.1849** | **5.4800e-003** | **0.0000** | **23.3220** |

AR 007600

AR004740

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.4 Building Construction - 2024
#### Unmitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 2.6400e-003 | 0.1032 | 0.0222 | 3.9000e-004 | 9.9800e-003 | 1.1000e-004 | 0.0101 | 2.8800e-003 | 1.0000e-004 | 2.9800e-003 | 0.0000 | 37.0693 | 37.0693 | 2.0900e-003 | 0.0000 | 37.1214 |
| Worker | 0.0141 | 8.4300e-003 | 0.0993 | 3.5000e-004 | 0.0436 | 2.5000e-004 | 0.0439 | 0.0116 | 2.3000e-004 | 0.0118 | 0.0000 | 31.5409 | 31.5409 | 6.1000e-004 | 0.0000 | 31.5560 |
| **Total** | **0.0168** | **0.1117** | **0.1216** | **7.4000e-004** | **0.0536** | **3.6000e-004** | **0.0540** | **0.0145** | **3.3000e-004** | **0.0148** | **0.0000** | **68.6102** | **68.6102** | **2.7000e-003** | **0.0000** | **68.6774** |

#### Mitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Off-Road | 0.0147 | 0.1344 | 0.1617 | 2.7000e-004 | | 6.1300e-003 | 6.1300e-003 | | 5.7700e-003 | 5.7700e-003 | 0.0000 | 23.1849 | 23.1849 | 5.4800e-003 | 0.0000 | 23.3220 |
| **Total** | **0.0147** | **0.1344** | **0.1617** | **2.7000e-004** | | **6.1300e-003** | **6.1300e-003** | | **5.7700e-003** | **5.7700e-003** | **0.0000** | **23.1849** | **23.1849** | **5.4800e-003** | **0.0000** | **23.3220** |

AR 007601

AR004741

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.4 Building Construction - 2024

#### Mitigated Construction Off-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 2.6400e-003 | 0.1032 | 0.0222 | 3.9000e-004 | 9.9800e-003 | 1.1000e-004 | 0.0101 | 2.8800e-003 | 1.0000e-004 | 2.9800e-003 | 0.0000 | 37.0693 | 37.0693 | 2.0900e-003 | 0.0000 | 37.1214 |
| Worker | 0.0141 | 8.4300e-003 | 0.0993 | 3.5000e-004 | 0.0436 | 2.5000e-004 | 0.0439 | 0.0116 | 2.3000e-004 | 0.0118 | 0.0000 | 31.5409 | 31.5409 | 6.1000e-004 | 0.0000 | 31.5560 |
| **Total** | **0.0168** | **0.1117** | **0.1216** | **7.4000e-004** | **0.0536** | **3.6000e-004** | **0.0540** | **0.0145** | **3.3000e-004** | **0.0148** | **0.0000** | **68.6102** | **68.6102** | **2.7000e-003** | **0.0000** | **68.6774** |

### 3.5 Paving - 2024

#### Unmitigated Construction On-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Off-Road | 0.0272 | 0.2619 | 0.4022 | 6.3000e-004 | | 0.0129 | 0.0129 | | 0.0119 | 0.0119 | 0.0000 | 55.0730 | 55.0730 | 0.0178 | 0.0000 | 55.5183 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0272** | **0.2619** | **0.4022** | **6.3000e-004** | | **0.0129** | **0.0129** | | **0.0119** | **0.0119** | **0.0000** | **55.0730** | **55.0730** | **0.0178** | **0.0000** | **55.5183** |

AR 007602

AR004742

CalEEMod Version: CalEEMod.2016.3.2                    Page 26 of 40                    Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 3.5 Paving - 2024

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 1.4700e-003 | 8.8000e-004 | 0.0103 | 4.0000e-005 | 4.5300e-003 | 3.0000e-005 | 4.5600e-003 | 1.2000e-003 | 2.0000e-005 | 1.2300e-003 | 0.0000 | 3.2772 | 3.2772 | 6.0000e-005 | 0.0000 | 3.2788 |
| **Total** | **1.4700e-003** | **8.8000e-004** | **0.0103** | **4.0000e-005** | **4.5300e-003** | **3.0000e-005** | **4.5600e-003** | **1.2000e-003** | **2.0000e-005** | **1.2300e-003** | **0.0000** | **3.2772** | **3.2772** | **6.0000e-005** | **0.0000** | **3.2788** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Off-Road | 0.0272 | 0.2619 | 0.4022 | 6.3000e-004 | | 0.0129 | 0.0129 | | 0.0119 | 0.0119 | 0.0000 | 55.0729 | 55.0729 | 0.0178 | 0.0000 | 55.5182 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0272** | **0.2619** | **0.4022** | **6.3000e-004** | | **0.0129** | **0.0129** | | **0.0119** | **0.0119** | **0.0000** | **55.0729** | **55.0729** | **0.0178** | **0.0000** | **55.5182** |

AR 007603

AR004743

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.5 Paving - 2024
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 1.4700e-003 | 8.8000e-004 | 0.0103 | 4.0000e-005 | 4.5300e-003 | 3.0000e-005 | 4.5600e-003 | 1.2000e-003 | 2.0000e-005 | 1.2300e-003 | 0.0000 | 3.2772 | 3.2772 | 6.0000e-005 | | 3.2788 |
| Total | 1.4700e-003 | 8.8000e-004 | 0.0103 | 4.0000e-005 | 4.5300e-003 | 3.0000e-005 | 4.5600e-003 | 1.2000e-003 | 2.0000e-005 | 1.2300e-003 | 0.0000 | 3.2772 | 3.2772 | 6.0000e-005 | 0.0000 | 3.2788 |

### 3.6 Architectural Coating - 2024
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Archit. Coating | 4.4800 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 4.9700e-003 | 0.0335 | 0.0498 | 8.0000e-005 | | 1.6800e-003 | 1.6800e-003 | | 1.6800e-003 | 1.6800e-003 | 0.0000 | 7.0215 | 7.0215 | 4.0000e-004 | 0.0000 | 7.0313 |
| Total | 4.4849 | 0.0335 | 0.0498 | 8.0000e-005 | | 1.6800e-003 | 1.6800e-003 | | 1.6800e-003 | 1.6800e-003 | 0.0000 | 7.0215 | 7.0215 | 4.0000e-004 | 0.0000 | 7.0313 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 3.6 Architectural Coating - 2024

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 7.7400e-003 | 4.6100e-003 | 0.0544 | 1.9000e-004 | 0.0239 | 1.3000e-004 | 0.0240 | 6.3400e-003 | 1.2000e-004 | 6.4600e-003 | 0.0000 | 17.2601 | 17.2601 | 3.3000e-004 | 0.0000 | 17.2684 |
| **Total** | **7.7400e-003** | **4.6100e-003** | **0.0544** | **1.9000e-004** | **0.0239** | **1.3000e-004** | **0.0240** | **6.3400e-003** | **1.2000e-004** | **6.4600e-003** | **0.0000** | **17.2601** | **17.2601** | **3.3000e-004** | **0.0000** | **17.2684** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Archit. Coating | 4.4800 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 4.9700e-003 | 0.0335 | 0.0498 | 8.0000e-005 | | 1.6800e-003 | 1.6800e-003 | | 1.6800e-003 | 1.6800e-003 | 0.0000 | 7.0214 | 7.0214 | 4.0000e-004 | 0.0000 | 7.0313 |
| **Total** | **4.4849** | **0.0335** | **0.0498** | **8.0000e-005** | | **1.6800e-003** | **1.6800e-003** | | **1.6800e-003** | **1.6800e-003** | **0.0000** | **7.0214** | **7.0214** | **4.0000e-004** | **0.0000** | **7.0313** |

AR 007605

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

### 3.6 Architectural Coating - 2024

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 7.7400e-003 | 4.6100e-003 | 0.0544 | 1.9000e-004 | 0.0239 | 1.3000e-004 | 0.0240 | 6.3400e-003 | 1.2000e-004 | 6.4600e-003 | 0.0000 | 17.2601 | 17.2601 | 3.3000e-004 | 0.0000 | 17.2684 |
| **Total** | **7.7400e-003** | **4.6100e-003** | **0.0544** | **1.9000e-004** | **0.0239** | **1.3000e-004** | **0.0240** | **6.3400e-003** | **1.2000e-004** | **6.4600e-003** | **0.0000** | **17.2601** | **17.2601** | **3.3000e-004** | **0.0000** | **17.2684** |

## 4.0 Operational Detail - Mobile

### 4.1 Mitigation Measures Mobile

AR 007606

AR004746

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Mitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Unmitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Industrial Park | 0.00 | 0.00 | 0.00 | | |
| Medical Office Building | 0.00 | 0.00 | 0.00 | | |
| Strip Mall | 0.00 | 0.00 | 0.00 | | |
| Total | 0.00 | 0.00 | 0.00 | | |

## 4.3 Trip Type Information

| | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| Land Use | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Industrial Park | 16.60 | 8.40 | 6.90 | 59.00 | 28.00 | 13.00 | 79 | 19 | 2 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Strip Mall | 16.60 | 8.40 | 6.90 | 16.60 | 64.40 | 19.00 | 45 | 40 | 15 |

## 4.4 Fleet Mix

CalEEMod Version: CalEEMod.2016.3.2                    Page 31 of 40                    Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial Park | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |
| Medical Office Building | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |
| Strip Mall | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |

## 5.0 Energy Detail

Historical Energy Use: N

### 5.1 Mitigation Measures Energy

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Electricity Mitigated | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Electricity Unmitigated | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NaturalGas Mitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NaturalGas Unmitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007608

AR004748

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 5.2 Energy by Land Use - NaturalGas

### Unmitigated

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | kBTU/yr | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

### Mitigated

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | kBTU/yr | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007609

AR004749

CalEEMod Version: CalEEMod.2016.3.2                    Page 33 of 40                    Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 5.3 Energy by Land Use - Electricity

**Unmitigated**

| Land Use | Electricity Use | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | kWh/yr | MT/yr | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated**

| Land Use | Electricity Use | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | kWh/yr | MT/yr | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

## 6.0 Area Detail

AR 007610

AR004750

CalEEMod Version: CalEEMod.2016.3.2                Page 34 of 40                Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 6.1 Mitigation Measures Area

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Mitigated | 3.4938 | 1.1000e-004 | 0.0123 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| Unmitigated | 3.4938 | 1.1000e-004 | 0.0123 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |

## 6.2 Area by SubCategory

**Unmitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Architectural Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Consumer Products | 3.4926 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Landscaping | 1.1400e-003 | 1.1000e-004 | 0.0123 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| **Total** | **3.4938** | **1.1000e-004** | **0.0123** | **0.0000** | | **4.0000e-005** | **4.0000e-005** | | **4.0000e-005** | **4.0000e-005** | **0.0000** | **0.0240** | **0.0240** | **6.0000e-005** | **0.0000** | **0.0256** |

AR 007611

CalEEMod Version: CalEEMod.2016.3.2                Page 35 of 40                Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 6.2 Area by SubCategory

**Mitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Architectural Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Consumer Products | 3.4926 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Landscaping | 1.1400e-003 | 1.1000e-004 | 0.0123 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| **Total** | **3.4938** | **1.1000e-004** | **0.0123** | **0.0000** | | **4.0000e-005** | **4.0000e-005** | | **4.0000e-005** | **4.0000e-005** | **0.0000** | **0.0240** | **0.0240** | **6.0000e-005** | **0.0000** | **0.0256** |

# 7.0 Water Detail

## 7.1 Mitigation Measures Water

AR 007612

AR004752

CalEEMod Version: CalEEMod.2016.3.2        Page 36 of 40        Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

| | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|
| Category | MT/yr | | | |
| Mitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Unmitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

## 7.2 Water by Land Use

**Unmitigated**

| | Indoor/Outdoor Use | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| Land Use | Mgal | MT/yr | | | |
| Industrial Park | 0 / 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 / 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 / 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007613

AR004753

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 7.2 Water by Land Use

**Mitigated**



| | Indoor/Outdoor Use | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| Land Use | Mgal | MT/yr | | | |
| Industrial Park | 0 / 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 / 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 / 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

# 8.0 Waste Detail

## 8.1 Mitigation Measures Waste

AR 007614

AR004754

CalEEMod Version: CalEEMod.2016.3.2      Page 38 of 40      Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

**Category/Year**

| | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|
| | MT/yr | | | |
| Mitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Unmitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**8.2 Waste by Land Use**

**Unmitigated**

| Land Use | Waste Disposed tons | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007615

AR004755

CalEEMod Version: CalEEMod.2016.3.2     Page 39 of 40     Date: 7/8/2020 1:08 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

## 8.2 Waste by Land Use

**Mitigated**



| Land Use | Waste Disposed tons | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

## 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

## 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
|---|---|---|---|---|---|

**User Defined Equipment**

| Equipment Type | Number |
|---|---|

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Annual

**11.0 Vegetation**

AR 007617

AR004757

CalEEMod Version: CalEEMod.2016.3.2                    Page 1 of 34                    Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run
### Riverside-South Coast County, Summer

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Medical Office Building | 52.06 | 1000sqft | 4.00 | 52,065.00 | 0 |
| Industrial Park | 877.30 | 1000sqft | 40.28 | 877,298.00 | 0 |
| Strip Mall | 37.19 | 1000sqft | 2.83 | 37,189.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | |
|---|---|---|---|---|
| Urbanization | Urban | Wind Speed (m/s) | 2.4 | Precipitation Freq (Days) | 28 |
| Climate Zone | 10 | | | Operational Year | 2024 |
| Utility Company | Southern California Edison | | | | |
| CO2 Intensity (lb/MWhr) | 702.44 | CH4 Intensity (lb/MWhr) | 0.029 | N2O Intensity (lb/MWhr) | 0.006 |

### 1.3 User Entered Comments & Non-Default Data

AR 007618

**AR004758**

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

Project Characteristics -

Land Use - Per land use plan

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Off-road Equipment - Operations only

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Trips and VMT - Construction only

On-road Fugitive Dust - Construction only

Grading - Construction only

Architectural Coating - Construction only

Vehicle Trips - Construction only

Energy Use - Construction only

Fleet Mix - Only cars and trucks present on site

Construction Phase -

Road Dust - Construction only

Consumer Products - Construction only

Area Coating - Construction only

Landscape Equipment - Construction only

Water And Wastewater - Construction only

Solid Waste - Construction only

Construction Off-road Equipment Mitigation -

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblAreaCoating | Area_EF_Nonresidential_Exterior | 100 | 0 |
| tblAreaCoating | Area_EF_Nonresidential_Interior | 100 | 0 |

AR 007619

AR004759

CalEEMod Version: CalEEMod.2016.3.2        Page 3 of 34        Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblAreaCoating | Area_EF_Parking | 100 | 0 |
| tblAreaCoating | Area_EF_Residential_Exterior | 50 | 0 |
| tblAreaCoating | Area_EF_Residential_Interior | 50 | 0 |
| tblAreaCoating | Area_Nonresidential_Exterior | 483276 | 0 |
| tblAreaCoating | Area_Nonresidential_Interior | 1449828 | 0 |
| tblAreaCoating | ReapplicationRatePercent | 10 | 0 |
| tblEnergyUse | LightingElect | 3.66 | 0.00 |
| tblEnergyUse | LightingElect | 3.66 | 0.00 |
| tblEnergyUse | LightingElect | 5.61 | 0.00 |
| tblEnergyUse | NT24E | 2.79 | 0.00 |
| tblEnergyUse | NT24E | 2.79 | 0.00 |
| tblEnergyUse | NT24E | 2.44 | 0.00 |
| tblEnergyUse | NT24NG | 0.30 | 0.00 |
| tblEnergyUse | T24E | 3.07 | 0.00 |
| tblEnergyUse | T24E | 3.07 | 0.00 |
| tblEnergyUse | T24E | 4.58 | 0.00 |
| tblEnergyUse | T24NG | 3.47 | 0.00 |
| tblEnergyUse | T24NG | 3.47 | 0.00 |
| tblEnergyUse | T24NG | 1.92 | 0.00 |
| tblLandUse | LandUseSquareFeet | 52,060.00 | 52,065.00 |
| tblLandUse | LandUseSquareFeet | 877,300.00 | 877,298.00 |
| tblLandUse | LandUseSquareFeet | 37,190.00 | 37,189.00 |
| tblLandUse | LotAcreage | 1.20 | 4.00 |
| tblLandUse | LotAcreage | 20.14 | 40.28 |
| tblLandUse | LotAcreage | 0.85 | 2.83 |
| tblRoadDust | MeanVehicleSpeed | 40 | 0 |
| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |

AR 007620

AR004760

CalEEMod Version: CalEEMod.2016.3.2          Page 4 of 34          Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |
|---|---|---|---|
| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 1,087.85 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 562.25 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 39.05 | 0.00 |
| tblVehicleTrips | ST_TR | 2.49 | 0.00 |
| tblVehicleTrips | ST_TR | 8.96 | 0.00 |
| tblVehicleTrips | ST_TR | 42.04 | 0.00 |
| tblVehicleTrips | SU_TR | 0.73 | 0.00 |
| tblVehicleTrips | SU_TR | 1.55 | 0.00 |
| tblVehicleTrips | SU_TR | 20.43 | 0.00 |
| tblVehicleTrips | WD_TR | 6.83 | 0.00 |
| tblVehicleTrips | WD_TR | 36.13 | 0.00 |
| tblVehicleTrips | WD_TR | 44.32 | 0.00 |
| tblWater | IndoorWaterUseRate | 202,875,625.00 | 0.00 |
| tblWater | IndoorWaterUseRate | 6,532,516.79 | 0.00 |
| tblWater | IndoorWaterUseRate | 2,754,757.07 | 0.00 |
| tblWater | OutdoorWaterUseRate | 1,244,288.91 | 0.00 |
| tblWater | OutdoorWaterUseRate | 1,688,399.50 | 0.00 |

## 2.0 Emissions Summary

AR 007621

AR004761

CalEEMod Version: CalEEMod.2016.3.2                    Page 5 of 34                    Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 2.1 Overall Construction (Maximum Daily Emission)

**Unmitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2020 | 4.5519 | 50.2577 | 32.7647 | 0.0642 | 18.2675 | 2.1986 | 20.4661 | 9.9840 | 2.0227 | 12.0068 | 0.0000 | 6,226.184 2 | 6,226.184 2 | 1.9481 | 0.0000 | 6,274.885 8 |
| 2021 | 4.2860 | 46.4539 | 33.8614 | 0.1103 | 8.8969 | 1.9867 | 10.8836 | 3.6558 | 1.8277 | 5.4835 | 0.0000 | 11,097.791 2 | 11,097.791 2 | 1.9479 | 0.0000 | 11,123.433 0 |
| 2022 | 3.8107 | 30.3753 | 32.3279 | 0.1084 | 5.4492 | 0.8579 | 6.3071 | 1.4681 | 0.8070 | 2.2751 | 0.0000 | 10,907.56 02 | 10,907.56 02 | 0.9950 | 0.0000 | 10,932.43 51 |
| 2023 | 3.4872 | 25.6281 | 30.8767 | 0.1057 | 5.4492 | 0.7350 | 6.1842 | 1.4681 | 0.6913 | 2.1594 | 0.0000 | 10,639.81 78 | 10,639.81 78 | 0.9136 | 0.0000 | 10,662.65 69 |
| 2024 | 163.3983 | 24.5496 | 29.9477 | 0.1042 | 5.4491 | 0.6483 | 6.0974 | 1.4681 | 0.6095 | 2.0776 | 0.0000 | 10,484.14 36 | 10,484.14 36 | 0.8980 | 0.0000 | 10,506.59 46 |
| **Maximum** | **163.3983** | **50.2577** | **33.8614** | **0.1103** | **18.2675** | **2.1986** | **20.4661** | **9.9840** | **2.0227** | **12.0068** | **0.0000** | **11,097.79 12** | **11,097.79 12** | **1.9481** | **0.0000** | **11,123.43 30** |

CalEEMod Version: CalEEMod.2016.3.2        Page 6 of 34        Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 2.1 Overall Construction (Maximum Daily Emission)

**Mitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2020 | 4.5519 | 50.2577 | 32.7647 | 0.0642 | 7.2470 | 2.1986 | 9.4457 | 3.9263 | 2.0227 | 5.9491 | 0.0000 | 6,226.1842 | 6,226.1842 | 1.9481 | 0.0000 | 6,274.8858 |
| 2021 | 4.2860 | 46.4539 | 33.8614 | 0.1103 | 5.4493 | 1.9867 | 6.4618 | 1.4681 | 1.8277 | 3.2897 | 0.0000 | 11,097.7912 | 11,097.7912 | 1.9479 | 0.0000 | 11,123.4329 |
| 2022 | 3.8107 | 30.3753 | 32.3279 | 0.1084 | 5.4492 | 0.8579 | 6.3071 | 1.4681 | 0.8070 | 2.2751 | 0.0000 | 10,907.5602 | 10,907.5602 | 0.9950 | 0.0000 | 10,932.4351 |
| 2023 | 3.4872 | 25.6281 | 30.8767 | 0.1057 | 5.4492 | 0.7350 | 6.1842 | 1.4681 | 0.6913 | 2.1594 | 0.0000 | 10,639.8178 | 10,639.8178 | 0.9136 | 0.0000 | 10,662.6569 |
| 2024 | 163.3983 | 24.5496 | 29.9477 | 0.1042 | 5.4491 | 0.6483 | 6.0974 | 1.4681 | 0.6095 | 2.0776 | 0.0000 | 10,484.1436 | 10,484.1436 | 0.8980 | 0.0000 | 10,506.5946 |
| Maximum | 163.3983 | 50.2577 | 33.8614 | 0.1103 | 7.2470 | 2.1986 | 9.4457 | 3.9263 | 2.0227 | 5.9491 | 0.0000 | 11,097.7912 | 11,097.7912 | 1.9481 | 0.0000 | 11,123.4329 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 33.25 | 0.00 | 30.92 | 45.70 | 0.00 | 34.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

AR 007623

AR004763

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 2.2 Overall Operational

### Unmitigated Operational

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Area | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |
| Energy | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Mobile | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | 0.0000 | 3.5000e-004 | 3.5000e-004 | 0.0000 | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | 0.0000 | 0.2253 |

### Mitigated Operational

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Area | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |
| Energy | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Mobile | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | 0.0000 | 3.5000e-004 | 3.5000e-004 | 0.0000 | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | 0.0000 | 0.2253 |

AR 007624

AR004764

CalEEMod Version: CalEEMod.2016.3.2                 Page 8 of 34                 Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

### Construction Phase

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Site Preparation | Site Preparation | 11/1/2020 | 12/11/2020 | 5 | 30 | |
| 2 | Grading | Grading | 12/12/2020 | 3/26/2021 | 5 | 75 | |
| 3 | Building Construction | Building Construction | 3/27/2021 | 1/26/2024 | 5 | 740 | |
| 4 | Paving | Paving | 1/27/2024 | 4/12/2024 | 5 | 55 | |
| 5 | Architectural Coating | Architectural Coating | 4/13/2024 | 6/28/2024 | 5 | 55 | |

**Acres of Grading (Site Preparation Phase): 0**

**Acres of Grading (Grading Phase): 187.5**

**Acres of Paving: 0**

**Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 1,449,828; Non-Residential Outdoor: 483,276; Striped Parking Area: 0 (Architectural Coating – sqft)**

### OffRoad Equipment

AR 007625

AR004765

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|---|---|---|---|---|---|
| Site Preparation | Rubber Tired Dozers | 3 | 8.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 4 | 8.00 | 97 | 0.37 |
| Grading | Excavators | 2 | 8.00 | 158 | 0.38 |
| Grading | Graders | 1 | 8.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 1 | 8.00 | 247 | 0.40 |
| Grading | Scrapers | 2 | 8.00 | 367 | 0.48 |
| Grading | Tractors/Loaders/Backhoes | 2 | 8.00 | 97 | 0.37 |
| Building Construction | Cranes | 1 | 7.00 | 231 | 0.29 |
| Building Construction | Forklifts | 3 | 8.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 1 | 8.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 3 | 7.00 | 97 | 0.37 |
| Building Construction | Welders | 1 | 8.00 | 46 | 0.45 |
| Paving | Pavers | 2 | 8.00 | 130 | 0.42 |
| Paving | Paving Equipment | 2 | 8.00 | 132 | 0.36 |
| Paving | Rollers | 2 | 8.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 1 | 6.00 | 78 | 0.48 |

**Trips and VMT**

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Site Preparation | 7 | 18.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 8 | 20.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 9 | 397.00 | 158.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 6 | 15.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 1 | 79.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

AR 007626

AR004766

CalEEMod Version: CalEEMod.2016.3.2                    Page 10 of 34                    Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 3.1 Mitigation Measures Construction

Water Exposed Area

### 3.2 Site Preparation - 2020

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 18.0663 | 0.0000 | 18.0663 | 9.9307 | 0.0000 | 9.9307 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.0765 | 42.4173 | 21.5136 | 0.0380 | | 2.1974 | 2.1974 | | 2.0216 | 2.0216 | | 3,685.1016 | 3,685.1016 | 1.1918 | | 3,714.8975 |
| **Total** | **4.0765** | **42.4173** | **21.5136** | **0.0380** | **18.0663** | **2.1974** | **20.2637** | **9.9307** | **2.0216** | **11.9523** | | **3,685.1016** | **3,685.1016** | **1.1918** | | **3,714.8975** |

AR 007627

AR004767

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 3.2 Site Preparation - 2020

### Unmitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0916 | 0.0542 | 0.7258 | 1.9900e-003 | 0.2012 | 1.2200e-003 | 0.2024 | 0.0534 | 1.1200e-003 | 0.0545 | | 198.2870 | 198.2870 | 5.0800e-003 | | 198.4141 |
| **Total** | **0.0916** | **0.0542** | **0.7258** | **1.9900e-003** | **0.2012** | **1.2200e-003** | **0.2024** | **0.0534** | **1.1200e-003** | **0.0545** | | **198.2870** | **198.2870** | **5.0800e-003** | | **198.4141** |

### Mitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 7.0458 | 0.0000 | 7.0458 | 3.8730 | 0.0000 | 3.8730 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.0765 | 42.4173 | 21.5136 | 0.0380 | | 2.1974 | 2.1974 | | 2.0216 | 2.0216 | 0.0000 | 3,685.1016 | 3,685.1016 | 1.1918 | | 3,714.8975 |
| **Total** | **4.0765** | **42.4173** | **21.5136** | **0.0380** | **7.0458** | **2.1974** | **9.2433** | **3.8730** | **2.0216** | **5.8946** | **0.0000** | **3,685.1016** | **3,685.1016** | **1.1918** | | **3,714.8975** |

AR 007628

AR004768

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.2 Site Preparation - 2020
#### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0916 | 0.0542 | 0.7258 | 1.9900e-003 | 0.2012 | 1.2200e-003 | 0.2024 | 0.0534 | 1.1200e-003 | 0.0545 | | 198.2870 | 198.2870 | 5.0800e-003 | | 198.4141 |
| **Total** | **0.0916** | **0.0542** | **0.7258** | **1.9900e-003** | **0.2012** | **1.2200e-003** | **0.2024** | **0.0534** | **1.1200e-003** | **0.0545** | | **198.2870** | **198.2870** | **5.0800e-003** | | **198.4141** |

### 3.3 Grading - 2020
#### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 8.6733 | 0.0000 | 8.6733 | 3.5965 | 0.0000 | 3.5965 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.4501 | 50.1975 | 31.9583 | 0.0620 | | 2.1739 | 2.1739 | | 2.0000 | 2.0000 | | 6,005.8653 | 6,005.8653 | 1.9424 | | 6,054.4257 |
| **Total** | **4.4501** | **50.1975** | **31.9583** | **0.0620** | **8.6733** | **2.1739** | **10.8472** | **3.5965** | **2.0000** | **5.5965** | | **6,005.8653** | **6,005.8653** | **1.9424** | | **6,054.4257** |

AR 007629

AR004769

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 3.3 Grading - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.1018 | 0.0602 | 0.8064 | 2.2100e-003 | 0.2236 | 1.3500e-003 | 0.2249 | 0.0593 | 1.2500e-003 | 0.0605 | | 220.3189 | 220.3189 | 5.6500e-003 | | 220.4601 |
| **Total** | **0.1018** | **0.0602** | **0.8064** | **2.2100e-003** | **0.2236** | **1.3500e-003** | **0.2249** | **0.0593** | **1.2500e-003** | **0.0605** | | **220.3189** | **220.3189** | **5.6500e-003** | | **220.4601** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 3.3826 | 0.0000 | 3.3826 | 1.4026 | 0.0000 | 1.4026 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.4501 | 50.1975 | 31.9583 | 0.0620 | | 2.1739 | 2.1739 | | 2.0000 | 2.0000 | 0.0000 | 6,005.8653 | 6,005.8653 | 1.9424 | | 6,054.4257 |
| **Total** | **4.4501** | **50.1975** | **31.9583** | **0.0620** | **3.3826** | **2.1739** | **5.5565** | **1.4026** | **2.0000** | **3.4026** | **0.0000** | **6,005.8653** | **6,005.8653** | **1.9424** | | **6,054.4257** |

AR 007630

AR004770

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.3 Grading - 2020

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.1018 | 0.0602 | 0.8064 | 2.2100e-003 | 0.2236 | 1.3500e-003 | 0.2249 | 0.0593 | 1.2500e-003 | 0.0605 | | 220.3189 | 220.3189 | 5.6500e-003 | | 220.4601 |
| **Total** | **0.1018** | **0.0602** | **0.8064** | **2.2100e-003** | **0.2236** | **1.3500e-003** | **0.2249** | **0.0593** | **1.2500e-003** | **0.0605** | | **220.3189** | **220.3189** | **5.6500e-003** | | **220.4601** |

### 3.3 Grading - 2021

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Fugitive Dust | | | | | 8.6733 | 0.0000 | 8.6733 | 3.5965 | 0.0000 | 3.5965 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.1912 | 46.3998 | 30.8785 | 0.0620 | | 1.9853 | 1.9853 | | 1.8265 | 1.8265 | | 6,007.0434 | 6,007.0434 | 1.9428 | | 6,055.6134 |
| **Total** | **4.1912** | **46.3998** | **30.8785** | **0.0620** | **8.6733** | **1.9853** | **10.6587** | **3.5965** | **1.8265** | **5.4230** | | **6,007.0434** | **6,007.0434** | **1.9428** | | **6,055.6134** |

AR 007631

AR004771

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 3.3 Grading - 2021

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0948 | 0.0540 | 0.7394 | 2.1400e-003 | 0.2236 | 1.3200e-003 | 0.2249 | 0.0593 | 1.2100e-003 | 0.0605 | | 212.9502 | 212.9502 | 5.0800e-003 | | 213.0771 |
| **Total** | **0.0948** | **0.0540** | **0.7394** | **2.1400e-003** | **0.2236** | **1.3200e-003** | **0.2249** | **0.0593** | **1.2100e-003** | **0.0605** | | **212.9502** | **212.9502** | **5.0800e-003** | | **213.0771** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 3.3826 | 0.0000 | 3.3826 | 1.4026 | 0.0000 | 1.4026 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.1912 | 46.3998 | 30.8785 | 0.0620 | | 1.9853 | 1.9853 | | 1.8265 | 1.8265 | 0.0000 | 6,007.0434 | 6,007.0434 | 1.9428 | | 6,055.6134 |
| **Total** | **4.1912** | **46.3998** | **30.8785** | **0.0620** | **3.3826** | **1.9853** | **5.3679** | **1.4026** | **1.8265** | **3.2292** | **0.0000** | **6,007.0434** | **6,007.0434** | **1.9428** | | **6,055.6134** |

AR 007632

AR004772

Case 5:24-cv-02603-DTB     Document 54     Filed 08/01/25     Page 548 of 1485   Page ID #:5517

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.3 Grading - 2021

**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0948 | 0.0540 | 0.7394 | 2.1400e-003 | 0.2236 | 1.3200e-003 | 0.2249 | 0.0593 | 1.2100e-003 | 0.0605 | | 212.9502 | 212.9502 | 5.0800e-003 | | 213.0771 |
| **Total** | **0.0948** | **0.0540** | **0.7394** | **2.1400e-003** | **0.2236** | **1.3200e-003** | **0.2249** | **0.0593** | **1.2100e-003** | **0.0605** | | **212.9502** | **212.9502** | **5.0800e-003** | | **213.0771** |

### 3.4 Building Construction - 2021

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.9009 | 17.4321 | 16.5752 | 0.0269 | | 0.9586 | 0.9586 | | 0.9013 | 0.9013 | | 2,553.3639 | 2,553.3639 | 0.6160 | | 2,568.7643 |
| **Total** | **1.9009** | **17.4321** | **16.5752** | **0.0269** | | **0.9586** | **0.9586** | | **0.9013** | **0.9013** | | **2,553.3639** | **2,553.3639** | **0.6160** | | **2,568.7643** |

AR 007633

AR004773

CalEEMod Version: CalEEMod.2016.3.2                    Page 17 of 34                    Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

**3.4 Building Construction - 2021**

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.3689 | 14.6212 | 2.6087 | 0.0409 | 1.0117 | 0.0278 | 1.0395 | 0.2913 | 0.0266 | 0.3179 | | 4,317.3662 | 4,317.3662 | 0.3089 | | 4,325.0878 |
| Worker | 1.8822 | 1.0723 | 14.6776 | 0.0424 | 4.4375 | 0.0262 | 4.4637 | 1.1769 | 0.0241 | 1.2009 | | 4,227.0611 | 4,227.0611 | 0.1008 | | 4,229.5809 |
| **Total** | **2.2510** | **15.6934** | **17.2862** | **0.0834** | **5.4493** | **0.0540** | **5.5032** | **1.4681** | **0.0507** | **1.5188** | | **8,544.4273** | **8,544.4273** | **0.4097** | | **8,554.6687** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 1.9009 | 17.4321 | 16.5752 | 0.0269 | | 0.9586 | 0.9586 | | 0.9013 | 0.9013 | 0.0000 | 2,553.3639 | 2,553.3639 | 0.6160 | | 2,568.7643 |
| **Total** | **1.9009** | **17.4321** | **16.5752** | **0.0269** | | **0.9586** | **0.9586** | | **0.9013** | **0.9013** | **0.0000** | **2,553.3639** | **2,553.3639** | **0.6160** | | **2,568.7643** |

AR 007634

AR004774

CalEEMod Version: CalEEMod.2016.3.2      Page 18 of 34      Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.4 Building Construction - 2021
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.3689 | 14.6212 | 2.6087 | 0.0409 | 1.0117 | 0.0278 | 1.0395 | 0.2913 | 0.0266 | 0.3179 | | 4,317.366 2 | 4,317.366 2 | 0.3089 | | 4,325.087 8 |
| Worker | 1.8822 | 1.0723 | 14.6776 | 0.0424 | 4.4375 | 0.0262 | 4.4637 | 1.1769 | 0.0241 | 1.2009 | | 4,227.0611 | 4,227.0611 | 0.1008 | | 4,229.580 9 |
| **Total** | **2.2510** | **15.6934** | **17.2862** | **0.0834** | **5.4493** | **0.0540** | **5.5032** | **1.4681** | **0.0507** | **1.5188** | | **8,544.427 3** | **8,544.427 3** | **0.4097** | | **8,554.668 7** |

### 3.4 Building Construction - 2022
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 1.7062 | 15.6156 | 16.3634 | 0.0269 | | 0.8090 | 0.8090 | | 0.7612 | 0.7612 | | 2,554.333 6 | 2,554.333 6 | 0.6120 | | 2,569.632 2 |
| **Total** | **1.7062** | **15.6156** | **16.3634** | **0.0269** | | **0.8090** | **0.8090** | | **0.7612** | **0.7612** | | **2,554.333 6** | **2,554.333 6** | **0.6120** | | **2,569.632 2** |

AR 007635

AR004775

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 3.4 Building Construction - 2022

### Unmitigated Construction Off-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.3439 | 13.7947 | 2.4264 | 0.0406 | 1.0117 | 0.0234 | 1.0351 | 0.2913 | 0.0224 | 0.3136 | | 4,280.6178 | 4,280.6178 | 0.2925 | | 4,287.9308 |
| Worker | 1.7605 | 0.9650 | 13.5381 | 0.0409 | 4.4375 | 0.0255 | 4.4630 | 1.1769 | 0.0234 | 1.2003 | | 4,072.6088 | 4,072.6088 | 0.0905 | | 4,074.8722 |
| **Total** | **2.1045** | **14.7596** | **15.9645** | **0.0815** | **5.4492** | **0.0488** | **5.4981** | **1.4681** | **0.0458** | **1.5139** | | **8,353.2266** | **8,353.2266** | **0.3831** | | **8,362.8029** |

### Mitigated Construction On-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.7062 | 15.6156 | 16.3634 | 0.0269 | | 0.8090 | 0.8090 | | 0.7612 | 0.7612 | 0.0000 | 2,554.3336 | 2,554.3336 | 0.6120 | | 2,569.6322 |
| **Total** | **1.7062** | **15.6156** | **16.3634** | **0.0269** | | **0.8090** | **0.8090** | | **0.7612** | **0.7612** | **0.0000** | **2,554.3336** | **2,554.3336** | **0.6120** | | **2,569.6322** |

AR 007636

AR004776

CalEEMod Version: CalEEMod.2016.3.2                    Page 20 of 34                    Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 3.4 Building Construction - 2022

### Mitigated Construction Off-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.3439 | 13.7947 | 2.4264 | 0.0406 | 1.0117 | 0.0234 | 1.0351 | 0.2913 | 0.0224 | 0.3136 | | 4,280.617 8 | 4,280.617 8 | 0.2925 | | 4,287.930 8 |
| Worker | 1.7605 | 0.9650 | 13.5381 | 0.0409 | 4.4375 | 0.0255 | 4.4630 | 1.1769 | 0.0234 | 1.2003 | | 4,072.608 8 | 4,072.608 8 | 0.0905 | | 4,074.872 2 |
| **Total** | **2.1045** | **14.7596** | **15.9645** | **0.0815** | **5.4492** | **0.0488** | **5.4981** | **1.4681** | **0.0458** | **1.5139** | | **8,353.226 6** | **8,353.226 6** | **0.3831** | | **8,362.802 9** |

## 3.4 Building Construction - 2023

### Unmitigated Construction On-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.5728 | 14.3849 | 16.2440 | 0.0269 | | 0.6997 | 0.6997 | | 0.6584 | 0.6584 | | 2,555.209 9 | 2,555.209 9 | 0.6079 | | 2,570.406 1 |
| **Total** | **1.5728** | **14.3849** | **16.2440** | **0.0269** | | **0.6997** | **0.6997** | | **0.6584** | **0.6584** | | **2,555.209 9** | **2,555.209 9** | **0.6079** | | **2,570.406 1** |

AR 007637

AR004777

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 3.4 Building Construction - 2023

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.2638 | 10.3730 | 2.1386 | 0.0395 | 1.0117 | 0.0104 | 1.0221 | 0.2913 | 9.9800e-003 | 0.3012 | | 4,166.7688 | 4,166.7688 | 0.2245 | | 4,172.3803 |
| Worker | 1.6507 | 0.8702 | 12.4941 | 0.0393 | 4.4375 | 0.0249 | 4.4624 | 1.1769 | 0.0229 | 1.1997 | | 3,917.8390 | 3,917.8390 | 0.0813 | | 3,919.8706 |
| **Total** | **1.9145** | **11.2432** | **14.6327** | **0.0788** | **5.4492** | **0.0353** | **5.4845** | **1.4681** | **0.0329** | **1.5010** | | **8,084.6078** | **8,084.6078** | **0.3057** | | **8,092.2509** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Off-Road | 1.5728 | 14.3849 | 16.2440 | 0.0269 | | 0.6997 | 0.6997 | | 0.6584 | 0.6584 | 0.0000 | 2,555.2099 | 2,555.2099 | 0.6079 | | 2,570.4061 |
| **Total** | **1.5728** | **14.3849** | **16.2440** | **0.0269** | | **0.6997** | **0.6997** | | **0.6584** | **0.6584** | **0.0000** | **2,555.2099** | **2,555.2099** | **0.6079** | | **2,570.4061** |

AR 007638

AR004778

CalEEMod Version: CalEEMod.2016.3.2                    Page 22 of 34                    Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.4 Building Construction - 2023

**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.2638 | 10.3730 | 2.1386 | 0.0395 | 1.0117 | 0.0104 | 1.0221 | 0.2913 | 9.9800e-003 | 0.3012 | | 4,166.7688 | 4,166.7688 | 0.2245 | | 4,172.3803 |
| Worker | 1.6507 | 0.8702 | 12.4941 | 0.0393 | 4.4375 | 0.0249 | 4.4624 | 1.1769 | 0.0229 | 1.1997 | | 3,917.8390 | 3,917.8390 | 0.0813 | | 3,919.8706 |
| **Total** | **1.9145** | **11.2432** | **14.6327** | **0.0788** | **5.4492** | **0.0353** | **5.4845** | **1.4681** | **0.0329** | **1.5010** | | **8,084.6078** | **8,084.6078** | **0.3057** | | **8,092.2509** |

### 3.4 Building Construction - 2024

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 1.4716 | 13.4438 | 16.1668 | 0.0270 | | 0.6133 | 0.6133 | | 0.5769 | 0.5769 | | 2,555.6989 | 2,555.6989 | 0.6044 | | 2,570.8077 |
| **Total** | **1.4716** | **13.4438** | **16.1668** | **0.0270** | | **0.6133** | **0.6133** | | **0.5769** | **0.5769** | | **2,555.6989** | **2,555.6989** | **0.6044** | | **2,570.8077** |

AR 007639

AR004779

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 3.4 Building Construction - 2024

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.2587 | 10.3167 | 2.0659 | 0.0393 | 1.0116 | 0.0104 | 1.0220 | 0.2913 | 9.9300e-003 | 0.3012 | | 4,150.4678 | 4,150.4678 | 0.2196 | | 4,155.9575 |
| Worker | 1.5556 | 0.7891 | 11.7150 | 0.0379 | 4.4375 | 0.0246 | 4.4621 | 1.1769 | 0.0226 | 1.1995 | | 3,777.9769 | 3,777.9769 | 0.0741 | | 3,779.8294 |
| **Total** | **1.8144** | **11.1058** | **13.7809** | **0.0772** | **5.4491** | **0.0350** | **5.4841** | **1.4681** | **0.0326** | **1.5007** | | **7,928.4447** | **7,928.4447** | **0.2937** | | **7,935.7869** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.4716 | 13.4438 | 16.1668 | 0.0270 | | 0.6133 | 0.6133 | | 0.5769 | 0.5769 | 0.0000 | 2,555.6989 | 2,555.6989 | 0.6044 | | 2,570.8077 |
| **Total** | **1.4716** | **13.4438** | **16.1668** | **0.0270** | | **0.6133** | **0.6133** | | **0.5769** | **0.5769** | **0.0000** | **2,555.6989** | **2,555.6989** | **0.6044** | | **2,570.8077** |

CalEEMod Version: CalEEMod.2016.3.2        Page 24 of 34        Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.4 Building Construction - 2024
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.2587 | 10.3167 | 2.0659 | 0.0393 | 1.0116 | 0.0104 | 1.0220 | 0.2913 | 9.9300e-003 | 0.3012 | | 4,150.467 8 | 4,150.467 8 | 0.2196 | | 4,155.957 5 |
| Worker | 1.5556 | 0.7891 | 11.7150 | 0.0379 | 4.4375 | 0.0246 | 4.4621 | 1.1769 | 0.0226 | 1.1995 | | 3,777.976 9 | 3,777.976 9 | 0.0741 | | 3,779.829 4 |
| **Total** | **1.8144** | **11.1058** | **13.7809** | **0.0772** | **5.4491** | **0.0350** | **5.4841** | **1.4681** | **0.0326** | **1.5007** | | **7,928.444 7** | **7,928.444 7** | **0.2937** | | **7,935.786 9** |

### 3.5 Paving - 2024
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | lb/day | | | | | | | | lb/day | | |
| Off-Road | 0.9882 | 9.5246 | 14.6258 | 0.0228 | | 0.4685 | 0.4685 | | 0.4310 | 0.4310 | | 2,207.547 2 | 2,207.547 2 | 0.7140 | | 2,225.396 3 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.9882** | **9.5246** | **14.6258** | **0.0228** | | **0.4685** | **0.4685** | | **0.4310** | **0.4310** | | **2,207.547 2** | **2,207.547 2** | **0.7140** | | **2,225.396 3** |

AR 007641

AR004781

CalEEMod Version: CalEEMod.2016.3.2                    Page 25 of 34                    Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.5 Paving - 2024

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0588 | 0.0298 | 0.4426 | 1.4300e-003 | 0.1677 | 9.3000e-004 | 0.1686 | 0.0445 | 8.6000e-004 | 0.0453 | | 142.7447 | 142.7447 | 2.8000e-003 | | 142.8147 |
| **Total** | **0.0588** | **0.0298** | **0.4426** | **1.4300e-003** | **0.1677** | **9.3000e-004** | **0.1686** | **0.0445** | **8.6000e-004** | **0.0453** | | **142.7447** | **142.7447** | **2.8000e-003** | | **142.8147** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.9882 | 9.5246 | 14.6258 | 0.0228 | | 0.4685 | 0.4685 | | 0.4310 | 0.4310 | 0.0000 | 2,207.5472 | 2,207.5472 | 0.7140 | | 2,225.3963 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.9882** | **9.5246** | **14.6258** | **0.0228** | | **0.4685** | **0.4685** | | **0.4310** | **0.4310** | **0.0000** | **2,207.5472** | **2,207.5472** | **0.7140** | | **2,225.3963** |

AR 007642

AR004782

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.5 Paving - 2024
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0588 | 0.0298 | 0.4426 | 1.4300e-003 | 0.1677 | 9.3000e-004 | 0.1686 | 0.0445 | 8.6000e-004 | 0.0453 | | 142.7447 | 142.7447 | 2.8000e-003 | | 142.8147 |
| **Total** | **0.0588** | **0.0298** | **0.4426** | **1.4300e-003** | **0.1677** | **9.3000e-004** | **0.1686** | **0.0445** | **8.6000e-004** | **0.0453** | | **142.7447** | **142.7447** | **2.8000e-003** | | **142.8147** |

### 3.6 Architectural Coating - 2024
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Archit. Coating | 162.9080 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.1808 | 1.2188 | 1.8101 | 2.9700e-003 | | 0.0609 | 0.0609 | | 0.0609 | 0.0609 | | 281.4481 | 281.4481 | 0.0159 | | 281.8443 |
| **Total** | **163.0887** | **1.2188** | **1.8101** | **2.9700e-003** | | **0.0609** | **0.0609** | | **0.0609** | **0.0609** | | **281.4481** | **281.4481** | **0.0159** | | **281.8443** |

AR 007643

AR004783

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.6 Architectural Coating - 2024

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.3096 | 0.1570 | 2.3312 | 7.5400e-003 | 0.8830 | 4.8900e-003 | 0.8879 | 0.2342 | 4.5000e-003 | 0.2387 | | 751.7889 | 751.7889 | 0.0148 | | 752.1575 |
| **Total** | **0.3096** | **0.1570** | **2.3312** | **7.5400e-003** | **0.8830** | **4.8900e-003** | **0.8879** | **0.2342** | **4.5000e-003** | **0.2387** | | **751.7889** | **751.7889** | **0.0148** | | **752.1575** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Archit. Coating | 162.9080 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.1808 | 1.2188 | 1.8101 | 2.9700e-003 | | 0.0609 | 0.0609 | | 0.0609 | 0.0609 | 0.0000 | 281.4481 | 281.4481 | 0.0159 | | 281.8443 |
| **Total** | **163.0887** | **1.2188** | **1.8101** | **2.9700e-003** | | **0.0609** | **0.0609** | | **0.0609** | **0.0609** | **0.0000** | **281.4481** | **281.4481** | **0.0159** | | **281.8443** |

AR 007644

AR004784

CalEEMod Version: CalEEMod.2016.3.2                 Page 28 of 34                 Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

### 3.6 Architectural Coating - 2024

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.3096 | 0.1570 | 2.3312 | 7.5400e-003 | 0.8830 | 4.8900e-003 | 0.8879 | 0.2342 | 4.5000e-003 | 0.2387 | | 751.7889 | 751.7889 | 0.0148 | | 752.1575 |
| **Total** | **0.3096** | **0.1570** | **2.3312** | **7.5400e-003** | **0.8830** | **4.8900e-003** | **0.8879** | **0.2342** | **4.5000e-003** | **0.2387** | | **751.7889** | **751.7889** | **0.0148** | | **752.1575** |

## 4.0 Operational Detail - Mobile

### 4.1 Mitigation Measures Mobile

AR 007645

AR004785

CalEEMod Version: CalEEMod.2016.3.2                Page 29 of 34                Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Unmitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Industrial Park | 0.00 | 0.00 | 0.00 | | |
| Medical Office Building | 0.00 | 0.00 | 0.00 | | |
| Strip Mall | 0.00 | 0.00 | 0.00 | | |
| Total | 0.00 | 0.00 | 0.00 | | |

## 4.3 Trip Type Information

| | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| Land Use | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Industrial Park | 16.60 | 8.40 | 6.90 | 59.00 | 28.00 | 13.00 | 79 | 19 | 2 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Strip Mall | 16.60 | 8.40 | 6.90 | 16.60 | 64.40 | 19.00 | 45 | 40 | 15 |

## 4.4 Fleet Mix

AR 007646

**AR004786**

CalEEMod Version: CalEEMod.2016.3.2                Page 30 of 34                Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial Park | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |
| Medical Office Building | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |
| Strip Mall | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |

## 5.0 Energy Detail

Historical Energy Use: N

### 5.1 Mitigation Measures Energy

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | | lb/day | | | | | | | lb/day | | |
| NaturalGas Mitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NaturalGas Unmitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007647

AR004787

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 5.2 Energy by Land Use - NaturalGas

### Unmitigated

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | | | | | lb/day | | | | | | | | lb/day | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

### Mitigated

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | | | | | lb/day | | | | | | | | lb/day | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

## 6.0 Area Detail

AR 007648

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 6.1 Mitigation Measures Area

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |
| Unmitigated | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |

## 6.2 Area by SubCategory

**Unmitigated**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SubCategory | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 19.1377 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 9.1000e-003 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |
| **Total** | **19.1468** | **8.9000e-004** | **0.0985** | **1.0000e-005** | | **3.5000e-004** | **3.5000e-004** | | **3.5000e-004** | **3.5000e-004** | | **0.2115** | **0.2115** | **5.5000e-004** | | **0.2253** |

AR 007649

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

## 6.2 Area by SubCategory

**Mitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 19.1377 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 9.1000e-003 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | | 0.2115 | 0.2115 | 5.5000e-004 | 0.2253 |
| **Total** | **19.1468** | **8.9000e-004** | **0.0985** | **1.0000e-005** | | **3.5000e-004** | **3.5000e-004** | | **3.5000e-004** | **3.5000e-004** | | | **0.2115** | **0.2115** | **5.5000e-004** | **0.2253** |

# 7.0 Water Detail

## 7.1 Mitigation Measures Water

# 8.0 Waste Detail

## 8.1 Mitigation Measures Waste

# 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

# 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

AR 007650

**AR004790**

CalEEMod Version: CalEEMod.2016.3.2          Page 34 of 34                    Date: 7/8/2020 1:10 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Summer

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
|---|---|---|---|---|---|

**User Defined Equipment**

| Equipment Type | Number |
|---|---|

## 11.0 Vegetation

AR 007651

AR004791

CalEEMod Version: CalEEMod.2016.3.2                    Page 1 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run
### Riverside-South Coast County, Winter

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Medical Office Building | 52.06 | 1000sqft | 4.00 | 52,065.00 | 0 |
| Industrial Park | 877.30 | 1000sqft | 40.28 | 877,298.00 | 0 |
| Strip Mall | 37.19 | 1000sqft | 2.83 | 37,189.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | |
|---|---|---|---|---|
| Urbanization | Urban | Wind Speed (m/s) | 2.4 | Precipitation Freq (Days) | 28 |
| Climate Zone | 10 | | | Operational Year | 2024 |

Utility Company        Southern California Edison

| | | | | | |
|---|---|---|---|---|---|
| CO2 Intensity (lb/MWhr) | 702.44 | CH4 Intensity (lb/MWhr) | 0.029 | N2O Intensity (lb/MWhr) | 0.006 |

### 1.3 User Entered Comments & Non-Default Data

AR 007652

AR004792

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

Project Characteristics -

Land Use - Per land use plan

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Off-road Equipment - Operations only

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Off-road Equipment - Construction only

Trips and VMT - Construction only

On-road Fugitive Dust - Construction only

Grading - Construction only

Architectural Coating - Construction only

Vehicle Trips - Construction only

Energy Use - Construction only

Fleet Mix - Only cars and trucks present on site

Construction Phase -

Road Dust - Construction only

Consumer Products - Construction only

Area Coating - Construction only

Landscape Equipment - Construction only

Water And Wastewater - Construction only

Solid Waste - Construction only

Construction Off-road Equipment Mitigation -

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblAreaCoating | Area_EF_Nonresidential_Exterior | 100 | 0 |
| tblAreaCoating | Area_EF_Nonresidential_Interior | 100 | 0 |

AR 007653

AR004793

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

| tblAreaCoating | Area_EF_Parking | 100 | 0 |
| tblAreaCoating | Area_EF_Residential_Exterior | 50 | 0 |
| tblAreaCoating | Area_EF_Residential_Interior | 50 | 0 |
| tblAreaCoating | Area_Nonresidential_Exterior | 483276 | 0 |
| tblAreaCoating | Area_Nonresidential_Interior | 1449828 | 0 |
| tblAreaCoating | ReapplicationRatePercent | 10 | 0 |
| tblEnergyUse | LightingElect | 3.66 | 0.00 |
| tblEnergyUse | LightingElect | 3.66 | 0.00 |
| tblEnergyUse | LightingElect | 5.61 | 0.00 |
| tblEnergyUse | NT24E | 2.79 | 0.00 |
| tblEnergyUse | NT24E | 2.79 | 0.00 |
| tblEnergyUse | NT24E | 2.44 | 0.00 |
| tblEnergyUse | NT24NG | 0.30 | 0.00 |
| tblEnergyUse | T24E | 3.07 | 0.00 |
| tblEnergyUse | T24E | 3.07 | 0.00 |
| tblEnergyUse | T24E | 4.58 | 0.00 |
| tblEnergyUse | T24NG | 3.47 | 0.00 |
| tblEnergyUse | T24NG | 3.47 | 0.00 |
| tblEnergyUse | T24NG | 1.92 | 0.00 |
| tblLandUse | LandUseSquareFeet | 52,060.00 | 52,065.00 |
| tblLandUse | LandUseSquareFeet | 877,300.00 | 877,298.00 |
| tblLandUse | LandUseSquareFeet | 37,190.00 | 37,189.00 |
| tblLandUse | LotAcreage | 1.20 | 4.00 |
| tblLandUse | LotAcreage | 20.14 | 40.28 |
| tblLandUse | LotAcreage | 0.85 | 2.83 |
| tblRoadDust | MeanVehicleSpeed | 40 | 0 |
| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |

AR 007654

AR004794

CalEEMod Version: CalEEMod.2016.3.2                    Page 4 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |
|---|---|---|---|
| tblSolidWaste | LandfillCaptureGasFlare | 94.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | LandfillNoGasCapture | 6.00 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 1,087.85 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 562.25 | 0.00 |
| tblSolidWaste | SolidWasteGenerationRate | 39.05 | 0.00 |
| tblVehicleTrips | ST_TR | 2.49 | 0.00 |
| tblVehicleTrips | ST_TR | 8.96 | 0.00 |
| tblVehicleTrips | ST_TR | 42.04 | 0.00 |
| tblVehicleTrips | SU_TR | 0.73 | 0.00 |
| tblVehicleTrips | SU_TR | 1.55 | 0.00 |
| tblVehicleTrips | SU_TR | 20.43 | 0.00 |
| tblVehicleTrips | WD_TR | 6.83 | 0.00 |
| tblVehicleTrips | WD_TR | 36.13 | 0.00 |
| tblVehicleTrips | WD_TR | 44.32 | 0.00 |
| tblWater | IndoorWaterUseRate | 202,875,625.00 | 0.00 |
| tblWater | IndoorWaterUseRate | 6,532,516.79 | 0.00 |
| tblWater | IndoorWaterUseRate | 2,754,757.07 | 0.00 |
| tblWater | OutdoorWaterUseRate | 1,244,288.91 | 0.00 |
| tblWater | OutdoorWaterUseRate | 1,688,399.50 | 0.00 |

## 2.0 Emissions Summary

AR 007655

AR004795

CalEEMod Version: CalEEMod.2016.3.2                    Page 5 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 2.1 Overall Construction (Maximum Daily Emission)

**Unmitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2020 | 4.5498 | 50.2598 | 32.6106 | 0.0640 | 18.2675 | 2.1986 | 20.4661 | 9.9840 | 2.0227 | 12.0068 | 0.0000 | 6,203.512 4 | 6,203.512 4 | 1.9473 | 0.0000 | 6,252.195 6 |
| 2021 | 4.2842 | 46.4557 | 31.5088 | 0.1044 | 8.8969 | 1.9867 | 10.8836 | 3.6558 | 1.8277 | 5.4835 | 0.0000 | 10,500.45 92 | 10,500.45 92 | 1.9472 | 0.0000 | 10,526.65 40 |
| 2022 | 3.8048 | 30.2697 | 30.1553 | 0.1026 | 5.4492 | 0.8586 | 6.3078 | 1.4681 | 0.8077 | 2.2758 | 0.0000 | 10,326.77 77 | 10,326.77 77 | 1.0170 | 0.0000 | 10,352.20 31 |
| 2023 | 3.4821 | 25.5161 | 28.7691 | 0.1002 | 5.4492 | 0.7354 | 6.1845 | 1.4681 | 0.6916 | 2.1597 | 0.0000 | 10,081.95 74 | 10,081.95 74 | 0.9275 | 0.0000 | 10,105.14 44 |
| 2024 | 163.3953 | 24.4363 | 27.9643 | 0.0988 | 5.4491 | 0.6486 | 6.0977 | 1.4681 | 0.6098 | 2.0779 | 0.0000 | 9,942.202 7 | 9,942.202 7 | 0.9123 | 0.0000 | 9,965.010 8 |
| **Maximum** | 163.3953 | 50.2598 | 32.6106 | 0.1044 | 18.2675 | 2.1986 | 20.4661 | 9.9840 | 2.0227 | 12.0068 | 0.0000 | 10,500.45 92 | 10,500.45 92 | 1.9473 | 0.0000 | 10,526.65 40 |

AR 007656

CalEEMod Version: CalEEMod.2016.3.2                    Page 6 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 2.1 Overall Construction (Maximum Daily Emission)

**Mitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2020 | 4.5498 | 50.2598 | 32.6106 | 0.0640 | 7.2470 | 2.1986 | 9.4457 | 3.9263 | 2.0227 | 5.9491 | 0.0000 | 6,203.5124 | 6,203.5124 | 1.9473 | 0.0000 | 6,252.1956 |
| 2021 | 4.2842 | 46.4557 | 31.5088 | 0.1044 | 5.4493 | 1.9867 | 6.4627 | 1.4681 | 1.8277 | 3.2897 | 0.0000 | 10,500.4592 | 10,500.4592 | 1.9472 | 0.0000 | 10,526.6540 |
| 2022 | 3.8048 | 30.2697 | 30.1553 | 0.1026 | 5.4492 | 0.8586 | 6.3078 | 1.4681 | 0.8077 | 2.2758 | 0.0000 | 10,326.7777 | 10,326.7777 | 1.0170 | 0.0000 | 10,352.2031 |
| 2023 | 3.4821 | 25.5161 | 28.7691 | 0.1002 | 5.4492 | 0.7354 | 6.1845 | 1.4681 | 0.6916 | 2.1597 | 0.0000 | 10,081.9574 | 10,081.9574 | 0.9275 | 0.0000 | 10,105.1444 |
| 2024 | 163.3953 | 24.4363 | 27.9643 | 0.0988 | 5.4491 | 0.6486 | 6.0977 | 1.4681 | 0.6098 | 2.0779 | 0.0000 | 9,942.2027 | 9,942.2027 | 0.9123 | 0.0000 | 9,965.0108 |
| Maximum | 163.3953 | 50.2598 | 32.6106 | 0.1044 | 7.2470 | 2.1986 | 9.4457 | 3.9263 | 2.0227 | 5.9491 | 0.0000 | 10,500.4592 | 10,500.4592 | 1.9473 | 0.0000 | 10,526.6540 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 33.25 | 0.00 | 30.92 | 45.70 | 0.00 | 34.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

AR 007657

AR004797

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 2.2 Overall Operational

### Unmitigated Operational

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Area | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |
| Energy | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Mobile | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | 0.0000 | 3.5000e-004 | 3.5000e-004 | 0.0000 | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | 0.0000 | 0.2253 |

### Mitigated Operational

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Area | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |
| Energy | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Mobile | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | 0.0000 | 3.5000e-004 | 3.5000e-004 | 0.0000 | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | 0.0000 | 0.2253 |

AR 007658

AR004798

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

**Construction Phase**

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Site Preparation | Site Preparation | 11/1/2020 | 12/11/2020 | 5 | 30 | |
| 2 | Grading | Grading | 12/12/2020 | 3/26/2021 | 5 | 75 | |
| 3 | Building Construction | Building Construction | 3/27/2021 | 1/26/2024 | 5 | 740 | |
| 4 | Paving | Paving | 1/27/2024 | 4/12/2024 | 5 | 55 | |
| 5 | Architectural Coating | Architectural Coating | 4/13/2024 | 6/28/2024 | 5 | 55 | |

**Acres of Grading (Site Preparation Phase): 0**

**Acres of Grading (Grading Phase): 187.5**

**Acres of Paving: 0**

**Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 1,449,828; Non-Residential Outdoor: 483,276; Striped Parking Area: 0 (Architectural Coating – sqft)**

**OffRoad Equipment**

AR 007659

AR004799

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|---|---|---|---|---|---|
| Site Preparation | Rubber Tired Dozers | 3 | 8.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 4 | 8.00 | 97 | 0.37 |
| Grading | Excavators | 2 | 8.00 | 158 | 0.38 |
| Grading | Graders | 1 | 8.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 1 | 8.00 | 247 | 0.40 |
| Grading | Scrapers | 2 | 8.00 | 367 | 0.48 |
| Grading | Tractors/Loaders/Backhoes | 2 | 8.00 | 97 | 0.37 |
| Building Construction | Cranes | 1 | 7.00 | 231 | 0.29 |
| Building Construction | Forklifts | 3 | 8.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 1 | 8.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 3 | 7.00 | 97 | 0.37 |
| Building Construction | Welders | 1 | 8.00 | 46 | 0.45 |
| Paving | Pavers | 2 | 8.00 | 130 | 0.42 |
| Paving | Paving Equipment | 2 | 8.00 | 132 | 0.36 |
| Paving | Rollers | 2 | 8.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 1 | 6.00 | 78 | 0.48 |

**Trips and VMT**

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Site Preparation | 7 | 18.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 8 | 20.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 9 | 397.00 | 158.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 6 | 15.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 1 | 79.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

AR 007660

AR004800

Page 10 of 34

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.1 Mitigation Measures Construction

Water Exposed Area

### 3.2 Site Preparation - 2020

#### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 18.0663 | 0.0000 | 18.0663 | 9.9307 | 0.0000 | 9.9307 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.0765 | 42.4173 | 21.5136 | 0.0380 | | 2.1974 | 2.1974 | | 2.0216 | 2.0216 | | 3,685.1016 | 3,685.1016 | 1.1918 | | 3,714.8975 |
| **Total** | **4.0765** | **42.4173** | **21.5136** | **0.0380** | **18.0663** | **2.1974** | **20.2637** | **9.9307** | **2.0216** | **11.9523** | | **3,685.1016** | **3,685.1016** | **1.1918** | | **3,714.8975** |

AR 007661

AR004801

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.2 Site Preparation - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0897 | 0.0560 | 0.5871 | 1.7900e-003 | 0.2012 | 1.2200e-003 | 0.2024 | 0.0534 | 1.1200e-003 | 0.0545 | | 177.8824 | 177.8824 | 4.4200e-003 | | 177.9929 |
| **Total** | **0.0897** | **0.0560** | **0.5871** | **1.7900e-003** | **0.2012** | **1.2200e-003** | **0.2024** | **0.0534** | **1.1200e-003** | **0.0545** | | **177.8824** | **177.8824** | **4.4200e-003** | | **177.9929** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 7.0458 | 0.0000 | 7.0458 | 3.8730 | 0.0000 | 3.8730 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.0765 | 42.4173 | 21.5136 | 0.0380 | | 2.1974 | 2.1974 | | 2.0216 | 2.0216 | 0.0000 | 3,685.1016 | 3,685.1016 | 1.1918 | | 3,714.8975 |
| **Total** | **4.0765** | **42.4173** | **21.5136** | **0.0380** | **7.0458** | **2.1974** | **9.2433** | **3.8730** | **2.0216** | **5.8946** | **0.0000** | **3,685.1016** | **3,685.1016** | **1.1918** | | **3,714.8975** |

AR 007662

AR004802

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.2 Site Preparation - 2020
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0897 | 0.0560 | 0.5871 | 1.7900e-003 | 0.2012 | 1.2200e-003 | 0.2024 | 0.0534 | 1.1200e-003 | 0.0545 | | 177.8824 | 177.8824 | 4.4200e-003 | | 177.9929 |
| **Total** | **0.0897** | **0.0560** | **0.5871** | **1.7900e-003** | **0.2012** | **1.2200e-003** | **0.2024** | **0.0534** | **1.1200e-003** | **0.0545** | | **177.8824** | **177.8824** | **4.4200e-003** | | **177.9929** |

### 3.3 Grading - 2020
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Fugitive Dust | | | | | 8.6733 | 0.0000 | 8.6733 | 3.5965 | 0.0000 | 3.5965 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.4501 | 50.1975 | 31.9583 | 0.0620 | | 2.1739 | 2.1739 | | 2.0000 | 2.0000 | | 6,005.8653 | 6,005.8653 | 1.9424 | | 6,054.4257 |
| **Total** | **4.4501** | **50.1975** | **31.9583** | **0.0620** | **8.6733** | **2.1739** | **10.8472** | **3.5965** | **2.0000** | **5.5965** | | **6,005.8653** | **6,005.8653** | **1.9424** | | **6,054.4257** |

AR 007663

AR004803

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.3 Grading - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0997 | 0.0623 | 0.6524 | 1.9800e-003 | 0.2236 | 1.3500e-003 | 0.2249 | 0.0593 | 1.2500e-003 | 0.0605 | | 197.6472 | 197.6472 | 4.9100e-003 | | 197.7699 |
| **Total** | **0.0997** | **0.0623** | **0.6524** | **1.9800e-003** | **0.2236** | **1.3500e-003** | **0.2249** | **0.0593** | **1.2500e-003** | **0.0605** | | **197.6472** | **197.6472** | **4.9100e-003** | | **197.7699** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 3.3826 | 0.0000 | 3.3826 | 1.4026 | 0.0000 | 1.4026 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.4501 | 50.1975 | 31.9583 | 0.0620 | | 2.1739 | 2.1739 | | 2.0000 | 2.0000 | 0.0000 | 6,005.8653 | 6,005.8653 | 1.9424 | | 6,054.4257 |
| **Total** | **4.4501** | **50.1975** | **31.9583** | **0.0620** | **3.3826** | **2.1739** | **5.5565** | **1.4026** | **2.0000** | **3.4026** | **0.0000** | **6,005.8653** | **6,005.8653** | **1.9424** | | **6,054.4257** |

AR 007664

AR004804

CalEEMod Version: CalEEMod.2016.3.2                Page 14 of 34                Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.3 Grading - 2020
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0997 | 0.0623 | 0.6524 | 1.9800e-003 | 0.2236 | 1.3500e-003 | 0.2249 | 0.0593 | 1.2500e-003 | 0.0605 | | 197.6472 | 197.6472 | 4.9100e-003 | | 197.7699 |
| **Total** | **0.0997** | **0.0623** | **0.6524** | **1.9800e-003** | **0.2236** | **1.3500e-003** | **0.2249** | **0.0593** | **1.2500e-003** | **0.0605** | | **197.6472** | **197.6472** | **4.9100e-003** | | **197.7699** |

### 3.3 Grading - 2021
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 8.6733 | 0.0000 | 8.6733 | 3.5965 | 0.0000 | 3.5965 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.1912 | 46.3998 | 30.8785 | 0.0620 | | 1.9853 | 1.9853 | | 1.8265 | 1.8265 | | 6,007.0434 | 6,007.0434 | 1.9428 | | 6,055.6134 |
| **Total** | **4.1912** | **46.3998** | **30.8785** | **0.0620** | **8.6733** | **1.9853** | **10.6587** | **3.5965** | **1.8265** | **5.4230** | | **6,007.0434** | **6,007.0434** | **1.9428** | | **6,055.6134** |

AR 007665

AR004805

CalEEMod Version: CalEEMod.2016.3.2        Page 15 of 34        Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 3.3 Grading - 2021

### Unmitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0931 | 0.0559 | 0.5969 | 1.9200e-003 | 0.2236 | 1.3200e-003 | 0.2249 | 0.0593 | 1.2100e-003 | 0.0605 | | 191.0387 | 191.0387 | 4.4100e-003 | | 191.1491 |
| **Total** | **0.0931** | **0.0559** | **0.5969** | **1.9200e-003** | **0.2236** | **1.3200e-003** | **0.2249** | **0.0593** | **1.2100e-003** | **0.0605** | | **191.0387** | **191.0387** | **4.4100e-003** | | **191.1491** |

### Mitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 3.3826 | 0.0000 | 3.3826 | 1.4026 | 0.0000 | 1.4026 | | | 0.0000 | | | 0.0000 |
| Off-Road | 4.1912 | 46.3998 | 30.8785 | 0.0620 | | 1.9853 | 1.9853 | | 1.8265 | 1.8265 | 0.0000 | 6,007.0434 | 6,007.0434 | 1.9428 | | 6,055.6134 |
| **Total** | **4.1912** | **46.3998** | **30.8785** | **0.0620** | **3.3826** | **1.9853** | **5.3679** | **1.4026** | **1.8265** | **3.2292** | **0.0000** | **6,007.0434** | **6,007.0434** | **1.9428** | | **6,055.6134** |

AR 007666

AR004806

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.3 Grading - 2021
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0931 | 0.0559 | 0.5969 | 1.9200e-003 | 0.2236 | 1.3200e-003 | 0.2249 | 0.0593 | 1.2100e-003 | 0.0605 | | 191.0387 | 191.0387 | 4.4100e-003 | | 191.1491 |
| **Total** | **0.0931** | **0.0559** | **0.5969** | **1.9200e-003** | **0.2236** | **1.3200e-003** | **0.2249** | **0.0593** | **1.2100e-003** | **0.0605** | | **191.0387** | **191.0387** | **4.4100e-003** | | **191.1491** |

### 3.4 Building Construction - 2021
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.9009 | 17.4321 | 16.5752 | 0.0269 | | 0.9586 | 0.9586 | | 0.9013 | 0.9013 | | 2,553.3639 | 2,553.3639 | 0.6160 | | 2,568.7643 |
| **Total** | **1.9009** | **17.4321** | **16.5752** | **0.0269** | | **0.9586** | **0.9586** | | **0.9013** | **0.9013** | | **2,553.3639** | **2,553.3639** | **0.6160** | | **2,568.7643** |

AR 007667

AR004807

CalEEMod Version: CalEEMod.2016.3.2                    Page 17 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 3.4 Building Construction - 2021

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.3918 | 14.4953 | 3.0859 | 0.0394 | 1.0117 | 0.0287 | 1.0404 | 0.2913 | 0.0274 | 0.3187 | | 4,154.976 9 | 4,154.976 9 | 0.3442 | | 4,163.580 7 |
| Worker | 1.8471 | 1.1089 | 11.8477 | 0.0380 | 4.4375 | 0.0262 | 4.4637 | 1.1769 | 0.0241 | 1.2009 | | 3,792.1184 | 3,792.1184 | 0.0876 | | 3,794.309 1 |
| **Total** | **2.2388** | **15.6042** | **14.9336** | **0.0774** | **5.4493** | **0.0548** | **5.5041** | **1.4681** | **0.0515** | **1.5196** | | **7,947.095 3** | **7,947.095 3** | **0.4318** | | **7,957.889 8** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.9009 | 17.4321 | 16.5752 | 0.0269 | | 0.9586 | 0.9586 | | 0.9013 | 0.9013 | 0.0000 | 2,553.363 9 | 2,553.363 9 | 0.6160 | | 2,568.764 3 |
| **Total** | **1.9009** | **17.4321** | **16.5752** | **0.0269** | | **0.9586** | **0.9586** | | **0.9013** | **0.9013** | **0.0000** | **2,553.363 9** | **2,553.363 9** | **0.6160** | | **2,568.764 3** |

AR 007668

AR004808

CalEEMod Version: CalEEMod.2016.3.2                    Page 18 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.4 Building Construction - 2021
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.3918 | 14.4953 | 3.0859 | 0.0394 | 1.0117 | 0.0287 | 1.0404 | 0.2913 | 0.0274 | 0.3187 | | 4,154.976 9 | 4,154.976 9 | 0.3442 | | 4,163.580 7 |
| Worker | 1.8471 | 1.1089 | 11.8477 | 0.0380 | 4.4375 | 0.0262 | 4.4637 | 1.1769 | 0.0241 | 1.2009 | | 3,792.1184 | 3,792.1184 | 0.0876 | | 3,794.309 1 |
| **Total** | **2.2388** | **15.6042** | **14.9336** | **0.0774** | **5.4493** | **0.0548** | **5.5041** | **1.4681** | **0.0515** | **1.5196** | | **7,947.095 3** | **7,947.095 3** | **0.4318** | | **7,957.889 8** |

### 3.4 Building Construction - 2022
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 1.7062 | 15.6156 | 16.3634 | 0.0269 | | 0.8090 | 0.8090 | | 0.7612 | 0.7612 | | 2,554.333 6 | 2,554.333 6 | 0.6120 | | 2,569.632 2 |
| **Total** | **1.7062** | **15.6156** | **16.3634** | **0.0269** | | **0.8090** | **0.8090** | | **0.7612** | **0.7612** | | **2,554.333 6** | **2,554.333 6** | **0.6120** | | **2,569.632 2** |

AR 007669

**AR004809**

CalEEMod Version: CalEEMod.2016.3.2        Page 19 of 34        Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 3.4 Building Construction - 2022

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.3658 | 13.6565 | 2.8806 | 0.0391 | 1.0117 | 0.0241 | 1.0358 | 0.2913 | 0.0231 | 0.3144 | | 4,118.6988 | 4,118.6988 | 0.3263 | | 4,126.8555 |
| Worker | 1.7328 | 0.9976 | 10.9113 | 0.0366 | 4.4375 | 0.0255 | 4.4630 | 1.1769 | 0.0234 | 1.2003 | | 3,653.7454 | 3,653.7454 | 0.0788 | | 3,655.7154 |
| **Total** | **2.0986** | **14.6541** | **13.7919** | **0.0757** | **5.4492** | **0.0496** | **5.4988** | **1.4681** | **0.0465** | **1.5147** | | **7,772.4441** | **7,772.4441** | **0.4051** | | **7,782.5709** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.7062 | 15.6156 | 16.3634 | 0.0269 | | 0.8090 | 0.8090 | | 0.7612 | 0.7612 | 0.0000 | 2,554.3336 | 2,554.3336 | 0.6120 | | 2,569.6322 |
| **Total** | **1.7062** | **15.6156** | **16.3634** | **0.0269** | | **0.8090** | **0.8090** | | **0.7612** | **0.7612** | **0.0000** | **2,554.3336** | **2,554.3336** | **0.6120** | | **2,569.6322** |

CalEEMod Version: CalEEMod.2016.3.2 | Page 20 of 34 | Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.4 Building Construction - 2022
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.3658 | 13.6565 | 2.8806 | 0.0391 | 1.0117 | 0.0241 | 1.0358 | 0.2913 | 0.0231 | 0.3144 | | 4,118.6988 | 4,118.6988 | 0.3263 | | 4,126.8555 |
| Worker | 1.7328 | 0.9976 | 10.9113 | 0.0366 | 4.4375 | 0.0255 | 4.4630 | 1.1769 | 0.0234 | 1.2003 | | 3,653.7454 | 3,653.7454 | 0.0788 | | 3,655.7154 |
| **Total** | **2.0986** | **14.6541** | **13.7919** | **0.0757** | **5.4492** | **0.0496** | **5.4988** | **1.4681** | **0.0465** | **1.5147** | | **7,772.4441** | **7,772.4441** | **0.4051** | | **7,782.5709** |

### 3.4 Building Construction - 2023
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Off-Road | 1.5728 | 14.3849 | 16.2440 | 0.0269 | | 0.6997 | 0.6997 | | 0.6584 | 0.6584 | | 2,555.2099 | 2,555.2099 | 0.6079 | | 2,570.4061 |
| **Total** | **1.5728** | **14.3849** | **16.2440** | **0.0269** | | **0.6997** | **0.6997** | | **0.6584** | **0.6584** | | **2,555.2099** | **2,555.2099** | **0.6079** | | **2,570.4061** |

AR 007671

AR004811

CalEEMod Version: CalEEMod.2016.3.2                    Page 21 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.4 Building Construction - 2023

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.2795 | 10.2320 | 2.4699 | 0.0380 | 1.0117 | 0.0108 | 1.0224 | 0.2913 | 0.0103 | 0.3016 | | 4,011.6616 | 4,011.6616 | 0.2488 | | 4,017.8819 |
| Worker | 1.6298 | 0.8992 | 10.0552 | 0.0353 | 4.4375 | 0.0249 | 4.4624 | 1.1769 | 0.0229 | 1.1997 | | 3,515.0858 | 3,515.0858 | 0.0708 | | 3,516.8565 |
| **Total** | **1.9093** | **11.1312** | **12.5251** | **0.0733** | **5.4492** | **0.0356** | **5.4848** | **1.4681** | **0.0332** | **1.5013** | | **7,526.7475** | **7,526.7475** | **0.3196** | | **7,534.7384** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.5728 | 14.3849 | 16.2440 | 0.0269 | | 0.6997 | 0.6997 | | 0.6584 | 0.6584 | 0.0000 | 2,555.2099 | 2,555.2099 | 0.6079 | | 2,570.4061 |
| **Total** | **1.5728** | **14.3849** | **16.2440** | **0.0269** | | **0.6997** | **0.6997** | | **0.6584** | **0.6584** | **0.0000** | **2,555.2099** | **2,555.2099** | **0.6079** | | **2,570.4061** |

AR 007672

AR004812

CalEEMod Version: CalEEMod.2016.3.2                    Page 22 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.4 Building Construction - 2023
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.2795 | 10.2320 | 2.4699 | 0.0380 | 1.0117 | 0.0108 | 1.0224 | 0.2913 | 0.0103 | 0.3016 | | 4,011.6616 | 4,011.6616 | 0.2488 | | 4,017.8819 |
| Worker | 1.6298 | 0.8992 | 10.0552 | 0.0353 | 4.4375 | 0.0249 | 4.4624 | 1.1769 | 0.0229 | 1.1997 | | 3,515.0858 | 3,515.0858 | 0.0708 | | 3,516.8565 |
| **Total** | **1.9093** | **11.1312** | **12.5251** | **0.0733** | **5.4492** | **0.0356** | **5.4848** | **1.4681** | **0.0332** | **1.5013** | | **7,526.7475** | **7,526.7475** | **0.3196** | | **7,534.7384** |

### 3.4 Building Construction - 2024
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.4716 | 13.4438 | 16.1668 | 0.0270 | | 0.6133 | 0.6133 | | 0.5769 | 0.5769 | | 2,555.6989 | 2,555.6989 | 0.6044 | | 2,570.8077 |
| **Total** | **1.4716** | **13.4438** | **16.1668** | **0.0270** | | **0.6133** | **0.6133** | | **0.5769** | **0.5769** | | **2,555.6989** | **2,555.6989** | **0.6044** | | **2,570.8077** |

AR 007673

AR004813

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 3.4 Building Construction - 2024

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.2741 | 10.1775 | 2.3905 | 0.0379 | 1.0116 | 0.0107 | 1.0223 | 0.2913 | 0.0102 | 0.3015 | | 3,997.4206 | 3,997.4206 | 0.2434 | | 4,003.5046 |
| Worker | 1.5407 | 0.8150 | 9.4070 | 0.0340 | 4.4375 | 0.0246 | 4.4621 | 1.1769 | 0.0226 | 1.1995 | | 3,389.0832 | 3,389.0832 | 0.0646 | | 3,390.6985 |
| **Total** | **1.8148** | **10.9925** | **11.7975** | **0.0719** | **5.4491** | **0.0353** | **5.4844** | **1.4681** | **0.0329** | **1.5010** | | **7,386.5038** | **7,386.5038** | **0.3080** | | **7,394.2031** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 1.4716 | 13.4438 | 16.1668 | 0.0270 | | 0.6133 | 0.6133 | | 0.5769 | 0.5769 | 0.0000 | 2,555.6989 | 2,555.6989 | 0.6044 | | 2,570.8077 |
| **Total** | **1.4716** | **13.4438** | **16.1668** | **0.0270** | | **0.6133** | **0.6133** | | **0.5769** | **0.5769** | **0.0000** | **2,555.6989** | **2,555.6989** | **0.6044** | | **2,570.8077** |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.4 Building Construction - 2024
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.2741 | 10.1775 | 2.3905 | 0.0379 | 1.0116 | 0.0107 | 1.0223 | 0.2913 | 0.0102 | 0.3015 | | 3,997.420 6 | 3,997.420 6 | 0.2434 | | 4,003.504 6 |
| Worker | 1.5407 | 0.8150 | 9.4070 | 0.0340 | 4.4375 | 0.0246 | 4.4621 | 1.1769 | 0.0226 | 1.1995 | | 3,389.083 2 | 3,389.083 2 | 0.0646 | | 3,390.698 5 |
| Total | 1.8148 | 10.9925 | 11.7975 | 0.0719 | 5.4491 | 0.0353 | 5.4844 | 1.4681 | 0.0329 | 1.5010 | | 7,386.503 8 | 7,386.503 8 | 0.3080 | | 7,394.203 1 |

### 3.5 Paving - 2024
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Off-Road | 0.9882 | 9.5246 | 14.6258 | 0.0228 | | 0.4685 | 0.4685 | | 0.4310 | 0.4310 | | 2,207.547 2 | 2,207.547 2 | 0.7140 | | 2,225.396 3 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Total | 0.9882 | 9.5246 | 14.6258 | 0.0228 | | 0.4685 | 0.4685 | | 0.4310 | 0.4310 | | 2,207.547 2 | 2,207.547 2 | 0.7140 | | 2,225.396 3 |

AR 007675

CalEEMod Version: CalEEMod.2016.3.2                    Page 25 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.5 Paving - 2024

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0582 | 0.0308 | 0.3554 | 1.2800e-003 | 0.1677 | 9.3000e-004 | 0.1686 | 0.0445 | 8.6000e-004 | 0.0453 | | 128.0510 | 128.0510 | 2.4400e-003 | | 128.1120 |
| **Total** | **0.0582** | **0.0308** | **0.3554** | **1.2800e-003** | **0.1677** | **9.3000e-004** | **0.1686** | **0.0445** | **8.6000e-004** | **0.0453** | | **128.0510** | **128.0510** | **2.4400e-003** | | **128.1120** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | | lb/day | | |
| Off-Road | 0.9882 | 9.5246 | 14.6258 | 0.0228 | | 0.4685 | 0.4685 | | 0.4310 | 0.4310 | 0.0000 | 2,207.5472 | 2,207.5472 | 0.7140 | | 2,225.3963 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.9882** | **9.5246** | **14.6258** | **0.0228** | | **0.4685** | **0.4685** | | **0.4310** | **0.4310** | **0.0000** | **2,207.5472** | **2,207.5472** | **0.7140** | | **2,225.3963** |

AR 007676

AR004816

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

### 3.5 Paving - 2024
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0582 | 0.0308 | 0.3554 | 1.2800e-003 | 0.1677 | 9.3000e-004 | 0.1686 | 0.0445 | 8.6000e-004 | 0.0453 | | 128.0510 | 128.0510 | 2.4400e-003 | | 128.1120 |
| **Total** | **0.0582** | **0.0308** | **0.3554** | **1.2800e-003** | **0.1677** | **9.3000e-004** | **0.1686** | **0.0445** | **8.6000e-004** | **0.0453** | | **128.0510** | **128.0510** | **2.4400e-003** | | **128.1120** |

### 3.6 Architectural Coating - 2024
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Archit. Coating | 162.9080 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.1808 | 1.2188 | 1.8101 | 2.9700e-003 | | 0.0609 | 0.0609 | | 0.0609 | 0.0609 | | 281.4481 | 281.4481 | 0.0159 | | 281.8443 |
| **Total** | **163.0887** | **1.2188** | **1.8101** | **2.9700e-003** | | **0.0609** | **0.0609** | | **0.0609** | **0.0609** | | **281.4481** | **281.4481** | **0.0159** | | **281.8443** |

AR 007677

AR004817

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 3.6 Architectural Coating - 2024

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.3066 | 0.1622 | 1.8719 | 6.7600e-003 | 0.8830 | 4.8900e-003 | 0.8879 | 0.2342 | 4.5000e-003 | 0.2387 | | 674.4020 | 674.4020 | 0.0129 | | 674.7234 |
| **Total** | **0.3066** | **0.1622** | **1.8719** | **6.7600e-003** | **0.8830** | **4.8900e-003** | **0.8879** | **0.2342** | **4.5000e-003** | **0.2387** | | **674.4020** | **674.4020** | **0.0129** | | **674.7234** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Archit. Coating | 162.9080 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.1808 | 1.2188 | 1.8101 | 2.9700e-003 | | 0.0609 | 0.0609 | | 0.0609 | 0.0609 | 0.0000 | 281.4481 | 281.4481 | 0.0159 | | 281.8443 |
| **Total** | **163.0887** | **1.2188** | **1.8101** | **2.9700e-003** | | **0.0609** | **0.0609** | | **0.0609** | **0.0609** | **0.0000** | **281.4481** | **281.4481** | **0.0159** | | **281.8443** |

AR 007678

AR004818

CalEEMod Version: CalEEMod.2016.3.2                    Page 28 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 3.6 Architectural Coating - 2024
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.3066 | 0.1622 | 1.8719 | 6.7600e-003 | 0.8830 | 4.8900e-003 | 0.8879 | 0.2342 | 4.5000e-003 | 0.2387 | | 674.4020 | 674.4020 | 0.0129 | | 674.7234 |
| **Total** | **0.3066** | **0.1622** | **1.8719** | **6.7600e-003** | **0.8830** | **4.8900e-003** | **0.8879** | **0.2342** | **4.5000e-003** | **0.2387** | | **674.4020** | **674.4020** | **0.0129** | | **674.7234** |

## 4.0 Operational Detail - Mobile

## 4.1 Mitigation Measures Mobile

AR 007679

AR004819

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | lb/day | | | | | | | | lb/day | | | |
| Mitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Unmitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Industrial Park | 0.00 | 0.00 | 0.00 | | |
| Medical Office Building | 0.00 | 0.00 | 0.00 | | |
| Strip Mall | 0.00 | 0.00 | 0.00 | | |
| Total | 0.00 | 0.00 | 0.00 | | |

## 4.3 Trip Type Information

| | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| Land Use | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Industrial Park | 16.60 | 8.40 | 6.90 | 59.00 | 28.00 | 13.00 | 79 | 19 | 2 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Strip Mall | 16.60 | 8.40 | 6.90 | 16.60 | 64.40 | 19.00 | 45 | 40 | 15 |

## 4.4 Fleet Mix

CalEEMod Version: CalEEMod.2016.3.2                    Page 30 of 34                    Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial Park | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |
| Medical Office Building | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |
| Strip Mall | 0.551648 | 0.035769 | 0.187848 | 0.110184 | 0.013450 | 0.004660 | 0.017552 | 0.070120 | 0.001413 | 0.001134 | 0.004476 | 0.000905 | 0.000840 |

## 5.0 Energy Detail

Historical Energy Use: N

### 5.1 Mitigation Measures Energy

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| NaturalGas Mitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NaturalGas Unmitigated | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007681

AR004821

CalEEMod Version: CalEEMod.2016.3.2                      Page 31 of 34                      Date: 7/8/2020 1:11 PM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 5.2 Energy by Land Use - NaturalGas

**Unmitigated**

| | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Land Use | kBTU/yr | lb/day | | | | | | | | | | lb/day | | | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated**

| | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Land Use | kBTU/yr | lb/day | | | | | | | | | | lb/day | | | | | |
| Industrial Park | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Medical Office Building | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Strip Mall | 0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

## 6.0 Area Detail

AR 007682

AR004822

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 6.1 Mitigation Measures Area

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |
| Unmitigated | 19.1468 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |

## 6.2 Area by SubCategory

**Unmitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 19.1377 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 9.1000e-003 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | 0.2115 | 0.2115 | 5.5000e-004 | | 0.2253 |
| **Total** | **19.1468** | **8.9000e-004** | **0.0985** | **1.0000e-005** | | **3.5000e-004** | **3.5000e-004** | | **3.5000e-004** | **3.5000e-004** | | **0.2115** | **0.2115** | **5.5000e-004** | | **0.2253** |

AR 007683

AR004823

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

## 6.2 Area by SubCategory

**Mitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 19.1377 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 9.1000e-003 | 8.9000e-004 | 0.0985 | 1.0000e-005 | | 3.5000e-004 | 3.5000e-004 | | 3.5000e-004 | 3.5000e-004 | | | 0.2115 | 0.2115 | 5.5000e-004 | 0.2253 |
| **Total** | **19.1468** | **8.9000e-004** | **0.0985** | **1.0000e-005** | | **3.5000e-004** | **3.5000e-004** | | **3.5000e-004** | **3.5000e-004** | | | **0.2115** | **0.2115** | **5.5000e-004** | **0.2253** |

# 7.0 Water Detail

## 7.1 Mitigation Measures Water

# 8.0 Waste Detail

## 8.1 Mitigation Measures Waste

# 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

# 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

AR 007684

**AR004824**

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Construction Run - Riverside-South Coast County, Winter

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
|---|---|---|---|---|---|

**User Defined Equipment**

| Equipment Type | Number |
|---|---|

## 11.0 Vegetation

AR 007685

**AR004825**

CalEEMod Version: CalEEMod.2016.3.2                     Page 1 of 87                          Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

**12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run**
**Riverside-South Coast County, Annual**

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Bank (with Drive-Through) | 5.00 | 1000sqft | 0.11 | 5,000.00 | 0 |
| General Office Building | 5.00 | 1000sqft | 0.11 | 5,000.00 | 0 |
| Medical Office Building | 67.50 | 1000sqft | 1.55 | 67,500.00 | 0 |
| Quality Restaurant | 21.00 | 1000sqft | 0.48 | 21,000.00 | 0 |
| Automobile Care Center | 125.00 | 1000sqft | 2.87 | 125,000.00 | 0 |
| Automobile Care Center | 25.00 | 1000sqft | 0.57 | 25,000.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Urbanization** | Urban | **Wind Speed (m/s)** | 2.4 | **Precipitation Freq (Days)** | 28 |
| **Climate Zone** | 10 | | | **Operational Year** | 2020 |

**Utility Company**     Southern California Edison

| **CO2 Intensity (lb/MWhr)** | 702.44 | **CH4 Intensity (lb/MWhr)** | 0.029 | **N2O Intensity (lb/MWhr)** | 0.006 |
|---|---|---|---|---|---|

### 1.3 User Entered Comments & Non-Default Data

AR 007686

**AR004826**

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

Project Characteristics -

Land Use -

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Trips and VMT - Operations only

On-road Fugitive Dust - Operations only

Grading - Operations only

Architectural Coating - Operations

Energy Use - 2019 Title 24 Standards

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblArchitecturalCoating | ConstArea_Nonresidential_Exterior | 124,250.00 | 0.00 |
| tblArchitecturalCoating | ConstArea_Nonresidential_Interior | 372,750.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Exterior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Interior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Parking | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Exterior | 50.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Interior | 50.00 | 0.00 |
| tblEnergyUse | LightingElect | 2.93 | 2.05 |
| tblEnergyUse | LightingElect | 2.93 | 2.05 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 6.62 | 4.63 |

AR 007687

AR004827

CalEEMod Version: CalEEMod.2016.3.2                    Page 3 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblEnergyUse | T24E | 2.20 | 1.54 |
| tblEnergyUse | T24E | 2.20 | 1.54 |
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 12.38 | 8.66 |
| tblEnergyUse | T24NG | 15.36 | 10.75 |
| tblEnergyUse | T24NG | 15.36 | 10.75 |
| tblEnergyUse | T24NG | 3.47 | 2.42 |
| tblEnergyUse | T24NG | 3.47 | 2.42 |
| tblEnergyUse | T24NG | 77.67 | 54.30 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |

AR 007688

AR004828

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 4.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblTripsAndVMT | VendorTripNumber | 41.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 82.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 16.00 | 0.00 |
| tblVehicleEF | HHD | 1.50 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.6629e-007 |
| tblVehicleEF | HHD | 3.46 | 5.53 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.51 | 9.4864e-003 |
| tblVehicleEF | HHD | 6,555.40 | 1,119.65 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 27.96 | 6.29 |
| tblVehicleEF | HHD | 3.07 | 4.45 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |

AR 007689

AR004829

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 0.90 | 0.45 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4505e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9814e-007 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 1.03 | 0.52 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.06 | 2.6830e-006 |
| tblVehicleEF | HHD | 1.42 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.4667e-007 |

AR 007690

AR004830

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | HHD | 2.53 | 5.37 |
|---|---|---|---|
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.43 | 9.0047e-003 |
| tblVehicleEF | HHD | 6,940.41 | 1,120.47 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 28.85 | 6.16 |
| tblVehicleEF | HHD | 2.90 | 4.21 |
| tblVehicleEF | HHD | 20.32 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.85866e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.84 | 0.47 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.3541e-006 |
| tblVehicleEF | HHD | 0.07 | 0.01 |

AR 007691

AR004831

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.1000e-005 | 8.9058e-007 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.97 | 0.54 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.5774e-006 |
| tblVehicleEF | HHD | 1.62 | 0.02 |
| tblVehicleEF | HHD | 0.03 | 6.4690e-003 |
| tblVehicleEF | HHD | 0.11 | 4.6976e-007 |
| tblVehicleEF | HHD | 4.76 | 5.65 |
| tblVehicleEF | HHD | 0.46 | 0.56 |
| tblVehicleEF | HHD | 1.51 | 9.5464e-003 |
| tblVehicleEF | HHD | 6,023.73 | 1,099.62 |
| tblVehicleEF | HHD | 1,477.34 | 1,476.92 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 26.74 | 6.35 |
| tblVehicleEF | HHD | 3.05 | 4.31 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.03 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |

AR 007692

AR004832

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | HHD | 0.03 | 0.03 |
|---|---|---|---|
| tblVehicleEF | HHD | 8.8710e-003 | 8.7195e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 0.96 | 0.43 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4672e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9908e-007 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 1.11 | 0.49 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.11 | 0.16 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.06 | 2.7013e-006 |
| tblVehicleEF | LDA | 4.4730e-003 | 3.6439e-003 |
| tblVehicleEF | LDA | 6.2970e-003 | 0.06 |
| tblVehicleEF | LDA | 0.62 | 0.82 |
| tblVehicleEF | LDA | 1.29 | 2.22 |
| tblVehicleEF | LDA | 266.01 | 281.79 |
| tblVehicleEF | LDA | 60.91 | 56.36 |

AR 007693

AR004833

CalEEMod Version: CalEEMod.2016.3.2      Page 9 of 87      Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.08 | 0.27 |
| tblVehicleEF | LDA | 2.6640e-003 | 2.7877e-003 |
| tblVehicleEF | LDA | 6.3100e-004 | 5.5773e-004 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.09 | 0.29 |
| tblVehicleEF | LDA | 5.0810e-003 | 3.9168e-003 |
| tblVehicleEF | LDA | 5.4700e-003 | 0.05 |
| tblVehicleEF | LDA | 0.76 | 0.91 |

AR 007694

AR004834

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LDA | 1.14 | 1.89 |
|---|---|---|---|
| tblVehicleEF | LDA | 289.77 | 295.95 |
| tblVehicleEF | LDA | 60.91 | 55.74 |
| tblVehicleEF | LDA | 0.05 | 0.04 |
| tblVehicleEF | LDA | 0.08 | 0.19 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.01 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.07 | 0.24 |
| tblVehicleEF | LDA | 2.9040e-003 | 2.9279e-003 |
| tblVehicleEF | LDA | 6.2800e-004 | 5.5159e-004 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.08 | 0.26 |

AR 007695

AR004835

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LDA | 4.3110e-003 | 3.5693e-003 |
|---|---|---|---|
| tblVehicleEF | LDA | 6.4670e-003 | 0.06 |
| tblVehicleEF | LDA | 0.58 | 0.79 |
| tblVehicleEF | LDA | 1.32 | 2.28 |
| tblVehicleEF | LDA | 259.39 | 277.36 |
| tblVehicleEF | LDA | 60.91 | 56.47 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.09 | 0.27 |
| tblVehicleEF | LDA | 2.5980e-003 | 2.7439e-003 |
| tblVehicleEF | LDA | 6.3200e-004 | 5.5885e-004 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |

AR 007696

AR004836

CalEEMod Version: CalEEMod.2016.3.2                    Page 12 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.10 | 0.30 |
| tblVehicleEF | LDT1 | 0.01 | 9.4839e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.62 | 1.75 |
| tblVehicleEF | LDT1 | 3.78 | 2.46 |
| tblVehicleEF | LDT1 | 325.17 | 331.55 |
| tblVehicleEF | LDT1 | 74.01 | 67.29 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.27 | 0.45 |
| tblVehicleEF | LDT1 | 3.2720e-003 | 3.2808e-003 |
| tblVehicleEF | LDT1 | 8.0700e-004 | 6.6594e-004 |

CalEEMod Version: CalEEMod.2016.3.2                Page 13 of 87                Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LDT1 | 0.22 | 0.16 |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.30 | 0.49 |
| tblVehicleEF | LDT1 | 0.02 | 0.01 |
| tblVehicleEF | LDT1 | 0.02 | 0.08 |
| tblVehicleEF | LDT1 | 1.95 | 1.93 |
| tblVehicleEF | LDT1 | 3.33 | 2.09 |
| tblVehicleEF | LDT1 | 353.10 | 345.86 |
| tblVehicleEF | LDT1 | 74.01 | 66.53 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.22 | 0.29 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.04 | 0.05 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |

AR 007698

AR004838

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.23 | 0.39 |
| tblVehicleEF | LDT1 | 3.5570e-003 | 3.4225e-003 |
| tblVehicleEF | LDT1 | 7.9900e-004 | 6.5837e-004 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.06 | 0.07 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |
| tblVehicleEF | LDT1 | 0.26 | 0.43 |
| tblVehicleEF | LDT1 | 0.01 | 9.3109e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.52 | 1.70 |
| tblVehicleEF | LDT1 | 3.84 | 2.53 |
| tblVehicleEF | LDT1 | 316.88 | 326.99 |
| tblVehicleEF | LDT1 | 74.01 | 67.43 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |

AR 007699

AR004839

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.28 | 0.46 |
| tblVehicleEF | LDT1 | 3.1880e-003 | 3.2357e-003 |
| tblVehicleEF | LDT1 | 8.0800e-004 | 6.6731e-004 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.30 | 0.50 |
| tblVehicleEF | LDT2 | 6.1110e-003 | 5.7338e-003 |
| tblVehicleEF | LDT2 | 8.2750e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.82 | 1.16 |
| tblVehicleEF | LDT2 | 1.71 | 2.85 |
| tblVehicleEF | LDT2 | 366.61 | 361.86 |
| tblVehicleEF | LDT2 | 83.75 | 73.87 |
| tblVehicleEF | LDT2 | 0.09 | 0.11 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.11 | 0.37 |
| tblVehicleEF | LDT2 | 3.6730e-003 | 3.5801e-003 |
| tblVehicleEF | LDT2 | 8.6660e-004 | 7.3103e-004 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.12 | 0.41 |
| tblVehicleEF | LDT2 | 6.9350e-003 | 6.1404e-003 |
| tblVehicleEF | LDT2 | 7.1890e-003 | 0.07 |
| tblVehicleEF | LDT2 | 1.00 | 1.29 |
| tblVehicleEF | LDT2 | 1.51 | 2.43 |
| tblVehicleEF | LDT2 | 398.95 | 376.16 |
| tblVehicleEF | LDT2 | 83.75 | 73.06 |
| tblVehicleEF | LDT2 | 0.08 | 0.09 |
| tblVehicleEF | LDT2 | 0.15 | 0.32 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |

AR 007701

AR004841

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LDT2 | 0.02 | 0.02 |
|---|---|---|---|
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1130e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.10 | 0.33 |
| tblVehicleEF | LDT2 | 3.9980e-003 | 3.7215e-003 |
| tblVehicleEF | LDT2 | 8.6300e-004 | 7.2299e-004 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.03 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.11 | 0.36 |
| tblVehicleEF | LDT2 | 5.8750e-003 | 5.6213e-003 |
| tblVehicleEF | LDT2 | 8.5090e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.76 | 1.12 |
| tblVehicleEF | LDT2 | 1.74 | 2.93 |
| tblVehicleEF | LDT2 | 356.95 | 357.31 |
| tblVehicleEF | LDT2 | 83.75 | 74.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.10 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |

AR 007702

AR004842

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.01 | 0.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.11 | 0.38 |
| tblVehicleEF | LDT2 | 3.5750e-003 | 3.5351e-003 |
| tblVehicleEF | LDT2 | 8.6700e-004 | 7.3252e-004 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.13 | 0.42 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8817e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7552e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.81 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |

AR 007703

AR004843

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.81 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.35 | 0.99 |
| tblVehicleEF | LHD1 | 1.02 | 0.36 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2675e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |

AR 007704

AR004844

CalEEMod Version: CalEEMod.2016.3.2          Page 20 of 87          Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8948e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.8828e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.05 | 0.82 |
| tblVehicleEF | LHD1 | 2.42 | 1.14 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.92 |
| tblVehicleEF | LHD1 | 30.90 | 12.71 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.21 | 0.93 |
| tblVehicleEF | LHD1 | 0.98 | 0.35 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |

AR 007705

AR004845

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.27 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6820e-003 |
| tblVehicleEF | LHD1 | 3.5500e-004 | 1.2579e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.08 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.29 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8802e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7279e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.80 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.82 |

AR 007706

AR004846

CalEEMod Version: CalEEMod.2016.3.2                 Page 22 of 87                 Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.32 | 0.98 |
| tblVehicleEF | LHD1 | 1.01 | 0.37 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2686e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |

AR 007707

AR004847

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1865e-003 |
| tblVehicleEF | LHD2 | 5.1000e-003 | 4.7023e-003 |
| tblVehicleEF | LHD2 | 9.1950e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.23 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.98 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.94 | 1.23 |
| tblVehicleEF | LHD2 | 0.56 | 0.25 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |

CalEEMod Version: CalEEMod.2016.3.2                Page 24 of 87                Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6672e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8743e-005 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1958e-003 |
| tblVehicleEF | LHD2 | 5.1600e-003 | 4.7587e-003 |
| tblVehicleEF | LHD2 | 8.8690e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.18 | 0.78 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.42 |
| tblVehicleEF | LHD2 | 23.90 | 9.91 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.83 | 1.16 |
| tblVehicleEF | LHD2 | 0.54 | 0.24 |

AR 007709

AR004849

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6673e-003 |
| tblVehicleEF | LHD2 | 2.6100e-004 | 9.8090e-005 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.13 | 0.07 |

AR 007710

AR004850

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1853e-003 |
| tblVehicleEF | LHD2 | 5.0860e-003 | 4.6903e-003 |
| tblVehicleEF | LHD2 | 9.2490e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.24 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.99 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.92 | 1.21 |
| tblVehicleEF | LHD2 | 0.56 | 0.26 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |

AR 007711

AR004851

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6671e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8819e-005 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.93 | 19.66 |
| tblVehicleEF | MCY | 9.66 | 8.48 |
| tblVehicleEF | MCY | 164.88 | 218.98 |
| tblVehicleEF | MCY | 46.70 | 60.53 |
| tblVehicleEF | MCY | 1.13 | 1.13 |
| tblVehicleEF | MCY | 0.31 | 0.26 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |

AR 007712

AR004852

CalEEMod Version: CalEEMod.2016.3.2        Page 28 of 87        Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
|---|---|---|---|
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.17 | 2.53 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.09 | 1.84 |
| tblVehicleEF | MCY | 2.0370e-003 | 2.1670e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 5.9901e-004 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.66 | 3.12 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.27 | 2.00 |
| tblVehicleEF | MCY | 0.41 | 0.36 |
| tblVehicleEF | MCY | 0.14 | 0.21 |
| tblVehicleEF | MCY | 20.66 | 19.00 |
| tblVehicleEF | MCY | 9.11 | 7.76 |
| tblVehicleEF | MCY | 164.88 | 217.72 |
| tblVehicleEF | MCY | 46.70 | 58.69 |
| tblVehicleEF | MCY | 0.98 | 0.99 |
| tblVehicleEF | MCY | 0.29 | 0.25 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |

AR 007713

AR004853

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
|---|---|---|---|
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.15 | 2.46 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 1.87 | 1.63 |
| tblVehicleEF | MCY | 2.0470e-003 | 2.1545e-003 |
| tblVehicleEF | MCY | 6.7100e-004 | 5.8079e-004 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.63 | 3.04 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 2.03 | 1.77 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.43 | 19.68 |
| tblVehicleEF | MCY | 9.60 | 8.55 |
| tblVehicleEF | MCY | 164.88 | 219.04 |
| tblVehicleEF | MCY | 46.70 | 60.74 |
| tblVehicleEF | MCY | 1.13 | 1.10 |
| tblVehicleEF | MCY | 0.31 | 0.27 |
| tblVehicleEF | MCY | 0.01 | 0.01 |

AR 007714

AR004854

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.17 | 2.54 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.10 | 1.87 |
| tblVehicleEF | MCY | 2.0290e-003 | 2.1676e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 6.0106e-004 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.66 | 3.13 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.28 | 2.03 |
| tblVehicleEF | MDV | 0.01 | 8.1275e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.58 | 1.49 |
| tblVehicleEF | MDV | 3.47 | 3.45 |
| tblVehicleEF | MDV | 501.88 | 442.94 |
| tblVehicleEF | MDV | 112.78 | 90.12 |

AR 007715

AR004855

CalEEMod Version: CalEEMod.2016.3.2                     Page 31 of 87                     Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 0.19 | 0.15 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.27 | 0.49 |
| tblVehicleEF | MDV | 5.0330e-003 | 4.3797e-003 |
| tblVehicleEF | MDV | 1.1890e-003 | 8.9179e-004 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.30 | 0.53 |
| tblVehicleEF | MDV | 0.02 | 8.6153e-003 |
| tblVehicleEF | MDV | 0.02 | 0.09 |
| tblVehicleEF | MDV | 1.91 | 1.63 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 3.08 | 2.93 |
| tblVehicleEF | MDV | 544.80 | 458.44 |
| tblVehicleEF | MDV | 112.78 | 89.12 |
| tblVehicleEF | MDV | 0.18 | 0.13 |
| tblVehicleEF | MDV | 0.33 | 0.39 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.24 | 0.43 |
| tblVehicleEF | MDV | 5.4670e-003 | 4.5332e-003 |
| tblVehicleEF | MDV | 1.1820e-003 | 8.8191e-004 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.06 | 0.06 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.26 | 0.47 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 0.01 | 7.9891e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.48 | 1.45 |
| tblVehicleEF | MDV | 3.54 | 3.54 |
| tblVehicleEF | MDV | 489.12 | 438.16 |
| tblVehicleEF | MDV | 112.78 | 90.29 |
| tblVehicleEF | MDV | 0.18 | 0.14 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.28 | 0.50 |
| tblVehicleEF | MDV | 4.9040e-003 | 4.3324e-003 |
| tblVehicleEF | MDV | 1.1910e-003 | 8.9352e-004 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.31 | 0.54 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.14 | 0.32 |
| tblVehicleEF | MH | 6.37 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.76 | 4.09 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9990e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |

CalEEMod Version: CalEEMod.2016.3.2                Page 35 of 87                Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.24 | 0.32 |
| tblVehicleEF | MH | 5.95 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.63 | 3.87 |
| tblVehicleEF | MH | 0.86 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |

AR 007720

AR004860

CalEEMod Version: CalEEMod.2016.3.2       Page 36 of 87       Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 0.37 | 0.00 |
| tblVehicleEF | MH | 9.9910e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 6.9300e-004 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.40 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.12 | 0.32 |
| tblVehicleEF | MH | 6.40 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.74 | 4.02 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MH | 0.55 | 0.00 |
|---|---|---|---|
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9890e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MHD | 0.02 | 4.2934e-003 |
| tblVehicleEF | MHD | 6.1240e-003 | 8.3332e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.43 | 0.38 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.54 | 1.42 |
| tblVehicleEF | MHD | 156.54 | 67.47 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.84 |
| tblVehicleEF | MHD | 1.06 | 0.60 |
| tblVehicleEF | MHD | 1.70 | 2.64 |
| tblVehicleEF | MHD | 11.65 | 1.02 |
| tblVehicleEF | MHD | 3.7720e-003 | 2.2012e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |

AR 007722

AR004862

CalEEMod Version: CalEEMod.2016.3.2                    Page 38 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.6080e-003 | 2.1060e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.5050e-003 | 6.4116e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6700e-004 | 1.1717e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.0641e-003 |
| tblVehicleEF | MHD | 6.1890e-003 | 8.3939e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 39 of 87                         Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MHD | 0.31 | 0.30 |
|---|---|---|---|
| tblVehicleEF | MHD | 0.47 | 0.76 |
| tblVehicleEF | MHD | 6.24 | 1.35 |
| tblVehicleEF | MHD | 165.81 | 69.00 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.45 |
| tblVehicleEF | MHD | 55.18 | 11.72 |
| tblVehicleEF | MHD | 1.10 | 0.61 |
| tblVehicleEF | MHD | 1.60 | 2.49 |
| tblVehicleEF | MHD | 11.62 | 1.02 |
| tblVehicleEF | MHD | 3.1790e-003 | 1.8578e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.0420e-003 | 1.7774e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.38 | 0.06 |
| tblVehicleEF | MHD | 1.5920e-003 | 6.5574e-004 |

AR 007724

AR004864

CalEEMod Version: CalEEMod.2016.3.2                Page 40 of 87                Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MHD | 0.01 | 0.01 |
|---|---|---|---|
| tblVehicleEF | MHD | 6.6100e-004 | 1.1597e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.42 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.6225e-003 |
| tblVehicleEF | MHD | 6.0850e-003 | 8.3163e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.60 | 0.49 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.63 | 1.43 |
| tblVehicleEF | MHD | 143.73 | 65.36 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.86 |
| tblVehicleEF | MHD | 1.01 | 0.59 |
| tblVehicleEF | MHD | 1.68 | 2.60 |
| tblVehicleEF | MHD | 11.66 | 1.02 |
| tblVehicleEF | MHD | 4.5890e-003 | 2.6754e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 4.3910e-003 | 2.5596e-003 |

AR 007725

AR004865

CalEEMod Version: CalEEMod.2016.3.2                 Page 41 of 87                 Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.3840e-003 | 6.2095e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6800e-004 | 1.1736e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | OBUS | 0.01 | 9.0789e-003 |
| tblVehicleEF | OBUS | 9.4560e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.28 | 0.58 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.57 | 2.56 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 74.57 | 92.99 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.83 |
| tblVehicleEF | OBUS | 70.73 | 20.25 |
| tblVehicleEF | OBUS | 0.39 | 0.66 |
| tblVehicleEF | OBUS | 1.35 | 2.43 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 1.7700e-004 | 3.1503e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.6900e-004 | 3.0140e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.41 | 0.12 |
| tblVehicleEF | OBUS | 7.2400e-004 | 8.8498e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2300e-004 | 2.0041e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |

AR 007727

AR004867

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | OBUS | 0.01 | 9.0761e-003 |
| tblVehicleEF | OBUS | 9.6420e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.26 | 0.55 |
| tblVehicleEF | OBUS | 0.65 | 1.25 |
| tblVehicleEF | OBUS | 6.15 | 2.42 |
| tblVehicleEF | OBUS | 77.97 | 94.12 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.86 |
| tblVehicleEF | OBUS | 70.73 | 20.01 |
| tblVehicleEF | OBUS | 0.40 | 0.67 |
| tblVehicleEF | OBUS | 1.26 | 2.28 |
| tblVehicleEF | OBUS | 2.17 | 0.59 |
| tblVehicleEF | OBUS | 1.4900e-004 | 2.6601e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.4300e-004 | 2.5450e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.39 | 0.12 |
| tblVehicleEF | OBUS | 7.5600e-004 | 8.9558e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.1600e-004 | 1.9799e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.43 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 9.1031e-003 |
| tblVehicleEF | OBUS | 9.4220e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.29 | 0.63 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.63 | 2.58 |
| tblVehicleEF | OBUS | 69.87 | 91.44 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.82 |
| tblVehicleEF | OBUS | 70.73 | 20.29 |

AR 007729

AR004869

CalEEMod Version: CalEEMod.2016.3.2                    Page 45 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | OBUS | 0.37 | 0.66 |
|---|---|---|---|
| tblVehicleEF | OBUS | 1.34 | 2.38 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 2.1500e-004 | 3.8273e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 2.0600e-004 | 3.6617e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.42 | 0.13 |
| tblVehicleEF | OBUS | 6.7900e-004 | 8.7034e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2400e-004 | 2.0080e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0558e-003 |
| tblVehicleEF | SBUS | 0.06 | 6.4940e-003 |
| tblVehicleEF | SBUS | 7.81 | 2.72 |
| tblVehicleEF | SBUS | 0.66 | 0.79 |
| tblVehicleEF | SBUS | 6.73 | 0.92 |
| tblVehicleEF | SBUS | 1,154.91 | 356.52 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.70 |
| tblVehicleEF | SBUS | 53.24 | 5.46 |
| tblVehicleEF | SBUS | 10.58 | 3.53 |
| tblVehicleEF | SBUS | 4.99 | 5.58 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 5.3126e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 5.0828e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |

CalEEMod Version: CalEEMod.2016.3.2                Page 47 of 87                Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.37 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.4013e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.4900e-004 | 5.4047e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.40 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.1649e-003 |
| tblVehicleEF | SBUS | 0.05 | 5.7028e-003 |
| tblVehicleEF | SBUS | 7.67 | 2.68 |
| tblVehicleEF | SBUS | 0.67 | 0.80 |
| tblVehicleEF | SBUS | 4.88 | 0.73 |
| tblVehicleEF | SBUS | 1,207.92 | 366.39 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.72 |
| tblVehicleEF | SBUS | 53.24 | 5.15 |
| tblVehicleEF | SBUS | 10.92 | 3.62 |
| tblVehicleEF | SBUS | 4.69 | 5.26 |
| tblVehicleEF | SBUS | 12.56 | 0.70 |

AR 007732

AR004872

CalEEMod Version: CalEEMod.2016.3.2                     Page 48 of 87                          Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.01 | 4.4850e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 9.8070e-003 | 4.2910e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 0.93 | 0.32 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.12 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.31 | 0.03 |
| tblVehicleEF | SBUS | 0.01 | 3.4945e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.1800e-004 | 5.0916e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.34 | 0.04 |

AR 007733

AR004873

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0312e-003 |
| tblVehicleEF | SBUS | 0.07 | 6.6366e-003 |
| tblVehicleEF | SBUS | 7.99 | 2.78 |
| tblVehicleEF | SBUS | 0.66 | 0.78 |
| tblVehicleEF | SBUS | 7.09 | 0.94 |
| tblVehicleEF | SBUS | 1,081.70 | 342.89 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.69 |
| tblVehicleEF | SBUS | 53.24 | 5.51 |
| tblVehicleEF | SBUS | 10.11 | 3.41 |
| tblVehicleEF | SBUS | 4.94 | 5.49 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 6.4556e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 6.1763e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |

AR 007734

AR004874

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | SBUS | 0.02 | 0.08 |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.38 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.2726e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.5500e-004 | 5.4498e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.42 | 0.04 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.35 | 38.44 |
| tblVehicleEF | UBUS | 16.43 | 0.97 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.92 |
| tblVehicleEF | UBUS | 5.46 | 1.54 |
| tblVehicleEF | UBUS | 12.53 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |

AR 007735

AR004875

CalEEMod Version: CalEEMod.2016.3.2                 Page 51 of 87                 Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8570e-003 | 1.1798e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.40 | 0.07 |
| tblVehicleEF | UBUS | 1.61 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.64 | 38.44 |
| tblVehicleEF | UBUS | 14.18 | 0.85 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.72 |
| tblVehicleEF | UBUS | 5.09 | 1.54 |
| tblVehicleEF | UBUS | 12.44 | 0.11 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |

AR004876

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | UBUS | 0.21 | 0.03 |
|---|---|---|---|
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 0.65 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.17 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8170e-003 | 1.1596e-004 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 2.31 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.10 | 0.02 |
| tblVehicleEF | UBUS | 10.37 | 38.44 |
| tblVehicleEF | UBUS | 16.61 | 0.98 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.95 |
| tblVehicleEF | UBUS | 5.42 | 1.54 |
| tblVehicleEF | UBUS | 12.54 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |

AR 007737

AR004877

CalEEMod Version: CalEEMod.2016.3.2                    Page 53 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.29 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8600e-003 | 1.1829e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.42 | 0.07 |

## 2.0 Emissions Summary

AR 007738

AR004878

AR 007739

## 2.1 Overall Construction

### Unmitigated Construction

| Year | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|------|-----|-----|-----|-----|---------------|--------------|------------|----------------|---------------|-------------|---------|----------|-----------|-----|-----|------|
| | | | | tons/yr | | | | | | | | | | MT/yr | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Maximum | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

### Mitigated Construction

| Year | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|------|-----|-----|-----|-----|---------------|--------------|------------|----------------|---------------|-------------|---------|----------|-----------|-----|-----|------|
| | | | | tons/yr | | | | | | | | | | MT/yr | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Maximum | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|------|-----|-----|-----|-----|---------------|--------------|------------|----------------|---------------|-------------|---------|----------|-----------|-----|-----|------|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

AR004879

CalEEMod Version: CalEEMod.2016.3.2                    Page 55 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| Quarter | Start Date | End Date | Maximum Unmitigated ROG + NOX (tons/quarter) | Maximum Mitigated ROG + NOX (tons/quarter) |
|---------|-----------|----------|----------------------------------------------|---------------------------------------------|
|         |           | Highest  |                                              |                                             |

## 2.2 Overall Operational

**Unmitigated Operational**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | tons/yr | | | | | | | | | | MT/yr | | |
| Area | 1.0134 | 3.0000e-005 | 3.1900e-003 | 0.0000 | | 1.0000e-005 | 1.0000e-005 | | 1.0000e-005 | 1.0000e-005 | 0.0000 | 6.1700e-003 | 6.1700e-003 | 2.0000e-005 | 0.0000 | 6.5800e-003 |
| Energy | 0.0526 | 0.4779 | 0.4014 | 2.8700e-003 | | 0.0363 | 0.0363 | | 0.0363 | 0.0363 | 0.0000 | 1,398.1593 | 1,398.1593 | 0.0462 | 0.0170 | 1,404.3915 |
| Mobile | 3.4000 | 8.9595 | 23.9879 | 0.0617 | 4.8167 | 0.1155 | 4.9322 | 1.2895 | 0.1094 | 1.3989 | 0.0000 | 5,816.6990 | 5,816.6990 | 0.4290 | 0.0000 | 5,827.4236 |
| Waste | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 270.0754 | 0.0000 | 270.0754 | 15.9610 | 0.0000 | 669.1004 |
| Water | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 9.5313 | 164.7688 | 174.3001 | 0.9858 | 0.0245 | 206.2518 |
| Total | 4.4660 | 9.4374 | 24.3925 | 0.0646 | 4.8167 | 0.1518 | 4.9685 | 1.2895 | 0.1457 | 1.4352 | 279.6067 | 7,379.6333 | 7,659.2400 | 17.4220 | 0.0416 | 8,107.1739 |

AR 007740

AR004880

CalEEMod Version: CalEEMod.2016.3.2                    Page 56 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 2.2 Overall Operational
### Mitigated Operational

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Area | 1.0134 | 3.0000e-005 | 3.1900e-003 | 0.0000 | | 1.0000e-005 | 1.0000e-005 | | 1.0000e-005 | 1.0000e-005 | 0.0000 | 6.1700e-003 | 6.1700e-003 | 2.0000e-005 | 0.0000 | 6.5800e-003 |
| Energy | 0.0526 | 0.4779 | 0.4014 | 2.8700e-003 | | 0.0363 | 0.0363 | | 0.0363 | 0.0363 | 0.0000 | 1,398.1593 | 1,398.1593 | 0.0462 | 0.0170 | 1,404.3915 |
| Mobile | 3.4000 | 8.9595 | 23.9879 | 0.0617 | 4.8167 | 0.1155 | 4.9322 | 1.2895 | 0.1094 | 1.3989 | 0.0000 | 5,816.6990 | 5,816.6990 | 0.4290 | 0.0000 | 5,827.4236 |
| Waste | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 270.0754 | 0.0000 | 270.0754 | 15.9610 | 0.0000 | 669.1004 |
| Water | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 9.5313 | 164.7688 | 174.3001 | 0.9858 | 0.0245 | 206.2518 |
| Total | 4.4660 | 9.4374 | 24.3925 | 0.0646 | 4.8167 | 0.1518 | 4.9685 | 1.2895 | 0.1457 | 1.4352 | 279.6067 | 7,379.6333 | 7,659.2400 | 17.4220 | 0.0416 | 8,107.1739 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

### Construction Phase

AR 007741

AR004881

AR 007742

CalEEMod Version: CalEEMod.2016.3.2    Page 57 of 87    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Demolition | Demolition | 6/30/2019 | 7/26/2019 | 5 | 20 | |
| 2 | Site Preparation | Site Preparation | 7/27/2019 | 8/9/2019 | 5 | 10 | |
| 3 | Grading | Grading | 8/10/2019 | 9/6/2019 | 5 | 20 | |
| 4 | Building Construction | Building Construction | 9/7/2019 | 7/24/2020 | 5 | 230 | |
| 5 | Paving | Paving | 7/25/2020 | 8/21/2020 | 5 | 20 | |
| 6 | Architectural Coating | Architectural Coating | 8/22/2020 | 9/18/2020 | 5 | 20 | |

**Acres of Grading (Site Preparation Phase): 0**

**Acres of Grading (Grading Phase): 0**

**Acres of Paving: 0**

**Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 0; Non-Residential Outdoor: 0; Striped Parking Area: 0 (Architectural Coating – sqft)**

**OffRoad Equipment**

AR004882

CalEEMod Version: CalEEMod.2016.3.2      Page 58 of 87      Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|---|---|---|---|---|---|
| Demolition | Concrete/Industrial Saws | 0 | 8.00 | 81 | 0.73 |
| Demolition | Excavators | 0 | 8.00 | 158 | 0.38 |
| Demolition | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Site Preparation | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 0 | 8.00 | 97 | 0.37 |
| Grading | Excavators | 0 | 8.00 | 158 | 0.38 |
| Grading | Graders | 0 | 8.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Grading | Tractors/Loaders/Backhoes | 0 | 8.00 | 97 | 0.37 |
| Building Construction | Cranes | 0 | 7.00 | 231 | 0.29 |
| Building Construction | Forklifts | 0 | 8.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 0 | 8.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 0 | 7.00 | 97 | 0.37 |
| Building Construction | Welders | 0 | 8.00 | 46 | 0.45 |
| Paving | Pavers | 0 | 8.00 | 130 | 0.42 |
| Paving | Paving Equipment | 0 | 8.00 | 132 | 0.36 |
| Paving | Rollers | 0 | 8.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 0 | 6.00 | 78 | 0.48 |

**Trips and VMT**

AR 007743

AR004883

CalEEMod Version: CalEEMod.2016.3.2                    Page 59 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Demolition | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Site Preparation | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

**3.1 Mitigation Measures Construction**

**3.2 Demolition - 2019**

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007744

AR004884

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

**3.2 Demolition - 2019**

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

CalEEMod Version: CalEEMod.2016.3.2        Page 61 of 87        Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.2 Demolition - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

### 3.3 Site Preparation - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007746

AR004886

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.3 Site Preparation - 2019

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | tons/yr | | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | tons/yr | | | | | | | | | MT/yr | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007747

AR004887

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.3 Site Preparation - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

### 3.4 Grading - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007748

AR004888

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.4 Grading - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007749

AR004889

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.4 Grading - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

### 3.5 Building Construction - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007750

AR004890

CalEEMod Version: CalEEMod.2016.3.2                   Page 66 of 87                        Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.5 Building Construction - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007751

AR004891

CalEEMod Version: CalEEMod.2016.3.2                Page 67 of 87                              Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 3.5 Building Construction - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

## 3.5 Building Construction - 2020
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

CalEEMod Version: CalEEMod.2016.3.2                Page 68 of 87                        Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.5 Building Construction - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007753

AR004893

CalEEMod Version: CalEEMod.2016.3.2                    Page 69 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.5 Building Construction - 2020

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

### 3.6 Paving - 2020

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007754

AR004894

CalEEMod Version: CalEEMod.2016.3.2                    Page 70 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.6 Paving - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007755

AR004895

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

**3.6 Paving - 2020**

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**3.7 Architectural Coating - 2020**

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

CalEEMod Version: CalEEMod.2016.3.2                Page 72 of 87                Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 3.7 Architectural Coating - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007757

AR004897

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 3.7 Architectural Coating - 2020

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

## 4.0 Operational Detail - Mobile

### 4.1 Mitigation Measures Mobile

AR 007758

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Mitigated | 3.4000 | 8.9595 | 23.9879 | 0.0617 | 4.8167 | 0.1155 | 4.9322 | 1.2895 | 0.1094 | 1.3989 | 0.0000 | 5,816.6990 | 5,816.6990 | 0.4290 | 0.0000 | 5,827.4236 |
| Unmitigated | 3.4000 | 8.9595 | 23.9879 | 0.0617 | 4.8167 | 0.1155 | 4.9322 | 1.2895 | 0.1094 | 1.3989 | 0.0000 | 5,816.6990 | 5,816.6990 | 0.4290 | 0.0000 | 5,827.4236 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Automobile Care Center | 2,965.00 | 2,965.00 | 1485.00 | 3,688,552 | 3,688,552 |
| Automobile Care Center | 593.00 | 593.00 | 297.00 | 737,710 | 737,710 |
| Bank (with Drive-Through) | 740.75 | 431.60 | 159.50 | 658,121 | 658,121 |
| General Office Building | 55.15 | 12.30 | 5.25 | 134,979 | 134,979 |
| Medical Office Building | 2,438.78 | 604.80 | 104.63 | 4,781,334 | 4,781,334 |
| Quality Restaurant | 1,888.95 | 1,981.56 | 1515.36 | 2,632,024 | 2,632,024 |
| Total | 8,681.63 | 6,588.26 | 3,566.74 | 12,632,720 | 12,632,720 |

## 4.3 Trip Type Information

AR 007759

AR004899

CalEEMod Version: CalEEMod.2016.3.2                    Page 75 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| Land Use | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Automobile Care Center | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 21 | 51 | 28 |
| Automobile Care Center | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 21 | 51 | 28 |
| Bank (with Drive-Through) | 16.60 | 8.40 | 6.90 | 6.60 | 74.40 | 19.00 | 27 | 26 | 47 |
| General Office Building | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 77 | 19 | 4 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Quality Restaurant | 16.60 | 8.40 | 6.90 | 12.00 | 69.00 | 19.00 | 38 | 18 | 44 |

## 4.4 Fleet Mix

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Automobile Care Center | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Bank (with Drive-Through) | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| General Office Building | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Medical Office Building | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Quality Restaurant | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |

# 5.0 Energy Detail

Historical Energy Use: N

## 5.1 Mitigation Measures Energy

AR 007760

**AR004900**

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Electricity Mitigated | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 877.9518 | 877.9518 | 0.0363 | 7.5000e-003 | 881.0927 |
| Electricity Unmitigated | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 877.9518 | 877.9518 | 0.0363 | 7.5000e-003 | 881.0927 |
| NaturalGas Mitigated | 0.0526 | 0.4779 | 0.4014 | 2.8700e-003 | | 0.0363 | 0.0363 | | 0.0363 | 0.0363 | 0.0000 | 520.2075 | 520.2075 | 9.9700e-003 | 9.5400e-003 | 523.2988 |
| NaturalGas Unmitigated | 0.0526 | 0.4779 | 0.4014 | 2.8700e-003 | | 0.0363 | 0.0363 | | 0.0363 | 0.0363 | 0.0000 | 520.2075 | 520.2075 | 9.9700e-003 | 9.5400e-003 | 523.2988 |

AR 007761

AR004901

CalEEMod Version: CalEEMod.2016.3.2                      Page 77 of 87                      Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 5.2 Energy by Land Use - NaturalGas

**Unmitigated**

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Automobile Care Center | 3.485e +006 | 0.0188 | 0.1708 | 0.1435 | 1.0200e-003 | | 0.0130 | 0.0130 | | 0.0130 | 0.0130 | 0.0000 | 185.9729 | 185.9729 | 3.5600e-003 | 3.4100e-003 | 187.0780 |
| Automobile Care Center | 697000 | 3.7600e-003 | 0.0342 | 0.0287 | 2.1000e-004 | | 2.6000e-003 | 2.6000e-003 | | 2.6000e-003 | 2.6000e-003 | 0.0000 | 37.1946 | 37.1946 | 7.1000e-004 | 6.8000e-004 | 37.4156 |
| Bank (with Drive-Through) | 139400 | 7.5000e-004 | 6.8300e-003 | 5.7400e-003 | 4.0000e-005 | | 5.2000e-004 | 5.2000e-004 | | 5.2000e-004 | 5.2000e-004 | 0.0000 | 7.4389 | 7.4389 | 1.4000e-004 | 1.4000e-004 | 7.4831 |
| General Office Building | 12100 | 7.0000e-005 | 5.9000e-004 | 5.0000e-004 | 0.0000 | | 5.0000e-005 | 5.0000e-005 | | 5.0000e-005 | 5.0000e-005 | 0.0000 | 0.6457 | 0.6457 | 1.0000e-005 | 1.0000e-005 | 0.6495 |
| Medical Office Building | 163350 | 8.8000e-004 | 8.0100e-003 | 6.7300e-003 | 5.0000e-005 | | 6.1000e-004 | 6.1000e-004 | | 6.1000e-004 | 6.1000e-004 | 0.0000 | 8.7170 | 8.7170 | 1.7000e-004 | 1.6000e-004 | 8.7688 |
| Quality Restaurant | 5.25147e +006 | 0.0283 | 0.2574 | 0.2162 | 1.5400e-003 | | 0.0196 | 0.0196 | | 0.0196 | 0.0196 | 0.0000 | 280.2384 | 280.2384 | 5.3700e-003 | 5.1400e-003 | 281.9038 |
| **Total** | | **0.0526** | **0.4779** | **0.4014** | **2.8600e-003** | | **0.0363** | **0.0363** | | **0.0363** | **0.0363** | **0.0000** | **520.2075** | **520.2075** | **9.9600e-003** | **9.5400e-003** | **523.2988** |

AR 007762

**AR004902**

CalEEMod Version: CalEEMod.2016.3.2  Page 78 of 87  Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 5.2 Energy by Land Use - NaturalGas

**Mitigated**

| Land Use | NaturalGas Use (kBTU/yr) | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Automobile Care Center | 3.485e+006 | 0.0188 | 0.1708 | 0.1435 | 1.0200e-003 | | 0.0130 | 0.0130 | | 0.0130 | 0.0130 | 0.0000 | 185.9729 | 185.9729 | 3.5600e-003 | 3.4100e-003 | 187.0780 |
| Automobile Care Center | 697000 | 3.7600e-003 | 0.0342 | 0.0287 | 2.1000e-004 | | 2.6000e-003 | 2.6000e-003 | | 2.6000e-003 | 2.6000e-003 | 0.0000 | 37.1946 | 37.1946 | 7.1000e-004 | 6.8000e-004 | 37.4156 |
| Bank (with Drive-Through) | 139400 | 7.5000e-004 | 6.8300e-003 | 5.7400e-003 | 4.0000e-005 | | 5.2000e-004 | 5.2000e-004 | | 5.2000e-004 | 5.2000e-004 | 0.0000 | 7.4389 | 7.4389 | 1.4000e-004 | 1.4000e-004 | 7.4831 |
| General Office Building | 12100 | 7.0000e-005 | 5.9000e-004 | 5.0000e-004 | 0.0000 | | 5.0000e-005 | 5.0000e-005 | | 5.0000e-005 | 5.0000e-005 | 0.0000 | 0.6457 | 0.6457 | 1.0000e-005 | 1.0000e-005 | 0.6495 |
| Medical Office Building | 163350 | 8.8000e-004 | 8.0100e-003 | 6.7300e-003 | 5.0000e-005 | | 6.1000e-004 | 6.1000e-004 | | 6.1000e-004 | 6.1000e-004 | 0.0000 | 8.7170 | 8.7170 | 1.7000e-004 | 1.6000e-004 | 8.7688 |
| Quality Restaurant | 5.25147e+006 | 0.0283 | 0.2574 | 0.2162 | 1.5400e-003 | | 0.0196 | 0.0196 | | 0.0196 | 0.0196 | 0.0000 | 280.2384 | 280.2384 | 5.3700e-003 | 5.1400e-003 | 281.9038 |
| **Total** | | **0.0526** | **0.4779** | **0.4014** | **2.8600e-003** | | **0.0363** | **0.0363** | | **0.0363** | **0.0363** | **0.0000** | **520.2075** | **520.2075** | **9.9600e-003** | **9.5400e-003** | **523.2988** |

AR 007763

AR004903

CalEEMod Version: CalEEMod.2016.3.2        Page 79 of 87        Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 5.3 Energy by Land Use - Electricity

**Unmitigated**

| Land Use | Electricity Use<br>kWh/yr | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Automobile Care Center | 1.07625e+006 | 342.9163 | 0.0142 | 2.9300e-003 | 344.1431 |
| Automobile Care Center | 215250 | 68.5833 | 2.8300e-003 | 5.9000e-004 | 68.8286 |
| Bank (with Drive-Through) | 43050 | 13.7167 | 5.7000e-004 | 1.2000e-004 | 13.7657 |
| General Office Building | 37500 | 11.9483 | 4.9000e-004 | 1.0000e-004 | 11.9911 |
| Medical Office Building | 506250 | 161.3021 | 6.6600e-003 | 1.3800e-003 | 161.8792 |
| Quality Restaurant | 877170 | 279.4852 | 0.0115 | 2.3900e-003 | 280.4850 |
| **Total** | | **877.9518** | **0.0363** | **7.5100e-003** | **881.0927** |

AR 007764

AR004904

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

### 5.3 Energy by Land Use - Electricity

**Mitigated**

| Land Use | Electricity Use<br>kWh/yr | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Automobile Care Center | 1.07625e+006 | 342.9163 | 0.0142 | 2.9300e-003 | 344.1431 |
| Automobile Care Center | 215250 | 68.5833 | 2.8300e-003 | 5.9000e-004 | 68.8286 |
| Bank (with Drive-Through) | 43050 | 13.7167 | 5.7000e-004 | 1.2000e-004 | 13.7657 |
| General Office Building | 37500 | 11.9483 | 4.9000e-004 | 1.0000e-004 | 11.9911 |
| Medical Office Building | 506250 | 161.3021 | 6.6600e-003 | 1.3800e-003 | 161.8792 |
| Quality Restaurant | 877170 | 279.4852 | 0.0115 | 2.3900e-003 | 280.4850 |
| **Total** | | **877.9518** | **0.0363** | **7.5100e-003** | **881.0927** |

## 6.0 Area Detail

### 6.1 Mitigation Measures Area

AR 007765

AR004905

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Mitigated | 1.0134 | 3.0000e-005 | 3.1900e-003 | 0.0000 | | 1.0000e-005 | 1.0000e-005 | | 1.0000e-005 | 1.0000e-005 | 0.0000 | 6.1700e-003 | 6.1700e-003 | 2.0000e-005 | 0.0000 | 6.5800e-003 |
| Unmitigated | 1.0134 | 3.0000e-005 | 3.1900e-003 | 0.0000 | | 1.0000e-005 | 1.0000e-005 | | 1.0000e-005 | 1.0000e-005 | 0.0000 | 6.1700e-003 | 6.1700e-003 | 2.0000e-005 | 0.0000 | 6.5800e-003 |

## 6.2 Area by SubCategory

**Unmitigated**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SubCategory | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Architectural Coating | 0.1152 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Consumer Products | 0.8980 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Landscaping | 3.0000e-004 | 3.0000e-005 | 3.1900e-003 | 0.0000 | | 1.0000e-005 | 1.0000e-005 | | 1.0000e-005 | 1.0000e-005 | 0.0000 | 6.1700e-003 | 6.1700e-003 | 2.0000e-005 | 0.0000 | 6.5800e-003 |
| **Total** | **1.0134** | **3.0000e-005** | **3.1900e-003** | **0.0000** | | **1.0000e-005** | **1.0000e-005** | | **1.0000e-005** | **1.0000e-005** | **0.0000** | **6.1700e-003** | **6.1700e-003** | **2.0000e-005** | **0.0000** | **6.5800e-003** |

AR 007766

AR004906

CalEEMod Version: CalEEMod.2016.3.2 Page 82 of 87 Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 6.2 Area by SubCategory

**Mitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Architectural Coating | 0.1152 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Consumer Products | 0.8980 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Landscaping | 3.0000e-004 | 3.0000e-005 | 3.1900e-003 | 0.0000 | | 1.0000e-005 | 1.0000e-005 | | 1.0000e-005 | 1.0000e-005 | 0.0000 | 6.1700e-003 | 6.1700e-003 | 2.0000e-005 | 0.0000 | 6.5800e-003 |
| **Total** | **1.0134** | **3.0000e-005** | **3.1900e-003** | **0.0000** | | **1.0000e-005** | **1.0000e-005** | | **1.0000e-005** | **1.0000e-005** | **0.0000** | **6.1700e-003** | **6.1700e-003** | **2.0000e-005** | **0.0000** | **6.5800e-003** |

# 7.0 Water Detail

## 7.1 Mitigation Measures Water

AR 007767

AR004907

CalEEMod Version: CalEEMod.2016.3.2          Page 83 of 87          Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

| | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|
| Category | MT/yr | | | |
| Mitigated | 174.3001 | 0.9858 | 0.0245 | 206.2518 |
| Unmitigated | 174.3001 | 0.9858 | 0.0245 | 206.2518 |

## 7.2 Water by Land Use

**Unmitigated**

| Land Use | Indoor/Outdoor Use | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | Mgal | MT/yr | | | |
| Automobile Care Center | 14.1122 / 8.64939 | 93.6431 | 0.4635 | 0.0116 | 108.6939 |
| Bank (with Drive-Through) | 0.198115 / 0.121425 | 1.3146 | 6.5100e-003 | 1.6000e-004 | 1.5259 |
| General Office Building | 0.888669 / 0.544668 | 5.8969 | 0.0292 | 7.3000e-004 | 6.8447 |
| Medical Office Building | 8.46994 / 1.61332 | 43.5379 | 0.2777 | 6.8700e-003 | 52.5259 |
| Quality Restaurant | 6.37421 / 0.406864 | 29.9076 | 0.2089 | 5.1400e-003 | 36.6615 |
| **Total** | | **174.3001** | **0.9858** | **0.0245** | **206.2518** |

AR 007768

AR004908

CalEEMod Version: CalEEMod.2016.3.2                    Page 84 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 7.2 Water by Land Use

**Mitigated**

| Land Use | Indoor/Outdoor Use<br>Mgal | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Automobile Care Center | 14.1122 / 8.64939 | 93.6431 | 0.4635 | 0.0116 | 108.6939 |
| Bank (with Drive-Through) | 0.198115 / 0.121425 | 1.3146 | 6.5100e-003 | 1.6000e-004 | 1.5259 |
| General Office Building | 0.888669 / 0.544668 | 5.8969 | 0.0292 | 7.3000e-004 | 6.8447 |
| Medical Office Building | 8.46994 / 1.61332 | 43.5379 | 0.2777 | 6.8700e-003 | 52.5259 |
| Quality Restaurant | 6.37421 / 0.406864 | 29.9076 | 0.2089 | 5.1400e-003 | 36.6615 |
| **Total** | | **174.3001** | **0.9858** | **0.0245** | **206.2518** |

## 8.0 Waste Detail

### 8.1 Mitigation Measures Waste

AR 007769

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

**Category/Year**

|  | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|
|  | MT/yr | | | |
| Mitigated | 270.0754 | 15.9610 | 0.0000 | 669.1004 |
| Unmitigated | 270.0754 | 15.9610 | 0.0000 | 669.1004 |

## 8.2 Waste by Land Use

**Unmitigated**

| Land Use | Waste Disposed tons | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
|  |  | MT/yr | | | |
| Automobile Care Center | 573 | 116.3138 | 6.8740 | 0.0000 | 288.1626 |
| Bank (with Drive-Through) | 4.67 | 0.9480 | 0.0560 | 0.0000 | 2.3486 |
| General Office Building | 4.65 | 0.9439 | 0.0558 | 0.0000 | 2.3385 |
| Medical Office Building | 729 | 147.9804 | 8.7454 | 0.0000 | 366.6152 |
| Quality Restaurant | 19.16 | 3.8893 | 0.2299 | 0.0000 | 9.6356 |
| **Total** |  | **270.0754** | **15.9610** | **0.0000** | **669.1004** |

AR 007770

AR004910

CalEEMod Version: CalEEMod.2016.3.2       Page 86 of 87       Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

## 8.2 Waste by Land Use

**Mitigated**

| Land Use | Waste Disposed<br>tons | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Automobile Care Center | 573 | 116.3138 | 6.8740 | 0.0000 | 288.1626 |
| Bank (with Drive-Through) | 4.67 | 0.9480 | 0.0560 | 0.0000 | 2.3486 |
| General Office Building | 4.65 | 0.9439 | 0.0558 | 0.0000 | 2.3385 |
| Medical Office Building | 729 | 147.9804 | 8.7454 | 0.0000 | 366.6152 |
| Quality Restaurant | 19.16 | 3.8893 | 0.2299 | 0.0000 | 9.6356 |
| **Total** | | **270.0754** | **15.9610** | **0.0000** | **669.1004** |

## 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|
| | | | | | | |

## 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|
| | | | | | | |

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
|---|---|---|---|---|---|
| | | | | | |

AR 007771

AR004911

CalEEMod Version: CalEEMod.2016.3.2                    Page 87 of 87                    Date: 7/1/2020 9:37 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Annual

**User Defined Equipment**

| Equipment Type | Number |
|----------------|--------|
|                |        |

## 11.0 Vegetation

CalEEMod Version: CalEEMod.2016.3.2         Page 1 of 80         Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

**12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run**
**Riverside-South Coast County, Summer**

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Bank (with Drive-Through) | 5.00 | 1000sqft | 0.11 | 5,000.00 | 0 |
| General Office Building | 5.00 | 1000sqft | 0.11 | 5,000.00 | 0 |
| Medical Office Building | 67.50 | 1000sqft | 1.55 | 67,500.00 | 0 |
| Quality Restaurant | 21.00 | 1000sqft | 0.48 | 21,000.00 | 0 |
| Automobile Care Center | 125.00 | 1000sqft | 2.87 | 125,000.00 | 0 |
| Automobile Care Center | 25.00 | 1000sqft | 0.57 | 25,000.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Urbanization** | Urban | **Wind Speed (m/s)** | 2.4 | **Precipitation Freq (Days)** | 28 |
| **Climate Zone** | 10 | | | **Operational Year** | 2020 |

**Utility Company**      Southern California Edison

| | | | | | |
|---|---|---|---|---|---|
| **CO2 Intensity (lb/MWhr)** | 702.44 | **CH4 Intensity (lb/MWhr)** | 0.029 | **N2O Intensity (lb/MWhr)** | 0.006 |

### 1.3 User Entered Comments & Non-Default Data

AR 007773

AR004913

CalEEMod Version: CalEEMod.2016.3.2                   Page 2 of 80                        Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

Project Characteristics -

Land Use -

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Trips and VMT - Operations only

On-road Fugitive Dust - Operations only

Grading - Operations only

Architectural Coating - Operations

Energy Use - 2019 Title 24 Standards

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblArchitecturalCoating | ConstArea_Nonresidential_Exterior | 124,250.00 | 0.00 |
| tblArchitecturalCoating | ConstArea_Nonresidential_Interior | 372,750.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Exterior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Interior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Parking | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Exterior | 50.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Interior | 50.00 | 0.00 |
| tblEnergyUse | LightingElect | 2.93 | 2.05 |
| tblEnergyUse | LightingElect | 2.93 | 2.05 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 6.62 | 4.63 |

AR 007774

AR004914

CalEEMod Version: CalEEMod.2016.3.2                Page 3 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblEnergyUse | T24E | 2.20 | 1.54 |
| tblEnergyUse | T24E | 2.20 | 1.54 |
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 12.38 | 8.66 |
| tblEnergyUse | T24NG | 15.36 | 10.75 |
| tblEnergyUse | T24NG | 15.36 | 10.75 |
| tblEnergyUse | T24NG | 3.47 | 2.42 |
| tblEnergyUse | T24NG | 3.47 | 2.42 |
| tblEnergyUse | T24NG | 77.67 | 54.30 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |

AR 007775

AR004915

CalEEMod Version: CalEEMod.2016.3.2        Page 4 of 80        Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
|---|---|---|---|
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 4.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblTripsAndVMT | VendorTripNumber | 41.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 82.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 16.00 | 0.00 |
| tblVehicleEF | HHD | 1.50 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.6629e-007 |
| tblVehicleEF | HHD | 3.46 | 5.53 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.51 | 9.4864e-003 |
| tblVehicleEF | HHD | 6,555.40 | 1,119.65 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 27.96 | 6.29 |
| tblVehicleEF | HHD | 3.07 | 4.45 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |

AR 007776

AR004916

CalEEMod Version: CalEEMod.2016.3.2                    Page 5 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | HHD | 0.02 | 0.06 |
|---|---|---|---|
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 0.90 | 0.45 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4505e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9814e-007 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 1.03 | 0.52 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.06 | 2.6830e-006 |
| tblVehicleEF | HHD | 1.42 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.4667e-007 |

AR 007777

AR004917

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | HHD | 2.53 | 5.37 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.43 | 9.0047e-003 |
| tblVehicleEF | HHD | 6,940.41 | 1,120.47 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 28.85 | 6.16 |
| tblVehicleEF | HHD | 2.90 | 4.21 |
| tblVehicleEF | HHD | 20.32 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.85866e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.84 | 0.47 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.3541e-006 |
| tblVehicleEF | HHD | 0.07 | 0.01 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | HHD | 0.01 | 0.01 |
|---|---|---|---|
| tblVehicleEF | HHD | 7.1000e-005 | 8.9058e-007 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.97 | 0.54 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.5774e-006 |
| tblVehicleEF | HHD | 1.62 | 0.02 |
| tblVehicleEF | HHD | 0.03 | 6.4690e-003 |
| tblVehicleEF | HHD | 0.11 | 4.6976e-007 |
| tblVehicleEF | HHD | 4.76 | 5.65 |
| tblVehicleEF | HHD | 0.46 | 0.56 |
| tblVehicleEF | HHD | 1.51 | 9.5464e-003 |
| tblVehicleEF | HHD | 6,023.73 | 1,099.62 |
| tblVehicleEF | HHD | 1,477.34 | 1,476.92 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 26.74 | 6.35 |
| tblVehicleEF | HHD | 3.05 | 4.31 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.03 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |

AR 007779

AR004919

CalEEMod Version: CalEEMod.2016.3.2                    Page 8 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | HHD | 0.03 | 0.03 |
|---|---|---|---|
| tblVehicleEF | HHD | 8.8710e-003 | 8.7195e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 0.96 | 0.43 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4672e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9908e-007 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 1.11 | 0.49 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.11 | 0.16 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.06 | 2.7013e-006 |
| tblVehicleEF | LDA | 4.4730e-003 | 3.6439e-003 |
| tblVehicleEF | LDA | 6.2970e-003 | 0.06 |
| tblVehicleEF | LDA | 0.62 | 0.82 |
| tblVehicleEF | LDA | 1.29 | 2.22 |
| tblVehicleEF | LDA | 266.01 | 281.79 |
| tblVehicleEF | LDA | 60.91 | 56.36 |

AR 007780

AR004920

CalEEMod Version: CalEEMod.2016.3.2                    Page 9 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.08 | 0.27 |
| tblVehicleEF | LDA | 2.6640e-003 | 2.7877e-003 |
| tblVehicleEF | LDA | 6.3100e-004 | 5.5773e-004 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.09 | 0.29 |
| tblVehicleEF | LDA | 5.0810e-003 | 3.9168e-003 |
| tblVehicleEF | LDA | 5.470e-003 | 0.05 |
| tblVehicleEF | LDA | 0.76 | 0.91 |

AR 007781

AR004921

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LDA | 1.14 | 1.89 |
|---|---|---|---|
| tblVehicleEF | LDA | 289.77 | 295.95 |
| tblVehicleEF | LDA | 60.91 | 55.74 |
| tblVehicleEF | LDA | 0.05 | 0.04 |
| tblVehicleEF | LDA | 0.08 | 0.19 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.01 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.07 | 0.24 |
| tblVehicleEF | LDA | 2.9040e-003 | 2.9279e-003 |
| tblVehicleEF | LDA | 6.2800e-004 | 5.5159e-004 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.08 | 0.26 |

AR 007782

AR004922

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 4.3110e-003 | 3.5693e-003 |
| tblVehicleEF | LDA | 6.4670e-003 | 0.06 |
| tblVehicleEF | LDA | 0.58 | 0.79 |
| tblVehicleEF | LDA | 1.32 | 2.28 |
| tblVehicleEF | LDA | 259.39 | 277.36 |
| tblVehicleEF | LDA | 60.91 | 56.47 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.09 | 0.27 |
| tblVehicleEF | LDA | 2.5980e-003 | 2.7439e-003 |
| tblVehicleEF | LDA | 6.3200e-004 | 5.5885e-004 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |

AR 007783

AR004923

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.10 | 0.30 |
| tblVehicleEF | LDT1 | 0.01 | 9.4839e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.62 | 1.75 |
| tblVehicleEF | LDT1 | 3.78 | 2.46 |
| tblVehicleEF | LDT1 | 325.17 | 331.55 |
| tblVehicleEF | LDT1 | 74.01 | 67.29 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.27 | 0.45 |
| tblVehicleEF | LDT1 | 3.2720e-003 | 3.2808e-003 |
| tblVehicleEF | LDT1 | 8.0700e-004 | 6.6594e-004 |

AR 007784

AR004924

CalEEMod Version: CalEEMod.2016.3.2                    Page 13 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.30 | 0.49 |
| tblVehicleEF | LDT1 | 0.02 | 0.01 |
| tblVehicleEF | LDT1 | 0.02 | 0.08 |
| tblVehicleEF | LDT1 | 1.95 | 1.93 |
| tblVehicleEF | LDT1 | 3.33 | 2.09 |
| tblVehicleEF | LDT1 | 353.10 | 345.86 |
| tblVehicleEF | LDT1 | 74.01 | 66.53 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.22 | 0.29 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.04 | 0.05 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |

AR 007785

CalEEMod Version: CalEEMod.2016.3.2                    Page 14 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.23 | 0.39 |
| tblVehicleEF | LDT1 | 3.5570e-003 | 3.4225e-003 |
| tblVehicleEF | LDT1 | 7.9900e-004 | 6.5837e-004 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.06 | 0.07 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |
| tblVehicleEF | LDT1 | 0.26 | 0.43 |
| tblVehicleEF | LDT1 | 0.01 | 9.3109e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.52 | 1.70 |
| tblVehicleEF | LDT1 | 3.84 | 2.53 |
| tblVehicleEF | LDT1 | 316.88 | 326.99 |
| tblVehicleEF | LDT1 | 74.01 | 67.43 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |

AR 007786

AR004926

CalEEMod Version: CalEEMod.2016.3.2                    Page 15 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.28 | 0.46 |
| tblVehicleEF | LDT1 | 3.1880e-003 | 3.2357e-003 |
| tblVehicleEF | LDT1 | 8.0800e-004 | 6.6731e-004 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.30 | 0.50 |
| tblVehicleEF | LDT2 | 6.1110e-003 | 5.7338e-003 |
| tblVehicleEF | LDT2 | 8.2750e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.82 | 1.16 |
| tblVehicleEF | LDT2 | 1.71 | 2.85 |
| tblVehicleEF | LDT2 | 366.61 | 361.86 |
| tblVehicleEF | LDT2 | 83.75 | 73.87 |
| tblVehicleEF | LDT2 | 0.09 | 0.11 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |

AR 007787

AR004927

CalEEMod Version: CalEEMod.2016.3.2       Page 16 of 80       Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.11 | 0.37 |
| tblVehicleEF | LDT2 | 3.6730e-003 | 3.5801e-003 |
| tblVehicleEF | LDT2 | 8.6600e-004 | 7.3103e-004 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.12 | 0.41 |
| tblVehicleEF | LDT2 | 6.9350e-003 | 6.1404e-003 |
| tblVehicleEF | LDT2 | 7.1890e-003 | 0.07 |
| tblVehicleEF | LDT2 | 1.00 | 1.29 |
| tblVehicleEF | LDT2 | 1.51 | 2.43 |
| tblVehicleEF | LDT2 | 398.95 | 376.16 |
| tblVehicleEF | LDT2 | 83.75 | 73.06 |
| tblVehicleEF | LDT2 | 0.08 | 0.09 |
| tblVehicleEF | LDT2 | 0.15 | 0.32 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |

AR 007788

AR004928

CalEEMod Version: CalEEMod.2016.3.2                 Page 17 of 80                 Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1130e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.10 | 0.33 |
| tblVehicleEF | LDT2 | 3.9980e-003 | 3.7215e-003 |
| tblVehicleEF | LDT2 | 8.6300e-004 | 7.2299e-004 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.03 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.11 | 0.36 |
| tblVehicleEF | LDT2 | 5.8750e-003 | 5.6213e-003 |
| tblVehicleEF | LDT2 | 8.5090e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.76 | 1.12 |
| tblVehicleEF | LDT2 | 1.74 | 2.93 |
| tblVehicleEF | LDT2 | 356.95 | 357.31 |
| tblVehicleEF | LDT2 | 83.75 | 74.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.10 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |

AR 007789

AR004929

CalEEMod Version: CalEEMod.2016.3.2                 Page 18 of 80                 Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.01 | 0.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.11 | 0.38 |
| tblVehicleEF | LDT2 | 3.5750e-003 | 3.5351e-003 |
| tblVehicleEF | LDT2 | 8.6700e-004 | 7.3252e-004 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.13 | 0.42 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8817e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7552e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.81 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |

AR 007790

AR004930

CalEEMod Version: CalEEMod.2016.3.2                    Page 19 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LHD1 | 9.27 | 9.09 |
|---|---|---|---|
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.81 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.35 | 0.99 |
| tblVehicleEF | LHD1 | 1.02 | 0.36 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2675e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |

AR 007791

AR004931

CalEEMod Version: CalEEMod.2016.3.2                Page 20 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LHD1 | 0.10 | 0.09 |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8948e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.8828e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.05 | 0.82 |
| tblVehicleEF | LHD1 | 2.42 | 1.14 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.92 |
| tblVehicleEF | LHD1 | 30.90 | 12.71 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.21 | 0.93 |
| tblVehicleEF | LHD1 | 0.98 | 0.35 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.27 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6820e-003 |
| tblVehicleEF | LHD1 | 3.5500e-004 | 1.2579e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.08 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.29 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8802e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7279e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.80 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.82 |

AR 007793

AR004933

CalEEMod Version: CalEEMod.2016.3.2      Page 22 of 80      Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LHD1 | 0.09 | 0.06 |
|---|---|---|---|
| tblVehicleEF | LHD1 | 2.32 | 0.98 |
| tblVehicleEF | LHD1 | 1.01 | 0.37 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2686e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |

CalEEMod Version: CalEEMod.2016.3.2                Page 23 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1865e-003 |
| tblVehicleEF | LHD2 | 5.1000e-003 | 4.7023e-003 |
| tblVehicleEF | LHD2 | 9.1950e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.23 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.98 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.94 | 1.23 |
| tblVehicleEF | LHD2 | 0.56 | 0.25 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |

AR 007795

AR004935

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6672e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8743e-005 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1958e-003 |
| tblVehicleEF | LHD2 | 5.1600e-003 | 4.7587e-003 |
| tblVehicleEF | LHD2 | 8.8690e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.18 | 0.78 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.42 |
| tblVehicleEF | LHD2 | 23.90 | 9.91 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.83 | 1.16 |
| tblVehicleEF | LHD2 | 0.54 | 0.24 |

CalEEMod Version: CalEEMod.2016.3.2                  Page 25 of 80                  Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6673e-003 |
| tblVehicleEF | LHD2 | 2.6100e-004 | 9.8090e-005 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.13 | 0.07 |

AR 007797

AR004937

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1853e-003 |
| tblVehicleEF | LHD2 | 5.0860e-003 | 4.6903e-003 |
| tblVehicleEF | LHD2 | 9.2490e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.24 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.99 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.92 | 1.21 |
| tblVehicleEF | LHD2 | 0.56 | 0.26 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6671e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8819e-005 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.93 | 19.66 |
| tblVehicleEF | MCY | 9.66 | 8.48 |
| tblVehicleEF | MCY | 164.88 | 218.98 |
| tblVehicleEF | MCY | 46.70 | 60.53 |
| tblVehicleEF | MCY | 1.13 | 1.13 |
| tblVehicleEF | MCY | 0.31 | 0.26 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |

AR 007799

AR004939

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.17 | 2.53 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.09 | 1.84 |
| tblVehicleEF | MCY | 2.0370e-003 | 2.1670e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 5.9901e-004 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.66 | 3.12 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.27 | 2.00 |
| tblVehicleEF | MCY | 0.41 | 0.36 |
| tblVehicleEF | MCY | 0.14 | 0.21 |
| tblVehicleEF | MCY | 20.66 | 19.00 |
| tblVehicleEF | MCY | 9.11 | 7.76 |
| tblVehicleEF | MCY | 164.88 | 217.72 |
| tblVehicleEF | MCY | 46.70 | 58.69 |
| tblVehicleEF | MCY | 0.98 | 0.99 |
| tblVehicleEF | MCY | 0.29 | 0.25 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |

AR 007800

CalEEMod Version: CalEEMod.2016.3.2                    Page 29 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
|---|---|---|---|
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.15 | 2.46 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 1.87 | 1.63 |
| tblVehicleEF | MCY | 2.0470e-003 | 2.1545e-003 |
| tblVehicleEF | MCY | 6.7100e-004 | 5.8079e-004 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.63 | 3.04 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 2.03 | 1.77 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.43 | 19.68 |
| tblVehicleEF | MCY | 9.60 | 8.55 |
| tblVehicleEF | MCY | 164.88 | 219.04 |
| tblVehicleEF | MCY | 46.70 | 60.74 |
| tblVehicleEF | MCY | 1.13 | 1.10 |
| tblVehicleEF | MCY | 0.31 | 0.27 |
| tblVehicleEF | MCY | 0.01 | 0.01 |

AR 007801

AR004941

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
|---|---|---|---|
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.17 | 2.54 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.10 | 1.87 |
| tblVehicleEF | MCY | 2.0290e-003 | 2.1676e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 6.0106e-004 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.66 | 3.13 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.28 | 2.03 |
| tblVehicleEF | MDV | 0.01 | 8.1275e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.58 | 1.49 |
| tblVehicleEF | MDV | 3.47 | 3.45 |
| tblVehicleEF | MDV | 501.88 | 442.94 |
| tblVehicleEF | MDV | 112.78 | 90.12 |

AR 007802

AR004942

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 0.19 | 0.15 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.27 | 0.49 |
| tblVehicleEF | MDV | 5.0330e-003 | 4.3797e-003 |
| tblVehicleEF | MDV | 1.1890e-003 | 8.9179e-004 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.30 | 0.53 |
| tblVehicleEF | MDV | 0.02 | 8.6153e-003 |
| tblVehicleEF | MDV | 0.02 | 0.09 |
| tblVehicleEF | MDV | 1.91 | 1.63 |

AR 007803

AR004943

CalEEMod Version: CalEEMod.2016.3.2        Page 32 of 80        Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 3.08 | 2.93 |
| tblVehicleEF | MDV | 544.80 | 458.44 |
| tblVehicleEF | MDV | 112.78 | 89.12 |
| tblVehicleEF | MDV | 0.18 | 0.13 |
| tblVehicleEF | MDV | 0.33 | 0.39 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.24 | 0.43 |
| tblVehicleEF | MDV | 5.4670e-003 | 4.5332e-003 |
| tblVehicleEF | MDV | 1.1820e-003 | 8.8191e-004 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.06 | 0.06 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.26 | 0.47 |

AR 007804

AR004944

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MDV | 0.01 | 7.9891e-003 |
|---|---|---|---|
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.48 | 1.45 |
| tblVehicleEF | MDV | 3.54 | 3.54 |
| tblVehicleEF | MDV | 489.12 | 438.16 |
| tblVehicleEF | MDV | 112.78 | 90.29 |
| tblVehicleEF | MDV | 0.18 | 0.14 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.28 | 0.50 |
| tblVehicleEF | MDV | 4.9040e-003 | 4.3324e-003 |
| tblVehicleEF | MDV | 1.1910e-003 | 8.9352e-004 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |

AR 007805

AR004945

CalEEMod Version: CalEEMod.2016.3.2        Page 34 of 80        Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.31 | 0.54 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.14 | 0.32 |
| tblVehicleEF | MH | 6.37 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.76 | 4.09 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9990e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |

AR 007806

AR004946

CalEEMod Version: CalEEMod.2016.3.2        Page 35 of 80        Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.24 | 0.32 |
| tblVehicleEF | MH | 5.95 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.63 | 3.87 |
| tblVehicleEF | MH | 0.86 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MH | 0.37 | 0.00 |
|---|---|---|---|
| tblVehicleEF | MH | 9.9910e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 6.9300e-004 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.40 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.12 | 0.32 |
| tblVehicleEF | MH | 6.40 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.74 | 4.02 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |

AR 007808

AR004948

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9890e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MHD | 0.02 | 4.2934e-003 |
| tblVehicleEF | MHD | 6.1240e-003 | 8.3332e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.43 | 0.38 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.54 | 1.42 |
| tblVehicleEF | MHD | 156.54 | 67.47 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.84 |
| tblVehicleEF | MHD | 1.06 | 0.60 |
| tblVehicleEF | MHD | 1.70 | 2.64 |
| tblVehicleEF | MHD | 11.65 | 1.02 |
| tblVehicleEF | MHD | 3.7720e-003 | 2.2012e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |

AR 007809

AR004949

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MHD | 0.06 | 0.08 |
|---|---|---|---|
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.6080e-003 | 2.1060e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.5050e-003 | 6.4116e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6700e-004 | 1.1717e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.0641e-003 |
| tblVehicleEF | MHD | 6.1890e-003 | 8.3939e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 39 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MHD | 0.31 | 0.30 |
|---|---|---|---|
| tblVehicleEF | MHD | 0.47 | 0.76 |
| tblVehicleEF | MHD | 6.24 | 1.35 |
| tblVehicleEF | MHD | 165.81 | 69.00 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.45 |
| tblVehicleEF | MHD | 55.18 | 11.72 |
| tblVehicleEF | MHD | 1.10 | 0.61 |
| tblVehicleEF | MHD | 1.60 | 2.49 |
| tblVehicleEF | MHD | 11.62 | 1.02 |
| tblVehicleEF | MHD | 3.1790e-003 | 1.8578e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.0420e-003 | 1.7774e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.38 | 0.06 |
| tblVehicleEF | MHD | 1.5920e-003 | 6.5574e-004 |

AR 007811

AR004951

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MHD | 0.01 | 0.01 |
|---|---|---|---|
| tblVehicleEF | MHD | 6.6100e-004 | 1.1597e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.42 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.6225e-003 |
| tblVehicleEF | MHD | 6.0850e-003 | 8.3163e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.60 | 0.49 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.63 | 1.43 |
| tblVehicleEF | MHD | 143.73 | 65.36 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.86 |
| tblVehicleEF | MHD | 1.01 | 0.59 |
| tblVehicleEF | MHD | 1.68 | 2.60 |
| tblVehicleEF | MHD | 11.66 | 1.02 |
| tblVehicleEF | MHD | 4.5890e-003 | 2.6754e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 4.3910e-003 | 2.5596e-003 |

AR 007812

AR004952

CalEEMod Version: CalEEMod.2016.3.2                Page 41 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.3840e-003 | 6.2095e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6800e-004 | 1.1736e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | OBUS | 0.01 | 9.0789e-003 |
| tblVehicleEF | OBUS | 9.4560e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.28 | 0.58 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.57 | 2.56 |

AR 007813

AR004953

CalEEMod Version: CalEEMod.2016.3.2                Page 42 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 74.57 | 92.99 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.83 |
| tblVehicleEF | OBUS | 70.73 | 20.25 |
| tblVehicleEF | OBUS | 0.39 | 0.66 |
| tblVehicleEF | OBUS | 1.35 | 2.43 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 1.7700e-004 | 3.1503e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.6900e-004 | 3.0140e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.41 | 0.12 |
| tblVehicleEF | OBUS | 7.2400e-004 | 8.8498e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2300e-004 | 2.0041e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |

AR 007814

AR004954

Page 43 of 80

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | OBUS | 0.01 | 9.0761e-003 |
| tblVehicleEF | OBUS | 9.6420e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.26 | 0.55 |
| tblVehicleEF | OBUS | 0.65 | 1.25 |
| tblVehicleEF | OBUS | 6.15 | 2.42 |
| tblVehicleEF | OBUS | 77.97 | 94.12 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.86 |
| tblVehicleEF | OBUS | 70.73 | 20.01 |
| tblVehicleEF | OBUS | 0.40 | 0.67 |
| tblVehicleEF | OBUS | 1.26 | 2.28 |
| tblVehicleEF | OBUS | 2.17 | 0.59 |
| tblVehicleEF | OBUS | 1.4900e-004 | 2.6601e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.4300e-004 | 2.5450e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |

AR 007815

AR004955

CalEEMod Version: CalEEMod.2016.3.2                Page 44 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.39 | 0.12 |
| tblVehicleEF | OBUS | 7.5600e-004 | 8.9558e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.1600e-004 | 1.9799e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.43 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 9.1031e-003 |
| tblVehicleEF | OBUS | 9.4220e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.29 | 0.63 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.63 | 2.58 |
| tblVehicleEF | OBUS | 69.87 | 91.44 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.82 |
| tblVehicleEF | OBUS | 70.73 | 20.29 |

AR 007816

AR004956

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | OBUS | 0.37 | 0.66 |
|---|---|---|---|
| tblVehicleEF | OBUS | 1.34 | 2.38 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 2.1500e-004 | 3.8273e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 2.0600e-004 | 3.6617e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.42 | 0.13 |
| tblVehicleEF | OBUS | 6.7900e-004 | 8.7034e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2400e-004 | 2.0080e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |

AR 007817

AR004957

CalEEMod Version: CalEEMod.2016.3.2                Page 46 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0558e-003 |
| tblVehicleEF | SBUS | 0.06 | 6.4940e-003 |
| tblVehicleEF | SBUS | 7.81 | 2.72 |
| tblVehicleEF | SBUS | 0.66 | 0.79 |
| tblVehicleEF | SBUS | 6.73 | 0.92 |
| tblVehicleEF | SBUS | 1,154.91 | 356.52 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.70 |
| tblVehicleEF | SBUS | 53.24 | 5.46 |
| tblVehicleEF | SBUS | 10.58 | 3.53 |
| tblVehicleEF | SBUS | 4.99 | 5.58 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 5.3126e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 5.0828e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |

AR 007818

AR004958

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.37 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.4013e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.4900e-004 | 5.4047e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.40 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.1649e-003 |
| tblVehicleEF | SBUS | 0.05 | 5.7028e-003 |
| tblVehicleEF | SBUS | 7.67 | 2.68 |
| tblVehicleEF | SBUS | 0.67 | 0.80 |
| tblVehicleEF | SBUS | 4.88 | 0.73 |
| tblVehicleEF | SBUS | 1,207.92 | 366.39 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.72 |
| tblVehicleEF | SBUS | 53.24 | 5.15 |
| tblVehicleEF | SBUS | 10.92 | 3.62 |
| tblVehicleEF | SBUS | 4.69 | 5.26 |
| tblVehicleEF | SBUS | 12.56 | 0.70 |

AR 007819

AR004959

CalEEMod Version: CalEEMod.2016.3.2                    Page 48 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | SBUS | 0.01 | 4.4850e-003 |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 9.8070e-003 | 4.2910e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 0.93 | 0.32 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.12 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.31 | 0.03 |
| tblVehicleEF | SBUS | 0.01 | 3.4945e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.1800e-004 | 5.0916e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.34 | 0.04 |

AR 007820

AR004960

CalEEMod Version: CalEEMod.2016.3.2                Page 49 of 80                 Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | SBUS | 0.85 | 0.07 |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.01 | 9.0312e-003 |
| tblVehicleEF | SBUS | 0.07 | 6.6366e-003 |
| tblVehicleEF | SBUS | 7.99 | 2.78 |
| tblVehicleEF | SBUS | 0.66 | 0.78 |
| tblVehicleEF | SBUS | 7.09 | 0.94 |
| tblVehicleEF | SBUS | 1,081.70 | 342.89 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.69 |
| tblVehicleEF | SBUS | 53.24 | 5.51 |
| tblVehicleEF | SBUS | 10.11 | 3.41 |
| tblVehicleEF | SBUS | 4.94 | 5.49 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 6.4556e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 6.1763e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |

AR 007821

AR004961

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | SBUS | 0.02 | 0.08 |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.38 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.2726e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.5500e-004 | 5.4498e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.42 | 0.04 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.35 | 38.44 |
| tblVehicleEF | UBUS | 16.43 | 0.97 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.92 |
| tblVehicleEF | UBUS | 5.46 | 1.54 |
| tblVehicleEF | UBUS | 12.53 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |

AR 007822

AR004962

CalEEMod Version: CalEEMod.2016.3.2

Page 51 of 80

Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8570e-003 | 1.1798e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.40 | 0.07 |
| tblVehicleEF | UBUS | 1.61 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.64 | 38.44 |
| tblVehicleEF | UBUS | 14.18 | 0.85 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.72 |
| tblVehicleEF | UBUS | 5.09 | 1.54 |
| tblVehicleEF | UBUS | 12.44 | 0.11 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |

CalEEMod Version: CalEEMod.2016.3.2                Page 52 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 0.65 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.17 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8170e-003 | 1.1596e-004 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 2.31 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.10 | 0.02 |
| tblVehicleEF | UBUS | 10.37 | 38.44 |
| tblVehicleEF | UBUS | 16.61 | 0.98 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.95 |
| tblVehicleEF | UBUS | 5.42 | 1.54 |
| tblVehicleEF | UBUS | 12.54 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |

AR 007824

AR004964

CalEEMod Version: CalEEMod.2016.3.2                    Page 53 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | UBUS | 0.01 | 0.03 |
|---|---|---|---|
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.29 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8600e-003 | 1.1829e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.42 | 0.07 |

## 2.0 Emissions Summary

AR 007825

AR004965

## 2.1 Overall Construction (Maximum Daily Emission)

**Unmitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Maximum** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Maximum** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

| | **ROG** | **NOx** | **CO** | **SO2** | **Fugitive PM10** | **Exhaust PM10** | **PM10 Total** | **Fugitive PM2.5** | **Exhaust PM2.5** | **PM2.5 Total** | **Bio- CO2** | **NBio-CO2** | **Total CO2** | **CH4** | **N20** | **CO2e** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Percent Reduction** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

CalEEMod Version: CalEEMod.2016.3.2                    Page 55 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

## 2.2 Overall Operational

**Unmitigated Operational**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Area | 5.5538 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | 0.0544 | 0.0544 | 1.5000e-004 | | 0.0580 |
| Energy | 0.2880 | 2.6184 | 2.1995 | 0.0157 | | 0.1990 | 0.1990 | | 0.1990 | 0.1990 | | 3,142.0854 | 3,142.0854 | 0.0602 | 0.0576 | 3,160.7573 |
| Mobile | 22.1741 | 54.4135 | 155.6079 | 0.4107 | 31.7027 | 0.7459 | 32.4486 | 8.4758 | 0.7066 | 9.1824 | | 42,621.8702 | 42,621.8702 | 2.9298 | | 42,695.1155 |
| **Total** | **28.0159** | **57.0322** | **157.8329** | **0.4264** | **31.7027** | **0.9450** | **32.6477** | **8.4758** | **0.9057** | **9.3815** | | **45,764.0100** | **45,764.0100** | **2.9902** | **0.0576** | **45,855.9308** |

**Mitigated Operational**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Area | 5.5538 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | 0.0544 | 0.0544 | 1.5000e-004 | | 0.0580 |
| Energy | 0.2880 | 2.6184 | 2.1995 | 0.0157 | | 0.1990 | 0.1990 | | 0.1990 | 0.1990 | | 3,142.0854 | 3,142.0854 | 0.0602 | 0.0576 | 3,160.7573 |
| Mobile | 22.1741 | 54.4135 | 155.6079 | 0.4107 | 31.7027 | 0.7459 | 32.4486 | 8.4758 | 0.7066 | 9.1824 | | 42,621.8702 | 42,621.8702 | 2.9298 | | 42,695.1155 |
| **Total** | **28.0159** | **57.0322** | **157.8329** | **0.4264** | **31.7027** | **0.9450** | **32.6477** | **8.4758** | **0.9057** | **9.3815** | | **45,764.0100** | **45,764.0100** | **2.9902** | **0.0576** | **45,855.9308** |

AR 007827

AR004967

CalEEMod Version: CalEEMod.2016.3.2                Page 56 of 80                Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

### Construction Phase

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Demolition | Demolition | 6/30/2019 | 7/26/2019 | 5 | 20 | |
| 2 | Site Preparation | Site Preparation | 7/27/2019 | 8/9/2019 | 5 | 10 | |
| 3 | Grading | Grading | 8/10/2019 | 9/6/2019 | 5 | 20 | |
| 4 | Building Construction | Building Construction | 9/7/2019 | 7/24/2020 | 5 | 230 | |
| 5 | Paving | Paving | 7/25/2020 | 8/21/2020 | 5 | 20 | |
| 6 | Architectural Coating | Architectural Coating | 8/22/2020 | 9/18/2020 | 5 | 20 | |

**Acres of Grading (Site Preparation Phase): 0**

**Acres of Grading (Grading Phase): 0**

**Acres of Paving: 0**

**Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 0; Non-Residential Outdoor: 0; Striped Parking Area: 0 (Architectural Coating – sqft)**

**OffRoad Equipment**

AR 007828

AR004968

CalEEMod Version: CalEEMod.2016.3.2                          Page 57 of 80                          Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|---|---|---|---|---|---|
| Demolition | Concrete/Industrial Saws | 0 | 8.00 | 81 | 0.73 |
| Demolition | Excavators | 0 | 8.00 | 158 | 0.38 |
| Demolition | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Site Preparation | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 0 | 8.00 | 97 | 0.37 |
| Grading | Excavators | 0 | 8.00 | 158 | 0.38 |
| Grading | Graders | 0 | 8.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Grading | Tractors/Loaders/Backhoes | 0 | 8.00 | 97 | 0.37 |
| Building Construction | Cranes | 0 | 7.00 | 231 | 0.29 |
| Building Construction | Forklifts | 0 | 8.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 0 | 8.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 0 | 7.00 | 97 | 0.37 |
| Building Construction | Welders | 0 | 8.00 | 46 | 0.45 |
| Paving | Pavers | 0 | 8.00 | 130 | 0.42 |
| Paving | Paving Equipment | 0 | 8.00 | 132 | 0.36 |
| Paving | Rollers | 0 | 8.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 0 | 6.00 | 78 | 0.48 |

**Trips and VMT**

AR 007829

AR004969

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Demolition | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Site Preparation | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

## 3.1 Mitigation Measures Construction

## 3.2 Demolition - 2019

### Unmitigated Construction On-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 007830

AR004970

CalEEMod Version: CalEEMod.2016.3.2                    Page 59 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

**3.2 Demolition - 2019**

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007831

AR004971

CalEEMod Version: CalEEMod.2016.3.2                 Page 60 of 80                          Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 3.2 Demolition - 2019

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.3 Site Preparation - 2019

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007832

AR004972

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 3.3 Site Preparation - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007833

CalEEMod Version: CalEEMod.2016.3.2                    Page 62 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 3.3 Site Preparation - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

### 3.4 Grading - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | lb/day | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 007834

AR004974

CalEEMod Version: CalEEMod.2016.3.2        Page 63 of 80        Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

## 3.4 Grading - 2019

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 3.4 Grading - 2019

**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

### 3.5 Building Construction - 2019

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 007836

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 3.5 Building Construction - 2019

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007837

AR004977

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

## 3.5 Building Construction - 2019
### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

## 3.5 Building Construction - 2020
### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 007838

AR004978

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 3.5 Building Construction - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007839

AR004979

CalEEMod Version: CalEEMod.2016.3.2                    Page 68 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

**3.5 Building Construction - 2020**
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**3.6 Paving - 2020**
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007840

AR004980

CalEEMod Version: CalEEMod.2016.3.2                   Page 69 of 80                   Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

**3.6 Paving - 2020**

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007841

AR004981

CalEEMod Version: CalEEMod.2016.3.2      Page 70 of 80      Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 3.6 Paving - 2020
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.7 Architectural Coating - 2020
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | lb/day | | | | | | | | lb/day | | |
| Archit. Coating | 0.0000 | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

CalEEMod Version: CalEEMod.2016.3.2       Page 71 of 80       Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

## 3.7 Architectural Coating - 2020

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007843

CalEEMod Version: CalEEMod.2016.3.2                    Page 72 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 3.7 Architectural Coating - 2020

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

## 4.0 Operational Detail - Mobile

### 4.1 Mitigation Measures Mobile

AR 007844

AR004984

CalEEMod Version: CalEEMod.2016.3.2                 Page 73 of 80                 Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 22.1741 | 54.4135 | 155.6079 | 0.4107 | 31.7027 | 0.7459 | 32.4486 | 8.4758 | 0.7066 | 9.1824 | | 42,621.87 02 | 42,621.87 02 | 2.9298 | | 42,695.115 5 |
| Unmitigated | 22.1741 | 54.4135 | 155.6079 | 0.4107 | 31.7027 | 0.7459 | 32.4486 | 8.4758 | 0.7066 | 9.1824 | | 42,621.87 02 | 42,621.87 02 | 2.9298 | | 42,695.115 5 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Automobile Care Center | 2,965.00 | 2,965.00 | 1485.00 | 3,688,552 | 3,688,552 |
| Automobile Care Center | 593.00 | 593.00 | 297.00 | 737,710 | 737,710 |
| Bank (with Drive-Through) | 740.75 | 431.60 | 159.50 | 658,121 | 658,121 |
| General Office Building | 55.15 | 12.30 | 5.25 | 134,979 | 134,979 |
| Medical Office Building | 2,438.78 | 604.80 | 104.63 | 4,781,334 | 4,781,334 |
| Quality Restaurant | 1,888.95 | 1,981.56 | 1515.36 | 2,632,024 | 2,632,024 |
| Total | 8,681.63 | 6,588.26 | 3,566.74 | 12,632,720 | 12,632,720 |

## 4.3 Trip Type Information

AR 007845

AR004985

CalEEMod Version: CalEEMod.2016.3.2                    Page 74 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| Land Use | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Automobile Care Center | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 21 | 51 | 28 |
| Automobile Care Center | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 21 | 51 | 28 |
| Bank (with Drive-Through) | 16.60 | 8.40 | 6.90 | 6.60 | 74.40 | 19.00 | 27 | 26 | 47 |
| General Office Building | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 77 | 19 | 4 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Quality Restaurant | 16.60 | 8.40 | 6.90 | 12.00 | 69.00 | 19.00 | 38 | 18 | 44 |

## 4.4 Fleet Mix

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Automobile Care Center | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Bank (with Drive-Through) | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| General Office Building | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Medical Office Building | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Quality Restaurant | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |

# 5.0 Energy Detail

Historical Energy Use: N

## 5.1 Mitigation Measures Energy

AR 007846

AR004986

CalEEMod Version: CalEEMod.2016.3.2      Page 75 of 80      Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| NaturalGas Mitigated | 0.2880 | 2.6184 | 2.1995 | 0.0157 | | 0.1990 | 0.1990 | | 0.1990 | 0.1990 | | 3,142.0854 | 3,142.0854 | 0.0602 | 0.0576 | 3,160.7573 |
| NaturalGas Unmitigated | 0.2880 | 2.6184 | 2.1995 | 0.0157 | | 0.1990 | 0.1990 | | 0.1990 | 0.1990 | | 3,142.0854 | 3,142.0854 | 0.0602 | 0.0576 | 3,160.7573 |

AR 007847

CalEEMod Version: CalEEMod.2016.3.2                    Page 76 of 80                    Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

## 5.2 Energy by Land Use - NaturalGas

### Unmitigated

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | lb/day | | | | | | | | | | lb/day | | | | | |
| Automobile Care Center | 1909.59 | 0.0206 | 0.1872 | 0.1573 | 1.1200e-003 | | 0.0142 | 0.0142 | | 0.0142 | 0.0142 | | 224.6575 | 224.6575 | 4.3100e-003 | 4.1200e-003 | 225.9926 |
| Automobile Care Center | 9547.95 | 0.1030 | 0.9361 | 0.7863 | 5.6200e-003 | | 0.0711 | 0.0711 | | 0.0711 | 0.0711 | | 1,123.2877 | 1,123.2877 | 0.0215 | 0.0206 | 1,129.9628 |
| Bank (with Drive-Through) | 381.918 | 4.1200e-003 | 0.0374 | 0.0315 | 2.2000e-004 | | 2.8500e-003 | 2.8500e-003 | | 2.8500e-003 | 2.8500e-003 | | 44.9315 | 44.9315 | 8.6000e-004 | 8.2000e-004 | 45.1985 |
| General Office Building | 33.1507 | 3.6000e-004 | 3.2500e-003 | 2.7300e-003 | 2.0000e-005 | | 2.5000e-004 | 2.5000e-004 | | 2.5000e-004 | 2.5000e-004 | | 3.9001 | 3.9001 | 7.0000e-005 | 7.0000e-005 | 3.9233 |
| Medical Office Building | 447.534 | 4.8300e-003 | 0.0439 | 0.0369 | 2.6000e-004 | | 3.3300e-003 | 3.3300e-003 | | 3.3300e-003 | 3.3300e-003 | | 52.6511 | 52.6511 | 1.0100e-003 | 9.7000e-004 | 52.9640 |
| Quality Restaurant | 14387.6 | 0.1552 | 1.4106 | 1.1849 | 8.4600e-003 | | 0.1072 | 0.1072 | | 0.1072 | 0.1072 | | 1,692.6575 | 1,692.6575 | 0.0324 | 0.0310 | 1,702.7162 |
| **Total** | | **0.2880** | **2.6184** | **2.1995** | **0.0157** | | **0.1990** | **0.1990** | | **0.1990** | **0.1990** | | **3,142.0854** | **3,142.0854** | **0.0602** | **0.0576** | **3,160.7573** |

AR 007848

AR004988

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

### 5.2 Energy by Land Use - NaturalGas

**Mitigated**

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | lb/day | | | | | | | | | | lb/day | | | | | |
| Automobile Care Center | 1.90959 | 0.0206 | 0.1872 | 0.1573 | 1.1200e-003 | | 0.0142 | 0.0142 | | 0.0142 | 0.0142 | | 224.6575 | 224.6575 | 4.3100e-003 | 4.1200e-003 | 225.9926 |
| Automobile Care Center | 9.54795 | 0.1030 | 0.9361 | 0.7863 | 5.6200e-003 | | 0.0711 | 0.0711 | | 0.0711 | 0.0711 | | 1,123.2877 | 1,123.2877 | 0.0215 | 0.0206 | 1,129.9628 |
| Bank (with Drive-Through) | 0.381918 | 4.1200e-003 | 0.0374 | 0.0315 | 2.2000e-004 | | 2.8500e-003 | 2.8500e-003 | | 2.8500e-003 | 2.8500e-003 | | 44.9315 | 44.9315 | 8.6000e-004 | 8.2000e-004 | 45.1985 |
| General Office Building | 0.0331507 | 3.6000e-004 | 3.2500e-003 | 2.7300e-003 | 2.0000e-005 | | 2.5000e-004 | 2.5000e-004 | | 2.5000e-004 | 2.5000e-004 | | 3.9001 | 3.9001 | 7.0000e-005 | 7.0000e-005 | 3.9233 |
| Medical Office Building | 0.447534 | 4.8300e-003 | 0.0439 | 0.0369 | 2.6000e-004 | | 3.3300e-003 | 3.3300e-003 | | 3.3300e-003 | 3.3300e-003 | | 52.6511 | 52.6511 | 1.0100e-003 | 9.7000e-004 | 52.9640 |
| Quality Restaurant | 14.3876 | 0.1552 | 1.4106 | 1.1849 | 8.4600e-003 | | 0.1072 | 0.1072 | | 0.1072 | 0.1072 | | 1,692.6575 | 1,692.6575 | 0.0324 | 0.0310 | 1,702.7162 |
| **Total** | | **0.2880** | **2.6184** | **2.1995** | **0.0157** | | **0.1990** | **0.1990** | | **0.1990** | **0.1990** | | **3,142.0854** | **3,142.0854** | **0.0602** | **0.0576** | **3,160.7573** |

## 6.0 Area Detail

### 6.1 Mitigation Measures Area

AR 007849

AR004989

CalEEMod Version: CalEEMod.2016.3.2      Page 78 of 80      Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 5.5538 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | | 0.0544 | 0.0544 | 1.5000e-004 | 0.0580 |
| Unmitigated | 5.5538 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | | 0.0544 | 0.0544 | 1.5000e-004 | 0.0580 |

## 6.2 Area by SubCategory

**Unmitigated**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SubCategory | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 0.6311 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 4.9203 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 2.4000e-003 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | | 0.0544 | 0.0544 | 1.5000e-004 | 0.0580 |
| **Total** | **5.5538** | **2.4000e-004** | **0.0255** | **0.0000** | | **9.0000e-005** | **9.0000e-005** | | **9.0000e-005** | **9.0000e-005** | | | **0.0544** | **0.0544** | **1.5000e-004** | **0.0580** |

AR 007850

AR004990

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

## 6.2 Area by SubCategory

**Mitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 0.6311 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 4.9203 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 2.4000e-003 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | | 0.0544 | 0.0544 | 1.5000e-004 | 0.0580 |
| **Total** | **5.5538** | **2.4000e-004** | **0.0255** | **0.0000** | | **9.0000e-005** | **9.0000e-005** | | **9.0000e-005** | **9.0000e-005** | | | **0.0544** | **0.0544** | **1.5000e-004** | **0.0580** |

# 7.0 Water Detail

## 7.1 Mitigation Measures Water

# 8.0 Waste Detail

## 8.1 Mitigation Measures Waste

# 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

# 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

AR 007851

CalEEMod Version: CalEEMod.2016.3.2        Page 80 of 80        Date: 7/1/2020 9:35 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Summer

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
| --- | --- | --- | --- | --- | --- | --- |

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
| --- | --- | --- | --- | --- | --- |

**User Defined Equipment**

| Equipment Type | Number |
| --- | --- |

## 11.0 Vegetation

CalEEMod Version: CalEEMod.2016.3.2         Page 1 of 80         Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

**12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run**
**Riverside-South Coast County, Winter**

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Bank (with Drive-Through) | 5.00 | 1000sqft | 0.11 | 5,000.00 | 0 |
| General Office Building | 5.00 | 1000sqft | 0.11 | 5,000.00 | 0 |
| Medical Office Building | 67.50 | 1000sqft | 1.55 | 67,500.00 | 0 |
| Quality Restaurant | 21.00 | 1000sqft | 0.48 | 21,000.00 | 0 |
| Automobile Care Center | 125.00 | 1000sqft | 2.87 | 125,000.00 | 0 |
| Automobile Care Center | 25.00 | 1000sqft | 0.57 | 25,000.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Urbanization** | Urban | **Wind Speed (m/s)** | 2.4 | **Precipitation Freq (Days)** | 28 |
| **Climate Zone** | 10 | | | **Operational Year** | 2020 |

**Utility Company**    Southern California Edison

| | | | | | |
|---|---|---|---|---|---|
| **CO2 Intensity (lb/MWhr)** | 702.44 | **CH4 Intensity (lb/MWhr)** | 0.029 | **N2O Intensity (lb/MWhr)** | 0.006 |

### 1.3 User Entered Comments & Non-Default Data

AR 007853

AR004993

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

Project Characteristics -

Land Use -

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Trips and VMT - Operations only

On-road Fugitive Dust - Operations only

Grading - Operations only

Architectural Coating - Operations

Energy Use - 2019 Title 24 Standards

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblArchitecturalCoating | ConstArea_Nonresidential_Exterior | 124,250.00 | 0.00 |
| tblArchitecturalCoating | ConstArea_Nonresidential_Interior | 372,750.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Exterior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Interior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Parking | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Exterior | 50.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Interior | 50.00 | 0.00 |
| tblEnergyUse | LightingElect | 2.93 | 2.05 |
| tblEnergyUse | LightingElect | 2.93 | 2.05 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 6.62 | 4.63 |

AR 007854

AR004994

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblEnergyUse | T24E | 2.20 | 1.54 |
| tblEnergyUse | T24E | 2.20 | 1.54 |
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 12.38 | 8.66 |
| tblEnergyUse | T24NG | 15.36 | 10.75 |
| tblEnergyUse | T24NG | 15.36 | 10.75 |
| tblEnergyUse | T24NG | 3.47 | 2.42 |
| tblEnergyUse | T24NG | 3.47 | 2.42 |
| tblEnergyUse | T24NG | 77.67 | 54.30 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 2.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |

AR 007855

AR004995

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 3.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 4.00 | 0.00 |
| tblOffRoadEquipment | OffRoadEquipmentUnitAmount | 1.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblTripsAndVMT | VendorTripNumber | 41.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 82.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 16.00 | 0.00 |
| tblVehicleEF | HHD | 1.50 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.6629e-007 |
| tblVehicleEF | HHD | 3.46 | 5.53 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.51 | 9.4864e-003 |
| tblVehicleEF | HHD | 6,555.40 | 1,119.65 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 27.96 | 6.29 |
| tblVehicleEF | HHD | 3.07 | 4.45 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |

AR 007856

AR004996

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | HHD | 0.02 | 0.06 |
|---|---|---|---|
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 0.90 | 0.45 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4505e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9814e-007 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 1.03 | 0.52 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.06 | 2.6830e-006 |
| tblVehicleEF | HHD | 1.42 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.4667e-007 |

AR 007857

AR004997

CalEEMod Version: CalEEMod.2016.3.2                    Page 6 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | HHD | 2.53 | 5.37 |
|---|---|---|---|
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.43 | 9.0047e-003 |
| tblVehicleEF | HHD | 6,940.41 | 1,120.47 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 28.85 | 6.16 |
| tblVehicleEF | HHD | 2.90 | 4.21 |
| tblVehicleEF | HHD | 20.32 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.84 | 0.47 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.3541e-006 |
| tblVehicleEF | HHD | 0.07 | 0.01 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | HHD | 0.01 | 0.01 |
|---|---|---|---|
| tblVehicleEF | HHD | 7.1000e-005 | 8.9058e-007 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.97 | 0.54 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.5774e-006 |
| tblVehicleEF | HHD | 1.62 | 0.02 |
| tblVehicleEF | HHD | 0.03 | 6.4690e-003 |
| tblVehicleEF | HHD | 0.11 | 4.6976e-007 |
| tblVehicleEF | HHD | 4.76 | 5.65 |
| tblVehicleEF | HHD | 0.46 | 0.56 |
| tblVehicleEF | HHD | 1.51 | 9.5464e-003 |
| tblVehicleEF | HHD | 6,023.73 | 1,099.62 |
| tblVehicleEF | HHD | 1,477.34 | 1,476.92 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 26.74 | 6.35 |
| tblVehicleEF | HHD | 3.05 | 4.31 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.03 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |

AR 007859

AR004999

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | HHD | 0.03 | 0.03 |
|---|---|---|---|
| tblVehicleEF | HHD | 8.8710e-003 | 8.7195e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 0.96 | 0.43 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4672e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9908e-007 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 1.11 | 0.49 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.11 | 0.16 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.06 | 2.7013e-006 |
| tblVehicleEF | LDA | 4.4730e-003 | 3.6439e-003 |
| tblVehicleEF | LDA | 6.2970e-003 | 0.06 |
| tblVehicleEF | LDA | 0.62 | 0.82 |
| tblVehicleEF | LDA | 1.29 | 2.22 |
| tblVehicleEF | LDA | 266.01 | 281.79 |
| tblVehicleEF | LDA | 60.91 | 56.36 |

AR 007860

AR005000

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LDA | 0.05 | 0.05 |
|---|---|---|---|
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.08 | 0.27 |
| tblVehicleEF | LDA | 2.6640e-003 | 2.7877e-003 |
| tblVehicleEF | LDA | 6.3100e-004 | 5.5773e-004 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.09 | 0.29 |
| tblVehicleEF | LDA | 5.0810e-003 | 3.9168e-003 |
| tblVehicleEF | LDA | 5.4700e-003 | 0.05 |
| tblVehicleEF | LDA | 0.76 | 0.91 |

AR 007861

AR005001

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 1.14 | 1.89 |
| tblVehicleEF | LDA | 289.77 | 295.95 |
| tblVehicleEF | LDA | 60.91 | 55.74 |
| tblVehicleEF | LDA | 0.05 | 0.04 |
| tblVehicleEF | LDA | 0.08 | 0.19 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.01 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.07 | 0.24 |
| tblVehicleEF | LDA | 2.9040e-003 | 2.9279e-003 |
| tblVehicleEF | LDA | 6.2800e-004 | 5.5159e-004 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.08 | 0.26 |

AR 007862

AR005002

CalEEMod Version: CalEEMod.2016.3.2                Page 11 of 80                Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 4.3110e-003 | 3.5693e-003 |
| tblVehicleEF | LDA | 6.4670e-003 | 0.06 |
| tblVehicleEF | LDA | 0.58 | 0.79 |
| tblVehicleEF | LDA | 1.32 | 2.28 |
| tblVehicleEF | LDA | 259.39 | 277.36 |
| tblVehicleEF | LDA | 60.91 | 56.47 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.09 | 0.27 |
| tblVehicleEF | LDA | 2.5980e-003 | 2.7439e-003 |
| tblVehicleEF | LDA | 6.3200e-004 | 5.5885e-004 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |

Case 5:24-cv-02603-DTB    Document 54    Filed 08/01/25    Page 779 of 1485    Page ID #:5748

CalEEMod Version: CalEEMod.2016.3.2                    Page 12 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.10 | 0.30 |
| tblVehicleEF | LDT1 | 0.01 | 9.4839e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.62 | 1.75 |
| tblVehicleEF | LDT1 | 3.78 | 2.46 |
| tblVehicleEF | LDT1 | 325.17 | 331.55 |
| tblVehicleEF | LDT1 | 74.01 | 67.29 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.27 | 0.45 |
| tblVehicleEF | LDT1 | 3.2720e-003 | 3.2808e-003 |
| tblVehicleEF | LDT1 | 8.0700e-004 | 6.6594e-004 |

AR 007864

AR005004

CalEEMod Version: CalEEMod.2016.3.2                    Page 13 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.30 | 0.49 |
| tblVehicleEF | LDT1 | 0.02 | 0.01 |
| tblVehicleEF | LDT1 | 0.02 | 0.08 |
| tblVehicleEF | LDT1 | 1.95 | 1.93 |
| tblVehicleEF | LDT1 | 3.33 | 2.09 |
| tblVehicleEF | LDT1 | 353.10 | 345.86 |
| tblVehicleEF | LDT1 | 74.01 | 66.53 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.22 | 0.29 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.04 | 0.05 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |

AR 007865

AR005005

CalEEMod Version: CalEEMod.2016.3.2                    Page 14 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.23 | 0.39 |
| tblVehicleEF | LDT1 | 3.5570e-003 | 3.4225e-003 |
| tblVehicleEF | LDT1 | 7.9900e-004 | 6.5837e-004 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.06 | 0.07 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |
| tblVehicleEF | LDT1 | 0.26 | 0.43 |
| tblVehicleEF | LDT1 | 0.01 | 9.3109e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.52 | 1.70 |
| tblVehicleEF | LDT1 | 3.84 | 2.53 |
| tblVehicleEF | LDT1 | 316.88 | 326.99 |
| tblVehicleEF | LDT1 | 74.01 | 67.43 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LDT1 | 0.13 | 0.12 |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.28 | 0.46 |
| tblVehicleEF | LDT1 | 3.1880e-003 | 3.2357e-003 |
| tblVehicleEF | LDT1 | 8.0800e-004 | 6.6731e-004 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.30 | 0.50 |
| tblVehicleEF | LDT2 | 6.1110e-003 | 5.7338e-003 |
| tblVehicleEF | LDT2 | 8.2750e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.82 | 1.16 |
| tblVehicleEF | LDT2 | 1.71 | 2.85 |
| tblVehicleEF | LDT2 | 366.61 | 361.86 |
| tblVehicleEF | LDT2 | 83.75 | 73.87 |
| tblVehicleEF | LDT2 | 0.09 | 0.11 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |

AR 007867

AR005007

CalEEMod Version: CalEEMod.2016.3.2                 Page 16 of 80                        Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.11 | 0.37 |
| tblVehicleEF | LDT2 | 3.6730e-003 | 3.5801e-003 |
| tblVehicleEF | LDT2 | 8.6600e-004 | 7.3103e-004 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.12 | 0.41 |
| tblVehicleEF | LDT2 | 6.9350e-003 | 6.1404e-003 |
| tblVehicleEF | LDT2 | 7.1890e-003 | 0.07 |
| tblVehicleEF | LDT2 | 1.00 | 1.29 |
| tblVehicleEF | LDT2 | 1.51 | 2.43 |
| tblVehicleEF | LDT2 | 398.95 | 376.16 |
| tblVehicleEF | LDT2 | 83.75 | 73.06 |
| tblVehicleEF | LDT2 | 0.08 | 0.09 |
| tblVehicleEF | LDT2 | 0.15 | 0.32 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |

CalEEMod Version: CalEEMod.2016.3.2                Page 17 of 80                Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LDT2 | 0.02 | 0.02 |
|---|---|---|---|
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1130e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.10 | 0.33 |
| tblVehicleEF | LDT2 | 3.9980e-003 | 3.7215e-003 |
| tblVehicleEF | LDT2 | 8.6300e-004 | 7.2299e-004 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.03 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.11 | 0.36 |
| tblVehicleEF | LDT2 | 5.8750e-003 | 5.6213e-003 |
| tblVehicleEF | LDT2 | 8.5090e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.76 | 1.12 |
| tblVehicleEF | LDT2 | 1.74 | 2.93 |
| tblVehicleEF | LDT2 | 356.95 | 357.31 |
| tblVehicleEF | LDT2 | 83.75 | 74.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.10 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |

AR 007869

AR005009

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.01 | 0.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.11 | 0.38 |
| tblVehicleEF | LDT2 | 3.5750e-003 | 3.5351e-003 |
| tblVehicleEF | LDT2 | 8.6700e-004 | 7.3252e-004 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.13 | 0.42 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8817e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7552e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.81 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.81 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.35 | 0.99 |
| tblVehicleEF | LHD1 | 1.02 | 0.36 |
| tblVehicleEF | LHD1 | $9.6900e{-}004$ | $7.3831e{-}004$ |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | $9.6122e{-}003$ |
| tblVehicleEF | LHD1 | 0.01 | $7.9104e{-}003$ |
| tblVehicleEF | LHD1 | $9.2500e{-}004$ | $3.0835e{-}004$ |
| tblVehicleEF | LHD1 | $9.2700e{-}004$ | $7.0637e{-}004$ |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | $2.5280e{-}003$ | $2.4030e{-}003$ |
| tblVehicleEF | LHD1 | 0.01 | $7.5385e{-}003$ |
| tblVehicleEF | LHD1 | $8.5100e{-}004$ | $2.8391e{-}004$ |
| tblVehicleEF | LHD1 | $3.9460e{-}003$ | $2.8668e{-}003$ |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | $1.9130e{-}003$ | $1.6620e{-}003$ |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | $9.3000e{-}005$ | $8.8350e{-}005$ |
| tblVehicleEF | LHD1 | $6.0140e{-}003$ | $6.6818e{-}003$ |
| tblVehicleEF | LHD1 | $3.5800e{-}004$ | $1.2675e{-}004$ |
| tblVehicleEF | LHD1 | $3.9460e{-}003$ | $2.8668e{-}003$ |

CalEEMod Version: CalEEMod.2016.3.2                    Page 20 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8948e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.8828e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.05 | 0.82 |
| tblVehicleEF | LHD1 | 2.42 | 1.14 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.92 |
| tblVehicleEF | LHD1 | 30.90 | 12.71 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.21 | 0.93 |
| tblVehicleEF | LHD1 | 0.98 | 0.35 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
|---|---|---|---|
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.27 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6820e-003 |
| tblVehicleEF | LHD1 | 3.5500e-004 | 1.2579e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.08 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.29 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8802e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7279e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.80 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.82 |

AR 007873

AR005013

CalEEMod Version: CalEEMod.2016.3.2                    Page 22 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.32 | 0.98 |
| tblVehicleEF | LHD1 | 1.01 | 0.37 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2686e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1865e-003 |
| tblVehicleEF | LHD2 | 5.1000e-003 | 4.7023e-003 |
| tblVehicleEF | LHD2 | 9.1950e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.23 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.98 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.94 | 1.23 |
| tblVehicleEF | LHD2 | 0.56 | 0.25 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LHD2 | 0.01 | 0.02 |
|---|---|---|---|
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6672e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8743e-005 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1958e-003 |
| tblVehicleEF | LHD2 | 5.1600e-003 | 4.7587e-003 |
| tblVehicleEF | LHD2 | 8.8690e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.18 | 0.78 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.42 |
| tblVehicleEF | LHD2 | 23.90 | 9.91 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.83 | 1.16 |
| tblVehicleEF | LHD2 | 0.54 | 0.24 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6673e-003 |
| tblVehicleEF | LHD2 | 2.6100e-004 | 9.8090e-005 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.13 | 0.07 |

AR 007877

AR005017

CalEEMod Version: CalEEMod.2016.3.2                    Page 26 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1853e-003 |
| tblVehicleEF | LHD2 | 5.0860e-003 | 4.6903e-003 |
| tblVehicleEF | LHD2 | 9.2490e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.24 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.99 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.92 | 1.21 |
| tblVehicleEF | LHD2 | 0.56 | 0.26 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 27 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6671e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8819e-005 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.93 | 19.66 |
| tblVehicleEF | MCY | 9.66 | 8.48 |
| tblVehicleEF | MCY | 164.88 | 218.98 |
| tblVehicleEF | MCY | 46.70 | 60.53 |
| tblVehicleEF | MCY | 1.13 | 1.13 |
| tblVehicleEF | MCY | 0.31 | 0.26 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |

CalEEMod Version: CalEEMod.2016.3.2                     Page 28 of 80                          Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.17 | 2.53 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.09 | 1.84 |
| tblVehicleEF | MCY | 2.0370e-003 | 2.1670e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 5.9901e-004 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.66 | 3.12 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.27 | 2.00 |
| tblVehicleEF | MCY | 0.41 | 0.36 |
| tblVehicleEF | MCY | 0.14 | 0.21 |
| tblVehicleEF | MCY | 20.66 | 19.00 |
| tblVehicleEF | MCY | 9.11 | 7.76 |
| tblVehicleEF | MCY | 164.88 | 217.72 |
| tblVehicleEF | MCY | 46.70 | 58.69 |
| tblVehicleEF | MCY | 0.98 | 0.99 |
| tblVehicleEF | MCY | 0.29 | 0.25 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |

CalEEMod Version: CalEEMod.2016.3.2        Page 29 of 80        Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.15 | 2.46 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 1.87 | 1.63 |
| tblVehicleEF | MCY | 2.0470e-003 | 2.1545e-003 |
| tblVehicleEF | MCY | 6.7100e-004 | 5.8079e-004 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.63 | 3.04 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 2.03 | 1.77 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.43 | 19.68 |
| tblVehicleEF | MCY | 9.60 | 8.55 |
| tblVehicleEF | MCY | 164.88 | 219.04 |
| tblVehicleEF | MCY | 46.70 | 60.74 |
| tblVehicleEF | MCY | 1.13 | 1.10 |
| tblVehicleEF | MCY | 0.31 | 0.27 |
| tblVehicleEF | MCY | 0.01 | 0.01 |

CalEEMod Version: CalEEMod.2016.3.2                  Page 30 of 80                  Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.17 | 2.54 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.10 | 1.87 |
| tblVehicleEF | MCY | 2.0290e-003 | 2.1676e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 6.0106e-004 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.66 | 3.13 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.28 | 2.03 |
| tblVehicleEF | MDV | 0.01 | 8.1275e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.58 | 1.49 |
| tblVehicleEF | MDV | 3.47 | 3.45 |
| tblVehicleEF | MDV | 501.88 | 442.94 |
| tblVehicleEF | MDV | 112.78 | 90.12 |

AR 007882

AR005022

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 0.19 | 0.15 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.27 | 0.49 |
| tblVehicleEF | MDV | 5.0330e-003 | 4.3797e-003 |
| tblVehicleEF | MDV | 1.1890e-003 | 8.9179e-004 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.30 | 0.53 |
| tblVehicleEF | MDV | 0.02 | 8.6153e-003 |
| tblVehicleEF | MDV | 0.02 | 0.09 |
| tblVehicleEF | MDV | 1.91 | 1.63 |

AR 007883

AR005023

CalEEMod Version: CalEEMod.2016.3.2                    Page 32 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 3.08 | 2.93 |
| tblVehicleEF | MDV | 544.80 | 458.44 |
| tblVehicleEF | MDV | 112.78 | 89.12 |
| tblVehicleEF | MDV | 0.18 | 0.13 |
| tblVehicleEF | MDV | 0.33 | 0.39 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.24 | 0.43 |
| tblVehicleEF | MDV | 5.4670e-003 | 4.5332e-003 |
| tblVehicleEF | MDV | 1.1820e-003 | 8.8191e-004 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.06 | 0.06 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.26 | 0.47 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 0.01 | 7.9891e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.48 | 1.45 |
| tblVehicleEF | MDV | 3.54 | 3.54 |
| tblVehicleEF | MDV | 489.12 | 438.16 |
| tblVehicleEF | MDV | 112.78 | 90.29 |
| tblVehicleEF | MDV | 0.18 | 0.14 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.28 | 0.50 |
| tblVehicleEF | MDV | 4.9040e-003 | 4.3324e-003 |
| tblVehicleEF | MDV | 1.1910e-003 | 8.9352e-004 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |

AR 007885

AR005025

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | MDV | 0.05 | 0.05 |
|---|---|---|---|
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.31 | 0.54 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.14 | 0.32 |
| tblVehicleEF | MH | 6.37 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.76 | 4.09 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9990e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |

AR 007886

AR005026

CalEEMod Version: CalEEMod.2016.3.2                    Page 35 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.24 | 0.32 |
| tblVehicleEF | MH | 5.95 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.63 | 3.87 |
| tblVehicleEF | MH | 0.86 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |

AR 007887

AR005027

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 0.37 | 0.00 |
| tblVehicleEF | MH | 9.9910e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 6.9300e-004 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.40 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.12 | 0.32 |
| tblVehicleEF | MH | 6.40 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.74 | 4.02 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |

CalEEMod Version: CalEEMod.2016.3.2                Page 37 of 80                Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9890e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MHD | 0.02 | 4.2934e-003 |
| tblVehicleEF | MHD | 6.1240e-003 | 8.3332e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.43 | 0.38 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.54 | 1.42 |
| tblVehicleEF | MHD | 156.54 | 67.47 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.84 |
| tblVehicleEF | MHD | 1.06 | 0.60 |
| tblVehicleEF | MHD | 1.70 | 2.64 |
| tblVehicleEF | MHD | 11.65 | 1.02 |
| tblVehicleEF | MHD | 3.7720e-003 | 2.2012e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 38 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.6080e-003 | 2.1060e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.5050e-003 | 6.4116e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6700e-004 | 1.1717e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.0641e-003 |
| tblVehicleEF | MHD | 6.1890e-003 | 8.3939e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |

AR 007890

AR005030

CalEEMod Version: CalEEMod.2016.3.2                    Page 39 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.31 | 0.30 |
| tblVehicleEF | MHD | 0.47 | 0.76 |
| tblVehicleEF | MHD | 6.24 | 1.35 |
| tblVehicleEF | MHD | 165.81 | 69.00 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.45 |
| tblVehicleEF | MHD | 55.18 | 11.72 |
| tblVehicleEF | MHD | 1.10 | 0.61 |
| tblVehicleEF | MHD | 1.60 | 2.49 |
| tblVehicleEF | MHD | 11.62 | 1.02 |
| tblVehicleEF | MHD | 3.1790e-003 | 1.8578e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.0420e-003 | 1.7774e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.38 | 0.06 |
| tblVehicleEF | MHD | 1.5920e-003 | 6.5574e-004 |

AR 007891

AR005031

CalEEMod Version: CalEEMod.2016.3.2                    Page 40 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | MHD | 0.01 | 0.01 |
|---|---|---|---|
| tblVehicleEF | MHD | 6.6100e-004 | 1.1597e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.42 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.6225e-003 |
| tblVehicleEF | MHD | 6.0850e-003 | 8.3163e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.60 | 0.49 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.63 | 1.43 |
| tblVehicleEF | MHD | 143.73 | 65.36 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.86 |
| tblVehicleEF | MHD | 1.01 | 0.59 |
| tblVehicleEF | MHD | 1.68 | 2.60 |
| tblVehicleEF | MHD | 11.66 | 1.02 |
| tblVehicleEF | MHD | 4.5890e-003 | 2.6754e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 4.3910e-003 | 2.5596e-003 |

CalEEMod Version: CalEEMod.2016.3.2    Page 41 of 80    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.3840e-003 | 6.2095e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6800e-004 | 1.1736e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | OBUS | 0.01 | 9.0789e-003 |
| tblVehicleEF | OBUS | 9.4560e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.28 | 0.58 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.57 | 2.56 |

AR 007893

AR005033

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 74.57 | 92.99 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.83 |
| tblVehicleEF | OBUS | 70.73 | 20.25 |
| tblVehicleEF | OBUS | 0.39 | 0.66 |
| tblVehicleEF | OBUS | 1.35 | 2.43 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 1.7700e-004 | 3.1503e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.6900e-004 | 3.0140e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.41 | 0.12 |
| tblVehicleEF | OBUS | 7.2400e-004 | 8.8498e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2300e-004 | 2.0041e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |

AR 007894

AR005034

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | OBUS | 0.01 | 9.0761e-003 |
| tblVehicleEF | OBUS | 9.6420e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.26 | 0.55 |
| tblVehicleEF | OBUS | 0.65 | 1.25 |
| tblVehicleEF | OBUS | 6.15 | 2.42 |
| tblVehicleEF | OBUS | 77.97 | 94.12 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.86 |
| tblVehicleEF | OBUS | 70.73 | 20.01 |
| tblVehicleEF | OBUS | 0.40 | 0.67 |
| tblVehicleEF | OBUS | 1.26 | 2.28 |
| tblVehicleEF | OBUS | 2.17 | 0.59 |
| tblVehicleEF | OBUS | 1.4900e-004 | 2.6601e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.4300e-004 | 2.5450e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |

AR 007895

AR005035

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
|---|---|---|---|
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.39 | 0.12 |
| tblVehicleEF | OBUS | 7.5600e-004 | 8.9558e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.1600e-004 | 1.9799e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.43 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 9.1031e-003 |
| tblVehicleEF | OBUS | 9.4220e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.29 | 0.63 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.63 | 2.58 |
| tblVehicleEF | OBUS | 69.87 | 91.44 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.82 |
| tblVehicleEF | OBUS | 70.73 | 20.29 |

AR 007896

AR005036

CalEEMod Version: CalEEMod.2016.3.2                    Page 45 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.37 | 0.66 |
| tblVehicleEF | OBUS | 1.34 | 2.38 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 2.1500e-004 | 3.8273e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 2.0600e-004 | 3.6617e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.42 | 0.13 |
| tblVehicleEF | OBUS | 6.7900e-004 | 8.7034e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2400e-004 | 2.0080e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |

AR 007897

AR005037

CalEEMod Version: CalEEMod.2016.3.2                Page 46 of 80                Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0558e-003 |
| tblVehicleEF | SBUS | 0.06 | 6.4940e-003 |
| tblVehicleEF | SBUS | 7.81 | 2.72 |
| tblVehicleEF | SBUS | 0.66 | 0.79 |
| tblVehicleEF | SBUS | 6.73 | 0.92 |
| tblVehicleEF | SBUS | 1,154.91 | 356.52 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.70 |
| tblVehicleEF | SBUS | 53.24 | 5.46 |
| tblVehicleEF | SBUS | 10.58 | 3.53 |
| tblVehicleEF | SBUS | 4.99 | 5.58 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 5.3126e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 5.0828e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 47 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.37 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.4013e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.4900e-004 | 5.4047e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.40 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.1649e-003 |
| tblVehicleEF | SBUS | 0.05 | 5.7028e-003 |
| tblVehicleEF | SBUS | 7.67 | 2.68 |
| tblVehicleEF | SBUS | 0.67 | 0.80 |
| tblVehicleEF | SBUS | 4.88 | 0.73 |
| tblVehicleEF | SBUS | 1,207.92 | 366.39 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.72 |
| tblVehicleEF | SBUS | 53.24 | 5.15 |
| tblVehicleEF | SBUS | 10.92 | 3.62 |
| tblVehicleEF | SBUS | 4.69 | 5.26 |
| tblVehicleEF | SBUS | 12.56 | 0.70 |

AR 007899

AR005039

CalEEMod Version: CalEEMod.2016.3.2                    Page 48 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.01 | 4.4850e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 9.8070e-003 | 4.2910e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 0.93 | 0.32 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.12 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.31 | 0.03 |
| tblVehicleEF | SBUS | 0.01 | 3.4945e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.1800e-004 | 5.0916e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.34 | 0.04 |

AR 007900

AR005040

CalEEMod Version: CalEEMod.2016.3.2                     Page 49 of 80                          Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | SBUS | 0.85 | 0.07 |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.01 | 9.0312e-003 |
| tblVehicleEF | SBUS | 0.07 | 6.6366e-003 |
| tblVehicleEF | SBUS | 7.99 | 2.78 |
| tblVehicleEF | SBUS | 0.66 | 0.78 |
| tblVehicleEF | SBUS | 7.09 | 0.94 |
| tblVehicleEF | SBUS | 1,081.70 | 342.89 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.69 |
| tblVehicleEF | SBUS | 53.24 | 5.51 |
| tblVehicleEF | SBUS | 10.11 | 3.41 |
| tblVehicleEF | SBUS | 4.94 | 5.49 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 6.4556e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 6.1763e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |

CalEEMod Version: CalEEMod.2016.3.2        Page 50 of 80        Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.38 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.2726e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.5500e-004 | 5.4498e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.42 | 0.04 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.35 | 38.44 |
| tblVehicleEF | UBUS | 16.43 | 0.97 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.92 |
| tblVehicleEF | UBUS | 5.46 | 1.54 |
| tblVehicleEF | UBUS | 12.53 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |

AR 007902

AR005042

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8570e-003 | 1.1798e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.40 | 0.07 |
| tblVehicleEF | UBUS | 1.61 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.64 | 38.44 |
| tblVehicleEF | UBUS | 14.18 | 0.85 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.72 |
| tblVehicleEF | UBUS | 5.09 | 1.54 |
| tblVehicleEF | UBUS | 12.44 | 0.11 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |

AR 007903

AR005043

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | UBUS | 0.21 | 0.03 |
|---|---|---|---|
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 0.65 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.17 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8170e-003 | 1.1596e-004 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 2.31 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.10 | 0.02 |
| tblVehicleEF | UBUS | 10.37 | 38.44 |
| tblVehicleEF | UBUS | 16.61 | 0.98 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.95 |
| tblVehicleEF | UBUS | 5.42 | 1.54 |
| tblVehicleEF | UBUS | 12.54 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |

AR 007904

AR005044

CalEEMod Version: CalEEMod.2016.3.2                Page 53 of 80                Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.29 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8600e-003 | 1.1829e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.42 | 0.07 |

## 2.0 Emissions Summary

AR 007905

AR005045

## 2.1 Overall Construction (Maximum Daily Emission)

**Unmitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Maximum** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Maximum** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

| | **ROG** | **NOx** | **CO** | **SO2** | **Fugitive PM10** | **Exhaust PM10** | **PM10 Total** | **Fugitive PM2.5** | **Exhaust PM2.5** | **PM2.5 Total** | **Bio- CO2** | **NBio-CO2** | **Total CO2** | **CH4** | **N20** | **CO2e** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Percent Reduction** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

CalEEMod Version: CalEEMod.2016.3.2                    Page 55 of 80                        Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

## 2.2 Overall Operational

**Unmitigated Operational**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Area | 5.5538 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | 0.0544 | 0.0544 | 1.5000e-004 | | 0.0580 |
| Energy | 0.2880 | 2.6184 | 2.1995 | 0.0157 | | 0.1990 | 0.1990 | | 0.1990 | 0.1990 | | 3,142.0854 | 3,142.0854 | 0.0602 | 0.0576 | 3,160.7573 |
| Mobile | 22.6147 | 56.6111 | 151.4639 | 0.3959 | 31.6935 | 0.7476 | 32.4410 | 8.4725 | 0.7081 | 9.1806 | | 40,771.7134 | 40,771.7134 | 2.5288 | | 40,834.9332 |
| **Total** | **28.4565** | **59.2298** | **153.6889** | **0.4116** | **31.6935** | **0.9467** | **32.6401** | **8.4725** | **0.9072** | **9.3797** | | **43,913.8532** | **43,913.8532** | **2.5892** | **0.0576** | **43,995.7485** |

**Mitigated Operational**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Area | 5.5538 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | 0.0544 | 0.0544 | 1.5000e-004 | | 0.0580 |
| Energy | 0.2880 | 2.6184 | 2.1995 | 0.0157 | | 0.1990 | 0.1990 | | 0.1990 | 0.1990 | | 3,142.0854 | 3,142.0854 | 0.0602 | 0.0576 | 3,160.7573 |
| Mobile | 22.6147 | 56.6111 | 151.4639 | 0.3959 | 31.6935 | 0.7476 | 32.4410 | 8.4725 | 0.7081 | 9.1806 | | 40,771.7134 | 40,771.7134 | 2.5288 | | 40,834.9332 |
| **Total** | **28.4565** | **59.2298** | **153.6889** | **0.4116** | **31.6935** | **0.9467** | **32.6401** | **8.4725** | **0.9072** | **9.3797** | | **43,913.8532** | **43,913.8532** | **2.5892** | **0.0576** | **43,995.7485** |

AR 007907

AR005047

CalEEMod Version: CalEEMod.2016.3.2                   Page 56 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

### Construction Phase

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Demolition | Demolition | 6/30/2019 | 7/26/2019 | 5 | 20 | |
| 2 | Site Preparation | Site Preparation | 7/27/2019 | 8/9/2019 | 5 | 10 | |
| 3 | Grading | Grading | 8/10/2019 | 9/6/2019 | 5 | 20 | |
| 4 | Building Construction | Building Construction | 9/7/2019 | 7/24/2020 | 5 | 230 | |
| 5 | Paving | Paving | 7/25/2020 | 8/21/2020 | 5 | 20 | |
| 6 | Architectural Coating | Architectural Coating | 8/22/2020 | 9/18/2020 | 5 | 20 | |

**Acres of Grading (Site Preparation Phase): 0**

**Acres of Grading (Grading Phase): 0**

**Acres of Paving: 0**

**Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 0; Non-Residential Outdoor: 0; Striped Parking Area: 0 (Architectural Coating – sqft)**

### OffRoad Equipment

AR 007908

AR005048

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|---|---|---|---|---|---|
| Demolition | Concrete/Industrial Saws | 0 | 8.00 | 81 | 0.73 |
| Demolition | Excavators | 0 | 8.00 | 158 | 0.38 |
| Demolition | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Site Preparation | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 0 | 8.00 | 97 | 0.37 |
| Grading | Excavators | 0 | 8.00 | 158 | 0.38 |
| Grading | Graders | 0 | 8.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 0 | 8.00 | 247 | 0.40 |
| Grading | Tractors/Loaders/Backhoes | 0 | 8.00 | 97 | 0.37 |
| Building Construction | Cranes | 0 | 7.00 | 231 | 0.29 |
| Building Construction | Forklifts | 0 | 8.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 0 | 8.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 0 | 7.00 | 97 | 0.37 |
| Building Construction | Welders | 0 | 8.00 | 46 | 0.45 |
| Paving | Pavers | 0 | 8.00 | 130 | 0.42 |
| Paving | Paving Equipment | 0 | 8.00 | 132 | 0.36 |
| Paving | Rollers | 0 | 8.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 0 | 6.00 | 78 | 0.48 |

**Trips and VMT**

AR 007909

AR005049

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Demolition | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Site Preparation | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 0 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

## 3.1 Mitigation Measures Construction

## 3.2 Demolition - 2019

### Unmitigated Construction On-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 007910

AR005050

CalEEMod Version: CalEEMod.2016.3.2                    Page 59 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.2 Demolition - 2019

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 007911

AR005051

CalEEMod Version: CalEEMod.2016.3.2                     Page 60 of 80                     Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.2 Demolition - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.3 Site Preparation - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007912

AR005052

CalEEMod Version: CalEEMod.2016.3.2                    Page 61 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.3 Site Preparation - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007913

AR005053

CalEEMod Version: CalEEMod.2016.3.2                Page 62 of 80                Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.3 Site Preparation - 2019
#### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

### 3.4 Grading - 2019
#### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | lb/day | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | 0.0000 | | 0.0000 |

AR 007914

AR005054

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.4 Grading - 2019

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007915

AR005055

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.4 Grading - 2019
#### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

### 3.5 Building Construction - 2019
#### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 007916

AR005056

CalEEMod Version: CalEEMod.2016.3.2                    Page 65 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007917

AR005057

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2019
#### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.5 Building Construction - 2020
#### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007918

AR005058

CalEEMod Version: CalEEMod.2016.3.2                    Page 67 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007919

AR005059

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2020

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.6 Paving - 2020

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | lb/day | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007920

AR005060

CalEEMod Version: CalEEMod.2016.3.2                     Page 69 of 80                          Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.6 Paving - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007921

AR005061

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.6 Paving - 2020
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.7 Architectural Coating - 2020
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007922

AR005062

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

### 3.7 Architectural Coating - 2020

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 007923

AR005063

CalEEMod Version: CalEEMod.2016.3.2                    Page 72 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

## 3.7 Architectural Coating - 2020

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

## 4.0 Operational Detail - Mobile

## 4.1 Mitigation Measures Mobile

AR 007924

AR005064

CalEEMod Version: CalEEMod.2016.3.2                Page 73 of 80                        Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 22.6147 | 56.6111 | 151.4639 | 0.3959 | 31.6935 | 0.7476 | 32.4410 | 8.4725 | 0.7081 | 9.1806 | | 40,771.71 34 | 40,771.71 34 | 2.5288 | | 40,834.93 32 |
| Unmitigated | 22.6147 | 56.6111 | 151.4639 | 0.3959 | 31.6935 | 0.7476 | 32.4410 | 8.4725 | 0.7081 | 9.1806 | | 40,771.71 34 | 40,771.71 34 | 2.5288 | | 40,834.93 32 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Automobile Care Center | 2,965.00 | 2,965.00 | 1485.00 | 3,688,552 | 3,688,552 |
| Automobile Care Center | 593.00 | 593.00 | 297.00 | 737,710 | 737,710 |
| Bank (with Drive-Through) | 740.75 | 431.60 | 159.50 | 658,121 | 658,121 |
| General Office Building | 55.15 | 12.30 | 5.25 | 134,979 | 134,979 |
| Medical Office Building | 2,438.78 | 604.80 | 104.63 | 4,781,334 | 4,781,334 |
| Quality Restaurant | 1,888.95 | 1,981.56 | 1515.36 | 2,632,024 | 2,632,024 |
| Total | 8,681.63 | 6,588.26 | 3,566.74 | 12,632,720 | 12,632,720 |

## 4.3 Trip Type Information

AR 007925

AR005065

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| Land Use | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Automobile Care Center | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 21 | 51 | 28 |
| Automobile Care Center | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 21 | 51 | 28 |
| Bank (with Drive-Through) | 16.60 | 8.40 | 6.90 | 6.60 | 74.40 | 19.00 | 27 | 26 | 47 |
| General Office Building | 16.60 | 8.40 | 6.90 | 33.00 | 48.00 | 19.00 | 77 | 19 | 4 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Quality Restaurant | 16.60 | 8.40 | 6.90 | 12.00 | 69.00 | 19.00 | 38 | 18 | 44 |

## 4.4 Fleet Mix

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Automobile Care Center | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Bank (with Drive-Through) | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| General Office Building | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Medical Office Building | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |
| Quality Restaurant | 0.538064 | 0.038449 | 0.184390 | 0.122109 | 0.017402 | 0.005339 | 0.017250 | 0.067711 | 0.001365 | 0.001213 | 0.004629 | 0.000959 | 0.001120 |

# 5.0 Energy Detail

Historical Energy Use: N

## 5.1 Mitigation Measures Energy

AR 007926

AR005066

CalEEMod Version: CalEEMod.2016.3.2                Page 75 of 80                Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| NaturalGas Mitigated | 0.2880 | 2.6184 | 2.1995 | 0.0157 | | 0.1990 | 0.1990 | | 0.1990 | 0.1990 | | 3,142.0854 | 3,142.0854 | 0.0602 | 0.0576 | 3,160.7573 |
| NaturalGas Unmitigated | 0.2880 | 2.6184 | 2.1995 | 0.0157 | | 0.1990 | 0.1990 | | 0.1990 | 0.1990 | | 3,142.0854 | 3,142.0854 | 0.0602 | 0.0576 | 3,160.7573 |

AR 007927

AR005067

CalEEMod Version: CalEEMod.2016.3.2                    Page 76 of 80                    Date: 7/1/2020 8:23 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

## 5.2 Energy by Land Use - NaturalGas

### Unmitigated

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | lb/day | | | | | | | | | | lb/day | | | | | |
| Automobile Care Center | 1909.59 | 0.0206 | 0.1872 | 0.1573 | 1.1200e-003 | | 0.0142 | 0.0142 | | 0.0142 | 0.0142 | | 224.6575 | 224.6575 | 4.3100e-003 | 4.1200e-003 | 225.9926 |
| Automobile Care Center | 9547.95 | 0.1030 | 0.9361 | 0.7863 | 5.6200e-003 | | 0.0711 | 0.0711 | | 0.0711 | 0.0711 | | 1,123.2877 | 1,123.2877 | 0.0215 | 0.0206 | 1,129.9628 |
| Bank (with Drive-Through) | 381.918 | 4.1200e-003 | 0.0374 | 0.0315 | 2.2000e-004 | | 2.8500e-003 | 2.8500e-003 | | 2.8500e-003 | 2.8500e-003 | | 44.9315 | 44.9315 | 8.6000e-004 | 8.2000e-004 | 45.1985 |
| General Office Building | 33.1507 | 3.6000e-004 | 3.2500e-003 | 2.7300e-003 | 2.0000e-005 | | 2.5000e-004 | 2.5000e-004 | | 2.5000e-004 | 2.5000e-004 | | 3.9001 | 3.9001 | 7.0000e-005 | 7.0000e-005 | 3.9233 |
| Medical Office Building | 447.534 | 4.8300e-003 | 0.0439 | 0.0369 | 2.6000e-004 | | 3.3300e-003 | 3.3300e-003 | | 3.3300e-003 | 3.3300e-003 | | 52.6511 | 52.6511 | 1.0100e-003 | 9.7000e-004 | 52.9640 |
| Quality Restaurant | 14387.6 | 0.1552 | 1.4106 | 1.1849 | 8.4600e-003 | | 0.1072 | 0.1072 | | 0.1072 | 0.1072 | | 1,692.6575 | 1,692.6575 | 0.0324 | 0.0310 | 1,702.7162 |
| **Total** | | **0.2880** | **2.6184** | **2.1995** | **0.0157** | | **0.1990** | **0.1990** | | **0.1990** | **0.1990** | | **3,142.0854** | **3,142.0854** | **0.0602** | **0.0576** | **3,160.7573** |

AR 007928

AR005068

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

## 5.2 Energy by Land Use - NaturalGas

### Mitigated

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | lb/day | | | | | | | | | | lb/day | | | | | |
| Automobile Care Center | 1.90959 | 0.0206 | 0.1872 | 0.1573 | 1.1200e-003 | | 0.0142 | 0.0142 | | 0.0142 | 0.0142 | | 224.6575 | 224.6575 | 4.3100e-003 | 4.1200e-003 | 225.9926 |
| Automobile Care Center | 9.54795 | 0.1030 | 0.9361 | 0.7863 | 5.6200e-003 | | 0.0711 | 0.0711 | | 0.0711 | 0.0711 | | 1,123.2877 | 1,123.2877 | 0.0215 | 0.0206 | 1,129.9628 |
| Bank (with Drive-Through) | 0.381918 | 4.1200e-003 | 0.0374 | 0.0315 | 2.2000e-004 | | 2.8500e-003 | 2.8500e-003 | | 2.8500e-003 | 2.8500e-003 | | 44.9315 | 44.9315 | 8.6000e-004 | 8.2000e-004 | 45.1985 |
| General Office Building | 0.0331507 | 3.6000e-004 | 3.2500e-003 | 2.7300e-003 | 2.0000e-005 | | 2.5000e-004 | 2.5000e-004 | | 2.5000e-004 | 2.5000e-004 | | 3.9001 | 3.9001 | 7.0000e-005 | 7.0000e-005 | 3.9233 |
| Medical Office Building | 0.447534 | 4.8300e-003 | 0.0439 | 0.0369 | 2.6000e-004 | | 3.3300e-003 | 3.3300e-003 | | 3.3300e-003 | 3.3300e-003 | | 52.6511 | 52.6511 | 1.0100e-003 | 9.7000e-004 | 52.9640 |
| Quality Restaurant | 14.3876 | 0.1552 | 1.4106 | 1.1849 | 8.4600e-003 | | 0.1072 | 0.1072 | | 0.1072 | 0.1072 | | 1,692.6575 | 1,692.6575 | 0.0324 | 0.0310 | 1,702.7162 |
| **Total** | | **0.2880** | **2.6184** | **2.1995** | **0.0157** | | **0.1990** | **0.1990** | | **0.1990** | **0.1990** | | **3,142.0854** | **3,142.0854** | **0.0602** | **0.0576** | **3,160.7573** |

# 6.0 Area Detail

## 6.1 Mitigation Measures Area

AR 007929

AR005069

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 5.5538 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | 0.0544 | 0.0544 | 1.5000e-004 | | 0.0580 |
| Unmitigated | 5.5538 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | 0.0544 | 0.0544 | 1.5000e-004 | | 0.0580 |

## 6.2 Area by SubCategory

**Unmitigated**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SubCategory | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 0.6311 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 4.9203 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 2.4000e-003 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | 0.0544 | 0.0544 | 1.5000e-004 | | 0.0580 |
| **Total** | **5.5538** | **2.4000e-004** | **0.0255** | **0.0000** | | **9.0000e-005** | **9.0000e-005** | | **9.0000e-005** | **9.0000e-005** | | **0.0544** | **0.0544** | **1.5000e-004** | | **0.0580** |

AR 007930

AR005070

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

## 6.2 Area by SubCategory

**Mitigated**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SubCategory | | | | | lb/day | | | | | | | | lb/day | | | |
| Architectural Coating | 0.6311 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 4.9203 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 2.4000e-003 | 2.4000e-004 | 0.0255 | 0.0000 | | 9.0000e-005 | 9.0000e-005 | | 9.0000e-005 | 9.0000e-005 | | | 0.0544 | 0.0544 | 1.5000e-004 | 0.0580 |
| **Total** | **5.5538** | **2.4000e-004** | **0.0255** | **0.0000** | | **9.0000e-005** | **9.0000e-005** | | **9.0000e-005** | **9.0000e-005** | | | **0.0544** | **0.0544** | **1.5000e-004** | **0.0580** |

# 7.0 Water Detail

## 7.1 Mitigation Measures Water

# 8.0 Waste Detail

## 8.1 Mitigation Measures Waste

# 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

# 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

AR 007931

**AR005071**

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Existing 2020 Operational Run - Riverside-South Coast County, Winter

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
|---|---|---|---|---|---|

**User Defined Equipment**

| Equipment Type | Number |
|---|---|

## 11.0 Vegetation

CalEEMod Version: CalEEMod.2016.3.2                     Page 1 of 93                     Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run
### Riverside-South Coast County, Annual

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Medical Office Building | 52.06 | 1000sqft | 4.00 | 52,065.00 | 0 |
| Industrial Park | 877.30 | 1000sqft | 40.28 | 877,298.00 | 0 |
| Strip Mall | 37.19 | 1000sqft | 2.83 | 37,189.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | |
|---|---|---|---|---|
| Urbanization | Urban | Wind Speed (m/s) | 2.4 | Precipitation Freq (Days) | 28 |
| Climate Zone | 10 | | | Operational Year | 2020 |

Utility Company    Southern California Edison

| | | | | |
|---|---|---|---|---|
| CO2 Intensity (lb/MWhr) | 702.44 | CH4 Intensity (lb/MWhr) | 0.029 | N2O Intensity (lb/MWhr) | 0.006 |

### 1.3 User Entered Comments & Non-Default Data

AR 007933

AR005073

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

Project Characteristics -

Land Use - Per land use plan

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Trips and VMT - Operations only

On-road Fugitive Dust - Operations only

Grading - Operations only

Architectural Coating - Operations

Vehicle Trips - ITE 10th Generation

Energy Use - 2019 Title 24 Standards

Fleet Mix - Only cars and trucks present on site

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblArchitecturalCoating | ConstArea_Nonresidential_Exterior | 483,276.00 | 0.00 |
| tblArchitecturalCoating | ConstArea_Nonresidential_Interior | 1,449,828.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Exterior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Interior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Parking | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Exterior | 50.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Interior | 50.00 | 0.00 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 5.61 | 3.92 |

AR 007934

AR005074

CalEEMod Version: CalEEMod.2016.3.2                    Page 3 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 4.58 | 3.20 |
| tblEnergyUse | T24NG | 3.47 | 2.43 |
| tblEnergyUse | T24NG | 3.47 | 2.43 |
| tblEnergyUse | T24NG | 1.92 | 1.34 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |

AR 007935

AR005075

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblLandUse | LandUseSquareFeet | 52,060.00 | 52,065.00 |
| tblLandUse | LandUseSquareFeet | 877,300.00 | 877,298.00 |
| tblLandUse | LandUseSquareFeet | 37,190.00 | 37,189.00 |
| tblLandUse | LotAcreage | 1.20 | 4.00 |
| tblLandUse | LotAcreage | 20.14 | 40.28 |
| tblLandUse | LotAcreage | 0.85 | 2.83 |
| tblOffRoadEquipment | UsageHours | 6.00 | 0.00 |

AR 007936

AR005076

CalEEMod Version: CalEEMod.2016.3.2        Page 5 of 93        Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
|---|---|---|---|
| tblOffRoadEquipment | UsageHours | 7.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 7.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblTripsAndVMT | VendorTripNumber | 158.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 15.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 18.00 | 0.00 |

AR 007937

AR005077

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblTripsAndVMT | WorkerTripNumber | 20.00 | 0.00 |
|---|---|---|---|
| tblTripsAndVMT | WorkerTripNumber | 397.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 15.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 79.00 | 0.00 |
| tblVehicleEF | HHD | 1.50 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.6629e-007 |
| tblVehicleEF | HHD | 3.46 | 5.53 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.51 | 9.4864e-003 |
| tblVehicleEF | HHD | 6,555.40 | 1,119.65 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 27.96 | 6.29 |
| tblVehicleEF | HHD | 3.07 | 4.45 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |

AR 007938

AR005078

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
|---|---|---|---|
| tblVehicleEF | HHD | 0.90 | 0.45 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4505e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9814e-007 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 1.03 | 0.52 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.06 | 2.6830e-006 |
| tblVehicleEF | HHD | 1.42 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.4667e-007 |
| tblVehicleEF | HHD | 2.53 | 5.37 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.43 | 9.0047e-003 |
| tblVehicleEF | HHD | 6,940.41 | 1,120.47 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 28.85 | 6.16 |
| tblVehicleEF | HHD | 2.90 | 4.21 |

AR 007939

AR005079

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | HHD | 20.32 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.84 | 0.47 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.3541e-006 |
| tblVehicleEF | HHD | 0.07 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.1000e-005 | 8.9058e-007 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.97 | 0.54 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |

AR 007940

AR005080

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | HHD | 0.05 | 2.5774e-006 |
|---|---|---|---|
| tblVehicleEF | HHD | 1.62 | 0.02 |
| tblVehicleEF | HHD | 0.03 | 6.4690e-003 |
| tblVehicleEF | HHD | 0.11 | 4.69764e-007 |
| tblVehicleEF | HHD | 4.76 | 5.65 |
| tblVehicleEF | HHD | 0.46 | 0.56 |
| tblVehicleEF | HHD | 1.51 | 9.5464e-003 |
| tblVehicleEF | HHD | 6,023.73 | 1,099.62 |
| tblVehicleEF | HHD | 1,477.34 | 1,476.92 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 26.74 | 6.35 |
| tblVehicleEF | HHD | 3.05 | 4.31 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.03 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.7195e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 0.96 | 0.43 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |

AR 007941

AR005081

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4672e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9908e-007 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 1.11 | 0.49 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.11 | 0.16 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.06 | 2.7013e-006 |
| tblVehicleEF | LDA | 4.4730e-003 | 3.6439e-003 |
| tblVehicleEF | LDA | 6.2970e-003 | 0.06 |
| tblVehicleEF | LDA | 0.62 | 0.82 |
| tblVehicleEF | LDA | 1.29 | 2.22 |
| tblVehicleEF | LDA | 266.01 | 281.79 |
| tblVehicleEF | LDA | 60.91 | 56.36 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.08 | 0.27 |
| tblVehicleEF | LDA | 2.6640e-003 | 2.7877e-003 |
| tblVehicleEF | LDA | 6.3100e-004 | 5.5773e-004 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.09 | 0.29 |
| tblVehicleEF | LDA | 5.0810e-003 | 3.9168e-003 |
| tblVehicleEF | LDA | 5.4700e-003 | 0.05 |
| tblVehicleEF | LDA | 0.76 | 0.91 |
| tblVehicleEF | LDA | 1.14 | 1.89 |
| tblVehicleEF | LDA | 289.77 | 295.95 |
| tblVehicleEF | LDA | 60.91 | 55.74 |
| tblVehicleEF | LDA | 0.05 | 0.04 |
| tblVehicleEF | LDA | 0.08 | 0.19 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |

AR 007943

AR005083

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
|---|---|---|---|
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.01 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.07 | 0.24 |
| tblVehicleEF | LDA | 2.9040e-003 | 2.9279e-003 |
| tblVehicleEF | LDA | 6.2800e-004 | 5.5159e-004 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.08 | 0.26 |
| tblVehicleEF | LDA | 4.3110e-003 | 3.5693e-003 |
| tblVehicleEF | LDA | 6.4670e-003 | 0.06 |
| tblVehicleEF | LDA | 0.58 | 0.79 |
| tblVehicleEF | LDA | 1.32 | 2.28 |
| tblVehicleEF | LDA | 259.39 | 277.36 |
| tblVehicleEF | LDA | 60.91 | 56.47 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |

AR 007944

AR005084

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.09 | 0.27 |
| tblVehicleEF | LDA | 2.5980e-003 | 2.7439e-003 |
| tblVehicleEF | LDA | 6.3200e-004 | 5.5885e-004 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.10 | 0.30 |
| tblVehicleEF | LDT1 | 0.01 | 9.4839e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.62 | 1.75 |
| tblVehicleEF | LDT1 | 3.78 | 2.46 |
| tblVehicleEF | LDT1 | 325.17 | 331.55 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 74.01 | 67.29 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.27 | 0.45 |
| tblVehicleEF | LDT1 | 3.2720e-003 | 3.2808e-003 |
| tblVehicleEF | LDT1 | 8.0700e-004 | 6.6594e-004 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.30 | 0.49 |
| tblVehicleEF | LDT1 | 0.02 | 0.01 |
| tblVehicleEF | LDT1 | 0.02 | 0.08 |

AR 007946

AR005086

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 1.95 | 1.93 |
| tblVehicleEF | LDT1 | 3.33 | 2.09 |
| tblVehicleEF | LDT1 | 353.10 | 345.86 |
| tblVehicleEF | LDT1 | 74.01 | 66.53 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.22 | 0.29 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.04 | 0.05 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |
| tblVehicleEF | LDT1 | 0.23 | 0.39 |
| tblVehicleEF | LDT1 | 3.5570e-003 | 3.4225e-003 |
| tblVehicleEF | LDT1 | 7.9900e-004 | 6.5837e-004 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.06 | 0.07 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |

AR 007947

AR005087

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.26 | 0.43 |
| tblVehicleEF | LDT1 | 0.01 | 9.3109e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.52 | 1.70 |
| tblVehicleEF | LDT1 | 3.84 | 2.53 |
| tblVehicleEF | LDT1 | 316.88 | 326.99 |
| tblVehicleEF | LDT1 | 74.01 | 67.43 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.28 | 0.46 |
| tblVehicleEF | LDT1 | 3.1880e-003 | 3.2357e-003 |
| tblVehicleEF | LDT1 | 8.0800e-004 | 6.6731e-004 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.30 | 0.50 |
| tblVehicleEF | LDT2 | 6.1110e-003 | 5.7338e-003 |
| tblVehicleEF | LDT2 | 8.2750e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.82 | 1.16 |
| tblVehicleEF | LDT2 | 1.71 | 2.85 |
| tblVehicleEF | LDT2 | 366.61 | 361.86 |
| tblVehicleEF | LDT2 | 83.75 | 73.87 |
| tblVehicleEF | LDT2 | 0.09 | 0.11 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.11 | 0.37 |
| tblVehicleEF | LDT2 | 3.6730e-003 | 3.5801e-003 |

AR 007949

AR005089

CalEEMod Version: CalEEMod.2016.3.2                     Page 18 of 93                     Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 8.6600e-004 | 7.3103e-004 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.12 | 0.41 |
| tblVehicleEF | LDT2 | 6.9350e-003 | 6.1404e-003 |
| tblVehicleEF | LDT2 | 7.1890e-003 | 0.07 |
| tblVehicleEF | LDT2 | 1.00 | 1.29 |
| tblVehicleEF | LDT2 | 1.51 | 2.43 |
| tblVehicleEF | LDT2 | 398.95 | 376.16 |
| tblVehicleEF | LDT2 | 83.75 | 73.06 |
| tblVehicleEF | LDT2 | 0.08 | 0.09 |
| tblVehicleEF | LDT2 | 0.15 | 0.32 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |

AR 007950

AR005090

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.10 | 0.33 |
| tblVehicleEF | LDT2 | 3.9980e-003 | 3.7215e-003 |
| tblVehicleEF | LDT2 | 8.6300e-004 | 7.2299e-004 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.03 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.11 | 0.36 |
| tblVehicleEF | LDT2 | 5.8750e-003 | 5.6213e-003 |
| tblVehicleEF | LDT2 | 8.5090e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.76 | 1.12 |
| tblVehicleEF | LDT2 | 1.74 | 2.93 |
| tblVehicleEF | LDT2 | 356.95 | 357.31 |
| tblVehicleEF | LDT2 | 83.75 | 74.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.10 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |

CalEEMod Version: CalEEMod.2016.3.2          Page 20 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.01 | 0.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.11 | 0.38 |
| tblVehicleEF | LDT2 | 3.5750e-003 | 3.5351e-003 |
| tblVehicleEF | LDT2 | 8.6700e-004 | 7.3252e-004 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.13 | 0.42 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8817e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7552e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.81 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.81 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.35 | 0.99 |
| tblVehicleEF | LHD1 | 1.02 | 0.36 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |

AR 007952

AR005092

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2675e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8948e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.8828e-003 |

AR 007953

AR005093

CalEEMod Version: CalEEMod.2016.3.2                Page 22 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.05 | 0.82 |
| tblVehicleEF | LHD1 | 2.42 | 1.14 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.92 |
| tblVehicleEF | LHD1 | 30.90 | 12.71 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.21 | 0.93 |
| tblVehicleEF | LHD1 | 0.98 | 0.35 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.27 | 0.09 |

AR 007954

AR005094

CalEEMod Version: CalEEMod.2016.3.2                          Page 23 of 93                          Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6820e-003 |
| tblVehicleEF | LHD1 | 3.5500e-004 | 1.2579e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.08 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.29 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8802e-005 |
| tblVehicleEF | LHD1 | 0.01 | 6.7279e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.80 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.82 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.32 | 0.98 |
| tblVehicleEF | LHD1 | 1.01 | 0.37 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |

AR 007955

CalEEMod Version: CalEEMod.2016.3.2                    Page 24 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2686e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1865e-003 |
| tblVehicleEF | LHD2 | 5.1000e-003 | 4.7023e-003 |
| tblVehicleEF | LHD2 | 9.1950e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |

AR 007956

AR005096

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LHD2 | 1.23 | 0.82 |
|---|---|---|---|
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.98 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.94 | 1.23 |
| tblVehicleEF | LHD2 | 0.56 | 0.25 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6672e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8743e-005 |

CalEEMod Version: CalEEMod.2016.3.2                Page 26 of 93                        Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1958e-003 |
| tblVehicleEF | LHD2 | 5.1600e-003 | 4.7587e-003 |
| tblVehicleEF | LHD2 | 8.8690e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.18 | 0.78 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.42 |
| tblVehicleEF | LHD2 | 23.90 | 9.91 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.83 | 1.16 |
| tblVehicleEF | LHD2 | 0.54 | 0.24 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |

AR 007958

AR005098

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6673e-003 |
| tblVehicleEF | LHD2 | 2.6100e-004 | 9.8090e-005 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.13 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1853e-003 |
| tblVehicleEF | LHD2 | 5.0860e-003 | 4.6903e-003 |
| tblVehicleEF | LHD2 | 9.2490e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.24 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |

AR 007959

AR005099

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LHD2 | 23.90 | 9.99 |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.92 | 1.21 |
| tblVehicleEF | LHD2 | 0.56 | 0.26 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6671e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8819e-005 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |

AR 007960

AR005100

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.93 | 19.66 |
| tblVehicleEF | MCY | 9.66 | 8.48 |
| tblVehicleEF | MCY | 164.88 | 218.98 |
| tblVehicleEF | MCY | 46.70 | 60.53 |
| tblVehicleEF | MCY | 1.13 | 1.13 |
| tblVehicleEF | MCY | 0.31 | 0.26 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.17 | 2.53 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.09 | 1.84 |
| tblVehicleEF | MCY | 2.0370e-003 | 2.1670e-003 |

AR 007961

AR005101

CalEEMod Version: CalEEMod.2016.3.2                Page 30 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MCY | 6.8600e-004 | 5.9901e-004 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.66 | 3.12 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.27 | 2.00 |
| tblVehicleEF | MCY | 0.41 | 0.36 |
| tblVehicleEF | MCY | 0.14 | 0.21 |
| tblVehicleEF | MCY | 20.66 | 19.00 |
| tblVehicleEF | MCY | 9.11 | 7.76 |
| tblVehicleEF | MCY | 164.88 | 217.72 |
| tblVehicleEF | MCY | 46.70 | 58.69 |
| tblVehicleEF | MCY | 0.98 | 0.99 |
| tblVehicleEF | MCY | 0.29 | 0.25 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.15 | 2.46 |

CalEEMod Version: CalEEMod.2016.3.2                 Page 31 of 93                 Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 1.87 | 1.63 |
| tblVehicleEF | MCY | 2.0470e-003 | 2.1545e-003 |
| tblVehicleEF | MCY | 6.7100e-004 | 5.8079e-004 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.63 | 3.04 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 2.03 | 1.77 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.43 | 19.68 |
| tblVehicleEF | MCY | 9.60 | 8.55 |
| tblVehicleEF | MCY | 164.88 | 219.04 |
| tblVehicleEF | MCY | 46.70 | 60.74 |
| tblVehicleEF | MCY | 1.13 | 1.10 |
| tblVehicleEF | MCY | 0.31 | 0.27 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.60 | 1.29 |

AR 007963

AR005103

CalEEMod Version: CalEEMod.2016.3.2       Page 32 of 93       Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.17 | 2.54 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.10 | 1.87 |
| tblVehicleEF | MCY | 2.0290e-003 | 2.1676e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 6.0106e-004 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.66 | 3.13 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.28 | 2.03 |
| tblVehicleEF | MDV | 0.01 | 8.1275e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.58 | 1.49 |
| tblVehicleEF | MDV | 3.47 | 3.45 |
| tblVehicleEF | MDV | 501.88 | 442.94 |
| tblVehicleEF | MDV | 112.78 | 90.12 |
| tblVehicleEF | MDV | 0.19 | 0.15 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |

AR 007964

AR005104

CalEEMod Version: CalEEMod.2016.3.2                Page 33 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.27 | 0.49 |
| tblVehicleEF | MDV | 5.0330e-003 | 4.3797e-003 |
| tblVehicleEF | MDV | 1.1890e-003 | 8.9179e-004 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.30 | 0.53 |
| tblVehicleEF | MDV | 0.02 | 8.6153e-003 |
| tblVehicleEF | MDV | 0.02 | 0.09 |
| tblVehicleEF | MDV | 1.91 | 1.63 |
| tblVehicleEF | MDV | 3.08 | 2.93 |
| tblVehicleEF | MDV | 544.80 | 458.44 |
| tblVehicleEF | MDV | 112.78 | 89.12 |
| tblVehicleEF | MDV | 0.18 | 0.13 |
| tblVehicleEF | MDV | 0.33 | 0.39 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |

AR 007965

AR005105

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.24 | 0.43 |
| tblVehicleEF | MDV | 5.4670e-003 | 4.5332e-003 |
| tblVehicleEF | MDV | 1.1820e-003 | 8.8191e-004 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.06 | 0.06 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.26 | 0.47 |
| tblVehicleEF | MDV | 0.01 | 7.9891e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.48 | 1.45 |
| tblVehicleEF | MDV | 3.54 | 3.54 |
| tblVehicleEF | MDV | 489.12 | 438.16 |
| tblVehicleEF | MDV | 112.78 | 90.29 |
| tblVehicleEF | MDV | 0.18 | 0.14 |
| tblVehicleEF | MDV | 0.34 | 0.42 |

AR 007966

AR005106

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MDV | 0.04 | 0.04 |
|---|---|---|---|
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.28 | 0.50 |
| tblVehicleEF | MDV | 4.9040e-003 | 4.3324e-003 |
| tblVehicleEF | MDV | 1.1910e-003 | 8.9352e-004 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.31 | 0.54 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.14 | 0.32 |
| tblVehicleEF | MH | 6.37 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |

AR 007967

AR005107

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MH | 58.82 | 0.00 |
|---|---|---|---|
| tblVehicleEF | MH | 1.76 | 4.09 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9900e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 3.24 | 0.32 |
| tblVehicleEF | MH | 5.95 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.63 | 3.87 |
| tblVehicleEF | MH | 0.86 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.37 | 0.00 |
| tblVehicleEF | MH | 9.9910e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 6.9300e-004 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |

AR 007969

AR005109

CalEEMod Version: CalEEMod.2016.3.2                    Page 38 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 0.40 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.12 | 0.32 |
| tblVehicleEF | MH | 6.40 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.74 | 4.02 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9890e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |

AR 007970

AR005110

CalEEMod Version: CalEEMod.2016.3.2                    Page 39 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MH | 0.55 | 0.00 |
|---|---|---|---|
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MHD | 0.02 | 4.2934e-003 |
| tblVehicleEF | MHD | 6.1240e-003 | 8.3332e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.43 | 0.38 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.54 | 1.42 |
| tblVehicleEF | MHD | 156.54 | 67.47 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.84 |
| tblVehicleEF | MHD | 1.06 | 0.60 |
| tblVehicleEF | MHD | 1.70 | 2.64 |
| tblVehicleEF | MHD | 11.65 | 1.02 |
| tblVehicleEF | MHD | 3.7720e-003 | 2.2012e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.6080e-003 | 2.1060e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |

AR 007971

AR005111

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MHD | 0.05 | 0.03 |
|---|---|---|---|
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.5050e-003 | 6.4116e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6700e-004 | 1.1717e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.0641e-003 |
| tblVehicleEF | MHD | 6.1890e-003 | 8.3939e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.31 | 0.30 |
| tblVehicleEF | MHD | 0.47 | 0.76 |
| tblVehicleEF | MHD | 6.24 | 1.35 |
| tblVehicleEF | MHD | 165.81 | 69.00 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.45 |
| tblVehicleEF | MHD | 55.18 | 11.72 |
| tblVehicleEF | MHD | 1.10 | 0.61 |
| tblVehicleEF | MHD | 1.60 | 2.49 |

AR 007972

AR005112

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | MHD | 11.62 | 1.02 |
|---|---|---|---|
| tblVehicleEF | MHD | 3.1790e-003 | 1.8578e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.0420e-003 | 1.7774e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.38 | 0.06 |
| tblVehicleEF | MHD | 1.5920e-003 | 6.5574e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6100e-004 | 1.1597e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.13 |

AR 007973

AR005113

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.42 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.6225e-003 |
| tblVehicleEF | MHD | 6.0850e-003 | 8.3163e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.60 | 0.49 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.63 | 1.43 |
| tblVehicleEF | MHD | 143.73 | 65.36 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.86 |
| tblVehicleEF | MHD | 1.01 | 0.59 |
| tblVehicleEF | MHD | 1.68 | 2.60 |
| tblVehicleEF | MHD | 11.66 | 1.02 |
| tblVehicleEF | MHD | 4.5890e-003 | 2.6754e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 4.3910e-003 | 2.5596e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |

AR 007974

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.3840e-003 | 6.2095e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6800e-004 | 1.1736e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | OBUS | 0.01 | 9.0789e-003 |
| tblVehicleEF | OBUS | 9.4560e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.28 | 0.58 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.57 | 2.56 |
| tblVehicleEF | OBUS | 74.57 | 92.99 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.83 |
| tblVehicleEF | OBUS | 70.73 | 20.25 |
| tblVehicleEF | OBUS | 0.39 | 0.66 |
| tblVehicleEF | OBUS | 1.35 | 2.43 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 1.7700e-004 | 3.1503e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |

AR 007975

AR005115

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.6900e-004 | 3.0140e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.41 | 0.12 |
| tblVehicleEF | OBUS | 7.2400e-004 | 8.4498e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2300e-004 | 2.0041e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | OBUS | 0.01 | 9.0761e-003 |
| tblVehicleEF | OBUS | 9.6420e-003 | 0.01 |

AR 007976

AR005116

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | OBUS | 0.03 | 0.02 |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.26 | 0.55 |
| tblVehicleEF | OBUS | 0.65 | 1.25 |
| tblVehicleEF | OBUS | 6.15 | 2.42 |
| tblVehicleEF | OBUS | 77.97 | 94.12 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.86 |
| tblVehicleEF | OBUS | 70.73 | 20.01 |
| tblVehicleEF | OBUS | 0.40 | 0.67 |
| tblVehicleEF | OBUS | 1.26 | 2.28 |
| tblVehicleEF | OBUS | 2.17 | 0.59 |
| tblVehicleEF | OBUS | 1.4900e-004 | 2.6601e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.4300e-004 | 2.5450e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.39 | 0.12 |

AR 007977

AR005117

CalEEMod Version: CalEEMod.2016.3.2                Page 46 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | OBUS | 7.5600e-004 | 8.9558e-004 |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.1600e-004 | 1.9799e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.43 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 9.1031e-003 |
| tblVehicleEF | OBUS | 9.4220e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.29 | 0.63 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.63 | 2.58 |
| tblVehicleEF | OBUS | 69.87 | 91.44 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.82 |
| tblVehicleEF | OBUS | 70.73 | 20.29 |
| tblVehicleEF | OBUS | 0.37 | 0.66 |
| tblVehicleEF | OBUS | 1.34 | 2.38 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 2.1500e-004 | 3.8273e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |

AR 007978

AR005118

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | OBUS | 2.0600e-004 | 3.6617e-003 |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.42 | 0.13 |
| tblVehicleEF | OBUS | 6.7900e-004 | 8.7034e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2400e-004 | 2.0080e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0558e-003 |
| tblVehicleEF | SBUS | 0.06 | 6.4940e-003 |
| tblVehicleEF | SBUS | 7.81 | 2.72 |
| tblVehicleEF | SBUS | 0.66 | 0.79 |

AR 007979

AR005119

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 6.73 | 0.92 |
| tblVehicleEF | SBUS | 1,154.91 | 356.52 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.70 |
| tblVehicleEF | SBUS | 53.24 | 5.46 |
| tblVehicleEF | SBUS | 10.58 | 3.53 |
| tblVehicleEF | SBUS | 4.99 | 5.58 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 5.3126e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 5.0828e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.37 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.4013e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.4900e-004 | 5.4047e-005 |

AR 007980

AR005120

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.40 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.1649e-003 |
| tblVehicleEF | SBUS | 0.05 | 5.7028e-003 |
| tblVehicleEF | SBUS | 7.67 | 2.68 |
| tblVehicleEF | SBUS | 0.67 | 0.80 |
| tblVehicleEF | SBUS | 4.88 | 0.73 |
| tblVehicleEF | SBUS | 1,207.92 | 366.39 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.72 |
| tblVehicleEF | SBUS | 53.24 | 5.15 |
| tblVehicleEF | SBUS | 10.92 | 3.62 |
| tblVehicleEF | SBUS | 4.69 | 5.26 |
| tblVehicleEF | SBUS | 12.56 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 4.4850e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 9.8070e-003 | 4.2910e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |

AR 007981

AR005121

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 0.93 | 0.32 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.12 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.31 | 0.03 |
| tblVehicleEF | SBUS | 0.01 | 3.4945e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.1800e-004 | 5.0916e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.34 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0312e-003 |
| tblVehicleEF | SBUS | 0.07 | 6.6366e-003 |
| tblVehicleEF | SBUS | 7.99 | 2.78 |
| tblVehicleEF | SBUS | 0.66 | 0.78 |
| tblVehicleEF | SBUS | 7.09 | 0.94 |
| tblVehicleEF | SBUS | 1,081.70 | 342.89 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.69 |

AR 007982

AR005122

Case 5:24-cv-02603-DTB    Document 54    Filed 08/01/25    Page 898 of 1485    Page ID #:5867

CalEEMod Version: CalEEMod.2016.3.2                    Page 51 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 53.24 | 5.51 |
| tblVehicleEF | SBUS | 10.11 | 3.41 |
| tblVehicleEF | SBUS | 4.94 | 5.49 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 6.4556e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 6.1763e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.38 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.2726e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.5500e-004 | 5.4498e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |

AR 007983

AR005123

CalEEMod Version: CalEEMod.2016.3.2                    Page 52 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.42 | 0.04 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.35 | 38.44 |
| tblVehicleEF | UBUS | 16.43 | 0.97 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.92 |
| tblVehicleEF | UBUS | 5.46 | 1.54 |
| tblVehicleEF | UBUS | 12.53 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 1.8570e-003 | 1.1798e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.40 | 0.07 |
| tblVehicleEF | UBUS | 1.61 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.64 | 38.44 |
| tblVehicleEF | UBUS | 14.18 | 0.85 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.72 |
| tblVehicleEF | UBUS | 5.09 | 1.54 |
| tblVehicleEF | UBUS | 12.44 | 0.11 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 0.65 | 0.14 |

AR 007985

AR005125

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.17 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8170e-003 | 1.1596e-004 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 2.31 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.10 | 0.02 |
| tblVehicleEF | UBUS | 10.37 | 38.44 |
| tblVehicleEF | UBUS | 16.61 | 0.98 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.95 |
| tblVehicleEF | UBUS | 5.42 | 1.54 |
| tblVehicleEF | UBUS | 12.54 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |

AR 007986

CalEEMod Version: CalEEMod.2016.3.2                    Page 55 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| tblVehicleEF | UBUS | 0.16 | 0.01 |
|---|---|---|---|
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.29 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8600e-003 | 1.1829e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.42 | 0.07 |
| tblVehicleTrips | ST_TR | 2.49 | 2.54 |
| tblVehicleTrips | ST_TR | 8.96 | 8.57 |
| tblVehicleTrips | ST_TR | 42.04 | 46.12 |
| tblVehicleTrips | SU_TR | 0.73 | 1.24 |
| tblVehicleTrips | SU_TR | 1.55 | 1.42 |
| tblVehicleTrips | SU_TR | 20.43 | 21.10 |
| tblVehicleTrips | WD_TR | 6.83 | 3.37 |
| tblVehicleTrips | WD_TR | 36.13 | 34.80 |
| tblVehicleTrips | WD_TR | 44.32 | 37.75 |

## 2.0 Emissions Summary

AR 007987

AR005127

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

**2.1 Overall Construction**

**Unmitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | | | | | tons/yr | | | | | | | | MT/yr | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2021 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2022 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2023 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Maximum | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007988

AR005128

CalEEMod Version: CalEEMod.2016.3.2                Page 57 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 2.1 Overall Construction

### Mitigated Construction

| Year | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2021 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2022 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2023 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Maximum | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Quarter | Start Date | End Date | Maximum Unmitigated ROG + NOX (tons/quarter) | Maximum Mitigated ROG + NOX (tons/quarter) |
|---|---|---|---|---|
| | | Highest | | |

AR 007989

AR005129

CalEEMod Version: CalEEMod.2016.3.2                Page 58 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 2.2 Overall Operational

### Unmitigated Operational

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Area | 3.9418 | 1.1000e-004 | 0.0124 | 0.0000 |  | 4.0000e-005 | 4.0000e-005 |  | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| Energy | 0.0125 | 0.1137 | 0.0955 | 6.8000e-004 |  | 8.6400e-003 | 8.6400e-003 |  | 8.6400e-003 | 8.6400e-003 | 0.0000 | 2,457.9096 | 2,457.9096 | 0.0987 | 0.0222 | 2,466.9956 |
| Mobile | 2.4763 | 10.0466 | 23.7161 | 0.0782 | 6.2502 | 0.1448 | 6.3950 | 1.6715 | 0.1372 | 1.8087 | 0.0000 | 7,330.6500 | 7,330.6500 | 0.3031 | 0.0000 | 7,338.2275 |
| Waste |  |  |  |  |  | 0.0000 | 0.0000 |  | 0.0000 | 0.0000 | 342.8822 | 0.0000 | 342.8822 | 20.2638 | 0.0000 | 849.4761 |
| Water |  |  |  |  |  | 0.0000 | 0.0000 |  | 0.0000 | 0.0000 | 67.3095 | 890.5964 | 957.9059 | 6.9501 | 0.1709 | 1,182.5704 |
| Total | 6.4306 | 10.1604 | 23.8240 | 0.0788 | 6.2502 | 0.1534 | 6.4037 | 1.6715 | 0.1459 | 1.8174 | 410.1917 | 10,679.1800 | 11,089.3716 | 27.6158 | 0.1931 | 11,837.2951 |

AR 007990

AR005130

CalEEMod Version: CalEEMod.2016.3.2        Page 59 of 93        Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 2.2 Overall Operational

**Mitigated Operational**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Area | 3.9418 | 1.1000e-004 | 0.0124 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| Energy | 0.0125 | 0.1137 | 0.0955 | 6.8000e-004 | | 8.6400e-003 | 8.6400e-003 | | 8.6400e-003 | 8.6400e-003 | 0.0000 | 2,457.9096 | 2,457.9096 | 0.0987 | 0.0222 | 2,466.9956 |
| Mobile | 2.4763 | 10.0466 | 23.7161 | 0.0782 | 6.2502 | 0.1448 | 6.3950 | 1.6715 | 0.1372 | 1.8087 | 0.0000 | 7,330.6500 | 7,330.6500 | 0.3031 | 0.0000 | 7,338.2275 |
| Waste | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 342.8822 | 0.0000 | 342.8822 | 20.2638 | 0.0000 | 849.4761 |
| Water | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 67.3095 | 890.5964 | 957.9059 | 6.9501 | 0.1709 | 1,182.5704 |
| Total | 6.4306 | 10.1604 | 23.8240 | 0.0788 | 6.2502 | 0.1534 | 6.4037 | 1.6715 | 0.1459 | 1.8174 | 410.1917 | 10,679.1800 | 11,089.3716 | 27.6158 | 0.1931 | 11,837.2951 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

**Construction Phase**

AR 007991

AR005131

AR 007992

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

Acres of Grading (Site Preparation Phase): 0

Acres of Grading (Grading Phase): 0

Acres of Paving: 0

Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 0; Non-Residential Outdoor: 0; Striped Parking Area: 0 (Architectural Coating – sqft)

OffRoad Equipment

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Demolition | Demolition | 6/30/2019 | 9/6/2019 | 5 | 50 | |
| 2 | Site Preparation | Site Preparation | 9/7/2019 | 10/18/2019 | 5 | 30 | |
| 3 | Grading | Grading | 10/19/2019 | 1/31/2020 | 5 | 75 | |
| 4 | Building Construction | Building Construction | 2/1/2020 | 12/3/2022 | 5 | 740 | |
| 5 | Paving | Paving | 12/3/2022 | 2/17/2023 | 5 | 55 | |
| 6 | Architectural Coating | Architectural Coating | 2/18/2023 | 5/5/2023 | 5 | 55 | |

AR005132

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|---|---|---|---|---|---|
| Demolition | Concrete/Industrial Saws | 1 | 0.00 | 81 | 0.73 |
| Demolition | Excavators | 3 | 0.00 | 158 | 0.38 |
| Demolition | Rubber Tired Dozers | 2 | 0.00 | 247 | 0.40 |
| Site Preparation | Rubber Tired Dozers | 3 | 0.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 4 | 0.00 | 97 | 0.37 |
| Grading | Excavators | 2 | 0.00 | 158 | 0.38 |
| Grading | Graders | 1 | 0.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 1 | 0.00 | 247 | 0.40 |
| Grading | Scrapers | 2 | 0.00 | 367 | 0.48 |
| Grading | Tractors/Loaders/Backhoes | 2 | 0.00 | 97 | 0.37 |
| Building Construction | Cranes | 1 | 0.00 | 231 | 0.29 |
| Building Construction | Forklifts | 3 | 0.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 1 | 0.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 3 | 0.00 | 97 | 0.37 |
| Building Construction | Welders | 1 | 0.00 | 46 | 0.45 |
| Paving | Pavers | 2 | 0.00 | 130 | 0.42 |
| Paving | Paving Equipment | 2 | 0.00 | 132 | 0.36 |
| Paving | Rollers | 2 | 0.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 1 | 0.00 | 78 | 0.48 |

**Trips and VMT**

AR 007993

AR005133

CalEEMod Version: CalEEMod.2016.3.2                    Page 62 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Demolition | 6 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Site Preparation | 7 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 8 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 9 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 6 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 1 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

## 3.1 Mitigation Measures Construction

## 3.2 Demolition - 2019

### Unmitigated Construction On-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007994

AR005134

CalEEMod Version: CalEEMod.2016.3.2          Page 63 of 93          Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 3.2 Demolition - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007995

AR005135

CalEEMod Version: CalEEMod.2016.3.2                Page 64 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 3.2 Demolition - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

### 3.3 Site Preparation - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007996

AR005136

CalEEMod Version: CalEEMod.2016.3.2                Page 65 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 3.3 Site Preparation - 2019

### Unmitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

### Mitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 007997

AR005137

CalEEMod Version: CalEEMod.2016.3.2                    Page 66 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 3.3 Site Preparation - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

### 3.4 Grading - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007998

AR005138

CalEEMod Version: CalEEMod.2016.3.2                    Page 67 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 3.4 Grading - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 007999

AR005139

CalEEMod Version: CalEEMod.2016.3.2                Page 68 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 3.4 Grading - 2019

**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

## 3.4 Grading - 2020

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | tons/yr | | | | | | | | MT/yr | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008000

AR005140

CalEEMod Version: CalEEMod.2016.3.2                      Page 69 of 93                      Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

**3.4 Grading - 2020**

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008001

AR005141

CalEEMod Version: CalEEMod.2016.3.2                    Page 70 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 3.4 Grading - 2020

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

### 3.5 Building Construction - 2020

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008002

AR005142

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 3.5 Building Construction - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | tons/yr | | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | tons/yr | | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 008003

AR005143

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

**3.5 Building Construction - 2020**

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**3.5 Building Construction - 2021**

**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 73 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 3.5 Building Construction - 2021

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 008005

AR005145

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 3.5 Building Construction - 2021
### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

## 3.5 Building Construction - 2022
### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 3.5 Building Construction - 2022

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008007

AR005147

CalEEMod Version: CalEEMod.2016.3.2                  Page 76 of 93                  Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 3.5 Building Construction - 2022
#### Mitigated Construction Off-Site

|  | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

### 3.6 Paving - 2022
#### Unmitigated Construction On-Site

|  | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

AR 008008

AR005148

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

**3.6 Paving - 2022**

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

CalEEMod Version: CalEEMod.2016.3.2          Page 78 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

**3.6 Paving - 2022**

**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**3.6 Paving - 2023**

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

CalEEMod Version: CalEEMod.2016.3.2                    Page 79 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 3.6 Paving - 2023

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008011

AR005151

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 3.6 Paving - 2023
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

### 3.7 Architectural Coating - 2023
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008012

AR005152

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 3.7 Architectural Coating - 2023

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008013

AR005153

CalEEMod Version: CalEEMod.2016.3.2                    Page 82 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 3.7 Architectural Coating - 2023

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | | MT/yr | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

## 4.0 Operational Detail - Mobile

### 4.1 Mitigation Measures Mobile

AR 008014

AR005154

CalEEMod Version: CalEEMod.2016.3.2                    Page 83 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | tons/yr | | | | | | | | | MT/yr | | | |
| Mitigated | 2.4763 | 10.0466 | 23.7161 | 0.0782 | 6.2502 | 0.1448 | 6.3950 | 1.6715 | 0.1372 | 1.8087 | 0.0000 | 7,330.650 0 | 7,330.650 0 | 0.3031 | 0.0000 | 7,338.227 5 |
| Unmitigated | 2.4763 | 10.0466 | 23.7161 | 0.0782 | 6.2502 | 0.1448 | 6.3950 | 1.6715 | 0.1372 | 1.8087 | 0.0000 | 7,330.650 0 | 7,330.650 0 | 0.3031 | 0.0000 | 7,338.227 5 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Industrial Park | 2,956.50 | 2,228.34 | 1087.85 | 10,282,353 | 10,282,353 |
| Medical Office Building | 1,811.69 | 446.15 | 73.93 | 3,549,332 | 3,549,332 |
| Strip Mall | 1,403.92 | 1,715.20 | 784.71 | 2,587,400 | 2,587,400 |
| Total | 6,172.11 | 4,389.70 | 1,946.49 | 16,419,086 | 16,419,086 |

## 4.3 Trip Type Information

| | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| Land Use | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Industrial Park | 16.60 | 8.40 | 6.90 | 59.00 | 28.00 | 13.00 | 79 | 19 | 2 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Strip Mall | 16.60 | 8.40 | 6.90 | 16.60 | 64.40 | 19.00 | 45 | 40 | 15 |

## 4.4 Fleet Mix

AR 008015

AR005155

CalEEMod Version: CalEEMod.2016.3.2                Page 84 of 93                   Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial Park | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |
| Medical Office Building | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |
| Strip Mall | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |

## 5.0 Energy Detail

Historical Energy Use: N

## 5.1 Mitigation Measures Energy

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | tons/yr | | | | | | | | | MT/yr | | |
| Electricity Mitigated | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 2,334.140 7 | 2,334.140 7 | 0.0964 | 0.0199 | 2,342.491 2 |
| Electricity Unmitigated | | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 2,334.140 7 | 2,334.140 7 | 0.0964 | 0.0199 | 2,342.491 2 |
| NaturalGas Mitigated | 0.0125 | 0.1137 | 0.0955 | 6.8000e-004 | | 8.6400e-003 | 8.6400e-003 | | 8.6400e-003 | 8.6400e-003 | 0.0000 | 123.7689 | 123.7689 | 2.3700e-003 | 2.2700e-003 | 124.5044 |
| NaturalGas Unmitigated | 0.0125 | 0.1137 | 0.0955 | 6.8000e-004 | | 8.6400e-003 | 8.6400e-003 | | 8.6400e-003 | 8.6400e-003 | 0.0000 | 123.7689 | 123.7689 | 2.3700e-003 | 2.2700e-003 | 124.5044 |

AR 008016

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 5.2 Energy by Land Use - NaturalGas

### Unmitigated

| Land Use | NaturalGas Use kBTU/yr | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | | | MT/yr | | |
| Industrial Park | 2.13183e+006 | 0.0115 | 0.1045 | 0.0878 | 6.3000e-004 | | 7.9400e-003 | 7.9400e-003 | | 7.9400e-003 | 7.9400e-003 | 0.0000 | 113.7628 | 113.7628 | 2.1800e-003 | 2.0900e-003 | 114.4388 |
| Medical Office Building | 126518 | 6.8000e-004 | 6.2000e-003 | 5.2100e-003 | 4.0000e-005 | | 4.7000e-004 | 4.7000e-004 | | 4.7000e-004 | 4.7000e-004 | 0.0000 | 6.7515 | 6.7515 | 1.3000e-004 | 1.2000e-004 | 6.7916 |
| Strip Mall | 60990 | 3.3000e-004 | 2.9900e-003 | 2.5100e-003 | 2.0000e-005 | | 2.3000e-004 | 2.3000e-004 | | 2.3000e-004 | 2.3000e-004 | 0.0000 | 3.2547 | 3.2547 | 6.0000e-005 | 6.0000e-005 | 3.2740 |
| **Total** | | **0.0125** | **0.1137** | **0.0955** | **6.9000e-004** | | **8.6400e-003** | **8.6400e-003** | | **8.6400e-003** | **8.6400e-003** | **0.0000** | **123.7689** | **123.7689** | **2.3700e-003** | **2.2700e-003** | **124.5044** |

### Mitigated

| Land Use | NaturalGas Use kBTU/yr | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | | | MT/yr | | |
| Industrial Park | 2.13183e+006 | 0.0115 | 0.1045 | 0.0878 | 6.3000e-004 | | 7.9400e-003 | 7.9400e-003 | | 7.9400e-003 | 7.9400e-003 | 0.0000 | 113.7628 | 113.7628 | 2.1800e-003 | 2.0900e-003 | 114.4388 |
| Medical Office Building | 126518 | 6.8000e-004 | 6.2000e-003 | 5.2100e-003 | 4.0000e-005 | | 4.7000e-004 | 4.7000e-004 | | 4.7000e-004 | 4.7000e-004 | 0.0000 | 6.7515 | 6.7515 | 1.3000e-004 | 1.2000e-004 | 6.7916 |
| Strip Mall | 60990 | 3.3000e-004 | 2.9900e-003 | 2.5100e-003 | 2.0000e-005 | | 2.3000e-004 | 2.3000e-004 | | 2.3000e-004 | 2.3000e-004 | 0.0000 | 3.2547 | 3.2547 | 6.0000e-005 | 6.0000e-005 | 3.2740 |
| **Total** | | **0.0125** | **0.1137** | **0.0955** | **6.9000e-004** | | **8.6400e-003** | **8.6400e-003** | | **8.6400e-003** | **8.6400e-003** | **0.0000** | **123.7689** | **123.7689** | **2.3700e-003** | **2.2700e-003** | **124.5044** |

CalEEMod Version: CalEEMod.2016.3.2                    Page 86 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 5.3 Energy by Land Use - Electricity

**Unmitigated**

| Land Use | Electricity Use kWh/yr | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Industrial Park | 6.57974e +006 | 2,096.444 5 | 0.0866 | 0.0179 | 2,103.944 6 |
| Medical Office Building | 390488 | 124.4177 | 5.1400e-003 | 1.0600e-003 | 124.8628 |
| Strip Mall | 355527 | 113.2785 | 4.6800e-003 | 9.7000e-004 | 113.6837 |
| **Total** | | **2,334.140 7** | **0.0964** | **0.0199** | **2,342.491 2** |

**Mitigated**

| Land Use | Electricity Use kWh/yr | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Industrial Park | 6.57974e +006 | 2,096.444 6 | 0.0866 | 0.0179 | 2,103.944 6 |
| Medical Office Building | 390488 | 124.4177 | 5.1400e-003 | 1.0600e-003 | 124.8628 |
| Strip Mall | 355527 | 113.2785 | 4.6800e-003 | 9.7000e-004 | 113.6837 |
| **Total** | | **2,334.140 7** | **0.0964** | **0.0199** | **2,342.491 2** |

## 6.0 Area Detail

AR 008018

**AR005158**

CalEEMod Version: CalEEMod.2016.3.2        Page 87 of 93        Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 6.1 Mitigation Measures Area

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Mitigated | 3.9418 | 1.1000e-004 | 0.0124 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| Unmitigated | 3.9418 | 1.1000e-004 | 0.0124 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |

## 6.2 Area by SubCategory

**Unmitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tons/yr | | | | | | | | | | MT/yr | | | | | |
| Architectural Coating | 0.4480 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Consumer Products | 3.4926 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Landscaping | 1.1700e-003 | 1.1000e-004 | 0.0124 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| **Total** | **3.9418** | **1.1000e-004** | **0.0124** | **0.0000** | | **4.0000e-005** | **4.0000e-005** | | **4.0000e-005** | **4.0000e-005** | **0.0000** | **0.0240** | **0.0240** | **6.0000e-005** | **0.0000** | **0.0256** |

AR 008019

AR005159

CalEEMod Version: CalEEMod.2016.3.2                    Page 88 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 6.2 Area by SubCategory

**Mitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | tons/yr | | | | | | | | MT/yr | | | |
| Architectural Coating | 0.4480 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Consumer Products | 3.4926 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Landscaping | 1.1700e-003 | 1.1000e-004 | 0.0124 | 0.0000 | | 4.0000e-005 | 4.0000e-005 | | 4.0000e-005 | 4.0000e-005 | 0.0000 | 0.0240 | 0.0240 | 6.0000e-005 | 0.0000 | 0.0256 |
| **Total** | **3.9418** | **1.1000e-004** | **0.0124** | **0.0000** | | **4.0000e-005** | **4.0000e-005** | | **4.0000e-005** | **4.0000e-005** | **0.0000** | **0.0240** | **0.0240** | **6.0000e-005** | **0.0000** | **0.0256** |

# 7.0 Water Detail

## 7.1 Mitigation Measures Water

AR 008020

AR005160

CalEEMod Version: CalEEMod.2016.3.2                    Page 89 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

| | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|
| Category | MT/yr | | | |
| Mitigated | 957.9059 | 6.9501 | 0.1709 | 1,182.5704 |
| Unmitigated | 957.9059 | 6.9501 | 0.1709 | 1,182.5704 |

## 7.2 Water by Land Use

**Unmitigated**

| | Indoor/Outdoor Use | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| Land Use | Mgal | MT/yr | | | |
| Industrial Park | 202.876 / 0 | 906.0473 | 6.6455 | 0.1633 | 1,120.8418 |
| Medical Office Building | 6.53252 / 1.24429 | 33.5790 | 0.2142 | 5.3000e-003 | 40.5111 |
| Strip Mall | 2.75476 / 1.6884 | 18.2796 | 0.0905 | 2.2700e-003 | 21.2175 |
| **Total** | | **957.9059** | **6.9501** | **0.1709** | **1,182.5704** |

AR 008021

AR005161

CalEEMod Version: CalEEMod.2016.3.2                    Page 90 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

### 7.2 Water by Land Use

**Mitigated**

| Land Use | Indoor/Outdoor Use | Total CO2 | CH4 | N2O | CO2e |
|----------|--------|-----------|-----|-----|------|
|  | Mgal | MT/yr | | | |
| Industrial Park | 202.876 / 0 | 906.0473 | 6.6455 | 0.1633 | 1,120.8418 |
| Medical Office Building | 6.53252 / 1.24429 | 33.5790 | 0.2142 | 5.3000e-003 | 40.5111 |
| Strip Mall | 2.75476 / 1.6884 | 18.2796 | 0.0905 | 2.2700e-003 | 21.2175 |
| **Total** | | **957.9059** | **6.9501** | **0.1709** | **1,182.5704** |

## 8.0 Waste Detail

### 8.1 Mitigation Measures Waste

AR 008022

AR005162

Case 5:24-cv-02603-DTB    Document 54    Filed 08/01/25    Page 938 of 1485    Page ID #:5907

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

**Category/Year**

| | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|
| | MT/yr | | | |
| Mitigated | 342.8822 | 20.2638 | 0.0000 | 849.4761 |
| Unmitigated | 342.8822 | 20.2638 | 0.0000 | 849.4761 |

## 8.2 Waste by Land Use

**Unmitigated**

| Land Use | Waste Disposed tons | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | | MT/yr | | | |
| Industrial Park | 1087.85 | 220.8237 | 13.0503 | 0.0000 | 547.0814 |
| Medical Office Building | 562.25 | 114.1317 | 6.7450 | 0.0000 | 282.7564 |
| Strip Mall | 39.05 | 7.9268 | 0.4685 | 0.0000 | 19.6383 |
| **Total** | | **342.8822** | **20.2638** | **0.0000** | **849.4761** |

AR 008023

AR005163

CalEEMod Version: CalEEMod.2016.3.2                Page 92 of 93                Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

## 8.2 Waste by Land Use

**Mitigated**



| Land Use | Waste Disposed | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|
| | tons | | MT/yr | | |
| Industrial Park | 1087.85 | 220.8237 | 13.0503 | 0.0000 | 547.0814 |
| Medical Office Building | 562.25 | 114.1317 | 6.7450 | 0.0000 | 282.7564 |
| Strip Mall | 39.05 | 7.9268 | 0.4685 | 0.0000 | 19.6383 |
| **Total** | | 342.8822 | 20.2638 | 0.0000 | 849.4761 |

## 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

## 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
|---|---|---|---|---|---|

**User Defined Equipment**

| Equipment Type | Number |
|---|---|

AR 008024

AR005164

CalEEMod Version: CalEEMod.2016.3.2                    Page 93 of 93                    Date: 7/1/2020 10:56 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Annual

**11.0 Vegetation**

AR 008025

AR005165

Case 5:24-cv-02603-DTB   Document 54   Filed 08/01/25   Page 941 of 1485   Page ID #:5910

CalEEMod Version: CalEEMod.2016.3.2    Page 1 of 87    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run
### Riverside-South Coast County, Summer

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Medical Office Building | 52.06 | 1000sqft | 4.00 | 52,065.00 | 0 |
| Industrial Park | 877.30 | 1000sqft | 40.28 | 877,298.00 | 0 |
| Strip Mall | 37.19 | 1000sqft | 2.83 | 37,189.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Urbanization | Urban | Wind Speed (m/s) | 2.4 | Precipitation Freq (Days) | 28 |
| Climate Zone | 10 | | | Operational Year | 2020 |
| Utility Company | Southern California Edison | | | | |
| CO2 Intensity (lb/MWhr) | 702.44 | CH4 Intensity (lb/MWhr) | 0.029 | N2O Intensity (lb/MWhr) | 0.006 |

### 1.3 User Entered Comments & Non-Default Data

AR 008026

AR005166

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

Project Characteristics -

Land Use - Per land use plan

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Trips and VMT - Operations only

On-road Fugitive Dust - Operations only

Grading - Operations only

Architectural Coating - Operations

Vehicle Trips - ITE 10th Generation

Energy Use - 2019 Title 24 Standards

Fleet Mix - Only cars and trucks present on site

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblArchitecturalCoating | ConstArea_Nonresidential_Exterior | 483,276.00 | 0.00 |
| tblArchitecturalCoating | ConstArea_Nonresidential_Interior | 1,449,828.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Exterior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Interior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Parking | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Exterior | 50.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Interior | 50.00 | 0.00 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 5.61 | 3.92 |

AR 008027

AR005167

CalEEMod Version: CalEEMod.2016.3.2                    Page 3 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 4.58 | 3.20 |
| tblEnergyUse | T24NG | 3.47 | 2.43 |
| tblEnergyUse | T24NG | 3.47 | 2.43 |
| tblEnergyUse | T24NG | 1.92 | 1.34 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |

AR 008028

AR005168

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblLandUse | LandUseSquareFeet | 52,060.00 | 52,065.00 |
| tblLandUse | LandUseSquareFeet | 877,300.00 | 877,298.00 |
| tblLandUse | LandUseSquareFeet | 37,190.00 | 37,189.00 |
| tblLandUse | LotAcreage | 1.20 | 4.00 |
| tblLandUse | LotAcreage | 20.14 | 40.28 |
| tblLandUse | LotAcreage | 0.85 | 2.83 |
| tblOffRoadEquipment | UsageHours | 6.00 | 0.00 |

AR 008029

AR005169

CalEEMod Version: CalEEMod.2016.3.2                    Page 5 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 7.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 7.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblTripsAndVMT | VendorTripNumber | 158.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 15.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 18.00 | 0.00 |

AR 008030

AR005170

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblTripsAndVMT | WorkerTripNumber | 20.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 397.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 15.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 79.00 | 0.00 |
| tblVehicleEF | HHD | 1.50 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.6629e-007 |
| tblVehicleEF | HHD | 3.46 | 5.53 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.51 | 9.4864e-003 |
| tblVehicleEF | HHD | 6,555.40 | 1,119.65 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 27.96 | 6.29 |
| tblVehicleEF | HHD | 3.07 | 4.45 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 0.90 | 0.45 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4505e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9814e-007 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 1.03 | 0.52 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.06 | 2.6830e-006 |
| tblVehicleEF | HHD | 1.42 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.4667e-007 |
| tblVehicleEF | HHD | 2.53 | 5.37 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.43 | 9.0047e-003 |
| tblVehicleEF | HHD | 6,940.41 | 1,120.47 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 28.85 | 6.16 |
| tblVehicleEF | HHD | 2.90 | 4.21 |

AR 008032

AR005172

CalEEMod Version: CalEEMod.2016.3.2                    Page 8 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | HHD | 20.32 | 1.79 |
|---|---|---|---|
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.84 | 0.47 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.3541e-006 |
| tblVehicleEF | HHD | 0.07 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.1000e-005 | 8.9058e-007 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.97 | 0.54 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | HHD | 0.05 | 2.5774e-006 |
|---|---|---|---|
| tblVehicleEF | HHD | 1.62 | 0.02 |
| tblVehicleEF | HHD | 0.03 | 6.4690e-003 |
| tblVehicleEF | HHD | 0.11 | 4.6976e-007 |
| tblVehicleEF | HHD | 4.76 | 5.65 |
| tblVehicleEF | HHD | 0.46 | 0.56 |
| tblVehicleEF | HHD | 1.51 | 9.5464e-003 |
| tblVehicleEF | HHD | 6,023.73 | 1,099.62 |
| tblVehicleEF | HHD | 1,477.34 | 1,476.92 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 26.74 | 6.35 |
| tblVehicleEF | HHD | 3.05 | 4.31 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.03 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.7195e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 0.96 | 0.43 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |

AR 008034

AR005174

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | HHD | 0.07 | 0.14 |
|---|---|---|---|
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4672e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9908e-007 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 1.11 | 0.49 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.11 | 0.16 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.06 | 2.7013e-006 |
| tblVehicleEF | LDA | 4.4730e-003 | 3.6439e-003 |
| tblVehicleEF | LDA | 6.2970e-003 | 0.06 |
| tblVehicleEF | LDA | 0.62 | 0.82 |
| tblVehicleEF | LDA | 1.29 | 2.22 |
| tblVehicleEF | LDA | 266.01 | 281.79 |
| tblVehicleEF | LDA | 60.91 | 56.36 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |

AR 008035

AR005175

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
|---|---|---|---|
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.08 | 0.27 |
| tblVehicleEF | LDA | 2.6640e-003 | 2.7877e-003 |
| tblVehicleEF | LDA | 6.3100e-004 | 5.5773e-004 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.09 | 0.29 |
| tblVehicleEF | LDA | 5.0810e-003 | 3.9168e-003 |
| tblVehicleEF | LDA | 5.4700e-003 | 0.05 |
| tblVehicleEF | LDA | 0.76 | 0.91 |
| tblVehicleEF | LDA | 1.14 | 1.89 |
| tblVehicleEF | LDA | 289.77 | 295.95 |
| tblVehicleEF | LDA | 60.91 | 55.74 |
| tblVehicleEF | LDA | 0.05 | 0.04 |
| tblVehicleEF | LDA | 0.08 | 0.19 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |

AR 008036

AR005176

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.01 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.07 | 0.24 |
| tblVehicleEF | LDA | 2.9040e-003 | 2.9279e-003 |
| tblVehicleEF | LDA | 6.2800e-004 | 5.5159e-004 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.08 | 0.26 |
| tblVehicleEF | LDA | 4.3110e-003 | 3.5693e-003 |
| tblVehicleEF | LDA | 6.4670e-003 | 0.06 |
| tblVehicleEF | LDA | 0.58 | 0.79 |
| tblVehicleEF | LDA | 1.32 | 2.28 |
| tblVehicleEF | LDA | 259.39 | 277.36 |
| tblVehicleEF | LDA | 60.91 | 56.47 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |

AR 008037

CalEEMod Version: CalEEMod.2016.3.2                Page 13 of 87                Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LDA | 0.04 | 0.04 |
|---|---|---|---|
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.09 | 0.27 |
| tblVehicleEF | LDA | 2.5980e-003 | 2.7439e-003 |
| tblVehicleEF | LDA | 6.3200e-004 | 5.5885e-004 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.10 | 0.30 |
| tblVehicleEF | LDT1 | 0.01 | 9.4839e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.62 | 1.75 |
| tblVehicleEF | LDT1 | 3.78 | 2.46 |
| tblVehicleEF | LDT1 | 325.17 | 331.55 |

AR 008038

AR005178

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 74.01 | 67.29 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.27 | 0.45 |
| tblVehicleEF | LDT1 | 3.2720e-003 | 3.2808e-003 |
| tblVehicleEF | LDT1 | 8.0700e-004 | 6.6594e-004 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.30 | 0.49 |
| tblVehicleEF | LDT1 | 0.02 | 0.01 |
| tblVehicleEF | LDT1 | 0.02 | 0.08 |

AR 008039

AR005179

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 1.95 | 1.93 |
| tblVehicleEF | LDT1 | 3.33 | 2.09 |
| tblVehicleEF | LDT1 | 353.10 | 345.86 |
| tblVehicleEF | LDT1 | 74.01 | 66.53 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.22 | 0.29 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.04 | 0.05 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |
| tblVehicleEF | LDT1 | 0.23 | 0.39 |
| tblVehicleEF | LDT1 | 3.5570e-003 | 3.4225e-003 |
| tblVehicleEF | LDT1 | 7.9900e-004 | 6.5837e-004 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.06 | 0.07 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |

AR 008040

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.26 | 0.43 |
| tblVehicleEF | LDT1 | 0.01 | 9.3109e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.52 | 1.70 |
| tblVehicleEF | LDT1 | 3.84 | 2.53 |
| tblVehicleEF | LDT1 | 316.88 | 326.99 |
| tblVehicleEF | LDT1 | 74.01 | 67.43 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.28 | 0.46 |
| tblVehicleEF | LDT1 | 3.1880e-003 | 3.2357e-003 |
| tblVehicleEF | LDT1 | 8.0800e-004 | 6.6731e-004 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |

AR 008041

AR005181

CalEEMod Version: CalEEMod.2016.3.2                    Page 17 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.30 | 0.50 |
| tblVehicleEF | LDT2 | 6.1110e-003 | 5.7338e-003 |
| tblVehicleEF | LDT2 | 8.2750e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.82 | 1.16 |
| tblVehicleEF | LDT2 | 1.71 | 2.85 |
| tblVehicleEF | LDT2 | 366.61 | 361.86 |
| tblVehicleEF | LDT2 | 83.75 | 73.87 |
| tblVehicleEF | LDT2 | 0.09 | 0.11 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.11 | 0.37 |
| tblVehicleEF | LDT2 | 3.6730e-003 | 3.5801e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LDT2 | 8.6600e-004 | 7.3103e-004 |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.12 | 0.41 |
| tblVehicleEF | LDT2 | 6.9350e-003 | 6.1404e-003 |
| tblVehicleEF | LDT2 | 7.1890e-003 | 0.07 |
| tblVehicleEF | LDT2 | 1.00 | 1.29 |
| tblVehicleEF | LDT2 | 1.51 | 2.43 |
| tblVehicleEF | LDT2 | 398.95 | 376.16 |
| tblVehicleEF | LDT2 | 83.75 | 73.06 |
| tblVehicleEF | LDT2 | 0.08 | 0.09 |
| tblVehicleEF | LDT2 | 0.15 | 0.32 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |

AR 008043

AR005183

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.10 | 0.33 |
| tblVehicleEF | LDT2 | 3.9980e-003 | 3.7215e-003 |
| tblVehicleEF | LDT2 | 8.6300e-004 | 7.2299e-004 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.03 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.11 | 0.36 |
| tblVehicleEF | LDT2 | 5.8750e-003 | 5.6213e-003 |
| tblVehicleEF | LDT2 | 8.5090e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.76 | 1.12 |
| tblVehicleEF | LDT2 | 1.74 | 2.93 |
| tblVehicleEF | LDT2 | 356.95 | 357.31 |
| tblVehicleEF | LDT2 | 83.75 | 74.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.10 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LDT2 | 0.14 | 0.15 |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.01 | 0.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.11 | 0.38 |
| tblVehicleEF | LDT2 | 3.5750e-003 | 3.5351e-003 |
| tblVehicleEF | LDT2 | 8.6700e-004 | 7.3252e-004 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.13 | 0.42 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8817e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7552e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.81 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.81 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.35 | 0.99 |
| tblVehicleEF | LHD1 | 1.02 | 0.36 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |

AR 008045

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2675e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8948e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.8828e-003 |

CalEEMod Version: CalEEMod.2016.3.2        Page 22 of 87        Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.05 | 0.82 |
| tblVehicleEF | LHD1 | 2.42 | 1.14 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.92 |
| tblVehicleEF | LHD1 | 30.90 | 12.71 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.21 | 0.93 |
| tblVehicleEF | LHD1 | 0.98 | 0.35 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.27 | 0.09 |

AR 008047

AR005187

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6820e-003 |
| tblVehicleEF | LHD1 | 3.5500e-004 | 1.2579e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.08 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.29 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8802e-005 |
| tblVehicleEF | LHD1 | 0.01 | 6.7279e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.80 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.82 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.32 | 0.98 |
| tblVehicleEF | LHD1 | 1.01 | 0.37 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2686e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1865e-003 |
| tblVehicleEF | LHD2 | 5.1000e-003 | 4.7023e-003 |
| tblVehicleEF | LHD2 | 9.1950e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |

AR 008049

AR005189

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | LHD2 | 1.23 | 0.82 |
|---|---|---|---|
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.98 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.94 | 1.23 |
| tblVehicleEF | LHD2 | 0.56 | 0.25 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6672e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8743e-005 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 26 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1958e-003 |
| tblVehicleEF | LHD2 | 5.1600e-003 | 4.7587e-003 |
| tblVehicleEF | LHD2 | 8.8690e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.18 | 0.78 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.42 |
| tblVehicleEF | LHD2 | 23.90 | 9.91 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.83 | 1.16 |
| tblVehicleEF | LHD2 | 0.54 | 0.24 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |

AR 008051

AR005191

CalEEMod Version: CalEEMod.2016.3.2                Page 27 of 87                Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6673e-003 |
| tblVehicleEF | LHD2 | 2.6100e-004 | 9.8090e-005 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.13 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1853e-003 |
| tblVehicleEF | LHD2 | 5.0860e-003 | 4.6903e-003 |
| tblVehicleEF | LHD2 | 9.2490e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.24 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |

AR 008052

AR005192

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 23.90 | 9.99 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.92 | 1.21 |
| tblVehicleEF | LHD2 | 0.56 | 0.26 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6671e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8819e-005 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.93 | 19.66 |
| tblVehicleEF | MCY | 9.66 | 8.48 |
| tblVehicleEF | MCY | 164.88 | 218.98 |
| tblVehicleEF | MCY | 46.70 | 60.53 |
| tblVehicleEF | MCY | 1.13 | 1.13 |
| tblVehicleEF | MCY | 0.31 | 0.26 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.17 | 2.53 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.09 | 1.84 |
| tblVehicleEF | MCY | 2.0370e-003 | 2.1670e-003 |

AR 008054

AR005194

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 6.8600e-004 | 5.9901e-004 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.66 | 3.12 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.27 | 2.00 |
| tblVehicleEF | MCY | 0.41 | 0.36 |
| tblVehicleEF | MCY | 0.14 | 0.21 |
| tblVehicleEF | MCY | 20.66 | 19.00 |
| tblVehicleEF | MCY | 9.11 | 7.76 |
| tblVehicleEF | MCY | 164.88 | 217.72 |
| tblVehicleEF | MCY | 46.70 | 58.69 |
| tblVehicleEF | MCY | 0.98 | 0.99 |
| tblVehicleEF | MCY | 0.29 | 0.25 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.15 | 2.46 |

AR 008055

AR005195

CalEEMod Version: CalEEMod.2016.3.2                Page 31 of 87                Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 1.87 | 1.63 |
| tblVehicleEF | MCY | 2.0470e-003 | 2.1545e-003 |
| tblVehicleEF | MCY | 6.7100e-004 | 5.80079e-004 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.63 | 3.04 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 2.03 | 1.77 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.43 | 19.68 |
| tblVehicleEF | MCY | 9.60 | 8.55 |
| tblVehicleEF | MCY | 164.88 | 219.04 |
| tblVehicleEF | MCY | 46.70 | 60.74 |
| tblVehicleEF | MCY | 1.13 | 1.10 |
| tblVehicleEF | MCY | 0.31 | 0.27 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.60 | 1.29 |

AR 008056

AR005196

CalEEMod Version: CalEEMod.2016.3.2          Page 32 of 87          Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.17 | 2.54 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.10 | 1.87 |
| tblVehicleEF | MCY | 2.0290e-003 | 2.1676e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 6.0106e-004 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.66 | 3.13 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.28 | 2.03 |
| tblVehicleEF | MDV | 0.01 | 8.1275e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.58 | 1.49 |
| tblVehicleEF | MDV | 3.47 | 3.45 |
| tblVehicleEF | MDV | 501.88 | 442.94 |
| tblVehicleEF | MDV | 112.78 | 90.12 |
| tblVehicleEF | MDV | 0.19 | 0.15 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |

AR 008057

AR005197

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
|---|---|---|---|
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.27 | 0.49 |
| tblVehicleEF | MDV | 5.0330e-003 | 4.3797e-003 |
| tblVehicleEF | MDV | 1.1890e-003 | 8.9179e-004 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.30 | 0.53 |
| tblVehicleEF | MDV | 0.02 | 8.6153e-003 |
| tblVehicleEF | MDV | 0.02 | 0.09 |
| tblVehicleEF | MDV | 1.91 | 1.63 |
| tblVehicleEF | MDV | 3.08 | 2.93 |
| tblVehicleEF | MDV | 544.80 | 458.44 |
| tblVehicleEF | MDV | 112.78 | 89.12 |
| tblVehicleEF | MDV | 0.18 | 0.13 |
| tblVehicleEF | MDV | 0.33 | 0.39 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |

AR 008058

AR005198

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.24 | 0.43 |
| tblVehicleEF | MDV | 5.4670e-003 | 4.5332e-003 |
| tblVehicleEF | MDV | 1.1820e-003 | 8.8191e-004 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.06 | 0.06 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.26 | 0.47 |
| tblVehicleEF | MDV | 0.01 | 7.9891e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.48 | 1.45 |
| tblVehicleEF | MDV | 3.54 | 3.54 |
| tblVehicleEF | MDV | 489.12 | 438.16 |
| tblVehicleEF | MDV | 112.78 | 90.29 |
| tblVehicleEF | MDV | 0.18 | 0.14 |
| tblVehicleEF | MDV | 0.34 | 0.42 |

AR 008059

AR005199

CalEEMod Version: CalEEMod.2016.3.2                  Page 35 of 87                  Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MDV | 0.04 | 0.04 |
|---|---|---|---|
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.28 | 0.50 |
| tblVehicleEF | MDV | 4.9040e-003 | 4.3324e-003 |
| tblVehicleEF | MDV | 1.1910e-003 | 8.9352e-004 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.31 | 0.54 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.14 | 0.32 |
| tblVehicleEF | MH | 6.37 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |

AR 008060

AR005200

CalEEMod Version: CalEEMod.2016.3.2                Page 36 of 87                Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.76 | 4.09 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9900e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 3.24 | 0.32 |
| tblVehicleEF | MH | 5.95 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.63 | 3.87 |
| tblVehicleEF | MH | 0.86 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.37 | 0.00 |
| tblVehicleEF | MH | 9.9910e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 6.9300e-004 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 0.40 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.12 | 0.32 |
| tblVehicleEF | MH | 6.40 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.74 | 4.02 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9890e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |

AR 008063

AR005203

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MH | 0.55 | 0.00 |
|---|---|---|---|
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MHD | 0.02 | 4.2934e-003 |
| tblVehicleEF | MHD | 6.1240e-003 | 8.3332e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.43 | 0.38 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.54 | 1.42 |
| tblVehicleEF | MHD | 156.54 | 67.47 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.84 |
| tblVehicleEF | MHD | 1.06 | 0.60 |
| tblVehicleEF | MHD | 1.70 | 2.64 |
| tblVehicleEF | MHD | 11.65 | 1.02 |
| tblVehicleEF | MHD | 3.7720e-003 | 2.2012e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.6080e-003 | 2.1060e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |

AR 008064

AR005204

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MHD | 0.05 | 0.03 |
|---|---|---|---|
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.5050e-003 | 6.4116e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6700e-004 | 1.1717e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.0641e-003 |
| tblVehicleEF | MHD | 6.1890e-003 | 8.3939e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.31 | 0.30 |
| tblVehicleEF | MHD | 0.47 | 0.76 |
| tblVehicleEF | MHD | 6.24 | 1.35 |
| tblVehicleEF | MHD | 165.81 | 69.00 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.45 |
| tblVehicleEF | MHD | 55.18 | 11.72 |
| tblVehicleEF | MHD | 1.10 | 0.61 |
| tblVehicleEF | MHD | 1.60 | 2.49 |

AR 008065

AR005205

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 11.62 | 1.02 |
| tblVehicleEF | MHD | 3.1790e-003 | 1.8578e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.0420e-003 | 1.7774e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.38 | 0.06 |
| tblVehicleEF | MHD | 1.5920e-003 | 6.5574e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6100e-004 | 1.1597e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.13 |

AR 008066

AR005206

CalEEMod Version: CalEEMod.2016.3.2                 Page 42 of 87                 Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | MHD | 0.42 | 0.07 |
|---|---|---|---|
| tblVehicleEF | MHD | 0.02 | 4.6225e-003 |
| tblVehicleEF | MHD | 6.0850e-003 | 8.3163e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.60 | 0.49 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.63 | 1.43 |
| tblVehicleEF | MHD | 143.73 | 65.36 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.86 |
| tblVehicleEF | MHD | 1.01 | 0.59 |
| tblVehicleEF | MHD | 1.68 | 2.60 |
| tblVehicleEF | MHD | 11.66 | 1.02 |
| tblVehicleEF | MHD | 4.5890e-003 | 2.6754e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 4.3910e-003 | 2.5596e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |

AR 008067

AR005207

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.3840e-003 | 6.2095e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6800e-004 | 1.1736e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | OBUS | 0.01 | 9.0789e-003 |
| tblVehicleEF | OBUS | 9.4560e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.28 | 0.58 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.57 | 2.56 |
| tblVehicleEF | OBUS | 74.57 | 92.99 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.83 |
| tblVehicleEF | OBUS | 70.73 | 20.25 |
| tblVehicleEF | OBUS | 0.39 | 0.66 |
| tblVehicleEF | OBUS | 1.35 | 2.43 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 1.7700e-004 | 3.1503e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |

AR 008068

AR005208

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.6900e-004 | 3.0140e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.41 | 0.12 |
| tblVehicleEF | OBUS | 7.2400e-004 | 8.8498e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2300e-004 | 2.0041e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | OBUS | 0.01 | 9.0761e-003 |
| tblVehicleEF | OBUS | 9.6420e-003 | 0.01 |

AR 008069

AR005209

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | OBUS | 0.03 | 0.02 |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.26 | 0.55 |
| tblVehicleEF | OBUS | 0.65 | 1.25 |
| tblVehicleEF | OBUS | 6.15 | 2.42 |
| tblVehicleEF | OBUS | 77.97 | 94.12 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.86 |
| tblVehicleEF | OBUS | 70.73 | 20.01 |
| tblVehicleEF | OBUS | 0.40 | 0.67 |
| tblVehicleEF | OBUS | 1.26 | 2.28 |
| tblVehicleEF | OBUS | 2.17 | 0.59 |
| tblVehicleEF | OBUS | 1.4900e-004 | 2.6601e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.4300e-004 | 2.5450e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.39 | 0.12 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 7.5600e-004 | 8.9558e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.1600e-004 | 1.9799e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.43 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 9.1031e-003 |
| tblVehicleEF | OBUS | 9.4220e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.29 | 0.63 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.63 | 2.58 |
| tblVehicleEF | OBUS | 69.87 | 91.44 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.82 |
| tblVehicleEF | OBUS | 70.73 | 20.29 |
| tblVehicleEF | OBUS | 0.37 | 0.66 |
| tblVehicleEF | OBUS | 1.34 | 2.38 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 2.1500e-004 | 3.8273e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |

AR 008071

AR005211

CalEEMod Version: CalEEMod.2016.3.2                 Page 47 of 87                 Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | OBUS | 2.0600e-004 | 3.6617e-003 |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.42 | 0.13 |
| tblVehicleEF | OBUS | 6.7900e-004 | 8.7034e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2400e-004 | 2.0080e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0558e-003 |
| tblVehicleEF | SBUS | 0.06 | 6.4940e-003 |
| tblVehicleEF | SBUS | 7.81 | 2.72 |
| tblVehicleEF | SBUS | 0.66 | 0.79 |

AR 008072

AR005212

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 6.73 | 0.92 |
| tblVehicleEF | SBUS | 1,154.91 | 356.52 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.70 |
| tblVehicleEF | SBUS | 53.24 | 5.46 |
| tblVehicleEF | SBUS | 10.58 | 3.53 |
| tblVehicleEF | SBUS | 4.99 | 5.58 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 5.3126e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 5.0828e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.37 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.4013e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.4900e-004 | 5.4047e-005 |

AR 008073

AR005213

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.40 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.1649e-003 |
| tblVehicleEF | SBUS | 0.05 | 5.7028e-003 |
| tblVehicleEF | SBUS | 7.67 | 2.68 |
| tblVehicleEF | SBUS | 0.67 | 0.80 |
| tblVehicleEF | SBUS | 4.88 | 0.73 |
| tblVehicleEF | SBUS | 1,207.92 | 366.39 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.72 |
| tblVehicleEF | SBUS | 53.24 | 5.15 |
| tblVehicleEF | SBUS | 10.92 | 3.62 |
| tblVehicleEF | SBUS | 4.69 | 5.26 |
| tblVehicleEF | SBUS | 12.56 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 4.4850e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 9.8070e-003 | 4.2910e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |

AR 008074

AR005214

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | SBUS | 0.03 | 0.03 |
|---|---|---|---|
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 0.93 | 0.32 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.12 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.31 | 0.03 |
| tblVehicleEF | SBUS | 0.01 | 3.4945e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.1800e-004 | 5.0916e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.34 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0312e-003 |
| tblVehicleEF | SBUS | 0.07 | 6.6366e-003 |
| tblVehicleEF | SBUS | 7.99 | 2.78 |
| tblVehicleEF | SBUS | 0.66 | 0.78 |
| tblVehicleEF | SBUS | 7.09 | 0.94 |
| tblVehicleEF | SBUS | 1,081.70 | 342.89 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.69 |

AR 008075

AR005215

CalEEMod Version: CalEEMod.2016.3.2         Page 51 of 87         Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 53.24 | 5.51 |
| tblVehicleEF | SBUS | 10.11 | 3.41 |
| tblVehicleEF | SBUS | 4.94 | 5.49 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 6.4556e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 6.1763e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.38 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.2726e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.5500e-004 | 5.4498e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |

AR 008076

AR005216

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
|---|---|---|---|
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.42 | 0.04 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.35 | 38.44 |
| tblVehicleEF | UBUS | 16.43 | 0.97 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.92 |
| tblVehicleEF | UBUS | 5.46 | 1.54 |
| tblVehicleEF | UBUS | 12.53 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 53 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 1.8570e-003 | 1.1798e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.40 | 0.07 |
| tblVehicleEF | UBUS | 1.61 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.64 | 38.44 |
| tblVehicleEF | UBUS | 14.18 | 0.85 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.72 |
| tblVehicleEF | UBUS | 5.09 | 1.54 |
| tblVehicleEF | UBUS | 12.44 | 0.11 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 0.65 | 0.14 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 54 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | UBUS | 0.03 | 0.06 |
|---|---|---|---|
| tblVehicleEF | UBUS | 1.17 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8170e-003 | 1.1596e-004 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 2.31 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.10 | 0.02 |
| tblVehicleEF | UBUS | 10.37 | 38.44 |
| tblVehicleEF | UBUS | 16.61 | 0.98 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.95 |
| tblVehicleEF | UBUS | 5.42 | 1.54 |
| tblVehicleEF | UBUS | 12.54 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |

AR 008079

AR005219

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| tblVehicleEF | UBUS | 0.16 | 0.01 |
|---|---|---|---|
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.29 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8600e-003 | 1.1829e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.42 | 0.07 |
| tblVehicleTrips | ST_TR | 2.49 | 2.54 |
| tblVehicleTrips | ST_TR | 8.96 | 8.57 |
| tblVehicleTrips | ST_TR | 42.04 | 46.12 |
| tblVehicleTrips | SU_TR | 0.73 | 1.24 |
| tblVehicleTrips | SU_TR | 1.55 | 1.42 |
| tblVehicleTrips | SU_TR | 20.43 | 21.10 |
| tblVehicleTrips | WD_TR | 6.83 | 3.37 |
| tblVehicleTrips | WD_TR | 36.13 | 34.80 |
| tblVehicleTrips | WD_TR | 44.32 | 37.75 |

## 2.0 Emissions Summary

AR 008080

CalEEMod Version: CalEEMod.2016.3.2                    Page 56 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 2.1 Overall Construction (Maximum Daily Emission)

**Unmitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2021 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2022 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2023 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Maximum** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008081

AR005221

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 2.1 Overall Construction (Maximum Daily Emission)

**Mitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2021 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2022 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2023 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Maximum** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Percent Reduction** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

AR 008082

AR005222

## 2.2 Overall Operational

**Unmitigated Operational**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Area | 21.6019 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| Energy | 0.0685 | 0.6230 | 0.5233 | 3.7400e-003 | | 0.0474 | 0.0474 | | 0.0474 | 0.0474 | | 747.5720 | 747.5720 | 0.0143 | 0.0137 | 752.0144 |
| Mobile | 17.0285 | 62.6604 | 163.7902 | 0.5317 | 41.9335 | 0.9562 | 42.8897 | 11.1993 | 0.9063 | 12.1055 | | 54,936.1028 | 54,936.1028 | 2.1672 | | 54,990.2817 |
| **Total** | **38.6989** | **63.2843** | **164.4129** | **0.5354** | **41.9335** | **1.0039** | **42.9374** | **11.1993** | **0.9540** | **12.1533** | | **55,683.8863** | **55,683.8863** | **2.1821** | **0.0137** | **55,742.5219** |

**Mitigated Operational**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Area | 21.6019 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| Energy | 0.0685 | 0.6230 | 0.5233 | 3.7400e-003 | | 0.0474 | 0.0474 | | 0.0474 | 0.0474 | | 747.5720 | 747.5720 | 0.0143 | 0.0137 | 752.0144 |
| Mobile | 17.0285 | 62.6604 | 163.7902 | 0.5317 | 41.9335 | 0.9562 | 42.8897 | 11.1993 | 0.9063 | 12.1055 | | 54,936.1028 | 54,936.1028 | 2.1672 | | 54,990.2817 |
| **Total** | **38.6989** | **63.2843** | **164.4129** | **0.5354** | **41.9335** | **1.0039** | **42.9374** | **11.1993** | **0.9540** | **12.1533** | | **55,683.8863** | **55,683.8863** | **2.1821** | **0.0137** | **55,742.5219** |

CalEEMod Version: CalEEMod.2016.3.2                    Page 59 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

**Construction Phase**

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Demolition | Demolition | 6/30/2019 | 9/6/2019 | 5 | 50 | |
| 2 | Site Preparation | Site Preparation | 9/7/2019 | 10/18/2019 | 5 | 30 | |
| 3 | Grading | Grading | 10/19/2019 | 1/31/2020 | 5 | 75 | |
| 4 | Building Construction | Building Construction | 2/1/2020 | 12/2/2022 | 5 | 740 | |
| 5 | Paving | Paving | 12/3/2022 | 2/17/2023 | 5 | 55 | |
| 6 | Architectural Coating | Architectural Coating | 2/18/2023 | 5/5/2023 | 5 | 55 | |

**Acres of Grading (Site Preparation Phase): 0**

**Acres of Grading (Grading Phase): 0**

**Acres of Paving: 0**

**Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 0; Non-Residential Outdoor: 0; Striped Parking Area: 0 (Architectural Coating – sqft)**

**OffRoad Equipment**

AR 008084

AR005224

CalEEMod Version: CalEEMod.2016.3.2           Page 60 of 87           Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|---|---|---|---|---|---|
| Demolition | Concrete/Industrial Saws | 1 | 0.00 | 81 | 0.73 |
| Demolition | Excavators | 3 | 0.00 | 158 | 0.38 |
| Demolition | Rubber Tired Dozers | 2 | 0.00 | 247 | 0.40 |
| Site Preparation | Rubber Tired Dozers | 3 | 0.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 4 | 0.00 | 97 | 0.37 |
| Grading | Excavators | 2 | 0.00 | 158 | 0.38 |
| Grading | Graders | 1 | 0.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 1 | 0.00 | 247 | 0.40 |
| Grading | Scrapers | 2 | 0.00 | 367 | 0.48 |
| Grading | Tractors/Loaders/Backhoes | 2 | 0.00 | 97 | 0.37 |
| Building Construction | Cranes | 1 | 0.00 | 231 | 0.29 |
| Building Construction | Forklifts | 3 | 0.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 1 | 0.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 3 | 0.00 | 97 | 0.37 |
| Building Construction | Welders | 1 | 0.00 | 46 | 0.45 |
| Paving | Pavers | 2 | 0.00 | 130 | 0.42 |
| Paving | Paving Equipment | 2 | 0.00 | 132 | 0.36 |
| Paving | Rollers | 2 | 0.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 1 | 0.00 | 78 | 0.48 |

**Trips and VMT**

CalEEMod Version: CalEEMod.2016.3.2                     Page 61 of 87                     Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Demolition | 6 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Site Preparation | 7 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 8 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 9 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 6 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 1 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

## 3.1 Mitigation Measures Construction

### 3.2 Demolition - 2019

**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008086

AR005226

CalEEMod Version: CalEEMod.2016.3.2                    Page 62 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 3.2 Demolition - 2019

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008087

AR005227

CalEEMod Version: CalEEMod.2016.3.2                  Page 63 of 87                  Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.2 Demolition - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.3 Site Preparation - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008088

AR005228

CalEEMod Version: CalEEMod.2016.3.2                    Page 64 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.3 Site Preparation - 2019

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008089

AR005229

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.3 Site Preparation - 2019
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.4 Grading - 2019
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | lb/day | | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008090

AR005230

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.4 Grading - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.4 Grading - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.4 Grading - 2020
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 3.4 Grading - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | | | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008093

AR005233

CalEEMod Version: CalEEMod.2016.3.2                 Page 69 of 87                         Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 3.4 Grading - 2020
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

## 3.5 Building Construction - 2020
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008094

AR005234

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.5 Building Construction - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008095

AR005235

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.5 Building Construction - 2020
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.5 Building Construction - 2021
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008096

AR005236

CalEEMod Version: CalEEMod.2016.3.2                Page 72 of 87                Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.5 Building Construction - 2021

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008097

AR005237

CalEEMod Version: CalEEMod.2016.3.2                  Page 73 of 87                          Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.5 Building Construction - 2021
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

### 3.5 Building Construction - 2022
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008098

AR005238

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.5 Building Construction - 2022

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008099

AR005239

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 3.5 Building Construction - 2022

### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

## 3.6 Paving - 2022

### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 76 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.6 Paving - 2022

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008101

AR005241

CalEEMod Version: CalEEMod.2016.3.2                    Page 77 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 3.6 Paving - 2022
### Mitigated Construction Off-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

## 3.6 Paving - 2023
### Unmitigated Construction On-Site

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008102

AR005242

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.6 Paving - 2023

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008103

AR005243

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.6 Paving - 2023
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.7 Architectural Coating - 2023
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | lb/day | | | |
| Archit. Coating | 0.0000 | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008104

AR005244

CalEEMod Version: CalEEMod.2016.3.2                    Page 80 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 3.7 Architectural Coating - 2023

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008105

AR005245

CalEEMod Version: CalEEMod.2016.3.2                    Page 81 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 3.7 Architectural Coating - 2023

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

## 4.0 Operational Detail - Mobile

### 4.1 Mitigation Measures Mobile

AR 008106

AR005246

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | lb/day | | | | | | | | lb/day | | | |
| Mitigated | 17.0285 | 62.6604 | 163.7902 | 0.5317 | 41.9335 | 0.9562 | 42.8897 | 11.1993 | 0.9063 | 12.1055 | | 54,936.10 28 | 54,936.10 28 | 2.1672 | | 54,990.28 17 |
| Unmitigated | 17.0285 | 62.6604 | 163.7902 | 0.5317 | 41.9335 | 0.9562 | 42.8897 | 11.1993 | 0.9063 | 12.1055 | | 54,936.10 28 | 54,936.10 28 | 2.1672 | | 54,990.28 17 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Industrial Park | 2,956.50 | 2,228.34 | 1087.85 | 10,282,353 | 10,282,353 |
| Medical Office Building | 1,811.69 | 446.15 | 73.93 | 3,549,332 | 3,549,332 |
| Strip Mall | 1,403.92 | 1,715.20 | 784.71 | 2,587,400 | 2,587,400 |
| Total | 6,172.11 | 4,389.70 | 1,946.49 | 16,419,086 | 16,419,086 |

## 4.3 Trip Type Information

| | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| Land Use | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Industrial Park | 16.60 | 8.40 | 6.90 | 59.00 | 28.00 | 13.00 | 79 | 19 | 2 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Strip Mall | 16.60 | 8.40 | 6.90 | 16.60 | 64.40 | 19.00 | 45 | 40 | 15 |

## 4.4 Fleet Mix

AR 008107

CalEEMod Version: CalEEMod.2016.3.2                    Page 83 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial Park | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000001 | 0.000000 | 0.000000 |
| Medical Office Building | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000001 | 0.000000 | 0.000000 |
| Strip Mall | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000001 | 0.000000 | 0.000000 |

## 5.0 Energy Detail

Historical Energy Use: N

### 5.1 Mitigation Measures Energy

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| NaturalGas Mitigated | 0.0685 | 0.6230 | 0.5233 | 3.7400e-003 | | 0.0474 | 0.0474 | | 0.0474 | 0.0474 | | 747.5720 | 747.5720 | 0.0143 | 0.0137 | 752.0144 |
| NaturalGas Unmitigated | 0.0685 | 0.6230 | 0.5233 | 3.7400e-003 | | 0.0474 | 0.0474 | | 0.0474 | 0.0474 | | 747.5720 | 747.5720 | 0.0143 | 0.0137 | 752.0144 |

AR 008108

AR005248

CalEEMod Version: CalEEMod.2016.3.2      Page 84 of 87      Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 5.2 Energy by Land Use - NaturalGas

### Unmitigated

| Land Use | NaturalGas Use (kBTU/yr) | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | | |
| Industrial Park | 5840.64 | 0.0630 | 0.5726 | 0.4810 | 3.4400e-003 | | 0.0435 | 0.0435 | | 0.0435 | 0.0435 | | 687.1343 | 687.1343 | 0.0132 | 0.0126 | 691.2176 |
| Medical Office Building | 346.625 | 3.7400e-003 | 0.0340 | 0.0286 | 2.0000e-004 | | 2.5800e-003 | 2.5800e-003 | | 2.5800e-003 | 2.5800e-003 | | 40.7794 | 40.7794 | 7.8000e-004 | 7.5000e-004 | 41.0217 |
| Strip Mall | 167.096 | 1.8000e-003 | 0.0164 | 0.0138 | 1.0000e-004 | | 1.2500e-003 | 1.2500e-003 | | 1.2500e-003 | 1.2500e-003 | | 19.6583 | 19.6583 | 3.8000e-004 | 3.6000e-004 | 19.7752 |
| **Total** | | **0.0685** | **0.6230** | **0.5233** | **3.7400e-003** | | **0.0474** | **0.0474** | | **0.0474** | **0.0474** | | **747.5720** | **747.5720** | **0.0143** | **0.0137** | **752.0144** |

### Mitigated

| Land Use | NaturalGas Use (kBTU/yr) | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio-CO2 | NBio-CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | | |
| Industrial Park | 5.84064 | 0.0630 | 0.5726 | 0.4810 | 3.4400e-003 | | 0.0435 | 0.0435 | | 0.0435 | 0.0435 | | 687.1343 | 687.1343 | 0.0132 | 0.0126 | 691.2176 |
| Medical Office Building | 0.346625 | 3.7400e-003 | 0.0340 | 0.0286 | 2.0000e-004 | | 2.5800e-003 | 2.5800e-003 | | 2.5800e-003 | 2.5800e-003 | | 40.7794 | 40.7794 | 7.8000e-004 | 7.5000e-004 | 41.0217 |
| Strip Mall | 0.167096 | 1.8000e-003 | 0.0164 | 0.0138 | 1.0000e-004 | | 1.2500e-003 | 1.2500e-003 | | 1.2500e-003 | 1.2500e-003 | | 19.6583 | 19.6583 | 3.8000e-004 | 3.6000e-004 | 19.7752 |
| **Total** | | **0.0685** | **0.6230** | **0.5233** | **3.7400e-003** | | **0.0474** | **0.0474** | | **0.0474** | **0.0474** | | **747.5720** | **747.5720** | **0.0143** | **0.0137** | **752.0144** |

## 6.0 Area Detail

CalEEMod Version: CalEEMod.2016.3.2    Page 85 of 87    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

## 6.1 Mitigation Measures Area

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 21.6019 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| Unmitigated | 21.6019 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |

## 6.2 Area by SubCategory

**Unmitigated**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SubCategory | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 2.4548 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 19.1377 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 9.3400e-003 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| **Total** | **21.6019** | **9.2000e-004** | **0.0993** | **1.0000e-005** | | **3.6000e-004** | **3.6000e-004** | | **3.6000e-004** | **3.6000e-004** | | **0.2115** | **0.2115** | **5.7000e-004** | | **0.2257** |

AR 008110

AR005250

CalEEMod Version: CalEEMod.2016.3.2                    Page 86 of 87                    Date: 7/1/2020 10:55 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

### 6.2 Area by SubCategory

**Mitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Architectural Coating | 2.4548 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 19.1377 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 9.3400e-003 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | | 0.2115 | 0.2115 | 5.7000e-004 | 0.2257 |
| **Total** | **21.6019** | **9.2000e-004** | **0.0993** | **1.0000e-005** | | **3.6000e-004** | **3.6000e-004** | | **3.6000e-004** | **3.6000e-004** | | | **0.2115** | **0.2115** | **5.7000e-004** | **0.2257** |

## 7.0 Water Detail

### 7.1 Mitigation Measures Water

## 8.0 Waste Detail

### 8.1 Mitigation Measures Waste

## 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

## 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

AR 008111

AR005251

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Summer

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
|---|---|---|---|---|---|

**User Defined Equipment**

| Equipment Type | Number |
|---|---|

## 11.0 Vegetation

AR 008112

AR005252

CalEEMod Version: CalEEMod.2016.3.2                    Page 1 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

## 12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run
### Riverside-South Coast County, Winter

## 1.0 Project Characteristics

### 1.1 Land Usage

| Land Uses | Size | Metric | Lot Acreage | Floor Surface Area | Population |
|---|---|---|---|---|---|
| Medical Office Building | 52.06 | 1000sqft | 4.00 | 52,065.00 | 0 |
| Industrial Park | 877.30 | 1000sqft | 40.28 | 877,298.00 | 0 |
| Strip Mall | 37.19 | 1000sqft | 2.83 | 37,189.00 | 0 |

### 1.2 Other Project Characteristics

| | | | | |
|---|---|---|---|---|
| Urbanization | Urban | Wind Speed (m/s) | 2.4 | Precipitation Freq (Days) | 28 |
| Climate Zone | 10 | | | Operational Year | 2020 |

Utility Company    Southern California Edison

| | | | | | |
|---|---|---|---|---|---|
| CO2 Intensity (lb/MWhr) | 702.44 | CH4 Intensity (lb/MWhr) | 0.029 | N2O Intensity (lb/MWhr) | 0.006 |

### 1.3 User Entered Comments & Non-Default Data

AR 008113

AR005253

CalEEMod Version: CalEEMod.2016.3.2                Page 2 of 87                        Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

Project Characteristics -

Land Use - Per land use plan

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Off-road Equipment - Operations only

Trips and VMT - Operations only

On-road Fugitive Dust - Operations only

Grading - Operations only

Architectural Coating - Operations

Vehicle Trips - ITE 10th Generation

Energy Use - 2019 Title 24 Standards

Fleet Mix - Only cars and trucks present on site

| Table Name | Column Name | Default Value | New Value |
|---|---|---|---|
| tblArchitecturalCoating | ConstArea_Nonresidential_Exterior | 483,276.00 | 0.00 |
| tblArchitecturalCoating | ConstArea_Nonresidential_Interior | 1,449,828.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Exterior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Nonresidential_Interior | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Parking | 100.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Exterior | 50.00 | 0.00 |
| tblArchitecturalCoating | EF_Residential_Interior | 50.00 | 0.00 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 3.66 | 2.56 |
| tblEnergyUse | LightingElect | 5.61 | 3.92 |

AR 008114

AR005254

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblEnergyUse | T24E | 3.07 | 2.15 |
|---|---|---|---|
| tblEnergyUse | T24E | 3.07 | 2.15 |
| tblEnergyUse | T24E | 4.58 | 3.20 |
| tblEnergyUse | T24NG | 3.47 | 2.43 |
| tblEnergyUse | T24NG | 3.47 | 2.43 |
| tblEnergyUse | T24NG | 1.92 | 1.34 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | HHD | 0.07 | 0.07 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDA | 0.54 | 0.54 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT1 | 0.04 | 0.04 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LDT2 | 0.18 | 0.19 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD1 | 0.02 | 0.02 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | LHD2 | 5.3390e-003 | 7.0000e-003 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |
| tblFleetMix | MCY | 4.6290e-003 | 0.00 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MDV | 0.12 | 0.12 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MH | 1.1200e-003 | 0.00 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | MHD | 0.02 | 0.02 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | OBUS | 1.3650e-003 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | SBUS | 9.5900e-004 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblFleetMix | UBUS | 1.2130e-003 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblGrading | MeanVehicleSpeed | 7.10 | 0.00 |
| tblLandUse | LandUseSquareFeet | 52,060.00 | 52,065.00 |
| tblLandUse | LandUseSquareFeet | 877,300.00 | 877,298.00 |
| tblLandUse | LandUseSquareFeet | 37,190.00 | 37,189.00 |
| tblLandUse | LotAcreage | 1.20 | 4.00 |
| tblLandUse | LotAcreage | 20.14 | 40.28 |
| tblLandUse | LotAcreage | 0.85 | 2.83 |
| tblOffRoadEquipment | UsageHours | 6.00 | 0.00 |

AR 008116

AR005256

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 7.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 7.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOffRoadEquipment | UsageHours | 8.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblOnRoadDust | MeanVehicleSpeed | 40.00 | 0.00 |
| tblTripsAndVMT | VendorTripNumber | 158.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 15.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 18.00 | 0.00 |

AR 008117

AR005257

CalEEMod Version: CalEEMod.2016.3.2                Page 6 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblTripsAndVMT | WorkerTripNumber | 20.00 | 0.00 |
|---|---|---|---|
| tblTripsAndVMT | WorkerTripNumber | 397.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 15.00 | 0.00 |
| tblTripsAndVMT | WorkerTripNumber | 79.00 | 0.00 |
| tblVehicleEF | HHD | 1.50 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.6629e-007 |
| tblVehicleEF | HHD | 3.46 | 5.53 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.51 | 9.4864e-003 |
| tblVehicleEF | HHD | 6,555.40 | 1,119.65 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 27.96 | 6.29 |
| tblVehicleEF | HHD | 3.07 | 4.45 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |

AR 008118

AR005258

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
|---|---|---|---|
| tblVehicleEF | HHD | 0.90 | 0.45 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4505e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9814e-007 |
| tblVehicleEF | HHD | 9.2000e-005 | 8.7614e-006 |
| tblVehicleEF | HHD | 2.7720e-003 | 3.5026e-004 |
| tblVehicleEF | HHD | 1.03 | 0.52 |
| tblVehicleEF | HHD | 5.1000e-005 | 5.9309e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 1.9500e-004 | 1.7747e-003 |
| tblVehicleEF | HHD | 0.06 | 2.6830e-006 |
| tblVehicleEF | HHD | 1.42 | 0.03 |
| tblVehicleEF | HHD | 0.03 | 0.09 |
| tblVehicleEF | HHD | 0.11 | 4.4667e-007 |
| tblVehicleEF | HHD | 2.53 | 5.37 |
| tblVehicleEF | HHD | 0.46 | 0.76 |
| tblVehicleEF | HHD | 1.43 | 9.0047e-003 |
| tblVehicleEF | HHD | 6,940.41 | 1,120.47 |
| tblVehicleEF | HHD | 1,477.34 | 1,531.38 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 28.85 | 6.16 |
| tblVehicleEF | HHD | 2.90 | 4.21 |

AR 008119

AR005259

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | HHD | 20.32 | 1.79 |
|---|---|---|---|
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.04 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.8586e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.84 | 0.47 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |
| tblVehicleEF | HHD | 0.05 | 2.3541e-006 |
| tblVehicleEF | HHD | 0.07 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.1000e-005 | 8.9058e-007 |
| tblVehicleEF | HHD | 1.7900e-004 | 1.4432e-005 |
| tblVehicleEF | HHD | 3.1980e-003 | 3.6287e-004 |
| tblVehicleEF | HHD | 0.97 | 0.54 |
| tblVehicleEF | HHD | 1.0100e-004 | 9.8546e-006 |
| tblVehicleEF | HHD | 0.11 | 0.25 |
| tblVehicleEF | HHD | 2.0100e-004 | 1.7655e-003 |

AR 008120

AR005260

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | HHD | 0.05 | 2.5774e-006 |
| tblVehicleEF | HHD | 1.62 | 0.02 |
| tblVehicleEF | HHD | 0.03 | 6.4690e-003 |
| tblVehicleEF | HHD | 0.11 | 4.69796e-007 |
| tblVehicleEF | HHD | 4.76 | 5.65 |
| tblVehicleEF | HHD | 0.46 | 0.56 |
| tblVehicleEF | HHD | 1.51 | 9.5464e-003 |
| tblVehicleEF | HHD | 6,023.73 | 1,099.62 |
| tblVehicleEF | HHD | 1,477.34 | 1,476.92 |
| tblVehicleEF | HHD | 4.68 | 0.09 |
| tblVehicleEF | HHD | 26.74 | 6.35 |
| tblVehicleEF | HHD | 3.05 | 4.31 |
| tblVehicleEF | HHD | 20.33 | 1.79 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.06 | 0.06 |
| tblVehicleEF | HHD | 0.04 | 0.03 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 4.0000e-005 | 2.1559e-006 |
| tblVehicleEF | HHD | 0.02 | 0.01 |
| tblVehicleEF | HHD | 0.03 | 0.03 |
| tblVehicleEF | HHD | 8.8710e-003 | 8.7195e-003 |
| tblVehicleEF | HHD | 0.02 | 0.06 |
| tblVehicleEF | HHD | 3.7000e-005 | 1.9942e-006 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 0.96 | 0.43 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |

AR 008121

AR005261

CalEEMod Version: CalEEMod.2016.3.2                     Page 10 of 87                     Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | HHD | 0.07 | 0.14 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.05 | 2.4672e-006 |
| tblVehicleEF | HHD | 0.06 | 0.01 |
| tblVehicleEF | HHD | 0.01 | 0.01 |
| tblVehicleEF | HHD | 7.2000e-005 | 8.9908e-007 |
| tblVehicleEF | HHD | 7.4000e-005 | 9.2695e-006 |
| tblVehicleEF | HHD | 2.9910e-003 | 4.0976e-004 |
| tblVehicleEF | HHD | 1.11 | 0.49 |
| tblVehicleEF | HHD | 4.5000e-005 | 6.0706e-006 |
| tblVehicleEF | HHD | 0.11 | 0.16 |
| tblVehicleEF | HHD | 2.0800e-004 | 1.8772e-003 |
| tblVehicleEF | HHD | 0.06 | 2.7013e-006 |
| tblVehicleEF | LDA | 4.4730e-003 | 3.6439e-003 |
| tblVehicleEF | LDA | 6.2970e-003 | 0.06 |
| tblVehicleEF | LDA | 0.62 | 0.82 |
| tblVehicleEF | LDA | 1.29 | 2.22 |
| tblVehicleEF | LDA | 266.01 | 281.79 |
| tblVehicleEF | LDA | 60.91 | 56.36 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.08 | 0.27 |
| tblVehicleEF | LDA | 2.6640e-003 | 2.7877e-003 |
| tblVehicleEF | LDA | 6.3100e-004 | 5.5773e-004 |
| tblVehicleEF | LDA | 0.06 | 0.06 |
| tblVehicleEF | LDA | 0.11 | 0.11 |
| tblVehicleEF | LDA | 0.04 | 0.06 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.23 |
| tblVehicleEF | LDA | 0.09 | 0.29 |
| tblVehicleEF | LDA | 5.0810e-003 | 3.9168e-003 |
| tblVehicleEF | LDA | 5.4700e-003 | 0.05 |
| tblVehicleEF | LDA | 0.76 | 0.91 |
| tblVehicleEF | LDA | 1.14 | 1.89 |
| tblVehicleEF | LDA | 289.77 | 295.95 |
| tblVehicleEF | LDA | 60.91 | 55.74 |
| tblVehicleEF | LDA | 0.05 | 0.04 |
| tblVehicleEF | LDA | 0.08 | 0.19 |
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |

AR 008123

AR005263

CalEEMod Version: CalEEMod.2016.3.2                    Page 12 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
|---|---|---|---|
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.01 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.07 | 0.24 |
| tblVehicleEF | LDA | 2.9040e-003 | 2.9279e-003 |
| tblVehicleEF | LDA | 6.2800e-004 | 5.5159e-004 |
| tblVehicleEF | LDA | 0.11 | 0.10 |
| tblVehicleEF | LDA | 0.13 | 0.12 |
| tblVehicleEF | LDA | 0.08 | 0.08 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.22 |
| tblVehicleEF | LDA | 0.08 | 0.26 |
| tblVehicleEF | LDA | 4.3110e-003 | 3.5693e-003 |
| tblVehicleEF | LDA | 6.4670e-003 | 0.06 |
| tblVehicleEF | LDA | 0.58 | 0.79 |
| tblVehicleEF | LDA | 1.32 | 2.28 |
| tblVehicleEF | LDA | 259.39 | 277.36 |
| tblVehicleEF | LDA | 60.91 | 56.47 |
| tblVehicleEF | LDA | 0.05 | 0.05 |
| tblVehicleEF | LDA | 0.09 | 0.21 |

AR 008124

AR005264

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDA | 0.04 | 0.04 |
| tblVehicleEF | LDA | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDA | 1.6430e-003 | 1.9039e-003 |
| tblVehicleEF | LDA | 2.2790e-003 | 2.0517e-003 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDA | 1.5150e-003 | 1.7542e-003 |
| tblVehicleEF | LDA | 2.0950e-003 | 1.8866e-003 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.01 | 0.01 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.09 | 0.27 |
| tblVehicleEF | LDA | 2.5980e-003 | 2.7439e-003 |
| tblVehicleEF | LDA | 6.3200e-004 | 5.5885e-004 |
| tblVehicleEF | LDA | 0.05 | 0.06 |
| tblVehicleEF | LDA | 0.12 | 0.12 |
| tblVehicleEF | LDA | 0.04 | 0.05 |
| tblVehicleEF | LDA | 0.02 | 0.02 |
| tblVehicleEF | LDA | 0.04 | 0.26 |
| tblVehicleEF | LDA | 0.10 | 0.30 |
| tblVehicleEF | LDT1 | 0.01 | 9.4839e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.62 | 1.75 |
| tblVehicleEF | LDT1 | 3.78 | 2.46 |
| tblVehicleEF | LDT1 | 325.17 | 331.55 |

AR 008125

AR005265

CalEEMod Version: CalEEMod.2016.3.2                    Page 14 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 74.01 | 67.29 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.27 | 0.45 |
| tblVehicleEF | LDT1 | 3.2720e-003 | 3.2808e-003 |
| tblVehicleEF | LDT1 | 8.0700e-004 | 6.6594e-004 |
| tblVehicleEF | LDT1 | 0.22 | 0.16 |
| tblVehicleEF | LDT1 | 0.37 | 0.24 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.22 | 0.83 |
| tblVehicleEF | LDT1 | 0.30 | 0.49 |
| tblVehicleEF | LDT1 | 0.02 | 0.01 |
| tblVehicleEF | LDT1 | 0.02 | 0.08 |

AR 008126

AR005266

CalEEMod Version: CalEEMod.2016.3.2                    Page 15 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LDT1 | 1.95 | 1.93 |
|---|---|---|---|
| tblVehicleEF | LDT1 | 3.33 | 2.09 |
| tblVehicleEF | LDT1 | 353.10 | 345.86 |
| tblVehicleEF | LDT1 | 74.01 | 66.53 |
| tblVehicleEF | LDT1 | 0.15 | 0.13 |
| tblVehicleEF | LDT1 | 0.22 | 0.29 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.04 | 0.05 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |
| tblVehicleEF | LDT1 | 0.23 | 0.39 |
| tblVehicleEF | LDT1 | 3.5570e-003 | 3.4225e-003 |
| tblVehicleEF | LDT1 | 7.9900e-004 | 6.5837e-004 |
| tblVehicleEF | LDT1 | 0.44 | 0.26 |
| tblVehicleEF | LDT1 | 0.46 | 0.26 |
| tblVehicleEF | LDT1 | 0.29 | 0.19 |
| tblVehicleEF | LDT1 | 0.06 | 0.07 |
| tblVehicleEF | LDT1 | 0.22 | 0.77 |

AR 008127

AR005267

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LDT1 | 0.26 | 0.43 |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.01 | 9.3109e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.09 |
| tblVehicleEF | LDT1 | 1.52 | 1.70 |
| tblVehicleEF | LDT1 | 3.84 | 2.53 |
| tblVehicleEF | LDT1 | 316.88 | 326.99 |
| tblVehicleEF | LDT1 | 74.01 | 67.43 |
| tblVehicleEF | LDT1 | 0.16 | 0.15 |
| tblVehicleEF | LDT1 | 0.23 | 0.31 |
| tblVehicleEF | LDT1 | 0.04 | 0.04 |
| tblVehicleEF | LDT1 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT1 | 2.6810e-003 | 2.9968e-003 |
| tblVehicleEF | LDT1 | 3.8960e-003 | 3.0637e-003 |
| tblVehicleEF | LDT1 | 0.02 | 0.02 |
| tblVehicleEF | LDT1 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT1 | 2.4680e-003 | 2.7581e-003 |
| tblVehicleEF | LDT1 | 3.5830e-003 | 2.8173e-003 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.03 | 0.04 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.28 | 0.46 |
| tblVehicleEF | LDT1 | 3.1880e-003 | 3.2357e-003 |
| tblVehicleEF | LDT1 | 8.0800e-004 | 6.6731e-004 |
| tblVehicleEF | LDT1 | 0.19 | 0.16 |
| tblVehicleEF | LDT1 | 0.41 | 0.28 |

AR 008128

AR005268

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT1 | 0.13 | 0.12 |
| tblVehicleEF | LDT1 | 0.05 | 0.06 |
| tblVehicleEF | LDT1 | 0.25 | 0.98 |
| tblVehicleEF | LDT1 | 0.30 | 0.50 |
| tblVehicleEF | LDT2 | 6.1110e-003 | 5.7338e-003 |
| tblVehicleEF | LDT2 | 8.2750e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.82 | 1.16 |
| tblVehicleEF | LDT2 | 1.71 | 2.85 |
| tblVehicleEF | LDT2 | 366.61 | 361.86 |
| tblVehicleEF | LDT2 | 83.75 | 73.87 |
| tblVehicleEF | LDT2 | 0.09 | 0.11 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.11 | 0.37 |
| tblVehicleEF | LDT2 | 3.6730e-003 | 3.5801e-003 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 18 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 8.6600e-004 | 7.3103e-004 |
| tblVehicleEF | LDT2 | 0.07 | 0.08 |
| tblVehicleEF | LDT2 | 0.13 | 0.14 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.44 |
| tblVehicleEF | LDT2 | 0.12 | 0.41 |
| tblVehicleEF | LDT2 | 6.9350e-003 | 6.1404e-003 |
| tblVehicleEF | LDT2 | 7.1890e-003 | 0.07 |
| tblVehicleEF | LDT2 | 1.00 | 1.29 |
| tblVehicleEF | LDT2 | 1.51 | 2.43 |
| tblVehicleEF | LDT2 | 398.95 | 376.16 |
| tblVehicleEF | LDT2 | 83.75 | 73.06 |
| tblVehicleEF | LDT2 | 0.08 | 0.09 |
| tblVehicleEF | LDT2 | 0.15 | 0.32 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |

AR 008130

AR005270

CalEEMod Version: CalEEMod.2016.3.2                     Page 19 of 87                        Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.10 | 0.33 |
| tblVehicleEF | LDT2 | 3.9980e-003 | 3.7215e-003 |
| tblVehicleEF | LDT2 | 8.6300e-004 | 7.2299e-004 |
| tblVehicleEF | LDT2 | 0.14 | 0.13 |
| tblVehicleEF | LDT2 | 0.15 | 0.15 |
| tblVehicleEF | LDT2 | 0.11 | 0.12 |
| tblVehicleEF | LDT2 | 0.03 | 0.04 |
| tblVehicleEF | LDT2 | 0.07 | 0.41 |
| tblVehicleEF | LDT2 | 0.11 | 0.36 |
| tblVehicleEF | LDT2 | 5.8750e-003 | 5.6213e-003 |
| tblVehicleEF | LDT2 | 8.5090e-003 | 0.08 |
| tblVehicleEF | LDT2 | 0.76 | 1.12 |
| tblVehicleEF | LDT2 | 1.74 | 2.93 |
| tblVehicleEF | LDT2 | 356.95 | 357.31 |
| tblVehicleEF | LDT2 | 83.75 | 74.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.10 |
| tblVehicleEF | LDT2 | 0.15 | 0.34 |
| tblVehicleEF | LDT2 | 0.04 | 0.04 |
| tblVehicleEF | LDT2 | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | LDT2 | 1.6030e-003 | 1.9687e-003 |
| tblVehicleEF | LDT2 | 2.3200e-003 | 2.0527e-003 |
| tblVehicleEF | LDT2 | 0.02 | 0.02 |
| tblVehicleEF | LDT2 | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | LDT2 | 1.4740e-003 | 1.8118e-003 |
| tblVehicleEF | LDT2 | 2.1330e-003 | 1.8875e-003 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 20 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.01 | 0.02 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.11 | 0.38 |
| tblVehicleEF | LDT2 | 3.5750e-003 | 3.5351e-003 |
| tblVehicleEF | LDT2 | 8.6700e-004 | 7.3252e-004 |
| tblVehicleEF | LDT2 | 0.06 | 0.08 |
| tblVehicleEF | LDT2 | 0.14 | 0.15 |
| tblVehicleEF | LDT2 | 0.05 | 0.08 |
| tblVehicleEF | LDT2 | 0.02 | 0.03 |
| tblVehicleEF | LDT2 | 0.08 | 0.51 |
| tblVehicleEF | LDT2 | 0.13 | 0.42 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8817e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.7552e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.81 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.81 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.35 | 0.99 |
| tblVehicleEF | LHD1 | 1.02 | 0.36 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |

AR 008132

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2675e-004 |
| tblVehicleEF | LHD1 | 3.9460e-003 | 2.8668e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.9130e-003 | 1.6620e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.31 | 0.59 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8948e-003 |
| tblVehicleEF | LHD1 | 0.01 | 6.8828e-003 |

AR 008133

AR005273

CalEEMod Version: CalEEMod.2016.3.2                Page 22 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.05 | 0.82 |
| tblVehicleEF | LHD1 | 2.42 | 1.14 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.92 |
| tblVehicleEF | LHD1 | 30.90 | 12.71 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.21 | 0.93 |
| tblVehicleEF | LHD1 | 0.98 | 0.35 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.27 | 0.09 |

AR 008134

AR005274

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
|---|---|---|---|
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6820e-003 |
| tblVehicleEF | LHD1 | 3.5500e-004 | 1.2579e-004 |
| tblVehicleEF | LHD1 | 7.3960e-003 | 4.3926e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.09 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 3.6890e-003 | 2.4883e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.08 |
| tblVehicleEF | LHD1 | 0.31 | 0.58 |
| tblVehicleEF | LHD1 | 0.29 | 0.10 |
| tblVehicleEF | LHD1 | 5.6490e-003 | 5.8802e-005 |
| tblVehicleEF | LHD1 | 0.01 | 6.7279e-003 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 0.15 | 0.19 |
| tblVehicleEF | LHD1 | 1.03 | 0.80 |
| tblVehicleEF | LHD1 | 2.54 | 1.20 |
| tblVehicleEF | LHD1 | 9.27 | 9.09 |
| tblVehicleEF | LHD1 | 612.92 | 683.90 |
| tblVehicleEF | LHD1 | 30.90 | 12.82 |
| tblVehicleEF | LHD1 | 0.09 | 0.06 |
| tblVehicleEF | LHD1 | 2.32 | 0.98 |
| tblVehicleEF | LHD1 | 1.01 | 0.37 |
| tblVehicleEF | LHD1 | 9.6900e-004 | 7.3831e-004 |
| tblVehicleEF | LHD1 | 0.08 | 0.08 |
| tblVehicleEF | LHD1 | 0.01 | 9.6122e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.9104e-003 |
| tblVehicleEF | LHD1 | 9.2500e-004 | 3.0835e-004 |

AR 008135

AR005275

CalEEMod Version: CalEEMod.2016.3.2                Page 24 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD1 | 9.2700e-004 | 7.0637e-004 |
| tblVehicleEF | LHD1 | 0.03 | 0.03 |
| tblVehicleEF | LHD1 | 2.5280e-003 | 2.4030e-003 |
| tblVehicleEF | LHD1 | 0.01 | 7.5385e-003 |
| tblVehicleEF | LHD1 | 8.5100e-004 | 2.8391e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.02 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.08 | 0.06 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.28 | 0.09 |
| tblVehicleEF | LHD1 | 9.3000e-005 | 8.8350e-005 |
| tblVehicleEF | LHD1 | 6.0140e-003 | 6.6818e-003 |
| tblVehicleEF | LHD1 | 3.5800e-004 | 1.2686e-004 |
| tblVehicleEF | LHD1 | 3.5540e-003 | 3.0437e-003 |
| tblVehicleEF | LHD1 | 0.12 | 0.10 |
| tblVehicleEF | LHD1 | 0.02 | 0.03 |
| tblVehicleEF | LHD1 | 1.7480e-003 | 1.6710e-003 |
| tblVehicleEF | LHD1 | 0.10 | 0.07 |
| tblVehicleEF | LHD1 | 0.33 | 0.64 |
| tblVehicleEF | LHD1 | 0.30 | 0.10 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1865e-003 |
| tblVehicleEF | LHD2 | 5.1000e-003 | 4.7023e-003 |
| tblVehicleEF | LHD2 | 9.1950e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 1.23 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |
| tblVehicleEF | LHD2 | 23.90 | 9.98 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.94 | 1.23 |
| tblVehicleEF | LHD2 | 0.56 | 0.25 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6672e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8743e-005 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 26 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 1.5990e-003 | 1.7535e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 8.1500e-004 | 1.0288e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.38 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1958e-003 |
| tblVehicleEF | LHD2 | 5.1600e-003 | 4.7587e-003 |
| tblVehicleEF | LHD2 | 8.8690e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.18 | 0.78 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.42 |
| tblVehicleEF | LHD2 | 23.90 | 9.91 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.83 | 1.16 |
| tblVehicleEF | LHD2 | 0.54 | 0.24 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |

AR 008138

AR005278

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6673e-003 |
| tblVehicleEF | LHD2 | 2.6100e-004 | 9.8090e-005 |
| tblVehicleEF | LHD2 | 3.0260e-003 | 2.6685e-003 |
| tblVehicleEF | LHD2 | 0.05 | 0.06 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |
| tblVehicleEF | LHD2 | 1.5540e-003 | 1.5255e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.09 | 0.37 |
| tblVehicleEF | LHD2 | 0.13 | 0.07 |
| tblVehicleEF | LHD2 | 3.8330e-003 | 4.1853e-003 |
| tblVehicleEF | LHD2 | 5.0860e-003 | 4.6903e-003 |
| tblVehicleEF | LHD2 | 9.2490e-003 | 0.01 |
| tblVehicleEF | LHD2 | 0.12 | 0.15 |
| tblVehicleEF | LHD2 | 0.56 | 0.55 |
| tblVehicleEF | LHD2 | 1.24 | 0.82 |
| tblVehicleEF | LHD2 | 14.53 | 13.75 |
| tblVehicleEF | LHD2 | 609.83 | 688.41 |

AR 008139

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 23.90 | 9.99 |
| tblVehicleEF | LHD2 | 0.12 | 0.10 |
| tblVehicleEF | LHD2 | 1.92 | 1.21 |
| tblVehicleEF | LHD2 | 0.56 | 0.26 |
| tblVehicleEF | LHD2 | 1.3510e-003 | 1.2196e-003 |
| tblVehicleEF | LHD2 | 0.09 | 0.09 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 4.1000e-004 | 1.7139e-004 |
| tblVehicleEF | LHD2 | 1.2930e-003 | 1.1669e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.04 |
| tblVehicleEF | LHD2 | 2.6930e-003 | 2.6175e-003 |
| tblVehicleEF | LHD2 | 0.01 | 0.01 |
| tblVehicleEF | LHD2 | 3.7700e-004 | 1.5759e-004 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.01 | 0.02 |
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.06 | 0.06 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.12 | 0.06 |
| tblVehicleEF | LHD2 | 1.4200e-004 | 1.3193e-004 |
| tblVehicleEF | LHD2 | 5.9300e-003 | 6.6671e-003 |
| tblVehicleEF | LHD2 | 2.6200e-004 | 9.8819e-005 |
| tblVehicleEF | LHD2 | 1.2860e-003 | 1.8367e-003 |
| tblVehicleEF | LHD2 | 0.04 | 0.07 |
| tblVehicleEF | LHD2 | 0.02 | 0.03 |

AR 008140

AR005280

CalEEMod Version: CalEEMod.2016.3.2                Page 29 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | LHD2 | 6.9100e-004 | 1.0189e-003 |
| tblVehicleEF | LHD2 | 0.07 | 0.07 |
| tblVehicleEF | LHD2 | 0.10 | 0.42 |
| tblVehicleEF | LHD2 | 0.14 | 0.07 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.93 | 19.66 |
| tblVehicleEF | MCY | 9.66 | 8.48 |
| tblVehicleEF | MCY | 164.88 | 218.98 |
| tblVehicleEF | MCY | 46.70 | 60.53 |
| tblVehicleEF | MCY | 1.13 | 1.13 |
| tblVehicleEF | MCY | 0.31 | 0.26 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.17 | 2.53 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.09 | 1.84 |
| tblVehicleEF | MCY | 2.0370e-003 | 2.1670e-003 |

AR 008141

AR005281

CalEEMod Version: CalEEMod.2016.3.2                    Page 30 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 6.8600e-004 | 5.9901e-004 |
| tblVehicleEF | MCY | 1.68 | 1.17 |
| tblVehicleEF | MCY | 0.86 | 0.72 |
| tblVehicleEF | MCY | 0.93 | 0.71 |
| tblVehicleEF | MCY | 2.66 | 3.12 |
| tblVehicleEF | MCY | 0.58 | 2.13 |
| tblVehicleEF | MCY | 2.27 | 2.00 |
| tblVehicleEF | MCY | 0.41 | 0.36 |
| tblVehicleEF | MCY | 0.14 | 0.21 |
| tblVehicleEF | MCY | 20.66 | 19.00 |
| tblVehicleEF | MCY | 9.11 | 7.76 |
| tblVehicleEF | MCY | 164.88 | 217.72 |
| tblVehicleEF | MCY | 46.70 | 58.69 |
| tblVehicleEF | MCY | 0.98 | 0.99 |
| tblVehicleEF | MCY | 0.29 | 0.25 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.15 | 2.46 |

AR 008142

AR005282

CalEEMod Version: CalEEMod.2016.3.2                    Page 31 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 1.87 | 1.63 |
| tblVehicleEF | MCY | 2.0470e-003 | 2.1545e-003 |
| tblVehicleEF | MCY | 6.7100e-004 | 5.8079e-004 |
| tblVehicleEF | MCY | 3.35 | 1.93 |
| tblVehicleEF | MCY | 1.25 | 0.82 |
| tblVehicleEF | MCY | 2.10 | 1.23 |
| tblVehicleEF | MCY | 2.63 | 3.04 |
| tblVehicleEF | MCY | 0.58 | 2.01 |
| tblVehicleEF | MCY | 2.03 | 1.77 |
| tblVehicleEF | MCY | 0.41 | 0.37 |
| tblVehicleEF | MCY | 0.15 | 0.24 |
| tblVehicleEF | MCY | 19.43 | 19.68 |
| tblVehicleEF | MCY | 9.60 | 8.55 |
| tblVehicleEF | MCY | 164.88 | 219.04 |
| tblVehicleEF | MCY | 46.70 | 60.74 |
| tblVehicleEF | MCY | 1.13 | 1.10 |
| tblVehicleEF | MCY | 0.31 | 0.27 |
| tblVehicleEF | MCY | 0.01 | 0.01 |
| tblVehicleEF | MCY | 4.0000e-003 | 4.0000e-003 |
| tblVehicleEF | MCY | 1.7160e-003 | 2.1582e-003 |
| tblVehicleEF | MCY | 3.4600e-003 | 3.3391e-003 |
| tblVehicleEF | MCY | 5.0400e-003 | 5.0400e-003 |
| tblVehicleEF | MCY | 1.0000e-003 | 1.0000e-003 |
| tblVehicleEF | MCY | 1.6070e-003 | 2.0200e-003 |
| tblVehicleEF | MCY | 3.2650e-003 | 3.1505e-003 |
| tblVehicleEF | MCY | 1.60 | 1.29 |

AR 008143

AR005283

CalEEMod Version: CalEEMod.2016.3.2                Page 32 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.17 | 2.54 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.10 | 1.87 |
| tblVehicleEF | MCY | 2.0290e-003 | 2.1676e-003 |
| tblVehicleEF | MCY | 6.8600e-004 | 6.0106e-004 |
| tblVehicleEF | MCY | 1.60 | 1.29 |
| tblVehicleEF | MCY | 1.06 | 0.93 |
| tblVehicleEF | MCY | 0.75 | 0.70 |
| tblVehicleEF | MCY | 2.66 | 3.13 |
| tblVehicleEF | MCY | 0.66 | 2.43 |
| tblVehicleEF | MCY | 2.28 | 2.03 |
| tblVehicleEF | MDV | 0.01 | 8.1275e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.58 | 1.49 |
| tblVehicleEF | MDV | 3.47 | 3.45 |
| tblVehicleEF | MDV | 501.88 | 442.94 |
| tblVehicleEF | MDV | 112.78 | 90.12 |
| tblVehicleEF | MDV | 0.19 | 0.15 |
| tblVehicleEF | MDV | 0.34 | 0.42 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |

AR 008144

AR005284

CalEEMod Version: CalEEMod.2016.3.2                    Page 33 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.27 | 0.49 |
| tblVehicleEF | MDV | 5.0330e-003 | 4.3797e-003 |
| tblVehicleEF | MDV | 1.1890e-003 | 8.9179e-004 |
| tblVehicleEF | MDV | 0.11 | 0.10 |
| tblVehicleEF | MDV | 0.21 | 0.16 |
| tblVehicleEF | MDV | 0.09 | 0.10 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.11 | 0.47 |
| tblVehicleEF | MDV | 0.30 | 0.53 |
| tblVehicleEF | MDV | 0.02 | 8.6153e-003 |
| tblVehicleEF | MDV | 0.02 | 0.09 |
| tblVehicleEF | MDV | 1.91 | 1.63 |
| tblVehicleEF | MDV | 3.08 | 2.93 |
| tblVehicleEF | MDV | 544.80 | 458.44 |
| tblVehicleEF | MDV | 112.78 | 89.12 |
| tblVehicleEF | MDV | 0.18 | 0.13 |
| tblVehicleEF | MDV | 0.33 | 0.39 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |

AR 008145

AR005285

CalEEMod Version: CalEEMod.2016.3.2                    Page 34 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
|---|---|---|---|
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.24 | 0.43 |
| tblVehicleEF | MDV | 5.4670e-003 | 4.5332e-003 |
| tblVehicleEF | MDV | 1.1820e-003 | 8.8191e-004 |
| tblVehicleEF | MDV | 0.22 | 0.15 |
| tblVehicleEF | MDV | 0.24 | 0.17 |
| tblVehicleEF | MDV | 0.17 | 0.14 |
| tblVehicleEF | MDV | 0.06 | 0.06 |
| tblVehicleEF | MDV | 0.11 | 0.44 |
| tblVehicleEF | MDV | 0.26 | 0.47 |
| tblVehicleEF | MDV | 0.01 | 7.9891e-003 |
| tblVehicleEF | MDV | 0.02 | 0.10 |
| tblVehicleEF | MDV | 1.48 | 1.45 |
| tblVehicleEF | MDV | 3.54 | 3.54 |
| tblVehicleEF | MDV | 489.12 | 438.16 |
| tblVehicleEF | MDV | 112.78 | 90.29 |
| tblVehicleEF | MDV | 0.18 | 0.14 |
| tblVehicleEF | MDV | 0.34 | 0.42 |

AR 008146

AR005286

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | MDV | 0.04 | 0.04 |
|---|---|---|---|
| tblVehicleEF | MDV | 8.0000e-003 | 8.0000e-003 |
| tblVehicleEF | MDV | 1.7360e-003 | 2.1447e-003 |
| tblVehicleEF | MDV | 2.5110e-003 | 2.2597e-003 |
| tblVehicleEF | MDV | 0.02 | 0.02 |
| tblVehicleEF | MDV | 2.0000e-003 | 2.0000e-003 |
| tblVehicleEF | MDV | 1.6010e-003 | 1.9788e-003 |
| tblVehicleEF | MDV | 2.3110e-003 | 2.0799e-003 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.04 | 0.04 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.28 | 0.50 |
| tblVehicleEF | MDV | 4.9040e-003 | 4.3324e-003 |
| tblVehicleEF | MDV | 1.1910e-003 | 8.9352e-004 |
| tblVehicleEF | MDV | 0.09 | 0.09 |
| tblVehicleEF | MDV | 0.22 | 0.17 |
| tblVehicleEF | MDV | 0.08 | 0.09 |
| tblVehicleEF | MDV | 0.05 | 0.05 |
| tblVehicleEF | MDV | 0.13 | 0.54 |
| tblVehicleEF | MDV | 0.31 | 0.54 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.14 | 0.32 |
| tblVehicleEF | MH | 6.37 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |

AR 008147

AR005287

CalEEMod Version: CalEEMod.2016.3.2                    Page 36 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.76 | 4.09 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9900e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.64 | 0.00 |
| tblVehicleEF | MH | 0.09 | 0.00 |
| tblVehicleEF | MH | 0.56 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |

CalEEMod Version: CalEEMod.2016.3.2                    Page 37 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | MH | 3.24 | 0.32 |
| tblVehicleEF | MH | 5.95 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.63 | 3.87 |
| tblVehicleEF | MH | 0.86 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.37 | 0.00 |
| tblVehicleEF | MH | 9.9910e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 6.9300e-004 | 0.00 |
| tblVehicleEF | MH | 3.01 | 0.00 |
| tblVehicleEF | MH | 0.10 | 0.00 |
| tblVehicleEF | MH | 1.11 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |

AR 008149

AR005289

CalEEMod Version: CalEEMod.2016.3.2                    Page 38 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 0.40 | 0.00 |
| tblVehicleEF | MH | 0.03 | 3.4654e-003 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 3.12 | 0.32 |
| tblVehicleEF | MH | 6.40 | 0.00 |
| tblVehicleEF | MH | 1,005.77 | 983.97 |
| tblVehicleEF | MH | 58.82 | 0.00 |
| tblVehicleEF | MH | 1.74 | 4.02 |
| tblVehicleEF | MH | 0.89 | 0.00 |
| tblVehicleEF | MH | 0.13 | 0.13 |
| tblVehicleEF | MH | 0.01 | 0.02 |
| tblVehicleEF | MH | 0.05 | 0.11 |
| tblVehicleEF | MH | 1.2480e-003 | 0.00 |
| tblVehicleEF | MH | 0.06 | 0.06 |
| tblVehicleEF | MH | 3.2450e-003 | 4.0000e-003 |
| tblVehicleEF | MH | 0.04 | 0.10 |
| tblVehicleEF | MH | 1.1520e-003 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.07 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.39 | 0.00 |
| tblVehicleEF | MH | 9.9890e-003 | 9.3020e-003 |
| tblVehicleEF | MH | 7.0000e-004 | 0.00 |
| tblVehicleEF | MH | 1.67 | 0.00 |
| tblVehicleEF | MH | 0.11 | 0.00 |

AR 008150

AR005290

CalEEMod Version: CalEEMod.2016.3.2                    Page 39 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MH | 0.55 | 0.00 |
| tblVehicleEF | MH | 0.15 | 0.08 |
| tblVehicleEF | MH | 0.03 | 0.00 |
| tblVehicleEF | MH | 0.42 | 0.00 |
| tblVehicleEF | MHD | 0.02 | 4.2934e-003 |
| tblVehicleEF | MHD | 6.1240e-003 | 8.3332e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.43 | 0.38 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.54 | 1.42 |
| tblVehicleEF | MHD | 156.54 | 67.47 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.84 |
| tblVehicleEF | MHD | 1.06 | 0.60 |
| tblVehicleEF | MHD | 1.70 | 2.64 |
| tblVehicleEF | MHD | 11.65 | 1.02 |
| tblVehicleEF | MHD | 3.7720e-003 | 2.2012e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.6080e-003 | 2.1060e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |

AR 008151

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.5050e-003 | 6.4116e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6700e-004 | 1.1717e-004 |
| tblVehicleEF | MHD | 1.8750e-003 | 6.7885e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 9.0500e-004 | 4.1295e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.14 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.0641e-003 |
| tblVehicleEF | MHD | 6.1890e-003 | 8.3939e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.31 | 0.30 |
| tblVehicleEF | MHD | 0.47 | 0.76 |
| tblVehicleEF | MHD | 6.24 | 1.35 |
| tblVehicleEF | MHD | 165.81 | 69.00 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.45 |
| tblVehicleEF | MHD | 55.18 | 11.72 |
| tblVehicleEF | MHD | 1.10 | 0.61 |
| tblVehicleEF | MHD | 1.60 | 2.49 |

AR 008152

AR005292

CalEEMod Version: CalEEMod.2016.3.2                    Page 41 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | MHD | 11.62 | 1.02 |
|---|---|---|---|
| tblVehicleEF | MHD | 3.1790e-003 | 1.8578e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 3.0420e-003 | 1.7774e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.03 | 0.02 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.07 | 0.14 |
| tblVehicleEF | MHD | 0.02 | 0.13 |
| tblVehicleEF | MHD | 0.38 | 0.06 |
| tblVehicleEF | MHD | 1.5920e-003 | 6.5574e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6100e-004 | 1.1597e-004 |
| tblVehicleEF | MHD | 3.6340e-003 | 1.0371e-003 |
| tblVehicleEF | MHD | 0.06 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 1.7950e-003 | 6.1744e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.13 |

AR 008153

AR005293

CalEEMod Version: CalEEMod.2016.3.2                     Page 42 of 87                     Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | MHD | 0.42 | 0.07 |
| tblVehicleEF | MHD | 0.02 | 4.6225e-003 |
| tblVehicleEF | MHD | 6.0850e-003 | 8.3163e-003 |
| tblVehicleEF | MHD | 0.06 | 0.01 |
| tblVehicleEF | MHD | 0.60 | 0.49 |
| tblVehicleEF | MHD | 0.47 | 0.75 |
| tblVehicleEF | MHD | 6.63 | 1.43 |
| tblVehicleEF | MHD | 143.73 | 65.36 |
| tblVehicleEF | MHD | 1,067.94 | 1,101.43 |
| tblVehicleEF | MHD | 55.18 | 11.86 |
| tblVehicleEF | MHD | 1.01 | 0.59 |
| tblVehicleEF | MHD | 1.68 | 2.60 |
| tblVehicleEF | MHD | 11.66 | 1.02 |
| tblVehicleEF | MHD | 4.5890e-003 | 2.6754e-003 |
| tblVehicleEF | MHD | 0.13 | 0.13 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 0.06 | 0.08 |
| tblVehicleEF | MHD | 8.1800e-004 | 1.3381e-004 |
| tblVehicleEF | MHD | 4.3910e-003 | 2.5596e-003 |
| tblVehicleEF | MHD | 0.06 | 0.06 |
| tblVehicleEF | MHD | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | MHD | 0.05 | 0.07 |
| tblVehicleEF | MHD | 7.5200e-004 | 1.2303e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.04 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |

AR 008154

AR005294

CalEEMod Version: CalEEMod.2016.3.2                Page 43 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | MHD | 0.07 | 0.14 |
|---|---|---|---|
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.40 | 0.07 |
| tblVehicleEF | MHD | 1.3840e-003 | 6.2095e-004 |
| tblVehicleEF | MHD | 0.01 | 0.01 |
| tblVehicleEF | MHD | 6.6800e-004 | 1.1736e-004 |
| tblVehicleEF | MHD | 1.4650e-003 | 7.1674e-004 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 0.05 | 0.03 |
| tblVehicleEF | MHD | 7.2400e-004 | 4.1297e-004 |
| tblVehicleEF | MHD | 0.08 | 0.16 |
| tblVehicleEF | MHD | 0.02 | 0.15 |
| tblVehicleEF | MHD | 0.44 | 0.07 |
| tblVehicleEF | OBUS | 0.01 | 9.0789e-003 |
| tblVehicleEF | OBUS | 9.4560e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.28 | 0.58 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.57 | 2.56 |
| tblVehicleEF | OBUS | 74.57 | 92.99 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.83 |
| tblVehicleEF | OBUS | 70.73 | 20.25 |
| tblVehicleEF | OBUS | 0.39 | 0.66 |
| tblVehicleEF | OBUS | 1.35 | 2.43 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 1.7700e-004 | 3.1503e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |

AR 008155

AR005295

CalEEMod Version: CalEEMod.2016.3.2                Page 44 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.6900e-004 | 3.0140e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.41 | 0.12 |
| tblVehicleEF | OBUS | 7.2400e-004 | 8.4498e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2300e-004 | 2.0041e-004 |
| tblVehicleEF | OBUS | 2.2350e-003 | 1.9757e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 9.4600e-004 | 9.6790e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.26 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | OBUS | 0.01 | 9.0761e-003 |
| tblVehicleEF | OBUS | 9.6420e-003 | 0.01 |

AR 008156

AR005296

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.26 | 0.55 |
| tblVehicleEF | OBUS | 0.65 | 1.25 |
| tblVehicleEF | OBUS | 6.15 | 2.42 |
| tblVehicleEF | OBUS | 77.97 | 94.12 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.86 |
| tblVehicleEF | OBUS | 70.73 | 20.01 |
| tblVehicleEF | OBUS | 0.40 | 0.67 |
| tblVehicleEF | OBUS | 1.26 | 2.28 |
| tblVehicleEF | OBUS | 2.17 | 0.59 |
| tblVehicleEF | OBUS | 1.4900e-004 | 2.6601e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |
| tblVehicleEF | OBUS | 1.4300e-004 | 2.5450e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.39 | 0.12 |

AR 008157

AR005297

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | OBUS | 7.5600e-004 | 8.9558e-004 |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.1600e-004 | 1.9799e-004 |
| tblVehicleEF | OBUS | 4.1760e-003 | 2.9545e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 1.8320e-003 | 1.4406e-003 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.25 |
| tblVehicleEF | OBUS | 0.43 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 9.1031e-003 |
| tblVehicleEF | OBUS | 9.4220e-003 | 0.01 |
| tblVehicleEF | OBUS | 0.03 | 0.02 |
| tblVehicleEF | OBUS | 0.29 | 0.63 |
| tblVehicleEF | OBUS | 0.63 | 1.23 |
| tblVehicleEF | OBUS | 6.63 | 2.58 |
| tblVehicleEF | OBUS | 69.87 | 91.44 |
| tblVehicleEF | OBUS | 1,103.17 | 1,454.82 |
| tblVehicleEF | OBUS | 70.73 | 20.29 |
| tblVehicleEF | OBUS | 0.37 | 0.66 |
| tblVehicleEF | OBUS | 1.34 | 2.38 |
| tblVehicleEF | OBUS | 2.21 | 0.60 |
| tblVehicleEF | OBUS | 2.1500e-004 | 3.8273e-003 |
| tblVehicleEF | OBUS | 0.13 | 0.13 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 7.1510e-003 | 0.05 |
| tblVehicleEF | OBUS | 8.2800e-004 | 2.0334e-004 |

AR 008158

AR005298

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | OBUS | 2.0600e-004 | 3.6617e-003 |
|---|---|---|---|
| tblVehicleEF | OBUS | 0.06 | 0.06 |
| tblVehicleEF | OBUS | 3.0000e-003 | 3.0000e-003 |
| tblVehicleEF | OBUS | 6.8270e-003 | 0.05 |
| tblVehicleEF | OBUS | 7.6200e-004 | 1.8723e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.04 | 0.07 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.04 | 0.14 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.42 | 0.13 |
| tblVehicleEF | OBUS | 6.7900e-004 | 8.7034e-004 |
| tblVehicleEF | OBUS | 0.01 | 0.01 |
| tblVehicleEF | OBUS | 8.2400e-004 | 2.0080e-004 |
| tblVehicleEF | OBUS | 1.9540e-003 | 2.0891e-003 |
| tblVehicleEF | OBUS | 0.02 | 0.02 |
| tblVehicleEF | OBUS | 0.05 | 0.08 |
| tblVehicleEF | OBUS | 8.7300e-004 | 9.7037e-004 |
| tblVehicleEF | OBUS | 0.06 | 0.17 |
| tblVehicleEF | OBUS | 0.05 | 0.28 |
| tblVehicleEF | OBUS | 0.45 | 0.14 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0558e-003 |
| tblVehicleEF | SBUS | 0.06 | 6.4940e-003 |
| tblVehicleEF | SBUS | 7.81 | 2.72 |
| tblVehicleEF | SBUS | 0.66 | 0.79 |

AR 008159

AR005299

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | SBUS | 6.73 | 0.92 |
|---|---|---|---|
| tblVehicleEF | SBUS | 1,154.91 | 356.52 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.70 |
| tblVehicleEF | SBUS | 53.24 | 5.46 |
| tblVehicleEF | SBUS | 10.58 | 3.53 |
| tblVehicleEF | SBUS | 4.99 | 5.58 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 5.3126e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 5.0828e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.37 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.4013e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.4900e-004 | 5.4047e-005 |

CalEEMod Version: CalEEMod.2016.3.2                 Page 49 of 87                 Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 4.5410e-003 | 1.0878e-003 |
| tblVehicleEF | SBUS | 0.03 | 8.9941e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 2.0600e-003 | 5.3214e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.07 |
| tblVehicleEF | SBUS | 0.40 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.1649e-003 |
| tblVehicleEF | SBUS | 0.05 | 5.7028e-003 |
| tblVehicleEF | SBUS | 7.67 | 2.68 |
| tblVehicleEF | SBUS | 0.67 | 0.80 |
| tblVehicleEF | SBUS | 4.88 | 0.73 |
| tblVehicleEF | SBUS | 1,207.92 | 366.39 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.72 |
| tblVehicleEF | SBUS | 53.24 | 5.15 |
| tblVehicleEF | SBUS | 10.92 | 3.62 |
| tblVehicleEF | SBUS | 4.69 | 5.26 |
| tblVehicleEF | SBUS | 12.56 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 4.4850e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 9.8070e-003 | 4.2910e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |

AR 008161

AR005301

CalEEMod Version: CalEEMod.2016.3.2                    Page 50 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | SBUS | 0.03 | 0.03 |
|---|---|---|---|
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 0.93 | 0.32 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.12 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.31 | 0.03 |
| tblVehicleEF | SBUS | 0.01 | 3.4945e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.1800e-004 | 5.0916e-005 |
| tblVehicleEF | SBUS | 8.2250e-003 | 1.6536e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.1914e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |
| tblVehicleEF | SBUS | 3.8990e-003 | 8.1500e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.01 | 0.06 |
| tblVehicleEF | SBUS | 0.34 | 0.04 |
| tblVehicleEF | SBUS | 0.85 | 0.07 |
| tblVehicleEF | SBUS | 0.01 | 9.0312e-003 |
| tblVehicleEF | SBUS | 0.07 | 6.6366e-003 |
| tblVehicleEF | SBUS | 7.99 | 2.78 |
| tblVehicleEF | SBUS | 0.66 | 0.78 |
| tblVehicleEF | SBUS | 7.09 | 0.94 |
| tblVehicleEF | SBUS | 1,081.70 | 342.89 |
| tblVehicleEF | SBUS | 1,108.94 | 1,135.69 |

AR 008162

AR005302

CalEEMod Version: CalEEMod.2016.3.2                Page 51 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 53.24 | 5.51 |
| tblVehicleEF | SBUS | 10.11 | 3.41 |
| tblVehicleEF | SBUS | 4.94 | 5.49 |
| tblVehicleEF | SBUS | 12.59 | 0.70 |
| tblVehicleEF | SBUS | 0.01 | 6.4556e-003 |
| tblVehicleEF | SBUS | 0.74 | 0.74 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 0.03 | 0.04 |
| tblVehicleEF | SBUS | 4.4200e-004 | 4.8524e-005 |
| tblVehicleEF | SBUS | 0.01 | 6.1763e-003 |
| tblVehicleEF | SBUS | 0.32 | 0.32 |
| tblVehicleEF | SBUS | 2.7000e-003 | 2.6797e-003 |
| tblVehicleEF | SBUS | 0.03 | 0.03 |
| tblVehicleEF | SBUS | 4.0600e-004 | 4.4616e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 0.94 | 0.32 |
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.11 | 0.11 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.38 | 0.04 |
| tblVehicleEF | SBUS | 0.01 | 3.2726e-003 |
| tblVehicleEF | SBUS | 0.01 | 0.01 |
| tblVehicleEF | SBUS | 6.5500e-004 | 5.4498e-005 |
| tblVehicleEF | SBUS | 4.1410e-003 | 1.1224e-003 |
| tblVehicleEF | SBUS | 0.03 | 9.8000e-003 |
| tblVehicleEF | SBUS | 1.35 | 0.46 |

AR 008163

AR005303

CalEEMod Version: CalEEMod.2016.3.2                    Page 52 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | SBUS | 1.9980e-003 | 5.3138e-004 |
| tblVehicleEF | SBUS | 0.13 | 0.14 |
| tblVehicleEF | SBUS | 0.02 | 0.08 |
| tblVehicleEF | SBUS | 0.42 | 0.04 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.35 | 38.44 |
| tblVehicleEF | UBUS | 16.43 | 0.97 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.92 |
| tblVehicleEF | UBUS | 5.46 | 1.54 |
| tblVehicleEF | UBUS | 12.53 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |

AR 008164

AR005304

CalEEMod Version: CalEEMod.2016.3.2                    Page 53 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 1.8570e-003 | 1.1798e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.5872e-004 |
| tblVehicleEF | UBUS | 0.13 | 0.01 |
| tblVehicleEF | UBUS | 5.4970e-003 | 6.5436e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.07 |
| tblVehicleEF | UBUS | 1.40 | 0.07 |
| tblVehicleEF | UBUS | 1.61 | 6.04 |
| tblVehicleEF | UBUS | 0.09 | 0.01 |
| tblVehicleEF | UBUS | 10.64 | 38.44 |
| tblVehicleEF | UBUS | 14.18 | 0.85 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.72 |
| tblVehicleEF | UBUS | 5.09 | 1.54 |
| tblVehicleEF | UBUS | 12.44 | 0.11 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 0.65 | 0.14 |

AR 008165

AR005305

CalEEMod Version: CalEEMod.2016.3.2                Page 54 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | | | |
|---|---|---|---|
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.17 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8170e-003 | 1.1596e-004 |
| tblVehicleEF | UBUS | 0.02 | 1.4178e-003 |
| tblVehicleEF | UBUS | 0.17 | 0.01 |
| tblVehicleEF | UBUS | 0.01 | 9.4757e-004 |
| tblVehicleEF | UBUS | 2.31 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.06 |
| tblVehicleEF | UBUS | 1.28 | 0.06 |
| tblVehicleEF | UBUS | 1.60 | 6.04 |
| tblVehicleEF | UBUS | 0.10 | 0.02 |
| tblVehicleEF | UBUS | 10.37 | 38.44 |
| tblVehicleEF | UBUS | 16.61 | 0.98 |
| tblVehicleEF | UBUS | 1,836.48 | 1,950.83 |
| tblVehicleEF | UBUS | 155.92 | 11.95 |
| tblVehicleEF | UBUS | 5.42 | 1.54 |
| tblVehicleEF | UBUS | 12.54 | 0.12 |
| tblVehicleEF | UBUS | 0.50 | 0.07 |
| tblVehicleEF | UBUS | 0.01 | 0.03 |
| tblVehicleEF | UBUS | 0.06 | 3.7716e-003 |
| tblVehicleEF | UBUS | 1.6630e-003 | 5.1939e-005 |
| tblVehicleEF | UBUS | 0.21 | 0.03 |
| tblVehicleEF | UBUS | 3.0000e-003 | 7.6074e-003 |
| tblVehicleEF | UBUS | 0.06 | 3.6040e-003 |
| tblVehicleEF | UBUS | 1.5380e-003 | 4.7756e-005 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |

AR 008166

AR005306

CalEEMod Version: CalEEMod.2016.3.2                    Page 55 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 0.64 | 0.14 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.29 | 0.06 |
| tblVehicleEF | UBUS | 0.01 | 2.3968e-003 |
| tblVehicleEF | UBUS | 1.8600e-003 | 1.1829e-004 |
| tblVehicleEF | UBUS | 0.01 | 9.4530e-004 |
| tblVehicleEF | UBUS | 0.16 | 0.01 |
| tblVehicleEF | UBUS | 4.7660e-003 | 6.2920e-004 |
| tblVehicleEF | UBUS | 2.30 | 6.22 |
| tblVehicleEF | UBUS | 0.03 | 0.08 |
| tblVehicleEF | UBUS | 1.42 | 0.07 |
| tblVehicleTrips | ST_TR | 2.49 | 2.54 |
| tblVehicleTrips | ST_TR | 8.96 | 8.57 |
| tblVehicleTrips | ST_TR | 42.04 | 46.12 |
| tblVehicleTrips | SU_TR | 0.73 | 1.24 |
| tblVehicleTrips | SU_TR | 1.55 | 1.42 |
| tblVehicleTrips | SU_TR | 20.43 | 21.10 |
| tblVehicleTrips | WD_TR | 6.83 | 3.37 |
| tblVehicleTrips | WD_TR | 36.13 | 34.80 |
| tblVehicleTrips | WD_TR | 44.32 | 37.75 |

## 2.0 Emissions Summary

AR 008167

AR005307

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

## 2.1 Overall Construction (Maximum Daily Emission)

**Unmitigated Construction**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | lb/day | | | | | | | | | | lb/day | | | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2021 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2022 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2023 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Maximum** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008168

AR005308

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

## 2.1 Overall Construction (Maximum Daily Emission)

### Mitigated Construction

| Year | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| 2019 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2021 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2022 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2023 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Maximum | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

AR 008169

AR005309

## 2.2 Overall Operational

**Unmitigated Operational**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Area | 21.6019 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| Energy | 0.0685 | 0.6230 | 0.5233 | 3.7400e-003 | | 0.0474 | 0.0474 | | 0.0474 | 0.0474 | | 747.5720 | 747.5720 | 0.0143 | 0.0137 | 752.0144 |
| Mobile | 17.2572 | 65.1327 | 152.9926 | 0.5120 | 41.9208 | 0.9570 | 42.8779 | 11.1947 | 0.9070 | 12.1017 | | 52,468.1353 | 52,468.1353 | 1.5250 | | 52,506.2610 |
| **Total** | **38.9276** | **65.7566** | **153.6152** | **0.5157** | **41.9208** | **1.0047** | **42.9256** | **11.1947** | **0.9547** | **12.1494** | | **53,215.9188** | **53,215.9188** | **1.5399** | **0.0137** | **53,258.5011** |

**Mitigated Operational**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Area | 21.6019 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| Energy | 0.0685 | 0.6230 | 0.5233 | 3.7400e-003 | | 0.0474 | 0.0474 | | 0.0474 | 0.0474 | | 747.5720 | 747.5720 | 0.0143 | 0.0137 | 752.0144 |
| Mobile | 17.2572 | 65.1327 | 152.9926 | 0.5120 | 41.9208 | 0.9570 | 42.8779 | 11.1947 | 0.9070 | 12.1017 | | 52,468.1353 | 52,468.1353 | 1.5250 | | 52,506.2610 |
| **Total** | **38.9276** | **65.7566** | **153.6152** | **0.5157** | **41.9208** | **1.0047** | **42.9256** | **11.1947** | **0.9547** | **12.1494** | | **53,215.9188** | **53,215.9188** | **1.5399** | **0.0137** | **53,258.5011** |

Page 59 of 87                     Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio-CO2 | Total CO2 | CH4 | N20 | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent Reduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## 3.0 Construction Detail

**Construction Phase**

| Phase Number | Phase Name | Phase Type | Start Date | End Date | Num Days Week | Num Days | Phase Description |
|---|---|---|---|---|---|---|---|
| 1 | Demolition | Demolition | 6/30/2019 | 9/6/2019 | 5 | 50 | |
| 2 | Site Preparation | Site Preparation | 9/7/2019 | 10/18/2019 | 5 | 30 | |
| 3 | Grading | Grading | 10/19/2019 | 1/31/2020 | 5 | 75 | |
| 4 | Building Construction | Building Construction | 2/1/2020 | 12/2/2022 | 5 | 740 | |
| 5 | Paving | Paving | 12/3/2022 | 2/17/2023 | 5 | 55 | |
| 6 | Architectural Coating | Architectural Coating | 2/18/2023 | 5/5/2023 | 5 | 55 | |

Acres of Grading (Site Preparation Phase): 0

Acres of Grading (Grading Phase): 0

Acres of Paving: 0

Residential Indoor: 0; Residential Outdoor: 0; Non-Residential Indoor: 0; Non-Residential Outdoor: 0; Striped Parking Area: 0 (Architectural Coating – sqft)

**OffRoad Equipment**

AR 008171

AR005311

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| Phase Name | Offroad Equipment Type | Amount | Usage Hours | Horse Power | Load Factor |
|------------|------------------------|--------|-------------|-------------|-------------|
| Demolition | Concrete/Industrial Saws | 1 | 0.00 | 81 | 0.73 |
| Demolition | Excavators | 3 | 0.00 | 158 | 0.38 |
| Demolition | Rubber Tired Dozers | 2 | 0.00 | 247 | 0.40 |
| Site Preparation | Rubber Tired Dozers | 3 | 0.00 | 247 | 0.40 |
| Site Preparation | Tractors/Loaders/Backhoes | 4 | 0.00 | 97 | 0.37 |
| Grading | Excavators | 2 | 0.00 | 158 | 0.38 |
| Grading | Graders | 1 | 0.00 | 187 | 0.41 |
| Grading | Rubber Tired Dozers | 1 | 0.00 | 247 | 0.40 |
| Grading | Scrapers | 2 | 0.00 | 367 | 0.48 |
| Grading | Tractors/Loaders/Backhoes | 2 | 0.00 | 97 | 0.37 |
| Building Construction | Cranes | 1 | 0.00 | 231 | 0.29 |
| Building Construction | Forklifts | 3 | 0.00 | 89 | 0.20 |
| Building Construction | Generator Sets | 1 | 0.00 | 84 | 0.74 |
| Building Construction | Tractors/Loaders/Backhoes | 3 | 0.00 | 97 | 0.37 |
| Building Construction | Welders | 1 | 0.00 | 46 | 0.45 |
| Paving | Pavers | 2 | 0.00 | 130 | 0.42 |
| Paving | Paving Equipment | 2 | 0.00 | 132 | 0.36 |
| Paving | Rollers | 2 | 0.00 | 80 | 0.38 |
| Architectural Coating | Air Compressors | 1 | 0.00 | 78 | 0.48 |

**Trips and VMT**

AR 008172

**AR005312**

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| Phase Name | Offroad Equipment Count | Worker Trip Number | Vendor Trip Number | Hauling Trip Number | Worker Trip Length | Vendor Trip Length | Hauling Trip Length | Worker Vehicle Class | Vendor Vehicle Class | Hauling Vehicle Class |
|---|---|---|---|---|---|---|---|---|---|---|
| Demolition | 6 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Site Preparation | 7 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Grading | 8 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Building Construction | 9 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Paving | 6 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |
| Architectural Coating | 1 | 0.00 | 0.00 | 0.00 | 14.70 | 6.90 | 20.00 | LD_Mix | HDT_Mix | HHDT |

## 3.1 Mitigation Measures Construction

## 3.2 Demolition - 2019

### Unmitigated Construction On-Site

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008173

AR005313

CalEEMod Version: CalEEMod.2016.3.2                    Page 62 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

**3.2 Demolition - 2019**

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008174

AR005314

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

## 3.2 Demolition - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

## 3.3 Site Preparation - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | | **0.0000** | **0.0000** | | **0.0000** |

AR 008175

AR005315

CalEEMod Version: CalEEMod.2016.3.2                    Page 64 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.3 Site Preparation - 2019

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008176

AR005316

CalEEMod Version: CalEEMod.2016.3.2        Page 65 of 87        Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.3 Site Preparation - 2019
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.4 Grading - 2019
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | lb/day | | | | | | | | lb/day | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008177

AR005317

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.4 Grading - 2019
**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008178

AR005318

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.4 Grading - 2019
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.4 Grading - 2020
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

CalEEMod Version: CalEEMod.2016.3.2                    Page 68 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.4 Grading - 2020

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Fugitive Dust | | | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008180

AR005320

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.4 Grading - 2020
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

### 3.5 Building Construction - 2020
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008181

AR005321

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2020

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008182

AR005322

CalEEMod Version: CalEEMod.2016.3.2                Page 71 of 87                           Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2020
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | lb/day | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

### 3.5 Building Construction - 2021
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | lb/day | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008183

AR005323

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2021

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | | | lb/day | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008184

AR005324

CalEEMod Version: CalEEMod.2016.3.2                Page 73 of 87                Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2021
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.5 Building Construction - 2022
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008185

AR005325

CalEEMod Version: CalEEMod.2016.3.2                    Page 74 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2022

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

AR 008186

AR005326

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.5 Building Construction - 2022
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.6 Paving - 2022
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008187

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.6 Paving - 2022

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.6 Paving - 2022
**Mitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.6 Paving - 2023
**Unmitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008189

AR005329

CalEEMod Version: CalEEMod.2016.3.2                    Page 78 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.6 Paving - 2023

**Unmitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | lb/day | | | | | | | | lb/day | | |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Paving | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008190

AR005330

CalEEMod Version: CalEEMod.2016.3.2                     Page 79 of 87                          Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.6 Paving - 2023
**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

### 3.7 Architectural Coating - 2023
**Unmitigated Construction On-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | lb/day | | | | | | | lb/day | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | | **0.0000** | **0.0000** | **0.0000** | **0.0000** |

AR 008191

AR005331

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.7 Architectural Coating - 2023

**Unmitigated Construction Off-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

**Mitigated Construction On-Site**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Archit. Coating | 0.0000 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Off-Road | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| **Total** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | **0.0000** | | **0.0000** |

AR 008192

AR005332

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

### 3.7 Architectural Coating - 2023

**Mitigated Construction Off-Site**

| Category | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb/day | | | | | | | | | | lb/day | | | | | |
| Hauling | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Vendor | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Worker | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |
| Total | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | 0.0000 | | 0.0000 |

## 4.0 Operational Detail - Mobile

### 4.1 Mitigation Measures Mobile

AR 008193

AR005333

CalEEMod Version: CalEEMod.2016.3.2                    Page 82 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | | | | lb/day | | | | | | | | lb/day | | | |
| Mitigated | 17.2572 | 65.1327 | 152.9926 | 0.5120 | 41.9208 | 0.9570 | 42.8779 | 11.1947 | 0.9070 | 12.1017 | | 52,468.13 53 | 52,468.13 53 | 1.5250 | | 52,506.26 10 |
| Unmitigated | 17.2572 | 65.1327 | 152.9926 | 0.5120 | 41.9208 | 0.9570 | 42.8779 | 11.1947 | 0.9070 | 12.1017 | | 52,468.13 53 | 52,468.13 53 | 1.5250 | | 52,506.26 10 |

## 4.2 Trip Summary Information

| | Average Daily Trip Rate | | | Unmitigated | Mitigated |
|---|---|---|---|---|---|
| Land Use | Weekday | Saturday | Sunday | Annual VMT | Annual VMT |
| Industrial Park | 2,956.50 | 2,228.34 | 1087.85 | 10,282,353 | 10,282,353 |
| Medical Office Building | 1,811.69 | 446.15 | 73.93 | 3,549,332 | 3,549,332 |
| Strip Mall | 1,403.92 | 1,715.20 | 784.71 | 2,587,400 | 2,587,400 |
| Total | 6,172.11 | 4,389.70 | 1,946.49 | 16,419,086 | 16,419,086 |

## 4.3 Trip Type Information

| | Miles | | | Trip % | | | Trip Purpose % | | |
|---|---|---|---|---|---|---|---|---|---|
| Land Use | H-W or C-W | H-S or C-C | H-O or C-NW | H-W or C-W | H-S or C-C | H-O or C-NW | Primary | Diverted | Pass-by |
| Industrial Park | 16.60 | 8.40 | 6.90 | 59.00 | 28.00 | 13.00 | 79 | 19 | 2 |
| Medical Office Building | 16.60 | 8.40 | 6.90 | 29.60 | 51.40 | 19.00 | 60 | 30 | 10 |
| Strip Mall | 16.60 | 8.40 | 6.90 | 16.60 | 64.40 | 19.00 | 45 | 40 | 15 |

## 4.4 Fleet Mix

AR 008194

AR005334

CalEEMod Version: CalEEMod.2016.3.2                    Page 83 of 87                    Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| Land Use | LDA | LDT1 | LDT2 | MDV | LHD1 | LHD2 | MHD | HHD | OBUS | UBUS | MCY | SBUS | MH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial Park | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000001 | 0.000000 | 0.000000 |
| Medical Office Building | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000001 | 0.000000 | 0.000000 |
| Strip Mall | 0.539000 | 0.040000 | 0.185000 | 0.123000 | 0.018000 | 0.007000 | 0.018000 | 0.070000 | 0.000000 | 0.000000 | 0.000001 | 0.000000 | 0.000000 |

## 5.0 Energy Detail

Historical Energy Use: N

### 5.1 Mitigation Measures Energy

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| NaturalGas Mitigated | 0.0685 | 0.6230 | 0.5233 | 3.7400e-003 | | 0.0474 | 0.0474 | | 0.0474 | 0.0474 | | 747.5720 | 747.5720 | 0.0143 | 0.0137 | 752.0144 |
| NaturalGas Unmitigated | 0.0685 | 0.6230 | 0.5233 | 3.7400e-003 | | 0.0474 | 0.0474 | | 0.0474 | 0.0474 | | 747.5720 | 747.5720 | 0.0143 | 0.0137 | 752.0144 |

AR 008195

AR005335

CalEEMod Version: CalEEMod.2016.3.2 Page 84 of 87 Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

## 5.2 Energy by Land Use - NaturalGas

**Unmitigated**

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | lb/day | | | | | | | | | | | | lb/day | | | |
| Industrial Park | 5840.64 | 0.0630 | 0.5726 | 0.4810 | 3.4400e-003 | | 0.0435 | 0.0435 | | 0.0435 | 0.0435 | | 687.1343 | 687.1343 | 0.0132 | 0.0126 | 691.2176 |
| Medical Office Building | 346.625 | 3.7400e-003 | 0.0340 | 0.0286 | 2.0000e-004 | | 2.5800e-003 | 2.5800e-003 | | 2.5800e-003 | 2.5800e-003 | | 40.7794 | 40.7794 | 7.8000e-004 | 7.5000e-004 | 41.0217 |
| Strip Mall | 167.096 | 1.8000e-003 | 0.0164 | 0.0138 | 1.0000e-004 | | 1.2500e-003 | 1.2500e-003 | | 1.2500e-003 | 1.2500e-003 | | 19.6583 | 19.6583 | 3.8000e-004 | 3.6000e-004 | 19.7752 |
| **Total** | | **0.0685** | **0.6230** | **0.5233** | **3.7400e-003** | | **0.0474** | **0.0474** | | **0.0474** | **0.0474** | | **747.5720** | **747.5720** | **0.0143** | **0.0137** | **752.0144** |

**Mitigated**

| Land Use | NaturalGas Use | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | kBTU/yr | lb/day | | | | | | | | | | | | lb/day | | | |
| Industrial Park | 5.84064 | 0.0630 | 0.5726 | 0.4810 | 3.4400e-003 | | 0.0435 | 0.0435 | | 0.0435 | 0.0435 | | 687.1343 | 687.1343 | 0.0132 | 0.0126 | 691.2176 |
| Medical Office Building | 0.346625 | 3.7400e-003 | 0.0340 | 0.0286 | 2.0000e-004 | | 2.5800e-003 | 2.5800e-003 | | 2.5800e-003 | 2.5800e-003 | | 40.7794 | 40.7794 | 7.8000e-004 | 7.5000e-004 | 41.0217 |
| Strip Mall | 0.167096 | 1.8000e-003 | 0.0164 | 0.0138 | 1.0000e-004 | | 1.2500e-003 | 1.2500e-003 | | 1.2500e-003 | 1.2500e-003 | | 19.6583 | 19.6583 | 3.8000e-004 | 3.6000e-004 | 19.7752 |
| **Total** | | **0.0685** | **0.6230** | **0.5233** | **3.7400e-003** | | **0.0474** | **0.0474** | | **0.0474** | **0.0474** | | **747.5720** | **747.5720** | **0.0143** | **0.0137** | **752.0144** |

## 6.0 Area Detail

AR 008196

AR005336

CalEEMod Version: CalEEMod.2016.3.2 Page 85 of 87 Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

## 6.1 Mitigation Measures Area

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | lb/day | | | | | | | | | | lb/day | | | | | |
| Mitigated | 21.6019 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| Unmitigated | 21.6019 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |

## 6.2 Area by SubCategory

**Unmitigated**

| | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SubCategory | lb/day | | | | | | | | | | lb/day | | | | | |
| Architectural Coating | 2.4548 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 19.1377 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 9.3400e-003 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| **Total** | **21.6019** | **9.2000e-004** | **0.0993** | **1.0000e-005** | | **3.6000e-004** | **3.6000e-004** | | **3.6000e-004** | **3.6000e-004** | | **0.2115** | **0.2115** | **5.7000e-004** | | **0.2257** |

AR 008197

AR005337

CalEEMod Version: CalEEMod.2016.3.2       Page 86 of 87       Date: 7/1/2020 10:53 AM

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

## 6.2 Area by SubCategory

**Mitigated**

| SubCategory | ROG | NOx | CO | SO2 | Fugitive PM10 | Exhaust PM10 | PM10 Total | Fugitive PM2.5 | Exhaust PM2.5 | PM2.5 Total | Bio- CO2 | NBio- CO2 | Total CO2 | CH4 | N2O | CO2e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | lb/day | | | | | | | lb/day | | |
| Architectural Coating | 2.4548 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Consumer Products | 19.1377 | | | | | 0.0000 | 0.0000 | | 0.0000 | 0.0000 | | | 0.0000 | | | 0.0000 |
| Landscaping | 9.3400e-003 | 9.2000e-004 | 0.0993 | 1.0000e-005 | | 3.6000e-004 | 3.6000e-004 | | 3.6000e-004 | 3.6000e-004 | | 0.2115 | 0.2115 | 5.7000e-004 | | 0.2257 |
| **Total** | **21.6019** | **9.2000e-004** | **0.0993** | **1.0000e-005** | | **3.6000e-004** | **3.6000e-004** | | **3.6000e-004** | **3.6000e-004** | | **0.2115** | **0.2115** | **5.7000e-004** | | **0.2257** |

## 7.0 Water Detail

### 7.1 Mitigation Measures Water

## 8.0 Waste Detail

### 8.1 Mitigation Measures Waste

## 9.0 Operational Offroad

| Equipment Type | Number | Hours/Day | Days/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

## 10.0 Stationary Equipment

**Fire Pumps and Emergency Generators**

AR 008198

**AR005338**

12928 Sun Lakes Village North Specific Plan Amendment No. 6 Proposed 2020 Operational Run - Riverside-South Coast County, Winter

| Equipment Type | Number | Hours/Day | Hours/Year | Horse Power | Load Factor | Fuel Type |
|---|---|---|---|---|---|---|

**Boilers**

| Equipment Type | Number | Heat Input/Day | Heat Input/Year | Boiler Rating | Fuel Type |
|---|---|---|---|---|---|

**User Defined Equipment**

| Equipment Type | Number |
|---|---|

## 11.0 Vegetation

AR 008199

AR005339

## Emissions from Alternatives

| Car Dealership | | | | |
|---|---|---|---|---|
| GHG | | | | |
| | CO2 | CH4 | N2O | tCO2e |
| Area | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy | 634.73 | 0.02 | 0.01 | 637.53 |
| Mobile (Passenger Cars) | 2,068.88 | 0.16 | 0.00 | 2,073.00 |
| Waste | 116.31 | 6.87 | 0.00 | 288.16 |
| Water Usage | 93.64 | 0.46 | 0.01 | 108.69 |
| Total | 2,913.57 | 7.52 | 0.02 | **3,107.39** |
| Operational AQ Summer | | | | | | |
| Area | 3.35 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.12 | 1.12 | 0.94 | 0.01 | 0.09 | 0.09 |
| Mobile (Passenger Car) | 8.64 | 18.75 | 53.73 | 0.13 | 10.39 | 2.94 |
| **Total Max. Daily Emissions** | **12.12** | **19.87** | **54.69** | **0.14** | **10.48** | **3.03** |
| Operational AQ Winter | | | | | | |
| Area | 3.35 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.12 | 1.12 | 0.94 | 0.01 | 0.09 | 0.09 |
| Mobile (Passenger Car) | 8.83 | 19.51 | 53.10 | 0.13 | 10.39 | 2.94 |
| **Total Max. Daily Emissions** | **12.31** | **20.63** | **54.06** | **0.14** | **10.48** | **3.03** |

| Medical Office | | | | |
|---|---|---|---|---|
| GHG | | | | |
| | CO2 | CH4 | N2O | tCO2e |
| Area | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy | 313.20 | 0.01 | 0.00 | 313.83 |
| Mobile (Passenger Cars) | 2,068.86 | 0.13 | 0.00 | 2,072.17 |
| Waste | 147.98 | 8.75 | 0.00 | 366.62 |
| Water Usage | 79.78 | 0.28 | 0.01 | 88.77 |
| Total | 2,609.82 | 9.16 | 0.01 | **2,841.39** |
| Operational AQ Summer | | | | | | |
| Area | 1.51 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.00 | 0.04 | 0.04 | 0.00 | 0.00 | 0.00 |
| Mobile (Passenger Car) | 6.51 | 20.08 | 57.21 | 0.16 | 13.27 | 3.75 |
| **Total Max. Daily Emissions** | **8.03** | **20.12** | **57.25** | **0.16** | **13.28** | **3.75** |
| Operational AQ Winter | | | | | | |
| Area | 1.51 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.00 | 0.04 | 0.04 | 0.00 | 0.00 | 0.00 |
| Mobile (Passenger Car) | 6.61 | 20.88 | 54.36 | 0.16 | 13.27 | 3.75 |
| **Total Max. Daily Emissions** | **9.54** | **20.12** | **57.26** | **0.16** | **13.28** | **3.75** |

AR 008200

AR005340

| High Turnover (Sit Down Restaurant) | | | | | | |
|---|---|---|---|---|---|---|
| GHG | | | | | | |
| | CO2 | CH4 | N2O | tCO2e | | |
| Area | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Energy | 559.87 | 0.02 | 0.01 | 562.53 | | |
| Mobile (Passenger Cars) | 1,576.24 | 0.12 | 0.00 | 1,579.36 | | |
| Waste | 50.73 | 3.00 | 0.00 | 125.68 | | |
| Water Usage | 29.91 | 0.21 | 0.01 | 36.66 | | |
| Total | 2,216.75 | 3.35 | 0.01 | **2,304.24** | | |
| Operational AQ Summer | | | | | | |
| Area | 0.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.16 | 1.41 | 1.19 | 0.01 | 0.11 | 0.11 |
| Mobile (Passenger Car) | 7.30 | 15.96 | 45.75 | 0.11 | 8.90 | 2.52 |
| **Total Max. Daily Emissions** | **7.92** | **17.38** | **46.94** | **0.12** | **9.01** | **2.63** |
| Operational AQ Winter | | | | | | |
| Area | 0.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.16 | 1.41 | 1.19 | 0.01 | 0.11 | 0.11 |
| Mobile (Passenger Car) | 7.46 | 16.61 | 45.16 | 0.11 | 8.90 | 2.52 |
| **Total Max. Daily Emissions** | **8.39** | **17.38** | **46.94** | **0.12** | **9.01** | **2.63** |

| Bank (With Drive Through) | | | | | | |
|---|---|---|---|---|---|---|
| GHG | | | | | | |
| | CO2 | CH4 | N2O | tCO2e | | |
| Area | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Energy | 21.16 | 0.00 | 0.00 | 21.25 | | |
| Mobile (Passenger Cars) | 225.88 | 0.02 | 0.00 | 226.38 | | |
| Waste | 0.95 | 0.06 | 0.00 | 2.35 | | |
| Water Usage | 1.31 | 0.01 | 0.00 | 1.53 | | |
| Total | 249.30 | 0.08 | 0.00 | **251.50** | | |
| Operational AQ Summer | | | | | | |
| Area | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.00 | 0.04 | 0.03 | 0.00 | 0.00 | 0.00 |
| Mobile (Passenger Car) | 1.18 | 2.29 | 6.57 | 0.02 | 1.17 | 0.33 |
| **Total Max. Daily Emissions** | **1.29** | **2.32** | **6.60** | **0.02** | **1.17** | **0.33** |
| Operational AQ Winter | | | | | | |
| Area | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.00 | 0.04 | 0.03 | 0.00 | 0.00 | 0.00 |
| Mobile (Passenger Car) | 1.21 | 2.38 | 6.59 | 0.01 | 1.17 | 0.33 |
| **Total Max. Daily Emissions** | **1.32** | **2.42** | **6.62** | **0.02** | **1.17** | **0.33** |

AR 008201

AR005341

| General Office | | | | | | |
|---|---|---|---|---|---|---|
| **GHG** | | | | | | |
| | CO2 | CH4 | N2O | tCO2e | | |
| Area | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Energy | 12.84 | 0.00 | 0.00 | 12.89 | | |
| Mobile (Passenger Cars) | 55.52 | 0.00 | 0.00 | 55.60 | | |
| Waste | 0.94 | 0.06 | 0.00 | 2.34 | | |
| Water Usage | 5.90 | 0.03 | 0.00 | 6.84 | | |
| Total | 75.20 | 0.09 | 0.00 | **77.67** | | |
| **Operational AQ Summer** | | | | | | |
| Area | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mobile (Passenger Car) | 0.15 | 0.52 | 1.47 | 0.00 | 0.36 | 0.10 |
| **Total Max. Daily Emissions** | **0.26** | **0.52** | **1.47** | **0.00** | **0.36** | **0.10** |
| **Operational AQ Winter** | | | | | | |
| Area | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy Source | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mobile (Passenger Car) | 0.15 | 0.54 | 1.38 | 0.00 | 0.36 | 0.10 |
| **Total Max. Daily Emissions** | **0.26** | **0.54** | **1.38** | **0.00** | **0.36** | **0.10** |

AR 008202

AR005342



**L&L ENVIRONMENTAL, INC.**
*REGULATORY SERVICES*
*BIOLOGICAL & CULTURAL INVESTIGATIONS & MONITORING*

## HABITAT ASSESSMENT FOR APN 419-140-057

### SUN LAKES BOULEVARD, CITY OF BANNING, RIVERSIDE COUNTY, CALIFORNIA

±47.02 Acre Property, ±47.02 Acres Surveyed

APN 419-140-057, City of Banning, Section 12, Township 3 South,
Range 1 West, USGS *Beaumont* 7.5' Topographic Quadrangle Map

**Prepared For:**
Ernest Perea
**Romo Planning Group**
9431 Haven Avenue, Suite 232
Rancho Cucamonga, CA 91730
951-823-0432
eperea@romoplanninggroup.com

**Prepared By:**

| | |
|---|---|
| Leslie Irish, Principal | lirish@llenviroinc.com |
| Guy Bruyea, Field Biologist | gbruyea@llenviroinc.com |
| Carla Wakeman, Senior Biologist | cwakeman@llenviroinc.com |
| Jeffrey Sonnentag, Technical Editor | jsonnentag@llenviroinc.com |

### Report Summary:

The site is mostly non-native annual grassland with small areas of willow thickets and California buckwheat scrub. The willow habitat is insufficient to support riparian birds. There are ornamental trees along the western, southern, and part of the eastern boundary. Habitat to support narrow endemic plants Marvin's onion and many-stemmed dudleya is absent. Other special status plants are either absent, not expected to occur, or have low potential for occurrence. There are no vernal pools or evidence of ponding, but tire ruts are present. No fairy shrimp or fairy shrimp habitat was observed. There is potentially suitable habitat for burrowing owl, but no owls or owl sign were observed. A preconstruction clearance survey will be required. There is suitable habitat for nesting birds (including raptors) and a nesting bird clearance survey is recommended prior to the start of vegetation or ground disturbance during the nesting season. No special status wildlife species were observed and most are either absent, not expected to occur, or have low potential for occurrence. A few have moderate or low to moderate potential to occur, most of which are covered under the MSHCP and considered adequately conserved. MSHCP Riparian habitat and an area of state wetland may be present onsite. If so, a DBESP (under the MSHCP) and regulatory permitting would be required for impacts.

### Surveys Conducted By: Guy Bruyea
### Surveys Conducted On: January 27, 2020
### Report Date: March 30, 2020

*Celebrating 20+ Years of Service to Southern CA and the Great Basin, WBE Certified (Caltrans, CPUC, WBENC)*
*Mailing Address: 700 East Redlands Blvd, Suite U, PMB#351, Redlands CA 92373*
*Delivery Address: 721 Nevada Street, Suite 307, Redlands, CA 92373*
*www.llenviroinc.com | Phone: 909-335-9897 | Fax: 909-335-9893*

AR 008203

AR005343

## TABLE OF CONTENTS

**MANAGEMENT SUMMARY**................................................................................................iv

**1.0) INTRODUCTION** ..................................................................................................... 1
  1.1) Location................................................................................................................ 1
      Figure 1. Project Vicinity ..................................................................................... 2
      Figure 2. Project Location.................................................................................... 3
      Figure 3. Aerial Photograph ................................................................................ 4
  1.2) Vegetation and Setting ....................................................................................... 5
  1.3) Soils and Topography.......................................................................................... 5
      Figure 4. Soils Map ............................................................................................. 6

**2.0) METHODS AND PERSONNEL** ................................................................................ 7
  2.1) Literature Review ................................................................................................ 7
  2.2) Habitat Assessment Survey................................................................................ 8
      Table 1. Survey Dates, Times, and Weather Conditions..................................... 8
  2.3) Burrowing Owl Habitat Assessment.................................................................... 8

**3.0) RESULTS**............................................................................................................... 9
  3.1) Literature Review Results ................................................................................... 9
      3.1.1) Precipitation Data........................................................................................ 9
          Table 2. Precipitation Data............................................................................... 9
      3.1.2) 2005 Survey Results..................................................................................10
  3.2) Vegetation Communities ....................................................................................10
      Table 3. Vegetation Communities......................................................................10
      Figure 5. Vegetation Communities.....................................................................11
      3.2.1) Non-native Annual Grassland .....................................................................12
      3.2.2) California Buckwheat Scrub ........................................................................12
      3.2.3) Willow Thickets ..........................................................................................12
  3.3) Plant Species .....................................................................................................13
      3.3.1) Narrow Endemic Plants...............................................................................13
      3.3.2) Special Status Plants..................................................................................15
  3.4) Wildlife Species .................................................................................................15
      3.4.1) Fairy Shrimp ...............................................................................................15
      3.4.2) Burrowing Owl ............................................................................................15
      3.4.3) Nesting Birds ..............................................................................................16
      3.4.4) Other Special Status Wildlife......................................................................17
      3.4.5) Wildlife Corridor .........................................................................................19
  3.5) MSHCP Riparian/Riverine and Vernal Pool Habitat..........................................19

**4.0) SUMMARY AND RECOMMENDATIONS** ..................................................................**21**

**5.0) REGULATORY ENVIRONMENT**...............................................................................**23**
  5.1) Federal Endangered Species Act ......................................................................23
  5.2) Jurisdictional Waters and Wetlands ...................................................................23
      5.2.1) Federal Clean Water Act, Section 404 ........................................................24
      5.2.2) Federal Clean Water Act, Section 401 ........................................................24
      5.2.3) California Fish and Game Code, Section 1600 ............................................24
  5.3) California Endangered Species Act ....................................................................25
  5.4) California Environmental Quality Act ..................................................................25
  5.5) California Natural Diversity Database .................................................................25
  5.6) California Rare Plant Rank .................................................................................26

**AR005344**

5.7) Migratory Bird Treaty Act ............................................................26
5.8) California Fish and Game Code, Sections 3503 and 3513 ...........................26
5.9) Western Riverside County Multiple Species Habitat Conservation Plan ......................27
5.10) City of Banning General Plan ...................................................30

**6.0) REFERENCES** ..................................................................**32**

**APPENDIX A: PLANT AND WILDLIFE SPECIES** ...............................**34**

**APPENDIX B: POTENTIALS FOR OCCURRENCE** ...............................**40**

**APPENDIX C: SITE PHOTOGRAPHS** ........................................**67**

**APPENDIX D: RIVERSIDE COUNTY DOCUMENTATION** .........................**70**
Certification ..........................................................................71
Biological Report Summary Sheet .......................................................72
Level of Significance Checklist .......................................................74

AR005345

## MANAGEMENT SUMMARY

L&L Environmental, Inc. conducted a biological survey for Romo Planning Group on Assessor's Parcel Number (APN) 419-140-057, a ±47.02-acre proposed development site in the City of Banning, California.  The purpose of this study was to examine the subject property for the presence/absence of biological resources and habitat for special status species.

The site is within the area covered by the Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP) but is not within MSHCP Criteria Area.  The MSHCP requires a habitat assessment to address riparian/riverine and vernal pool habitats, fairy shrimp, burrowing owl (*Athene cunicularia*), and narrow endemic plant species.  The narrow endemic plant species requiring habitat assessments are Marvin's (Yucaipa) onion (*Allium marvinii*) and many-stemmed dudleya (*Dudleya multicaulis*).

The site is generally located south of Interstate Highway 10 and north of Sun Lakes Boulevard, between Highland Springs Avenue to the west and Northwood Avenue to the east, in Banning, Riverside County, California.  Active railroad tracks are located just to the north of the site.

Most of the site is non-native annual grassland.  There are small areas of willow thickets and California buckwheat scrub.  There are no sensitive vegetation communities present.  The site has been previously disturbed and remnants of that disturbance are present.  Ongoing disturbance includes regular mowing and/or disking.

Based on the habitat and soils present and disturbances associated with current and past land use, habitat to support narrow endemic plants Marvin's onion and many-stemmed dudleya is absent.  Other special status plants are either absent, not expected to occur, or have a low potential for occurrence onsite.

There are no vernal pools onsite and no evidence of ponding.  Tire ruts are present, but soils onsite are sandy to coarse sandy loam and all areas were dry at the time of the survey.  No fairy shrimp or potential fairy shrimp habitat was observed.

There is potentially suitable habitat for burrowing owl across much of the site and adjacent areas to the north between the site and I-10 freeway.  No burrowing owl, occupied burrows, or burrowing owl sign (pellets, scat, feathers, etc.) were observed on or adjacent to the site during the survey.  A preconstruction clearance survey is required within 30 days prior to the start of site disturbance.

There is suitable habitat for nesting birds, including raptors, onsite.  A nesting bird clearance survey is recommended within three (3) days prior to the start of vegetation clearing or ground disturbance if it will begin during the nesting season (February 1 to September 15).  If nesting birds are present, avoidance of nest sites is required and a buffer of 300 to 500 feet (or as determined by a biologist) is recommended until juvenile birds are no longer dependent on the nest and/or a biologist has verified that the nest is inactive.

No special status wildlife species were observed during the survey.  Most special status wildlife known from the region are either absent, not expected to occur, or have low potential for occurrence onsite.  A few species have moderate or low to moderate potential to occur, most of which are covered species under the MSHCP and considered adequately conserved.  Riparian vegetation onsite is insufficient to provide habitat for riparian birds.

The Project site is surrounded by major roadways and residential developments and does not function as part of a wildlife corridor.

State jurisdictional waters subject to regulation under the California Fish and Game Code may be present.  If present, any impacts would require regulatory permitting.  MSHCP Riparian habitat may be present.  If so, any impact would require the development and processing of a Determination of Biologically Equivalent or Superior Preservation (DBESP).  A jurisdictional delineation survey and report is recommended in order to clarify presence or absence of jurisdictional features onsite.

**AR005347**

## 1.0)    INTRODUCTION

The following report was prepared by L&L Environmental, Inc. (L&L) for Romo Planning Group. It describes the results of biological surveys, including habitat assessments for burrowing owl and narrow endemic plants, on a proposed development site in the City of Banning in Riverside County, California.  The Project site consists of Assessor's Parcel Number (APN) 419-140-057, totaling ±47.02 acres.

The assessment consisted of (1) a records search and literature review, conducted to determine the species of concern in the project area and proximity to documented special status species occurrences, and (2) field reconnaissance, intended to identify plants and animals on the property and presence/absence of habitat for species of concern, including burrowing owl and narrow endemic plants.

### 1.1)    Location

The site is located in the City of Banning in Riverside County, California (Figure 1).  Specifically, the site is located just south of Interstate 10 (I-10) and north of Sun Lakes Boulevard, about 0.2 mile east of the intersection of Highland Springs Boulevard and Sun Lakes Boulevard.  The parcel is located in Section 12 of Township 3 South, Range 1 West, on the U. S. Geological Survey (USGS) *Beaumont, CA* topographic quadrangle (Figure 2).  The parcel can be accessed by taking Interstate 10 to Banning, exiting on Highland Springs Boulevard and heading south, and then going east on Sun Lakes Boulevard for approximately 0.2 mile to reach the westernmost parcel boundary.

The site is generally bounded as follows: to the west by a shopping center, with Highland Springs Avenue beyond; to the east by a retirement community and residential/country club development, with vacant land beyond; to the north by active railroad tracks and I-10, with scattered commercial development and vacant lots beyond; and to the south by residential/country club development, with vacant land and federal land (Bureau of Land Management) beyond (Figure 3).



**L&L Environmental, Inc.**

*BIOLOGICAL AND CULTURAL
INVESTIGATIONS AND MONITORING*

*RPGX-19-730*
*March 2020*

**Figure 1**

**Project Vicinity Map**

*APN 419-140-057, City of Banning
County of Riverside, California*

**AR005349**



Project Area

**L&L Environmental, Inc.**

*BIOLOGICAL AND CULTURAL
INVESTIGATIONS AND MONITORING*

*RPGX-19-730*
*March 2020*

**Figure 2**

**Project Location Map**

(USGS Beaumont [1988] quadrangle,
Section 12 of Township 3 South, Range 1 West)

*APN 419-140-057, City of Banning
County of Riverside, California*

**AR005350**



| L&L Environmental, Inc. | Figure 3 |
|---|---|
| *BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING* | **Aerial Photograph** <br> (Aerial obtained from Google Earth, August 2018) |
| *RPGX-19-730* <br> *March 2020* | *APN 419-140-057, City of Banning* <br> *County of Riverside, California* |

AR005351

## 1.2)    Vegetation and Setting

The site is a disturbed vacant lot and appears to be regularly disked or mown.  Most of the site is non-native grassland.  A small area of riparian vegetation is present in the southwest corner of the site.  Ornamental trees are present along the southern and western boundaries and part of the eastern boundary.  These trees are either on adjacent properties or along Sun Lakes Boulevard.  Two sets of active railroad tracks run east-west just north of the site, with the I-10 freeway beyond.  A large advertising sign is present along the north-central boundary of the site.

## 1.3)    Soils and Topography

Topographically, the site is generally flat with elevation increasing gradually from southeast to northwest.  Elevation onsite ranges from 2,546 to 2,565 feet above mean sea level.  Soils onsite are mapped as Greenfield sandy loam (2-8% slopes, eroded), Hanford coarse sandy loam (2-8% slopes), and Ramona sandy loam (2-5% slopes, eroded) (NRCS 2020) (Figure 4).  A gravel surface layer (from past disturbance) is present in some areas, particularly in the northeastern portion of the site.

There are no USGS mapped blue-line streams onsite.  A shallow trench is present along the site's southern boundary along Sun Lakes Boulevard and trends from west to east.  A double culvert is present at the southeast corner of the site.  Another shallow trench is present within the central portion of the site and trends from west to east.  The trenches appear to be remnants of past disturbance and do not have connectivity with any natural waterway.

A dirt access road is present near the northern site boundary.  Other past disturbance onsite includes a grid of dirt roads or graded areas, remnants of which are still visible.

**AR005352**



GyC2  =  Greenfield sandy loam (2-8% slopes, eroded)
HcC   =  Hanford coarse sandy loam (2-8% slopes)
RaB2  =  Ramona sandy loam (2-5% slopes, eroded)

| **L&L Environmental, Inc.** | **Figure 4** |
|---|---|
| *BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING* | **Soils Map** |
| *RPGX-19-730* *March 2020* | (Aerial obtained from Google Earth, August 2018, USDA Nat. Res. Cons. Serv. SSURGO Data) *APN 419-140-057, City of Banning County of Riverside, California* |

AR005353

**2.0)    METHODS AND PERSONNEL**

2.1)    Literature Review

Certain plants and animals have been listed as threatened or endangered under state or federal Endangered Species Acts.    Other species have not been formally listed, but declining populations or habitat availability are reasons for concern regarding their long-term viability. These species are included in lists compiled by resource management agencies or private conservation organizations.    In this report, the term "special status species" refers to all species included in one or more compendia or formal lists of rare, threatened, or endangered species.

In this report, the "Project" or "Project site" refers to the entire ±47.02-acre parcel.    No offsite areas are included.

Pertinent literature was reviewed to identify local occurrences and habitat requirements of special status species and communities occurring in the region.    Literature reviewed included compendia provided by resource agencies (CDFW 2019, 2020a), the Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP; Dudek 2003), and a search of the California Natural Diversity Database (CNDDB; CDFW 2020b) and California Native Plant Society Inventory of Rare and Endangered Plants (CNPS 2020) for the Beaumont topographic quadrangle and adjacent quadrangles (Yucaipa, Forest Falls, San Gorgonio Mountain, El Casco, Cabazon, Lakeview, San Jacinto, and Fulmor) and U. S. Fish and Wildlife Service Information for Planning and Consultation (IPaC; USFWS 2020) for the Project site.

The biological resources section of a CEQA document (MND ca. 2005) was also reviewed.    This document cites data from a habitat assessment conducted on the parcel by BonTerra Consulting in 2005; however, the full CEQA document and the habitat assessment were not available for review.

Scientific names of plants follow Baldwin et al. (2012) with updates from the online Jepson eFlora (Jepson 2020).    Scientific names of animals follow Stebbins (1985), Jameson and Peeters (1988), Cornell Laboratory of Ornithology (2020), and Arnett (2000), with updates from academic sources.    Current conservation status of plant and wildlife species determined from CDFW (2019, 2020a).    Vegetation community classifications follow Sawyer et al. (2009) with updates from CDFW (2018).    State ranks (S ranks) for vegetation communities are from CDFW (2018).    MSHCP conservation status from Dudek (2003) and RCA (2019).    Documented occurrences are from CDFW (2020b) unless otherwise indicated.

AR005354

Precipitation data was obtained from the Beaumont Remote Automated Weather Station (RAWS) (WRCC 2020).  The Beaumont RAWS is located approximately 0.5 mile northwest of the Project site at an elevation of 2,604 feet.

2.2)    Habitat Assessment Survey

L&L biologist Guy Bruyea visited the project area on January 27, 2020 to describe vegetation and habitat and evaluate the site for the presence of suitable habitat for special status wildlife and plant species, including burrowing owl and narrow endemic plants (Table 1).

Table 1.  Survey dates, times, and weather conditions.

| Date | Time | Weather | Wind (mph) |
|---|---|---|---|
| 1-27-2020 | 1130-1430 | Mostly clear, 68-73°F | 2-7 |

A total of about 3.0 person-hours were spent onsite.  All habitat types onsite were visited on foot.  The site was surveyed by conducting a series of meandering transects across the subject property where possible, stopping periodically for observations and notations.  A general habitat map and field notes were completed at the time of the survey.  All field surveys were conducted during daylight hours.  Digital photographs were taken to record condition of the site during the survey.

Plants of uncertain identity were collected and subsequently identified from keys, descriptions, and illustrations in Abrams (1923, 1944, and 1951), Abrams and Ferris (1960), Munz (1974), and Parker (1999).

2.3)    Burrowing Owl Habitat Assessment

During the habitat assessment, the site was examined for potential burrowing owl habitat, including open areas onsite and areas where California ground squirrel (*Spermophilus beechyi*) activity was expected (i.e., potentially suitable burrows).  A search for potentially suitable burrows within dirt, wood, and rock debris piles, artificially created berms, and other locations was conducted during the surveys.   The site was also examined for signs of occupation by burrowing owl, including pellets, feathers, whitewash, prey remains, and eggshell fragments, as well as individual owls, but a focused protocol survey was not conducted.

The survey included all areas of the site with potential burrowing owl habitat.  An additional 150-meter (500-foot) buffer area surrounding the site was visually inspected, where possible, in areas identified as potential burrowing owl habitat.  Any developed areas were visually surveyed with binoculars due to trespassing concerns on private property.

AR005355

**3.0)    RESULTS**

3.1)    Literature Review Results

The site is not located within the MSHCP Criteria Area.  Surveys required by the MSHCP are a habitat assessment to address riparian/riverine and vernal pool habitats, fairy shrimp, burrowing owl, and narrow endemic plant species.   The narrow endemic plant species are Marvin's (Yucaipa) onion (*Allium marvinii*) and many-stemmed dudleya (*Dudleya multicaulis*).

3.1.1)  Precipitation Data

Table 2 provides the precipitation data from the Beaumont RAWS for the year preceding the survey (WRCC 2020).  The total precipitation recorded by this RAWS for the 2019 water year (October 2018 through September 2019) is 19.76 inches.  Average annual precipitation for this area is 15 to 20 inches (WRCC 2018).

Table 2.  Precipitation data.

| Month | Beaumont RAWS Precipitation (inches) |
|---|---|
| 10.2018 | 0.66 |
| 11.2018 | 1.82 |
| 12.2018 | 1.52 |
| 01.2019 | 4.03 |
| 02.2019 | 6.83 |
| 03.2019 | 1.62 |
| 04.2019 | 0.48 |
| 05.2019 | 2.78 |
| 06.2019 | 0.00 |
| 07.2019 | 0.00 |
| 08.2019 | 0.00 |
| 09.2019 | 0.02 |
| 10.2019 | 0.00 |
| 11.2019 | 3.38 |
| 12.2019 | 2.74 |

AR005356

3.1.2)  2005 Survey Results

A habitat assessment was conducted on the parcel by BonTerra Consulting in 2005, as cited in the Mitigated Negative Declaration (MND ca. 2005).  The habitat assessment included burrowing owl, Marvin's onion, and many-stemmed dudleya.  The assessment found that the site consists primarily of annual grasslands, with areas of southern willow scrub and ornamental vegetation.  The site has been disturbed by off-road traffic and construction activities on adjacent properties.

Habitat for burrowing owl was identified onsite, but no owls were found.  Habitat for nesting raptors was present, but no raptor nests were identified.  The assessment determined that there was no habitat for Marvin's onion or many-stemmed dudleya.  Trapping for Stephens' kangaroo rat was also conducted with negative results.  Data were not provided for other special status small mammals that may have been incidentally trapped.

3.2)    Vegetation Communities

Vegetation communities onsite are summarized in Table 3 and shown in Figure 5.  Representative photos are included in Appendix C.  The majority of the site is non-native annual grassland, with a small patch of southern willow scrub at the southwest corner and a narrow strip of California buckwheat scrub along the northeastern site boundary.  Ornamental trees line the southern and western boundaries and part of the eastern boundary.  These trees are either on adjacent properties or along Sun Lakes Boulevard.

Table 3.  Vegetation communities within survey area.

| Vegetation Community | Area (acres) |
|---|---|
| Non-native Grassland | 46.56 |
| Willow Thickets | 0.18 |
| California Buckwheat Scrub | 0.28 |
| **Total** | **47.02** |

AR005357



**L&L Environmental, Inc.**

*BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING*

*RPGX-19-730*
*March 2020*

**Figure 5**

**Vegetation Communities**
(Aerial obtained from Google Earth, August 2018)

*APN 419-140-057, City of Banning County of Riverside, California*

AR005358

### 3.2.1)  Non-native Annual Grassland

There majority of the site consists of disturbed non-native annual grassland dominated by Mediterranean grass (*Schismus barbatus*), ripgut brome (*Bromus diandrus*), red brome (*Bromus madritensis* ssp. *rubens*), and cheatgrass (*Bromus tectorum*).  Other non-native species present include Russian thistle (*Salsola tragus*), shortpod mustard (*Hirschfeldia incana*), redstem filaree (*Erodium cicutarium*), and tocalote (*Centaurea melitensis*).

Native annuals that are tolerant of disturbed areas and were observed onsite include large flower rancher's fiddleneck (*Amsinckia intermedia*), California aster (*Corethrogyne filaginifolia*), western sunflower (*Helianthus annuus*), horseweed (*Erigeron canadensis*), doveweed (*Croton setiger*), telegraph weed (*Heterotheca grandiflora*), and annual bur-weed (*Ambrosia acanthicarpa*).

Other plants less commonly observed include non-native tree tobacco (*Nicotiana glauca*) and native vinegar weed (*Trichostemma lanceolatum*), nightshade (*Solanum species*), and western jimsonweed (*Datura wrightii*).

This vegetation community is classified by Sawyer et al. (2009) as brome or Mediterranean grass grasslands (*Bromus species – Schismus barbatus* Herbaceous Semi-Natural Alliance).  It is not considered a sensitive vegetation community.

### 3.2.2)  California Buckwheat Scrub

A narrow strip of coastal scrub dominated by California buckwheat (*Eriogonum fasciculatum*) is present along portions of the northeastern site boundary.  This vegetation community is classified by Sawyer et al. (2009) as California buckwheat scrub (*Eriogonum fasciculatum* Shrubland Alliance).  CDFW ranks California buckwheat scrub as S5 (common, widespread, and abundant) and not considered sensitive.

### 3.2.3)  Willow Thickets

A small area of small to medium-sized willows (*Salix* species) is present at the southwest corner of the site.  The willows could not be identified due to season.  These willows are likely supported by irrigation runoff and associated with a shallow trench that runs along the southern site boundary.  This vegetation community is classified by Sawyer et al. (2009) as willow thickets and is synonymous with the southern willow scrub community noted in the 2005 survey

AR 008219

AR005359

(MND ca. 2005).  CDFW ranks willow thickets as S4 (apparently secure) and not considered sensitive.

### 3.3)    Plant Species

A total of 36 plant species were identified during the survey.  Of the 36 species, 19 (53 percent) are non-native.  Additional annual plant species may occur, but were not detected due to timing of the survey.  A list of observed plant species is included in Appendix A.

No federal or state-listed plants or special status plants were observed.  The site is not within U. S. Fish and Wildlife Service (USFWS) designated critical habitat for any listed plant species. Listed and special status plants known from the region are either absent, not expected to occur, or have low potential for occurrence onsite (see Appendix B).

### 3.3.1)  Narrow Endemic Plants

Based upon habitat and soils present, non-native plant growth, and disturbances associated with current and past land use, habitat to support Marvin's onion and many-stemmed dudleya is absent from the site.

<u>Marvin's Onion</u>

Marvin's (Yucaipa) onion (*Allium marvinii*) is a perennial bulb-forming herb in the Alliaceae (Onion) family.  It flowers from April through May and is found within openings in chaparral on clay soils.  The species' elevation range is 2,500 to 3,500 feet.  It is found only in Riverside and San Bernardino Counties (CNPS 2020).  Marvin's onion may not flower in dry years; without flowers, the plant is difficult to locate and identify (Dudek 2003).

The species is not state or federally listed; it has a California Rare Plant Rank (CRPR) of 1B.2 (rare, threatened, or endangered in California and elsewhere; moderately threatened in California).  Under the MSHCP, Marvin's onion is considered adequately conserved, but surveys are required in certain areas.

There is one (1) documented occurrence of Marvin's onion in the CNDDB within five (5) miles of the Project site.  It is from the general area of Banning, but the exact location is unknown and the species has not been documented from that area since the original discovery in 1921.  The occurrence is mapped about 3.8 miles northeast of the site, but has a five-mile radius buffer that includes the site.  An additional location was reported in SCE (2013) but is not in the CNDDB.

AR 008220

AR005360

This location is about four (4) miles northeast of the site along an electrical transmission line right-of-way.

Marvin's onion was not observed during surveys, but the surveys were not conducted during the flowering period for this species. Suitable clay soils have not been mapped onsite and were not detected during the survey. There is very little native habitat remaining onsite. Based upon soils, disturbances associated with current and past land use, and the thick growth of non-native plants onsite, suitable habitat to support Marvin's onion is absent from the Project site.

Many-stemmed Dudleya

Many-stemmed dudleya (*Dudleya multicaulis*) is a perennial herb in the Crassulaceae (Stonecrop) family. It flowers from April through July and is found in chaparral, coastal scrub, and valley and foothill grassland, often on clay soils. The species elevation range is 50 to 2,600 feet. It is found in coastal southern California (CNPS 2020).

Many-stemmed dudleya is associated with openings and thinly vegetated areas in chaparral, coastal sage scrub, and grasslands underlain by clay and cobbly clay soils of the Altamont, Auld, Bosanko, Claypit, and Porterville series. In western Riverside County, the majority of the known populations are from the Temescal Canyon, Gavilan Hills, and Alberhill areas and the Santa Ana Mountains (Dudek 2003).

Many-stemmed dudleya is typically associated with clay soils in barrens, rocky places, and ridgelines as well as thinly vegetated openings in chaparral, coastal sage scrub, and southern needlegrass grasslands on clay soils. Most populations are associated with coastal sage scrub (Dudek 2003).

The species is not state or federally listed; it has a CRPR of 1B.2 (rare, threatened, or endangered in California and elsewhere; moderately threatened in California). Under the MSHCP, many-stemmed dudleya is considered adequately conserved, but surveys are required in certain areas.

There are no CNDDB documented occurrences of many-stemmed dudleya within five (5) miles of the site. The nearest occurrence is about 28 miles to the southwest.

Many-stemmed dudleya was not observed during surveys, but the surveys were not conducted during the flowering period for this species. Suitable clay soils have not been mapped onsite and were not detected during the survey. There is very little native habitat remaining onsite.

AR005361

Based upon soils, disturbances associated with current and past land use, and the thick growth of non-native plants onsite, suitable habitat to support many-stemmed dudleya is absent from the Project site.

### 3.3.2)  Special Status Plants

No special status plant species were identified during the survey, but the survey was not conducted during the flowering season for most species.

The site has long-term and ongoing anthropogenic disturbance and undisturbed natural habitat capable of supporting special status plants is not present.  Most special status plants known from the region are either absent or not expected to occur onsite.  A few have low potential for occurrence.  No special status plants have moderate or high potential to occur onsite (see Appendix B).

### 3.4)    Wildlife Species

A total of 15 wildlife species (mostly birds) were detected during the survey.  A list of all observed species is included in Appendix A.

No federal or state-listed endangered or threatened species were observed.  The site is not within USFWS designated critical habitat for any listed wildlife species.  No special status wildlife species were observed.  Most listed or special status species are not expected to occur or have low potential for occurrence (see Appendix B), except as described below.

### 3.4.1)  Fairy Shrimp

Soil types mapped onsite are not consistent with an alkali playa or vernal pool complex (Bauder et al 2011).  Pools or depressions characteristic of vernal pool habitat were not observed onsite.  No evidence of ponding or fairy shrimp habitat was observed.  No MSHCP species listed for protection associated with riparian/riverine areas or vernal pools, including fairy shrimp, were observed.  Tire ruts are present on an access road along the northern site boundary, but the ruts were dry at the time of the survey and soils onsite are sandy to coarse sandy loam (i.e., well drained).

### 3.4.2)  Burrowing Owl

Burrowing owl (*Athene cunicularia*) is protected under the federal Migratory Bird Treaty Act and California Fish and Game Code and is a CDFW Species of Special Concern.  It is a small,

ground-dwelling owl found in open dry grassland, desert, or shrubland areas and in uncultivated agricultural areas, rangelands, and other open areas with low-growing vegetation.

Burrows are an essential element of burrowing owl habitat.  Although burrowing owl is capable of excavating its own burrows in soft soils, it typically modifies and inhabits abandoned burrows of small burrowing mammals, such as ground squirrels and pocket gophers.  Burrowing owl has also been known to use man-made structures such as cement culverts, debris piles, and other artificial burrows.

Occupancy of burrowing owl habitat can be verified at a site by observation of at least one (1) owl or owl sign (molted feathers, cast pellets, prey remains, eggshell fragments, or excrement) at or near a burrow entrance.  A site is considered occupied if at least one (1) owl has been identified onsite in the past three (3) years, because (if undisturbed) burrowing owls exhibit high site fidelity (CDFG 2012, CBOC 1993).

There are three (3) CNDDB documented occurrences of burrowing owl within five (5) miles of the site.  The closest is about 3.3 miles to the south in the Badlands.  The other two (2) are further to the southwest.  There are three (3) records of burrowing owl in eBird.  EBird observations are submitted by "citizen scientists" and should be interpreted with caution.  These observations are about 1.7 miles northeast of the site in a field near the Banning Substation (from March 2012), about 3.1 miles southeast of the site (from July 2018), and about 2.7 miles east-southeast of the site in a field adjacent to a neighborhood park.  This last record includes clear photographs of a pair of burrowing owls with three (3) juveniles and is from April 2018 (eBird 2020).

Potentially suitable habitat and small mammal burrows are present onsite and within the buffer area to the north, between the site and the I-10 freeway.  No burrowing owls, occupied burrows, or owl sign was observed during the survey.

A preconstruction clearance survey will be required within 30 days prior to the start of site disturbance.

3.4.3)  Nesting Birds

There is suitable habitat for nesting birds on and adjacent to the site.  Nesting birds may utilize trees and other vegetation, structures, idle vehicles/equipment, and open ground.  However, given the level of ongoing disturbance on and adjacent to the site, nesting is likely to be limited to more common species that are tolerant of human presence.

AR005363

Ornamental trees are present along the western, southern, and parts of the eastern boundaries of the parcel and surrounding areas and provide potential raptor nesting sites.  Although some of the trees are of adequate height for nesting raptors, no raptor nests were observed during this survey or the 2005 survey (MND ca. 2005).

A large advertising sign is present along the north-central border of the site.  The upper portion of the sign has either been removed or fallen into disrepair and the interior structure, as well as the exterior surfaces, of the sign are accessible to nesting birds.  The sign was inspected from the ground with binoculars and no evidence of raptor nesting was observed.

### 3.4.4)  Other Special Status Wildlife

No federal or state-listed endangered or threatened wildlife species or special status wildlife species were observed during the survey.  The 2005 small mammal trapping data for species other than Stephens' kangaroo rat was not available.

Due to long-term and ongoing anthropogenic disturbance, undisturbed natural habitat capable of supporting most special status wildlife is generally lacking onsite.  Most special status wildlife known from the region are either absent, not expected to occur, or have low potential for occurrence onsite, except as described below (see Appendix B).

Cooper's hawk (*Accipiter cooperii*; CDFW Watch List Species) forages in various habitats including open areas and scrublands.  It has one (1) CNDDB documented occurrence of nesting about 3.7 miles west of the site.  There are multiple eBird records of this species in the region, including one (1) in the golf course just south of the site.  There is potentially suitable foraging habitat onsite.  Based on available evidence, Cooper's hawk has low to moderate potential to forage onsite.  It is a covered species under the MSHCP and considered adequately conserved.

Ferruginous hawk (*Buteo regalis*; CDFW Watch List Species) forages in various habitats including open grasslands.  It has one (1) CNDDB documented occurrence about 4.3 miles south of the site.  There are some eBird records in the vicinity, including one (1) within a residential development along Potrero Creek about 0.8 mile southwest.  Based on available evidence, ferruginous hawk has low to moderate potential to forage onsite.  It is a covered species under the MSHCP and considered adequately conserved.

Costa's hummingbird (*Calypte costae*; USFWS Bird of Conservation Concern) is found in desert scrub, coastal scrub, chaparral, and adjacent meadows and gardens.  There are no CNDDB documented occurrences of nesting within five (5) miles.  There are multiple eBird records in the

vicinity, including two (2) immediately adjacent to the site. There is limited potentially suitable native habitat on the Project site, but this species may also utilize ornamental plants for foraging and nesting. Based on available evidence, Costa's hummingbird has low to moderate potential to forage and nest onsite. It is not a covered species under the MSHCP.

California horned lark (*Eremophila alpestris actia*; CDFW Watch List Species) forages and nests in open grassland habitats. There is one (1) CNDDB documented occurrence of nesting about four (4) miles west of the site and several eBird records in the area. There is potentially suitable foraging habitat onsite, but ongoing disturbance reduces the potential for nesting. Based on available evidence, California horned lark has moderate potential to forage onsite. It is a covered species under the MSHCP and considered adequately conserved.

Loggerhead shrike (*Lanius ludovicianus*; CDFW Species of Special Concern, USFWS Bird of Conservation Concern) forages in open areas with fences or shrubs for perching. There are several eBird records from the Project vicinity and two (2) CNDDB documented occurrences of nesting in the Badlands to the south and southwest. The closest is about 2.5 miles from the site. There is potentially suitable foraging habitat and this species has low to moderate potential to forage onsite. It is a covered species under the MSHCP and considered adequately conserved.

Dulzura pocket mouse (*Chaetodipus californicus femoralis*; CDFW Species of Special Concern) is found in a variety of habitats, including coastal scrub and grassland. There is one (1) CNDDB documented occurrence about 2.9 miles to the southeast. Data on this species from the trapping survey in 2005 is not available. Based on available evidence, it has low to moderate potential for occurrence on the Project site. It is not a covered species under the MSHCP.

Northwestern San Diego pocket mouse (*Chaetodipus fallax fallax*; CDFW Species of Special Concern) is found in coastal scrub, chaparral, and grasslands in sandy, herbaceous areas, usually in association with rocks or coarse gravel. It has multiple CNDDB documented occurrences within five (5) miles of the Project site. There is potentially suitable habitat on the Project site. Data on this species from the trapping survey in 2005 is not available. Based on available evidence, this species has moderate potential for occurrence. It is a covered species under the MSHCP and considered adequately conserved.

Los Angeles pocket mouse (*Perognathus longimembris brevinasus*; CDFW Species of Special Concern) is found in grassland, sage scrub, and alluvial sage scrub habitats. It has multiple CNDDB documented occurrences within five (5) miles of the Project site; the closest is 2.3 miles

AR005365

Case 5:24-cv-02603-DTB   Document 54   Filed 08/01/25   Page 1141 of 1485   Page ID #:6110

to the east.  There is potentially marginal habitat on the Project site.  Data on this species from the trapping survey in 2005 is not available.  Based on available evidence, this species has moderate potential for occurrence.  It is a covered species under the MSHCP and considered adequately conserved.

3.4.5)  Wildlife Corridor

Wildlife corridors link together areas of suitable wildlife habitat that are otherwise separated by rugged terrain, changes in vegetation, or human disturbance.  The fragmentation of open space areas by urbanization creates isolated "islands" of wildlife habitat.  In the absence of habitat linkages that allow movement to adjoining open space areas, various studies have concluded that some wildlife species, especially larger and more mobile mammals, will not likely persist over time in fragmented or isolated habitat areas, because movement barriers prohibit the infusion of new individuals and genetic information.

Wildlife movement activities usually fall into one of three movement categories: dispersal (e.g., juvenile animals dispersing from natal areas or individuals extending their range), seasonal migration, and movements related to home range activities (e.g., foraging for food or water, defending territories, or searching for mates, breeding areas, or cover).

The site is entirely surrounded by major roadways and residential developments and does not function as part of a wildlife corridor.

3.5)    MSHCP Riparian/Riverine and Vernal Pool Habitat

Under MSHCP Volume 1 Section 6.1.2 areas associated with wetland and streambed systems must be evaluated for consideration as riparian/riverine or vernal pool habitat.  Riparian/riverine areas are defined within the MSHCP as:

". . . lands which contain Habitat dominated by trees, shrubs, persistent emergents, or emergent mosses and lichens, which occur close to or which depend upon soil moisture from a nearby fresh water source; or areas with fresh water flow during all or a portion of the year."  MSHCP Vol. 1, Section 6.1.2.

Vernal pools are defined within the MSHCP as:

". . . seasonal wetlands that occur in depression areas that have wetlands indicators of all three parameters (soils, vegetation and hydrology) during the wetter portion of the growing season but normally lack wetlands indicators of

AR005366

hydrology and/or vegetation during the drier portion of the growing season.
Obligate hydrophytes and facultative wetlands plant species are normally
dominant during the wetter portion of the growing season, while upland species
(annuals) may be dominant during the drier portion of the growing season. . . ."
MSHCP Vol. 1, Section 6.1.2.

There is no vernal pool habitat onsite.  Soil types mapped (and observed) onsite are not
consistent with an alkali playa or vernal pool complex (Bauder et al 2011).  Pools or depressions
characteristic of vernal pool habitat were not observed onsite.  No MSHCP species listed for
protection associated with riparian/riverine areas or vernal pools were observed.  No evidence
of ponding was observed onsite.  Tire ruts are present on an access road along the northern
site boundary, but the ruts were dry at the time of the survey and soils onsite are sandy to
coarse sandy loam (i.e., well drained).

There are no USGS mapped blue-line streams onsite.  A shallow trench is present along the
site's southern boundary (along Sun Lakes Boulevard) and trends from west to east.  A double
culvert is present at the southeast corner of the site.  A small area of willow thicket is present in
the southwest corner of the site in association with a trench.  Another shallow trench is present
within the central portion of the site and trends from west to east.  No water or evidence of flow
was observed in these trenches during the survey.  The trenches appear to be remnants of past
disturbance involving water quality or flood control measures and do not have connectivity with
any natural waterway.

AR005367

## 4.0)   SUMMARY AND RECOMMENDATIONS

The purpose of this study was to identify biological resources present or potentially present onsite.  The MSHCP requires a habitat assessment to address riparian/riverine and vernal pool habitats, fairy shrimp, narrow endemic plants (Marvin's [Yucaipa] onion and many-stemmed dudleya), and burrowing owl.  L&L also analyzed the potential for impacts to special status species and sensitive vegetation communities.  The recommendations are based on the literature review, L&L's knowledge of species and habitats in the region, and the biological field survey.

The site is largely composed of non-native grassland.  Native vegetation onsite consists of small areas of willow thicket and California buckwheat scrub and these are not sensitive vegetation communities.

Narrow endemic plant species, Marvin's onion and many-stemmed dudleya, were not observed and habitat to support these species is absent from the site.  Other special status plants are either absent, not expected to occur, or have low potential for occurrence onsite.

There are no vernal pools onsite.  No evidence of ponding was observed.  Tire ruts are present but were dry at the time of the survey and soils present are sandy to coarse sandy loam (i.e., well drained).  No MSHCP species listed for protection associated with riparian/riverine areas or vernal pools, including fairy shrimp, were observed.

Potentially suitable habitat and small mammal burrows are present onsite, but no burrowing owls or owl sign were observed.  A preconstruction clearance survey for burrowing owl will be required within 30 days prior to the start of site disturbance.

There is suitable habitat for nesting birds, including raptors, onsite.  A nesting bird clearance survey is recommended within three (3) days prior to the start of vegetation clearing or ground disturbance if clearing will begin within the nesting season (February 1 to September 15).  If nesting birds are present, avoidance of nest sites is required and a buffer of 300 to 500 feet (or as determined by a biologist) is recommended until juvenile birds are no longer dependent on the nest and/or a biologist has verified that the nest is inactive.

Undisturbed natural habitat capable of supporting most special status wildlife is generally lacking onsite.  Most special status wildlife known from the region are either absent, not expected to occur, or have low potential for occurrence onsite.  A few species have moderate or

low to moderate potential to occur, most of which are covered species under the MSHCP and considered adequately conserved.  Riparian vegetation onsite is insufficient to provide habitat for riparian birds.

The Project site is surrounded by major roadways and residential developments and does not function as part of a wildlife corridor.

MSHCP Riparian habitat may be present and any impacts, if present, would require development and processing of a Determination of Biologically Equivalent or Superior Preservation (DBESP).  State jurisdictional wetland may be present, if so, any impacts would require regulatory permitting.  A jurisdictional delineation survey and report is recommended in order to clarify presence or absence of jurisdictional features onsite.

**AR005369**

## 5.0)   REGULATORY ENVIRONMENT

### 5.1)   Federal Endangered Species Act

By law, it is a requirement of the federal Endangered Species Act (FESA), 1973 (as amended) at Section 7(a)(2) that federal agencies ensure that any action authorized, funded, or carried out by a federal agency is not likely to jeopardize the continued existence of any endangered species or threatened species, or result in the destruction or adverse modification of critical habitat.  In order to comply with this requirement, the federal agency must conduct a Biological Assessment (BA), in which effects to listed species are analyzed and disclosed in the form of an "effects determination."

Section 7 requires federal agencies to consult with the U. S. Fish and Wildlife Service (USFWS) should it be determined that their actions may affect federally listed threatened or endangered species.  Section 9 of FESA prohibits "take" (e.g., harm, harassment, pursuit, injury, kill) of federally listed wildlife.  "Harm" is further defined to include habitat modification or degradation where it kills or injures wildlife by impairing essential behavioral patterns such including breeding, feeding, or sheltering.  Take that is incidental to otherwise lawful activities can be authorized under Section 7 of FESA.

Procedures for obtaining a permit for incidental take are identified under Section 7 of FESA for federal properties or where federal actions are involved and are identified under Section 10 of FESA for non-federal actions.  During the Section 7 process, measures to avoid and minimize project effects to listed species and their habitat will be identified and incorporated into a Biological Opinion (prepared by the USFWS) that includes an incidental take by the federal agency and applicant.

The County of Riverside has been issued a Section 10(a) permit for the Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP).  This project falls within the area covered by the MSHCP.

### 5.2)   Jurisdictional Waters and Wetlands

Three (3) agencies generally regulate activities within streams, wetlands, and riparian areas in California: (1) the U. S. Army Corps of Engineers (USACE) regulates activities under Section 404 of the federal Clean Water Act; (2) the Regional Water Quality Control Board (RWQCB) regulates activities under Section 401 of the federal Clean Water Act and the State Porter-

AR 008230

AR005370

Cologne Water Quality Control Act; and (3) the California Department of Fish and Wildlife (CDFW) regulates activities under California Fish and Game Code Sections 1600-1616.

### 5.2.1)  Federal Clean Water Act, Section 404

Section 404 of the federal Clean Water Act applies to "Waters of the United States" (WoUS). By definition these include waterways that could be used for interstate commerce and their tributaries, including any waters with a nexus with (ultimately flow into) traditional navigable waters.  In non-tidal waters, the limits of jurisdiction are "ordinary high water marks" (OHWM) such as stream banks.  Where wetlands occur above high water marks, they are considered "adjacent wetlands" and are included within USACE jurisdiction.  USACE jurisdiction has often been extended to wetlands not adjacent to WoUS ("isolated wetlands"), such as vernal pools. Under the current administration, there have been recent changes to the definition of USACE jurisdictional waters.

Final determination and delineation of federal jurisdiction is made by the USACE and not by the project biologists.  Therefore, fieldwork and documentation of the site conditions are done as a preliminary delineation until the USACE reviews and concurs with the results.

### 5.2.2)  Federal Clean Water Act, Section 401

The RWQCB has jurisdiction over wetlands, WoUS, and Waters of the State under Section 401 of the CWA and the Porter-Cologne Water Quality Control Act (Porter-Cologne) under the California Water Code (§ 13000, et seq.)  Permitting is required for activities that will result in a discharge of soils, nutrients, chemicals, detrital materials, or other pollutants into WoUS, Waters of the State, or adjacent wetlands that will affect the water quality of those bodies and the watershed.

### 5.2.3)  California Fish and Game Code, Section 1600

The CDFW, through provisions of the California Fish and Game Code (Sections 1600-1616), is empowered to issue agreements ("Lake and Streambed Alteration Agreements") for projects that will adversely affect wildlife habitat associated with any river, stream, or lake edges.  The Lake and Streambed Alteration Agreement will typically include required measures to mitigate impacts.

5.3)    California Endangered Species Act

California Endangered Species Act (CESA) definitions of endangered and threatened species parallel those defined in the FESA.  The CESA defines an endangered species as ". . . a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant which is in serious danger of becoming extinct throughout all, or a significant portion, of its range due to one or more causes including loss of habitat, change in habitat, overexploitation, predation, competition or disease."  Endangered species are in serious danger of becoming extinct and threatened species are likely to become endangered species in the foreseeable future (according to Sections 2062 and 2067, respectively, of the California Fish and Game Code).  Candidate species are those under formal review by the CDFW for listing as endangered or threatened (Section 2067).  Prior to being considered for protected status, the CDFW designates a species as being of special concern.  Species of Special Concern are wildlife species for which the CDFW has information indicating population decline.  Plant species of concern are designated by California Rare Plant Ranks, described below.

5.4)    California Environmental Quality Act

The California Environmental Quality Act (CEQA) and CEQA Guidelines (§ 15000 et seq.) require identification of environmental effects from discretionary projects.  Significant effects are to be mitigated by avoidance, minimization, rectification, or compensation whenever possible.

Effects to all state and federal listed species are considered significant under CEQA.  In addition to formally listed species, CEQA considers effects to species that are demonstrably endangered or rare as important or significant.  These definitions can include state designated species of special concern, federal candidate and proposed species, CNDDB tracked species, and CRPR list 1B and list 2 plants.

Appendix G of the CEQA Guidelines specifically addresses biological resources and encompasses a broad range of resources to be considered.

5.5)    California Natural Diversity Database

The California Natural Diversity Database (CNDDB) includes documented occurrences of special status species that have been reported to the CDFW.  It also includes ranks of overall condition of sensitive species and vegetation communities on global (throughout its range) and state (within California) levels.  State ranking is numerical, ranging from one to five (S1 to S5),

with one indicating very few remaining individuals or little remaining habitat and five indicating a demonstrably secure to ineradicable population condition.

5.6)    California Rare Plant Rank

The California Native Plant Society (CNPS) Inventory of Rare and Endangered Species includes documented occurrences of special status plant species that are available through the Consortium of California Herbaria and other sources.  The CNPS, in coordination with CDFW, has cataloged California's rare and endangered plants into lists according to population distributions and viability.  These lists are numbered and indicate the following California Rare Plant Ranks (CRPR): (1A) presumed extinct in California; (1B) rare, threatened, or endangered throughout their range; (2A) presumed extirpated in California, but more common in other states; (2B) threatened or endangered in California, but more common in other states; (3) more information is needed to establish rarity; and (4) plants of limited distribution in California (i.e., naturally rare in the wild), but whose populations do not appear to be susceptible to threat.  A CRPR may also have an extension (e.g., 1B.x) that indicates current level of threat: seriously threatened (x.1), moderately threatened (x.2), or not very threatened (x.3).

5.7)    Migratory Bird Treaty Act

The federal Migratory Bird Treaty Act (MBTA) of 1918 (16 USC 703-711) is an international treaty that makes it unlawful to take, possess, buy, sell, purchase, or barter any migratory bird listed in 50 CFR Part 10, including feathers or other parts, nests, eggs, or products, except as allowed by implementing regulations (50 CFR 21).  Executive Order 13186 ensures that environmental analyses of federal actions required by the National Environmental Policy Act (NEPA) or other established environmental review processes evaluate the effects of actions on migratory birds, with emphasis on species of concern.  Disturbance that causes nest abandonment and/or loss of reproductive effort (e.g., killing or abandonment of eggs or young) or loss of habitat upon which the birds depend could be considered "take" and constitute a violation of the MBTA.

5.8)    California Fish and Game Code, Sections 3503 and 3513

California Fish and Game Code Section 3503 prohibits take, possession, or needless destruction of bird nests or eggs except as otherwise provided by the Code; Section 3503.5 prohibits take or possession of birds of prey or their eggs except as otherwise provided by the Code; and Section 3513 provides for the adoption of the provisions of the federal Migratory Bird Treaty Act, described above.

AR005373

5.9)    Western Riverside County Multiple Species Habitat Conservation Plan

The County of Riverside, including eight (8) additional land jurisdictions and 14 cities, have prepared a Multiple Species Habitat Conservation Plan (MSHCP) for western Riverside County. The MSHCP will build upon existing preserves and provide connectivity and wildlife corridors throughout the region.  The MSHCP proposes to conserve approximately 500,000 acres and 146 different species.

The MSHCP was approved by the county on June 17, 2003 and an Implementation Agreement (IA) between the USFWS, the CDFW, and the County was executed and an associated USFWS Section 10(a)(1)(B) Permit (No. TE-088609) was issued on June 22, 2004.  The permit grants take authorization for certain species identified in the permit as "Covered Species Adequately Conserved."

The MSHCP establishes seven (7) core reserve areas and associated linkages between proposed and existing core areas.  The MSHCP divides areas into Cells using USGS coordinates.  Conservation efforts for the project site will be evaluated with regard to sensitive species identified as not adequately conserved and observed onsite, riverine/riparian or vernal pool habitat and their associated sensitive species (if located onsite), fairy shrimp, jurisdictional areas, and sage scrub.

Focused surveys are required for species identified as not adequately conserved under the MSHCP if suitable habitat is present onsite.  If focused surveys are determined necessary and species identified as not adequately conserved under the MSHCP occur onsite, the proponent may be required to undergo a Habitat Acquisition and Negotiation Strategy (HANS) determination with the County of Riverside.  If a single-family home or mobile home is to be placed on an existing legal lot, permitting will be reviewed according to the procedures outlined in MSHCP Section 6.1.1, *Expedited Review Process for Single-Family Homes or Mobile Homes to Be Located on an Existing Lot within the Criteria Area.*

<u>MSHCP Section 6.1.2 (Riparian/Riverine Habitat)</u>

Section 6.1.2 of the MSHCP requires an assessment of the potentially significant effects of the proposed project on Riparian/Riverine areas, and vernal pools as currently required by CEQA using available information augmented by project-specific mapping.  Riparian/Riverine areas and vernal pools are defined as follows:

- Riparian/Riverine Areas are lands that have flow for all or a portion of the year and which contain habitat dominated by trees, shrubs, persistent emergents, or emergent mosses and lichens, which occur close to or which depend upon soil moisture from a nearby fresh water source; or areas with fresh water flow during all or a portion of the year.

- Vernal pools are seasonal wetlands that occur in depression areas that have wetlands indicators of all three parameters (soils, vegetation, and hydrology) during the wetter portion of the growing season but normally lack wetlands indicators of hydrology and/or vegetation during the drier portion of the growing season. Obligate hydrophytes and facultative wetlands plant species are normally dominant during the wetter portion of the growing season, while upland species (annuals) may be dominant during the drier portion of the growing season. The determination that an area exhibits vernal pool characteristics, and the definition of the watershed supporting vernal pool hydrology, must be made on a case-by case basis. Such determinations should consider the length of the time the area exhibits upland and wetland characteristics and the manner in which the area fits into the overall ecological system as a wetland. Evidence concerning the persistence of an area's wetness can be obtained from its history, vegetation, soils, and drainage characteristics, uses, to which it has been subjected, and weather and hydrologic records.

With the exception of wetlands created for the purpose of providing wetlands habitat or resulting from human actions to create open waters or from the alteration of natural stream courses, areas demonstrating characteristics as described above which are artificially created are not included in these definitions.

<u>MSHCP Section 6.1.3 (Narrow Endemic Plants)</u>

Per Section 6.1.3 of the MSHCP, surveys are required for narrow endemic plants within the identified survey areas. If suitable habitat and appropriate soils are present, site-specific focused surveys are required. Focused surveys must be conducted during the appropriate season in accordance with established protocols. If the survey finds that narrow endemic plants are present, any projects with the potential to impact narrow endemic plants is subject to avoidance, minimization, and mitigation requirements.

Prior to conducting surveys for narrow endemic plant species within the, a habitat suitability assessment may be undertaken by a biologist/botanist with expertise in the plant species of concern to determine whether focused surveys for individual species are required and to focus the species-specific survey efforts. In general, habitat suitability assessments may be undertaken year-round, with the exception of vernal pool species for which habitat suitability assessments must be conducted during the rainy season.

<u>Burrowing Owl</u>

Section B (Species Accounts) of Volume 2 of the MSHCP lists the following objectives for burrowing owl conservation/protection:

Objective 1
Include within the MSHCP Conservation Area at least 27,470 acres of suitable primary habitat for the burrowing owl including grasslands.

Objective 2
Include within the MSHCP Conservation Area at least 5 Core Areas and interconnecting linkages. Core areas may include the following: (1) Lake Skinner/Diamond Valley Lake area (Existing Core C plus Proposed Extension of Existing Cores 5, 6, 7; 29,060 acres); (2) playa west of Hemet (Proposed Noncontiguous Habitat Block 7; 1,250 acres); (3) San Jacinto Wildlife Area/Mystic Lake area including Lake Perris area (Existing Core H; 17,470 acres); (4) Lake Mathews (Existing Core C plus Proposed Extension of Existing Cores 2; 23,710 acres); and (5) along the Santa Ana River (9,670 acres). The Core Areas should support a combined total breeding population of approximately 120 burrowing owls with no fewer than five pairs in any one Core area.

Objective 3
Include within the MSHCP Conservation Area at least 22,120 acres of suitable secondary habitat for the burrowing owl including playas and vernal pools, and agriculture outside of the Core Areas identified above. Areas where additional suitable habitat could be conserved include west of the Jurupa Mountains, near Temescal Wash (i.e., vicinity of Alberhill), near Temecula Creek, within the Lakeview Mountains, Banning, the Badlands, Gavilan Hills, and Quail Valley.

Objective 4
Include within the MSHCP Conservation Area the known nesting locations of the burrowing owl at Lake Perris, Mystic Lake/San Jacinto Wildlife area, Lake Skinner area, the area around Diamond Valley Lake, playa west of Hemet, Lakeview Mountains, Lake Mathews/Estelle Mountain Reserve and Sycamore Canyon Regional Park.

Objective 5
Surveys for burrowing owl will be conducted as part of the project review process for public and private projects within the burrowing owl survey area where suitable habitat is present (see Burrowing Owl Survey Area Map, Figure 6-4 of the MSHCP, Volume I). The locations of this species determined as a result of survey efforts shall be conserved in accordance with procedures described within Section 6.3.2, MSHCP, Volume I and the guidance provided below:

Burrowing owl surveys shall be conducted utilizing accepted protocols as follows. If burrowing owls are detected on the project site then the action(s) taken will be as follows:

AR005376

If the site is within the Criteria Area, then at least 90 percent of the area with long-term conservation value will be included in the MSHCP Conservation Area.  Otherwise:

1) If the site contains, or is part of an area supporting less than 35 acres of suitable habitat or the survey reveals that the site and the surrounding area supports fewer than 3 pairs of burrowing owls, then the on-site burrowing owls will be passively or actively relocated following accepted protocols.

2) If the site (including adjacent areas) supports three or more pairs of burrowing owls, supports greater than 35 acres of suitable habitat and is non-contiguous with MSHCP Conservation Area lands, at least 90 percent of the area with long-term conservation value and burrowing owl pairs will be conserved onsite.

The survey and conservation requirements stated in this objective will be eliminated when it is demonstrated that Objectives 1 – 4 have been met.

Objective 6
Pre-construction presence/absence surveys for burrowing owl within the survey area where suitable habitat is present will be conducted for all Covered Activities through the life of the permit.  Surveys will be conducted within 30 days prior to disturbance.  Take of active nests will be avoided. Passive relocation (use of one way doors and collapse of burrows) will occur when owls are present outside the nesting season.

Objective 7
Translocation sites for the burrowing owl will be created in the MSHCP Conservation Area for the establishment of new colonies.  Translocation sites will be identified, taking into consideration unoccupied habitat areas, presence of burrowing mammals to provide suitable burrow sites, existing colonies and effects to other Covered Species.  Reserve Managers will consult with the Wildlife Agencies regarding site selection prior to translocation site development.

5.10)   City of Banning General Plan

The City of Banning General Plan incorporates goals, policies, and programs to protect biological resources.  These include the following:

Goal.  A pattern of community development that supports a functional, productive, harmonious and balanced relationship between the built and natural environment.

Policy 1     The City shall continue to participate in the preservation of habitat for endangered, threatened and sensitive species.

AR005377

Program 1.A   Through the Western Riverside MSHCP, maintain an accurate and regularly updated map of sensitive plant and animal species and habitat in Banning and its planning area.

Program 1.B   The City shall participate in the Western Riverside County Multiple Species Habitat Conservation Plan.

Program 1.C   City staff shall continue to request biological resource surveys for new development.

Policy 2 As part of the development review process, the City shall evaluate projects based on their impact on existing habitat and wildlife, and for the land's value as viable open space.

Program 2.A   The City shall encourage developers to recover native and drought tolerant plant materials, and incorporate them into project landscaping, to provide or enhance habitat for local species.

Program 2.B   The City shall make available at City Hall a listing of planting materials that emphasizes native vegetation, but may also include non-native, plants that are compatible with the local environment.

AR 008238

AR005378

## 6.0)    REFERENCES

Abrams, L.  1923, 1944, 1951.  *Illustrated Flora of the Pacific States, Volumes I-III.*  Stanford University Press, Stanford, California.

Abrams, L. and R. Ferris.  1960.  *Illustrated Flora of the Pacific States, Volume IV.*  Stanford University Press, Stanford, California.

Arnett, Ross H. Jr.  2000.  *American Insects: A Handbook of the Insects of America North of Mexico.*  CRC Press, New York, New York.  1003 pp.

Baldwin, B. G., D. H. Goldman, D. J., Keil, R. Patterson, T. J. Rosatti, and D. H. Wilken, editors.  2012.  *The Jepson Manual: Vascular Plants of California, Second Edition.*  University of California Press, Berkeley.

Bauder, E. T., A. J. Bohonak, B. Hecht, M. A. Simovich, D. Shaw, D. G. Jenkins, and M. Rains.  2011.  A Draft Regional Guidebook for Applying the Hydrogeomorphic Approach to Assessing Wetland Functions of Vernal Pool Depressional Wetlands in Southern California.  San Diego State University.  San Diego, California.

BNA (The Birds of North America).  2020.  Cornell Lab of Ornithology.  Ithaca, NY.  https://birdsna.org/Species-Account/bna/home

CBOC (California Burrowing Owl Consortium).  1993.  Burrowing Owl Survey Protocol and Mitigation Guidelines.  April.

CDFG (California Department of Wildlife, formerly the California Department of Fish and Game).  2012.  Staff Report on Burrowing Owl Mitigation.  March 7.

CDFW (California Department of Fish and Wildlife).  2020a.  *Special Vascular Plants, Bryophytes, and Lichens List.*  Quarterly publication.  January.

_____.  2020b.  California Natural Diversity Database (CNDDB).  RareFind 5.

_____.  2019.  Special Animals List.  Periodic publication.  August.

_____.  2018.  California Natural Community List.  October.  https://www.wildlife.ca.gov/Data/VegCAMP/Natural-Communities

CNPS (California Native Plant Society).  2020.  Inventory of Rare and Endangered Plants of California (online edition, v8-03 0.38).  Accessed March 2020.  www.rareplants.cnps.org

Cornell Laboratory of Ornithology.  2020.  Birds of North America Online.  Accessed March 2020.  https://birdsna.org/Species-Account/bna/home

Dudek & Associates, Inc.  2003.  Western Riverside County MSHCP, Vol. I.  The Plan and Vol. II-A through E, The MSHCP Reference Document.

AR005379

eBird (Cornell Laboratory of Ornithology and National Audubon Society).  2020.  Accessed March 2020.  Online data.  www.ebird.org

Jameson, E. W. and H. J. Peeters.  1988.  *California Mammals*.  University of California Press, Berkeley.

Jepson eFlora.  2020.  Jepson Flora Project.  http://ucjeps.berkeley.edu/eflora/

MND (Mitigated Negative Declaration, author unknown).  ca. 2005.  Biological Resources Section of MND, pages 11-12.

Munz, Philip A.  1974.  *A Flora of Southern California*.  University of California Press, Berkeley, California.

NRCS (USDA Natural Resources Conservation Service).  2020.  SoilWeb online application.  https://casoilresource.lawr.ucdavis.edu/gmap/

Parker, Robert et al.  1999.  *Weeds of the West*.  The Western Society of Weed Science.  Newark, California.  630 pp.

RCA (Western Riverside County Regional Conservation Authority).  2019.  Status of Covered Species Not Adequately Conserved.  July 29.  http://www.wrc-rca.org/about-rca/annual-reports/

_____.  2006.  Burrowing Owl Survey Instructions for the Western Riverside County Multiple Species Habitat Conservation Plan Area.  http://www.wrc-rca.org/mshcp-species-survey-protocols/

Sawyer, J. O., T. Keeler-Wolf, and J. M. Evens.  2009.  *A Manual of California Vegetation, 2nd Edition*.  California Native Plant Society, Sacramento, California.  1,300 pp.

SCE (Southern California Edison).  2013.  Proponent's Environmental Assessment (PEA) in the West of Devers Upgrade Project.

Sibley, David Allen.  2000.  *The Sibley Guide to Birds*.  Alfred A. Knopf, Inc., New York, New York.  545 pp.

Stebbins, R. C.  1985.  *Western Reptiles and Amphibians*.  Houghton Mifflin Company, Boston Mass.

USFWS (U. S. Fish and Wildlife Service.  2020.  Information for Planning and Consultation (IPaC).  Accessed March 2020.  https://ecos.fws.gov/ipac/

USGS (U. S. Geological Survey).  1988.  *Beaumont, California* 7.5-Minute topographic map.  USGS, Denver, Colorado.

WRCC (Western Regional Climate Center).  2018.  Precipitation Maps: PRISM Precipitation Maps 1981-2010.  https://wrcc.dri.edu/Climate/prism_precip_maps.php

_____.  2020.  Monthly Summary Time Series Precipitation Data for the Beaumont RAWS.  https://wrcc.dri.edu/

AR005380

## APPENDIX A: PLANT AND WILDLIFE SPECIES

List of plant and vertebrate animal species identified on the site during the survey.  One asterisk (*) indicates a non-native species; two asterisks (**) indicates a special status species.

| *Scientific Name* | Common Name |
|---|---|
| **VASCULAR PLANTS** | |
| **DICOTYLEDONS** | |
| | |
| **Gymnosperms** | |
| | |
| PINACEAE | PINE FAMILY |
| *   *Pinus species* | Unid. ornamental pine |
| | |
| **Angiosperms** | |
| | |
| ANACARDIACEAE | SUMAC or CASHEW FAMILY |
| *   *Schinus molle* | Peruvian pepper tree |
| | |
| ASTERACEAE | ASTER FAMILY |
| *Ambrosia acanthicarpa* | Annual bur-sage, annual sandbur |
| *Baccharis salicifolia (B. glutinosa)* | Mulefat |
| *Baccharis species (pilularis?)* | Unid. baccharis |
| *   *Centaurea melitensis* | Tocalote |
| *Corethrogyne filaginifolia var. filaginifolia (Lessingia filaginifolia)* | California-aster, sand-aster |
| *Erigeron canadensis (Conyza canadensis)* | Horseweed, mare's tail |
| *Helianthus annuus* | Western sunflower |
| *Heterotheca grandiflora* | Telegraph weed |
| *   *Sonchus oleraceus* | Common sow thistle |
| | |
| BORAGINACEAE | BORAGE OR WATERLEAF FAMILY |
| *Amsinckia intermedia (A. menziesii var. intermedia)* | Large flower rancher's fiddleneck |
| | |
| BRASSICACEAE | MUSTARD FAMILY |
| *   *Hirschfeldia incana (Brassica geniculata)* | Shortpod mustard |
| | |
| CHENOPODIACEAE | GOOSEFOOT FAMILY |
| *   *Salsola tragus* | Russian thistle |
| | |
| EUPHORBIACEAE | SPURGE FAMILY |
| *Croton setiger (C. setigerus, Eremocarpus setiger, E. setigerus)* | Turkey-mullein, doveweed |
| | |
| FABACEAE | LEGUME FAMILY, PEA FAMILY |
| *   *Acacia longifolia* | Sydney golden wattle |

*Habitat Assessment*
*APN 419-140-057, City of Banning, Riverside County, California*                              *March 2020*

| **Scientific Name** | **Common Name** |
|---|---|
| *Lupinus bicolor* | Miniature lupine, dove lupine |
| *Parkinsonia microphylla* | Little-leaved palo verde |
| (*Cercidium microphyllum*) | |
| *   *Vicia villosa* | Winter vetch |

GERANIACEAE | GERANIUM FAMILY
*   *Erodium cicutarium* | Redstem filaree

LAMIACEAE | MINT FAMILY
*   *Marrubium vulgare* | Horehound
*Trichostema lanceolatum* | Vinegar weed

MYRTACEAE | MYRTLE FAMILY, EUCALYPTUS FAMILY
*   *Eucalyptus species* | Ornamental eucalyptus, gumtree

POLYGONACEAE | BUCKWHEAT FAMILY
*Eriogonum elongatum* | Long-stem wild buckwheat, wand buckwheat
*Eriogonum fasciculatum* | California buckwheat

ROSACEAE | ROSE FAMILY
*   *Pyracantha coccinea* | Firethorn

SALICACEAE | WILLOW FAMILY
*Salix species* | Unid. willow

SOLANACEAE | NIGHTSHADE FAMILY
*Datura wrightii (D. meteloides)* | Jimsonweed, tolguacha
*   *Nicotiana glauca* | Tree tobacco
*Solanum species* | Nightshade

**MONOCOTYLEDONS**

ARECACEAE | PALM FAMILY
*   *Washingtonia robusta* | Mexican fan palm, ornamental fan palm

POACEAE | GRASS FAMILY
*   *Avena species* | Unid. wild oat
*   *Bromus diandrus (B. rigidus)* | Ripgut brome
*   *Bromus madritensis ssp. rubens* | Red brome
   (*B. rubens*) |
*   *Bromus tectorum* | Cheatgrass
*   *Schismus barbatus* | Mediterranean grass

**AR005382**

| **Scientific Name** | **Common Name** |
| --- | --- |
| **VERTEBRATES** | |
| | |
| **Reptiles** | |
| | |
| Iguanidae | Iguanid Lizards |
| *Uta stansburiana* | Side-blotched lizard |
| | |
| **Birds** | |
| | |
| Accipitridae | Hawks, Eagles, and Harriers |
| *Buteo jamaicensis* | Red-tailed hawk |
| | |
| Columbidae | Pigeons and Doves |
| * *Columba livia* | Rock dove, common pigeon |
| *Zenaida macroura* | Mourning dove |
| | |
| Corvidae | Crows and Jays |
| *Corvus corax* | Common raven |
| | |
| Fringillidae | Finches |
| *Spinus (Carduelis) psaltria* | Lesser goldfinch |
| *Haemorhous (Carpodacus) mexicanus* | House finch |
| | |
| Icteridae | Blackbirds |
| *Sturnella neglecta* | Western meadowlark |
| | |
| Passerellidae | New World Sparrows |
| *Passerculus sandwichensis* | Savannah sparrow |
| *Zonotrichia leucophrys* | White-crowned sparrow |
| | |
| Trochilidae | Hummingbirds |
| *Calypte anna* | Anna's hummingbird |
| | |
| Tyrannidae | Tyrant Flycatchers |
| *Sayornis saya* | Say's phoebe |
| | |
| **Mammals** | |
| | |
| Geomyidae | Pocket Gophers |
| *Thomomys bottae* | Botta's pocket gopher (sign) |
| | |
| Leporidae | Rabbits |
| *Sylvilagus audubonii* | Audubon's cottontail |
| | |
| Sciuridae | Squirrels |
| *Spermophilus beecheyi* | California ground squirrel |

**AR005383**

Documented occurrences refers to species occurrences in the California Natural Diversity Database (CNDDB) unless otherwise noted.  For plant species that are not tracked in the CNDDB, records from the Consortium of California Herbaria (CCH) may be used. eBird (eBird.org) records of bird observations from 'citizen scientists' are noted but should be interpreted with caution.

Federal designations: (Federal Endangered Species Act, U. S. Fish and Wildlife Service):

| | |
|---|---|
| END: | Federally listed, endangered: an animal or plant in danger of extinction within the foreseeable future throughout all or a significant portion of its range. |
| THR: | Federally listed, threatened: an animal or plant which is likely to become an Endangered species within the foreseeable future throughout all or a significant portion of its range. |
| Cand | Candidate for federal listing as threatened or endangered: species that has been studied by the U.S. Fish and Wildlife Service, and the Service has concluded that it should be proposed for addition to the Federal Endangered and Threatened species list. |
| Prop | Proposed for federal listing as Endangered or Threatened under Section 4 of the Endangered Species Act. |
| Delisted: | Previously federally listed as endangered or threatened, but is no longer listed (e.g., due to recovery). |
| None: | The species has no federal conservation status. |
| BGEPA: | Federal Bald and Golden Eagle Protection Act: protects bald and golden eagles. |
| BCC: | USFWS Bird of Conservation Concern: migratory and non-migratory bird species (beyond those already designated as Federally threatened or endangered) that represent USFWS highest conservation priorities. |

State designations: (California Endangered Species Act, California Dept. of Fish and Wildlife)

| | |
|---|---|
| END: | State listed, endangered: a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant which is in serious danger of becoming extinct throughout all, or a significant portion, of its range due to one or more causes, including loss of habitat, change in habitat, overexploitation, predation, competition, or disease. |
| CanE: | Candidate Endangered: a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant that the Fish and Game Commission has formally noticed as being under review by the Department of Fish and Wildlife for addition to the list of endangered species, or a species for which the commission has published a notice of proposed regulation to add the species to the list of endangered species. |
| CanF: | Candidate Threatened: a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant that the Fish and Game Commission has formally noticed as being under review by the Department of Fish and Wildlife for addition to the list of threatened species, or a species for which the commission has published a notice of proposed regulation to add the species to the list of threatened species. |
| THR: | State listed, threatened: a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant that, although not presently threatened with extinction, is likely to become an endangered species in the foreseeable future in the absence of special protection and management efforts. |
| RARE: | State listed as rare: a native plant species, subspecies, or variety when, although not presently threatened with extinction, it is in such small numbers throughout its range that it may become endangered if its present environment worsens (Native Plant Protection Act of 1977). |
| SSC: | CDFW Species of Special Concern: vertebrate species of concern due to declining population levels, limited ranges, and/or continuing threats that have made them vulnerable to extinction. |
| FP: | Fully Protected: California Fish and Game Code states that Fully Protected species "...may not be taken or possessed at any time and no provision of this code or any other law shall be construed to authorize the issuance of permits or licenses to take any fully protected" species, although take may be authorized for necessary scientific research. |
| Delisted: | Previously state listed as threatened or endangered, but no longer listed (e.g., due to recovery). |
| SA: | CDFW Special Animal: wildlife of state conservation concern. |
| SH: | All California sites are historical. |
| None: | The species has no state conservation status. |

State Rank (S Rank): A reflection of the condition and imperilment of an element (plant, animal, vegetation community) throughout its range within the state. The S ranks are determined through a combination of rarity, threat, and trend factors, weighted more heavily on the rarity factors. Where correct category is uncertain, the S rank includes two categories or a question mark. Older ranks, which need to be updated, may still contain a decimal "threat" rank of .1, .2, or .3, where .1 indicates very threatened status, .2 indicates moderate threat, and .3 indicates few or no current known threats.

AR 008244

AR005384

S1:    Critically imperiled: imperiled in the state because of extreme rarity or some factor(s) making it especially vulnerable to extirpation from the state.

S2:    Imperiled: imperiled in the state because of rarity due to very restricted range, very few populations, steep declines, or other factors making it very vulnerable to extirpation from the state or nation.

S3:    Vulnerable: vulnerable in the state due to a restricted range, relatively few populations, recent and widespread declines, or other factors making it vulnerable to extirpation. S4:   Apparently secure: uncommon but not rare, some cause for long-term concern due to declines or other factors.

S5:    Secure: common, widespread, and abundant in the state.

SH:    Possibly extirpated: species or community occurred historically in the state, and there is some possibility that it may be rediscovered. The element has not been seen for at least 20 years, but suitable habitat still exists.

SX:    Presumed extirpated: species or community is believed to be extirpated from the state.

California Rare Plant Rank (CRPR): The *California Rare Plant Ranks* are a ranking system originally developed by the California Native Plant Society (CNPS) to better define and categorize rarity in California's plants. These ranks were previously known as the CNPS lists but were renamed to the *California Rare Plant Ranks* to better reflect the joint effort among the CNPS, the CDFW, and a wide range of botanical experts, who work together to assign a rarity ranking.

1A:    Plants presumed extinct in California and rare/extinct elsewhere.

1B:    Plants rare, threatened, or endangered in California and elsewhere.

2A:    Plants presumed extirpated in California, but more common elsewhere.

2B:    Plants rare, threatened, or endangered in California but more common elsewhere.

3:    Plants about which we need more information.

4:    Plants of limited distribution.

X.1:    Extension to CRPR (e.g., 1B.1): seriously threatened in California.

X.2:    Extension to CRPR (e.g., 1B.2): fairly threatened in California.

X.3:    Extension to CRPR (e.g., 1B.3): not very threatened in California.

CBR:    Considered but rejected.

Western Riverside County Multiple Species Habitat Conservation Plan: Applied to species that are covered under state and federal permits for the MSHCP.

NAC: Species Not Adequately Conserved

AC:   Species Adequately Conserved

(a):   Surveys may be required for these species as part of wetlands mapping as described in Section 6.1.2 of the MSHCP.

(b):   Surveys may be required for these species within Narrow Endemic Plant Species survey area as described in Section 6.1.3 of the MSHCP.

(c):   Surveys may be required for these species within locations shown on survey maps as described in Section 6.3.2 of the MSHCP.

(d):   Surveys may be required for these species within Criteria Area as described in Section 6.3.2 of the MSHCP.

(e):   These Covered Species will be considered Adequately Conserved when conservation requirements identified in species-specific conservation objectives have been met. Species-specific conservation objectives for these species are presented in Section 9.0 of the MSHCP. Please refer to Table 9-3 of the MSHCP for specific conservation objectives that must be met for these species prior to including them on the list of Covered Species Adequately Conserved.

(f):   These Covered Species will be considered Adequately Conserved when a Memorandum of Understanding is executed with the U.S. Forest Service that addresses management for these species on Forest Service Land. Refer to Table 9-3 of the MSHCP.

No entry: Not a Covered Species

Definitions of occurrence probability:

These definitions provide general guidance. Classifications for individual species may be modified based on biologists' experience and expert opinion.

*Occurs:*    Species was detected during surveys or previously documented on the Project site or adjacent areas.

*High:*    Species documented in the vicinity (i.e., within 5 miles) of the Project site and suitable habitat is present, but species not detected during surveys.

*Moderate:*    Species documented in the vicinity of the Project site or suitable habitat present and site is within

AR005385

| | |
|---|---|
| *Low:* | Species not documented in the vicinity of the Project site or suitable habitat is marginal. |
| *Not Expected:* | Species not documented in the vicinity of the Project site and suitable habitat marginal or absent, or site is not within geographic and elevational range of the species. |
| *Absent:* | No potential for the species to occur due to lack of habitat, geographic or elevation range, species life history, survey results, etc. |
| *Unknown:* | No focused surveys have been performed in the region, and the species' distribution and habitat are poorly known. |

geographic and elevational range of the species.

**APPENDIX B: POTENTIALS FOR OCCURRENCE**

AR005387

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| **Plants** | | | | |
| *Abronia villosa var. aurita* Chaparral sand-verbena | Annual herb. Sandy soils in chaparral, coastal scrub, desert dunes at 75-1600m elevation. Southern CA, Arizona, Baja. | (Jan)Mar-Sep | Fed: None Calif: S2 CRPR: 1B.1 | Not expected: no or marginal suitable habitat. One documented occurrence within 5 mi. |
| *Allium marvinii* Yucaipa onion | Perennial bulbiferous herb. Clay soils in openings in chaparral at 760-1065m. Riverside and San Bernardino Cos. | Apr-May | Fed: None Calif: S1 CRPR: 1B.2 MSHCP: AC b | Absent: no suitable habitat. One documented occurrence within 5 mi. in CNDDB and one in published report for another project. |
| *Antennaria marginata* White-margined everlasting | Perennial stoloniferous herb. Upper and lower montane coniferous forest at 2120-3353m elevation. San Bernardino Co., W US, Sonora, Mexico. | May-Aug | Fed: None Calif: S1 CRPR: 2B.3 | Absent: outside elevation range, no suitable habitat. |
| *Arenaria lanuginosa var. saxosa* Rock sandwort | Perennial herb. Mesic, sandy soils in upper montane coniferous forest, subalpine coniferous forest at 1455-2600m elevation. San Bernardino Co., western US and Baja. | Jul-Aug | Fed: None Calif: S2 CRPR: 2B.3 | Absent: outside elevation range, no suitable habitat. |
| *Astragalus hornii var. hornii* **Horn's milk**-vetch | Annual herb. Alkaline soils along lake margins, meadows and seeps and playas at 60-850m elevation. San Bernardino, Inyo, Kern, Tulare(?) Co and Nevada. San Joaquin Valley, South Coast, Western Transverse Ranges, W edge of the Mojave Desert. | May-Oct | Fed: None Calif: S1 CRPR: 1B.1 | Not expected: no suitable habitat. One documented occurrence within 5 mi. |
| *Astragalus lentiginosus var. borreganus* *Borrego milk-vetch* | Annual herb. Sandy soils in Mojavean and Sonoran desert scrub at 30-895m elevation. Imperial, Riverside, San Bernardino, San Diego Cos., AZ, NV, Baja and Sonora. Not tracked in CNDDB. | Feb-May | Fed: None Calif: S4 CRPR: 4.3 | Not expected: no suitable habitat. |
| *Astragalus lentiginosus var. coachellae* Coachella Valley milk-vetch | Annual/perennial herb. Sandy soils in Sonoran desert scrub, desert dunes at 40-655m elevation. Riverside Co. | Feb-May | Fed: END Calif: S1 CRPR: 1B.2 | Not expected: no suitable habitat. One documented occurrence within 5 mi. |
| *Astragalus pachypus var. jaegeri* **Jaeger's milk**-vetch | Perennial shrub. Sandy or rocky soils in chaparral, cismontane woodland, coastal scrub, valley and foothill grassland at 365-975m elevation. Riverside and San Diego Cos. | Dec-Jun | Fed: None Calif: S1 CRPR: 1B.1 MSHCP: AC | Low: no or marginal suitable habitat with ongoing disturbance, not observed during survey. Five documented occurrences within 5 mi. |

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Atriplex coronata var. notatior* San Jacinto Valley crownscale | Annual herb. Alkaline soils in playas, mesic areas of valley and foothill grassland, vernal pools at 139-500m elevation. Western Riverside Co., Kern Co. | Apr-Aug | Fed: END Calif: S1 CRPR: 1B.1 MSHCP: AC d | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Atriplex pacifica* South Coast saltscale | Annual herb. Coastal bluff scrub, coastal dunes, coastal scrub, playas at sea level to 140m elevation. LA, Orange, Riverside, Santa Barbara, San Diego, Ventura Cos. and Channel Islands. | Mar-Oct | Fed: None Calif: S2 CRPR: 1B.2 | Not expected: no suitable habitat, above elevation range. No documented occurrences within 5 mi. |
| *Atriplex parishii* **Parish's brittlescale** | Annual herb. Floodplains with alkali scrub, alkali playas, vernal pools, and alkali grasslands: southern California and Baja: 25-1900m elevation. | Jun - Oct | Fed: None Calif: S1 CRPR: 1B.1 MSHCP: AC d | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Atriplex serenana var. davidsonii* Davidson's saltscale | Annual herb. Alkaline soils in coastal bluff scrub, coastal scrub, floodplains with alkali scrub, alkali playas, vernal pools, and alkali grasslands: Channel Islands, coastal and cismontane southern California: 10-200m elevation. | Apr - Oct | Fed: None Calif: S1 CRPR: 1B.2 MSHCP: AC d | Not expected: no suitable habitat, above elevation range. No documented occurrences within 5 mi. |
| *Boechera parishii* **Parish's** rockcress | Perennial herb. Rocky areas, quartzite on clay or sometimes carbonate soils in pebble plains, pinyon and juniper woodland, and upper montane coniferous forest at 1770-2990m elevation. San Bernardino Co. | Apr-May | Fed: None Calif: S2 CRPR: 1B.2 | Not expected: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Boechera peirsonii* San Bernardino rockcress | Perennial herb. Rocky areas in subalpine coniferous forest at 2700-3200m elevation. San Gorgonio Mt. in San Bernardino Co. | Mar-Aug | Fed: None Calif: S1 CRPR: 1B.2 | Absent: well below elevation range, no suitable habitat. No documented occurrences within 5 mi. |
| *Botrychium crenulatum* Scalloped moonwort | Perennial rhizomatous herb. Bogs and fens, meadows and seeps, freshwater marshes and swamps, upper and lower montane coniferous forest at 1268-3280m elevation. N and S CA, western US. | Jun-Sep | Fed: None Calif: S3 CRPR: 2B.2 | Absent: well below elevation range, no suitable habitat. No documented occurrences within 5 mi. |
| *Brodiaea filifolia* Thread-leaved brodiaea | Perennial bulbiferous herb. Often on clay soils in chaparral openings, cismontane woodland, coastal scrub, playas, valley and foothill grassland, and vernal pools at 25-1120m elevation. LA, Orange, Riverside, San Bernardino, and San Diego Co: scattered in Southern CA foothills & valleys. | Mar-Jun | Fed: THR Calif: END, S2 CRPR: 1B.1 MSHCP: AC d | Low: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |

**AR005389**

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Calochortus palmeri var. palmeri* **Palmer's** mariposa-lily | Perennial bulbiferous herb. Mesic soils in chaparral, lower montane coniferous forest, meadows and seeps at 710-2390m elevation. Kern, LA, Riverside, Santa Barbara, San Bernardino, San Luis Obispo, Ventura Co. | Apr-Jul | Fed: None Calif: S2 CRPR: 1B.2 | Low: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |
| *Calochortus plummerae* Plummer's mariposa lily | Perennial bulbiferous herb. Granitic rocky soils in chaparral, cismontane woodland, coastal scrub, lower montane coniferous forest, valley and foothill grassland at 100-1700m elevation. LA, Orange, Riverside, San Bernardino, Ventura Co. | May-Jul | Fed: None Calif: S4 CRPR: 4.2 MSHCP: AC | Low: no or marginal suitable habitat with ongoing disturbance. Seven documented occurrences within 5 mi., six in the Badlands, one near Banning from 1926 and not found during surveys in 1989-1991, possibly extirpated by development. |
| *Castilleja lasiorhyncha* San Bernardino Mountain's owl's-clover | Hemiparasitic annual herb. Mesic areas in chaparral, montane meadows, pebble plains, riparian woodland, upper montane coniferous forest at 1300-2390m elevation. Moist edges of springs/seeps on clay soil, wet meadows, openings in coniferous forest. Riverside, San Diego, San Bernardino Co.: San Bernardino Mts, San Jacinto Mts. | May-Aug | Fed: None Calif: S2? CRPR: 1B.2 | Absent: well below elevation range, no suitable habitat. No documented occurrences within 5 mi. |
| *Castilleja montigena* Heckard's paintbrush | Hemiparasitic perennial herb. Pinyon and juniper woodland, upper and lower montane coniferous forest at 1950-2800m elevation. San Bernardino Mts. Not tracked in CNDDB. | May-Aug | Fed: None Calif: S3 CRPR: 4.3 | Absent: well below elevation range, no suitable habitat. |
| *Caulanthus simulans* Payson's jewelflower | Annual herb. Chaparral, coastal scrub, pinyon-juniper woodland at 90-2200m elevation. North-facing slopes and ridgelines on sandy-granitic soils, frequently on steep rocky slopes, in burned areas, or disturbed sites such as streambeds. Western Riverside Co., San Diego Co. | (Feb)Mar-May(Jun) | Fed: None Calif: S4 CRPR: 4.2 MSHCP: AC | Not expected: no or marginal suitable habitat with ongoing disturbance. One documented occurrence within 5 mi. from 1968 in burned chaparral in foothills of San Jacinto Mts. |
| *Centromadia pungens* ssp. *laevis* Smooth tarplant | Annual herb. Alkaline soils in chenopod scrub, meadows and seeps, playas, riparian woodland, valley and foothill grassland at 0-1170m elevation. Also fallow fields, drainage ditches: mainly in SW Riverside Co., a few sites in interior valleys of LA, San Bernardino, San Diego Co. | Apr-Sep | Fed: None Calif: S2 CRPR: 1B.1 MSHCP: AC d | Low: no or marginal suitable habitat with ongoing disturbance. No senesced plants observed during survey. Four documented occurrences within 5 mi., in the Badlands and along Potrero Creek. |

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Chorizanthe leptotheca* Peninsular spineflower | Annual herb. Granitic soils and alluvial fans in chaparral, coastal scrub, lower montane coniferous forest at 300-1900m elevation. Riverside, San Bernardino, San Diego Co., Baja. Not tracked in the CNDDB. | May-Aug | Fed: None Calif: S3 CRPR: 4.2 MSHCP: AC | Not expected: no or marginal suitable habitat with ongoing disturbance. |
| *Chorizanthe parryi* var. *parryi* Parry's spineflower | Annual herb. Sandy or rocky soils and openings in chaparral, cismontane woodland, coastal scrub, valley and foothill grassland at 275-1220m elev. LA, Riverside, San Bernardino Co. | Apr-Jun | Fed: None Calif: S2 CRPR: 1B.1 MSHCP: AC | Low: no or marginal suitable habitat with ongoing disturbance. Seven documented occurrences within 5 mi., closest is about 2 mi. south in the Badlands. |
| *Chorizanthe xanti* var. *leucotheca* White-bracted spineflower | Annual herb. Sandy or gravelly soil in coastal scrub (alluvial fans), Mojavean desert scrub, pinyon and juniper woodlands at 300-1300m elevation. LA, Riverside, San Bernardino, San Diego Co. | Apr-Jun | Fed: None Calif: S3 CRPR: 1B.2 | Not expected: no suitable habitat. One documented occurrence within 5 mi. along San Gorgonio River wash. |
| *Deinandra mohavensis* Mojave tarplant | Annual herb. Mesic areas in chaparral, coastal scrub, riparian scrub at 640-1600m. Inyo, Kern, Riverside, San Diego, Tulare Cos. Presumed extirpated in San Bernardino Co. | (May)Jun-Oct (Jan) | Fed: None Calif: END, S2 CRPR: 1B.3 MSHCP: NAC e | Not expected: no suitable habitat. Two documented occurrences within 5 mi. in foothills of San Jacinto Mts. |
| *Deinandra (Hemizonia) paniculata* Paniculate tarplant | Annual herb. Usually vernally mesic areas, sometimes sandy. Coastal scrub, valley and foothill grassland, vernal pools at 25-940m elevation. Orange, Riverside, Santa Barbara, San Bernardino, San Diego, San Luis Obispo Co., Baja. Not tracked in the CNDDB. | (Mar) Apr-Nov | Fed: None Calif: S4 CRPR: 4.2 | Low: no or marginal suitable habitat with ongoing disturbance. |
| *Delphinium parishii ssp. subglobosum* Colorado Desert larkspur | Perennial herb. Chaparral, cismontane woodland, pinyon and juniper woodland, Sonoran desert scrub at 600-1800m elevation. Imperial, Riverside, San Diego Cos. and Baja. Not tracked in the CNDDB. | Mar-Jun | Fed: None Calif: S4 CRPR: 4.3 | Not expected: no suitable habitat. |
| *Delphinium parryi ssp. purpureum* Mt. Pinos larkspur | Perennial herb. Chaparral, Mojavean desert scrub, pinyon and juniper woodland at 1000-2600m elevation. Kern, Santa Barbara, Ventura, Riverside, San Bernardino Cos. Not tracked in the CNDDB. | May-Jun | Fed: None Calif: S4 CRPR: 4.3 | Not expected: no suitable habitat, below elevation range |

AR 008251

**AR005391**

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Diplacus johnstonii* Johnston's monkeyflower | Annual herb. Disturbed areas, scree, rocky or gravelly soils, roadsides in lower montane coniferous forest at 975-2920m elevation. LA and San Bernardino Co. Not tracked in CNDDB. | (Apr)May-Aug | Fed: None Calif: S4 CRPR: 4.3 | Not expected: no suitable habitat, below elevation range |
| *Dodecahema leptoceras* Slender-horned spineflower | Annual herb. Open, sandy alluvial benches in valleys & canyons. Chaparral, coastal scrub, alluvial scrub, cismontane woodland at 200-760m elevation. LA, Riverside, San Bernardino Co. San Fernando Valley, Santa Ana River Valley, W Riverside Co. | Apr-Jun | Fed: END Calif: END, S1 CRPR: 1B.1 MSHCP: AC b | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Dudleya multicaulis* Many-stemmed dudleya | Perennial herb. Often on clay soils in chaparral, coastal scrub, valley and foothill grassland at 15-790m elevation. LA, Orange, Riverside, San Bernardino, San Diego Co. | Apr-Jul | Fed: None Calif: S2 CRPR: 1B.2 MSHCP: AC b | Absent: no suitable habitat. No documented occurrences within 5 mi. |
| *Eriastrum densifolium* ssp. *sanctorum* Santa Ana River woollystar | Perennial herb. Sandy or gravelly soils in chaparral, coastal scrub (alluvial fans and plains) at 91-610m elevation. Orange, Riverside, San Bernardino Co., endemic to Santa Ana River watershed. | Apr-Sep | Fed: END Calif: END, S1 CRPR: 1B.1 MSHCP: AC | Not expected: no suitable habitat, above elevation range. No documented occurrences within 5 mi. |
| *Eriogonum kennedyi var. alpigenum* Southern alpine buckwheat | Perennial herb. Granitic, gravelly soils in alpine boulder and rock field, subalpine coniferous forest at 2600-3500m elevation. LA, Ventura, San Bernardino Cos. | Jul-Sep | Fed: None Calif: S3 CRPR: 1B.3 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Erythranthe purpurea* Little purple monkeyflower | Annual herb. Meadows and seeps, pebble plain, upper montane coniferous forest at 1900-2300m elevation. Riverside and San Bernardino Cos., Baja. | May-Jun | Fed: None Calif: S2 CRPR: 1B.2 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Galium angustifolium* ssp. *jacinticum* San Jacinto Mountains bedstraw | Perennial herb. Partially shady or open lower montane mixed and coniferous forest at 1350-2100m. Riverside Co. (San Jacinto and Santa Rosa Mts) and San Diego Co. (Laguna and Volcan Mts). | Jun-Aug | Fed: None Calif: S2? CRPR: 1B.3 MSHCP: AC b | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Galium californicum* ssp. *primum* Alvin meadow bedstraw | Perennial herb. Granitic, sandy soil in chaparral, lower montane coniferous forest at 1350-1700m elevation. Riverside, San Bernardino Co. | May-Jul | Fed: None Calif: S2 CRPR: 1B.2 MSHCP: NAC f | Not expected: no suitable habitat, below elevation range. No documented occurrences within 5 mi. |

AR 008252

AR005392

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Galium johnstonii* Johnston's bedstraw | Perennial herb. Chaparral, lower montane coniferous forest, pinyon and juniper woodland, riparian woodland at 1220-2300m elevation. LA, Riverside, San Bernardino, San Diego Co. Not tracked in CNDDB. | Jun-Jul | Fed: None Calif: S4 CRPR: 4.3 | Not expected: no suitable habitat, below elevation range |
| *Gentiana fremontii* Fremont's gentian | Annual herb. Mesic meadows and seeps, upper montane coniferous forest at 2400-2700m elevation. San Bernardino and San Diego Cos., SW US, central NW US. | Jun-Aug | Fed: None Calif: S2 CRPR: 2B.3 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Gilia leptantha* ssp. *leptantha* San Bernardino gilia | Annual herb. Sandy or gravelly soils in lower montane coniferous forest at 1500-2560m elevation. San Bernardino Co. | Jun-Aug | Fed: None Calif: S2 CRPR: 1B.3 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Heuchera parishii* Parish's alumroot | Perennial rhizomatous herb. Rocky, sometimes carbonate soils in alpine boulder and rock field, subalpine and montane coniferous forest at 1500-3800m elevation. Riverside and San Bernardino Cos. | Jun-Aug | Fed: None Calif: S3 CRPR: 1B.3 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Hordeum intercedens* Vernal barley | Annual grass. Saline flats and depressions in valley and foothill grassland, vernal pools at 5-1000m elevation. Southern, Central CA, Channel Islands. Not tracked in CNDDB. | Mar-Jun | Fed: None Calif: S3S4 CRPR: 3.2 MSHCP: AC | Low: no or marginal suitable habitat with ongoing disturbance. |
| *Horkelia cuneata* ssp. *puberula* Mesa horkelia | Perennial herb. Sandy or gravelly soils in maritime chaparral, cismontane woodland, coastal scrub at 70-810m elevation. LA, Orange, Riverside, Santa Barbara, San Bernardino, San Diego, San Luis Obispo, Ventura Co. | Feb-Jul(Sep) | Fed: None Calif: S1 CRPR: 1B.1 | Not expected: no suitable habitat. One documented occurrence within 5 mi. from 1921 mapped near Banning, possibly extirpated. |
| *Hulsea vestita* ssp. *callicarpha* Beautiful hulsea | Perennial herb. Rocky or gravelly granitic soils in chaparral and lower montane coniferous forest at 915-3050m elevation. Riverside and San Diego Cos. Not tracked in CNDDB. | May-Oct | Fed: None Calif: S4 CRPR: 4.2 MSHCP: AC | Not expected: no suitable habitat. |
| *Hulsea vestita* ssp. *parryi* Parry's sunflower | Perennial herb. Granitic or carbonate soils, rocky areas, openings in pinyon and juniper woodlands, upper and lower montane coniferous forest at 1370-2895m elevation. Kern, LA, Mono, San Bernardino, Ventura Cos. Not tracked in CNDDB. | Apr-Aug | Fed: None Calif: S4 CRPR: 4.3 | Absent: no suitable habitat, well below elevation range. |

**AR005393**

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Hulsea vestita ssp. pygmaea* Pygmy hulsea | Perennial herb. Granitic, gravelly soils in alpine boulder and rock field and subalpine coniferous forest at 2835 to 3900m elevation. San Bernardino and Tulare Cos. | Jun-Oct | Fed: None Calif: S1 CRPR: 1B.3 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Imperata brevifolia* California satintail | Perennial rhizomatous herb. Mesic areas in chaparral, coastal scrub, Mojavean desert scrub, meadows and seeps (often alkali), riparian scrub at 0-1215m elevation.  Scattered location throughout CA, SW US, Baja. | Sep-May | Fed: None Calif: S3 CRPR: 2B.1 | Not expected: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |
| *Juglans californica* Southern California black walnut | Perennial deciduous tree. Alluvial soils in chaparral, cismontane woodland, coastal scrub, riparian woodland at 50-900m elevation. LA, Orange, Riverside, Santa Barbara, San Bernardino, San Diego, Ventura Co. Not tracked in CNDDB. | Mar-Aug | Fed: None Calif: S4 CRPR: 4.2 MSHCP: AC | Absent: no suitable habitat, conspicuous tree not observed during surveys. |
| *Juncus duranii* Duran's rush | Perennial rhizomatous herb.  Mesic areas in lower montane coniferous forest, meadows and seeps, upper montane coniferous forest at 1769-2804m elevation. LA, Riverside, San Bernardino Co. Not tracked in CNDDB. | Jul-Aug | Fed: None Calif: S3 CRPR: 4.3 | Absent: no or marginal suitable habitat, well below elevation range, not observed during survey. |
| *Lasthenia glabrata spp. coulteri* Coulter's goldfields | Annual herb. Coastal salt marshes and swamps, playas, vernal pools at 1-1220m elevation. Scattered locations in CA, Baja. | Feb-Jun | Fed: None Calif: S2 CRPR: 1B.1 MSHCP: AC d | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Lepechinia cardiophylla* Heart-leaved pitcher sage | Perennial shrub, fire follower. Closed-cone coniferous forest, chaparral, cismontane woodland, oak woodland at 520-1370m elevation. Santa Ana Mts of Orange and Riverside Co., Iron Mt. in San Diego Co., and coastal mts. of Baja. Most (possible all) pops. in CA are in Cleveland National Forest. | Apr-Jul | Fed: None Calif: S2S3 CRPR: 1B.2 MSHCP: AC d | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Lepidium virginicum* var. *robinsonii* Robinson's pepper-grass | Annual herb. Chaparral, coastal scrub at 1-885m elevation. LA, Orange, Riverside, Santa Barbara, San Bernardino, San Diego, Ventura Co., Santa Cruz Island. | Jan-Jul | Fed: None Calif: S3 CRPR: 4.3 | Not expected: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |

**AR 008254**

**AR005394**

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Lilium humboldtii ssp. ocellatum* Ocellated Humboldt lily | Perennial bulbiferous herb. Openings in chaparral, cismontane woodland, coastal scrub, lower montane coniferous forest, riparian woodland at 30-1800m elevation. LA, Orange, Riverside, Santa Barbara, San Bernardino, San Diego, Ventura Co, some Channel Islands. Lower stream benches in riparian corridors in lower montane coniferous forest and coastal chaparral or shaded, dry slopes beneath a dense oak or conifer canopy. Not tracked in CNDDB. | Mar-Jul(Aug) | Fed: None Calif: S4? CRPR: 4.2 MSHCP: NAC f | Not expected: no suitable habitat. |
| *Lilium parryi* Lemon lily | Perennial bulbiferous herb. Mesic soils in upper and lower montane coniferous forest, riparian forest, meadows and seeps at 1220-2745m elevation. LA, Riverside, San Bernardino, San Diego Co, Arizona, Sonora Mex. | Jul-Aug | Fed: None Calif: S3 CRPR: 1B.2 MSHCP: NAC f | Not expected: no or marginal suitable habitat with ongoing disturbance, below elevation range. No documented occurrences within 5 mi. |
| *Lycium torreyi* Torrey's box-thorn | Perennial shrub. Sandy, rocky, washes, streambanks, desert valleys in Mojavean and Sonoran desert scrub from below sea level to 1220m elevation. S CA, SW US, Sonora, Mexico. Not tracked in CNDDB. | (Jan-Feb)Mar-Jun(Sep-Nov) | Fed: None Calif: S3 CRPR: 4.2 | Not expected: no suitable habitat, not observed during survey. |
| *Malaxis monophyllos var. brachypoda* White bog adder's-mouth | Perennial bulbiferous herb. Mesic areas in bogs and fens, meadows and seeps, and upper montane coniferous forest at 2200-2743m elevation. Riverside and San Bernardino Cos., presumed extirpated in Riverside Co.  Eastern, central, southwest US and Alaska. | Jun, Aug | Fed: None Calif: S1 CRPR: 2B.1 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Mentzelia tricuspis* Spiny-hair blazing star | Annual herb. Sandy, gravelly slopes and washes in Mojavean desert scrub at 150-1280m elevation. San Bernardino, San Diego, Inyo, and possibly Riverside Co., AZ, NV, UT. | Mar-May | Fed: None Calif: S2 CRPR: 2B.1 | Not expected: no suitable habitat. One documented occurrence within 5 mi. from 1886, exact location unknown. |
| *Monardella macrantha ssp. hallii* Hall's monardella | Perennial rhizomatous herb. Broadleaf upland forest, chaparral, cismontane woodland, lower montane coniferous forest, valley and foothill grassland at 730-2195m elevation. LA, Orange, Riverside, San Bernardino, San Diego Co. | Jun-Oct | Fed: None Calif: S3 CRPR: 1B.3 MSHCP: AC | Not expected: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Monardella nana ssp. leptosiphon* San Felipe monardella | Perennial rhizomatous herb. Chaparral, lower montane coniferous forest at 1200-1855m elevation. Riverside and San Diego Cos., Baja | Jun-Jul | Fed: None Calif: S2 CRPR: 1B.2 | Not expected: no suitable habitat, below elevation range. No documented occurrences within 5 mi. |
| *Muilla coronata* Crowned muilla | Perennial bulbiferous herb. Chenopod scrub, Joshua tree woodland, Mojavean desert scrub, pinyon and juniper woodland at 670-1960m elevation. Inyo, Kern, LA, San Bernardino, Tulare Cos., Nevada. Not tracked in CNDDB. | Mar-Apr(May) | Fed: None Calif: S3 CRPR: 4.2 | Not expected: no suitable habitat. |
| *Myosurus minimus ssp. apus* Little mousetail | Annual herb. Valley and foothill grasslands, alkaline vernal pools at 20-640m elevation. Locations in northern, central, and southern CA, Oregon, Baja. | Mar-Jun | Fed: None Calif: S2 CRPR: 3.1 MSHCP: AC d | Low: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |
| *Nama stenocarpa* Mud nama | Annual/perennial herb. Found in marshy habitat on lake margins and riverbanks at 5-500m elevation. S CA, San Clemente Island, central CA, AZ, TX, Baja, Sonora. | Mar-Oct | Fed: None Calif: S1S2 CRPR: 2B.2 MSHCP: AC d | Not expected: no suitable habitat, above elevation range. No documented occurrences within 5 mi. |
| *Navarretia fossalis* Spreading navarretia | Annual herb. Chenopod scrub, shallow freshwater marshes and swamps, playas, vernal pools at 30-655m elevation. LA, Riverside, San Diego, San Luis Obispo Cos., Baja. | Apr-Jun | Fed: THR Calif: S2 CRPR: 1B.1 MSHCP: AC b | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Oreonana vestita* Woolly mountain parsley | Perennial herb. Gravel or talus soils in lower and upper montane and subalpine coniferous forest at 1615-3500m elevation. Kern, LA, San Bernardino Co.  Endemic to San Bernardino, San Gabriel, and Scodie Mts. | Mar-Sep | Fed: None Calif: S3 CRPR: 1B.3 | Absent: no suitable habitat, below elevation range. No documented occurrences within 5 mi. |
| *Oxytropis oreophila var. oreophila* Rock-loving oxytrope | Perennial herb. Gravelly or rocky soils in alpine boulder and rock field, subalpine coniferous forest at 3400-3800m elevation. LA and San Bernardino Cos., AZ, NM, NV, UT. | Jun-Sep | Fed: None Calif: S2 CRPR: 2B.3 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Parnassia cirrata var. cirrata* San Bernardino grass-of-Parnassus | Perennial herb. Mesic areas, streamsides, sometimes calcareous soils in lower and upper montane coniferous forest, meadows and seeps at 1250-2440m elevation.  San Gabriel Mts, San Bernardino Mts, Mexico. | Aug-Sep | Fed: None Calif: S2 CRPR: 1B.3 | Absent: no suitable habitat, below elevation range. No documented occurrences within 5 mi. |

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Petalonyx linearis* Narrow-leaf sandpaper-plant | Perennial shrub. Sandy or rocky canyons in Mojavean and Sonoran desert scrub at 25-1115m elevation. Riverside, San Bernardino, San Diego, and Imperial Cos., Arizona, Sonora and Baja Mexico. | (Jan-Feb)Mar-May(Jun-Dec) | Fed: None Calif: S3? CRPR: 2B.3 | Not expected: no suitable habitat. One documented occurrence within 5 mi. from 1879, exact location unknown. |
| *Piperia leptopetala* Narrow-petaled rein orchid | Perennial herb. Cismontane woodland, upper and lower montane coniferous forest at 380-2225m elevation. Not tracked in CNDDB. | May-Jul | Fed: None Calif: S4 CRPR: 4.3 | Not expected: no suitable habitat. |
| *Pseudognaphalium leucocephalum* White rabbit-tobacco | Perennial herb. Sandy or gravelly soils in chaparral, cismontane woodland, coastal scrub, riparian woodland at 0-2100m elevation. LA, Orange, Riverside, San Bernardino, San Diego, Ventura Co, Arizona, New Mexico, Texas, Baja and Sonora Mex. | (Jul)Aug-Nov(Dec) | Fed: None Calif: S2 CRPR: 2B.2 | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Rupertia rigida* **Parish's rupertia** | Perennial herb. Chaparral, cismontane woodland, lower montane coniferous forest, meadows and seeps, pebble plain, valley and foothill grassland at 700-2500m elevation. LA, Riverside, San Bernardino, San Diego Cos., Baja. Not tracked in the CNDDB. | Jun-Aug | Fed: None Calif: S4 CRPR: 4.3 | Low: no or marginal suitable habitat with ongoing disturbance. |
| *Sedum niveum* **Davidson's stonecrop** | Perennial rhizomatous herb. Rocky soils in lower and upper montane and subalpine coniferous forest at 2075-3000m elevation. Riverside and San Bernardino Cos., Baja. Not tracked in CNDDB. | Jun-Aug | Fed: None Calif: S3 CRPR: 4.2 | Absent: no suitable habitat, well below elevation range. |
| *Senecio astephanus* San Gabriel ragwort | Perennial herb. Rocky slopes in coastal bluff scrub, chaparral at 400-1500m elevation. Kern, LA, Monterey, Santa Barbara, San Bernardino, San Diego, San Luis Obispo Co. Not tracked in CNDDB. | May-Jul | Fed: None Calif: S3 CRPR: 4.3 | Not expected: no suitable habitat. |
| *Sidalcea hickmanii ssp. parishii* **Parish's checkerbloom** | Perennial herb. Chaparral, cismontane woodland, lower montane coniferous forest at 1000-2499m elevation. Kern, Santa Barbara, San Bernardino, San Luis Obispo Cos. San Bernardino Mts. | (May)Jun-Aug | Fed: None Calif: Rare, S1 CRPR: 1B.2 | Not expected: no suitable habitat, below elevation range. No documented occurrences within 5 mi. |

AR005397

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Sidalcea malviflora ssp. dolosa* Bear Valley checkerbloom | Perennial herb. Meadows and seeps, riparian woodland, meadows and seeps in upper and lower montane coniferous forest at 1495-2685m elevation. San Bernardino Mts. | May-Aug | Fed: None Calif: S2 CRPR: 1B.2 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Sidalcea neomexicana* Salt Spring checkerbloom | Perennial herb. Alkaline, mesic soils in chaparral, coastal scrub, lower montane coniferous forest, Mojavean desert scrub, playas at 15-1530m elevation. Kern, LA, Orange, Riverside, San Bernardino, San Diego, Ventura Co, western US, Sonora Mex. | Mar-Jun | Fed: None Calif: S2 CRPR: 2B.2 | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Sidotheca caryophylloides* Chickweed oxytheca | Annual herb. Sandy soils in lower montane coniferous forest at 1114-2600m elevation. LA, Riverside, San Bernardino, Tulare, Ventura Co. Not tracked in CNDDB. | Jul-Sep(Oct) | Fed: None Calif: S4 CRPR: 4.3 MSHCP: NAC e | Absent: no suitable habitat, below elevation range. No documented occurrences within 5 mi. |
| *Silene krantzii* **Krantz's catchfly** | Perennial herb. Usually sandy or gravelly, sometimes rocky, soils in alpine dwarf scrub at 3235-3510m elevation. San Gorgonio Mt. in San Bernardino Co. | Apr-Sep | Fed: None Calif: S1 CRPR: 1B.2 | Absent: no suitable habitat, well below elevation range. No documented occurrences within 5 mi. |
| *Streptanthus bernardinus* Laguna Mountains jewelflower | Perennial herb. Chaparral, lower montane coniferous forest at 670-2500m elevation. Riverside, San Bernardino, San Diego Co. | May-Aug | Fed: None Calif: S3S4 CRPR: 4.3 | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Streptanthus campestris* Southern jewelflower | Perennial herb. Rocky soils in chaparral, lower montane coniferous forest, pinyon and juniper woodland at 900-2300m elevation. Imperial, Santa Barbara, Ventura, San Bernardino, Riverside, San Diego Co, Baja. | (Apr)May-Jul | Fed: None Calif: S3 CRPR: 1B.3 | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Symphyotrichum defoliatum* San Bernardino aster | Perennial rhizomatous herb. Near ditches, streams, springs in cismontane woodland, coastal scrub, lower montane coniferous forest, meadows and seeps, marshes and swamps, valley and foothill grasslands (vernally mesic) at 2-2040m elevation. Southern and Central California. | Jul-Nov | Fed: None Calif: S2 CRPR: 1B.2 | Low: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |
| *Taraxacum californicum* California dandelion | Perennial herb. Mesic meadows and seeps at 1620-2800m elevation. San Bernardino Co. | May-Aug | Fed: END Calif: S1S2 CRPR: 1B.1 | Not expected: no or marginal suitable habitat with ongoing disturbance, below elevation range. No documented occurrences within 5 mi. |

| Species | Growth Form, Habitat and Distribution | Flowering Season | Conservation Status | Potential for Occurrence |
|---|---|---|---|---|
| *Tortula californica* California screw-moss | Moss. Sandy soil in chenopod scrub, valley and foothill grassland at 10-1460m elevation. Scattered occurrences in Southern and Central CA, Channel Islands. | Not applicable | Fed: None Calif: S2? CRPR: 1B.2 | Low: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |
| *Trichocoronis wrightii var wrightii* **Wright's trichocoronis** | Annual herb. Alkaline soils in meadows and seeps, marshes and swamps, riparian forest, vernal pools at 5-435m elevation. Riverside Co., Central Valley, Texas, Baja. | May-Sep | Fed: None Calif: S1 CRPR: 2B.1 MSHCP: AC b | Not expected: no or marginal suitable habitat with ongoing disturbance, above elevation range. No documented occurrences within 5 mi. |

References: CDFW (2020a, 2020b), USFWS (2020), CNPS (2020), Dudek (2003), RCA (2019)

**AR005399**

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| **Invertebrates** | | | |
| *Bombus crotchii*<br>Crotch bumble bee | Coastal CA E to Sierra-Cascade crest & S into Mexico. Open grassland and scrub habitats. Food plant genera include *Antirrhinum, Asclepias, Chaenactis, Lupinus, Medicago, Salvia, Phacelia, Clarkia, Dendromecon, Eschscholzia,* and *Eriogonum.* Lives in colonies that may be underground in rodent holes or above ground in rock piles, tree cavities, etc. | Fed: None<br>Calif: CanE, S1S2 | Not expected: native food plants limited or lacking. One documented occurrence within 5 mi. from 1952 near Banning, exact location unknown. |
| *Halictus harmonius*<br>Harmonius halictid bee | Known only from the foothills of the San Bernardino Mts and possibly also the San Jacinto Mts. | Fed: None<br>Calif: SA, S1 | Not expected: outside of known geographic range. No documented occurrences within 5 mi. |
| *Stenopelmatus cahuilaensis*<br>Coachella Valley Jerusalem cricket | Desert dunes. Found in the large, undulating dunes piled up at the north base of Mt. San Jacinto. Inhabits a small segment of the sand and dune area of the Coachella Valley in the vicinity of Palm Springs. | Fed: None<br>Calif: SA, S1S2 | Absent: no suitable habitat, outside of geographic range. |
| *Streptocephalus woottoni*<br>Riverside fairy shrimp | Endemic to Western Riverside, Orange, and San Diego counties in areas of tectonic swales/earth slump basins in grassland and coastal sage scrub. Coastal scrub, valley & foothill grassland, vernal pool, wetland. Inhabit seasonally astatic pools filled by winter/spring rains. Hatch in warm water later in the season. Generally restricted to pools greater than 12 inches deep. | Fed: END<br>Calif: SA, S1S2<br>MSHCP: AC a | Absent: no vernal pools or ponding areas present. Site is not within designated critical habitat. |
| **Fish** | | | |
| *Oncorhynchus mykiss irideus* pop. 10<br>Steelhead – southern California DPS | South coast flowing waters.  Fed listing refers to pops from Santa Maria River south to southern extent of range (San Mateo Creek in San Diego Co.) | Fed: END<br>Calif: SA, S1 | Absent: no aquatic habitat present. |
| *Rhinichthys osculus* **"subspecies 3"**<br>Santa Ana speckled dace | Endemic to Santa Ana & San Gabriel River watersheds, historic in Big Tujunga Cyn. Santa Ana River populations in lower San Bernardino Mtn. foothills & washes. | Fed: None<br>Calif: SSC, S1 | Absent: no aquatic habitat present. |
| **Amphibians** | | | |
| *Rana muscosa*<br>Southern mountain yellow-legged frog | Always encountered within a few feet of water. Tadpoles may require up to 2 years to complete development. | Fed: END<br>Calif: END, WL, S1<br>MSHCP: AC c | Absent: no aquatic habitat present. |

AR 008260

**AR005400**

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Spea hammondii* <br> Western spadefoot toad | Cismontane woodland, coastal scrub, valley & foothill grassland, vernal pool. Breeds in quiet streams & vernal pools, burrows beneath sand during dry season. W CA, Central Valley to Baja California. From near sea level up to 4,500 ft elev. | Fed: None <br> Calif: SSC, S3 <br> MSHCP: AC | Low: no streams, vernal pools, or ponding areas present. Nine documented occurrences within 5 mi. Closest is about 0.4 mi. E of the site, near Montgomery/Smith Creek from 1990. |
| **Reptiles** | | | |
| *Anniella stebbinsi (Anniella pulchra pulchra)* <br> Southern California legless lizard | Various habitats, mainly shrublands, <6500 ft. elev. Coast Ranges from Bay area to N Baja CA, SW Sierra Nevada, parts of the Central Valley, Transverse & Peninsular Ranges. | Fed: None <br> Calif: SSC, S3 | Low: no or marginal suitable habitat with ongoing disturbance. Four documented occurrences within 5 mi. Closest are about 2.8 mi. SW in Badlands and 3.4 mi. SE along Smith Creek. |
| *Arizona elegans occidentalis* <br> California glossy snake | Arid scrub, rocky washes, grasslands, chaparral, often with loose or sandy soils. Patchily distributed from the eastern portion of San Francisco Bay, southern San Joaquin Valley, and the Coast, Transverse, and Peninsular Ranges, south to Baja California. Sea level to 7200' elev. | Fed: None <br> Calif: SSC, S2 | Low: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |
| *Aspidoscelis hyperythra* <br> Orange-throated whiptail | Low-elevation coastal scrub, chaparral, valley-foothill hardwood, sea level to 1040m. Sandy areas, patches of rock. S CA, west of desert to tip of Baja CA. | Fed: None <br> Calif: WL, S2S3 <br> MSHCP: AC | Not expected: no suitable habitat. One documented occurrence within 5 mi. from 1912 near Beaumont, exact location unknown, possibly extirpated. |
| *Aspidoscelis tigris stejnegeri* <br> Coastal whiptail | Primarily hot, dry open areas with sparse foliage, chaparral, woodland, riparian: coastal So CA, mostly west of Peninsular Ranges and south of Transverse Ranges, north into Ventura County, below ±7000' elev. and into Baja. | Fed: None <br> Calif: SSC, S3 <br> MSHCP: AC | Low: no or marginal suitable habitat with ongoing disturbance. Four documented occurrences within 5 mi. Closest is about 1.2 mi. S along Highland Springs Road in coastal sage scrub habitat in Badlands. |
| *Charina umbratica* <br> Southern rubber boa | Found in a few locales in San Bernardino & San Jacinto Mtn. ranges. Moist coniferous forest and woodlands from about 5000-9000 ft. elev. Fossorial, nocturnal, sometimes crepuscular. Hibernates in rock outcrops, rotting logs, or other underground refuges. Active April-October. Thick duff and downed logs important for cover. Usually found within several hundred meters of water. | Fed: None <br> Calif: THR, S2S3 <br> MSHCP: NAC f | Absent: no suitable habitat, well below elevation range. |
| *Crotalus ruber* <br> Red-diamond rattlesnake | Desert scrub, thorn scrub, chaparral below 4,000ft. San Bernardino County S through most of Baja California, Mexico. | Fed: None <br> Calif: SSC, S3 <br> MSHCP: AC | Not expected: no suitable habitat. One documented occurrence within 5 mi,. about 4.4 mi. SW in Badlands. |

*Habitat Assessment*
*APN 419-140-057, City of Banning, Riverside County, California*                                              **March 2020**

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Diadophis punctatus modestus* San Bernardino ringneck snake | Open relatively rocky areas within valley-foothill locales, mixed chaparral/annual grasslands. Prefers moist habitats. W San Diego & Riv. Cos., SW San Bern., Vent. & LA Cos., NW Baja CA. | Fed: None Calif: SA, S2? | Low: no or marginal suitable habitat with ongoing disturbance. No documented occurrences within 5 mi. |
| *Phrynosoma blainvillii* Coast horned lizard | Coastal sage scrub, low elevation chaparral, annual grassland, oak & riparian woodlands, coniferous forest. SW California to NW Baja California, Mexico. | Fed: None Calif: SSC, S3S4 MSHCP: AC | Low: no or marginal suitable habitat with ongoing disturbance. Eight documented occurrences within 5 mi., most in Badlands. |
| *Salvadora hexalepis virgultea* Coast patch-nosed snake | Shrublands, washes, sandy flats, rocky areas: Santa Barbara county through southwest Calif., to northwest Baja Calif. | Fed: None Calif: SSC, S2S3 | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Thamnophis hammondii* Two-striped gartersnake | Usually in or near perennial fresh water & adjacent riparian habitat, pools in streams. SW CA & NW Baja California. | Fed: None Calif: SSC, S3S4 | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| **Birds** | | | |
| *Accipiter cooperii* **Cooper's** hawk | Cismontane woodland, riparian forest, riparian woodland, upper montane coniferous forest. Forages in open areas over scrublands: California, Mexico, Central America. Nests in trees, often in dense woods. Year-round resident in most of southern California range. CNDDB only tracks nesting. | Fed: None Calif: WL, S4 MSHCP: AC | Low-moderate (foraging), low (nesting): potentially suitable foraging habitat with ongoing disturbance, potentially suitable nesting habitat but reduced potential due to adjacent development/disturbance. One documented occurrence within 5 mi. (nesting) about 3.7 mi. W in riparian woodland. Multiple eBird observations in region including just to S in golf course. |
| *Agelaius tricolor* Tricolored blackbird | Breeds colonially in freshwater marshes, nomadic among marshes and fields in winter: almost completely endemic to Calif. Year-round resident in southern California range. CNDDB only tracks nesting. | Fed: BCC Calif: THR, SSC, S1S2 MSHCP: AC | Low (foraging), not expected (nesting): no or marginal suitable foraging habitat, no suitable nesting habitat. One documented occurrence within 5 mi. (nesting) along Potrero Creek. No eBird records in project vicinity. |
| *Aimophila ruficeps canescens* Southern California rufous-crowned sparrow | Sparse, mixed chaparral, scrub, rocky, brushy slopes. Central California to Baja California. Year-round resident in southern California range. | Fed: None Calif: WL, S3 MSHCP: AC | Low (foraging and nesting). No or marginal suitable habitat. Five documented occurrences within 5 mi., 2 in Badlands, one about 3 mi. NE in patch chaparral, rest along San Gorgonio River. Multiple eBird records in Badlands or foothills. |

AR 008262

**AR005402**

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Aquila chrysaetos*<br>Golden eagle | Found in a variety of habitats from sea level to 11,500 feet, rugged open habitats preferred.  Large platform nests constructed on secluded cliffs, large trees, and occasionally structures (i.e., electrical transmission towers). CNDDB tracks nesting and wintering. | Fed: BGEPA, BCC<br>Calif: FP, WL, S3<br>MSHCP: AC | Not expected (foraging): absent (nesting). No suitable nesting habitat, potential foraging habitat likely avoided due to adjacent development. One documented occurrence within 5 mi. in San Jacinto Wildlife Area: a few eBird records in region. |
| *Artemisiospiza belli belli*<br>**Bell's s**age sparrow | Sage scrub and chaparral communities.  Nests mainly in shrubs, also in grass, and occasionally on ground under shrub. Found in coastal sage scrub in south of range. Central Washington southward to Baja California, Mexico. Year-round resident in southern CA. | Fed: BCC<br>Calif: WL, S3<br>MSHCP: AC | Not expected (foraging and nesting): no or marginal suitable habitat. No documented occurrences within 5 mi.: a few eBird records in foothills. |
| *Athene cunicularia*<br>Burrowing owl | Nests in rodent burrows, usually in grasslands. Forages in open habitat: increasingly uncomm. in S CA.  Occurs through W US/Mex.  Sparse in desert scrub but common around irrigated lands. | Fed: BCC<br>Calif: SSC, S3<br>MSHCP: AC c | Low (foraging and nesting). No owls or owl sign observed during survey. Three documented occurrences within 5 mi., one in Badlands, remainder further SW. Three eBird records in vicinity – about 1.7 mi. NE in field near Banning Substation (03.2012): 2.7 mi. NW in field near park 2 adult and 5 juveniles (04.2018): 3.1 mi. SE (07.2018). |
| *Baeolophus inornatus*<br>Oak titmouse | Open pine or mixed oak-pine forest, juniper woodland, pinyon or juniper mixed with Joshua trees. Not migratory. CNDDB only tracks nesting. | Fed: BCC<br>Calif: SA, S4 | Low (foraging and nesting). No or marginal suitable habitat. No documented occurrences within 5 mi. (nesting). Multiple eBird records in region. |
| *Buteo regalis*<br>Ferruginous hawk | Open grasslands, sagebrush flats, desert scrub, low foothills and fringes of pinyon and juniper habitats. Great Basin grassland and scrub, pinyon and juniper woodlands, valley and foothill grassland. Eats mostly lagomorphs, ground squirrels, and mice. Population trends may follow lagomorph population cycles. Does not breed in southern CA. | Fed: BCC<br>Calif: WL, S3S4<br>MSHCP: AC | Low-moderate (foraging), absent (nesting): potentially suitable foraging habitat with ongoing disturbance, does not nest in area. One documented occurrence within 5 mi. in Badlands. Some eBird observations in region. |
| *Buteo swainsoni*<br>Swainson's hawk | Grassland/agricultural, large trees for nesting, desert scrub with Joshua tree & Fremont cottonwood overstory, near streams & open fields.  Breeds overwhelmingly in Great Basin & Central Valley of California. Seen in migration in southern California. CNDDB only tracks nesting. | Fed: BCC<br>Calif: THR, S3<br>MSHCP: AC | Low (foraging), absent (nesting).  Marginal foraging habitat, outside current breeding range, may be seen in Project vicinity in migration. A few eBird observations in region. |

**AR005403**

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Calypte costae* **Costa's** hummingbird | Desert and coastal scrub and chaparral in desert, semi-desert and mountain foothills and seasonally in mountains, adjacent open meadows and gardens. Found in NV, UT, AZ, CA and Mexico. Year-round resident in southern CA. CNDDB only tracks nesting. | Fed: BCC Calif: SA, S4 | Low-moderate (foraging and nesting): potentially suitable or marginal habitat. No documented occurrences within 5 mi. Multiple eBird records in region, including two immediately adjacent to site. |
| *Campylorhynchus brunneicapillus sandiegensis* Coastal cactus wren | Desert scrub and coastal sage scrub with cactus patches: Southern CA and northwestern Baja. Non-migratory. Pairs defend territories throughout the year. CNDDB only tracks this species in San Diego and Orange Cos. | Fed: BCC Calif: SSC, S3 MSHCP: AC | Not expected (foraging and nesting): no suitable habitat and no cactus patches. No eBird records in Project vicinity. |
| *Chamaea fasciata* Wrentit | Chaparral, oak woodland, shrublands, western CA, northwestern Baja, western Oregon. Year-round resident in southern CA range. CNDDB does not track this species. | Fed: BCC Calif: None | Low (foraging and nesting): no or marginal suitable habitat with ongoing disturbance. Multiple eBird records in region. |
| *Coccyzus americanus occidentalis* Western yellow-billed cuckoo | Valley foothill and desert riparian.  Inhabits extensive deciduous riparian thickets or forests with dense, low-level or understory foliage, and which abut on slow-moving watercourses, backwaters, or seeps. Willow almost always a dominant component of the vegetation. Most of the United States (excluding the NW states) & into Baja California & northern Mexico. | Fed: THR, BCC Calif: END, S1 MSHCP: AC a | Absent (foraging and nesting): small area of willows on site not adequate to provide suitable habitat. No documented occurrences within 5 mi. No eBird records in vicinity. |
| *Cypseloides niger* Black swift | Coastal belt of Santa Cruz and Monterey counties: central & southern Sierra Nevada: San Bernardino & San Jacinto mountains. Breeds in small colonies on cliffs behind or adjacent to waterfalls in deep canyons and sea-bluffs above the surf: forages widely. CNDDB only tracks nesting. | Fed: BCC Calif: SSC, S2 MSHCP: AC | Low (foraging), absent (nesting): no or marginal foraging habitat, no nesting habitat. No documented occurrences within 5 mi. (nesting). No eBird records in vicinity. |
| *Dryobates (Picoides) nuttallii* **Nuttall's** woodpecker | Found in low elevation riparian and oak woodlands: rarely in conifers.  Central Valley, Transverse and Peninsular Ranges, Coast Ranges north to Sonoma Co., lower portions of the Cascade Range and Sierra Nevada. Year-round resident throughout coastal mountains of CA. Not tracked in CNDDB. | Fed: BCC Calif: None | Low (foraging and nesting): no or marginal habitat. Multiple eBird records in region. |

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Elanus leucurus* White-tailed kite | Breeds in woodlands and riparian forests, forages over open terrain: Pacific Coast (Calif, northern Baja, Oregon), other scattered localities. Year-round resident in southern CA range. CNDDB only tracks nesting. | Fed: None Calif: FP, S3S4 MSHCP: AC | Low (foraging), not expected (nesting): marginal foraging habitat with ongoing disturbance, potentially marginal nesting habitat but adjacent development/disturbance reduces potential. No documented occurrences within 5 mi. (nesting). Several eBird records in region. |
| *Empidonax traillii extimus* Southwestern willow flycatcher | Dense riparian forests, wet mountain meadow systems with standing water for at least part of the breeding season (May to July) & with ample numbers of willow & other associated trees & shrubs.  Rare & local is S CA.  SW US & N Baja California. CNDDB only tracks nesting. | Fed: END Calif: END, S1 MSHCP: AC a | Absent (foraging and nesting): small area of willows on site not adequate to provide suitable habitat. Site is not within designated critical habitat. Two documented occurrences within 5 mi. in San Timoteo Canyon. |
| *Eremophila alpestris actia* California horned lark | Variety of open habitats with low growing vegetation or bare ground, grasslands, rangelands, **"bald" hills, mtn.** meadows, open coastal plains, fallow fields, alkali flats.  Within coastal Sonoma Co. to San Diego Co., San Joaquin Valley & E to foothills. | Fed: None Calif: WL, S4 MSHCP: AC | Moderate (foraging), low (nesting). Potentially suitable foraging habitat, ongoing disturbance reduces potential for nesting. One documented occurrence within 5 mi., about 4 mi. W. Several eBird records in region. |
| *Icteria virens* Yellow-breasted chat | Summer resident, inhabits riparian thickets of willow near watercourses, low dense riparian willow. Migrant and summer resident in CA, northern CA, central coast, eastern Central Valley, coastal southern CA, Colorado River, western US, Canada, Mexico, Central America. CNDDB only tracks nesting. | Fed: None Calif: SSC, S3 MSHCP: AC | Not expected (foraging and nesting): small area of willows on site not adequate to provide suitable habitat. No documented occurrences within 5 mi. (nesting). Few eBird records in region. |
| *Lanius ludovicianus* Loggerhead shrike | Open areas where small trees, shrubs, and fences can provide suitable perches.  Nests in small trees and large shrubs.  Throughout much of North America. CNDDB only tracks nesting. | Fed: BCC Calif: SSC, S4 MSHCP: AC | Low-moderate (foraging), low (nesting): potentially suitable or marginal habitat with ongoing disturbance. Two documented occurrences within 5 mi. (nesting) in Badlands. Several eBird records in region. |
| *Plegadis chihi* White-faced ibis | Freshwater wetlands, shallow lakes, wet meadows, flooded pastures and croplands.  Nests in dense, fresh emergent wetland.  Salton Sea, local winter visitor along coast, uncommon elsewhere in southern CA and Central Valley. CNDDB only tracks nesting colonies. | Fed: None Calif: WL, S3S4 MSHCP: AC | Not expected (foraging): absent (nesting): no suitable habitat. No documented occurrences within 5 mi. (nesting colony). No eBird records in Project vicinity. |
| *Polioptila californica californica* Coastal California gnatcatcher | Sage scrub, also chaparral, grasslands, riparian adjacent to or mixed with sage scrub.  S Ventura Co. to LA, Orange, Riv., San Bern., San D. Cos into Baja CA, Mexico. | Fed: THR Calif: SSC, S2 MSHCP: AC | Absent (foraging and nesting): no suitable habitat. No documented occurrences within 5 mi. Site is not within designated critical habitat. |

**AR 008265**

**AR005405**

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Progne subis* Purple martin | Inhabits woodlands, low elevation coniferous forest of Douglas-fir, ponderosa pine, and Monterey pine. Nests in old woodpecker cavities mostly; also in human-made structures. Nest often located in tall, isolated tree/snag. Broadleaved upland forest, lower montane coniferous forest. | Fed: None Calif: SSC, S3 MSHCP: AC | Not expected (foraging and nesting): no suitable habitat. One documented occurrence within 5 mi. from 1910, Beaumont area, exact location unknown. Few eBird records in region. |
| *Setophaga petechia* Yellow warbler | Migrant and summer resident in southern CA. Riparian, including willow, cottonwood, sycamore, alder, aspen for nesting & foraging, also conifer forest. CNDDB only tracks nesting. | Fed: BCC Calif: SSC, S3S4 | Not expected (foraging and nesting): small area of willows on site likely not adequate to provide suitable habitat. Two documented occurrences within 5 mi., one along San Gorgonio River, one from 2016 about a mile S of site along Potrero Creek in riparian woodland area. |
| *Spinus lawrencei* Lawrence's goldfinch | Summer breeder, may overwinter. Coastal side of southern and central CA, western edge of southern deserts, east side of Central Valley into northern CA, Colorado River, SW US and northern Mex. Valley foothill hardwood and hardwood-conifer, desert riparian, pinyon juniper, palm oasis, lower montane. CNDDB only tracks nesting. | Fed: BCC Calif: SA, S3S4 | Low (foraging and nesting): no or marginal suitable habitat. No documented occurrences within 5 mi. (nesting). Few eBird records in vicinity. |
| *Spizella atrogularis* Black-chinned sparrow | Chaparral, sagebrush, arid scrublands, and brushy hillsides. Not tracked in the CNDDB. | Fed: BCC Calif: None | Low (foraging and nesting): no or marginal suitable habitat. A few eBird records in foothills and adjacent residential areas to the south of the site. |
| *Toxostoma lecontei* Le Conte's thrasher | Desert resident: primarily of open desert wash, desert scrub, alkali desert scrub, and desert succulent scrub habitats. Commonly nests in a dense, spiny shrub or densely branched cactus in desert wash habitat, usually 2-8 feet above ground. | Fed: BCC Calif: SSC*, S3 *San Joaquin population only | Not expected (foraging and nesting): no suitable habitat. No documented occurrences within 5 mi. No eBird records in region. |
| *Vireo bellii pusillus* Least Bell's vireo | Riparian woodlands, bottomlands. N Mex. & Baja CA into S CA & the S mid-western US. CNDDB only tracks nesting. | Fed: END Calif: END, S2 MSHCP: AC a | Absent (foraging and nesting): small area of willows on site not adequate to provide suitable habitat. Four documented occurrences within 5 mi., one along San Timoteo Canyon, three along Potrero Creek (closest is 0.8 mi. SSW). Site is not within designated critical habitat. |

AR005406

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Xanthocephalus xanthocephalus* Yellow-headed blackbird | Marsh, swamp, wetland. Nests in freshwater emergent wetlands with dense vegetation and deep water. Often along borders of lakes or ponds. Nests only where large insects are abundant. CNDDB only tracks nesting. | Fed: None Calif: SSC, S3 | Not expected (foraging and nesting): no suitable habitat. No documented occurrences within 5 mi. (nesting). Few eBird records in region. |
| **Mammals** | | | |
| *Antrozous pallidus* Pallid bat | Rock outcrops of shrublands, ≤ 6000' elevation; southwest North America to interior Oregon and Washington: hibernates in winter. Locally common at low elevations in grasslands, shrublands, woodlands, and forests. Most common in open, dry habitats with rocky areas for roosting. Forages over open ground. Roosts in caves, crevices, mines, hollow trees, buildings. Very sensitive to disturbance of roosting sites. | Fed: None Calif: SSC, S3 | Low (foraging), not expected (roosting): potentially marginal foraging habitat, development and ongoing disturbances in area reduce potential for roosting. One documented occurrence within 5 mi., about 1.8 mi. S in Badlands. |
| *Chaetodipus californicus femoralis* Dulzura pocket mouse | Variety of habitats including coastal scrub, chaparral & grassland. Attracted to grass-chaparral edges. Chaparral, coastal scrub, valley and foothill grassland. | Fed: None Calif: SSC, S3 | Low-moderate: potentially marginal suitable habitat. One documented occurrence within 5 mi., about 2.9 mi. SE. Data from 2005 trapping survey not available. |
| *Chaetodipus (Perognathus) fallax fallax* Northwestern San Diego pocket mouse | Sandy herbaceous areas, usually in association with rocks or coarse gravel, chaparral, coastal scrub, grasslands. SW CA & NW Baja California (inland to San Bernardino Valley). | Fed: None Calif: SSC, S3S4 MSHCP: AC | Moderate: potentially suitable habitat. Ten documented occurrences within 5 mi. SE. Data from 2005 trapping survey not available. |
| *Chaetodipus fallax pallidus* Pallid San Diego pocket mouse | Sandy, herbaceous areas, usually in association with rocks or coarse gravel, desert wash, desert scrub, pinyon juniper, chaparral. San Diego, Riv, Imperial, LA, San Bern cos. | Fed: None Calif: SSC, S3S4 | Low: potentially marginal habitat. No documented occurrences within 5 mi. Data from 2005 trapping survey not available. |

*L&L*
**AR 008267**

**AR005407**

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Corynorhinus townsendii* **Townsend's big**-eared bat | Throughout California in a wide variety of habitats. Most common in mesic sites. Roosts in the open, hanging from walls and ceilings. Roosting sites limiting. Extremely sensitive to human disturbance. Broadleaved upland forest, chaparral, chenopod scrub, Joshua tree woodland, lower and upper montane coniferous forest, meadow and seep, Mojavean and Sonoran desert scrub, riparian forest/woodland, Sonoran thorn woodland, valley and foothill grassland. | Fed: None Calif: SSC, S2 | Low (foraging), not expected (roosting): potentially marginal foraging habitat, development and ongoing disturbances in area reduce potential for roosting. One documented occurrence within 5 mi. near Potrero Creek in Badlands. |
| *Dipodomys merriami parvus* San Bernardino kangaroo rat | Alluvial floodplains and adjacent upland habitats within the San Bernardino, Menifee, and San Jacinto valleys, Riversidean alluvial fan sage scrub. | Fed: END Calif: CanE, SSC, S1 MSHCP: AC c | Not expected: no suitable habitat. No documented occurrences within 5 mi. Site is not within designated critical habitat. Data from 2005 trapping survey not available. |
| *Dipodomys stephensi* Stephens' kangaroo rat | Sparse, gently sloping grassland, sometimes at margins of cultivated or disturbed lands: prefers grassland dominated by forbs rather than annual grasses, prefers sparse perennial vegetation: firm soil for burrowing (not too hard or too sandy): may use abandoned gopher burrows: W Riverside Co. and adjacent San Diego Co.  San Bernardino County occurrences extirpated. | Fed: END Calif: THR, S2 MSHCP: AC | Low: potentially marginal suitable habitat. Five documented occurrences within 5 mi.  Not found during trapping survey in 2005. |
| *Glaucomys oregonensis (sabrinus)californicus* San Bernardino flying squirrel | Mature mixed conifer forest (white fir, Jeffrey pine, & black oak) with large trees & snags, closed canopy, downed woody debris, & riparian areas.  4000-8500 ft. elev.  San Bernardino & San Jacinto Mt. Ranges (may be extirpated in the San Jacinto Mts.). | Fed: None Calif: SSC, S1S2 MSHCP: NAC e | Absent: no suitable habitat, well below elevation range, outside of geographic range. No documented occurrences within 5 mi. |
| *Lasiurus xanthinus* Western yellow bat | Valley foothill riparian, desert riparian, desert wash, palm oasis. Roosts in trees, particularly palms. Forages over water and among trees. Desert regions of the SW US.  Distributed in S CA, AZ, NM, & TX, into Mexico. | Fed: None Calif: SSC, S3 | Low (foraging and roosting): no or marginal suitable habitat. One documented occurrence within 5 mi. from 1989, in foothills to the N. |

**AR 008268**

**AR005408**

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Leptonycteris (curasoae) yerbabuenae* Lesser long-nosed bat | Nectar, pollen, fruit eating bat: primarily feeding on agaves, saguaro, organ pipe cactus. Mojavean and Sonoran desert scrub, Upper Sonoran scrub. Caves, mines used as day roosts. Caves, mines, rock crevices, trees and shrubs, abandoned buildings used as night roosts. No maternity roosts known from CA. | Fed: Delisted Calif: SSC, S1 | Not expected (foraging and roosting). No suitable habitat or food plants. No documented occurrences within 5 mi. |
| *Lepus californicus bennettii* San Diego black-tailed jackrabbit | Chaparral, coastal, or Riversidean sage scrub with adjacent open grassland. Los Angeles Co. S to San Quintin, Baja California, Mexico. | Fed: None Calif: SSC, S3S4 MSHCP: AC | Low: no or marginal suitable habitat. Three documented occurrences within 5 mi. in Badlands. |
| *Myotis yumanensis* Yuma myotis | Variety of habitats, optimal habitat is open forest with water sources over which to feed. Widespread in CA except for deserts. Elev. 0-11,000 ft but rare over 8,000 ft. Feeds over ponds and streams. Roosts in buildings, mines, caves, or crevices, under bridges. Hibernates in winter. | Fed: None Calif: SA, S4 | Low (foraging), not expected (roosting): no or marginal suitable foraging habitat, roosting habitat lacking. No documented occurrences within 5 mi. |
| *Neotamias speciosus speciosus* Lodgepole chipmunk | Summits of isolated Piute, San Bernardino, & San Jacinto mountains. Usually found in open-canopy forests. Habitat is usually lodgepole pine forests in the San Bernardino Mts & chinquapin slopes in the San Jacinto Mts. | Fed: None Calif: SA, S2S3 | Absent: no suitable habitat, well below elevation range, outside of geographic range. |
| *Neotoma lepida intermedia* San Diego desert woodrat | Arid shrublands, rocky outcrops, & crevices. Cismontane CA., San Luis Obispo to San Diego Co. & NW Baja California. 0-7000 ft. elev. Variety of shrub and desert habitats, primarily associated with rock outcroppings, boulders, cacti, or areas of dense undergrowth. Constructs elaborate middens of sticks and other materials. | Fed: None Calif: SSC, S3S4 MSHCP: AC | Not expected: no suitable habitat. No middens observed during survey. Three documented occurrences within 5 mi., two in Badlands, one near San Gorgonio River. |
| *Onychomys torridus ramona* Southern grasshopper mouse | Nocturnal, active year-round. Desert scrub, coastal scrub, mixed chaparral, sagebrush, especially scrub habitats with friable soil, prefers low to moderate shrub cover. LA through San Diego counties and northwest Baja. | Fed: None Calif: SSC, S3 | Not expected: no suitable habitat. No documented occurrences within 5 mi. |
| *Perognathus longimembris brevinasus* Los Angeles pocket mouse | Nocturnal, active Apr-Aug. Annual grassland, sage scrub, alluvial sage scrub. S California from Rancho Cucamonga (W boundary), San Gorgonio (E), Aguanga & Oak Grove, San Diego (S). Open ground with fine, sandy soils. | Fed: None Calif: SSC, S1S2 MSHCP: AC c | Low-moderate: marginal suitable habitat. Eight documented occurrences within 5 mi., closest about 2.3 mi. Data from 2005 trapping survey not available. |

| Species | Habitat and Distribution | Conservation Status | Potential for Occurrence |
|---|---|---|---|
| *Taxidea taxus* American badger | Mountains, deserts, interior valleys where burrowing animals are available as prey & soil permits digging. Throughout Central & W North America. | Fed: None Calif: SSC, S3 | Not expected: no or marginal suitable habitat, no dens or diggings observed during survey. One documented occurrence within 5 mi. from 1908 near Banning. |
| *Xerospermophilus tereticaudus chlorus* Palm Springs round-tailed ground squirrel | Restricted to the Coachella Valley. Prefers desert succulent scrub, desert wash, desert scrub, alkali scrub, and levees. Prefers open, flat, grassy areas in fine-textured, sandy soil. Density correlated with winter rainfall. Chenopod scrub, Sonoran desert scrub | Fed: None Calif: SSC, S2 | Absent: no suitable habitat, outside geographic range. |

References: CDFW (2019, 2020b), USFWS (2020), Dudek (2003), RCA (2019): BNA (2020)

**AR005410**

Documented occurrences refer to CNDDB records, unless otherwise indicated. EBird reports are submitted by citizen scientists and should be interpreted with caution.

Federal designations: (Federal Endangered Species Act, U. S. Fish and Wildlife Service):

| | |
|---|---|
| END: | Federally listed, endangered: an animal or plant in danger of extinction within the foreseeable future throughout all or a significant portion of its range. |
| THR: | Federally listed, threatened: an animal or plant which is likely to become an Endangered species within the foreseeable future throughout all or a significant portion of its range. |
| Cand | Candidate for federal listing as threatened or endangered: species that has been studied by the U.S. Fish and Wildlife Service, and the Service has concluded that it should be proposed for addition to the Federal Endangered and Threatened species list. |
| Prop | Proposed for federal listing as Endangered or Threatened under Section 4 of the Endangered Species Act. |
| Delisted: | Previously federally listed as endangered or threatened, but is no longer listed (e.g., due to recovery). |
| None: | The species has no federal conservation status. |
| BGEPA: | Federal Bald and Golden Eagle Protection Act: protects bald and golden eagles. |
| BCC: | USFWS Bird of Conservation Concern: migratory and non-migratory bird species (beyond those already designated as Federally threatened or endangered) that represent USFWS highest conservation priorities. |

State designations: (California Endangered Species Act, California Dept. of Fish and Wildlife)

| | |
|---|---|
| END: | State listed, endangered: a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant which is in serious danger of becoming extinct throughout all, or a significant portion, of its range due to one or more causes, including loss of habitat, change in habitat, overexploitation, predation, competition, or disease. |
| CanE: | Candidate Endangered: a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant that the Fish and Game Commission has formally noticed as being under review by the Department of Fish and Wildlife for addition to the list of endangered species, or a species for which the commission has published a notice of proposed regulation to add the species to the list of endangered species. |
| CanF: | Candidate Threatened: a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant that the Fish and Game Commission has formally noticed as being under review by the Department of Fish and Wildlife for addition to the list of threatened species, or a species for which the commission has published a notice of proposed regulation to add the species to the list of threatened species. |
| THR: | State listed, threatened: a native species or subspecies of a bird, mammal, fish, amphibian, reptile, or plant that, although not presently threatened with extinction, is likely to become an endangered species in the foreseeable future in the absence of special protection and management efforts. |
| RARE: | State listed as rare: a native plant species, subspecies, or variety when, although not presently threatened with extinction, it is in such small numbers throughout its range that it may become endangered if its present environment worsens (Native Plant Protection Act of 1977). |
| SSC: | CDFW Species of Special Concern: vertebrate species of concern due to declining population levels, limited ranges, and/or continuing threats that have made them vulnerable to extinction. |
| FP: | Fully Protected: California Fish and Game Code states that Fully Protected species "...may not be taken or possessed at any time and no provision of this code or any other law shall be construed to authorize the issuance of permits or licenses to take any fully protected" species, although take may be authorized for necessary scientific research. |
| Delisted: | Previously state listed as threatened or endangered, but no longer listed (e.g., due to recovery). |
| SA: | CDFW Special Animal: wildlife of state conservation concern. |
| SH: | All California sites are historical. |
| None: | The species has no state conservation status. |

AR005411

State Rank (S Rank): A reflection of the condition and imperilment of an element (plant, animal, vegetation community) throughout its range within the state. The S ranks are determined through a combination of rarity, threat, and trend factors, weighted more heavily on the rarity factors. Where correct category is uncertain, the S rank includes two categories or a question mark. Older ranks, which need to be updated, may still contain a decimal "threat" rank of .1, .2, or .3, where .1 indicates very threatened status, .2 indicates moderate threat, and .3 indicates few or no current known threats.

| | |
|---|---|
| S1: | Critically imperiled: imperiled in the state because of extreme rarity or some factor(s) making it especially vulnerable to extirpation from the state. |
| S2: | Imperiled: imperiled in the state because of rarity due to very restricted range, very few populations, steep declines, or other factors making it very vulnerable to extirpation from the state or nation. |
| S3: | Vulnerable: vulnerable in the state due to a restricted range, relatively few populations, recent and widespread declines, or other factors making it vulnerable to extirpation. S4: Apparently secure: uncommon but not rare, some cause for long-term concern due to declines or other factors. |
| S5: | Secure: common, widespread, and abundant in the state. |
| SH: | Possibly extirpated: species or community occurred historically in the state, and there is some possibility that it may be rediscovered. The element has not been seen for at least 20 years, but suitable habitat still exists. |
| SX: | Presumed extirpated: species or community is believed to be extirpated from the state. |

California Rare Plant Rank (CRPR): The *California Rare Plant Ranks* are a ranking system originally developed by the California Native Plant Society (CNPS) to better define and categorize rarity in California's plants. These ranks were previously known as the CNPS lists but were renamed to the *California Rare Plant Ranks* to better reflect the joint effort among the CNPS, the CDFW, and a wide range of botanical experts, who work together to assign a rarity ranking.

| | |
|---|---|
| 1A: | Plants presumed extinct in California and rare/extinct elsewhere. |
| 1B: | Plants rare, threatened, or endangered in California and elsewhere. |
| 2A: | Plants presumed extirpated in California, but more common elsewhere. |
| 2B: | Plants rare, threatened, or endangered in California but more common elsewhere. |
| 3: | Plants about which we need more information. |
| 4: | Plants of limited distribution. |
| X.1: | Extension to CRPR (e.g., 1B.1): seriously threatened in California. |
| X.2: | Extension to CRPR (e.g., 1B.2): fairly threatened in California. |
| X.3: | Extension to CRPR (e.g., 1B.3): not very threatened in California. |
| CBR: | Considered but rejected. |

Western Riverside County Multiple Species Habitat Conservation Plan: Applied to species that are covered under state and federal permits for the MSHCP.

NAC: Species Not Adequately Conserved
AC:  Species Adequately Conserved
(a): Surveys may be required for these species as part of wetlands mapping as described in Section 6.1.2 of the MSHCP.
(b): Surveys may be required for these species within Narrow Endemic Plant Species survey area as described in Section 6.1.3 of the MSHCP.
(c): Surveys may be required for these species within locations shown on survey maps as described in Section 6.3.2 of the MSHCP.
(d): Surveys may be required for these species within Criteria Area as described in Section 6.3.2 of the MSHCP.
(e): These Covered Species will be considered Adequately Conserved when conservation requirements identified in species-specific conservation objectives have been met. Species-specific conservation objectives for these species are presented in Section 9.0 of the MSHCP. Please refer to Table 9-3 of the MSHCP for specific conservation objectives that must be met for these species prior to including them on the list of Covered Species Adequately Conserved.
(f): These Covered Species will be considered Adequately Conserved when a Memorandum of Understanding is executed with the U.S. Forest Service that addresses

**AR005412**

management for these species on Forest Service Land.  Refer to Table 9-3 of the MSHCP.
-  :  Not a Covered Species

Definitions of occurrence probability:
These definitions provide general guidance.  Classifications for individual species may be modified based on biologists' experience and expert opinion.

| | |
|---|---|
| *Occurs:* | Species was detected during surveys or previously documented on the Project site or adjacent areas. |
| *High:* | Species documented in the vicinity (i.e., within 5 miles) of the Project site and suitable habitat is present, but species not detected during surveys. |
| *Moderate:* | Species documented in the vicinity of the Project site or suitable habitat present and site is within geographic and elevational range of the species. |
| *Low:* | Species not documented in the vicinity of the Project site or suitable habitat is marginal. |
| *Not Expected:* | Species not documented in the vicinity of the Project site and suitable habitat marginal or absent, or site is not within geographic and elevational range of the species. |
| *Absent:* | No potential for the species to occur due to lack of habitat, geographic or elevation range, species life history, survey results, etc. |
| *Unknown:* | No focused surveys have been performed in the region, and the species' distribution and habitat are poorly known. |

Documented occurrences refers to species occurrences in the California Natural Diversity Database (CNDDB) unless otherwise noted.  For plant species that are not tracked in the CNDDB, records from the Consortium of California Herbaria (CCH) may be used. eBird (eBird.org) records of bird observations are noted but should be interpreted with caution.

**AR005413**

## APPENDIX C: SITE PHOTOGRAPHS





Non-native annual grassland in the north-central portion of the site, facing south (01.27.2020).

Non-native grassland in the northeast corner, facing south. Adjacent residential development visible in background (01.27.2020).





Non-native grassland in northern portion of site, facing southwest.  Street trees visible in background (01.27.2020).

Non-native grassland in central portion of site, facing west. Adjacent shopping center visible in background (01.27.2020).

*Habitat Assessment*
*APN 419-140-057, City of Banning, Riverside County, California*                    *March 2020*



California buckwheat scrub along northeastern boundary of site (left side of photo), facing east (01.27.2020).



California buckwheat scrub in northeastern corner of site, facing northeast (01.27.2020).



Willow thickets in southwest corner of site, facing southwest. Willows are leafless due to season (01.27.2020).



Willow thickets in southwest corner of site, facing east. Shallow trench is visible at base of willows (01.27.2020).

AR 008275

AR005415

*Habitat Assessment*
*APN 419-140-057, City of Banning, Riverside County, California*                    *March 2020*




Large advertising sign at north-central boundary of site, facing east. The sign could be utilized by nesting birds, including raptors (01.27.2020).



Small mammal burrows in the northeastern corner of the site. The site has potentially suitable habitat for burrowing owl, but no owls or owl sign was observed (01.27.2020).



Southern boundary of site (white fence) with street trees beyond, facing west. Shallow trench is visible just inside the fence (01.27.2020).



Double culvert in southeast corner of site, facing east (01.27.2020).

**AR 008276**

**AR005416**

**APPENDIX D: RIVERSIDE COUNTY DOCUMENTATION**

AR 008277

AR005417

**Certification**

Certification:  I hereby certify that the statements furnished above and in the attached exhibits present the data and information required for this biological evaluation, and that the facts, statements, and information presented are true and correct to the best of my knowledge and belief.

DATE: <u>March 30, 2020</u>      SIGNED: _____

Leslie Irish, Principal, L&L Environmental, Inc.
909-335-9897

1) Fieldwork Performed By:

<u>Guy Bruyea</u>
Name

2) Fieldwork Performed By:

_____
Name

3) Fieldwork Performed By:

_____
Name

4) Fieldwork Performed By:

_____
Name

5) Fieldwork Performed By:

_____
Name

6) Fieldwork Performed By:

_____
Name

Check here __ if adding any additional names/signatures below or on other side of page.

**AR005418**

# BIOLOGICAL REPORT SUMMARY SHEET

Applicant Name: <u>Romo Planning Group</u>
Assessor's Parcel Number(s): <u>419-140-057</u>
Section, Township and Range: <u>Section 12, Township 3 South, Range 1 West</u>
Building and Safety Log Number: _____
Case Number: _____   Lot/Parcel _____   EA Number _____

| MARK ITEM(S) SURVEYED FOR | SPECIES or ENVIRONMENTAL ISSUE of CONCERN | (Mark Yes, No, or N/A regarding species findings on the referenced site) | | |
|---|---|---|---|---|
| | | Yes | No | n/a |
| | Arroyo Southwestern Toad | Yes | No | n/a |
| | Blue-line Stream(s) | Yes | No | n/a |
| X | Burrowing Owl (potential habitat) | Yes | No | n/a |
| | Coachella Valley Fringed-toed Lizard | Yes | No | n/a |
| | Coastal California Gnatcatcher | Yes | No | n/a |
| X | Coastal Sage Scrub | Yes | No | n/a |
| | Delhi Sands Flower-loving Fly | Yes | No | n/a |
| | Desert Pupfish | Yes | No | n/a |
| | Desert Slender Salamander | Yes | No | n/a |
| | Desert Tortoise | Yes | No | n/a |
| | Flat-tailed Horned Lizard | Yes | No | n/a |
| | Least Bell's Vireo | Yes | No | n/a |
| | Oak Woodlands | Yes | No | n/a |
| | Quino Checkerspot Butterfly | Yes | No | n/a |
| X | Riverside Fairy Shrimp (potential habitat) | Yes | No | n/a |
| | Santa Ana River Woolystar | Yes | No | n/a |
| | San Bernardino Kangaroo Rat | Yes | No | n/a |
| | Slender-horned Spineflower | Yes | No | n/a |
| | Stephens' Kangaroo Rat | Yes | No | n/a |
| X | Vernal Pools | Yes | No | n/a |
| X | Wetlands (MSHCP Riparian/Riverine) | Yes | No | n/a |

AR005419

*Habitat Assessment*
*APN 419-140-057, City of Banning, Riverside County, California*

*March 2020*

| MARK ITEM(S) SURVEYED FOR | SPECIES or ENVIRONMENTAL ISSUE of CONCERN | (Mark Yes, No, or N/A regarding species findings on the referenced site) | | |
|---|---|---|---|---|
| X | Marvin's onion (potential habitat) | Yes | No | n/a |
| X | Many-stemmed dudleya (potential habitat) | Yes | No | n/a |
|  | Other | Yes | No | n/a |

Species of concern shall be any unique, rare, endangered, or threatened species. It shall include species used to delineate wetlands and riparian corridors. It shall also include any hosts, perching, or food plants used by any animals listed as rare, endangered, threatened, or candidate species by either state, or federal regulations, or for Riverside County as listed by the California Department of Fish and Game Natural Diversity Data Base (CNDDB).

I declare under penalty of perjury that the information provided on this summary sheet is in accordance with the information provided in the biological report or habitat assessment.

_____ **L & L Environmental, Inc.**
Signature and Company Name

**March 30, 2020**
Date

10(a) Permit Number (if applicable) _____    Permit Expiration Date _____

*County Use Only*

Received By: _____    Date: _____

PD-B#

RVCX-19-30.3/01

73

AR 008280

AR005420

Attachment E-4

**LEVEL OF SIGNIFICANCE CHECKLIST**
**For Biological Resources**

Case Number: _____ Lot/Parcel No. _____ EA Number _____

Assessor's Parcel Number(s): <u>419-140-057</u>

Date: <u>March 30, 2020</u>

**Biological Resources:** (Check the level of impact that applies to the following questions.)

| Potentially Significant Impact | Less than Significant Impact with Mitigation Incorporated | Less than Significant Impact | No Impact |
|---|---|---|---|

**a)** Conflict with the provisions of an adopted Habitat Conservation Plan, Natural Conservation Community Plan, or other approved local, regional, or state conservation plan?

☐            ■            ☐            ☐

**b)** Have a substantial adverse effect, either directly or through habitat modifications, on any endangered, or threatened species, as listed in Title 14 of the California Code of Regulations (Sections 670.2 or 670.5) or in Title 50, Code of Federal Regulations (Sections 17.11 or 17.12)?

☐            ☐            ■            ☐

**c)** Have a substantial adverse effect, either directly or through habitat modifications, on any species identified as a candidate, sensitive, or special status species in local or regional plans, policies, or regulations, or by the California Department of Fish and Game, or U. S. Wildlife Service?

☐            ■            ☐            ☐

**d)** Interfere substantially with the movement of any native resident or migratory fish or wildlife species, or with established native resident migratory wildlife corridors, or impede the use of native wildlife nursery sites?

☐            ☐            ☐            ■

**e)** Have a substantial adverse effect on any riparian habitat, or other sensitive natural community identified in local or regional plans, policies, regulations, or by the California Department of Fish and Game, or the U. S. Fish and Wildlife Service?

☐            ☐            ■            ☐

AR005421

**LEVEL OF SIGNIFICANCE CHECKLIST**
**For Biological Resources**

**f)** Have a substantial adverse effect on federally protected wetlands, as defined by Section 404 of the Clean Water Act (including, but not limited to, marsh, vernal pools, coastal, etc.) through direct removal, filling, hydrological interruption)

☐                    ☐                    ☐                    ■

**g)** Conflict with any local policies or ordinances protecting biological resources, such as a tree preservation policy or ordinance?

☐                    ☐                    ☐                    ■

**Findings of Fact:**
-There are no sensitive vegetation communities present.  Most of the site is non-native grassland.
-Habitat to support narrow endemic plant species Marvin's onion and many-stemmed dudleya is absent from the site.
-Special status plants are either absent, not expected to occur, or have low potential for occurrence onsite.
-No vernal pools or evidence of ponding was observed.  Tire ruts are present but were dry at the time of the survey and soils are well drained (sandy to coarse sandy loam).
-Potentially suitable habitat for burrowing owl is present; no burrowing owls or owl sign observed.
-No species status wildlife species observed.
-There is suitable habitat for nesting birds, including raptors.
-Most special status wildlife species are either absent, not expected to occur, or have a low potential for occurrence on the site.  A few have moderate or low to moderate potential to occur.
-There is a small area of willow scrub, but insufficient to provide habitat for riparian birds.
-MSHCP riparian habitat may be present.  If so, a DBESP would be required for impacts. Jurisdictional state wetland may be present.  If so, regulatory permitting would be required for impacts.  A jurisdictional delineation is recommended.

**Proposed Mitigation:**
-Burrowing owl clearance survey prior to the start of any vegetation or ground disturbance.
-Nesting bird clearance survey prior to the start of any vegetation or ground disturbance during nesting season.

**Monitoring Recommended:**
None.

**Source:**  CGP Fig. VI.36-VI.40
Revised October 1999
CEQA checklist update December 2018

AR005422



February 27, 2020

Ernest Perea
**Romo Planning Group**
9431 Haven Avenue, Suite 232
Rancho Cucamonga, CA 91730

REGARDING: CULTURAL RESOURCES RECORDS SEARCH RESULTS AND RECOMMENDATIONS, SUN LAKES BOULEVARD PROJECT (APN 419-140-057), CITY OF BANNING, COUNTY OF RIVERSIDE, CALIFORNIA

**L&L Environmental, Inc.** (L&L) completed a California Historical Resources Information System (CHRIS) records search for the Sun Lakes Boulevard Project (APN 419-140-057), in the City of Banning, County of Riverside, California. L&L completed this work to address the anticipated need for California Environmental Quality Act (CEQA) compliance associated with future residential development in the project area. This submittal is intended to summarize the results of L&L's research and to outline recommendations for additional work required to demonstrate compliance with CEQA for cultural resources.

Sincerely,
*L&L Environmental, Inc.*

Jennifer M. Sanka, M.A., RPA
Principal Investigator

Leslie Nay Irish
CEO

Enclosures:
Enclosure 1. Project Area Location Maps
Enclosure 2. EIC Records Search Form

\\Darwin\unified projects\RPGX-19-730 Sun Lakes Banning\2020 ARS\Letter Report\RPGX-19-R730 ARS Letter Report (final).doc

*Celebrating 20+ Years of Service to Southern CA and the Great Basin, WBE Certified (Caltrans, CPUC, WBENC)*
Mailing Address: 700 East Redlands Blvd, Suite U, PMB#351, Redlands CA 92373
Delivery Address: 721 Nevada Street, Suite 307, Redlands, CA 92373
Webpage: llenviroinc.com | Phone: 909-335-9897 | FAX: 909-335-9893

AR 008283

AR005423

## Purpose of this Document

L&L Environmental, Inc. (L&L) completed a California Historical Resources Information System (CHRIS) records search at the Eastern Information Center (EIC) located at the University of California, Riverside.   Based on the results of the records search, L&L developed recommendations for additional work, where necessary, to demonstrate compliance with CEQA for cultural resources.   This document is intended to summarize the results of the records search and present L&L's recommendations.

## Project Location and Description

The project area is in western Riverside County, California and is situated south of Interstate 10 and east of Highway 79 (Enclosure 1:  Figure 1).   Specifically, it is within Section 12 of Township 3 South, Range 1 West as shown on the U.S. Geological Survey (USGS) *Beaumont, CA* 7.5' topographic quadrangle map (Enclosure 1:  Figure 2).   The project is immediately northeast of the intersection of Sun Lakes Village Drive and Sun Lakes Boulevard in the City of Banning (Enclosure 1:  Figure 3).   The project site includes Assessor's Parcel Number (APN) 419-140-057 and totals ±47.74 acres.   The project proposes developing the property into residential housing.

## California Historical Resources Information System (CHRIS) Records Search

The CHRIS records search was completed at the EIC on February 5, 2020 by L&L Archaeologist William R. Gillean, B.S., working under the supervision of L&L Principal Investigator Jennifer M. Sanka, M.A., RPA (Enclosure 2).  The records search included a review of previously recorded cultural resource sites and isolates, recorded built-environment resources, and previous cultural resources studies on or within a one-mile radius of the project area.   In addition, the records search included a review of the National Register of Historic Places (NRHP), Archaeological Determinations of Eligibility (ADOE), and the Built Environment Resources Directory (BERD) for the City of Banning.   The results indicate that no previously recorded cultural resources are in the project area while three (3) cultural resources were recorded in the one-mile search radius.   Of these previously recorded resources, one (1) is within 0.25 mile, one (1) is within 0.50 mile, and one (1) is between 0.50 and one mile of the project area.

All the previously recorded resources are historic age and they consist of the Union Pacific Railroad (UPRR)/Southern Pacific Railroad (SPR) and two (2) sites comprised of water

*Cultural Resources Records Search Results and Recommendations for the Sun Lakes Boulevard Project*
*City of Banning, County of Riverside, CA*                                    *February 2020*

conveyance systems.  These previously recorded resources and their locations relative to the project area are outlined below in Table 1.

Table 1.  Previously Recorded Cultural Resources Located Within One Mile of the Project Area

| Resource Number | Recorder Name and Date | Resource Description | Within ~One to 0.50 Mile Radius | Within ~0.50 to 0.25 Mile Radius | Within ~0.25 Mile Radius | Within Project Area? |
|---|---|---|---|---|---|---|
| 33-9498/CA-RIV-6381H/CA-IMP-3424H | Originally recorded by S. Ashkar of Jones & Stokes, 1999<br><br>Segments of this linear resource were updated by C. Chasteen of Myra L. Frank & Associates, 2003; C. Taniguchi of Galvin and Associates, 2005; S. Wilson and K. Chimel of ICF Jones & Stokes, 2009; S. Kremkau, 2012; T. Baurley and J. Sanka of L&L, 2015; D. Leonard of HDR, 2016; and P. Moloney, R. Elder, and W. Blodgett of Applied Earth Works, 2017 | Historic:  The UPRR/SPR.  This resource consists of a segment of the UPRR (historically the SPR) that extends across California. The alignment includes several smaller railroad lines that were acquired and consolidated into the SPR in 1884.  The lines were later acquired by the UPRR in the 1990s. | ● | ● | ● | No; however, this resource is located to the north of the project area. |
| 33-13779/CA-RIV-7544 | P. Messick and M. Dice of Michael Brandman Associates (MBA), 2004 | Historic: A series of water conveyance features.<br><br>The site was recommended not eligible for inclusion in the NRHP or the California Register of Historical Resources (CRHR). | ● | — | — | No |
| 33-15033/CA-RIV-7997 | Originally recorded by D. Brunzell of LSA Associates, Inc. (LSA), 2006<br><br>Updated by J. Miller, C. Morgan, R. Goodwin, and J. Hall, 2013; S. Justus, B. Wilson, A. | Historic:  A water conveyance system consisting of a channelized ditch created from Smith Creek.<br><br>This resource was recommended not eligible for inclusion in the NRHP and the CRHR in 2014 and the State Historic Preservation Officer (SHPO) concurred with this recommendation in 2016. | ● | ● | — | No |

AR005425

| Resource Number | Recorder Name and Date | Resource Description | Within ~One to 0.50 Mile Radius | Within ~0.50 to 0.25 Mile Radius | Within ~0.25 Mile Radius | Within Project Area? |
|---|---|---|---|---|---|---|
| | Giacinto of ASM Affiliates (ASM), 2010; A. Williams of Southern California Edison (SCE), 2014; and M. DeCarlo of ASM and Doug Mengers of PanGIS, 2018 | | | | | |

The EIC records search also indicated that 27 area-specific cultural resource reports are on file for the project area and the one-mile search radius. Two (2) of these studies addressed the project area in 1981 and 2004 (RI-1434/SRS 1981; RI-8449/CRM Tech 2004). The 1981 survey encompassed a total of 900 acres and reported no known cultural resources within current project area. However, information regarding field survey transect spacing or the percentage of land covered during the survey was not provided in the report so the level of survey coverage within the current project area is unknown. Cultural resources were identified about 0.15 mile to the southwest of the project area. Specifically, the survey detected numerous buildings, structures, and features, including a residence, agricultural outbuildings, barns, a well, and a refuse dump associated with the Old Stewart Ranch. While these resources were not recorded as a site, they do reflect patters of historic age land use in the immediate vicinity of the project area (RI-1434/SRS 1981).

The 2004 study was conducted in support of the City of Banning General Plan. This study included an inventory of cultural resources located in the City and the sphere of influence, as well as a reconnaissance style survey that visited previously recorded sites and addressed areas with a high potential for containing resources. This work resulted in the assessment of a project area that measured approximately 37 square miles. While this study addressed the current project area and the surrounding acreage via research and a records search, it did not include an intensive pedestrian survey for the subject property (RI-8449/CRM Tech 2004). As such, the EIC results indicate that the project area has been previously surveyed once for the presence or absence of cultural resources in 1981 (RI-1434/SRS 1981).

Collectively, the 27 previous studies cover approximately 90 percent of total surface area within the records search radius via research and field surveys. The report coverage is generally similar throughout the search radius with the lands within 0.25 mile, between 0.25 and 0.50

AR005426

mile, and between 0.50 and one mile exhibiting about 90 percent coverage. The details of these reports are summarized below in Table 2.

Table 2.  Previous Cultural Resources Studies Within One Mile of the Project Area

| Report # | Date | Rsrcs | Report | Author |
|---|---|---|---|---|
| RI-1432 | 1986 | No | Archaeological Report on Grading Monitoring Activities at Stewart Ranch, Riverside County, California | Scientific Resource Surveys, Inc. (SRS) |
| RI-1433 | 1985 | No | An Historical Study of Stewart Ranch in Riverside County, California | SRS |
| RI-1434 | 1981 | Yes | Cultural Resources Report on 900 +/- Acre Parcel (Portion of the Old Stewart Ranch), Located in the Banning-Beaumont Area, Riverside County, California | SRS |
| RI-1830 | 1984 | No | An Archaeological Assessment of Parcel 18132, Beaumont Area of Riverside County, California | Archaeological Research Unit |
| RI-2203 | 1987 | No | An Archaeological Assessment of the Hovchild Property, Riverside County, California | C. E. Drover |
| RI-2350 | 1988 | Yes | MCI Rialto to El Paso Fiber Optics Project - Intensive Cultural Resource Survey - San Bernardino and Riverside Counties, California | Dames & Moore |
| RI-3039 | 1990 | No | An Archaeological Assessment of the "Sunset Crossing" Project, a 294.8 Acre Parcel as shown on TPM 25541, Located Immediately South of the I-10 Freeway at Sunset Avenue in Banning, Riverside County, California | Archaeological Associates |
| RI-4720 | 2004 | Yes | Phase I Cultural Resource Survey and Historic Site Significance Evaluations for the Sunset Crossing Project Footprint, South Banning Area, County of Riverside, California | MBA |
| RI-4840 | 2002 | No | Report of Phase I Archaeological Assessment of a 23-Acre Parcel in Beaumont, Riverside County | Archaeological Resource Management Corporation (ARMC) |
| RI-4841 | 2002 | No | Addendum:  Report of Phase I Archaeological Assessment of a 23-Acre Parcel in Beaumont, Riverside County | ARMC |
| RI-5136 | 2003 | No | Cultural Resource Inventory and Paleontologic Assessment, Hovchild Property, City of Beaumont, County of Riverside, California | The Keith Companies |
| RI-6722 | 2006 | Yes | Cultural Resources Assessment and Historic Evaluations: Deutsch Property Specific Plan, City of Banning, Riverside County, California | LSA |
| RI-7052 | 2006 | No | A Cultural Resources Investigation of the Proposed San Gorgonio Village Project Area, Approximately 23 Acres of Land in the City of Beaumont, Riverside County, California | McKenna, et al. |
| RI-7055 | 2007 | No | Historical/Archaeological Resources Survey Report:  Assessor's Parcel Number 419-170-031, in the City of Beaumont, Riverside County, California | CRM Tech |

AR005427

*Cultural Resources Records Search Results and Recommendations for the Sun Lakes Boulevard Project*
*City of Banning, County of Riverside, CA*                                            *February 2020*

| Report # | Date | Rsrcs | Report | Author |
|----------|------|-------|--------|--------|
| RI-7339 | 2007 | Yes | Identification and Evaluation of Historic Properties:  Wastewater Treatment Plant Expansion and Recycled Water System, City of Banning, Riverside, California | CRM Tech |
| RI-7364 | 2007 | No | Archaeological and Paleontologic Monitoring of a 29.7-Acre Project Area at the Northwest Corner of First Street and Commerce Way, Beaumont, Riverside County, California | Chambers Group |
| RI-7970 | 2006 | Yes | A Study of the Past in San Timoteo Canyon and San Gorgonio Pass:  Cultural Resource Assessment, Oak Valley Substation Project, Riverside County | LSA |
| RI-8011 | 2008 | No | Final Cultural Resources Assessment, Study of the Past in San Timoteo Canyon and San Gorgonio Pass:  Oak Valley Substation Project, Riverside County | LSA |
| RI-8027 | 2009 | No | Letter Report:  Proposed Cellular Tower Project(s) in Riverside County, California, Site Number(s)/Name(s):  IE-04965A/Beaumont Health Center TCNS# 47154 | Earth Touch |
| RI-8449 | 2004 | No | Cultural Resources Technical Report:  City of Banning General Plan | CRM Tech |
| RI-9167 | 2013 | Yes | Cultural Resources Assessment and Class III Inventory:  Volume I West of Devers Project, San Bernardino and Riverside Counties, California | LSA |
| RI-10157 | 2014 | Yes | Archival Research Evaluation Results of 33 Cultural Resources for Southern California Edison Company's West of Devers Upgrade Project, Riverside and San Bernardino Counties, California, Volume 1 | SCE |
| RI-10219 | 2015 | No | Letter Report:  Cultural Resources Summary for the Proposed Verizon Wireless, Inc. Property at the Potrero Site, 81 Highland Springs Avenue, Beaumont, Riverside County, California 92223 | Tetra Tech |
| RI-10461 | 2015 | Yes | Archaeological Investigations and Monitoring for the Construction of the Devers-Palo Verde No. 2 Transmission Line Project, Riverside County, California | ASM |
| RI-10478 | 2018 | Yes | A Phase I CEQA/Class III NEPA (NHPA Section 106) Investigation for the 6th/Maple Septic Conversion Project in the City of Beaumont, Riverside Co., California | McKenna, et al. |
| RI-10754 | 2019 | Yes | A Class III Historic Resource Study for Phase 3 of the Atwell Project for Section 106 Compliance, SPL-Banning, California | Brian F. Smith and Associates (BFSA) |
| RI-10766 | 2018 | Yes | A Class III Historic Resource Study for Phase 2 of the Atwell Project for Section 106 Compliance, SPL-Banning, California | BFSA |

## Summary and Recommendations

### *Summary*

The results of the CHRIS records search indicate that no previously recorded cultural resources are in the project area and that the project area was included in two (2) previous studies in 1981 and 2004 (RI-1434/SRS 1981; RI-8449/CRM Tech 2004).   The 1981 study included a field

AR005428

survey of the project area; however, the intensity of the surface survey is unknown, as no information is provided about transect spacing or the percentage of coverage (RI-1434/SRS 1981). The 2004 study addressed the current project area and the surrounding acreage via research and a records search, but it did not include an intensive pedestrian survey for the subject property (RI-8449/CRM Tech 2004). As such, the records search results indicate that the project area was previously surveyed once for the presence or absence of cultural resources more than 35 years ago (RI-1434/SRS 1981).

Additionally, the records search showed that 27 area-specific technical reports are on file for the project area and the one-mile search radius. These reports identified three (3) cultural resources. All resources are historic age and include a segment of the UPRR/SPR and two (2) sites comprised of water conveyance systems. The closest previously recorded resource to the project area is the UPRR/SPR, which trends east-west immediately to the north of the project area (33-9498/CA-RIV-6381H/CA-IMP-3424H). The other two resources are more than 0.25 mile from the project area.

Based on the results of L&L's research, no previously recorded cultural resources are in the project area. However, the most recent pedestrian survey was completed more than 35 years ago and the intensity of the survey is unknown. Thus, an intensive pedestrian survey of the project area is recommended to determine the presence or absence of cultural resources using current methods and standards. The results of the pedestrian survey and an assessment of the project area's sensitivity for prehistoric and historic age cultural resources would assist in determining the project's potential impact to historical and archaeological resources under CEQA and make recommendations for additional technical studies or field efforts (e.g., resource documentation, evaluation, and/or mitigation), should they be required. The assessment should also include Native American coordination. Specifically, a Native American Heritage Commission (NAHC) Sacred Lands File (SLF) database search and information scoping efforts should be initiated with the contacts identified by the NAHC. This work would assist in determining the project's potential to impact Native American resources, including any possible Tribal Cultural Resources (TCRs). This coordination would also determine the need for related fieldwork, including Tribal site visits and/or Native American mitigation monitoring. Thus, L&L recommends additional fieldwork, reporting, and Native American coordination to demonstrate compliance with CEQA for cultural resources.

*Cultural Resources Records Search Results and Recommendations for the Sun Lakes Boulevard Project*
*City of Banning, County of Riverside, CA*                                                    *February 2020*

### Recommendations

L&L recommends additional work to determine the impact of the proposed project on cultural resources, including historical and archaeological resources pursuant to CEQA.   These recommendations are outlined below.

1. **Conduct a Phase I Cultural Resources Assessment**.  This study should be completed by an archaeologist who meets the Secretary of the Interior's (SOI) professional qualifications standards for archaeology and should include a review of the records search information included in this report; the results of an NAHC SLF database search; information scoping efforts with the contacts named by the NAHC as having knowledge about the presence or absence of Native American cultural resources in the project area and vicinity, including TCRs; and an intensive pedestrian survey.   The Phase I study should also include a cultural context and information about methods employed and the following elements:

   a.  Recordation of any detected archaeological resources (if present);

   b.  Evaluation of any potentially impacted archaeological resources (if present);

   c.  An assessment of project area sensitivity for prehistoric and historic age cultural resources;

   d.  Notes on the sensitivity of the project area for Native American resources and/or a summary of the results of Native American information scoping efforts;

   e.  Recommendations for additional work to complete evaluative efforts (if needed).

   The Phase I study should also include recommendations for additional studies or field efforts (as appropriate), such as (but not limited to) additional research, Phase II testing, Phase III data recovery, archaeological mitigation monitoring, and/or Native American monitoring.

AR005430

## References

CRM Tech.  2004.  Cultural Resources Technical Report:  City of Banning General Plan.  RI-8449.  Report on-file at the Eastern Information Center, University of California, Riverside.

Scientific Resource Surveys, Inc. (SRS).  1981.  Cultural Resources Report on 900 +/- Acre Parcel (Portion of the Old Stewart Ranch), Located in the Banning-Beaumont Area, Riverside County, California.  RI-1434.  Report on-file at the Eastern Information Center, University of California, Riverside.

**Enclosure 1.  Project Area Location Maps**

AR005432



| L&L Environmental, Inc. | Figure 1 |
| --- | --- |
| *BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING* | **Project Vicinity Map** |
| *RPGX-19-730* *February 2020* | *Sun Lakes Boulevard Project* *APN 419-140-057, City of Banning* *County of Riverside, California* |

AR005433



**L&L Environmental, Inc.**

*BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING*

*RPGX-19-730*
*February 2020*

**Figure 2**
**Project Location Map**

(USGS Beaumont [1988] quadrangle,
Section 12 of Township 3 South, Range 1 West)

*Sun Lakes Boulevard Project*
*APN 419-140-057, City of Banning*
*County of Riverside, California*

AR005434



| **L&L Environmental, Inc.** | **Figure 3** |
|---|---|
| *BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING* | **Aerial Photograph** |
| | (Aerial obtained from Google Earth, August 2018) |
| *RPGX-19-730*<br>*February 2020* | *Sun Lakes Boulevard Project*<br>*APN 419-140-057, City of Banning*<br>*County of Riverside, California* |

*Cultural Resources Records Search Results and Recommendations for the Sun Lakes Boulevard Project*
*City of Banning, County of Riverside, CA*                                                  *February 2020*

**Enclosure 2.  EIC Records Search Form**

AR005436

EIC DIY Worksheet

CHRIS Access and Use Agreement Number _____

EIC Tracking Number _____

Print   Name   Bill Gilman                     Date   02-05-2020

Affiliation   L&L Environmental, Inc.

Address   700 E. Redlands Blvd. Suite U-191   City/State/Zip   Redlands/CA/90373

Telephone   909 885 9797   Fax   909 885-9893   Email   wgilman@llenviro.ins.com

Billing Address (if different from above):   N/A

Billing Email   bmangum@llenvirinc.com

Purpose of Access:   Archaeological records search

Reference (project name or number, title of study, and street address if applicable): _____
RPGX-19-730 (City of Banning)

County:   RIV   Township/Range/Section or UTMs: T3S; R1W; Sec. 12

USGS 7.5' Quad(s):   Beaumont

TIME IN:   8:45
TIME OUT:   11:30

Copies: _____

Biblio: Yes/No: _____

*Circle if applicable*

Excel Spreadsheet: Yes/No

PDFs: Reports and/or Resources

**IC staff shall charge $40 per hour minimum, plus $20.00 per one-half after the first hour
per each request for one or more bibliographic (list or detail), spreadsheet, and PDF
copies.



**L&L ENVIRONMENTAL, INC.**
*REGULATORY SERVICES*
BIOLOGICAL & CULTURAL INVESTIGATIONS & MONITORING

## PHASE 1 CULTURAL RESOURCES ASSESSMENT FOR THE SUN LAKES BOULEVARD PROJECT APN 419-140-057, ±47.02 ACRES IN THE CITY OF BANNING, RIVERSIDE COUNTY, CALIFORNIA

*Banning, CA* USGS 7.5-Minute Topographic Quadrangle Maps
Township 3 South, Range 1 West, Section 12

### Prepared on Behalf of:
Ernest Perea
**Romo Planning Group**
9431 Haven Avenue, Suite 232
Rancho Cucamonga, CA 91730
eperea@romoplanninggroup.com
951.823.0432

### Prepared For:
City of Banning Community Development Department
Planning Division
P.O. Box 998
Banning, CA 92220
951.922.3190

### Prepared By:
John J. Eddy, M.A., RPA, Principal Investigator
William R. Gillean, B.S., Archaeologist
Leslie Irish, CEO/Principal
**L&L Environmental, Inc.**

### Fieldwork Date(s):
June 30, 2020

### Report Date:
August 26, 2020

### Keywords:
±47.02 Acres, Historic Linear Feature, RPGX-1H, Bermed Ditch, Earthen Berm, Water Control, Water Conveyance, Stewart Ranch, City of Banning, Riverside County, *Banning, CA* 7.5-minute topographic quadrangle

\\Darwin\unified projects\RPGX-19-730 Sun Lakes Banning\2020_ARS2\RPGX-19-R730.ARS2 (final).doc

*Celebrating 20+ Years of Service to Southern CA and the Great Basin, WBE Certified (Caltrans, CPUC, WBENC)*
Mailing Address: 700 East Redlands Blvd, Suite U, PMB#351, Redlands CA 92373
Delivery Address: 721 Nevada Street, Suite 307, Redlands, CA 92373
Webpage: llenviroinc.com | Phone: 909-335-9897 | FAX: 909-335-9893

AR 008298

AR005438

## TABLE OF CONTENTS

**MANAGEMENT SUMMARY**................................................................................**iii**

**1.0) INTRODUCTION AND ENVIRONMENTAL SETTING**.......................................**1**
  1.1) Introduction ............................................................................1
  1.2) Project Location and Description...........................................1
  1.3) Cultural Resources Staff .......................................................5
  1.4) Environmental Setting ...........................................................5
    1.4.1) Existing Land Use and Topography....................................5
    1.4.2) Soils and Geology .............................................................5
    1.4.3) Vegetation and Wildlife......................................................6
      Table 1. Vegetation Communities....................................6
    1.4.4) Water Resources .............................................................8

**2.0) CULTURAL SETTING**..................................................................**10**
  2.1) Pleistocene ........................................................................10
    2.1.1) Pre Clovis (pre-10,000 cal B.C.) ......................................10
    2.1.2) Paleo-Indian (10,000-8,000 cal B.C.) ...............................11
  2.2) Early Holocene...................................................................11
    2.2.1) Lake Mojave (8,000-6,000 cal. B.C.) ................................11
  2.3) Middle Holocene ...............................................................11
    2.3.1) Pinto Complex (8,000-3,000-cal. B.C.) ............................11
  2.4) Late Holocene ...................................................................12
    2.4.1) Gypsum Complex (2,000 cal. B.C.-cal. A.D. 200)..............12
    2.4.2) Rose Springs Complex (cal. A.D. 200 – 1,100) ................13
    2.4.3) Late Prehistoric Complex (cal. A.D. 1,100-Contact)..........13
    2.4.4) Protohistoric Period (410 to 150 BP) ..............................14
  2.5) Ethnohistoric Context ........................................................15
  2.6) Euro-American Historic Context ........................................17

**3.0) REGULATORY SETTING AND METHODS** ...................................**20**
  3.1) Regulatory Setting .............................................................20
    3.1.1) State Significance Criteria ...............................................20
    3.1.2) Local Regulations ...........................................................21
  3.2) Methods ............................................................................22
    3.2.1) Cultural Resources Records Search ................................22
    3.2.2) Historic Records Review ................................................23
    3.2.3) Native American Coordination .......................................23
    3.2.4) Pedestrian Survey ..........................................................23

**4.0) RESULTS** ...................................................................................**24**
  4.1) Cultural Resources Records Search ...................................24
  4.2) Historic Records Review ...................................................27
  4.3) Potential Cultural Resources Identified During the Historic Records Review .................30
    4.3.1) Linear Feature .................................................................30
  4.4) Native American Coordination ..........................................31
  4.5) Pedestrian Survey..............................................................33
  4.6) Resources in the Project Area............................................35
    4.6.1) Water Conveyance/Control Feature (RPGX-1H) ..............35
    4.6.2) CRHR Evaluation of RPGX-1H ......................................35

**5.0) CONCLUSIONS AND RECOMMENDATIONS** ...............................................................**37**
  5.1) Unanticipated Discovery of Human Remains ........................................................38
  5.2) Unanticipated Discovery of Cultural Resources....................................................38

**6.0) REFERENCES CITED** ............................................................................................**40**

**7.0) CERTIFICATION** ....................................................................................................**43**

### APPENDICES

Appendix A: Personnel Qualifications .........................................................................44
Appendix B: Confidential Record Search Results........................................................54
Appendix C: Photographs ...........................................................................................60
Appendix D: Native American Coordination ................................................................67
Appendix E: Primary Record RPGX-1H ......................................................................83

### FIGURES

Figure 1. Vicinity Map................................................................................................. 2
Figure 2. Location Map ............................................................................................... 3
Figure 3. Aerial Photograph ....................................................................................... 4
Figure 4. Soils Map .................................................................................................... 7

## MANAGEMENT SUMMARY

L&L Environmental (L&L), at the request of Romo Planning Group, completed a Phase I Cultural Resources Assessment on ±47.02 acres of land (APN 419-140-057) for the Sun Lakes Boulevard Project ("Project") in City of Banning, Riverside County, California.  Romo Planning Group proposes construction of a multi-residential housing development on the property.  The Project area is on the northeast corner of the Sun Lakes Boulevard and Sun Lakes Village Drive intersection in Township 3 South, Range 1 West, Section 12 as shown on the USGS *Banning, CA* 7.5-Minute Topographic Quadrangle Map.

This technical study documents efforts to identify historical resources, as defined in Public Resources Code (PRC) §5020.1(j), and complies with provisions of the California Environmental Quality Act (CEQA) to assess a Project's potential to impact historical resources during Project construction, operation, and/or maintenance.  These efforts include a cultural resources records search, background research, coordination with the Native American Heritage Commission and local Native American tribes and organizations, and an intensive pedestrian survey of the entire Project area.

The Project area was once part of Stewart Ranch, owned and operated by Reznor P. Stewart between 1883 and 1933 and his daughters Laura May and Clara between 1933 and 1967.  L&L identified a linear resource (RPGX-1H) in the Project area consisting of an earthen bermed ditch constructed by bulldozer sometime before 1953 and associated with water control/conveyance efforts instituted on the ranch along Portereo Creek and Smith Creek.  RPGX-1H was evaluated and recommended not eligible for the CRHR and therefore does not qualify as a historic resource under CEQA and requires no further consideration.  In addition, the Project area appears to have a low sensitivity for prehistoric archaeological resources and it is unlikely that intact, subsurface prehistoric archaeological deposits will be uncovered during Project construction.  Sensitivity for encountering historic-age archaeological resources is considered low-to-moderate.  The Project area lies within Stewart Ranch; however, the land within the Project area was utilized for grazing, agricultural, and water control/conveyance purposes.  This suggests that historic artifacts and/or deposits that may be present in subsurface context would most likely reflect those activities (e.g., horse shoes, tacks, barbed wire, sparse occurrences of tin cans and glass bottles, other water conveyance/control features, etc.) and would most likely not be considered historically significant.  Thus, additional cultural resource technical studies are not recommended prior to Project construction.

In the event that previously unknown resources are encountered during any Project-related ground disturbance, ground-disturbing activity should cease within 100 feet of the resource and a professional archaeologist shall be consulted to assess the find and to determine whether the resource requires further study.  The qualified archeological personnel shall assist the County of Riverside by drafting measures to protect the discovered resources commensurate with their significance.

## 1.0)    INTRODUCTION AND ENVIRONMENTAL SETTING

### 1.1)    Introduction

L&L Environmental (L&L), at the request of Romo Planning Group, completed a Phase I Cultural Resources Assessment on ±47.02 acres of land (APN 419-140-057) for the Sun Lakes Boulevard Project ("Project") in the City of Banning, Riverside County, California.   Romo Planning Group proposes construction of a multi-residential housing development on the property.  The purpose of this technical report is to provide the City of Banning with information necessary to determine whether the Project would cause an adverse change to historical resources, as defined in PRC §5020.1(j), and therefore result in a significant impact to the environment under CEQA.  To accomplish this objective, L&L completed a cultural resource records search, historical and geoarchaeological background research, coordinated with the Native American Heritage Commission (NAHC) and local Native American tribes, organizations, and individuals, and performed a systematic survey of the entire Project area.

### 1.2)    Project Location and Description

The proposed Project includes ±47.02 acres of land within APN 419-140-057 and is generally situated in the west-central portion of Riverside County, California, south of Interstate 10 and east of Highway 79 (Figure 1).  Specifically, it lies within Section 12 of Township 3 South, Range 1 West as shown on the USGS *Banning, CA* 7.5' topographic quadrangle map (Figure 2).  The Project area is within the City of Banning and is immediately adjacent to Sun Lakes Boulevard (which lies to the south) and Sun Lakes Village Drive (to the west, see Figure 3).  The Project proposes construction and operation of a multi-residential housing complex.  The vertical limits of the Project, as it relates to the maximum depth of subsurface excavations, are not currently defined.

AR005443



| L&L Environmental, Inc. | Figure 1 |
|---|---|
| *BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING* | **Project Vicinity Map** |
| *RPGX-19-730* *August 2020* | *APN 419-140-057, City of Banning County of Riverside, California* |

AR005444

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                    *August 2020*



| L&L Environmental, Inc. | Figure 2 |
|---|---|
| *BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING* | **Project Location Map** |
| *RPGX-19-730* | (USGS Beaumont [1988] quadrangle, Section 12 of Township 3 South, Range 1 West) |
| *August 2020* | *APN 419-140-057, City of Banning County of Riverside, California* |



| L&L Environmental, Inc. | Figure 3 |
|---|---|
| *BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING* | **Aerial Photograph** |
| | (Aerial obtained from Google Earth, August 2018) |
| *RPGX-19-730* | |
| *August 2020* | *APN 419-140-057, City of Banning County of Riverside, California* |

AR005446

### 1.3) Cultural Resources Staff

The cultural resources records search at the Eastern Information Center EIC) was completed by L&L archaeologist William R. Gillean. Mr. Gillean reviewed maps, records, reports, and directories on February 5, 2020. Mr. Gillean also performed the pedestrian survey of the Project area on June 30, 2020. All work was completed under the direct supervision of L&L Principal Investigators Jennifer M. Sanka, M.A., RPA, and John Eddy, M.A., RPA. Mr. Eddy authored the report with contributions from William Gillean (Field Methods and Results), Jennifer Sanka (Record Search Methods and Results), and Guy Bruyea (Environmental Setting). L&L CEO/Principal Leslie Irish provided quality control oversight. Professional qualifications for key personnel are provided in Appendix A.

### 1.4) Environmental Setting

#### 1.4.1) Existing Land Use and Topography

The Project area is in the San Gorgonio Pass, or Banning Pass, which lies along the border between the Peninsular Ranges and Transverse Ranges Geomorphic Provinces. The pass was formed by the San Andreas Fault, which runs along the pass between the San Bernardino Mountains to the north and the San Jacinto Mountains to the south.

Land surrounding the Project area is generally characterized as mixed residential and commercial, with a few vacant lots as well as major transportation corridors (i.e., Interstate 10 and the Union Pacific Railroad). Topographically, much of the Project area is flat, but gradually increases in elevation as it trends southeast to northwest. Elevation onsite ranges from 2,546 to 2,565 feet above mean sea level (AMSL).

The Project area is within a disturbed vacant lot and appears to be regularly disked or mown. A large advertising sign is present along the north-central boundary of the site. A gravel surface layer (from past disturbance) is present in some areas, particularly in the northeastern portion of the site. A dirt access road is present near the northern site boundary. Other past disturbance onsite includes a grid of dirt roads or graded areas, remnants of which are still visible (Appendix C: Photographs 1, 2, 3, 4, 5, 6, 7, 8).

#### 1.4.2) Soils and Geology

Surface soils within the Project area consist of various types of sand consistent with alluvial deposits. Soils onsite are mapped as Greenfield sandy loam (2-8% slopes, eroded), Hanford

coarse sandy loam (2-8% slopes), and Ramona sandy loam (2-5% slopes, eroded) (NRCS 2020) (Figure 4). The Project area is underlain by Late to Middle Pleistocene Quaternary alluvial deposits (Qof; California Geologic Survey 2020).

### 1.4.3) Vegetation and Wildlife

Vegetation communities onsite are summarized in Table 1. The majority of the site is covered by non-native annual grassland, with a small patch of southern willow scrub at the southwest corner and a narrow strip of California buckwheat scrub along the northeastern site boundary. Ornamental trees line the southern and western boundaries and part of the eastern boundary. These trees are either on adjacent properties or along Sun Lakes Boulevard.

Table 1. Vegetation communities within the survey area.

| Vegetation Community | Area (acres) |
|---|---|
| Non-native Grassland | 46.56 |
| Willow Thickets | 0.18 |
| California Buckwheat Scrub | 0.28 |
| Total | 47.02 |

Non-native Annual Grassland

The majority of the site consists of disturbed non-native annual grassland dominated by Mediterranean grass (*Schismus barbatus*), ripgut brome (*Bromus diandrus*), red brome (*Bromus madritensis* ssp. *rubens*), and cheatgrass (*Bromus tectorum*). Other non-native species present include Russian thistle (*Salsola tragus*), shortpod mustard (*Hirschfeldia incana*), redstem filaree (*Erodium cicutarium*), and tocalote (*Centaurea melitensis*).

Native annuals that are tolerant of disturbed areas and were observed onsite include large flower rancher's fiddleneck (*Amsinckia intermedia*), California aster (*Corethrogyne filaginifolia*), western sunflower (*Helianthus annuus*), horseweed (*Erigeron canadensis*), doveweed (*Croton setiger*), telegraph weed (*Heterotheca grandiflora*), and annual bur-weed (*Ambrosia acanthicarpa*).

Other plants less commonly observed include non-native tree tobacco (*Nicotiana glauca*) and native vinegar weed (*Trichostemma lanceolatum*), nightshade (*Solanum species*), and western jimsonweed (*Datura wrightii*).

**AR005448**



GyC2  =  Greenfield sandy loam (2-8% slopes, eroded)
HcC    =  Hanford coarse sandy loam (2-8% slopes)
RaB2   =  Ramona sandy loam (2-5% slopes, eroded)

---

**L&L Environmental, Inc.**

*BIOLOGICAL AND CULTURAL
INVESTIGATIONS AND MONITORING*

*RPGX-19-730*
*August 2020*

**Figure 4**

**Soils Map**

Aerial obtained from Google Earth, August 2018,
USDA Nat. Res. Cons. Serv. SSURGO Data)

*APN 419-140-057, City of Banning
County of Riverside, California*

AR005449

This vegetation community is classified by Sawyer et al. (2009) as brome or Mediterranean grass grasslands (*Bromus* species – *Schismus barbatus* Herbaceous Semi-Natural Alliance).  It is not considered a sensitive vegetation community.

California Buckwheat Scrub

A narrow strip of coastal scrub dominated by California buckwheat (*Eriogonum fasciculatum*) is present along portions of the northeastern site boundary.  This vegetation community is classified by Sawyer et al. (2009) as California buckwheat scrub (*Eriogonum fasciculatum* Shrubland Alliance).

Willow Thickets

A small area of small to medium-sized willows (*Salix* species) is present at the southwest corner of the site.  The willows could not be identified due to season.  These willows are likely supported by irrigation runoff and associated with a shallow trench that runs along the southern site boundary.  This vegetation community is classified by Sawyer et al. (2009) as willow thickets and is synonymous with the southern willow scrub community noted in the 2005 survey (MND ca. 2005).

Animals

The Project area is home to numerous birds, reptilian, and mammalian species.  Wildlife identified within the Project area included eight (8) bird species, one (1) species of reptile, and three (3) mammal species.  These included the red-tailed hawk (*Buteo jamaicensis*), rock dove (*Columba livia*), side-blotched lizard (*Uta stansburiana*), Audobon's cottontail (*Sylvilagus audubonii*), and California ground squirrel (*Spermophilus beecheyi*), among others.

1.4.4)  Water Resources

There are no USGS mapped blue-line streams within the Project area.  Smith Creek trending southeast by north-northwest lies approximately 0.25 mile east of the Project area.  A shallow trench is present along the site's southern boundary (along Sun Lakes Boulevard) and trends from west to east.  A double culvert is present at the southeast corner of the site.  A small area of willow thicket is present in the southwest corner of the site in association with a trench.  Another shallow trench is present within the central portion of the site and trends from west to east.  No water or evidence of flow was observed in these trenches during the survey.  The

AR 008310

AR005450

trenches appear to be remnants of past disturbance involving water quality or flood control measures and do not have connectivity with any natural waterway.

AR005451

## 2.0)    CULTURAL SETTING

**Prehistoric Setting**

The following regional chronology is presented as a combined cultural history for the Mojave and Colorado Deserts and based largely on the work of Schaefer and Laylander (2007) and Sutton et al. (2007).  There is a scarcity of data prior to the Late Prehistoric for the Colorado Desert that may be due to site preservation potential, a harsher drier climate – less hospitable for human settlement, or simply the difference in the amount of research in each region (Sutton et al. 2007).  Archaeological interest in the eastern desert areas of California began at the beginning of the twentieth century with the work of Elizabeth and William Campbell and Malcolm Rogers.  With the start of Cultural Resource Management and the expansion of military bases during the Cold War Era, research and information has increased enormously.  In 1984, Claude Warren wrote the first synthesis of research done in the region.  Since that time additional work has been done, resulting in a tremendous surge in information (Sutton 1996, Sutton et al. 2007, Schaefer 1994 and Schaefer and Laylander 2007).

Both Sutton and Schaefer prefer to use climatic periods to define cultural responses and see changes in archaeological assemblages as responses to changes in climate.  Sutton suggests using temporal periods of Pleistocene, Early Holocene, Middle Holocene, and Late Holocene.

The APE falls within the Colorado River region of the Colorado Desert.  Biologically, ethnographically, as well as geographically, this APE is consistent with the Colorado River and Colorado Desert.

## 2.1)    Pleistocene

2.1.1)  Pre Clovis (pre-10,000 cal B.C.)

Several archaeologists have suggested possible pre-Paleo Indian occupations for both the Mojave and Colorado Deserts.  At present there is no undisputed evidence for either area.  There is growing evidence for pre-Clovis occupation in the Americas, and early researchers thought they had artifacts and evidence from this period; however, improved dating techniques and better understanding of geomorphologic processes have not supported their claims.  While human occupation is a possibility, presently there is no irrefutable evidence from the desert regions of California.

2.1.2)  Paleo-Indian (10,000-8,000 cal B.C.)

The Paleo-Indian Complex in the Mojave Desert is represented by the Western Clovis Tradition, marked by the fluted projectile point.  Most of these finds are surface finds and associated with diminishing Pluvial Lakes.  While still a somewhat wet and cool period, lakes cycled between alternately drying and then recharging.  Most Clovis finds are from Pleistocene Lake drainage basins like China Lake, Thompson Lake, and Koehn Lake (Sutton et al. 2007).  Simons suggests that Clovis point types have been identified in Pinto Basin, Ocotillo Wells, Cuyamaca Pass, and the Yuha Desert, but there is a certain amount of contention among archaeologists regarding whether these finds represent actual Clovis projectile points, are points that are similar, or perhaps are Clovis points that have been modified and still show the attributes of their original form.  This would have been a period requiring high mobility on the part of Paleo Indian groups.  Camps would be small and temporary, with small populations living near permanent water sources.

**2.2)    Early Holocene**

2.2.1)  Lake Mojave (8,000-6,000 cal. B.C.)

This period is characterized by a post-glacial warming trend further diminishing pluvial lakes.  This too is a period better represented from the Mojave Desert than the Colorado Desert (Sutton et al. 2007 and Schaeffer and Laylander 2007).  The Lake Mojave Complex is typified by projectile points of the Great Basin Series, known as Lake Mojave and Silver Lake points.  Bifaces, steep-edged unifaces, crescents, and cobble-core tools are common.  Ground stone implements for processing and pulping plants and animals begin to appear in the archaeological record on a regular basis.  Most of these finds are on the surface and lack associated radiometric dating.  Settlement patterns indicate small foraging groups and short-term occupations.  Basin drainages, rather than changing internal drainage lakes, seem to have been the preferred settlement choice.  Lack of certainty and unpredictability in resources would require a high degree of mobility in the population.

**2.3)    Middle Holocene**

2.3.1)  Pinto Complex (8,000-3,000-cal. B.C.)

A temporal overlap exists between the Lake Mojave Complex and the Pinto Complex.  Toward the end of the Early Holocene Pinto-type projectile points begin to appear.  Occasionally the Great Basin Series and Pinto Series show up at the same sites, but according to Sutton et al.

AR 008313

AR005453

(2007) they have consistently divergent site distributions.

Pinto Series Projectile Points are characterized by stemmed and indented bases and show blade reworking, which may reflect a shift from using atlatl darts to thrusting spears. Overall there is continuity in the stone technology of Lake Mojave and Pinto Complexes. Changes are reflected in a switch from cryptocrystalline materials like obsidian and chert to material like rhyolites and basalts. There is a switch to the use of bifacial and unifacial core-tool forms. While there is less diversity in lithic tool materials there is an increase in interaction with coastal groups, as evidenced by lopped-end *Olivella* shell beads. Faunal remains show a decrease in large mammals (artiodactyl) and more reliance on smaller animals. There is an increase in ground stone material in the earlier part of the Middle Holocene, indicating a greater reliance on plant materials. During this period, settlement patterns favor the remnant pluvial lake basins with fossil stream channels and springs and seeps in upland areas. Settlements are large in well-watered areas where middens are larger. These settlements were residential bases from which smaller foraging groups would be sent out to exploit seasonal resources.

The late mid-Holocene (5,000-3,000 cal. B.C.) was one of the warmest and driest periods of the entire Holocene. In the past it has been suggested that some areas were abandoned all-together, but it may be that larger groups split into smaller more mobile groups, leaving a smaller human imprint.

## 2.4)    Late Holocene

Between 3,000-2,000 B.C., the climate became hotter and drier, which is reflected in low population densities. It appears that some regions of the Eastern Mojave were abandoned altogether. In general the Late Holocene is a period plagued by severe climatic episodes that had cultural repercussions over the entire globe. The Medieval Climate Anomaly (A.D. 800-1,350) was an exceedingly hot and dry period that saw declines in large villages and abandonment of the Mojave, while the Little Ice Age (A.D. 1,400-1,875) is associated with cold conditions and an increase in winter precipitation.

### 2.4.1)  Gypsum Complex (2,000 cal. B.C.-cal. A.D. 200)

The climate during the Gypsum Complex was wetter and cooler. Settlements are found near streams but are smaller and more numerous. There was an increase in trade. The marker artifacts for the Gypsum Complex are corner-notched projectile points known as the Elko Series, the Humboldt Series with a concave base, and the concave base Gypsum Series.

AR005454

Bifaces, manos, and metates are common and quartz crystals, paint, and rock art occur. These items point to an increase in trade and cultural complexity.

2.4.2)  Rose Springs Complex (cal. A.D. 200 – 1,100)

The cultural systems changed dramatically sometime between 200-500 A.D., when the bow and arrow were introduced in the Mojave Desert Region. With the introduction of the bow and arrow came a need for a different projectile point type, one smaller and easily hafted. The Rose Springs and Eastgate series projectile points reflect this necessity. Along with the new projectile point, stone knives, drills, pipes, bone awls, various milling implements and an increase in obsidian use (from the Coso Mountain area) become common. Rose Springs sites are found near springs, washes, and lakeshores and show a dramatic increase in population. Wickiups and pit houses (along with other structures) were being used, indicating more intensive occupations. Sites also have well-developed middens.

During the middle of the Rose Spring Complex a dramatic climate shift, the Medieval Climate Anomaly (MCA) occurred (A.D. 800-1,350). Sutton suggests the drier, hotter climate, increased population, and new hunting technology caused an already stressed resource base to collapse and brought an end to the Rose Springs Complex.

During this period, particularly in the northeastern Mojave Desert, influences from the nearby Muddy and Virgin River Anasazi groups begin to appear in the archaeological record. The Anasazi were interested in the turquoise mines near Halloran Springs and trade with the coast. There is some evidence of agricultural practices being introduced.

2.4.3)  Late Prehistoric Complex (cal. A.D. 1,100-Contact)

While the climate continued to deteriorate, population density decreased and new technologies appeared. Cultural Complexes appeared that have modern ethnographic counterparts. Occupation sites consist of some major villages with cemeteries, as well as "special purpose" and seasonal sites. Desert series projectile points, buffware and brownware ceramics, shell, steatite beads, slate pendants, incised stones, and milling tools constitute the tool assemblage. Regional differences, such as Cottonwood Projectile Points, are common and use of obsidian increased in some areas and decreased in others.

Late period sites are found over much of the Colorado Desert region. These range from villages to small scatters and are typically characterized by all of the following: pottery sherds, chipped stone tools, ground stone manos and metates, mortars and pestles, shaft straighteners, shell,

AR005455

bone, Olivella and other beads, and stone pendants (Warren 1984: 403-406). Pottery appears to have been introduced into the Colorado Desert region from the Lower Colorado River area. Tizon Brownware predominates, with Lower Colorado Buffwares and Red on Buff added in later periods. Typical projectile points include Cottonwood Triangular and Desert Side-notched points. The Cahuilla traditionally cremated their dead. Cremation sites, consisting of burned human bone and ash, burned pottery fragments, and sometimes other artifacts, commonly have been found in the region.

Wilke (1978) provides one of the most extensive studies of occupation and resource use in the area of the north end of Lake Cahuilla. He finds a lacustrine adaptation around the ancient shoreline, supplemented with resources from other ecological zones. He suggests that lake sites include permanent villages, interspersed with seasonal campsites focused on specific resources in different environmental zones. The desiccation of Lake Cahuilla led to significant out-migration into the mountains, and changes in adaptation, including the adoption of a limited corn, bean, squash, and melon agriculture from the Lower Colorado River area. Weide (1975: 90-92), in contrast, has suggested that Lake Cahuilla may have only existed intermittently, for no more than 50 years at a time. In this interpretation, the lake sites are all non-sedentary sites occupied by populations exploiting the local resources. Thus, the desiccation of the lake did not have as dramatic effect on population movements, which adjusted through changes in the resource base, including the adoption of agriculture.

2.4.4) Protohistoric Period (410 to 150 BP)

The Protohistoric Period marks the arrival of the Spanish in Alta California and the impact of European influence on native populations. Although the Spanish did not formally enter the San Jacinto Mountains until centuries later, Native Americans in the area were aware of Europeans and even acquired some European goods through trade networks, well before European colonization began. Such influences may be found when European- and Mexican-made materials are encountered in Protohistoric archaeological deposits, and such discoveries may contribute to analyses of trade networks, political relationships between groups, and shifts in emphasis on subsistence resources.

The Protohistoric Period witnessed an increase in usage of obsidian from the Obsidian Butte source near the southern end of the Salton Sea, which was exposed between high stand intervals of Lake Cahuilla sometime between 350 and 300 B.P. and again between 250 to 150 B.P. Furthermore, Desert Side-notched points spread further inland where they are often found

in Protohistoric archaeological deposits along with the more common Cottonwood Triangular points.  Late in the period, European trade goods (i.e., glass trade beads) were added to the cultural assemblages (Meighan 1954).

The Hakataya influence in coastal and inland Southern California regions appears to have diminished during the late Protohistoric when the extensive trade networks along the Mojave River and in Antelope Valley apparently broke down and large village sites were abandoned (Warren 1984:427).  Warren (1984: 428) suggests that disruption in trade networks may have resulted from the movement of the Colorado River basin Chemehuevi populations southward across the trade routes.

### 2.5)    Ethnohistoric Context

The ethnohistory of the Cahuilla Indians is documented in several ethnographic studies, mission records, and major published sources including Kroeber (1908, 1925), Hooper (1920), Strong (1929), Bean (1972, 1978), Heizer (1978), and Bean et al. (1991).  The following is a brief summary of Cahuilla ethnohistory summarized from Bean et al. (1991).

The San Gorgonio Pass, Coachella Valley, and Santa Rosa and San Jacinto Mountains were occupied by the Cahuilla people at the time of Spanish arrival in 1769.  The Cahuilla were organized into at least 12 differed patrilineal clans, which owned large spans of territory that included multiple ecological zones at high and low elevations.  This allowed the Cahuilla people to exploit a wide range of plant and animal resources in different seasons (Bean 1972). Cahuilla groups are often distinguished by the topographic region (i.e., desert, mountain, and pass) in which they established permanent settlements (Bean 1972).

Desert Cahuilla settlements congregated around the shoreline of ancient Lake Cahuilla as well as near the mouth of canyons and valleys in areas that could supply many of their food resources within a 5-mile area (Bean 1972: 73-74).  As the lake receded, the Cahuilla moved their villages and adapted their subsistence practices (Wilke 1976).  Pass Cahuilla also established settlements in or near the mouth of canyons and valleys in areas.  Mountain Cahuilla occupied settlements between 3,000 and 5,000 feet in the San Jacinto and Santa Rosa Mountains.

The San Gorgonio Pass and neighboring canyons were home to various lineages of the Wanakik Cahuilla Clan (Bean et al. 1991: 11), which are provided in Table 2 below.

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                                      August 2020

Table 2.  Cahuilla Village Names and Locations as Reported by Bean et al. (1991).

| Lineage Name | Village Territory | Cahuilla Village Name |
|---|---|---|
| Ackit Wankik | Canyon area north of Beaumont | - |
| Pisata Wanakik | Banning Water Canyon | Pīhatapa |
| Waksishe Wanakik | Near Cabazon | - |
| Palunka Wanakik | Stubbe Canyon | - |
| Wanakik Wanakik | White Water Canyon | Wanup |
| Teshana Wanakik | Snow Creek | - |
| Wakina Wanakik | Blaisdell Canyon | - |
| Havina Wanakik | Palm Springs Station | - |
| Huvana Wanakik | Hall's Grade | - |
| Amnaa Vitcem | Unidentified area northwest of Palm Springs | - |

The San Gorgonio Pass also contains numerous named Cahuilla places, of which several are
documented by Bean et al. (1991).  These are named places are included in Table 3 below.

Table 3.  Named Cahuilla Places in the San Gorgonio Pass Area.

| Place Name | Location | Description |
|---|---|---|
| Mal-ki | Morongo Indian Reservation | Territory of Wankik Wanakik who previously occupied White Water Canyon. |
| Hunavatikiktum Village | Hall's Grade | - |
| Tep ush la | Between Banning and Beaumont | Sharp hill once owned by Mexican named Miguel Hagaria. |
| Kow wish so kalet | Rock on Cabazon Peak | A rock sign where Evo ga net, the fox, lives.  It is an enormous rock near the summit of Cabezon Peak, resembling a big head, which is just south of Cabazon. |
| Ĩvawakik | Cabazon Hill | Sharp hill south of town of Cabazon.  Great ner named the place and went inside of hill and became the rock on top.  This marks the northeastern boundary of the Kauisik Cahuilla. |
| Kekliva | North of Soboba | Mountain north of Soboba where Kausiktum left part of their ceremonial bundle. |

Cahuilla clans operated within a hierarchical politico-religious structure, each with one or more
ceremonial units that served as a "symbolic representation of the sociopolitical reality of the
group" (Bean et al. 1991: 5).  These groups were part of a ritual congregation connecting

AR005458

autonomous groups to the broader socio-political, religious, and economic networks.

The Cahuilla were hunter-gatherers for the most part and may have incorporated agriculture into their subsistence foci prior to European contact.  Among the animals the Cahuilla hunted were Pronghorn sheep, mule deer, rabbits, squirrels, chipmunks, desert tortoise, rats, and mice.  The Cahuilla often organized communal rabbit hunts prior to ceremonial gatherings to provide food for guests and participants.  When available, the Cahuilla also hunted fish and birds along the shoreline of ancient Lake Cahuilla.

Cahuilla material culture included an array of utilitarian and ceremonial objects.  Cahuilla were well known for their woven baskets.  They were also expert potters and used ceramics to craft many different items for storage, cooking, and other uses.  Stone and wood implements were integral to daily Cahuilla life.  Wooden mortars and pestles were used to process mesquite beans and other seeds and plant materials as were stone manos and pestles used with stone mortars, metates, and bedrock slicks.  Cryptocrystalline and microcrystalline silicates, metavolcanics, and obsidian, among other stone materials, were worked into knives, blades, scrappers, and projectile points to tip wood arrows.  Wood was utilized for bow construction, pestles and mortars, arrow shafts, throwing sticks, digging sticks, and flutes.  The Cahuilla also utilized various parts of animals (e.g., bone and tendons) and plants (e.g., mescal fiber sandals) in everyday life.  Ceremonial objects included shell beads, feathers, gourd rattles, crystals, wands, and various items that made up the ceremonial bundle.

## 2.6)  Euro-American Historic Context

The following historic context statement for the San Gorgonio Pass area was originally included in the historical and archaeological resources section of the City of Banning General Plan (2006: IV-59-IV-61).

> By the late 18th century, Spanish explorers sought to colonize California before other European nations and established religious missions and military strongholds along the California coast.  Spanish and Mexican explorers traveled through the San Gorgonio Pass in search of easily passable supply routes from Mexico to colonies on the northern Monterey Peninsula of California.  In 1822, Mexico secured its independence from Spain under the Treaty of Cordova, and Spanish forces were driven out of Mexico and California.  In 1823-1825, Jose Romero, Jose Maria Estudillo, and Romualdo Pacheco led an expedition in search of a route to Yuma, Arizona and became the first noted European explorers to travel through the San Gorgonio Pass.

AR005459

In about 1824, friars of the San Gabriel Mission established a mission outpost in the Pass named in honor of St. Gorgonious, and Powell "Paulino" Weaver, a native of Tennessee.  During that period, the area was known as Rancho San Gorgonio, one of the 24 principal cattle ranches under the control of the San Gabriel Mission.  In 1845, Weaver and Isaac "Julian" Williams petitioned the Mexican authorities for a land grant of the 48,400-acre Rancho San Gorgonio, which stretched from Yucaipa to the eastern edge of the Pass.  The grant was never issued, but Weaver and Williams took possession of the land under assumed ownership.

The United States defeated Mexico in 1848 in the Mexican-American War and gained control of California.  At the same time, the discovery of gold and the appeal of cattle ranching led to an influx of new settlers to the state.  California was admitted to the Union in 1850.  The first U. S. Government surveys were conducted in the San Gorgonio Pass in 1853, and noted a number of trails and roads crossing the area, as well as an Indian village at the mouth of the Banning Canyon.  These surveys were part of a potential railroad route from Mississippi to the California coast, although train service would not be available until nearly 25 years later.  In the meantime, Banning was developing as a transportation hub on the Bradshaw Trail, playing host to a convergence of stagecoach lines, including Alexander and Company of Los Angeles.

In Banning, the earliest European structures were the adobe houses built by Isaac W. Smith and José Pope in 1854.  Pope's house, at what is now the Gilman Ranch, served as a stage station on the Bradshaw Trail under the later owners of the property, Newton Noble and James M. Gilman.  Smith's ranch, also known to have been a stage stop, later became the site of the Highland Springs Resort.

Non-Indian settlement in the San Gorgonio Pass expanded during the 1870s and 1880s, with the establishment of railroad stations along the Southern Pacific line and the implementation of the Homestead Act and Desert Land Act, which opened public land for claims.  With the completion of the Southern Pacific Railway in 1877, the focal point of local growth shifted from the northern foothills to the present-day downtown area.

After the founding of Banning in 1884, the town became the unmistakable center of population and community growth in the area.  During the 20th century, Banning continued to benefit from its strategic location at the nexus of the various transportation arteries, including the original Ocean-to-Ocean Highway (U. S. Route 60, 70, 99, now Ramsey Street) and today's Interstate 10, roughly halfway between the Riverside-San Bernardino area and the growing desert resort communities in the Coachella Valley.

In 1930, as part of the Colorado River Aqueduct project, the Metropolitan Water District provided a considerable boost to the Banning economy and population when it chose the City as its headquarters for the tunneling operations through the San Jacinto Mountains.  As a result, road improvements, schools, and parks were completed during this time, including Repplier Park.  Growth in the City slowed considerably during World War II, but rebounded afterward.  Building

permits issued in 1945 totaled $13,481,682.50, representing 163 new businesses and 1,350 residences.

By the early 1940s Banning's downtown area stretched from Eighth Street on the west to Hathaway Avenue on the east, and the City extended as far north as the mouth of Banning Canyon. The downtown had been fully urbanized and a suburban neighborhood had emerged on the western edge of the town, between Sunrise and Sunset Avenues. Scattered buildings were also located between these two areas, mostly to the north of present-day Ramsey Street. While other buildings dotted the outlying areas, with many of them surrounded by orchards, including those on the Banning Bench. During the next ten years, the undeveloped area between Banning's downtown and the westerly neighborhood was essentially filled in amid the post-WWII boom.

In contrast, the areas beyond the core and the Ramsey Street and San Gorgonio Avenue corridors remained largely rural in character until the most recent decades, when large-scale residential developments, such as the Sun Lakes subdivision and the accompanying commercial districts, began to turn vacant land on the western edge of the City into a new population center.

The City of Banning was incorporated February 6, 1913. The population at the time was more than 500 residents (Hughes 1938). The City was named for General Phineas T. Banning, a freighter who transported goods over the Mormon Trail from Salt Lake City to San Bernardino and Los Angeles. Gen. Banning was also known for the creation of Wilmington and transporting goods between San Pedro and Los Angeles (City of Banning 2020). In the early 1900s, Banning was famous for its agreeable weather and as a burgeoning health resort. As put by W. Dwight Pierce, Banning is, "[h]igh, but not too high; dry, but not too dry; warm, but not too hot, and never too cold" (n.d.). Many people visited or resided in Banning for the health-restoring weather. In 1925, Banning was "well-equipped to care for tuberculosis patients…" as several sanitariums and private residences were available for use by the ill (Deutsch 1925). Banning was also well-known for its orchards of apricots, almonds, olives, plums, and grapes.

While the railroads replaced the need for stages, Banning never lost its nickname as "Stagecoach Town USA". Today, the town is known for its Annual Stagecoach Days Celebration which hosts a parade, carnival, mock shoot-outs, a barbeque, and a rodeo (City of Banning 2020). The annual Cherry harvest, usually held in early spring, is also a widely-attended annual event, relished by both residents and non-residents alike.

AR005461

## 3.0)   REGULATORY SETTING AND METHODS

### 3.1)   Regulatory Setting

Under CEQA, public agencies must consider the effects of their actions on both historical resources and unique archaeological resources.  Pursuant to Public Resources Code (PRC) Section 21084.1, a project that may cause a substantial adverse change in the significance of a historical resource is a project that may have a significant effect on the environment.  Section 21083.2 requires agencies to determine whether proposed projects would have effects on unique archaeological resources.

Historical resource is a term with a defined statutory meaning (see PRC, Section 21084.1 and CEQA Guidelines, Section 15064.5(a) and (b)).  The term embraces any resource listed in or determined to be eligible for listing on the CRHR.  The CRHR includes resources listed in or formally determined eligible for listing in the National Register of Historic Places (NRHP), as well as some California Historical Landmarks (CHLs) and Points of Historical Interest (CPHIs).

Properties of local significance designated under a local preservation ordinance (local landmarks or landmark districts) or identified in a local historical resources inventory may be eligible for listing in the CRHR and are, therefore, presumed historical resources for purposes of CEQA (PRC, Section 5024.1 and California Code of Regulations, Title 14, Section 4850).  A lead agency should consider such resources potentially eligible for the CRHR unless the resource was demolished, lost substantial integrity, or if a preponderance of evidence exists demonstrating the resource is not eligible for listing.

Lead agencies also have a responsibility to evaluate potential historical resources not previously designated under a local preservation ordinance or identified in a historical resources inventory against the CRHR criteria prior to determining the project's overall effect on the environment under CEQA (PRC, Section 21084.1 and CEQA Guidelines, Section 15064(a)(3)).  The following criteria are used to evaluate the significance of potential historical resources for the proposed project.  An effect is considered significant if the proposed project impacts the specific qualities that render a resource eligible for listing in the NRHP and/or the CRHR.

### 3.1.1)  State Significance Criteria

Generally, a resource is considered significant under CEQA if it possesses sufficient integrity and demonstrates eligibility under at least one (1) of the following criteria (California Code of

Regulations 15064.5):

1.  Is associated with events that have made a significant contribution to the broad patterns of California's history and cultural heritage;

2.  Is associated with the lives of persons important in our past;

3.  Embodies the distinctive characteristics of a type, period, region, or method of construction, or represents the work of an important creative individual, or possesses high artistic values; or

4.  Has yielded, or has the potential to yield, information important to the prehistory or history of the local area, California, or the nation.

As noted above, lead agencies must also consider whether a project will affect unique archaeological resources. PRC Section 21083.2(g) defines a unique archaeological resource as an archaeological artifact, object, or site about which it can be clearly demonstrated that, without merely adding to the current body of knowledge, there is a high probability that it meets any of the following criteria:

- Contains information needed to answer important scientific research questions and that there is a demonstrable public interest in that information;

- Has a special and particular quality such as being the oldest of its type or the best available example of its type; or

- Is directly associated with a scientifically recognized important prehistoric or historic event or person.

3.1.2)  Local Regulations

*City of Banning General Plan (2006)*

The City of Banning General Plan incorporates goals, policies, and programs to protect biological resources. These include the following:

Goal Documentation, maintenance, preservation, conservation, and enhancement of archaeological and historic sites, artifacts, traditions, and other elements of the City's cultural heritage.

Policy 1    The City shall exercise its responsibility to identify, document and evaluate archaeological, historical and cultural resources that may be affected by proposed development projects and other activities.

Program 1.A    All new development proposals…shall submit a records search for historic and cultural resources as part of the planning process.

AR005463

Program 1.B    Development of land use proposals which have the potential to disturb or destroy sensitive cultural resources shall be evaluated by a qualified professional and, if necessary, comprehensive Phase I studies and appropriate mitigation measures shall be incorporated into project approvals.

Program 1.C    The City shall implement the requirements of state law relating to cultural resources, including Government Code 65352.3, an any subsequent amendments or additions.

## 3.2)    Methods

The purpose of this technical report is to provide the City of Banning with information necessary to determine whether the Project would cause an adverse change to a historical resource, as defined in PRC §5020.1(j) and, therefore, result in significant impact to the environment under CEQA.  To accomplish this objective, L&L completed a historical resources records search, historical and geoarchaeological background research, coordinated with the Native American Heritage Commission (NAHC) and local Native American tribes, organizations, and individuals, and performed a systematic survey of the entire Project area.

This investigation included the following tasks:

- Review of regional history and previous cultural resource sites and studies within the Project area and the vicinity.

- Examination of archival topographic maps and aerial photographs for the Project area and the general vicinity.

- Request of an NAHC SLS for the Project area and contact with Tribal groups and individuals as named by the NAHC.

- Non-collection Phase I pedestrian survey of the Project area.

- Evaluate the potential for the proposed project to result in significant impacts to cultural resources including the potential to impact buried cultural resources with no surface expression.

- Develop recommendations associated with impacts to cultural resources following the guidelines as outlined in the Regulatory Setting.

### 3.2.1)   Cultural Resources Records Search

The cultural resources records search of the Project area was completed on February 5, 2020 by L&L archaeologist William R. Gillean at the Eastern Information Center (EIC) located on the campus of the University of California, Riverside.  The records search included a review of EIC maps (Appendix B) and previously recorded cultural resource records and reports within a one-

mile radius of the Project area.  In addition, the records search included a review of the National Register of Historic Places (NRHP), Archaeological Determinations of Eligibility (ADOE), and the Built Environment Resources Directory (BERD) for the City of Banning.

### 3.2.2)  Historic Records Review

L&L reviewed pertinent General Land Office (GLO) maps and records on file with the BLM (BLM 2020).  Archival topographic maps and aerial photographs of the Project area were also reviewed (NETR 2020).  In addition, parcel records, and maps available through the County of Riverside County Assessors Website and previous cultural resource reports obtained from the EIC were also reviewed.

### 3.2.3)  Native American Coordination

L&L notified the NAHC of the Project and requested a records search of the Sacred Lands File (SLS) on June 29, 2020.  The NAHC responded in writing on June 29, 2020 with a list of local Native American tribes, organizations, and individuals to contact regarding the Project (Appendix D).  L&L contacted the tribes, organizations, and individuals in the NAHC response with a letter dated June 29, 2020 (Appendix D).  The letters included a description of the Project, identified its location, and requested information regarding Native American resources within or near the Project area.  All correspondence completed to date is included Appendix D.

### 3.2.4)  Pedestrian Survey

The primary purpose of a cultural resource pedestrian survey is to assess the condition of previously recorded resources, identify historic resources and/or unique archaeological resources, and to assess the Project's potential to impact historic resources.  The Project area was surveyed on June 20, 2020 by L&L archaeologist William Gillean utilizing the block-transect method with north-south trending transects.  Transect intervals measured no more than 15 meters and the Project area was surveyed in its entirety (100 percent).  During the survey, digital photographs were taken to document current conditions.

In the event cultural resources 50 years of age or older are detected during the survey, efforts were made to measure, photograph, and map resources in the field.  Resource locational data were recorded using a GPS device using Universal Transverse Mercator (UTM), North American Datum of 1983 (NAD83).  All data obtained in the field were recorded onto appropriate DPR 523 Forms.

AR005465

## 4.0)    RESULTS

### 4.1)    Cultural Resources Records Search

The records search at the EIC revealed that the Project area was previously inventoried for cultural resources in its entirety prior to the current investigation (RI-1434/SRS 1981).   In addition, the entire Project area lies within the 37 square mile City of Banning General Plan area (CRM TECH 2004); however, the Project area was not systematically surveyed for cultural resources during the investigation.

Outside the Project area, at least 25 additional area-specific cultural resource investigations were completed within a one-mile radius of the Project area.  Collectively, these reports cover approximately 70 percent of the total surface area within the scope of the records search.  The details of these previous studies are summarized below in Table 4.

Table 4.  Previous Cultural Resources Studies Within One Mile of the Project Area

| Report # | Date | Rsrcs | Report | Author |
|---|---|---|---|---|
| RI-1432 | 1986 | No | Archaeological Report on Grading Monitoring Activities at Stewart Ranch, Riverside County, California | Scientific Resource Surveys, Inc. (SRS) |
| RI-1433 | 1985 | No | An Historical Study of Stewart Ranch in Riverside County, California | SRS |
| RI-1434 | 1981 | Yes | Cultural Resources Report on 900 +/- Acre Parcel (Portion of the Old Stewart Ranch), Located in the Banning-Beaumont Area, Riverside County, California | SRS |
| RI-1830 | 1984 | No | An Archaeological Assessment of Parcel 18132, Beaumont Area of Riverside County, California | Archaeological Research Unit |
| RI-2203 | 1987 | No | An Archaeological Assessment of the Hovchild Property, Riverside County, California | C. E. Drover |
| RI-2350 | 1988 | Yes | MCI Rialto to El Paso Fiber Optics Project - Intensive Cultural Resource Survey - San Bernardino and Riverside Counties, California | Dames & Moore |
| RI-3039 | 1990 | No | An Archaeological Assessment of the "Sunset Crossing" Project, a 294.8 Acre Parcel as shown on TPM 25541, Located Immediately South of the I-10 Freeway at Sunset Avenue in Banning, Riverside County, California | Archaeological Associates |
| RI-4720 | 2004 | Yes | Phase I Cultural Resource Survey and Historic Site Significance Evaluations for the Sunset Crossing Project Footprint, South Banning Area, County of Riverside, California | MBA |
| RI-4840 | 2002 | No | Report of Phase I Archaeological Assessment of a 23-Acre Parcel in Beaumont, Riverside County | Archaeological Resource Management Corporation (ARMC) |

| Report # | Date | Rsrcs | Report | Author |
|---|---|---|---|---|
| RI-4841 | 2002 | No | Addendum: Report of Phase I Archaeological Assessment of a 23-Acre Parcel in Beaumont, Riverside County | ARMC |
| RI-5136 | 2003 | No | Cultural Resource Inventory and Paleontologic Assessment, Hovchild Property, City of Beaumont, County of Riverside, California | The Keith Companies |
| RI-6722 | 2006 | Yes | Cultural Resources Assessment and Historic Evaluations: Deutsch Property Specific Plan, City of Banning, Riverside County, California | LSA |
| RI-7052 | 2006 | No | A Cultural Resources Investigation of the Proposed San Gorgonio Village Project Area, Approximately 23 Acres of Land in the City of Beaumont, Riverside County, California | McKenna, et al. |
| RI-7055 | 2007 | No | Historical/Archaeological Resources Survey Report: Assessor's Parcel Number 419-170-031, in the City of Beaumont, Riverside County, California | CRM Tech |
| RI-7339 | 2007 | Yes | Identification and Evaluation of Historic Properties: Wastewater Treatment Plant Expansion and Recycled Water System, City of Banning, Riverside, California | CRM Tech |
| RI-7364 | 2007 | No | Archaeological and Paleontologic Monitoring of a 29.7-Acre Project Area at the Northwest Corner of First Street and Commerce Way, Beaumont, Riverside County, California | Chambers Group |
| RI-7970 | 2006 | Yes | A Study of the Past in San Timoteo Canyon and San Gorgonio Pass: Cultural Resource Assessment, Oak Valley Substation Project, Riverside County | LSA |
| RI-8011 | 2008 | No | Final Cultural Resources Assessment, Study of the Past in San Timoteo Canyon and San Gorgonio Pass: Oak Valley Substation Project, Riverside County | LSA |
| RI-8027 | 2009 | No | Letter Report: Proposed Cellular Tower Project(s) in Riverside County, California, Site Number(s)/Name(s): IE-04965A/Beaumont Health Center TCNS# 47154 | Earth Touch |
| RI-8449 | 2004 | No | Cultural Resources Technical Report: City of Banning General Plan | CRM Tech |
| RI-9167 | 2013 | Yes | Cultural Resources Assessment and Class III Inventory: Volume I West of Devers Project, San Bernardino and Riverside Counties, California | LSA |
| RI-10157 | 2014 | Yes | Archival Research Evaluation Results of 33 Cultural Resources for Southern California Edison Company's West of Devers Upgrade Project, Riverside and San Bernardino Counties, California, Volume 1 | SCE |
| RI-10219 | 2015 | No | Letter Report: Cultural Resources Summary for the Proposed Verizon Wireless, Inc. Property at the Potrero Site, 81 Highland Springs Avenue, Beaumont, Riverside County, California 92223 | Tetra Tech |
| RI-10461 | 2015 | Yes | Archaeological Investigations and Monitoring for the Construction of the Devers-Palo Verde No. 2 Transmission Line Project, Riverside County, California | ASM |
| RI-10478 | 2018 | Yes | A Phase I CEQA/Class III NEPA (NHPA Section 106) Investigation for the 6th/Maple Septic Conversion Project in the City of Beaumont, Riverside Co., California | McKenna, et al. |

**AR005467**

| Report # | Date | Rsrcs | Report | Author |
|----------|------|-------|--------|--------|
| RI-10754 | 2019 | Yes | A Class III Historic Resource Study for Phase 3 of the Atwell Project for Section 106 Compliance, SPL-Banning, California | Brian F. Smith and Associates (BFSA) |
| RI-10766 | 2018 | Yes | A Class III Historic Resource Study for Phase 2 of the Atwell Project for Section 106 Compliance, SPL-Banning, California | BFSA |

These and similar studies resulted in the identification of at least four (4) previously recorded archaeological resources within the scope of the records search (see Table 5). None of the previously recorded cultural resources were identified within the Project area.

All previously recorded cultural resources are of historic age and consist of the Union Pacific Railroad/Southern Pacific Railroad (UPRR/SPR), two (2) water conveyance systems, and the historic Stewart Ranch Complex. These previously recorded resources and their locations relative to the Project area are outlined below.

Table 5. Previously Recorded Cultural Resources Located Within One Mile of the Project Area

| Resource Number | Recorder Name and Date | Resource Description | Within ~One to 0.50 Mile Radius | Within ~0.50 to 0.25 Mile Radius | Within ~0.25 Mile Radius | Within Project Area? |
|-----------------|------------------------|---------------------|------|------|------|------|
| 33-9498/ CA-RIV-6381H/CA-IMP-3424H | Originally recorded by S. Ashkar of Jones & Stokes, 1999 <br><br> Segments of this linear resource were updated by C. Chasteen of Myra L. Frank & Associates, 2003; C. Taniguchi of Galvin and Associates, 2005; S. Wilson and K. Chimel of ICF Jones & Stokes, 2009; S. Kremkau, 2012; T. Baurley and J. Sanka of L&L, 2015; D. Leonard of HDR, 2016; and P. Moloney, R. Elder, and W. Blodgett of Applied Earth Works, 2017 | Historic: The UPRR/SPR. This resource consists of a segment of the UPRR (historically the SPR) that extends across California. The alignment includes several smaller railroad lines that were acquired and consolidated into the SPR in 1884. The lines were later acquired by the UPRR in the 1990s. | ● | ● | ● | No; however, this resource is adjacent to the north of the Project area. |

AR005468

| Resource Number | Recorder Name and Date | Resource Description | Within ~One to 0.50 Mile Radius | Within ~0.50 to 0.25 Mile Radius | Within ~0.25 Mile Radius | Within Project Area? |
|---|---|---|---|---|---|---|
| H-1 (No primary record available) | Scientific Resource Surveys, Inc. 1985<br><br>P. Messick and M. Dice of Michael Brandman Associates (MBA), 2004 | Historic: Stewart Ranch Complex.<br><br>The site was recommended not eligible for inclusion in the NRHP or the California Register of Historical Resources (CRHR). | — | — | ● | No |
| 33-13779/CA-RIV-7544 | P. Messick and M. Dice of Michael Brandman Associates (MBA), 2004 | Historic: A series of water conveyance features associated with the Stewart Ranch.<br><br>The site was recommended not eligible for inclusion in the NRHP or the California Register of Historical Resources (CRHR). | ● | — | — | No |
| 33-15033/CA-RIV-7997 | Originally recorded by D. Brunzell of LSA Associates, Inc. (LSA), 2006<br><br>Updated by J. Miller, C. Morgan, R. Goodwin, and J. Hall, 2013; S. Justus, B. Wilson, A. Giacinto of ASM Affiliates (ASM), 2010; A. Williams of Southern California Edison (SCE), 2014; and M. DeCarlo of ASM and Doug Mengers of PanGIS, 2018 | Historic:  A water conveyance system consisting of a channelized ditch created from Smith Creek.<br><br>This resource was recommended not eligible for inclusion in the NRHP and the CRHR in 2014 and the State Historic Preservation Officer (SHPO) concurred with this recommendation in 2016. | ● | ● | — | No |

## 4.2)    Historic Records Review

Historic documents and plat maps available from the BLM GLO website were reviewed for information about 19th century historical land use and development within the Project area and general vicinity (BLM 2020).  In addition, archival topographic maps dating between 1901 and 1996 and aerial photographs dating between 1966 and 2016 were also reviewed.  The following discussion summarizes the history of land use and settlement in the general Project area.  For a

discussion of potential historic resources identified within the Project area during the historic records review please see Section 4.4 below.

The Project area was first surveyed in the mid-to-late 1850s.  No buildings, structures, or other man-made features were recorded within the Project area, although a house was depicted in the southeast quarter of Section 12 within Township 3 South, Range 1 West, San Bernardino Baseline and Meridian (SBBM), as were at least two (2) Native American foot trails; one to the south within Section 13 and another to the west in Section 11 (GLO 1857 and 1867).  By 1880, construction of the Southern Pacific Railroad had reached Beaumont extending into Section 10 of Township 3 South, Range 1 West and included the Summit Station (GLO 1880).

GLO records demonstrate that the Project area was part of a 160-acre land grant purchased by Reznor P. Stewart in 1888 for $1.25 per acre under the Land Act of 1820 (3 Stat. 566).  The land grant included all land in the southwest quarter of Section 12 of Township 3 South, Range 1 West, SBBM.  Stewart constructed numerous buildings on the property near the intersection of Highland Springs Avenue and Eyer Road.  Some even believe he moved his original house constructed on the Banning Bench circa 1873 to the property (SRS 1981).  Structures and buildings constructed between the circa 1880s and 1900 include a hay storage barn, blacksmith shop, grain storage barn, stock barn, tank house, original well shaft, and two (2) sheds. Additional construction occurred between 1910 and 1920 and included a stock/general storage barn and corrugated metal shed.

A brief history of Reznor Stewart was included in the report prepared by Brandman and Associates (2004: 12) and is provided below:

> Reznor Stewart was once known as the first farmer in the San Timoteo area (Holms 1912).  After immigrating with his parents to central California during the Gold Rush, Stewart grew up near Placerville, and then came to southern California with the goal of becoming a rancher.  Stewart leased 1000 acres of land from the Morongo Band on or about 1978, and dry farmed the plot and raised hogs for sale in San Bernardino.  According to Mason (1985), the Stewarts held the study area as part of their ranching holdings, up to about 1967, when the parcels were sold to investors.  The property was dryland farmed for many years. The ranch buildings, which were located in the central western portion of Section 12 to the west, were still standing in 1985.  In 1986, the structures were razed and the property developed as a golf course-residence complex.

Scientific Resource Surveys (1981:12-15) provided a more detailed account of Reznor Stewart in their assessment of +900 acres of the Stewart Ranch, which is also provided below:

> Reznor Perry Stewart was born in Illinois on November 3, 1845.  He lived in

Illinois until the age of 5 with his father John Stewart and mother Jane (Hull) Stewart.   In 1850, Reznor's father, a doctor, made the decision to come to California, and set out on the journey across the plains with his wife and young son.  Shortly after the Stewarts settled in the small town known as "Hangtown", later known as Placerville, Reznor's father died.  Mrs. Stewart, left without a means of support opened a restaurant and boarding house.  A few years later, after Mrs. Stewart remarried, Reznor was turned out to make a living on his own, (at the age of nine).

Although the gold rush was in full swing in California at this time, Reznor was little interested in mining.  Instead he sought work on a stock ranch.  At the age of 12, Stewart was hired as a foreman for E. W. Scott, a position he held for 21 years.   It was during his years on the Scott ranch that Stewart made the acquaintance of such famous western figures as Kit Carson, "Buffalo Bill" Cody and Captain Smith.  Also while working for Mr. Scott, Stewart had as one of his assistants George Donner, the sole survivor of the ill-fated Donner wagon train.

In 1878, Stewart decided to start his own ranching business.  On September 18, R. P. Stewart came to Banning with Ben Smith, W. K. Dunlap, Dan Scott, and Arthur Scott, from Yolo County.

Stewart, having brought with him two carloads of horses, built a large barn in Banning, approximately where the Banning Opera house was later erected.  In the following year, he and Smith leased approximately one thousand acres of land on the southern portion of the Banning Bench from the Morongo Indians.

At this point, there still remain some conflicting reports as to whether Stewart actually bought the land from the Indians, or simply leased it.  At any rate, Stewart subsequently entered into a lengthy legal dispute over the possibility of acquiring title to Indian property.  Stewart ultimately lost ensuing litigation.  On the Banning Bench property, Stewart had been engaged in dry farming, and raising of hogs which were sold in San Bernardino.  Stewart is credited with the distinction of being the first farmer in this locality (History of Riverside County, Biographical sketches [Holmes] 1912).  It is on this parcel of land that Stewart built his original home, located in Water Canyon.  This home was later moved away from its rock chimney to the "Valley Ranch" (the government land southeast of Beaumont) to make the nucleus of the later 11-room home (Hughes 1938).

After losing the dispute over the Indian land, Stewart pre-empted one hundred and sixty acres of government land, two miles southeast of Beaumont.  Stewart later added some 1800 acres of railroad land to this parcel.  Patents to this land were issued by Presidents Grover Cleveland and Benjamin Harris (subject property).   Stewart moved onto the land in 1883, when he began dry farming grain and hay on a large scale.  By Stewart's own innovative practices and use of modern devices, he was able to make his ranch one of the most productive in the San Gorgonio Pass area.

On December 30, 1880, Reznor P. Stewart married Mary Christenson, stepdaughter of C. E. Jost, in San Bernardino.  Stewart had five children, three boys and two girls: Emery R and Laura May, both were born on the Banning

AR005471

Bench in the original home; Arthur, Clara, and R. P. Jr., were born at the ranch. Emery died at sea in 1925, Arthur at Lima Peru, in 1913, and R. P. Jr. at San Francisco in 1906 (Hughes 1938).

Reznor P. Stewart was also a prominent citizen and civic leader of Beaumont, contributing much to the development and growth of the city. Stewart donated land for the first public cemetery in the 1880s, and was one of the founders of the Bank of Beaumont, which he was president of for several years. During World War I he bought heavily in war bonds, enabling Beaumont to win the service flag of the U. S. Government and the County flag for being the first city in the county to oversubscribe.

Reznor P. Stewart died on November 12, 1933, at the age of 88. His daughters, Calra and Laura, who had worked alongside their father for years in running the ranch, took over management of the property after his death with continued success. In the 1960s, the Stewart sisters decided to sell the property, the first portion of the ranch being sold in 1964. The second portion was sold in 1966 to a group of investors, with the final portion of the ranch liquidated in 1967.

It is unclear what developments, if any, occurred within the Project area or nearby Stewart Ranch Complex between 1920 and 1966. Only a single structure was depicted within the Stewart Ranch Complex on the 1942 Banning 15' USGS topographic map due to the overall scale of the map. Larger scale maps a decade later depicted five (5) buildings within the complex (1953 Beaumont 7.5' USGS topographic map).

Sometime prior to 1966, a linear feature (berm?) was constructed through the Project area trending southwest by northeast. The feature started to the north of the northeast corner of the Stewart Ranch Complex and continued to the property boundary adjacent to the Union Pacific Railroad right-of-way. A smaller linear feature (mechanical trench?) connects to the linear features southeastern terminus before traversing due south adjacent to the Stewart Ranch Complex before it crosses a dirt road and bends to the west near a series of additional linear features similar in appearance. At least two (2) ravines within the Project area are visible in the 1966 aerial photograph. The ravines run roughly north to south before terminating at the linear feature.

### 4.3)   Potential Cultural Resource Identified During the Historic Records Review

### 4.3.1)  Linear Feature

A linear feature, possibly an earthen berm, traversing southwest by northeast bisects the Project area was identified on the 1966 aerial photo. The linear feature is also visible on the 1967, 1972, 1996, 2005, 2009, 2010, 2011, 2012, 2014, and 2016 aerial photos. Similar linear

features crisscross much of the land within Stewart Ranch and connect to Smith Creek to the east and Portrero Creek to the south.

Numerous water control and conveyance features, including earthen berms and ditches, were previously recorded at site 33-013779 (CA-RIV-7544H).  This site is in Section 7 of Township 3 South, Range 1 East (SBBM) and is included in the Stewart Ranch land holdings (Mason 1985).  The features are clearly visible in an aerial photo taken in 1953 and were constructed sometime before then (Brandman and Associates 2004: 28).  The features were built to "…slow and control the flows of water into the main and side channels of Smith Creek…" and "…the ends of each berm and ditch exhibited water control features…" (Brandman and Associates 2004: 14).

Brandman and Associates (2004: 31) appear to distinguish two (2) types of the earthen berms at 33-013779 (CA-RIV-7544H).  The first type was directly associated with the larger system of water conveyance and control features within the Smith Creek floodplain and acted as a conduit or weir "…conveying water from ditches cut into the open field, into the spouts that were placed high above the floor of the drainage.…  With this system, the water would flow into the existing drainage by pouring through the mouths and off the metal spouts of each feature."  The other type was referred to as "bermed ditches" that crisscrossed the surface of open fields.  These berms likely represent the downside slope of a ditch cut by a bulldozer and may or may not have been linked to other water control/conveyance devices such as spouts or weirs.

## 4.4)    Native American Coordination

L&L requested a Sacred Lands Search (SLS) from the Native American Heritage Commission (NAHC) on June 29, 2020 and a response was received later that same day (Appendix D).  The NAHC SLS failed to indicate the presence of Native American cultural resources in the immediate Project area.  However, the NAHC noted that the absence of specific site information does not indicate the absence of cultural resources in any project area and indicated that other resources should be consulted to obtain information regarding known and previously recorded sites.  Information scoping letters were sent to the 13 tribes and 20 individuals named by the NAHC on June 29, 2020 (Appendix D).

As a result of the information scoping process, five (5) tribes responded by email and in letters including the Agua Caliente Band of Cahuilla Indians (ACBCI), the Cabazon Band of Mission Indians, the Quechan Tribe of the Fort Yuma Reservation, the Rincon Band of Luiseno Indians, and the Santa Rosa Band of Cahuilla Indians.  A sample of the scoping letter, response letters, and copies of all additional correspondence are included in Appendix D and a summary of the

detail is provided below in Table 6.

Table 6.  Summary of Native American Coordination.

| Contact Name and Title | Contact Affiliation | Method of Contact and Date | Response | Action(s) Required? |
|---|---|---|---|---|
| Jeff Grubbe, Chairperson | Agua Caliente Band of Cahuilla Indians | Scoping letter sent via USPS on June 29, 2020 | Patti Garcia-Plotkin responded in a letter dated June 20, 2020, that the Project area was not within the boundaries of the ACBCI Reservation but Is within the Tribe's Traditional Use Area.  The Tribe requested copies of the record search including all site records and survey reports and copies of any reports and/or records generated during the current inventory.  Furthermore, the ACBCI stated that the letter did not conclude consultation and the ACBCI THPO may have additional recommendations or require further mitigation measures. | Provide ACBCI with a copy of the record search results and FINAL draft of this report. |
| Patricia Garcia-Plotkin, Director | Agua Caliente Band of Cahuilla Indians | Scoping letter sent via email on June 30, 2020 | Patti Garcia-Plotkin responded in a letter dated June 20, 2020, that the Project area was not within the boundaries of the ACBCI Reservation but Is within the Tribe's Traditional Use Area.  The Tribe requested copies of the record search including all site records and survey reports and copies of any reports and/or records generated during the current inventory.  Furthermore, the ACBCI stated that the letter did not conclude consultation and the ACBCI THPO may have additional recommendations or require further mitigation measures. | Provide ACBCI with a copy of the record search results and FINAL draft of this report. |
| Amanda Vance, Chairperson | Augustine Band of Mission Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| Doug Welmas, Chairperson | Cabazon Band of Mission Indians | Scoping letter sent via email on June 30, 2020 | Judy Stapp responded in an email dated July 11, 2020, that the tribe does not comment on Projects outside of its Traditional Use Area. | None |
| Daniel Salgado, Chairperson | Cahuilla Band of Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| Shane Chapparosa, Chairperson | Los Coyotes Band of Cahuilla and Cupeño Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| Denisa Torrez, Cultural Resources Manager | Morongo Band of Mission Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| Robert Martin, Chairperson | Morongo Band of Mission Indians | Scoping letter sent via USPS on June 29, 2020 | No response received. | N/A |
| Mark Macarro, Chairperson | Pechanga Band of Luiseno Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| Paul Macarro, Cultural Resources | Pechanga Band of Luiseno Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |

AR 008334

AR005474

| Contact Name and Title | Contact Affiliation | Method of Contact and Date | Response | Action(s) Required? |
|---|---|---|---|---|
| Manfred Scott, Acting Chairman Kw'ts'an Cultural Committee | Quechan Tribe of Fort Yuma Reservation | Scoping letter sent via email on June 30, 2020 | Jill McCormick responded in an email dated July 2, 2020, that the tribe did not wish to comment on the Project at this time and deferred to more local tribes. | None |
| Jill McCormick, Historic Preservation Officer | Quechan Tribe of Fort Yuma Reservation | Scoping letter sent via email on June 30, 2020 | Jill McCormick responded in an email dated July 2, 2020, that the tribe did not wish to comment on the Project at this time and deferred to more local tribes. | None |
| Joseph Hamilton, Chairperson | Ramona Band of Cahuilla | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| John Gomez, Environmental Coordinator | Ramona Band of Cahuilla | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| Bo Mazzetti, Chairperson | Rincon Band of Luiseno Indians | Scoping letter sent via email on June 30, 2020 | Deneen Pelton, Administrative Assistant II to Cheryl Madrigal, responded in a letter dated July 8, 2020, stating that the Project area is not within the tribe's Area of Historic Interest. | None |
| Cheryl Madrigal, Tribal Historic Preservation Officer | Rincon Band of Luiseno Indians | Scoping letter sent via email on June 30, 2020 | Deneen Pelton, Administrative Assistant II to Cheryl Madrigal, responded in a letter dated July 8, 2020, stating that the Project area is not within the tribe's Area of Historic Interest. | None |
| Lovina Redner, Tribal Chair | Santa Rosa Band of Cahuilla Indians | Scoping letter sent via email on June 30, 2020 | Vanessa Minott, Tribal Administrator, responded in an email dated July 2, 2020, stating that the tribe deferred comment to the Soboba Band of Luiseno Indians. | None |
| Scott Cozart, Chairperson | Soboba Band of Luiseno Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| Joseph Ontiveros, Cultural Resource Department | Soboba Band of Luiseno Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |
| Michael Mirelez, Cultural Resource Coordinator | Torres-Martinez Desert Cahuilla Indians | Scoping letter sent via email on June 30, 2020 | No response received. | N/A |

## 4.5)    Pedestrian Survey

L&L Archaeologist William R. Gillean, B.S., performed the pedestrian survey within the Project area on June 30, 2020.  The Project area was surveyed via the block-transect method with a transect interval of no more than 15 meters.  During the survey, north-south trending transects were completed throughout ±47.02 acres (100 percent) of the Project area.  Topographically, much of the Project area is flat, but gradually increases in elevation as it trends southeast to northwest.  Elevation onsite ranges from 2,546 to 2,565 feet AMSL.  Photographs of the Project area are included in Appendix C.

The Project area is within a disturbed vacant lot and appears to be regularly disked or mown.  A large advertising sign is present along the north-central boundary of the site.  A gravel surface layer (from past disturbance) is present in some areas, particularly in the northeastern portion of the site.  A dirt access road is present near the northern site boundary.  Other past disturbance onsite includes a grid of dirt roads or graded areas, remnants of which are still visible (Appendix C: Photographs 1, 2, 3, 4, 5, 6, 7, and 8).

Surface visibility within the Project area was poor (20-50 percent) throughout due to recent disking and dense cover of low-lying invasive grasses (Appendix C:  Photographs 1, 2, 3, 4, 5, 6, 7, and 8).  During the survey, remnants of a modern barbed wire fence with wood posts were noted along the northern boundary of the Project area (Appendix C:  Photographs 12).  The wood posts were of milled lumber and were heavily damaged by a previous fire.  They were spaced approximately 15 feet apart and were 6 feet tall by 9 inches wide by 6 inches thick.  The barbed wire was also modern in appearance and was consistent with the right and left twist tensile style.  The fence line appeared to delineate the Project area from the Union Pacific Railroad right-of-way.  The fence line may have originally been placed along the boundary by the Stewart family who owned and operated a large ranch that included the Project area between 1883 and 1966, or by the Union Pacific Railroad.  Regardless, the barbed wire fence noted during the current survey is composed of modern materials and requires no further consideration during this study.

Two (2) lengths of modern steel pipe were also noted in the northeast portion of the Project area near a wall separating the Project area from a retirement community (Appendix C:  Photographs 9 and 10).  One of the pipe lengths measured 9 feet 9 inches and was wrapped in wire and coated with concrete.  The other pipe length measured 16 feet 9 1/4 inches and appeared to be coated with a thin layer of tar.  It is not known where the pipe lengths originated from, their purpose, or how the pipes came to be deposited within the Project area.  Regardless, the pipe lengths appear modern and require no further consideration during this study.

A northeast by southwest trending earthen berm bisecting the central portion of the Project area was also noted (Appendix C:  Photograph 11).  This berm measured approximately 15 feet wide and 3 feet high and spanned a length of approximately 1,000 feet.  The berm is likely part of a water conveyance/control feature associated with other Post-WWII water control efforts previously recorded on Stewart Ranch (i.e., 33-013779).  The berm is clearly visible on a 1966 aerial photo and is similar in size and character as other water conveyance/control features constructed a half-mile to the east sometime between 1945 and 1953 (Messick and Dice 2004).

**4.6)    Resources in the Project Area**

One (1) cultural resource over 50 years of age was identified within the Project area during the current study.  This resource is described in detail and evaluated against CRHR criteria below.

4.6.1)  Water Conveyance/Control Feature (RPGX-1H)

This resource is a linear feature consisting of a 3 ft. tall by 15 ft. wide earthen mound trending southwest by northeast for 1,000 feet and bisecting the central portion of APN 419-140-057.  The feature is clearly visible on aerial photographs going back to 1966 (the earliest dated aerial photo featuring the Project area readily available) and is likely a water conveyance/control feature associated with pre-1953 water control efforts previously recorded on Stewart Ranch to the east (i.e., 33-013779/CA-RIV-7544H).  Similar berm features recorded at 33-013779 were constructed by bulldozers for the purpose of channeling runoff from "…existing drainages through a linked series of devices…likely built because cattle grazing had removed vegetation groundcovers that once held topsoils in place and the lack of groundcover had sped the process of erosion" (Messick and Dice 2004).  Additional earthen berms (which Brandman and Associates [2004: 31] referred to as "bermed ditches") also crisscrossed the surface of open fields.  These bermed ditches may or may not have been linked to other water control/conveyance devices, such as spouts or weirs.

The 1966 aerial photo of the Project area depicts a mechanically cleared area to the north of the earthen berm, suggesting the feature represents the downside slope of a ditch cut by a bulldozer.  Furthermore, no evidence of spouts, weirs, concrete and stone catchments, or other water control/conveyance devices was found in association with RPGX-1H during the pedestrian survey.  Finally, the feature is within an open field a half-mile northeast of Portrero Creek and almost one mile west of Smith Creek, with no direct connection to either.  This suggests that RPGX-1H is most like the bermed ditches noted by Brandman and Associates (2004).

The mechanically cleared ditch in front of the earthen berm is no longer present and the berm itself has fallen into disrepair from lack of maintenance and periodic clearing and disking of the field.  As such, the feature lacks integrity and does not convey any sense of its historical character.

4.6.2)  CRHR Evaluation of RPGX-1H

RPGX-1H is a bermed ditch most likely associated with pre-1953 water control/conveyance efforts on Stewart Ranch.  Similar features constructed by ranchers along Smith Creek were previously recorded at site 33-013778 (CA-RIV-7544H), which was evaluated as not eligible for the CRHR (Brandman and Associates 2004).  The water control/conveyance features, including

RPGX-1H, represent some of the few remaining elements of the historic Stewart Ranch; however, RPGX-1H no longer possess sufficient integrity and the association with the Stewart Ranch is limited to its purpose, age, location, and function and it does not convey any association with an important historic event, trend, or broad pattern of history. Therefore, RPGX-1H does not appear eligible for the CRHR under Criterion 1.

The Stewart family operated the Stewart Ranch between 1883 and 1967 and are considered historically significant at the local level for operating one of the most successful and long-standing dry farming and stock ranches in the San Gorgonio Pass area. The water control/conveyance features they constructed, including RPGX-1H, in open pasture and along Smith Creek and Portrero Creek were undoubtedly important to the Stewart family and the operation of the ranch. The features, likely constructed by members of the Stewart family sometime before 1953, represent a large investment of time, resources, and money to preserve topsoil and conserve water critical to success of dry farming operations. Although built by the Stewart family and undoubtedly important to the success of the ranch, the water control/conveyance features, including RPGX-1H, do not adequately represent characteristics which convey the Stewart family's historical significance. While the direct historical association between RPGX-1H and the Stewart family is clear, the association lacks in its representation of or contribution to the historical significance of the Stewart family to the San Gorgonio Pass area. Therefore, RPGX-1H does not appear eligible for the CRHR under Criterion 2.

RPGX-1H and the associated water control/conveyance features on Stewart Ranch do not embody the distinctive characteristics of a type, period, or method of construction. They do not represent the work of a master or possess high artistic values. Furthermore, RPGX-1H does not represent a significant and distinguishable entity whose components may lack individual distinction. Therefore, RPGX-1H does not appear eligible for the CRHR under Criterion 3.

Finally, RPGX-1H has not yielded and has no potential to yield information important to the history of Stewart Ranch or the San Gorgonio Pass area. Therefore, RPGX-1H does not appear eligible for the CRHR under Criterion 4.

Therefore, RPGX-1H is not considered a historic resource for the purposes of CEQA and requires no further consideration during this study.

## 5.0)    CONCLUSIONS AND RECOMMENDATIONS

L&L performed a Phase I cultural resources assessment to identify, evaluate, and assess the impacts of the proposed development on historical resources in compliance with CEQA.  During this investigation, L&L completed a records search at the EIC, historic records background research on the subject property, and a pedestrian survey of the Project area and coordinated with the NAHC and local Native American groups regarding sacred lands and other Native American resources.

The Project area was once part of Stewart Ranch, owned and operated by Reznor P. Stewart between 1883 and 1933 and by his daughters Laura May and Clara between 1933 and 1967. L&L identified a linear resource (RPGX-1H) in the Project area consisting of an earthen bermed ditch constructed by bulldozer sometime before 1953 and associated with water control/conveyance efforts instituted on the ranch along Portereo Creek and Smith Creek. RPGX-1H was evaluated and recommended not eligible for the CRHR and does not qualify as a historic resource under CEQA.

The Project area appears to have low sensitivity for prehistoric archaeological resources, and it is unlikely that intact, subsurface prehistoric archaeological deposits would be uncovered during Project construction.   Sensitivity for encountering historic-age archaeological resources is considered low-to-moderate.  The Project area lies within Stewart Ranch; however, the land within the Project area was utilized for grazing, agricultural, and water control/conveyance purposes.  This suggests that any historic artifacts and/or deposits that may be present in subsurface context would most likely reflect those activities (e.g., horse shoes, tacks, barbed wire, sparse occurrences of tin cans and glass bottles, other water conveyance/control features, etc.) and would most likely not be considered historically significant.  Thus, additional cultural resource technical studies are not recommended prior to Project construction.

In the event that previously unknown resources are encountered during any Project-related ground disturbance, ground-disturbing activity should cease within 100 feet of the resource and a professional archaeologist should be consulted to assess the find and to determine whether the resource requires further study.  The qualified archeological personnel should assist the County of Riverside by developing measures to protect the discovered resources commensurate with their significance (see Section 5.2 below).

AR005479

## 5.1)   Unanticipated Discovery of Human Remains

There is always the possibility that ground-disturbing activities during construction may uncover previously unknown buried human remains.  If human remains are discovered during any phase of construction, including disarticulated or cremated remains, all ground-disturbing activities should cease within 100 feet of the remains and the County Coroner and the Lead Agency should be immediately notified.

California State Health and Safety Code 7050.5 dictates that no further disturbance shall occur until the County Coroner has made necessary findings as to origin and disposition pursuant to CEQA regulations and PRC Section 5097.98.  If the County Coroner determines that the remains are Native American, the NAHC shall be notified within 24 hours and the guidelines of the NAHC shall be adhered to in treatment and disposition of the remains.  The Lead Agency shall also retain a professional archaeologist with Native American burial experience to conduct a field investigation of the find and consult with the Most Likely Descendant, if any, identified by the NAHC.  As necessary and appropriate, the archaeologist may provide professional assistance to the Most Likely Descendant, including excavation and removal of the human remains.  The Lead Agency shall be responsible for approval of recommended mitigation as it deems appropriate, taking account of the provisions of State law, as set forth in CEQA Guidelines Section 15064.5(e) and PRC Section 5097.98.  The project contractor shall implement approved mitigation measure(s), to be verified by the Lead Agency, prior to resuming ground-disturbing activities within 100 feet of where the remains were discovered.

## 5.2)   Unanticipated Discovery of Cultural Resources

It is always possible that ground-disturbing activities may uncover presently obscured or buried and previously unknown cultural resources.  If buried cultural resources are discovered during construction, such resources could be damaged or destroyed, resulting in impacts to potentially significant cultural resources.  If subsurface cultural resources are encountered during construction, if evidence of an archaeological site are observed, or if other suspected historic resources are encountered, it is recommended that all ground-disturbing activity cease within 100 feet of the resource.  A professional archaeologist shall be consulted to assess the find and to determine whether the resource requires further study.  The qualified archeological personnel shall assist the Lead Agency by generating measures to protect the discovered resources.  Potentially significant cultural resources could consist of, but are not limited to, stone, bone, fossils, wood, or shell artifacts or features, including structural remains, historic dumpsites, hearths, and middens.  Midden features are characterized by darkened soil and could conceal

AR 008340

AR005480

material remains, including worked stone, fired clay vessels, faunal bone, hearths, storage pits, or burials and special attention should always be paid to uncharacteristic soil color changes. Any previously undiscovered resources found during construction should be recorded on appropriate DPR forms and evaluated for significance under all applicable regulatory criteria.

If the resources are determined to be unique historic resources as defined under §15064.5 of the CEQA Guidelines, mitigation measures shall be identified by the monitor and recommended to the Lead Agency. Appropriate mitigation measures for significant resources could include avoidance or capping, incorporation of the site in green space, parks, or open space, or data recovery excavations of the finds.

No further grading shall occur in the area of the discovery until the Lead Agency approves the measures to protect these resources. Any archaeological artifacts recovered as a result of mitigation shall be donated to a qualified scientific institution approved by the Lead Agency where they would be afforded long-term preservation to allow future scientific study.

**AR005481**

**6.0)    REFERENCES CITED**

Banning, City of.  2006.  City of Banning General Plan.  Website accessed August 2020.
    http://www.ci.banning.ca.us/468/General-Plan-Amendments.html

Banning, City of.  2020.  History.  Website accessed August 2020.
    http://www.ci.banning.ca.us/314/City-of-Banning-History.html

Bean, L. J.  1972.  *Mukat's People: The Cahuilla Indians of Southern California*.  Los Angeles,
    CA: University of California Press.

Bean, L. J.  1978.  Cahuilla.  In *Handbook of North American Indians, Vol. 8: California*, edited
    by R. F. Heizer, pp. 575-587.  Washington, DC: Smithsonian Institution.

Bean, L. J., S. B. Vane, and J. Young.  1991.  *The Cahuilla Landscape: The Santa Rosa and
    San Jacinto Mountains*.  Menlo Park, CA: Ballena Press.

Brandman and Associates.  1981.  Phase I Cultural Resource Survey and Historic Site
    Significance Evaluations for the Sunset Crossing Project Footprint, South Banning Area,
    County of Riverside, California.  RI-4720.  Report on file, Eastern information Center,
    University of California, Riverside.

Bureau of Land Management (BLM).  2020.  General Land Office Records Search for Section
    27 of Township 4 South, Range 1 West.  Website accessed August 2020.
    https://glorecords.blm.gov/search/default.aspx

California Geological Survey.  2020.  California Department of Conservation California
    Geological Survey Interactive Web Maps.  Website accessed August 2020.
    https://maps.conservation.ca.gov/geology/#webmaps

CRM Tech.  2004.  Cultural Resource technical Report, City of Banning General Plan.  RI-8449.
    On file at the Eastern Information Center, University of California, Riverside.

Deutsch, J.  1925.  *St. Boniface Indian School*.  Banning, CA: St. Boniface Indian School Press.

General Land Office (GLO).  1857.  Plat Map: Township No. 3 South Range No. 1 West, San
    Bernardino Base Meridian.

General Land Office (GLO).  1867.  Plat Map: Township No. 3 South Range No. 1 West, San
    Bernardino Base Meridian.

General Land Office (GLO).  1880.  Plat Map: Township No. 3 South Range No. 1 West, San
    Bernardino Base Meridian.

Heizer, R. F. (ed).  1978.  *Handbook of North American Indians, Vol. 8: California*.  Washington,
    DC: Smithsonian Institution.

Holmes, W. E.  1912.  History of Riverside County California.  Los Angeles, CA: Historic Record
    Company.

Hughes, T.  1938.  History of Banning.  Banning, CA: Banning Press.

**AR 008342**

**AR005482**

Hooper, L.  1920.  The Cahuilla Indians.  University of California Publications in American Archaeology and Ethnology, No. 16(6), pp. 315-380.

Kroeber, A. L.  1908.  *Ethnography of the Cahuilla Indians.*  University of California Publications in American Archaeology and Ethnology 8(2): 29–68.

Kroeber, A. L.  1925.  *Handbook of the Indians of California.*  Bureau of Ethnology Bulletin No. 78.  Washington, DC: Smithsonian Institution.

Mason, R. D.  1985.  An Historical Study of Stewart Ranch in Riverside County, California.  RI-1433.  Report on file, Eastern information Center, University of California, Riverside.

Meighan, C. W.  1954.  A Late Complex in Southern California Prehistory.  *Southwestern Journal of Anthropology* 10(2):215–227.

Messick, P., and M. Dice.  2004.  Site Record for 33-013779.  Record on file, Eastern information Center, University of California, Riverside.

Natural Resources Conservation Service (NRCS).  2020.  Web Soil Survey Search.  Website accessed August 2020.
https://websoilsurvey.sc.egov.usda.gov/app/WebSoilSurvey.aspx

Nationwide Environmental Title Research (NETR).  2020.  Historic Aerials and Topographic Maps.  Website accessed August 2020.  http://www.historicaerials.com

Sawyer, J. O., T. Keeler-Wolf, and J. M. Evens.  2009.  *A Manual of California Vegetation, 2nd Edition.*  California Native Plant Society, Sacramento, California.  1,300 pp.

Schaefer, J.  1994.  The Stuff of Creation: Recent Approaches to Ceramics Analysis in the Colorado Desert.  In *Recent Research along the Lower Colorado River*, pp. 81–100.  Statistical Research Technical Series, No. 51.  Statistical Research, Inc., Tucson, Arizona.

Schaefer, J. and D. Laylander.  2007.  The Colorado Desert: Ancient Adaptations to the Wetlands and Wastelands.  In *California Prehistory: Colonization, Culture, and Complexity*, edited by T. L. Jones and K. A. Klar, pp. 247–257.  AltaMira Press, Lanham, Maryland.

Scientific Resource Surveys, Inc. (SRS) 1981.  900+/- Parcel (Portion of the Old Stewart Ranch) Located in the Banning-Beaumont Area, Riverside County.  RI-1434.  Report on file, Eastern information Center, University of California, Riverside.

Strong, W. D.  1929.  Aboriginal Society in Southern California.  *University of California Publications in American Archaeology and Ethnology* 26(1): 1–358.  Berkeley, California.

Sutton, M. Q.  1996.  The Current Status of Archaeological Research in the Mojave Desert.  *Journal of California and Great Basin Archaeology* 18(2): 221–257.

Sutton, M. Q., M. E. Basgall, J. K. Gardner, and M. W. Allen.  2007.  Advances in Understanding the Mojave Desert Prehistory.  In *California Prehistory Colonization,*

AR 008343

AR005483

*Culture and Complexity*, edited by T. L. Jones and K. A. Klar, pp 229–245.  Altamira Press, Lanham, Maryland.

United States Geological Survey (USGS).  1901.  Map: San Jacinto, Calif. (30', 1:125,000); surveyed in 1897-1898.

United States Geological Survey (USGS).  1942.  Map: Banning, Calif. (15', 1:62,500); aerial photographs taken in 1939-1941.

United States Geological Survey (USGS).  1953.  Map: Beaumont, Calif. (7.5', 1:24,000); aerial photographs taken in 1949, field checked in 1953.

Warren, C. N.  1984.  *Desert Region.*  In, California Archaeology, edited by M. Moratto, pp. 339-430.  Orlando, FL: Academic Press.

Weide, M. L.  1976.  *A Cultural Sequence for the Yuha Desert.*  In Background to Prehistory of the Yuha Desert Region, edited by P. J. Wilke, pp. 81-94.  Ramona, CA: Ballena Press.

Wilke, P. J.  1976.  *Late Prehistoric Human Ecology at Lake Cahuilla, Coachella Valley, California.*  Ph.D dissertation, Department of Anthropology, University of California Riverside.

Wilke, P. J.  1978.  *Late Prehistoric Human Ecology at Lake Cahuilla, Coachella Valley, California.*  Contributions of the University of California Archaeological Research, Facility 38.  University of California, Berkeley.

**AR005484**

## 7.0)    CERTIFICATION

CERTIFICATION: I hereby certify that the statements furnished above and in the attached exhibits present the data and information required for this archaeological report, and that the facts, statements, and information presented are true and correct to the best of my knowledge and belief.

DATE: <u>August 26, 2020</u>  SIGNED: _____

PRINTED NAME: <u>John Eddy, MA, RPA, L&L Principal Investigator</u>

DATE: <u>August 26, 2020</u>  SIGNED: _____

PRINTED NAME: <u>Leslie Nay Irish, CEO, L&L Environmental, Inc.</u>

AR005485

**APPENDIX A**

**Personnel Qualifications**

AR005486

**John Eddy, M.A., RPA**
**Principal Investigator**
**Cultural Resource Program Manager**

John Eddy is the Cultural Resources Program Manager for L&L Environmental, Inc., is a
Registered Professional Archaeologist (RPA), and meets the Secretary of Interior Standards for
Principal Investigator.

Mr. Eddy has practiced cultural resource management for more than fifteen years including
more than 10 years managing cultural resource projects and staff in the preparation of bids and
proposals, contract negotiation and management, project development and design, budgeting,
personnel management, as well as tasks related to the execution of archaeological technical
studies (e.g., field survey, monitoring, testing and data recovery excavation, technical writing
and editing, consultation, etc.) in compliance with Section 106 of the NHPA, NEPA, CEQA and
other federal, state and local regulations.  He has directed and administered professional on-call
contracts with state and federal agencies including environmental on-call contracts service
contracts with the California Department of Transportation (CALTRANS) District 8 and District 5
and the Riverside County Transportation Department.  As a CALTRANS archaeologist, Mr.
Eddy negotiated avoidance, minimization, and mitigation measures with multiple agencies and
tribes.  He is skilled in the development and implantation of National Register evaluations, data
recovery plans, mitigation and monitoring plans, treatment plans, historic property preservation
documentation reports, site protection plans, site impact reports, cultural landscape
assessments, and buried site testing plans and reports.

Mr. Eddy's responsibilities include direct contact with clients/project proponents, scientists and
agencies and involve him in all aspects of the project from a request for proposal to project
completion.  Mr. Eddy directs the cultural resources program, oversees all cultural and
paleontological resource related projects and tasks, and provides QA/QC of cultural resource
deliverables

**PROFESSIONAL HISTORY**

2020-present – Cultural resources Program Manager/Principal Investigator L&L Environmental,
    Inc.  Redlands, CA.
2019 – Project Archaeologist, CRM TECH, Inc., Colton, CA.
2017-2018 – Lecturer, California State University, San Bernardino, Department of Anthropology.
2013-2017 – Senior Archaeologist, Applied Earthworks, Hemet, CA.
2010-2013 – Associate Archaeologist, Applied Earthworks, Hemet, CA.
2009-2010 – Associate Environmental Planner (Archaeologist), CALTRANS District 8, San
    Bernardino, CA.
2008-2009 – Environmental Planner (Archaeologist), CALTRANS District 8, San Bernardino,CA.
2007-2008 – Project Archaeologist/Native American Liaison, CRM TECH, Colton, CA.
2007 – Archaeologist (GS-09-01), Inyo National Forest, Bishop, CA.
2003-2007 – Project Archaeologist/Native American Liaison, CRM TECH, Riverside, CA.

**CREDENTIALS AND PERMITS**

- RPA Certified (990008)
- U.S. Government, ARPA Permit, Responsible Party
- Riverside County Certified Archaeologist
- CALTRANS PQS Principal Investigator (Prehistoric Archaeology)

**AR005487**

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                   *August 2020*

**John J. Eddy, M.A., RPA**
**Continued**

## HONORS AND AWARDS

Thesis of the Year Award: *The Early Middle Period Stone Bead Interdependence Network.*
  California State University, Northridge, Department of Anthropology, 2013.
Begole Archaeological Research Grant for Geochemical Analysis of Soapstone from San Diego
  and Los Angeles Counties, 2008.
Phi Kappa Phi Student Scholarship Award, 2007.
Visiting Researcher, National Science Foundation Funded Program for Solid Samples Research
  in the Archaeological Sciences, IRMES, California State University, Long Beach, 2006-
  2012.
Book Prize for Academic Excellence, California State University, Northridge, Department of
  Anthropology, 2005 and 2006.

## EDUCATION

M.A., Anthropology (Public Archaeology), California State University, Northridge, 2013.
B.A., Anthropology, California State University, San Bernardino, 2003.
B.A., History, California State University, San Bernardino, 2003.

## PROFESSIONAL AFFILIATIONS

Society for California Archaeology
Coachella Valley Archaeological Society
Society for American Archaeology

## PROFESSIONAL DEVELOPMENT

2014 – *Landscape Preservation: Advanced Tools for Managing Change*, National Preservation
  Institute. San Francisco..
2012 –Section 4(f) Compliance for Historic Properties, National Preservation Institute. San
  Francisco.
2010 – *Riverside County Cultural Sensitivity Training.*  Riverside, CA.
2010 – *CALTRANS Environmental Academy*, CALTRANS Environmental Staff Development.
  Irvine, CA.
2010 – *ESRI ArcGIS II*, Caltrans District 8.  San Bernardino, CA.
2009 – *Categorical Exclusions (NEPA) and Categorical Exemptions (CEQA*. CALTRANS
  Environmental Staff Development  Los Angeles, CA.
2008 – *CALTRANS Cultural Resource Procedures and Use of the Programmatic Agreement*.
  Caltrans Cultural Studies Office (CSO). Sacramento, CA.
2008 – *Advanced GIS Applications.*  California State University, Northridge.

## PUBLICATIONS

2009 Source Characterization of Santa Cruz Island Schist and Its Role in Stone Bead Exchange
  Networks. In Proceedings of the 7th Channel Islands Symposium, February 4-7, 2008,
  Oxnard, California.
2008 The Cahuilla Indians: An Ethnological and Archaeological Literature Review. Coachella
  Valley Archaeological Society Occasional Papers No. 4.

**AR005488**

**Leslie Nay Irish**
**Principal Project Manager**
**Cal Trans (CT) 022889**

Leslie Irish is the qualifying principal for WBE certification with CALTRANS, with both a State and Federal designation as a 100% WBE and Small Business Enterprise. Ms. Irish has multi-disciplinary experience in environmental, engineering, land development and construction management and administration.

Ms. Irish has more than 25 years of experience as a project manager on public and private NEPA / CEQA projects overseeing the areas of biology, archaeology, paleontology, regulatory services and state and federal level permit processing.

Ms. Irish is a certified to perform wetland / jurisdictional delineations and holds a responsible party permit for performing archaeological and paleontological investigations on (BLM) public lands. She has attended the desert tortoise handling class, passed the practicum and the test and was awarded a certificate. She remains an active participant in the oversight of mitigation monitoring and reporting programs, the installation and monitoring of revegetation programs and the development of project impact mitigation plans. Her principal office duties include a review of all environmental documents authored by the firm; oversight of regulatory permits, agency consultation and negotiations; impact mitigation review; and long-term permit compliance. Her field duties are more limited but include delineations / compliance monitoring and reporting (coordination), constraints analysis, plan for corrective measures and resolution of "problem projects".

Ms. Irish's responsibilities include direct contact with clients/project proponents, scientists and agencies and involve her in all aspects of the project from a request for proposal to project completion. Ms. Irish has a complex understanding of the industry from various perspectives. As a result, she uses her personal understanding of team member positions and responsibilities in her role as the principal management and quality control lead.

**CREDENTIALS AND PERMITS**

- ACOE, Wetlands Delineation Certification Update, 2015
- ACOE, Advanced Wetlands Delineation and Management, 2001
- ACOE, Wetlands Delineation and Management, 1999, Certificate No. 1257
- U.S. Government, Permit for Archaeology & Paleontology on Federal Lands, Responsible Party
- MOU, County of Riverside, Archaeology, Biology, Paleontology and Wetlands ID/Delineation
- CALTRANS WBE Certification
- Public Utilities Commission, WBE Certified
- WBENC, WBE Certified

**EDUCATION**

Certificate in Project Management, Initiating and Planning Projects, UC, Irvine, June 20, 2015
Foundations of Business Strategy, Darden School of Business, UVA, Jan 2014
Design Thinking for Business Innovation (audit), Darden School of Business, UVA, Nov 2013
Update, Storm Water Management BMPs, University of California, Riverside Extension, 2005
Certificate, Wetland Delineation & Management, ACOE, 2000 and Advanced Certificate: 2002
Certificate Program, Field Natural Environment, University of California, Riverside, 1993

**AR005489**

**Leslie Nay Irish**
Continued

Certificate Program, Light Construction, Developmental Management, University of California, Riverside, 1987
Certificate Program, Construction Technologies, Administrative Management, Riverside City College, 1987
License B-General and C-Specialties (Concrete/Masonry) and General Law sections, 1986
Core Teaching and Administrative Management, Primary (K-3) and Early Childhood, Cal State, San Bernardino, Lifelong Learning Program, 1973-2005
Behavioral Sciences and Anthropology, Chaffey and Valley Jr./Community Colleges, 1973 – 1976

## PROFESSIONAL HISTORY

<u>**L&L Environmental, Inc.**</u> - Principal, Project Manager / Principal in Charge: 1993 - present: Site assessments, surveys, jurisdictional delineations, permit processing, agency consultation/negotiation, impact mitigation, project management, coordination, report writing, technical editing, and quality control.
<u>**Marketing Consultant**</u> - Principal: 1990 - 1993: Engineering / architectural, environmental, and water resource management consultant.
<u>**Warmington Homes**</u> - Jr. Project Manager: 1989 - 1990: Residential development, Riverside and Los Angeles Counties.
<u>**The Buie Corporation**</u> - Processor / Coordinator: 1987 - 1990: The Corona Ranch, Master Planned Community.
<u>**Psomas & Associates**</u> - Processor / Coordinator- 1986 - 1987: Multiple civil engineering and land surveying projects.
<u>**Irish Construction Company**</u> – Builder Partner: (concurrently with above) 1979 - 1990: General construction, residential building (spec. housing), and concrete and masonry product construction.

## PROFESSIONAL AFFILIATIONS

Member, Building Industry Association
Member, Southern California Botanists
Member, Archaeological Institute of America
Member, Society for California Archaeology
Member, California Chamber of Commerce
Member, CalFlora
Member, San Bernardino County Museum Associates
Member, Orange County Natural History Museum Associates
Life Member, Society of Wetland Scientists
1994-97 President, Business Development Association, Inland Empire
1993-94 Executive Vice President, Building Industry Association, Riverside County
2010 Chair of the Old House Interest Group – Redlands Area Historical Society

## SYMPOSIA, SEMINARS, AND WORKSHOPS

Assembly Bill 52 Tribal Consultation Process Overview. Pechanga Band of Luiseno Indians Cultural Resources Group.  Temecula, CA. October 2015
ACOE Compensatory Mitigation Workshop – Wilshire Blvd Office, July 16, 2015
May 27, 2015, CWA Rule, Update, San Diego CA, October 20-23, 2015

**AR005490**

**Leslie Nay Irish**
Continued

ACOE 2 Day Workshop, Mitigation Rule & Mitigation Checklist, Carlsbad, March 20, 2015
Desert Tortoise Handling Class, update (DT Consortium / Joint Agencies USFWS/CDFG) 2013
    Update
Bedrock Food Processing Centers in Riverside County, TLMA, 2009
Nexus Geology-Archaeology, Riverside County, TLMA, 2009
Desert Tortoise Handling Class, (DT Consortium / Joint Agencies USFWS/CDFG), 2008
    Certificate Granted
Ecological Islands and Processes (vernal pools, alkali wetlands, etc.), Southern California
    Botanists, 2004
Low Impact Development, State Water Board Academy, 2004
Inland Empire Transportation Symposium, 2004
Western Riverside County MSHCP Review and Implementation Seminar, 2004
Field Botany and Taxonomy, Riverside City College, 2002
Construction Storm Water Compliance Workshop, BIA, 2002
Identifying Human Bone: Conducted by L&L Environmental, County Coroner and Page
    Museum, 2002
CEQA/NEPA Issues in Historic Preservation, UCLA, 2000
CEQA and Biological Resources, University of California, Riverside, 2000
CEQA Law Update 2000, UCLA
Land Use Law/Planning Conference, University of California, Riverside
CALNAT "95", University of California, Riverside
Desert Fauna, University of California, Riverside
Habitat Restoration/Ecology, University of California, Riverside
Geology of Yosemite and Death Valley, University of California, Riverside
San Andreas Fault: San Bernardino to Palmdale, University of California, Riverside
Historic Designations and CEQA Law, UCLA

AR005491

**Jennifer M. Sanka, M.A., RPA**
**Principal Investigator**
**Archaeologist**

Ms. Sanka has gained more than 17 years of archaeological fieldwork and project-related experience in the U.S., including projects in Alaska, Arizona, California, Indiana, Maryland, Nevada, Ohio, Oregon, and North Carolina. She has conducted all aspects of archaeological fieldwork; has authored and provided third party assessments of numerous cultural resources sections for California Environmental Quality Act (CEQA) environmental impact reports (EIR), National Environmental Policy Act (NEPA) environmental impact statements (EIS), NEPA environmental assessments (EA), constraints analyses and CEQA initial studies; and has certified more than 75 CEQA and Section 106 of the National Historic Preservation Act (NHPA)-compliant documents. She is a Registered Professional Archaeologist ([RPA] #15927, 2006), meets the Secretary of Interior (SOI) Standards for Archaeology and has served as a Principal Investigator on projects reviewed by the Bureau of Land Management (BLM), U.S. Forest Service (USFS), U.S. Army Corps of Engineers (ACOE), Bureau of Indian Affairs (BIA), U.S. Fish and Wildlife Service, U.S. Department of Veterans Affairs, and the Federal Highway Administration (FHWA). Ms. Sanka has spent over a decade working in the archaeological field in southern California. She is a Riverside County Certified Archaeologist (#103, 2007) and is a Certified San Diego County CEQA Consultant for Archaeological Resources (2010). She is also qualified as a Principal Investigator for the BLM Cultural Resources Use Permit (CRUP) for the State of California and the State of Nevada (Historic Resources).

**PROFESSIONAL HISTORY**

2014-present – Archaeologist, L&L Environmental, Inc. Redlands, CA. Perform field survey and site recordation for projects in southern California. Author, certify, and serve as the Principal Investigator for projects in southern California.

2014 – Cultural Resources Specialist, Burns & McDonnell. Kansas City, MO. Perform field survey and site recordation for projects in Carroll, Howard, Miami, and White Counties, IN.

2009-2014 – Associate Project Manager/Archaeologist, Atkins. San Bernardino, CA. Performed field surveys and subsurface testing programs throughout California and Alaska. Authored and certified numerous survey and testing program reports. Served as an Associate Project Manager, Principal Investigator, and Regional Cultural Lead for projects throughout California and Alaska.

2006-2009 – Project Manager/Archaeologist, Michael Brandman Associates (currently First Carbon Solutions). Irvine, CA. Performed field surveys, subsurface testing programs, and data recovery projects throughout southern California. Authored and certified numerous survey and testing program reports. Served as a Project Manager and Principal Investigator for projects throughout southern California.

2005-2006 – Archaeological Field Technician, ASM Affiliates. Pasadena, CA and Reno, NV. Performed field surveys, subsurface testing programs, and data recovery projects in Barstow (Marine Corps Air Ground Combat Center [MCAGCC]), Fontana, Hemet, Moreno Valley, Palm Springs, Ridgecrest (China Lake Naval Air Warfare Station), and Twentynine Palms (MCAGCC), CA.

2005-2006 – Archaeological Field Technician, EDAW, Inc. (currently AECOM). San Diego and Los Angeles, CA. Performed field surveys and data recovery projects in El Centro (Chocolate Mountains Aerial Gunnery Range), Los Angeles (Los Angeles Public School #9 Cemetery Relocation), and Oceanside (Camp Pendleton Marine Corps Air Station), CA.

AR 008352

AR005492

**Jennifer M. Sanka, M.A., RPA**
Continued

2003-2004 – Archaeological Laboratory Technician, TRC-Garrow Associates, Inc. (currently
TRC Solutions).  Durham, NC.  Performed subsurface testing programs and data recovery
projects in Pokomoke City, MD (18-WO-183), Greensboro, NC, and Fayetteville, NC (Fort
Bragg Army Airborne and Special Forces Installation).  Completed artifact curation and
collection management for 18-WO-183 and for various Fort Bragg collections.
2001-2003 – Teaching and Research Assistant, Duke University, Department of Religion.
Durham, NC.  Screened films, led group discussions, graded documents, and performed
research on the Reformation Period to support faculty research projects.
2000 and 2002 – Trench Supervisor, North Carolina State University, Department of History.
Aqaba, Kingdom of Jordan.  Supervised up to five Jordanian archaeological
technicians/laborers during trench excavations for the Roman Aqaba Project (RAP).
Experience included the excavation of a probe along the Byzantine Era curtain wall and
salvage archaeology within a Nabatean–Early Roman transition period domestic complex.
1999 – Student, Miami University, Department of Anthropology.  Oxford, OH.  Completed
salvage excavation at Milford Works I.

**PROFESSIONAL AFFILIATIONS**

Society for California Archaeology
Register of Professional Archaeologists

**PROFESSIONAL DEVELOPMENT**

2015 – *Assembly Bill 52 Tribal Consultation Process Overview.* Pechanga Band of Luiseno
Indians Cultural Resources Group.  Temecula, CA.
2013 – *Advanced Seminar: Reaching Successful Outcomes in Section 106 Review.*  Advisory
Council on Historic Preservation (ACHP). Palm Springs, CA.
2010 – *The Natural and Cultural History of Ancient Lake Cahuilla.*  County of Riverside
Transportation and Land Management Agency Continuing Education Professional Seminar.
Palm Desert, CA.
2010 – *Connecting the Dots with a Regional Perspective: Village Footprints (Pechanga Cultural
Resources Department).*  County of Riverside Transportation and Land Management
Agency Continuing Education Professional Seminar.  Palm Desert, CA.
2009 – *Geology for Archaeologists.*  County of Riverside Transportation and Land Management
Agency Continuing Education Professional Seminar.  Palm Desert, CA.
2009 – *Riverside County History and Research Resources.*  County of Riverside Transportation
and Land Management Agency Continuing Education Professional Seminar.  Palm Desert,
CA.
2007 – *An Introduction to Professional Practice under Section 106 of the NHPA.*  SWCA.
Mission Viejo, CA.
2006 – *Project Management Fundamentals.*  ZweigWhite AIA/CES course.  Michael Brandman
Associates, Irvine, CA.
2006 – *CEQA Basics: Understanding the California Environmental Process.*  AEP.  Chapman
University, Orange, CA.
2006 – *Governor's Office of Planning and Research (OPR) Land Use Planning and the
Protection of Native American Cultural Places.*  AEP.  Irvine, CA.

**AR005493**

**Jennifer M. Sanka, M.A., RPA**
Continued

## EDUCATION

M.A., Religion (Hebrew Bible and Archaeology) – 2003, Duke University, Durham, NC
Graduate Certificate, Women's Studies – 2003, Duke University, Durham, NC
B.A., Anthropology, Comparative Religion (with Honors Thesis), and Classical Humanities –
2001, Miami University, Oxford, OH

## Selected Project Experience

2015-Present

**Requa Avenue Sewer Interceptor Project Cultural Resources Survey and State
Water Resources Control Board (SWRCB)/State Historic Preservation Officer
(SHPO) Coordination, Indio, Riverside County, CA; Valley Sanitary District.**
Principal Investigator and author of a cultural resources assessment (CRA) addressing
upgrades to the existing City of Indio sewer system. This study was completed in
accordance with the SWRCB CEQA-Plus guidelines. Responsibilities included
generating the technical report, supporting memorandums, SHPO cover letter, and
SHPO review package in coordination with the SWRCB Cultural Resources Officer.  In
addition, seven previously recorded resources were addressed via DPR 523 Update
Forms and one new resource was recorded.  Recommendations for NRHP eligibility
were provided for resources located in the project's APE.

2015-2016

**6563 East Avenue Project Archaeological Resources Survey, City of Rancho
Cucamonga, San Bernardino County, CA; GFR Homes.**  Principal Investigator and
author of a Phase I CRA completed in accordance with CEQA.  This project included the
recordation and CRHR evaluation of the archaeological component of an NRHP eligible
built-environment resource.

2015

**APN 963-010-006 Project (TR 32323) Cultural Resources Survey, French Valley
Area, Riverside County, CA; Richland Communities.**  Principal Investigator and
author of a Phase I CRA addressing proposed residential development on 19.36 acres.
The study was completed in accordance with CEQA and the County of Riverside
Guidelines for Cultural Resources Review.

2012-2014

**Johnson Avenue Sewer Relief Project Cultural Resources Survey and SHPO
Coordination, El Cajon, San Diego County, CA; City of El Cajon.**  Principal
Investigator responsible for a pedestrian survey and author of a CRA addressing
upgrades to the existing City of El Cajon sewer system.  The study was performed at the
request of the City of El Cajon and was completed in accordance with the SWRCB
CEQA-Plus guidelines.  Responsibilities included generating the technical report, a
Mitigation-Monitoring and Treatment Plan, and coordination with the SWRCB Cultural
Resources Officer, local Native American groups and individuals, and SHPO.

2011

**Massachusetts Avenue and Boulevard Drive Sewer Main Improvements Project
Cultural Resources Survey, La Mesa, San Diego County, CA; City of La Mesa.**
Principal Investigator responsible for a pedestrian field survey and author of a CRA.  The
archaeological survey was completed at the request of the City of La Mesa and
considered proposed improvements to an existing sewer main.  The resultant study was
completed in accordance with Section 106 of the NHPA to support ACOE permitting
efforts for the project.

**AR005494**

**William R. Gillean, B.S.**
**Archaeologist**

Mr. Gillean has gained more than 10 years of archaeological survey, testing, and excavation experience in Arizona, California, and Nevada.  His duties at L&L include archaeological mitigation monitoring, Phase I surveys, California Historical Resources Information System (CHRIS) research, Native American Heritage Commission (NAHC) Sacred Lands Search (SLS) requests, Native American information scoping, completion of site records, and assisting senior staff with technical reports.  He has experience with a wide range of GPS data collectors, photographic equipment, and software programs.  He holds a Bachelor of Science in Anthropology with an emphasis in Cultural Resource Management from Cal Poly, Pomona.

## PROFESSIONAL HISTORY

2015-present – Archaeologist, L&L Environmental, Inc. Redlands, CA. Performs field surveys, research, and completes site recordation for projects in southern California. Contributes to technical reports.
2013-present – Archaeologist, First Carbon Solutions. Irvine, CA.  Performs archaeological mitigation monitoring in San Bernardino and Riverside Counties, California.
2010-2015 – Archaeologist, Atkins. San Bernardino, CA. Performed field surveys, research, completed site records, contributed to technical reports, assisted with Native American information scoping letters, and coordinated with the NAHC for SLS requests. Performed archaeological mitigation monitoring in San Bernardino and Riverside Counties, California.
2006-2010 – Archaeologist, U.S. Department of Agriculture (USDA) Forest Service, Skyforest, CA.  Performed field surveys, subsurface testing programs, and data recovery projects throughout the San Bernardino and Angeles National Forests in southern California. Completed site records, authored and contributed to technical reports, conducted archaeological reconnaissance and inventory of fire suppression activities in support of the Butler II, Grass Valley, Slide, and Station fires.  Made recommendations for minimizing impacts to archeological sites and performed mitigation monitoring in archaeologically sensitive areas during project implementation.
2004-2007 – Archaeologist, L&L Environmental, Inc. Corona, CA. Performed field surveys, research, subsurface testing programs, and data recovery projects in Riverside, San Bernardino, and Inyo Counties, California.  Contributed to technical reports and performed archaeological mitigation monitoring.
2003-2004 – Field Technician, Center for Archaeological Research, California State University, Bakersfield.  Bakersfield, CA.  Provided technical support for the archaeological reconnaissance and inventory of over 40 miles of the Southern California Edison power line corridor located within the San Bernardino National Forest.

## PROFESSIONAL DEVELOPMENT

2010 – Applied NEPA.  USDA Forest Service.  San Bernardino, CA.
2008 – The Section 106 Essentials.  USDA Forest Service.  Sacramento, CA.

## EDUCATION

B.S., Anthropology (Cultural Resource Management Emphasis) – 2002, Cal Poly, Pomona, CA

**AR005495**

**APPENDIX B**

**Confidential Record Search Results**

AR005496

## EIC DIY Worksheet

CHRIS Access and Use Agreement Number _____

EIC Tracking Number _____

Print   Name   Bill Gaham                                        Date   08-05-2020

Affiliation   L & L Environmental, Inc

Address   700 E. Redlands Blvd.   Suite U-161   City/State/Zip   Redlands, CA 92373

Telephone   909 885-1817   Fax   909 885-9803   Email   wjgaham@llenvironmental.com

Billing Address (if different from above):   N/A

Billing Email   bmangum@llenvironmental.com

Purpose of Access:   Archaeological records search

Reference (project name or number, title of study, and street address if applicable): _____
RPGX-19-730 (City of Banning)

County:   RIV   Township/Range/Section or UTMs: T3S; R1W; Sec. 12

USGS 7.5' Quad(s):   Beaumont

TIME IN:   8:45
TIME OUT:   11:30

Copies: _____

Biblio: Yes/No: _____

*Circle if applicable*

Excel Spreadsheet: Yes/No

PDFs: Reports and/or Resources

**IC staff shall charge $40 per hour minimum, plus $20.00 per one-half after the first hour
per each request for one or more bibliographic (list or detail), spreadsheet, and PDF
copies.

AR005497

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                                    *August 2020*



**L&L Environmental, Inc.**

BIOLOGICAL AND CULTURAL
INVESTIGATIONS AND MONITORING

RPGX-19-730
January 2020

**Figure X**

**Record Search Buffers**
(USGS Beaumont [1988] quadrangle,
Section 12 of Township 3 South, Range 1 West)

APN 419-140-057, City of Banning
County of Riverside, California

AR005498

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                    *August 2020*

= $\mathcal{F}$997 = 33 - 15033                 Resources    02-05-2020

= 7544 = 33-13779

= 6381-H = 33-9498



Reports

02-05-2020

### L&L Environmental, Inc.

*BIOLOGICAL AND CULTURAL*
*INVESTIGATIONS AND MONITORING*

*RPGX-19-730*
*January 2020*

### Figure X

### Record Search Buffers
(USGS Beaumont [1988] quadrangle,
Section 12 of Township 3 South, Range 1 West)

*APN 419-140-057, City of Banning*
*County of Riverside, California*

AR005500



AR005501

Case 5:24-cv-02603-DTB    Document 54    Filed 08/01/25    Page 1277 of 1485    Page ID
#:6246

**Appendix C: Photographs**

AR005502

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                    August 2020



Photograph 1:  Overview east of Project area.  From northwest corner.



Photograph 2:  Overview south of Project area.  From northwest corner.

AR005503

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                    *August 2020*


Photograph 3:  Overview west of Project area.  From northeast corner.


Photograph 4:  Overview south of Project area.  From northeast corner.

AR 008364

AR005504



Photograph 5:  Overview west of Project area.  From northeast corner.



Photograph 6:  Overview north of Project area.  From southeast corner.

AR005505



Photograph 7:  Overview east of Project area.  From southwest corner.



Photograph 8:  Close-up of sewer access.

AR 008366

AR005506



Photograph 9:  Overview southwest of pipe segments.



Photograph 10:  Overview northeast of pipes.

AR 008367

AR005507



Photograph 11:  Overview of RPGX-1H.



Photograph 12:  Overview east of barbed wire fence.

AR 008368

AR005508

**Appendix D: Native American Coordination**

AR005509

## Sacred Lands File & Native American Contacts List Request

### NATIVE AMERICAN HERITAGE COMMISSION
1550 Harbor Blvd., Suite 100
West Sacramento, CA 95691-3830
(916) 373-3710
(916) 373-5471 – FAX
nahc@nahc.ca.gov

*Information Below is Required for a Sacred Lands File Search*

Project: APN 419-140-057

County: Riverside

USGS Quadrangle Name: Beaumont

Township: 3 South          Range: 1 West          Section(s): 12

Company/Firm/Agency: L&L Environmental, Inc.

Contact Person: Bill Gillean

Street Address: 700 East Redlands Blvd, Suite U, PMB 351

City: Redlands, CA          Zip: 92373

Phone: 909-335-9897

Fax: 909-335-9893

Email: WGillean@llenviroinc.com

Project Description:

The entire site (approximately 48 acres) will become a residential development.

AR005510

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                    *August 2020*



**L&L Environmental, Inc.**

*BIOLOGICAL AND CULTURAL*
*INVESTIGATIONS AND MONITORING*

*RPGX-19-730*
*June 2020*

**Figure 2**

**Project Location Map**

(USGS Beaumont [1988] quadrangle,
Section 12 of Township 3 South, Range 1 West)

*APN 419-140-057, City of Banning*
*County of Riverside, California*

AR005511



STATE OF CALIFORNIA _____ Gavin Newsom, Governor

## NATIVE AMERICAN HERITAGE COMMISSION

June 29, 2020

Bill Gilliean
I&I Environmental Inc.

CHAIRPERSON
**Laura Miranda**
Luiseño

Via Email to: WGilliean@iienviroinc.com

VICE CHAIRPERSON
**Reginald Pagaling**
Chumash

Re: APN 419-140-057 Project, Riverside County

SECRETARY
**Merri Lopez-Keifer**
Luiseño

Dear Mr. Gilliean:

PARLIAMENTARIAN
**Russell Attebery**
Karuk

COMMISSIONER
**Marshall McKay**
Wintun

COMMISSIONER
**William Mungary**
Paiute/White Mountain
Apache

COMMISSIONER
**Julie Tumamait-
Stenslie**
Chumash

COMMISSIONER
(Vacant)

COMMISSIONER
(Vacant)

EXECUTIVE SECRETARY
**Christina Snider**
Pomo

A record search of the Native American Heritage Commission (NAHC) Sacred Lands File (SLF) was completed for the information you have submitted for the above referenced project. The results were negative. However, the absence of specific site information in the SLF does not indicate the absence of cultural resources in any project area. Other sources of cultural resources should also be contacted for information regarding known and recorded sites.

Attached is a list of Native American tribes who may also have knowledge of cultural resources in the project area. This list should provide a starting place in locating areas of potential adverse impact within the proposed project area. I suggest you contact all of those indicated; if they cannot supply information, they might recommend others with specific knowledge. By contacting all those listed, your organization will be better able to respond to claims of failure to consult with the appropriate tribe. If a response has not been received within two weeks of notification, the Commission requests that you follow-up with a telephone call or email to ensure that the project information has been received.

If you receive notification of change of addresses and phone numbers from tribes, please notify me. With your assistance, we can assure that our lists contain current information.

If you have any questions or need additional information, please contact me at my email address: Andrew.Green@nahc.ca.gov.

Sincerely,

*Andrew Green*

Andrew Green
Cultural Resource Analyst

Attachment

**NAHC HEADQUARTERS**
1550 Harbor Boulevard
Suite 100
West Sacramento,
California 95691
(916) 373-3710
nahc@nahc.ca.gov
NAHC.ca.gov

Page 1 of 1

AR005512

Native American Heritage Commission
Native American Contact List
Riverside County
6/29/2020

**Agua Caliente Band of Cahuilla Indians**
Jeff Grubbe, Chairperson
5401 Dinah Shore Drive          Cahuilla
Palm Springs, CA, 92264
Phone: (760) 699 - 6800
Fax: (760) 699-6919

**Agua Caliente Band of Cahuilla Indians**
Patricia Garcia-Plotkin, Director
5401 Dinah Shore Drive          Cahuilla
Palm Springs, CA, 92264
Phone: (760) 699 - 6907
Fax: (760) 699-6924
ACBCI-THPO@aguacaliente.net

**Augustine Band of Cahuilla Mission Indians**
Amanda Vance, Chairperson
P.O. Box 846                    Cahuilla
Coachella, CA, 92236
Phone: (760) 369 - 4722
Fax: (760) 369-7161
hhaines@augustinetribe.com

**Cabazon Band of Mission Indians**
Doug Welmas, Chairperson
84-245 Indio Springs Parkway    Cahuilla
Indio, CA, 92203
Phone: (760) 342 - 2593
Fax: (760) 347-7880
jstapp@cabazonindians-nsn.gov

**Cahuilla Band of Indians**
Daniel Salgado, Chairperson
52701 U.S. Highway 371          Cahuilla
Anza, CA, 92539
Phone: (951) 763 - 5549
Fax: (951) 763-2808
Chairman@cahuilla.net

**Los Coyotes Band of Cahuilla and Cupeño Indians**
Shane Chapparosa, Chairperson
P.O. Box 189                    Cahuilla
Warner Springs, CA, 92086-0189
Phone: (760) 782 - 0711
Fax: (760) 782-0712

**Morongo Band of Mission Indians**
Denisa Torres, Cultural Resources Manager
12700 Pumarra Road              Cahuilla
Banning, CA, 92220              Serrano
Phone: (951) 849 - 8807
Fax: (951) 922-8146
dtorres@morongo-nsn.gov

**Morongo Band of Mission Indians**
Robert Martin, Chairperson
12700 Pumarra Road              Cahuilla
Banning, CA, 92220              Serrano
Phone: (951) 849 - 8807
Fax: (951) 922-8146
dtorres@morongo-nsn.gov

**Pechanga Band of Luiseño Indians**
Mark Macarro, Chairperson
P.O. Box 1477                   Luiseño
Temecula, CA, 92593
Phone: (951) 770 - 6000
Fax: (951) 695-1778
epreston@pechanga-nsn.gov

**Pechanga Band of Luiseño Indians**
Paul Macarro, Cultural Resources Coordinator
P.O. Box 1477                   Luiseño
Temecula, CA, 92593
Phone: (951) 770 - 6306
Fax: (951) 506-9491
pmacarro@pechanga-nsn.gov

This list is current only as of the date of this document. Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resources Code and Section 5097.98 of the Public Resources Code.

This list is only applicable for contacting local Native Americans with regard to cultural resources assessment for the proposed AIW 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 Project, Riverside County.

AR 008373

AR005513

Native American Heritage Commission
Native American Contact List
Riverside County
6/29/2020

**Quechan Tribe of the Fort Yuma Reservation**
Manfred Scott, Acting Chairman
Kw'ts'an Cultural Committee
P.O. Box 1899                          Quechan
Yuma, AZ, 85366
Phone: (928) 750 - 2516
scottmanfred@yahoo.com

**Quechan Tribe of the Fort Yuma Reservation**
Jill McCormick, Historic
Preservation Officer
P.O. Box 1899                          Quechan
Yuma, AZ, 85366
Phone: (760) 572 - 2423
historicpreservation@quechantrib
e.com

**Ramona Band of Cahuilla**
Joseph Hamilton, Chairperson
P.O. Box 391670                        Cahuilla
Anza, CA, 92539
Phone (951) 763 - 4105
Fax: (951) 763-4325
admin@ramona-nsn.gov

**Ramona Band of Cahuilla**
John Gomez, Environmental
Coordinator
P.O. Box 391670                        Cahuilla
Anza, CA, 92539
Phone: (951) 763 - 4105
Fax (951) 763-4325
jgomez@ramona-nsn.gov

**Rincon Band of Luiseno Indians**
Bo Mazzetti, Chairperson
One Government Center Lane    Luiseno
Valley Center, CA, 92082
Phone: (760) 749 - 1051
Fax: (760) 749-5144
bomazzetti@aol.com

**Rincon Band of Luiseno Indians**
Cheryl Madrigal, Tribal Historic
Preservation Officer
One Government Center Lane    Luiseno
Valley Center, CA, 92082
Phone: (760) 297 - 2635
crd@rincon-nsn.gov

**Santa Rosa Band of Cahuilla Indians**
Lovina Redner, Tribal Chair
P.O. Box 391820                        Cahuilla
Anza, CA, 92539
Phone: (951) 659 - 2700
Fax: (951) 659-2228
lsaul@santarosacahuilla-nsn.gov

**Soboba Band of Luiseno Indians**
Scott Cozart, Chairperson
P.O. Box 487                           Cahuilla
San Jacinto, CA, 92583                 Luiseno
Phone: (951) 654 - 2765
Fax: (951) 654-4198
jontiveros@soboba-nsn.gov

**Soboba Band of Luiseno Indians**
Joseph Ontiveros, Cultural
Resource Department
P.O. BOX 487                           Cahuilla
San Jacinto, CA, 92581                 Luiseno
Phone: (951) 663 - 5279
Fax: (951) 654-4198
jontiveros@soboba-nsn.gov

**Torres-Martinez Desert Cahuilla Indians**
Michael Mirelez, Cultural
Resource Coordinator
P.O. Box 1160                          Cahuilla
Thermal, CA, 92274
Phone: (760) 399 - 0022
Fax: (760) 397-8146
mmirelez@tmdci.org

This list is current only as of the date of this document. Distribution of this list does not relieve any person of statutory responsibility as defined in section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resources Section 5097.98 of the Public Resources Code.

This list is only applicable for contacting local Native Americans with regard to cultural resources assessment for the proposed RPN 419-120-051, Project, Riverside County.

08/11-2020-
000663

06/29/2020 04:11 PM

2

AR 008374

AR005514



June 29, 2020

Augustine Band of Cahuilla Mission Indians          hhaines@augustinetribe.com
Amanda Vance, Chairperson                           (760)398-4722
P. O. Box 846                                        (760)369-7161, fax
Coachella, CA 92236

REGARDING:  INFORMATION REQUEST LETTER ASSOCIATED WITH ONE CULTURAL RESOURCES
            ASSESSMENT PROJECT – APN 419-140-057 LOCATED ON ±47.74 ACRES IN THE
            CITY OF BANNING, RIVERSIDE COUNTY, CALIFORNIA (USGS BEAUMONT, CA 7.5-
            MINUTE TOPOGRAPHIC QUADRANGLE) (L&L PROJECT RPGX-19-730)

Amanda Vance:

L&L Environmental, Inc. (L&L) is in the process of completing a California Environmental Quality
Act (CEQA) compliant cultural resources assessment for a project area totaling ±44.37 acres in
the City of Calimesa, Riverside County, California.  The proposed project includes the
construction of a residential development.

Environmental regulations, including CEQA, consider the impacts a project may have on cultural
resources.  To determine whether the proposed project may impact any cultural resources, L&L
has conducted research on the project area, including the request of a Sacred Land Search
(SLS) from the Native American Heritage Commission (NAHC).  The NAHC does not indicate
that any NAHC-recorded Native American cultural resources are located in the project area.
However, the NAHC recommends additional coordination with regard to planning and
development projects in order to avoid any unanticipated discoveries.  To this end, the NAHC
has listed you as a contact and has indicated that you may have information about the potential
for this project area to contain resources not found in the SLS.  This letter is not associated with
a formal consultation process, but is an information request that will be included in our cultural
resources assessment document.

We have enclosed maps showing the location of the project area.  Generally, the project is
located in the northwestern portion of Riverside County, California and is situated south of
Interstate 10 and west of South Highland Springs Avenue (Figure 1).  Specifically, it is within
Section 12 of Township 3 South, Range 1 West as shown on the U. S. Geological Survey
(USGS) Beaumont, CA 7.5' topographic quadrangle map (Figure 2).  The project is immediately

---

*\\(Denver\unified projects\RPGX-19-730 Sun Lakes Banning\2020-RPGX\SLS\Scoping Letters\E-mail\Scoping Letter-
Apu.doc, Vance.doc;*

Celebrating 20+ Years of Service to Southern CA and the Great Basin. WBE Certified/Caltrans, CPUC, WBENC.
Mailing Address: 789 E. Nevada Street Suite U, #DOT#871, Redlands, CA 92373
Delivery Address: 721 Nevada Street Suite 307, Redlands CA 92373
www.llenv.com | Phone: 909 335 9897 | FAX: 909 335 9893

AR 008375

AR005515

Information Scoping Center
PCN 419-140-037, City of Banning, Riverside County, CA                          June 2020

northeast of the intersection of Sun Lakes Village Drive and Sun Lakes Boulevard in the City of
Banning (Figure 3).

We wish to ask if you have any information or concerns about this project area and/or if the
proposed project may have an impact on cultural resources that are important to you. Please
feel free to contact me at **909.335.9897** or **WGillean@llenviroinc.com** if you have any
questions or information or you may address and mail a response to my attention at our office.

Sincerely,
*L&L Environmental, Inc.*

William R. Gillean, B.S
Archaeologist

WRG/jms/js

Encl:   Figure 1: Project Vicinity Map
        Figure 2: Project Location Map
        Figure 3: Aerial Photograph

AR005516

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                              *August 2020*

*Information Scoping Letter*
*APN 419-140-057, City of Banning, Riverside County, CA*                    *June 2020*



L&L Environmental, Inc.

BIOLOGICAL AND CULTURAL
INVESTIGATIONS AND MONITORING

RPGX-19-730
June 2020

Figure 1

Project Vicinity Map

APN 419-140-057, City of Banning
County of Riverside, California

AR005517

*Information Scoping Letter*
*APN 419-140-057, City of Banning, Riverside County, CA*                        *June 2020*



L&L Environmental, Inc.

BIOLOGICAL AND CULTURAL
INVESTIGATIONS AND MONITORING

RPGX-19-730
June 2020

Figure 2

Project Location Map
(USGS Beaumont [1988] quadrangle,
Section 12 of Township 3 South, Range 1 West)

APN 419-140-057, City of Banning
County of Riverside, California

AR005518

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                    *August 2020*

*Information Scoping Letter*
*APN 419-140-057, City of Banning, Riverside County, CA*                          *June 2020*



| L&L Environmental, Inc. | Figure 3 |
|---|---|
| BIOLOGICAL AND CULTURAL INVESTIGATIONS AND MONITORING | **Aerial Photograph** <br> (Aerial obtained from Google Earth, August 2018) |
| RPGX-19-730 <br> June 2020 | APN 419-140-057, City of Banning <br> County of Riverside, California |

## AGUA CALIENTE BAND OF CAHUILLA INDIANS



June 30, 2020

[VIA EMAIL TO:wgillean@llenvironm.com]
L&L Environmental, Inc
Mr. William Gillean
721 Nevada Street, Suite 307
Redlands, California 92373

**Re: L&L RPGX-19-730**

Dear Mr. William Gillean,

The Agua Caliente Band of Cahuilla Indians (ACBCI) appreciates your efforts to include the Tribal Historic Preservation Office (THPO) in the Sun Lakes Village North Specific Plan Amendment No. 5 project. The project area is not located within the boundaries of the ACBCI Reservation. However, it is within the Tribe's Traditional Use Area. For this reason, the ACBCI THPO requests the following:

  *A copy of the records search with associated survey reports and site records from the information center.

  *Copies of any cultural resource documentation (report and site records) generated in connection with this project.

  *This letter does not conclude consultation. Upon receipt of requested materials the ACBCI THPO may have additional recommendations or require further mitigation measures.

Again, the Agua Caliente appreciates your interest in our cultural heritage. If you have questions or require additional information, please call me at (760)699-6907. You may also email me at ACBCI-THPO@aguacaliente.net.

Cordially,

Pattie Garcia-Plotkin
Director
Tribal Historic Preservation Office
AGUA CALIENTE BAND
OF CAHUILLA INDIANS

AR 008380

AR005520

## Jeff Sonnentag

| | |
|---|---|
| **From:** | Stapp, Judy <jstapp@cabazonindians-nsn.gov> |
| **Sent:** | Saturday, July 11, 2020 11:00 AM |
| **To:** | Jeff Sonnentag |
| **Subject:** | Re: Doug Welmas : Information Request Letter for L&L Project RPGX-19-730 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Sonnentag,
The Cabazon Band of Mission Indians does not comment on projects located
outside of its traditional area.
Best regards,
Judy Stapp
Director of Cultural Affairs

Sent from my iPad

On Jun 30, 2020, at 6:02 PM, Jeff Sonnentag <jsonnentag@llenviroinc.com>
wrote:

Hello!

Attached as a PDF is an Information Request Letter for APN 419-140-057,
±47.74 acres in the City of Banning, Riverside County, California (L&L
project RPGX-19-730).  The text of the letter is also copied and pasted
below, but the figures showing location will need to be viewed in the PDF.

Thanks for your help.

(This is being sent for William Gillean and Anna Hoover.)

Regarding:        Information Request Letter Associated with One Cultural
Resources Assessment Project – APN 419-140-057 Located on ±47.74 Acres in
the City of Banning, Riverside County, California (USGS Beaumont, CA 7.5-
minute Topographic Quadrangle) (L&L Project RPGX-19-730)

Amanda Vance:

L&L Environmental, Inc. (L&L) is in the process of completing a California
Environmental Quality Act (CEQA) compliant cultural resources assessment
for a project area totaling ±44.37 acres in the City of Calimesa,
Riverside County, California.  The proposed project includes the
construction of a residential development.

Environmental regulations, including CEQA, consider the impacts a project
may have on cultural resources.  To determine whether the proposed project
may impact any cultural resources, L&L has conducted research on the

1

**AR 008381**

**AR005521**

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                      August 2020

## Jeff Sonnentag

| | |
|---|---|
| **From:** | Quechan Historic Preservation <historicpreservation@quechantribe.com> |
| **Sent:** | Thursday, July 2, 2020 12:59 PM |
| **To:** | Jeff Sonnentag; Bill Gillean |
| **Subject:** | RE: H. Jill McCormick – Information Request Letter for L&L Project RPGX-19-730 |

This email is to inform you that we do not wish to comment on this project at this time, and defer to the more local
Tribe(s).

**From:** Jeff Sonnentag [mailto:jsonnentag@llenviroinc.com]
**Sent:** Tuesday, June 30, 2020 6:03 PM
**To:** historicpreservation@quechantribe.com
**Cc:** Bill Gillean
**Subject:** H. Jill McCormick – Information Request Letter for L&L Project RPGX-19-730

Hello!

Attached as a PDF is an information Request Letter for APN 419-140-057,
±47.74 acres in the City of Banning, Riverside County, California (L&L
project RPGX-19-730). The rest of the Letter is also copied and pasted
below, but the figures showing location will need to be viewed in the PDF.

Thanks for your help,

(This is being sent for William Gillean and Anna Hoover.)

**REGARDING:** INFORMATION REQUEST LETTER ASSOCIATED WITH ONE CULTURAL RESOURCES ASSESSMENT PROJECT – APN 419-140-
057 LOCATED ON ±47.74 ACRES IN THE CITY OF BANNING, RIVERSIDE COUNTY, CALIFORNIA (USGS *BEAUMONT, CA* 7.5-
MINUTE TOPOGRAPHIC QUADRANGLE) (L&L PROJECT RPGX-19-730)

Amanda Vance:

L&L Environmental, Inc. (L&L) is in the process of completing a California Environmental Quality Act (CEQA) compliant
cultural resources assessment for a project area totaling ±44.37 acres in the City of Calimesa, Riverside County,
California. The proposed project includes the construction of a residential development.

Environmental regulations, including CEQA, consider the impacts a project may have on cultural resources. To determine
whether the proposed project may impact any cultural resources, L&L has conducted research on the project area,
including the request of a Sacred Land Search (SLS) from the Native American Heritage Commission (NAHC). The NAHC
does not indicate that any NAHC-recorded Native American cultural resources are located in the project area. However,
the NAHC recommends additional coordination with regard to planning and development projects in order to avoid any
unanticipated discoveries. To this end, the NAHC has listed you as a contact and has indicated that you may have
information about the potential for this project area to contain resources not found in the SLS. This letter is not associated
with a formal consultation process, but is an information request that will be included in our cultural resources assessment
document.

AR005522

# Rincon Band of Luiseño Indians
## CULTURAL RESOURCES DEPARTMENT



One Government Center Lane | Valley Center | CA 92082
(760) 749-1051 | Fax. (760) 749-5901 | rincon-nsn.gov

July 8, 2020

Sent via email: WGillean@lionviroito.com
William R. Gillean
700 East Redlands Blvd., Suite U
Redlands, CA 92373

Re: APN 419-140-057, Sun Lakes Banning

Dear Mr. Gillean,

This letter is written on behalf of Rincon Band of Luiseño Indians ("Rincon Band" or "Band"), a federally recognized Indian Tribe and sovereign government.

The Band has received the notification for the above referenced project. The location identified within project documents is not within the Band's specific Area of Historic Interest (AHI).

At this time, we have no additional information to provide. We recommend that you directly contact a Tribe that is closer to the project and may have pertinent information.

Thank you for submitting this project for Tribal review. If you have additional questions or concerns, please do not hesitate to contact our office at your convenience at (760) 297-2635 or via electronic mail at crd@rincon-nsn.gov

Thank you for the opportunity to protect and preserve our cultural assets.

Sincerely,

*Deneen Pelton*

Administrative Assistant II to
Cheryl Madrigal, CRD Manager/THPO
Cultural Resources Department
**Rincon Band of Luiseno Indians**

Bo Mazzetti          Tishmall Turner      Laurie E. Gonzalez     Alfonso Kolb, Sr.      John Constantino
Chairman             Vice Chair           Council Member         Council Member         Council Member

AR005523

## Jeff Sonnentag

| | |
|---|---|
| **From:** | Vanessa Minott <vminott@santarosacahuilla-nsn.gov> |
| **Sent:** | Thursday, July 2, 2020 10:15 AM |
| **To:** | Jeff Sonnentag |
| **Subject:** | FW: Lovina Redner - Information Request Letter for L&L Project RPGX-19-730 |
| **Attachments:** | scoping Letter - Lovina Redner.pdf |

Acha'i Tamit,

Please note that the Tribe's Chairwoman Redner wishes to defer to Soboba Band of Luiseno Indians. Have a great day.


Respectfully,
Vanessa Minott,
Tribal Administrator
Santa Rosa Band of Cahuilla Indians
W – 951-659-2700 ext. 102
C – 760-668-0460
F – 951-659-2228
65199 State Hwy. 74
Mountain Center, CA 92561
P.O. Box 391820
Anza, CA 92539



**From:** Lovina Saul <lsaul@santarosacahuilla-nsn.gov>
**Sent:** Thursday, July 2, 2020 8:07 AM
**To:** Vanessa Minott <vminott@santarosacahuilla-nsn.gov>
**Cc:** Steven Estrada <SEstrada@santarosacahuilla-nsn.gov>
**Subject:** Fwd: Lovina Redner - Information Request Letter for L&L Project RPGX-19-730

Can you look into this for me to see what it is. Thank you!

Respectfully,
Lovina Saul
Tribal Chairwoman
Santa Rosa Band of Cahuilla Indians

1

**Appendix E: Primary Record RPGX-1H**

AR005525

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*

*August 2020*

| State of California – The Resources Agency | Primary #: |
|---|---|
| **DEPARTMENT OF PARKS AND RECREATION** | HRI #: |
| **PRIMARY RECORD** | Trinomial: |
| | NRHP Status Code: 6z |
| | Other Listings: |
| Review Code ___ Reviewer ____ Date_____ | |

Page _1_ of _3_                                          *Resource Name or #: RPGX-1H

P1.    Other Identifier:

P2.*   Location:   __ Not for Publication   √ Unrestricted           a.* County: Riverside

b.*   USGS Quad: Banning, CA dated 1988 photorevised T:3S R: 1W SW 1/4 Section 12, SBBM
       Elevation: 2560 ft asl

c.    Address: N/A  City: Banning Zip: 92220

d.*   UTM Zone 11N 505645 mE/ 3753866 AND mN505229 mE/ 3753653 mN
       UTM Derivation: ___USGS Quad    _X_ GPS
       GPS UTM Corrected: __ Yes _X_ No  GPS brand/model:

e.    Other Locational Data (e.g. parcel number, directions to resource, etc. as appropriate): APN 419-140-057.  The
       southwest terminus is approximately 320 feet north from the Sun Lakes Boulevard edge of pavement. The northeast
       terminus is approximately 200 feet south from the edge of the Union Pacific Rail Line.

P3a.*  Description (Describe resource and its major elements; include design, materials, condition, alterations, size, setting, and
       boundaries): This resource is a linear feature consisting a 3 ft tall by 15 ft. wide earthen mound trending southwest by
       northeast for a distance of 1,000 feet and bisecting the central portion of APN 419-140-057. The feature is clearly visible on
       aerial photographs going back to 1966, the earliest dated aerial photo readily available, and is likely a water
       conveyance/control feature associated with pre-1953 water control efforts on Stewart Ranch. Similar berm features were
       recorded at neighboring site 33-013779 constructed by bulldozers for the purpose of channeling runoff from "…existing
       drainages through a linked series of devices…likely built because cattle grazing had removed vegetation groundcovers that
       once held topsoils in place and the lack of groundcover had sped the process of erosion" (Messick and Dice 2004), *Cont'd.*

P3b.*  Resource Attributes (List attributes and codes): AH6. Water Conveyance Feature

P4.*   Resources Present: __ Building __Structure _X_Object__Site__District__Element of District___ Other (Isolates, etc.

P5a.   Photograph or Drawing (Required for HRI buildings, structures, and objects):

P5b. Description of Photo (View, date, accession
#): Northeast/Overview of Feature/berm

P6.* Date Constructed/Age and Source:
Prehistoric   _X_ Historic _____ Both

P7.* Owner and Address: N/A

P8.* Recorded by: (Name, affiliation, and address)
**Bill Gillean**
**L&L Environmental**
721 Nevada St.,
Redlands, CA 92373

P9.* Date recorded: 6/30/020

P10.*  Type of Survey (Describe):  Intensive
pedestrian survey for CEQA Phase 1 Cultural
Resource Assessment

P11.*   Report citation (Cite survey report and other sources or enter "none"): Eddy, John. William R. Gillean, and Leslie Irish.
        2020. Phase 1 Cultural Resources Assessment for the Sun Lakes Boulevard Project APN 419-140-057, ~47.02 Acres in the City of
        Banning, Riverside County, California.

Attachments: ___None √ Location Map___Archaeological Site Record ___Sketch Map ___Continuation Sheet___Building, Structure, and Object Record
              ____ Archaeological Record ___District Record ___Linear Feature Record ___Milling Station Record ____ Rock Art Record
              ___Artifact Record ____Photograph Record ____Other (list):

(1/95; updated 1/98)                                                                 *Required information

AR005526

| State of California - The Resources Agency | Primary # |
|---|---|
| DEPARTMENT OF PARKS AND RECREATION | HRI # |
| **CONTINUATION SHEET** | Trinomial |

Property Name: ____ RPGX-1H

Page _2_ of _3_

**P3a.** **Description** (continued) Additional earthen berms, which Brandman and Associates (2004:31) referred to as "bermed ditches," also crisscrossed the surface of open fields. These bermed ditches may or may not have been linked to other water control/conveyance devices such as spouts or weirs.

The 1966 aerial photo of the Project area depicts a mechanically cleared area to the north of the earthen berm, suggesting the feature represents the downslope slope of a ditch cut by a bulldozer. Furthermore, no evidence of spouts, weirs, concrete and stone catchments, or other water control conveyance devices was found in association with RPGX-1H during the pedestrian survey; however, RPGX-1H is within an open field a half-mile northeast of Potrero Creek and almost one mile west of Smith Creek with no direct connection to either. This suggests that RPGX-1H is most like the bermed ditches noted by Brandman and Associates (2004).

The mechanically cleared ditch in front of the earthen berm is no longer present and the berm itself has fallen into disrepair from the lack of maintenance and periodic clearing and disking of the field. As such the feature lacks integrity and does not convey any sense of its historical character.

**CRHR Evaluation**

RPGX-1H is a bermed ditch most likely associated with pre-1953 water control/conveyance efforts on Stewart Ranch. Similar features constructed by ranchers along Smith Creek, were previously recorded at site 33-013778 (CA-RIV-7544H), which was evaluated as not eligible for the CRHR (Brandman and Associates 2004). The water control/conveyance features, including RPGX-1H, represent some of the few remaining elements of the historic Stewart Ranch; however, RPGX-1H no longer possess sufficient integrity and the association with the Stewart Ranch is limited to its purpose, age, location and function and it does not convey any association with an important historic event, trend or broad pattern of history. Therefore, RPGX-1H does not appear eligible under Criterion 1.

The Stewart family operated the Stewart Ranch between 1883 and 1967 and are considered historically significant at the local level for operating one of the most successful and long-standing dry farming and stock ranches in the San Gorgonio Pass area. The water control/conveyance features they constructed, including RPGX-1H, in open pasture and along Smith Creek and Potrero Creek were undoubtedly important to the Stewart family and the operation of the ranch. The features, likely constructed by members of the Stewart family sometime before 1953, represent a large investment of time, resources, and money to preserve topsoil and conserve water critical to success of dry farming operations. Although built by the Stewart family and undoubtedly important to the success of the ranch, the water control/conveyance features, including RPGX-1H, do not adequately represent characteristics which convey the Stewart family's historical significance. While the direct historical association between RPGX-1H and the Stewart family is clear, the association lacks in its representation of or contribution to the historical significance of the Stewart family to the San Gorgonio Pass area. Therefore, RPGX-1H does not appear eligible under Criterion 2.

RPGX-1H and the associated water control/conveyance features on Stewart Ranch do not embody the distinctive characteristics of a type, period, or method of construction. They do not represent the work of a master or possess high artistic values. Furthermore, RPGX-1H does not represent a significant and distinguishable entity whose components may lack individual distinction. Therefore, RPGX-1H does not appear eligible under Criterion 3.

Finally, RPGX-1H has not yielded, and has no potential to yield, information important to the history of Stewart Ranch or the San Gorgonio Pass area. Therefore, RPGX-1H does not appear eligible under Criterion 4.

Therefore, RPGX-1H is not considered a historic resource for the purposes of CEQA and therefore requires no further consideration during this study.

DPR 523L (9/2013)

AR 008387

AR005527

*Phase 1 Cultural Resource Assessment for the Sun Lakes Boulevard Project*
*City of Banning, San Bernardino County, CA*                                    August 2020

State of California – Resources Agency                    Primary #:
**DEPARTMENT OF PARKS AND RECREATION**                   HRI #:
**LOCATION MAP**                                          Trinomial:

Page _3_ of _3_                      *Resource Name or # (Assigned by recorder):

*Map Name: <u>Beaumont, CA. USGS 7.5' Quad</u>    *Scale: <u>1:24000</u>    *Date of Map: <u>1988</u>



DPR 523J (1/95)                                          *Required Information

AR005528



260 E. Baker St.  |  Suite 200  |  Costa Mesa, CA 92626  |  (949) 660-1994
urbanxroads.com

July 9, 2020

Mr. Ernie Perea
Romo Planning Group, Inc
9431 Haven Avenue, Ste. 232
Rancho Cucamonga, CA 91730

**SUBJECT:     SUN LAKES VILLAGE NORTH SPECIFIC PLAN NOISE MONITORING**

Dear Mr. Ernie Perea:

Urban Crossroads, Inc. is pleased to provide the following Noise Monitoring for the Sun Lakes Village North Specific Plan (Project).  To describe the existing ambient noise conditions, 24-hour noise level measurements were taken at three locations in the Project study area.  The receiver locations were selected to describe and document the existing noise environment within the Project study area.  Exhibit A provides the boundaries of the Project study area and the noise level measurement locations.  To fully describe the existing noise conditions, noise level measurements were collected by Urban Crossroads, Inc. on Wednesday, July 1, 2020.  Appendix A includes study area photos

**MEASUREMENT PROCEDURE AND CRITERIA**

To describe the existing noise environment, hourly noise levels were measured during weekday conditions over a 24-hour period.  By collecting individual hourly noise level measurements, it is possible to describe the daytime and nighttime hourly noise levels and calculate the 24-hour CNEL.  The long-term noise readings were recorded using Piccolo Type 2 integrating sound level meter and dataloggers. The Piccolo sound level meters were calibrated using a Larson-Davis calibrator, Model CAL 150.  All noise meters were programmed in "slow" mode to record noise levels in "A" weighted form.  The sound level meters and microphones were equipped with a windscreen during all measurements.  All noise level measurement equipment satisfies the American National Standards Institute (ANSI) standard specifications for sound level meters ANSI S1.4-2014/IEC 61672-1:2013. (1)

**NOISE MEASUREMENT LOCATIONS**

The long-term noise level measurements were positioned as close to the nearest sensitive receiver locations as possible to assess the existing ambient hourly noise levels surrounding the Project site.  Both Caltrans and the FTA recognize that it is not reasonable to collect noise level measurements that can fully represent every part of a private yard, patio, deck, or balcony normally used for human activity when estimating impacts for new development projects.  This is demonstrated in the Caltrans general site location guidelines which indicate that, *sites must be free of noise contamination by sources other than sources of interest. Avoid sites located near sources such as barking dogs, lawnmowers, pool pumps, and air conditioners unless it is the express intent of the analyst to measure these sources*. (2)  Further, FTA guidance states, t*hat it is not necessary nor recommended that existing noise exposure be*

Mr. Ernie Perea
Romo Planning Group, Inc
July 9, 2020
Page 2

*determined by measuring at every noise-sensitive location in the project area. Rather, the recommended approach is to characterize the noise environment for clusters of sites based on measurements or estimates at representative locations in the community. (3)*

Based on recommendations of Caltrans and the FTA, it is not necessary to collect measurements at each individual building or residence, because each receiver measurement represents a group of buildings that share acoustical equivalence. (3) In other words, the area represented by the receiver shares similar shielding, terrain, and geometric relationship to the reference noise source. Receivers represent a location of noise sensitive areas and are used to estimate the future noise level impacts. Collecting reference ambient noise level measurements at the nearby sensitive receiver locations allows for a comparison of the before and after Project noise levels and is necessary to assess potential noise impacts due to the Project's contribution to the ambient noise levels.

### NOISE MEASUREMENT RESULTS

The noise measurements presented below focus on the average or equivalent sound levels ($L_{eq}$). The equivalent sound level ($L_{eq}$) represents a steady state sound level containing the same total energy as a time varying signal over a given sample period. Table 1 identifies the hourly daytime (7:00 a.m. to 10:00 p.m.) and nighttime (10:00 p.m. to 7:00 a.m.) noise levels at each noise level measurement location. Appendix B provides a summary of the existing hourly ambient noise levels described below:

- Location L1 represents the noise southeast of the Project site by Sun Lakes Boulevard adjacent to existing vacant lot. The noise levels at this location consist primarily of traffic noise from Sun Lakes Boulevard. The noise level measurements collected show an overall 24-hour exterior noise level of 60.4 dBA CNEL. The energy (logarithmic) average daytime noise level was calculated at 59.0 dBA $L_{eq}$ with an average nighttime noise level of 51.3 dBA $L_{eq}$.

- Location L2 represents the noise levels Located south of the Project site on Sun Lakes Boulevard near existing single-family residential homes at 5871 Oakmont Drive. The ambient noise levels at this location account for traffic on Sun Lakes Boulevard. The noise level measurements collected show an overall 24-hour exterior noise level of 66.3 dBA CNEL. The energy (logarithmic) average daytime noise level was calculated at 64.2 dBA $L_{eq}$ with an average nighttime noise level of 57.6 dBA $L_{eq}$.

- Location L3 represents the noise levels Located west of the Project site Behind Rite Aid at 300 South Highland Springs Avenue. The 24-hour CNEL indicates that the overall exterior noise level is 63.7 dBA CNEL. The energy (logarithmic) average daytime noise level was calculated at 59.9 dBA $L_{eq}$ with an average nighttime noise level of 56.4. dBA $L_{eq}$. Parking lot vehicle movements and truck activity represent the primary source of noise at this location.


AR008390

Mr. Ernie Perea
Romo Planning Group, Inc
July 9, 2020
Page 3

Table 1 provides the (energy average) noise levels used to describe the daytime and nighttime ambient conditions. These daytime and nighttime energy average noise levels represent the average of all hourly noise levels observed during these time periods expressed as a single number. Appendix B provides summary worksheets of the noise levels for each hour as well as the minimum, maximum, $L_1$, $L_2$, $L_5$, $L_8$, $L_{25}$, $L_{50}$, $L_{90}$, $L_{95}$, and $L_{99}$ percentile noise levels observed during the daytime and nighttime periods.

The background ambient noise levels in the Project study area are dominated by the transportation-related noise associated with Sunset Lakes Boulevard and parking lot vehicle movements. This includes the auto and heavy truck activities on study area roadway segments near the noise level measurement locations. The 24-hour existing noise level measurement results are shown on Table 1.

#### TABLE 1: 24-HOUR AMBIENT NOISE LEVEL MEASUREMENTS

| Location[1] | Description | Energy Average Noise Level (dBA $L_{eq}$)[2] | | CNEL |
|---|---|---|---|---|
| | | Daytime | Nighttime | |
| L1 | Located southeast of the Project site by Sun Lakes Boulevard adjacent to existing vacant lot. | 59.0 | 51.3 | 60.4 |
| L2 | Located south of the Project site on Sun Lakes Boulevard near existing single-family residential homes at 5871 Oakmont Drive. | 64.2 | 57.6 | 66.3 |
| L3 | Located west of the Project site Behind Rite Aid at 300 South Highland Springs Avenue. | 59.9 | 56.4 | 63.7 |

[1] See Exhibit A for the noise level measurement locations.
[2] Energy (logarithmic) average levels. The long-term 24-hour measurement worksheets are included in Appendix B.
"Daytime" = 7:00 a.m. to 10:00 p.m.; "Nighttime" = 10:00 p.m. to 7:00 a.m.

URBAN CROSSROADS AR 008391

AR005531

Mr. Ernie Perea
Romo Planning Group, Inc
July 9, 2020
Page 4

EXHIBIT A:  NOISE MEASUREMENT LOCATIONS



LEGEND:
△ Measurement Locations

URBAN
CROSSROADS

AR 008392

AR005532

Mr. Ernie Perea
Romo Planning Group, Inc
July 9, 2020
Page 5

**AMBIENT CONDITIONS**

This noise monitoring demonstrates the ambient noise conditions near potential receivers for the Project.  The noise level measurements collected show an overall 24-hour exterior noise level ranging from 60.4 to 66.3 dBA CNEL.  Daytime noise levels range from 59.0 to 64.0 dBA $L_{eq}$ and nighttime noise levels range from 51.3 to 57.6 dBA $L_{eq}$.  If you have any questions, please contact me directly at (949) 336-5979.

Respectfully submitted,

URBAN CROSSROADS, INC.

Bill Lawson, P.E., INCE
Principal

**REFERENCES**

1. **American National Standards Institute (ANSI).** *Specification for Sound Level Meters ANSI S1.4-2014/IEC 61672-1:2013.*
2. **California Department of Transportation Environmental Program.** *Technical Noise Supplement - A Technical Supplement to the Traffic Noise Analysis Protocol.* Sacramento, CA : s.n., September 2013.
3. **U.S. Department of Transportation, Federal Transit Administration.** *Transit Noise and Vibration Impact Assessment.* September 2018.

---

*12929-03 Noise Memo*



AR008393

**AR005533**

**APPENDIX A:**

**STUDY AREA PHOTOS**



AR008394

**AR005534**

## JN: 12929 Study Area Photos



L1_E
33, 55' 19.780000", 116, 56' 14.890000"



L1_N
33, 55' 19.620000", 116, 56' 10.740000"



L1_S
33, 55' 19.340000", 116, 56' 14.840000"



L1_W
33, 55' 19.890000", 116, 56' 14.970000"



L2_E
33, 55' 19.710000", 116, 56' 27.690000"



L2_N
33, 55' 19.820000", 116, 56' 27.830000"

AR 008395

AR005535

## JN: 12929 Study Area Photos



L2_S
33, 55' 19.890000", 116, 56' 27.770000"



L2_W
33, 55' 19.640000", 116, 56' 27.660000"



L3_E
33, 55' 28.340000", 116, 56' 39.090000"



L3_N
33, 55' 28.510000", 116, 56' 39.250000"



L3_S
33, 55' 28.490000", 116, 56' 39.310000"



L3_W
33, 55' 28.310000", 116, 56' 39.060000"

AR 008396

AR005536

**APPENDIX B:**

**MEASUREMENT WORKSHEETS**

URBAN
CROSSROADS AR008397

AR005537

## 24-Hour Noise Level Measurement Summary

*Date:* Wednesday, July 01, 2020
*Project:* SUN LAKES VILLAGE NORTH
*Location:* L1 - Located southeast of the Project site by Sun Lakes Boulevard adjacent to existing vacant lot.
*Meter:* Piccolo II
*JN:* 12929
*Analyst:* P. Mara

### Hourly $L_{eq}$ dBA Readings (unadjusted)

| Hour Beginning | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly $L_{eq}$ (dBA) | 49.6 | 50.3 | 48.7 | 51.9 | 50.7 | 52.9 | 54.9 | 57.9 | 59.0 | 60.4 | 60.4 | 61.5 | 59.0 | 60.4 | 59.0 | 59.6 | 59.5 | 58.7 | 57.9 | 56.9 | 55.8 | 54.0 | 50.2 | 48.2 |

| Timeframe | Hour | $L_{eq}$ | $L_{max}$ | $L_{min}$ | L1% | L2% | L5% | L8% | L25% | L50% | L90% | L95% | L99% | $L_{eq}$ | Adj. | Adj. $L_{eq}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Night | 0 | 49.6 | 59.2 | 45.7 | 58.7 | 58.0 | 55.3 | 52.9 | 48.3 | 47.3 | 46.1 | 45.9 | 45.7 | 49.6 | 10.0 | 59.6 |
| | 1 | 50.3 | 56.9 | 47.0 | 56.6 | 56.2 | 52.1 | 51.0 | 50.3 | 49.3 | 48.0 | 47.3 | 47.1 | 50.3 | 10.0 | 60.3 |
| | 2 | 48.7 | 54.3 | 46.2 | 54.0 | 53.6 | 52.1 | 51.0 | 50.8 | 48.0 | 46.7 | 46.5 | 46.3 | 48.7 | 10.0 | 58.7 |
| | 3 | 51.9 | 62.2 | 46.7 | 61.8 | 61.2 | 58.8 | 56.6 | 49.4 | 48.3 | 47.2 | 47.0 | 46.8 | 51.9 | 10.0 | 61.9 |
| | 4 | 50.7 | 61.7 | 45.2 | 61.1 | 60.3 | 57.3 | 55.0 | 48.3 | 46.9 | 45.7 | 45.5 | 45.3 | 50.7 | 10.0 | 60.7 |
| | 5 | 52.9 | 63.7 | 46.9 | 63.2 | 62.3 | 59.7 | 57.3 | 50.6 | 48.7 | 47.4 | 47.2 | 47.0 | 52.9 | 10.0 | 62.9 |
| | 6 | 54.9 | 66.1 | 46.7 | 64.7 | 61.9 | 59.6 | 53.2 | 48.9 | 47.2 | 47.0 | 46.8 | | 54.9 | 10.0 | 64.9 |
| Day | 7 | 57.9 | 68.8 | 47.9 | 68.2 | 67.5 | 65.0 | 63.2 | 56.6 | 51.6 | 48.5 | 48.2 | 47.9 | 57.9 | 0.0 | 57.9 |
| | 8 | 59.0 | 68.8 | 48.8 | 68.7 | 67.6 | 65.6 | 64.2 | 59.1 | 53.7 | 49.6 | 49.2 | 48.9 | 59.0 | 0.0 | 59.0 |
| | 9 | 60.4 | 70.1 | 49.3 | 69.6 | 69.0 | 67.0 | 65.3 | 60.6 | 56.0 | 50.3 | 49.9 | 49.4 | 60.4 | 0.0 | 60.4 |
| | 10 | 60.4 | 70.0 | 48.5 | 69.6 | 69.1 | 67.1 | 65.7 | 60.5 | 54.8 | 49.5 | 49.1 | 48.7 | 60.4 | 0.0 | 60.4 |
| | 11 | 61.5 | 72.6 | 48.6 | 72.1 | 71.4 | 68.6 | 66.4 | 60.8 | 55.7 | 49.7 | 49.2 | 48.7 | 61.5 | 0.0 | 61.5 |
| | 12 | 59.0 | 68.9 | 46.7 | 68.4 | 67.6 | 65.5 | 64.2 | 59.5 | 54.2 | 47.9 | 47.3 | 46.9 | 59.0 | 0.0 | 59.0 |
| | 13 | 60.4 | 70.4 | 49.8 | 70.0 | 69.2 | 66.7 | 64.9 | 60.4 | 56.2 | 51.5 | 50.7 | 50.0 | 60.4 | 0.0 | 60.4 |
| | 14 | 59.0 | 69.8 | 46.9 | 69.6 | 68.5 | 66.5 | 63.5 | 57.7 | 53.0 | 47.8 | 47.3 | 47.0 | 59.0 | 0.0 | 59.0 |
| | 15 | 59.6 | 69.5 | 47.9 | 69.1 | 68.5 | 66.3 | 64.2 | 59.6 | 55.0 | 49.2 | 48.5 | 48.0 | 59.6 | 0.0 | 59.6 |
| | 16 | 59.5 | 69.6 | 48.9 | 69.1 | 68.5 | 66.1 | 64.3 | 59.6 | 55.0 | 49.7 | 49.3 | 49.0 | 59.5 | 0.0 | 59.5 |
| | 17 | 58.7 | 69.2 | 50.3 | 68.6 | 67.7 | 65.2 | 63.6 | 58.1 | 54.0 | 51.0 | 50.7 | 50.4 | 58.7 | 0.0 | 58.7 |
| | 18 | 57.9 | 69.5 | 49.7 | 68.8 | 67.5 | 65.1 | 62.2 | 56.1 | 52.1 | 50.2 | 50.0 | 49.7 | 57.9 | 0.0 | 57.9 |
| Evening | 19 | 56.9 | 66.6 | 50.3 | 66.2 | 65.5 | 63.5 | 61.7 | 56.0 | 52.9 | 50.8 | 50.6 | 50.3 | 56.9 | 5.0 | 61.9 |
| | 20 | 55.8 | 66.5 | 48.2 | 66.0 | 65.2 | 62.5 | 60.5 | 54.8 | 51.6 | 48.7 | 48.5 | 48.3 | 55.8 | 5.0 | 60.8 |
| | 21 | 54.0 | 63.8 | 49.9 | 63.3 | 62.3 | 59.7 | 57.8 | 53.1 | 51.4 | 50.2 | 50.1 | 50.0 | 54.0 | 5.0 | 59.0 |
| Night | 22 | 50.2 | 59.1 | 46.5 | 58.7 | 58.0 | 55.8 | 54.0 | 49.2 | 48.1 | 46.9 | 46.8 | 46.6 | 50.2 | 10.0 | 60.2 |
| | 23 | 48.2 | 55.1 | 45.6 | 54.6 | 54.0 | 52.1 | 50.8 | 47.2 | 46.1 | 45.9 | 45.7 | | 48.2 | 10.0 | 58.2 |

| Timeframe | Hour | $L_{eq}$ | $L_{max}$ | $L_{min}$ | L1% | L2% | L5% | L8% | L25% | L50% | L90% | L95% | L99% | $L_{eq}$ (dBA) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Min | 57.9 | 68.8 | 46.7 | 68.2 | 67.5 | 65.0 | 62.2 | 56.1 | 51.6 | 47.8 | 47.3 | 46.9 | 24-Hour | Daytime | Nighttime |
| | Max | 61.5 | 72.6 | 50.3 | 72.1 | 71.4 | 68.6 | 66.4 | 60.8 | 56.2 | 51.5 | 50.7 | 50.4 | **57.4** | **59.0** | **51.3** |
| Energy Average | 59.6 | | Average: | 69.3 | 68.5 | 66.2 | 64.3 | 59.1 | 54.3 | 49.6 | 49.1 | 48.7 | | | | |
| Evening | Min | 54.0 | 63.8 | 48.2 | 63.3 | 62.3 | 59.7 | 57.8 | 53.1 | 51.0 | 48.7 | 48.5 | 48.3 | | | |
| | Max | 56.9 | 66.6 | 50.3 | 66.2 | 65.5 | 63.5 | 61.7 | 56.0 | 52.9 | 50.8 | 50.6 | 50.3 | 24-Hour CNEL (dBA) | | |
| Energy Average | 55.7 | | Average: | 65.2 | 64.3 | 61.9 | 60.0 | 54.6 | 51.8 | 49.9 | 49.7 | 49.5 | | | | |
| Night | Min | 48.2 | 54.3 | 45.2 | 54.0 | 53.6 | 52.1 | 50.8 | 47.9 | 46.9 | 45.7 | 45.5 | 45.3 | **60.4** | | |
| | Max | 54.9 | 66.1 | 47.0 | 65.6 | 64.7 | 61.9 | 59.6 | 53.2 | 49.3 | 47.5 | 47.3 | 47.1 | | | |
| Energy Average | 51.3 | | Average: | 59.4 | 58.7 | 56.4 | 54.5 | 49.5 | 48.1 | 46.8 | 46.6 | 46.4 | | | | |



## 24-Hour Noise Level Measurement Summary

*Date:* Wednesday, July 01, 2020
*Project:* SUN LAKES VILLAGE NORTH

*Location:* L2 - Located south of the Project site on Sun Lakes Boulevard near existing single-family residential homes at 5871 Oakmont Drive.

*Meter:* Piccolo II

*JN:* 12929
*Analyst:* P. Mara

### Hourly L_eq dBA Readings (unadjusted)

| Hour Beginning | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $L_{eq}$ | 57.3 | 56.6 | 54.9 | 58.4 | 56.6 | 58.9 | 60.5 | 62.5 | 63.7 | 64.2 | 64.2 | 66.0 | 63.9 | 65.5 | 64.0 | 67.7 | 65.0 | 64.0 | 62.7 | 62.8 | 62.5 | 59.4 | 55.8 | 56.5 |

| Timeframe | Hour | $L_{eq}$ | $L_{max}$ | $L_{min}$ | L1% | L2% | L5% | L8% | L25% | L50% | L90% | L95% | L99% | $L_{eq}$ | Adj. | Adj. $L_{eq}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Night | 0 | 57.3 | 64.7 | 54.5 | 64.4 | 63.9 | 61.9 | 60.1 | 56.9 | 56.0 | 55.0 | 54.8 | 54.7 | 57.3 | 10.0 | 67.3 |
| | 1 | 56.6 | 64.7 | 52.1 | 64.3 | 63.9 | 61.7 | 59.9 | 56.3 | 55.0 | 52.5 | 52.5 | 52.2 | 56.6 | 10.0 | 66.6 |
| | 2 | 54.9 | 61.9 | 50.9 | 61.6 | 61.2 | 59.4 | 57.8 | 55.0 | 53.7 | 51.7 | 51.3 | 51.0 | 54.9 | 10.0 | 64.9 |
| | 3 | 58.4 | 66.4 | 55.3 | 66.0 | 65.5 | 63.0 | 60.9 | 57.8 | 57.0 | 55.8 | 55.6 | 55.3 | 58.4 | 10.0 | 68.4 |
| | 4 | 56.6 | 67.9 | 49.7 | 67.5 | 66.7 | 63.5 | 60.4 | 54.2 | 52.5 | 50.5 | 50.2 | 49.8 | 56.6 | 10.0 | 66.6 |
| | 5 | 58.9 | 67.3 | 53.9 | 67.1 | 66.7 | 65.1 | 63.2 | 58.3 | 56.1 | 54.5 | 54.2 | 54.0 | 58.9 | 10.0 | 68.9 |
| | 6 | 60.5 | 71.4 | 53.4 | 71.1 | 70.5 | 67.6 | 65.0 | 58.2 | 55.8 | 54.0 | 53.7 | 53.5 | 60.5 | 10.0 | 70.5 |
| Day | 7 | 62.5 | 73.3 | 51.8 | 73.0 | 72.4 | 69.9 | 67.9 | 61.0 | 55.5 | 52.6 | 52.2 | 51.9 | 62.5 | 0.0 | 62.5 |
| | 8 | 63.7 | 74.4 | 52.5 | 74.0 | 73.3 | 70.6 | 68.7 | 62.8 | 58.3 | 53.5 | 53.0 | 52.6 | 63.7 | 0.0 | 63.7 |
| | 9 | 64.2 | 74.6 | 50.9 | 74.3 | 73.6 | 71.4 | 69.9 | 63.3 | 57.9 | 51.9 | 51.4 | 51.0 | 64.2 | 0.0 | 64.2 |
| | 10 | 64.2 | 74.4 | 51.5 | 74.0 | 73.4 | 71.3 | 69.7 | 63.4 | 58.7 | 52.8 | 52.2 | 51.6 | 64.2 | 0.0 | 64.2 |
| | 11 | 66.0 | 76.9 | 50.8 | 76.5 | 75.7 | 73.0 | 71.0 | 65.6 | 59.7 | 51.9 | 51.3 | 50.9 | 66.0 | 0.0 | 66.0 |
| | 12 | 63.9 | 74.2 | 50.5 | 73.8 | 73.2 | 70.9 | 69.3 | 63.3 | 57.5 | 51.5 | 51.0 | 50.6 | 63.9 | 0.0 | 63.9 |
| | 13 | 65.5 | 75.6 | 51.9 | 75.2 | 74.5 | 72.3 | 70.6 | 65.4 | 60.4 | 53.5 | 52.7 | 52.0 | 65.5 | 0.0 | 65.5 |
| | 14 | 64.0 | 74.7 | 51.1 | 74.3 | 73.9 | 71.9 | 69.5 | 63.2 | 57.5 | 52.0 | 51.5 | 51.2 | 64.0 | 0.0 | 64.0 |
| | 15 | 67.7 | 82.0 | 51.9 | 80.7 | 78.9 | 74.3 | 71.4 | 64.9 | 59.2 | 52.9 | 52.4 | 52.0 | 67.7 | 0.0 | 67.7 |
| | 16 | 65.0 | 74.7 | 52.7 | 74.4 | 73.7 | 71.9 | 70.6 | 65.0 | 59.0 | 53.7 | 53.2 | 52.7 | 65.0 | 0.0 | 65.0 |
| | 17 | 64.0 | 73.8 | 54.2 | 73.5 | 72.9 | 70.9 | 69.5 | 63.6 | 58.4 | 55.0 | 54.6 | 54.3 | 64.0 | 0.0 | 64.0 |
| | 18 | 62.7 | 72.7 | 54.1 | 72.4 | 71.9 | 69.5 | 68.0 | 61.5 | 57.2 | 54.8 | 54.5 | 54.2 | 62.7 | 0.0 | 62.7 |
| Evening | 19 | 62.8 | 73.2 | 55.2 | 72.9 | 72.2 | 69.5 | 67.5 | 61.3 | 58.3 | 55.8 | 55.6 | 55.3 | 62.8 | 5.0 | 67.8 |
| | 20 | 62.5 | 73.7 | 53.3 | 73.3 | 72.6 | 69.9 | 67.6 | 60.2 | 56.2 | 54.1 | 53.7 | 53.4 | 62.5 | 5.0 | 67.5 |
| | 21 | 59.4 | 69.9 | 51.7 | 69.6 | 69.0 | 66.6 | 64.5 | 57.3 | 54.3 | 52.4 | 52.1 | 51.8 | 59.4 | 5.0 | 64.4 |
| Night | 22 | 55.8 | 66.8 | 50.5 | 66.3 | 65.2 | 61.7 | 58.9 | 54.2 | 52.7 | 51.1 | 50.8 | 50.6 | 55.8 | 10.0 | 65.8 |
| | 23 | 56.5 | 63.5 | 54.0 | 63.3 | 63.0 | 61.1 | 59.3 | 55.2 | 54.2 | 54.1 | 54.1 | 54.1 | 56.5 | 10.0 | 66.5 |

| Timeframe | Hour | $L_{eq}$ | $L_{max}$ | $L_{min}$ | L1% | L2% | L5% | L8% | L25% | L50% | L90% | L95% | L99% | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Min | 62.5 | 72.7 | 50.5 | 72.4 | 71.9 | 69.5 | 67.9 | 61.0 | 55.5 | 51.5 | 51.0 | 50.6 | |
| | Max | 67.7 | 82.0 | 54.2 | 80.7 | 78.9 | 74.3 | 71.4 | 65.6 | 60.4 | 55.0 | 54.6 | 54.3 | |
| Energy Average | | 64.7 | Average: | | 74.7 | 73.9 | 71.4 | 69.7 | 63.6 | 58.3 | 53.0 | 52.5 | 52.1 | |
| Evening | Min | 59.4 | 69.9 | 51.7 | 69.6 | 69.0 | 66.6 | 64.5 | 57.3 | 54.3 | 52.4 | 52.1 | 51.8 | |
| | Max | 62.8 | 73.7 | 55.2 | 73.3 | 72.6 | 69.9 | 67.6 | 61.3 | 58.3 | 55.8 | 55.6 | 55.3 | |
| Energy Average | | 61.8 | Average: | | 71.9 | 71.3 | 68.7 | 66.5 | 59.6 | 56.3 | 54.1 | 53.8 | 53.5 | |
| Night | Min | 54.9 | 61.9 | 49.7 | 61.6 | 61.2 | 59.4 | 57.8 | 54.2 | 52.5 | 50.5 | 50.2 | 49.8 | |
| | Max | 60.5 | 71.4 | 55.3 | 71.1 | 70.5 | 67.6 | 65.0 | 58.3 | 57.0 | 55.8 | 55.6 | 55.3 | |
| Energy Average | | 57.6 | Average: | | 65.8 | 65.2 | 62.8 | 60.6 | 56.3 | 54.9 | 53.3 | 53.0 | 52.8 | |

**$L_{eq}$ (dBA)**

| 24-Hour | Daytime | Nighttime |
|---|---|---|
| 62.7 | 64.2 | 57.6 |

**24-Hour CNEL (dBA)**

**66.3**



URBAN CROSSROADS

AR005539

## 24-Hour Noise Level Measurement Summary

**Date:** Wednesday, July 01, 2020
**Project:** SUN LAKES VILLAGE NORTH
**Location:** L3 - Located west of the Project site Behind Rite Aid at 300 South Highland Springs Avenue.
**Meter:** Piccolo II
**JN:** 12929
**Analyst:** P. Mara

### Hourly $L_{eq}$ dBA Readings (unadjusted)

Bar chart values by Hour Beginning:

| Hour | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|------|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| dBA | 52.6 | 57.3 | 54.8 | 52.7 | 54.4 | 58.3 | 58.4 | 59.0 | 57.1 | 54.0 | 55.7 | 63.1 | 54.6 | 56.6 | 55.7 | 57.8 | 55.8 | 68.2 | 58.8 | 58.5 | 54.4 | 54.2 | 58.7 | 55.4 |

| Timeframe | Hour | $L_{eq}$ | $L_{max}$ | $L_{min}$ | L1% | L2% | L5% | L8% | L25% | L50% | L90% | L95% | L99% | $L_{eq}$ | Adj. | Adj. $L_{eq}$ |
|-----------|------|----------|-----------|-----------|-----|-----|-----|-----|------|------|------|------|------|----------|------|---------------|
| Night | 0 | 52.6 | 57.0 | 49.2 | 56.8 | 56.6 | 56.1 | 55.4 | 53.3 | 51.9 | 49.8 | 49.5 | 49.3 | 52.6 | 10.0 | 62.6 |
| | 1 | 57.3 | 62.6 | 51.6 | 61.2 | 61.7 | 61.2 | 58.7 | 55.4 | 52.3 | 52.0 | 51.7 | 57.3 | 10.0 | 67.3 |
| | 2 | 54.8 | 60.8 | 50.1 | 60.4 | 60.2 | 59.4 | 58.4 | 55.8 | 53.2 | 50.7 | 50.5 | 50.2 | 54.8 | 10.0 | 64.8 |
| | 3 | 52.7 | 56.3 | 49.7 | 56.1 | 55.9 | 55.4 | 55.1 | 53.5 | 52.2 | 50.3 | 50.0 | 49.8 | 52.7 | 10.0 | 62.7 |
| | 4 | 54.4 | 58.8 | 50.2 | 58.6 | 58.4 | 57.9 | 57.6 | 55.3 | 53.6 | 51.0 | 50.6 | 50.3 | 54.4 | 10.0 | 64.4 |
| | 5 | 58.3 | 67.1 | 51.6 | 66.7 | 66.4 | 65.0 | 63.2 | 57.4 | 54.4 | 52.3 | 51.9 | 51.6 | 58.3 | 10.0 | 68.3 |
| | 6 | 58.4 | 66.2 | 51.8 | 65.6 | 65.0 | 63.3 | 62.0 | 59.8 | 55.2 | 52.4 | 52.2 | 51.9 | 58.4 | 10.0 | 68.4 |
| Day | 7 | 59.0 | 66.7 | 53.5 | 66.0 | 65.6 | 63.8 | 62.6 | 59.9 | 57.0 | 54.2 | 54.0 | 53.7 | 59.0 | 0.0 | 59.0 |
| | 8 | 57.1 | 61.6 | 53.3 | 61.4 | 61.2 | 60.7 | 60.4 | 58.2 | 55.7 | 53.9 | 53.7 | 53.4 | 57.1 | 0.0 | 57.1 |
| | 9 | 54.0 | 61.5 | 50.6 | 61.0 | 60.4 | 58.8 | 57.1 | 53.7 | 52.8 | 51.2 | 51.0 | 50.8 | 54.0 | 0.0 | 54.0 |
| | 10 | 55.7 | 61.4 | 52.0 | 61.1 | 60.6 | 59.3 | 58.6 | 56.5 | 54.4 | 52.6 | 52.4 | 52.1 | 55.7 | 0.0 | 55.7 |
| | 11 | 63.1 | 71.3 | 58.3 | 71.0 | 70.3 | 68.7 | 67.3 | 62.6 | 61.0 | 59.4 | 58.9 | 58.5 | 63.1 | 0.0 | 63.1 |
| | 12 | 54.6 | 62.8 | 50.8 | 62.1 | 61.3 | 59.2 | 57.6 | 54.4 | 52.8 | 51.5 | 51.2 | 50.9 | 54.6 | 0.0 | 54.6 |
| | 13 | 56.6 | 64.3 | 51.7 | 64.0 | 63.5 | 61.9 | 60.8 | 56.3 | 54.3 | 52.4 | 52.1 | 51.8 | 56.6 | 0.0 | 56.6 |
| | 14 | 55.7 | 62.7 | 51.3 | 62.3 | 61.7 | 59.9 | 58.9 | 56.7 | 54.1 | 52.0 | 51.7 | 51.5 | 55.7 | 0.0 | 55.7 |
| | 15 | 57.8 | 64.1 | 52.8 | 63.8 | 63.2 | 61.8 | 61.0 | 58.9 | 57.0 | 53.5 | 53.1 | 52.9 | 57.8 | 0.0 | 57.8 |
| | 16 | 55.8 | 62.6 | 51.5 | 62.2 | 61.7 | 60.1 | 59.0 | 56.3 | 54.3 | 52.2 | 51.9 | 51.6 | 55.8 | 0.0 | 55.8 |
| | 17 | 68.2 | 71.7 | 67.6 | 71.3 | 70.9 | 70.0 | 69.3 | 68.7 | 68.4 | 67.8 | 67.8 | 67.6 | 68.2 | 0.0 | 68.2 |
| | 18 | 58.8 | 62.2 | 56.3 | 62.2 | 61.8 | 60.9 | 60.4 | 59.1 | 58.5 | 57.6 | 57.4 | 56.5 | 58.8 | 0.0 | 58.8 |
| Evening | 19 | 58.5 | 63.0 | 55.0 | 62.7 | 62.5 | 61.7 | 61.2 | 59.6 | 57.5 | 55.8 | 55.5 | 55.1 | 58.5 | 5.0 | 63.5 |
| | 20 | 54.4 | 59.5 | 50.7 | 59.2 | 58.6 | 57.4 | 56.6 | 54.8 | 53.7 | 52.1 | 51.8 | 51.6 | 54.4 | 5.0 | 59.4 |
| | 21 | 54.2 | 60.2 | 50.7 | 59.8 | 59.5 | 58.4 | 57.4 | 54.5 | 53.2 | 51.3 | 51.1 | 50.8 | 54.2 | 5.0 | 59.2 |
| Night | 22 | 58.7 | 64.1 | 53.5 | 63.9 | 63.5 | 62.6 | 62.1 | 60.0 | 57.8 | 54.2 | 53.9 | 53.6 | 58.7 | 10.0 | 68.7 |
| | 23 | 55.4 | 60.8 | 50.3 | 60.5 | 60.2 | 59.3 | 58.7 | 56.8 | 54.2 | 51.0 | 50.7 | 50.4 | 55.4 | 10.0 | 65.4 |

| Timeframe | Hour | $L_{eq}$ | $L_{max}$ | $L_{min}$ | L1% | L2% | L5% | L8% | L25% | L50% | L90% | L95% | L99% |
|-----------|------|----------|-----------|-----------|-----|-----|-----|-----|------|------|------|------|------|
| Day | Min | 54.0 | 61.4 | 50.6 | 61.0 | 60.4 | 58.8 | 57.1 | 53.7 | 52.8 | 51.2 | 51.0 | 50.8 |
| | Max | 68.2 | 71.7 | 67.6 | 71.3 | 70.9 | 70.0 | 69.3 | 68.7 | 68.4 | 67.8 | 67.8 | 67.6 |
| Energy Average | | 60.5 | Average: | | 64.0 | 63.5 | 62.1 | 61.1 | 58.4 | 56.7 | 54.9 | 54.6 | 54.3 |
| Evening | Min | 54.2 | 59.5 | 50.7 | 59.2 | 58.6 | 57.4 | 56.6 | 54.5 | 53.2 | 51.3 | 51.1 | 50.8 |
| | Max | 58.5 | 63.0 | 55.0 | 62.7 | 62.5 | 61.7 | 61.2 | 59.6 | 57.5 | 55.8 | 55.5 | 55.1 |
| Energy Average | | 56.2 | Average: | | 60.6 | 60.2 | 59.2 | 58.4 | 56.3 | 54.8 | 53.1 | 52.8 | 52.5 |
| Night | Min | 52.6 | 56.3 | 49.2 | 56.1 | 55.9 | 55.4 | 55.1 | 53.3 | 51.9 | 49.8 | 49.5 | 49.3 |
| | Max | 58.7 | 67.1 | 53.5 | 66.7 | 66.4 | 65.0 | 63.2 | 62.0 | 57.8 | 54.2 | 53.9 | 53.6 |
| Energy Average | | 56.4 | Average: | | 61.2 | 60.9 | 60.1 | 59.3 | 56.7 | 54.2 | 51.6 | 51.3 | 51.0 |

| | $L_{eq}$ (dBA) | | |
|---|---|---|---|
| | **24-Hour** | **Daytime** | **Nighttime** |
| | **58.9** | **59.9** | **56.4** |
| **24-Hour CNEL (dBA)** | | | |
| **63.7** | | | |

\\Uxr-fs\ucdata\UcJobs\_12600-13000\_12900\12929\Field Work\Measuremnets\12929_L3_O


URBAN CROSSROADS

AR005540



# Sun Lakes Village North Specific Plan Amendment No. 5

**TRAFFIC ANALYSIS**
**CITY OF BANNING**

PREPARED BY:

Aric Evatt, PTP
aevatt@urbanxroads.com

Charlene So, PE
cso@urbanxroads.com

Connor Paquin, PE
cpaquin@urbanxroads.com

SEPTEMBER 4, 2020

*12927-05 TA Report*

AR 008401

AR005541

AR 008402

AR005542

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

# TABLE OF CONTENTS

TABLE OF CONTENTS .................................................................................................................... I

APPENDICES ................................................................................................................................. III

THIS PAGE INTENTIONALLY LEFT BLANK ...................................................................................... IV

LIST OF EXHIBITS ........................................................................................................................... V

THIS PAGE INTENTIONALLY LEFT BLANK ...................................................................................... VI

LIST OF TABLES ........................................................................................................................... VII

LIST OF ABBREVIATED TERMS ..................................................................................................... IX

1    INTRODUCTION ..................................................................................................................... 1

    1.1    Summary of Findings ................................................................................................. 1

    1.2    Project Overview ....................................................................................................... 3

    1.3    Analysis Scenarios .................................................................................................... 3

    1.4    Study Area ................................................................................................................. 5

    1.5    Deficiencies .............................................................................................................. 6

    1.6    Recommendations .................................................................................................... 8

2    METHODOLOGIES ................................................................................................................ 13

    2.1    Level of Service ....................................................................................................... 13

    2.2    Intersection Capacity Analysis ............................................................................... 13

    2.3    Traffic Signal Warrant Analysis Methodology ........................................................ 15

    2.4    Freeway Off-Ramp Queuing Analysis ..................................................................... 16

    2.5    Minimum Level of Service (LOS) ............................................................................ 17

    2.6    Deficiency Criteria .................................................................................................. 17

    2.7    Project Fair Share Calculation Methodology ......................................................... 18

3    AREA CONDITIONS .............................................................................................................. 19

    3.1    Existing Circulation Network ................................................................................... 19

    3.2    General Plan Circulation Elements ......................................................................... 19

    3.3    City of Beaumont General Plan Circulation Element ............................................. 23

    3.4    Bicycle & Pedestrian Facilities ............................................................................... 23

    3.5    Transit Service ........................................................................................................ 23

    3.6    Existing Traffic Counts ............................................................................................ 23

    3.7    Existing (2020) Intersection Operations Analysis .................................................. 30

    3.8    Existing (2020) Traffic Signal Warrants Analysis ................................................... 30

    3.9    Existing (2020) Off-Ramp Queuing Analysis .......................................................... 30

    3.10   Existing Deficiencies and Improvements ............................................................... 34

4    PROJECTED FUTURE TRAFFIC ............................................................................................. 35

    4.1    Project Trip Generation ........................................................................................... 35

    4.2    Project Trip Distribution .......................................................................................... 36

    4.3    Modal Split .............................................................................................................. 46

    4.4    Project Trip Assignment .......................................................................................... 46

    4.5    Background Traffic .................................................................................................. 46

    4.6    Horizon Year Traffic Forecasts ............................................................................... 49

5    E+P TRAFFIC CONDITIONS .................................................................................................. 51

    5.1    Roadway Improvements ......................................................................................... 51

    5.2    E+P Traffic Volume Forecasts ................................................................................ 51

**URBAN**
**CROSSROADS**

AR 008403

AR005543

| | | |
|---|---|---|
| 5.3 | Intersection Operations Analysis | 51 |
| 5.4 | Traffic Signal Warrants Analysis | 51 |
| 5.5 | Off-Ramp Queuing Analysis | 55 |
| 5.6 | Existing Deficiencies and Improvements | 55 |
| **6** | **HORIZON YEAR (2040) TRAFFIC CONDITIONS** | **57** |
| 6.1 | Roadway Improvements | 57 |
| 6.2 | Horizon Year (2040) Without Project Traffic Volume Forecasts | 57 |
| 6.3 | Horizon Year (2040) With Project Traffic Volume Forecasts | 57 |
| 6.4 | Intersection Operations Analysis | 60 |
| 6.5 | Traffic Signal Warrants Analysis | 60 |
| 6.6 | Off-Ramp Queuing Analysis | 64 |
| 6.7 | Deficiencies and Recommended Improvements | 64 |
| **7** | **LOCAL AND REGIONAL FUNDING MECHANISMS** | **67** |
| 7.1 | Riverside County Transportation Uniform Mitigation Fee (TUMF) | 67 |
| 7.2 | City of Banning Development Impact Fee (DIF) Program | 67 |
| 7.3 | Measure A | 67 |
| 7.4 | Fair Share Contribution | 68 |
| **8** | **REFERENCES** | **71** |

URBAN CROSSROADS

AR 008404

AR005544

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

# APPENDICES

**APPENDIX 1.1:  SITE ADJACENT QUEUES**
**APPENDIX 3.1:  EXISTING TRAFFIC COUNTS – MAY 2018, NOVEMBER 2019 & JULY 2020**
**APPENDIX 3.2:  EXISTING (2020) CONDITIONS INTERSECTION OPERATIONS ANALYSIS WORKSHEETS**
**APPENDIX 3.3:  EXISTING (2020) CONDITIONS TRAFFIC SIGNAL WARRANT ANALYSIS WORKSHEETS**
**APPENDIX 3.4:  EXISTING (2020) CONDITIONS OFF-RAMP QUEUING ANALYSIS WORKSHEETS**
**APPENDIX 4.1:  POST PROCESSING WORKSHEETS**
**APPENDIX 5.1:  E+P CONDITIONS INTERSECTION OPERATIONS ANALYSIS WORKSHEETS**
**APPENDIX 5.2:  E+P CONDITIONS TRAFFIC SIGNAL WARRANT ANALYSIS WORKSHEETS**
**APPENDIX 5.3:  E+P CONDITIONS OFF-RAMP QUEUING ANALYSIS WORKSHEETS**
**APPENDIX 6.1:  HORIZON YEAR (2040) WITHOUT PROJECT CONDITIONS INTERSECTION OPERATIONS ANALYSIS WORKSHEETS**
**APPENDIX 6.2:  HORIZON YEAR (2040) WITH PROJECT CONDITIONS INTERSECTION OPERATIONS ANALYSIS WORKSHEETS**
**APPENDIX 6.3:  HORIZON YEAR (2040) WITHOUT PROJECT CONDITIONS TRAFFIC SIGNAL WARRANT ANALYSIS WORKSHEETS**
**APPENDIX 6.4:  HORIZON YEAR (2040) WITH PROJECT CONDITIONS TRAFFIC SIGNAL WARRANT ANALYSIS WORKSHEETS**
**APPENDIX 6.5:  HORIZON YEAR (2040) WITHOUT PROJECT CONDITIONS OFF-RAMP QUEUING ANALYSIS WORKSHEETS**
**APPENDIX 6.6:  HORIZON YEAR (2040) WITH PROJECT CONDITIONS OFF-RAMP QUEUING ANALYSIS WORKSHEETS**
**APPENDIX 6.7:  HORIZON YEAR (2040) WITHOUT PROJECT CONDITIONS INTERSECTION OPERATIONS ANALYSIS WORKSHEETS WITH IMPROVEMENTS**
**APPENDIX 6.8:  HORIZON YEAR (2040) WITH PROJECT CONDITIONS INTERSECTION OPERATIONS ANALYSIS WORKSHEETS WITH IMPROVEMENTS**

*12927-05 TA Report*



AR 008405

AR005545

This Page Intentionally Left Blank



# LIST OF EXHIBITS

EXHIBIT 1-1: PRELIMINARY SITE PLAN ................................................................................................ 2
EXHIBIT 1-2: LOCATION MAP ............................................................................................................ 4
EXHIBIT 1-3: SUMMARY OF DEFICIENT INTERSECTIONS BY ANALYSIS SCENARIO ................................. 7
EXHIBIT 1-4: SITE ADJACENT ROADWAY AND SITE ACCESS RECOMMENDATIONS ................................ 9
EXHIBIT 3-1: EXISTING NUMBER OF THROUGH LANES AND INTERSECTION CONTROLS ...................... 20
EXHIBIT 3-2: CITY OF BANNING GENERAL PLAN CIRCULATION ELEMENT ........................................... 21
EXHIBIT 3-3: CITY OF BANNING ROADWAY CROSS-SECTIONS ........................................................... 22
EXHIBIT 3-4: CITY OF BEAUMONT GENERAL PLAN CIRCULATION ELEMENT ....................................... 24
EXHIBIT 3-5: CITY OF BEAUMONT ROADWAY CROSS-SECTIONS ....................................................... 25
EXHIBIT 3-6: EXISTING PEDESTRIAN FACILITIES ............................................................................... 26
EXHIBIT 3-7: EXISTING TRANSIT ROUTES ........................................................................................ 27
EXHIBIT 3-8: EXISTING (2020) TRAFFIC VOLUMES (IN PCE) ............................................................. 29
EXHIBIT 3-9: EXISTING (2020) SUMMARY OF LOS ........................................................................... 31
EXHIBIT 4-1: PROJECT (TRUCK) NEAR-TERM TRIP DISTRIBUTION ..................................................... 40
EXHIBIT 4-2: PROJECT (INDUSTRIAL CAR) NEAR-TERM TRIP DISTRIBUTION ...................................... 41
EXHIBIT 4-3: PROJECT (RETAIL/MEDICAL OFFICE) NEAR-TERM TRIP DISTRIBUTION ........................... 42
EXHIBIT 4-4: PROJECT (TRUCK) LONG-RANGE TRIP DISTRIBUTION .................................................. 43
EXHIBIT 4-5: PROJECT (INDUSTRIAL CAR) LONG-RANGE TRIP DISTRIBUTION .................................... 44
EXHIBIT 4-6: PROJECT (RETAIL/MEDICAL OFFICE) LONG-RANGE TRIP DISTRIBUTION ........................ 45
EXHIBIT 4-7: PROJECT ONLY NEAR-TERM TRAFFIC VOLUMES (IN PCE) ............................................. 47
EXHIBIT 4-8: PROJECT ONLY LONG-RANGE TRAFFIC VOLUMES (IN PCE) ........................................... 48
EXHIBIT 5-1: E+P TRAFFIC VOLUMES (IN PCE) ................................................................................. 52
EXHIBIT 5-2: E+P SUMMARY OF LOS ............................................................................................... 53
EXHIBIT 6-1: HORIZON YEAR (2040) WITHOUT PROJECT TRAFFIC VOLUMES (IN PCE) ....................... 58
EXHIBIT 6-2: HORIZON YEAR (2040) WITH PROJECT TRAFFIC VOLUMES (IN PCE) .............................. 59
EXHIBIT 6-3: HORIZON YEAR (2040) WITHOUT PROJECT CONDITIONS SUMMARY OF LOS ................. 62
EXHIBIT 6-4: HORIZON YEAR (2040) WITH PROJECT CONDITIONS SUMMARY OF LOS ....................... 63

**URBAN** CROSSROADS

AR 008407

AR005547

This Page Intentionally Left Blank



AR 008408

AR005548

# LIST OF TABLES

TABLE 1-1: INTERSECTION ANALYSIS LOCATIONS .................................................................. 5

TABLE 1-2: SUMMARY OF IMPROVEMENTS BY ANALYSIS SCENARIO ................................... 11

TABLE 2-1: SIGNALIZED INTERSECTION LOS THRESHOLDS................................................... 14

TABLE 2-2: UNSIGNALIZED INTERSECTION LOS THRESHOLDS............................................. 15

TABLE 2-3: TRAFFIC SIGNAL WARRANT ANALYSIS LOCATIONS ........................................... 16

TABLE 3-1: INTERSECTION ANALYSIS FOR EXISTING (2020) CONDITIONS ........................... 32

TABLE 3-2: PEAK HOUR FREEWAY OFF-RAMP QUEUING SUMMARY FOR EXISTING (2020) CONDITIONS ................................................................................................................................ 33

TABLE 4-1: TRIP GENERATION RATES.................................................................................... 37

TABLE 4-2: PROJECT TRIP GENERATION SUMMARY (ACTUAL VEHICLES) ........................... 38

TABLE 4-3: PROJECT TRIP GENERATION SUMMARY (PCE) .................................................. 39

TABLE 5-1: INTERSECTION ANALYSIS FOR E+P CONDITIONS............................................... 54

TABLE 5-2: PEAK HOUR FREEWAY OFF-RAMP QUEUING SUMMARY FOR E+P CONDITIONS ................ 56

TABLE 6-1: INTERSECTION ANALYSIS FOR HORIZON YEAR (2040) CONDITIONS.................. 61

TABLE 6-2: PEAK HOUR FREEWAY OFF-RAMP QUEUING SUMMARY FOR HORIZON YEAR (2040) CONDITIONS ................................................................................................................... 65

TABLE 6-3: INTERSECTION ANALYSIS FOR HORIZON YEAR (2040) CONDITIONS WITH IMPROVEMENTS ......................................................................................................................... 66

TABLE 7-1:  PROJECT FAIR SHARE CALCULATIONS............................................................... 69

**URBAN**
CROSSROADS

AR 008409

AR005549

This Page Intentionally Left Blank



AR 008410

**AR005550**

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

## <u>LIST OF ABBREVIATED TERMS</u>

| | |
|---|---|
| (1) | Reference |
| ADT | Average Daily Traffic |
| CA MUTCD | California Manual on Uniform Traffic Control Devices |
| Caltrans | California Department of Transportation |
| CMP | Congestion Management Program |
| DIF | Development Impact Fee |
| E+P | Existing Plus Project |
| HCM | Highway Capacity Manual |
| ITE | Institute of Transportation Engineers |
| LOS | Level of Service |
| NCHRP | National Cooperative Highway Research Program |
| PCE | Passenger Car Equivalent |
| PHF | Peak Hour Factor |
| Project | Sun Lakes Village North Specific Plan Amendment No. 5 |
| RCTC | Riverside County Transportation Commission |
| RivTAM | Riverside Transportation Analysis Model |
| RTP | Regional Transportation Plan |
| SCAG | Southern California Association of Governments |
| SCAQMD | South Coast Air Quality Management District |
| SCS | Sustainable Communities Strategies |
| SHS | State Highway System |
| TA | Traffic Analysis |
| TUMF | Transportation Uniform Mitigation Fee |
| WRCOG | Western Riverside Council of Governments |
| V/C | Volume to Capacity |

**URBAN** CROSSROADS

AR 008411

AR005551

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

This Page Intentionally Left Blank



AR 008412

AR005552

# 1    INTRODUCTION

This report presents the results of the traffic analysis (TA) for the proposed Sun Lakes Village North Specific Plan Amendment No. 5 development ("Project"), which is located north of Sun Lakes Boulevard and east of Highland Springs Avenue in the City of Banning, as shown on Exhibit 1-1.

The purpose of this TA is to evaluate the potential deficiencies related to traffic, identify circulation system deficiencies that may result from the development of the proposed Project, and to recommend improvements to resolve identified deficiencies in order to achieve acceptable operational conditions at study area intersections.  This TA has been prepared in accordance with the County of Riverside's Traffic Impact Analysis Preparation Guide (August 2008) and the California Department of Transportation (Caltrans) Guide for the Preparation of Traffic Impact Studies. (1) (2)

## 1.1    SUMMARY OF FINDINGS

The Project is to construct the following improvements as design features in conjunction with development of the site:

- Project to install a traffic signal at the intersection of Driveway 3/Country Club Drive & Sun Lakes Boulevard (#8).
- Project to modify the existing median on Sun Lakes Boulevard to provide a minimum 150-feet of storage for the eastbound left turn lane onto Sun Lakes Village Drive.
- According to the City of Banning Circulation Element, Sun Lakes Boulevard and Sun Lakes Village Drive are currently built out to their ultimate half-sections. As such, there are no roadway improvement recommendations. However, curb, gutter, and sidewalk improvements are recommended, as needed for site access along the Project's frontage, consistent with the City's standards.

Additional details and intersection lane geometrics are provided in Section 1.6 *Recommendations* of this report.

The proposed Project is not anticipated to require the construction of any off-site improvements, however, there are improvement needs identified at off-site intersections for future cumulative traffic analysis scenarios.  As such, the Project Applicant's responsibility for the Project's contributions towards deficient off-site intersections is fulfilled through payment of fair share and/or payment into pre-existing fee programs (if applicable) that would be assigned to the future construction of the identified recommended improvements.  The Project Applicant would be required to pay requisite fees and/or fair share contributions consistent with the City's requirements (see Section 7 *Local and Regional Funding Mechanisms*).

**URBAN** CROSSROADS

**AR005553**



**EXHIBIT 1-1: PRELIMINARY LAND USE PLAN**

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic An*

**Office & Professional District**
(10.06 acres)

**Business & Warehouse District**
(30.22 acres)

**Retail & Service District**
(6.83 acres)

Dwy. 4 (RIRO) (p)

Dwy. 3 (FULL) (p)

Dwy. 1 (FULL) (PT)

Dwy. 2 (FULL) (P)

SUN LAKES BL.

SUN LAKES VILLAGE DR.

*LEGEND:*

RIRO = RIGHT-IN/RIGHT-OUT ONLY ACCESS
FULL = FULL ACCESS
P = PASSENGER CARS ONLY
PT = PASSENGER CARS AND TRUCKS

7 - land use plan.dwg

URB
CROSSINC

2

AR005554

## 1.2  PROJECT OVERVIEW

The Project is proposed to consist of the development of 877,298 square feet of industrial park use, 52,065 square feet of medical office use, and 37,189 square feet of commercial retail use. Vehicular access will be provided via the following driveways:

- Sun Lakes Village Drive via Driveway 1 – Full access for both passenger cars and trucks
- Sun Lakes Village Drive via Driveway 2 – Full access for passenger cars only
- Sun Lakes Boulevard via Driveway 3 – Full access for passenger cars only
- Sun Lakes Boulevard via Driveway 4 – Right-in/Right-out access for passenger cars only

Regional access to the Project site is available from the I-10 Freeway via the Highland Springs Avenue interchange.  Exhibit 1-2 depicts the location of the proposed Project in relation to the existing roadway network and the study area intersections.

Trips generated by the Project's proposed land uses have been estimated based on trip generation rates collected by the Institute of Transportation Engineers (ITE) Trip Generation Manual, 10th Edition, 2017.  (3)  The proposed Project is anticipated to generate a total of 5,594 trip-ends per day on a typical weekday with 509 trips during the weekday AM peak hour and 619 trips during the weekday PM peak hour.  The assumptions and methods used to estimate the Project's trip generation characteristics are discussed in greater detail in Section 4.1 *Project Trip Generation* of this report.

## 1.3  ANALYSIS SCENARIOS

For the purposes of this traffic study, potential deficiencies to traffic and circulation have been assessed for each of the following conditions:

- Existing (2020) Conditions
- Existing plus Project (E+P) Conditions
- Horizon Year (2040) Without Project Conditions
- Horizon Year (2040) With Project Conditions

### 1.3.1  EXISTING (2020) CONDITIONS

Information for Existing (2020) conditions is disclosed to represent the baseline traffic conditions as they existed at the time this report was prepared.

### 1.3.2  EXISTING PLUS PROJECT CONDITIONS

The Existing plus Project (E+P) analysis determines traffic deficiencies that would occur on the existing roadway system with the addition of Project traffic.

**URBAN** CROSSROADS

AR 008415

AR005555

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

## EXHIBIT 1-2: LOCATION MAP





**LEGEND:**

❶ = *EXISTING INTERSECTION ANALYSIS LOCATION*

⓪ = *FUTURE INTERSECTION ANALYSIS LOCATION*

N

*12927 - locmap.dwg*



AR 008416

AR005556

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

### 1.3.5 HORIZON YEAR (2040) CONDITIONS

Traffic projections for Horizon Year (2040) conditions were derived from the Riverside Transportation Analysis Model (RivTAM) using accepted procedures for model forecast refinement and smoothing. This scenario evaluates the circulation network in order to compare the findings between the County's currently adopted General Plan, which includes the future Sun Lakes Boulevard extension, and the proposed circulation network modifications proposed by the Project. The Horizon Year conditions analyses will be utilized to determine if improvements funded through regional transportation mitigation fee programs, such as the Western Riverside Council of Governments (WRCOG) Transportation Uniform Mitigation Fee (TUMF) and Development Impact Fee (DIF) programs, can accommodate the long-range cumulative traffic at the target level of service (LOS) identified in the City of Banning (lead agency) General Plan. (4) Each of these regional transportation fee programs are discussed in more detail in Section 7 *Local and Regional Funding Mechanisms*.

## 1.4 STUDY AREA

The 10 study area intersections shown on Exhibit 1-2 and listed in Table 1-1 were selected for evaluation in this TA based on the study area utilized in the Sun Lakes Village North Specific Plan Amendment #4 Traffic Impact Study (September 30, 2005, prepared by RK Engineering Group, Inc.), referred to hereafter as the "2005 Traffic Study." The study area includes intersections where the Project is anticipated to contribute 50 or more peak hour trips per the County of Riverside's traffic study guidelines. (1) The "50 peak hour trip" criteria represents a minimum number of trips at which a typical intersection would have the potential to be substantively affected by a given development proposal. The 50 peak hour trip criterion is a traffic engineering rule of thumb that is accepted and widely used within Riverside County for estimating a potential area of influence (i.e., study area).

**TABLE 1-1: INTERSECTION ANALYSIS LOCATIONS**

| ID | Intersection Location | Jurisdiction | CMP? |
|----|----------------------|--------------|------|
| 1 | Highland Springs Av. & I-10 WB Ramps | City of Banning, City of Beaumont, Caltrans | No |
| 2 | Highland Springs Av. & I-10 EB Ramps | City of Banning, City of Beaumont, Caltrans | No |
| 3 | Highland Springs Av. & 2nd St. | City of Banning, City of Beaumont | No |
| 4 | Highland Springs Av. & 1st St./Sun Lakes Bl. | City of Banning, City of Beaumont | No |
| 5 | Sun Lakes Village Dr. & Dwy. 1 – Future Intersection | City of Banning | No |
| 6 | Sun Lakes Village Dr. & Dwy. 2 – Future Intersection | City of Banning | No |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | City of Banning | No |
| 8 | Dwy. 3/Country Club Dr. & Sun Lakes Bl. | City of Banning | No |
| 9 | Dwy. 4 & Sun Lakes Bl. – Future Intersection | City of Banning | No |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | City of Banning | No |

**URBAN CROSSROADS**

AR 008417

**AR005557**

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

The intent of a Congestion Management Program (CMP) is to more directly link land use, transportation, and air quality, thereby prompting reasonable growth management programs that will effectively utilize new transportation funds, alleviate traffic congestion and related deficiencies, and improve air quality. The County of Riverside CMP became effective with the passage of Proposition 111 in 1990 and updated most recently updated in 2011. The Riverside County Transportation Commission (RCTC) adopted the 2011 CMP for the County of Riverside in December 2011. (5) There are no study area intersections identified as a Riverside County CMP facility.

## 1.5    DEFICIENCIES

This section provides a summary of deficiencies by analysis scenario. Section 2 *Methodologies* provides information on the methodologies used in the analysis and Section 5 *E+P Traffic Conditions* and Section 6 *Horizon Year (2040) Traffic Conditions* includes the detailed analysis. A summary of LOS results for all analysis scenarios is presented on Exhibit 1-3.

### 1.5.1    E+P CONDITIONS

*Intersections*

The study area intersections are anticipated to operate at an acceptable LOS during the peak hours, consistent with Existing (2020) traffic conditions.

*Off-Ramp Queues*

Consistent with Existing (2020) traffic conditions, there are no movements that are anticipated to experience queuing issues during the weekday AM or weekday PM peak 95th percentile traffic flows.

### 1.5.2    HORIZON YEAR (2040) CONDITIONS

*Intersections*

The following study area intersections are anticipated to operate at an unacceptable LOS during the peak hours under Horizon Year (2040) Without Project:

- Highland Springs Avenue & I-10 Westbound Ramps (#1) – LOS E AM and PM peak hours
- Highland Springs Avenue & I-10 Eastbound Ramps (#2) – LOS E AM and PM peak hours
- Highland Springs Avenue & 2nd Street (#3) – LOS D AM peak hour only
- Highland Springs Avenue & 1st Street/Sun Lakes Boulevard (#4) – LOS D AM peak hour; LOS E PM peak hour
- Sun Lakes Village Drive & Sun Lakes Boulevard (#7) – LOS F PM peak hour only
- Driveway 3/Country Club Drive & Sun Lakes Boulevard (#8) – LOS F PM peak hour only
- Twin Hills Drive/Country Club Drive & Sun Lakes Boulevard (#10) – LOS F PM peak hour only



AR 008418

AR005558

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 1-3: SUMMARY OF DEFICIENT INTERSECTIONS BY ANALYSIS SCENARIO**

| # | Intersection | Existing (2020) | E+P | Horizon Year (2040) Without Project | Horizon Year (2040) With Project |
|---|---|---|---|---|---|
| 1 | Highland Springs Av. & I-10 WB Ramps | 🟢 | 🟢 | 🟡 | 🟡 |
| 2 | Highland Springs Av. & I-10 EB Ramps | 🟢 | 🟢 | 🟡 | 🟡 |
| 3 | Highland Springs Av. & 2nd St. | 🟢 | 🟢 | 🟢 | 🟢 |
| 4 | Highland Springs Av. & 1st St./Sun Lakes Bl. | 🟢 | 🟢 | 🟡 | 🔴 |
| 5 | Sun Lakes Village Dr. & Dwy. 1 | NA | 🟢 | NA | 🟢 |
| 6 | Sun Lakes Village Dr. & Dwy. 2 | NA | 🟢 | NA | 🟢 |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | 🟢 | 🟢 | 🔴 | 🔴 |
| 8 | Dwy. 3/Country Club Dr. & Sun Lakes Bl. | 🟢 | 🟢 | 🔴 | 🟢 |
| 9 | Dwy. 4 & Sun Lakes Bl. | NA | 🟢 | NA | 🟢 |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | 🟢 | 🟢 | 🔴 | 🔴 |

*Note: the acceptable LOS for the freeway ramps is D*

**LEGEND:**

🟢 = AM PEAK HOUR
🟢 = PM PEAK HOUR
🟢 = LOS A-C
🟡 = LOS D-E
🔴 = LOS F
NA = NOT AN ANALYSIS LOCATION FOR THIS SCENARIO

URBAN
CROSSROADS

AR 008419

AR005559

There are no additional study area intersections that are anticipated to operate at an unacceptable LOS with the addition of Project traffic. It should be noted, the intersection of Driveway 3/Country Club Drive & Sun Lakes Boulevard (#8) is anticipated to operate at an acceptable LOS during the peak hours with the implementation of the Project design features discussed in Section 1.6 *Recommendations* of this TA.

*Off-Ramp Queues*

Consistent with Existing (2020) traffic conditions, there are no movements that are anticipated to experience queuing issues during the weekday AM or weekday PM peak 95th percentile traffic flows under Horizon Year (2040) Without Project and With Project traffic conditions.

## 1.6    RECOMMENDATIONS

### 1.6.1    SITE ADJACENT AND SITE ACCESS RECOMMENDATIONS

The following recommendations are based on the minimum improvements needed to accommodate site access and maintain acceptable peak hour operations. The site adjacent recommendations are shown on Exhibit 1-4.

Project to maintain existing control and lane geometrics at the intersection of Sun Lakes Village Drive & Sun Lakes Boulevard (#7).

***Recommendation 1 – Sun Lakes Village Drive & Driveway 1 (#5)*** – The following improvement is necessary to accommodate site access:

- Project to construct a stop control on the westbound approach and a shared left-right turn lane.

***Recommendation 2 – Sun Lakes Village Drive & Driveway 2 (#6)*** – The following improvement is necessary to accommodate site access:

- Project to install a stop control on the westbound approach and a shared left-right turn lane.

***Recommendation 3 – Sun Lakes Village Drive & Sun Lakes Boulevard (#7)*** – The following improvement is necessary to accommodate site access:

- Project to modify the existing median on Sun Lakes Boulevard to provide a minimum 150-feet of storage for the eastbound left turn lane.

***Recommendation 4 – Driveway 3 & Sun Lakes Boulevard (#8)*** – The following improvements are necessary to accommodate site access:

- Project to install a traffic signal.
- Project to construct a southbound shared left-through-right turn lane.
- Project to construct an eastbound left turn lane with a minimum of 100-feet of storage.

**URBAN**
CROSSROADS

**AR005560**

**EXHIBIT 1-4: SITE ADJACENT ROADWAY AND SITE ACCESS RECOMMENDATIONS**



On-site traffic signing and striping should be implemented agreeable with the provisions of the California Manual on Uniform Traffic Control Devices (CA MUTCD) and in conjunction with detailed construction plans for the Project site.

Sight distance at each project access point should be reviewed with respect to standard Caltrans and City of Banning sight distance standards at the time of preparation of final grading, landscape and street improvement plans.

Sun Lakes Village Drive is a north-south oriented roadway located on the Project's western boundary. According to the City of Banning Circulation Element, Sun Lakes Village Drive is currently built out to its ultimate half-section. As such, there are no roadway improvement recommendations. However, curb, gutter, and sidewalk improvements are recommended, as needed for site access along the Project's frontage, consistent with the City's standards.

Sun Lakes Boulevard is an east-west oriented roadway located on the Project's southern boundary. According to the City of Banning Circulation Element, Sun Lakes Boulevard is currently built out to its ultimate half-section. As such, there are no roadway improvement recommendations. However, curb, gutter, and sidewalk improvements are recommended, as needed for site access along the Project's frontage, consistent with the City's standards.

**LEGEND:**
- = NEW TRAFFIC SIGNAL
- = STOP SIGN
- = STOP SIGN IMPROVEMEN
- = EXISTING LANE
- = LANE IMPROVEMENT
- 150' = MINIMUM TURN POCKET
- 150' = TURN POCKET LENGTH IM

Office &

house

(30.22 acres)

Retail & Service District

(6.83 acres)

SUN LAKES BL.

Dwy. 4

118'

Dwy. 3

Dwy. 1

Dwy. 2

100'

150'

150'

SUN LAKES VILLAGE DR.

7 - recs.dwg

AR005561

URBA CROSSRC

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

***Recommendation 5 – Driveway 4 & Sun Lakes Boulevard (#8)*** – The following improvements are necessary to accommodate site access:

- Project to install a stop control on the southbound approach and a right turn lane. Project should construct the driveway to prohibit left-out turns onto Sun Lakes Boulevard.

***Recommendation 6 – Sun Lakes Village Drive*** is a north-south oriented roadway located on the Project's western boundary. According to the City of Banning Circulation Element, Sun Lakes Village Drive is currently built out to its ultimate half-section. As such, there are no roadway improvement recommendations. However, curb, gutter, and sidewalk improvements are recommended, as needed for site access along the Project's frontage, consistent with the City's standards.

***Recommendation 7 – Sun Lakes Boulevard*** is an east-west oriented roadway located on the Project's southern boundary. According to the City of Banning Circulation Element, Sun Lakes Boulevard is currently built out to its ultimate half-section. As such, there are no roadway improvement recommendations. However, curb, gutter, and sidewalk improvements are recommended, as needed for site access along the Project's frontage, consistent with the City's standards.

On-site traffic signing and striping should be implemented agreeable with the provisions of the California Manual on Uniform Traffic Control Devices (CA MUTCD) and in conjunction with detailed construction plans for the Project site.

Sight distance at each project access point should be reviewed with respect to standard Caltrans and City of Banning sight distance standards at the time of preparation of final grading, landscape and street improvement plans.

### 1.6.2 OFF-SITE RECOMMENDATIONS

The recommended improvements needed to address the cumulative deficiencies identified under Existing (2020), E+P, and Horizon Year (2040) traffic conditions are shown in Table 1-2. For those improvements listed in Table 1-2 and not constructed as part of the Project, the Project Applicant's responsibility for the Project's contributions towards deficient intersections is fulfilled through payment of fair share and/or TUMF/DIF program fees (if applicable) that would be assigned to construction of the identified recommended improvements. The Project Applicant would be required to pay TUMF/DIF and/or fair share fees consistent with the City's requirements (see Section 7 *Local and Regional Funding Mechanisms*).

**URBAN CROSSROADS**

AR 008422

AR005562

**Table 1-2**

Summary of Improvements by Analysis Scenario

| # | Intersection Location | Jurisdiction | Recommended Improvements[1] | | | | Improvements in Fee Program?[1] | Project Responsibility[2] | Fair Share %[3] |
|---|---|---|---|---|---|---|---|---|---|
| | | | Existing (2020) | E+P | 2040 Without Project | 2040 With Project | | | |
| 1 | Highland Springs Av. & I-10 WB Ramps | Banning, Beaumont, Caltrans | None | None | Add SB free right turn lane | Same | No | Fair Share | 22.4% |
| | | | | | Add WB left turn lane | Same | No | Fair Share | |
| 2 | Highland Springs Av. & I-10 EB Ramps | Banning, Beaumont, Caltrans | None | None | Add 2nd EB right turn lane | Same | No | Fair Share | 29.5% |
| 3 | Highland Springs Av. & 2nd St. | Banning, Beaumont | None | None | Restripe the EB approach to provide dual left turn lanes and one shared through-right turn lane | Same | No | Fair Share | 32.9% |
| | | | | | Modify the traffic signal to protect the eastbound and westbound left turns and to implement lead-lag operations for the eastbound and westbound left turns, with the eastbound left turn running as lag | Same | No | Fair Share | |
| 4 | Highland Springs Av. & 1st St./Sun Lakes Bl. | Banning, Beaumont | None | None | Add 2nd SB left turn lane | Same | No | Fair Share | 21.8% |
| | | | | | Add 2nd WB through lane | Same | No | Fair Share | |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | Banning | None | None | Install a Traffic Signal | Same | No | Fair Share | 34.2% |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | Banning | None | None | Install a Traffic Signal | Same | No | Fair Share | 6.7% |

[1] Program improvements constructed by project may be eligible for fee credit.  In lieu fee payment is at discretion of City.

[2] Identifies the Project's responsibility to construct an improvement or contribute a fee payment or fair share towards the implementation of the improvements shown.

[3] Represents the fair share percentage for the Project during the most impacted peak hour.

URBAN
CROSSROADS
AR 008423

AR005563

This Page Intentionally Left Blank



AR 008424

AR005564

# 2    METHODOLOGIES

This section of the report presents the methodologies used to perform the traffic analyses summarized in this report.  Since the City of Banning does not have their own traffic study guidelines, the methodologies described are generally consistent with the County of Riverside and Caltrans traffic study guidelines. (1) (2)

## 2.1    LEVEL OF SERVICE

Traffic operations of roadway facilities are described using the term "Level of Service" (LOS).  LOS is a qualitative description of traffic flow based on several factors such as speed, travel time, delay, and freedom to maneuver.   Six levels are typically defined ranging from LOS A, representing completely free-flow conditions, to LOS F, representing breakdown in flow resulting in stop-and-go conditions.  LOS E represents operations at or near capacity, an unstable level where vehicles are operating with the minimum spacing for maintaining uniform flow.

## 2.2    INTERSECTION CAPACITY ANALYSIS

The definitions of LOS for interrupted traffic flow (flow restrained by the existence of traffic signals and other traffic control devices) differ slightly depending on the type of traffic control.  The LOS is typically dependent on the quality of traffic flow at the intersections along a roadway.  The Highway Capacity Manual (HCM) methodology expresses the LOS at an intersection in terms of delay time for the various intersection approaches. (6) The HCM uses different procedures depending on the type of intersection control.

### 2.2.1    SIGNALIZED INTERSECTIONS

The City of Banning and City of Beaumont require signalized intersection operations analysis based on the methodology described in the HCM (6th Edition).  Intersection LOS operations are based on an intersection's average control delay.   Control delay includes initial deceleration delay, queue move-up time, stopped delay, and final acceleration delay.   For signalized intersections, LOS is directly related to the average control delay per vehicle and is correlated to a LOS designation as described in Table 2-1.  Study area intersections have been evaluated using the Synchro (Version 10) analysis software package.

The traffic modeling and signal timing optimization software package Synchro (Version 10) is utilized to analyze signalized intersections within the City of Banning and City of Beaumont.  Synchro is a macroscopic traffic software program that is based on the signalized intersection capacity analysis as specified in the HCM.  Macroscopic level models represent traffic in terms of aggregate measures for each movement at the study intersections.   Equations are used to determine measures of effectiveness such as delay and queue length. The level of service and capacity analysis performed by Synchro takes into consideration optimization and coordination of signalized intersections within a network.

AR 008425

AR005565

**TABLE 2-1: SIGNALIZED INTERSECTION LOS THRESHOLDS**

| Description | Average Control Delay (Seconds), V/C ≤ 1.0 | Level of Service, V/C ≤ 1.0 | Level of Service, V/C > 1.0 |
|---|---|---|---|
| Operations with very low delay occurring with favorable progression and/or short cycle length. | 0 to 10.00 | A | F |
| Operations with low delay occurring with good progression and/or short cycle lengths. | 10.01 to 20.00 | B | F |
| Operations with average delays resulting from fair progression and/or longer cycle lengths. Individual cycle failures begin to appear. | 20.01 to 35.00 | C | F |
| Operations with longer delays due to a combination of unfavorable progression, long cycle lengths, or high V/C ratios. Many vehicles stop and individual cycle failures are noticeable. | 35.01 to 55.00 | D | F |
| Operations with high delay values indicating poor progression, long cycle lengths, and high V/C ratios. Individual cycle failures are frequent occurrences. This is considered to be the limit of acceptable delay. | 55.01 to 80.00 | E | F |
| Operation with delays unacceptable to most drivers occurring due to over saturation, poor progression, or very long cycle lengths | 80.01 and up | F | F |

Source: HCM, 6th Edition

A saturation flow rate of 1900 has been utilized for all study area intersections located within the City of Banning and the City of Beaumont. The peak hour traffic volumes are adjusted using a peak hour factor (PHF) to reflect peak 15-minute volumes. Common practice for LOS analysis is to use a peak 15-minute rate of flow. However, flow rates are typically expressed in vehicles per hour. The PHF is the relationship between the peak 15-minute flow rate and the full hourly volume (e.g. PHF = [Hourly Volume] / [4 x Peak 15-minute Flow Rate]). The use of a 15-minute PHF produces a more detailed analysis as compared to analyzing vehicles per hour. Existing PHFs have been used for all analysis scenarios. Per the HCM, PHF values over 0.95 often are indicative of high traffic volumes with capacity constraints on peak hour flows while lower PHF values are indicative of greater variability of flow during the peak hour. (6)

### *California Department of Transportation (Caltrans)*

Per the Caltrans Guide for the Preparation of Traffic Impact Studies, the traffic modeling and signal timing optimization software package Synchro (Version 10) has also been utilized to analyze signalized intersections under Caltrans' jurisdiction, which include interchange to arterial ramps (i.e. I-10 Freeway ramps at Highland Springs Avenue). (2) Signal timing for the freeway arterial-to-ramp intersections have been obtained from Caltrans District 8 and were utilized for the purposes of this analysis.

URBAN CROSSROADS

AR 008426

AR005566

### 2.2.2 UNSIGNALIZED INTERSECTIONS

The City of Banning and the City of Beaumont require the operations of unsignalized intersections be evaluated using the methodology described the HCM. (6) The LOS rating is based on the weighted average control delay expressed in seconds per vehicle (see Table 2-2).

**TABLE 2-2: UNSIGNALIZED INTERSECTION LOS THRESHOLDS**

| Description | Average Control Delay Per Vehicle (Seconds) | Level of Service, V/C ≤ 1.0 | Level of Service, V/C > 1.0 |
|---|---|---|---|
| Little or no delays. | 0 to 10.00 | A | F |
| Short traffic delays. | 10.01 to 15.00 | B | F |
| Average traffic delays. | 15.01 to 25.00 | C | F |
| Long traffic delays. | 25.01 to 35.00 | D | F |
| Very long traffic delays. | 35.01 to 50.00 | E | F |
| Extreme traffic delays with intersection capacity exceeded. | > 50.00 | F | F |

Source: HCM, 6th Edition

At two-way or side-street stop-controlled intersections, LOS is calculated for each controlled movement and for the left turn movement from the major street, as well as for the intersection as a whole.  For approaches composed of a single lane, the delay is computed as the average of all movements in that lane.  Per the HCM, the highest delay and associated LOS on the minor approach is reported for two-way stop-controlled intersections.  For all-way stop controlled intersections, LOS is computed for the intersection as a whole and the average delay is reported (similar to signalized intersections).

## 2.3 TRAFFIC SIGNAL WARRANT ANALYSIS METHODOLOGY

The term "signal warrants" refers to the list of established criteria used by the Caltrans and other public agencies to quantitatively justify or ascertain the potential need for installation of a traffic signal at an otherwise unsignalized intersection.  This TA uses the signal warrant criteria presented in the latest edition of the Caltrans <u>California Manual on Uniform Traffic Control Devices</u> (CA MUTCD). (7)

The signal warrant criteria for Existing conditions are based upon several factors, including volume of vehicular and pedestrian traffic, frequency of accidents, and location of school areas. The Caltrans CA MUTCD indicates that the installation of a traffic signal should be considered if one or more of the signal warrants are met. (7)  Specifically, this TA utilizes the Peak Hour Volume-based Warrant 3 as the appropriate representative traffic signal warrant analysis for existing study area intersections for all analysis scenarios. Warrant 3 is appropriate to use for this TA because it provides specialized warrant criteria for intersections with rural characteristics (e.g. located in communities with populations of less than 10,000 persons or with adjacent major streets operating above 40 miles per hour).  For the purposes of this study, the speed limit was the basis for determining whether Urban or Rural warrants were used for a given intersection.

**URBAN** CROSSROADS

AR 008427

**AR005567**

Traffic signal warrant analyses were performed for the following unsignalized study area intersection shown in Table 2-3:

**TABLE 2-3: TRAFFIC SIGNAL WARRANT ANALYSIS LOCATIONS**

| ID | Intersection Location | Jurisdiction |
|----|----------------------|--------------|
| 5 | Sun Lakes Village Dr. & Dwy. 1 – Future Intersection | Banning |
| 6 | Sun Lakes Village Dr. & Dwy. 2 – Future Intersection | Banning |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | Banning |
| 8 | Dwy. 3/Country Club Dr. & Sun Lakes Bl. | Banning |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | Banning |

Although unsignalized, traffic signal warrants have not been performed for the intersection of Driveway 4 at Sun Lakes Boulevard since this intersection will be restricted to right-in/right-out access only. The Existing conditions traffic signal warrant analysis is presented in the subsequent section, Section 3 *Area Conditions* of this report.  The traffic signal warrant analyses for future conditions are presented in Section 5 *E+P Traffic Conditions* and Section 6 *Horizon Year (2040) Traffic Conditions* of this report.

It is important to note that a signal warrant defines the minimum condition under which the installation of a traffic signal might be warranted.  Meeting this threshold condition does not require that a traffic control signal be installed at a particular location, but rather, that other traffic factors and conditions be evaluated in order to determine whether the signal is truly justified.  It should also be noted that signal warrants do not necessarily correlate with LOS.  An intersection may satisfy a signal warrant condition and operate at or above acceptable LOS or operate below acceptable LOS and not meet a signal warrant.

## 2.4   FREEWAY OFF-RAMP QUEUING ANALYSIS

Consistent with Caltrans requirements, the 95th percentile queuing of vehicles has been assessed at the off-ramps to determine potential queuing deficiencies at the freeway ramp intersections at the I-10 Freeway at Highland Springs Avenue.  Specifically, the queuing analysis is utilized to identify any potential queuing and "spill back" onto the I-10 Freeway mainline from the off-ramps.

The traffic progression analysis tool and HCM intersection analysis program, Synchro, has been used to assess the potential deficiencies/needs of the intersections with traffic added from the proposed Project.  Storage (turn-pocket) length recommendations at the ramps have been based upon the 95th percentile queue resulting from the Synchro progression analysis.  The footnote from the Synchro output sheets indicates if the 95th percentile cycle exceeds capacity.  Traffic is simulated for two complete cycles of the 95th percentile traffic in Synchro in order to account for the effects of spillover between cycles.  In practice, the 95th percentile queue shown will rarely be exceeded and the queues shown with the footnote are acceptable for the design of storage bays.  The 95th percentile queue is derived from the average queue plus 1.65 standard deviations.  The 95th percentile queue is not necessarily ever observed it is simply based on statistical calculations.

URBAN CROSSROADS

## 2.5    MINIMUM LEVEL OF SERVICE (LOS)

The definition of an intersection deficiency has been obtained from each of the applicable surrounding jurisdictions.

### 2.5.1    CITY OF BANNING

The City of Banning has established LOS C as the minimum level of service for all roadways/intersections within the City. Therefore, any City of Banning intersection operating at LOS D, E, or F will be considered deficient for the purposes of this analysis. LOS D is considered acceptable for intersections along Ramsey Street and the I-10 interchange intersections.

### 2.5.2    CITY OF BEAUMONT

The City of Banning has established LOS D as the minimum level of service for all roadways/intersections within the City (Policy 10 of the General Plan Circulation Element). Therefore, any intersection operating at LOS E or F will be considered deficient for the purposes of this analysis.

### 2.5.3    CALTRANS

Caltrans endeavors to maintain a target LOS at the transition between LOS C and LOS D on State Highway System (SHS) facilities, however, Caltrans acknowledges that this may not always be feasible and recommends that the lead agency consult with Caltrans to determine the appropriate target LOS. Consistent with the City of Banning minimum LOS of LOS D at the I-10 interchange, LOS D will be used as the target LOS for both arterial-to-freeway ramps and freeway mainline segments and ramp junctions.

## 2.6    DEFICIENCY CRITERIA

This section outlines the methodology used in this analysis related to identifying circulation system deficiencies. To determine whether the addition of project traffic at a study intersection results in a direct project-related deficiency, the following thresholds will be utilized:

- A project-related traffic deficiency occurs at a study intersection if the addition of project-generated trips reduces the peak hour level of service of the study intersection to change from acceptable level of service (LOS A, B, C or D or LOS A, B, and C for City of Banning) to an unacceptable level of service (LOS E or F or LOS D, E, or F for City of Banning);
- A cumulative traffic deficiency occurs at a study intersection if the Project contributes peak hour trips to an intersection that is anticipated to operate at a deficient LOS without the Project (LOS E or F or LOS D, E, or F for City of Banning).

**URBAN**
CROSSROADS

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

## 2.7    PROJECT FAIR SHARE CALCULATION METHODOLOGY

Improvements found to be included in the TUMF and/or DIF will be identified as such. For improvements that do not appear to be in either of the pre-existing fee programs, a fair share contribution based on the Project's proportional share may be imposed in order to address the Project's share of deficiencies in lieu of construction. It should be noted that fair share calculations are for informational purposes only and the City Traffic Engineer will determine the appropriate improvements to be implemented by a project (to be identified in the conditions of approval).

The Project's fair share contribution is determined based on the following equations, which are the ratio of Project traffic to net new traffic (where net new traffic is the future traffic less existing traffic):

Project Fair Share % = Project (Long-Range) Traffic / (2040 Total Traffic – Existing Traffic)

**URBAN** CROSSROADS

AR 008430

AR005570

# 3    AREA CONDITIONS

This section provides a summary of the existing circulation network, the City of Banning General Plan Circulation Network, and a review of existing peak hour intersection operations, traffic signal warrant, and off-ramp queuing analyses.

## 3.1    EXISTING CIRCULATION NETWORK

The study area includes a total of 10 existing and future intersections as shown previously on Exhibit 1-2, where the Project is anticipated to contribute 50 or more peak hour trips, and is consistent with the 2005 Traffic Study.  Exhibit 3-1 illustrates the study area intersections located near the proposed Project and identifies the number of through traffic lanes for existing roadways and intersection traffic controls.

## 3.2    GENERAL PLAN CIRCULATION ELEMENTS

As noted previously, the Project site is located within the City of Banning.  The roadway classifications and planned (ultimate) roadway cross-sections of the major roadways within the study area, as identified on City of Banning General Plan Circulation Element, are described subsequently.  Exhibit 3-2 shows the City of Banning General Plan Circulation Element and Exhibit 3-3 illustrates the City of Banning General Plan roadway cross-sections.

**Urban Arterials** are six-lane divided roadways (typically divided by a raised median or painted two-way turn-lane) with a 134-foot right-of-way and a 110-foot curb-to-curb measurement. These roadways serve both regional through-traffic and inter-city traffic and typically direct traffic onto and off-of the freeways.  The following study area roadway within the City of Banning is classified as an Urban Arterial:

- Highland Springs Avenue, south of Wilson Street

**Major Roadways** are four lane divided roadways and may provide on-street parking.  These roadways typically have a 100-foot right-of-way and a 76-foot curb-to-curb measurement.  These roadways typically direct traffic through major development areas and serve to move large volumes of inter-city traffic.  The following study area roadway within the City of Banning is classified as a Major Roadway:

- Sun Lakes Boulevard

**Secondary Streets** are four-lane roadways and may include a painted median.  These roadways typically have an 88-foot right-of-way and a 64-foot curb-to-curb measurement.  These roadways typically direct traffic through major development areas and a lesser capacity than Major Roadways.  The following study area roadway within the City of Banning is classified as a Secondary Street:

- Highland Home Road, north of Sun Lakes Boulevard

URBAN CROSSROADS

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 3-1: EXISTING NUMBER OF THROUGH LANES AND INTERSECTION CONTROLS**



12927 - icon.dwg

20

AR 008432

AR005572

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 3-2: CITY OF BANNING GENERAL PLAN CIRCULATION ELEMENT**



**LEGEND:**

........................ Collector Highway (66 foot highway with 2 lanes without left turn pockets)

────────── Secondary Highway (88 foot highway with 4 lanes without left turn pockets)

━━━━━━━━━ Major Highway or Arterial Highway (100 or 110 foot highway with 4 lanes
with left turn pockets)
Build 100 foot Major Highway if there is insufficient space
for 110 foot Arterial Highway)

━ ━ ━ ━ ━ Urban Arterial Highway (134 foot highway with 6 lanes with left turn pockets)

✳ Intersection alignment is conceptual only.  Please see Special Issues discussion.

21

AR 008433

12927 - gpce banning.dwg

**URBAN CROSSROADS**

AR005573

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

### EXHIBIT 3-3: CITY OF BANNING GENERAL PLAN ROADWAY CROSS-SECTIONS



SOURCE: CITY OF BANNING (June 6, 2005)

AR 008434

AR005574

**Collector Streets** are two-lane roadways and provide on-street parking on both sides.  These roadways typically have a 66-foot right-of-way and a 44-foot curb-to-curb measurement.  These roadways provide connections to secondary streets, arterials, and freeways, with most traffic being through-traffic or intra-city traffic.  The following study area roadway within the City of Banning is classified as a Collector Street:

- Highland Home Road, south of Sun Lakes Boulevard

### 3.3    CITY OF BEAUMONT GENERAL PLAN CIRCULATION ELEMENT

The study area is also partially located within the County of Riverside.  Exhibit 3-4 shows the County of Riverside General Plan Circulation Element, and Exhibit 3-5 illustrates the County of Riverside General Plan roadway cross-sections.

### 3.4    BICYCLE & PEDESTRIAN FACILITIES

The City of Banning General Plan does not include a bike facility exhibit.  Exhibit 3-6 illustrates the existing pedestrian facilities, including sidewalks and crosswalks.  As shown on Exhibit 3-6, there are existing pedestrian facilities in the vicinity of the Project site that would likely serve pedestrians.

### 3.5    TRANSIT SERVICE

The study area is currently served by the Beaumont Transit with bus services along Highland Springs Avenue, 2nd Street, and 1st Street via Route, Route 4, and Community Link 120/125.  The study area is also served by Pass Transit with bus service along Highland Springs Avenue, 2nd Street, and 1st Street via Route 1, Route 5, and Route 6.  The transit services are illustrated on Exhibit 3-7.  These transit routes could potentially serve the Project.  Transit service is reviewed and updated by Beaumont Transit and Pass Transit periodically to address ridership, budget and community demand needs.  Changes in land use can affect these periodic adjustments which may lead to either enhanced or reduced service where appropriate.

### 3.6    EXISTING TRAFFIC COUNTS

The intersection LOS analysis is based on the traffic volumes observed during the peak hour conditions using traffic count data collected in May 2018, November 2019, and July 2020.  The following peak hours were selected for analysis:

- Weekday AM Peak Hour (peak hour between 7:00 AM and 9:00 AM)
- Weekday PM Peak Hour (peak hour between 4:00 PM and 6:00 PM)



AR 008435

AR005575



*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 3-4: CITY OF BEAUMONT GENERAL PLAN CIRCULATION ELEMENT**

**LEGEND:**

- ●━━● = EXPRESSWAY A
- ○━━○ = EXPRESSWAY B
- ●●●●● = URBAN ARTERIAL
- ◆◆◆◆ = URBAN ARTERIAL FRONTAGE ROAD
- ●━━● = ARTERIAL
- ━━━ = MAJOR
- ◆━━◆ = MAJOR FRONTAGE ROAD
- ━ ━ ━ = SECONDARY
- ●─ ─● = SECONDARY FRONTAGE ROAD
- ━·━·━ = DIVIDED COLLECTOR
- ━━━ = COLLECTOR
- ━·━·━ = COUPLET
- ┼┼┼┼┼ = RAILROAD
- ▨▨▨ = I-10, SR-60 AND SR-79 CONFLUENCE STUDY AREA

N

*12927 - beaumont gp.dwg*

**URBAN CROSSROADS**

24

AR 008436

AR005576

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 3-5: CITY OF BEAUMONT GENERAL PLAN ROADWAY CROSS-SECTIONS**

12927 - beaumont x-sec.dwg

**URBAN** CROSSROADS

AR 008437

AR005577

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 3-6: EXISTING PEDESTRIAN FACILITIES**



**LEGEND:**

| | | |
|---|---|---|
| ▬▬ = SIDEWALK | **0** (green) | = CROSSWALK ON ALL APPROACHES |
| ▬▬ = BIKE LANE | **0** (red) | = CROSSWALK ON TWO APPROACHES |
| **B** = BUS STOP | | |
| **0** = NO CROSSWALK | | |
| **(0)** = FUTURE INTERSECTION | | |

N

12927 - peds.dwg

URBAN CROSSROADS

AR 008438

AR005578

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

## EXHIBIT 3-7: EXISTING TRANSIT ROUTES



**LEGEND:**

- ━━━ = ROUTES 3 & 4-BEAUMONT TRANSIT
- ━━━ = COMMUTER LINK 120/125 COMBO-BEAUMONT TRANSIT
- ━━━ = PASS TRANSIT ROUTE 1
- ━━━ = PASS TRANSIT ROUTE 5/6

12927 - transit.dwg

URBAN
CROSSROADS

AR 008439

AR005579

Due to the currently ongoing COVID-19 pandemic, schools and businesses within the study area were closed or operating at less than full capacity at the time this study was prepared.  As such, historic (2018 and 2019) traffic counts were utilized in conjunction with a 2% growth rate to reflect 2020 conditions.  The 2018 and 2019 weekday AM and weekday PM peak hour data is representative of typical weekday peak hour traffic conditions in the study area.  There were no observations made in the field that would indicate atypical traffic conditions on the count dates, such as construction activity or detour routes and near-by schools were in session and operating on normal schedules.   For the intersections where historic traffic counts were not readily available, traffic counts were collected in July 2020.  A growth rate has been applied to these 2020 traffic counts, based on the growth at other study area intersections, to reflect pre-COVID-19 conditions.  The raw manual peak hour turning movement traffic count data sheets are included in Appendix 3.1.  These raw turning volumes have been flow conserved between intersections with limited access, no access, and where there are currently no uses generating traffic.

The traffic counts collected in May 2018, November 2019, and July 2020 include the following vehicle classifications: Passenger Cars, 2-Axle Trucks, 3-Axle Trucks, and 4 or More Axle Trucks. To represent the effects large trucks, buses and recreational vehicles have on traffic flow; all trucks were converted into Passenger Car Equivalent (PCE).  By their size alone, these vehicles occupy the same space as two or more passenger cars.  In addition, the time it takes for them to accelerate and slow-down is much longer than for passenger cars and varies depending on the type of vehicle and number of axles.  For the purpose of this analysis, a PCE factor of 1.5 has been applied to 2-axle trucks, 2.0 for 3-axle trucks, and 3.0 for 4+-axle trucks to estimate each turning movement.   These factors are consistent with the values recommended for use in the San Bernardino County CMP and are in excess of the factor recommended for use in the County of Riverside traffic study guidelines.  (8)  Although the County of Riverside has a recommended PCE factor of 2.0, the San Bernardino County CMP PCE factors have been utilized in an effort to conduct a more conservative analysis.

Existing weekday Average Daily Traffic (ADT) volumes on arterial highways throughout the study area are shown on Exhibit 3-8.  Where actual 24-hour tube count data was not available, Existing ADT volumes were based upon factored intersection peak hour counts collected by Urban Crossroads, Inc. using the following formula for each intersection leg:

Weekday PM Peak Hour (Approach Volume + Exit Volume) x 13.56 = Leg Volume

A comparison of the PM peak hour and daily traffic volumes of various roadway segments within the study area indicated that the peak-to-daily relationship is approximately 7.37 percent.  As such, the above equation utilizing a factor of 13.56 estimates the ADT volumes on the study area roadway segments assuming a peak-to-daily relationship of approximately 7.37 percent (i.e., 1/0.0737 = 13.56) and was assumed to sufficiently estimate ADT volumes for planning-level analyses.  Existing weekday AM and weekday PM peak hour intersection volumes are also shown on Exhibit 3-8.

URBAN
CROSSROADS

AR 008440

AR005580

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

### EXHIBIT 3-8: EXISTING (2020) TRAFFIC VOLUMES (IN PCE)



### 3.7    EXISTING (2020) INTERSECTION OPERATIONS ANALYSIS

Existing peak hour traffic operations have been evaluated for the study area intersections based on the analysis methodologies presented in Section 2.2 *Intersection Capacity Analysis* of this report.  The intersection operations analysis results are summarized in Table 3-1 which indicates that the study area intersections are currently operating at an acceptable LOS during the peak hours.

It should be noted, based on field observations, the intersections of I-10 Westbound Ramps & Highland Springs Avenue (#1) and I-10 Eastbound Ramps & Highland Springs Avenue (#2) experienced queuing issues along Highland Springs Avenue during the AM peak hour.  The northbound and southbound left turns onto the I-10 Freeway experienced heavy queues on Highland Springs Avenue only (not on the off-ramps).  However, the entire length of the northbound and southbound left turn queues cleared each cycle.  As such, the intersection operations analysis results shown in Table 3-1 reflect the field conditions at the time the 2019 traffic counts were collected the I-10 Freeway/Highland Springs Avenue interchange ramp-to-arterial intersections.

Consistent with Table 3-1, a summary of the peak hour intersection LOS for Existing conditions is shown on Exhibit 3-10. The intersection operations analysis worksheets are included in Appendix 3.2 of this TA.

### 3.8    EXISTING (2020) TRAFFIC SIGNAL WARRANTS ANALYSIS

Traffic signal warrants for Existing traffic conditions are based on existing peak hour intersection turning volumes.  There are no unsignalized study area intersections that currently warrant a traffic signal for Existing (2020) traffic conditions (see Appendix 3.3).

### 3.9    EXISTING (2020) OFF-RAMP QUEUING ANALYSIS

A queuing analysis was performed for the off-ramps at the I-10 Freeway at Highland Springs Avenue interchange to assess vehicle queues for the off ramps that may potentially result in deficient peak hour operations at the ramp-to-arterial intersections and may potentially "spill back" onto the I-10 Freeway mainline.  Queuing analysis findings are presented in Table 3-2.  It is important to note that off-ramp lengths are consistent with the measured distance between the intersection and the freeway mainline.  As shown in Table 3-2, there are no movements that are currently experiencing queuing issues during the weekday AM or weekday PM peak 95th percentile traffic flows.  This finding is consistent with field observations at the time traffic counts were conducted at the I-10 Freeway/Highland Springs Avenue interchange.  Worksheets for Existing (2020) traffic conditions off-ramp queuing analysis are provided in Appendix 3.4.

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 3-9: EXISTING (2020) SUMMARY OF LOS**



**Note: the acceptable LOS for the freeway ramps is D**

N

12927 - los.dwg



31

AR 008443

**AR005583**

**Table 3-1**

**Intersection Analysis for Existing (2020) Conditions**

| # | Intersection | Traffic Control[3] | Northbound | | | Southbound | | | Eastbound | | | Westbound | | | Delay[2] (secs.) | | Level of Service | | Acceptable LOS[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | L | T | R | L | T | R | L | T | R | L | T | R | AM | PM | AM | PM | |
| 1 | Highland Springs Av. & I-10 WB Ramps | TS | 1 | 2 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 23.5 | 31.5 | C | C | D |
| 2 | Highland Springs Av. & I-10 EB Ramps | TS | 0 | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 23.4 | 21.5 | C | C | D |
| 3 | Highland Springs Av. & 2nd St. | TS | 1 | 3 | 0 | 1 | 3 | 0 | 2 | 1 | 0 | 1 | 1 | 0 | 23.4 | 19.5 | C | B | C |
| 4 | Highland Springs Av. & 1st St./Sun Lakes Bl. | TS | 1 | 2 | 0 | 1 | 2 | 1> | 1 | 2 | 0 | 1 | 1 | 1> | 25.1 | 15.4 | C | B | C |
| 5 | Sun Lakes Village Dr. & Dwy. 1 | | | | | | | Future Intersection | | | | | | | | | | | |
| 6 | Sun Lakes Village Dr. & Dwy. 2 | | | | | | | Future Intersection | | | | | | | | | | | |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | CSS | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 3 | 0 | 0 | 2 | 0 | 12.1 | 10.5 | B | B | C |
| 8 | Dwy. 3/Country Club Dr. & Sun Lakes Bl. | AWS | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 2 | 0 | 8.7 | 8.2 | A | A | C |
| 9 | Dwy. 4 & Sun Lakes Bl. | | | | | | | Future Intersection | | | | | | | | | | | |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | AWS | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 1 | 2 | 0 | 8.6 | 8.0 | A | A | C |

\*   **BOLD** = LOS does not meet the applicable jurisdictional requirements (i.e., unacceptable LOS).

[1]   When a right turn is designated, the lane can either be striped or unstriped.  To function as a right turn lane there must be sufficient width for right turning vehicles to travel outside the through lanes.

L = Left;  T = Through;  R = Right;  d= Defacto Right Turn Lane;  > = Free Right Turn Lane

[2]   Per the Highway Capacity Manual (6th Edition), overall average intersection delay and level of service are shown for intersections with a traffic signal or all way stop control.  For intersections with cross street stop control, the delay and level of service for the worst individual movement (or movements sharing a single lane) are shown.

[3]   AWS = All-way Stop; CSS = Cross-street Stop; TS = Traffic Signal

[4]   Minimum acceptable LOS for each applicable jurisdiction.

32

**URBAN** CROSSROADS

AR005584

**Table 3-2**

**Peak Hour Queuing Summary for Existing (2020) Conditions**

| Intersection | Movement | Available Stacking Distance (Feet) | 95th Percentile Queue (Feet) | | Acceptable?[1] | |
|---|---|---|---|---|---|---|
| | | | AM Peak Hour | PM Peak Hour | AM | PM |
| Highland Springs Av. & I-10 WB Ramps | WBL/T | 1,600 | 263 | 425 [2] | Yes | Yes |
| | WBR | 350 | 57 | 207 | Yes | Yes |
| Highland Springs Av. & I-10 EB Ramps | EBL/T | 1,300 | 278 | 281 | Yes | Yes |
| | EBR | 630 | 366 | 559 [2] | Yes | Yes |

[1]  Stacking Distance is acceptable if the required stacking distance is less than or equal to the stacking distance provided.

[2] 95th percentile volume exceeds capacity, queue may be longer.

[3] Although 95th percentile queue is anticipated to exceed the available storage for the turn lane, the adjacent through lane has sufficient storage to accommodate any spillover without spilling back and affecting the I-10 Freeway mainline.



AR 008445

**AR005585**

### 3.10  EXISTING DEFICIENCIES AND IMPROVEMENTS

#### 3.10.1  IMPROVEMENTS TO ADDRESS DEFICIENCIES AT INTERSECTIONS

All existing study area intersections currently operate at an acceptable LOS; therefore, no improvements are identified for Existing (2020) traffic conditions.

#### 3.10.2  IMPROVEMENTS TO ADDRESS DEFICIENCIES ON OFF-RAMP QUEUES

As shown previously in Table 3-2, there are currently no peak hour queuing issues at the I-10 Freeway and Highland Springs Avenue interchange for Existing (2020) traffic conditions. As such, no improvements have been identified.

URBAN
CROSSROADS

AR 008446

AR005586

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

# 4    PROJECTED FUTURE TRAFFIC

The Project is to consist of 877,298 square feet of industrial park use, 52,065 square feet of medical office use, and 37,189 square feet of commercial retail use. Vehicular access will be provided via the following driveways:

- Sun Lakes Village Drive via Driveway 1 – Full access for both passenger cars and trucks
- Sun Lakes Village Drive via Driveway 2 – Full access for passenger cars only
- Sun Lakes Boulevard via Driveway 3 – Full access for passenger cars only
- Sun Lakes Boulevard via Driveway 4 – Right-in/Right-out access for passenger cars only

Regional access to the Project site is available from the I-10 Freeway via the Highland Springs Avenue interchange.

## 4.1    PROJECT TRIP GENERATION

### 4.1.1    PROPOSED PROJECT TRIP GENERATION

Trip generation represents the amount of traffic which is both attracted to and produced by a development. Determining traffic generation for a specific project is therefore based upon forecasting the amount of traffic that is expected to be both attracted to and produced by the specific land uses being proposed for a given development.

In order to develop the traffic characteristics of the proposed Project, trip-generation statistics published in the ITE Trip Generation Manual (10th Edition, 2017) has been used. For purposes of this analysis, the following ITE land use codes and vehicle mixes have been utilized:

- Based on the types of uses anticipated to be developed within the business park area, the trip generation rates for ITE land use code 130 (Industrial Park) have been used to derive site specific trip generation estimates for the proposed industrial use. The vehicle mix has been obtained from the ITE's Trip Generation Manual Supplement (dated February 2020). This study provides the following vehicle mix: AM Peak Hour: 88.0% passenger cars and 12.0% trucks; PM Peak Hour: 90.0% passenger cars and 10.0% trucks; Weekday Daily: 85.0% passenger cars and 15.0% trucks. The truck percentages were further broken down by axle type per the following South Coast Air Quality Management District (SCAQMD) recommended truck mix: 2-Axle = 16.7%; 3-Axle = 20.7%; 4+-Axle = 62.6%.

- A medical-dental office building is a facility that provides diagnoses and outpatient care on a route basis but is unable to provide prolonged in-house medical and surgical care. One or more private physicians or dentists generally operate this type of facility.

- A shopping center is an integrated group of commercial establishments that is planned, developed, owned, and managed as a unit. A shopping center's composition is related to its market area in terms of size, location, and type of store. A shopping center also provides on-site parking facilities sufficient to service its own parking demands.

Internal capture is a percentage reduction that can be applied to the trip generation estimates for individual land uses to account for trips internal to the site. In other words, trips may be made between individual retail uses on-site or between the retail and industrial uses (employees) and

**URBAN CROSSROADS**

AR 008447

**AR005587**

can be made either by walking or using internal roadways without using external streets (e.g., restaurant to retail). Internal capture reductions between the proposed land uses have been considered based on the ITE Trip Generation Handbook, 3rd Edition (2017). (3)

Pass-by trips are defined as intermediate stops on the way from an origin to a primary trip destination without a route diversion. Pass-by trips are attracted from traffic passing the site on an adjacent street or roadway that offers direct access to the generator. These types of trips are many times associated with retail uses. As the Project is proposed to include retail uses, applicable pass-by reduction percentages have been obtained and applied from the ITE Trip Generation Handbook, 3rd Edition (2017). (3)

Table 4-1 presents the trip generation rates for each of the land uses above. A summary of the Project's trip generation is shown in Table 4-2 in actual vehicles and in Table 4-3 in PCE. PCE trip generation has been utilized for the purposes of the operations analysis. As shown in Table 4-2, the proposed development is anticipated to generate a net total of 5,594 trip-ends per day on a typical weekday with 509 trips during the weekday AM peak hour and 619 trips during the weekday PM peak hour.

### 4.1.2   TRIP GENERATION COMPARISON

The proposed Project trips have been compared to the anticipated trips generated from the 2005 Traffic Study. As shown in Table 4-2, the proposed Project is anticipated to generate 5,234 fewer daily trips, with 238 fewer AM peak hour trips and 437 fewer PM peak hour trips.

## 4.2   PROJECT TRIP DISTRIBUTION

Trip distribution is the process of identifying the probable destinations, directions, or traffic routes that will be utilized by Project traffic. The potential interaction between the planned land uses and surrounding regional access routes are considered to identify the route where the Project traffic would distribute. The Project trip distribution was developed based on anticipated travel patterns to and from the Project site for the retail use, industrial passenger cars, and truck traffic and is generally consistent with the 2005 Traffic Study. The Project trip distribution patterns for the retail use, industrial passenger cars, and trucks were developed based on an understanding of existing travel patterns in the area, the geographical location of the site, and the site's proximity to the regional arterial and state highway system. The future extension of Sun Lakes Boulevard is assumed to be completed for long-range conditions only. As such, separate distributions have been prepared for near-term and long-range conditions.

Trip distribution patterns are shown on the following exhibits:

- Exhibit 4-1: Near-Term Industrial Park Truck
- Exhibit 4-2: Near-Term Industrial Park Passenger Cars
- Exhibit 4-3: Near-Term Retail/Medical Office
- Exhibit 4-4: Long-Range Industrial Park Truck
- Exhibit 4-5: Long-Range Industrial Park Passenger Cars
- Exhibit 4-6: Long-Range Retail/Medical Office

**URBAN CROSSROADS**

**Table 4-1**

**Trip Generation Rates**

| Land Use[1] | Units[2] | ITE LU Code | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| **Actual Vehicle Trip Generation Rates** | | | | | | | | | |
| Industrial Park[3] | TSF | 130 | 0.324 | 0.076 | 0.400 | 0.084 | 0.316 | 0.400 | 3.370 |
| Passenger Cars (AM-88.0%; PM-90.0%; Daily-85.0%) | | | 0.285 | 0.067 | 0.348 | 0.076 | 0.284 | 0.348 | 2.865 |
| 2-Axle Trucks (AM-2.00%; PM-1.67%; Daily-2.51%) | | | 0.006 | 0.002 | 0.009 | 0.001 | 0.005 | 0.009 | 0.084 |
| 3-Axle Trucks (AM-2.48%; PM-2.07%; Daily-3.11%) | | | 0.008 | 0.002 | 0.011 | 0.002 | 0.007 | 0.011 | 0.105 |
| 4-Axle+ Trucks (AM-7.51%; PM-6.26%; Daily-9.39%) | | | 0.024 | 0.006 | 0.032 | 0.005 | 0.020 | 0.033 | 0.316 |
| **Passenger Car Equivalent (PCE) Trip Generation Rates[4]** | | | | | | | | | |
| Industrial Park[3] | TSF | 130 | 0.324 | 0.076 | 0.400 | 0.084 | 0.316 | 0.400 | 3.370 |
| Passenger Cars | | | 0.285 | 0.067 | 0.352 | 0.076 | 0.284 | 0.360 | 2.865 |
| 2-Axle Trucks (PCE = 1.5) | | | 0.010 | 0.002 | 0.012 | 0.002 | 0.008 | 0.010 | 0.127 |
| 3-Axle Trucks (PCE = 2.0) | | | 0.016 | 0.004 | 0.020 | 0.003 | 0.013 | 0.017 | 0.209 |
| 4-Axle+ Trucks (PCE = 3.0) | | | 0.073 | 0.017 | 0.090 | 0.016 | 0.059 | 0.075 | 0.949 |
| Medical-Dental Office | 720 | TSF | 2.168 | 0.612 | 2.780 | 0.969 | 2.491 | 3.460 | 34.800 |
| Shopping Center | 820 | TSF | 0.583 | 0.357 | 0.940 | 1.829 | 1.981 | 3.810 | 37.750 |

[1]  Trip Generation Source:  Institute of Transportation Engineers (ITE), Trip Generation Manual, Tenth Edition (2017).

[2]  TSF = thousand square feet

[3]  Vehicle Mix Source:  ITE Trip Generation Handbook Supplement (2020), Appendix C.

   Truck Mix: South Coast Air Quality Management District's (SCAQMD) recommended truck mix, by axle type.

    Normalized % - Without Cold Storage: 16.7% 2-Axle trucks, 20.7% 3-Axle trucks, 62.6% 4-Axle trucks.

[4]  PCE factors per SBCTA CMP: 2-axle = 1.5; 3-axle = 2.0; 4+-axle = 3.0.



AR 008449

AR005589

**Table 4-2**

**Project Trip Generation Summary (Actual Vehicles)**

| Land Use | Quantity | Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| Industrial Park | 877.298 | TSF | | | | | | | |
|   Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
|   Truck Trips: | | | | | | | | | |
|     2-axle: | | | 6 | 1 | 7 | 1 | 5 | 6 | 74 |
|     3-axle: | | | 7 | 2 | 9 | 2 | 6 | 8 | 92 |
|     4+-axle: | | | 21 | 5 | 26 | 5 | 17 | 22 | 278 |
|   - Truck Trips | | | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| *Industrial Park Subtotal* | | | **284** | **67** | **351** | **74** | **278** | **352** | **2,958** |
| Medical Office | 52.065 | TSF | 113 | 32 | 145 | 50 | 130 | 180 | 1,812 |
| *Internal Capture* | | | -4 | -7 | -11 | -1 | -5 | -6 | -62 |
| *Office Subtotal* | | | **109** | **25** | **134** | **49** | **125** | **174** | **1,750** |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
| *Internal Capture* | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
| *Pass-By (34% PM/Daily)* | | | 0 | 0 | 0 | -21 | -21 | -43 | -458 |
| *Retail Subtotal* | | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| *TOTAL TRIPS (Actual Vehicles)[2]* | | | **408** | **101** | **509** | **165** | **454** | **619** | **5,594** |
| *Total Trips from Previous Traffic Study* | | | **502** | **245** | **747** | **454** | **602** | **1,056** | **10,828** |
| *Net Difference in Trips* | | | **-94** | **-144** | **-238** | **-289** | **-148** | **-437** | **-5,234** |

[1] TSF = thousand square feet
[2] TOTAL TRIPS = Passenger Cars + Truck Trips.



AR 008450

AR005590

**Table 4-3**

**Project Trip Generation Summary (PCE)**

| Land Use | Quantity | Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| Industrial Park | 877.298 | TSF | | | | | | | |
|   Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
|   Truck Trips: | | | | | | | | | |
|     2-axle: | | | 9 | 2 | 11 | 2 | 7 | 9 | 112 |
|     3-axle: | | | 14 | 3 | 17 | 3 | 11 | 14 | 184 |
|     4+-axle: | | | 64 | 15 | 79 | 14 | 52 | 66 | 834 |
|   - Truck Trips | | | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| *Industrial Park Subtotal* | | | *337* | *79* | *416* | *85* | *320* | *405* | *3,644* |
| Medical Office | 52.065 | TSF | 113 | 32 | 145 | 50 | 130 | 180 | 1,812 |
| *Internal Capture* | | | -4 | -7 | -11 | -1 | -5 | -6 | -62 |
| *Office Subtotal* | | | *109* | *25* | *134* | *49* | *125* | *174* | *1,750* |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
| *Internal Capture* | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
| *Pass-By (34% PM/Daily)* | | | 0 | 0 | 0 | -21 | -21 | -42 | -458 |
| *Retail Subtotal* | | | *15* | *9* | *24* | *42* | *51* | *93* | *886* |
| **TOTAL TRIPS (PCE)** [2] | | | **461** | **113** | **574** | **176** | **496** | **672** | **6,280** |
| **Total Trips from Previous Traffic Study** | | | **502** | **245** | **747** | **454** | **602** | **1,056** | **10,828** |
| **Net Difference in Trips** | | | **-41** | **-132** | **-173** | **-278** | **-106** | **-384** | **-4,548** |

[1]  TSF = thousand square feet
[2]  TOTAL TRIPS = Passenger Cars + Truck Trips.



AR 008451

**AR005591**

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 4-1: PROJECT (TRUCK) NEAR-TERM TRIP DISTRIBUTION**




**LEGEND:**

**10** = *PERCENT TO/FROM PROJECT*

**N**

12927 - trip.dwg

40

AR 008452

**AR005592**

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 4-2: PROJECT (INDUSTRIAL CAR) NEAR-TERM TRIP DISTRIBUTION**



12927 - trip.dwg

AR 008453

AR005593

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 4-3: PROJECT (RETAIL/MEDICAL OFFICE) NEAR-TERM TRIP DISTRIBUTION**



12927 - trip.dwg

42

AR 008454

AR005594

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 4-4: PROJECT (TRUCK) LONG-RANGE TRIP DISTRIBUTION**



**LEGEND:**

**10** = *PERCENT TO/FROM PROJECT*

**N**

12927 - trip.dwg



AR 008455

**AR005595**

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**Exhibit 4-5: Project (Industrial Car) Long-Range Trip Distribution**



12927 - trip.dwg

44

AR 008456

**AR005596**

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

## EXHIBIT 4-6: PROJECT (RETAIL/MEDICAL OFFICE) LONG-RANGE TRIP DISTRIBUTION



12927 - trip.dwg

45

AR 008457

AR005597

### 4.3    MODAL SPLIT

The traffic reducing potential of public transit, walking, or bicycling have not been considered in this TA. Essentially, the traffic projections are "conservative" in that these alternative travel modes might be able to reduce the forecasted traffic volumes.

### 4.4    PROJECT TRIP ASSIGNMENT

The assignment of traffic from the Project area to the adjoining roadway system is based upon the Project trip generation, trip distribution, and the arterial highway and local street system improvements that would be in place by the time of initial occupancy of the Project. Based on the identified Project traffic generation and trip distribution patterns, the Project only ADT and peak hour intersection turning movement volumes for near-term conditions is shown on Exhibit 4-7 and the Project only ADT and peak hour intersection turning movement volumes for long-range conditions is shown on Exhibit 4-8.

### 4.5    BACKGROUND TRAFFIC

The adopted Southern California Association of Governments (SCAG) <u>2020 Regional Transportation Plan/Sustainable Communities Strategy (RTP/SCS)</u> (May 2020) growth forecasts for the City of Banning identifies projected growth in population of 31,000 in 2016 to 41,500 in 2045, or a 33.87% increase over the 29-year period. (9)  The change in population equates to roughly a 1.01% growth rate, compounded annually. Similarly, growth over the same 29-year period in households is projected to increase by 47.71%, or a 1.35% annual growth rate. Finally, growth in employment over the same 29-year period is projected to increase by 56.16%, or a 1.55% annual growth rate.

Based on a comparison of Existing (2020) traffic volumes to the Horizon Year (2040) forecasts, the average growth rate is estimated at approximately 1.94%, compounded annually between Existing (2020) and 2040 traffic conditions. The annual growth rate at each individual intersection is not lower than 1.68% compounded annually to as high as 11.92% compounded annually over the same time period. Therefore, the annual growth rate utilized for the purposes of this analysis would appear to conservatively approximate the anticipated regional growth in traffic volumes in the City of Banning for Horizon Year (2040) traffic conditions, especially when considered along with the addition of project-related traffic, which would tend to overstate as opposed to understate the potential effects to traffic and circulation.

**URBAN** CROSSROADS

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 4-7: PROJECT (NEAR-TERM) ONLY TRAFFIC VOLUMES (IN PCE)**



12927 - vols.dwg

AR 008459

AR005599

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 4-8: PROJECT (LONG-RANGE) ONLY TRAFFIC VOLUMES (IN PCE)**



AR005600

## 4.6 HORIZON YEAR TRAFFIC FORECASTS

Traffic projections for Horizon Year conditions were derived from the RivTAM regional model using accepted procedures for model forecast refinement and smoothing. The traffic forecasts reflect the area-wide growth anticipated between Existing and Horizon Year traffic conditions. The base model year for the RivTAM regional model is Year 2012 and the future year model is Year 2040.

In most instances the traffic model zone structure is not designed to provide accurate turning movements along arterial roadways unless refinement and reasonableness checking is performed. Therefore, the Horizon Year peak hour forecasts were refined using the model derived long-range forecasts, base (validation) year model forecasts, along with existing peak hour traffic count data collected at each analysis location.

The refined future peak hour approach and departure volumes obtained from these calculations are then entered into a spreadsheet program consistent with the National Cooperative Highway Research Program (NCHRP Report 255), along with initial estimates of turning movement proportions. A linear programming algorithm is used to calculate individual turning movements which match the known directional roadway segment forecast volumes computed in the previous step. This program computes a likely set of intersection turning movements from intersection approach counts and the initial turning proportions from each approach leg.

Typically, the model growth is prorated and is subsequently added to the existing (base validation) traffic volumes to represent Horizon Year traffic conditions. However, review of the resulting model growth indicates negative growth for some of the study area intersections. In an effort to conduct a conservative analysis, reductions to traffic forecasts from Existing traffic conditions were not assumed as part of this analysis. As such, additional growth has also been applied on a movement-by-movement basis, where applicable, to estimate reasonable Horizon Year forecasts. Horizon Year turning volumes were compared to Existing volumes in order to ensure a minimum growth as a part of the refinement process. Future estimated peak hour traffic data was used for new intersections and intersections with an anticipated change in travel patterns to further refine the Horizon Year peak hour forecasts. This includes the intersections affected by the future Sun Lakes Boulevard extension.

The future Horizon Year Without Project peak hour turning movements were then reviewed by Urban Crossroads for reasonableness, and in some cases, were adjusted to achieve flow conservation, reasonable growth, and reasonable diversion between parallel routes. Flow conservation checks ensure that traffic flow between two closely spaced intersections, such as two freeway ramp locations, is verified in order to make certain that vehicles leaving one intersection are entering the adjacent intersection and that there is no unexplained loss of vehicles. The result of this traffic forecasting procedure is a series of traffic volumes which are suitable for traffic operations analysis. Post-processing worksheets for Horizon Year Without Project traffic conditions are provided in Appendix 4.1.

**URBAN** CROSSROADS

**AR005601**

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

This Page Intentionally Left Blank

AR005602

# 5    E+P TRAFFIC CONDITIONS

This section discusses the traffic forecasts for E+P conditions and the resulting intersection operations, traffic signal warrant, and off-ramp queuing analyses.

## 5.1    ROADWAY IMPROVEMENTS

The lane configurations and traffic controls assumed to be in place for E+P conditions are consistent with those shown previously on Exhibit 3-1, with the exception of the following:

- Project driveways and those facilities assumed to be constructed by the Project to provide site access are also assumed to be in place for E+P conditions only (e.g., intersection and roadway improvements at the Project's frontage and driveways).

## 5.2    E+P TRAFFIC VOLUME FORECASTS

This scenario includes Existing traffic volumes plus Project traffic.  The ADT and peak hour intersection turning movement volumes which can be expected for E+P traffic conditions are shown on Exhibit 5-1.

## 5.3    INTERSECTION OPERATIONS ANALYSIS

### 5.3.1    E+P CONDITIONS

E+P peak hour traffic operations have been evaluated for the study area intersections based on the analysis methodologies presented in Section 2 *Methodologies* of this TA.  The intersection analysis results are summarized in Table 5-1, which indicates that with the addition of Project traffic, the study area intersections are anticipated to continue to operate at an acceptable LOS during the peak hours, consistent with Existing (2020) traffic conditions.  A summary of the peak hour intersection LOS for E+P traffic conditions is shown on Exhibit 5-2.  The intersection operations analysis worksheets for E+P traffic conditions are included in Appendix 5.1 of this TA.

## 5.4    TRAFFIC SIGNAL WARRANTS ANALYSIS

The following unsignalized study area intersection is anticipated to meet a peak hour volume-based or planning-level ADT traffic signal warrant with the addition of Project traffic for E+P traffic conditions (see Appendix 5.2):

- Sun Lakes Village Drive & Sun Lakes Boulevard (#7)



AR 008463

AR005603

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

## EXHIBIT 5-1: E+P TRAFFIC VOLUMES (IN PCE)



AR005604

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

### EXHIBIT 5-2: E+P SUMMARY OF LOS



*Note: the acceptable LOS for the freeway ramps is D*

12927 - los.dwg



AR 008465

AR005605

**Table 5-1**

**Intersection Analysis for E+P Conditions**

| # | Intersection | Traffic Control[2] | Existing (2020) Delay[1] (secs.) AM | PM | Level of Service AM | PM | E+P Delay[1] (secs.) AM | PM | Level of Service AM | PM | Acceptable LOS[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Highland Springs Av. & I-10 WB Ramps | TS | 23.5 | 31.5 | C | C | 34.8 | 42.0 | C | D | D |
| 2 | Highland Springs Av. & I-10 EB Ramps | TS | 23.4 | 21.5 | C | C | 34.6 | 26.2 | C | C | D |
| 3 | Highland Springs Av. & 2nd St. | TS | 23.4 | 19.5 | C | B | 24.8 | 20.8 | C | C | C |
| 4 | Highland Springs Av. & 1st St./Sun Lakes Bl. | TS | 25.1 | 15.4 | C | B | 34.5 | 18.4 | C | B | C |
| 5 | Sun Lakes Village Dr. & Dwy. 1 | **CSS** | Future Intersection | | | | 10.4 | 11.1 | B | B | C |
| 6 | Sun Lakes Village Dr. & Dwy. 2 | **CSS** | Future Intersection | | | | 11.3 | 11.4 | B | B | C |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | CSS | 12.1 | 10.5 | B | B | 16.7 | 15.7 | C | C | C |
| 8 | Dwy. 3/Country Club Dr. & Sun Lakes Bl. | AWS/**TS**[4] | 8.7 | 8.2 | A | A | 17.3 | 19.0 | B | B | C |
| 9 | Dwy. 4 & Sun Lakes Bl. | **CSS** | Future Intersection | | | | 9.0 | 10.1 | A | B | C |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | AWS | 8.6 | 8.0 | A | A | 8.8 | 8.2 | A | A | C |

**BOLD** = Level of Service (LOS) does not meet the applicable jurisdictional requirements (i.e., unacceptable LOS).

[1]  Per the Highway Capacity Manual (6th Edition), overall average intersection delay and level of service are shown for intersections with a traffic signal or all way stop control.  For intersections with cross street stop control, the delay and level of service for the worst individual movement (or movements sharing a single lane) are shown. HCM delay reported in seconds.

[2]  CSS = Cross-street Stop; AWS = All-way Stop; TS = Traffic Signal; **CSS** = Improvement

[3]  Minimum acceptable LOS for each applicable jurisdiction.

[4]  The Project will construct a traffic signal as part of the Project design features.

54



AR 008466

**AR005606**

*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis*

## 5.5    OFF-RAMP QUEUING ANALYSIS

Queuing analysis findings for E+P are presented in Table 5-2. As shown in Table 5-2 and consistent with Existing traffic conditions, there are no movements that are anticipated to experience queuing issues during the weekday AM or weekday PM peak 95th percentile traffic flows with the addition of Project traffic. Worksheets for E+P traffic conditions off-ramp queuing analyses are provided in Appendices 5.3.

## 5.6    EXISTING DEFICIENCIES AND IMPROVEMENTS

### 5.6.1    IMPROVEMENTS TO ADDRESS DEFICIENCIES AT INTERSECTIONS

All existing study area intersections are anticipated to continue to operate at an acceptable LOS under E+P traffic conditions; therefore, no improvements have been identified.

### 5.6.2    IMPROVEMENTS TO ADDRESS DEFICIENCIES ON OFF-RAMP QUEUES

As shown previously in Table 5-2, there are no anticipated peak hour queuing issues at the I-10 Freeway and Highland Springs Avenue interchange for E+P traffic conditions. As such, no improvements have been identified.

---

*12927-05 TA Report*

URBAN CROSSROADS

AR 008467

AR005607

**Table 5-2**

**Peak Hour Queuing Summary for E+P Conditions**

| Intersection | Movement | Available Stacking Distance (Feet) | Existing (2020) | | | | E+P | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 95th Percentile Queue (Feet) | | Acceptable?[1] | | 95th Percentile Queue (Feet) | | Acceptable?[1] | |
| | | | AM Peak Hour | PM Peak Hour | AM | PM | AM Peak Hour | PM Peak Hour | AM | PM |
| Highland Springs Av. & I-10 WB Ramps | WBL/T | 1,600 | 263 | 425[2] | Yes | Yes | 520[2] | 517[2] | Yes | Yes |
| | WBR | 350 | 57 | 207 | Yes | Yes | 57 | 216 | Yes | Yes |
| Highland Springs Av. & I-10 EB Ramps | EBL/T | 1,300 | 278 | 281 | Yes | Yes | 278 | 281 | Yes | Yes |
| | EBR | 630 | 366 | 559[2] | Yes | Yes | 771[2,3] | 675[2,3] | Yes | Yes |

[1] Stacking Distance is acceptable if the required stacking distance is less than or equal to the stacking distance provided.

[2] 95th percentile volume exceeds capacity, queue may be longer.

[3] Although 95th percentile queue is anticipated to exceed the available storage for the turn lane, the adjacent through lane has sufficient storage to accommodate any spillover without spilling back and affecting the I-10 Freeway mainline.

56

AR 008468

# 6    HORIZON YEAR (2040) TRAFFIC CONDITIONS

This section discusses the methods used to develop Horizon Year (2040) Without and With Project traffic forecasts, and the resulting intersection operations, traffic signal warrant, and off-ramp queuing analyses.

## 6.1    ROADWAY IMPROVEMENTS

The lane configurations and traffic controls assumed to be in place for Horizon Year (2040) conditions are consistent with those shown previously on Exhibit 3-1, with the exception of the following:

- Project driveways and those facilities assumed to be constructed by the Project to provide site access are also assumed to be in place for Horizon Year conditions only (e.g., intersection and roadway improvements along the Project's frontage and driveways).

- Other parallel facilities, that although not evaluated for the purposes of this analysis, are anticipated to be in place for Horizon Year traffic conditions and would affect the travel patterns within the study area.

- The future extension of Sun Lakes Boulevard is assumed to be completed.

## 6.2    HORIZON YEAR (2040) WITHOUT PROJECT TRAFFIC VOLUME FORECASTS

This scenario includes the refined post-process volumes obtained from the RivTAM (see Section 4.6 *Horizon Year Traffic Forecasts* of this TA for a detailed discussion on the post-processing methodology). The weekday ADT and weekday AM and PM peak hour volumes which can be expected for Horizon Year (2040) Without Project traffic conditions are shown on Exhibit 6-1.

## 6.3    HORIZON YEAR (2040) WITH PROJECT TRAFFIC VOLUME FORECASTS

This scenario includes the refined post-process volumes obtained from the RivTAM plus the traffic generated by the proposed Project. The weekday ADT and weekday AM and PM peak hour volumes which can be expected for Horizon Year (2040) With Project traffic conditions are shown on Exhibit 6-2.

**URBAN**
CROSSROADS

AR 008469

AR005609

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 6-1: HORIZON YEAR (2040) WITHOUT PROJECT TRAFFIC VOLUMES (IN PCE)**



AR005610

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 6-2: HORIZON YEAR (2040) WITH PROJECT TRAFFIC VOLUMES (IN PCE)**



12927 - vols.dwg

AR 008471

AR005611

## 6.4    INTERSECTION OPERATIONS ANALYSIS

### 6.4.1    HORIZON YEAR (2040) WITHOUT PROJECT TRAFFIC CONDITIONS

Horizon Year (2040) peak hour traffic operations have been evaluated for the study area intersections based on the analysis methodologies presented in Section 2.2 *Intersection Capacity Analysis* of this report.  The intersection analysis results are summarized in Table 6-1, which indicate that the following study area intersections are anticipated to operate at an unacceptable LOS during the peak hours under Horizon Year (2040) Without Project:

- Highland Springs Avenue & I-10 Westbound Ramps (#1) – LOS E AM and PM peak hours
- Highland Springs Avenue & I-10 Eastbound Ramps (#2) – LOS E AM and PM peak hours
- Highland Springs Avenue & 2nd Street (#3) – LOS D AM peak hour only
- Highland Springs Avenue & 1st Street/Sun Lakes Boulevard (#4) – LOS D AM peak hour; LOS E PM peak hour
- Sun Lakes Village Drive & Sun Lakes Boulevard (#7) – LOS F PM peak hour only
- Driveway 3/Country Club Drive & Sun Lakes Boulevard (#8) – LOS F PM peak hour only
- Twin Hills Drive/Country Club Drive & Sun Lakes Boulevard (#10) – LOS F PM peak hour only

A summary of the peak hour intersection LOS for Horizon Year (2040) Without Project conditions is shown on Exhibit 6-3.  The intersection operations analysis worksheets for Horizon Year (2040) Without Project traffic conditions are included in Appendix 6.1 of this TA.

### 6.4.2    HORIZON YEAR (2040) WITH PROJECT TRAFFIC CONDITIONS

As shown in Table 6-1 and illustrated on Exhibit 6-4, there are no additional study area intersections that are anticipated to operate at an unacceptable LOS with the addition of Project traffic, in addition to the intersections previously identified under Horizon Year (2040) traffic conditions.  It should be noted, the intersection of Driveway 3/Country Club Drive & Sun Lakes Boulevard (#8) is anticipated to operate at an acceptable LOS during the peak hours with the implementation of the Project design features discussed in Section 1.6 *Recommendations* of this TA.  The intersection operations analysis worksheets for Horizon Year (2040) With Project traffic conditions are included in Appendix 6.2 of this TA.

## 6.5    TRAFFIC SIGNAL WARRANTS ANALYSIS

The following unsignalized study area intersections are anticipated to meet a peak hour volume-based or planning-level ADT traffic signal warrant with the addition of Project traffic for Horizon Year (2040) Without Project traffic conditions (see Appendix 6.3):

- Driveway 3/Country Club Drive & Sun Lakes boulevard (#8)
- Twin Hills Drive/Country Club Drive & Sun Lakes Boulevard (#10)

With the addition of Project traffic, there are no additional unsignalized study area intersections that are anticipated to meet a traffic signal warrant for Horizon Year (2040) With Project traffic conditions (see Appendix 6.4).

**URBAN**
CROSSROADS

**AR 008472**

**AR005612**

**Table 6-1**

**Intersection Analysis for Horizon Year (2040) Conditions**

| # | Intersection | Traffic Control[2] | 2040 Without Project | | | | 2040 With Project | | | | Acceptable LOS[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Delay[1] (secs.) | | Level of Service | | Delay[1] (secs.) | | Level of Service | | |
| | | | AM | PM | AM | PM | AM | PM | AM | PM | |
| 1 | Highland Springs Av. & I-10 WB Ramps | TS | **62.4** | **61.9** | **E** | **E** | **70.6** | **72.8** | **E** | **E** | D |
| 2 | Highland Springs Av. & I-10 EB Ramps | TS | **58.9** | **62.9** | **E** | **E** | **69.9** | **75.7** | **E** | **E** | D |
| 3 | Highland Springs Av. & 2nd St. | TS | **46.5** | 22.6 | **D** | C | **51.8** | 27.8 | **D** | C | C |
| 4 | Highland Springs Av. & 1st St./Sun Lakes Bl. | TS | **43.1** | **72.5** | **D** | **E** | **107.8** | **143.5** | **F** | **F** | C |
| 5 | Sun Lakes Village Dr. & Dwy. 1 | | Future Intersection | | | | 10.9 | 11.8 | B | B | C |
| 6 | Sun Lakes Village Dr. & Dwy. 2 | | Future Intersection | | | | 11.8 | 12.0 | B | B | C |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | CSS | 15.7 | **52.1** | C | **F** | 24.2 | **>100.0** | C | **F** | C |
| 8 | Dwy. 3/Country Club Dr. & Sun Lakes Bl. | AWS/**TS**[4] | 14.1 | **114.0** | B | **F** | 20.7 | 34.6 | C | C | C |
| 9 | Dwy. 4 & Sun Lakes Bl. | CSS | Future Intersection | | | | 10.2 | 24.3 | B | C | C |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | AWS | 12.7 | **>200.0** | B | **F** | 13.5 | **>200.0** | B | **F** | C |

[*] **BOLD** = LOS does not meet the applicable jurisdictional requirements (i.e., unacceptable LOS).

[1] Per the Highway Capacity Manual (6th Edition), overall average intersection delay and level of service are shown for intersections with a traffic signal or all way stop control. For intersections with cross street stop control, the delay and level of service for the worst individual movement (or movements sharing a single lane) are shown.

[2] AWS = All-way Stop; CSS = Cross-street Stop; TS = Traffic Signal; **CSS** = Improvement

[3] Minimum acceptable LOS for each applicable jurisdiction.

[4] The Project will construct a traffic signal as part of the Project design features.



AR 008473

**AR005613**

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 6-3: HORIZON YEAR (2040) WITHOUT PROJECT SUMMARY OF LOS**



Note: the acceptable LOS for the freeway ramps is D

N



AR 008474

AR005614

*Sun Lakes Village North Specific Plan Amendment No. 6 Traffic Analysis*

**EXHIBIT 6-4: HORIZON YEAR (2040) WITH PROJECT SUMMARY OF LOS**



Note: the acceptable LOS for the freeway ramps is D



12927 - los.dwg

63

AR 008475

**AR005615**

## 6.6    OFF-RAMP QUEUING ANALYSIS

Queuing analysis findings for Horizon Year (2040) Without Project and With Project traffic conditions are presented in Table 6-2.  As shown in Table 6-2 and consistent with Existing traffic conditions, there are no movements that are anticipated to experience queuing issues during the weekday AM or weekday PM peak 95th percentile traffic flows under Horizon Year (2040) Without Project and With Project traffic conditions.  Worksheets for Horizon Year (2040) Without Project and With Project traffic conditions off-ramp queuing analyses are provided in Appendices 6.5 and 6.6, respectively.

## 6.7    DEFICIENCIES AND RECOMMENDED IMPROVEMENTS

This section provides a summary of deficiencies, based on the City of Banning deficiency criteria discussed in Section 2.6 *Deficiency Criteria*, and improvements needed to improve operations back to acceptable levels.

### 6.7.1    IMPROVEMENTS TO ADDRESS DEFICIENCIES AT INTERSECTIONS

The effectiveness of the identified improvement strategies to address Horizon Year (2040) traffic deficiencies are presented in Table 6-3.  The Project Applicant shall contribute to these improvements through construction (with applicable credits), payment DIF/TUMF fees or fair share contribution as identified in Table 1-2.  Worksheets for Horizon Year (2040) Without and With Project conditions, with improvements, HCM calculation worksheets are provided in Appendices 6.7 and 6.8, respectively.

### 6.7.2    IMPROVEMENTS TO ADDRESS DEFICIENCIES ON OFF-RAMP QUEUES

As shown previously in Table 6-2, there are no anticipated peak hour queuing issues at the I-10 Freeway and Highland Springs Avenue interchange for Horizon Year (2040) traffic conditions.  As such, no improvements have been identified.

**URBAN** CROSSROADS

**Table 6-2**

**Peak Hour Queuing Summary for Horizon Year (2040) Conditions**

| Intersection | Movement | Available Stacking Distance (Feet) | 2040 Without Project | | | | 2040 With Project | | | |
| | | | 95th Percentile Queue (Feet) | | Acceptable?[1] | | 95th Percentile Queue (Feet) | | Acceptable?[1] | |
| | | | AM Peak Hour | PM Peak Hour | AM | PM | AM Peak Hour | PM Peak Hour | AM | PM |
| Highland Springs Av. & I-10 WB Ramps | WBL/T | 1,600 | 557 [2] | 591 [2] | Yes | Yes | 780 [2] | 754 [2] | Yes | Yes |
| | WBR | 350 | 105 | 379 [2,3] | Yes | Yes | 111 | 447 [2,3] | Yes | Yes |
| Highland Springs Av. & I-10 EB Ramps | EBL/T | 1,300 | 385 | 583 [2] | Yes | Yes | 379 | 590 [2] | Yes | Yes |
| | EBR | 630 | 689 [2,3] | 1,086 [2,3] | Yes | Yes | 1019 [2,3] | 1205 [2,3] | Yes | Yes |

[1] Stacking Distance is acceptable if the required stacking distance is less than or equal to the stacking distance provided.

[2] 95th percentile volume exceeds capacity, queue may be longer.

[3] Although 95th percentile queue is anticipated to exceed the available storage for the turn lane, the adjacent through lane has sufficient storage to accommodate any spillover without spilling back and affecting the I-10 Freeway mainline.

65

AR 008477

AR005617

**Table 6-3**

**Intersection Analysis for Horizon Year (2040) Conditions With Improvements**

| # | Intersection | Traffic Control[3] | Northbound L | Northbound T | Northbound R | Southbound L | Southbound T | Southbound R | Eastbound L | Eastbound T | Eastbound R | Westbound L | Westbound T | Westbound R | Delay[1] (secs.) AM | Delay[1] (secs.) PM | LOS AM | LOS PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Highland Springs Av. & I-10 WB Ramps | | | | | | | | | | | | | | | | | |
| | - Without Project | TS | 1 | 2 | 0 | 0 | 2 | **1>** | 0 | 0 | 0 | **1** | 1 | 1 | 28.3 | 34.7 | C | C |
| | - With Project | TS | 1 | 2 | 0 | 0 | 2 | **1>** | 0 | 0 | 0 | **1** | 1 | 1 | 37.2 | 53.8 | D | D |
| 2 | Highland Springs Av. & I-10 EB Ramps | | | | | | | | | | | | | | | | | |
| | - Without Project | TS | 0 | 2 | 1 | 1 | 2 | 0 | 0 | 1 | **2** | 0 | 0 | 0 | 32.9 | 29.9 | C | C |
| | - With Project | TS | 0 | 2 | 1 | 1 | 2 | 0 | 0 | 1 | **2** | 0 | 0 | 0 | 35.2 | 33.8 | D | C |
| 3 | Highland Springs Av. & 2nd St.[4] | | | | | | | | | | | | | | | | | |
| | - Without Project[4] | TS | 1 | 3 | 0 | 1 | 3 | 0 | 2 | 1 | 0 | 1 | 1 | 0 | 28.8 | 22.9 | C | C |
| | - With Project[4] | TS | 1 | 3 | 0 | 1 | 3 | 0 | 2 | 1 | 0 | 1 | 1 | 0 | 30.6 | 25.2 | C | C |
| 4 | Highland Springs Av. & 1st St./Sun Lakes Bl. | | | | | | | | | | | | | | | | | |
| | - Without Project | TS | 1 | 2 | 0 | **2** | 2 | 1> | 1 | 2 | 0 | 1 | **2** | 1> | 21.2 | 28.6 | C | C |
| | - With Project | TS | 1 | 2 | 0 | **2** | 2 | 1> | 1 | 2 | 0 | 1 | **2** | 1> | 30.9 | 34.5 | C | C |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | | | | | | | | | | | | | | | | | |
| | - Without Project | **TS** | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 3 | 0 | 0 | 2 | 0 | 7.1 | 11.1 | A | B |
| | - With Project | **TS** | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 3 | 0 | 0 | 2 | 0 | 10.4 | 27.4 | B | A |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | | | | | | | | | | | | | | | | | |
| | - Without Project | **TS** | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 1 | 2 | 0 | 11.6 | 26.3 | B | C |
| | - With Project | **TS** | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 1 | 2 | 0 | 11.8 | 26.6 | B | C |

**BOLD** = LOS does not meet the applicable jurisdictional requirements (i.e., unacceptable LOS).

[1]    When a right turn is designated, the lane can either be striped or unstriped.  To function as a right turn lane there must be sufficient width for right turning vehicles to travel outside the through lanes.

L = Left; T = Through; R = Right; > = Free Right Turn Lane; **1** = Improvement

[2]    Per the Highway Capacity Manual (6th Edition), overall average intersection delay and level of service are shown for intersections with a traffic signal or all-way stop control.  For intersections with cross street stop control, the delay and level of service for the worst individual movement (or movements sharing a single lane) are shown.

[3]    TS = Traffic Signal; **TS** = Improvement

[4]    Improvement consists of restriping the eastbound approach to provide dual left turn lanes and a shared through-right turn lane, modifying the traffic signal to protect the eastbound and westbound left turns, and modifying the traffic signal to implement lead-lag operations for the eastbound and westbound left turns, with the eastbound left turn running as lag.

AR 008478



AR005618

# 7    LOCAL AND REGIONAL FUNDING MECHANISMS

Transportation improvements within the City of Banning are funded through a combination of improvements constructed by the Project, development impact fee programs or fair share contributions.  Fee programs applicable to the Project are described below.

## 7.1    RIVERSIDE COUNTY TRANSPORTATION UNIFORM MITIGATION FEE (TUMF)

The TUMF program is administered by the WRCOG based upon a regional Nexus Study most recently updated in 2016 to address major changes in right of way acquisition and improvement cost factors. (4) This regional program was put into place to ensure that development pays its fair share and that funding is in place for construction of facilities needed to maintain the requisite level of service and critical to mobility in the region.  TUMF is a truly regional mitigation fee program and is imposed and implemented in every jurisdiction in Western Riverside County.

## 7.2    CITY OF BANNING DEVELOPMENT IMPACT FEE (DIF) PROGRAM

The City of Banning has created its own local DIF program to impose and collect fees from new residential, commercial and industrial development for the purpose of funding roadways and intersections necessary to accommodate City growth as identified in the City's General Plan Circulation Element.  Under the City's DIF program, the City may grant to developers a credit against specific components of fees when those developers construct certain facilities and landscaped medians identified in the list of improvements funded by the DIF program.

The Project Applicant will be subject to the City's DIF fee program and will pay the requisite City DIF fees at the rates then in effect.  The Project Applicant's payment of the requisite DIF fees at the rates then in effect pursuant to the DIF Program will mitigate its impacts to DIF-funded facilities.

## 7.3    MEASURE A

Measure A, Riverside County's half-cent sales tax for transportation, was adopted by voters in 1988 and extended in 2002. It will continue to fund transportation improvements through 2039. Measure A funds a wide variety of transportation projects and services throughout the County. RCTC is responsible for administering the program. Measure A dollars are spent in accordance with a voter-approved expenditure plan that was adopted as part of the 1988 election.

**URBAN CROSSROADS**

AR 008479

AR005619

## 7.4  FAIR SHARE CONTRIBUTION

Project improvements may include a combination of fee payments to established programs, construction of specific improvements, payment of a fair share contribution toward future improvements or a combination of these approaches.  Improvements constructed by development may be eligible for a fee credit or reimbursement through the program where appropriate (to be determined at the City's discretion).  When off-site improvements are identified with a minor share of responsibility assigned to proposed development, the approving jurisdiction may elect to collect a fair share contribution or require the development to construct improvements.  Detailed fair share calculations, for each peak hour, have been provided in Table 7-1 for the applicable deficient study area intersection.  These fees are collected with the proceeds solely used as part of a funding mechanism aimed at ensuring that regional highways and arterial expansions keep pace with the projected population increases.

**URBAN**
CROSSROADS

AR 008480

AR005620

**Table 7-1**

**Project Fair Share Calculations**

| # | Intersection | | Existing | Project | 2040 With Project | Total New Traffic | Project Fair Share[1] |
|---|---|---|---|---|---|---|---|
| 1 | Highland Springs Av. & I-10 WB Ramps | | | | | | |
| | | AM: | 2,525 | 212 | 3,709 | 1,184 | 17.9% |
| | | PM: | 3,106 | 276 | 4,337 | 1,231 | **22.4%** |
| 2 | Highland Springs Av. & I-10 EB Ramps | | | | | | |
| | | AM: | 2,821 | 427 | 4,429 | 1,608 | 26.6% |
| | | PM: | 3,530 | 469 | 5,118 | 1,588 | **29.5%** |
| 3 | Highland Springs Av. & 2nd St. | | | | | | |
| | | AM: | 1,899 | 435 | 3,463 | 1,564 | 27.8% |
| | | PM: | 1,801 | 483 | 3,271 | 1,470 | **32.9%** |
| 4 | Highland Springs Av. & 1st St./Sun Lakes Bl. | | | | | | |
| | | AM: | 1,437 | 500 | 3,731 | 2,294 | **21.8%** |
| | | PM: | 1,511 | 573 | 4,401 | 2,890 | 19.8% |
| 7 | Sun Lakes Village Dr. & Sun Lakes Bl. | | | | | | |
| | | AM: | 613 | 508 | 2,099 | 1,486 | **34.2%** |
| | | PM: | 624 | 602 | 2,889 | 2,265 | 26.6% |
| 10 | Twin Hills Dr./Country Club Dr. & Sun Lakes Bl. | | | | | | |
| | | AM: | 216 | 59 | 1,098 | 882 | **6.7%** |
| | | PM: | 245 | 80 | 2,326 | 2,081 | 3.8% |

* Highest deficient peak hour represented in **BOLD** and shown on Table 1-2.

**URBAN**
CROSSROADS
AR 008481

**AR005621**

This Page Intentionally Left Blank

**URBAN**
**CROSSROADS**

AR 008482

AR005622

# 8    REFERENCES

1. **Riverside County Transportation Department.** *Traffic Impact Analysis Preparation Guide.* County of Riverside : s.n., April 2008.

2. **California Department of Transportation.** *Guide for the Preparation of Traffic Impact Studies.* December 2002.

3. **Institute of Transportation Engineers.** *Trip Generation Manual.* 10th Edition. 2017.

4. **Western Riverside Council of Governments.** *TUMF Nexus Study, 2016 Program Update.* July 2017.

5. **Riverside County Transportation Commission.** *2011 Riverside County Congestion Management Program.* County of Riverside : RCTC, December 14, 2011.

6. **Transportation Research Board.** *Highway Capacity Manual (HCM).* 6th Edition. s.l. : National Academy of Sciences, 2016.

7. **California Department of Transportation.** California Manual on Uniform Traffic Control Devices (MUTCD). [book auth.] California Department of Transportation. *California Manual on Uniform Traffic Control Devices (CAMUTCD).* 2017.

8. **San Bernardino Associated Governments.** *Congestion Management Program for County of San Bernardino.* County of San Bernardino : s.n., Updated 2016.

9. **Southern California Association of Governments.** *2016 Regional Transportation Plan/Sustainable Communities Strategy.* April 2016.

**URBAN** CROSSROADS

AR 008483

AR005623

This Page Intentionally Left Blank

AR005624



260 E. Baker St.  |  Suite 200  |  Costa Mesa, CA 92626  |  (949) 660-1994
**urbanxroads.com**

September 9, 2020

Mr. Ernest Perea
Romo Planning Group
9431 Haven Avenue, Ste. 232
Rancho Cucamonga, CA 91730

**SUBJECT:**    **SUN LAKES VILLAGE NORTH SPECIFIC PLAN AMENDMENT NO. 6 VEHICLE MILES TRAVELED (VMT) ANALYSIS**

Dear Mr. Ernest Perea:

The following vehicle miles traveled (VMT) analysis has been prepared for the proposed Sun Lakes Village North Specific Plan Amendment No. 6 (**Project**) in the City of Banning.  It is our understanding that the Project is to consist of a Specific Plan Amendment that amends the allowed Land Use Plan from "Retail Commercial" to "Business Park" and "Professional Office" along the primary freeway frontage and "Commercial Retail" along the Sun Lakes Boulevard frontage.

## PROJECT OVERVIEW

The Project proposes to develop up to approximately 877,298 square feet (sf) of Industrial Park, 52,065 sf of medical office, and 37,189 sf of retail use on 47.11 acres.

## BACKGROUND

Changes to California Environmental Quality Act (CEQA) Guidelines were adopted in December 2018, which require all lead agencies to adopt VMT as a replacement for automobile delay-based level of service (LOS) as the new measure for identifying transportation impacts for land use projects. This statewide mandate takes effect July 1, 2020. To aid in this transition, the Governor's Office of Planning and Research (OPR) released a Technical Advisory on Evaluating Transportation Impacts in CEQA (December of 2018) (**Technical Advisory**). (1) Based on OPR's Technical Advisory, the Western Riverside Council of Governments (WRCOG) prepared a WRCOG SB 743 Implementation Pathway Document Package (March 2019) to assist its member agencies with implementation tools necessary to adopt analysis methodology, impact thresholds and mitigation approaches for VMT. To add to the previous work effort, WRCOG in February 2020 released its Recommended Traffic Impact Analysis Guidelines for Vehicle Miles Traveled and Level of Service Assessment (**WRCOG Guidelines**), which provides specific procedures for complying with the new CEQA requirements for VMT analysis. (2)

Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 2 of 10

## VMT ANALYSIS METHODOLOGY

Through consultation with the City of Banning, it is our understanding that the City has yet to formally adopt its own VMT analysis guidelines and thresholds. Therefore, for the purposes of this analysis the recommended VMT analysis methodology and thresholds recommended by the Technical Advisory and supported by the WRCOG Guidelines have been used.

As outlined in the Technical Advisory, mixed-use projects such as the proposed Project need to evaluate each component of the project independently and apply the relevant significance threshold for each project type (i.e., office, retail, etc.). For the purposes of this VMT analysis, the evaluation of VMT will focus on the employment uses (i.e., industrial park and medical office uses) only. Consistent with Technical Advisory recommendations, local serving retail that is typically less than 50,000 sf will tend to improve retail destination proximity and short trips, which in turn reduces VMT. The Technical Advisory notes that local agencies can presume that such development creates a less-than-significant impact. [1]

The Technical Advisory provides for the following recommended threshold for office/industrial land use projects:

> "A proposed project exceeding a level of 15 percent below existing regional VMT per employee may indicate a significant transportation impact." [2]

## PROJECT SCREENING

The Technical Advisory provides details on appropriate "screening thresholds" that can be used to identify when a proposed land use project is anticipated to result in a less-than-significant impact without conducting a more detailed analysis. Screening thresholds are broken into three types:

- Project Type Screening
- Map Based Screening based on Low VMT Area
- Transit Priority Area (TPA) Screening

A land use project need only to meet one of the above screening thresholds to result in a less-than-significant impact.

For the purposes of this analysis, the initial VMT screening process has been conducted with using the WRCOG VMT Screening Tool (**Screening Tool**), which uses screening criteria consistent with the screening thresholds recommended in the Technical Advisory.

---

[1] Page 16 of the OPR's Technical Advisory.
[2] Page 16 of the OPR's Technical Advisory.



Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 3 of 10

## PROJECT TYPE SCREENING

The Technical Advisory identifies projects that are consistent with the current Sustainable Communities Strategy (SCS) or general plan, and that generate fewer than 110 daily vehicle trips be presumed to have a less-than-significant impact on VMT. Based on the Project's trip generation (see Attachment A), the Project is not consistent with the City's general plan and would generate more than 110 daily vehicle trips, therefore, the Project would not be eligible to screen out based on project type screening.

**The Project Type screening threshold is not met.**

## LOW VMT AREA SCREENING

The Technical Advisory also states that, "residential and office projects that locate in areas with low VMT and that incorporate similar features (density, mix of uses, and transit accessibility) will tend to exhibit similarly low VMT." The Screening Tool uses the sub-regional Riverside County Transportation Analysis Model (RIVTAM) to measure VMT performance within individual traffic analysis zones (TAZ's) within the WRCOG region. The Project's physical location based on parcel number was selected within the Screening Tool to determine the relevant TAZ's VMT as compared to the jurisdictional average (see Attachment B). The Project boundary is located in TAZ 4344, and would not appear to be within a low VMT generating TAZ based on daily total VMT per service population, but appears to potentially reside within a low generating TAZ based on daily home-based work (HBW) VMT per worker. As noted in the WRCOG Guidelines, "the analyst must identify if the project is consistent with the existing land use within the TAZ and use professional judgement that there is nothing unique about the project that would otherwise be mis-represented utilizing data from the travel demand model."[3] Based on a review of the land use information contained within TAZ 4344 for the RIVTAM base year (2012) model, the zone includes very low levels of employment and low amounts of population and household data. The proposed Project would significantly increase the number and type of employment uses in the zone and would therefore not be entirely consistent with the underlying land use assumptions.

**The Low VMT Area screening threshold is not met.**

## TPA SCREENING

Consistent with guidance identified in the Technical Advisory, projects located within a Transit Priority Area (TPA) (i.e., within ½ mile of an existing "major transit stop"[4] or an existing stop along a "high-quality transit corridor"[5]) may be presumed to have a less than significant impact absent substantial evidence to the contrary.

---

[3] Page 25 of the WRCOG Guidelines
[4] Pub. Resources Code, § 21064.3 ("'Major transit stop' means a site containing an existing rail transit station, a ferry terminal served by either a bus or rail transit service, or the intersection of two or more major bus routes with a frequency of service interval of 15 minutes or less during the morning and afternoon peak commute periods.").
[5] Pub. Resources Code, § 21155 ("For purposes of this section, a high-quality transit corridor means a corridor with fixed route bus service with service intervals no longer than 15 minutes during peak commute hours.").

---



Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 4 of 10

However, the presumption may not be appropriate if a project:

- Has a Floor Area Ratio (FAR) of less than 0.75;
- Includes more parking for use by residents, customers, or employees of the project than required by the jurisdiction (if the jurisdiction requires the project to supply parking);
- Is inconsistent with the applicable Sustainable Communities Strategy (as determined by the lead agency, with input from the Metropolitan Planning Organization); or
- Replaces affordable residential units with a smaller number of moderate- or high-income residential units.

Based on the Screening Tool results presented in Attachment B, the Project site does is not located within ½ mile of an existing major transit stop, or along a high-quality transit corridor.

**The TPA screening threshold is not met.**

Since none of the project level screening criteria were met, a project level VMT analysis should be prepared.

## PROJECT VMT ASSESSMENT

RIVTAM is a useful tool to estimate VMT as it considers interaction between different land uses based on socio-economic data such as population, households and employment. The WRCOG Guidelines identifies RIVTAM as the appropriate tool for conducting VMT analysis for land use projects in Riverside County.

Project VMT has been calculated using the most current version of RIVTAM. Adjustments in socio-economic data (SED) (i.e., employment) have been made to a separate TAZ within the RIVTAM model to reflect the Project's proposed employment uses (i.e., industrial park and medical office). A separate TAZ is used to isolate the Project's VMT.

As noted previously, the Project's local serving retail component is less than 50,000 sf and meets the screening threshold recommended in the Technical Advisory for local serving retail projects that can be presumed to result in a less than significant impact.

Table 1 summarizes the employment estimates for the Project. It should be noted that the employment estimates are consistent with the land use to employment generation factors from the Riverside County General Plan. (3)



Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 5 of 10

TABLE 1: EMPLOYMENT ESTIMATES

| Land Use | Building Area | Building Area per Employee | Estimated Employees[6] |
|---|---|---|---|
| Industrial Park | 877,298 sf | 1,030 sf | 852 |
| Medical Office | 52,065 sf | 300 s.f. | 174 |
| Total: | 929,363 sf | -- | 1,026 |

Adjustments to employment factors for the Project TAZ were made to the RIVTAM base year model (2012) and the cumulative year model (2040). Each model was then run with the updated SED factors included for the Project TAZ.

## PROJECT VMT CALCULATION

Consistent with recommendations contained in the Technical Advisory, calculation of VMT for employment uses such as the industrial and medical office uses proposed by the Project are evaluated using home-based work trips[7]. The ability to separate trips by trip purpose can be achieved with the RIVTAM model by using the production-attraction (PA) trip matrices. Using these matrices, project generated HBW VMT was calculated for both the base year model (2012) and cumulative year model (2040) and linear interpolation was used to determine the Project's baseline (2020) HBW VMT. The HBW VMT is then normalized by dividing by the number of Project employees. As shown in Table 2, the Project baseline (2020) HBW VMT per worker is 13.33.

TABLE 2: PROJECT HBW VMT PER WORKER

| | Project 2012 | Project 2040 | Project 2020 (interpolated) |
|---|---|---|---|
| Employment | 1,026 | 1,026 | 1,026 |
| HBW VMT | 14,707 | 11,115 | 13,681 |
| HBW VMT / Worker[8] | 14.33 | 10.83 | 13.33 |

As noted previously, the City of Banning is still in development of their VMT guidelines and thresholds. To provide a comparison of the Project's VMT per worker to the existing regional VMT per worker, VMT values previously calculated and published by WRCOG as part of their WRCOG Guidelines has been utilized. WRCOG has provided HBW VMT per worker from RIVTAM for the base year model (2012) and the cumulative year model (2040) for each of its member agencies, the WRCOG region, and the unincorporated areas of the WRCOG region. For purposes of this assessment, the WRCOG region was utilized. Similar to the method used to calculation baseline (2020) Project VMT, the 2012 and 2040

---

[6] Riverside County General Plan Employment Factors
[7] Page 16 of the OPR's Technical Advisory
[8] HBW VMT/Employee is a measure of all auto trips between home and work and does not include heavy duty truck trips or freight, which is consistent with OPR direction and Riverside County VMT calculation guidelines.

---

*VMT Analysis.docx*

URBAN CROSSROADS

Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 6 of 10

published data for HBW VMT per worker were used to interpolate (using linear interpolation) the WRCOG region's baseline 2020 HBW VMT per worker (see Table 3).

**TABLE 3: WRCOG UNINCORPORATED REGION HBW VMT PER WORKER**

|  | Project 2012 | Project 2040 | Project 2020 (interpolated) |
|---|---|---|---|
| HBW VMT / Worker | 12.83 | 14.02 | 13.17 |

Table 4 illustrates the comparison between Project-generated HBW VMT per worker to the existing (2020) WRCOG region HBW VMT per worker. As shown, the Project would exceed the 15 percent below existing regional HBW VMT per worker by 19.12 percent. As such, the Project's impact based on VMT for the light industrial and business park components is potentially significant.

**TABLE 4: PROJECT VMT PER WORKER COMPARISON**

|  | Project | Existing Regional Average (2020) | OPR 15% below Existing Regional Average |
|---|---|---|---|
| HBW VMT/Worker | 13.33 | 13.17 | 11.19 |
| Difference w/ Project |  | +0.16 | +2.14 |
| Percent Change |  | +1.22% | +19.12% |

## PROJECT'S POTENTIAL CUMULATIVE IMPACT ON VMT

The Technical Advisory states the following, "a project that falls below an efficiency-based threshold that is aligned with long-term goals and relevant plans has no cumulative impact distinct from the project impact. Accordingly, a finding of a less-than-significant project impact would imply a less than significant cumulative impact and vice versa. This is similar to the analysis typically conducted for greenhouse gas emissions, air quality impacts, and impacts that utilize plan compliance as a threshold of significance."[9] Therefore, the Project's finding related to cumulative impacts is considered potentially significant.

## POTENTIAL VMT REDUCTION STRATEGIES

Transportation demand management (TDM) strategies have been evaluated for the purpose of reducing VMT impacts determined to be potentially significant. The effectiveness of TDM strategies to reduce VMT has been determined based on the SB 743 Implementation TDM Strategy Assessment (February 26, 2019, Fehr & Peers) (**WRCOG Report**) prepared for WRCOG and the Quantifying Greenhouse Gas Mitigation Measures (CAPCOA, 2010). The WRCOG Report indicates that of the 50 transportation measures presented by CAPCOA, only 41 are applicable at a building and site level. The remaining 9

---

[9] Page 6 of the OPR's Technical Advisory.

*VMT Analysis.docx*

URBAN CROSSROADS AR-008490

Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 7 of 10

measures are functions of, or depend on, site location and/or actions by local and regional agencies or funders.

Based on a review of the 41 transportation measures identified by CAPCOA, the WRCOG Report identifies that only 7 of those measures may be effective at the project level. The effectiveness of the following TDM measures would be dependent in large part on future Project design features and building occupancies, which are unknown at this early land entitlement stage. Beyond the Project's tenancy considerations, land use context is a major factor relevant to the potential application and effectiveness of TDM measures. More specifically, the land use context of the Project is characteristically suburban. Of itself, the Project's suburban context acts to reduce the range of feasible TDM measures and moderates their potential effectiveness. Relevant discussion in this regard is presented in the WRCOG Report, excerpted in pertinent part below:

> The Technical Advisory relies on the <u>Quantifying Greenhouse Gas Mitigation Measures,</u> (CAPCOA) 2010 resource document to help justify the 15 percent reduction in VMT threshold stating, " . . . fifteen percent reduction in VMT are achievable at the project level in a variety of place types . . . ". A more accurate reading of the CAPCOA document is that a fifteen percent is the maximum reduction when combining multiple mitigation strategies for the *suburban center[10]* place type. For *suburban[11]* place types 10 percent is the maximum and requires a project to contain a diverse land use mix, workforce housing, and project-specific transit. It is also important to note that the maximum percent reductions were not based on data or research comparing the actual performance of VMT reduction strategies in these place types. Instead, the percentages were derived from a limited comparison of aggregate citywide VMT performance for Sebastopol, San Rafael, and San Mateo where VMT performance ranged from 0 to 17 percent below the statewide VMT/capita average based on data collected prior to 2002. Little evidence exists about the long-term performance of similar TDM strategies in different land use contexts. As such, VMT reductions from TDM strategies cannot be guaranteed in most cases (*WRCOG SB 743 Implementation Pathway Document Package*, pp. 65 – 66).

As indicated in the preceding discussion, even under the most favorable circumstances, projects located within a suburban context, such as the proposed Project evaluated here, can realize a maximum 10 percent reduction in VMT through implementation of feasible TDM measures. This could result in reduction from 13.33 to 11.99 HBW VMT per worker which would still exceed of the 15% below existing regional VMT per worker threshold of 11.19 by 7.15%.  The following are the potential TDM measures

---

[10] ***Suburban Center:*** A project typically involving a cluster of multi-use development within dispersed, low-density, automobile dependent land use patterns (a suburb). The center may be an historic downtown of a smaller community that has become surrounded by its region's suburban growth pattern in the latter half of the 20th Century. The suburban center serves the population of the suburb with office, retail and housing which is denser than the surrounding suburb (*Quantifying Greenhouse Gas Mitigation Measures,* p. 60).

[11] ***Suburban:*** A project characterized by dispersed, low-density, single-use, automobile dependent land use patterns, usually outside.



Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 8 of 10

that have the potential to be relevant to the proposed Project.

- *Measure 1: Increase Diversity of Land Uses.* Having different types of land uses near one another can decrease VMT since trips between land use types are shorter and may be accommodated by non-auto modes of transport. For example, when residential areas are in the same neighborhood as retail and office buildings, a resident may not need to travel outside of the neighborhood to meet his/her trip needs.

  *Remarks:* The Project proposes the construction of a diverse mix of land uses such as retail, medical office, and industrial park all to be located in close proximity to nearby single-family residential uses. It is recognized that the Project would introduce additional employment opportunities, acting to generally improve the regional jobs/housing balance. The resulting improved jobs/housing balance could reduce area commute VMT, as noted by CAPCOA (Quantifying Greenhouse Gas Mitigation Measures, p. 162).

- *Measure 2: Provide Pedestrian Network Improvements.* Providing a pedestrian access network to link areas of the Project site encourages people to walk instead of drive. This mode shift results in people driving less and thus a reduction in VMT.

  *Remarks:* The Project proposes increased diversification of land uses along with additional sidewalks along the Project's roadway network. This Project's implementation of this measure could provide for a potential reduction in Project VMT, as noted by CAPCOA (Quantifying Greenhouse Gas Mitigation Measures, p. 186).

- *Measure 3: Provide Traffic Calming Measure.* Providing traffic calming measures encourages people to walk or bike instead of using a vehicle. This mode shift will result in a decrease in VMT. Traffic calming features may include: marked crosswalks, count-down signal timers, curb extensions, speed tables, raised crosswalks, raised intersections, median islands, tight corner radii, roundabouts or mini-circles, on-street parking, planter strips with street trees, chicanes/chokers, and others.

  *Remarks:* There is limited opportunity for the Project to implement meaningful enhanced improvements related to traffic calming in this area. This measure is therefore not evaluated further as means of providing a reduction in Project VMT.

- *Measure 4: Implement Car-Sharing Program.* Implementing a car-sharing program would allow individuals to have on-demand access to a shared fleet of vehicles on an as-needed basis. User costs are typically determined through mileage or hourly rates, with deposits and/or annual membership fees.

  *Remarks:* It is possible that employers within the Project site could implement car-sharing programs. This may provide car access for employees on an as-needed basis, and thereby alleviate some of the costs and responsibilities of individual car ownership. However, this would not necessarily result in a reduction of VMT but would rather transfer the VMT source from individually-owned autos to employee-subsidized autos. Moreover, CAPCOA indicates that this measure would at most result in nominal percent reduction in VMT (CAPCOA, Quantifying Greenhouse Gas Mitigation Measures, p. 245). This measure is therefore not evaluated further as means of providing a reduction in Project VMT.

- *Measure 5: Increase Transit Service Frequency and Speed.* This measure serves to reduce transit-passenger travel time through more reduced headways and increased speed and reliability. This makes transit service more attractive and may result in a mode shift from auto to transit which reduces VMT.

  *Remarks:* The area is currently served by Riverside Transit Agency (RTA), a public transit agency serving various jurisdictions within Riverside County. As the Project has no control over the routes serviced or the frequency



Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 9 of 10

of public transit service, the measure is therefore not evaluated further as a means of providing a reduction in Project VMT.

- _Measure 6: Encourage Telecommuting and Alternative Work Schedule._ Encouraging telecommuting and alternative work schedules reduces the number of commute trips and therefore VMT traveled by employees. Alternative work schedules could take the form of staggered starting times, flexible schedules, or compressed work weeks.

  _Remarks:_ This measure could provide for a potential reduction in Project VMT, as noted by CAPCOA (Quantifying Greenhouse Gas Mitigation Measures, p. 236). However, the effectiveness of this measure is dependent on the ultimate building tenant(s) which are unknown currently. This measure is therefore not evaluated further as means of providing a reduction in Project VMT.

- _Measure 7: Provide Ride-Sharing Programs._ This strategy focuses on encouraging carpooling and vanpooling but its ultimate implementation is limited as Measure 6 above.

  _Remarks:_ This measure could provide for a potential reduction in Project generated VMT, as noted by CAPCOA (Quantifying Greenhouse Gas Mitigation Measures, p. 227). However, the effectiveness of this measure is dependent on the ultimate building tenant(s) which are unknown currently. This measure is therefore not evaluated further as means of providing a reduction in Project VMT.

It is also recognized that as the Project area and surrounding communities develop as envisioned under the City of Banning general plan, new residential, office, retail, and industrial development would be implemented. These actions could collectively alter transportation patterns, improve the Region's jobs/housing ratio, diminish VMT, and support implementation of new or alternative TDM measures. There is no means, however, to quantify any VMT reductions that could result. Additionally, the effectiveness of some of the TDM strategies that have potential to reduce the Project VMT are dependent on as yet unknown Project building tenant(s); and as noted above, "VMT reductions from TDM strategies cannot be guaranteed in most cases."

In summary, the Project's HBW VMT per worker exceeds the threshold of 15% below the existing regional WRCOG HBW VMT per worker. Even with implementation of the limited feasible TDM measures discussed above, Project VMT cannot be reduced to levels that would be less-than-significant. Additionally, the efficacy of TDM measures and reduction of VMT impacts below thresholds cannot be assured. The Project VMT impact is therefore considered **significant and unavoidable.**

If you have any questions, please contact me directly at (949) 336-5978.

Respectfully submitted,

URBAN CROSSROADS, INC.


Aric Evatt, PTP                                              Robert Vu, PE
President                                                    Transportation Engineer


_VMT Analysis.docx_



AR008493

**AR005633**

Mr. Ernest Perea
Romo Planning Group
September 9, 2020
Page 10 of 10

## REFERENCES

1. **Office of Planning and Research.** *Technical Advisory on Evaluating Transportation Impacts in CEQA.* State of California : s.n., December 2018.

2. **Western Riverside Council of Governments (WRCOG).** *Recommended Traffic Impact Analysis Guidelines for Vehicle Miles Traveled and Level of Service Assessment.* February 13, 2020.

3. **County of Riverside.** *Appendix E: Socioeconomic Build-Out Assumptions and Methodology.* County of Riverside : s.n., April 2017.



AR008494

**AR005634**

**Attachment A**

**Project Trip Generation**



AR 008495

**AR005635**

**Project Trip Generation Summary**

| Land Use | Quantity | Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| Industrial Park | 877.298 | TSF | | | | | | | |
| Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
| Truck Trips: | | | | | | | | | |
| 2-axle: | | | 6 | 1 | 8 | 1 | 5 | 8 | 74 |
| 3-axle: | | | 7 | 2 | 10 | 2 | 6 | 10 | 92 |
| 4+-axle: | | | 21 | 5 | 28 | 5 | 17 | 29 | 278 |
| - Truck Trips | | | 34 | 8 | 46 | 8 | 28 | 47 | 444 |
| *Industrial Park Subtotal* | | | *284* | *67* | *351* | *74* | *278* | *352* | *2,958* |
| Medical Office | 52.065 | TSF | 113 | 32 | 145 | 50 | 130 | 180 | 1,812 |
| *Internal Capture* | | | -4 | -7 | -11 | -1 | -5 | -6 | -62 |
| *Office Subtotal* | | | *109* | *25* | *134* | *49* | *125* | *174* | *1,750* |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
| *Internal Capture* | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
| *Pass-By (34% PM/Daily)* | | | 0 | 0 | 0 | -21 | -21 | -43 | -458 |
| *Retail Subtotal* | | | *15* | *9* | *24* | *42* | *51* | *93* | *886* |
| *TOTAL TRIPS [2]* | | | 408 | 101 | 509 | 165 | 454 | 619 | 5,594 |

[1] TSF = thousand square feet

[2] TOTAL TRIPS = Passenger Cars + Truck Trips.

**Attachment B**

**WRCOG VMT Screening Tool**



AR 008497

**AR005637**



URBAN CROSSROADS

AR008498

AR005638

# Water Supply Assessment
# for
# Sun Lakes Village North
# Specific Plan Amendment No. 5



**City of Banning**
**99 E. Ramsey Street**
**Banning, CA 92220**

Prepared by:



**Romo Planning Group, Inc.**
**9431 Haven Avenue, Ste. 232**
**Rancho Cucamonga, CA 91730**

**August 31, 2020**

AR 008499

AR005639

# Contents

Findings.................................................................................................................................... 1

Water Supply Assessment Requirements .............................................................................. 1

Project Description ................................................................................................................. 1

Estimating the Project's Water Demand ............................................................................... 3

City's Water Supply System ................................................................................................... 3

    Groundwater Supply and Reliability ................................................................................. 3

    Imported Water Supply and Reliability.............................................................................. 6

    Water Supplies During Normal, Single-Dry, and Multiple- Dry Year Conditions............................. 7

    Water Shortage Contingency Planning ............................................................................. 8

Project Water Demand vs. City Water Supply ...................................................................... 9

Summary................................................................................................................................. 9

## List of Tables

Table1: Groundwater Supplies 2020-2040 (AF/YR) ............................................................. 4

Table 2: Imported Water Recharged to Beaumont Basin by City of Banning (AF/YR) ......... 6

Table 3: Normal Year Supply and Demand Comparison (AF/YR)......................................... 7

Table 4: Single Dry Year Supply and Demand Comparison (AF/YR)..................................... 7

Table 5: Multiple Dry Years Supply and Demand Comparison (AF/YR) ............................... 8

Table 6. Comparison of Project Demand vs. Projected Deliveries (afy) .............................. 9

## List of Figures

Figure 1: Land Use Plan ........................................................................................................ 2

Figure 2: Groundwater Basins ............................................................................................... 4

## Findings

This Water Supply Assessment anticipates adequate water will be available during normal, single dry, and multiple dry water years during a 20-year projection to  meet the projected water demand associated with the development allowed by the Sun Lakes Village Specific Plan Amendment No. 5, in addition to existing and planned future uses, including agricultural and manufacturing uses.

## Water Supply Assessment Requirements

The City of Banning Public Works Department provides domestic water services to the City of Banning and portions of unincorporated Riverside County lands located southwesterly of the City limits. As  a  public water system, the City is mandated by California Water Code Section 10910 to prepare a Water Supply Assessment report that  documents sources of water supply, quantifies water demands, evaluates drought impacts, and provides a comparison of water supply and demand. The Water Supply Assessment serves as the  basis for the City to determine if  adequate water will be available during normal, single dry, and multiple dry water years during a 20-year projection to  meet the projected water demand associated with the Project, in addition to providing water for existing and planned future uses, including agricultural and manufacturing uses in its service area.

This Water Supply Assessment was prepared for consideration by the City of Banning City Council, as the lead agency under  the  California  Environmental  Quality  Act  (CEQA)  for  the environmental review of the Project. The WSA will be included in the City's Environmental Impact Report (EIR) for the Project.

## Project Description

The Sun Lakes Village North Specific Plan ("Specific Plan") was originally approved by the City on February 28, 1983. The Project proposes to amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business & Warehouse, Office & Professional, and Retail & Service (see Figure 2- Land Use Plan). The Specific Plan is also proposed to be amended to revise the permitted land uses ;development standards (including maximum building height, setbacks, open space, landscaping ,parking, and signage); design guidelines for development; and administration and implementation provisions. At this time there are no land use  development entitlements being soug h t  (i.e.  site  plan, parcel  map, etc. Implementation of the  Project's Land Use Plan (Figure 1), would allow up to approximately 877,298 square feet (sf) of Industrial Park, 52,065  sf of medical office, and 37,189 sf of retail use on 47.11 acres.

## Figure 1. Land Use Plan



AR005642

## Estimating the Project's Water Demand

At the time this WSA was prepared, there were no land use development entitlements being sought (i.e. site plan, parcel map, etc.) by the Project proponent. In the absence of site-specific details, the water demand for the Project is based on the *City of Banning, Integrated Master Plan, Final Report*, March 2018. According to Table 3.8, *Known Developments Demand Projections,* the project identified as "Silverstone" in the table has the same amount of acreage (47 acres) and the same General Plan land use designation (retail commercial) as the proposed Project. As such, the same water demand used for the Silverstone project is used for the proposed Project which is estimated to be 279-acre feet per year (afy).

## City's Water Supply System

### Groundwater Supply and Reliability

The City has five sources of groundwater storage supply:

- Banning Storage Unit;
- Banning Bench Storage Unit;
- Banning Canyon Storage Unit;
- Beaumont Storage Unit; and
- Cabazon Storage Unit.

*Banning Storage Unit*

The Banning Storage Unit is approximately 3.9 square miles in size. With the four wells currently installed within this unit, the City has pumping capacity up to 3,500 gpm, or 5,646 acre-ft/year. The safe yield was determined to be 1,130-acre ft/ year, which is what the 2015 UWMP includes for future production projections.

*Banning Bench Storage Unit*

The Banning Bench Storage Unit is approximately 5.9 square miles in size. Three wells within this unit can produce up to 3,650 gpm, or 5,888 acre-ft/year. The safe yield was determined to be 1,960 acre-ft/year.

*Banning Canyon Storage Unit*

The Banning Canyon Storage Unit comprises approximately 1.6 square miles. The Banning Canyon Storage Unit is the largest source of water for the City. The San Gorgonio River, and a

diversion system from the Whitewater River, provide recharge for Banning Canyon. Eight wells within this unit can produce up to 8,600 gpm, or 13,873 acre-ft/year. The safe yield has been determined to be 4,070 acre-ft/year.

*Beaumont Storage Unit*

The Beaumont Storage  is approximately 20 square miles in size  Extraction of water from the Beaumont Storage Unit has been adjudicated, with rights shared amongst the City of Banning, the Beaumont - Cherry Valley Water  District, the South  Mesa Water  District, and  the Yucaipa Valley Water District. Five wells within this unit, plus the city's share of three additional wells co-owned with the Beaumont-Cherry Valley Water District,  can produce up to 7,650 gpm, or 12,340 acre-ft/year.

*Cabazon Storage Unit*

The Cabazon Storage Unit is approximately 27 square miles in size and can store up to 1,000,000 acre-feet. The City does not have exclusive pumping rights for the Cabazon Storage Unit. One well within this unit, C-6, can produce up to 900 gpm, or 1,452 acre-ft/year. The City produced 786 acre-feet from C-6 in 2014. With the installation of additional wells and pipeline, the City could safely extract 2,515 acre-ft/year. Table 1 provides a summary of the available groundwater supplies from 2020 to 2040.

Table1: Groundwater Supplies 2020-2040 (AF/YR)

| Basin Name | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|
| Beaumont Storage Unit | 1,266 | 1,145 | 1,029 | 925 | 925 |
| Beaumont Storage Unit Recharge | 2,718 | 2,718 | 2,718 | 2,718 | 2,718 |
| Banning Storage Unit | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 |
| Banning Bench Storage Unit | 1,960 | 1,960 | 1,960 | 1,960 | 1,960 |
| Banning Canyon Storage Unit | 2,515 | 2,515 | 2,515 | 2,515 | 2,515 |
| **San Gorgonio Pass Subbasin Total** | **13,659** | **13,538** | **13,422** | **13,318** | **13,318** |

*Data Source: 2015 UWMP Tab*

Sun Lakes Village North SPA No.6 Water Supply Assessment

# FIGURE 2: GROUNDWATER BASINS



*Beaumont Basin Adjudication*

The Beaumont Basin is an adjudicated basin pursuant to the *Stipulation for Entry of Judgment Adjudicating Groundwater Rights in the Beaumont Basin* (the Judgment), a copy of which is included in Appendix A (2015 UWMP**)**. Pursuant to the Judgment, the Court appointed a five-member Watermaster Committee, consisting of representatives from each of the five appropriators, which include City of Banning, City of Beaumont, Beaumont-Cherry Valley Water District, South Mesa Water Company, and Yucaipa Valley Water District.

The safe yield of the Beaumont Basin was initially established at 8,650 AF/yr., to be distributed among the appropriators. The safe yield is to be reevaluated at least once every ten years. Based on the *2013 Reevaluation of the Beaumont Basin Safe Yield*, dated April 3, 2015, the safe yield was determined to be 6,700 AF/yr.

Based on the Beaumont Basin Watermaster 2018 Consolidated Annual Report and Engineering Report, dated February 2020, the City has 52,320 af in its Appropriator's storage account.

*Groundwater Reliability*

Because the City's water supply is primarily groundwater, the City is not subject to short-term water shortages resulting from temporary dry weather conditions. Further, as part of the Beaumont Basin adjudication, the City has the option of storing up to 80,000-acre feet of water in the Beaumont Basin. At the end of calendar year 2014, City of Banning had 46,774 AF of water available in Beaumont Basin storage.

## Imported Water Supply and Reliability

The City purchases State Water Project (SWP) water from the San Gorgonio Pass Water Agency (SGPWA), who is one of 29 state water contractors. Quantities of SWP water purchased are recharged to the Beaumont Basin at Beaumont-Cherry Valley Water Districts' Noble Creek spreading facility, which is in the vicinity of Beaumont Avenue and Cherry Valley Boulevard. Quantities of water obtained from SGPWA and recharged to the Beaumont Basin are set forth in Table 2 below. Quantities that will be recharged in the future are dependent upon SWP water availability and storage capacity available to the City.

Table 2: Imported Water Recharged to Beaumont Basin by City of Banning (AF/YR)

| 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|------|
| 1,338 | 800 | 1,200 | 1,200 | 608 | 694 |

*Data Source: San Gorgonio Pass Water Agency*

On May 22, 2020, the SGPWA announced that the State Water Project (SWP) now expects to deliver 20 percent of requested supplies in 2020 because of above-average precipitation in May. An initial allocation of 10 percent was announced in December and increased to 15 percent in January. This will likely be the final allocation update of 2020. Although the City may expect variable reliability in availability of SWP water, such water is not its primary source of water, and short-term declines in SWP water availability would be offset by the City's substantial reserves of stored groundwater and would not result in a substantial impact to the City's water supply

## Water Supplies During Normal, Single-Dry, and Multiple- Dry Year Conditions

The demand quantities were calculated based on an average per capita demand within the City's service area of 220 gallon per capita per day ("gpcd"), with future actual demands of the two proposed specific plan developments (Butterfield Ranch and Rancho San Gorgonio) at the demands set forth in their respective water supply assessments.

#### Table 3: Normal Year Supply and Demand Comparison (AF/YR)

|  | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|
| Supply Totals | 13,659 | 13,538 | 13,422 | 13,318 | 13,318 |
| Demand Totals | 10,515 | 11,320 | 12,047 | 12,837 | 13,629 |
| Difference | **+3,144** | **+2,218** | **+1,375** | **+481** | **-311** |

*Data Source: 2015 UWMP Table 6-4.*

#### Table 4: Single Dry Year Supply and Demand Comparison (AF/YR)

|  | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|
| Supply Totals | 13,659 | 13,538 | 13,422 | 13,318 | 13,318 |
| Demand Totals | 10,515 | 11,320 | 12,047 | 12,837 | 13,629 |
| **Difference** | **+3,144** | **+2,218** | **+1,375** | **+481** | **-311** |

*Data Source: 2015 UWMP Table 6-5.*

### Table 5: Multiple Dry Years Supply and Demand Comparison (AF/YR)

|  |  | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|---|
| First Year | Supply Totals | 13,659 | 13,538 | 13,422 | 13,318 | 13,318 |
|  | Demand Totals | 10,515 | 11,320 | 12,047 | 12,837 | 13,629 |
| Second Year | **Difference** | **+3,144** | **+2,218** | **+1,375** | **+481** | **-311** |
| Second Year | Supply Totals | 13,659 | 13,538 | 13,422 | 13,318 | 13,318 |
|  | Demand Totals | 10,515 | 11,320 | 12,047 | 12,837 | 13,629 |
| Third Year | **Difference** | **+3,144** | **+2,218** | **+1,375** | **+481** | **-311** |
| Third Year | Supply Totals | 13,659 | 13,538 | 13,422 | 13,318 | 13,318 |
|  | Demand Totals | 10,515 | 11,320 | 12,047 | 12,837 | 13,629 |
|  |  | **+3,144** | **+2,218** | **+1,375** | **+481** | **-311** |

*Data Source: 2015 UWMP Table 6-6*
*[1]Due to reliance on ground water supply reliability is the same during normal, single-dry, and multiple-dry water years (2015 UWMP)*

Although projected supply totals are less than projected demand totals for 2040, the City has 52,320 AF of stored water in its Beaumont Basin storage account, which is not accounted for in the projected supply totals. Therefore, the City has ample water supplies to meet projected demands through 2040.

### Water Shortage Contingency Planning

The City of Banning relies on groundwater as its primary source of water supply, and periodic drought has historically not substantially affected the groundwater levels. For this reason, the water shortage contingency analysis mainly focuses on water supply interruption resulting from equipment failure and disaster. The City adopted its Water Shortage Contingency Plan (WSCP) in 1991 with adoption of City Ordinance No. 1040. The WSCP outlines a plan of action in the event of a water shortage caused by a catastrophic event, such as electrical power failure, earthquake, pipeline failure, or other event that results in the City's potential inability to meet the water demands of its customers.

At these demands, the City will be able to meet future demands through 2035 with existing supplies, without using any of the City's 52,320 AF of groundwater in reserve storage in the Beaumont Storage Unit. If the stored groundwater is used to supplement demands, the City will be able to satisfy projected demands at 220 gpcd without acquiring additional quantities of replenishment water for many years beyond 2040.

## Project Water Demand vs. City Water Supply

Table 6 shows a comparison of the Project's projected water demand compared to the available City water supplies for the period 2020 to 2040.

Table 6. Comparison of Project Demand vs. Projected Deliveries (afy)

| Land Use | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|
| Industrial | 94 | 99 | 103 | 107 | 111 |
| Commercial | 2.281 | 2,382 | 2,484 | 2,586 | 2,694 |
| **Total** | **2,375** | **2,481** | **2,587** | **2,693** | **2,805** |
| Project Demand | 279 | 279 | 279 | 279 | 279 |
| Project's Percent of Total | 11.7% | 11.2% | 10.8 | 10.4 | 9.9% |

*Data Source: 2015 UWMP Table 3-1*

As shown in Table 6 above, the Project's expected water demand is within the 2015 UWMP's total projected water supplies available during normal, single dry, and multiple dry water years for the next 20 years. Therefore, there will be adequate supplies to meet the projected water demand associated with the Project in addition to the existing and other planned future uses of the City's water system.

## Summary

The Water Supply Assessment has been prepared to meet the requirements of Water Code Section 10910 of the Water Code. The assessment indicates adequate water will be available during normal, single dry, and multiple dry water years during a 20-year projection to meet the projected water demand associated with the development allowed by the Sun Lakes Village Specific Plan Amendment No. 5, in addition to existing and planned future uses, including agricultural and manufacturing uses.

# Sun Lakes Village North Specific Plan Amendment No. 5
# Final Environmental Impact Report
# SCH No. 2020029074

**Lead Agency**



City of Banning
99 E. Ramsey Street
Banning, CA 92220

**Environmental Consultant**

Romo Planning Group, Inc.
9431 Haven Avenue, Ste. 232
Rancho Cucamonga, C.A, 91730

**October 28, 2020**

AR 008510

AR005650

**TABLE OF CONTENTS**

**Section**                                                                                                        **Page No.**

**1.0     INTRODUCTION** ......................................................................................................... **1**

**2.0     RESPONSE TO COMMENTS** ....................................................................................... **2**

**3.0     ADDITIONS, CORRECTIONS, AND CHANGES  TO THE DRAFT EIR** ................................ **46**

**4.0     NO RECIRCULATION  OF THE DRAFT EIR REQUIRED** .................................................... **52**

**TABLES**

F-1     Commenting Organizations, Persons, & Public Agencies that Commented on the Draft EIR ..................................................................................................................... 3

F-2     Errata Table of Additions, Corrections, and Revisions ..................................................... 46

AR 008511

AR005651

## 1.0 INTRODUCTION

This Final Environmental Impact Report (FEIR) was prepared in accordance with the California Environmental Quality Act (CEQA) as amended (Public Resources Code §21000 *et seq.*) and CEQA Guidelines (Title 14, California Code of Regulations, §15000 *et seq.*) and represents the independent judgment of the CEQA Lead Agency (City of Banning).

According to CEQA Guidelines §15132, the FEIR shall consist of:

    a. The Draft EIR (EIR) or a revision of the draft;

    b. Comments and recommendations received on the DEIR either verbatim or in summary;

    c. A list of persons, organizations, and public agencies commenting on the DEIR;

    d. The responses of the Lead Agency to significant environmental points raised in the review and consultation process; and

    e. Any other information added by the Lead Agency.

This document contains responses to comments received on the EIR for the *Sun Lakes Village North Specific Plan Amendment No. 5* ("Project") during the public review period, which began September 11, 2020 at 8:00am and closed October 26, 2020 at 5:00pm. This document has been prepared in accordance with CEQA and the CEQA Guidelines and represents the independent judgment of the Lead Agency. This document and the circulated EIR comprise the FEIR, in accordance with CEQA Guidelines, Section 15132.

## 2.0 RESPONSES TO COMMENTS

### CEQA REQUIREMENTS

CEQA Guidelines §15204(a) outlines parameters for submitting comments, and notes that the focus of review and comment of DEIRs should be "…*on the sufficiency of the document in identifying and analyzing the possible impacts on the environment and ways in which the significant effects of the project might be avoided or mitigated. Comments are most helpful when they suggest additional specific alternatives or mitigation measures that would provide better ways to avoid or mitigate the significant environmental effects. At the same time, reviewers should be aware that the adequacy of an EIR is determined in terms of what is reasonably feasible…CEQA does not require a lead agency to conduct every test or perform all research, study, and experimentation recommended or suggested by commenters. When responding to comments, lead agencies need only respond to significant environmental issues and do not need to provide all information requested by reviewers, as long as a good faith effort at full disclosure is made in the EIR.*

AR 008512

AR005652

CEQA Guidelines §15204(c) further advises that, "*Reviewers should explain the basis for their comments, and should submit data or references offering facts, reasonable assumptions based on facts, or expert opinion supported by facts in support of the comments. Pursuant to Section §15064, an effect shall not be considered significant in the absence of substantial evidence.*" CEQA Guidelines §15204(d) also notes that "*Each responsible agency and trustee agency shall focus its comments on environmental information germane to that agency's statutory responsibility.*" CEQA Guidelines §15204(e) states that "*This section shall not be used to restrict the ability of reviewers to comment on the general adequacy of a document or of the lead agency to reject comments not focused as recommended by this section*."

Additionally, a comment which draws a conclusion without elaborating on the reasoning behind, or the factual support for, those conclusions does not require a response. Under the California Environmental Quality Act (CEQA) Guidelines, the lead agency is obligated to respond to timely comments with "good faith, reasoned analysis." (CEQA Guidelines § 15088(c).) These responses "shall describe the disposition of significant environmental issues raised … [and] give[e] reasons why specific comments and suggestions were not accepted. (CEQA Guidelines § 15088(c).) To the extent that specific comments and suggestions are not made, a specific response cannot be provided and, indeed, are not required. (*Browning-Ferris Industries v. City Council* (1986) 181 Cal.App.3d 852, 862 [where a general comment is made, a general response is sufficient].)

Pursuant to CEQA Guidelines §15088(b), copies of the written responses shall be provided to commenting public agencies at least ten (10) days prior to certifying the FEIR. The responses shall be provided along with an electronic copy of this FEIR.

### RESPONSES TO DEIR COMMENTS

CEQA Guidelines §15088 require the Lead Agency to evaluate comments on environmental issues received from public agencies and interested parties who reviewed the DEIR and to provide written responses to any substantive comments received. This section provides all comments received on the DEIR, the City's response to each comment, and a summary of revisions made to the DEIR as part of the FEIR in response to the various comment letters and to correct any errors.

Comments were received during the DEIR public review period which began on September 11, 2020 and closed on October 26, 2020. Four (4) comments were received by the City of Banning regarding the EIR for the Project. A list of agencies, organizations, and persons that submitted comments regarding the DEIR is presented in

Table F-1. Organizations, Persons, & Public Agencies that **Commented on the EIR**. A copy of each comment letter or email and a response to each environmental issue raised in those comments is provided on the following pages. No comments submitted to the City of Banning on the EIR

have produced substantial new information requiring recirculation or additional environmental review under State CEQA Guidelines §15088.5.

**Table F-1. Organizations, Persons, & Public Agencies that Commented on the EIR**

| Comment | COMMENTING ORGANIZATION, PERSON, OR PUBLIC AGENCY | DATE |
|---------|---------------------------------------------------|------|
| A | Riverside County Airport Land Use Commission via email | 9/15/20 |
| B | Lozeau Drury LLP | 10/01/20 |
| C | Lozeau Drury LLP via email | 10/01/20 |
| D | Golden State Environmental Justice Alliance | 10/16/20 |

*The remainder of this page is left intentionally blank.*

AR 008514

AR005654

**From:** "Rull, Paul" <PRull@RIVCO.ORG>
**Date:** September 15, 2020 at 6:59:41 AM PDT
**To:** Adam Rush <arush@banningca.gov>
**Subject: Sun Lake Village North SPA transmittal ALUC comments**

**Comment A**

### Warning

*********************

This email originated from outside of the organization. Do not click links or open
attachments unless you recognize the sender's email address and know the content is safe.
City of Banning Information Technology
*********************

Hi Adam,

Thank you for transmitting the above project to ALUC for review. Please note that the project is
not located within the airport influence area, and therefore ALUC has no comments at this
time.

1

If you have any questions, please feel free to contact me.

**Paul Rull**
ALUC Principal Planner



**Riverside County Airport Land Use Commission**
4080 Lemon Street, 14th Floor
Riverside, Ca 92501
(951) 955-6893
(951) 955-6177 (fax)
PRULL@RIVCO.ORG
www.rcaluc.org

### Confidentiality Disclaimer

This email is confidential and intended solely for the use of the individual(s) to whom it is addressed. The information contained in this
message may be privileged and confidential and protected from disclosure.
If you are not the author's intended recipient, be advised that you have received this email in error and that any use, dissemination,
forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please delete all copies, both
electronic and printed, and contact the author immediately.

**County of Riverside California**

AR 008515

AR005655

**RESPONSE TO COMMENT A FROM THE RIVERSIDE COUNTY LAND USE COMMISSION, DATED SEPTEMBER 15, 2020.**

**A-1**  Comment acknowledged. The project is not located within the Airport Influence Area (AIA)
of the Banning Municipal Airport; therefore, the Airport Land Use Commission (ALUC) staff
has no comment.

AR 008516

AR005656



**LOZEAU DRURY** LLP

T 510.836.4200      1939 Harrison Street, Ste. 150      www.lozeaudrury.com
F 510.836.4205      Oakland, CA 94612                  richard@lozeaudrury.com

BY E-MAIL AND OVERNIGHT MAIL

October 1, 2020

Adam Rush, M.A., AICP
Community Development Director
City of Banning
99 E. Ramsey Street
Banning, CA 92220
Email: arush@banningca.gov

<div style="border:1px solid red; color:red;">Comment B</div>

Re:    Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental Impact Report (SCH No. 2020029074) (APN 419-140-057)

Dear Mr. Rush:

I am writing on behalf of Supporters Alliance for Environmental Responsibility and its members living or working in and around the City of Banning (collectively "SAFER" or "Commenters") regarding the Draft Environmental Impact Report ("DEIR") prepared for the Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental Impact Report (SCH No. 2020029074) (APN 419-140-057) ("Project").

After reviewing the DEIR, we conclude that the DEIR fails as an informational document, fails to adequately analyze all significant impacts, and fails to impose all feasible mitigation measures to reduce the Project's impacts. Commenters request that the City of Banning Planning Department, City Council, and your staff address these shortcomings in a revised draft environmental impact report ("RDEIR") and recirculate the RDEIR prior to considering approvals for the Project. We reserve the right to supplement these comments during review of the Final EIR for the Project and at public hearings concerning the Project. *Galante Vineyards v. Monterey Peninsula Water Management Dist.*, 60 Cal. App. 4th 1109, 1121 (1997). □1

Please place me on the notice list for any hearings on this matter, and notify me of the issuance of the Final Environmental Impact Report, and any notices of determination. Thank you.

Sincerely,

Richard Drury

AR 008517

AR005657

RESPONSE TO COMMENT B FROM LOZEAU DRURY LLP, DATED OCTOBER 1, 2020.

The letter does not provide any specific comments nor provide any substantial evidence regarding the EIR. No new environmental issues have been raised by this comment.

AR 008518

AR005658

**From:** Toyer Grear <toyer@lozeaudrury.com>                    Comment C
**Sent:** Thursday, October 1, 2020 1:30 PM
**To:** Adam Rush <arush@banningca.gov>
**Cc:** Drury, Richard <richard@lozeaudrury.com>; Stacey Obome
<stacey@lozeaudrury.com>; Komalpreet Toor <komal@lozeaudrury.com>
**Subject:** Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental
Impact Report (SCH No. 2020029074) (APN 419-140-057)

**Warning**

*******************
This email originated from outside of the organization. Do not click links or open
attachments unless you recognize the sender's email address and know the content is safe.
City of Banning Information Technology
*******************

Dear Mr. Rush,

Attached please find comments written on behalf of Supporters Alliance for Environmental       1
Responsibility and its members living or working in and around the City of Banning (collectively
"SAFER" or "Commenters") regarding the Draft Environmental Impact Report ("DEIR") prepared
for the above mentioned project. Please note a hard copy will follow by overnight mail. If you
have any questions, please feel free to contact our office.

Thanks,
Toyer Grear
Office Manager / Paralegal
Lozeau Drury, LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
email: **toyer@lozeaudrury.com**
phone: 510-836-4200 / fax: 510-836-4205

AR 008519

AR005659



**LOZEAU DRURY** LLP

T 510.836.4200     1939 Harrison Street, Ste. 150     www.lozeaudrury.com
F 510.836.4205     Oakland, CA 94612                  richard@lozeaudrury.com

BY E-MAIL AND OVERNIGHT MAIL

October 1, 2020

Adam Rush, M.A., AICP
Community Development Director
City of Banning
99 E. Ramsey Street
Banning, CA 92220
Email: arush@banningca.gov

Attachment to Comment C

> Re:    **Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental Impact Report (SCH No. 2020029074) (APN 419-140-057)**

Dear Mr. Rush:

I am writing on behalf of Supporters Alliance for Environmental Responsibility and its members living or working in and around the City of Banning (collectively "SAFER" or "Commenters") regarding the Draft Environmental Impact Report ("DEIR") prepared for the Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental Impact Report (SCH No. 2020029074) (APN 419-140-057) ("Project").

After reviewing the DEIR, we conclude that the DEIR fails as an informational document, fails to adequately analyze all significant impacts, and fails to impose all feasible mitigation measures to reduce the Project's impacts. Commenters request that the City of Banning Planning Department, City Council, and your staff address these shortcomings in a revised draft environmental impact report ("RDEIR") and recirculate the RDEIR prior to considering approvals for the Project. We reserve the right to supplement these comments during review of the Final EIR for the Project and at public hearings concerning the Project. *Galante Vineyards v. Monterey Peninsula Water Management Dist.*, 60 Cal. App. 4th 1109, 1121 (1997).

Please place me on the notice list for any hearings on this matter, and notify me of the issuance of the Final Environmental Impact Report, and any notices of determination. Thank you.

Sincerely,

Richard Drury

9

AR 008520

AR005660

**Response to Comment C from Lozeau Drury llp, dated October 1, 2020.**

The email does not provide any specific comments nor provide any substantial evidence regarding the EIR. No new environmental issues have been raised by this comment.

AR 008521

AR005661

Page 1 of 15



Green Jobs & Clean Communities

P.O. Box 79222
Corona, CA 92877

October 16, 2020

Comment D

VIA EMAIL

Adam Rush, M.A., AICP
Community Development Director
99 E. Ramsey Street
Banning, CA 92220
arush@banningca.gov

**SUBJECT: COMMENTS ON SUN LAKES VILLAGE NORTH SPECIFIC PLAN AMENDMENT NO. 5 EIR (SCH NO. 2020029074)**

To whom it may concern:

Thank you for the opportunity to comment on the Environmental Impact Report (EIR) for the proposed Sun Lakes Village North Specific Plan Amendment No. 5 Project.  for the proposed First Industrial Warehouse at Wilson Ave. Project.  Please accept and consider these comments on behalf of Golden State Environmental Justice Alliance.  Also, Golden State Environmental Justice Alliance formally requests to be added to the public interest list regarding any subsequent environmental documents, public notices, public hearings, and notices of determination for this project.  Send all communications to Golden State Environmental Justice Alliance P.O. Box 79222 Corona, CA 92877.

1

**1.0 Summary**

The project proposes to change the existing Specific Plan document to amend the existing Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park &



AR 008522

AR005662

Page 2 of 15

Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The amendment will also change the permitted land uses, development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage), design guidelines for development, and administration and implementation provisions.   The project site area is approximately 47 acres.



2 cont.

## 2.0 Introduction
*2.3.1 Topics Not Addressed in Detail in this Draft EIR*
The EIR refers to the attached Initial Study (IS) as the documentation regarding all impacts considered not be significant which are not addressed further in the EIR.  The Population and Housing analysis within the IS is inadequate. The IS concludes that impacts to population and housing will not be significant because "it is *anticipated* that new employees generated by the Project *could* come from within the local area and would not generate the need for any housing," without providing any quantified analysis or meaningful evidence to support this claim.  The IS utilizes uncertain language by stating that it "anticipates" the new employees "could" reside in the local area (the boundaries of the "local area" are undefined) and does not provide any meaningful analysis or supporting evidence to substantiate this conclusion.   The IS has not provided any calculation of the jobs generated by the project or evidence that the unemployed population is qualified for or interested in work in the industrial sector.   SCAG's Employment Density Study[1] provides the following applicable employment generation rates for Riverside County:

3

Warehouse: 1 employee per 581 square feet
Office: 1 employee per 481 square feet
Retail: 1 employee per 268 square feet

Applying these ratios results in the following calculation:

Warehouse: 877,298 sf /  581 = 1,510

Office: 52,065 sf / 481 sf = 109

Retail: 37,189 sf / 268 = 139

Total: 1,758 employees



---

[1] SCAG Employment Density Study http://www.mwcog.org/file.aspx?A=QTTlTR24POOOUIw5mPNzK8F4d8djdJe4LF9Exj6lXOU%3D

AR 008523

AR005663

Utilizing SCAG's Employment Density Study ratios, the proposed project will generate 1,758 employees. The EIR utilizes uncertain and misleading language which does not provide any meaningful analysis of the project's population and employment generation. In order to comply with CEQA's requirements for meaningful disclosure, a revised EIR must be prepared to provide an accurate estimate of employees generated by all uses of the proposed project. It must also provide demographic and geographic information on the location of qualified workers to fill these positions.

3
cont.

## 3.0 Project Description

The project proposes to change the existing Specific Plan Land Use Plan designation from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The BW, OP, and RS designations are not described in the EIR. The EIR must be revised to include a Project Description that details permitted uses, administrative and implementation requirements, and all other aspects of the three proposed land use designations. Further, the EIR is internally inconsistent as the proposed land uses are described differently throughout the document. For example, in the Land Use and Planning analysis, the project is described as amending the land use plan to "Business Park, Professional Office, and Commercial Retail," which are all different than stated in the Project Description.

4

The EIR states that the project proposes both land use plan amendments and text amendments to the Sun Lakes Village North Specific Plan. The text amendments include revising the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions. However, the EIR does not include any information regarding what the text amendments specifically propose. For example, administration and implementation provisions typically describe the entitlement process. It is vital for the public and decision makers to be informed of any changes or streamlining in the entitlement process, especially as the EIR includes several Air Quality mitigation measures that defer Air Quality and cancer risk analysis to the development process without requiring CEQA review. The EIR must be revised to include a full draft of the proposed revisions to the Sun Lakes North Specific Plan in order to comply with CEQA's requirements for meaningful disclosure (CEQA § 21003).

5

Additionally, the EIR outlines a square footage quantity of land uses to be developed on the project site, including 877,298 square feet (sf) of Industrial Park, 52,065 sf of Medical Office, and 37,189 sf of Retail. The EIR states that the "assumptions are provided for analytical purposes only and do not imply that the Project must be developed to these precise square footages." This statement is

6

AR 008524

AR005664

Page 4 of 15

misleading and must be removed from the EIR.  While the project is not required to build these precise square footages, it may construct up to these precise square footages.  A specific plan generally sets the precise square footages for maximum development allowed onsite.  The EIR must be revised to state this.

<div style="float:right">6 cont.</div>

The EIR includes Table 3.2 - Existing General Plan Designations and Zoning Classifications, but does not provide an existing General Plan land use or Zoning map.  The EIR is not adequate as an informational document and does not comply with CEQA's requirements for meaningful disclosure.  Including the maps is vital for public review and analysis as there are several different land use designations currently on the site and several other land uses proposed.  Based on a cursory review of the General Plan Land Use map, it appears that the existing Business Park designation is located adjacent to Sun Lakes Blvd., where the project proposes retail development.  The remainder of the site is designated as General Commercial and the project proposes industrial development on this portion.  The existing land use plan is the opposite of the land use designations proposed as part of the project and it appears that a General Plan Amendment is required for the proposed project to proceed.

<div style="float:right">7</div>




Figure 1-3 - Land Use Plan

The figure on the left represents the existing General Plan Land Use designations.  Figure 1-3 Land Use Plan depicts the proposed land use plan described in the EIR.  The General Commercial designation does not permit industrial development, such as warehousing.  The EIR must be revised to include this information and exhibits in order to comply with CEQA's requirements for meaningful disclosure.

AR 008525

AR005665

Page 5 of 15

### 4.1 Aesthetics

Project Description section 3.4.1 Existing Conditions describes the site "as of February 21, 2020, the site is a disturbed vacant lot and appears to be regularly disked or mown." The baseline environmental setting is February 21, 2020 and the aesthetics analysis does not reflect this date.



8

The EIR relies upon Google Images street view for aesthetics analysis. The street view shown in Figure 4.1.4 - Looking West from Assisted Living Facility was captured by Google Images in January 2008. This is 12 years prior to the stated environmental setting of February 21, 2020 and unreliable for analysis. Further, Figure 4.1.1 - Looking North from Sun Lakes Boulevard - was captured by Google Images in September 2019; Figure 4.1.2- Looking South from I-10 - was captured by Google Images in October 2019; and Figure 4.1.3- Looking East from Shopping Center was captured by Google Images in January 2019. The EIR is unreliable as an informational document as it utilizes inaccurate information as its source for analysis. The EIR must be revised to include site photo analysis from the baseline year in order to accurately analyze aesthetic impacts.

### 4.2 Air Quality

The CalEEMod output sheets do not accurately reflect the project as proposed in the EIR. The CalEEMod analysis does not include any surface parking spaces, which can be calculated due to municipal code parking requirements. Surface parking lots are defined as individual land uses in

9

AR 008526

AR005666

Page 6 of 15

the CalEEEMod User Guide and must be entered into the analysis.  Further, the CalEEEMod output sheets also assumes vendor trip length of 6.90 miles and worker trip length of 14.70 miles for all phases of construction.  The EIR does not provide information regarding where the construction materials are sourced from or if they are all coming from the same location during all phases.  There is no information given regarding the availability of construction workers within 14.70 miles.  The EIR must be revised to include an AQA which presents an accurate analysis of all potentially significant impacts in order to be an adequate informational document.

9 cont.

The CalEEEMod output sheets do not model any of the proposed warehouse space as refrigerated/ cold storage.  At least 50% of the proposed industrial space should be modeled as refrigerated/ cold storage.  This is especially necessary as the MM AQ-3 includes requirements for all loading docks to install electrical hookups because "trucks accessing the Project site may have auxiliary power units (APU) and/or transport refrigeration units (TRUs)," which indicates that there will be refrigerated/cold storage at the project site.  The EIR does not provide any explanation regarding why refrigerated trucks would visit a warehouse at the site if it does not have refrigerated space.

10

Further, the EIR does not provide any information regarding project grading nor the quantity of required import or export of soils.  The CalEEEMod output sheets model 0 hauling trips during construction, meaning there was no import or export of soil or other hauling activity modeled.  There is no method for the public to verify this conclusion.  The EIR does not provide any supporting evidence, such as a grading plan, to demonstrate how disturbance of the 47 acre site will not necessitate any hauling trips.

11

The EIR includes the following mitigation measures which represent deferred mitigation and implementation of the project without CEQA review:

"AQ-2: Grading Limitations. During the City's review process for applications under the Specific Plan, the applicant shall conduct or shall have conducted modeling of the regional and the localized emissions (NOx, CO, PM10, and PM2.5) associated with the maximum daily grading activities estimated for the proposed individual developments one acre or larger. If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the maximum daily grading activities of the proposed development shall be limited to the extent that could occur without resulting in emissions in excess of SCAQMD's significance thresholds for those emissions. For implementing projects within the Specific Plan, the applicant shall be responsible for submitting a focused project-level air quality assessment that includes

12

AR 008527

**AR005667**

Page 7 of 15

the modeling of localized on-site emissions associated with daily grading activities anticipated
for the proposed development.

<div style="text-align:right">12
cont.</div>

AQ-7-Health Risk Assessment: During the City's review process for any future development
applications under the Specific Plan that proposes a warehouse or distribution project, the
applicant shall submit a Health Risk Assessment for that is prepared pursuant to the "Health Risk
Assessment Guidance for Analyzing Cancer Risk from Mobile Source Diesel Idling Emissions
for CEQA Air Quality Analysis." If the modeling shows that emissions would exceed the
SCAQMD's significance thresholds for those emissions, the following performance-based
measures shall be required in order reduce emissions to less than significant levels. The measures
shall include the following: 1) Prior to the issuance of any grading permits, the applicant and/or
building operators shall submit construction plans and a construction vehicle management plan
to the City of Banning denoting the proposed schedule and projected equipment use. The
construction vehicle management plan shall include such things as: idling time requirements;
requiring hour meters on equipment; and documenting the serial number, horsepower, age, and
fuel of all onsite equipment. The plan shall include that California state law requires equipment
fleets to limit idling to no more than 5 minutes. Construction contractors shall provide evidence
that low emission mobile construction equipment will be utilized or that their use was
investigated and found to be infeasible for the project as determined by the City. 2) Prior to
issuance of an occupancy permit, the operator of a warehouse/distribution center use shall place
signs that identify CARB anti-idling regulations. At a minimum, each sign shall include: 1)
instructions for truck drivers to shut off engines when not in use; 2) instructions for trucks
drivers to restrict idling to no more than 5 minutes once the vehicle is stopped, the transmission
is set to "neutral" or "park", and the parking brake is engaged; and 3) telephone numbers of the
building facilities manager and CARB to report violations. 3) Prior to the issuance of an
occupancy permit for a warehouse/distribution center use, the City shall require operators of the
proposed facilities to encourage the vendor trucks to incorporate energy efficiency improvement
features through the Carl Moyer Program—including truck modernization, retrofits, and/or
aerodynamic kits and low rolling resistance tires—to reduce fuel consumption.

<div style="text-align:right">13</div>

Prior to the issuance of a building permit for a warehouse/distribution center use, the building
shall be designed to provide infrastructure to support use of electric powered forklifts and/or
other on-site equipment."

MM AQ-2 and AQ-7 delay Air Quality analysis and cancer risk assessments until the "City's
review process for applications under the Specific Plan." The review process is proposed to be

<div style="text-align:right">14</div>

AR 008528

AR005668

Page 8 of 15

changed as part of the project and details regarding the revised processes are not disclosed. These mitigation measures implement the project without CEQA review and do not comply with CEQA's requirements for meaningful disclosure. Additionally, MM AQ-7 includes Health Risk Assessment provisions only for warehouse/distribution uses. The EIR has not demonstrated that other uses permitted on the site (medical, office, retail, or other types of industrial) would not also potentially generate cancer risks. The EIR must be revised to include a HRA that analyzes all potential uses on the site.

14 cont.

Section 8.44.090 of the Banning Municipal Code prohibits construction activity between the hours of 6:00 P.M. and 7:00 A.M. There are no specifications limiting construction on weekends or Federal holidays. Thus, the legal hours of construction at the project site are 6:00 A.M. - 7:00 P.M., seven days per week. The EIR does not provide a "worst-case scenario" analysis of construction equipment emitting pollutants for the legal 11 hours per day, 7 days per week. It is legal for construction to occur for much longer hours and two additional days (7 days per week permitted while 5 days per week analyzed) than modeled in the Air Quality Analysis. The Air Quality modeling must be revised to account for these legally possible longer construction days and increased number of construction days.

15

The EIR does not include for analysis relevant environmental justice issues in reviewing potential impacts, including cumulative impacts from the proposed project. This is especially significant as the surrounding community is highly burdened by pollution. According to CalEnviroScreen 3.0, CalEPA's screening tool that ranks each census tract in the state for pollution and socioeconomic vulnerability, the proposed project's census tract (6065043812) ranks worse than 70% of the rest of the state overall. The surrounding community, including the residents of The Lakes at Banning Assisted Living and Memory Care to the east and Sun Lakes Country Club to the south and east of the project site, bears the impact of multiple sources of pollution and is more polluted than average on every pollution indicator measured by CalEnviroScreen. For example, the project census tract has a higher burden of ozone than 98% of the state and a higher concentration of drinking water contaminants than 82% of the state.

16

The project's census tract is a diverse community including 83% aging residents over age 65, which are especially vulnerable to the impacts of pollution. In comparison, the average in California census tracts is 12% aging residents over age 65. The community ranks in the 99th percentile for incidence of cardiovascular disease and 84th percentile for asthma, which are exacerbated by Air Quality and Greenhouse Gas impacts.

AR 008529

AR005669

### 4.3 Biological Resources

According to Appendix D - Habitat Assessment, one general biological survey was conducted on January 27, 2020, outside of the burrowing owl breeding season March 1 - August 31. The general survey lasted three hours to complete a pedestrian survey of the 47 acre project site. The survey concluded that there are small mammal burrows onsite, which is suitable habitat for burrowing owl.  The 2006 Burrowing Owl Survey Instructions for the Western Riverside County Multiple Species Habitat Conservation Plan Area states the following:

"Negative results during surveys outside the breeding season are not conclusive proof that owls do not use the project site and may not provide an accurate picture of the number of owls that may utilize the site. Surveys that are conducted outside the breeding season will likely need to be repeated during the breeding season; therefore, it is recommended that surveys only be conducted during the breeding season."

| 17 |

The timing of the general biological survey outside of the breeding season is not in compliance with the 2006 Burrowing Owl Survey Instructions.  It is also important to note that the 2006 Instructions also rely on the Department of Fish and Game's Staff Report on Burrowing Owl Mitigation.   The Report concludes that "current scientific literature indicates that it is most effective to conduct breeding and non-breeding season surveys and report in the manner that follows:

Breeding Season Surveys

*Number of visits and timing.* Conduct 4 survey visits: 1) at least one site visit between 15 February and 15 April, and 2) a minimum of three survey visits, at least three weeks apart, between 15 April and 15 July, with at least one visit after 15 June."

The general biological survey was not conducted in accordance with the most effective practices outlined by the DFG Report or the guidelines in the 2006 Western Riverside County Instructions.  The EIR must be revised to include focused burrow and burrowing owl surveys conducted in accordance with the most effective practices of the DFG Report for public review. A site map noting the location and quantity of observed burrows and burrowing owls must also be included.

Additionally, threshold 4.3.5 (f) concludes that the project will not conflict with the provisions of an adopted Habitat Conservation Plan, Natural Community Conservation Plan, or other approved

AR 008530

AR005670

local, regional, or state habitat conservation plan. The project site is located within a Burrowing Owl (BUOW) required habitat suitability assessment survey area. The EIR states that "to be thorough, a habitat suitability assessment for BUOW was conducted during site visit. The result of the assessment was that no BUOW habitat or BUOW sign was detected on site, and this species is currently considered absent from the Project area." This conclusion conflicts with the information given earlier in the EIR that there is suitable habitat for burrowing owl onsite. The EIR is internally inconsistent and purposefully leaves out information for analysis in order to find there are no significant impacts. The EIR must be revised to accurately and adequately analyze all potentially significant Biological Resources impacts utilizing all information available in the EIR and technical appendices.

17 cont.

### 4.5 Energy

Table 4.5.4 - Projected Fuel Consumption states that the project will generate 12,632,720 VMT. However, according to the CalEEMod output sheets for Air Quality analysis, the proposed project will generate an annual VMT of 16,419,086. The EIR must be revised to utilize the accurate project VMT for fuel consumption analysis. Additionally, the Energy analysis has not considered the electricity consumption from refrigerated trucks plugged into the building at every loading dock onsite as required by MM AQ-3. The EIR must be revised to include this analysis.

18

### 4.7 Greenhouse Gas Emissions

The EIR is erroneous and misleading to the public and decision makers. The EIR relies on CalEEMod output sheets from the Air Quality analysis to determine the metric tons of CO2e generated by the project. The EIR concludes the project will generate 11,966.27 MTCO2e annually. The CalEEMod output sheets calculate the project will generate 53,258.50 MTCO2e in the winter and 55,742.52 MTCO2e in the summer. The CalEEMod output sheets nor the EIR provide information regarding how generation of 53,258.50 MTCO2e in the winter and 55,742.52 MTCO2e in the summer will average to an annual generation rate of 11,966.27 MTCO2e. The EIR must be revised to include this information for analysis.

19

### 4.9 Land Use and Planning

Table 4.9.1 - Analysis of Consistency with SCAG 2016-2040 RTP/SCS Goals is erroneous and misleading to the public and decision makers. For example, the EIR concludes that the project is consistent with Goal 6 to protect the environment and health for our residents by improving air

20

AR 008531

AR005671

quality and encouraging active transportation (non-motorized transportation, such as bicycling and walking) because "mitigation measures are specified to reduce the Project's air quality impacts to the extent feasible." This is erroneous as the EIR finds the project will result in significant and unavoidable Air Quality, Greenhouse Gas Emissions, and Transportation impacts in addition to being inconsistent with RTP/SCS Goal 2 to maximize mobility and accessibility for all people and goods in the region.

20 cont.

Further, the EIR also finds consistency with Goal 4 to preserve and ensure a sustainable regional transportation system and Goal 5 to maximize the productivity of our transportation system even though the project will result in significant and unavoidable Transportation impacts. The EIR ultimately concludes the project is consistent with the RTP/SCS even though it is not consistent with Goals 4, 5, 6 as noted herein and Goal 2 within the EIR itself (noted in Table 4.9-1). The EIR is inconsistent with more than half of the RTP/SCS' nine goals and must be revised to include a finding of significance due to the inconsistency.

21

The EIR provides a conceptual consistency analysis with the Banning General Plan. It does not provide an analysis of the project in accordance with any goals or policies of the General Plan. This is vital as General Plan Land Use Element Citywide Policy 5 requires that "All land use proposals shall be consistent with the goals, policies and programs of this General Plan, and with the Zoning Ordinance."

The EIR must be revised to include a consistency analysis with the Banning General Plan, including the following specific goals and policies which the project is not consistent with:

"Land Use Element Industrial Goal A: balanced mix of non-polluting industrial land uses which provide local jobs for the City's residents."
The largest proposed use within the project includes warehousing, for which mobile source (trucks/trailers) pollutants are extremely high polluters. This is supported by the CalEEMod output sheets of the Air Quality analysis calculating that the industrial portion of the project will generate 10,282,353 annual VMT. The EIR has not included a cancer risk assessment through an HRA and must be revised to include this analysis.

22

"Circulation Element Policy 6 The City shall maintain peak hour Level of Service C or better on all local intersections, except those on Ramsey Street and at I-10 interchanges, where Level of Service D or better shall be maintained."

23

AR 008532

AR005672

Page 12 of 15

Table 6-1 Intersection Analysis for Horizon Year (2040) Conditions of Appendix H - Traffic Analysis indicates that intersections 1 - 4 will have deficient LOS. Appendix H suggests project improvements that will bring all intersections into an acceptable LOS. However, the EIR does not discuss that each of the intersections under the jurisdiction of agencies other than the City of Banning, and additional agency cooperation and approval is required to complete these improvements. Intersections 1 and 2 are under jurisdiction of Banning, Beaumont, and Caltrans while intersections 3 and 4 are under jurisdiction of Banning and Beaumont. The improvements at each intersection are beyond the jurisdiction of the City of Banning. The EIR does not discuss any of the improvements recommended in the Appendix or the LOS deficiencies of the project and the resulting inconsistency with the General Plan. The EIR must be revised to include this discussion and a finding of significance.

> 23 cont.

"Biological Resources Policy 1 The City shall continue to participate in the preservation of habitat for endangered, threatened and sensitive species.
Biological Resources Policy 2 As part of the development review process, the City shall evaluate projects based on their impact on existing habitat and wildlife, and for the land's value as viable open space."
As detailed in the Biological Resources analysis above, the EIR has not accurately analyzed the existing conditions and onsite habitat of the burrowing owl in finding no significant biological impacts.

> 24

It must also be noted that the EIR is internally inconsistent as Table ES 2- Summary of Impacts and Mitigation Measures states that the project will have significant and unavoidable Land Use and Planning impacts while Section 4.9 concludes all impacts will be less than significant. The EIR is further deficient as an informational document as Section 4.9.6 states the project will be consistent with with "SCAG's RTP/SCS, MARB Airport Land Use Compatibility Plan, and the policies of the City of *Menifee* General Plan." The Menifee General Plan and March Air Reserve Base ALUCP do not apply to the project site. The EIR is unreliable as an informational document and must be revised to be internally consistent and accurately analyze the proposed project.

> 25

**4.10 Noise**
The EIR concludes that construction noise levels at 50 feet from the project site have the potential to reach up to 84 dBA at the nearest sensitive receptors during grading and up to 89 dBA during building construction, exceeding the City's construction noise threshold of 55 dBA by 29 dBA and 34 dBA, respectively. The EIR includes that MM NOI-1 to develop a

> 26

Page 13 of 15

construction noise mitigation plan will enable the project to achieve less than significant noise impacts. However, MM NOI-1 is unenforceable as there is no enforcement entity, field verification, or lead agency oversight component regarding any portion of the plan, in particular installing a sound barrier that will achieve a 34 dBA reduction in noise. MM NOI-1 must be revised in order to meaningfully enforceable (CEQA § 21081.6 (b)). Further, MM NOI-1 does not provide details regarding the feasibility, possibility, or practicality of installing a noise barrier with a 34 dBA noise reduction.

26 cont.

The same is true for MM NOI-2 deferring operational noise compliance to the building permit issuance phase. The EIR concludes that operational noise from the BW and OP districts will exceed noise standards affecting the single-family homes located approximately 15 feet from the eastern property line and the senior apartments, assisted living/memory care residential facility located approximately 50 feet from the southern property of the site. The EIR specifically defers mitigation and analysis via MM NOI-2 by requiring "noise from proposed commercial and retail uses to be analyzed in further detail once site specific plans have been submitted for approval." This does not comply with CEQA's requirements for meaningful disclosure, represents deferred mitigation and implementation of the project without CEQA review, and a revised EIR with this analysis must be completed and distributed for public review.

27

**4.11 Transportation**

The ITE notes that the number of pass-by trips should not exceed 10% of the volume of adjacent street traffic during the peak hour analysis. The TIA has credited the retail portion of the project with a 34% reduction, which is inappropriate and serves to skew the total project trip generation downward. The EIR must be revised to include only a maximum 10% pass-by trip reduction and justification for this reduction.

28

It is also inappropriate that the EIR has excluded the retail portion of the project from VMT analysis because it proposes less than the threshold of 50,000 sf of retail. The proposed project as a whole will generate an annual VMT of 16,419,086 according to the CalEEMod output sheets for Air Quality analysis. The EIR must be revised to include the retail portion of the project for VMT analysis.

29

It must also be noted that there is no discussion regarding construction transportation impacts. The EIR must be revised to include this analysis, which is vital as the CalEEMod output sheets for Air Quality analysis indicate there will be 529 construction workers and 158 construction

30

AR 008534

AR005674

Page 14 of 15

vendor trips necessary during construction.   The Banning General Plan also includes LOS
requirements that may be significantly impacted during construction.

30
cont.

### 5.0 Other CEQA Topics

*5.2 Significant Irreversible Environmental Changes*

The EIR concludes that project construction and long-term operation of the proposed Project
would be compatible with existing and planned future land uses that surround the Project site and
would not result in significant and unavoidable physical environmental effects to nearby
properties. However, the EIR has not demonstrated through its analysis that it will not result in
significant and unavoidable environmental changes to nearby properties as much of the analysis -
such as a Health Risk Assessment and Operational Noise analysis - have been deferred to a stage
of development after CEQA review.   The EIR must be revised to include this information and a
finding of significance.

31

The same is true regarding wasteful use of energy.   The EIR has not adequately analyzed the
electrical consumption of the project and refrigerated trucks plugged into every loading dock as
required by MM AQ-3.   The EIR must be revised to include this analysis.

32

*5.3 Growth Inducing Impacts*

The EIR concludes that the because the "project is consistent with the General Plan land uses for
the site, development of the site in this manner would have been considered in the RTP-SCS
projections."   However, the EIR does not provide an existing General Plan land use or Zoning
map to demonstrate that the project is consistent with the existing designations. As noted in the
Project Description analysis above, it does not appear that the proposed project is consistent with
the existing General Plan land use designations and a GPA may be required.   The EIR also
concludes the project is consistent with SCAG's RTP/SCS even though it is not consistent with
Goals 4, 5, 6 as noted in the Land Use and Planning analysis above and Goal 2 within the EIR
itself (noted in Table 4.9-1).   The EIR is inconsistent with more than half of the RTP/SCS' nine
goals and the EIR must be revised to include a finding of significance due to the inconsistency.

33

### Conclusion

For the foregoing reasons, GSEJA believes the EIR is flawed and an amended EIR must be
prepared for the proposed project and recirculated for public review.   Golden State
Environmental Justice Alliance requests to be added to the public interest list regarding any

35

AR 008535

AR005675

Page 15 of 15

subsequent environmental documents, public notices, public hearings, and notices of
determination for this project.  Send all communications to Golden State Environmental Justice
Alliance P.O. Box 79222 Corona, CA 92877.

34 cont.

Sincerely,

`

Board of Directors
Golden State Environmental Justice Alliance

AR 008536

AR005676

**RESPONSE TO COMMENT D FROM GOLDEN STATE ENVIRONMENTAL JUSTICE ALLIANCE, DATED OCTOBER 16, 2020.**

**D-1**    The commenter thanks the City for the opportunity to comment on the EIR for the *First Industrial Warehouse at Wilson Ave., Project.*  The City recognizes this is in error,  but for the record wants to establish that the EIR is for the *Sun Lakes Village North Specific Plan Amendment No. 5* which is a mixed-use project that provides for the development of retail, office, and industrial uses and is not a "warehouse project" although that type of use is allowed in the Business & Warehouse District of the Specific Plan.

Golden State Environmental Justice Alliance has been added to the mailing and notification lists for the proposed project. *No revisions to the DEIR are required in order to respond to this comment.*

**D-2**    The commenter has correctly summarized the project description. Additional detail is provided in the respective topical sections of the EIR  as needed to provide the basis for the environmental impact analysis. *No revisions to the DEIR are required in order to respond to this comment.*

**D-3**    The commenter states that 1,758 employees will be created by the Project and that that the Initial Study (Appendix A of the EIR) does not provide any meaningful analysis of the Project's population and employment generation.

The CEQA threshold for determining significance is would the Project "*Induce substantial unplanned population growth in an area, either directly (for example, by proposing new homes and businesses) or indirectly (for example, through extension of roads or other infrastructure)*?"

As discussed under Impact 3.14 (a) of the Initial Study, the Project site has been planned for this type of development by the City's General Plan and all infrastructure required to serve the Project exists adjacent to the site.

The conclusion in the Initial Study that  it is anticipated that new employees generated by the Project could come from within the local area and would not generate the need for new housing is appropriate based on the Southern California Association of Government's (SCAG) growth projections for the City incorporate the type of growth that would result from the Project. Per SCAG's *Connect SoCal Demographics and Growth Forecast Technical Report, Table 14-Jurisdictional Level Growth Forecasts,* data for the City of Banning for 2016 shows the  jobs to housing ratio is 0.68.  SCAG considers an area balanced when the jobs-housing ratio is 1.36; communities with more than 1.36 jobs per dwelling unit are considered jobs-rich; those with fewer than 1.36 are housing-rich. and is considered housing rich.  Because the City's ratio of jobs to housing of 0.68 is significantly less the 1.36 threshold, new housing is not needed to fulfill jobs in the area.  *No revisions to the DEIR are required in order to respond to this comment.*

**D-4**   The commenter identified that the description of the land use designations are not consistent between the Project Description and Land Use and Planning sections of the EIR. The following text reflects clarified language in underline and strikeout format with respect to the inconsistencies between the land use descriptions in the Project Description and the Land Use sections of the EIR:

### 4.9.5 Impact Analysis

The Project entails a Specific Plan Amendment to the Sun Lakes Village North Specific Plan that updates the Specific Plan document to amend the Specific Plan Land Use Plan from "Retail Commercial" to "Business Park <u>and Warehouse (BW)</u>" and "<u>Office and</u> Professional (OP) <del>Office</del>" along the primary I-10 Freeway frontage and "<del>Commercial Retail</del>" "<u>Retail and Service</u>". *The EIR will be revised accordingly.*

**D-5**   The commenter states that the EIR does not include any information describing the text amendments in detail as proposed by the Project. As stated in the EIR, the Sun Lakes Village Specific Plan was originally approved by the City of Banning on February 28, 1983 and has been amended four (4) times between 1984 and 2006 to accommodate various changes to the land use plan, infrastructure requirements, and the vehicle and pedestrian circulation plan. The Project updates the existing Specific Plan document in its entirety rather than amending the text throughout the existing plan. Because this is a comprehensive update to the Specific Plan, identifying text changes line by line is not practical. The Specific Plan document provides all the information necessary to describe the land use regulations.

In response to the comment that the public and decision makers be informed of any changes or streamling of the entitlement process, future development allowed by the Specific Plan will be reviewed to ensure consistency with the Development Standards and Design Guidelines section of the Specific Plan. The Planning Commission shall be the designated review authority for development applications within the Specific Plan area or land uses requiring approval of a Conditional Use Permit. The review authority for other applications, including signs or tenant improvements, as well as the procedures for processing entitlement applications, shall be as specified in Chapter IV, Administration, of the Banning Zoning Code. *No revisions to the DEIR are required in order to respond to this comment.*

**D-6**   The following text in underline and strikeout format clarifies the analysis in the EIR related to the maximum amount of building square footage:

### 4. Environmental Analysis

At this time there are no land use development entitlements being sought (i.e. site plan, parcel map, etc.). In order to provide a more robust analysis of those environmental topics that more level of detail than is shown on a land use plan level, the impacts for Air Quality, Greenhouse Gas Emissions, Noise, Transportation, and some Utility and Service Systems components, the following building square footage assumptions are made. These assumptions are provided for analytical purposes only and ~~do not imply that the Project must be developed to these precise square footages.~~ describe the maximum amount of building square footage that was analyzed in the EIR.

- 877,298 square feet (sf) of Industrial Park;
- 52,065 sf of Medical Office, and
- 37,189 sf of Retail Use.

**D-7**    The commenter asserts that a general plan amendment is required. The City determined that a general plan amendment was not required pursuant to state planning and zoning law. Pursuant to Government Code 65450, a legislative body that has prepared a General Plan shall prepare specific plans for the systematic implementation of the General Plan. The Project does not propose to expand or reduce the perimeter boundary of the specific plan; therefore, the existing footprint will be retained, and no additional property is included within this amendment. The EIR has evaluated the impacts of implementing the land use map changes  as indicated throughout the EIR. *No revisions to the DEIR are required in order to respond to this comment.*

**D-8**    The commenter asserts  that the environmental setting for the aesthetic impact analysis relied upon outdated Google Images because Figure 4.1-2, 4.1-3, and 4.1-4 are allegedly captured between 2008 and 2019 which is prior to the baseline year of February 2020, and therefore the analysis is based on inaccurate information.

Based on historic aerial images from Google Earth Pro, the site and its surroundings have been in its present condition since 2002. Although images dated 2019 are included in the EIR, this does not result in an analysis that is "inaccurate." *No revisions to the DEIR are required in order to respond to this comment.*

**D-9**    The assertion that construction of the parking lots are not included in the air quality analysis is not correct. Construction equipment used the grading of future parking lots are accounted for  in the construction air quality modeling for the Project. Per Appendix A of the CalEEMod User's Guide, *Calculation Details for CalEEMod*, construction and operation of a "Surface Parking Lot" may generate emissions of volatile organic compounds (VOCs). CalEEMod calculates VOC emissions from paintings of stripes, handicap symbols, directional arrows, and car space descriptions in parking lots that contribute to the overall project-related VOC emissions. It should be noted that the construction and operations of a "Surface Parking Lot" would generate negligible amounts of VOC emissions and are considered de minimis for analysis purposes.

With respect to the comment related to vendor and worker trip lengths and the source of construction materials, the source of construction materials is speculative. It would be unreasonable for the EIR to provide that information since material supply is unknown at this time. As a result, modeling is based on the default trip length for vendor trips in the California Emissions Estimator Model (CalEEMod) program since any more specific information is not known at this time. The CalEEMod default assumes that the majority of materials would come from local vendors, and a trip distances in the modeling are based on surveyed data by various air districts. Therefore, use of the CalEEMod defaults is appropriate and supported by substantial evidence. The commenter does not provide any substantive information as to why this trip distance is not correct. *No revisions to the DEIR are required in order to respond to this comment.*

**D-10**   The commenter asserts that the CalEEMod output sheets do not model cold storage warehouses and   that the air quality analysis should analyze 50% of the proposed industrial space.  The commenter is failing to recognize that the Project is an amendment to a land use policy plan and does not propose a cold storage warehouse project.  As stated in other responses,  it is unknown if  a cold storage facility will be developed on the site and  what  square footage might be devoted to cold storge in the future. However, that a future project includes loading docks, the EIR includes Mitigation Measure AQ-3 to require electrical hookups for loading docks. For clarification purposes, Mitigation Measure AQ-3 is revised as follows to be more :

**AQ 3-Electrical Hookups for Loading Docks:** ~~*Although the Project does not include refrigerated warehouse space, t*~~*Trucks accessing the Project site shall require auxiliary power units (APU) and/or transport refrigeration units (TRUs) where "clean idle" trucks (certified by CARB) are not present and/or available. Therefore, electrical hookups shall be installed at all loading docks, and to reduce/replace APU use while trucks are parked along the docks, to allow trucks with APU and/or TRUs with electric standby capabilities to plug in when TRUs are in use to reduce diesel fuel consumption and resulting NOx emissions. The City shall verify electrical hookups have been installed prior to occupancy.*

Implementation of Mitigation Measures AQ 2 through AQ 5 will reduce operational emissions of NOx from vehicle emissions to some extent; however, they do not have quantitative reductions associated with them available in CalEEMod. Consequently, operational emissions of NOx will exceed the SCAQMD threshold, even after implementation of mitigation measures.

Additionally, off-road airborne toxic control measures promulgated  by the California Code of Regulations requires airborne toxic control measure for in-use diesel-fueled transport refrigeration units (TRU) and TRU generators sets, and facilities where TRUs operate.

Notwithstanding the above, the EIR identifies that development of the Project will result in significant and unavoidable air quality impacts even with implementation of impacts. As such, the comment does not result in a new significant impact that has not been identified in the EIR. *The EIR will be revised accordingly for Mitigation Measure AQ-3.*

**D-11**    The commenter asserts that the EIR does not contain any information about the import and export of soil for grading and that a grading plan should be provided. The Project is an amendment to a land use policy plan and does not propose any grading. In addition, project The import or export of material from grading is speculative. It would be unreasonable for the EIR to provide detailed grading information since it is unknown until such time that detailed development plans are submitted. *No revisions to the DEIR are required in order to respond to this comment.*

**D-12**    The commenter asserts that Mitigation Measure AQ-2 described below represents "deferred mitigation."

> ***AQ-2: Grading Limitations.*** *During the City's review process for applications under the Specific Plan, the applicant shall conduct or shall have conducted modeling of the regional and the localized emissions (NOx, CO, PM10, and PM2.5) associated with the maximum daily grading activities estimated for the proposed individual developments one acre or larger. If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the maximum daily grading activities of the proposed development shall be limited to the extent that could occur without resulting in emissions in excess of SCAQMD's significance thresholds for those emissions. For implementing projects within the Specific Plan, the applicant shall be responsible for submitting a focused project-level air quality assessment that includes the modeling of localized on-site emissions associated with daily grading activities anticipated for the proposed development.*

The commenter's disagreement is noted, but the basis for it is disputed for the for the following reason.

The essential rule for proper deferral of the specifics of mitigation was established in *Sacramento Old City Assoc. v. City Council of Sacramento (1991) 229 Cal. App. 3d 1011*. Under the reasoning established in this case and cited in many decisions since, in order to meet CEQA's requirements a mitigation measure must meet one of the following basic conditions:

• The agency must commit itself to the mitigation by identifying and adopting one or more mitigation measures for the identified significant effect. The mitigation measure must also set out clear performance standards for what the future mitigation must achieve.

AR005681

*As shown in AQ-2 above, the mitigation measure sets out clear performance standards for what the future mitigation must achieve.*

• Alternatively, the agency must provide a menu of feasible mitigation options from which the applicant or agency staffs can choose in order to achieve the stated performance standards.

*Because Mitigation Measure AQ-2 satisfies the first criterion, this alternative is not required to be complied with.*

*No revisions to the DEIR are required in order to respond to this  comment.*

**D-13**   The commenter asserts that Mitigation Measure AQ-7 described below represents "deferred mitigation." Because a health risk assessment analysis is dependent on-site specific details such and use of a building and the precise location of the building, it was speculative for the EIR to include a health risk assessment.  However, the EIR contains the following performance-based mitigation measure:

<u>**AQ-7-Health Risk Assessment**</u>: *During the City's review process for any future development applications under the Specific Plan that proposes a warehouse or distribution project,  the applicant shall submit a Health Risk Assessment for that is prepared pursuant to the "Health Risk Assessment Guidance for Analyzing Cancer Risk from Mobile Source Diesel Idling Emissions for CEQA Air Quality Analysis." If the modeling shows that emissions would exceed the SCAQMD's significance thresholds for those emissions, the following performance-based measures shall be required in order reduce emissions to less than significant levels.*

*The measures shall include the following:*

*1)   Prior to the issuance of any grading permits, the applicant and/or building operators shall submit construction plans and a construction vehicle management plan to the City of Banning denoting the proposed schedule and projected equipment use. The construction vehicle management plan shall include such things as: idling time requirements; requiring hour meters on equipment; and documenting the serial number, horsepower, age, and fuel of all onsite equipment. The plan shall include that California state law  requires equipment fleets to limit idling to no more than 5 minutes. Construction contractors shall provide evidence that low emission mobile construction equipment will be utilized or that their use was investigated and found to be infeasible for the project as determined by the City.*

*2)   Prior to issuance of an occupancy permit, the operator of a warehouse/distribution center use shall place signs that identify CARB anti-idling regulations. At a minimum, each sign shall include: 1) instructions for truck drivers to shut off engines when not in use;*

*2) instructions for trucks drivers to restrict idling to no more than 5 minutes once the vehicle is stopped, the transmission is set to "neutral" or "park", and the parking brake is engaged; and 3) telephone numbers of the building facilities manager and CARB to report violations.*

*3)  Prior to the issuance of an occupancy permit for a warehouse/distribution center use, the City shall require operators of the proposed facilities to encourage the vendor trucks to incorporate energy efficiency improvement features through the Carl Moyer Program—including truck modernization, retrofits, and/or aerodynamic kits and low  rolling resistance tires—to reduce fuel consumption.*

*4)  Prior to the issuance of a building permit for a warehouse/distribution center use, the building shall be designed to provide infrastructure to support use of electric-powered forklifts and/or other on-site equipment.*

**D-14**  The commenter asserts that Mitigation Measures AQ-2 and AQ-7 delay the air quality and cancer risk assessments until the City's review process for applications under the Specific Plan; that the proposed review processes are not disclosed; that these mitigation measures implement the project without CEQA review; and that because Mitigation Measure AQ-7 only applies to warehouse/distribution uses and not other industrial projects, cancer risks for all other uses are not analyzed. Each of these points are disagreed with by the City below:

- Pursuant to CEQA Guidelines 15146; 15146, "*the degree of specificity required in an EIR will correspond to the degree of specificity involved in the underlying activity which is described in the EIR. (a) An EIR on a construction project will necessarily be more detailed in the specific effects of the project than will be an EIR on the adoption of a local general plan or comprehensive zoning ordinance because the effects of the construction can be predicted with greater accuracy. (b) An EIR on a project such as the adoption or amendment of a comprehensive zoning ordinance or a local general plan should focus on the secondary effects that can be expected to follow from the adoption or amendment, but the EIR need not be as detailed as an EIR on the specific construction projects that might follow.*" The EIR makes a good faith effort in evaluating and disclosing environmental impacts. The degree of specificity in the EIR corresponds to the degree of specificity involved in the underlying activity which is described in the EIR (i.e. amendment to a land use plan and zoning requirements).

- The proposed review processes are identified in Chapter 4.2 of the *Sun Lakes Village North Specific Plan, Amendment No. 5*. All land use and development within the Specific Plan boundaries shall comply with the provisions, development standards, and design guidelines set forth in this document. Where conflict exists

between the standards of the Specific Plan and those in the City of Banning Municipal Code (BMC), the standards contained in the Specific Plan shall apply. Any area of site development, administration, review procedures for implementing projects, landscaping requirements, parking regulations, or other provisions not addressed in this document shall be subject to the provisions of the BMC. Because a health risk assessment analysis is dependent on-site specific details such and use of a building and the precise location of the building, it was speculative for the EIR to include a health risk assessment.

- Future development that relies upon this EIR, including the adequacy of these measures as applied to a future development project, is required to comply with CEQA Guidelines 15162 which is considered a CEQA review.

- Guidance for when to prepare a health risk assessment is contained in the *Health Risk Assessment Guidance for Analyzing Cancer Risks from Mobile Source Diesel Idling Emissions for CEQA Air Quality Analysis*, South Coast Air Quality Management District, August 2003. This document provided guidance for analyzing cancer risks from diesel particulate matter from mobile sources at facilities such as truck stops, warehouse distribution centers, truck idling and movement (such as, but not limited to, truck stops, warehouse and distribution centers, or transit centers), ship hoteling at ports, and train idling. The only land use allowed by the Specific Plan that meets this criteria is a warehouse.

*No revisions to the DEIR are required in order to respond to this comment*

D-15    The commenter's assertion that the EIR must consider an 11-hour workday, 7 day per week because the City allows construction to occur for 12 or 13 hours on a particular day is noted but disputed. The City's municipal code provides hours of opportunity for construction activity, but that does not mean that all construction would continue through the full number of hours allowed by the Municipal Code. An 8-hour workday is a reasonable assumption for construction work based on a typical 40-hour work week; this represents approximately two-thirds of the period allowed by the municipal code and is recognized as a typical workday by South Coast AQMD. South Coast AQMD's Fact Sheet for applying CalEEMod to local significance thresholds (LST) is based on the maximum area a given piece of equipment can pass over in an 8-hour workday

The air quality analysis assumes that each piece of anticipated construction equipment will operate for 8 hours per day which, in reality, already overestimates construction emissions. For example, during grading operations, water trucks would not operate continuously for an 8-hour period but as necessary to minimize fugitive dust, usually three to four times per day. In fact, most pieces of equipment would likely operate for fewer hours per day than indicated in the EIR. Therefore, the air quality analysis is proper, and it is unnecessary to analyze an 11-hour workday in the EIR. The comment that a seven-

day work week should have been considered shows a misunderstanding of the EIR's construction air quality analysis and thresholds. The South Coast AQMD significance threshold is for daily emissions; therefore, any work on a Saturday or Sunday would have the potential to result in the same peak construction impacts that are identified in EIR Table 4.2-6. In other words, the EIR analyzed maximum daily emissions, not weekday only. *No revisions to the DEIR are required in order to respond to this comment.*

**D-16**  The comment that the Project area is in an environmental justice area and within a diverse community that is vulnerable to the impacts of pollution is noted. The commenters assertion that the EIR does not include an analysis relevant to environmental justice issues is disputed for the following reasons:

*Construction*

As discussed under EIR Threshold 4.2.5 (b) , the SCAQMD established Localized Significance Thresholds in response to the SCAQMD Governing Board's Environmental Justice Initiative I-4. These thresholds represent the maximum emissions from a project that will not cause or contribute to an exceedance of the most stringent applicable federal or state ambient air quality standard at the nearest residence or sensitive receptor. However, consistent with SCAQMD guidance an LST analysis can only be conducted at a *project level*, and quantification of LSTs is not applicable for this specific plan-level environmental analysis.

In addition, as discussed under EIR Threshold 4.2.5 (b), during construction, diesel particulate matter emissions would be emitted from heavy equipment use. Heavy-duty construction equipment is subject to a CARB Airborne Toxics Control Measure for in-use diesel construction equipment to reduce diesel particulate emissions. The nearest sensitive receptors to the Project site are residences located adjacent to the eastern boundary of the Project site. According to OEHHA, health risks should be based on a 70-year exposure period for the maximally exposed individual resident; however, such assessments should be limited to the period/duration of activities associated with the project. Given the size of the site (47 acres), grading activities will be staggered over time. Typically, a maximum of 5 acres of grading per day may occur per day. Because of this staggered grading, the exposure of any proximate individual sensitive receptor to TACs would be limited. Due to the relatively temporary nature of construction activities, exposure at any individual sensitive receptor and minimal particulate emissions generated on-site, TACs generated during construction would not be expected to result in concentrations causing significant health risks.

*Operation*

Operation of the proposed project would not result in any non-permitted direct emissions (e.g., those from a point source such as diesel generators). However, the

proposed Project could result in exposure of sensitive receptors in the vicinity of the Project site (i.e., the residences to the east of the Project site) to potential TAC emissions from diesel trucks from (a) future warehouse project(s).

If the Project generates or attracts vehicular trips, especially heavy-duty diesel-fueled vehicles, the City will require the Project proponent to perform a mobile source health risk assessment    Mitigation Measure AQ-7 below. Guidance for performing a mobile source health risk assessment ("*Health Risk Assessment Guidance for Analyzing Cancer Risk from Mobile Source Diesel Idling Emissions for CEQA Air Quality Analysis*"). This document provides technical guidance for analyzing cancer risks from potential diesel particulate emissions impacts from truck idling and movement (such as warehouse and distribution centers).

Because the Project consists of a specific plan amendment (which in essence is a zoning level document), there is not sufficient detailed information available such as a site plan, the number of trucks visiting the facility per day, on-site travel distance (in miles), composite DPM emission factor (in grams per mile) based on project year and vehicle speed, average idling time per truck, composite idling emission factor (grams per minute) based on project year, in order to prepare a Health Risk Assessment. However, the EIR contains Mitigation Measure AQ-7-Health Risk Assessment. For the same reasons stated in Response D-13, this measure does not constitute "deferred mitigation." Therefore, the air quality section of the EIR evaluates the potential for the project to expose sensitive receptors near the project, including environmental justice communities, to elevated levels of air pollution. *No revisions to the DEIR are required in order to respond to this comment.*

**D-17**    The commenter asserts that the timing of the general biological survey outside of the breeding season from March 1 to August 31 is not in compliance with the *2006 Burrowing Owl Survey Instructions for the Western Riverside Multiple Species Habitat Conservation Plan Area* and that the EIR must be revised to include focused burrows and burrowing owl surveys; and that the text in the EIR is internally inconsistent with respect to the conclusions reached. Each of these of these issues are responded to below:

<u>Consistency with 2006 Burrowing Owl Survey Instructions</u>

Consistent with the 2006 Burrowing Owl Survey Instructions, a Step I, Habitat Assessment examined the site for potential burrowing owl habitat, including open areas onsite and areas where California ground squirrel (Spermophilus beechyi) activity was expected (i.e., potentially suitable burrows). A search for potentially suitable burrows within dirt, wood, and rock debris piles, artificially created berms, and other locations was conducted during the habitat assessment. The site was also examined for signs of occupation by burrowing owl, including pellets, feathers, whitewash, prey remains, and eggshell fragments, as well as individual owls. The survey included all areas of the site with potential burrowing owl habitat.

AR 008546

AR005686

An additional 150-meter (500-foot) buffer area surrounding the site was visually inspected, where possible, in areas identified as potential burrowing owl habitat. Any developed areas were visually surveyed with binoculars due to trespassing concerns on private property. As a result of the Step I Habitat Assessment, Step II-Part A Focused Burrow Surveys and Step II-Part B Focused Burrowing Owl surveys are required to be conducted during the breeding season March 1 to August 31.  To clarify the Burrowing Owl survey steps, Mitigation Measure BIO-1 is revised as follows:

**_BIO-1-Preconstruction Burrowing Owl Survey._** _Within 30 calendar days prior to grading, a qualified biologist shall implement focused preconstruction surveys. Surveys shall be conducted by a CDFW-approved biologist prior to the initiation of ground disturbance (including, but not limited to mobilization and staging, clearing, grubbing, vegetation removal, fence installation, demolition, and grading). In conformance with Burrowing Owl Survey Instructions for the Western Riverside Multiple Species Habitat Conservation Plan Area (2006) and California Burrowing Owl Consortium's 1993 protocols (which are recommended by the CDFW), the surveys will consist of a minimum of three site visits. A brief biological technical report will be prepared and submitted to the City that describes the results of the preconstruction survey. The report shall be reviewed by the City prior to the issuance of a grading permit. If the preconstruction survey does not identify burrowing owls in the impact area, a grading permit may be issued without restriction. If it is determined that burrowing owls have colonized the project site prior to the initiation of construction, the project proponent shall immediately inform RCA, USFWS, and CDFW and will be required to prepare a Burrowing Owl Protection and Relocation Plan for approval by RCA USFWS, and CDFW prior to initiating ground disturbance. If burrowing owls are determined to be present in areas proposed for ground disturbance, the following avoidance measures will be implemented:_

_a. Occupied burrows shall not be disturbed during the nesting season (March 1 through August 31) unless a qualified biologist approved by CDFW verifies through noninvasive methods that either the birds have not begun egg laying and incubation or that juveniles from the occupied burrows are foraging independently and are capable of independent survival. Owls on-site after March 1 will be assumed to be nesting unless evidence indicates otherwise. This nest protection buffer will be maintained until August 31 or based on monitoring evidence, until the young owls are foraging independently or the nest is no longer active._

_Unless otherwise authorized by CDFW and/or the RCA, a 250-foot buffer, within which no activity will be permissible, will be maintained between project activities and nesting burrowing owls during the nesting season. This protected area will remain in effect until August 31 or based upon monitoring evidence, until the young owls are foraging independently. For burrowing owls present during the nonbreeding season (generally September 1 to January 31), a 150-foot buffer zone will be maintained around the occupied burrow(s)._

*b. If there is any possibility that owls will be injured or killed as a result of construction activities, the birds may be passively relocated during the nonbreeding season in coordination with the City, RCA, and CDFW. Relocation of owls will be performed by a qualified biologist using one-way doors, which should be installed in all burrows within the impact area and left in place for at least two nights. Immediately prior to the initiation of grading, these one-way doors will be removed and the burrows backfilled. To avoid the potential for owls evicted from a burrow to occupy other burrows in the impact area, one-way doors will be placed in all potentially suitable burrows in the impact area when eviction occurs.*

*c. Preparation of a Burrowing Owl Protection and Relocation Plan may be required if active and/or passive relocation is necessary. The relocation plan will outline the basic process and provides options for avoidance and mitigation. The relocation plan will be approved by the RCA, USFWS, and CDFW prior to implementation.*

*Text Inconsistency*

The commenter is correct that the text is inconsistent and will be revised as follows:

Threshold 4.3-5 (f) (5): The site is mapped within a Burrowing Owl (BUOW) required habitat suitability assessment survey area. Therefore, to be thorough, a habitat suitability assessment for BUOW was conducted during site visit. The result of the assessment was that no ~~BUOW habitat or~~ BUOW sign was detected on site, and this species is currently considered absent from the Project area. However, because BUOW have been known to occupy disturbed sites, Mitigation Measure BIO-1 is required.

*The text has been revised accordingly as shown in Table F-1.*

**D-18**   As suggested by the commenter, Table 4.5-4 is revised as follows to be consistent with the VMT in the CalEEMod output sheets as follows:

| Annual Vehicle Miles Traveled | Average Vehicle Fuel Economy | Estimated Annual Fuel Consumption (Gallons) |
|---|---|---|
| ~~12,632,720~~ 16,419.086 | 26.0 | ~~485,837~~ 631,503,307 |

With respect to the comment that the EIR does not account for electricity that may be consumed by refrigerated trucks that could plug into electrical outlets at the loading docks , it appears that the commenter does not recognize that the Project at hand is a land use policy document and does not contain specific development details. As such, the

EIR has been prepared as a "program level" document in the absence of specific project details. In estimating electrical consumption, it is appropriate to rely upon the Industrial Park land use category identified in the CalEEMod Users Guide which describes an industrial park as development that contains a number of industrial or related facilities. They are characterized by a mix of manufacturing, service, and warehouse facilities with a wide variation in the proportion of each type of use from one location to another. Many industrial parks contain highly diversified facilities. Using this land use category allows the EIR to analyze the wide range of development options, including a refrigerated warehouse. *No revisions to the DEIR are required in order to respond to this comment.*

**D-19**   The commenter asserts that the EIR is erroneous because the CalEEMod output sheets calculate that the Project will generate 53,258.50 MTCO2e in the winter and 55,742.52 MTCO2e in the summer but does not provide information regarding how generation of these emissions will average to an annual generation rate of 11,966.27 MTCO2e.

CalEEMod is a statewide land use emissions computer model designed to provide a uniform platform for government agencies, land use planners, and environmental professionals to quantify potential criteria pollutant and greenhouse gas (GHG) emissions associated with both construction and operations from a variety of land use projects. The model was developed for the California Air Pollution Officers Association (CAPCOA) in collaboration with the California Air Districts. Default data (e.g., emission factors, trip lengths, meteorology, source inventory, etc.) have been provided by the various California Air Districts to account for local requirements and conditions. The model is free of charge and will be periodically updated when modifications are warranted.

The model is a comprehensive tool for quantifying air quality impacts from land use projects located throughout California. The model can be used for a variety of situations where an air quality analysis is necessary or desirable such as preparing California Environmental Quality Act (CEQA) or National Environmental Policy Act (NEPA) documents, conducting pre-project planning, and, verifying compliance with local air quality rules and regulations, etc.

Summer and Winter reports show maximum pounds/day of all emissions while the Annual report shows short tons/year of criteria pollutant and metric tons/year of greenhouse gas emissions. Greenhouse gas emissions for purposes of CEQA significance impacts are based on *annual* emissions and not on summer or winter emissions. It is beyond the scope of CEQA to describe how the model operates. *No revisions to the DEIR are required in order to respond to this comment.*

**D-20**   The commenter asserts that the EIR does not conclude that consistency with Goal G-6 of SCAG's 2016 -2040 RTP/SCS results is a less than significant impact as a result of the imposition of mitigation measures. The City disagrees. The language in the EIR states that "…mitigation measures are specified to reduce the Project's air quality impacts to the

extent  feasible...” As noted in the EIR, impacts related to air quality are still significant and unavoidable, but as required by CEQA, the City is obligated to reduce impacts to the extent feasible even if the impact remains significant and unavoidable.

In addition, areawide, regional, and statewide plans such as the RTP/SCS are developed to achieve wider geographic goals. An individual project can result in significant impacts and still be consistent with a plan, and individual projects can still be consistent where elements of the goal, plan, or policy are not implicated by the project. *No revisions to the DEIR are required in order to respond to this  comment.*

**D-21**   The commenter asserts that the EIR does not conclude that consistency with  Goal G-4 of SCAG's 2016 -2040 RTP/SCS results is a less than significant impact as a result of the imposition of mitigation measures. The City disagrees. As stated in Response D-20, areawide, regional, and statewide plans such as the RTP/SCS are developed to achieve wider geographic goals. An individual project can result in significant impacts and still be consistent with a plan, and individual projects can still be consistent where elements of the goal, plan, or policy are not implicated by the project. *No revisions to the DEIR are required in order to respond to this  comment.*

**D-22**   The commenter asserts that the EIR  consistency analysis conclusion that the Project is consistent with General Plan is incorrect and cites Land Use Element Industrial Goal A: *balance mix of non-polluting industrial land uses which provide local jobs for the residents* as an example. The City disagrees. For CEQA purposes, the EIR evaluates impacts that may cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation *adopted for the purpose of avoiding or mitigating an environmental effect.* As fully described in the EIR,  the environmental consequences of the Project  are evaluated throughout the EIR for consistency with each element of the General Plan in Section 4.9 of the EIR  under the appropriate environmental category headings (e.g., aesthetics, transportation, and air quality).

With respect to consistency with Land Use Element Industrial Goal A, *: A balanced mix of non-polluting industrial land uses which provide local jobs for the*, the commenter asserts that warehouses for which mobile sources (trucks/trailers) pollutants are extremely high polluters and that a cancer risk assessment through an HRA must be included in the EIR. The specific plan allows for a variety of uses in the Business & Warehouse District, such as Administrative and Support Services, Corporate Offices, Courier and Messenger Services, Data Processing, Billing, and Related Services, Finance and Insurance Offices, Professional, Scientific,  and Technical Services (e.g., accounting, tax preparation, architecture, bookkeeping, legal, engineering, consulting), Publishing Industries, Real Estate Offices, Recording and Sound Studios, and Telecommunication Facilities, Pet Boarding (e.g., doggie daycare, overnight stays), Pet Grooming, Recreation and Entertainment Facilities (indoor only, e.g., cinemas, theaters, comedy clubs, banquet facilities).

It is unknown at this time if a warehouse facility(ies) will be developed on the site. As stated in Response D-13 because a health risk assessment analysis is dependent on-site specific details such and use of a building and the precise location of the building, it was unreasonable for the EIR to include a health risk assessment. However, the EIR contains Mitigation Measure AQ-7-*Health Risk Assessment* that requires that a health risk assessment be prepared for any future development applications under the Specific Plan that proposes a warehouse or distribution project. *No revisions to the DEIR are required in order to respond to this comment.*

**D-23**   The assertion that the Project is required to maintain a peak hour Level of Service or better for purposes of CEQA compliance is incorrect. Pursuant to SB 743, automobile delay, as described solely by LOS or similar measure of traffic congestion, is no longer considered a significant impact under CEQA. This provision took effect when the update to the CEQA Guidelines was certified in late 2018. A recent appellate court decision (*Citizens for Positive Growth and Preservation v. City of Sacramento* (2019) 43 Cal.App.5th 609) confirmed that traffic congestion is no longer an environmental impact under CEQA.

The LOS information in Appendix H-*Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis,* on which the commenter based their assertion on is not applicable to the EIR for the reason stated above. *No revisions to the DEIR are required in order to respond to this comment.*

**D-24**   Please refer to Response D-17.

**D-25**   The commenter asserts that Table ES-9 states that Land Use and Planning impacts are significant and unavoidable while Section 4.9, *Land Use and Planning* states impacts are less than significant. In addition, the EIR contains a typographical error that states the Project is consistent with the City of Menifee General Plan and March Air Reserve Base ALUCP. The text of the EIR will be modified as follows to address these typographical errors:

| 4.9.5 (a) - Land Use and Planning-Would the Project: | | | |
|---|---|---|---|
| 4.9.5 (a) Cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect? | PS (conflict with Air Quality Management Plan) | MM AQ-1 through AQ-7 ~~and MM GEO-1~~ are applicable. | SU |

*Consistency Criterion No. 2:* The proposed project will not exceed the assumptions in the 2016 Air Quality Management Plan.

"…The amendment to the Specific Plan Land Use designations are in effect an amendment to the zoning classifications as they do not change the underlying General Plan Land Use designations used to prepare the 2016 AQMP <u>so the Project is consistent with the 2016 AQMP in this regard because it does not exceed the growth projections contained in the plan.</u>

<u>However,</u> ~~T~~<u>t</u>he General Plan EIR concluded that impacts to air quality were significant and unavoidable<u>. Because</u> ~~T~~ the Project will result in exceedances of VOC during construction and NOx emissions during construction and operation<u>, and because</u> ~~T~~ <u>t</u>here is no feasible mitigation to reduce these significant impact, ~~Since the Project does not change the underlying General Plan Land Use designations,~~ impacts remain significant and unavoidable as determined in the General Plan EIR.

**4.9.6 Cumulative Impacts**

As discussed in the analysis discussion under Threshold 4.9.5 (a) above, the Project would be consistent with SCAG's RTP/SCS~~, MARB Airport Land Use Compatibility Plan,~~ and the policies of the City of ~~Menifee~~ <u>Banning</u> General Plan. The Project would conflict with the 2016 AQMP, however impacts are fully addressed in EIR Subsection 4.2.

**D-26**   The commenter asserts that Mitigation Measure NOI-1-*Construction Noise Mitigation Plan* is unenforceable as there is no enforcement entity. The City disagrees. Public Resources Code Section 21081 requires the City to adopt a reporting or monitoring program for the implementation of the mitigation measures contained in the EIR, including Mitigation Measure NOI-1-*Construction Noise Mitigation Plan*. The reporting or monitoring program must be designed to ensure compliance during project implementation. The City of Banning is the lead agency for the Project and is therefore responsible for implementing the monitoring program. Compliance with Mitigation Measure NOI-1 will be monitored by the appropriate City departments during construction as part of the inspection process. In addition, Chapter 8.44, of the Banning Municipal Code (BMC) sets forth maximum noise level criteria for both the maximum decibel level (dBA) and average duration of sound over any given hour ($L_{eq}$); which are monitored and enforced by the Banning Code Enforcement Division. *No revisions to the DEIR are required in order to respond to this comment.*

**D-27**   The commenter asserts that Mitigation Measure NOI-2-*Final Acoustical Report* represents deferred mitigation. The City disagrees because noise impacts are dependent on specific site development details such as location of buildings, parking areas, etc. it is not possible to measure noise impacts until such time that detailed site development plans are submitted for review. Mitigation Measure NOI-2 below is required.

***NOI-2- Final Acoustical Report:*** *Prior to issuance of the first building permit for any project, the property owner/developer shall submit a final acoustical report prepared to the satisfaction of the Planning Director to address potential noise impacts to nearby residences. The report shall demonstrate that the project incorporates sufficient noise-attenuation features if needed so that the City's exterior and interior standards in Municipal Code Sections 8.44.070 and 8.44.090(E) and in the City's Noise Element are maintained at nearby residences. Compliance can be achieved with (a) sufficient buffering distances so that nearby sensitive receptors are not significantly impacted by future commercial development OR (b) sufficiently high and long sound barrier wall(s) that are placed between commercial noise sources and receptors (for example, in the case of garbage compactor equipment) OR (c) other adequate noise reduction methods that are approved by the Planning Director or their designee. In all cases, the noise reduction measures shall be technically demonstrated to achieve the appropriate target noise level(s) for both exterior and interior environments for nearby residences, as appropriate (e.g., sufficient wall or berm height, sufficient buffering distance, appropriate sound encapsulation/insulation methods, etc.). The individual project owner/developer shall submit the noise mitigation report to the Planning Director for review and approval. Upon approval by the City, the project acoustical design features shall be incorporated into the future development.*

For the same reasons as stated in previous responses with respect to "deferred mitigation.

The essential rule for proper deferral of the specifics of mitigation was established in *Sacramento Old City Assoc. v. City Council of Sacramento (1991) 229 Cal. App. 3d 1011*. Under the reasoning established in this case and cited in many decisions since, in order to meet CEQA's requirements a mitigation measure must meet one of the following basic conditions:

• The agency must commit itself to the mitigation by identifying and adopting one or more mitigation measures for the identified significant effect. The mitigation measure must also set out clear performance standards for what the future mitigation must achieve.

*As shown in NOI-2 above, the mitigation measure sets out clear performance standards for what the future mitigation must achieve.*

• Alternatively, the agency must provide a menu of feasible mitigation options from which the applicant or agency staffs can choose in order to achieve the stated performance standards.

*Because Mitigation Measure NOI-2 satisfies the first criterion, this alternative is not required to be complied with and no revisions to the DEIR are required in order to respond to this comment.*

**D-28**   The commenter asserts that the Traffic Impact Analysis (Appendix H) erroneously uses a pass-by trips percentage of 37% and only 10% should be used for trip generation. Pursuant to SB 743, automobile delay, as described solely by LOS or similar measure of traffic congestion, is no longer considered a significant impact under CEQA. This provision took effect when the update to the CEQA Guidelines was certified in late 2018. A recent appellate court decision (*Citizens for Positive Growth and Preservation v. City of Sacramento* (2019) 43 Cal.App.5th 609) confirmed that traffic congestion is no longer an environmental impact under CEQA.

The pass by trip information is applicable to LOS and is thus not included in the CEQA analysis for the reason stated above. The only reason Appendix H is an appendix to the EIR is because it contains information related to transit service, which is appropriate to include in the EIR per SB743.   *No revisions to the DEIR are required in order to respond to this comment.*

**D-29**   The commenter asserts that it is inappropriate to exclude the retail land use portion of the Project from the VMT analysis. The reason the EIR excludes the retail portion is because according to the Governor's Office of Planning and Research, *Technical Advisory on Evaluating Transportation Impacts in CEQA*, December 2018, by adding retail opportunities into the urban fabric and thereby improving retail destination proximity, local-serving retail development tends to shorten trips and reduce VMT. Thus, lead agencies generally may presume such development creates a less-than-significant transportation impact. The Project's local serving retail component is less than 50,000 square feet and meets the screening threshold recommended in the Technical Advisory for local serving retail projects and appropriately not included in the analysis. *No revisions to the DEIR are required in order to respond to this comment.*

**D-30**   The commenter asserts that construction transportation impacts must be included in the VMT analysis. An analysis of construction related vehicle miles traveled (VMT) is not required because the purpose of VMT analysis is to measure the efficiency of travel that is directly linked to the type and location of a land use project. Since the resulting VMT related to the short-term construction phase of a particular development project is not anticipated to have lasting effects on traffic congestion, future travel patterns and mode choice, there would be little value in measuring the relative efficiency of travel for short-term construction related activities. Furthermore, most construction activities are provided by resources that are in relative proximity to a particular construction site. For example, the use haul trucks to provide import of soil or raw materials to a construction site are sourced based on their proximity to the site of construction. This is because the cost of transportation of the material is based on distance of travel, so the closer the provider is to the site the lower the cost of the material. In other words, there is already

AR005694

built in incentives for travel related to construction activities to be as efficient as possible
*No revisions to the DEIR are required in order to respond to this comment.*

In addition, the Transportation section of the EIR does not need to be revised to address
construction vehicle miles traveled (VMT) to evaluate air quality impacts as stated by the
commenter. Section 4.2-*Air Quality* of the EIR adequately address construction VMT in
terms of air pollutant emissions. In addition, as noted in the response to Response D-24,
pursuant to SB 743, automobile delay, as described solely by LOS or similar measure of
traffic congestion, is no longer considered a significant impact under CEQA. *No revisions
to the DEIR are required in order to respond to this comment.*

**D-31**    The commenter asserts that the analysis for Significant and Irreversible Changes is
deferred to a stage of development after CEQA review. As noted in previous comments,
a project-level analysis is not possible to conduct because the level of detail necessary to
evaluate project specific impacts are unknown at this time. A health-risk impact
assessment and noise impact assessment are highly dependent upon the type of
operational activities and the precise location of buildings and parking or loading areas
and detailed information is not available to conduct a meaningful analysis. Future
discretionary projects may require more detailed environmental review pursuant to CEQA
at the time that they are proposed. *No revisions to the DEIR are required in order to
respond to this comment.*

**D-32**    The commenter asserts that the energy analysis in the EIR does not adequately address
electrical consumption and refrigerated trucks plugged into every loading dock. For the
reasons stated in Responses D-18, the City does not agree. *No revisions to the DEIR are
required in order to respond to this comment.*

**D-33**    The commenter asserts that an existing General Plan land use or zoning map amendment
is needed to demonstrate the Project is consistent with the existing designations. to
demonstrate that the Project is consistent with the existing designations. As noted in
Response D-7, a General Plan amendment is not required. Therefore, a map is not
required to describe an action that is not included in the project description. However,
for purposes of clarity, Figure 1-2 will be amended to read: Figure 3-3 – Existing Land Use
Plan and Figure 3-4 is added as follows:

### Figure 3-4- Existing Land Use Plan



The commenter also repeats the assertion here that asserts that the Project is not consistent with Goals 2, 4, 5 and 6 of SCAG's RTP/SCS as discussed in EIR Table 4.9.1 - *Analysis of Consistency with SCAG 2016-2040 RTP/SCS Goals*. For the reasons stated in Responses D-20 and D-21, the City does not agree. *No revisions to the DEIR are required in order to respond to this comment.*

**D-34**    The commenter asserts that the EIR is flawed and must be an amended and recirculated for public review. The City disagrees. The responses to this letter and other letters or emails in this Final EIR fully address the comments raised in the letters or emails. Appropriate revisions, including supplemental information, has been incorporated into the Draft EIR through Chapter 3, Revisions to the Draft EIR, None of the changes constitute significant new information that requires recirculation of the Draft EIR for further public comment under CEQA Guidelines Section 15088.5. . *No revisions to the DEIR are required in order to respond to this comment.*

Golden State Environmental Justice Alliance has been added to the public interest list, as requested, to receive future notifications regarding this project.

## 3.0    ADDITIONS, CORRECTIONS, AND REVISIONS TO THE DRAFT EIR

Changes made to the text, tables and/or exhibits of the DEIR in response to public comments on the DEIR are discussed below and/or itemized in 0, *F-2 -Errata Table of Additions, Corrections, and* Revisions. Additions are shown in 0 as underline text and deletions shown as ~~stricken~~ text. No corrections or additions made to the DEIR are considered substantial new information requiring recirculation or additional environmental review under CEQA Guidelines §15088.5.

**F-2 -Errata Table of Additions, Corrections, and Revisions**

| SECTION | PAGES(S) | ADDITIONS, CORRECTIONS, AND REVISIONS |
|---|---|---|
| Project Description | 3-3 | The following Figures are amended as follows:<br><br>Figure ~~1~~-3 -3- Proposed Land Use Plan<br><br>Figure 3-4-Existing Land Use Plan<br><br>Figure 3-~~3~~-5-Circulation Plan |
| 4 Environmental Analysis | 4.1 | At this time there are no land use development entitlements being sought (i.e. site plan, parcel map, etc.). In order to provide a more robust analysis of those environmental topics that more level of detail than is shown on a land use plan level, the impacts for Air Quality, Greenhouse Gas Emissions, Noise, Transportation, and some Utility and Service Systems components, the following building square footage assumptions are made. These assumptions are provided for analytical purposes only and ~~do not imply that the Project must be developed to these precise square footages.~~ describe the maximum amount of building square footage that was analyzed.<br><br>• 877,298 square feet (sf) of Industrial Park;<br>• 52,065 sf of Medical Office, and<br>• 37,189 sf of Retail Use. |

### F-2 -Errata Table of Additions, Corrections, and Revisions

| SECTION | PAGES(S) | ADDITIONS, CORRECTIONS, AND REVISIONS |
|---|---|---|
| 4.2 Air Quality | 4.2-14 to 4.2-14 | In response to Comment D-10, the following text is amended:<br><br>**AQ 3-Electrical Hookups for Loading Docks:** ~~Although the Project does not include refrigerated warehouse space, t~~Trucks accessing the Project site may have auxiliary power units (APU) and/or transport refrigeration units (TRUs). Therefore, electrical hookups shall be installed at all loading docks, and to reduce/replace APU use while trucks are parked along the docks, to allow trucks with APU and/or TRUs with electric standby capabilities to plug in when TRUs are in use to reduce diesel fuel consumption and resulting NOx emissions. The City shall verify electrical hookups have been installed prior to occupancy. |
| 4.2 Air Quality | 4.2-8 to 4.2-9 | In response to Comment D-25,the following text is amended:<br><br>**Consistency Criterion No. 2:** *The proposed project will not exceed the assumptions in the 2016 Air Quality Management Plan.*<br><br>"…The amendment to the Specific Plan Land Use designations are in effect an amendment to the zoning classifications as they do not change the underlying General Plan Land Use designations used to prepare the 2016 AQMP <u>so the Project is consistent with the 2016 AQMP in this regard because it does not exceed the growth projections contained in the plan.</u><br><br><u>However,</u> ~~T~~the General Plan EIR concluded that impacts to air quality were significant and unavoidable. <u>Because</u> ~~T~~ the Project will result in exceedances of VOC during construction and NOx emissions during construction and operation<u>, and because</u> ~~T~~there is no feasible mitigation to reduce these significant impact, ~~Since the Project does not change the underlying General Plan Land Use designations,~~ impacts remain significant and unavoidable as determined in the General Plan EIR. |
| 4.2 Air Quality | 4.2.17 | Level of Significance: ~~Even with the implementation of Mitigation Measure AQ-1 through AQ-5 7, construction and operation emissions of VOC exceed SCAQMD thresholds and impacts are considered significant and unavoidable.~~<br><br><u>The feasibility or effectiveness of Mitigation Measure AQ-7 is unknown at this time. Therefore, impacts associated with implementation of the Specific Plan and reasonably foreseeable development expected to occur in the Plan Area over the next 20 years would be conservatively significant and unavoidable with mitigation. It should be noted that the identification of this significant impact does not preclude the finding of future less-than significant</u> |

**F-2 -Errata Table of Additions, Corrections, and Revisions**

| SECTION | PAGES(S) | ADDITIONS, CORRECTIONS, AND REVISIONS |
|---|---|---|
| | | impacts for subsequent projects that meet the City's significance thresholds for construction or operational emissions of criteria air pollutants. |
| 4.2 Air Quality | 4.2-8 | Consistency Criterion No. 1: The proposed project will not result in an increase in the frequency or severity of existing air quality violations or cause or contribute to new violations, or delay the timely attainment of air quality standards or the interim emissions reductions specified in the 2016 Air Quality Management Plan.<br><br>Consistency Criterion No. 1 refers to violations of the California Ambient Air Quality Standards and National Ambient Air Quality Standards. As evaluated under Issues 4.2.6 (b), (c), and (d) below, ~~the air~~ NOx emissions from ~~construction or~~ operation _and VOC emissions during construction_ would ~~not~~ exceed regional or localized significance thresholds for ~~any criteria~~ _these_ pollutants. Accordingly, the Project's regional and localized NOx _and VOC_ emissions would ~~not~~ contribute substantially to an existing or potential future air quality violation. ~~or delay the attainment of air quality standards.~~ |
| 4.2 Air Quality | 4.2-13 | Although implementation of mitigation measures ~~MM~~ AQ 1 will reduce construction emissions of ~~NOx~~ _VOC_, however, _it_ does not have quantitative reductions associated with ~~them~~ _it_ available in CalEEMod. Consequently, construction emissions of ~~NOx~~ _VOC_ will still exceed the SCAQMD threshold. 4.2<br><br>With respect to grading, the Project is an amendment to a land use policy plan and does not propose any grading. In addition, the import or export of material from grading is speculative However, the following mitigation measure is required to ensure that daily grading operations do not exceed SCAQMD thresholds. |
| 4.3 Biological Resources | 4.3-6,7 | In response to Comment D-17, the following text is amended:<br><br>_Consistency with 2006 Burrowing Owl Survey Instructions_<br><br>Consistent with the 2006 Burrowing Owl Survey Instructions, a Step I, Habitat Assessment examined the site for potential burrowing owl habitat, including open areas onsite and areas where California ground squirrel (Spermophilus beechyi) activity was expected (i.e., potentially suitable burrows). A search for potentially suitable burrows within dirt, wood, and rock debris piles, artificially created berms, and other locations was conducted during the habitat assessment. The site was also examined for signs of occupation by burrowing owl, including pellets, feathers, whitewash, prey remains, and eggshell fragments, as well as individual owls. The survey included all areas of the site with potential burrowing owl habitat. An additional 150-meter (500-foot) buffer area surrounding the site |

**F-2 -Errata Table of Additions, Corrections, and Revisions**

| Section | Pages(s) | Additions, Corrections, and Revisions |
|---|---|---|
| | | was visually inspected, where possible, in areas identified as potential burrowing owl habitat. Any developed areas were visually surveyed with binoculars due to trespassing concerns on private property. As a result of the Step I Habitat Assessment, Step II-Part A Focused Burrow Surveys and Step II-Part B Focused Burrowing Owl surveys are required to be conducted during the breeding season March 1 to August 31.  To clarify the Burrowing Owl survey steps, Mitigation Measure BIO-1 is revised as follows:<br><br>***BIO-1-Preconstruction Burrowing Owl Survey.*** *Within 30 calendar days prior to grading, a qualified biologist shall implement focused preconstruction surveys. Surveys shall be conducted by a CDFW-approved biologist prior to the initiation of ground disturbance (including, but not limited to mobilization and staging, clearing, grubbing, vegetation removal, fence installation, demolition, and grading). In conformance with Burrowing Owl Survey Instructions for the Western Riverside Multiple Species Habitat Conservation Plan Area (2006) and California Burrowing Owl Consortium's 1993 protocols (which are recommended by the CDFW), the surveys will consist of a minimum of three site visits. A brief biological technical report will be prepared and submitted to the City that describes the results of the preconstruction survey. The report shall be reviewed by the City prior to the issuance of a grading permit. If the preconstruction survey does not identify burrowing owls in the impact area, a grading permit may be issued without restriction. If it is determined that burrowing owls have colonized the project site prior to the initiation of construction, the project proponent shall immediately inform RCA, USFWS, and CDFW and will be required to prepare a Burrowing Owl Protection and Relocation Plan for approval by RCA USFWS, and CDFW prior to initiating ground disturbance. If burrowing owls are determined to be present in areas proposed for ground disturbance, the following avoidance measures will be implemented:*<br><br>*a. Occupied burrows shall not be disturbed during the nesting season (March 1 through August 31) unless a qualified biologist approved by CDFW verifies through noninvasive methods that either the birds have not begun egg laying and incubation or that juveniles from the occupied burrows are foraging independently and are capable of independent survival. Owls on-site after March 1 will be assumed to be nesting unless evidence indicates otherwise. This nest protection buffer will be maintained until August 31 or based on monitoring evidence, until the young owls are foraging independently or the nest is no longer active.*<br><br>*Unless otherwise authorized by CDFW and/or the RCA, a 250-foot buffer, within which no activity will be permissible, will be maintained between project activities and nesting burrowing owls during the* |

## F-2 -Errata Table of Additions, Corrections, and Revisions

| SECTION | PAGES(S) | ADDITIONS, CORRECTIONS, AND REVISIONS |
|---|---|---|
| | | *nesting season. This protected area will remain in effect until August 31 or based upon monitoring evidence, until the young owls are foraging independently. For burrowing owls present during the nonbreeding season (generally September 1 to January 31), a 150-foot buffer zone will be maintained around the occupied burrow(s).*<br><br>*b. If there is any possibility that owls will be injured or killed as a result of construction activities, the birds may be passively relocated during the nonbreeding season in coordination with the City, RCA, and CDFW. Relocation of owls will be performed by a qualified biologist using one-way doors, which should be installed in all burrows within the impact area and left in place for at least two nights. Immediately prior to the initiation of grading, these one-way doors will be removed and the burrows backfilled. To avoid the potential for owls evicted from a burrow to occupy other burrows in the impact area, one- way doors will be placed in all potentially suitable burrows in the impact area when eviction occurs.*<br><br>*c. Preparation of a Burrowing Owl Protection and Relocation Plan may be required if active and/or passive relocation is necessary. The relocation plan will outline the basic process and provides options for avoidance and mitigation. The relocation plan will be approved by the RCA, USFWS, and CDFW prior to implementation.*<br><br>5) The site is mapped within a Burrowing Owl (BUOW) required habitat suitability assessment survey area. Therefore, to be thorough, a habitat suitability assessment for BUOW was conducted during site visit. The result of the assessment was that no ~~BUOW habitat or~~ BUOW sign was detected on site, and this species is currently considered absent from the Project area. However, because BUOW have been known to occupy disturbed sites, Mitigation Measure BIO-1 is required. |
| 4.5<br>Energy | 4.5.5 | In response to Comment D-19, Table 4.5-4 is amended as follows: |

### Table 4.5-4. Projected Fuel Consumption

| Annual Vehicle Miles Traveled | Average Vehicle Fuel | Estimated Annual Fuel Consumption (Gallons) |
|---|---|---|
| ~~12,632,720~~<br>16,419.086 | 26.0 | ~~485,837~~<br>631,503,307 |

| SECTION | PAGES(S) | ADDITIONS, CORRECTIONS, AND REVISIONS |
|---|---|---|
| 4.9<br>Land Use and<br>Planning | | In response to Comment D-25,the following text is amended: |

AR005701

**F-2 -Errata Table of Additions, Corrections, and Revisions**

| SECTION | PAGES(S) | ADDITIONS, CORRECTIONS, AND REVISIONS | | |
|---|---|---|---|---|
| **4.9- Land Use and Planning-Would the Project:** | | | | |
| 4.9 (a) Cause a significant environmental impact due to a conflict with any land use plan, policy, or regulation adopted for the purpose of avoiding or mitigating an environmental effect? | PS (conflict with Air Quality Management Plan) | MM AQ-1 through AQ-7 ~~and MM GEO-1~~ are applicable. | | SU |
| 4.9-6 Cumulative Impacts | 4.9-17 | **4.9.6 Cumulative Impacts**<br><br>As discussed in the analysis discussion under Threshold 4.9.5 (a) above, the Project would be consistent with SCAG's RTP/SCS, ~~MARB Airport Land Use Compatibility Plan~~, and the policies of the City of ~~Menifee~~ Banning General Plan. The Project would conflict with the 2016 AQMP, however impacts are fully addressed in EIR Subsection 4.2. | | |
| 4.9 Land Use and Planning | 4.9-4 | South Coast Air Quality Management District Air Quality Management Plan The South Coast Air Quality Management District is required to produce air quality management plans directing how the South Coast Air Basin's air quality will be brought into attainment with the national and state ambient air quality standards. The most recent air quality management plan is the 2016 Air Quality Management Plan (AQMP) and it is applicable to City of Banning. The purpose of the AQMP is to achieve and maintain both the national and state ambient air quality standards. Refer to Section 4.2- Air Quality for a complete analysis.<br><br>Level of Significance: ~~Less than significant~~. Significant and Unavoidable. | | |
| 4.9 Land Use and Planning | 4.9-4 | Western Riverside County Multiple Species Habitat Conservation Plan The Project site is located within the Pass Area Plan portion of the Western Riverside County MSHCP, which is a comprehensive habitat conservation/planning program for Western Riverside County. The intent of the MSHCP is to preserve native vegetation and meet the habitat needs of multiple species, rather than focusing preservation efforts on one species at a time. The MSHCP provides coverage (including take authorization for listed species) for special-status plant and animal species, as well as mitigation for impacts to special-status species and associated native habitats. Refer to Section 4.3- Biological Resources for a complete analysis. | | |

AR 008562

AR005702

**F-2 -Errata Table of Additions, Corrections, and Revisions**

| SECTION | PAGES(S) | ADDITIONS, CORRECTIONS, AND REVISIONS |
|---|---|---|
| | | Level of Significance: Less than significant <u>with implementation of Mitigation Measure BIO-1</u> |
| 4.10 Noise | 4.10-13 | The ~~residential neighborhoods, school, park/open/recreational uses, public facilities, and~~ commercial, <u>office, business park industrial, residential uses allowed by the Specific Plan and</u> ~~developments~~ would not include any substantial sources of long-term vibration. Thus, ongoing operations would not generate significant levels of vibration, and such impacts would be less than significant, requiring no mitigation. |
| 4.13 Utilities and Service Systems | 4.13-5 | Threshold 4.13.5 (a) - Require or result in the relocation or construction of new or expanded water, wastewater treatment or storm water, drainage, electric power, natural gas, or telecommunications facilities, the construction or relocation of which could cause significant environmental effects?<br><br>Level of Significance: Less than significant <u>with mitigation incorporated.</u> |
| Initial Study Section 3.12(b) | 40 | The existing land use designations for the Project site is <u>"Commercial"</u> <u>Business Park (with Specific Plan Overlay)</u> and General Commercial (with Specific Plan Overlay) which allows for light industrial, office, and retail uses. As such, the Project site is not delineated on a local general plan, specific plan, or other land use plan as a locally important mineral resource recovery site. There is no impact. |

## 4.0 NO RECIRCULATION OF THE DRAFT ENVIRONMENTAL IMPACT REPORT REQUIRED

CEQA Guidelines §15088.5 describes the conditions under which a DEIR that was circulated for public review is required to be re-circulated for additional public review and comment. CEQA Guidelines §15088.5 states that new information added to a DEIR is not significant unless the DEIR is changed in a way that deprives the public of a meaningful opportunity to comment upon a substantial adverse effect of the project or a feasible way to mitigate or avoid such an effect (including a feasible project alternative) that the project's proponents have declined to implement. "Significant new information" requiring recirculation includes, for example, a disclosure showing that:

a. A new significant environmental impact would result from the project or from a new mitigation measure proposed to be implemented.

b. A substantial increase in the severity of an environmental impact would result unless mitigation measures are adopted that reduce the impact to a level of insignificance.

AR 008563

AR005703

c.  A feasible project alternative or mitigation measure considerably different from the others previously analyzed would clearly lessen the significant environmental impacts of the project, but the project's proponents decline to adopt it.

d.  The DEIR was so fundamentally and basically inadequate and conclusory in nature that meaningful public review and comment were precluded.

As summarized in 0, Additions, Corrections, and Revisions to the Draft EIR, and based on the comment letters and responses presented in the Responses to Comments (above), there were no public comments or changes to the text or analysis contained in the DEIR that resulted in the identification of any new significant environmental effect or a substantial increase in the severity of an environmental effects that were disclosed in the DEIR.  Based on comments received on the DEIR, no revisions to the Project's mitigation measures were necessary.  Additionally, the DEIR was fundamentally and basically adequate, and all conclusions within the DEIR were supported by evidence provided within the DEIR or the administrative record for the proposed Project.  Furthermore, public comment letters on the DEIR did not identify any alternatives to the proposed Project.

Based on the foregoing, additional recirculation of the DEIR is not warranted according to the guidance set forth in §15088.5 of the CEQA Guidelines.

AR 008564

AR005704



# City of Banning
## Community Development Department

**NOTICE OF PUBLIC HEARING FOR AN AMENDMENT TO THE NORTH SUN LAKES SPECIFIC PLAN AND ZONE CHANGE ESTABLISHING A SPECIFIC PLAN ZONING ORDINANCE ("PROJECT") AND CONSIDERATION OF THE FINAL PROGRAMMATIC ENVIRONMENTAL IMPACT REPORT (FPEIR) PREPARED FOR THE PROJECT IN ACCORDANCE WITH CEQA GUIDELINES SECTIONS 15081 – 15086.**

The Project proposes amend the existing Land Use Plan from Retail Commercial to Business & Warehouse, Office and Professional, and Retail & Service.  The Specific Plan text is also proposed to be amended to revise the permitted land uses; development standards (including maximum building height, setbacks, open space, landscaping, parking, and signage); design guidelines for development; and administration and implementation provisions.  At this time there are no implementing development entitlements being sought (i.e.  site plan, parcel map, etc.).

**Project Location:** The Project site is located on approximately 47 gross acres located northerly of Sun Lakes Boulevard, southerly of Interstate 10 approximately, easterly of Highland Springs Avenue, and westerly of Highland Home Road. The Project site is also identified as Assessor's Parcel Number 419-140-057.

**The City of Banning** prepared a Draft Programmatic Environmental Impact Report (PEIR) which was published for public review in accordance with CEQA Guidelines Section 15087.

**Public Review Period**:  The 45-day public review for the Draft Environmental Impact Report will begin on **September 11, 2020**, and end on **October 26, 2020**.

**NOTICE IS HEREBY GIVEN** of a public hearing before the City of Banning Planning Commission, to be held on Wednesday, November 4, 2020, at 6:30 p.m. in the Council Chambers, City Hall, 99 East Ramsey Street, Banning, California, and by video conference call, to consider the Specific Plan Amendment, Zone Change, and Final PEIR.

*Pursuant **Governor's Executive Order N-29-20 all public gatherings, regardless of venue or size, the Council Chambers shall occur with limited capacity and by videoconferencing. For this meeting, the Planning Commissioners, City staff, and public will be able to observe and participate in this meeting in one of the following ways listed below:***

https://us02web.zoom.us/j/85362937372?pwd=UWRjL1BhTG92dzVFaFRBVHc4Rno3Zz09
Meeting ID: 853 6293 7372
Password: 467407
One tap mobile: +16699009128,85362937372#
Dial in #: +1 669 900 9128 US
Meeting ID: 853 6293 7372
Find your local number: https://us02web.zoom.us/u/kguSK3jek

To observe the live meeting through your personal computer, but not participate with video or oral comments, you may use your computer or smart phone to enter the following or click on the link: https://banninglive.viebit.com
or on the Banning Government Channel on Cable Television

99 E. Ramsey Street • P.O. Box 998 • Banning, CA 92220-0998 • (951) 922-3100

AR 008565

AR005705

Information regarding the Project can be obtained by contacting the City's Community Development Department at (951) 922-3125, or by visiting the following link: http://www.ci.banning.ca.us/426/Public-Notices-Announcements

All parties interested in speaking either in support of or in opposition of this item are invited to attend said hearing, or to send their written comments to the Community Development Department, City of Banning at P.O. Box 998, Banning, California, 92220.

If you challenge any decision regarding the above proposal in court, you may be limited to raising only those issues you or someone else raised in written correspondence delivered to the City Clerk at, or prior to, the time the Planning Commission makes its decision on the proposal; or, you or someone else raised at the public hearing or in written correspondence delivered to the hearing body at, or prior to, the hearing (California Government Code, Section 65009).

BY ORDER OF THE COMMUNITY DEVELOPMENT DIRECTOR OF THE CITY OF BANNING, CALIFORNIA

**Adam Rush, M.A., AICP**                              **Dated: October 20, 2020**
**Community Development Director**              **Publish: October 23, 2020**

AR 008566

AR005706



AR 008567

Banning City Boundary

AR005707

SOUTHERN PACIFIC
TRANSPORTATION CO
1700 FARNAM ST 10TH #S
OMAHA NE 68102

47 BANNING
8800 N GAINEY CENTER DR #255
SCOTTSDALE AZ 852582164

CF ALBERT PROPCO III LLC
250 E PARKCENTER BLVD
BOISE ID 837063940

SUN LAKES INV
41 E FOOTHILL BLVD #105
ARCADIA CA 910062361

CITY OF BANNING
PO BOX 998
BANNING CA 922200007

SUN LAKES COUNTRY CLUB
HOMEOWNERS ASSN
850 COUNTRY CLUB DR
BANNING CA 922205306

JACKIE L SUMNERS
301 NORTHWOOD AVE
BANNING CA 922205272

PRESLEY OF SOUTHERN
CALIFORNIA
4490 VON KARMAN AVE
NEWPORT BEACH CA 926602008

THRIFTY PAYLESS INC
4704 YERBA SANTA DR
SAN DIEGO CA 921151035

WESLEY AMERICA MARY
339 NORTHWOOD AVE
BANNING CA 922205272

MLD BANNING INV
21001 N TATUM NO 1630 630
PHOENIX AZ 85050

DARLEEN INEZ MOXON
327 NORTHWOOD AVE
BANNING CA 922205272

MODESTO G GONZALEZ , STELLA
GONZALEZ
315 NORTHWOOD AVE
BANNING CA 922205272

GLORIA E RUNNELS
351 NORTHWOOD AVE
BANNING CA 922205272

SAGE RANCHO MARINITA
3835 BIRCH ST
NEWPORT BEACH CA 926602616

LARRY A CRAWFORD & KATHYRN
L CRAWFORD
5621 RIVIERA AVE
BANNING CA 922205343

CAROLYN Y DAY
5671 RIVIERA AVE
BANNING CA 922205343

SCHMIDT GLORIA DEISSLER
5687 RIVIERA AVE
BANNING CA 922205343

SYLVIA A VEGA
5735 RIVIERA AVE
BANNING CA 922205344

JOHNSON LYN REYNOLDS
5717 RIVIERA AVE
BANNING CA 922205344

STEPHEN J LEHTONEN , CHRIS
LEHTONEN
5633 RIVIERA AVE
BANNING CA 922205343

SUSANNE MATTEGIT
5647 RIVIERA AVE
BANNING CA 922205343

ROBERT HEINS & LORNA HEINS
5659 RIVIERA AVE
BANNING CA 922205343

CONROY REYNOLDS , VALERIE
REYNOLDS
5701 OAKMONT DR
BANNING CA 922205333

JOHN C DELONGCHAMP , BRENDA
M DELONGCHAMP
5723 OAKMONT DR
BANNING CA 922205333

MARY A WILSON
5747 OAKMONT DR
BANNING CA 922205333

DAVID A PALACIOS , BARBARA A
PALACIOS
5756 OAKMONT DR
BANNING CA 922205332

CLARISSA A COSTELL , LINDA M
COSTELL
5788 OAKMONT DR
BANNING CA 922205332

DAVID RAMIREZ & JULIANA M
RAMIREZ
PO BOX 1843
IRWINDALE CA 91010

AMOS SLOAN & JOHNETTE K
SLOAN
5830 OAKMONT DR
BANNING CA 922205332

AR 008568

AR005708

ROBERT L HIX
PO BOX 111826
CAMPBELL CA 950111826

MYRON J PEMBROOK
5910 OAKMONT DR
BANNING CA 922205337

WILLIAM J KALLAL
431 E MERRIMAC ST
UPLAND CA 917842037

GARBINO MARGARET TRUST
5871 OAKMONT DR
BANNING CA 922205333

MARK YASUO TANAKA
747 CAPP ST
SAN FRANCISCO CA 941103223

JAMES R BLISS , NIKKI L BLISS
5954 OAKMONT DR
BANNING CA 922205337

NANCY A HOHN
429 INDIAN WELLS RD
BANNING CA 922205307

RAMONA MCCARTY , RICHARD MCCARTY
5993 OAKMONT DR
BANNING CA 922205333

KARINA C BOONTHERNTUP
374 NORTHWOOD AVE
BANNING CA 922205271

MILDRED L HUNTER
518 NORTHWOOD AVE
BANNING CA 922205275

GARY WARREN KUSHINER ,
DOROTHY CLAIRE KUSHINER
5870 OAKMONT DR
BANNING CA 922205332

JOHN J WIEGAND
5769 OAKMONT DR
BANNING CA 922205333

THERESA E WALTON
5831 OAKMONT DR
BANNING CA 922205333

WILLIAM L HERR , MARILYN E HERR
5891 OAKMONT DR
BANNING CA 922205333

MLD BANNING INV
21001 N TATUM NO 1630 630
PHOENIX AZ 85050

RALPH D CERVANTES , VIRGINIA CERVANTES
350 NORTHWOOD AVE
BANNING CA 922205271

JOHN C STEWARD
5953 OAKMONT DR
BANNING CA 922205333

MARILYN L LUEKER
409 INDIAN WELLS RD
BANNING CA 922205307

DONNA M WARE
363 NORTHWOOD AVE
BANNING CA 922205272

WENDELL S BAINTER
506 NORTHWOOD AVE
BANNING CA 922205273

DAVID C MOLSTRE & SANDRA M MOLSTRE
44859 CORTE SIERRA
TEMECULA CA 925921090

MARK L SEMINARO
PO BOX 8105
NEWPORT BEACH CA 926588105

TERESIA F ANDERSON
5851 OAKMONT DR
BANNING CA 922205333

SUSAN E POTTLE
5913 OAKMONT DR
BANNING CA 922205333

EVON E MONTAGUE
5869 INDIAN CANYON DR
BANNING CA 922206668

JAMES A SCHWAB , YOLANDA SCHWAB
11 NOCKLYN DR
PITTSBURGH PA 152371855

JANE L GETCHELL
5973 OAKMONT DR
BANNING CA 922205333

CRABTREE 2019 FAMILY TRUST
1363 PAMPAS CT
AZUSA CA 917021495

EPIC MANAGEMENT
1615 ORANGE TREE LN
REDLANDS CA 923742804

RANDY LAUDER
507 NORTHWOOD AVE
BANNING CA 922205274

AR 008569

AR005709

RUTH PHILLIPS
495 NORTHWOOD AVE
BANNING CA 922205274

MYRNA E TREACY
482 NORTHWOOD AVE
BANNING CA 922205273

VIRGIL R HOUSER , RITA J
HOUSER
446 NORTHWOOD AVE
BANNING CA 922205273

KENNETH C ANDERSON , JUDY D
ANDERSON
447 NORTHWOOD AVE
BANNING CA 922205274

STEVEN COOKE , NITA E COOKE
275 BROOKLAWN DR
BANNING CA 922205264

RICHARD D KERN & ANN C KERN
268 BROOKLAWN DR
BANNING CA 922205263

RAYMOND A PAQUETTE & MAY R
PAQUETTE
410 NORTHWOOD AVE
BANNING CA 922205271

PATRICIA BURKE MOORE
411 NORTHWOOD AVE
BANNING CA 922205272

ANITA TAYLOR
375 NORTHWOOD AVE
BANNING CA 922205272

DAVID CONTRERAS
PO BOX 579
PALM SPRINGS CA 922630579

RICHARD A GREGG , SUSAN J
GREGG
470 NORTHWOOD AVE
BANNING CA 922205273

JOAN MARIE DECKER , SHAUNA
MARIE DAVIS
471 NORTHWOOD AVE
BANNING CA 922205274

CHRISTOPHER SALAZAR &
STEPHANIE SALAZAR
435 NORTHWOOD AVE
BANNING CA 922205274

JOSEPH FRANKLIN KARLAGE &
SANDRA LOU KARLAGE
269 BROOKLAWN DR
BANNING CA 922205264

C K PAPPADATO & EVA E
PAPPADATO
434 NORTHWOOD AVE
BANNING CA 922205273

LYLA GAIL WOLDEN
398 NORTHWOOD AVE
BANNING CA 922205271

MARGARET BEWICK
399 NORTHWOOD AVE
BANNING CA 922205272

ADAM SALCIDO
P.O. BOX 79222
CORONA CA 92877

ERIN S SIMPSON
494 NORTHWOOD AVE
BANNING CA 922205273

HENDRIK L VANVLIET , JACOBA C
J VANVLIET
5016 ROLLING HILLS AVE
BANNING CA 922205285

ELPIDIO T GABRIEL & EDNA B
GABRIEL
459 NORTHWOOD AVE
BANNING CA 922205274

BOMAR LIVING TRUST
423 NORTHWOOD AVE
BANNING CA 922205274

BEVERLY GUENIN
274 BROOKLAWN DR
BANNING CA 922205263

JAMES A MANLEY , MARSHA K
MANLEY
422 NORTHWOOD AVE
BANNING CA 922205273

GERALD F RUSSES , VIVIAN B
RUSSES
386 NORTHWOOD AVE
BANNING CA 922205271

MARTHA JANE BROWN
6206 SAWGRASS DR
BANNING CA 922207528

AR 008570

AR005710