1  Brent S. Clemmer (SBN 179722)
   E-mail: clemmer@sbemp.com
2  Charles L. Gallagher (SBN 167093)
   E-mail: gallagher@sbemp.com
3  SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
   74774 Highway 111
4  Indian Wells, California 92210
   Telephone (760) 322-2275
5  Fax: (760) 322-2107

6  Attorneys for Defendant CITY OF BANNING

7  J. Leah Castella (SBN 205990)
   E-mail:  lcastella@bwslaw.com
8  Kevin D. Siegel (SBN 194787)
   E-mail:  ksiegel@bwslaw.com
9  Leila J. Moshref-Danesh (SBN 310783)
   E-mail: lmoshref@bwslaw.com
10 Yara M. Wahba (SBN 339791)
   E-mail:  ywahba@bwslaw.com
11 BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
12 Oakland, California  94612
   Tel:  510.273.8780    Fax:  510.839.9104
13
   Attorneys for Defendants
14 CITY OF BANNING and SHERI FLYNN

15

16                  UNITED STATES DISTRICT COURT

17          CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

18

| | |
|---|---|
| 19 SUN LAKES HIGHLAND, LLC, a Delaware limited liability company, | Case No. 5:24-cv-02603-DTB |
| 20 | |
| 21                    Petitioner and Plaintiff, | VOLUME 1 PART 17 OF THE ADMINISTRATIVE RECORD OF PROCEEDINGS |
| 22        v. | |
| 23 CITY OF BANNING, a municipal corporation; SHERI FLYNN, an individual; and DOES 1 through 10, inclusive, | |
| 24 | Date:   May 29, 2025 (Off Calendar) |
| 25                    Respondents and Defendants. | Time:   10:00 a.m. Crtrm.:  4 Judge:   Hon. David T. Bristow |
| 26 | Action Filed: December 6, 2024 |
| 27 | Second Amended Petition Filed: March 31. 2025 |
| 28 | |

1
2
3
4
5
6
7
8
9

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
ANTHONY J. OLIVA (BAR NO. 123971)
PAIGE H. GOSNEY (BAR NO. 252830)
BENJAMIN N. PATTERSON (BAR NO. 332740)
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  toliva@allenmatkins.com
          pgosney@allenmatkins.com
          bpatterson@allenmatkins.com

Attorneys for Real Parties in Interest
SUN LAKES HIGHLAND, LLC and CREATION EQUITY,
LLC

10              SUPERIOR COURT OF CALIFORNIA

11               FOR THE COUNTY OF RIVERSIDE

12              RIVERSIDE HISTORIC COURTHOUSE

13

PASS ACTION GROUP,

14
                    Petitioner and Plaintiff,

15
        vs.

16
CITY OF BANNING; CITY COUNCIL OF
THE CITY OF BANNING; and DOES 1
17
through 20,

18
                    Respondents and Defendants.

19

SUN LAKES HIGHLAND, LLC; CREATION
20
EQUITY, LLC; and DOES 21-40,,

21
                    Real Parties in Interest.

22
23
24
25
26
27
28

Case No. CVRI2201482

ASSIGNED FOR ALL PURPOSES TO
Judge Craig Riemer
Dept: 1

ADMINISTRATIVE RECORD
VOLUME III of IV
Tabs 51-140
AR 011099 - 015030

Complaint Filed:   April 18, 2022
Trial Date:        Not Set

**PRELIMINAR**

# Project Specific
# Water Quality Management Plan

**REDLINED PC1
DRAFT PWQMP**

For: **Banning 47**

**Sun Lakes Boulevard, Banning, CA 92220**

**DEVELOPMENT NO.        A.P.N. 419-140-057**
**DESIGN REVIEW NO.      DESIGN REVIEW NO. XXXX**

If there is no Design Review #, leave this blank.

**Prepared for:**

LGE Design Group
1200 N. 52nd Street
Phoenix, AZ 85008
Telephone: (480) 966-4001

**Prepared by:**
Reinhard Stenzel, Director of Engineering
Thienes Engineering Inc.
14349 Firestone Boulevard
La Mirada, CA 90638
Telephone: (714) 521-4173

Original Date Prepared:        4/19/2021

Revision Date(s):

Complete upon resubmittal

# OWNER'S CERTIFICATION

This project-specific Water Quality Management Plan (WQMP) has been prepared for:

>LGE Design Group
>by **Thienes Engineering Inc.**
>for the project known as **Banning 47** at **Sun Lakes Boulevard, Banning, CA 92220**.

This WQMP is intended to comply with the requirements of **Banning** for A.P.N. 419-140-057, which includes the requirement for the preparation and implementation of a project-specific WQMP.

The undersigned, while owning the property/project described in the preceding paragraph, shall be responsible for the implementation of this WQMP and will ensure that this WQMP is amended as appropriate to reflect up-to-date conditions on the site.  This WQMP will be reviewed with the facility operator, facility supervisors, employees, tenants, maintenance and service contractors, or any other party (or parties) having responsibility for implementing portions of this WQMP.  At least one copy of this WQMP will be maintained at the project site or project office in perpetuity.

The undersigned is authorized to certify and to approve implementation of this WQMP.  The undersigned is aware that implementation of this WQMP is enforceable under **Banning** Water Quality Ordinance (Municipal Code Section 18.06.040).

If the undersigned transfers its interest in the subject property/project, the undersigned shall notify the successor in interest of its responsibility to implement this WQMP.

"I, the undersigned, certify under penalty of law that I am the owner of the property that is the subject of this WQMP, and that the provisions of this WQMP have been reviewed and accepted and that the WQMP will be transferred to future successors in interest."

| | |
|---|---|
| _____ | **ATTEST** |
| Owner's Signature | |
| Blake Wells | |
| Owner's Printed Name | _____ |
| | Notary Signature |
| Director of Preconstruction | |
| Owner's Title/Position | _____ |
| | Printed Name |
| _____ | |
| Date | _____ |
| | Title/Position |
| **1200 N. 52nd Street** | |
| **Phoenix, AZ 85008** | _____ |
| **(480) 966-4001** | Date |

*Owner's signature/date with Notary is required*

THIS FORM SHALL BE NOTARIZED BEFORE ACCEPTANCE OF THE
FINAL PROJECT SPECIFIC WQMP

# Contents

SECTION                                                                                                          PAGE

I.      **Project Description** ................................................................................................... **1**

II.     **Site Characterization** ................................................................................................ **5**

III.    **Pollutants of Concern** ................................................................................................ **7**

IV.     **Hydrologic Conditions of Concern** ........................................................................ **8**

V.      **Best Management Practices** ...................................................................................... **9**

    V.1     SITE DESIGN BMP CONCEPTS, LID/SITE DESIGN AND TREATMENT CONTROL BMPs ...... 9

        V.1.A    SITE DESIGN BMP CONCEPTS AND LID/SITE DESIGN BMPs ................................ 11

        V.1.B    TREATMENT CONTROL BMPs ..................................................................... 17

        V.1.C    MEASURABLE GOAL SUMMARY ................................................................. 19

    V.2     SOURCE CONTROL BMPs ............................................................................... 20

    V.3     EQUIVALENT TREATMENT CONTROL BMP ALTERNATIVES ............................. 24

    V.4     REGIONALLY-BASED BMPs ........................................................................... 24

VI.     **Operation and Maintenance Responsibility for BMPs** ...................................... **25**

VII.    **Funding** .................................................................................................................... **30**


TABLES

TABLE 1. POLLUTANT OF CONCERN SUMMARY                                                                            7

TABLE 2. BMP SELECTION MATRIX BASED UPON POLLUTANT OF CONCERN REMOVAL EFFICIENCY          10

TABLE 3.  IMPLEMENTATION OF SITE DESIGN BMP CONCEPTS                                              12

TABLE 4.  LID/SITE DESIGN BMPs MEETING THE LID/SITE DESIGN MEASURABLE GOAL                    16

TABLE 5: TREATMENT CONTROL BMP SUMMARY                                                            18

TABLE 6: MEASURABLE GOAL SUMMARY                                                                  19

TABLE 7. SOURCE CONTROL BMPs                                                                      20

APPENDICES

A.  CONDITIONS OF APPROVAL

B.  VICINITY MAP, WQMP SITE PLAN, AND RECEIVING WATERS MAP

C.  SUPPORTING DETAIL RELATED TO HYDROLOGIC CONDITIONS OF CONCERN (IF APPLICABLE)

D.  EDUCATIONAL MATERIALS

E.  SOILS REPORT (IF APPLICABLE)

F.  STRUCTURAL BMP AND/OR RETENTION FACILITY SIZING CALCULATIONS AND DESIGN DETAILS

G.  AGREEMENTS – CC&Rs, COVENANT AND AGREEMENTS, BMP MAINTENANCE AGREEMENTS AND/OR OTHER MECHANISMS FOR ENSURING ONGOING OPERATION, MAINTENANCE, FUNDING AND TRANSFER OF REQUIREMENTS FOR THIS PROJECT-SPECIFIC WQMP

H.  PHASE 1 ENVIRONMENTAL SITE ASSESSMENT – SUMMARY OF SITE REMEDIATION CONDUCTED AND USE RESTRICTIONS

I.  PROJECT-SPECIFIC WQMP SUMMARY DATA FORM

AR 011101

AR009096

# I.    Project Description

**Project Owner**:          LGE Design Group

1200 N. 52nd Street

Phoenix, AZ 85008

(480) 966-4001


**WQMP Preparer**:          Reinhard Stenzel, Director of Engineering

14349 Firestone Boulevard

La Mirada, CA 90638

(714) 521-4173


Project Site Address:          **Sun Lakes Boulevard**

**Banning, CA 92220**

Planning Area/
Community Name/
Development Name:          ~~**Sun Lakes Village**~~          *Move this name to "Planning Area/" and replace Dev. Name with "Banning 47"*

APN Number(s):          **419-140-057**

Latitude & Longitude:          **33.924120, -116.941771**

Receiving Water:          **Smith Creek**

Project Site Size:          **31.35 acres**

Standard Industrial Classification (SIC) Code:          **4225**


Formation of Home Owners' Association (HOA)
or Property Owners Association (POA):          Y ☐ N ☒

**2014 Whitewater River Region WQMP**
# Banning 47

Additional Permits/Approvals required for the Project:

| AGENCY | Permit required |
|---|---|
| State Department of Fish and Wildlife, Fish and Game Code §1602 Streambed Alteration Agreement | Y ☐  N ☒ |
| State Water Resources Control Board, Clean Water Act (CWA) Section 401 Water Quality Certification | Y ☐  N ☒ |
| US Army Corps of Engineers, CWA Section 404 permit | Y ☐  N ☒ |
| US Fish and Wildlife, Endangered Species Act Section 7 biological opinion | Y ☐  N ☒ |
| Statewide Construction General Permit Coverage | Y ☒  N ☐ |
| Statewide Industrial General Permit Coverage | Y ☒  N ☐ |
| Other *(please list in the space below as required)* | |

City of Banning Grading Permit, Construction Permits & Encroachment Permits

*stormwater runoff retention*

The overall project site encompasses approximately 31.35 acres which includes 0.20 acres of proposed driveway along the southeasterly corner of the site that is considered as an offsite area. The project will consist of a single warehouse type building with associated landscaping, vehicle/truck parking and loading docks. Activities will include loading/unloading of finished products at the docks. There will not be outdoor storage or food preparation, cooking or eating areas. The types of waste generated at the site will consist of trash and biodegradable organic matter (such as leaves and grass cuttings). Two underground storage systems are proposed to mitigate the onsite drainage through both infiltration and peak flow reduction. A storm drain will convey the discharge from the underground storage systems to a pair of existing 30" RCP culverts that cross Sun Lakes Boulevard near the southeast corner of the project site. *overflow*

Approximately 0.30 acres from the southeast corner of the site and another 0.20 acres of disturbed offsite area (DMA C) will drain into the proposed storm drain without being routed to the underground retention CMP systems. *Provide additional explanation why these areas will not be routed to the on-site LID BMP.*

Appendix A of this project-specific WQMP includes a complete copy of the final Conditions of Approval. Appendix B of this project-specific WQMP includes:

a. A Vicinity Map identifying the project site and surrounding planning areas in sufficient detail; and

b. A Site Plan for the project. The Site Plan included as part of Appendix B depicts the following project features:

- Location and identification of all structural BMPs, including Source Control, LID/Site Design and Treatment Control BMPs.

- Landscaped areas.

- Paved areas and intended uses (i.e., parking, outdoor work area, outdoor material storage area, sidewalks, patios, tennis courts, etc.).

- Number and type of structures and intended uses (i.e., buildings, tenant spaces, dwelling units, community facilities such as pools, recreation facilities, tot lots, etc.).

- Infrastructure (i.e., streets, storm drains, etc.) that will revert to public agency ownership and operation.

- Location of existing and proposed public and private storm drainage facilities (i.e., storm drains, channels, basins, etc.), including catch basins and other inlets/outlet structures. Existing and proposed drainage facilities should be clearly differentiated.

- Location(s) of Receiving Waters to which the project directly or indirectly discharges.

- Location of points where onsite (or tributary offsite) flows exit the property/project site.

- Delineation of proposed drainage area boundaries, including tributary offsite areas, for each location where flows exit the project site and existing site (where existing

site flows are required to be addressed).  Each tributary area should be clearly denoted.

- Pre- and post-project topography.

Appendix I is a one page form that summarizes pertinent information relative to this project-specific WQMP.

# II.   Site Characterization

Land Use Designation or Zoning:          **General Commercial, Business Park & Commercial Component of Sun Lakes Community Specific Plan**

Current Property Use:          **Undeveloped**

Proposed Property Use:          **Industrial**

Availability of Soils Report:          Y ☒   N ☐   *Note: A soils report is required if infiltration BMPs are utilized.  Attach report in Appendix E.*

Phase 1 Site Assessment:          Y ☐   N ☒   *Note: If prepared, attached remediation summary and use restrictions in Appendix H.*

**2014 Whitewater River Region WQMP**

**Banning 47**

**Receiving Waters for Urban Runoff from Site**

| Receiving Waters | EPA Approved 303(d) List Impairments | Designated Beneficial Uses | Proximity to RARE Beneficial Use Designated Receiving Waters |
|---|---|---|---|
| Smith Creek | None | None | N/A (1 mi) |
| San Gorgonio River | None | AGR, GWR, REC I, REC II, COLD, WILD | N/A (9 mi) |
| Whitewater River | None | MUN, ARG, GWR, REC I, REC II, COLD, WILD, POW | N/A (21 mi) |
| Coachella Valley Storm Channel | DDT (Dichlorodiphenyltrichloroethane), Dieldrin, Indicator Bacteria, Nitrogen (ammonia), PCBs ((Polychlorinated biphenyls), Toxaphene, Toxicity | FRSH, REC I, REC II, WARM, WILD, RARE | 51 mi |
| Salton Sea | Arsenic, Chloride, Chlorpyrifos, DDT (Dichlorodiphenyltrichloroethane), Enterococcus, Low Dissolved Oxygen, Nitrogen (ammonia), Nutrients, Salinity, Toxicity | None | N/A (70 mi) |

# III. Pollutants of Concern

**Table 1. Pollutant of Concern Summary**

Coachella Valley Storm Channel, Salton Sea

| Pollutant Category | Potential for Project and/or Existing Site | Causing Receiving Water Impairment |
|---|---|---|
| Bacteria/Virus | X | Coachella Valley Storm Channel, Salton Sea |
| Heavy Metals | X | None    No |
| Nutrients | X | None |
| Toxic Organic Compounds | X | Coachella Valley Storm Channel, Salton Sea |
| Sediment/Turbidity | X | Coachella Valley Storm Channel, Salton Sea |
| Trash & Debris | X | None    No |
| Oil & Grease | X | None |
| Other (specify pollutant): | | |
| Other (specify pollutant): | | |

# IV. Hydrologic Conditions of Concern

**Local Jurisdiction Requires On-Site Retention of Urban Runoff:**

Yes ☒    The project will be required to retain urban runoff onsite in conformance with local ordinance (See Table 6 of the WQMP Guidance document, "Local Land use Authorities Requiring Onsite Retention of Stormwater"). This section does not need to be completed; however, retention facility design details and sizing calculations must be included in Appendix F.

No ☐    This section must be completed.

**This Project meets the following condition:**

☐    **Condition A**: 1) Runoff from the Project is discharged directly to a publicly-owned, operated and maintained MS4 or engineered and maintained channel, 2) the discharge is in full compliance with local land use authority requirements for connections and discharges to the MS4 (including both quality and quantity requirements), 3) the discharge would not significantly impact stream habitat in proximate Receiving Waters, **and** 4) the discharge is authorized by the local land use authority.

☐    **Condition B**: The project disturbs less than 1 acre and is not part of a larger common plan of development that exceeds 1 acre of disturbance. The disturbed area calculation must include all disturbances associated with larger plans of development.

☐    **Condition C**: The project's runoff flow rate, volume, velocity and duration for the post-development condition do not exceed the pre-development condition for the 2-year, 24-hour and 10-year 24-hour rainfall events. This condition can be achieved by, where applicable, complying with the local land use authority's on-site retention ordinance, or minimizing impervious area on a site and incorporating other Site-Design BMP concepts and LID/Site Design BMPs that assure non-exceedance of pre-development conditions. This condition must be substantiated by hydrologic modeling methods acceptable to the local land use authority.

☐    **None:** Refer to Section 3.4 of the Whitewater River Region WQMP Guidance document for additional requirements.

Supporting engineering studies, calculations, and reports are included in Appendix C.

|  | 2 year – 24 hour | | 10 year – 24 hour | |
|---|---|---|---|---|
|  | **Precondition** | **Post-condition** | **Precondition** | **Post-condition** |
| **Discharge (cfs)** |  |  |  |  |
| **Velocity (fps)** |  |  |  |  |
| **Volume (cubic feet)** |  |  |  |  |
| **Duration (minutes)** |  |  |  |  |

AR009104

# V.  Best Management Practices

This project implements Best Management Practices (BMPs) to address the Pollutants of Concern that may potentially be generated from the use of the Project site. These BMPs have been selected and implemented to comply with Section 3.5 of the WQMP Guidance document, and consist of Site Design BMP concepts, Source Control, LID/Site Design and, if/where necessary, Treatment Control BMPs as described herein.

## V.1  SITE DESIGN BMP CONCEPTS, LID/SITE DESIGN AND TREATMENT CONTROL BMPS

Local Jurisdiction Requires On-Site Retention of Urban Runoff:

Yes  ☒  The project will be required to retain Urban Runoff onsite in conformance with local ordinance (See Table 6 of the WQMP Guidance document, "Local Land use Authorities Requiring Onsite Retention of Stormwater). **The LID/Site Design measurable goal has thus been met (100%), and Sections V.1.A and V.1.B do not need to be completed**; however, retention facility design details and sizing calculations must be included in Appendix F, and '100%' should be entered into Column 3 of Table 6 below.

No  ☐  Section V.1 must be completed.

This section of the Project-Specific WQMP documents the LID/Site Design BMPs and, if/where necessary, the Treatment Control BMPs that will be implemented on the project to meet the requirements detailed within Section 3.5.1 of the WQMP Guidance document. Section 3.5.1 includes requirements to implement Site Design Concepts and BMPs, and includes requirements to address Pollutants of Concern with BMPs. Further, sub-section 3.5.1.1 specifically requires that Pollutants of Concern be addressed with <u>LID/Site Design</u> BMPs to the extent feasible.

LID/Site Design BMPs are those BMPs listed within Table 2 below which promote retention and/or feature a natural treatment mechanism; off-site and regionally-based BMPs are also LID/Site Design BMPs, and therefore count towards the measurable goal, if they fit these criteria. This project incorporates LID/Site Design BMPs to fully address the Treatment Control BMP requirement where and to the extent feasible. If and where it has been acceptably demonstrated to the local land use authority that it is infeasible to fully meet this requirement with LID/Site Design BMPs, Section V.1.B (below) includes a description of the conventional Treatment Control BMPs that will be substituted to meet the same requirements.

In addressing Pollutants of Concern, BMPs are selected using Table 2 below.

**Table 2. BMP Selection Matrix Based Upon Pollutant of Concern Removal Efficiency [1]**

(Sources: Riverside County Flood Control & Water Conservation District Design Handbook for Low Impact Development Best Management Practices, dated September 2011, the Orange County Technical Guidance Document for Water Quality Management Plans, dated May 19, 2011, and the Caltrans Treatment BMP Technology Report, dated April 2010 and April 2008)

| Pollutant of Concern | Landscape Swale[2,3] | Landscape Strip[2,3] | Biofiltration (with underdrain)[2,3] | Extended Detention Basin[2] | Sand Filter Basin[2] | Infiltration Basin[2] | Infiltration Trench[2] | Permeable Pavement[2] | Bioretention (w/o underdrain)[2,3] | Other BMPs Including Proprietary BMPs[4,6] |
|---|---|---|---|---|---|---|---|---|---|---|
| Sediment & Turbidity | M | M | H | M | H | H | H | H | H | Varies by Product[5] |
| Nutrients | L/M | L/M | M | L/M | L/M | H | H | H | H | |
| Toxic Organic Compounds | M/H | M/H | M/H | L | L/M | H | H | H | H | |
| Trash & Debris | L | L | H | H | H | H | H | L | H | |
| Bacteria & Viruses (also: Pathogens) | L | M | H | L | M | H | H | H | H | |
| Oil & Grease | M | M | H | M | H | H | H | H | H | |
| Heavy Metals | M | M/H | M/H | L/M | M | H | H | H | H | |

Abbreviations:
   L: Low removal efficiency   M: Medium removal efficiency   H: High removal efficiency

Notes:
(1) Periodic performance assessment and updating of the guidance provided by this table may be necessary.

(2) Expected performance when designed in accordance with the most current edition of the document, "Riverside County, Whitewater River Region Stormwater Quality Best Management Practice Design Handbook".

(3) Performance dependent upon design which includes implementation of thick vegetative cover.  Local water conservation and/or landscaping requirements should be considered; approval is based on the discretion of the local land use authority.

(4) Includes proprietary stormwater treatment devices as listed in the CASQA Stormwater Best Management Practices Handbooks, other stormwater treatment BMPs not specifically listed in this WQMP (including proprietary  filters, hydrodynamic separators, inserts, etc.), or newly developed/emerging stormwater treatment technologies.

(5) Expected performance should be based on evaluation of unit processes provided by BMP and available testing data. Approval is based on the discretion of the local land use authority.

(6) When used for primary treatment as opposed to pre-treatment, requires site-specific approval by the local land use authority.

AR009106

## V.1.A  Site Design BMP Concepts and LID/Site Design BMPs

This section documents the Site Design BMP concepts and LID/Site Design BMPs that will be implemented on this project to comply with the requirements detailed in Section 3.5.1 of the WQMP Guidance document.

- Table 3 herein documents the implementation of the Site Design BMP Concepts described in sub-sections 3.5.1.3 and 3.5.1.4.

- Table 4 herein documents the extent to which this project has implemented the LID/Site Design goals described in sub-section 3.5.1.1.

**Table 3.  Implementation of Site Design BMP Concepts**

| Design Concept | Technique | Specific BMP | Included | | | Brief Reason for BMPs Indicated as No or N/A |
|---|---|---|---|---|---|---|
| | | | Yes | No | N/A | |
| Site Design BMP Concept 1 | Minimize Urban Runoff, Minimize Impervious Footprint, and Conserve Natural Areas (See WQMP Section 3.5.1.3) | Conserve natural areas by concentrating or clustering development on the least environmentally sensitive portions of a site while leaving the remaining land in a natural, undisturbed condition. | ☐ | ☐ | ☐ | |
| | | Conserve natural areas by incorporating the goals of the Multi-Species Habitat Conservation Plan or other natural resource plans. | ☐ | ☐ | ☐ | |
| | | Preserve natural drainage features and natural depressional storage areas on the site. | ☐ | ☐ | ☐ | |
| | | Maximize canopy interception and water conservation by preserving existing native trees and shrubs, and planting additional native or drought tolerant trees and large shrubs. | ☐ | ☐ | ☐ | |
| | | Use natural drainage systems. | ☐ | ☐ | ☐ | |
| | | Where applicable, incorporate Self-Treating Areas | ☐ | ☐ | ☐ | |
| | | Where applicable, incorporate Self-Retaining Areas | ☐ | ☐ | ☐ | |
| | | Increase the building floor to area ratio (i.e., number of stories above or below ground). | ☐ | ☐ | ☐ | |
| | | Construct streets, sidewalks and parking lot aisles to minimum widths necessary, provided that public safety and a walkable environment for pedestrians are not compromised. | ☐ | ☐ | ☐ | |
| | | Reduce widths of streets where off-street parking is available. | ☐ | ☐ | ☐ | |
| | | Minimize the use of impervious surfaces, such as decorative concrete, in the landscape design. | ☐ | ☐ | ☐ | |
| | | Other comparable and equally effective Site Design BMP concept(s) as approved by the local land use authority (Note: Additional narrative required to describe BMP and how it addresses site design concept). | ☐ | ☐ | ☐ | |

**Table 3.  Site Design BMP Concepts (continued)**

| Design Concept | Technique | Specific BMP | Included Yes | Included No | Included N/A | Brief Reason for Each BMP Indicated as No or N/A |
|---|---|---|---|---|---|---|
| *Site Design BMP Concept 2* | **Minimize Directly Connected Impervious Area** **(See WQMP Section 3.5.1.4)** | Design residential and commercial sites to contain and infiltrate roof runoff, or direct roof runoff to landscaped swales or buffer areas. | ☐ | ☐ | ☐ | |
| | | Drain impervious sidewalks, walkways, trails, and patios into adjacent landscaping. | ☐ | ☐ | ☐ | |
| | | Incorporate landscaped buffer areas between sidewalks and streets. | ☐ | ☐ | ☐ | |
| | | Use natural or landscaped drainage swales in lieu of underground piping or imperviously lined swales. | ☐ | ☐ | ☐ | |
| | | Where soil conditions are suitable, use perforated pipe or gravel filtration pits for low flow infiltration. | ☐ | ☐ | ☐ | |
| | | Maximize the permeable area by constructing walkways, trails, patios, overflow parking, alleys, driveways, low-traffic streets, and other low-traffic areas with open-jointed paving materials or permeable surfaces such as pervious concrete, porous asphalt, unit pavers, and granular materials. | ☐ | ☐ | ☐ | |
| | | **Use one or more of the following:** | | | | |
| | | Rural swale system: street sheet flows to landscaped swale or gravel shoulder, curbs used at street corners, and culverts used under driveways and street crossings. | ☐ | ☐ | ☐ | |
| | | Urban curb/swale system: street slopes to curb; periodic swale inlets drain to landscaped swale or biofilter. | ☐ | ☐ | ☐ | |
| | | Dual drainage system: first flush captured in street catch basins and discharged to adjacent vegetated swale or gravel shoulder; high flows connect directly to MS4s. | ☐ | ☐ | ☐ | |
| | | Other comparable and equally effective Site Design BMP concept(s) as approved by the local land use authority (Note: Additional narrative required to describe BMP and how it addresses site design concept). | ☐ | ☐ | ☐ | |
| | | **Use one or more of the following for design of driveways and private residential parking areas:** | | | | |
| | | Design driveways with shared access, flared (single lane at street), or wheel strips (paving only under the tires). | ☐ | ☐ | ☐ | |
| | | Uncovered temporary or guest parking on residential lots paved with a permeable surface, or designed to drain into landscaping. | ☐ | ☐ | ☐ | |

**Table 3. Site Design BMP Concepts (continued)**

| Design Concept | Technique | Specific BMP | Included | | | Brief Reason for Each BMP Indicated as No or N/A |
|---|---|---|---|---|---|---|
| | | | Yes | No | N/A | |
| *Site Design BMP Concept 2 (cont'd)* | **Minimize Directly Connected Impervious Area**<br><br>**(See WQMP Section 3.5.1.4)** | Other comparable and equally effective Site Design BMP concept(s) as approved by the local land use authority (Note: Additional narrative required to describe BMP and how it addresses site design concept). | ☐ | ☐ | ☐ | |
| | | **Use one or more of the following for design of parking areas:** | | | | |
| | | Where landscaping is proposed in parking areas, incorporate parking area landscaping into the drainage design. | ☐ | ☐ | ☐ | |
| | | Overflow parking (parking stalls provided in excess of the Permittee's minimum parking requirements) may be constructed with permeable pavement. | ☐ | ☐ | ☐ | |
| | | Other comparable and equally effective Site Design BMP (or BMPs) as approved by the local land use authority (Note: Additional narrative required describing BMP and how it addresses site design concept). | ☐ | ☐ | ☐ | |

AR 011115
AR009110

**Project Site Design BMP Concepts:**

Insert text here briefly describing how each included Site Design BMP concept will be implemented.


**Alternative Project Site Design BMP Concepts:**

Insert text here describing any other comparable and equally effective Site Design BMP concept(s) as approved by the local land use authority, or indicate N/A.

**Table 4.  LID/Site Design BMPs Meeting the LID/Site Design Measurable Goal**

| (1)<br>DRAINAGE SUB-AREA ID OR NO. | (2)<br>LID/SITE DESIGN BMP TYPE*<br><br>(See Table 2) | (3)<br>POTENTIAL POLLUTANTS OF CONCERN WITHIN DRAINAGE SUB-AREA<br><br>(Refer to Table 1) | (4)<br>POTENTIAL POLLUTANTS WITHIN SUB-AREA CAUSING RECEIVING WATER IMPAIRMENTS<br>(Refer to Table 1) | (5)<br>EFFECTIVENESS OF LID/SITE DESIGN BMP AT ADDRESSING IDENTIFIED POTENTIAL POLLUTANTS<br>(U,  L,  M, H/M, H; see Table 2) | (6)<br>BMP MEETS WHICH DESIGN CRITERIA?<br><br>(Identify as $V_{BMP}$ OR $Q_{BMP}$) | (7)<br>TOTAL AREA WITHIN DRAINAGE SUB-AREA<br><br>(Nearest 0.1 acre) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **TOTAL PROJECT AREA TREATED WITH LID/SITE DESIGN BMPs (NEAREST 0.1 ACRE)** | | | | | | |

* LID/Site Design BMPs listed in this table are those that <u>completely</u> address the 'Treatment Control BMP requirement' for their drainage sub-area.

AR 011117
AR009112

**Justification of infeasibility for sub-areas not addressed with LID/Site Design BMPs**

Insert text here listing each drainage sub-area wherein the design criteria of VBMP and/or QBMP are not treated using LID/Site Design BMPs as required in WQMP Guidance Section 3.5.1.1, and provide justification of infeasibility for each.


## V.1.B TREATMENT CONTROL BMPS

Conventional Treatment Control BMPs shall be implemented to address the project's Pollutants of Concern as required in WQMP Section 3.5.1 where, and to the extent that, Section V.1.A has demonstrated that it is infeasible to meet these requirements through implementation of LID/Site Design BMPs.

☐ The LID/Site Design BMPs described in Section V.1.A of this project-specific WQMP completely address the 'Treatment Control BMP requirement' for the entire project site (and where applicable, entire existing site) as required in Section 3.5.1.1 of the WQMP Guidance document. Supporting documentation for the sizing of these LID/Site Design BMPs is included in Appendix F. **\*Section V.1.B does not need to be completed**.

☐ The LID/Site Design BMPs described in Section V.1.A of this project-specific WQMP do **NOT** completely address the 'Treatment Control BMP requirement' for the entire project site (or where applicable, entire existing site) as required in Section 3.5.1.1 of the WQMP. **\*Section V.1.B must be completed.**


The Treatment Control BMPs identified in this section are selected, sized and implemented to treat the design criteria of $V_{BMP}$ and/or $Q_{BMP}$ for all project (and if required, existing site) drainage sub-areas which were not fully addressed using LID/Site Design BMPs. Supporting documentation for the sizing of these Treatment Control BMPs is included in Appendix F.

**Table 5: Treatment Control BMP Summary**

| (1)<br>DRAINAGE SUB-AREA ID OR NO. | (2)<br>TREATMENT CONTROL BMP TYPE*<br><br>(See Table 2) | (3)<br>POTENTIAL POLLUTANTS OF CONCERN WITHIN DRAINAGE SUB-AREA<br><br>(Refer to Table 1) | (4)<br>POTENTIAL POLLUTANTS WITHIN SUB-AREA CAUSING RECEIVING WATER IMPAIRMENTS<br><br>(Refer to Table 1) | (5)<br>EFFECTIVENESS OF TREATMENT CONTROL BMP AT ADDRESSING IDENTIFIED POTENTIAL POLLUTANTS<br>(U, L, M, H/M, H; see Table 2) | (6)<br>BMP MEETS WHICH DESIGN CRITERIA?<br><br>(Identify as $V_{BMP}$ OR $Q_{BMP}$) | (7)<br>TOTAL AREA WITHIN DRAINAGE SUB-AREA<br><br>(Nearest 0.1 acre) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **TOTAL PROJECT AREA TREATED WITH TREATMENT CONTROL BMPs (NEAREST 0.1 ACRE)** | | | | | | |

### V.1.C MEASURABLE GOAL SUMMARY

This section documents the extent to which this project has met the measurable goal described in WQMP Section 3.5.1.1 of addressing 100% of the project's 'Treatment Control BMP requirement' with LID/Site Design BMPs.  Projects required to retain Urban Runoff onsite in conformance with local ordinance are considered to have met the measurable goal; for these instances, '100%' is entered into Column 3 of the Table.

### Table 6: Measurable Goal Summary

| (1)<br><br>**Total Area Treated with <u>LID/Site Design</u> BMPs**<br><br>**(Last row of Table 4)** | (2)<br><br>**Total Area Treated with <u>Treatment Control</u> BMPs**<br><br>**(Last row of Table 5)** | (3)<br><br>**% of Treatment Control BMP Requirement addressed with LID/Site Design BMPs** |
|---|---|---|
|  |  | 98.4% |

*APPROXIMATELY 0.50 ACRES OF ONSITE AND OFFSITE DISTURBED AREAS (DMA C) WILL DRAIN INTO THE PROPOSED STORM DRAIN WITHOUT BEING ROUTED TO THE UNDERGROUND RETENTION CMP SYSTEMS.*

Provide additional explanation why these areas will not be routed to the on-site LID BMP.

## V.2    SOURCE CONTROL BMPS

This section identifies and describes the Source Control BMPs applicable and implemented on this project.

### Table 7. Source Control BMPs

| BMP Name | Check One | | If not applicable, state brief reason |
|---|---|---|---|
| | **Included** | **Not Applicable** | |
| **Non-Structural Source Control BMPs** | | | |
| Education for Property Owners, Operators, Tenants, Occupants, or Employees | ☒ | ☐ | |
| Activity Restrictions | ☒ | ☐ | |
| Irrigation System and Landscape Maintenance | ☒ | ☐ | |
| Common Area Litter Control | ☒ | ☐ | |
| Street Sweeping Private Streets and Parking Lots | ☒ | ☐ | |
| Drainage Facility Inspection and Maintenance | ☒ | ☐ | |
| **Structural Source Control BMPs** | | | |
| Storm Drain Inlet Stenciling and Signage | ☒ | ☐ | |
| Landscape and Irrigation System Design | ☒ | ☐ | |
| Protect Slopes and Channels | ☐ | ☒ | No slopes or channels to protect |
| Provide Community Car Wash Racks | ☐ | ☒ | Not applicable |
| **Properly Design*:** | | | |
| Fueling Areas | ☐ | ☒ | Not applicable |
| Air/Water Supply Area Drainage | ☐ | ☒ | Not applicable |
| Trash Storage Areas | ☒ | ☐ | |
| Loading Docks | ☒ | ☐ | |
| Maintenance Bays | ☐ | ☒ | Not applicable |
| Vehicle and Equipment Wash Areas | ☐ | ☒ | Not applicable |
| Outdoor Material Storage Areas | ☐ | ☒ | Not applicable |
| Outdoor Work Areas or Processing Areas | ☐ | ☒ | Not applicable |
| Provide Wash Water Controls for Food Preparation Areas | ☐ | ☒ | Not applicable |

*Details demonstrating proper design must be included in Appendix F.

**AR009116**

**Non-structural Source Control BMPs**

**Education for Property Owners, Operators, Tenants, Occupants, or Employees:** The owners will provide the tenants with information concerning good housekeeping practices that contribute to the protection of Urban Runoff quality and BMPs that eliminate or reduce pollution during subsequent property improvements. Please see Attachment D for educational materials and descriptions of concepts that will be addressed by education and training. The owner will check with City and County at least once a year to obtain new or updated educational materials and provide these materials to tenants. BMP training and education programs will be provided to all new employees within 6 months of hire date and annually thereafter. The owner is responsible for the tenants, employees, etcetera, being trained. Additionally, tenants will adhere to the California Department of Public Health's, "Best Management Practices or Mosquito Control in California for local vector control requirements.

**Activity Restrictions:** Conditions, Covenants and Restrictions (CC&R's) will identify restricting or prohibiting activities (once the project is operational) for the purpose of Receiving Water quality protection. These activities include, but will not be limited to:

- Prohibiting the blowing, sweeping, or hosing of debris (leaf litter, grass clippings, litter, etc.) into streets, storm drain inlets, or other conveyances.

- Require dumpster lids to be closed at all times.

- Prohibit vehicle washing, maintenance, or repair on the premises or restrict those activities to designated areas (such as repair within maintenance bays and vehicle washing on properly designed wash racks).

**Irrigation System and Landscape Maintenance:** Maintenance of irrigation systems and landscaping shall be consistent with City's Water Conservation Ordinance (Title 17 of the Banning Municipal Code). Fertilizer and pesticide usage shall be consistent with the instructions contained on product labels and with regulations administered by California's Department of Pesticide Regulation. Additionally, landscape maintenance must address replacement of dead vegetation, repair of erosion rills, proper disposal of green waste, etc. Irrigation system maintenance must address periodic testing and observation of the irrigation system to detect overspray, broken sprinkler heads, and other system failures. Maintenance of the landscaping and irrigation shall be done weekly by the owner.

**Common Area Litter Control:** Tenants will help keep the site free of trash and other debris. It will be the owner's responsibility for having the site (including any trash receptacle)s inspected weekly and cleaned as necessary. Any trash disposal violations shall be reported to the owner for investigation and identification of the party responsible for litter control.

**Street Sweeping Private Streets and Parking Lots:** The owner/maintenance contractor will have the parking lots swept quarterly, including just prior to the start of the rainy season (October 1st). Hosing or watering of the site will not be permitted as a method of cleaning. The owner will be responsible for the funding of parking lot sweeping.

**Drainage Facility Inspection and Maintenance:** The owner/maintenance contractor will be responsible for cleaning onsite drainage facilities (catch basin and storm drain inlets) on a regular basis prior to the storm season, no later than October 1st of each year. The drainage facilities must be cleaned if accumulated sediment/debris fills 25% or more of the sediment/debris storage capacity. Privately owned drainage facilities shall be inspected annually and the cleaning frequency shall be assessed. The owner will be responsible for the funding of drainage facility maintenance.

**2014 Whitewater River Region WQMP**
**Banning 47**

### Structural Source Control BMPs

**Storm Drain Inlet Stenciling and Signage:** Stenciling or labeling shall be provided on all storm drain inlets and catch basins, constructed or modified, within the project area with prohibitive language (such as: "NO DUMPING ONLY RAIN IN THE DRAIN") and/or graphical icons to discourage illegal dumping. The owner will be responsible for maintaining the legibility of stencils. The stencils contain a brief statement that prohibits dumping into the MS4. Graphical icons, either illustrating anti-dumping symbols or images of Receiving Water fauna, are effective supplements to the text message. Stencils and signs alert the public to the destination of pollutants discharged into Urban Runoff.

**Landscape and Irrigation System Design:** The following concepts will be incorporated into landscape and irrigation system design:

- Rain shutoff devices will be employed to prevent irrigation during and after precipitation events.

- Irrigation systems shall be designed to each landscape area's specific water requirements.

- Flow reducers or shutoff valves triggered by a pressure drop shall be incorporated to control water loss due to broken sprinkler heads or lines.

- The timing and application methods of irrigation water shall be designed to minimize the runoff of excess irrigation water into the MS4.

- The landscape plan must be consistent with the City's Water Conservation Ordinance (Title 17 of the Banning Municipal Code).

  o Group plants with similar water requirements and low irrigation requirements shall be incorporated in the landscape plan (drought tolerant species).

  o Mulches (such as wood chips or shredded wood products) shall be used in planter areas without ground cover to minimize sediment in runoff.

  o Appropriate plant materials shall be installed for the location, in accordance with amount of sunlight and climate.

  o Plants that minimize or eliminate the use of fertilizer or pesticides shall be incorporated in the landscape plan.

**Trash Storage Areas:** All trash container areas shall meet the following requirements:

- Paved with an impervious surface, designed not to allow run-on from adjoining areas, designed to divert drainage from adjoining roofs and pavements diverted around the area, screened or walled to prevent off-site transport of trash. ← and covered with a solid 'patio style' roof.

- Trash dumpsters (containers) shall be leak proof and have attached covers or lids.

- Connection of trash area drains to the MS4 is prohibited.

- Trash compactors shall be roofed and set on a concrete pad. The pad shall be a minimum of one foot larger all around than the trash compactor and graded to drain to a sanitary sewer line.

**Loading Docks:** Above-ground loading docks will be proposed. Drainage shall be designed to preclude run-on and runoff to the loading docks. Loading docks shall be kept in a clean and orderly condition through a regular program of sweeping and litter control and immediate cleanup of spills and broken containers. Cleanup procedures should minimize or eliminate the use of water. If washdown water is used, it must be properly disposed (containment, collection, and disposal to sanitary sewer) and not discharged to the MS4. Inspection/maintenance of the loading dock areas shall be performed weekly by the owner.

Appendix D includes copies of the educational materials (described in Section 3.5.2.1 of the WQMP Guidance document) that will be used in implementing this project-specific WQMP.

**AR 011124**
**AR009119**

2014 Whitewater River Region WQMP
# Banning 47

## V.3  EQUIVALENT TREATMENT CONTROL BMP ALTERNATIVES

Not applicable.

## V.4  REGIONALLY-BASED BMPs

Not applicable.

# VI. Operation and Maintenance Responsibility for BMPs

Appendix G of this project-specific WQMP includes copies of CC&Rs, Covenant and Agreements, BMP Maintenance Agreement and/or other mechanisms used to ensure the ongoing operation, maintenance, funding, transfer and implementation of the project-specific WQMP requirements.

AR 011126
**AR009121**

The owner is responsible for all funding and maintenance of the project's BMPs:

LGE Design Group
1200 N. 52nd Street
Phoenix, CA 85008
Phone: (480) 966-4001
Contact: Blake Wells

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Underground retention CMP | Upon completion of storm drain system | The manholes shall be inspected semi-annually (October 1st and February 1st) and maintained upon sediment reaching 3-inches in depth. The rows shall be inspected and maintained by a qualified technician and he/she will properly dispose of all wastes. Manholes are installed in order to inspect and maintain the system. It is installed per OSHA codes to ensure operator and inspector safety. | Semi-annually (October 1st and February 1st) through maintenance service contract with the vendor or equally qualified contractor. |
| Drain Insert | Upon completion of storm drain system | Visually inspect for defects and illegal dumping. Notify proper authorities if illegal dumping has occurred. Using an industrial vacuum, the collected materials shall be removed from the filter basket and disposed of properly. Inspect biosorb hydrocarbon boom and replace as necessary. | Annually |

All Drain Insert Filters shall be replaced by centrally located Hydrodynamic Separators as proper pretreatment for the large footprint, underground CMP stormwater retention/infiltration systems. This is due to the native and marginal soil infiltration rates, unavoidable compaction of the subsoils in the leach field areas during construction and the lack of any 'Isolator Rows' in the proposed underground retention systems.

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Irrigation System and Landscape Maintenance | Upon completion of storm drain system | Maintenance shall be conducted by a landscape contractor on a weekly basis to verify that the irrigation system is functioning properly and to repair as needed. Landscape contractor will also verify that there are no leaks or run-off from landscaped areas. Adjust irrigation heads and system run times as necessary to prevent overwatering of vegetation, overspray or run-off from landscaped areas to ensure the health and aesthetic quality of the landscape. Mowing and trimming waste shall be properly removed from the site and herbicides, pesticides and fertilizers shall be properly applied to prevent storm drainage contamination. | Ongoing "Weekly" |
| Common Area Litter Control | Upon completion of storm drain system | Trash and litter shall be swept from the site and disposed of into a dumpster with lids. Owner shall ensure that tenant contracts with the local trash collector to empty dumpsters on a weekly basis. | Weekly |
| Street Sweeping Private Streets and Parking Lots | Upon completion of storm drain system | All landscape maintenance contractors will be required to sweep up all landscape cuttings, mowings and fertilizer materials off paved areas and dispose of properly. Parking areas and drive ways will be vacuum swept by sweeping contractor. | Quarterly |

revise to "Monthly"

AR009123

**2014 Whitewater River Region WQMP**
# Banning 47

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Drainage Facility Inspection and Maintenance | Upon completion of storm drain system | The owner/maintenance contractor will be responsible for cleaning onsite drainage facilities (catch basin and storm drain inlets) on a regular basis prior to the storm season, no later than October 1st of each year. The drainage facilities must be cleaned if accumulated sediment/debris fills 25% or more of the sediment/debris storage capacity. | Annualy |
| Storm Drain Inlet Stenciling and Signage | Upon completion of storm drain system | Stenciling or labeling shall be provided on all storm drain inlets and catch basins, constructed or modified, within the project area with prohibitive language (such as: "NO DUMPING ONLY RAIN IN THE DRAIN") and/or graphical icons to discourage illegal dumping. The owner will be responsible for maintaning the legibility of stencils. | Annualy |
| Trash Storage Areas | Upon completion of storm drain system | The trash enclosure areas will be paved with an impervious surface to mitigate spills. The trash enclosures shall have a solid roof to prevent rainfall from entering containers. In addition, storm water runoff from adjoining roofs and pavement must be diverted around the trash area and signs should be posted informing users that hazardous materials are not to be disposed of therein. | Weekly |

*Handwritten annotations (red):*
- "inspecting and" (with arrow pointing to first cell text)
- "Quarterly" (near "Annualy", first row)
- "or there is evidence of illegal discharges into any catch basin inlet." (first row)
- "Annually" (near "Annualy", second row)

AR 011129
AR009124

**2014 Whitewater River Region WQMP**
**Banning 47**

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Loading Docks | Upon completion of storm drain system | Loading docks shall be kept in a clean and orderly condition through a regular program of sweeping and litter control and immediate cleanup of spills and broken containers.  Cleanup procedures should minimize or eliminate the use of water.  If washdown water is used, it must be properly disposed (containment, collection, and disposal to sanitary sewer) and not discharged to the MS4. | Weekly |

**AR009125**

# VII. Funding

The owner will be responsible for the funding of each structural BMP identified in this WQMP.

The current owner and any of his/her successors shall be responsible for funding the proper operation and maintenance of each structural BMP and implementation of all non-structural BMPs described in this WQMP document.

# Appendix A

Conditions of Approval

Planning Commission Resolution     _____

Dated     _____

<span style="color:red">If there are approved COAs for this project, provide a photocopy of it in this appendix.</span>

# Appendix B

Vicinity Map, WQMP Site Plan, and Receiving Waters Map





**Legend**

- COACHELLA VALLEY STORM CHANNEL
- FLOW PATH
- PROJECT SITE
- SALTON SEA
- SAN GORGONIO RIVER
- SMITH CREEK
- WHITEWATER RIVER

**RECEIVING WATERS MAP**

SUN LAKES BOULEVARD                    AR 011135

AR009130



VICINITY MAP
N.T.S.

SITE

**BUILDING**

**N.A.P.**

SUN LAKES VILLAGE DR.

COUNTRY CLUB DR.

**SUN LAKES BLVD.**

An approved
Hydrodynamic
Separator shall be
installed at any inlet
line into the
underground retention
infiltration systems.

All of these on-site storm drain inlets shall be
plumbed to centrally- located hydrodynamic
separators prior to connection into the
underground retention/infiltration systems and
shall not only utilize individual catch basin coarse
debris filters.

replace with
Hydrodynamic
Separator Make and
Model #'s

Tie all these catch basin inlets into an approved
Hydrodynamic Separator prior to concostion into the
underground retention/infiltration system.

24" UNDERGROUND
RETENTION CMP

24" UNDERGROUND
RETENTION CMP

**LEGEND**

| | |
|---|---|
| ⓐ | ABOVEGROUND TRUCK DOCK |
| ⓑ | LANDSCAPE/OUTDOOR FOOTCOSE USE |
| ⓒ | TRASH ENCLOSURES |
| ⓓ | PARKING LOT SWEEPING |
| ⓔ | STORM DRAIN INLETS |
| ⓕ | DRAIN INSERTS |
| ⓖ | STORM DRAIN DISPOSAL/OUTFALL |
| | "ONLY RAIN DOWN THE STORM DRAIN" |
| ⓗ | UNDERGROUND RETENTION CMP |
| ⓘ | NOT USED |

NOTE:
RD    ROOF DRAIN
PROPERTY BOUNDARY
SWM/MS
FLOW LINE
SD FLOW LINE

**BMP SD-13:**

ONLY RAIN
DOWN THE STORM DRAIN

SAMPLE STENCIL TO BE USED NEAR
GRATE AND CURB OPENING INLETS

*SAMPLE CATCH BASIN STENCIL*

0  25  50      100        150
SCALE:1"=50'

**PWQMP**

**CITY OF BANNING**
PUBLIC WORKS DEPARTMENT

**WQMP SITE MAP**
**BANNING 47**
**SUN LAKES BLVD.**

| | | |
|---|---|---|
| Designed by | Approved by | Date |
| Date | | |
| Checked by | | |
| Date | | |
| Designed by | Public Works Director | R.C.E. |
| Date | | |
| Checked by | | |
| Date | | |

Sheet  **1**  of  **2**  Sheets

3939/1 OF 2 SHEET

PREPARED FOR:
LGE DESIGN GROUP
1200 N. 82ND STREET
PHOENIX, AZ 85008
PHONE:  (480) 966-4001

PREPARED BY:
Thrones Engineering, Inc.

AR009131



**BIO CLEAN FULL CAPTURE FILTER WITH TROUGH SYSTEM**
FOR USE IN CURB INLETS



**BIO CLEAN FULL CAPTURE FILTER**
FOR USE IN GRATE INLETS



DMA A

DMA B

As previously explained, these catch basin filters may not be used as the only pretreatment devices and approved Hydrodynamic Separators must be centrally located on all inlet lines with connection into the underground retention/infiltration systems.

PWQMP

**CITY OF BANNING**
PUBLIC WORKS DEPARTMENT

WQMP SITE MAP

BANNING 47
SUN LAKES BLVD.

Sheet 2 of 2 Sheets

3939/1 OF 2 SHEET

PREPARED FOR:
LGE DESIGN GROUP

PREPARED BY:
Thienes Engineering, Inc.

AR009132

# Appendix C

Supporting Detail Related to Hydrologic Conditions of Concern

The Underground Storage Analysis calculations referred to in Appendix F are not included in this appendix.

**2014 Whitewater River Region WQMP**
**Banning 47**

# Appendix D

Educational Materials

Replace technical literature on the proposed Catch Basin Debris filters
with new literature on the proposed Hydrodynamic Separators and
replace CASQA BMP Factsheet #MP-52 with #MP-51, in this appendix.



WHEN IT RAINS
IT DRAINS

*After the Storm*

For more information contact:

or visit
www.epa.gov/npdes/stormwater
www.epa.gov/nps

EPA United States Environmental Protection Agency

EPA 833-B-03-002

**January 2003**

THE YEAR OF CLEAN WATER

*A Citizen's Guide to Understanding Stormwater*

AR 011140

AR009135



## What is stormwater runoff?

Stormwater runoff occurs when precipitation from rain or snowmelt flows over the ground. Impervious surfaces like driveways, sidewalks, and streets prevent stormwater from naturally soaking into the ground.

## Why is stormwater runoff a problem?

Stormwater can pick up debris, chemicals, dirt, and other pollutants and flow into a storm sewer system or directly to a lake, stream, river, wetland, or coastal water. Anything that enters a storm sewer system is discharged untreated into the waterbodies we use for swimming, fishing, and providing drinking water.

## The effects of pollution

Polluted stormwater runoff can have many adverse effects on plants, fish, animals, and people.

♦ Sediment can cloud the water and make it difficult or impossible for aquatic plants to grow. Sediment also can destroy aquatic habitats.

♦ Excess nutrients can cause algae blooms. When algae die, they sink to the bottom and decompose in a process that removes oxygen from the water. Fish and other aquatic organisms can't exist in water with low dissolved oxygen levels.

♦ Bacteria and other pathogens can wash into swimming areas and create health hazards, often making beach closures necessary.

♦ Debris—plastic bags, six-pack rings, bottles, and cigarette butts—washed into waterbodies can choke, suffocate, or disable aquatic life like ducks, fish, turtles, and birds.

♦ Household hazardous wastes like insecticides, pesticides, paint, solvents, used motor oil, and other auto fluids can poison aquatic life. Land animals and people can become sick or die from eating diseased fish and shellfish or ingesting polluted water.

♦ Polluted stormwater often affects drinking water sources. This, in turn, can affect human health and increase drinking water treatment costs.

AR 011141

AR009136

# Stormwater Pollution Solutions



## Residential



Recycle or properly dispose of household products that contain chemicals, such as insecticides, pesticides, paint, solvents, and used motor oil and other auto fluids. Don't pour them onto the ground or into storm drains.

### Auto care

Washing your car and degreasing auto parts at home can send detergents and other contaminants through the storm sewer system. Dumping automotive fluids into storm drains has the same result as dumping the materials directly into a waterbody.



- Use a commercial car wash that treats or recycles its wastewater, or wash your car on your yard so the water infiltrates into the ground.
- Repair leaks and dispose of used auto fluids and batteries at designated drop-off or recycling locations.

Education is essential to changing people's behavior. Signs and markers near storm drains warn residents that pollutants entering the drains will be carried untreated into a local waterbody.

### Lawn care

Excess fertilizers and pesticides applied to lawns and gardens wash off and pollute streams. In addition, yard clippings and leaves can wash into storm drains and contribute nutrients and organic matter to streams.

- Don't overwater your lawn. Consider using a soaker hose instead of a sprinkler.
- Use pesticides and fertilizers sparingly. When use is necessary, use these chemicals in the recommended amounts. Use organic mulch or safer pest control methods whenever possible.
- Compost or mulch yard waste. Don't leave it in the street or sweep it into storm drains or streams.
- Cover piles of dirt or mulch being used in landscaping projects.

### Septic systems



Leaking and poorly maintained septic systems release nutrients and pathogens (bacteria and viruses) that can be picked up by stormwater and discharged into nearby waterbodies. Pathogens can cause public health problems and environmental concerns.

- Inspect your system every 3 years and pump your tank as necessary (every 3 to 5 years).
- Don't dispose of household hazardous materials in sinks or toilets.

### Pet waste

Pet waste can be a major source of bacteria and excess nutrients in local waters.

- When walking your pet, remember to pick up the waste and dispose of it properly. Flushing pet waste is the best disposal method. Leaving pet waste on the ground increases public health risks by allowing harmful bacteria and nutrients to wash into the storm drain and eventually into local waterbodies.

## Residential landscaping

**Permeable Pavement**—Traditional concrete and asphalt don't allow water to soak into the ground. Instead these surfaces rely on storm drains to divert unwanted water. Permeable pavement systems allow rain and snowmelt to soak through, decreasing stormwater runoff.

**Rain Barrels**—You can collect rainwater from rooftops in mosquito-proof containers. The water can be used later on lawn or garden areas.

**Rain Gardens and Grassy Swales**—Specially designed areas planted with native plants can provide natural places for rainwater to collect and soak into the ground. Rain from rooftop areas or paved areas can be diverted into these areas rather than into storm drains.

**Vegetated Filter Strips**—Filter strips are areas of native grass or plants created along roadways or streams. They trap the pollutants stormwater picks up as it flows across driveways and streets.

## Commercial



Dirt, oil, and debris that collect in parking lots and paved areas can be washed into the storm sewer system and eventually enter local waterbodies.

- Sweep up litter and debris from sidewalks, driveways and parking lots, especially around storm drains.
- Cover grease storage and dumpsters and keep them clean to avoid leaks.
- Report any chemical spill to the local hazardous waste cleanup team. They'll know the best way to keep spills from harming the environment.

## Construction



Erosion controls that aren't maintained can cause excessive amounts of sediment and debris to be carried into the stormwater system. Construction vehicles can leak fuel, oil, and other harmful fluids that can be picked up by stormwater and deposited into local waterbodies.

- Divert stormwater away from disturbed or exposed areas of the construction site.
- Install silt fences, vehicle mud removal areas, vegetative cover, and other sediment and erosion controls and properly maintain them, especially after rainstorms.
- Prevent soil erosion by minimizing disturbed areas during construction projects, and seed and mulch bare areas as soon as possible.

## Agriculture



Lack of vegetation on streambanks can lead to erosion. Overgrazed pastures can also contribute excessive amounts of sediment to local waterbodies. Excess fertilizers and pesticides can poison aquatic animals and lead to destructive algae blooms. Livestock in streams can contaminate waterways with bacteria, making them unsafe for human contact.

- Keep livestock away from streambanks and provide them a water source away from waterbodies.
- Store and apply manure away from waterbodies and in accordance with a nutrient management plan.
- Vegetate riparian areas along waterways.
- Rotate animal grazing to prevent soil erosion in fields.
- Apply fertilizers and pesticides according to label instructions to save money and minimize pollution.

## Automotive Facilities



Uncovered fueling stations allow spills to be washed into storm drains. Cars waiting to be repaired can leak fuel, oil, and other harmful fluids that can be picked up by stormwater.

- Clean up spills immediately and properly dispose of cleanup materials.
- Provide cover over fueling stations and design or retrofit facilities for spill containment.
- Properly maintain fleet vehicles to prevent oil, gas, and other discharges from being washed into local waterbodies.
- Install and maintain oil/water separators.

## Forestry



Improperly managed logging operations can result in erosion and sedimentation.

- Conduct preharvest planning to prevent erosion and lower costs.
- Use logging methods and equipment that minimize soil disturbance.
- Plan and design skid trails, yard areas, and truck access roads to minimize stream crossings and avoid disturbing the forest floor.
- Construct stream crossings so that they minimize erosion and physical changes to streams.
- Expedite revegetation of cleared areas.

**AR 011142**

## For Information:

For more information on the General Industrial Storm Water Permit contact:

State Water Resources Control Board (SWRCB) (916) 657-1146 or www.swrcb.ca.gov/ or, at your Regional Water Quality Control Board (RWQCB).

Santa Ana Region (8)
California Tower
3737 Main Street, Ste. 500
Riverside, CA 92501-3339
(909) 782-4130

San Diego Region (9)
9771 Clairemont Mesa Blvd., Ste. A
San Diego, CA 92124
(619) 467-2952

Colorado River Basin Region (7)
73-720 Fred Waring Dr., Ste. 100
Palm Desert, CA 92260
(760) 346-7491

**SPILL RESPONSE AGENCY:**
HAZ-MAT:                          (909) 358-5055
HAZARDOUS WASTE DISPOSAL:  (909) 358-5055
RECYCLING INFORMATION:    1-800-366-SAVE
TO REPORT ILLEGAL DUMPING OR A CLOGGED
STORM DRAIN:             1-800-506-2555

To order additional brochures or to obtain information on other pollution prevention activities, call:
(909) 955-1111.



Riverside County gratefully acknowledges the State Water Quality Control Board and the American Public Works Association, Storm Water Quality Task Force for the information provided in this brochure.

# DID YOU KNOW . . .

## YOUR FACILITY MAY NEED A STORM WATER PERMIT?



*Many industrial facilities and manufacturing operations must obtain coverage under the Industrial Activities Storm Water General Permit*

### FIND OUT
IF YOUR FACILITY
MUST OBTAIN A PERMIT

## StormWater Pollution . . . What you should know

Riverside County has two drainage systems - sanitary sewers and storm drains. The storm drain system is designed to help prevent flooding by carrying excess rainwater away from streets. Since the storm drain system does not provide for water treatment, it also serves the *unintended* function of transporting pollutants directly to our waterways.



*Unlike sanitary sewers, storm drains are not connected to a treatment plant - they flow directly to our local streams, rivers and lakes.*

In recent years, awareness of the need to protect water quality has increased. As a result, federal, state, and local programs have been established to reduce polluted stormwater discharges to our waterways. The emphasis of these programs is to prevent stormwater pollution since it's much easier, and less costly, than cleaning up "after the fact."

## National Pollutant Discharge Elimination System (NPDES)

In 1987, the Federal Clean Water Act was amended to establish a framework for regulating industrial stormwater discharges under the NPDES permit program. In California, NPDES permits are issued by the State Water Resources Control Board (SWRCB) and the nine (9) Regional Water Quality Control Boards (RWQCB). In general, certain industrial facilities and manufacturing operations must obtain coverage under the Industrial Activities Storm Water General Permit if the type of facilities or operations falls into one of the several categories described in this brochure.

AR 011143

AR009138

# How Do I Know If I Need A Permit?

Following are **general descriptions** of the industry categories types that are regulated by the Industrial Activities Storm Water General Permit. Contact your local Region Water Quality Control Board to determine if your facility/operation requires coverage under the Permit.

➔    Facilities such as cement manufacturing; feedlots; fertilizer manufacturing; petroleum refining; phosphate manufacturing; steam electric power generation; coal mining; mineral mining and processing; ore mining and dressing; and asphalt emulsion;

➔    Facilities classified as lumber and wood products (except wood kitchen cabinets); pulp, paper, and paperboard mills; chemical producers (except some pharmaceutical and biological products); petroleum and coal products; leather production and products; stone, clay and glass products; primary metal industries; fabricated structural metal; ship and boat building and repairing;

➔    Active or inactive mining operations and oil and gas exploration, production, processing, or treatment operations;

➔    Hazardous waste treatment, storage, or disposal facilities;

➔    Landfills, land application sites and open dumps that receive or have received any industrial waste; unless there is a new overlying land use such as a golf course, park, etc., and there is no discharge associated with the landfill;

➔    Facilities involved in the recycling of materials, including metal scrap yards, battery reclaimers, salvage yards, and automobile junkyards;

➔    Steam electric power generating facilities, facilities that generate steam for electric power by combustion;

➔    Transportation facilities that have vehicle maintenance shops, fueling facilities, equipment cleaning operations, or airport deicing operations. This includes school bus maintenance facilities operated by a school district;

➔    Sewage treatment facilities;

➔    Facilities that have areas where material handling equipment or activities, raw materials, intermediate products, final products, waste materials, by-products, or industrial machinery are exposed to storm water.

## How do I obtain coverage under the Industrial Activities Storm Water General Permit?

Obtain a permit application package from your local Regional Water Quality Control Board listed on the back of this brochure or the State Water Resources Control Board (SWRCB). Submit a completed Notice of Intent (NOI) form, site map and the appropriate fee ($250 or $500) to the SWRCB. Facilities must submit an NOI thirty (30) days prior to beginning operation. Once you submit the NOI, the State Board will send you a letter acknowledging receipt of your NOI and will assign your facility a waste discharge identification number (WDID No.). You will also receive an annual fee billing. These billings should roughly coincide with the date the State Board processed your original NOI submittal.

## What are the requirements of the Industrial Activities Storm Water General Permit?

The basic requirements of the Permit are:

1.  The facility must eliminate any non-stormwater discharges or obtain a separate permit for such discharges.

2.  The facility must develop and implement a Storm Water Pollution Prevention Plan (SWPPP). The SWPPP must identify sources of pollutants that may be exposed to stormwater. Once the sources of pollutants have been identified, the facility operator must develop and implement Best Management Practices (BMPs) to minimize or prevent polluted runoff.

    *Guidance in preparing a SWPPP is available from a document prepared by the California Storm Water Quality Task Force called the California Storm Water Best Management Practice Handbook.*

3.  The facility must develop and implement a Monitoring Program that includes conducting visual observations and collecting samples of the facility's storm water discharges associated with industrial activity. The General Permit requires that the analysis be conducted by a laboratory that is certified by the State of California.

4.  The facility must submit to the Regional Board, every July 1, an annual report that includes the results of its monitoring program.

*A Non-Storm Water Discharge is...* any discharge to a storm drain system that is not composed entirely of storm water. The following non-storm water discharges are authorized by the General Permit: fire hydrant flushing; potable water sources, including potable water related to the operation, maintenance, or testing of potable water systems; drinking fountain water; atmospheric condensates including refrigeration, air conditioning, and compressor condensate; irrigation drainage; landscape watering; springs; non-contaminated ground water; foundation or footing drainage; and sea water infiltration where the sea waters are discharged back into the sea water source.

*A BMP is . . .* a technique, process, activity, or structure used to reduce the pollutant content of a storm water discharge. BMPs may include simple, non-structural methods such as good housekeeping, staff training and preventive maintenance. Additionally, BMPs may include structural modifications such as the installation of berms, canopies or treatment control (e.g. setting basins, oil/water separators, etc.)



*WARNING: There are significant penalties for non-compliance: a minimum fine of $5,000 for failing to obtain permit coverage, and, up to $10,000 per day, per violation plus $10 per gallon of discharge in excess of 1,000 gallons.*

**AR 011144**

**AR009139**



# Stormwater Pollution

*What you should know for...*

## Industrial & Commercial Facilities

**Best Management Practices (BMPS) for:**
- Industrial Facilities
- Commercial Facilities



## Riverside County Stormwater Program Members

City of Banning
(951) 922-3105

City of Beaumont
(951) 769-8520

City of Calimesa
(909) 795-9801

City of Canyon Lake
(951) 244-2955

City of Cathedral City
(760) 770-0340

City of Coachella
(760) 398-3502

City of Corona
(951) 736-2447

City of Desert Hot Springs
(760) 329-6411

City of Eastvale
(951) 361-0900

City of Hemet
(951) 765-2300

City of Indian Wells
(760) 346-2489

City of Indio
(760) 391-4000

City of Jurupa Valley
(951) 332-6464

City of Lake Elsinore
(951) 674-3124

City of La Quinta
(760) 777-7000

City of Menifee
(951) 672-6777

City of Moreno Valley
(951) 413-3000

City of Murrieta
(951) 304-2489

City of Norco
(951) 270-5607

City of Palm Desert
(760) 346-0611

City of Palm Springs
(760) 323-8299

City of Perris
(951) 943-6100

City of Rancho Mirage
(760) 324-4511

City of Riverside
(951) 826-5311

City of San Jacinto
(951) 487-7330

City of Temecula
(951) 694-6444

City of Wildomar
(951) 677-7751

Coachella Valley Water District
(760) 398-2651

County of Riverside
(951) 955-1000

Riverside County Flood Control District
(951) 955-1200

AR 011145
AR009140

# YOU can prevent Stormwater Pollution following these practices...

## Industrial and Commercial Facilities

The Riverside County Stormwater Program has identified a number of Best Management Practices (BMPs) for Industrial and Commercial Facilities. These BMPs control and reduce stormwater pollutants from reaching our storm drain system and ultimately our local water bodies. City and County ordinances require businesses to use these BMPs to protect our water quality. Local cities and the County are required to verify implementation of these BMPs by performing regular facility inspections.

## Prohibited Discharges

Discontinue all non-stormwater discharges to the storm drain system. It is *prohibited* to discharge any chemicals, paints, debris, wastes or wastewater into the gutter, street or storm drain.

## Outdoor Storage BMPs

- Install covers and secondary containment areas for all hazardous materials and wastes stored outdoors in accordance with County and/or City standards.
- Keep all temporary waste containers covered, at all times when not in use.
- Sweep outdoor areas instead of using a hose or pressure washer.
- Move all process operations including vehicle/equipment maintenance inside of the building or under a covered and contained area.
- Wash equipment and vehicles in a contained and covered wash bay which is closed-loop or connected to a clarifier sized to local standards and discharged to a sanitary sewer or take them to a commercial car wash.

## Spills and Clean Up BMPs

- Keep the work site clean and orderly. Remove debris in a timely fashion. Sweep up the area.
- Clean up spills immediately when they occur, using dry clean up methods such as absorbent materials or sweep followed by proper disposal of materials.



- Always have a spill kit available near chemical loading dock doors and vehicle maintenance and fueling areas.
- Follow your Business Emergency Plan, as filed with the local Fire Department.
- Report all prohibited discharges and non-implementation of BMPs to your local Stormwater Coordinator as listed on the back of this pamphlet.
- Report hazardous materials spills to 951-358-5055 or call after hours to 951-782-2973 or, if an emergency, call the Fire Department's Haz Mat Team at 911.

## Plastic Manufacturing Facilities BMPs

AB 258 requires plastic product manufacturers to use BMPs, such as safe storage and clean-up procedures to prevent plastic pellets (nurdles) from entering the waterway. The plastic pellets are released into the environment during transporting, packaging and processing and migrate to waterways through the storm drain system. AB 258 will help protect fish and wildlife from the hazards of plastic pollution.

## Training BMPs

As prescribed by your City and County Stormwater Ordinance(s), train employees in spill procedures and prohibit non-stormwater discharges to the storm drain system. Applicable BMP examples can be found at www.cabmphandbooks.com.

## Permitting

Stormwater discharges associated with specific categories for industrial facilities are regulated by the State Water Resources Control Board through an Industrial Stormwater General Permit. A copy of this General Permit and application forms are available at: www.waterboards.ca.gov, select stormwater then the industrial quick link.

**To report illegal dumping or for more information on stormwater pollution prevention call: 1-800-506-2555 or e-mail us at: fcnpdes@rcflood.org.**



## Helpful telephone numbers and links:

### Riverside County Stormwater Protection Partners

| | |
|---|---|
| Flood Control District | (951) 955-1200 |
| County of Riverside | (951) 955-1000 |
| City of Banning | (951) 922-3105 |
| City of Beaumont | (951) 769-8520 |
| City of Calimesa | (909) 795-9801 |
| City of Canyon Lake | (951) 244-2955 |
| Cathedral City | (760) 770-0327 |
| City of Coachella | (760) 398-4978 |
| City of Corona | (951) 736-2447 |
| City of Desert Hot Springs | (760) 329-6411 |
| City of Eastvale | (951) 361-0900 |
| City of Hemet | (951) 765-2300 |
| City of Indian Wells | (760) 346-2489 |
| City of Indio | (760) 391-4000 |
| City of Lake Elsinore | (951) 674-3124 |
| City of La Quinta | (760) 777-7000 |
| City of Menifee | (951) 672-6777 |
| City of Moreno Valley | (951) 413-3000 |
| City of Murrieta | (951) 304-2489 |
| City of Norco | (951) 270-5607 |
| City of Palm Desert | (760) 346-0611 |
| City of Palm Springs | (760) 323-8299 |
| City of Perris | (951) 943-6100 |
| City of Rancho Mirage | (760) 324-4511 |
| City of Riverside | (951) 361-0900 |
| City of San Jacinto | (951) 654-7337 |
| City of Temecula | (951) 694-6444 |
| City of Wildomar | (951) 677-7751 |

**REPORT ILLEGAL STORM DRAIN DISPOSAL**
1-800-506-2555 or e-mail us at
fcnpdes@rcflood.org

- Riverside County Flood Control and Water Conservation District
www.rcflood.org

Online resources include:

- California Storm Water Quality Association
www.casqa.org

- State Water Resources Control Board
www.waterboards.ca.gov

- Power Washers of North America
www.thepwna.org

---

# Stormwater Pollution

*What you should know for...*

## Outdoor Cleaning Activities and Professional Mobile Service Providers



## Storm drain pollution prevention information for:

- Car Washing / Mobile Detailers
- Window and Carpet Cleaners
- Power Washers
- Waterproofers / Street Sweepers
- Equipment cleaners or degreasers and all mobile service providers

---

# Do you know where street flows actually go?

## Storm drains are NOT connected to sanitary sewer systems and treatment plants!



ONLY RAIN    IN THE DRAIN

The primary purpose of storm drains is to carry *rain* water away from developed areas to prevent flooding. Pollutants discharged to storm drains are transported directly into rivers, lakes and streams. Soaps, degreasers, automotive fluids, litter and a host of materials are washed off buildings, sidewalks, plazas and parking areas. Vehicles and equipment must be properly managed to prevent the pollution of local waterways.

Unintentional spills by mobile service operators can flow into storm drains and pollute our waterways. **Avoid mishaps.** *Always* have a **Spill Response Kit** on hand to clean up unintentional spills. Only emergency **Mechanical** repairs should be done in City streets, using drip pans for spills. **Plumbing** should be done on private property. Always store chemicals in a leak-proof container and keep covered when not in use. **Window/Power Washing** waste water shouldn't be released into the streets, but should be disposed of in a sanitary sewer, landscaped area or in the soil. Soiled **Carpet Cleaning** wash water should be filtered before being discharged into the sanitary sewer. Dispose of all filter debris properly. **Car Washing/Detailing** operators should wash cars on private property and use a regulated hose nozzle for water flow control and runoff prevention. Capture and dispose of waste water and chemicals properly. Remember, storm drains are for receiving rain water runoff only.

## REPORT ILLEGAL STORM DRAIN DISPOSAL
## 1-800-506-2555



AR 011147

AR009142

# Help Protect Our Waterways!
## Use these guidelines for Outdoor Cleaning Activities and Wash Water Disposal

**D**id you know that disposing of pollutants into the street, gutter, storm drain or body of water is *PROHIBITED* by law and can result in stiff penalties?

## Best Management Practices

Waste wash water from Mechanics, Plumbers, Window/Power Washers, Carpet Cleaners, Car Washing and Mobile Detailing activities may contain significant quantities of motor oil, grease, chemicals, dirt, detergents, brake pad dust, litter and other materials.

Best Management Practices, or BMPs as they are known, are guides to prevent pollutants from entering the storm drains. *Each of us* can do our part to keep stormwater clean by using the suggested BMPs below:

## Simple solutions for both light and heavy duty jobs:

**Do...**consider dry cleaning methods first such as a mop, broom, rag or wire brush. Always keep a spill response kit on site.

**Do...**prepare the work area before power cleaning by using sand bags, rubber mats, vacuum booms, containment pads or temporary berms to keep wash water _away_ from the gutters and storm drains.

**Do...**use vacuums or other machines to remove and collect loose debris or litter before applying water.

**Do...**obtain the property owner's permission to dispose of *small amounts* of power washing waste water on to landscaped, gravel or unpaved surfaces.

**Do...**check your local sanitary sewer agency's policies on wash water disposal regulations before disposing of wash water into the sewer. (See list on reverse side)

**Do...**be aware that if discharging to landscape areas, soapy wash water may damage landscaping. Residual wash water may remain on paved surfaces to evaporate. Sweep up solid residuals and dispose of properly. Vacuum booms are another option for capturing and collecting wash water.

**Do...**check to see if local ordinances prevent certain activities.

**Do not let...**wash or waste water from sidewalk, plaza or building cleaning go into a street or storm drain.



ONLY RAIN
DOWN THE STORM DRAIN

**Report illegal storm drain disposal
Call Toll Free
1-800-506-2555**

## Using Cleaning Agents

Try using biodegradable/phosphate-free products. They are easier on the environment, but don't confuse them with being toxic free. Soapy water entering the storm drain system _can_ impact the delicate aquatic environment.



When cleaning surfaces with a *high-pressure washer* or *steam cleaner*, additional precautions should be taken to prevent the discharge of pollutants into the storm drain system. These two methods of surface cleaning can loosen additional material that can contaminate local waterways.

## Think Water Conservation

Minimize water use by using high pressure, low volume nozzles. Be sure to check all hoses for leaks. Water is a precious resource, don't let it flow freely and be sure to shut it off in between uses.

## Screening Wash Water

Conduct thorough dry cleanup before washing exterior surfaces, such as buildings and decks **with loose paint**, sidewalks or plaza areas. Keep debris from entering the storm drain after cleaning by first passing the wash water through a "20 mesh" or finer screen to catch the solid materials, then dispose of the mesh in a refuse container. Do not let the remaining wash water enter a street, gutter or storm drain.

## Drain Inlet Protection & Collection of Wash Water

- Prior to any washing, block all storm drains with an impervious barrier such as sandbags or berms, or seal the storm drain with plugs or other appropriate materials.
- Create a containment area with berms and traps or take advantage of a low spot to keep wash water contained.
- Wash vehicles and equipment on grassy or gravel areas so that the wash water can seep into the ground.
- Pump or vacuum up all wash water in the contained area.

## Concrete/Coring/Saw Cutting and Drilling Projects

Protect any down-gradient inlets by using dry activity techniques whenever possible. If water is used, minimize the amount of water used during the coring/drilling or saw cutting process. Place a barrier of sandbags and/or absorbent berms to protect the storm drain inlet or watercourse. Use a shovel or wet vacuum to remove the residue from the pavement. Do not wash residue or particulate matter into a storm drain inlet or watercourse.

AR 011148

AR009143

# IRRIGATION RUNOFF

### STORMWATER FACT SHEET



**Report Irrigation Runoff or Stormwater Pollution: 800.506.2555**

**RIVERSIDE COUNTY**
WATERSHED PROTECTION

## OVERWATERING

Overwatering causes irrigation runoff that may contain pollutants such as pesticides, herbicides, fertilizers, pet waste, yard waste, and sediments which can be hazardous to residents and harmful to our environment. Runoff can also serve as a transport mechanism for other pollutants already on the ground or in the curb gutter. Irrigation runoff entering the storm drain system is an illicit discharge.

## BEST PRACTICES

Urban runoff begins when yards and landscaped areas are over-irrigated. Irrigation systems require regular maintenance and visual inspection of the system should be performed to prevent over-spray, leaks, and other problems that result in runoff to storm drains, curbs and gutters.



You can **prevent pollution** by conserving water on your property. Water during cooler times of the day (before 10am and after 6pm).

- Adjust sprinklers to stop overspray and runoff.
- Make needed repairs immediately.
- Use drip irrigation, soaker hoses, or micro-spray systems.
- Use an irrigation timer to pre-set watering times.
- Use a control nozzle or similar mechanism when watering by hand.
- Switch to a water-wise landscape - native plants need less fertilizers, herbicides, pesticides and water.



## PROTECT OUR WATERSHED

Many people think that when water flows into a storm drain it is treated, but the storm drain system and the sanitary sewer system are not connected. Everything that enters storm drains flows untreated directly into our creeks, rivers, lakes, beaches and ultimately the ocean. Storm water often contains pollutants, including chemicals, trash, and automobile fluids, all of which pollute our watershed and harm fish and wildlife.



ADJUSTING SPRINKLER HEADS

Whether at home or work, you can help reduce pollution and improve water quality by using the above Best Management Practices (BMP's) as part of your daily clean up and maintenance routine.

AR 011149





**Thienes Engineering, Inc.**
CIVIL ENGINEERING • LAND SURVEYING
14349 FIRESTONE BOULEVARD
LA MIRADA, CALIFORNIA 90638
PH.(714)521-4811 FAX(714)521-4173

SAMPLE  STENCIL

PER  BMP  SD-13

AR 011150

# Drain Inlet Insert                                    MP-52

## General Description

Drain inlet inserts, also known as catch basin, drop inlet or curb inlet inserts, are used to remove pollutants at the point of entry to the storm drain system.  There are a multitude of inserts of various shapes and configurations including baffles, baskets, boxes, fabrics, sorbent media, screens, and skimmers. The effectiveness of drain inlet inserts depends on their design, application, loading, and frequency of maintenance to remove accumulated sediment, trash, and debris.

## Inspection/Maintenance Considerations

Routine inspection and maintenance is necessary to maintain functionality of drain inlet inserts and to prevent re-suspension and discharge of accumulated pollutants. Maintenance activities vary depending on the type of drain inlet insert being implemented; refer to the manufacturer's recommendations for more information.

### Advanced BMPs Covered



### Maintenance Concerns

- *Sediment, Trash, and Debris Accumulations*
- *Pollutant Re-suspension and Discharge*

### Targeted Constituents*

| | |
|---|---|
| *Sediment* | ✓ |
| *Nutrients* | ✓ |
| *Trash* | ✓ |
| *Metals* | ✓ |
| *Bacteria* | |
| *Oil and Grease* | ✓ |
| *Organics* | ✓ |

*Removal Effectiveness varies for different manufacturer designs. See New Development and Redevelopment Handbook-Section 5 for more information.*



September 2014     California Stormwater BMP Handbook     1 of 2
Industrial and Commercial
www.casqa.org

AR 011151

AR009146

# Drain Inlet Insert                                    MP-52

| Inspection Activities | Suggested Frequency |
|---|---|
| ☐ Verify that stormwater enters the unit and does not leak around the perimeter. | After construction. |
| ☐ Inspect for sediment, trash, and debris buildup and proper functioning. | At the beginning of the wet season and after significant storms |
| **Maintenance Activities** | **Suggested Frequency** |
| ☐ Remove accumulated sediment, trash, and debris. <br> ☐ Replace sorbent media. | At the beginning of the wet season and as necessary |

## References

California Department of Transportation. *Treatment BMP Technology Report (CTSW-RT-09-239.06)*, April, 2010. http://www.dot.ca.gov/hq/env/stormwater/pdf/CTSW-RT-09-239-06.pdf.

California Stormwater Quality Association. *Stormwater Best Management Practice Handbook, New Development and Redevelopment*, 2003. https://www.casqa.org/resources/bmp-handbooks/new-development-redevelopment-bmp-handbook.

Orange County Stormwater Program. Technical Guidance Document BMP Fact Sheets. http://media.ocgov.com/gov/pw/watersheds/documents/wqmp/tgd/technical_guidance_document_bmp_fact_sheets.asp.

San Francisco Public Utilities Commission, et al.  San Francisco Stormwater Design Guidelines. Appendix A, Stormwater BMP Fact Sheets, June, 2010. http://www.sfwater.org/modules/showdocument.aspx?documentid=2778.

Tahoe Regional Planning Agency. Best Management Practices Handbook, 2012. http://www.tahoebmp.org/Documents/2012%20BMP%20Handbook.pdf.

U.S. Environmental Protection Agency, Post-Construction Stormwater Management in New Development and Redevelopment. BMP Fact Sheets.  Available at: http://cfpub.epa.gov/npdes/stormwater/menuofbmps/index.cfm?action=min_measure&min_measure_id=5.

Ventura Countywide Stormwater Quality Management Program. *Technical Guidance Manual for Stormwater Quality Control Measures*, May, 2010. http://www.vcstormwater.org/documents/workproducts/technicalguidancemanual/2010revisions/Ventura%20Technical%20Guidance%20Document_5-6-10.pdf.

AR 011152
AR009147

# *Grate Inlet Filter*



# OPERATION & MAINTENANCE



**Bio Clean Environmental Services, Inc.**
**398 Via El Centro**
**Oceanside, CA 92058**

**www.BioCleanEnvironmental.com**
**p: 760.433.7640**
**f: 760.433.3176**
**AR 011153**

**AR009148**



## OPERATION & MAINTENANCE

The Bio Clean Grate Inlet Filter is a stormwater device designed to remove high levels of trash, debris, sediments and hydrocarbons.  The filter is available in several configurations including trash full capture, multi-level screening, Kraken membrane filter and media filter variations. This manual covers maintenance procedures of the trash full capture and multi-level screening configurations. A supplemental manual is available for the Kraken and media filter variations. This filter is made of 100% stainless steel and is available and various sizes and depths allowing it to fit in any grated catch basin inlet. The filters heavy duty construction allows for cleaning with any vacuum truck. The filet can also easily be cleaned by hand.

As with all stormwater BMPs, inspection and maintenance on the Grate Inlet Filter is necessary. Stormwater regulations require BMPs be inspected and maintained to ensure they are operating as designed to allow for effective pollutant removal and provide protection to receiving water bodies. It is recommended that inspections be performed multiple times during the first year to assess site-specific loading conditions. This is recommended because pollutant loading can vary greatly from site to site. Variables such as nearby soil erosion or construction sites, winter sanding of roads, amount of daily traffic and land use can increase pollutant loading on the system. The first year of inspections can be used to set inspection and maintenance intervals for subsequent years. Without appropriate maintenance a BMP can exceed its storage capacity which can negatively affect its continued performance in removing and retaining captured pollutants.



_System Diagram:_

AR009149

*Inspection Equipment*

Following is a list of equipment to allow for simple and effective inspection of the Grate Inlet Filter:

- Bio Clean Environmental Inspection Form (contained within this manual).
- Manhole hook or appropriate tools to remove access hatches and covers.
- Appropriate traffic control signage and procedures.
- Protective clothing and eye protection.
- Note: entering a confined space requires appropriate safety and certification. It is generally not required for routine inspections or maintenance of the system.

     

*Inspection Steps*

The core to any successful stormwater BMP maintenance program is routine inspections. The inspection steps required on the Grate Inlet Filter are quick and easy. As mentioned above the first year should be seen as the maintenance interval establishment phase. During the first year more frequent inspections should occur in order to gather loading data and maintenance requirements for that specific site. This information can be used to establish a base for long-term inspection and maintenance interval requirements.

The Grate Inlet Filter can be inspected though visual observation. All necessary pre-inspection steps must be carried out before inspection occurs, such as safety measures to protect the inspector and nearby pedestrians from any dangers associated with an open grated inlet. Once the grate has been safely removed the inspection process can proceed:

- Prepare the inspection form by writing in the necessary information including project name, location, date & time, unit number and other info (see inspection form).
- Observe the filter with the grate removed.
- Look for any out of the ordinary obstructions on the grate or in the filter and its bypass. Write down any observations on the inspection form.
- Through observation and/or digital photographs estimate the amount of trash, foliage and sediment accumulated inside the filter basket. Record this information on the inspection form.
- Observe the condition and color of the hydrocarbon boom. Record this information on the inspection form.
- Finalize inspection report for analysis by the maintenance manager to determine if maintenance is required.

AR 011155
AR009150



*Maintenance Indicators*

Based upon observations made during inspection, maintenance of the system may be required based on the following indicators:

- Missing or damaged internal components.
- Obstructions in the filter basket and its bypass.
- Excessive accumulation of trash, foliage and sediment in the filter basket. Maintenance is required when the basket is greater than half-full.
- The following chart shows the 50% and 100% storage capacity of each filter height:

| Model | Filter Basket Diameter (in) | Filter Basket Height (in) | 50% Storage Capacity (cu ft) | 100% Storage Capacity (cu ft) |
|---|---|---|---|---|
| BC-GRATE-12-12-12 | 10.00 | 12.00 | 0.27 | 0.55 |
| BC-GRATE-18-18-18 | 16.00 | 18.00 | 1.05 | 2.09 |
| BC-GRATE-24-24-24 | 21.00 | 24.00 | 2.41 | 4.81 |
| BC-GRATE-30-30-24 | 27.00 | 24.00 | 3.98 | 7.95 |
| BC-GRATE-36-36-24 | 33.00 | 24.00 | 5.94 | 11.88 |
| BC-GRATE-48-48-18 | 44.00 | 18.00 | 7.92 | 15.84 |

*Maintenance Equipment*

It is recommended that a vacuum truck be utilized to minimize the time required to maintain the Curb Inlet Filter, though it can easily cleaned by hand:

- Bio Clean Environmental Maintenance Form (contained in O&M Manual).
- Manhole hook or appropriate tools to remove the grate.
- Appropriate safety signage and procedures.
- Protective clothing and eye protection.
- Note: entering a confined space requires appropriate safety and certification. It is generally not required for routine maintenance of the system. Small or large vacuum truck (with pressure washer attachment preferred).

*Maintenance Procedures*

It is recommended that maintenance occurs at least two days after the most recent rain event to allow debris and sediments to dry out. Maintaining the system while flows are still entering it will increase the time and complexity required for maintenance. Cleaning of the Grate Inlet Filter can be performed utilizing a vacuum truck. Once all safety measures have been set up cleaning of the Grate Inlet Filter can proceed as followed:

AR009151



- Remove grate (traffic control and safety measures to be completed prior).
- Using an extension on a vacuum truck position the hose over the opened catch basin. Insert the vacuum hose down into the filter basket and suck out trash, foliage and sediment. A pressure wash is recommended and will assist in spraying of any debris stuck on the side or bottom of the filter basket. Power wash off the filter basket sides and bottom.
- Next remove the hydrocarbon boom that is attached to the inside of the filter basket. The hydrocarbon boom is fastened to rails on two opposite sides of the basket (vertical rails). Assess the color and condition of the boom using the following information in the next bullet point. If replacement is required install and fasten on a new hydrocarbon boom. Booms can be ordered directly from the manufacturer.
- Follow is a replacement indication color chart for the hydrocarbon booms:



- The last step is to replace the grate and remove all traffic control.
- All removed debris and pollutants shall be disposed of following local and state requirements.
- Disposal requirements for recovered pollutants may vary depending on local guidelines. In most areas the sediment, once dewatered, can be disposed of in a sanitary landfill. It is not anticipated that the sediment would be classified as hazardous waste.
- In the case of damaged components, replacement parts can be ordered from the manufacturer. Hydrocarbon booms can also be ordered directly from the manufacturer as previously noted.

AR 011157

AR009152



*Maintenance Sequence*



Remove grate and set up vacuum truck to clean the filter basket.



Insert the vacuum hose down into the filter basket and suck out debris. Use a pressure washer to assist in vacuum removal. Pressure wash off screens.

AR 011158
AR009153





Remove the hydrocarbon boom that is attached to the inside of the filter basket. The hydrocarbon boom is fastened to rails on two opposite sides of the basket (vertical rails). Assess the color and condition of the boom using the following information in the next bullet point. If replacement is required install and fasten on a new hydrocarbon boom.

Close up and replace the grate and remove all traffic control. All removed debris and pollutants shall be disposed of following local and state requirements.



For Maintenance Services or Information Please Contact Us At:
760-433-7640
Or Email:
info@biocleanenvironmental.com

AR 011159
AR009154



**Inspection and Maintenance Report**
**Catch Basin Only**

Project Name _____

Project Address _____
                                                     (city)         (Zip Code)

Owner / Management Company _____

Contact _____    Phone (      )    –

Inspector Name _____    Date ____ / ____ / ____    Time _____ AM / PM

Type of Inspection    ☐ Routine    ☐ Follow Up    ☐ Complaint    ☐ Storm    Storm Event in Last 72-hours? ☐    ☐ s

Weather Condition _____    Additional Notes

For Office Use Only

(Reviewed By)

(Date)
Office personnel to complete section to the left.

| Site Map # | GPS Coordinates of Insert | Catch Basin Size | Evidence of Illicit Discharge? | Trash Accumulation | Foliage Accumulation | Sediment Accumulation | Signs of Structural Damage? | Functioning Properly or Maintenance Needed? |
|---|---|---|---|---|---|---|---|---|
| 1 | Lat:<br>Long: | | | | | | | |
| 2 | Lat:<br>Long: | | | | | | | |
| 3 | Lat:<br>Long: | | | | | | | |
| 4 | Lat:<br>Long: | | | | | | | |
| 5 | Lat:<br>Long: | | | | | | | |
| 6 | Lat:<br>Long: | | | | | | | |
| 7 | Lat:<br>Long: | | | | | | | |
| 8 | Lat:<br>Long: | | | | | | | |
| 10 | Lat:<br>Long: | | | | | | | |
| 11 | Lat:<br>Long: | | | | | | | |
| 12 | Lat:<br>Long: | | | | | | | |

Comments:

AR 011160

AR009155

# Curb Inlet Filter



# OPERATION & MAINTENANCE



**Bio Clean Environmental Services, Inc.**
**398 Via El Centro**
**Oceanside, CA 92058**

**www.BioCleanEnvironmental.com**
p: 760.433.7640
f: 760.433.3176
**AR 011161**



## OPERATION & MAINTENANCE

The Bio Clean Curb Inlet Filter is a stormwater device designed to remove high levels of trash, debris, sediments and hydrocarbons.  The filter is available in several configurations including trash full capture, multi-level screening, Kraken membrane filter and media filter variations. This manual covers maintenance procedures of the trash full capture and multi-level screening configurations. A supplemental manual is available for the Kraken and media filter variations. The innovative trough & weir system is mounted along the curb face and directs incoming stormwater toward the filter basket which is positioned "directly" under the manhole access opening regardless of its location in the catch basin. This innovative design allows the filter to be cleaned from finish surface without access into the catch basin, therefore drastically reducing maintenance time and eliminating confined space entry. The filter has a lifting handle allowing for the filter to be removed easily through the manhole. The weir also folds up to allow for unimpeded access into the basin for routine maintenance or pipe jetting.

As with all stormwater BMPs, inspection and maintenance on the Curb Inlet Filter is necessary. Stormwater regulations require BMPs be inspected and maintained to ensure they are operating as designed to allow for effective pollutant removal and provide protection to receiving water bodies. It is recommended that inspections be performed multiple times during the first year to assess site-specific loading conditions. This is recommended because pollutant loading can vary greatly from site to site. Variables such as nearby soil erosion or construction sites, winter sanding of roads, amount of daily traffic and land use can increase pollutant loading on the system. The first year of inspections can be used to set inspection and maintenance intervals for subsequent years. Without appropriate maintenance a BMP can exceed its storage capacity which can negatively affect its continued performance in removing and retaining captured pollutants.



*System Diagram:*

AR009157



*Inspection Equipment*

Following is a list of equipment to allow for simple and effective inspection of the Curb Inlet Filter:

- Bio Clean Environmental Inspection Form (contained within this manual).
- Manhole hook or appropriate tools to remove access hatches and covers.
- Appropriate traffic control signage and procedures.
- Protective clothing and eye protection.
- Note: entering a confined space requires appropriate safety and certification. It is generally not required for routine inspections or maintenance of the system.

     

*Inspection Steps*

The core to any successful stormwater BMP maintenance program is routine inspections. The inspection steps required on the Curb Inlet Fitler are quick and easy. As mentioned above the first year should be seen as the maintenance interval establishment phase. During the first year more frequent inspections should occur in order to gather loading data and maintenance requirements for that specific site. This information can be used to establish a base for long-term inspection and maintenance interval requirements.

The Curb Inlet Filter can be inspected though visual observation without entry into the catch basin. All necessary pre-inspection steps must be carried out before inspection occurs, such as safety measures to protect the inspector and nearby pedestrians from any dangers associated with an open access hatch or manhole. Once the manhole has been safely opened the inspection process can proceed:

- Prepare the inspection form by writing in the necessary information including project name, location, date & time, unit number and other info (see inspection form).
- Observe the inside of the catch basin through the manhole. If minimal light is available and vision into the unit is impaired utilize a flashlight to see inside the catch basin.
- Look for any out of the ordinary obstructions in the catch basin, trough, weir, filter basket, basin floor our outlet pipe. Write down any observations on the inspection form.
- Through observation and/or digital photographs estimate the amount of trash, foliage and sediment accumulated inside the filter basket. Record this information on the inspection form.
- Observe the condition and color of the hydrocarbon boom. Record this information on the inspection form.

AR 011163
AR009158



- Finalize inspection report for analysis by the maintenance manager to determine if maintenance is required.

*Maintenance Indicators*

Based upon observations made during inspection, maintenance of the system may be required based on the following indicators:

- Missing or damaged internal components.
- Obstructions in the trough, weir, filter basket or catch basin.
- Excessive accumulation of trash, foliage and sediment in the filter basket and/or trough and weir sections. Maintenance is required when the basket is greater than half-full.
- The following chart shows the 50% and 100% storage capacity of each filter height:

| Model | Filter Basket Diameter (in) | Filter Basket Height (in) | 50% Storage Capacity (cu ft) | 100% Storage Capacity (cu ft) |
|---|---|---|---|---|
| BC-CURB-30 | 18 | 30 | 2.21 | 4.42 |
| BC-CURB-24 | 18 | 24 | 1.77 | 3.53 |
| BC-CURB-18 | 18 | 18 | 1.33 | 2.65 |
| BC-CURB-12 | 18 | 12 | 0.88 | 1.77 |

*Maintenance Equipment*

It is recommended that a vacuum truck be utilized to minimize the time required to maintain the Curb Inlet Filter though it can easily cleaned by hand:

- Bio Clean Environmental Maintenance Form (contained in O&M Manual).
- Manhole hook or appropriate tools to access hatches and covers.
- Appropriate safety signage and procedures.
- Protective clothing and eye protection.
- Note: entering a confined space requires appropriate safety and certification. It is generally not required for routine maintenance of the system. Small or large vacuum truck (with pressure washer attachment preferred).

*Maintenance Procedures*

It is recommended that maintenance occurs at least two days after the most recent rain event to allow debris and sediments to dry out. Maintaining the system while flows are still entering it will increase the time and complexity required for maintenance. Cleaning of the Curb Inlet Filter can be performed from finish surface without entry into catch basin utilizing a vacuum truck. Some unique

AR 011164

AR009159



and custom configurations may create conditions which would require entry for some or all of the maintenance procedures. Once all safety measures have been set up cleaning of the Curb Inlet Filter can proceed as followed:

- Remove all manhole cover or access hatches (traffic control and safety measures to be completed prior).
- Using an extension on a vacuum truck position the hose over the opened manhole or hatch opening. Insert the vacuum hose down into the filter basket and suck out trash, foliage and sediment. A pressure wash is recommended and will assist in spraying of any debris stuck on the side or bottom of the filter basket. If the filter basket is full, trash, sediment, and debris will accumulate inside the trough and weir sections of the system. Once the filter basket is clean power wash the weir and trough pushing these debris into the filter basket (leave the hose in the filter basket during this process so entering debris will be sucked out). Power wash off the trough, weir, debris screen, and filter basket sides and bottom.
- Next remove the hydrocarbon boom that is attached to the inside of the filter basket. The hydrocarbon boom is fastened to rails on two opposite sides of the basket (vertical rails). Assess the color and condition of the boom using the following information in the next bullet point. If replacement is required install and fasten on a new hydrocarbon boom. Booms can be ordered directly from the manufacturer.
- Follow is a replacement indication color chart for the hydrocarbon booms:



- The last step is to close up and replace the manhole or hatch and remove all traffic control.
- All removed debris and pollutants shall be disposed of following local and state requirements.
- Disposal requirements for recovered pollutants may vary depending on local guidelines. In most areas the sediment, once dewatered, can be disposed of in a sanitary landfill. It is not anticipated that the sediment would be classified as hazardous waste.
- In the case of damaged components, replacement parts can be ordered from the manufacturer. Hydrocarbon booms can also be ordered directly from the manufacturer as previously noted.

AR 011165

AR009160



*Maintenance Sequence*



Remove manhole cover and set up vacuum truck to clean the filter basket. Ensure all traffic control and safety measures are in place.



Insert the vacuum hose down into the filter basket and suck out debris. Use a pressure washer to assist in vacuum removal. Pressure wash off the weir and trough and vacuum out any remaining debris.

AR009161





Remove the hydrocarbon boom that is attached to the inside of the filter basket. The hydrocarbon boom is fastened to rails on two opposite sides of the basket (vertical rails). Assess the color and condition of the boom using the following information in the next bullet point. If replacement is required install and fasten on a new hydrocarbon boom.



Close up and replace the manhole or hatch and remove all traffic control. All removed debris and pollutants shall be disposed of following local and state requirements.

For Maintenance Services or Information Please Contact Us At:
760-433-7640
Or Email: info@biocleanenvironmental.com



**Inspection and Maintenance Report**
**Catch Basin Only**

Project Name _____

Project Address _____
(city)        (Zip Code)

Owner / Management Company _____

Contact _____  Phone (    )   –

Inspector Name _____  Date ___ / ___ / ___  Time _____ AM / PM

Type of Inspection   ☐ Routine   ☐ Follow Up   ☐ Complaint   ☐ Storm   Storm Event in Last 72-hours? ☐ ☐ s

Weather Condition _____  Additional Notes

| Site Map # | GPS Coordinates of Insert | Catch Basin Size | Evidence of Illicit Discharge? | Trash Accumulation | Foliage Accumulation | Sediment Accumulation | Signs of Structural Damage? | Functioning Properly or Maintenance Needed? |
|---|---|---|---|---|---|---|---|---|
| 1 | Lat:<br>Long: | | | | | | | |
| 2 | Lat:<br>Long: | | | | | | | |
| 3 | Lat:<br>Long: | | | | | | | |
| 4 | Lat:<br>Long: | | | | | | | |
| 5 | Lat:<br>Long: | | | | | | | |
| 6 | Lat:<br>Long: | | | | | | | |
| 7 | Lat:<br>Long: | | | | | | | |
| 8 | Lat:<br>Long: | | | | | | | |
| 10 | Lat:<br>Long: | | | | | | | |
| 11 | Lat:<br>Long: | | | | | | | |
| 12 | Lat:<br>Long: | | | | | | | |

**For Office Use Only**

(Reviewed By)

(Date)
Office personnel to complete section to the left.

Comments:

398 Via El Centro, Oceanside, CA 92058 P. 760.433.7640 F. 760.433.3176

**AR 011168**

**AR009163**





# Contech® CMP Detention & Infiltration Maintenance Guide





AR 011169

AR009164

**Contech® CMP Detention**

## Maintenance

Underground storm water detention and retention systems should be inspected at regular intervals and maintained when necessary to ensure optimum performance. The rate at which the system collects pollutants will depend more heavily on site activities than the size or configuration of the system.

## Inspection

Inspection is the key to effective maintenance and is easily performed. CONTECH recommends ongoing quarterly inspections of the accumulated sediment. Sediment deposition and transport may vary from year to year and quarterly inspections will help insure that systems are cleaned out at the appropriate time. Inspections should be performed more often in the winter months in climates where sanding operations may lead to rapid accumulations, or in equipment washdown areas. It is very useful to keep a record of each inspection. A sample inspection log is included for your use.

Systems should be cleaned when inspection reveals that accumulated sediment or trash is clogging the discharge orifice. CONTECH suggests that all systems be designed with an access/inspection manhole situated at or near the inlet and the outlet orifice. Should it be necessary to get inside the system to perform maintenance activities, all appropriate precautions regarding confined space entry and OSHA regulations should be followed.

## Cleaning

Maintaining an underground detention or retention system is easiest when there is no flow entering the system. For this reason, it is a good idea to schedule the cleanout during dry weather.

Accumulated sediment and trash can typically be evacuated through the manhole over the outlet orifice. If maintenance is not performed as recommended, sediment and trash may accumulate in front of the outlet orifice. Manhole covers should be securely seated following cleaning activities.

2

## Inspection & Maintenance Log Sample Template

| _____" Diameter System | | | Location: Anywhere, USA | | |
|---|---|---|---|---|---|
| Date | Depth of Sediment | Accumulated Trash | Maintenance Performed | Maintenance Personnel | Comments |
| 12/01/10 | 2" | None | Removed Sediment | B. Johnson | Installed |
| 03/01/11 | 1" | Some | Removed Sediment and Trash | B. Johnson | Swept parking lot |
| 06/01/11 | 0" | None | None | | |
| 09/01/11 | 0" | Heavy | Removed Trash | S. Riley | |
| 12/01/11 | 1" | None | Removed Sediment | S. Riley | |
| 04/01/12 | 0" | None | None | S. Riley | |
| 04/15/01 | 2 | Some | Removed Sediment and Trash | ACE Environmental Services | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SAMPLE

**CMP DETENTION SYSTEMS**

## Support

Drawings and specifications are available at www.ContechES.com.

Site-specific support is available from our engineers.



800.338.1122
www.ContechES.com

©2014 Contech Engineered Solutions LLC

Contech Engineered Solutions LLC provides site solutions for the civil engineering industry. Contech's portfolio includes bridges, drainage, sanitary sewer, stormwater, earth stabilization and wastewater treament products. For information, visit www.ContechES.com or call 800.338.1122.

NOTHING IN THIS CATALOG SHOULD BE CONSTRUED AS AN EXPRESSED WARRANTY OR AN IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR  PURPOSE. SEE THE CONTECH STANDARD CONDITION OF SALES (VIEWABLE AT WWW.CONTECHES.COM/COS) FOR MORE INFORMATION.

**AR 011172**

**AR009167**

# Non-Stormwater Discharges                    SC-10



Art Credit: Margie Winter

## Description

Non-stormwater discharges are those flows that do not consist entirely of stormwater. Some non-stormwater discharges do not include pollutants and may be discharged to the storm drain. These include uncontaminated groundwater and natural springs. There are also some non-stormwater discharges that typically do not contain pollutants and may be discharged to the storm drain with conditions. These include car washing, air conditioner condensate, etc. However there are certain non-stormwater discharges that pose environmental concern. These discharges may originate from illegal dumping or from internal floor drains, appliances, industrial processes, sinks, and toilets that are connected to the nearby storm drainage system. These discharges (which may include: process waste waters, cooling waters, wash waters, and sanitary wastewater) can carry substances such as paint, oil, fuel and other automotive fluids, chemicals and other pollutants into storm drains. They can generally be detected through a combination of detection and elimination. The ultimate goal is to effectively eliminate non-stormwater discharges to the stormwater drainage system through implementation of measures to detect, correct, and enforce against illicit connections and illegal discharges of pollutants on streets and into the storm drain system and creeks.

## Approach

Initially the industry must make an assessment of non-stormwater discharges to determine which types must be eliminated or addressed through BMPs. The focus of the following approach is in the elimination of non-stormwater discharges.

## Objectives

- ■ Cover
- ■ Contain
- ■ Educate
- ■ Reduce/Minimize
- ■ Product Substitution

## Targeted Constituents

| Sediment | |
|---|---|
| Nutrients | ✔ |
| Trash | |
| Metals | ✔ |
| Bacteria | ✔ |
| Oil and Grease | ✔ |
| Organics | ✔ |





# SC-10      Non-Stormwater Discharges

### *Pollution Prevention*

- Ensure that used oil, used antifreeze, and hazardous chemical recycling programs are being implemented.  Encourage litter control.

### *Suggested Protocols*

*Recommended Complaint Investigation Equipment*

- Field Screening Analysis

  - pH paper or meter

  - Commercial stormwater pollutant screening kit that can detect for reactive phosphorus, nitrate nitrogen, ammonium nitrogen, specific conductance, and turbidity

  - Sample jars

  - Sample collection pole

  - A tool to remove access hole covers

- Laboratory Analysis

  - Sample cooler

  - Ice

  - Sample jars and labels

  - Chain of custody forms

- Documentation

  - Camera

  - Notebook

  - Pens

  - Notice of Violation forms

  - Educational materials

*General*

- Develop clear protocols and lines of communication for effectively prohibiting non-stormwater discharges, especially those that are not classified as hazardous.  These are often not responded to as effectively as they need to be.

- Stencil or demarcate storm drains, where applicable, to prevent illegal disposal of pollutants. Storm drain inlets should have messages such as "Dump No Waste Drains to Stream" stenciled or demarcated next to them to warn against ignorant or intentional dumping of pollutants into the storm drainage system.

2 of 6      California Stormwater BMP Handbook      January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011174
AR009169

# Non-Stormwater Discharges                    SC-10

- See SC44 Stormwater Drainage System Maintenance for additional information.

*Illicit Connections*
- Locate discharges from the industrial storm drainage system to the municipal storm drain system through review of "as-built" piping schematics.

- Isolate problem areas and plug illicit discharge points.

- Locate and evaluate all discharges to the industrial storm drain system.

*Visual Inspection and Inventory*
- Inventory and inspect each discharge point during dry weather.

- Keep in mind that drainage from a storm event can continue for a day or two following the end of a storm and groundwater may infiltrate the underground stormwater collection system. Also, non-stormwater discharges are often intermittent and may require periodic inspections.

*Review Infield Piping*
- A review of the "as-built" piping schematic is a way to determine if there are any connections to the stormwater collection system.

- Inspect the path of floor drains in older buildings.

*Smoke Testing*
- Smoke testing of wastewater and stormwater collection systems is used to detect connections between the two systems.

- During dry weather the stormwater collection system is filled with smoke and then traced to sources. The appearance of smoke at the base of a toilet indicates that there may be a connection between the sanitary and the stormwater system.

*Dye Testing*
- A dye test can be performed by simply releasing a dye into either your sanitary or process wastewater system and examining the discharge points from the stormwater collection system for discoloration.

*TV Inspection of Drainage System*
- TV Cameras can be employed to visually identify illicit connections to the industrial storm drainage system.

*Illegal Dumping*
- Regularly inspect and clean up hot spots and other storm drainage areas where illegal dumping and disposal occurs.

- On paved surfaces, clean up spills with as little water as possible. Use a rag for small spills, a damp mop for general cleanup, and absorbent material for larger spills. If the spilled material is hazardous, then the used cleanup materials are also hazardous and must be sent to a certified laundry (rags) or disposed of as hazardous waste.

# SC-10      Non-Stormwater Discharges

- Never hose down or bury dry material spills. Sweep up the material and dispose of properly.

- Use adsorbent materials on small spills rather than hosing down the spill. Remove the adsorbent materials promptly and dispose of properly.

- For larger spills, a private spill cleanup company or Hazmat team may be necessary.

Once a site has been cleaned:

- Post "No Dumping" signs with a phone number for reporting dumping and disposal.

- Landscaping and beautification efforts of hot spots may also discourage future dumping, as well as provide open space and increase property values.

- Lighting or barriers may also be needed to discourage future dumping.

- See fact sheet SC11 Spill Prevention, Control, and Cleanup.

*Inspection*
- Regularly inspect and clean up hot spots and other storm drainage areas where illegal dumping and disposal occurs.

- Conduct field investigations of the industrial storm drain system for potential sources of non-stormwater discharges.

- Pro-actively conduct investigations of high priority areas. Based on historical data, prioritize specific geographic areas and/or incident type for pro-active investigations.

*Reporting*
- A database is useful for defining and tracking the magnitude and location of the problem.

- Report prohibited non-stormwater discharges observed during the course of normal daily activities so they can be investigated, contained, and cleaned up or eliminated.

- Document that non-stormwater discharges have been eliminated by recording tests performed, methods used, dates of testing, and any on-site drainage points observed.

- Document and report annually the results of the program.

- Maintain documentation of illicit connection and illegal dumping incidents, including significant conditionally exempt discharges that are not properly managed.

***Training***
- Training of technical staff in identifying and documenting illegal dumping incidents is required.

- Consider posting the quick reference table near storm drains to reinforce training.

- Train employees to identify non-stormwater discharges and report discharges to the appropriate departments.

AR 011176

AR009171

# Non-Stormwater Discharges                    SC-10

- Educate employees about spill prevention and cleanup.

- Well-trained employees can reduce human errors that lead to accidental releases or spills. The employee should have the tools and knowledge to immediately begin cleaning up a spill should one occur. Employees should be familiar with the Spill Prevention Control and Countermeasure Plan.

- Determine and implement appropriate outreach efforts to reduce non-permissible non-stormwater discharges.

- Conduct spill response drills annually (if no events occurred to evaluate your plan) in cooperation with other industries.

- When a responsible party is identified, educate the party on the impacts of his or her actions.

### Spill Response and Prevention
- See SC11 Spill Prevention Control and Cleanup.

### Other Considerations
- Many facilities do not have accurate, up-to-date schematic drawings.

## Requirements

### Costs (including capital and operation & maintenance)
- The primary cost is for staff time and depends on how aggressively a program is implemented.

- Cost for containment and disposal is borne by the discharger.

- Illicit connections can be difficult to locate especially if there is groundwater infiltration.

- Indoor floor drains may require re-plumbing if cross-connections to storm drains are detected.

### Maintenance (including administrative and staffing)
- Illegal dumping and illicit connection violations requires technical staff to detect and investigate them.

## Supplemental Information

### Further Detail of the BMP
*Illegal Dumping*
- Substances illegally dumped on streets and into the storm drain systems and creeks include paints, used oil and other automotive fluids, construction debris, chemicals, fresh concrete, leaves, grass clippings, and pet wastes. All of these wastes cause stormwater and receiving water quality problems as well as clog the storm drain system itself.

- Establish a system for tracking incidents. The system should be designed to identify the following:

  - Illegal dumping hot spots

**AR 011177**
**AR009172**

# SC-10                    Non-Stormwater Discharges

- Types and quantities (in some cases) of wastes

- Patterns in time of occurrence (time of day/night, month, or year)

- Mode of dumping (abandoned containers, "midnight dumping" from moving vehicles, direct dumping of materials, accidents/spills)

- Responsible parties

One of the keys to success of reducing or eliminating illegal dumping is increasing the number of people at the facility who are aware of the problem and who have the tools to at least identify the incident, if not correct it. Therefore, train field staff to recognize and report the incidents.

What constitutes a "non-stormwater" discharge?

- Non-stormwater discharges to the stormwater collection system may include any water used directly in the manufacturing process (process wastewater), air conditioning condensate and coolant, non-contact cooling water, cooling equipment condensate, outdoor secondary containment water, vehicle and equipment wash water, sink and drinking fountain wastewater, sanitary wastes, or other wastewaters.

*Permit Requirements*

- Facilities subject to stormwater permit requirements must include a certification that the stormwater collection system has been tested or evaluated for the presence of non-stormwater discharges. The State's General Industrial Stormwater Permit requires that non-stormwater discharges be eliminated prior to implementation of the facility's SWPPP.

*Performance Evaluation*

- Review annually internal investigation results; assess whether goals were met and what changes or improvements are necessary.

- Obtain feedback from personnel assigned to respond to, or inspect for, illicit connections and illegal dumping incidents.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

# Spill Prevention, Control & Cleanup SC-11



Photo Credit:  Geoff Brosseau

## Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

## Description

Many activities that occur at an industrial or commercial site have the potential to cause accidental or illegal spills. Preparation for accidental or illegal spills, with proper training and reporting systems implemented, can minimize the discharge of pollutants to the environment.

Spills and leaks are one of the largest contributors of stormwater pollutants.  Spill prevention and control plans are applicable to any site at which hazardous materials are stored or used.  An effective plan should have spill prevention and response procedures that identify potential spill areas, specify material handling procedures, describe spill response procedures, and provide spill clean-up equipment.  The plan should take steps to identify and characterize potential spills, eliminate and reduce spill potential, respond to spills when they occur in an effort to prevent pollutants from entering the stormwater drainage system, and train personnel to prevent and control future spills.

## Targeted Constituents

| | |
|---|---|
| Sediment | |
| Nutrients | |
| Trash | |
| Metals | ✓ |
| Bacteria | |
| Oil and Grease | ✓ |
| Organics | ✓ |

## Approach

### *Pollution Prevention*

- Develop procedures to prevent/mitigate spills to storm drain systems.  Develop and standardize reporting procedures, containment, storage, and disposal activities, documentation, and follow-up procedures.

- Develop a Spill Prevention Control and Countermeasure (SPCC) Plan.  The plan should include:





**CASQA**
California
Stormwater
Quality
Association

AR009174

# SC-11 Spill Prevention, Control & Cleanup

- Description of the facility, owner and address, activities and chemicals present

- Facility map

- Notification and evacuation procedures

- Cleanup instructions

- Identification of responsible departments

- Identify key spill response personnel

■ Recycle, reclaim, or reuse materials whenever possible. This will reduce the amount of process materials that are brought into the facility.

## Suggested Protocols (including equipment needs)

*Spill Prevention*

■ Develop procedures to prevent/mitigate spills to storm drain systems. Develop and standardize reporting procedures, containment, storage, and disposal activities, documentation, and follow-up procedures.

■ If consistent illegal dumping is observed at the facility:

- Post "No Dumping" signs with a phone number for reporting illegal dumping and disposal. Signs should also indicate fines and penalties applicable for illegal dumping.

- Landscaping and beautification efforts may also discourage illegal dumping.

- Bright lighting and/or entrance barriers may also be needed to discourage illegal dumping.

■ Store and contain liquid materials in such a manner that if the tank is ruptured, the contents will not discharge, flow, or be washed into the storm drainage system, surface waters, or groundwater.

■ If the liquid is oil, gas, or other material that separates from and floats on water, install a spill control device (such as a tee section) in the catch basins that collects runoff from the storage tank area.

■ Routine maintenance:

- Place drip pans or absorbent materials beneath all mounted taps, and at all potential drip and spill locations during filling and unloading of tanks. Any collected liquids or soiled absorbent materials must be reused/recycled or properly disposed.

- Store and maintain appropriate spill cleanup materials in a location known to all near the tank storage area; and ensure that employees are familiar with the site's spill control plan and/or proper spill cleanup procedures.

- Sweep and clean the storage area monthly if it is paved, *do not hose down the area to a storm drain.*

AR 011180

AR009175

# Spill Prevention, Control & Cleanup SC-11

- Check tanks (and any containment sumps) daily for leaks and spills. Replace tanks that are leaking, corroded, or otherwise deteriorating with tanks in good condition. Collect all spilled liquids and properly dispose of them.

■ Label all containers according to their contents (e.g., solvent, gasoline).

■ Label hazardous substances regarding the potential hazard (corrosive, radioactive, flammable, explosive, poisonous).

■ Prominently display required labels on transported hazardous and toxic materials (per US DOT regulations).

■ Identify key spill response personnel.

*Spill Control and Cleanup Activities*

■ Follow the Spill Prevention Control and Countermeasure Plan.

■ Clean up leaks and spills immediately.

■ Place a stockpile of spill cleanup materials where it will be readily accessible (e.g., near storage and maintenance areas).

■ On paved surfaces, clean up spills with as little water as possible. Use a rag for small spills, a damp mop for general cleanup, and absorbent material for larger spills. If the spilled material is hazardous, then the used cleanup materials are also hazardous and must be sent to a certified laundry (rags) or disposed of as hazardous waste. Physical methods for the cleanup of dry chemicals include the use of brooms, shovels, sweepers, or plows.

■ Never hose down or bury dry material spills. Sweep up the material and dispose of properly.

■ Chemical cleanups of material can be achieved with the use of adsorbents, gels, and foams. Use adsorbent materials on small spills rather than hosing down the spill. Remove the adsorbent materials promptly and dispose of properly.

■ For larger spills, a private spill cleanup company or Hazmat team may be necessary.

*Reporting*

■ Report spills that pose an immediate threat to human health or the environment to the Regional Water Quality Control Board.

■ Federal regulations require that any oil spill into a water body or onto an adjoining shoreline be reported to the National Response Center (NRC) at 800-424-8802 (24 hour).

■ Report spills to local agencies, such as the fire department; they can assist in cleanup.

■ Establish a system for tracking incidents. The system should be designed to identify the following:

- Types and quantities (in some cases) of wastes

- Patterns in time of occurrence (time of day/night, month, or year)

January 2003      California Stormwater BMP Handbook      3 of 9
Industrial and Commercial
www.cabmphandbooks.com

AR 011181
AR009176

# SC-11 Spill Prevention, Control & Cleanup

- Mode of dumping (abandoned containers, "midnight dumping" from moving vehicles, direct dumping of materials, accidents/spills)

- Responsible parties

## *Training*

■ Educate employees about spill prevention and cleanup.

■ Well-trained employees can reduce human errors that lead to accidental releases or spills:

- The employee should have the tools and knowledge to immediately begin cleaning up a spill should one occur.

- Employees should be familiar with the Spill Prevention Control and Countermeasure Plan.

■ Employees should be educated about aboveground storage tank requirements. Employees responsible for aboveground storage tanks and liquid transfers should be thoroughly familiar with the Spill Prevention Control and Countermeasure Plan and the plan should be readily available.

■ Train employees to recognize and report illegal dumping incidents.

## *Other Considerations (Limitations and Regulations)*

■ State regulations exist for facilities with a storage capacity of 10,000 gallons or more of petroleum to prepare a Spill Prevention Control and Countermeasure (SPCC) Plan (Health & Safety Code Chapter 6.67).

■ State regulations also exist for storage of hazardous materials (Health & Safety Code Chapter 6.95), including the preparation of area and business plans for emergency response to the releases or threatened releases.

■ Consider requiring smaller secondary containment areas (less than 200 sq. ft.) to be connected to the sanitary sewer, prohibiting any hard connections to the storm drain.

## Requirements

### *Costs (including capital and operation & maintenance)*

■ Will vary depending on the size of the facility and the necessary controls.

■ Prevention of leaks and spills is inexpensive. Treatment and/or disposal of contaminated soil or water can be quite expensive.

### *Maintenance (including administrative and staffing)*

■ This BMP has no major administrative or staffing requirements. However, extra time is needed to properly handle and dispose of spills, which results in increased labor costs.

AR 011182
**AR009177**

# Spill Prevention, Control & Cleanup SC-11

## Supplemental Information

### *Further Detail of the BMP*

*Reporting*

Record keeping and internal reporting represent good operating practices because they can increase the efficiency of the facility and the effectiveness of BMPs.  A good record keeping system helps the facility minimize incident recurrence, correctly respond with appropriate cleanup activities, and comply with legal requirements.  A record keeping and reporting system should be set up for documenting spills, leaks, and other discharges, including discharges of hazardous substances in reportable quantities.  Incident records describe the quality and quantity of non-stormwater discharges to the storm sewer.  These records should contain the following information:

- Date and time of the incident

- Weather conditions

- Duration of the spill/leak/discharge

- Cause of the spill/leak/discharge

- Response procedures implemented

- Persons notified

- Environmental problems associated with the spill/leak/discharge

Separate record keeping systems should be established to document housekeeping and preventive maintenance inspections, and training activities.  All housekeeping and preventive maintenance inspections should be documented.  Inspection documentation should contain the following information:

- The date and time the inspection was performed

- Name of the inspector

- Items inspected

- Problems noted

- Corrective action required

- Date corrective action was taken

Other means to document and record inspection results are field notes, timed and dated photographs, videotapes, and drawings and maps.

*Aboveground Tank Leak and Spill Control*

Accidental releases of materials from aboveground liquid storage tanks present the potential for contaminating stormwater with many different pollutants. Materials spilled, leaked, or lost from

---

AR 011183<br>AR009178

# SC-11 Spill Prevention, Control & Cleanup

tanks may accumulate in soils or on impervious surfaces and be carried away by stormwater runoff.

The most common causes of unintentional releases are:

- Installation problems

- Failure of piping systems (pipes, pumps, flanges, couplings, hoses, and valves)

- External corrosion and structural failure

- Spills and overfills due to operator error

- Leaks during pumping of liquids or gases from truck or rail car to a storage tank or vice versa

Storage of reactive, ignitable, or flammable liquids should comply with the Uniform Fire Code and the National Electric Code. Practices listed below should be employed to enhance the code requirements:

- Tanks should be placed in a designated area.

- Tanks located in areas where firearms are discharged should be encapsulated in concrete or the equivalent.

- Designated areas should be impervious and paved with Portland cement concrete, free of cracks and gaps, in order to contain leaks and spills.

- Liquid materials should be stored in UL approved double walled tanks or surrounded by a curb or dike to provide the volume to contain 10 percent of the volume of all of the containers or 110 percent of the volume of the largest container, whichever is greater.  The area inside the curb should slope to a drain.

- For used oil or dangerous waste, a dead-end sump should be installed in the drain.

- All other liquids should be drained to the sanitary sewer if available. The drain must have a positive control such as a lock, valve, or plug to prevent release of contaminated liquids.

- Accumulated stormwater in petroleum storage areas should be passed through an oil/water separator.

Maintenance is critical to preventing leaks and spills.  Conduct routine inspections and:

- Check for external corrosion and structural failure.

- Check for spills and overfills due to operator error.

- Check for failure of piping system (pipes, pumps, flanger, coupling, hoses, and valves).

- Check for leaks or spills during pumping of liquids or gases from truck or rail car to a storage facility or vice versa.

California Stormwater BMP Handbook
Industrial and Commercial
www.cabmphandbooks.com

January 2003

AR 011184

AR009179

# Spill Prevention, Control & Cleanup SC-11

■ Visually inspect new tank or container installation for loose fittings, poor welding, and improper or poorly fitted gaskets.

■ Inspect tank foundations, connections, coatings, and tank walls and piping system. Look for corrosion, leaks, cracks, scratches, and other physical damage that may weaken the tank or container system.

■ Frequently relocate accumulated stormwater during the wet season.

■ Periodically conduct integrity testing by a qualified professional.

*Vehicle Leak and Spill Control*

Major spills on roadways and other public areas are generally handled by highly trained Hazmat teams from local fire departments or environmental health departments. The measures listed below pertain to leaks and smaller spills at vehicle maintenance shops.

In addition to implementing the spill prevention, control, and clean up practices above, use the following measures related to specific activities:

*Vehicle and Equipment Maintenance*

■ Perform all vehicle fluid removal or changing inside or under cover to prevent the run-on of stormwater and the runoff of spills.

■ Regularly inspect vehicles and equipment for leaks, and repair immediately.

■ Check incoming vehicles and equipment (including delivery trucks, and employee and subcontractor vehicles) for leaking oil and fluids. Do not allow leaking vehicles or equipment onsite.

■ Always use secondary containment, such as a drain pan or drop cloth, to catch spills or leaks when removing or changing fluids.

■ Immediately drain all fluids from wrecked vehicles.

■ Store wrecked vehicles or damaged equipment under cover.

■ Place drip pans or absorbent materials under heavy equipment when not in use.

■ Use adsorbent materials on small spills rather than hosing down the spill.

■ Remove the adsorbent materials promptly and dispose of properly.

■ Promptly transfer used fluids to the proper waste or recycling drums. Don't leave full drip pans or other open containers lying around.

■ Oil filters disposed of in trashcans or dumpsters can leak oil and contaminate stormwater. Place the oil filter in a funnel over a waste oil recycling drum to drain excess oil before disposal. Oil filters can also be recycled. Ask your oil supplier or recycler about recycling oil filters.

AR 011185
AR009180

# SC-11 Spill Prevention, Control & Cleanup

- Store cracked batteries in a non-leaking secondary container.  Do this with all cracked batteries, even if you think all the acid has drained out. If you drop a battery, treat it as if it is cracked.  Put it into the containment area until you are sure it is not leaking.

*Vehicle and Equipment Fueling*

- Design the fueling area to prevent the run-on of stormwater and the runoff of spills:

    - Cover fueling area if possible.

    - Use a perimeter drain or slope pavement inward with drainage to a sump.

    - Pave fueling area with concrete rather than asphalt.

- If dead-end sump is not used to collect spills, install an oil/water separator.

- Install vapor recovery nozzles to help control drips as well as air pollution.

- Discourage "topping-off" of fuel tanks.

- Use secondary containment when transferring fuel from the tank truck to the fuel tank.

- Use adsorbent materials on small spills and general cleaning rather than hosing down the area. Remove the adsorbent materials promptly.

- Carry out all Federal and State requirements regarding underground storage tanks, or install above ground tanks.

- Do not use mobile fueling of mobile industrial equipment around the facility; rather, transport the equipment to designated fueling areas.

- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Train employees in proper fueling and cleanup procedures.

*Industrial Spill Prevention Response*

For the purposes of developing a spill prevention and response program to meet the stormwater regulations, facility managers should use information provided in this fact sheet and the spill prevention/response portions of the fact sheets in this handbook, for specific activities.  The program should:

- Integrate with existing emergency response/hazardous materials programs (e.g., Fire Department)

- Develop procedures to prevent/mitigate spills to storm drain systems

- Identify responsible departments

- Develop and standardize reporting procedures, containment, storage, and disposal activities, documentation, and follow-up procedures

- Address spills at municipal facilities, as well as public areas

# Spill Prevention, Control & Cleanup SC-11

■  Provide training concerning spill prevention, response and cleanup to all appropriate personnel

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Stormwater Managers Resource Center http://www.stormwatercenter.net/

January 2003

California Stormwater BMP Handbook
Industrial and Commercial
www.cabmphandbooks.com

9 of 9

AR 011187
AR009182

# Outdoor Loading/Unloading                    SC-30



Photo Credit: Geoff Brosseau

### Objectives

- ■ Cover
- ■ Contain
- ■ Educate
- ■ Reduce/Minimize
- ■ Product Substitution

## Description

The loading/unloading of materials usually takes place outside on docks or terminals; therefore, materials spilled, leaked, or lost during loading/unloading may collect in the soil or on other surfaces and have the potential to be carried away by stormwater runoff or when the area is cleaned. Additionally, rainfall may wash pollutants from machinery used to unload or move materials. Implementation of the following protocols will prevent or reduce the discharge of pollutants to stormwater from outdoor loading/unloading of materials.

### Targeted Constituents

| | |
|---|---|
| Sediment | ✔ |
| Nutrients | ✔ |
| Trash | |
| Metals | ✔ |
| Bacteria | |
| Oil and Grease | ✔ |
| Organics | ✔ |

## Approach

Reduce potential for pollutant discharge through source control pollution prevention and BMP implementation. Successful implementation depends on effective training of employees on applicable BMPs and general pollution prevention strategies and objectives.

### Pollution Prevention

- ■ Keep accurate maintenance logs to evaluate materials removed and improvements made.

- ■ Park tank trucks or delivery vehicles in designated areas so that spills or leaks can be contained.

- ■ Limit exposure of material to rainfall whenever possible.

- ■ Prevent stormwater run-on.

- ■ Check equipment regularly for leaks.



C A S Q A
California
Stormwater
Quality
Association

**AR009183**

# SC-30          Outdoor Loading/Unloading

### Suggested Protocols

*Loading and Unloading – General Guidelines*

- Develop an operations plan that describes procedures for loading and/or unloading.

- Conduct loading and unloading in dry weather if possible.

- Cover designated loading/unloading areas to reduce exposure of materials to rain.

- Consider placing a seal or door skirt between delivery vehicles and building to prevent exposure to rain.

- Design loading/unloading area to prevent stormwater run-on, which would include grading or berming the area, and position roof downspouts so they direct stormwater away from the loading/unloading areas.

- Have employees load and unload all materials and equipment in covered areas such as building overhangs at loading docks if feasible.

- Load/unload only at designated loading areas.

- Use drip pans underneath hose and pipe connections and other leak-prone spots during liquid transfer operations, and when making and breaking connections. Several drip pans should be stored in a covered location near the liquid transfer area so that they are always available, yet protected from precipitation when not in use. Drip pans can be made specifically for railroad tracks. Drip pans must be cleaned periodically, and drip collected materials must be disposed of properly.

- Pave loading areas with concrete instead of asphalt.

- Avoid placing storm drains in the area.

- Grade and/or berm the loading/unloading area to a drain that is connected to a deadend.

*Inspection*

- Check loading and unloading equipment regularly for leaks, including valves, pumps, flanges and connections.

- Look for dust or fumes during loading or unloading operations.

### Training

- Train employees (e.g., fork lift operators) and contractors on proper spill containment and cleanup.

- Have employees trained in spill containment and cleanup present during loading/unloading.

- Train employees in proper handling techniques during liquid transfers to avoid spills.

- Make sure forklift operators are properly trained on loading and unloading procedures.

# Outdoor Loading/Unloading                                    SC-30

### Spill Response and Prevention

- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Contain leaks during transfer.

- Store and maintain appropriate spill cleanup materials in a location that is readily accessible and known to all and ensure that employees are familiar with the site's spill control plan and proper spill cleanup procedures.

- Have an emergency spill cleanup plan readily available.

- Use drip pans or comparable devices when transferring oils, solvents, and paints.

### Other Considerations (Limitations and Regulations)

- Space and time limitations may preclude all transfers from being performed indoors or under cover.

- It may not be possible to conduct transfers only during dry weather.

## Requirements

### Costs

Costs should be low except when covering a large loading/unloading area.

### Maintenance

- Conduct regular inspections and make repairs as necessary.  The frequency of repairs will depend on the age of the facility.

- Check loading and unloading equipment regularly for leaks.

- Conduct regular broom dry-sweeping of area.

## Supplemental Information

### Further Detail of the BMP

*Special Circumstances for Indoor Loading/Unloading of Materials*

Loading or unloading of liquids should occur in the manufacturing building so that any spills that are not completely retained can be discharged to the sanitary sewer, treatment plant, or treated in a manner consistent with local sewer authorities and permit requirements.

- For loading and unloading tank trucks to above and below ground storage tanks, the following procedures should be used:

  - The area where the transfer takes place should be paved.  If the liquid is reactive with the asphalt, Portland cement should be used to pave the area.

  - The transfer area should be designed to prevent run-on of stormwater from adjacent areas.  Sloping the pad and using a curb, like a speed bump, around the uphill side of the transfer area should reduce run-on.

**AR 011190**
**AR009185**

# SC-30      Outdoor Loading/Unloading

-     The transfer area should be designed to prevent runoff of spilled liquids from the area. Sloping the area to a drain should prevent runoff. The drain should be connected to a dead-end sump or to the sanitary sewer. A positive control valve should be installed on the drain.

- For transfer from rail cars to storage tanks that must occur outside, use the following procedures:

  -     Drip pans should be placed at locations where spillage may occur, such as hose connections, hose reels, and filler nozzles. Use drip pans when making and breaking connections.

  -     Drip pan systems should be installed between the rails to collect spillage from tank cars.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

4 of 4      California Stormwater BMP Handbook      January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011191
AR009186

# Outdoor Equipment Operations     SC-32

## Description

Outside process equipment operations and maintenance can contaminate stormwater runoff.  Activities, such as grinding, painting, coating, sanding, degreasing or parts cleaning, landfills and waste piles, solid waste treatment and disposal, are examples of process operations that can lead to contamination of stormwater runoff.  Source controls for outdoor process equipment operations and maintenance include reducing the amount of waste created, enclosing or covering all or some of the equipment, installing secondary containment, and training employees.

## Approach

### Pollution Prevention

■ Perform the activity during dry periods.

■ Use non-toxic chemicals for maintenance and minimize or eliminate the use of solvents.

### Suggested Protocols

■ Consider enclosing the activity in a building and connecting the floor drains to the sanitary sewer.

■ Cover the work area with a permanent roof if possible.

■ Minimize contact of stormwater with outside process equipment operations through berming and drainage routing (run-on prevention).  If possible, connect process equipment area to public sewer or facility wastewater treatment system.  Some municipalities require that secondary containment areas be connected to the sanitary sewer, prohibiting any hard connections to the storm drain.

■ Dry clean the work area regularly.

### Training

■ Train employees to perform the activity during dry periods only or substituting benign materials for more toxic ones.

■ Train employee and contractors in proper techniques for spill containment and cleanup.  Employees should have the tools and knowledge to immediately begin cleaning up a spill should one occur.

### Spill Response and Prevention

■ Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

---

## Objectives

■ Cover
■ Contain
■ Educate
■ Reduce/Minimize

## Targeted Constituents

| Sediment | ✓ |
| Nutrients | |
| Trash | |
| Metals | ✓ |
| Bacteria | |
| Oil and Grease | ✓ |
| Organics | ✓ |



C A S Q A
California
Stormwater
Quality
Association

---

# SC-32        Outdoor Equipment Operations

- Have employees trained in emergency spill cleanup procedures present when dangerous waste, liquid chemicals, or other wastes are delivered.

- Place a stockpile of spill cleanup materials where it will be readily accessible.

- Prevent operator errors by using engineering safe guards and thus reducing accidental releases of pollutant.

- Inspect storage areas regularly for leaks or spills.  Also check for structural failure, spills and overfills due to operator error, and/or failure of piping system.

### Other Considerations

- Providing cover may be expensive.

- Space limitations may preclude enclosing some equipment.

- Storage sheds often must meet building and fire code requirements.

## Requirements

### Costs

Costs vary depending on the complexity of the operation and the amount of control necessary for stormwater pollution control.

### Maintenance

- Conduct routine preventive maintenance, including checking process equipment for leaks.

- Clean the storm drain system regularly.

## Supplemental Information

### Further Detail of the BMP

*Hydraulic/Treatment Modifications*

If stormwater becomes polluted, it should be captured and treated.  If you do not have your own process wastewater treatment system, consider discharging to the public sewer system.  Use of the public sewer might be allowed under the following conditions:

- If the activity area is very small (less than a few hundred square feet), the local sewer authority may be willing to allow the area to remain uncovered with the drain connected to the public sewer.

- It may be possible under unusual circumstances to connect a much larger area to the public sewer, as long as the rate of stormwater discharges does not exceed the capacity of the wastewater treatment plant.  The stormwater could be stored during the storm and then transferred to the public sewer when the normal flow is low, such as at night.

Industries that generate large volumes of process wastewater typically have their own treatment system and corresponding permit.  These industries have the discretion to use their wastewater treatment system to treat stormwater within the constraints of their permit requirements for process treatment.  It may also be possible for the industry to discharge the stormwater directly to an effluent outfall without treatment as long as the total loading of the discharged process

AR 011193
AR009188

# Outdoor Equipment Operations          SC-32

water and stormwater does not exceed the loading had a stormwater treatment device been used.  This could be achieved by reducing the loading from the process wastewater treatment system.  Check with your Regional Water Quality Control Board or local sewering agency, as this option would be subject to permit constraints and potentially regular monitoring.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Stormwater Managers Resource Center http://www.stormwatercenter.net

AR 011194
AR009189

# Waste Handling & Disposal                                    SC-34



Photo Credit: Geoff Brosseau

## Description

Improper storage and handling of solid wastes can allow toxic compounds, oils and greases, heavy metals, nutrients, suspended solids, and other pollutants to enter stormwater runoff. The discharge of pollutants to stormwater from waste handling and disposal can be prevented and reduced by tracking waste generation, storage, and disposal; reducing waste generation and disposal through source reduction, reuse, and recycling; and preventing run-on and runoff.

## Approach

### *Pollution Prevention*

- Accomplish reduction in the amount of waste generated using the following source controls:

    - Production planning and sequencing

    - Process or equipment modification

    - Raw material substitution or elimination

    - Loss prevention and housekeeping

    - Waste segregation and separation

    - Close loop recycling

- Establish a material tracking system to increase awareness about material usage. This may reduce spills and minimize contamination, thus reducing the amount of waste produced.

- Recycle materials whenever possible.

### Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

### Targeted Constituents



| Sediment | |
| --- | --- |
| Nutrients | |
| Trash | |
| Metals | ✓ |
| Bacteria | ✓ |
| Oil and Grease | ✓ |
| Organics | ✓ |



January 2003     California Stormwater BMP Handbook     1 of 5
Industrial and Commercial
www.cabmphandbooks.com

AR 011195

AR009190

# SC-34                    Waste Handling & Disposal

### *Suggested Protocols*

*General*

- Cover storage containers with leak proof lids or some other means. If waste is not in containers, cover all waste piles (plastic tarps are acceptable coverage) and prevent stormwater run-on and runoff with a berm. The waste containers or piles must be covered except when in use.

- Use drip pans or absorbent materials whenever grease containers are emptied by vacuum trucks or other means. Grease cannot be left on the ground. Collected grease must be properly disposed of as garbage.

- Check storage containers weekly for leaks and to ensure that lids are on tightly. Replace any that are leaking, corroded, or otherwise deteriorating.

- Sweep and clean the storage area regularly. If it is paved, do not hose down the area to a storm drain.

- Dispose of rinse and wash water from cleaning waste containers into a sanitary sewer if allowed by the local sewer authority. Do not discharge wash water to the street or storm drain.

- Transfer waste from damaged containers into safe containers.

- Take special care when loading or unloading wastes to minimize losses. Loading systems can be used to minimize spills and fugitive emission losses such as dust or mist. Vacuum transfer systems can minimize waste loss.

*Controlling Litter*

- Post "No Littering" signs and enforce anti-litter laws.

- Provide a sufficient number of litter receptacles for the facility.

- Clean out and cover litter receptacles frequently to prevent spillage.

*Waste Collection*

- Keep waste collection areas clean.

- Inspect solid waste containers for structural damage regularly. Repair or replace damaged containers as necessary.

- Secure solid waste containers; containers must be closed tightly when not in use.

- Do not fill waste containers with washout water or any other liquid.

- Ensure that only appropriate solid wastes are added to the solid waste container. Certain wastes such as hazardous wastes, appliances, fluorescent lamps, pesticides, etc., may not be disposed of in solid waste containers (see chemical/ hazardous waste collection section below).

# Waste Handling & Disposal                 SC-34

- Do not mix wastes; this can cause chemical reactions, make recycling impossible, and complicate disposal.

*Good Housekeeping*

- Use all of the product before disposing of the container.

- Keep the waste management area clean at all times by sweeping and cleaning up spills immediately.

- Use dry methods when possible (e.g., sweeping, use of absorbents) when cleaning around restaurant/food handling dumpster areas.  If water must be used after sweeping/using absorbents, collect water and discharge through grease interceptor to the sewer.

*Chemical/Hazardous Wastes*

- Select designated hazardous waste collection areas on-site.

- Store hazardous materials and wastes in covered containers and protect them from vandalism.

- Place hazardous waste containers in secondary containment.

- Make sure that hazardous waste is collected, removed, and disposed of only at authorized disposal areas.

- Stencil or demarcate storm drains on the facility's property with prohibitive message regarding waste disposal.

*Run-on/Runoff Prevention*

- Prevent stormwater run-on from entering the waste management area by enclosing the area or building a berm around the area.

- Prevent waste materials from directly contacting rain.

- Cover waste piles with temporary covering material such as reinforced tarpaulin, polyethylene, polyurethane, polypropyleneor hypalon.

- Cover the area with a permanent roof if feasible.

- Cover dumpsters to prevent rain from washing waste out of holes or cracks in the bottom of the dumpster.

- Move the activity indoor after ensuring all safety concerns such as fire hazard and ventilation are addressed.

*Inspection*

- Inspect and replace faulty pumps or hoses regularly to minimize the potential of releases and spills.

- Check waste management areas for leaking containers or spills.

AR 011197
AR009192

# SC-34          Waste Handling & Disposal

- Repair leaking equipment including valves, lines, seals, or pumps promptly.

### Training

- Train staff in pollution prevention measures and proper disposal methods.

- Train employees and contractors in proper spill containment and cleanup. The employee should have the tools and knowledge to immediately begin cleaning up a spill should one occur.

- Train employees and subcontractors in proper hazardous waste management.

### Spill Response and Prevention

- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Have an emergency plan, equipment and trained personnel ready at all times to deal immediately with major spills

- Collect all spilled liquids and properly dispose of them.

- Store and maintain appropriate spill cleanup materials in a location known to all near the designated wash area.

- Ensure that vehicles transporting waste have spill prevention equipment that can prevent spills during transport. Spill prevention equipment includes:

  - Vehicles equipped with baffles for liquid waste

  - Trucks with sealed gates and spill guards for solid waste

### Other Considerations (Limitations and Regulations)

Hazardous waste cannot be reused or recycled; it must be disposed of by a licensed hazardous waste hauler.

## Requirements

### Costs

Capital and O&M costs for these programs will vary substantially depending on the size of the facility and the types of waste handled. Costs should be low if there is an inventory program in place.

### Maintenance

- None except for maintaining equipment for material tracking program.

## Supplemental Information

### Further Detail of the BMP

*Land Treatment System*

Minimize runoff of polluted stormwater from land application by:

- Choosing a site where slopes are under 6%, the soil is permeable, there is a low water table, it is located away from wetlands or marshes, and there is a closed drainage system

AR 011198
AR009193

# Waste Handling & Disposal                    SC-34

- Avoiding application of waste to the site when it is raining or when the ground is saturated with water

- Growing vegetation on land disposal areas to stabilize soils and reduce the volume of surface water runoff from the site

- Maintaining adequate barriers between the land application site and the receiving waters (planted strips are particularly good)

- Using erosion control techniques such as mulching and matting, filter fences, straw bales, diversion terracing, and sediment basins

- Performing routine maintenance to ensure the erosion control or site stabilization measures are working

### Examples
The port of Long Beach has a state-of-the-art database for identifying potential pollutant sources, documenting facility management practices, and tracking pollutants.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

Solid Waste Container Best Management Practices – Fact Sheet On-Line Resources – Environmental Health and Safety.  Harvard University.  2002.

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Pollution from Surface Cleaning Folder.  1996.  Bay Area Stormwater Management Agencies Association (BASMAA).  http://www.basmaa.org

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

# Safer Alternative Products                          SC-35

## Description

Promote the use of less harmful products and products that contain little or no TMDL pollutants.  Alternatives exist for most product classes including chemical fertilizers, pesticides, cleaning solutions, janitorial chemicals, automotive and paint products, and consumables (batteries, fluorescent lamps).

## Approach

Pattern a new program after the many established programs around the state and country.  Integrate this best management practice as much as possible with existing programs at your facility.

Develop a comprehensive program based on:

- The "Precautionary Principle," which is an alternative to the "Risk Assessment" model that says it's acceptable to use a potentially harmful product until physical evidence of its harmful effects are established and deemed too costly from an environmental or public health perspective.  For instance, a risk assessment approach might say it's acceptable to use a pesticide until there is direct proof of an environmental impact.  The Precautionary Principle approach is used to evaluate whether a given product is safe, whether it is really necessary, and whether alternative products would perform just as well.

- Environmentally Preferable Purchasing Program to minimize the purchase of products containing hazardous ingredients used in the facility's custodial services, fleet maintenance, and facility maintenance in favor of using alternate products that pose less risk to employees and to the environment.

- Integrated Pest Management (IPM) or Less-Toxic Pesticide Program, which uses a pest management approach that minimizes the use of toxic chemicals and gets rid of pests by methods that pose a lower risk to employees, the public, and the environment.

- Energy Efficiency Program including no-cost and low-cost energy conservation and efficiency actions that can reduce both energy consumption and electricity bills, along with long-term energy efficiency investments.

Consider the following mechanisms for developing and implementing a comprehensive program:

- Policies

## Objectives

- Educate
- Reduce/Minimize
- Product Substitution

## Targeted Constituents

| | |
|---|---|
| Sediment | |
| Nutrients | ✔ |
| Trash | |
| Metals | ✔ |
| Bacteria | |
| Oil and Grease | ✔ |
| Organics | ✔ |



AR 011200
AR009195

# SC-35                    Safer Alternative Products

- Procedures

    - Standard operating procedures (SOPs)

    - Purchasing guidelines and procedures

    - Bid packages (services and supplies)

- Materials

    - Preferred or approved product and supplier lists

    - Product and supplier evaluation criteria

    - Training sessions and manuals

    - Fact sheets for employees

Implement this BMP in conjunction with the Vehicle and Equipment Management fact sheets (SC20 – SC22) and SC41, Building and Grounds Maintenance.

## *Training*
- Employees who handle potentially harmful materials in the use of safer alternatives.

- Purchasing departments should be encouraged to procure less hazardous materials and products that contain little or no harmful substances or TMDL pollutants.

## *Regulations*
This BMP has no regulatory requirements.  Existing regulations already encourage facilities to reduce the use of hazardous materials through incentives such as reduced:

- Specialized equipment storage and handling requirements,

- Storm water runoff sampling requirements,

- Training and licensing requirements, and

- Record keeping and reporting requirements.

## *Equipment*
- There are no major equipment requirements to this BMP.

## *Limitations*
- Alternative products may not be available, suitable, or effective in every case.

## Requirements
## *Cost Considerations*
- The primary cost is for staff time to: 1) develop new policies and procedures and 2) educate purchasing departments and employees who handle potentially harmful materials about the availability, procurement, and use of safer alternatives.

# Safer Alternative Products                    SC-35

- Some alternative products may be slightly more expensive than conventional products.

## Supplemental Information

Employees and contractors / service providers can both be educated about safer alternatives by using information developed by a number of organizations including the references and resources listed below.

The following discussion provides some general information on safer alternatives. More specific information on particular hazardous materials and the available alternatives may be found in the references and resources listed below.

- Automotive products – Less toxic alternatives are not available for many automotive products, especially engine fluids. But there are alternatives to grease lubricants, car polishes, degreasers, and windshield washer solution. Rerefined motor oil is also available.

- Vehicle/Trailer lubrication – Fifth wheel bearings on trucks require routine lubrication. Adhesive lubricants are available to replace typical chassis grease.

- Cleaners – Vegetables-based or citrus-based soaps are available to replace petroleum-based soaps/detergents.

- Paint products – Water-based paints, wood preservatives, stains, and finishes are available.

- Pesticides – Specific alternative products or methods exist to control most insects, fungi, and weeds.

- Chemical Fertilizers – Compost and soil amendments are natural alternatives.

- Consumables – Manufacturers have either reduced or are in the process of reducing the amount of heavy metals in consumables such as batteries and fluorescent lamps. All fluorescent lamps contain mercury, however low-mercury containing lamps are now available from most hardware and lighting stores. Fluorescent lamps are also more energy efficient than the average incandescent lamp.

- Janitorial chemicals – Even biodegradable soap can harm fish and wildlife before it biodegrades. Biodegradable does not mean non-toxic. Safer products and procedures are available for floor stripping and cleaning, as well as carpet, glass, metal, and restroom cleaning and disinfecting.

### *Examples*

There are a number of business and trade associations, and communities with effective programs. Some of the more prominent are listed below in the references and resources section.

## References and Resources

Note: Many of these references provide alternative products for materials that typically are used inside and disposed to the sanitary sewer as well as alternatives to products that usually end up in the storm drain.

# SC-35     Safer Alternative Products

### General Sustainable Practices and Pollution Prevention Including Pollutant-Specific Information

California Department of Toxic Substances Control (www.dtsc.ca.gov)

California Integrated Waste Management Board (www.ciwmb.ca.gov)

City of Santa Monica (www.santa-monica.org/environment)

City of Palo Alto (www.city.palo-alto.ca.us/cleanbay)

City and County of San Francisco, Department of the Environment (www.ci.sf.ca.us/sfenvironment)

Earth 911 (www.earth911.org/master.asp)

Environmental Finance Center Region IX (www.greenstart.org/efc9)

Flex Your Power (www.flexyourpower.ca.gov)

GreenBiz.com (www.greenbiz.com)

Green Business Program (www.abag.org/bayarea/enviro/gbus/gb.html)

Pacific Industrial and Business Association (www.piba.org)

Sacramento Clean Water Business Partners (www.sacstormwater.org)

USEPA BMP fact sheet – Alternative products (http://cfpub.epa.gov/npdes/stormwater/menuofbmps/poll_2.cfm)

USEPA Region IX Pollution Prevention Program (www.epa.gov/region09/p2)

Western Regional Pollution Prevention Network (www.westp2net.org)

### Metals (mercury, copper)

National Electrical Manufacturers Association - Environment, Health and Safety (www.nema.org)

Sustainable Conservation (www.suscon.org)

    Auto Recycling Project

    Brake Pad Partnership

### Pesticides and Chemical Fertilizers

Bio-Integral Resource Center (www.birc.org)

California Department of Pesticide Regulation (www.cdpr.ca.gov)

University of California Statewide IPM Program (www.ipm.ucdavis.edu/default.html)

4 of 5     California Stormwater BMP Handbook     January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011203
AR009198

# Safer Alternative Products                    SC-35

*Dioxins*

Bay Area Dioxins Project (http://dioxin.abag.ca.gov/)

AR 011204
AR009199

# Building & Grounds Maintenance    SC-41



## Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

## Targeted Constituents

| | |
|---|---|
| Sediment | ✓ |
| Nutrients | ✓ |
| Trash | |
| Metals | ✓ |
| Bacteria | ✓ |
| Oil and Grease | |
| Organics | |

## Description

Stormwater runoff from building and grounds maintenance activities can be contaminated with toxic hydrocarbons in solvents, fertilizers and pesticides, suspended solids, heavy metals, abnormal pH, and oils and greases.  Utilizing the protocols in this fact sheet will prevent or reduce the discharge of pollutants to stormwater from building and grounds maintenance activities by washing and cleaning up with as little water as possible, following good landscape management practices, preventing and cleaning up spills immediately, keeping debris from entering the storm drains, and maintaining the stormwater collection system.

## Approach

Reduce potential for pollutant discharge through source control pollution prevention and BMP implementation.  Successful implementation depends on effective training of employees on applicable BMPs and general pollution prevention strategies and objectives.

### *Pollution Prevention*

- Switch to non-toxic chemicals for maintenance when possible.

- Choose cleaning agents that can be recycled.

- Encourage proper lawn management and landscaping, including use of native vegetation.



AR009200

# SC-41     Building & Grounds Maintenance

- Encourage use of Integrated Pest Management techniques for pest control.

- Encourage proper onsite recycling of yard trimmings.

- Recycle residual paints, solvents, lumber, and other material as much as possible.

### *Suggested Protocols*

*Pressure Washing of Buildings, Rooftops, and Other Large Objects*

- In situations where soaps or detergents are used and the surrounding area is paved, pressure washers must use a water collection device that enables collection of wash water and associated solids. A sump pump, wet vacuum or similarly effective device must be used to collect the runoff and loose materials. The collected runoff and solids must be disposed of properly.

- If soaps or detergents are not used, and the surrounding area is paved, wash runoff does not have to be collected but must be screened. Pressure washers must use filter fabric or some other type of screen on the ground and/or in the catch basin to trap the particles in wash water runoff.

- If you are pressure washing on a grassed area (with or without soap), runoff must be dispersed as sheet flow as much as possible, rather than as a concentrated stream. The wash runoff must remain on the grass and not drain to pavement.

*Landscaping Activities*

- Dispose of grass clippings, leaves, sticks, or other collected vegetation as garbage, or by composting. Do not dispose of collected vegetation into waterways or storm drainage systems.

- Use mulch or other erosion control measures on exposed soils.

*Building Repair, Remodeling, and Construction*

- Do not dump any toxic substance or liquid waste on the pavement, the ground, or toward a storm drain.

- Use ground or drop cloths underneath outdoor painting, scraping, and sandblasting work, and properly dispose of collected material daily.

- Use a ground cloth or oversized tub for activities such as paint mixing and tool cleaning.

- Clean paintbrushes and tools covered with water-based paints in sinks connected to sanitary sewers or in portable containers that can be dumped into a sanitary sewer drain.  Brushes and tools covered with non-water-based paints, finishes, or other materials must be cleaned in a manner that enables collection of used solvents (e.g., paint thinner, turpentine, etc.) for recycling or proper disposal.

- Use a storm drain cover, filter fabric, or similarly effective runoff control mechanism if dust, grit, wash water, or other pollutants may escape the work area and enter a catch basin.  This is particularly necessary on rainy days. The containment device(s) must be in place at the beginning of the work day, and accumulated dirty runoff and solids must be collected and disposed of before removing the containment device(s) at the end of the work day.

California Stormwater BMP Handbook
Industrial and Commercial
www.cabmphandbooks.com

January 2003

AR 011206

**AR009201**

# Building & Grounds Maintenance        SC-41

- If you need to de-water an excavation site, you may need to filter the water before discharging to a catch basin or off-site. If directed off-site, you should direct the water through hay bales and filter fabric or use other sediment filters or traps.

- Store toxic material under cover during precipitation events and when not in use. A cover would include tarps or other temporary cover material.

*Mowing, Trimming, and Planting*

- Dispose of leaves, sticks, or other collected vegetation as garbage, by composting or at a permitted landfill.  Do not dispose of collected vegetation into waterways or storm drainage systems.

- Use mulch or other erosion control measures when soils are exposed.

- Place temporarily stockpiled material away from watercourses and drain inlets, and berm or cover stockpiles to prevent material releases to the storm drain system.

- Consider an alternative approach when bailing out muddy water: do not put it in the storm drain; pour over landscaped areas.

- Use hand weeding where practical.

*Fertilizer and Pesticide Management*

- Follow all federal, state, and local laws and regulations governing the use, storage, and disposal of fertilizers and pesticides and training of applicators and pest control advisors.

- Use less toxic pesticides that will do the job when applicable.  Avoid use of copper-based pesticides if possible.

- Do not use pesticides if rain is expected.

- Do not mix or prepare pesticides for application near storm drains.

- Use the minimum amount needed for the job.

- Calibrate fertilizer distributors to avoid excessive application.

- Employ techniques to minimize off-target application (e.g., spray drift) of pesticides, including consideration of alternative application techniques.

- Apply pesticides only when wind speeds are low.

- Fertilizers should be worked into the soil rather than dumped or broadcast onto the surface.

- Irrigate slowly to prevent runoff and then only as much as is needed.

- Clean pavement and sidewalk if fertilizer is spilled on these surfaces before applying irrigation water.

- Dispose of empty pesticide containers according to the instructions on the container label.

# SC-41      Building & Grounds Maintenance

- Use up the pesticides.  Rinse containers, and use rinse water as product.  Dispose of unused pesticide as hazardous waste.

- Implement storage requirements for pesticide products with guidance from the local fire department and County Agricultural Commissioner.  Provide secondary containment for pesticides.

*Inspection*
- Inspect irrigation system periodically to ensure that the right amount of water is being applied and that excessive runoff is not occurring.  Minimize excess watering and repair leaks in the irrigation system as soon as they are observed.

### Training
- Educate and train employees on pesticide use and in pesticide application techniques to prevent pollution.

- Train employees and contractors in proper techniques for spill containment and cleanup.

- Be sure the frequency of training takes into account the complexity of the operations and the nature of the staff.

### Spill Response and Prevention
- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Place a stockpile of spill cleanup materials, such as brooms, dustpans, and vacuum sweepers (if desired) near the storage area where it will be readily accessible.

- Have employees trained in spill containment and cleanup present during the loading/unloading of dangerous wastes, liquid chemicals, or other materials.

- Familiarize employees with the Spill Prevention Control and Countermeasure Plan.

- Clean up spills immediately.

### Other Considerations
Alternative pest/weed controls may not be available, suitable, or effective in many cases.

## Requirements

### Costs
- Cost will vary depending on the type and size of facility.

- Overall costs should be low in comparison to other BMPs.

### Maintenance
Sweep paved areas regularly to collect loose particles.  Wipe up spills with rags and other absorbent material immediately, do not hose down the area to a storm drain.

AR 011208
AR009203

# Building & Grounds Maintenance        SC-41

## Supplemental Information

### *Further Detail of the BMP*

*Fire Sprinkler Line Flushing*

Building fire sprinkler line flushing may be a source of non-stormwater runoff pollution.  The water entering the system is usually potable water, though in some areas it may be non-potable reclaimed wastewater.  There are subsequent factors that may drastically reduce the quality of the water in such systems.  Black iron pipe is usually used since it is cheaper than potable piping, but it is subject to rusting and results in lower quality water.  Initially, the black iron pipe has an oil coating to protect it from rusting between manufacture and installation; this will contaminate the water from the first flush but not from subsequent flushes.  Nitrates, poly-phosphates and other corrosion inhibitors, as well as fire suppressants and antifreeze may be added to the sprinkler water system.  Water generally remains in the sprinkler system a long time (typically a year) and between flushes may accumulate iron, manganese, lead, copper, nickel, and zinc.  The water generally becomes anoxic and contains living and dead bacteria and breakdown products from chlorination.  This may result in a significant BOD problem and the water often smells.  Consequently dispose fire sprinkler line flush water into the sanitary sewer.  Do not allow discharge to storm drain or infiltration due to potential high levels of pollutants in fire sprinkler line water.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Mobile Cleaners Pilot Program:  Final Report.  1997.  Bay Area Stormwater Management Agencies Association (BASMAA).  http://www.basmaa.org/

Pollution from Surface Cleaning Folder.  1996.  Bay Area Stormwater Management Agencies Association (BASMAA).  http://www.basmaa.org/

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

AR 011209
AR009204

# Building Repair and Construction     SC-42



## Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Recycle

## Targeted Constituents

| Constituent | |
|---|---|
| Sediment | ✔ |
| Nutrients | |
| Trash | ✔ |
| Metals | ✔ |
| Bacteria | |
| Oil and Grease | ✔ |
| Organics | ✔ |

## Description

Modifications are common particularly at large industrial sites. The activity may vary from minor and normal building repair to major remodeling, or the construction of new facilities.  These activities can generate pollutants including solvents, paints, paint and varnish removers, finishing residues, spent thinners, soap cleaners, kerosene, asphalt and concrete materials, adhesive residues, and old asbestos installation.  Protocols in this fact sheet are intended to prevent or reduce the discharge of pollutants to stormwater from building repair, remodeling, and construction by using soil erosion controls, enclosing or covering building material storage areas, using good housekeeping practices, using safer alternative products, and training employees.

## Approach

### *Pollution Prevention*

- Recycle residual paints, solvents, lumber, and other materials to the maximum extent practical.

- Buy recycled products to the maximum extent practical.

- Inform on-site contractors of company policy on these matters and include appropriate provisions in their contract to ensure certain proper housekeeping and disposal practices are implemented.



January 2003     California Stormwater BMP Handbook     1 of 4
Industrial and Commercial
www.cabmphandbooks.com

AR 011210

AR009205

# SC-42    Building Repair and Construction

- Make sure that nearby storm drains are well marked to minimize the chance of inadvertent disposal of residual paints and other liquids.

### Suggested Protocols

*Repair & Remodeling*

- Follow BMPs identified in Construction BMP Handbook.

- Maintain good housekeeping practices while work is underway.

- Keep the work site clean and orderly.  Remove debris in a timely fashion.  Sweep the area.

- Cover materials of particular concern that must be left outside, particularly during the rainy season.

- Do not dump waste liquids down the storm drain.

- Dispose of wash water, sweepings, and sediments properly.

- Store materials properly that are normally used in repair and remodeling such as paints and solvents.

- Sweep out the gutter or wash the gutter and trap the particles at the outlet of the downspout if when repairing roofs, small particles have accumulated in the gutter.  A sock or geofabric placed over the outlet may effectively trap the materials.  If the downspout is tight lined, place a temporary plug at the first convenient point in the storm drain and pump out the water with a vactor truck, and clean the catch basin sump where you placed the plug.

- Properly store and dispose waste materials generated from construction activities.  See Construction BMP Handbook.

- Clean the storm drain system in the immediate vicinity of the construction activity after it is completed.

*Painting*

- Enclose painting operations consistent with local air quality regulations and OSHA.

- Local air pollution regulations may, in many areas of the state, specify painting procedures which if properly carried out are usually sufficient to protect water quality.

- Develop paint handling procedures for proper use, storage, and disposal of paints.

- Transport paint and materials to and from job sites in containers with secure lids and tied down to the transport vehicle.

- Test and inspect spray equipment prior to starting to paint.  Tighten all hoses and connections and do not overfill paint containers.

- Mix paint indoors before using so that any spill will not be exposed to rain.  Do so even during dry weather because cleanup of a spill will never be 100% effective.

- Transfer and load paint and hot thermoplastic away from storm drain inlets.

# Building Repair and Construction    SC-42

- Do not transfer or load paint near storm drain inlets.

- Plug nearby storm drain inlets prior to starting painting and remove plugs when job is complete when there is significant risk of a spill reaching storm drains.

- Cover nearby storm drain inlets prior to starting work if sand blasting is used to remove paint.

- Use a ground cloth to collect the chips if painting requires scraping or sand blasting of the existing surface. Dispose the residue properly.

- Cover or enclose painting operations properly to avoid drift.

- Clean the application equipment in a sink that is connected to the sanitary sewer if using water based paints.

- Capture all cleanup-water and dispose of properly.

- Dispose of paints containing lead or tributyl tin and considered a hazardous waste properly.

- Store leftover paints if they are to be kept for the next job properly, or dispose properly.

- Recycle paint when possible. Dispose of paint at an appropriate household hazardous waste facility.

### Training
Proper education of off-site contractors is often overlooked. The conscientious efforts of well trained employees can be lost by unknowing off-site contractors, so make sure they are well informed about what they are expected to do.

### Spill Response and Prevention
- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Place a stockpile of spill cleanup materials where it will be readily accessible.

- Clean up spills immediately.

- Excavate and remove the contaminated (stained) soil if a spill occurs on dirt.

### Limitations
- This BMP is for minor construction only. The State's General Construction Activity Stormwater Permit has more requirements for larger projects. The companion "Construction Best Management Practice Handbook" contains specific guidance and best management practices for larger-scale projects.

- Hazardous waste that cannot be reused or recycled must be disposed of by a licensed hazardous waste hauler.

- Be certain that actions to help stormwater quality are consistent with Cal- and Fed-OSHA and air quality regulations.

# SC-42   Building Repair and Construction

## Requirements

### *Costs*

These BMPs are generally low to modest in cost.

### *Maintenance*

N/A

## Supplemental Information

### *Further Detail of the BMP*

*Soil/Erosion Control*

If the work involves exposing large areas of soil, employ the appropriate soil erosion and control techniques.  See the Construction Best Management Practice Handbook.  If old buildings are being torn down and not replaced in the near future, stabilize the site using measures described in SC-40 Contaminated or Erodible Areas.

If a building is to be placed over an open area with a storm drainage system, make sure the storm inlets within the building are covered or removed, or the storm line is connected to the sanitary sewer.  If because of the remodeling a new drainage system is to be installed or the existing system is to be modified, consider installing catch basins as they serve as effective "in-line" treatment devices.  See Treatment Control Fact Sheet TC-20 Wet Pond/Basin in Section 5 of the New Development and Redevelopment Handbook regarding design criteria.  Include in the catch basin a "turn-down" elbow or similar device to trap floatables.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

California Stormwater BMP Handbook
Industrial and Commercial
www.cabmphandbooks.com

AR 011213
AR009208

# Parking/Storage Area Maintenance SC-43



## Objectives

- ■ Cover
- ■ Contain
- ■ Educate
- ■ Reduce/Minimize
- ■ Product Substitution

## Description

Parking lots and storage areas can contribute a number of substances, such as trash, suspended solids, hydrocarbons, oil and grease, and heavy metals that can enter receiving waters through stormwater runoff or non-stormwater discharges. The protocols in this fact sheet are intended to prevent or reduce the discharge of pollutants from parking/storage areas and include using good housekeeping practices, following appropriate cleaning BMPs, and training employees.

## Approach

The goal of this program is to ensure stormwater pollution prevention practices are considered when conducting activities on or around parking areas and storage areas to reduce potential for pollutant discharge to receiving waters. Successful implementation depends on effective training of employees on applicable BMPs and general pollution prevention strategies and objectives.

### *Pollution Prevention*

- ■ Encourage alternative designs and maintenance strategies for impervious parking lots. (See New Development and Redevelopment BMP Handbook)

- ■ Keep accurate maintenance logs to evaluate BMP implementation.

## Targeted Constituents

| | |
|---|---|
| Sediment | ✓ |
| Nutrients | |
| Trash | ✓ |
| Metals | ✓ |
| Bacteria | |
| Oil and Grease | ✓ |
| Organics | ✓ |





AR009209

# SC-43 Parking/Storage Area Maintenance

## *Suggested Protocols*

### General

- Keep the parking and storage areas clean and orderly. Remove debris in a timely fashion.

- Allow sheet runoff to flow into biofilters (vegetated strip and swale) and/or infiltration devices.

- Utilize sand filters or oleophilic collectors for oily waste in low quantities.

- Arrange rooftop drains to prevent drainage directly onto paved surfaces.

- Design lot to include semi-permeable hardscape.

- Discharge soapy water remaining in mop or wash buckets to the sanitary sewer through a sink, toilet, clean-out, or wash area with drain.

### Controlling Litter

- Post "No Littering" signs and enforce anti-litter laws.

- Provide an adequate number of litter receptacles.

- Clean out and cover litter receptacles frequently to prevent spillage.

- Provide trash receptacles in parking lots to discourage litter.

- Routinely sweep, shovel, and dispose of litter in the trash.

### Surface Cleaning

- Use dry cleaning methods (e.g., sweeping, vacuuming) to prevent the discharge of pollutants into the stormwater conveyance system if possible.

- Establish frequency of public parking lot sweeping based on usage and field observations of waste accumulation.

- Sweep all parking lots at least once before the onset of the wet season.

- Follow the procedures below if water is used to clean surfaces:

  - Block the storm drain or contain runoff.

  - Collect and pump wash water to the sanitary sewer or discharge to a pervious surface. Do not allow wash water to enter storm drains.

  - Dispose of parking lot sweeping debris and dirt at a landfill.

- Follow the procedures below when cleaning heavy oily deposits:

  - Clean oily spots with absorbent materials.

  - Use a screen or filter fabric over inlet, then wash surfaces.

2 of 4     California Stormwater BMP Handbook     January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011215
AR009210

# Parking/Storage Area Maintenance SC-43

- Do not allow discharges to the storm drain.

- Vacuum/pump discharges to a tank or discharge to sanitary sewer.

- Appropriately dispose of spilled materials and absorbents.

*Surface Repair*
- Preheat, transfer or load hot bituminous material away from storm drain inlets.

- Apply concrete, asphalt, and seal coat during dry weather to prevent contamination from contacting stormwater runoff.

- Cover and seal nearby storm drain inlets where applicable (with waterproof material or mesh) and manholes before applying seal coat, slurry seal, etc.  Leave covers in place until job is complete and all water from emulsified oil sealants has drained or evaporated.  Clean any debris from these covered manholes and drains for proper disposal.

- Use only as much water as necessary for dust control, to avoid runoff.

- Catch drips from paving equipment that is not in use with pans or absorbent material placed under the machines.  Dispose of collected material and absorbents properly.

*Inspection*
- Have designated personnel conduct inspections of parking facilities and stormwater conveyance systems associated with parking facilities on a regular basis.

- Inspect cleaning equipment/sweepers for leaks on a regular basis.

## Training
- Provide regular training to field employees and/or contractors regarding cleaning of paved areas and proper operation of equipment.

- Train employees and contractors in proper techniques for spill containment and cleanup.

## Spill Response and Prevention
- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Place a stockpile of spill cleanup materials where it will be readily accessible or at a central location.

- Clean up fluid spills immediately with absorbent rags or material.

- Dispose of spilled material and absorbents properly.

## Other Considerations
Limitations related to sweeping activities at large parking facilities may include high equipment costs, the need for sweeper operator training, and the inability of current sweeper technology to remove oil and grease.

# SC-43 Parking/Storage Area Maintenance

## Requirements

### Costs

Cleaning/sweeping costs can be quite large.  Construction and maintenance of stormwater structural controls can be quite expensive as well.

### Maintenance

■   Sweep parking lot regularly to minimize cleaning with water.

■   Clean out oil/water/sand separators regularly, especially after heavy storms.

■   Clean parking facilities regularly to prevent accumulated wastes and pollutants from being discharged into conveyance systems during rainy conditions.

## Supplemental Information

### Further Detail of the BMP

*Surface Repair*

Apply concrete, asphalt, and seal coat during dry weather to prevent contamination from contacting stormwater runoff.  Where applicable, cover and seal nearby storm drain inlets (with waterproof material or mesh) and manholes before applying seal coat, slurry seal, etc.  Leave covers in place until job is complete and all water from emulsified oil sealants has drained or evaporated.  Clean any debris from these covered manholes and drains for proper disposal.  Only use only as much water as is necessary for dust control to avoid runoff.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Pollution from Surface Cleaning Folder.  1996.  Bay Area Stormwater Management Agencies Association (BASMAA).  http://www.basmaa.org/

Oregon Association of Clean Water Agencies.  Oregon Municipal Stormwater Toolbox for Maintenance Practices.  June 1998.

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

AR 011217

AR009212

# Drainage System Maintenance                    SC-44



## Description

As a consequence of its function, the stormwater conveyance system collects and transports urban runoff and stormwater that may contain certain pollutants.  The protocols in this fact sheet are intended to reduce pollutants reaching receiving waters through proper conveyance system operation and maintenance.

## Approach

### *Pollution Prevention*

Maintain catch basins, stormwater inlets, and other stormwater conveyance structures on a regular basis to remove pollutants, reduce high pollutant concentrations during the first flush of storms, prevent clogging of the downstream conveyance system, restore catch basins' sediment trapping capacity, and ensure the system functions properly hydraulically to avoid flooding.

### *Suggested Protocols*

*Catch Basins/Inlet Structures*

- Staff should regularly inspect facilities to ensure compliance with the following:

    - Immediate repair of any deterioration threatening structural integrity.

    - Cleaning before the sump is 40% full.  Catch basins should be cleaned as frequently as needed to meet this standard.

    - Stenciling of catch basins and inlets (see SC34 Waste Handling and Disposal).

---

### Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize

---

### Targeted Constituents

| | |
|---|---|
| Sediment | ✔ |
| Nutrients | |
| Trash | ✔ |
| Metals | |
| Bacteria | ✔ |
| Oil and Grease | |
| Organics | |



**CASQA**
California
Stormwater
Quality
Association

---

AR009213

# SC-44      Drainage System Maintenance

- Clean catch basins, storm drain inlets, and other conveyance structures before the wet season to remove sediments and debris accumulated during the summer.

- Conduct inspections more frequently during the wet season for problem areas where sediment or trash accumulates more often.  Clean and repair as needed.

- Keep accurate logs of the number of catch basins cleaned.

- Store wastes collected from cleaning activities of the drainage system in appropriate containers or temporary storage sites in a manner that prevents discharge to the storm drain.

- Dewater the wastes if necessary with outflow into the sanitary sewer if permitted.  Water should be treated with an appropriate filtering device prior to discharge to the sanitary sewer.  If discharge to the sanitary sewer is not allowed, water should be pumped or vacuumed to a tank and properly disposed.  Do not dewater near a storm drain or stream.

*Storm Drain Conveyance System*
- Locate reaches of storm drain with deposit problems and develop a flushing schedule that keeps the pipe clear of excessive buildup.

- Collect and pump flushed effluent to the sanitary sewer for treatment whenever possible.

*Pump Stations*
- Clean all storm drain pump stations prior to the wet season to remove silt and trash.

- Do not allow discharge to reach the storm drain system when cleaning a storm drain pump station or other facility.

- Conduct routine maintenance at each pump station.

- Inspect, clean, and repair as necessary all outlet structures prior to the wet season.

*Open Channel*
- Modify storm channel characteristics to improve channel hydraulics, increase pollutant removals, and enhance channel/creek aesthetic and habitat value.

- Conduct channel modification/improvement in accordance with existing laws.  Any person, government agency, or public utility proposing an activity that will change the natural (emphasis added) state of any river, stream, or lake in California, must enter into a Steam or Lake Alteration Agreement with the Department of Fish and Game.  The developer-applicant should also contact local governments (city, county, special districts), other state agencies (SWRCB, RWQCB, Department of Forestry, Department of Water Resources), and Federal Corps of Engineers and USFWS.

*Illicit Connections and Discharges*
- Look for evidence of illegal discharges or illicit connections during routine maintenance of conveyance system and drainage structures:

  - Is there evidence of spills such as paints, discoloring, etc?

2 of 6      California Stormwater BMP Handbook      January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011219
AR009214

# Drainage System Maintenance                SC-44

- Are there any odors associated with the drainage system?

- Record locations of apparent illegal discharges/illicit connections?

- Track flows back to potential dischargers and conduct aboveground inspections.  This can be done through visual inspection of upgradient manholes or alternate techniques including zinc chloride smoke testing, fluorometric dye testing, physical inspection testing, or television camera inspection.

- Eliminate the discharge once the origin of flow is established.

■ Stencil or demarcate storm drains, where applicable, to prevent illegal disposal of pollutants.  Storm drain inlets should have messages such as "Dump No Waste Drains to Stream" stenciled next to them to warn against ignorant or intentional dumping of pollutants into the storm drainage system.

■ Refer to fact sheet SC-10 Non-Stormwater Discharges.

*Illegal Dumping*
■ Inspect and clean up hot spots and other storm drainage areas regularly where illegal dumping and disposal occurs.

■ Establish a system for tracking incidents.  The system should be designed to identify the following:

- Illegal dumping hot spots

- Types and quantities (in some cases) of wastes

- Patterns in time of occurrence (time of day/night, month, or year)

- Mode of dumping (abandoned containers, "midnight dumping" from moving vehicles, direct dumping of materials, accidents/spills)

- Responsible parties

■ Post "No Dumping" signs in problem areas with a phone number for reporting dumping and disposal.  Signs should also indicate fines and penalties for illegal dumping.

■ Refer to fact sheet SC-10 Non-Stormwater Discharges.

### *Training*
■ Train crews in proper maintenance activities, including record keeping and disposal.

■ Allow only properly trained individuals to handle hazardous materials/wastes.

■ Have staff involved in detection and removal of illicit connections trained in the following:

- OSHA-required Health and Safety Training (29 CFR 1910.120) plus annual refresher training (as needed).

AR 011220
AR009215

# SC-44              Drainage System Maintenance

- OSHA Confined Space Entry training (Cal-OSHA Confined Space, Title 8 and Federal OSHA 29 CFR 1910.146).

- Procedural training (field screening, sampling, smoke/dye testing, TV inspection).

### *Spill Response and Prevention*

■ Investigate all reports of spills, leaks, and/or illegal dumping promptly.

■ Clean up all spills and leaks using "dry" methods (with absorbent materials and/or rags) or dig up, remove, and properly dispose of contaminated soil.

■ Refer to fact sheet SC-11 Spill Prevention, Control, and Cleanup.

### *Other Considerations (Limitations and Regulations)*

■ Clean-up activities may create a slight disturbance for local aquatic species. Access to items and material on private property may be limited. Trade-offs may exist between channel hydraulics and water quality/riparian habitat. If storm channels or basins are recognized as wetlands, many activities, including maintenance, may be subject to regulation and permitting.

■ Storm drain flushing is most effective in small diameter pipes (36-inch diameter pipe or less, depending on water supply and sediment collection capacity). Other considerations associated with storm drain flushing may include the availability of a water source, finding a downstream area to collect sediments, liquid/sediment disposal, and prohibition against disposal of flushed effluent to sanitary sewer in some areas.

■ Regulations may include adoption of substantial penalties for illegal dumping and disposal.

■ Local municipal codes may include sections prohibiting discharge of soil, debris, refuse, hazardous wastes, and other pollutants into the storm drain system.

## Requirements

### *Costs*

■ An aggressive catch basin cleaning program could require a significant capital and O&M budget.

■ The elimination of illegal dumping is dependent on the availability, convenience, and cost of alternative means of disposal. The primary cost is for staff time. Cost depends on how aggressively a program is implemented. Other cost considerations for an illegal dumping program include:

- Purchase and installation of signs.

- Rental of vehicle(s) to haul illegally-disposed items and material to landfills.

- Rental of heavy equipment to remove larger items (e.g., car bodies) from channels.

- Purchase of landfill space to dispose of illegally-dumped items and material.

**AR009216**

# Drainage System Maintenance                SC-44

■ Methods used for illicit connection detection (smoke testing, dye testing, visual inspection, and flow monitoring) can be costly and time-consuming.  Site-specific factors, such as the level of impervious area, the density and ages of buildings, and type of land use will determine the level of investigation necessary.

### Maintenance

■ Two-person teams may be required to clean catch basins with vactor trucks.

■ Teams of at least two people plus administrative personnel are required to identify illicit discharges, depending on the complexity of the storm sewer system.

■ Arrangements must be made for proper disposal of collected wastes.

■ Technical staff are required to detect and investigate illegal dumping violations.

## Supplemental Information

### Further Detail of the BMP

#### Storm Drain Flushing

Flushing is a common maintenance activity used to improve pipe hydraulics and to remove pollutants in storm drainage systems.  Flushing may be designed to hydraulically convey accumulated material to strategic locations, such as an open channel, another point where flushing will be initiated, or the sanitary sewer and the treatment facilities, thus preventing resuspension and overflow of a portion of the solids during storm events.  Flushing prevents "plug flow" discharges of concentrated pollutant loadings and sediments.  Deposits can hinder the designed conveyance capacity of the storm drain system and potentially cause backwater conditions in severe cases of clogging.

Storm drain flushing usually takes place along segments of pipe with grades that are too flat to maintain adequate velocity to keep particles in suspension.  An upstream manhole is selected to place an inflatable device that temporarily plugs the pipe.  Further upstream, water is pumped into the line to create a flushing wave.  When the upstream reach of pipe is sufficiently full to cause a flushing wave, the inflated device is rapidly deflated with the assistance of a vacuum pump, thereby releasing the backed up water and resulting in the cleaning of the storm drain segment.

To further reduce impacts of stormwater pollution, a second inflatable device placed well downstream may be used to recollect the water after the force of the flushing wave has dissipated.  A pump may then be used to transfer the water and accumulated material to the sanitary sewer for treatment.  In some cases, an interceptor structure may be more practical or required to recollect the flushed waters.

It has been found that cleansing efficiency of periodic flush waves is dependent upon flush volume, flush discharge rate, sewer slope, sewer length, sewer flow rate, sewer diameter, and population density.  As a rule of thumb, the length of line to be flushed should not exceed 700 feet.  At this maximum recommended length, the percent removal efficiency ranges between 65-75% for organics and 55-65% for dry weather grit/inorganic material.  The percent removal efficiency drops rapidly beyond that.  Water is commonly supplied by a water truck, but fire hydrants can also supply water.  To make the best use of water, it is recommended that reclaimed water be used or that fire hydrant line flushing coincide with storm sewer flushing.

**AR 011222**
**AR009217**

# SC-44      Drainage System Maintenance

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

Ferguson, B.K. 1991. Urban Stream Reclamation, p. 324-322, Journal of Soil and Water Conservation.

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Oregon Association of Clean Water Agencies. Oregon Municipal Stormwater Toolbox for Maintenance Practices. June 1998.

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net

United States Environmental Protection Agency (USEPA). 2002. Pollution Prevention/Good Housekeeping for Municipal Operations Storm Drain System Cleaning. On line: http://www.epa.gov/npdes/menuofbmps/poll_16.htm

AR 011223
AR009218

# Site Design & Landscape Planning   SD-10



### Design Objectives

☑ Maximize Infiltration

☑ Provide Retention

☑ Slow Runoff

☑ Minimize Impervious Land Coverage

Prohibit Dumping of Improper Materials

Contain Pollutants

Collect and Convey

## Description

Each project site possesses unique topographic, hydrologic, and vegetative features, some of which are more suitable for development than others.  Integrating and incorporating appropriate landscape planning methodologies into the project design is the most effective action that can be done to minimize surface and groundwater contamination from stormwater.

## Approach

Landscape planning should couple consideration of land suitability for urban uses with consideration of community goals and projected growth.  Project plan designs should conserve natural areas to the extent possible, maximize natural water storage and infiltration opportunities, and protect slopes and channels.

## Suitable Applications

Appropriate applications include residential, commercial and industrial areas planned for development or redevelopment.

## Design Considerations

Design requirements for site design and landscapes planning should conform to applicable standards and specifications of agencies with jurisdiction and be consistent with applicable General Plan and Local Area Plan policies.



January 2003

California Stormwater BMP Handbook
New Development and Redevelopment
www.cabmphandbooks.com

1 of 4

AR 011224

AR009219

# SD-10   Site Design & Landscape Planning

### *Designing New Installations*

Begin the development of a plan for the landscape unit with attention to the following general principles:

- Formulate the plan on the basis of clearly articulated community goals. Carefully identify conflicts and choices between retaining and protecting desired resources and community growth.

- Map and assess land suitability for urban uses. Include the following landscape features in the assessment: wooded land, open unwooded land, steep slopes, erosion-prone soils, foundation suitability, soil suitability for waste disposal, aquifers, aquifer recharge areas, wetlands, floodplains, surface waters, agricultural lands, and various categories of urban land use. When appropriate, the assessment can highlight outstanding local or regional resources that the community determines should be protected (e.g., a scenic area, recreational area, threatened species habitat, farmland, fish run). Mapping and assessment should recognize not only these resources but also additional areas needed for their sustenance.

Project plan designs should conserve natural areas to the extent possible, maximize natural water storage and infiltration opportunities, and protect slopes and channels.

### *Conserve Natural Areas during Landscape Planning*

If applicable, the following items are required and must be implemented in the site layout during the subdivision design and approval process, consistent with applicable General Plan and Local Area Plan policies:

- Cluster development on least-sensitive portions of a site while leaving the remaining land in a natural undisturbed condition.

- Limit clearing and grading of native vegetation at a site to the minimum amount needed to build lots, allow access, and provide fire protection.

- Maximize trees and other vegetation at each site by planting additional vegetation, clustering tree areas, and promoting the use of native and/or drought tolerant plants.

- Promote natural vegetation by using parking lot islands and other landscaped areas.

- Preserve riparian areas and wetlands.

### *Maximize Natural Water Storage and Infiltration Opportunities Within the Landscape Unit*

- Promote the conservation of forest cover. Building on land that is already deforested affects basin hydrology to a lesser extent than converting forested land. Loss of forest cover reduces interception storage, detention in the organic forest floor layer, and water losses by evapotranspiration, resulting in large peak runoff increases and either their negative effects or the expense of countering them with structural solutions.

- Maintain natural storage reservoirs and drainage corridors, including depressions, areas of permeable soils, swales, and intermittent streams. Develop and implement policies and

California Stormwater BMP Handbook
New Development and Redevelopment
www.cabmphandbooks.com

**AR 011225**

**AR009220**

# Site Design & Landscape Planning   SD-10

regulations to discourage the clearing, filling, and channelization of these features. Utilize them in drainage networks in preference to pipes, culverts, and engineered ditches.

■ Evaluating infiltration opportunities by referring to the stormwater management manual for the jurisdiction and pay particular attention to the selection criteria for avoiding groundwater contamination, poor soils, and hydrogeological conditions that cause these facilities to fail. If necessary, locate developments with large amounts of impervious surfaces or a potential to produce relatively contaminated runoff away from groundwater recharge areas.

*Protection of Slopes and Channels during Landscape Design*

■ Convey runoff safely from the tops of slopes.

■ Avoid disturbing steep or unstable slopes.

■ Avoid disturbing natural channels.

■ Stabilize disturbed slopes as quickly as possible.

■ Vegetate slopes with native or drought tolerant vegetation.

■ Control and treat flows in landscaping and/or other controls prior to reaching existing natural drainage systems.

■ Stabilize temporary and permanent channel crossings as quickly as possible, and ensure that increases in run-off velocity and frequency caused by the project do not erode the channel.

■ Install energy dissipaters, such as riprap, at the outlets of new storm drains, culverts, conduits, or channels that enter unlined channels in accordance with applicable specifications to minimize erosion. Energy dissipaters shall be installed in such a way as to minimize impacts to receiving waters.

■ Line on-site conveyance channels where appropriate, to reduce erosion caused by increased flow velocity due to increases in tributary impervious area. The first choice for linings should be grass or some other vegetative surface, since these materials not only reduce runoff velocities, but also provide water quality benefits from filtration and infiltration. If velocities in the channel are high enough to erode grass or other vegetative linings, riprap, concrete, soil cement, or geo-grid stabilization are other alternatives.

■ Consider other design principles that are comparable and equally effective.

## Redeveloping Existing Installations

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces. The definition of " redevelopment" must be consulted to determine whether or not the requirements for new development apply to areas intended for redevelopment. If the definition applies, the steps outlined under "designing new installations" above should be followed.

# SD-10   Site Design & Landscape Planning

Redevelopment may present significant opportunity to add features which had not previously been implemented.  Examples include incorporation of depressions, areas of permeable soils, and swales in newly redeveloped areas.  While some site constraints may exist due to the status of already existing infrastructure, opportunities should not be missed to maximize infiltration, slow runoff, reduce impervious areas, disconnect directly connected impervious areas.

## Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Stormwater Management Manual for Western Washington, Washington State Department of Ecology, August 2001.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

4 of 4

California Stormwater BMP Handbook
New Development and Redevelopment
www.cabmphandbooks.com

January 2003

AR 011227

AR009222

# Efficient Irrigation                                    SD-12



**Design Objectives**

☑ Maximize Infiltration
☑ Provide Retention
☑ Slow Runoff
  Minimize Impervious Land Coverage
  Prohibit Dumping of Improper Materials
  Contain Pollutants
  Collect and Convey

## Description

Irrigation water provided to landscaped areas may result in excess irrigation water being conveyed into stormwater drainage systems.

## Approach

Project plan designs for development and redevelopment should include application methods of irrigation water that minimize runoff of excess irrigation water into the stormwater conveyance system.

## Suitable Applications

Appropriate applications include residential, commercial and industrial areas planned for development or redevelopment.   (Detached residential single-family homes are typically excluded from this requirement.)

## Design Considerations

### *Designing New Installations*

The following methods to reduce excessive irrigation runoff should be considered, and incorporated and implemented where determined applicable and feasible by the Permittee:

- Employ rain-triggered shutoff devices to prevent irrigation after precipitation.

- Design irrigation systems to each landscape area's specific water requirements.

- Include design featuring flow reducers or shutoff valves triggered by a pressure drop to control water loss in the event of broken sprinkler heads or lines.

- Implement landscape plans consistent with County or City water conservation resolutions, which may include provision of water sensors, programmable irrigation times (for short cycles), etc.



**AR009223**

# SD-12                                Efficient Irrigation

■ Design timing and application methods of irrigation water to minimize the runoff of excess irrigation water into the storm water drainage system.

■ Group plants with similar water requirements in order to reduce excess irrigation runoff and promote surface filtration.  Choose plants with low irrigation requirements (for example, native or drought tolerant species).  Consider design features such as:

  - Using mulches (such as wood chips or bar) in planter areas without ground cover to minimize sediment in runoff

  - Installing appropriate plant materials for the location, in accordance with amount of sunlight and climate, and use native plant materials where possible and/or as recommended by the landscape architect

  - Leaving a vegetative barrier along the property boundary and interior watercourses, to act as a pollutant filter, where appropriate and feasible

  - Choosing plants that minimize or eliminate the use of fertilizer or pesticides to sustain growth

■ Employ other comparable, equally effective methods to reduce irrigation water runoff.

### Redeveloping Existing Installations

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces.   The definition of " redevelopment" must be consulted to determine whether or not the requirements for new development apply to areas intended for redevelopment.  If the definition applies, the steps outlined under "designing new installations" above should be followed.

### Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

AR 011229

AR009224

# Storm Drain Signage                    SD-13



### Design Objectives

Maximize Infiltration

Provide Retention

Slow Runoff

Minimize Impervious Land Coverage

☑ Prohibit Dumping of Improper Materials

Contain Pollutants

Collect and Convey

## Description

Waste materials dumped into storm drain inlets can have severe impacts on receiving and ground waters.  Posting notices regarding discharge prohibitions at storm drain inlets can prevent waste dumping.  Storm drain signs and stencils are highly visible source controls that are typically placed directly adjacent to storm drain inlets.

## Approach

The stencil or affixed sign contains a brief statement that prohibits dumping of improper materials into the urban runoff conveyance system.  Storm drain messages have become a popular method of alerting the public about the effects of and the prohibitions against waste disposal.

## Suitable Applications

Stencils and signs alert the public to the destination of pollutants discharged to the storm drain.  Signs are appropriate in residential, commercial, and industrial areas, as well as any other area where contributions or dumping to storm drains is likely.

## Design Considerations

Storm drain message markers or placards are recommended at all storm drain inlets within the boundary of a development project.  The marker should be placed in clear sight facing toward anyone approaching the inlet from either side.  All storm drain inlet locations should be identified on the development site map.

### *Designing New Installations*

The following methods should be considered for inclusion in the project design and show on project plans:

- Provide stenciling or labeling of all storm drain inlets and catch basins, constructed or modified, within the project area with prohibitive language.  Examples include "NO DUMPING



AR009225

# SD-13            Storm Drain Signage

– DRAINS TO OCEAN" and/or other graphical icons to discourage illegal dumping.

■ Post signs with prohibitive language and/or graphical icons, which prohibit illegal dumping at public access points along channels and creeks within the project area.

Note - Some local agencies have approved specific signage and/or storm drain message placards for use. Consult local agency stormwater staff to determine specific requirements for placard types and methods of application.

### Redeveloping Existing Installations

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces. If the project meets the definition of "redevelopment", then the requirements stated under " designing new installations" above should be included in all project design plans.

## Additional Information

### Maintenance Considerations

■ Legibility of markers and signs should be maintained. If required by the agency with jurisdiction over the project, the owner/operator or homeowner's association should enter into a maintenance agreement with the agency or record a deed restriction upon the property title to maintain the legibility of placards or signs.

### Placement

■ Signage on top of curbs tends to weather and fade.

■ Signage on face of curbs tends to be worn by contact with vehicle tires and sweeper brooms.

## Supplemental Information

### Examples

■ Most MS4 programs have storm drain signage programs. Some MS4 programs will provide stencils, or arrange for volunteers to stencil storm drains as part of their outreach program.

## Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

2 of 2      California Stormwater BMP Handbook      January 2003
New Development and Redevelopment
www.cabmphandbooks.com

AR 011231

AR009226

# Maintenance Bays & Docks                    SD-31



### Design Objectives

Maximize Infiltration

Provide Retention

Slow Runoff

Minimize Impervious Land Coverage

☑ Prohibit Dumping of Improper Materials

☑ Contain Pollutants

Collect and Convey

## Description

Several measures can be taken to prevent operations at maintenance bays and loading docks from contributing a variety of toxic compounds, oil and grease, heavy metals, nutrients, suspended solids, and other pollutants to the stormwater conveyance system.

## Approach

In designs for maintenance bays and loading docks, containment is encouraged.  Preventative measures include overflow containment structures and dead-end sumps.  However, in the case of loading docks from grocery stores and warehouse/distribution centers, engineered infiltration systems may be considered.

## Suitable Applications

Appropriate applications include commercial and industrial areas planned for development or redevelopment.

## Design Considerations

Design requirements for vehicle maintenance and repair are governed by Building and Fire Codes, and by current local agency ordinances, and zoning requirements.  The design criteria described in this fact sheet are meant to enhance and be consistent with these code requirements.

### *Designing New Installations*

Designs of maintenance bays should consider the following:

- Repair/maintenance bays and vehicle parts with fluids should be indoors; or designed to preclude urban run-on and runoff.

- Repair/maintenance floor areas should be paved with Portland cement concrete (or equivalent smooth impervious surface).



January 2003

California Stormwater BMP Handbook
New Development and Redevelopment
www.cabmphandbooks.com

1 of 2

AR 011232

AR009227

# SD-31                    Maintenance Bays & Docks

- Repair/maintenance bays should be designed to capture all wash water leaks and spills. Provide impermeable berms, drop inlets, trench catch basins, or overflow containment structures around repair bays to prevent spilled materials and wash-down waters form entering the storm drain system.  Connect drains to a sump for collection and disposal. Direct connection of the repair/maintenance bays to the storm drain system is prohibited.  If required by local jurisdiction, obtain an Industrial Waste Discharge Permit.

- Other features may be comparable and equally effective.

The following designs of loading/unloading dock areas should be considered:

- Loading dock areas should be covered, or drainage should be designed to preclude urban run-on and runoff.

- Direct connections into storm drains from depressed loading docks (truck wells) are prohibited.

- Below-grade loading docks from grocery stores and warehouse/distribution centers of fresh food items should drain through water quality inlets, or to an engineered infiltration system, or an equally effective alternative.  Pre-treatment may also be required.

- Other features may be comparable and equally effective.

### *Redeveloping Existing Installations*
Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces.   The definition of " redevelopment" must be consulted to determine whether or not the requirements for new development apply to areas intended for redevelopment.  If the definition applies, the steps outlined under "designing new installations" above should be followed.

### Additional Information
Stormwater and non-stormwater will accumulate in containment areas and sumps with impervious surfaces.  Contaminated accumulated water must be disposed of in accordance with applicable laws and cannot be discharged directly to the storm drain or sanitary sewer system without the appropriate permit.

### Other Resources
A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

# Trash Storage Areas                                          SD-32

## Description

Trash storage areas are areas where a trash receptacle (s) are located for use as a repository for solid wastes.  Stormwater runoff from areas where trash is stored or disposed of can be polluted.  In addition, loose trash and debris can be easily transported by water or wind into nearby storm drain inlets, channels, and/or creeks.  Waste handling operations that may be sources of stormwater pollution include dumpsters, litter control, and waste piles.

## Approach

This fact sheet contains details on the specific measures required to prevent or reduce pollutants in stormwater runoff associated with trash storage and handling.  Preventative measures including enclosures, containment structures, and impervious pavements to mitigate spills, should be used to reduce the likelihood of contamination.

## Suitable Applications

Appropriate applications include residential, commercial and industrial areas planned for development or redevelopment.   (Detached residential single-family homes are typically excluded from this requirement.)

## Design Considerations

Design requirements for waste handling areas are governed by Building and Fire Codes, and by current local agency ordinances and zoning requirements.  The design criteria described in this fact sheet are meant to enhance and be consistent with these code and ordinance requirements.  Hazardous waste should be handled in accordance with legal requirements established in Title 22, California Code of Regulation.

Wastes from commercial and industrial sites are typically hauled by either public or commercial carriers that may have design or access requirements for waste storage areas.  The design criteria in this fact sheet are recommendations and are not intended to be in conflict with requirements established by the waste hauler.  The waste hauler should be contacted prior to the design of your site trash collection areas.  Conflicts or issues should be discussed with the local agency.

### *Designing New Installations*

Trash storage areas should be designed to consider the following structural or treatment control BMPs:

- Design trash container areas so that drainage from adjoining roofs and pavement is diverted around the area(s) to avoid run-on.  This might include berming or grading the waste handling area to prevent run-on of stormwater.

- Make sure trash container areas are screened or walled to prevent off-site transport of trash.

### Design Objectives

| Design Objectives | |
|---|---|
| Maximize Infiltration | |
| Provide Retention | |
| Slow Runoff | |
| Minimize Impervious Land Coverage | |
| Prohibit Dumping of Improper Materials | |
| Contain Pollutants | ☑ |
| Collect and Convey | |



California Stormwater BMP Handbook
New Development and Redevelopment
www.cabmphandbooks.com

**AR 011234**

**AR009229**

# SD-32        Trash Storage Areas

- Use lined bins or dumpsters to reduce leaking of liquid waste.

- Provide roofs, awnings, or attached lids on all trash containers to minimize direct precipitation and prevent rainfall from entering containers.

- Pave trash storage areas with an impervious surface to mitigate spills.

- Do not locate storm drains in immediate vicinity of the trash storage area.

- Post signs on all dumpsters informing users that hazardous materials are not to be disposed of therein.

### Redeveloping Existing Installations

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces.   The definition of " redevelopment" must be consulted to determine whether or not the requirements for new development apply to areas intended for redevelopment.  If the definition applies, the steps outlined under "designing new installations" above should be followed.

### Additional Information
### Maintenance Considerations

The integrity of structural elements that are subject to damage (i.e., screens, covers, and signs) must be maintained by the owner/operator.  Maintenance agreements between the local agency and the owner/operator may be required.  Some agencies will require maintenance deed restrictions to be recorded of the property title.  If required by the local agency, maintenance agreements or deed restrictions must be executed by the owner/operator before improvement plans are approved.

### Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

2 of 2        California Stormwater BMP Handbook        January 2003
New Development and Redevelopment
www.cabmphandbooks.com

AR 011235
AR009230

2014 Whitewater River Region WQMP
**Banning 47**

# Appendix E

Soils Report

See marked redline questions on the Infiltration Test Data sheets in this appendix.



March 30, 2021

LGE Deisgn Build
1200 N. 52nd Street
Phoenix, Arizona 85008

Attention:     Mr. Blake Wells
               Director of Preconstruction

Project No.:   **21G116-2**

Subject:       **Results of Infiltration Testing**
               Proposed Banning Point Development
               Sun Lakes Boulevard, East of Highland Springs Avenue
               Banning, California

Reference:     <u>Geotechnical Investigation, Proposed Banning Point Development, NEC of Sun Lakes Boulevard and Sun Lakes Village Drive, Banning, CA</u>, SCG Project No. 21G116-1, dated March 10, 2021.

Mr. Wells:

In accordance with your request, we have conducted infiltration testing at the subject site. We are pleased to present this report summarizing the results of the infiltration testing and our design recommendations.

## Scope of Services

The scope of services performed for this project was in general accordance with our Proposal 20P406, dated November 5, 2020. The scope of services included site reconnaissance, subsurface exploration, field testing, and engineering analysis to determine the infiltration rates of the on-site soils. The infiltration testing was performed in general accordance with the guidelines published in <u>Riverside County – Low Impact Development BMP Design Handbook – Section 2.3 of Appendix A</u>, prepared for the Riverside County Department of Environmental Health (RCDEH), dated December, 2013.

## Site and Project Description

The overall site is located on the northeast corner of Sun Lakes Boulevard and Sun Lakes Village Drive in Banning, California. The site is bounded to the north by an existing railroad easement, to the west by Sun Lakes Village Drive and a retail development, to the south by Sun Lakes Boulevard, and to the east by an existing multi-family residential development and a vacant lot. The general location of the site is illustrated on the Site Location Map, enclosed as Plate 1 in Appendix A of this report.

The overall site consists of two irregular-shaped properties, totaling 37± acres in size. The northern and southern properties are 30.2 and 6.8± acres in size, respectively. Both properties are vacant and undeveloped. The ground surface cover consists of exposed soil with moderate to extensive native grass and weed growth. Based on our review of readily available historical

22885 Savi Ranch Parkway ▼ Suite E ▼ Yorba Linda ▼ California ▼ 92887
voice: (714) 685-1115 ▼ fax: (714) 685-1118 ▼ www.socalgeo.com

AR 011237
**AR009232**

aerial photographs and Google Earth, reparative dicing throughout the site has been performed since 1996 as part of native grass and weed control.

As part of our research, we reviewed available data in order to determine any environmental concerns within the subject site. The primary reference used was obtained from the California State Water Resources Control Board, GeoTracker, website, https://geotracker.waterboards.ca.gov/. Records for the subject site indicate the presence of an underground storage tank (UST). Further records indicate that the existing UST, identified as Facility ID: FA0038574, has been permitted by the Riverside County Department of Environmental Health.

Detailed topographic information was not available at the time of this report. Based on elevations obtained from Google Earth, and visual observations made at the time of the subsurface investigation, the overall site topography slopes downward to the southeast at a gradient of less than 2 percent.

## Proposed Development

A preliminary site plan has been provided to our office by the client. Based on this plan, the northern property will be developed with a 618,240± ft² warehouse, located in the central region of this property. Dock-high doors will be constructed in a cross-dock configuration on the north and south sides of the building. The proposed building is expected to be surrounded by asphaltic concrete pavements in the parking and drive areas, Portland cement concrete pavements in the loading dock areas, and concrete flatwork and landscaped planters throughout the site.

A proposed detention basin bound by Infiltration Test Nos. I-1 and I-2 is depicted in the southeastern area of the site that will be utilized for on-site stormwater infiltration. The bottom of the infiltration basin will be approximately 10± feet below the existing site grades. In addition, below grade chamber systems will be added in the central-southern region of the site and the northern region of the site. The Bottom of the chamber systems will be approximately 10± feet below existing site grades for the central-southern system and 15± feet below existing site grades in the northern region.

## Concurrent Study

Artificial fill soils were encountered at the ground surface at all of the boring locations, extending to depths of 1½ to 3± feet below the existing site grades. The fill soils generally consist of loose to very dense silty fine sands with varying medium to coarse sand, clay and fine to coarse gravel content. Native alluvium was encountered beneath the fill soils at all of the boring locations, extending to at least the maximum depth explored of 25± feet below the existing site grades. The near-surface alluvium generally consists of medium dense to dense clayey fine sands and silty fine sands with varying medium to coarse sand content, extending to depths of 12 to 22± feet. At greater depths and extending to the maximum depth explored of 25± feet, the alluvium generally consists of medium dense to dense fine sandy silts and silty fine sands to fine sandy silts. Boring No. B-2 encountered a soil stratum consisting of loose silty fine to medium sands at depths of 2½ to 4½± feet. Boring No. B-3 encountered a soil stratum consisting of medium dense silty fine sands at depths of 14½ to 17± feet.



SOUTHERN CALIFORNIA GEOTECHNICAL

Proposed Banning Point Development – Banning, CA
Project No. 21G116-2
Page 2
AR 011238

AR009233

Groundwater

Free water was not encountered during the drilling of any of the borings. Based on the lack of any water within the borings, and the moisture contents of the recovered soil samples, the static groundwater table is considered to have existed at a depth in excess of 25± feet at the time of the subsurface exploration.

As a part of our research, we reviewed available groundwater data in order to determine groundwater levels for the site. Water level data was obtained from the California Department of Water Resources Water Data Library website, https://wdl.water.ca.gov/waterdatalibrary/. The nearest monitoring well on record is located 1,500± feet southeast of the site. Water level readings within this monitoring well indicate a groundwater level of 117± feet below the ground surface in May 2014.

## Subsurface Exploration

### Scope of Exploration

The subsurface exploration conducted for the infiltration testing consisted of six (6) infiltration test borings advanced to depths of 10 to 15± feet below the existing site grades. The infiltration borings were advanced using a truck-mounted drilling rig, equipped with 8-inch diameter hollow stem augers and were logged during drilling by a member of our staff. The approximate locations of the infiltration test borings (identified as I-1 through I-6) are indicated on the Infiltration Test Location Plan, enclosed as Plate 2 of this report.

Upon the completion of the infiltration borings, the bottom of each test boring was covered with 2± inches of clean ¾-inch gravel. A sufficient length of 3-inch-diameter perforated PVC casing was then placed into each test hole so that the PVC casing extended from the bottom of the test hole to the ground surface. Clean ¾-inch gravel was then installed in the annulus surrounding the PVC casing.

### Geotechnical Conditions

### Alluvium

Native alluvial soils were encountered at the ground surface at all six (6) boring locations, extending to at least the maximum explored depth of 15± feet below existing site grades. The alluvium consisted of loose to medium dense silty fine sands and silty fine to medium sands. In addition, loose to dense silty fine to coarse sands were encountered. The Boring Logs, which illustrate the conditions encountered at the infiltration test locations, are included with this report.

## Infiltration Testing

As previously mentioned, the infiltration testing was performed in general accordance with the guidelines published in Riverside County – Low Impact Development BMP Design Handbook – Section 2.3 of Appendix A.



SOUTHERN CALIFORNIA GEOTECHNICAL

Proposed Banning Point Development – Banning, CA
Project No. 21G116-2
Page 3
AR 011239

AR009234

<u>Pre-soaking</u>

In accordance with the county infiltration standards, both of the infiltration test borings were pre-soaked prior to the infiltration testing. The pre-soaking process consisted of filling the test borings by inverting a full 5-gallon bottle of clear water supported over each hole so that the water level reaches a level of at least 5 times the hole's radius above the gravel at the bottom of each hole. The pre-soaking was completed after all of the water had percolated through each test hole or after 15 hours since initiating the pre-soak.

<u>Infiltration Testing</u>

Following the pre-soaking process of the infiltration test borings, SCG performed the infiltration testing. Each test hole was filled with water to a depth of at least 5 times the hole's radius above the gravel at the bottom of each test hole, and less than or equal to the water level used during the pre-soaking process. In accordance with the Riverside County guidelines, since "non-sandy soil" conditions were encountered at the bottom Infiltration Test Nos. I-1 through I-4 (where less than 6 inches of water infiltrated into the surrounding soils for two consecutive 25-minute readings), readings were taken at 30-minute intervals. At infiltration Test Nos. I-5 and I-6, "sandy soils" were encountered (where more than 6 inches of water infiltrated into the surrounding soils for two consecutive 25-minute readings), which resulted in a testing interval of 10-minutes at these locations.   After each reading, the borings were refilled to at least five-times the radius of the boring above the gravel at the bottom of each test hole. The water level readings are presented on the spreadsheets enclosed with this report. The infiltration rates for each of the timed intervals are also tabulated on the spreadsheets.

The infiltration rates from the tests are tabulated in inches per hour. In accordance with the typically accepted practice, it is recommended that the most conservative reading from the latter part of the infiltration tests be used as the design infiltration rate. The rates are summarized below:

| Infiltration Test No. | Soil Description | Infiltration Rate (inches/hour) |
|---|---|---|
| I-1 | Brown Silty fine to coarse Sand, trace fine Gravel | 2.1 |
| I-2 | Brown Silty fine to coarse Sand | 1.5 |
| I-3 | Brown Silty fine to medium Sand, trace coarse Sand | 1.5 |
| I-4 | Brown Silty fine to coarse Sand, little fine to coarse Gravel | 1.4 |
| I-5 | Brown Silty fine to medium Sand | 1.1 |
| I-6 | Brown Silty fine to coarse Sand, trace to little fine to coarse Gravel | 6.4 |



## Laboratory Testing

### Grain Size Analysis

The grain size distribution of selected soils from the base of each infiltration test boring has been determined using a range of wire mesh screens. These tests were performed in general accordance with ASTM D-422 and/or ASTM D-1140. The weight of the portion of the sample retained on each screen is recorded and the percentage finer or coarser of the total weight is calculated. The results of these tests are presented on Plates C-1 through C-6 of this report.

## Design Recommendations

A total of six (6) infiltration tests were performed at the subject site. As noted above, the calculated infiltration rates at the infiltration test locations range from 1.1 to 6.4 inches per hour.

Based on the infiltration test results, below is our recommended infiltration rate:

| Infiltration Test Nos. | Infiltration System | Infiltration Rate (inches/hour) |
|---|---|---|
| I-1 / I-2 | Southeastern Basin "**A**" | 1.5 |
| I-3 / I-4 | Central-southern "**B**" | 1.4 |
| I-5 / I-6 | Northern "**C**" | 1.1 |

The design of the proposed storm water infiltration systems should be performed by the project civil engineer, in accordance with the City of Banning and/or County of Riverside guidelines. However, it is recommended that the systems be constructed so as to facilitate removal of silt and clay, or other deleterious materials from any water that may enter the systems. The presence of such materials would decrease the effective infiltration rates. **It is recommended that the project civil engineer apply an appropriate factor of safety. The infiltration rates recommended above are based on the assumption that only clean water will be introduced to the subsurface profile. Any fines, debris, or organic materials could significantly impact the infiltration rates.** It should be noted that the recommended infiltration rates are based on infiltration testing at six (6) discrete locations and the overall infiltration rates of the storm water infiltration systems could vary considerably.

## Construction Considerations

The infiltration rates presented in this report are specific to the tested locations and tested depths. Infiltration rates can be significantly reduced if the soils are exposed to excessive disturbance or compaction during construction.  Compaction of the soils at the bottom of the infiltration system can significantly reduce the infiltration ability of the basins.  Therefore, the subgrade soils within proposed infiltration system areas should not be over-excavated, undercut or compacted in any significant manner. **It is recommended that a note to this effect be added to the project plans and/or specifications.**



SOUTHERN
CALIFORNIA
GEOTECHNICAL

We recommend that a representative from the geotechnical engineer be on-site during the construction of the proposed infiltration systems to identify the soil classification at the base of each system. It should be confirmed that the soils at the base of the proposed infiltration systems correspond with those presented in this report to ensure that the performance of the systems will be consistent with the rates reported herein.

We recommend that scrapers and other rubber-tired heavy equipment not be operated on the basin bottom, or at levels lower than 2 feet above the bottom of the system, particularly within basins.  As such, the bottom 24 inches of the infiltration systems should be excavated with non-rubber-tired equipment, such as excavators.

## Infiltration Rate Considerations

The infiltration rates presented herein was determined in accordance with the Riverside County guidelines and are considered valid only for the time and place of the actual test. Varying subsurface conditions will exist in other areas of the site, which could alter the recommended infiltration rates presented above. The infiltration rates will decline over time between maintenance cycles as silt or clay particles accumulate on the BMP surface.  The infiltration rate is highly dependent upon a number of factors, including density, silt and clay content, grainsize distribution throughout the range of particle sizes, and particle shape.  Small changes in these factors can cause large changes in the infiltration rates.

Infiltration rates are based on unsaturated flow. As water is introduced into soils by infiltration, the soils become saturated and the wetting front advances from the unsaturated zone to the saturated zone. Once the soils become saturated, infiltration rates become zero, and water can only move through soils by hydraulic conductivity at a rate determined by pressure head and soil permeability. Changes in soil moisture content will affect the infiltration rate. Infiltration rates should be expected to decrease until the soils become saturated. Soil permeability values will then govern groundwater movement. Permeability values may be on the order of 10 to 20 times less than infiltration rates. The system designer should incorporate adequate factors of safety and allow for overflow design into appropriate traditional storm drain systems, which would transport storm water off-site.

## Location of Infiltration Systems

The use of on-site storm water infiltration systems carries a risk of creating adverse geotechnical conditions. Increasing the moisture content of the soil can cause the soil to lose internal shear strength and increase its compressibility, resulting in a change in the designed engineering properties. Overlying structures and pavements in the infiltration area could potentially be damaged due to saturation of the subgrade soils. **The proposed infiltration systems for this site should be located at least 25 feet away from any structures, including retaining walls.** Even with this provision of locating the infiltration system at least 25 feet from the building(s), it is possible that infiltrating water into the subsurface soils could have an adverse effect on the proposed or existing structures. It should also be noted that utility trenches which happen to collect storm water can also serve as conduits to transmit storm water toward the structure, depending on the slope of the utility trench. Therefore, consideration should also be



SOUTHERN
CALIFORNIA
GEOTECHNICAL

AR009237

given to the proposed locations of underground utilities which may pass near the proposed infiltration system.

The infiltration system designer should also give special consideration to the effect that the proposed infiltration systems may have on nearby subterranean structures, open excavations, or descending slopes.  In particular, infiltration systems should not be located near the crest of descending slopes, particularly where the slopes are comprised of granular soils.  Such systems will require specialized design and analysis to evaluate the potential for slope instability, piping failures and other phenomena that typically apply to earthen dam design.  This type of analysis is beyond the scope of this infiltration test report, but these factors should be considered by the infiltration system designer when locating the infiltration systems.

## General Comments

This report has been prepared as an instrument of service for use by the client in order to aid in the evaluation of this property and to assist the architects and engineers in the design and preparation of the project plans and specifications. This report may be provided to the contractor(s) and other design consultants to disclose information relative to the project. However, this report is not intended to be utilized as a specification in and of itself, without appropriate interpretation by the project architect, structural engineer, and/or civil engineer. The design of the infiltration system is the responsibility of the civil engineer. The role of the geotechnical engineer is limited to determination of infiltration rate only. By using the design infiltration rates contained herein, the civil engineer agrees to indemnify, defend, and hold harmless the geotechnical engineer for all aspects of the design and performance of the infiltration system. The reproduction and distribution of this report must be authorized by the client and Southern California Geotechnical, Inc. Furthermore, any reliance on this report by an unauthorized third party is at such party's sole risk, and we accept no responsibility for damage or loss which may occur.

The analysis of this site was based on a subsurface profile interpolated from limited discrete soil samples.  While the materials encountered in the project area are considered to be representative of the total area, some variations should be expected between boring locations and testing depths.  If the conditions encountered during construction vary significantly from those detailed herein, we should be contacted immediately to determine if the conditions alter the recommendations contained herein.

This report has been based on assumed or provided characteristics of the proposed development. It is recommended that the owner, client, architect, structural engineer, and civil engineer carefully review these assumptions to ensure that they are consistent with the characteristics of the proposed development.  If discrepancies exist, they should be brought to our attention to verify that they do not affect the conclusions and recommendations contained herein.  We also recommend that the project plans and specifications be submitted to our office for review to verify that our recommendations have been correctly interpreted.

The analysis, conclusions, and recommendations contained within this report have been promulgated in accordance with generally accepted professional geotechnical engineering practice.  No other warranty is implied or expressed.



SOUTHERN
CALIFORNIA
GEOTECHNICAL

AR009238

**Closure**

We sincerely appreciate the opportunity to be of service on this project.  We look forward to providing additional consulting services during the course of the project.  If we may be of further assistance in any manner, please contact our office.

Respectfully Submitted,

SOUTHERN CALIFORNIA GEOTECHNICAL, INC.

Ryan Bremer
Staff Geologist

Robert G. Trazo, GE 2655
Principal Engineer

Distribution:    (1) Addressee

Enclosures:    Plate 1 - Site Location Map
               Plate 2 - Infiltration Test Location Plan
               Boring Log Legend and Logs (8 pages)
               Infiltration Test Results Spreadsheets (6 pages)
               Grain Size Distribution Graphs (6 pages)





SOURCE: USGS TOPOGRAPHIC MAP OF THE BEAUMONT
QUADRANGLE, RIVERSIDE COUNTY, CALIFORNIA, 2018

| SITE LOCATION MAP |
|---|
| PROPOSED BANNING POINT DEVELOPMENT |
| BANNING, CALIFORNIA |

| SCALE: 1" = 2000' | | SOUTHERN CALIFORNIA GEOTECHNICAL |
|---|---|---|
| DRAWN: JLL CHKD: RGT | SoCalGeo | |
| SCG PROJECT 21G116-2 | | |
| PLATE 1 | | AR 011245 |

AR009240





GEOTECHNICAL LEGEND

APPROXIMATE INFILTRATION TEST LOCATION

APPROXIMATE BORING LOCATION FROM CONCURRENT STUDY (SCG PROJECT NO. 21G116-1)

APPROXIMATE INFILTRATION SYSTEM LOCATION

NOTE:  PRELIMINARY SITE MAP PREPARED BY LGE DESIGN BUILD. AERIAL PHOTOGRAPH OBTAINED FROM GOOGLE EARTH.

| INFILTRATION TEST  LOCATION PLAN | | |
|---|---|---|
| PROPOSED BANNING POINT DEVELOPMENT | | |
| BANNING, CALIFORNIA | | |
| SCALE: 1" = 150' | | SOUTHERN CALIFORNIA GEOTECHNICAL |
| DRAWN: JLL  CHKD: RGT | SoCalGeo | |
| SCG PROJECT 21G116-2 | | |
| PLATE 2 | | AR 011246 |

AR009241

# BORING LOG LEGEND

| SAMPLE TYPE | GRAPHICAL SYMBOL | SAMPLE DESCRIPTION |
|---|---|---|
| **AUGER** | | SAMPLE COLLECTED FROM AUGER CUTTINGS, NO FIELD MEASUREMENT OF SOIL STRENGTH. (DISTURBED) |
| **CORE** | | ROCK CORE SAMPLE: TYPICALLY TAKEN WITH A DIAMOND-TIPPED CORE BARREL. TYPICALLY USED ONLY IN HIGHLY CONSOLIDATED BEDROCK. |
| **GRAB** | | SOIL SAMPLE TAKEN WITH NO SPECIALIZED EQUIPMENT, SUCH AS FROM A STOCKPILE OR THE GROUND SURFACE. (DISTURBED) |
| **CS** | | CALIFORNIA SAMPLER: 2-1/2 INCH I.D. SPLIT BARREL SAMPLER, LINED WITH 1-INCH HIGH BRASS RINGS. DRIVEN WITH SPT HAMMER. (RELATIVELY UNDISTURBED) |
| **NSR** | | NO RECOVERY: THE SAMPLING ATTEMPT DID NOT RESULT IN RECOVERY OF ANY SIGNIFICANT SOIL OR ROCK MATERIAL. |
| **SPT** | | STANDARD PENETRATION TEST: SAMPLER IS A 1.4 INCH INSIDE DIAMETER SPLIT BARREL, DRIVEN 18 INCHES WITH THE SPT HAMMER. (DISTURBED) |
| **SH** | | SHELBY TUBE: TAKEN WITH A THIN WALL SAMPLE TUBE, PUSHED INTO THE SOIL AND THEN EXTRACTED. (UNDISTURBED) |
| **VANE** | | VANE SHEAR TEST: SOIL STRENGTH OBTAINED USING A 4 BLADED SHEAR DEVICE. TYPICALLY USED IN SOFT CLAYS-NO SAMPLE RECOVERED. |

## COLUMN DESCRIPTIONS

**DEPTH:** Distance in feet below the ground surface.

**SAMPLE:** Sample Type as depicted above.

**BLOW COUNT:** Number of blows required to advance the sampler 12 inches using a 140 lb hammer with a 30-inch drop. 50/3" indicates penetration refusal (>50 blows) at 3 inches. WH indicates that the weight of the hammer was sufficient to push the sampler 6 inches or more.

**POCKET PEN.:** Approximate shear strength of a cohesive soil sample as measured by pocket penetrometer.

**GRAPHIC LOG:** Graphic Soil Symbol as depicted on the following page.

**DRY DENSITY:** Dry density of an undisturbed or relatively undisturbed sample in lbs/ft$^3$.

**MOISTURE CONTENT:** Moisture content of a soil sample, expressed as a percentage of the dry weight.

**LIQUID LIMIT:** The moisture content above which a soil behaves as a liquid.

**PLASTIC LIMIT:** The moisture content above which a soil behaves as a plastic.

**PASSING #200 SIEVE:** The percentage of the sample finer than the #200 standard sieve.

**UNCONFINED SHEAR:** The shear strength of a cohesive soil sample, as measured in the unconfined state.

AR 011247
AR009242

# SOIL CLASSIFICATION CHART

| MAJOR DIVISIONS | | | SYMBOLS | | TYPICAL DESCRIPTIONS |
|---|---|---|---|---|---|
| | | | GRAPH | LETTER | |
| COARSE GRAINED SOILS | GRAVEL AND GRAVELLY SOILS | CLEAN GRAVELS (LITTLE OR NO FINES) | | GW | WELL-GRADED GRAVELS, GRAVEL - SAND MIXTURES, LITTLE OR NO FINES |
| | | | | GP | POORLY-GRADED GRAVELS, GRAVEL - SAND MIXTURES, LITTLE OR NO FINES |
| | MORE THAN 50% OF COARSE FRACTION RETAINED ON NO. 4 SIEVE | GRAVELS WITH FINES (APPRECIABLE AMOUNT OF FINES) | | GM | SILTY GRAVELS, GRAVEL - SAND - SILT MIXTURES |
| | | | | GC | CLAYEY GRAVELS, GRAVEL - SAND - CLAY MIXTURES |
| MORE THAN 50% OF MATERIAL IS LARGER THAN NO. 200 SIEVE SIZE | SAND AND SANDY SOILS | CLEAN SANDS (LITTLE OR NO FINES) | | SW | WELL-GRADED SANDS, GRAVELLY SANDS, LITTLE OR NO FINES |
| | | | | SP | POORLY-GRADED SANDS, GRAVELLY SAND, LITTLE OR NO FINES |
| | MORE THAN 50% OF COARSE FRACTION PASSING ON NO. 4 SIEVE | SANDS WITH FINES (APPRECIABLE AMOUNT OF FINES) | | SM | SILTY SANDS, SAND - SILT MIXTURES |
| | | | | SC | CLAYEY SANDS, SAND - CLAY MIXTURES |
| FINE GRAINED SOILS | SILTS AND CLAYS | LIQUID LIMIT LESS THAN 50 | | ML | INORGANIC SILTS AND VERY FINE SANDS, ROCK FLOUR, SILTY OR CLAYEY FINE SANDS OR CLAYEY SILTS WITH SLIGHT PLASTICITY |
| | | | | CL | INORGANIC CLAYS OF LOW TO MEDIUM PLASTICITY, GRAVELLY CLAYS, SANDY CLAYS, SILTY CLAYS, LEAN CLAYS |
| | | | | OL | ORGANIC SILTS AND ORGANIC SILTY CLAYS OF LOW PLASTICITY |
| MORE THAN 50% OF MATERIAL IS SMALLER THAN NO. 200 SIEVE SIZE | SILTS AND CLAYS | LIQUID LIMIT GREATER THAN 50 | | MH | INORGANIC SILTS, MICACEOUS OR DIATOMACEOUS FINE SAND OR SILTY SOILS |
| | | | | CH | INORGANIC CLAYS OF HIGH PLASTICITY |
| | | | | OH | ORGANIC CLAYS OF MEDIUM TO HIGH PLASTICITY, ORGANIC SILTS |
| HIGHLY ORGANIC SOILS | | | | PT | PEAT, HUMUS, SWAMP SOILS WITH HIGH ORGANIC CONTENTS |

NOTE:  DUAL SYMBOLS ARE USED TO INDICATE BORDERLINE SOIL CLASSIFICATIONS

AR 011248

AR009243



SOUTHERN
CALIFORNIA
GEOTECHNICAL
*A California Corporation*

**BORING NO.
I-1**

| JOB NO.: 21G116-2 | DRILLING DATE: 2/18/21 | WATER DEPTH: --- |
| PROJECT: Proposed Banning Point Development | DRILLING METHOD: Hollow Stem Auger | CAVE DEPTH: --- |
| LOCATION: Banning, California | LOGGED BY: Ryan Bremer | READING TAKEN: At Completion |

| FIELD RESULTS | | | | | | LABORATORY RESULTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| DEPTH (FEET) | SAMPLE | BLOW COUNT | POCKET PEN. (TSF) | GRAPHIC LOG | DESCRIPTION<br><br>SURFACE ELEVATION: --- MSL | DRY DENSITY (PCF) | MOISTURE CONTENT (%) | LIQUID LIMIT | PLASTIC LIMIT | PASSING #200 SIEVE (%) | ORGANIC CONTENT (%) | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | <u>ALLUVIUM:</u> Brown Silty fine to medium Sand, trace coarse Sand, trace fine root fibers, loose to medium dense-moist to very moist | | | | | | | |
| 5 | | 10 | | | | | 12 | | | | | |
| | | 26 | | | Brown Silty fine to coarse Sand, trace fine Gravel, medium dense-moist | | 9 | | | | | |
| 10 | | | | | | | | | | | | |
| | | | | | Boring Terminated at 10' | | | | | | | |

TBL  21G116-2.GPJ  SOCALGEO.GDT  3/31/21

**TEST BORING LOG**

**PLATE B-1**

AR 011249

**AR009244**



**SOUTHERN
CALIFORNIA
GEOTECHNICAL**
*A California Corporation*

**BORING NO.
I-2**

| JOB NO.: 21G116-2 | DRILLING DATE: 2/18/21 | WATER DEPTH: --- |
| PROJECT: Proposed Banning Point Development | DRILLING METHOD: Hollow Stem Auger | CAVE DEPTH: --- |
| LOCATION: Banning, California | LOGGED BY: Ryan Bremer | READING TAKEN: At Completion |

| FIELD RESULTS | | | | | | LABORATORY RESULTS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPTH (FEET) | SAMPLE | BLOW COUNT | POCKET PEN. (TSF) | GRAPHIC LOG | DESCRIPTION  SURFACE ELEVATION:  --- MSL | DRY DENSITY (PCF) | MOISTURE CONTENT (%) | LIQUID LIMIT | PLASTIC LIMIT | PASSING #200 SIEVE (%) | ORGANIC CONTENT (%) | COMMENTS |
| | | 9 | | | **ALLUVIUM:** Brown Silty fine Sand, trace to little medium to coarse Sand, loose-very moist | | 16 | | | | | |
| 5 | | | | | | | | | | | | |
| | | 50 | | | Brown Silty fine to coarse Sand, dense-damp | | 7 | | | | | |
| 10 | | | | | | | | | | | | |
| | | | | | Boring Terminated at 10' | | | | | | | |

**TEST BORING LOG**

**PLATE B-2**
AR 011250

**AR009245**



**SOUTHERN
CALIFORNIA
GEOTECHNICAL**
*A California Corporation*

**BORING NO.
I-3**

| | |
|---|---|
| JOB NO.: 21G116-2 | WATER DEPTH: --- |
| DRILLING DATE: 2/18/21 | |
| PROJECT: Proposed Banning Point Development | CAVE DEPTH: --- |
| DRILLING METHOD: Hollow Stem Auger | |
| LOCATION: Banning, California | READING TAKEN: At Completion |
| LOGGED BY: Ryan Bremer | |

## FIELD RESULTS / LABORATORY RESULTS

| DEPTH (FEET) | SAMPLE | BLOW COUNT | POCKET PEN. (TSF) | GRAPHIC LOG | DESCRIPTION<br><br>SURFACE ELEVATION: --- MSL | DRY DENSITY (PCF) | MOISTURE CONTENT (%) | LIQUID LIMIT | PLASTIC LIMIT | PASSING #200 SIEVE (%) | ORGANIC CONTENT (%) | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ⊠ | 11 | | | ALLUVIUM: Brown Silty fine to coarse Sand, trace fine to coarse Gravel, medium dense-moist | | 9 | | | | | |
| 5 | | | | | | | | | | | | |
| | ⊠ | 7 | | | Brown Silty fine to medium Sand, trace coarse Sand, loose-moist | | 9 | | | | | |
| 10 | | | | | | | | | | | | |
| | | | | | Boring Terminated at 10' | | | | | | | |

TBL 21G116-2.GPJ SOCALGEO.GDT 3/31/21

**TEST BORING LOG**

**PLATE B-3**

AR 011251

AR009246



SOUTHERN
CALIFORNIA
GEOTECHNICAL
*A California Corporation*

**BORING NO.
I-4**

| JOB NO.: 21G116-2 | DRILLING DATE: 2/18/21 | WATER DEPTH: --- |
|---|---|---|
| PROJECT: Proposed Banning Point Development | DRILLING METHOD: Hollow Stem Auger | CAVE DEPTH: --- |
| LOCATION: Banning, California | LOGGED BY: Ryan Bremer | READING TAKEN: At Completion |

| FIELD RESULTS | | | | | | LABORATORY RESULTS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPTH (FEET) | SAMPLE | BLOW COUNT | POCKET PEN. (TSF) | GRAPHIC LOG | DESCRIPTION<br><br>SURFACE ELEVATION: --- MSL | DRY DENSITY (PCF) | MOISTURE CONTENT (%) | LIQUID LIMIT | PLASTIC LIMIT | PASSING #200 SIEVE (%) | ORGANIC CONTENT (%) | COMMENTS |
| | | | | | <u>ALLUVIUM:</u> Brown Silty fine Sand, trace to little medium to coarse Sand, loose to medium dense-moist | | | | | | | |
| 5 | | 10 | | | | | 12 | | | | | |
| | | 30 | | | Brown Silty fine to coarse Sand, little fine to coarse Gravel, medium dense to dense-damp | | 7 | | | | | |
| 10 | | | | | | | | | | | | |
| | | | | | Boring Terminated at 10' | | | | | | | |

TBL 21G116-2.GPJ SOCALGEO.GDT 3/31/21

**TEST BORING LOG**

**PLATE B-4**

AR 011252

AR009247



**SOUTHERN CALIFORNIA GEOTECHNICAL**
*A California Corporation*

**BORING NO.
I-5**

JOB NO.: 21G116-2
PROJECT: Proposed Banning Point Development
LOCATION: Banning, California

DRILLING DATE: 2/18/21
DRILLING METHOD: Hollow Stem Auger
LOGGED BY: Ryan Bremer

WATER DEPTH: ---
CAVE DEPTH: ---
READING TAKEN: At Completion

## FIELD RESULTS

## LABORATORY RESULTS

| DEPTH (FEET) | SAMPLE | BLOW COUNT | POCKET PEN. (TSF) | GRAPHIC LOG | DESCRIPTION  SURFACE ELEVATION: --- MSL | DRY DENSITY (PCF) | MOISTURE CONTENT (%) | LIQUID LIMIT | PLASTIC LIMIT | PASSING #200 SIEVE (%) | ORGANIC CONTENT (%) | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | <u>ALLUVIUM:</u> Brown Silty fine Sand, trace fine root fibers, trace medium to coarse Sand, loose to medium dense-damp | | | | | | | |
| 5 | ⊠ | 10 | | | | | 8 | | | | | |
| 10 | ⊠ | 31 | | | Brown Silty fine to coarse Sand, trace fine Gravel, dense-moist | | 11 | | | | | |
| 15 | ⊠ | 41 | | | Brown Silty fine to medium Sand, dense-moist | | 14 | | | | | |
| | | | | | Boring Terminated at 15' | | | | | | | |

TBL 21G116-2.GPJ SOCALGEO.GDT 3/31/21

**TEST BORING LOG**

**PLATE B-5**

AR 011253

AR009248



**SOUTHERN CALIFORNIA GEOTECHNICAL**
*A California Corporation*

**BORING NO. I-6**

JOB NO.: 21G116-2
PROJECT: Proposed Banning Point Development
LOCATION: Banning, California

DRILLING DATE: 2/18/21
DRILLING METHOD: Hollow Stem Auger
LOGGED BY: Ryan Bremer

WATER DEPTH: ---
CAVE DEPTH: ---
READING TAKEN: At Completion

| DEPTH (FEET) | SAMPLE | BLOW COUNT | POCKET PEN. (TSF) | GRAPHIC LOG | DESCRIPTION<br><br>SURFACE ELEVATION: --- MSL | DRY DENSITY (PCF) | MOISTURE CONTENT (%) | LIQUID LIMIT | PLASTIC LIMIT | PASSING #200 SIEVE (%) | ORGANIC CONTENT (%) | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ALLUVIUM: Brown Silty fine to coarse Sand, trace fine Gravel, medium dense-damp | | | | | | | |
| 5 | | 12 | | | | | 8 | | | | | |
| 10 | | 31 | | | @ 6.75 to 15 feet, trace to little fine to coarse Gravel, dense-damp | | 7 | | | | | |
| 15 | | 45 | | | | | 5 | | | | | |
| | | | | | Boring Terminated at 15' | | | | | | | |

**FIELD RESULTS**

**LABORATORY RESULTS**

TBL 21G116-2.GPJ  SOCALGEO.GDT  3/31/21

**TEST BORING LOG**

**PLATE B-6**

AR011254
AR009249

**INFILTRATION CALCULATIONS**

| | |
|---|---|
| Project Name | Proposed Commercial/Industrial Building |
| Project Location | Rancho Cucamonga, California |
| Project Number | 21G116-2 |
| Engineer | Caleb Brackett |

| | |
|---|---|
| Test Hole Radius | 4 (in) |
| Test Depth | 10.2 (ft) |

Infiltration Test Hole    I-1

*Is this test data from the Banning 47 site.*

| Interval Number | | Time | Time Interval (min) | Water Depth (ft) | Change in Water Level (ft) | Average Head Height (ft) | Infiltration Rate Q (in/hr) |
|---|---|---|---|---|---|---|---|
| P1 | Initial | 7:00 AM | 30.0 | 8.20 | 0.85 | 1.58 | 1.95 |
| | Final | 7:30 AM | | 9.05 | | | |
| P2 | Initial | 7:32 AM | 30.0 | 8.20 | 0.88 | 1.56 | 2.04 |
| | Final | 8:02 AM | | 9.08 | | | |
| 1 | Initial | 8:04 AM | 30.0 | 8.20 | 0.90 | 1.55 | 2.10 |
| | Final | 8:34 AM | | 9.10 | | | |
| 2 | Initial | 8:35 AM | 30.0 | 8.20 | 0.88 | 1.56 | 2.04 |
| | Final | 9:05 AM | | 9.08 | | | |
| 3 | Initial | 9:07 AM | 30.0 | 8.20 | 0.79 | 1.61 | 1.78 |
| | Final | 9:37 AM | | 8.99 | | | |
| 4 | Initial | 9:40 AM | 30.0 | 8.20 | 0.96 | 1.52 | 2.28 |
| | Final | 10:10 AM | | 9.16 | | | |
| 5 | Initial | 10:11 AM | 30.0 | 8.20 | 0.95 | 1.53 | 2.25 |
| | Final | 10:41 AM | | 9.15 | | | |
| 6 | Initial | 10:42 AM | 30.0 | 8.20 | 1.24 | 1.38 | 3.21 |
| | Final | 11:12 AM | | 9.44 | | | |
| 7 | Initial | 11:14 AM | 30.0 | 8.20 | 1.00 | 1.50 | 2.40 |
| | Final | 11:44 AM | | 9.20 | | | |
| 8 | Initial | 11:46 AM | 30.0 | 8.20 | 0.93 | 1.54 | 2.19 |
| | Final | 12:16 PM | | 9.13 | | | |
| 9 | Initial | 12:17 PM | 30.0 | 8.20 | 0.81 | 1.60 | 1.84 |
| | Final | 12:47 PM | | 9.01 | | | |
| 10 | Initial | 12:50 PM | 30.0 | 8.20 | 0.87 | 1.57 | 2.01 |
| | Final | 1:20 PM | | 9.07 | | | |
| 11 | Initial | 1:21 PM | 30.0 | 8.20 | 0.85 | 1.58 | 1.95 |
| | Final | 1:51 PM | | 9.05 | | | |
| 12 | Initial | 1:53 PM | 30.0 | 8.20 | 0.91 | 1.55 | 2.13 |
| | Final | 2:23 PM | | 9.11 | | | |

Per County Standards, Infiltration Rate calculated as follows:

$$Q = \frac{\Delta H(60r)}{\Delta t(r + 2H_{avg})}$$

Where:
- Q = Infiltration Rate (in inches per hour)
- $\Delta H$ = Change in Height (Water Level) over the time interval
- r = Test Hole (Borehole) Radius
- $\Delta t$ = Time Interval
- $H_{avg}$ = Average Head Height over the time interval

AR 011255

AR009250

**INFILTRATION CALCULATIONS**

| | |
|---|---|
| Project Name | Proposed Commercial/Industrial Building |
| Project Location | Rancho Cucamonga, California |
| Project Number | 21G116-2 |
| Engineer | Caleb Brackett |
| | |
| Test Hole Radius | 4 (in) |
| Test Depth | 10.2 (ft) |
| | |
| Infiltration Test Hole | I-2 |

*Is this test data from the Banning 47, site?*

| Interval Number | | Time | Time Interval (min) | Water Depth (ft) | Change in Water Level (ft) | Average Head Height (ft) | Infiltration Rate Q (in/hr) |
|---|---|---|---|---|---|---|---|
| P1 | Initial | 7:03 AM | 30.0 | 8.15 | 0.84 | 1.63 | 1.87 |
| | Final | 7:33 AM | | 8.99 | | | |
| P2 | Initial | 7:35 AM | 30.0 | 8.15 | 0.79 | 1.66 | 1.73 |
| | Final | 8:05 AM | | 8.94 | | | |
| 1 | Initial | 8:06 AM | 30.0 | 8.15 | 0.57 | 1.77 | 1.18 |
| | Final | 8:36 AM | | 8.72 | | | |
| 2 | Initial | 8:39 AM | 30.0 | 8.15 | 0.81 | 1.65 | 1.79 |
| | Final | 9:09 AM | | 8.96 | | | |
| 3 | Initial | 9:39 AM | 30.0 | 8.15 | 0.59 | 1.76 | 1.23 |
| | Final | 10:09 AM | | 8.74 | | | |
| 4 | Initial | 10:12 AM | 30.0 | 8.15 | 0.63 | 1.74 | 1.33 |
| | Final | 10:42 AM | | 8.78 | | | |
| 5 | Initial | 10:45 AM | 30.0 | 8.15 | 0.89 | 1.61 | 2.01 |
| | Final | 11:15 AM | | 9.04 | | | |
| 6 | Initial | 11:16 AM | 30.0 | 8.15 | 0.83 | 1.64 | 1.84 |
| | Final | 11:46 AM | | 8.98 | | | |
| 7 | Initial | 11:49 AM | 30.0 | 8.15 | 0.50 | 1.80 | 1.02 |
| | Final | 12:19 PM | | 8.65 | | | |
| 8 | Initial | 12:22 PM | 30.0 | 8.15 | 0.55 | 1.78 | 1.13 |
| | Final | 12:52 PM | | 8.70 | | | |
| 9 | Initial | 12:54 PM | 30.0 | 8.15 | 0.63 | 1.74 | 1.33 |
| | Final | 1:24 PM | | 8.78 | | | |
| 10 | Initial | 1:28 PM | 30.0 | 8.15 | 0.82 | 1.64 | 1.82 |
| | Final | 1:58 PM | | 8.97 | | | |
| 11 | Initial | 2:02 PM | 30.0 | 8.15 | 0.70 | 1.70 | 1.50 |
| | Final | 2:32 PM | | 8.85 | | | |
| 12 | Initial | 2:34 PM | 30.0 | 8.15 | 0.71 | 1.70 | 1.53 |
| | Final | 3:04 PM | | 8.86 | | | |

Per County Standards, Infiltration Rate calculated as follows:

$$Q = \frac{\Delta H(60r)}{\Delta t(r + 2H_{avg})}$$

Where:   Q = Infiltration Rate (in inches per hour)
         $\Delta H$ = Change in Height (Water Level) over the time interval
         r = Test Hole (Borehole) Radius
         $\Delta t$ = Time Interval
         $H_{avg}$ = Average Head Height over the time interval

AR 011256

AR009251

**INFILTRATION CALCULATIONS**

| | |
|---|---|
| Project Name | Proposed Commercial/Industrial Building |
| Project Location | Rancho Cucamonga, California |
| Project Number | 21G116-2 |
| Engineer | Luis Arriaga |
| | |
| Test Hole Radius | 4 (in) |
| Test Depth | 9.8 (ft) |
| | |
| Infiltration Test Hole | I-3 |

*same question*

| Interval Number | | Time | Time Interval (min) | Water Depth (ft) | Change in Water Level (ft) | Average Head Height (ft) | Infiltration Rate Q (in/hr) |
|---|---|---|---|---|---|---|---|
| P1 | Initial | 7:05 AM | 30.0 | 7.80 | 0.71 | 1.65 | 1.57 |
| | Final | 7:35 AM | | 8.51 | | | |
| P2 | Initial | 7:38 AM | 30.0 | 7.80 | 0.60 | 1.70 | 1.29 |
| | Final | 8:08 AM | | 8.40 | | | |
| 1 | Initial | 8:10 AM | 30.0 | 7.80 | 0.63 | 1.69 | 1.36 |
| | Final | 8:40 AM | | 8.43 | | | |
| 2 | Initial | 8:42 AM | 30.0 | 7.80 | 0.67 | 1.67 | 1.46 |
| | Final | 9:12 AM | | 8.47 | | | |
| 3 | Initial | 9:15 AM | 30.0 | 7.80 | 0.65 | 1.68 | 1.41 |
| | Final | 9:45 AM | | 8.45 | | | |
| 4 | Initial | 9:47 AM | 30.0 | 7.80 | 0.70 | 1.65 | 1.54 |
| | Final | 10:17 AM | | 8.50 | | | |
| 5 | Initial | 10:20 AM | 30.0 | 7.80 | 0.58 | 1.71 | 1.24 |
| | Final | 10:50 AM | | 8.38 | | | |
| 6 | Initial | 10:52 AM | 20.0 | 7.80 | 0.65 | 1.68 | 2.11 |
| | Final | 11:12 AM | | 8.45 | | | |
| 7 | Initial | 11:13 AM | 30.0 | 7.80 | 0.78 | 1.61 | 1.76 |
| | Final | 11:43 AM | | 8.58 | | | |
| 8 | Initial | 11:45 AM | 30.0 | 7.80 | 0.76 | 1.62 | 1.70 |
| | Final | 12:15 PM | | 8.56 | | | |
| 9 | Initial | 12:45 PM | 30.0 | 7.80 | 0.71 | 1.65 | 1.57 |
| | Final | 1:15 PM | | 8.51 | | | |
| 10 | Initial | 1:17 PM | 30.0 | 7.80 | 0.69 | 1.66 | 1.52 |
| | Final | 1:47 PM | | 8.49 | | | |
| 11 | Initial | 1:49 PM | 30.0 | 7.80 | 0.67 | 1.67 | 1.46 |
| | Final | 2:19 PM | | 8.47 | | | |
| 12 | Initial | 2:22 PM | 30.0 | 7.80 | 0.69 | 1.66 | 1.50 |
| | Final | 2:52 PM | | 8.49 | | | |

Per County Standards, Infiltration Rate calculated as follows:

$$Q = \frac{\Delta H(60r)}{\Delta t(r + 2H_{avg})}$$

Where:  Q = Infiltration Rate (in inches per hour)
  $\Delta H$ = Change in Height (Water Level) over the time interval
  r = Test Hole (Borehole) Radius
  $\Delta t$ = Time Interval
  $H_{avg}$ = Average Head Height over the time interval

AR 011257

## INFILTRATION CALCULATIONS

Project Name — Proposed Commercial/Industrial Building
Project Location — Rancho Cucamonga, California
Project Number — 21G116-2
Engineer — Luis Arriaga

Test Hole Radius — 4 (in)
Test Depth — 10.2 (ft)

Infiltration Test Hole — I-4

*same question*

| Interval Number | | Time | Time Interval (min) | Water Depth (ft) | Change in Water Level (ft) | Average Head Height (ft) | Infiltration Rate Q (in/hr) |
|---|---|---|---|---|---|---|---|
| P1 | Initial | 7:25 AM | 30.0 | 8.20 | 0.70 | 1.65 | 1.54 |
|    | Final | 7:55 AM | | 8.90 | | | |
| P2 | Initial | 7:58 AM | 30.0 | 8.20 | 0.60 | 1.70 | 1.29 |
|    | Final | 8:28 AM | | 8.80 | | | |
| 1 | Initial | 8:30 AM | 30.0 | 8.20 | 0.51 | 1.75 | 1.07 |
|   | Final | 9:00 AM | | 8.71 | | | |
| 2 | Initial | 9:02 AM | 30.0 | 8.20 | 0.49 | 1.76 | 1.02 |
|   | Final | 9:32 AM | | 8.69 | | | |
| 3 | Initial | 9:35 AM | 30.0 | 8.20 | 0.65 | 1.68 | 1.41 |
|   | Final | 10:05 AM | | 8.85 | | | |
| 4 | Initial | 10:07 AM | 30.0 | 8.20 | 0.58 | 1.71 | 1.24 |
|   | Final | 10:37 AM | | 8.78 | | | |
| 5 | Initial | 10:39 AM | 30.0 | 8.20 | 0.79 | 1.61 | 1.78 |
|   | Final | 11:09 AM | | 8.99 | | | |
| 6 | Initial | 11:12 AM | 30.0 | 8.20 | 0.70 | 1.65 | 1.54 |
|   | Final | 11:42 AM | | 8.90 | | | |
| 7 | Initial | 11:45 AM | 30.0 | 8.20 | 0.54 | 1.73 | 1.14 |
|   | Final | 12:15 PM | | 8.74 | | | |
| 8 | Initial | 12:16 PM | 30.0 | 8.20 | 0.56 | 1.72 | 1.18 |
|   | Final | 12:46 PM | | 8.76 | | | |
| 9 | Initial | 12:48 PM | 30.0 | 8.20 | 0.67 | 1.67 | 1.46 |
|   | Final | 1:18 PM | | 8.87 | | | |
| 10 | Initial | 1:19 PM | 30.0 | 8.20 | 0.69 | 1.66 | 1.52 |
|    | Final | 1:49 PM | | 8.89 | | | |
| 11 | Initial | 1:51 PM | 30.0 | 8.20 | 0.66 | 1.67 | 1.44 |
|    | Final | 2:21 PM | | 8.86 | | | |
| 12 | Initial | 2:25 PM | 30.0 | 8.20 | 0.65 | 1.68 | 1.41 |
|    | Final | 2:55 PM | | 8.85 | | | |

Per County Standards, Infiltration Rate calculated as follows:

$$Q = \frac{\Delta H (60r)}{\Delta t (r + 2H_{avg})}$$

Where:
- Q = Infiltration Rate (in inches per hour)
- $\Delta H$ = Change in Height (Water Level) over the time interval
- r = Test Hole (Borehole) Radius
- $\Delta t$ = Time Interval
- $H_{avg}$ = Average Head Height over the time interval

AR 011258

AR009253

**INFILTRATION CALCULATIONS**

| | |
|---|---|
| Project Name | Proposed Commercial/Industrial Building |
| Project Location | Rancho Cucamonga, California |
| Project Number | 21G116-2 |
| Engineer | Caleb Brackett |
| Test Hole Radius | 4 (in) |
| Test Depth | 15 (ft) |
| Infiltration Test Hole | I-5 |

| Interval Number | | Time | Time Interval (min) | Water Depth (ft) | Change in Water Level (ft) | Average Head Height (ft) | Infiltration Rate Q (in/hr) |
|---|---|---|---|---|---|---|---|
| P1 | Initial | 7:14 AM | 9.0 | 13.00 | 0.50 | 1.75 | 3.48 |
| | Final | 7:23 AM | | 13.50 | | | |
| P2 | Initial | 7:25 AM | 16.0 | 13.00 | 0.50 | 1.75 | 1.96 |
| | Final | 7:41 AM | | 13.50 | | | |
| 1 | Initial | 7:37 AM | 10.0 | 13.00 | 0.33 | 1.84 | 1.98 |
| | Final | 7:47 AM | | 13.33 | | | |
| 2 | Initial | 7:49 AM | 10.0 | 13.00 | 0.20 | 1.90 | 1.16 |
| | Final | 7:59 AM | | 13.20 | | | |
| 3 | Initial | 8:01 AM | 10.0 | 13.00 | 0.18 | 1.91 | 1.04 |
| | Final | 8:11 AM | | 13.18 | | | |
| 4 | Initial | 8:13 AM | 10.0 | 13.00 | 0.21 | 1.90 | 1.22 |
| | Final | 8:23 AM | | 13.21 | | | |
| 5 | Initial | 8:25 AM | 10.0 | 13.00 | 0.20 | 1.90 | 1.16 |
| | Final | 8:35 AM | | 13.20 | | | |
| 6 | Initial | 8:38 AM | 10.0 | 13.00 | 0.19 | 1.91 | 1.10 |
| | Final | 8:48 AM | | 13.19 | | | |

Per County Standards, Infiltration Rate calculated as follows:

$$Q = \frac{\Delta H(60r)}{\Delta t(r + 2H_{avg})}$$

Where:   Q = Infiltration Rate (in inches per hour)
$\Delta H$ = Change in Height (Water Level) over the time interval
r = Test Hole (Borehole) Radius
$\Delta t$ = Time Interval
$H_{avg}$ = Average Head Height over the time interval

AR 011259

## INFILTRATION CALCULATIONS

| | |
|---|---|
| Project Name | Proposed Commercial/Industrial Building |
| Project Location | ~~Rancho Cucamonga, California~~ |
| Project Number | 21G116-2 |
| Engineer | Caleb Brackett |
| Test Hole Radius | 4 (in) |
| Test Depth | 15 (ft) |

**Banning 47 site data?**

| Infiltration Test Hole | I-6 |
|---|---|

| Interval Number | | Time | Time Interval (min) | Water Depth (ft) | Change in Water Level (ft) | Average Head Height (ft) | Infiltration Rate Q (in/hr) |
|---|---|---|---|---|---|---|---|
| P1 | Initial | 8:24 AM | 30.0 | 13.00 | 2.00 | 1.00 | 6.86 |
| | Final | 8:54 AM | | 15.00 | | | |
| P2 | Initial | 8:58 AM | 30.0 | 13.00 | 2.00 | 1.00 | 6.86 |
| | Final | 9:28 AM | | 15.00 | | | |
| 1 | Initial | 9:30 AM | 10.0 | 13.00 | 0.92 | 1.54 | 6.47 |
| | Final | 9:40 AM | | 13.92 | | | |
| 2 | Initial | 9:41 AM | 10.0 | 13.00 | 0.91 | 1.55 | 6.38 |
| | Final | 9:51 AM | | 13.91 | | | |
| 3 | Initial | 9:53 AM | 10.0 | 13.00 | 0.92 | 1.54 | 6.47 |
| | Final | 10:03 AM | | 13.92 | | | |
| 4 | Initial | 10:04 AM | 10.0 | 13.00 | 0.92 | 1.54 | 6.47 |
| | Final | 10:14 AM | | 13.92 | | | |
| 5 | Initial | 10:16 AM | 10.0 | 13.00 | 0.91 | 1.55 | 6.38 |
| | Final | 10:26 AM | | 13.91 | | | |
| 6 | Initial | 10:29 AM | 10.0 | 13.00 | 0.91 | 1.55 | 6.38 |
| | Final | 10:39 AM | | 13.91 | | | |

Per County Standards, Infiltration Rate calculated as follows:

$$Q = \frac{\Delta H(60r)}{\Delta t(r + 2H_{avg})}$$

Where:   Q = Infiltration Rate (in inches per hour)

$\Delta H$ = Change in Height (Water Level) over the time interval

r = Test Hole (Borehole) Radius

$\Delta t$ = Time Interval

$H_{avg}$ = Average Head Height over the time interval

**AR 011260**

**AR009255**

# Grain Size Distribution



| Sample Description | I-1 @ 8.5' |
| Soil Classification | ALLUVIUM: Brown Silty fine to coarse Sand, trace fine Gravel |

Proposed Banning Point Development
Banning, California
Project No. 21G116-2
**PLATE C- 1**



SOUTHERN
CALIFORNIA
GEOTECHNICAL
*A California Corporation*

AR 011261

AR009256

# Grain Size Distribution



| Sample Description | I-2 @ 8.5' |
|---|---|
| Soil Classification | ALLUVIUM: Brown Silty fine to coarse Sand |

Proposed Banning Point Development
Banning, California
Project No. 21G116-2
**PLATE C- 2**



SOUTHERN
CALIFORNIA
GEOTECHNICAL
*A California Corporation*

AR 011262

AR009257



# Grain Size Distribution

| Sample Description | I-3 @ 8.5' |
| Soil Classification | ALLUVIUM: Brown Silty fine to medium Sand, trace coarse Sand |

Proposed Banning Point Development
Banning, California
Project No. 21G116-2
**PLATE C- 3**



SOUTHERN
CALIFORNIA
GEOTECHNICAL
A California Corporation

AR 011263

AR009258

# Grain Size Distribution



| Sample Description | I-4 @ 8.5' |
|---|---|
| Soil Classification | ALLUVIUM: Brown Silty fine to coarse Sand, little fine to coarse Gravel |

Proposed Banning Point Development
Banning, California
Project No. 21G116-2
**PLATE C- 4**



SOUTHERN
CALIFORNIA
GEOTECHNICAL
*A California Corporation*

AR 011264

AR009259



# Grain Size Distribution

| Sample Description | I-5 @ 13.5' |
|---|---|
| Soil Classification | ALLUVIUM: Brown Silty fine to medium Sand |

Proposed Banning Point Development
Banning, California
Project No. 21G116-2
**PLATE C- 5**



SOUTHERN
CALIFORNIA
GEOTECHNICAL
*A California Corp.*

AR 011265

**AR009260**



# Grain Size Distribution

| Sample Description | I-6 @ 13.5' |
|---|---|
| Soil Classification | ALLUVIUM: Brown Silty fine to coarse Sand, trace to little fine to coarse Gravel |

Proposed Banning Point Development
Banning, California
Project No. 21G116-2
**PLATE C- 6**



SOUTHERN
CALIFORNIA
GEOTECHNICAL
*A California Corporation*

AR 011266

**AR009261**

# Appendix F

Structural BMP and/or Retention Facility Sizing Calculations
and Design Details

## Underground Storage

Drainage from the project site is tributary to the Whitewater River.  As such, the drainage design for the site is that the total runoff volume associated with a 100-year, 3-hour design storm must be stored on site and infiltrated in no more than 72 hours.  The 100-year design storms that produce more total runoff volume than the 3-hour duration, namely the 6-hour and 24-hour, will discharge from the underground storage systems through an overflow drain situated at an elevation above the top of the underground storage.  In addition to the available storage in the underground system, the truck docks will be used to reduce the storm flows from these larger events.

The following table summarizes the 100-year underground storage results:

100-Year Flood Hydrograph Peak Flow Rate Summary

| Location | Area | 1-Hour | | 3-Hour | | 6-Hour | | 24-Hour | |
| () | (acres) | Inflow (cfs) | Outflow (cfs) | Inflow (cfs) | Outflow (cfs) | Inflow (cfs) | Outflow (cfs) | Inflow (cfs) | Outflow (cfs) |
| North | 14.5 | 63.0 | 0.0 | 28.6 | 0.0 | 28.6 | 8.0 | 11.8 | 7.9 |
| South | 16.2 | 70.3 | 0.0 | 32.0 | 0.0 | 32.0 | 9.6 | 13.2 | 9.4 |

The underground storage reduces the discharge from the site to 17.6 cfs for a 6-hour duration storm, which is less than half of the design discharge of 50.6 cfs for the double 30" RCP culvert.

See Appendix "C" for the underground storage analysis.    No analysis in App. "C".

## Methodology

Rational method hydrology was calculated using Advanced Engineering Software's Rational Method program. Flood hydrographs were computed using CivilD Software's Unit Hydrograph program.  Soil type "B" was used for all hydrologic calculations.

AR 011268

AR009263

# PROPOSED CONDITION
# FLOOD HYDROGRAPH

AR 011269

AR009264

```
            U n i t   H y d r o g r a p h   A n a l y s i s

            Copyright (c) CIVILCADD/CIVILDESIGN, 1989 - 2004, Version 7.0
                  Study date  04/14/21 File: 2108PRON3100.out


      +++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
      -------------------------------------------------------------------

      Riverside County Synthetic Unit Hydrology Method
      RCFC & WCD Manual date - April 1978


      Program License Serial Number 6061

      -------------------------------------------------------------------
       English (in-lb) Input Units Used
       English Rainfall Data (Inches) Input Values Used

       English Units used in output format



      -------------------------------------------------------------------
      BANNING 47 - SUN LAKES BOULEVARD
      PROPOSED CONDITION - NORTH UNDERGROUND STORAGE
      HYDROLOGIC ANALYSIS - 100-YEAR

      -------------------------------------------------------------------
      Drainage Area =     14.50(Ac.)  =     0.023 Sq. Mi.
      Drainage Area for Depth-Area Areal Adjustment =     14.50(Ac.)  =
0.023 Sq. Mi.
      USER Entry of lag time in hours
      Lag time =    0.000 Hr.
      Lag time =    0.00 Min.
      25% of lag time =     0.00 Min.
      40% of lag time =     0.00 Min.
      Unit time =    5.00 Min.
      Duration of storm = 3 Hour(s)
      User Entered Base Flow =     0.00(CFS)

      2 YEAR Area rainfall data:


      Area(Ac.)[1]      Rainfall(In)[2]      Weighting[1*2]
            14.50            0.95                13.77

      100 YEAR Area rainfall data:


      Area(Ac.)[1]      Rainfall(In)[2]      Weighting[1*2]
            14.50            2.05                29.72

      STORM EVENT (YEAR) =  100.00
      Area Averaged 2-Year Rainfall =   0.950(In)
      Area Averaged 100-Year Rainfall =   2.050(In)

      Point rain (area averaged) =   2.050(In)
      Areal adjustment factor =   99.99 %
      Adjusted average point rain =   2.050(In)

      Sub-Area Data:
      Area(Ac.)          Runoff Index    Impervious %
                                          1
```

AR 011270

AR009265

```
          14.500          56.00          0.900
      Total Area Entered =     14.50(Ac.)


      RI   RI   Infil. Rate Impervious   Adj. Infil. Rate  Area%      F
      AMC2 AMC-3   (In/Hr)    (Dec.%)        (In/Hr)       (Dec.)   (In/Hr)
      56.0  74.8   0.305      0.900          0.058         1.000    0.058
                                                        Sum (F) =   0.058
      Area averaged mean soil loss (F) (In/Hr) =  0.058
      Minimum soil loss rate ((In/Hr)) =  0.029
      (for 24 hour storm duration)
      Soil low loss rate (decimal) =   0.180
      ------------------------------------------------------------------

              U n i t   H y d r o g r a p h
                    VALLEY S-Curve
      ------------------------------------------------------------------
                    Unit Hydrograph Data
      ------------------------------------------------------------------
      Unit time period    Time % of lag    Distribution    Unit Hydrograph
         (hrs)                             Graph %            (CFS)
      ------------------------------------------------------------------
        1   0.083            1.#IO          100.000          14.613
                                     Sum = 100.000    Sum=  14.613
------------------------------------------------------------------------
```

```
Unit Time    Pattern   Storm Rain    Loss rate(In./Hr)    Effective
     (Hr.)   Percent    (In/Hr)      Max  |  Low          (In/Hr)
  1   0.08    1.30       0.320       0.058    ---           0.26
  2   0.17    1.30       0.320       0.058    ---           0.26
  3   0.25    1.10       0.271       0.058    ---           0.21
  4   0.33    1.50       0.369       0.058    ---           0.31
  5   0.42    1.50       0.369       0.058    ---           0.31
  6   0.50    1.80       0.443       0.058    ---           0.38
  7   0.58    1.50       0.369       0.058    ---           0.31
  8   0.67    1.80       0.443       0.058    ---           0.38
  9   0.75    1.80       0.443       0.058    ---           0.38
 10   0.83    1.50       0.369       0.058    ---           0.31
 11   0.92    1.60       0.394       0.058    ---           0.34
 12   1.00    1.80       0.443       0.058    ---           0.38
 13   1.08    2.20       0.541       0.058    ---           0.48
 14   1.17    2.20       0.541       0.058    ---           0.48
 15   1.25    2.20       0.541       0.058    ---           0.48
 16   1.33    2.00       0.492       0.058    ---           0.43
 17   1.42    2.60       0.640       0.058    ---           0.58
 18   1.50    2.70       0.664       0.058    ---           0.61
 19   1.58    2.40       0.590       0.058    ---           0.53
 20   1.67    2.70       0.664       0.058    ---           0.61
 21   1.75    3.30       0.812       0.058    ---           0.75
 22   1.83    3.10       0.763       0.058    ---           0.70
 23   1.92    2.90       0.713       0.058    ---           0.66
 24   2.00    3.00       0.738       0.058    ---           0.68
 25   2.08    3.10       0.763       0.058    ---           0.70
 26   2.17    4.20       1.033       0.058    ---           0.98
 27   2.25    5.00       1.230       0.058    ---           1.17
 28   2.33    3.50       0.861       0.058    ---           0.80
 29   2.42    6.80       1.673       0.058    ---           1.61
 30   2.50    7.30       1.796       0.058    ---           1.74
 31   2.58    8.20       2.017       0.058    ---           1.96
 32   2.67    5.90       1.451       0.058    ---           1.39
 33   2.75    2.00       0.492       0.058    ---           0.43
 34   2.83    1.80       0.443       0.058    ---           0.38
 35   2.92    1.80       0.443       0.058    ---           0.38
                              2
```

AR 011271

AR009266

```
36    3.00      0.60      0.148          0.058          ---          0.09
       Sum =      100.0                                 Sum =      22.5
           Flood volume = Effective rainfall      1.88(In)
            times area      14.5(Ac.)/[(In)/(Ft.)] =      2.3(Ac.Ft)
           Total soil loss =      0.17(In)
           Total soil loss =      0.210(Ac.Ft)
           Total rainfall =      2.05(In)
           Flood volume =      98733.5 Cubic Feet
           Total soil loss =      9161.4 Cubic Feet
          ------------------------------------------------------------------
           Peak flow rate of this hydrograph =      28.643(CFS)
          ------------------------------------------------------------------
          ++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
                        3 - H O U R    S T O R M
                     R u n o f f    H y d r o g r a p h
          ------------------------------------------------------------------
                  Hydrograph in   5   Minute intervals ((CFS))

          ------------------------------------------------------------------
Time(h+m) Volume Ac.Ft  Q(CFS)  0         7.5       15.0      22.5      30.0
          ------------------------------------------------------------------
    0+ 5      0.0264      3.83  V    Q      |         |         |         |
    0+10      0.0527      3.83  V    Q      |         |         |         |
    0+15      0.0741      3.11  |V   Q      |         |         |         |
    0+20      0.1054      4.55  |V     Q    |         |         |         |
    0+25      0.1367      4.55  | V    Q    |         |         |         |
    0+30      0.1755      5.63  |  V     Q  |         |         |         |
    0+35      0.2068      4.55  |  V   Q    |         |         |         |
    0+40      0.2455      5.63  |   V   Q   |         |         |         |
    0+45      0.2843      5.63  |   V Q     |         |         |         |
    0+50      0.3156      4.55  |   VQ      |         |         |         |
    0+55      0.3494      4.91  |    Q      |         |         |         |
    1+ 0      0.3881      5.63  |    VQ     |         |         |         |
    1+ 5      0.4368      7.06  |     V Q   |         |         |         |
    1+10      0.4854      7.06  |     VQ    |         |         |         |
    1+15      0.5341      7.06  |      Q|   |         |         |         |
    1+20      0.5778      6.34  |     Q V   |         |         |         |
    1+25      0.6363      8.50  |       |Q  |         |         |         |
    1+30      0.6974      8.86  |       |QV |         |         |         |
    1+35      0.7510      7.78  |      Q V  |         |         |         |
    1+40      0.8120      8.86  |      |Q  V|         |         |         |
    1+45      0.8879     11.02  |        QV |         |         |         |
    1+50      0.9588     10.30  |       Q V |         |         |         |
    1+55      1.0248      9.58  |      Q    V|        |         |         |
    2+ 0      1.0933      9.94  |      Q    V|        |         |         |
    2+ 5      1.1642     10.30  |      Q     V|       |         |         |
    2+10      1.2624     14.26  |          Q| V       |         |         |
    2+15      1.3804     17.13  |          |Q V       |         |         |
    2+20      1.4613     11.74  |       Q    |   V    |         |         |
    2+25      1.6239     23.61  |          |  |       |    V |Q  |         |
    2+30      1.7988     25.41  |          |  |       |    |V Q  |         |
    2+35      1.9961     28.64  |          |  |       |       | V   Q   |
    2+40      2.1364     20.37  |          |  |       |   Q   |   V     |
    2+45      2.1801      6.34  |       Q  |  |       |       |         V|
    2+50      2.2188      5.63  |      Q   |  |       |       |         V|
    2+55      2.2576      5.63  |      Q   |  |       |       |         V|
    3+ 0      2.2666      1.31  |Q        |  |       |       |         V|
          ------------------------------------------------------------------
```

3

AR 011272

AR009267

```
          U n i t   H y d r o g r a p h    A n a l y s i s

          Copyright (c) CIVILCADD/CIVILDESIGN, 1989 - 2004, Version 7.0
               Study date  04/14/21 File: 2108PROS3100.out


     ++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
     ------------------------------------------------------------------

     Riverside County Synthetic Unit Hydrology Method
     RCFC & WCD Manual date - April 1978


     Program License Serial Number 6061

     ------------------------------------------------------------------
      English (in-lb) Input Units Used
      English Rainfall Data (Inches) Input Values Used

      English Units used in output format


     ------------------------------------------------------------------
     BANNING 47 - SUN LAKES BOULEVARD
     PROPOSED CONDITION - SOUTH UNDERGROUND STORAGE
     HYDROLOGIC ANALYSIS - 100-YEAR

     ------------------------------------------------------------------
     Drainage Area =     16.20(Ac.)  =     0.025 Sq. Mi.
     Drainage Area for Depth-Area Areal Adjustment =     16.20(Ac.)  =
0.025 Sq. Mi.
     USER Entry of lag time in hours
     Lag time =    0.000 Hr.
     Lag time =    0.00 Min.
     25% of lag time =     0.00 Min.
     40% of lag time =     0.00 Min.
     Unit time =    5.00 Min.
     Duration of storm = 3 Hour(s)
     User Entered Base Flow =     0.00(CFS)

     2 YEAR Area rainfall data:


     Area(Ac.)[1]      Rainfall(In)[2]       Weighting[1*2]
          16.20            0.95                  15.39

     100 YEAR Area rainfall data:


     Area(Ac.)[1]      Rainfall(In)[2]       Weighting[1*2]
          16.20            2.05                  33.21

     STORM EVENT (YEAR) =  100.00
     Area Averaged 2-Year Rainfall =    0.950(In)
     Area Averaged 100-Year Rainfall =    2.050(In)

     Point rain (area averaged) =    2.050(In)
     Areal adjustment factor =   99.99 %
     Adjusted average point rain =    2.050(In)

     Sub-Area Data:
     Area(Ac.)          Runoff Index    Impervious %
                                          1
```

AR 011273

AR009268

```
              16.200          56.00          0.900
        Total Area Entered =      16.20(Ac.)


      RI    RI   Infil. Rate Impervious   Adj. Infil. Rate  Area%     F
     AMC2 AMC-3   (In/Hr)    (Dec.%)        (In/Hr)        (Dec.)   (In/Hr)
     56.0  74.8    0.305      0.900          0.058          1.000    0.058
                                                         Sum (F) =   0.058
     Area averaged mean soil loss (F) (In/Hr) =  0.058
     Minimum soil loss rate ((In/Hr)) =  0.029
     (for 24 hour storm duration)
     Soil low loss rate (decimal) =   0.180
     -----------------------------------------------------------------

               U n i t   H y d r o g r a p h
                    VALLEY S-Curve
     -----------------------------------------------------------------
                  Unit Hydrograph Data
     -----------------------------------------------------------------
     Unit time period    Time % of lag   Distribution    Unit Hydrograph
         (hrs)                           Graph %             (CFS)
     -----------------------------------------------------------------
        1   0.083           1.#IO        100.000             16.327
                                     Sum = 100.000    Sum=   16.327
     -----------------------------------------------------------------
```

| Unit | Time (Hr.) | Pattern Percent | Storm Rain (In/Hr) | Loss rate(In./Hr) Max | Low | Effective (In/Hr) |
|------|------|------|------|------|------|------|
| 1  | 0.08 | 1.30 | 0.320 | 0.058 | --- | 0.26 |
| 2  | 0.17 | 1.30 | 0.320 | 0.058 | --- | 0.26 |
| 3  | 0.25 | 1.10 | 0.271 | 0.058 | --- | 0.21 |
| 4  | 0.33 | 1.50 | 0.369 | 0.058 | --- | 0.31 |
| 5  | 0.42 | 1.50 | 0.369 | 0.058 | --- | 0.31 |
| 6  | 0.50 | 1.80 | 0.443 | 0.058 | --- | 0.38 |
| 7  | 0.58 | 1.50 | 0.369 | 0.058 | --- | 0.31 |
| 8  | 0.67 | 1.80 | 0.443 | 0.058 | --- | 0.38 |
| 9  | 0.75 | 1.80 | 0.443 | 0.058 | --- | 0.38 |
| 10 | 0.83 | 1.50 | 0.369 | 0.058 | --- | 0.31 |
| 11 | 0.92 | 1.60 | 0.394 | 0.058 | --- | 0.34 |
| 12 | 1.00 | 1.80 | 0.443 | 0.058 | --- | 0.38 |
| 13 | 1.08 | 2.20 | 0.541 | 0.058 | --- | 0.48 |
| 14 | 1.17 | 2.20 | 0.541 | 0.058 | --- | 0.48 |
| 15 | 1.25 | 2.20 | 0.541 | 0.058 | --- | 0.48 |
| 16 | 1.33 | 2.00 | 0.492 | 0.058 | --- | 0.43 |
| 17 | 1.42 | 2.60 | 0.640 | 0.058 | --- | 0.58 |
| 18 | 1.50 | 2.70 | 0.664 | 0.058 | --- | 0.61 |
| 19 | 1.58 | 2.40 | 0.590 | 0.058 | --- | 0.53 |
| 20 | 1.67 | 2.70 | 0.664 | 0.058 | --- | 0.61 |
| 21 | 1.75 | 3.30 | 0.812 | 0.058 | --- | 0.75 |
| 22 | 1.83 | 3.10 | 0.763 | 0.058 | --- | 0.70 |
| 23 | 1.92 | 2.90 | 0.713 | 0.058 | --- | 0.66 |
| 24 | 2.00 | 3.00 | 0.738 | 0.058 | --- | 0.68 |
| 25 | 2.08 | 3.10 | 0.763 | 0.058 | --- | 0.70 |
| 26 | 2.17 | 4.20 | 1.033 | 0.058 | --- | 0.98 |
| 27 | 2.25 | 5.00 | 1.230 | 0.058 | --- | 1.17 |
| 28 | 2.33 | 3.50 | 0.861 | 0.058 | --- | 0.80 |
| 29 | 2.42 | 6.80 | 1.673 | 0.058 | --- | 1.61 |
| 30 | 2.50 | 7.30 | 1.796 | 0.058 | --- | 1.74 |
| 31 | 2.58 | 8.20 | 2.017 | 0.058 | --- | 1.96 |
| 32 | 2.67 | 5.90 | 1.451 | 0.058 | --- | 1.39 |
| 33 | 2.75 | 2.00 | 0.492 | 0.058 | --- | 0.43 |
| 34 | 2.83 | 1.80 | 0.443 | 0.058 | --- | 0.38 |
| 35 | 2.92 | 1.80 | 0.443 | 0.058 | --- | 0.38 |

AR 011274

AR009269

```
36    3.00      0.60      0.148         0.058         ---            0.09
      Sum =    100.0                                  Sum =     22.5
         Flood volume = Effective rainfall       1.88(In)
          times area      16.2(Ac.)/[(In)/(Ft.)] =      2.5(Ac.Ft)
         Total soil loss =       0.17(In)
         Total soil loss =      0.235(Ac.Ft)
         Total rainfall =      2.05(In)
         Flood volume =     110308.3 Cubic Feet
         Total soil loss =      10235.5 Cubic Feet
        -----------------------------------------------------------------
         Peak flow rate of this hydrograph =     32.001(CFS)
        -----------------------------------------------------------------
        +++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
                        3 - H O U R    S T O R M
                    R u n o f f     H y d r o g r a p h
        -----------------------------------------------------------------
                  Hydrograph in   5   Minute intervals ((CFS))

        -----------------------------------------------------------------
  Time(h+m) Volume Ac.Ft   Q(CFS)  0         10.0       20.0       30.0      40.0
        -----------------------------------------------------------------
     0+ 5     0.0294       4.28   V   Q        |          |          |         |
     0+10     0.0589       4.28   V   Q        |          |          |         |
     0+15     0.0828       3.47   |V Q         |          |          |         |
     0+20     0.1178       5.08   |V   Q       |          |          |         |
     0+25     0.1528       5.08   | V   Q      |          |          |         |
     0+30     0.1961       6.28   |  V   Q     |          |          |         |
     0+35     0.2310       5.08   |  V Q       |          |          |         |
     0+40     0.2743       6.28   |   V Q      |          |          |         |
     0+45     0.3176       6.28   |    VQ      |          |          |         |
     0+50     0.3526       5.08   |    Q       |          |          |         |
     0+55     0.3903       5.48   |    QV      |          |          |         |
     1+ 0     0.4336       6.28   |     Q      |          |          |         |
     1+ 5     0.4880       7.89   |      Q     |          |          |         |
     1+10     0.5423       7.89   |      QV    |          |          |         |
     1+15     0.5967       7.89   |     Q V    |          |          |         |
     1+20     0.6455       7.09   |     Q  V   |          |          |         |
     1+25     0.7109       9.50   |       Q|V  |          |          |         |
     1+30     0.7791       9.90   |       Q| V |          |          |         |
     1+35     0.8390       8.70   |      Q | V |          |          |         |
     1+40     0.9072       9.90   |       Q|  V|          |          |         |
     1+45     0.9920      12.31   |        |Q  V|         |          |         |
     1+50     1.0713      11.51   |        |Q  V|         |          |         |
     1+55     1.1450      10.70   |       Q |    V|        |          |         |
     2+ 0     1.2215      11.11   |        |Q    V|        |          |         |
     2+ 5     1.3007      11.51   |        |Q      V|      |          |         |
     2+10     1.4104      15.93   |        |   Q    | V    |          |         |
     2+15     1.5423      19.14   |        |     Q| V      |          |         |
     2+20     1.6326      13.12   |        |  Q       V   |          |         |
     2+25     1.8142      26.38   |        |          |   Q V        |         |
     2+30     2.0097      28.38   |        |          |     Q |V       |         |
     2+35     2.2301      32.00   |        |          |      |Q   V   |         |
     2+40     2.3869      22.76   |        |          |  Q     |          | V   |
     2+45     2.4357       7.09   |     Q  |          |        |          |  V |
     2+50     2.4790       6.28   |    Q   |          |        |          |   V|
     2+55     2.5223       6.28   |    Q   |          |        |          |   V|
     3+ 0     2.5323       1.46   |Q       |          |        |          |    V
        -----------------------------------------------------------------
```

AR 011275

AR009270

# APPENDIX C

# UNDERGROUND STORAGE ANALYSIS

AR 011276

**AR009271**





**DYODS™**
Design Your Own Detention System

For design assistance, drawings, and pricing send completed worksheet to:
**dyods@contech-cpi.com**



### Project Summary

| | |
|---|---|
| Date: | |
| Project Name: | |
| City / County: | |
| State: | |
| Designed By: | |
| Company: | **Enter Information in Blue Cells** |
| Telephone: | |

### Corrugated Metal Pipe Calculator

| | |
|---|---|
| Storage Volume Required (cf): | 98,881 |
| Limiting Width (ft): | 60.00 |
| Invert Depth Below Asphalt (ft): | 4.00 |
| Solid or Perforated Pipe: | Perforated |
| Shape Or Diameter (in): | 24 |
| Number Of Headers: | 1 |
| Spacing between Barrels (ft): | 1.00 |
| Stone Width Around Perimeter of System (ft): | 1 |
| Depth A: Porous Stone Above Pipe (in): | 6 |
| Depth C: Porous Stone Below Pipe (in): | 18 |
| Stone Porosity (0 to 40%): | 40 |

3.14 ft$^2$ Pipe Area



### System Sizing

| | | |
|---|---|---|
| Pipe Storage: | 45,899 | cf |
| Porous Stone Storage: | 53,097 | cf |
| Total Storage Provided: | 98,995 cf | 100.1% Of Required Storage |
| Number of Barrels: | 19 | barrels |
| Length per Barrel: | 766.0 | ft |
| Length Per Header: | 56.0 | ft |
| Rectangular Footprint (W x L): | 58. ft x 770. ft | |

### CONTECH Materials

| | | |
|---|---|---|
| Total CMP Footage: | 14,610 | ft |
| Approximate Total Pieces: | 611 | pcs |
| Approximate Coupling Bands: | 610 | bands |
| Approximate Truckloads: | 20 | trucks |

### Construction Quantities**

| | | |
|---|---|---|
| Total Excavation: | 6617 | cy |
| Porous Stone Backfill For Storage: | 4916 | cy stone |
| Backfill to Grade Excluding Stone: | 1 | cy fill |

*Construction quantities are approximate and should be verified upon final design*

**System Layout**

Barrel 12
Barrel 11
Barrel 10     **Number Of Barrels Exceed Graph Limitations**
Barrel 9
Barrel 8
Barrel 7
Barrel 6
Barrel 5
Barrel 4
Barrel 3
Barrel 2
Barrel 1

AR 011277

© 2007 CONTECH Stormwater Solutions

AR009272

# Banning 47 - Sun Lakes Boulevard
# Underground Storage Rating Curve

**North System**

| Elevation (ft) | Depth (ft) | Pipe/Stone (cu-ft) | Storage Truck Dock (cu-ft) | Total (cu-ft) | Total (ac-ft) | Discharge |
|---|---|---|---|---|---|---|
| | | | | | | Type        Hole |
| | | | | | | C              0.66 |
| | | | | | | Number          1 |
| | | | | | | Diameter (in)    12 |
| | | | | | | Invert (ft)  2544.00 |
| | | | | | | (cfs) |
| 2540.00 | 0.00 | 0 | 0 | 0 | 0.000 | 0.000 |
| 2544.00 | 4.00 | 98,995 | 0 | 98,995 | 2.273 | 0.000 |
| 2545.00 | 5.00 | 98,995 | 0 | 98,995 | 2.273 | 4.160 |
| 2546.00 | 6.00 | 98,995 | 0 | 98,995 | 2.273 | 5.883 |
| 2547.00 | 7.00 | 98,995 | 0 | 98,995 | 2.273 | 7.205 |
| 2547.10 | 7.10 | 98,995 | 25 | 99,020 | 2.273 | 7.324 |
| 2547.20 | 7.20 | 98,995 | 147 | 99,142 | 2.276 | 7.441 |
| 2547.30 | 7.30 | 98,995 | 3,250 | 102,245 | 2.347 | 7.557 |
| 2547.40 | 7.40 | 98,995 | 7,044 | 106,039 | 2.434 | 7.670 |
| 2547.50 | 7.50 | 98,995 | 12,323 | 111,318 | 2.556 | 7.782 |
| 2547.60 | 7.60 | 98,995 | 18,919 | 117,914 | 2.707 | 7.893 |
| 2547.70 | 7.70 | 98,995 | 26,112 | 125,107 | 2.872 | 8.002 |
| 2547.80 | 7.80 | 98,995 | 33,681 | 132,676 | 3.046 | 8.109 |
| 2547.90 | 7.90 | 98,995 | 41,633 | 140,628 | 3.228 | 8.215 |
| 2548.00 | 8.00 | 98,995 | 49,972 | 148,967 | 3.420 | 8.320 |
| 2548.10 | 8.10 | 98,995 | 58,705 | 157,700 | 3.620 | 8.423 |
| 2548.20 | 8.20 | 98,995 | 67,837 | 166,832 | 3.830 | 8.525 |
| 2548.30 | 8.30 | 98,995 | 77,373 | 176,368 | 4.049 | 8.626 |
| 2548.40 | 8.40 | 98,995 | 87,317 | 186,312 | 4.277 | 8.726 |
| 2548.50 | 8.50 | 98,995 | 97,676 | 196,671 | 4.515 | 8.824 |

AR 011278

AR009273

```
                    FLOOD HYDROGRAPH ROUTING PROGRAM
            Copyright (c) CIVILCADD/CIVILDESIGN, 1989 - 2005
                          Study date: 04/15/21


    -------------------------------------------------------------------


    BANNING 47 - SUN LAKES BOULEVARD
    PROPOSED CONDITION - NORTH
    UNDERGROUND STORAGE ANALYSIS
    3-HOUR - 100-YEAR
    -------------------------------------------------------------------


    Program License Serial Number 6061

    -------------------------------------------------------------------
    ******************* HYDROGRAPH INFORMATION *********************

                From study/file name: 2108PRON3100.rte
    ************************HYDROGRAPH DATA*************************
                    Number of intervals =    36
                    Time interval =    5.0 (Min.)
                    Maximum/Peak flow rate =    28.643 (CFS)
                    Total volume =     2.267 (Ac.Ft)
             Status of hydrographs being held in storage
                     Stream 1  Stream 2  Stream 3  Stream 4  Stream 5
           Peak (CFS)    0.000     0.000     0.000     0.000     0.000
           Vol (Ac.Ft)   0.000     0.000     0.000     0.000     0.000
    *****************************************************************



    +++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
    Process from Point/Station     100.000 to Point/Station      193.000
    **** RETARDING BASIN ROUTING ****
    _____

    User entry of depth-outflow-storage data
    -----------------------------------------------------------------
    Total number of inflow hydrograph intervals = 36
    Hydrograph time unit =  5.000 (Min.)
    Initial depth in storage basin =   0.00(Ft.)
    -----------------------------------------------------------------
    -----------------------------------------------------------------
    Initial basin depth =   0.00 (Ft.)
    Initial basin storage =      0.00 (Ac.Ft)
    Initial basin outflow =   0.00 (CFS)
    -----------------------------------------------------------------
    -----------------------------------------------------------------
    Depth vs. Storage and Depth vs. Discharge data:
```

| Basin Depth (Ft.) | Storage (Ac.Ft) | Outflow (CFS) | (S-O*dt/2) (Ac.Ft) | (S+O*dt/2) (Ac.Ft) |
|---|---|---|---|---|
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 4.000 | 2.273 | 0.001 | 2.273 | 2.273 |
| 5.000 | 2.274 | 4.160 | 2.260 | 2.288 |
| 6.000 | 2.275 | 5.883 | 2.255 | 2.295 |
| 7.000 | 2.276 | 7.205 | 2.251 | 2.301 |
| 7.100 | 2.277 | 7.324 | 2.252 | 2.302 |
| 7.200 | 2.278 | 7.441 | 2.252 | 2.304 |
| 7.300 | 2.347 | 7.557 | 2.321 | 2.373 |

```
                                  1
```

AR 011279

AR009274

```
                7.400     2.434     7.670     2.408     2.460
                7.500     2.556     7.782     2.529     2.583
                7.600     2.707     7.893     2.680     2.734
                7.700     2.872     8.002     2.844     2.900
                7.800     3.046     8.109     3.018     3.074
                7.900     3.228     8.215     3.200     3.256
                8.000     3.420     8.320     3.391     3.449
                8.100     3.620     8.423     3.591     3.649
                8.200     3.830     8.525     3.801     3.859
                8.300     4.049     8.626     4.019     4.079
                8.400     4.277     8.726     4.247     4.307
                8.500     4.515     8.824     4.485     4.545
        ---------------------------------------------------------------
                        Hydrograph Detention Basin Routing
        ---------------------------------------------------------------

        Graph values: 'I'= unit inflow; 'O'=outflow at time shown
        ---------------------------------------------------------------
Time    Inflow  Outflow   Storage                                   Depth
(Hours) (CFS)   (CFS)    (Ac.Ft) .0       7.2    14.32   21.48    28.64 (Ft.)
0.083    3.83    0.00    0.013   O     I         |       |        |   0.02
0.167    3.83    0.00    0.040   O     I         |       |        |   0.07
0.250    3.11    0.00    0.063   O   I           |       |        |   0.11
0.333    4.55    0.00    0.090   O       I       |       |        |   0.16
0.417    4.55    0.00    0.121   O       I       |       |        |   0.21
0.500    5.63    0.00    0.156   O         I     |       |        |   0.27
0.583    4.55    0.00    0.191   O       I       |       |        |   0.34
0.667    5.63    0.00    0.226   O         I     |       |        |   0.40
0.750    5.63    0.00    0.265   O         I     |       |        |   0.47
0.833    4.55    0.00    0.300   O       I       |       |        |   0.53
0.917    4.91    0.00    0.332   O       I       |       |        |   0.59
1.000    5.63    0.00    0.369   O         I     |       |        |   0.65
1.083    7.06    0.00    0.412   O          I|   |       |        |   0.73
1.167    7.06    0.00    0.461   O          I|   |       |        |   0.81
1.250    7.06    0.00    0.510   O          I|   |       |        |   0.90
1.333    6.34    0.00    0.556   O         I|    |       |        |   0.98
1.417    8.50    0.00    0.607   O           |I  |       |        |   1.07
1.500    8.86    0.00    0.667   O           |I  |       |        |   1.17
1.583    7.78    0.00    0.724   O          I|   |       |        |   1.27
1.667    8.86    0.00    0.781   O           |I  |       |        |   1.38
1.750   11.02    0.00    0.850   O             I |       |        |   1.50
1.833   10.30    0.00    0.923   O            I  |       |        |   1.62
1.917    9.58    0.00    0.992   O           I   |       |        |   1.75
2.000    9.94    0.00    1.059   O            I  |       |        |   1.86
2.083   10.30    0.00    1.129   O            I  |       |        |   1.99
2.167   14.26    0.00    1.213   O               |  I    |        |   2.14
2.250   17.13    0.00    1.321   O               |    I  |        |   2.33
2.333   11.74    0.00    1.421   O             I |       |        |   2.50
2.417   23.61    0.00    1.543   O               |       |  I     |   2.71
2.500   25.41    0.00    1.711   O               |       |    I   |   3.01
2.583   28.64    0.00    1.897   O               |       |        I   3.34
2.667   20.37    0.00    2.066   O               |    I  |        |   3.64
2.750    6.34    0.00    2.158   O         I|    |       |        |   3.80
2.833    5.63    0.00    2.199   O        I |    |       |        |   3.87
2.917    5.63    0.00    2.238   O        I |    |       |        |   3.94
3.000    1.31    0.00    2.262   OI        |     |       |        |   3.98
3.083    0.00    0.00    2.267   O         |     |       |        |   3.99
```

        Remaining water in basin =    2.27 (Ac.Ft)


        ****************************HYDROGRAPH DATA****************************
                        Number of intervals =    37
                                    2

AR 011280

AR009275

```
                  Time interval =    5.0 (Min.)
                  Maximum/Peak flow rate =        0.001 (CFS)
                  Total volume =      0.000 (Ac.Ft)
             Status of hydrographs being held in storage
                    Stream 1  Stream 2  Stream 3  Stream 4  Stream 5
         Peak (CFS)     0.000     0.000     0.000     0.000     0.000
         Vol (Ac.Ft)    0.000     0.000     0.000     0.000     0.000
********************************************************************
```

--------------------------------------------------------------------

AR 011281

AR009276



**DYODS™**
Design Your Own Detention System

**CONTECH®**
CMP DETENTION SYSTEMS

**CONTECH**
CONSTRUCTION PRODUCTS INC.

For design assistance, drawings,
and pricing send completed worksheet to:
**dyods@contech-cpi.com**



## Project Summary

| | |
|---|---|
| Date: | |
| Project Name: | |
| City / County: | |
| State: | |
| Designed By: | |
| Company: | |
| Telephone: | |

**Enter Information in Blue Cells**

## Corrugated Metal Pipe Calculator

| | | |
|---|---|---|
| Storage Volume Required (cf): | 110,207 | |
| Limiting Width (ft): | 90.00 | |
| Invert Depth Below Asphalt (ft): | 4.00 | |
| Solid or Perforated Pipe: | Perforated | |
| Shape Or Diameter (in): | 21 | 2.41 ft² Pipe Area |
| Number Of Headers: | 1 | |
| Spacing between Barrels (ft): | 1.00 | |
| Stone Width Around Perimeter of System (ft): | 1 | |
| Depth A: Porous Stone Above Pipe (in): | 6 | |
| Depth C: Porous Stone Below Pipe (in): | 6 | |
| Stone Porosity (0 to 40%): | 40 | |



## System Sizing

| | | |
|---|---|---|
| Pipe Storage: | 58,937 | cf |
| Porous Stone Storage: | 51,490 | cf |
| Total Storage Provided: | 110,427 | cf  100.2% Of Required Storage |
| Number of Barrels: | 32 | barrels |
| Length per Barrel: | 763.0 | ft |
| Length Per Header: | 87.0 | ft |
| Rectangular Footprint (W x L): | 89. ft x 766.75 ft | |

**System Layout**

Barrel 12
Barrel 11
Barrel 10    **Number Of Barrels Exceed Graph Limitations**
Barrel 9
Barrel 8
Barrel 7

## CONTECH Materials

| | | |
|---|---|---|
| Total CMP Footage: | 24,503 | ft |
| Approximate Total Pieces: | 1028 | pcs |
| Approximate Coupling Bands: | 1027 | bands |
| Approximate Truckloads: | 33 | trucks |

Barrel 6
Barrel 5
Barrel 4
Barrel 3

## Construction Quantities**

| | | |
|---|---|---|
| Total Excavation: | 10110 | cy |
| Porous Stone Backfill For Storage: | 4768 | cy stone |
| Backfill to Grade Excluding Stone: | 3160 | cy fill |

*\*\*Construction quantities are approximate and should be verified upon final design*

Barrel 2
Barrel 1

AR 011282

© 2007 CONTECH Stormwater Solutions

AR009277

# Banning 47 - Sun Lakes Boulevard
# Underground Storage Rating Curve

**South System**

| Elevation (ft) | Depth (ft) | Pipe/Stone (cu-ft) | Storage Truck Dock (cu-ft) | Storage Total (cu-ft) | Total (ac-ft) | Discharge Type C Number 1 Diameter (in) 12 Invert (ft) 2541.00 (cfs) |
|---|---|---|---|---|---|---|
| 2538.25 | 0.00 | 0 | 0 | 0 | 0.000 | 0.000 |
| 2541.00 | 2.75 | 110,427 | 0 | 110,427 | 2.535 | 0.000 |
| 2542.00 | 3.75 | 110,427 | 0 | 110,427 | 2.535 | 4.160 |
| 2543.00 | 4.75 | 110,427 | 0 | 110,427 | 2.535 | 5.883 |
| 2544.00 | 5.75 | 110,427 | 0 | 110,427 | 2.535 | 7.205 |
| 2545.00 | 6.75 | 110,427 | 0 | 110,427 | 2.535 | 8.320 |
| 2545.30 | 7.05 | 110,427 | 0 | 110,427 | 2.535 | 8.626 |
| 2545.40 | 7.15 | 110,427 | 163 | 110,590 | 2.539 | 8.726 |
| 2545.50 | 7.25 | 110,427 | 557 | 110,984 | 2.548 | 8.824 |
| 2545.60 | 7.35 | 110,427 | 1,338 | 111,765 | 2.566 | 8.922 |
| 2545.70 | 7.45 | 110,427 | 2,638 | 113,065 | 2.596 | 9.018 |
| 2545.80 | 7.55 | 110,427 | 4,525 | 114,952 | 2.639 | 9.114 |
| 2545.90 | 7.65 | 110,427 | 7,195 | 117,622 | 2.700 | 9.208 |
| 2546.00 | 7.75 | 110,427 | 10,595 | 121,022 | 2.778 | 9.302 |
| 2546.10 | 7.85 | 110,427 | 14,818 | 125,245 | 2.875 | 9.394 |
| 2546.20 | 7.95 | 110,427 | 19,955 | 130,382 | 2.993 | 9.486 |
| 2546.30 | 8.05 | 110,427 | 26,015 | 136,442 | 3.132 | 9.577 |
| 2546.40 | 8.15 | 110,427 | 33,002 | 143,429 | 3.293 | 9.667 |

AR 011283
AR009278

```
                    FLOOD HYDROGRAPH ROUTING PROGRAM
            Copyright (c) CIVILCADD/CIVILDESIGN, 1989 - 2005
                          Study date: 04/15/21


    -------------------------------------------------------------------


    BANNING 47 - SUN LAKES BOULEVARD
    PROPOSED CONDITION - SOUTH
    UNDERGROUND STORAGE ANALYSIS
    3-HOUR - 100-YEAR
    -------------------------------------------------------------------


    Program License Serial Number 6061

    -------------------------------------------------------------------
    ******************* HYDROGRAPH INFORMATION *********************

                From study/file name: 2108PROS3100.rte
    *************************HYDROGRAPH DATA**************************
                    Number of intervals =    36
                    Time interval =    5.0 (Min.)
                    Maximum/Peak flow rate =    32.001 (CFS)
                    Total volume =      2.532 (Ac.Ft)
            Status of hydrographs being held in storage
                     Stream 1  Stream 2  Stream 3  Stream 4  Stream 5
            Peak (CFS)    0.000     0.000     0.000     0.000     0.000
            Vol (Ac.Ft)   0.000     0.000     0.000     0.000     0.000
    *****************************************************************



    ++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
    Process from Point/Station     200.000 to Point/Station     324.000
    **** RETARDING BASIN ROUTING ****
    _____

    User entry of depth-outflow-storage data
    -----------------------------------------------------------------
    Total number of inflow hydrograph intervals = 36
    Hydrograph time unit =  5.000 (Min.)
    Initial depth in storage basin =   0.00(Ft.)
    -----------------------------------------------------------------
    -----------------------------------------------------------------
    Initial basin depth =   0.00 (Ft.)
    Initial basin storage =      0.00 (Ac.Ft)
    Initial basin outflow =   0.00 (CFS)
    -----------------------------------------------------------------
    -----------------------------------------------------------------
    Depth vs. Storage and Depth vs. Discharge data:
    Basin Depth  Storage   Outflow   (S-O*dt/2)   (S+O*dt/2)
        (Ft.)    (Ac.Ft)   (CFS)     (Ac.Ft)      (Ac.Ft)
    -----------------------------------------------------------------
      0.000     0.000     0.000     0.000       0.000
      2.750     2.535     0.001     2.535       2.535
      3.750     2.536     4.160     2.522       2.550
      4.750     2.537     5.883     2.517       2.557
      5.750     2.538     7.205     2.513       2.563
      6.750     2.539     8.320     2.510       2.568
      7.050     2.540     8.626     2.510       2.570
      7.150     2.541     8.726     2.511       2.571
                          1
```

AR 011284

AR009279

```
                 7.250     2.548     8.824     2.518          2.578
                 7.350     2.566     8.922     2.535          2.597
                 7.450     2.596     9.018     2.565          2.627
                 7.550     2.639     9.114     2.608          2.670
                 7.650     2.700     9.208     2.668          2.732
                 7.750     2.778     9.302     2.746          2.810
                 7.850     2.875     9.394     2.843          2.907
                 7.950     2.993     9.486     2.960          3.026
                 8.050     3.132     9.577     3.099          3.165
                 8.150     3.293     9.667     3.260          3.326
           -----------------------------------------------------------------
                           Hydrograph Detention Basin Routing
           -----------------------------------------------------------------

           Graph values: 'I'= unit inflow; 'O'=outflow at time shown
           -----------------------------------------------------------------
 Time    Inflow  Outflow    Storage                                    Depth
(Hours)   (CFS)   (CFS)    (Ac.Ft)  .0        8.0   16.00   24.00   32.00 (Ft.)
 0.083    4.28    0.00     0.015   O    I       |      |       |       |    0.02
 0.167    4.28    0.00     0.044   O    I       |      |       |       |    0.05
 0.250    3.47    0.00     0.071   O   I        |      |       |       |    0.08
 0.333    5.08    0.00     0.100   O      I     |      |       |       |    0.11
 0.417    5.08    0.00     0.135   O      I     |      |       |       |    0.15
 0.500    6.28    0.00     0.174   O        I   |      |       |       |    0.19
 0.583    5.08    0.00     0.214   O      I     |      |       |       |    0.23
 0.667    6.28    0.00     0.253   O        I   |      |       |       |    0.27
 0.750    6.28    0.00     0.296   O        I   |      |       |       |    0.32
 0.833    5.08    0.00     0.335   O      I     |      |       |       |    0.36
 0.917    5.48    0.00     0.371   O      I     |      |       |       |    0.40
 1.000    6.28    0.00     0.412   O        I   |      |       |       |    0.45
 1.083    7.89    0.00     0.461   O         I  |      |       |       |    0.50
 1.167    7.89    0.00     0.515   O         I  |      |       |       |    0.56
 1.250    7.89    0.00     0.570   O         I  |      |       |       |    0.62
 1.333    7.09    0.00     0.621   O         I  |      |       |       |    0.67
 1.417    9.50    0.00     0.678   O           I|      |       |       |    0.74
 1.500    9.90    0.00     0.745   O           I|      |       |       |    0.81
 1.583    8.70    0.00     0.809   O          I |      |       |       |    0.88
 1.667    9.90    0.00     0.873   O           I|      |       |       |    0.95
 1.750   12.31    0.00     0.950   O             I     |       |       |    1.03
 1.833   11.51    0.00     1.032   O            I|     |       |       |    1.12
 1.917   10.70    0.00     1.108   O            I      |       |       |    1.20
 2.000   11.11    0.00     1.183   O            I|     |       |       |    1.28
 2.083   11.51    0.00     1.261   O            I|     |       |       |    1.37
 2.167   15.93    0.00     1.356   O                I  |       |       |    1.47
 2.250   19.14    0.00     1.476   O                 | I|      |       |    1.60
 2.333   13.12    0.00     1.587   O              I   |       |       |    1.72
 2.417   26.38    0.00     1.723   O                  |      | I      |    1.87
 2.500   28.38    0.00     1.912   O                  |      |  I     |    2.07
 2.583   32.00    0.00     2.120   O                  |      |       |I   2.30
 2.667   22.76    0.00     2.308   O                  |      I|       |    2.50
 2.750    7.09    0.00     2.411   O         I |      |       |       |    2.62
 2.833    6.28    0.00     2.457   O        I  |      |       |       |    2.67
 2.917    6.28    0.00     2.501   O        I  |      |       |       |    2.71
 3.000    1.46    0.00     2.527   OI          |      |       |       |    2.74
 3.083    0.00    0.00     2.532   O           |      |       |       |    2.75


           Remaining water in basin =    2.53 (Ac.Ft)


      ****************************HYDROGRAPH DATA****************************
                     Number of intervals =    37
                     Time interval =     5.0 (Min.)
                     Maximum/Peak flow rate =          0.001 (CFS)
                                        2
```

AR 011285

AR009280

```
              Total volume =        0.000 (Ac.Ft)
       Status of hydrographs being held in storage
                 Stream 1  Stream 2  Stream 3  Stream 4  Stream 5
       Peak (CFS)      0.000     0.000     0.000     0.000     0.000
       Vol (Ac.Ft)     0.000     0.000     0.000     0.000     0.000
 *****************************************************************

       ----------------------------------------------------------------
```

3

AR 011286

AR009281

# APPENDIX D

# HYDROLOGY MAP

AR 011287

**AR009282**



VICINITY MAP
N.T.S.

SUN LAKES VILLAGE DR.

COUNTRY CLUB DR.

SUN LAKES BLVD.

FUTURE OFFICE SITE

FUTURE RETAIL SITE

APPROXIMATE LIMITS OF 100-YEAR PONDING

LEGEND

PROJECT BOUNDARY
SUBAREA BOUNDARY
FLOW PATH
1.00 AC.    SUBAREA AREA
100    NODE NUMBER
APPROXIMATE 100-YEAR PONDING LIMIT

ENTIRE SITE SOIL TYPE "B"

SCALE:1"=50'
0  25  50    100    150

PREPARED FOR
LGE DESIGN GROUP
1200 N. 52ND STREET
PHOENIX, AZ 85008
PHONE:  (480) 966-4001

Thienes Engineering, Inc.
CIVIL ENGINEERING / LAND SURVEYING
14349 FIRESTONE BOULEVARD
LA MIRADA, CALIFORNIA 90638
(562) PH:921-4979  FAX:(562)921-0124

CITY OF BANNING
PUBLIC WORKS DEPARTMENT
HYDROLOGY MAP
BANNING 47
SUN LAKES BOULEVARD

| Designed by | | Approved by | | Date | |
|---|---|---|---|---|---|
| Date | | | | | |
| Checked by | | | | | |
| Date | | | | | |
| Designed by | | Public Works Director | | R.C.E. | xxxxx |
| Date | | | | | |
| Checked by | | | | | |
| Date | | | | | |

Sheet  1  of  1  Sheets

3939/1 OF 1 SHEET

AR009283

2014 Whitewater River Region WQMP
**Banning 47**

# Appendix G

AGREEMENTS – CC&Rs, COVENANT AND AGREEMENTS, BMP
MAINTENANCE AGREEMENTS AND/OR OTHER
MECHANISMS FOR ENSURING ONGOING OPERATION,
MAINTENANCE, FUNDING AND TRANSFER OF
REQUIREMENTS FOR THIS PROJECT-SPECIFIC WQMP

Since this is a Preliminary WQMP, please attach a blank copy of the City of Banning's  WQMP BMP Maintenance Covenant & Agreement form needs to this Appendix.

# Appendix H

PHASE 1 ENVIRONMENTAL SITE ASSESSMENT – SUMMARY OF SITE
REMEDIATION CONDUCTED AND USE RESTRICTIONS

# Appendix I

PROJECT-SPECIFIC WQMP SUMMARY DATA FORM

## Project-Specific WQMP Summary Data Form

| Applicant Information | |
|---|---|
| Name and Title | Blake Wells, Director of Preconstruction |
| Company | LGE Design Group |
| Phone | (480) 966-4001 |
| Email | BlakeW@lgedesignbuild.com |
| **Project Information** | |
| Project Name (as shown on project application/project-specific WQMP) | Banning 47 |
| Street Address | Sun Lakes Boulevard |
| Nearest Cross Streets | Highland Springs Avenue and Sun Lakes Boulevard |
| Municipality (City or Unincorporated County) | Banning |
| Zip Code | 92220 |
| Tract Number(s) and/or Assessor Parcel Number(s) | A.P.N. 419-140-057 |
| Other (other information to help identify location of project) | |

| Indicate type of project. | | Priority Development Projects (Use an "X" in cell preceding project type): |
|---|---|---|
| | | SF hillside residence; impervious area ≥ 10,000 sq. ft.; Slope ≥ 25% |
| | | SF hillside residence; impervious area ≥ 10,000 sq. ft.; Slope ≥ 10% & erosive soils |
| | X | Commercial or Industrial ≥ 100,000 sq. ft. |
| | | Automotive repair shop |
| | | Retail Gasoline Outlet disturbing > 5,000 sq. ft. |
| | | Restaurant disturbing > 5,000 sq. ft. |
| | | Home subdivision ≥ 10 housing units |
| | X | Parking lot ≥ 5,000 sq. ft. or ≥ 25 parking spaces |

| | |
|---|---|
| Date Project-Specific WQMP Submitted | 4/19/2021 |
| Size of Project Area (nearest 0.1 acre) | 31.35 acres |
| Will the project replace more than 50% of the impervious surfaces on an existing developed site? | N/A - the site is undeveloped |
| Project Area managed with LID/Site Design BMPs (nearest 0.1 acre) | 30.85 acres |
| Are Treatment Control BMPs required? | No   *Yes, for pretreatment of site runoff* |
| Is the project subject to onsite retention by ordinance or policy? | |
| Did the project meet the 100% LID/Site Design Measurable Goal? | |
| Name of the entity that will implement, operate, and maintain the post-construction BMPs | LGE Design Group |
| Contact Name | Blake Wells |
| Street or Mailing Address | 1200 N. 52nd Street |
| City | Phoenix, Arizona |
| Zip Code | 85008 |
| Phone | (480) 966-4001 |

| Space Below for Use by City/County Staff Only | |
|---|---|
| Preceding Information Verified by (consistent with information in project-specific WQMP) | Name: Date: |
| Date Project-Specific WQMP Approved: | |
| Data Entered by | Name: Date: |
| Other Comments | |

AR 011292

**AR009287**

# Project Specific
# **Preliminary Water Quality Management Plan**

For: **Banning 47**

       **Sun Lakes Boulevard, Banning, CA 92220**

**DEVELOPMENT NO.**      **A.P.N. 419-140-057**
**DESIGN REVIEW NO.**

<span style="color:red">**REDLINED PC2
DRAFT PWQMP**</span>

**Prepared for:**

LGE Design Group
1200 N. 52nd Street
Phoenix, AZ 85008
Telephone: (480) 966-4001

**Prepared by:**
Reinhard Stenzel, Director of Engineering
Thienes Engineering Inc.
14349 Firestone Boulevard
La Mirada, CA 90638
Telephone: (714) 521-4173

Original Date Prepared:     4/19/2021

Revision Date(s):        8/2/2021   <span style="color:red">revise upon resubmittal</span>

**AR 011293**
**AR009288**

# OWNER'S CERTIFICATION

This project-specific Water Quality Management Plan (WQMP) has been prepared for:

LGE Design Group
by **Thienes Engineering Inc.**
for the project known as **Banning 47** at **Sun Lakes Boulevard, Banning, CA 92220**.

This WQMP is intended to comply with the requirements of **Banning** for **A.P.N. 419-140-057**, which includes the requirement for the preparation and implementation of a project-specific WQMP.

The undersigned, while owning the property/project described in the preceding paragraph, shall be responsible for the implementation of this WQMP and will ensure that this WQMP is amended as appropriate to reflect up-to-date conditions on the site. This WQMP will be reviewed with the facility operator, facility supervisors, employees, tenants, maintenance and service contractors, or any other party (or parties) having responsibility for implementing portions of this WQMP. At least one copy of this WQMP will be maintained at the project site or project office in perpetuity.

The undersigned is authorized to certify and to approve implementation of this WQMP. The undersigned is aware that implementation of this WQMP is enforceable under **Banning** Water Quality Ordinance (Municipal Code Section 18.06.040).

If the undersigned transfers its interest in the subject property/project, the undersigned shall notify the successor in interest of its responsibility to implement this WQMP.

"I, the undersigned, certify under penalty of law that I am the owner of the property that is the subject of this WQMP, and that the provisions of this WQMP have been reviewed and accepted and that the WQMP will be transferred to future successors in interest."

| | **ATTEST** |
|---|---|
| _____ | |
| Owner's Signature | |
| | |
| Blake Wells | |
| Owner's Printed Name | _____ |
| | Notary Signature |
| Director of Preconstruction | |
| Owner's Title/Position | _____ |
| | Printed Name |
| _____ | |
| Date | _____ |
| | Title/Position |
| **1200 N. 52nd Street** | |
| **Phoenix, AZ 85008** | _____ |
| **(480) 966-4001** | Date |

THIS FORM SHALL BE NOTARIZED BEFORE ACCEPTANCE OF THE
FINAL PROJECT SPECIFIC WQMP

# Contents

SECTION                                                                                            PAGE

**I.    Project Description** ..................................................................................................**1**

**II.   Site Characterization** ...............................................................................................**5**

**III.  Pollutants of Concern** ..............................................................................................**7**

**IV.   Hydrologic Conditions of Concern** ........................................................................**8**

**V.    Best Management Practices** .....................................................................................**9**

    V.1    SITE DESIGN BMP CONCEPTS, LID/SITE DESIGN AND TREATMENT CONTROL BMPs ...... 9

        V.1.A    SITE DESIGN BMP CONCEPTS AND LID/SITE DESIGN BMPs ................................ 11

        V.1.B    TREATMENT CONTROL BMPs .................................................................... 17

        V.1.C    MEASURABLE GOAL SUMMARY ................................................................ 19

    V.2    SOURCE CONTROL BMPs .......................................................................................... 20

    V.3    EQUIVALENT TREATMENT CONTROL BMP ALTERNATIVES ........................................... 24

    V.4    REGIONALLY-BASED BMPs ...................................................................................... 24

**VI.   Operation and Maintenance Responsibility for BMPs** .........................................**25**

**VII.  Funding** ...................................................................................................................**31**


TABLES

TABLE 1. POLLUTANT OF CONCERN SUMMARY                                                                  7
TABLE 2. BMP SELECTION MATRIX BASED UPON POLLUTANT OF CONCERN REMOVAL EFFICIENCY                      10
TABLE 3.  IMPLEMENTATION OF SITE DESIGN BMP CONCEPTS                                                  12
TABLE 4.  LID/SITE DESIGN BMPs MEETING THE LID/SITE DESIGN MEASURABLE GOAL                            16
TABLE 5: TREATMENT CONTROL BMP SUMMARY                                                                18
TABLE 6: MEASURABLE GOAL SUMMARY                                                                      19
TABLE 7. SOURCE CONTROL BMPs                                                                          20


APPENDICES

A.  CONDITIONS OF APPROVAL

B.  VICINITY MAP, WQMP SITE PLAN, AND RECEIVING WATERS MAP

C.  SUPPORTING DETAIL RELATED TO HYDROLOGIC CONDITIONS OF CONCERN (NOT APPLICABLE)

D.  EDUCATIONAL MATERIALS

E.  SOILS REPORT

F.  STRUCTURAL BMP AND/OR RETENTION FACILITY SIZING CALCULATIONS AND DESIGN DETAILS

G.  AGREEMENTS – CC&Rs, COVENANT AND AGREEMENTS, BMP MAINTENANCE AGREEMENTS AND/OR OTHER MECHANISMS FOR ENSURING ONGOING OPERATION, MAINTENANCE, FUNDING AND TRANSFER OF REQUIREMENTS FOR THIS PROJECT-SPECIFIC WQMP

H.  PHASE 1 ENVIRONMENTAL SITE ASSESSMENT – SUMMARY OF SITE REMEDIATION CONDUCTED AND USE RESTRICTIONS

I.  PROJECT-SPECIFIC WQMP SUMMARY DATA FORM

AR009290

# I.    Project Description

**Project Owner**:      LGE Design Group

                        1200 N. 52nd Street

                        Phoenix, AZ 85008

                        (480) 966-4001


**WQMP Preparer**:    Reinhard Stenzel, Director of Engineering

                        14349 Firestone Boulevard

                        La Mirada, CA 90638

                        (714) 521-4173


Project Site Address:        **Sun Lakes Boulevard**

                             **Banning, CA 92220**


Planning Area/              **Sun Lakes Village**
Community Name/
Development Name:           **Banning 47**

APN Number(s):              **419-140-057**

Latitude & Longitude:        **33.924120, -116.941771**

Receiving Water:            **Smith Creek**

Project Site Size:          **31.35 acres**

Standard Industrial Classification (SIC) Code:      **4225**


Formation of Home Owners' Association (HOA)
or Property Owners Association (POA):          Y ☐   N ☒

Additional Permits/Approvals required for the Project:

| AGENCY | Permit required |
|---|---|
| State Department of Fish and Wildlife, Fish and Game Code §1602 Streambed Alteration Agreement | Y ☐   N ☒ |
| State Water Resources Control Board, Clean Water Act (CWA) Section 401 Water Quality Certification | Y ☐   N ☒ |
| US Army Corps of Engineers, CWA Section 404 permit | Y ☐   N ☒ |
| US Fish and Wildlife, Endangered Species Act Section 7 biological opinion | Y ☐   N ☒ |
| Statewide Construction General Permit Coverage | Y ☒   N ☐ |
| Statewide Industrial General Permit Coverage | Y ☒   N ☐ |
| **Other** *(please list in the space below as required)*<br>City of Banning Grading Permit, Construction Permits, and Encroachment Permits | |

Filterra units are not appropriate for the IE. All trees planted in them die in a short amount of time. Replace with a Modular Wetland unit, with irrigation or a Contech Cartridge Filter Unit

The overall project site encompasses approximately 31.35 acres which includes 30.15 acres of onsite development and 1.20 acres of offsite disturbed areas along the easterly perimeter. All but 0.10 acres of the offsite disturbed areas will receive treatment. The onsite portion of the project will consist of a single warehouse type building with associated landscaping, vehicle/truck parking and loading docks. Activities will include loading/unloading of finished products at the docks. There will not be outdoor storage or food preparation, cooking or eating areas. The types of waste generated at the site will consist of trash and biodegradable organic matter (such as leaves and grass cuttings). Two underground stormwater runoff retention systems are proposed to mitigate the onsite drainage through both infiltration and peak flow reduction. A proposed proprietary biofiltration unit (Filterra unit) will be proposed at the southeast corner of the site to capture stormwater from the driveway to the maximum extent practicable. The offsite portion of the project will consist of a drive aisle along the easterly perimeter of the project which mostly drains to the underground stormwater runoff retention systems (a small portion drains to the Filterra unit). A storm drain will convey the overflow from the underground stormwater runoff retention systems (and treated flows from the Filterra unit) to a pair of existing 30" RCP culverts that cross Sun Lakes Boulevard near the southeast corner of the project site.

Approximately 0.10 acres from the southeasterly driveway will drain into the proposed storm drain without being routed to the BMP systems. This area could not be treated due to driveway constraints.

Appendix A of this project-specific WQMP includes a complete copy of the final Conditions of Approval. Appendix B of this project-specific WQMP includes:

    a. A Vicinity Map identifying the project site and surrounding planning areas in sufficient detail; and

    b. A Site Plan for the project. The Site Plan included as part of Appendix B depicts the following project features:

- Location and identification of all structural BMPs, including Source Control, LID/Site Design and Treatment Control BMPs.

- Landscaped areas.

- Paved areas and intended uses (i.e., parking, outdoor work area, outdoor material storage area, sidewalks, patios, tennis courts, etc.).

- Number and type of structures and intended uses (i.e., buildings, tenant spaces, dwelling units, community facilities such as pools, recreation facilities, tot lots, etc.).

- Infrastructure (i.e., streets, storm drains, etc.) that will revert to public agency ownership and operation.

- Location of existing and proposed public and private storm drainage facilities (i.e., storm drains, channels, basins, etc.), including catch basins and other inlets/outlet structures. Existing and proposed drainage facilities should be clearly differentiated.

- Location(s) of Receiving Waters to which the project directly or indirectly discharges.

- Location of points where onsite (or tributary offsite) flows exit the property/project site.

- Delineation of proposed drainage area boundaries, including tributary offsite areas, for each location where flows exit the project site and existing site (where existing site flows are required to be addressed).  Each tributary area should be clearly denoted.

- Pre- and post-project topography.

Appendix I is a one page form that summarizes pertinent information relative to this project-specific WQMP.

# II.   Site Characterization

Land Use Designation or Zoning:    **General Commercial, Business Park & Commercial Component of Sun Lakes Community Specific Plan**

Current Property Use:    **Undeveloped**

Proposed Property Use:    **Industrial**

Availability of Soils Report:    Y ☒  N ☐   *Note: A soils report is required if infiltration BMPs are utilized.  Attach report in Appendix E.*

Phase 1 Site Assessment:    Y ☐  N ☒   *Note:  If prepared, attached remediation summary and use restrictions in Appendix H.*

**2014 Whitewater River Region WQMP**

## Banning 47

**Receiving Waters for Urban Runoff from Site**

| Receiving Waters | EPA Approved 303(d) List Impairments | Designated Beneficial Uses | Proximity to RARE Beneficial Use Designated Receiving Waters |
|---|---|---|---|
| Smith Creek | None | None | N/A (1 mi) |
| San Gorgonio River | None | AGR, GWR, REC I, REC II, COLD, WILD | N/A (9 mi) |
| Whitewater River | None | MUN, ARG, GWR, REC I, REC II, COLD, WILD, POW | N/A (21 mi) |
| Coachella Valley Storm Channel | DDT (Dichlorodiphenyltrichloroethane), Dieldrin, Indicator Bacteria, Nitrogen (ammonia), PCBs ((Polychlorinated biphenyls), Toxaphene, Toxicity | FRSH, REC I, REC II, WARM, WILD, RARE | 51 mi |
| Salton Sea | Arsenic, Chloride, Chlorpyrifos, DDT (Dichlorodiphenyltrichloroethane), Enterococcus, Low Dissolved Oxygen, Nitrogen (ammonia), Nutrients, Salinity, Toxicity | None | N/A (70 mi) |

AR 011301

**AR009296**

# III. Pollutants of Concern

### Table 1. Pollutant of Concern Summary

| Pollutant Category | Potential for Project and/or Existing Site | Causing Receiving Water Impairment |
|---|---|---|
| Bacteria/Virus | X | Coachella Valley Storm Channel, Salton Sea |
| Heavy Metals | X | No |
| Nutrients | X | Coachella Valley Storm Channel, Salton Sea |
| Toxic Organic Compounds | X | Coachella Valley Storm Channel, Salton Sea |
| Sediment/Turbidity | X | No |
| Trash & Debris | X | No |
| Oil & Grease | X | No |
| Other (specify pollutant): | | |
| Other (specify pollutant): | | |

AR009297

# IV.  Hydrologic Conditions of Concern

**Local Jurisdiction Requires On-Site Retention of Urban Runoff:**

Yes  ☒    The project will be required to retain urban runoff onsite in conformance with local ordinance (See Table 6 of the WQMP Guidance document, "Local Land use Authorities Requiring Onsite Retention of Stormwater").  This section does not need to be completed; however, retention facility design details and sizing calculations must be included in Appendix F.

No  ☐    This section must be completed.

**This Project meets the following condition:**

☐    **Condition A**: 1) Runoff from the Project is discharged directly to a publicly-owned, operated and maintained MS4 or engineered and maintained channel, 2) the discharge is in full compliance with local land use authority requirements for connections and discharges to the MS4 (including both quality and quantity requirements), 3) the discharge would not significantly impact stream habitat in proximate Receiving Waters, **and** 4) the discharge is authorized by the local land use authority.

☐    **Condition B**: The project disturbs less than 1 acre and is not part of a larger common plan of development that exceeds 1 acre of disturbance.  The disturbed area calculation must include all disturbances associated with larger plans of development.

☐    **Condition C**: The project's runoff flow rate, volume, velocity and duration for the post-development condition do not exceed the pre-development condition for the 2-year, 24-hour and 10-year 24-hour rainfall events.  This condition can be achieved by, where applicable, complying with the local land use authority's on-site retention ordinance, or minimizing impervious area on a site and incorporating other Site-Design BMP concepts and LID/Site Design BMPs that assure non-exceedance of pre-development conditions.  This condition must be substantiated by hydrologic modeling methods acceptable to the local land use authority.

☐    **None:** Refer to Section 3.4 of the Whitewater River Region WQMP Guidance document for additional requirements.

Supporting engineering studies, calculations, and reports are included in Appendix C.

|  | 2 year – 24 hour | | 10 year – 24 hour | |
|---|---|---|---|---|
|  | **Precondition** | **Post-condition** | **Precondition** | **Post-condition** |
| **Discharge (cfs)** | | | | |
| **Velocity (fps)** | | | | |
| **Volume (cubic feet)** | | | | |
| **Duration (minutes)** | | | | |

# V. Best Management Practices

This project implements Best Management Practices (BMPs) to address the Pollutants of Concern that may potentially be generated from the use of the Project site. These BMPs have been selected and implemented to comply with Section 3.5 of the WQMP Guidance document, and consist of Site Design BMP concepts, Source Control, LID/Site Design and, if/where necessary, Treatment Control BMPs as described herein.

## V.1  SITE DESIGN BMP CONCEPTS, LID/SITE DESIGN AND TREATMENT CONTROL BMPS

Local Jurisdiction Requires On-Site Retention of Urban Runoff:

Yes  ☒   The project will be required to retain Urban Runoff onsite in conformance with local ordinance (See Table 6 of the WQMP Guidance document, "Local Land use Authorities Requiring Onsite Retention of Stormwater). **The LID/Site Design measurable goal has thus been met (100%), and Sections V.1.A and V.1.B do not need to be completed**; however, retention facility design details and sizing calculations must be included in Appendix F, and '100%' should be entered into Column 3 of Table 6 below.

No  ☐   Section V.1 must be completed.

This section of the Project-Specific WQMP documents the LID/Site Design BMPs and, if/where necessary, the Treatment Control BMPs that will be implemented on the project to meet the requirements detailed within Section 3.5.1 of the WQMP Guidance document. Section 3.5.1 includes requirements to implement Site Design Concepts and BMPs, and includes requirements to address Pollutants of Concern with BMPs. Further, sub-section 3.5.1.1 specifically requires that Pollutants of Concern be addressed with LID/Site Design BMPs to the extent feasible.

LID/Site Design BMPs are those BMPs listed within Table 2 below which promote retention and/or feature a natural treatment mechanism; off-site and regionally-based BMPs are also LID/Site Design BMPs, and therefore count towards the measurable goal, if they fit these criteria. This project incorporates LID/Site Design BMPs to fully address the Treatment Control BMP requirement where and to the extent feasible. If and where it has been acceptably demonstrated to the local land use authority that it is infeasible to fully meet this requirement with LID/Site Design BMPs, Section V.1.B (below) includes a description of the conventional Treatment Control BMPs that will be substituted to meet the same requirements.

In addressing Pollutants of Concern, BMPs are selected using Table 2 below.

2014 Whitewater River Region WQMP

**Banning 47**

**Table 2. BMP Selection Matrix Based Upon Pollutant of Concern Removal Efficiency [1]**

(Sources: Riverside County Flood Control & Water Conservation District Design Handbook for Low Impact Development Best Management Practices, dated September 2011, the Orange County Technical Guidance Document for Water Quality Management Plans, dated May 19, 2011, and the Caltrans Treatment BMP Technology Report, dated April 2010 and April 2008)

| Pollutant of Concern | Landscape Swale[2, 3] | Landscape Strip[2, 3] | Biofiltration (with underdrain)[2, 3] | Extended Detention Basin[2] | Sand Filter Basin[2] | Infiltration Basin[2] | Infiltration Trench[2] | Permeable Pavement[2] | Bioretention (w/o underdrain)[2, 3] | Other BMPs Including Proprietary BMPs[4, 6] |
|---|---|---|---|---|---|---|---|---|---|---|
| Sediment & Turbidity | M | M | H | M | H | H | H | H | H | Varies by Product[5] |
| Nutrients | L/M | L/M | M | L/M | L/M | H | H | H | H | |
| Toxic Organic Compounds | M/H | M/H | M/H | L | L/M | H | H | H | H | |
| Trash & Debris | L | L | H | H | H | H | H | H | H | |
| Bacteria & Viruses (also: Pathogens) | L | M | H | L | M | H | H | H | H | |
| Oil & Grease | M | M | H | M | H | H | H | H | H | |
| Heavy Metals | M | M/H | M/H | L/M | M | H | H | H | H | |

Abbreviations:

     L: Low removal efficiency     M: Medium removal efficiency     H: High removal efficiency

Notes:

(1) Periodic performance assessment and updating of the guidance provided by this table may be necessary.

(2) Expected performance when designed in accordance with the most current edition of the document, "Riverside County, Whitewater River Region Stormwater Quality Best Management Practice Design Handbook".

(3) Performance dependent upon design which includes implementation of thick vegetative cover.  Local water conservation and/or landscaping requirements should be considered; approval is based on the discretion of the local land use authority.

(4) Includes proprietary stormwater treatment devices as listed in the CASQA Stormwater Best Management Practices Handbooks, other stormwater treatment BMPs not specifically listed in this WQMP (including proprietary  filters, hydrodynamic separators, inserts, etc.), or newly developed/emerging stormwater treatment technologies.

(5) Expected performance should be based on evaluation of unit processes provided by BMP and available testing data. Approval is based on the discretion of the local land use authority.

(6) When used for primary treatment as opposed to pre-treatment, requires site-specific approval by the local land use authority.

AR 011305

AR009300

**2014 Whitewater River Region WQMP**
# Banning 47

## V.1.A SITE DESIGN BMP CONCEPTS AND LID/SITE DESIGN BMPs

This section documents the Site Design BMP concepts and LID/Site Design BMPs that will be implemented on this project to comply with the requirements detailed in Section 3.5.1 of the WQMP Guidance document.

- Table 3 herein documents the implementation of the Site Design BMP Concepts described in sub-sections 3.5.1.3 and 3.5.1.4.

- Table 4 herein documents the extent to which this project has implemented the LID/Site Design goals described in sub-section 3.5.1.1.

AR009301

## Table 3.  Implementation of Site Design BMP Concepts

| Design Concept | Technique | Specific BMP | Included Yes | Included No | Included N/A | Brief Reason for BMPs Indicated as No or N/A |
|---|---|---|---|---|---|---|
| *Site Design BMP Concept 1* | **Minimize Urban Runoff, Minimize Impervious Footprint, and Conserve Natural Areas** (See WQMP Section 3.5.1.3) | Conserve natural areas by concentrating or clustering development on the least environmentally sensitive portions of a site while leaving the remaining land in a natural, undisturbed condition. | ☐ | ☐ | ☐ | |
| | | Conserve natural areas by incorporating the goals of the Multi-Species Habitat Conservation Plan or other natural resource plans. | ☐ | ☐ | ☐ | |
| | | Preserve natural drainage features and natural depressional storage areas on the site. | ☐ | ☐ | ☐ | |
| | | Maximize canopy interception and water conservation by preserving existing native trees and shrubs, and planting additional native or drought tolerant trees and large shrubs. | ☐ | ☐ | ☐ | |
| | | Use natural drainage systems. | ☐ | ☐ | ☐ | |
| | | Where applicable, incorporate Self-Treating Areas | ☐ | ☐ | ☐ | |
| | | Where applicable, incorporate Self-Retaining Areas | ☐ | ☐ | ☐ | |
| | | Increase the building floor to area ratio (i.e., number of stories above or below ground). | ☐ | ☐ | ☐ | |
| | | Construct streets, sidewalks and parking lot aisles to minimum widths necessary, provided that public safety and a walkable environment for pedestrians are not compromised. | ☐ | ☐ | ☐ | |
| | | Reduce widths of streets where off-street parking is available. | ☐ | ☐ | ☐ | |
| | | Minimize the use of impervious surfaces, such as decorative concrete, in the landscape design. | ☐ | ☐ | ☐ | |
| | | Other comparable and equally effective Site Design BMP concept(s) as approved by the local land use authority (Note: Additional narrative required to describe BMP and how it addresses site design concept). | ☐ | ☐ | ☐ | |

AR009302

**Table 3.  Site Design BMP Concepts (continued)**

| Design Concept | Technique | Specific BMP | Included Yes | No | N/A | Brief Reason for Each BMP Indicated as No or N/A |
|---|---|---|---|---|---|---|
| *Site Design BMP Concept 2* | **Minimize Directly Connected Impervious Area** **(See WQMP Section 3.5.1.4)** | Design residential and commercial sites to contain and infiltrate roof runoff, or direct roof runoff to landscaped swales or buffer areas. | ☐ | ☐ | ☐ | |
| | | Drain impervious sidewalks, walkways, trails, and patios into adjacent landscaping. | ☐ | ☐ | ☐ | |
| | | Incorporate landscaped buffer areas between sidewalks and streets. | ☐ | ☐ | ☐ | |
| | | Use natural or landscaped drainage swales in lieu of underground piping or imperviously lined swales. | ☐ | ☐ | ☐ | |
| | | Where soil conditions are suitable, use perforated pipe or gravel filtration pits for low flow infiltration. | ☐ | ☐ | ☐ | |
| | | Maximize the permeable area by constructing walkways, trails, patios, overflow parking, alleys, driveways, low-traffic streets, and other low-traffic areas with open-jointed paving materials or permeable surfaces such as pervious concrete, porous asphalt, unit pavers, and granular materials. | ☐ | ☐ | ☐ | |
| | | **Use one or more of the following:** | | | | |
| | | Rural swale system: street sheet flows to landscaped swale or gravel shoulder, curbs used at street corners, and culverts used under driveways and street crossings. | ☐ | ☐ | ☐ | |
| | | Urban curb/swale system: street slopes to curb; periodic swale inlets drain to landscaped swale or biofilter. | ☐ | ☐ | ☐ | |
| | | Dual drainage system: first flush captured in street catch basins and discharged to adjacent vegetated swale or gravel shoulder; high flows connect directly to MS4s. | ☐ | ☐ | ☐ | |
| | | Other comparable and equally effective Site Design BMP concept(s) as approved by the local land use authority (Note: Additional narrative required to describe BMP and how it addresses site design concept). | ☐ | ☐ | ☐ | |
| | | **Use one or more of the following for design of driveways and private residential parking areas:** | | | | |
| | | Design driveways with shared access, flared (single lane at street), or wheel strips (paving only under the tires). | ☐ | ☐ | ☐ | |
| | | Uncovered temporary or guest parking on residential lots paved with a permeable surface, or designed to drain into landscaping. | ☐ | ☐ | ☐ | |

**Table 3.  Site Design BMP Concepts (continued)**

| Design Concept | Technique | Specific BMP | Yes | No | N/A | Brief Reason for Each BMP Indicated as No or N/A |
|---|---|---|:---:|:---:|:---:|---|
| | | | Included | | | |
| *Site Design BMP Concept 2 (cont'd)* | **Minimize Directly Connected Impervious Area** (See WQMP Section 3.5.1.4) | Other comparable and equally effective Site Design BMP concept(s) as approved by the local land use authority (Note: Additional narrative required to describe BMP and how it addresses site design concept). | ☐ | ☐ | ☐ | |
| | | **Use one or more of the following for design of parking areas:** | | | | |
| | | Where landscaping is proposed in parking areas, incorporate parking area landscaping into the drainage design. | ☐ | ☐ | ☐ | |
| | | Overflow parking (parking stalls provided in excess of the Permittee's minimum parking requirements) may be constructed with permeable pavement. | ☐ | ☐ | ☐ | |
| | | Other comparable and equally effective Site Design BMP (or BMPs) as approved by the local land use authority (Note: Additional narrative required describing BMP and how it addresses site design concept). | ☐ | ☐ | ☐ | |

**Project Site Design BMP Concepts:**

Insert text here briefly describing how each included Site Design BMP concept will be implemented.

**Alternative Project Site Design BMP Concepts:**

Insert text here describing any other comparable and equally effective Site Design BMP concept(s) as approved by the local land use authority, or indicate N/A.

**AR009305**

**Table 4.  LID/Site Design BMPs Meeting the LID/Site Design Measurable Goal**

| (1)<br>DRAINAGE SUB-AREA ID OR NO. | (2)<br>LID/SITE DESIGN BMP TYPE*<br><br>(See Table 2) | (3)<br>POTENTIAL POLLUTANTS OF CONCERN WITHIN DRAINAGE SUB-AREA<br><br>(Refer to Table 1) | (4)<br>POTENTIAL POLLUTANTS WITHIN SUB-AREA CAUSING RECEIVING WATER IMPAIRMENTS<br>(Refer to Table 1) | (5)<br>EFFECTIVENESS OF LID/SITE DESIGN BMP AT ADDRESSING IDENTIFIED POTENTIAL POLLUTANTS<br>(U,  L,  M, H/M, H; see Table 2) | (6)<br>BMP MEETS WHICH DESIGN CRITERIA?<br><br>(Identify as $V_{BMP}$ OR $Q_{BMP}$) | (7)<br>TOTAL AREA WITHIN DRAINAGE SUB-AREA<br><br>(Nearest 0.1 acre) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTAL PROJECT AREA TREATED WITH LID/SITE DESIGN BMPs (NEAREST 0.1 ACRE)** | | | | | | |

\* LID/Site Design BMPs listed in this table are those that <u>completely</u> address the 'Treatment Control BMP requirement' for their drainage sub-area.

**Justification of infeasibility for sub-areas not addressed with LID/Site Design BMPs**

Insert text here listing each drainage sub-area wherein the design criteria of VBMP and/or QBMP are not treated using LID/Site Design BMPs as required in WQMP Guidance Section 3.5.1.1, and provide justification of infeasibility for each.

## V.1.B TREATMENT CONTROL BMPS

Conventional Treatment Control BMPs shall be implemented to address the project's Pollutants of Concern as required in WQMP Section 3.5.1 where, and to the extent that, Section V.1.A has demonstrated that it is infeasible to meet these requirements through implementation of LID/Site Design BMPs.

☐ The LID/Site Design BMPs described in Section V.1.A of this project-specific WQMP completely address the 'Treatment Control BMP requirement' for the entire project site (and where applicable, entire existing site) as required in Section 3.5.1.1 of the WQMP Guidance document. Supporting documentation for the sizing of these LID/Site Design BMPs is included in Appendix F. **\*Section V.1.B does not need to be completed**.

☐ The LID/Site Design BMPs described in Section V.1.A of this project-specific WQMP do **NOT** completely address the 'Treatment Control BMP requirement' for the entire project site (or where applicable, entire existing site) as required in Section 3.5.1.1 of the WQMP. **\*Section V.1.B must be completed.**

The Treatment Control BMPs identified in this section are selected, sized and implemented to treat the design criteria of $V_{BMP}$ and/or $Q_{BMP}$ for all project (and if required, existing site) drainage sub-areas which were not fully addressed using LID/Site Design BMPs. Supporting documentation for the sizing of these Treatment Control BMPs is included in Appendix F.

**Table 5: Treatment Control BMP Summary**

| (1) DRAINAGE SUB-AREA ID OR NO. | (2) TREATMENT CONTROL BMP TYPE* | (3) POTENTIAL POLLUTANTS OF CONCERN WITHIN DRAINAGE SUB-AREA | (4) POTENTIAL POLLUTANTS WITHIN SUB-AREA CAUSING RECEIVING WATER IMPAIRMENTS | (5) EFFECTIVENESS OF TREATMENT CONTROL BMP AT ADDRESSING IDENTIFIED POTENTIAL POLLUTANTS | (6) BMP MEETS WHICH DESIGN CRITERIA? | (7) TOTAL AREA WITHIN DRAINAGE SUB-AREA |
|---|---|---|---|---|---|---|
| | (See Table 2) | (Refer to Table 1) | (Refer to Table 1) | (U, L, M, H/M, H; see Table 2) | (Identify as $V_{BMP}$ OR $Q_{BMP}$) | (Nearest 0.1 acre) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **TOTAL PROJECT AREA TREATED WITH TREATMENT CONTROL BMPs (NEAREST 0.1 ACRE)** | | | | | |

**2014 Whitewater River Region WQMP**
**Banning 47**

### V.1.C MEASURABLE GOAL SUMMARY

This section documents the extent to which this project has met the measurable goal described in WQMP Section 3.5.1.1 of addressing 100% of the project's 'Treatment Control BMP requirement' with LID/Site Design BMPs.  Projects required to retain Urban Runoff onsite in conformance with local ordinance are considered to have met the measurable goal; for these instances, '100%' is entered into Column 3 of the Table.

### Table 6: Measurable Goal Summary

| (1)<br><br>**Total Area Treated with <u>LID/Site Design</u> BMPs**<br><br>**(Last row of Table 4)** | (2)<br><br>**Total Area Treated with <u>Treatment Control</u> BMPs**<br><br>**(Last row of Table 5)** | (3)<br><br>**% of Treatment Control BMP Requirement addressed with LID/Site Design BMPs** |
|---|---|---|
|  |  | 99.68% |

**Approximately 0.10 acres from the southeasterly driveway will drain into the proposed storm drain without being routed to the BMP systems. This area could not be treated due to driveway technical constraints.**

AR009309

## V.2    SOURCE CONTROL BMPS

This section identifies and describes the Source Control BMPs applicable and implemented on this project.

### Table 7. Source Control BMPs

| BMP Name | Check One | | If not applicable, state brief reason |
|---|---|---|---|
| | **Included** | **Not Applicable** | |
| **Non-Structural Source Control BMPs** | | | |
| Education for Property Owners, Operators, Tenants, Occupants, or Employees | ☒ | ☐ | |
| Activity Restrictions | ☒ | ☐ | |
| Irrigation System and Landscape Maintenance | ☒ | ☐ | |
| Common Area Litter Control | ☒ | ☐ | |
| Street Sweeping Private Streets and Parking Lots | ☒ | ☐ | |
| Drainage Facility Inspection and Maintenance | ☒ | ☐ | |
| **Structural Source Control BMPs** | | | |
| Storm Drain Inlet Stenciling and Signage | ☒ | ☐ | |
| Landscape and Irrigation System Design | ☒ | ☐ | |
| Protect Slopes and Channels | ☐ | ☒ | No slopes or channels to protect |
| Provide Community Car Wash Racks | ☐ | ☒ | Not applicable |
| **Properly Design*:** | | | |
| Fueling Areas | ☐ | ☒ | Not applicable |
| Air/Water Supply Area Drainage | ☐ | ☒ | Not applicable |
| Trash Storage Areas | ☒ | ☐ | |
| Loading Docks | ☒ | ☐ | |
| Maintenance Bays | ☐ | ☒ | Not applicable |
| Vehicle and Equipment Wash Areas | ☐ | ☒ | Not applicable |
| Outdoor Material Storage Areas | ☐ | ☒ | Not applicable |
| Outdoor Work Areas or Processing Areas | ☐ | ☒ | Not applicable |
| Provide Wash Water Controls for Food Preparation Areas | ☐ | ☒ | Not applicable |

*Details demonstrating proper design must be included in Appendix F.

<u>**Non-structural Source Control BMPs**</u>

**Education for Property Owners, Operators, Tenants, Occupants, or Employees:** The owners will provide the tenants with information concerning good housekeeping practices that contribute to the protection of Urban Runoff quality and BMPs that eliminate or reduce pollution during subsequent property improvements. Please see Attachment D for educational materials and descriptions of concepts that will be addressed by education and training. The owner will check with City and County at least once a year to obtain new or updated educational materials and provide these materials to tenants. BMP training and education programs will be provided to all new employees within 6 months of hire date and annually thereafter. The owner is responsible for the tenants, employes, etcetera, being trained. Additionally, tenants will adhere to the California Department of Public Health's, "Best Management Practices or Mosquito Control in California for local vector control requirements.

**Activity Restrictions:** Conditions, Covenants and Restrictions (CC&R's) will identify restrictions or prohibited activities (once the project is operational) for the purpose of Receiving Water quality protection. These activities include, but will not be limited to:

- Prohibiting the blowing, sweeping, or hosing of debris (leaf litter, grass clippings, litter, etc.) into streets, storm drain inlets, or other conveyances.

- Requiring dumpster lids to be closed at all times.

- Prohibiting vehicle washing, maintenance, or repair on the premises or restricting those activities to designated areas (such as repair within maintenance bays and vehicle washing on properly designed wash racks).

**Irrigation System and Landscape Maintenance:** Maintenance of irrigation systems and landscaping shall be consistent with City's Water Conservation Ordinance (Title 17 of the Banning Municipal Code). Fertilizer and pesticide usage shall be consistent with the instructions contained on product labels and with regulations administered by California's Department of Pesticide Regulation. Additionally, landscape maintenance must address replacement of dead vegetation, repair of erosion rills, proper disposal of green waste, etc. Irrigation system maintenance must address periodic testing and observation of the irrigation system to detect overspray, broken sprinkler heads, and other system failures. Maintenance of the landscaping and irrigation shall be done weekly by the owner.

**Common Area Litter Control:** Tenants will help keep the site free of trash and other debris. It will be the owner's responsibility for having the site (including any trash receptable)s inspected weekly and cleaned as necessary. Any trash disposal violations shall be reported to the owner for investigation and identification of the party responsible for litter control.

**Street Sweeping Private Streets and Parking Lots:** The owner/maintenance contractor will have the parking lots vacuum swept monthly, including just prior to the start of the rainy season (October 1st). Hosing or watering of the site will not be permitted as a method of cleaning. The owner will be responsible for the funding of parking lot sweeping.

**Drainage Facility Inspection and Maintenance:** The owner/maintenance contractor will be responsible for inspecting and cleaning onsite drainage facilities (catch basin and storm drain inlets) on a regular basis prior to the storm season, no later than October 1st of each year. The drainage facilities must be cleaned if accumulated sediment/debris fills 25% or more of the sediment/debris storage capacity. Privately owned drainage facilities shall be inspected quarterly for debris accumulation and evidence of illegal dumping. Illegal discharges into on-site storm drains shall be investigated to determine source and appropriate actions taken to prevent future incidences. The effected drains and pretreatment separators shall be cleaned out. The owner will be responsible for the funding of drainage facility maintenance.

**Structural Source Control BMPs**

**Storm Drain Inlet Stenciling and Signage:** Stenciling or labeling shall be provided on all storm drain inlets and catch basins, constructed or modified, within the project area with prohibitive language (such as: "NO DUMPING ONLY RAIN IN THE DRAIN") and/or graphical icons to discourage illegal dumping. The owner will be responsible for maintaining the legibility of stencils. The stencils contain a brief statement that prohibits dumping into the MS4. Graphical icons, either illustrating anti-dumping symbols or images of Receiving Water fauna, are effective supplements to the text message. Stencils and signs alert the public to the destination of pollutants discharged into Urban Runoff.

**Landscape and Irrigation System Design:** The following concepts will be incorporated into landscape and irrigation system design:

- Rain shutoff devices will be employed to prevent irrigation during and after precipitation events.

- Irrigation systems shall be designed to each landscape area's specific water requirements.

- Flow reducers or shutoff valves triggered by a pressure drop shall be incorporated to control water loss due to broken sprinkler heads or lines.

- The timing and application methods of irrigation water shall be designed to minimize the runoff of excess irrigation water into the MS4.

- The landscape plan must be consistent with the City's Water Conservation Ordinance (Title 17 of the Banning Municipal Code).

  o Group plants with similar water requirements and low irrigation requirements shall be incorporated in the landscape plan (drought tolerant species).

  o Mulches (such as wood chips or shredded wood products) shall be used in planter areas without ground cover to minimize sediment in runoff.

  o Appropriate plant materials shall be installed for the location, in accordance with amount of sunlight and climate.

  o Plants that minimize or eliminate the use of fertilizer or pesticides shall be incorporated in the landscape plan.

**Trash Storage Areas:** All trash container areas shall meet the following requirements:

- Paved with an impervious surface, designed not to allow run-on from adjoining areas, designed to divert drainage from adjoining roofs and pavements diverted around the area, screened or walled to prevent off-site transport of trash and covered with a solid 'patio style' roof.

- Trash dumpsters (containers) shall be leak proof and have attached covers or lids.

- Connection of trash area drains to the MS4 is prohibited.

- Trash compactors shall be roofed and set on a concrete pad. The pad shall be a minimum of one foot larger all around than the trash compactor and graded to drain to a sanitary sewer line.

**Loading Docks:** Above-ground loading docks will be proposed. Drainage shall be designed to preclude run-on and runoff to the loading docks. Loading docks shall be kept in a clean and orderly condition through a regular program of sweeping and litter control and immediate cleanup of spills and broken containers. Cleanup procedures should minimize or eliminate the use of water. If washdown water is used, it must be properly disposed (containment, collection, and disposal to sanitary sewer) and not discharged to the MS4. Inspection/maintenance of the loading dock areas shall be performed weekly by the owner.

**2014 Whitewater River Region WQMP**
## Banning 47

Appendix D includes copies of the educational materials (described in Section 3.5.2.1 of the WQMP Guidance document) that will be used in implementing this project-specific WQMP.

## V.3    EQUIVALENT TREATMENT CONTROL BMP ALTERNATIVES

Not applicable.


## V.4    REGIONALLY-BASED BMPs

Not applicable.

# VI.  Operation and Maintenance Responsibility for BMPs

Appendix G of this project-specific WQMP includes copies of CC&Rs, Covenant and Agreements, BMP Maintenance Agreement and/or other mechanisms used to ensure the ongoing operation, maintenance, funding, transfer and implementation of the project-specific WQMP requirements.

**AR 011320**
**AR009315**

The owner is responsible for all funding and maintenance of the project's BMPs:

LGE Design Group
1200 N. 52nd Street
Phoenix, CA 85008
Phone: (480) 966-4001
Contact: Blake Wells

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Underground retention CMP | Upon completion of storm drain system | The manholes shall be inspected semi-annually (October 1st and February 1st) and maintained upon sediment reaching 3-inches in depth. The rows shall be inspected and maintained by a qualified technician and he/she will properly dispose of all wastes. Manholes are installed in order to inspect and maintain the system. It is installed per OSHA codes to ensure operator and inspector safety. | Semi-annually (October 1st and February 1st) through maintenance service contract with the vendor or equally qualified contractor. |

AR009316

Replace with an MWS unit with irrigation or a Contech Cartridge Filter unit.

**2014 Whitewater River Region WQMP**
**Banning 47**

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Filterra Biofiltration System | Upon completion of storm drain system | ➤ All work to be done by the supplier or by a supplier approved contractor.<br>➤ Inspection of unit and surrounding area.<br>➤ Removal of tree grate and erosion control stones. Silt (if any) and mulch to be dug out. Trash, debris and foreign items will be removed.<br>➤ Replace mulch evenly across the entire unit to a depth of 3". Ensure correct repositioning of the erosion control stones by the Filterra inlet to allow for entry of trash during a storm event.<br>➤ Examine the plant's health and replace if dead. Prune as necessary to encourage growth in the correct directions.<br>Clean area around unit and remove all refuse to be disposed of appropriately. | Semi-annually (October 1st and February 1st) through maintenance service contract with the vendor or equally qualified contractor. |
| Hydrodynamic Separator | Upon completion of storm drain system | Visual inspection to quantify the accumulation of hydrocarbons, trash, and sediment in the system. Use vacuum truck to clean and remove pollutants from the system upon reaching 75% capacity. Clean area outside of the screen if pollutant build-up exists. | Semi-annually (October 1st and February 1st) or as frequently as needed. Vacuum frequency as determined by inspection. |

25% of solids/debris holding capacity

**2014 Whitewater River Region WQMP**

**Banning 47**

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Irrigation System and Landscape Maintenance | Upon completion of storm drain system | Maintenance shall be conducted by a landscape contractor on a weekly basis to verify that the irrigation system is functioning properly and to repair as needed. Landscape contractor will also verify that there are no leaks or run-off from landscaped areas. Adjust irrigation heads and system run times as necessary to prevent overwatering of vegetation, overspray or run-off from landscaped areas to ensure the health and aesthetic quality of the landscape. Mowing and trimming waste shall be properly removed from the site and herbicides, pesticides and fertilizers shall be properly applied to prevent storm drainage contamination. | Weekly |
| Common Area Litter Control | Upon completion of storm drain system | Trash and litter shall be swept from the site and disposed of into a dumpster with lids. Owner shall ensure that tenant contracts with the local trash collector to empty dumpsters on a weekly basis. | Weekly |
| Street Sweeping Private Streets and Parking Lots | Upon completion of storm drain system | All landscape maintenance contractors will be required to sweep up all landscape cuttings, mowings and fertilizer materials off paved areas and dispose of properly. Parking areas and drive ways will be vacuum swept by sweeping contractor. | Monthly |

AR 011323

AR009318

2014 Whitewater River Region WQMP
## Banning 47

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Drainage Facility Inspection and Maintenance | Upon completion of storm drain system | The owner/maintenance contractor will be responsible for inspecting and cleaning onsite drainage facilities (catch basin and storm drain inlets) on a regular basis prior to the storm season, no later than October 1st of each year. The drainage facilities must be cleaned if accumulated sediment/debris fills 25% or more of the sediment/debris storage capacity or there is evidence of illegal discahrges into any catch basin inlet. | Quarterly |
| Storm Drain Inlet Stenciling and Signage | Upon completion of storm drain system | Stenciling or labeling shall be provided on all storm drain inlets and catch basins, constructed or modified, within the project area with prohibitive language (such as: "NO DUMPING ONLY RAIN IN THE DRAIN") and/or graphical icons to discourage illegal dumping. The owner will be responsible for maintaining the legibility of stencils. | Annually |
| Trash Storage Areas | Upon completion of storm drain system | The trash enclosure areas will be paved with an impervious surface to mitigate spills. The trash enclosures shall have a solid roof to prevent rainfall from entering containers. In addition, storm water runoff from adjoining roofs and pavement must be diverted around the trash area and signs should be posted informing users that hazardous materials are not to be disposed of therein. | Weekly |

AR009319

| Operation and Maintenance | | | |
|---|---|---|---|
| **BMP** | **Startup Date** | **Inspection/Maintenance Activities Required** | **Minimum Frequency of Activities** |
| Loading Docks | Upon completion of storm drain system | Loading docks shall be kept in a clean and orderly condition through a regular program of sweeping and litter control and immediate cleanup of spills and broken containers.  Cleanup procedures should minimize or eliminate the use of water.  If washdown water is used, it must be properly disposed (containment, collection, and disposal to sanitary sewer) and not discharged to the MS4. | Weekly |

AR009320

# VII. Funding

The current owner and any of his/her successors shall be responsible for funding the proper operation and maintenance of each structural BMP and implementation of all non-structural BMPs described in this WQMP document.

# Appendix A

Conditions of Approval

Planning Commission Resolution    _____

Dated    _____

2014 Whitewater River Region WQMP
**Banning 47**

# Appendix B

Vicinity Map, WQMP Site Plan, and Receiving Waters Map



**Legend**
⬇ PROJECT SITE

PROJECT SITE

Google Earth
© 2021 Google

N

1 mi

**VICINITY MAP**

BANNING 47   **AR 011329**

AR009324



RECEIVING WATERS MAP

SUN LAKES BOULEVARD

AR 011330

AR009325

Case 5:24-cv-02603-DTB   Document 55   Filed 08/01/25   Page 235 of 341   Page ID #:10079



VICINITY MAP
N.T.S.

LEGEND

BMP SD-13:



SAMPLE STENCIL TO BE USED NEAR
GRATE AND CURB OPENING INLETS

*SAMPLE CATCH BASIN STENCIL*

BUILDING

N.A.P.

SUN LAKES BLVD.

SUN LAKES VILLAGE DR.

COUNTRY CLUB DR.

replace with an MWS
unit or Contech
Cartridge Filter unit.

SCALE:1"=50'

CITY OF BANNING
PUBLIC WORKS DEPARTMENT

PWQMP SITE MAP

BANNING 47
SUN LAKES BLVD.

PREPARED FOR:

LGE DESIGN GROUP
1200 N. 92ND STREET
PHOENIX, AZ 85008
PHONE: (480) 966-4001

PREPARED BY:

Thenes Engineering, Inc.

Sheet   1   of   3   Sheets

3939/1 OF 3 SHEET



## CDS2015-4-C DESIGN NOTES

### CONFIGURATION DESCRIPTION

PLAN VIEW B-B
N.T.S.

ELEVATION A-A
N.T.S.

FRAME AND COVER
(DIAMETER VARIES)
N.T.S.

### SITE SPECIFIC DATA REQUIREMENTS

CDS2015-4-C
INLINE CDS
STANDARD DETAIL



## CDS3020-6-C DESIGN NOTES

### CONFIGURATION DESCRIPTION

PLAN VIEW B-B
N.T.S.

ELEVATION A-A
N.T.S.

FRAME AND COVER
(DIAMETER VARIES)
N.T.S.

### SITE SPECIFIC DATA REQUIREMENTS

CDS3020-6-C
INLINE CDS
STANDARD DETAIL



### PROJECT SUMMARY

ASSEMBLY
SCALE: 1" = 70'

DYO9374 TEI 3939
TEI 3939 CMP North
Banning, CA
DETENTION SYSTEM

**DMA A**



### PROJECT SUMMARY

ASSEMBLY
SCALE: 1" = 70'

DYO9376 TEI 3939
TEI 3939 CMP South
Banning, CA
DETENTION SYSTEM

**DMA B**

## CITY OF BANNING
PUBLIC WORKS DEPARTMENT

### PWQMP SITE MAP
### BANNING 47
### SUN LAKES BLVD.

PREPARED FOR:
LGE DESIGN GROUP
1200 N. 52ND STREET
PHOENIX, AZ 85008
PHONE: (480) 966-4001

PREPARED BY:
Thienes Engineering, Inc.



3939/2 OF 3 SHEET

Sheet **2** of **3** Sheets

AR 011332
AR009327



**PLAN VIEW**

**PLAN VIEW**

**PLAN VIEW**

**SECTION A-A**

**SECTION B-B**

**SECTION C-C**

replace with a MWS unit or a Contech Cartridge Filter unit.

### FT LONG SIDE INLET CONFIGURATION

### FT SHORT SIDE INLET CONFIGURATION

### FT SQUARE INLET CONFIGURATION

FILTERRA OFFLINE (FT)
CONFIGURATION DETAIL

CONTECH
ENGINEERED SOLUTIONS LLC

**CITY OF BANNING**
PUBLIC WORKS DEPARTMENT

**PWOMP SITE MAP**

**BANNING 47**

**SUN LAKES BLVD.**

PREPARED FOR:

LOE DESIGN GROUP
1200 N. 92ND STREET
PHOENIX, AZ. 85006
PHONE: (480) 966-4001

PREPARED BY:

Thanes Engineering, Inc.

Designed by
Date
Checked by
Date
Designed by
Date
Checked by
Date

Approved by
Date

Public Works Director      R.C.E.

Sheet  3  of  3  Sheets

3939 / 3 OF 3  SHEET

AR009328

# Appendix C

Supporting Detail Related to Hydrologic Conditions of Concern
*(NOT APPLICABLE. Retention Facility Design Details and Sizing Calculations
Are Included in Appendix F.)*

2014 Whitewater River Region WQMP
**Banning 47**

# Appendix D

Educational Materials

Replace technical literature on the 'Filterra' unit and replace with
technical literature on an equivalent MWS unit or a Contech Stormwater
Cartridge Filter unit.



For more information contact:

or visit
www.epa.gov/npdes/stormwater
www.epa.gov/nps

EPA 833-B-03-002

January 2003

After the Storm

A Citizen's Guide to
Understanding Stormwater

AR 011336

AR009331



## What is stormwater runoff?

Stormwater runoff occurs when precipitation from rain or snowmelt flows over the ground. Impervious surfaces like driveways, sidewalks, and streets prevent stormwater from naturally soaking into the ground.

## Why is stormwater runoff a problem?

Stormwater can pick up debris, chemicals, dirt, and other pollutants and flow into a storm sewer system or directly to a lake, stream, river, wetland, or coastal water. Anything that enters a storm sewer system is discharged untreated into the waterbodies we use for swimming, fishing, and providing drinking water.

## The effects of pollution

Polluted stormwater runoff can have many adverse effects on plants, fish, animals, and people.

♦ Sediment can cloud the water and make it difficult or impossible for aquatic plants to grow. Sediment also can destroy aquatic habitats.

♦ Excess nutrients can cause algae blooms. When algae die, they sink to the bottom and decompose in a process that removes oxygen from the water. Fish and other aquatic organisms can't exist in water with low dissolved oxygen levels.

♦ Bacteria and other pathogens can wash into swimming areas and create health hazards, often making beach closures necessary.

♦ Debris—plastic bags, six-pack rings, bottles, and cigarette butts—washed into waterbodies can choke, suffocate, or disable aquatic life like ducks, fish, turtles, and birds.

♦ Household hazardous wastes like insecticides, pesticides, paint, solvents, used motor oil, and other auto fluids can poison aquatic life. Land animals and people can become sick or die from eating diseased fish and shellfish or ingesting polluted water.

♦ Polluted stormwater often affects drinking water sources. This, in turn, can affect human health and increase drinking water treatment costs.



**AR 011337**

**AR009332**

# Stormwater Pollution Solutions



## Residential



*Recycle or properly dispose of household products that contain chemicals, such as insecticides, pesticides, paint, solvents, and used motor oil and other auto fluids. Don't pour these onto the ground or into storm drains.*

### Auto care

Washing your car and degreasing auto parts at home can send detergents and other contaminants through the storm sewer system. Dumping automotive fluids into storm drains has the same result as dumping the materials directly into a waterbody.



- Use a commercial car wash that treats or recycles its wastewater, or wash your car on your yard so the water infiltrates into the ground.
- Repair leaks and dispose of used auto fluids and batteries at designated drop-off or recycling locations.

*Education is essential to changing people's behavior. Signs and markers near storm drains warn residents that pollutants entering the drains will be carried untreated into a local waterbody.*

### Lawn care

Excess fertilizers and pesticides applied to lawns and gardens wash off and pollute streams. In addition, yard clippings and leaves can wash into storm drains and contribute nutrients and organic matter to streams.

- Don't overwater your lawn. Consider using a soaker hose instead of a sprinkler.
- Use pesticides and fertilizers sparingly. When use is necessary, use these chemicals in the recommended amounts. Use organic mulch or safer pest control methods whenever possible.
- Compost or mulch yard waste. Don't leave it in the street or sweep it into storm drains or streams.
- Cover piles of dirt or mulch being used in landscaping projects.

### Septic systems

Leaking and poorly maintained septic systems release nutrients and pathogens (bacteria and viruses) that can be picked up by stormwater and discharged into nearby waterbodies. Pathogens can cause public health problems and environmental concerns.

- Inspect your system every 3 years and pump your tank as necessary (every 3 to 5 years).
- Don't dispose of household hazardous waste in sinks or toilets.

### Pet waste

Pet waste can be a major source of bacteria and excess nutrients in local waters.

- When walking your pet, remember to pick up the waste and dispose of it properly. Flushing pet waste is the best disposal method. Leaving pet waste on the ground increases public health risks by allowing harmful bacteria and nutrients to wash into the storm drain and eventually into local waterbodies.

## Residential landscaping

**Permeable Pavement**—Traditional concrete and asphalt don't allow water to soak into the ground. Instead these surfaces rely on storm drains to divert unwanted water. Permeable pavement systems allow rain and snowmelt to soak through, decreasing stormwater runoff.

**Rain Barrels**—You can collect rainwater from rooftops in mosquito-proof containers. The water can be used later on lawn or garden areas.

**Rain Gardens and Grassy Swales**—Specially designed areas planted with native plants can provide natural places for rainwater to collect and soak into the ground. Rain from rooftop areas or paved areas can be diverted into these areas rather than into storm drains.



**Vegetated Filter Strips**—Filter strips are areas of native grass or plants created along roadways or streams. They trap the pollutants stormwater picks up as it flows across driveways and streets.

## Commercial



Dirt, oil, and debris that collect in parking lots and paved areas can be washed into the storm sewer system and eventually enter local waterbodies.

- Sweep up litter and debris from sidewalks, driveways and parking lots, especially around storm drains.
- Cover grease storage and dumpsters and keep them clean to avoid leaks.
- Report any chemical spill to the local hazardous waste cleanup team. They'll know the best way to keep spills from harming the environment.

## Construction

Erosion controls that aren't maintained can cause excessive amounts of sediment and debris to be carried into the stormwater system. Construction vehicles can leak fuel, oil, and other harmful fluids that can be picked up by stormwater and deposited into local waterbodies.

- Divert stormwater away from disturbed or exposed areas of the construction site.
- Install silt fences, vehicle mud removal areas, vegetative cover, and other sediment and erosion controls and properly maintain them, especially after rainstorms.
- Prevent soil erosion by minimizing disturbed areas during construction projects, and seed and mulch bare areas as soon as possible.



## Agriculture

Lack of vegetation on streambanks can lead to erosion. Overgrazed pastures can also contribute excessive amounts of sediment to local waterbodies. Excess fertilizers and pesticides can poison aquatic animals and lead to destructive algae blooms. Livestock in streams can contaminate waterways with bacteria, making them unsafe for human contact.




- Keep livestock away from streambanks and provide them a water source away from waterbodies.
- Store and apply manure away from waterbodies and in accordance with a nutrient management plan.
- Vegetate riparian areas along waterways.
- Rotate animal grazing to prevent soil erosion in fields.
- Apply fertilizers and pesticides according to label instructions to save money and minimize pollution.

## Automotive Facilities

Uncovered fueling stations allow spills to be washed into storm drains. Cars waiting to be repaired can leak fuel, oil, and other harmful fluids that can be picked up by stormwater.

- Clean up spills immediately and properly dispose of cleanup materials.
- Provide cover over fueling stations and design or retrofit facilities for spill containment.
- Properly maintain fleet vehicles to prevent oil, gas, and other discharges from being washed into local waterbodies.
- Install and maintain oil/water separators.

## Forestry



Improperly managed logging operations can result in erosion and sedimentation.

- Conduct preharvest planning to prevent erosion and lower costs.
- Use logging methods and equipment that minimize soil disturbance.
- Plan and design skid trails, yard areas, and truck access roads to minimize stream crossings and avoid disturbing the forest floor.
- Construct stream crossings so that they minimize erosion and physical changes to streams.
- Expedite revegetation of cleared areas.

AR 011338

## For Information:

For more information on the General Industrial
Storm Water Permit contact:

State Water Resources Control Board (SWRCB)
(916) 657-1146 or www.swrcb.ca.gov/ or, at your
Regional Water Quality Control Board (RWQCB).

Santa Ana Region (8)
California Tower
3737 Main Street, Ste. 500
Riverside, CA 92501-3339
(909) 782-4130

San Diego Region (9)
9771 Clairemont Mesa Blvd., Ste. A
San Diego, CA 92124
(619) 467-2952

Colorado River Basin Region (7)
73-720 Fred Waring Dr., Ste. 100
Palm Desert, CA 92260
(760) 346-7491

SPILL RESPONSE AGENCY:
HAZ-MAT:                              (909) 358-5055
HAZARDOUS WASTE DISPOSAL:  (909) 358-5055
RECYCLING INFORMATION:      1-800-366-SAVE
TO REPORT ILLEGAL DUMPING OR A CLOGGED
STORM DRAIN:                       1-800-506-2555

To order additional brochures or to obtain information
on other pollution prevention activities, call:
(909) 955-1111.



Riverside County gratefully acknowledges the State
Water Quality Control Board and the American Public
Works Association, Storm Water Quality Task Force for
the information provided in this brochure.

# DID YOU KNOW . . .

## YOUR FACILITY MAY NEED A STORM WATER PERMIT?



*Many industrial facilities
and manufacturing operations
must obtain coverage under the
Industrial Activities Storm Water
General Permit*

## FIND OUT
### IF YOUR FACILITY MUST OBTAIN A PERMIT

# StormWater Pollution . . . What you should know

Riverside County has two drainage systems - sanitary sewers and storm drains. The storm drain system is designed to help prevent flooding by carrying excess rainwater away from streets. Since the storm drain system does not provide for water treatment, it also serves the *unintended* function of transporting pollutants directly to our waterways.



*Unlike sanitary sewers, storm drains are not connected to a treatment plant - they flow directly to our local streams, rivers and lakes.*

In recent years, awareness of the need to protect water quality has increased. As a result, federal, state, and local programs have been established to reduce polluted stormwater discharges to our waterways. The emphasis of these programs is to prevent stormwater pollution since it's much easier, and less costly, than cleaning up "after the fact."

# National Pollutant Discharge Elimination System (NPDES)

In 1987, the Federal Clean Water Act was amended to establish a framework for regulating industrial stormwater discharges under the NPDES permit program. In California, NPDES permits are issued by the State Water Resources Control Board (SWRCB) and the nine (9) Regional Water Quality Control Boards (RWQCB). In general, certain industrial facilities and manufacturing operations must obtain coverage under the Industrial Activities Storm Water General Permit if the type of facilities or operations falls into one of the several categories described in this brochure.

AR 011339

AR009334

# How Do I Know If I Need A Permit?

Following are **general descriptions** of the industry categories types that are regulated by the Industrial Activities Storm Water General Permit. Contact your local Region Water Quality Control Board to determine if your facility/operation requires coverage under the Permit.

➔ Facilities such as cement manufacturing; feedlots; fertilizer manufacturing; petroleum refining; phosphate manufacturing; steam electric power generation; coal mining; mineral mining and processing; ore mining and dressing; and asphalt emulsion;

➔ Facilities classified as lumber and wood products (except wood kitchen cabinets); pulp, paper, and paperboard mills; chemical producers (except some pharmaceutical and biological products); petroleum and coal products; leather production and products; stone, clay and glass products; primary metal industries; fabricated structural metal; ship and boat building and repairing;

➔ Active or inactive mining operations and oil and gas exploration, production, processing, or treatment operations;

➔ Hazardous waste treatment, storage, or disposal facilities;

➔ Landfills, land application sites and open dumps that receive or have received any industrial waste; unless there is a new overlying land use such as a golf course, park, etc., and there is no discharge associated with the landfill;

➔ Facilities involved in the recycling of materials, including metal scrap yards, battery reclaimers, salvage yards, and automobile junkyards;

➔ Steam electric power generating facilities, facilities that generate steam for electric power by combustion;

➔ Transportation facilities that have vehicle maintenance shops, fueling facilities, equipment cleaning operations, or airport deicing operations. This includes school bus maintenance facilities operated by a school district;

➔ Sewage treatment facilities;

➔ Facilities that have areas where material handling equipment or activities, raw materials, intermediate products, final products, waste materials, by-products, or industrial machinery are exposed to storm water.

## How do I obtain coverage under the Industrial Activities Storm Water General Permit?

Obtain a permit application package from your local Regional Water Quality Control Board listed on the back of this brochure or the State Water Resources Control Board (SWRCB). Submit a completed Notice of Intent (NOI) form, site map and the appropriate fee ($250 or $500) to the SWRCB. Facilities must submit an NOI thirty (30) days prior to beginning operation. Once you submit the NOI, the State Board will send you a letter acknowledging receipt of your NOI and will assign your facility a waste discharge identification number (WDID No.). You will also receive an annual fee billing. These billings should roughly coincide with the date the State Board processed your original NOI submittal.

# What are the requirements of the Industrial Activities Storm Water General Permit?

The basic requirements of the Permit are:

1. The facility must eliminate any non-stormwater discharges or obtain a separate permit for such discharges.

2. The facility must develop and implement a Storm Water Pollution Prevention Plan (SWPPP). The SWPPP must identify sources of pollutants that may be exposed to stormwater. Once the sources of pollutants have been identified, the facility operator must develop and implement Best Management Practices (BMPs) to minimize or prevent polluted runoff.

   *Guidance in preparing a SWPPP is available from a document prepared by the California Storm Water Quality Task Force called the California Storm Water Best Management Practice Handbook.*

3. The facility must develop and implement a Monitoring Program that includes conducting visual observations and collecting samples of the facility's storm water discharges associated with industrial activity. The General Permit requires that the analysis be conducted by a laboratory that is certified by the State of California.

4. The facility must submit to the Regional Board, every July 1, an annual report that includes the results of its monitoring program.

*A Non-Storm Water Discharge is...* any discharge to a storm drain system that is not composed entirely of storm water. The following non-storm water discharges are authorized by the General Permit: fire hydrant flushing; potable water sources, including potable water related to the operation, maintenance, or testing of potable water systems; drinking fountain water; atmospheric condensates including refrigeration, air conditioning, and compressor condensate; irrigation drainage; landscape watering; springs; non-contaminated ground water; foundation or footing drainage; and sea water infiltration where the sea waters are discharged back into the sea water source.

*A BMP is . . .* a technique, process, activity, or structure used to reduce the pollutant content of a storm water discharge. BMPs may include simple, non-structural methods such as good housekeeping, staff training and preventive maintenance. Additionally, BMPs may include structural modifications such as the installation of berms, canopies or treatment control (e.g. setting basins, oil/water separators, etc.)



*WARNING: There are significant penalties for non-compliance: a minimum fine of $5,000 for failing to obtain permit coverage, and, up to $10,000 per day, per violation plus $10 per gallon of discharge in excess of 1,000 gallons.*

AR 011340

AR009335



# Stormwater Pollution

*What you should know for...*

## Industrial & Commercial Facilities

**Best Management Practices (BMPS) for:**
- Industrial Facilities
- Commercial Facilities

## Riverside County Stormwater Program Members

**City of Banning**
(951) 922-3105

**City of Beaumont**
(951) 769-8520

**City of Calimesa**
(909) 795-9801

**City of Canyon Lake**
(951) 244-2955

**City of Cathedral City**
(760) 770-0340

**City of Coachella**
(760) 398-3502

**City of Corona**
(951) 736-2447

**City of Desert Hot Springs**
(760) 329-6411

**City of Eastvale**
(951) 361-0900

**City of Hemet**
(951) 765-2300

**City of Indian Wells**
(760) 346-2489

**City of Indio**
(760) 391-4000

**City of Jurupa Valley**
(951) 332-6464

**City of Lake Elsinore**
(951) 674-3124

**City of La Quinta**
(760) 777-7000

**City of Menifee**
(951) 672-6777

**City of Moreno Valley**
(951) 413-3000

**City of Murrieta**
(951) 304-2489

**City of Norco**
(951) 270-5607

**City of Palm Desert**
(760) 346-0611

**City of Palm Springs**
(760) 323-8299

**City of Perris**
(951) 943-6100

**City of Rancho Mirage**
(760) 324-4511

**City of Riverside**
(951) 826-5311

**City of San Jacinto**
(951) 487-7330

**City of Temecula**
(951) 694-6444

**City of Wildomar**
(951) 677-7751

**Coachella Valley Water District**
(760) 398-2651

**County of Riverside**
(951) 955-1000

**Riverside County Flood Control District**
(951) 955-1200



AR 011341
AR009336

# YOU can prevent Stormwater Pollution following these practices...

## Industrial and Commercial Facilities

The Riverside County Stormwater Program has identified a number of Best Management Practices (BMPs) for Industrial and Commercial Facilities. These BMPs control and reduce stormwater pollutants from reaching our storm drain system and ultimately our local water bodies. City and County ordinances require businesses to use these BMPs to protect our water quality. Local cities and the County are required to verify implementation of these BMPs by performing regular facility inspections.

## Prohibited Discharges

Discontinue all non-stormwater discharges to the storm drain system. It is *prohibited* to discharge any chemicals, paints, debris, wastes or wastewater into the gutter, street or storm drain.

## Outdoor Storage BMPs

- Install covers and secondary containment areas for all hazardous materials and wastes stored outdoors in accordance with County and/or City standards.
- Keep all temporary waste containers covered, at all times when not in use.
- Sweep outdoor areas instead of using a hose or pressure washer.
- Move all process operations including vehicle/equipment maintenance inside of the building or under a covered and contained area.
- Wash equipment and vehicles in a contained and covered wash bay which is closed-loop or connected to a clarifier sized to local standards and discharged to a sanitary sewer or take them to a commercial car wash.



## Spills and Clean Up BMPs

- Keep the work site clean and orderly. Remove debris in a timely fashion. Sweep up the area.
- Clean up spills immediately when they occur, using dry clean up methods such as absorbent materials or sweep followed by proper disposal of materials.



- Always have a spill kit available near chemical loading dock doors and vehicle maintenance and fueling areas.
- Follow your Business Emergency Plan, as filed with the local Fire Department.
- Report all prohibited discharges and non-implementation of BMPs to your local Stormwater Coordinator as listed on the back of this pamphlet.
- Report hazardous materials spills to 951-358-5055 or call after hours to 951-782-2973 or, if an emergency, call the Fire Department's Haz Mat Team at 911.

## Plastic Manufacturing Facilities BMPs

AB 258 requires plastic product manufacturers to use BMPs, such as safe storage and clean-up procedures to prevent plastic pellets (nurdles) from entering the waterway. The plastic pellets are released into the environment during transporting, packaging and processing and migrate to waterways through the storm drain system. AB 258 will help protect fish and wildlife from the hazards of plastic pollution.

## Training BMPs

As prescribed by your City and County Stormwater Ordinance(s), train employees in spill procedures and prohibit non-stormwater discharges to the storm drain system. Applicable BMP examples can be found at www.cabmphandbooks.com.

## Permitting

Stormwater discharges associated with specific categories for industrial facilities are regulated by the State Water Resources Control Board through an Industrial Stormwater General Permit. A copy of this General Permit and application forms are available at: www.waterboards.ca.gov, select stormwater then the industrial quick link.

**To report illegal dumping or for more information on stormwater pollution prevention call: 1-800-506-2555 or e-mail us at: fcnpdes@rcflood.org.**

AR 011342
AR009337

## Helpful telephone numbers and links:

**Riverside County Stormwater Protection Partners**

| | |
|---|---|
| Flood Control District | (951) 955-1200 |
| County of Riverside | (951) 955-1000 |
| City of Banning | (951) 922-3105 |
| City of Beaumont | (951) 769-8520 |
| City of Calimesa | (909) 795-9801 |
| City of Canyon Lake | (951) 244-2955 |
| Cathedral City | (760) 770-0327 |
| City of Coachella | (760) 398-4978 |
| City of Corona | (951) 736-2447 |
| City of Desert Hot Springs | (760) 329-6411 |
| City of Eastvale | (951) 361-0900 |
| City of Hemet | (951) 765-2300 |
| City of Indian Wells | (760) 346-2489 |
| City of Indio | (760) 391-4000 |
| City of Lake Elsinore | (951) 674-3124 |
| City of La Quinta | (760) 777-7000 |
| City of Menifee | (951) 672-6777 |
| City of Moreno Valley | (951) 413-3000 |
| City of Murrieta | (951) 304-2489 |
| City of Norco | (951) 270-5607 |
| City of Palm Desert | (760) 346-0611 |
| City of Palm Springs | (760) 323-8299 |
| City of Perris | (951) 943-6100 |
| City of Rancho Mirage | (760) 324-4511 |
| City of Riverside | (951) 361-0900 |
| City of San Jacinto | (951) 654-7337 |
| City of Temecula | (951) 694-6444 |
| City of Wildomar | (951) 677-7751 |

**REPORT ILLEGAL STORM DRAIN DISPOSAL**
1-800-506-2555 or e-mail us at
fcnpdes@rcflood.org

- Riverside County Flood Control and Water Conservation District
www.rcflood.org

Online resources include:

- California Storm Water Quality Association
www.casqa.org

- State Water Resources Control Board
www.waterboards.ca.gov

- Power Washers of North America
www.thepwna.org

# Stormwater Pollution

*What you should know for...*

## Outdoor Cleaning Activities and Professional Mobile Service Providers



## Storm drain pollution prevention information for:

- Car Washing / Mobile Detailers
- Window and Carpet Cleaners
- Power Washers
- Waterproofers / Street Sweepers
- Equipment cleaners or degreasers and all mobile service providers

# Do you know where street flows actually go?

## Storm drains are NOT connected to sanitary sewer systems and treatment plants!


ONLY RAIN          IN THE DRAIN

The primary purpose of storm drains is to carry *rain* water away from developed areas to prevent flooding. Pollutants discharged to storm drains are transported directly into rivers, lakes and streams. Soaps, degreasers, automotive fluids, litter and a host of materials are washed off buildings, sidewalks, plazas and parking areas. Vehicles and equipment must be properly managed to prevent the pollution of local waterways.

Unintentional spills by mobile service operators can flow into storm drains and pollute our waterways. **Avoid mishaps.** *Always* have a **Spill Response Kit** on hand to clean up unintentional spills. Only emergency **Mechanical** repairs should be done in City streets, using drip pans for spills. **Plumbing** should be done on private property. Always store chemicals in a leak-proof container and keep covered when not in use. **Window/Power Washing** waste water shouldn't be released into the streets, but should be disposed of in a sanitary sewer, landscaped area or in the soil. Soiled **Carpet Cleaning** wash water should be filtered before being discharged into the sanitary sewer. Dispose of all filter debris properly. **Car Washing/Detailing** operators should wash cars on private property and use a regulated hose nozzle for water flow control and runoff prevention. Capture and dispose of waste water and chemicals properly. Remember, storm drains are for receiving rain water runoff only.

## REPORT ILLEGAL STORM DRAIN DISPOSAL 1-800-506-2555




AR 011343

AR009338

# *Help Protect Our Waterways!*
## Use these guidelines for Outdoor Cleaning Activities and Wash Water Disposal

**D**id you know that disposing of pollutants into the street, gutter, storm drain or body of water is *PROHIBITED* by law and can result in stiff penalties?

## Best Management Practices

Waste wash water from Mechanics, Plumbers, Window/Power Washers, Carpet Cleaners, Car Washing and Mobile Detailing activities may contain significant quantities of motor oil, grease, chemicals, dirt, detergents, brake pad dust, litter and other materials.

Best Management Practices, or BMPs as they are known, are guides to prevent pollutants from entering the storm drains. *Each of us* can do our part to keep stormwater clean by using the suggested BMPs below:

## Simple solutions for both light and heavy duty jobs:

**Do...**consider dry cleaning methods first such as a mop, broom, rag or wire brush. Always keep a spill response kit on site.

**Do...**prepare the work area before power cleaning by using sand bags, rubber mats, vacuum booms, containment pads or temporary berms to keep wash water away from the gutters and storm drains.

**Do...**use vacuums or other machines to remove and collect loose debris or litter before applying water.

**Do...**obtain the property owner's permission to dispose of *small amounts* of power washing waste water on to landscaped, gravel or unpaved surfaces.

**Do...**check your local sanitary sewer agency's policies on wash water disposal regulations before disposing of wash water into the sewer.  (See list on reverse side)

**Do...**be aware that if discharging to landscape areas, soapy wash water may damage landscaping. Residual wash water may remain on paved surfaces to evaporate.  Sweep up solid residuals and dispose of properly. Vacuum booms are another option for capturing and collecting wash water.

**Do...**check to see if local ordinances prevent certain activities.

**Do not let...**wash or waste water from sidewalk, plaza or building cleaning go into a street or storm drain.



ONLY RAIN DOWN THE STORM DRAIN

**Report illegal storm drain disposal**
**Call Toll Free**
**1-800-506-2555**

## Using Cleaning Agents

Try using biodegradable/phosphate-free products. They are easier on the environment, but don't confuse them with being toxic free.  Soapy water entering the storm drain system *can* impact the delicate aquatic environment.



When cleaning surfaces with a *high-pressure washer* or *steam cleaner*, additional precautions should be taken to prevent the discharge of pollutants into the storm drain system.  These two methods of surface cleaning can loosen additional material that can contaminate local waterways.

## Think Water Conservation

Minimize water use by using high pressure, low volume nozzles.  Be sure to check all hoses for leaks. Water is a precious resource, don't let it flow freely and be sure to shut it off in between uses.

## Screening Wash Water

Conduct thorough dry cleanup before washing exterior surfaces, such as buildings and decks *with loose paint*, sidewalks or plaza areas.  Keep debris from entering the storm drain after cleaning by first passing the wash water through a "20 mesh" or finer screen to catch the solid materials, then dispose of the mesh in a refuse container.  Do not let the remaining wash water enter a street, gutter or storm drain.

## Drain Inlet Protection & Collection of Wash Water

- Prior to any washing, block all storm drains with an impervious barrier such as sandbags or berms, or seal the storm drain with plugs or other appropriate materials.
- Create a containment area with berms and traps or take advantage of a low spot to keep wash water contained.
- Wash vehicles and equipment on grassy or gravel areas so that the wash water can seep into the ground.
- Pump or vacuum up all wash water in the contained area.

## Concrete/Coring/Saw Cutting and Drilling Projects

Protect any down-gradient inlets by using dry activity techniques whenever possible. If water is used, minimize the amount of water used during the coring/drilling or saw cutting process. Place a barrier of sandbags and/or absorbent berms to protect the storm drain inlet or watercourse. Use a shovel or wet vacuum to remove the residue from the pavement. Do not wash residue or particulate matter into a storm drain inlet or watercourse.

AR 011344

AR009339

# IRRIGATION RUNOFF

STORMWATER FACT SHEET



**Report  Irrigation Runoff or Stormwater Pollution:**
**800.506.2555**

RIVERSIDE COUNTY
WATERSHED PROTECTION

## OVERWATERING

Overwatering causes irrigation runoff that may contain pollutants such as pesticides, herbicides, fertilizers, pet waste, yard waste, and sediments which can be hazardous to residents and harmful to our environment. Runoff can also serve as a transport mechanism for other pollutants already on the ground or in the curb gutter. Irrigation runoff entering the storm drain system is an illicit discharge.

## BEST PRACTICES

Urban runoff begins when yards and landscaped areas are over-irrigated. Irrigation systems require regular maintenance and visual inspection of the system should be performed to prevent over-spray, leaks, and other problems that result in runoff to storm drains, curbs and gutters.



You can **prevent pollution** by conserving water on your property. Water during cooler times of the day (before 10am and after 6pm).
- Adjust sprinklers to stop overspray and runoff.
- Make needed repairs immediately.
- Use drip irrigation, soaker hoses, or micro-spray systems.
- Use an irrigation timer to pre-set watering times.
- Use a control nozzle or similar mechanism when watering
  by hand.
- Switch to a water-wise landscape - native plants need less
  fertilizers, herbicides, pesticides and water.



## PROTECT OUR WATERSHED

Many people think that when water flows into a storm drain it is treated, but the storm drain system and the sanitary sewer system are not connected. Everything that enters storm drains flows untreated directly into our creeks, rivers, lakes, beaches and ultimately the ocean. Storm water often contains pollutants, including chemicals, trash, and automobile fluids, all of which pollute our watershed and harm fish and wildlife.

Whether at home or work, you can help reduce pollution and improve water quality by using the above Best Management Practices (BMP's) as part of your daily clean up and maintenance routine.



AR 011345

AR009340





Thienes Engineering, Inc.
CIVIL ENGINEERING • LAND SURVEYING
14349 FIRESTONE BOULEVARD
LA MIRADA, CALIFORNIA 90638
PH.(714)521-4811 FAX(714)521-4173

SAMPLE  STENCIL

PER  BMP  SD−13

AR 011346

# Gravity Separators                           MP-51

## General Description

Gravity separators: (alternatively, swirl concentrators, swirl or vortex separators, or hydrodynamic separators) are gravity separators, and in principle are essentially wet vaults. The difference from wet vaults, however, is that the gravity separator is round, rather than rectangular, and the water moves in a centrifugal fashion before exiting. By having the water move in a circular fashion, rather than a straight line as is the case with a standard wet vault, it is possible to obtain significant removal of suspended sediments and attached pollutants with less space. They can provide effective pretreatment when paired with filtration devices, such as media filters or bioretention systems.

Gravity separators were originally developed for combined sewer overflows (CSOs), where they are used primarily to remove coarse inorganic solids. Gravity separation has been adapted to stormwater treatment by several manufacturers.

## Inspection/Maintenance Considerations

Gravity separators require routine removal of accumulated sediment, trash, and debris. As some of the systems have standing water that remains between storms, gravity separators can become a nuisance due to mosquito breeding. Also, a loss of dissolved pollutants may occur as accumulated organic matter (e.g., leaves) decomposes in the units.

### Advanced BMPs Covered



### Maintenance Concerns

- *Sediment, Trash, and Debris Accumulations*
- *Vector Control*

### Targeted Constituents*

| | |
|---|---|
| Sediment | ✓ |
| Nutrients | ✓ |
| Trash | ✓ |
| Metals | ✓ |
| Bacteria | |
| Oil and Grease | |
| Organics | |

*Removal Effectiveness varies for different manufacturer designs. See New Development and Redevelopment Handbook-Section 5 for more information.*



September 2014     California Stormwater BMP Handbook     1 of 3
Industrial and Commercial
www.casqa.org

AR 011347
AR009342

# Gravity Separators                                        MP-51

| Inspection Activities | Suggested Frequency |
|---|---|
| ☐ Inspect the unit twice during the first wet season of operation, setting the cleaning frequency accordingly. | Post construction |
| ☐ Inspect for floating debris, sediment buildup, and accumulated petroleum products. | Annual |
| ☐ Contact the local mosquito and vector control agency if mosquito breeding is observed or suspected. | As needed |
| **Maintenance Activities** | **Suggested Frequency** |
| ☐ Remove sediment that has accumulated in the vault after construction in the drainage area is complete. | Post construction |
| ☐ The recommended frequency of cleaning differs with the manufacturer, ranging from one to two years.<br>☐ Maintenance consists of the removal of accumulated material with a vactor truck. It may be necessary to remove and dispose the floatables separately due to the presence of petroleum product.  Annual maintenance is typical. | Annual, or per manufacturers recommendations |
| ☐ Remove floating debris and accumulated petroleum products as needed.  Floating oil should be removed from wet vaults that are used as oil/water separators when oil accumulation exceeds one inch. | Annual, or more frequent as needed |

## References

California Department of Transportation. *Treatment BMP Technology Report (CTSW-RT-09-239.06),* April, 2010. http://www.dot.ca.gov/hq/env/stormwater/pdf/CTSW-RT-09-239-06.pdf.

California Stormwater Quality Association. *Stormwater Best Management Practice Handbook, New Development and Redevelopment*, 2003. https://www.casqa.org/resources/bmp-handbooks/new-development-redevelopment-bmp-handbook.

Orange County Stormwater Program. Technical Guidance Document BMP Fact Sheets. http://media.ocgov.com/gov/pw/watersheds/documents/wqmp/tgd/technical_guidance_document_bmp_fact_sheets.asp.

San Francisco Public Utilities Commission, et al. San Francisco Stormwater Design Guidelines. Appendix A, Stormwater BMP Fact Sheets, June, 2010. http://www.sfwater.org/modules/showdocument.aspx?documentid=2778.

Tahoe Regional Planning Agency. Best Management Practices Handbook, 2012. http://www.tahoebmp.org/Documents/2012%20BMP%20Handbook.pdf.

U.S. Environmental Protection Agency, Post-Construction Stormwater Management in New Development and Redevelopment. BMP Fact Sheets.  Available at: http://cfpub.epa.gov/npdes/stormwater/menuofbmps/index.cfm?action=min_measure&min_measure_id=5.

AR 011348
AR009343

# Gravity Separators                              MP-51

Ventura Countywide Stormwater Quality Management Program. *Technical Guidance Manual for Stormwater Quality Control Measures,* May, 2010. http://www.vcstormwater.org/documents/workproducts/technicalguidancemanual/2010revisions/Ventura%20Technical%20Guidance%20Document_5-6-10.pdf.

AR 011349
AR009344



# CDS® Inspection and Maintenance Guide





AR 011350

AR009345

## Maintenance

The CDS system should be inspected at regular intervals and maintained when necessary to ensure optimum performance. The rate at which the system collects pollutants will depend more heavily on site activities than the size of the unit. For example, unstable soils or heavy winter sanding will cause the grit chamber to fill more quickly but regular sweeping of paved surfaces will slow accumulation.

## Inspection

Inspection is the key to effective maintenance and is easily performed. Pollutant transport and deposition may vary from year to year and regular inspections will help ensure that the system is cleaned out at the appropriate time. At a minimum, inspections should be performed twice per year (e.g. spring and fall) however more frequent inspections may be necessary in climates where winter sanding operations may lead to rapid accumulations, or in equipment washdown areas. Installations should also be inspected more frequently where excessive amounts of trash are expected.

The visual inspection should ascertain that the system components are in working order and that there are no blockages or obstructions in the inlet and separation screen. The inspection should also quantify the accumulation of hydrocarbons, trash, and sediment in the system. Measuring pollutant accumulation can be done with a calibrated dipstick, tape measure or other measuring instrument. If absorbent material is used for enhanced removal of hydrocarbons, the level of discoloration of the sorbent material should also be identified during inspection. It is useful and often required as part of an operating permit to keep a record of each inspection. A simple form for doing so is provided.

Access to the CDS unit is typically achieved through two manhole access covers. One opening allows for inspection and cleanout of the separation chamber (cylinder and screen) and isolated sump. The other allows for inspection and cleanout of sediment captured and retained outside the screen. For deep units, a single manhole access point would allows both sump cleanout and access outside the screen.

The CDS system should be cleaned when the level of sediment has reached 75% of capacity in the isolated sump or when an appreciable level of hydrocarbons and trash has accumulated. If absorbent material is used, it should be replaced when significant discoloration has occurred. Performance will not be impacted until 100% of the sump capacity is exceeded however it is recommended that the system be cleaned prior to that for easier removal of sediment. The level of sediment is easily determined by measuring from finished grade down to the top of the sediment pile. To avoid underestimating the level of sediment in the chamber, the measuring device must be lowered to the top of the sediment pile carefully. Particles at the top of the pile typically offer less resistance to the end of the rod than consolidated particles toward the bottom of the pile. Once this measurement is recorded, it should be compared to the as-built drawing for the unit to determine weather the height of the sediment pile off the bottom of the sump floor exceeds 75% of the total height of isolated sump.

## Cleaning

Cleaning of a CDS systems should be done during dry weather conditions when no flow is entering the system. The use of a vacuum truck is generally the most effective and convenient method of removing pollutants from the system. Simply remove the manhole covers and insert the vacuum hose into the sump. The system should be completely drained down and the sump fully evacuated of sediment. The area outside the screen should also be cleaned out if pollutant build-up exists in this area.

In installations where the risk of petroleum spills is small, liquid contaminants may not accumulate as quickly as sediment. However, the system should be cleaned out immediately in the event of an oil or gasoline spill should be cleaned out immediately. Motor oil and other hydrocarbons that accumulate on a more routine basis should be removed when an appreciable layer has been captured. To remove these pollutants, it may be preferable to use absorbent pads since they are usually less expensive to dispose than the oil/water emulsion that may be created by vacuuming the oily layer. Trash and debris can be netted out to separate it from the other pollutants. The screen should be power washed to ensure it is free of trash and debris.

Manhole covers should be securely seated following cleaning activities to prevent leakage of runoff into the system from above and also to ensure that proper safety precautions have been followed. Confined space entry procedures need to be followed if physical access is required. Disposal of all material removed from the CDS system should be done in accordance with local regulations. In many jurisdictions, disposal of the sediments may be handled in the same manner as the disposal of sediments removed from catch basins or deep sump manholes.



| CDS Model | Diameter | | Distance from Water Surface to Top of Sediment Pile | | Sediment Storage Capacity | |
|---|---|---|---|---|---|---|
| | ft | m | ft | m | yd3 | m3 |
| CDS2015-4 | 4 | 1.2 | 3.0 | 0.9 | 0.5 | 0.4 |
| CDS2015 | 5 | 1.5 | 3.0 | 0.9 | 1.3 | 1.0 |
| CDS2020 | 5 | 1.5 | 3.5 | 1.1 | 1.3 | 1.0 |
| CDS2025 | 5 | 1.5 | 4.0 | 1.2 | 1.3 | 1.0 |
| CDS3020 | 6 | 1.8 | 4.0 | 1.2 | 2.1 | 1.6 |
| CDS3030 | 6 | 1.8 | 4.6 | 1.4 | 2.1 | 1.6 |
| CDS3035 | 6 | 1.8 | 5.0 | 1.5 | 2.1 | 1.6 |
| CDS4030 | 8 | 2.4 | 4.6 | 1.4 | 5.6 | 4.3 |
| CDS4040 | 8 | 2.4 | 5.7 | 1.7 | 5.6 | 4.3 |
| CDS4045 | 8 | 2.4 | 6.2 | 1.9 | 5.6 | 4.3 |

Table 1: CDS Maintenance Indicators and Sediment Storage Capacities



**Support**
• Drawings and specifications are available at www.contechstormwater.com.
• Site-specific design support is available from our engineers.
©2014 Contech Engineered Solutions LLC

Contech Engineered Solutions LLC provides site solutions for the civil engineering industry. Contech's portfolio includes bridges, drainage, sanitary sewer, stormwater, earth stabilization and wastewater treament products. For information, visit www.ContechES.com or call 800.338.1122

NOTHING IN THIS CATALOG SHOULD BE CONSTRUED AS AN EXPRESSED WARRANTY OR AN IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR  PURPOSE. SEE THE CONTECH STANDARD CONDITION OF SALES (VIEWABLE AT WWW.CONTECHES.COM/ COS) FOR MORE INFORMATION.

The product(s) described may be protected by one or more of the following US patents: 5,322,629; 5,624,576; 5,707,527; 5,759,415; 5,788,848; 5,985,157; 6,027,639; 6,350,374; 6,406,218; 6,641,720; 6,511,595; 6,649,048; 6,991,114; 6,998,038; 7,186,058; 7,296,692; 7,297,266; 7,517,450 related foreign patents or other patents pending.

cdsMaintenance 07/14



800.925.5240
www.ContechES.com
AR 011352

AR009347

## CDS Inspection & Maintenance Log

CDS Model: _____    Location: _____

| Date | Water depth to sediment[1] | Floatable Layer Thickness[2] | Describe Maintenance Performed | Maintenance Personnel | Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1.  The water depth to sediment is determined by taking two measurements with a stadia rod: one measurement from the manhole opening to the top of the sediment pile and the other from the manhole opening to the water surface.  If the difference between these measurements is less than the values listed in table 1 the system should be cleaned out.  **Note: to avoid underestimating the volume of sediment in the chamber, the measuring device must be carefully lowered to the top of the sediment pile.**

2.  For optimum performance, the system should be cleaned out when the floating hydrocarbon layer accumulates to an appreciable thickness. In the event of an oil spill, the system should be cleaned immediately.

**AR 011353**

**AR009348**





# Contech® CMP Detention & Infiltration Maintenance Guide





AR 011354
AR009349

**Contech® CMP Detention**

## Maintenance

Underground storm water detention and retention systems should be inspected at regular intervals and maintained when necessary to ensure optimum performance. The rate at which the system collects pollutants will depend more heavily on site activities than the size or configuration of the system.

## Inspection

Inspection is the key to effective maintenance and is easily performed. CONTECH recommends ongoing quarterly inspections of the accumulated sediment. Sediment deposition and transport may vary from year to year and quarterly inspections will help insure that systems are cleaned out at the appropriate time. Inspections should be performed more often in the winter months in climates where sanding operations may lead to rapid accumulations, or in equipment washdown areas. It is very useful to keep a record of each inspection. A sample inspection log is included for your use.

Systems should be cleaned when inspection reveals that accumulated sediment or trash is clogging the discharge orifice. CONTECH suggests that all systems be designed with an access/inspection manhole situated at or near the inlet and the outlet orifice. Should it be necessary to get inside the system to perform maintenance activities, all appropriate precautions regarding confined space entry and OSHA regulations should be followed.

## Cleaning

Maintaining an underground detention or retention system is easiest when there is no flow entering the system. For this reason, it is a good idea to schedule the cleanout during dry weather.

Accumulated sediment and trash can typically be evacuated through the manhole over the outlet orifice. If maintenance is not performed as recommended, sediment and trash may accumulate in front of the outlet orifice. Manhole covers should be securely seated following cleaning activities.

**AR 011355**

**AR009350**

## Inspection & Maintenance Log Sample Template

| _____" Diameter System | | | Location: Anywhere, USA | | |
|---|---|---|---|---|---|
| Date | Depth of Sediment | Accumulated Trash | Maintenance Performed | Maintenance Personnel | Comments |
| 12/01/10 | 2" | None | Removed Sediment | B. Johnson | Installed |
| 03/01/11 | 1" | Some | Removed Sediment and Trash | B. Johnson | Swept parking lot |
| 06/01/11 | 0" | None | None | | |
| 09/01/11 | 0" | Heavy | Removed Trash | S. Riley | |
| 12/01/11 | 1" | None | Removed Sediment | S. Riley | |
| 04/01/12 | 0" | None | None | S. Riley | |
| 04/15/01 | 2 | Some | Removed Sediment and Trash | ACE Environmental Services | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**AR 011356**
3

**AR009351**



## Support

Drawings and specifications are available at www.ContechES.com.

Site-specific support is available from our engineers.

800.338.1122
www.ContechES.com

©2014 Contech Engineered Solutions LLC

Contech Engineered Solutions LLC provides site solutions for the civil engineering industry. Contech's portfolio includes bridges, drainage, sanitary sewer, stormwater, earth stabilization and wastewater treament products. For information, visit www.ContechES.com or call 800.338.1122.

NOTHING IN THIS CATALOG SHOULD BE CONSTRUED AS AN EXPRESSED WARRANTY OR AN IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR  PURPOSE. SEE THE CONTECH STANDARD CONDITION OF SALES (VIEWABLE AT WWW.CONTECHES.COM/COS) FOR MORE INFORMATION.

AR 011357

AR009352

# Operation & Maintenance (OM) Manual v01





AR 011358

AR009353



# Table of Contents

## Overview
- Filterra® General Description
- Filterra® Schematic
- Basic Operations
- Design

## Maintenance
- Maintenance Overview
  » Why Maintain?
  » When to Maintain?
- Exclusion of Services
- Maintenance Visit Summary
- Maintenance Tools, Safety Equipment and Supplies
- Maintenance Visit Procedure
- Maintenance Checklist

## Resources
- *Example Filterra Project Maintenance Report Sheet*
- *Example Filterra Structure Maintenance Report Sheet*
- Filterra® Warranty
- *Drawing FTST-2: Filterra Standard Configuration Detail*
- *Drawing FTNL-3: Filterra Narrow Length Configuration Detail*
- *Drawing FTNW-3: Filterra Narrow Width Configuration Detail*



# General Description

The following general specifications describe the general operations and maintenance requirements for the Contech Engineered Solutions LLC stormwater bioretention filtration system, the Filterra®. The system utilizes physical, chemical and biological mechanisms of a soil, plant and microbe complex to remove pollutants typically found in urban stormwater runoff. The treatment system is a fully equipped, pre-constructed drop-in place unit designed for applications in the urban landscape to treat contaminated runoff.



Stormwater flows through a specially designed filter media mixture contained in a landscaped concrete container. The mixture immobilizes pollutants which are then decomposed, volatilized and incorporated into the biomass of the Filterra® system's micro/macro fauna and flora. Stormwater runoff flows through the media and into an underdrain system at the bottom of the container, where the treated water is discharged. Higher flows bypass the Filterra® to a downstream inlet or outfall. Maintenance is a simple, inexpensive and safe operation that does not require confined space access, pumping or vacuum equipment or specialized tools. Properly trained landscape personnel can effectively maintain Filterra® Stormwater systems by following instructions in this manual.

AR 011360
AR009355

# Basic Operations

Filterra® is a bioretention system in a concrete box. Contaminated stormwater runoff enters the filter box through the curb inlet spreading over the 3-inch layer of mulch on the surface of the filter media. As the water passes through the mulch layer, most of the larger sediment particles and heavy metals are removed through sedimentation and chemical reactions with the organic material in the mulch. Water passes through the soil media where the finer particles are removed and other chemical reactions take place to immobilize and capture pollutants in the soil media. The cleansed water passes into an underdrain and flows to a pipe system or other appropriate discharge point. Once the pollutants are in the soil, the bacteria begin to break down and metabolize the materials and the plants begin to uptake and metabolize the pollutants. Some pollutants such as heavy metals, which are chemically bound to organic particles in the mulch, are released over time as the organic matter decomposes to release the metals to the feeder roots of the plants and the cells of the bacteria in the soil where they remain and are recycled. Other pollutants such as phosphorus are chemically bound to the soil particles and released slowly back to the plants and bacteria and used in their metabolic processes. Nitrogen goes through a very complex variety of biochemical processes where it can ultimately end up in the plant/bacteria biomass, turned to nitrogen gas or dissolves back into the water column as nitrates depending on soil temperature, pH and the availability of oxygen. The pollutants ultimately are retained in the mulch, soil and biomass with some passing out of the system into the air or back into the water.

## Design and Installation

Each project presents different scopes for the use of Filterra® systems. To ensure the safe and specified function of the stormwater BMP, Contech reviews each application before supply. Information and help may be provided to the design engineer during the planning process. Correct Filterra® box sizing (by rainfall region) is essential to predict pollutant removal rates for a given area. The engineer shall submit calculations for approval by the local jurisdiction. The contractor is responsible for the correct installation of Filterra units as shown in approved plans. A comprehensive installation manual is available at www.conteches.com.

# Maintenance

## Why Maintain?

All stormwater treatment systems require maintenance for effective operation. This necessity is often incorporated in your property's permitting process as a legally binding BMP maintenance agreement.

- Avoid legal challenges from your jurisdiction's maintenance enforcement program.

- Prolong the expected lifespan of your Filterra media.

- Avoid more costly media replacement.

- Help reduce pollutant loads leaving your property.

Simple maintenance of the Filterra® is required to continue effective pollutant removal from stormwater runoff before discharge into downstream waters. This procedure will also extend the longevity of the living biofilter system. The unit will recycle and accumulate pollutants within the biomass, but is also subjected to other materials entering the throat. This may include trash, silt and leaves etc. which will be contained within the void below the top grate and above the mulch layer. Too much silt may inhibit the Filterra's® flow rate, which is the reason for site stabilization before activation. Regular replacement of the mulch stops accumulation of such sediment.

## When to Maintain?

Contech includes a 1-year maintenance plan with each system purchase. Annual included maintenance consists of a maximum of two (2) scheduled visits. Additional maintenance may be required depending on sediment and trash loading (by Owner or at additional cost). The start of the maintenance plan begins when the system is activated for full operation. Full operation is defined as the unit installed, curb and gutter and transitions in place and activation (by Supplier) when mulch and plant are added and temporary throat protection removed.

Activation cannot be carried out until the site is fully stabilized (full landscaping, grass cover, final paving and street sweeping completed). Maintenance visits are scheduled seasonally; the spring visit aims to clean up after winter loads including salts and sands while the fall visit helps the system by removing excessive leaf litter.

It has been found that in regions which receive between 30-50 inches of annual rainfall, (2) two visits are generally required; regions with less rainfall often only require (1) one visit per annum. Varying land uses can affect maintenance frequency; e.g. some fast food restaurants require more frequent trash removal. Contributing drainage areas which are subject to new development wherein the recommended erosion and sediment control measures have not been implemented may require additional maintenance visits.

Some sites may be subjected to extreme sediment or trash loads, requiring more frequent maintenance visits. This is the reason for detailed notes of maintenance actions per unit, helping the Supplier and Owner predict future maintenance frequencies, reflecting individual site conditions.

Owners must promptly notify the (maintenance) Supplier of any damage to the plant(s), which constitute(s) an integral part of the bioretention technology. Owners should also advise other landscape or maintenance contractors to leave all maintenance to the Supplier (i.e. no pruning or fertilizing).

## Exclusion of Services

It is the responsibility of the owner to provide adequate irrigation when necessary to the plant of the Filterra® system.

Clean up due to major contamination such as oils, chemicals, toxic spills, etc. will result in additional costs and are not covered under the Supplier maintenance contract. Should a major contamination event occur the Owner must block off the outlet pipe of the Filterra® (where the cleaned runoff drains to, such as drop inlet) and block off the throat of the Filterra®. The Supplier should be informed immediately.

## Maintenance Visit Summary

Each maintenance visit consists of the following simple tasks (detailed instructions below).

1. Inspection of Filterra® and surrounding area
2. Removal of tree grate and erosion control stones
3. Removal of debris, trash and mulch
4. Mulch replacement
5. Plant health evaluation and pruning or replacement as necessary
6. Clean area around Filterra®
7. Complete paperwork

## Maintenance Tools, Safety Equipment and Supplies

Ideal tools include: camera, bucket, shovel, broom, pruners, hoe/rake, and tape measure. Appropriate Personal Protective Equipment (PPE) should be used in accordance with local or company procedures. This may include impervious gloves where the type of trash is unknown, high visibility clothing and barricades when working in close proximity to traffic and also safety hats and shoes. A T-Bar or crowbar should be used for moving the tree grates (up to 170 lbs ea.). Most visits require minor trash removal and a full replacement of mulch. See below for actual number of bagged mulch that is required in each unit size. Mulch should be a double shredded, hardwood variety; do not use colored or dyed mulch. Some visits may require additional Filterra® engineered soil media available from the Supplier.

| Box Length | Box Width | Filter Surface Area (ft$^2$) | Volume at 3" (ft$^3$) | # of 2 ft$^3$ Mulch Bags |
|---|---|---|---|---|
| 4 | 4 | 4 | 4 | 2 |
| 6 | 4 | 6 | 6 | 3 |
| 8 | 4 | 8 | 8 | 4 |
| 6 | 6 | 9 | 9 | 5 |
| 8 | 6 | 12 | 12 | 6 |
| 10 | 6 | 15 | 15 | 8 |
| 12 | 6 | 18 | 18 | 9 |
| 13 | 7 | 23 | 23 | 12 |

AR009357

# Maintenance Visit Procedure

Keep sufficient documentation of maintenance actions to predict location specific maintenance frequencies and needs. An example Maintenance Report is included in this manual.



## 1. Inspection of Filterra® and surrounding area
- Record individual unit before maintenance with photograph (numbered). Record on Maintenance Report (see example in this document) the following:

Record on Maintenance Report the following:

| | |
|---|---|
| Standing Water | yes \| no |
| Damage to Box Structure | yes \| no |
| Damage to Grate | yes \| no |
| Is Bypass Clear | yes \| no |

If yes answered to any of these observations, record with close-up photograph (numbered).

## 2. Removal of tree grate and erosion control stones
- Remove cast iron grates for access into Filterra® box.
- Dig out silt (if any) and mulch and remove trash & foreign items.

Record on Maintenance Report the following:

| | |
|---|---|
| Silt/Clay | yes \| no |
| Cups/ Bags | yes \| no |
| Leaves | yes \| no |
| # of Buckets Removed | _____ |



## 3. Removal of debris, trash and mulch
- After removal of mulch and debris, measure distance from the top of the Filterra® engineered media soil to the bottom of the top slab. If this distance is greater than 12", add Filterra® media (not top soil or other) to recharge to a 9" distance

Record on Maintenance Report the following:

| | |
|---|---|
| Distance of Bottom of Top Slab (inches) | _____ |
| # of Buckets of Media Added | _____ |

AR 011363

AR009358



### 4. Mulch replacement

- Please see mulch specifications.
- Add double shredded mulch evenly across the entire unit to a depth of 3".
- Ensure correct repositioning of erosion control stones by the Filterra® inlet to allow for entry of trash during a storm event.
- Replace Filterra® grates correctly using appropriate lifting or moving tools, taking care not to damage the plant.



### 5. Plant health evaluation and pruning or replacement as necessary

- Examine the plant's health and replace if dead.
- Prune as necessary to encourage growth in the correct directions



Record on Maintenance Report the following:

| | |
|---|---|
| Height above Grate | (Feet) |
| Width at Widest Point | (feet) |
| Health | alive │ dead |
| Damage to Plant | yes │ no |
| Plant Replaced | yes │ no |



### 6. Clean area around Filterra®

- Clean area around unit and remove all refuse to be disposed of appropriately.



### 7. Complete paperwork

- Deliver Maintenance Report and photographs to appropriate location (normally Contech during maintenance contract period).
- Some jurisdictions may require submission of maintenance reports in accordance with approvals. It is the responsibility of the Owner to comply with local regulations.

**AR009359**

# Maintenance Checklist

| Drainage System Failure | Problem | Conditions to Check | Condition that Should Exist | Actions |
|---|---|---|---|---|
| Inlet | Excessive sediment or trash accumulation. | Accumulated sediments or trash impair free flow of water into Filterra. | Inlet should be free of obstructions allowing free distributed flow of water into Filterra. | Sediments and/or trash should be removed. |
| Mulch Cover | Trash and floatable debris accumulation. | Excessive trash and/or debris accumulation. | Minimal trash or other debris on mulch cover. | Trash and debris should be removed and mulch cover raked level. Ensure bark nugget mulch is not used. |
| Mulch Cover | "Ponding" of water on mulch cover. | "Ponding" in unit could be indicative of clogging due to excessive fine sediment accumulation or spill of petroleum oils. | Stormwater should drain freely and evenly through mulch cover. | Recommend contact manufacturer and replace mulch as a minimum. |
| Vegetation | Plants not growing or in poor condition. | Soil/mulch too wet, evidence of spill. Incorrect plant selection. Pest infestation. Vandalism to plants. | Plants should be healthy and pest free. | Contact manufacturer for advice. |
| Vegetation | Plant growth excessive. | Plants should be appropriate to the species and location of Filterra. | | Trim/prune plants in accordance with typical landscaping and safety needs. |
| Structure | Structure has visible cracks. | Cracks wider than 1/2 inch or evidence of soil particles entering the structure through the cracks. | | Vault should be repaired. |

*Maintenance is ideally to be performed twice annually.*



# Non-Stormwater Discharges                    SC-10



Protect the Bay

Used Oil

Waste Paint

=

Use the Household Waste Treatment Facility

Art Credit: Margie Winter

**Objectives**

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

## Description

Non-stormwater discharges are those flows that do not consist entirely of stormwater. Some non-stormwater discharges do not include pollutants and may be discharged to the storm drain. These include uncontaminated groundwater and natural springs. There are also some non-stormwater discharges that typically do not contain pollutants and may be discharged to the storm drain with conditions. These include car washing, air conditioner condensate, etc. However there are certain non-stormwater discharges that pose environmental concern. These discharges may originate from illegal dumping or from internal floor drains, appliances, industrial processes, sinks, and toilets that are connected to the nearby storm drainage system. These discharges (which may include: process waste waters, cooling waters, wash waters, and sanitary wastewater) can carry substances such as paint, oil, fuel and other automotive fluids, chemicals and other pollutants into storm drains. They can generally be detected through a combination of detection and elimination. The ultimate goal is to effectively eliminate non-stormwater discharges to the stormwater drainage system through implementation of measures to detect, correct, and enforce against illicit connections and illegal discharges of pollutants on streets and into the storm drain system and creeks.

## Approach

Initially the industry must make an assessment of non-stormwater discharges to determine which types must be eliminated or addressed through BMPs. The focus of the following approach is in the elimination of non-stormwater discharges.

### Targeted Constituents

| Constituent | |
|---|---|
| Sediment | |
| Nutrients | ✓ |
| Trash | |
| Metals | ✓ |
| Bacteria | ✓ |
| Oil and Grease | ✓ |
| Organics | ✓ |



CASQA
California
Stormwater
Quality
Association

January 2003

*California Stormwater BMP Handbook*
*Industrial and Commercial*
www.cabmphandbooks.com

1 of 6

AR 011366
AR009361

# SC-10       Non-Stormwater Discharges

## Pollution Prevention

- Ensure that used oil, used antifreeze, and hazardous chemical recycling programs are being implemented.  Encourage litter control.

## Suggested Protocols

*Recommended Complaint Investigation Equipment*

- Field Screening Analysis

    - pH paper or meter

    - Commercial stormwater pollutant screening kit that can detect for reactive phosphorus, nitrate nitrogen, ammonium nitrogen, specific conductance, and turbidity

    - Sample jars

    - Sample collection pole

    - A tool to remove access hole covers

- Laboratory Analysis

    - Sample cooler

    - Ice

    - Sample jars and labels

    - Chain of custody forms

- Documentation

    - Camera

    - Notebook

    - Pens

    - Notice of Violation forms

    - Educational materials

*General*

- Develop clear protocols and lines of communication for effectively prohibiting non-stormwater discharges, especially those that are not classified as hazardous.  These are often not responded to as effectively as they need to be.

- Stencil or demarcate storm drains, where applicable, to prevent illegal disposal of pollutants. Storm drain inlets should have messages such as "Dump No Waste Drains to Stream" stenciled or demarcated next to them to warn against ignorant or intentional dumping of pollutants into the storm drainage system.

2 of 6      California Stormwater BMP Handbook      January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011367
AR009362

# Non-Stormwater Discharges                SC-10

- See SC44 Stormwater Drainage System Maintenance for additional information.

*Illicit Connections*
- Locate discharges from the industrial storm drainage system to the municipal storm drain system through review of "as-built" piping schematics.

- Isolate problem areas and plug illicit discharge points.

- Locate and evaluate all discharges to the industrial storm drain system.

*Visual Inspection and Inventory*
- Inventory and inspect each discharge point during dry weather.

- Keep in mind that drainage from a storm event can continue for a day or two following the end of a storm and groundwater may infiltrate the underground stormwater collection system. Also, non-stormwater discharges are often intermittent and may require periodic inspections.

*Review Infield Piping*
- A review of the "as-built" piping schematic is a way to determine if there are any connections to the stormwater collection system.

- Inspect the path of floor drains in older buildings.

*Smoke Testing*
- Smoke testing of wastewater and stormwater collection systems is used to detect connections between the two systems.

- During dry weather the stormwater collection system is filled with smoke and then traced to sources. The appearance of smoke at the base of a toilet indicates that there may be a connection between the sanitary and the stormwater system.

*Dye Testing*
- A dye test can be performed by simply releasing a dye into either your sanitary or process wastewater system and examining the discharge points from the stormwater collection system for discoloration.

*TV Inspection of Drainage System*
- TV Cameras can be employed to visually identify illicit connections to the industrial storm drainage system.

*Illegal Dumping*
- Regularly inspect and clean up hot spots and other storm drainage areas where illegal dumping and disposal occurs.

- On paved surfaces, clean up spills with as little water as possible. Use a rag for small spills, a damp mop for general cleanup, and absorbent material for larger spills. If the spilled material is hazardous, then the used cleanup materials are also hazardous and must be sent to a certified laundry (rags) or disposed of as hazardous waste.

January 2003      *California Stormwater BMP Handbook*      3 of 6
*Industrial and Commercial*
www.cabmphandbooks.com

AR 011368
AR009363

# SC-10          Non-Stormwater Discharges

- Never hose down or bury dry material spills.  Sweep up the material and dispose of properly.

- Use adsorbent materials on small spills rather than hosing down the spill.  Remove the adsorbent materials promptly and dispose of properly.

- For larger spills, a private spill cleanup company or Hazmat team may be necessary.

Once a site has been cleaned:

- Post "No Dumping" signs with a phone number for reporting dumping and disposal.

- Landscaping and beautification efforts of hot spots may also discourage future dumping, as well as provide open space and increase property values.

- Lighting or barriers may also be needed to discourage future dumping.

- See fact sheet SC11 Spill Prevention, Control, and Cleanup.

*Inspection*
- Regularly inspect and clean up hot spots and other storm drainage areas where illegal dumping and disposal occurs.

- Conduct field investigations of the industrial storm drain system for potential sources of non-stormwater discharges.

- Pro-actively conduct investigations of high priority areas. Based on historical data, prioritize specific geographic areas and/or incident type for pro-active investigations.

*Reporting*
- A database is useful for defining and tracking the magnitude and location of the problem.

- Report prohibited non-stormwater discharges observed during the course of normal daily activities so they can be investigated, contained, and cleaned up or eliminated.

- Document that non-stormwater discharges have been eliminated by recording tests performed, methods used, dates of testing, and any on-site drainage points observed.

- Document and report annually the results of the program.

- Maintain documentation of illicit connection and illegal dumping incidents, including significant conditionally exempt discharges that are not properly managed.

### *Training*
- Training of technical staff in identifying and documenting illegal dumping incidents is required.

- Consider posting the quick reference table near storm drains to reinforce training.

- Train employees to identify non-stormwater discharges and report discharges to the appropriate departments.

# Non-Stormwater Discharges                SC-10

- Educate employees about spill prevention and cleanup.

- Well-trained employees can reduce human errors that lead to accidental releases or spills. The employee should have the tools and knowledge to immediately begin cleaning up a spill should one occur. Employees should be familiar with the Spill Prevention Control and Countermeasure Plan.

- Determine and implement appropriate outreach efforts to reduce non-permissible non-stormwater discharges.

- Conduct spill response drills annually (if no events occurred to evaluate your plan) in cooperation with other industries.

- When a responsible party is identified, educate the party on the impacts of his or her actions.

### Spill Response and Prevention
- See SC11 Spill Prevention Control and Cleanup.

### Other Considerations
- Many facilities do not have accurate, up-to-date schematic drawings.

## Requirements

### Costs (including capital and operation & maintenance)
- The primary cost is for staff time and depends on how aggressively a program is implemented.

- Cost for containment and disposal is borne by the discharger.

- Illicit connections can be difficult to locate especially if there is groundwater infiltration.

- Indoor floor drains may require re-plumbing if cross-connections to storm drains are detected.

### Maintenance (including administrative and staffing)
- Illegal dumping and illicit connection violations requires technical staff to detect and investigate them.

## Supplemental Information

### Further Detail of the BMP
*Illegal Dumping*
- Substances illegally dumped on streets and into the storm drain systems and creeks include paints, used oil and other automotive fluids, construction debris, chemicals, fresh concrete, leaves, grass clippings, and pet wastes. All of these wastes cause stormwater and receiving water quality problems as well as clog the storm drain system itself.

- Establish a system for tracking incidents. The system should be designed to identify the following:

  - Illegal dumping hot spots

# SC-10                Non-Stormwater Discharges

- Types and quantities (in some cases) of wastes

- Patterns in time of occurrence (time of day/night, month, or year)

- Mode of dumping (abandoned containers, "midnight dumping" from moving vehicles, direct dumping of materials, accidents/spills)

- Responsible parties

One of the keys to success of reducing or eliminating illegal dumping is increasing the number of people at the facility who are aware of the problem and who have the tools to at least identify the incident, if not correct it.  Therefore, train field staff to recognize and report the incidents.

What constitutes a "non-stormwater" discharge?

- Non-stormwater discharges to the stormwater collection system may include any water used directly in the manufacturing process (process wastewater), air conditioning condensate and coolant, non-contact cooling water, cooling equipment condensate, outdoor secondary containment water, vehicle and equipment wash water, sink and drinking fountain wastewater, sanitary wastes, or other wastewaters.

*Permit Requirements*
- Facilities subject to stormwater permit requirements must include a certification that the stormwater collection system has been tested or evaluated for the presence of non-stormwater discharges.  The State's General Industrial Stormwater Permit requires that non-stormwater discharges be eliminated prior to implementation of the facility's SWPPP.

*Performance Evaluation*
- Review annually internal investigation results; assess whether goals were met and what changes or improvements are necessary.

- Obtain feedback from personnel assigned to respond to, or inspect for, illicit connections and illegal dumping incidents.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

# Spill Prevention, Control & Cleanup SC-11



Photo Credit: Geoff Brosseau

### Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

## Description

Many activities that occur at an industrial or commercial site have the potential to cause accidental or illegal spills. Preparation for accidental or illegal spills, with proper training and reporting systems implemented, can minimize the discharge of pollutants to the environment.

Spills and leaks are one of the largest contributors of stormwater pollutants. Spill prevention and control plans are applicable to any site at which hazardous materials are stored or used. An effective plan should have spill prevention and response procedures that identify potential spill areas, specify material handling procedures, describe spill response procedures, and provide spill clean-up equipment. The plan should take steps to identify and characterize potential spills, eliminate and reduce spill potential, respond to spills when they occur in an effort to prevent pollutants from entering the stormwater drainage system, and train personnel to prevent and control future spills.

### Targeted Constituents

| | |
|---|---|
| Sediment | |
| Nutrients | |
| Trash | |
| Metals | ✓ |
| Bacteria | |
| Oil and Grease | ✓ |
| Organics | ✓ |

## Approach

### *Pollution Prevention*

- Develop procedures to prevent/mitigate spills to storm drain systems. Develop and standardize reporting procedures, containment, storage, and disposal activities, documentation, and follow-up procedures.

- Develop a Spill Prevention Control and Countermeasure (SPCC) Plan. The plan should include:



**AR 011372**
**AR009367**

# SC-11 Spill Prevention, Control & Cleanup

- Description of the facility, owner and address, activities and chemicals present

- Facility map

- Notification and evacuation procedures

- Cleanup instructions

- Identification of responsible departments

- Identify key spill response personnel

■ Recycle, reclaim, or reuse materials whenever possible. This will reduce the amount of process materials that are brought into the facility.

### *Suggested Protocols (including equipment needs)*

*Spill Prevention*

■ Develop procedures to prevent/mitigate spills to storm drain systems. Develop and standardize reporting procedures, containment, storage, and disposal activities, documentation, and follow-up procedures.

■ If consistent illegal dumping is observed at the facility:

- Post "No Dumping" signs with a phone number for reporting illegal dumping and disposal. Signs should also indicate fines and penalties applicable for illegal dumping.

- Landscaping and beautification efforts may also discourage illegal dumping.

- Bright lighting and/or entrance barriers may also be needed to discourage illegal dumping.

■ Store and contain liquid materials in such a manner that if the tank is ruptured, the contents will not discharge, flow, or be washed into the storm drainage system, surface waters, or groundwater.

■ If the liquid is oil, gas, or other material that separates from and floats on water, install a spill control device (such as a tee section) in the catch basins that collects runoff from the storage tank area.

■ Routine maintenance:

- Place drip pans or absorbent materials beneath all mounted taps, and at all potential drip and spill locations during filling and unloading of tanks. Any collected liquids or soiled absorbent materials must be reused/recycled or properly disposed.

- Store and maintain appropriate spill cleanup materials in a location known to all near the tank storage area; and ensure that employees are familiar with the site's spill control plan and/or proper spill cleanup procedures.

- Sweep and clean the storage area monthly if it is paved, *do not hose down the area to a storm drain.*

AR 011373
AR009368

# Spill Prevention, Control & Cleanup SC-11

- Check tanks (and any containment sumps) daily for leaks and spills.  Replace tanks that are leaking, corroded, or otherwise deteriorating with tanks in good condition.  Collect all spilled liquids and properly dispose of them.

■ Label all containers according to their contents (e.g., solvent, gasoline).

■ Label hazardous substances regarding the potential hazard (corrosive, radioactive, flammable, explosive, poisonous).

■ Prominently display required labels on transported hazardous and toxic materials (per US DOT regulations).

■ Identify key spill response personnel.

*Spill Control and Cleanup Activities*

■ Follow the Spill Prevention Control and Countermeasure Plan.

■ Clean up leaks and spills immediately.

■ Place a stockpile of spill cleanup materials where it will be readily accessible (e.g., near storage and maintenance areas).

■ On paved surfaces, clean up spills with as little water as possible.  Use a rag for small spills, a damp mop for general cleanup, and absorbent material for larger spills.  If the spilled material is hazardous, then the used cleanup materials are also hazardous and must be sent to a certified laundry (rags) or disposed of as hazardous waste.  Physical methods for the cleanup of dry chemicals include the use of brooms, shovels, sweepers, or plows.

■ Never hose down or bury dry material spills.  Sweep up the material and dispose of properly.

■ Chemical cleanups of material can be achieved with the use of adsorbents, gels, and foams.  Use adsorbent materials on small spills rather than hosing down the spill.  Remove the adsorbent materials promptly and dispose of properly.

■ For larger spills, a private spill cleanup company or Hazmat team may be necessary.

*Reporting*

■ Report spills that pose an immediate threat to human health or the environment to the Regional Water Quality Control Board.

■ Federal regulations require that any oil spill into a water body or onto an adjoining shoreline be reported to the National Response Center (NRC) at 800-424-8802 (24 hour).

■ Report spills to local agencies, such as the fire department; they can assist in cleanup.

■ Establish a system for tracking incidents.  The system should be designed to identify the following:

- Types and quantities (in some cases) of wastes

- Patterns in time of occurrence (time of day/night, month, or year)

AR 011374
AR009369

# SC-11 Spill Prevention, Control & Cleanup

- Mode of dumping (abandoned containers, "midnight dumping" from moving vehicles, direct dumping of materials, accidents/spills)

- Responsible parties

### Training

- Educate employees about spill prevention and cleanup.

- Well-trained employees can reduce human errors that lead to accidental releases or spills:

  - The employee should have the tools and knowledge to immediately begin cleaning up a spill should one occur.

  - Employees should be familiar with the Spill Prevention Control and Countermeasure Plan.

- Employees should be educated about aboveground storage tank requirements. Employees responsible for aboveground storage tanks and liquid transfers should be thoroughly familiar with the Spill Prevention Control and Countermeasure Plan and the plan should be readily available.

- Train employees to recognize and report illegal dumping incidents.

### Other Considerations (Limitations and Regulations)

- State regulations exist for facilities with a storage capacity of 10,000 gallons or more of petroleum to prepare a Spill Prevention Control and Countermeasure (SPCC) Plan (Health & Safety Code Chapter 6.67).

- State regulations also exist for storage of hazardous materials (Health & Safety Code Chapter 6.95), including the preparation of area and business plans for emergency response to the releases or threatened releases.

- Consider requiring smaller secondary containment areas (less than 200 sq. ft.) to be connected to the sanitary sewer, prohibiting any hard connections to the storm drain.

## Requirements

### Costs (including capital and operation & maintenance)

- Will vary depending on the size of the facility and the necessary controls.

- Prevention of leaks and spills is inexpensive. Treatment and/or disposal of contaminated soil or water can be quite expensive.

### Maintenance (including administrative and staffing)

- This BMP has no major administrative or staffing requirements. However, extra time is needed to properly handle and dispose of spills, which results in increased labor costs.

California Stormwater BMP Handbook
Industrial and Commercial
www.cabmphandbooks.com

January 2003

AR 011375

AR009370

# Spill Prevention, Control & Cleanup SC-11

## Supplemental Information

### *Further Detail of the BMP*

*Reporting*

Record keeping and internal reporting represent good operating practices because they can increase the efficiency of the facility and the effectiveness of BMPs.  A good record keeping system helps the facility minimize incident recurrence, correctly respond with appropriate cleanup activities, and comply with legal requirements.  A record keeping and reporting system should be set up for documenting spills, leaks, and other discharges, including discharges of hazardous substances in reportable quantities.  Incident records describe the quality and quantity of non-stormwater discharges to the storm sewer.  These records should contain the following information:

- Date and time of the incident

- Weather conditions

- Duration of the spill/leak/discharge

- Cause of the spill/leak/discharge

- Response procedures implemented

- Persons notified

- Environmental problems associated with the spill/leak/discharge

Separate record keeping systems should be established to document housekeeping and preventive maintenance inspections, and training activities.  All housekeeping and preventive maintenance inspections should be documented.  Inspection documentation should contain the following information:

- The date and time the inspection was performed

- Name of the inspector

- Items inspected

- Problems noted

- Corrective action required

- Date corrective action was taken

Other means to document and record inspection results are field notes, timed and dated photographs, videotapes, and drawings and maps.

*Aboveground Tank Leak and Spill Control*

Accidental releases of materials from aboveground liquid storage tanks present the potential for contaminating stormwater with many different pollutants. Materials spilled, leaked, or lost from

AR 011376
**AR009371**

# SC-11 Spill Prevention, Control & Cleanup

tanks may accumulate in soils or on impervious surfaces and be carried away by stormwater runoff.

The most common causes of unintentional releases are:

- Installation problems

- Failure of piping systems (pipes, pumps, flanges, couplings, hoses, and valves)

- External corrosion and structural failure

- Spills and overfills due to operator error

- Leaks during pumping of liquids or gases from truck or rail car to a storage tank or vice versa

Storage of reactive, ignitable, or flammable liquids should comply with the Uniform Fire Code and the National Electric Code. Practices listed below should be employed to enhance the code requirements:

- Tanks should be placed in a designated area.

- Tanks located in areas where firearms are discharged should be encapsulated in concrete or the equivalent.

- Designated areas should be impervious and paved with Portland cement concrete, free of cracks and gaps, in order to contain leaks and spills.

- Liquid materials should be stored in UL approved double walled tanks or surrounded by a curb or dike to provide the volume to contain 10 percent of the volume of all of the containers or 110 percent of the volume of the largest container, whichever is greater.  The area inside the curb should slope to a drain.

- For used oil or dangerous waste, a dead-end sump should be installed in the drain.

- All other liquids should be drained to the sanitary sewer if available. The drain must have a positive control such as a lock, valve, or plug to prevent release of contaminated liquids.

- Accumulated stormwater in petroleum storage areas should be passed through an oil/water separator.

Maintenance is critical to preventing leaks and spills.  Conduct routine inspections and:

- Check for external corrosion and structural failure.

- Check for spills and overfills due to operator error.

- Check for failure of piping system (pipes, pumps, flanger, coupling, hoses, and valves).

- Check for leaks or spills during pumping of liquids or gases from truck or rail car to a storage facility or vice versa.

California Stormwater BMP Handbook
Industrial and Commercial
www.cabmphandbooks.com

AR 011377
AR009372

# Spill Prevention, Control & Cleanup SC-11

- Visually inspect new tank or container installation for loose fittings, poor welding, and improper or poorly fitted gaskets.

- Inspect tank foundations, connections, coatings, and tank walls and piping system. Look for corrosion, leaks, cracks, scratches, and other physical damage that may weaken the tank or container system.

- Frequently relocate accumulated stormwater during the wet season.

- Periodically conduct integrity testing by a qualified professional.

*Vehicle Leak and Spill Control*

Major spills on roadways and other public areas are generally handled by highly trained Hazmat teams from local fire departments or environmental health departments. The measures listed below pertain to leaks and smaller spills at vehicle maintenance shops.

In addition to implementing the spill prevention, control, and clean up practices above, use the following measures related to specific activities:

*Vehicle and Equipment Maintenance*

- Perform all vehicle fluid removal or changing inside or under cover to prevent the run-on of stormwater and the runoff of spills.

- Regularly inspect vehicles and equipment for leaks, and repair immediately.

- Check incoming vehicles and equipment (including delivery trucks, and employee and subcontractor vehicles) for leaking oil and fluids. Do not allow leaking vehicles or equipment onsite.

- Always use secondary containment, such as a drain pan or drop cloth, to catch spills or leaks when removing or changing fluids.

- Immediately drain all fluids from wrecked vehicles.

- Store wrecked vehicles or damaged equipment under cover.

- Place drip pans or absorbent materials under heavy equipment when not in use.

- Use adsorbent materials on small spills rather than hosing down the spill.

- Remove the adsorbent materials promptly and dispose of properly.

- Promptly transfer used fluids to the proper waste or recycling drums. Don't leave full drip pans or other open containers lying around.

- Oil filters disposed of in trashcans or dumpsters can leak oil and contaminate stormwater. Place the oil filter in a funnel over a waste oil recycling drum to drain excess oil before disposal. Oil filters can also be recycled. Ask your oil supplier or recycler about recycling oil filters.

# SC-11 Spill Prevention, Control & Cleanup

■ Store cracked batteries in a non-leaking secondary container. Do this with all cracked batteries, even if you think all the acid has drained out. If you drop a battery, treat it as if it is cracked. Put it into the containment area until you are sure it is not leaking.

*Vehicle and Equipment Fueling*
■ Design the fueling area to prevent the run-on of stormwater and the runoff of spills:

  - Cover fueling area if possible.

  - Use a perimeter drain or slope pavement inward with drainage to a sump.

  - Pave fueling area with concrete rather than asphalt.

■ If dead-end sump is not used to collect spills, install an oil/water separator.

■ Install vapor recovery nozzles to help control drips as well as air pollution.

■ Discourage "topping-off" of fuel tanks.

■ Use secondary containment when transferring fuel from the tank truck to the fuel tank.

■ Use adsorbent materials on small spills and general cleaning rather than hosing down the area. Remove the adsorbent materials promptly.

■ Carry out all Federal and State requirements regarding underground storage tanks, or install above ground tanks.

■ Do not use mobile fueling of mobile industrial equipment around the facility; rather, transport the equipment to designated fueling areas.

■ Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

■ Train employees in proper fueling and cleanup procedures.

*Industrial Spill Prevention Response*
For the purposes of developing a spill prevention and response program to meet the stormwater regulations, facility managers should use information provided in this fact sheet and the spill prevention/response portions of the fact sheets in this handbook, for specific activities. The program should:

■ Integrate with existing emergency response/hazardous materials programs (e.g., Fire Department)

■ Develop procedures to prevent/mitigate spills to storm drain systems

■ Identify responsible departments

■ Develop and standardize reporting procedures, containment, storage, and disposal activities, documentation, and follow-up procedures

■ Address spills at municipal facilities, as well as public areas

AR 011379
AR009374

# Spill Prevention, Control & Cleanup SC-11

■ Provide training concerning spill prevention, response and cleanup to all appropriate personnel

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Stormwater Managers Resource Center http://www.stormwatercenter.net/

AR 011380
AR009375

# Outdoor Loading/Unloading                        SC-30



Photo Credit: Geoff Brosseau

## Description

The loading/unloading of materials usually takes place outside on docks or terminals; therefore, materials spilled, leaked, or lost during loading/unloading may collect in the soil or on other surfaces and have the potential to be carried away by stormwater runoff or when the area is cleaned.  Additionally, rainfall may wash pollutants from machinery used to unload or move materials.  Implementation of the following protocols will prevent or reduce the discharge of pollutants to stormwater from outdoor loading/unloading of materials.

## Approach

Reduce potential for pollutant discharge through source control pollution prevention and BMP implementation.  Successful implementation depends on effective training of employees on applicable BMPs and general pollution prevention strategies and objectives.

### Pollution Prevention

- Keep accurate maintenance logs to evaluate materials removed and improvements made.

- Park tank trucks or delivery vehicles in designated areas so that spills or leaks can be contained.

- Limit exposure of material to rainfall whenever possible.

- Prevent stormwater run-on.

- Check equipment regularly for leaks.

### Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

### Targeted Constituents

| | |
|---|---|
| Sediment | ✓ |
| Nutrients | ✓ |
| Trash | |
| Metals | ✓ |
| Bacteria | |
| Oil and Grease | ✓ |
| Organics | ✓ |





**California Stormwater Quality Association**

AR 011381
AR009376

# SC-30                    Outdoor Loading/Unloading

## *Suggested Protocols*

*Loading and Unloading – General Guidelines*

- Develop an operations plan that describes procedures for loading and/or unloading.

- Conduct loading and unloading in dry weather if possible.

- Cover designated loading/unloading areas to reduce exposure of materials to rain.

- Consider placing a seal or door skirt between delivery vehicles and building to prevent exposure to rain.

- Design loading/unloading area to prevent stormwater run-on, which would include grading or berming the area, and position roof downspouts so they direct stormwater away from the loading/unloading areas.

- Have employees load and unload all materials and equipment in covered areas such as building overhangs at loading docks if feasible.

- Load/unload only at designated loading areas.

- Use drip pans underneath hose and pipe connections and other leak-prone spots during liquid transfer operations, and when making and breaking connections.  Several drip pans should be stored in a covered location near the liquid transfer area so that they are always available, yet protected from precipitation when not in use.  Drip pans can be made specifically for railroad tracks.  Drip pans must be cleaned periodically, and drip collected materials must be disposed of properly.

- Pave loading areas with concrete instead of asphalt.

- Avoid placing storm drains in the area.

- Grade and/or berm the loading/unloading area to a drain that is connected to a deadend.

*Inspection*

- Check loading and unloading equipment regularly for leaks, including valves, pumps, flanges and connections.

- Look for dust or fumes during loading or unloading operations.

## *Training*

- Train employees (e.g., fork lift operators) and contractors on proper spill containment and cleanup.

- Have employees trained in spill containment and cleanup present during loading/unloading.

- Train employees in proper handling techniques during liquid transfers to avoid spills.

- Make sure forklift operators are properly trained on loading and unloading procedures.

AR 011382
AR009377

# Outdoor Loading/Unloading                                    SC-30

### *Spill Response and Prevention*

- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Contain leaks during transfer.

- Store and maintain appropriate spill cleanup materials in a location that is readily accessible and known to all and ensure that employees are familiar with the site's spill control plan and proper spill cleanup procedures.

- Have an emergency spill cleanup plan readily available.

- Use drip pans or comparable devices when transferring oils, solvents, and paints.

### *Other Considerations (Limitations and Regulations)*

- Space and time limitations may preclude all transfers from being performed indoors or under cover.

- It may not be possible to conduct transfers only during dry weather.

## Requirements

### *Costs*

Costs should be low except when covering a large loading/unloading area.

### *Maintenance*

- Conduct regular inspections and make repairs as necessary.  The frequency of repairs will depend on the age of the facility.

- Check loading and unloading equipment regularly for leaks.

- Conduct regular broom dry-sweeping of area.

## Supplemental Information

### *Further Detail of the BMP*

*Special Circumstances for Indoor Loading/Unloading of Materials*

Loading or unloading of liquids should occur in the manufacturing building so that any spills that are not completely retained can be discharged to the sanitary sewer, treatment plant, or treated in a manner consistent with local sewer authorities and permit requirements.

- For loading and unloading tank trucks to above and below ground storage tanks, the following procedures should be used:

  - The area where the transfer takes place should be paved.  If the liquid is reactive with the asphalt, Portland cement should be used to pave the area.

  - The transfer area should be designed to prevent run-on of stormwater from adjacent areas.  Sloping the pad and using a curb, like a speed bump, around the uphill side of the transfer area should reduce run-on.

AR 011383
AR009378

# SC-30  Outdoor Loading/Unloading

- The transfer area should be designed to prevent runoff of spilled liquids from the area. Sloping the area to a drain should prevent runoff. The drain should be connected to a dead-end sump or to the sanitary sewer. A positive control valve should be installed on the drain.

■ For transfer from rail cars to storage tanks that must occur outside, use the following procedures:

- Drip pans should be placed at locations where spillage may occur, such as hose connections, hose reels, and filler nozzles. Use drip pans when making and breaking connections.

- Drip pan systems should be installed between the rails to collect spillage from tank cars.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

AR 011384
AR009379

# Outdoor Equipment Operations　　SC-32

## Description

Outside process equipment operations and maintenance can contaminate stormwater runoff.  Activities, such as grinding, painting, coating, sanding, degreasing or parts cleaning, landfills and waste piles, solid waste treatment and disposal, are examples of process operations that can lead to contamination of stormwater runoff.  Source controls for outdoor process equipment operations and maintenance include reducing the amount of waste created, enclosing or covering all or some of the equipment, installing secondary containment, and training employees.

## Approach

### Pollution Prevention

- Perform the activity during dry periods.

- Use non-toxic chemicals for maintenance and minimize or eliminate the use of solvents.

### Suggested Protocols

- Consider enclosing the activity in a building and connecting the floor drains to the sanitary sewer.

- Cover the work area with a permanent roof if possible.

- Minimize contact of stormwater with outside process equipment operations through berming and drainage routing (run-on prevention).  If possible, connect process equipment area to public sewer or facility wastewater treatment system.  Some municipalities require that secondary containment areas be connected to the sanitary sewer, prohibiting any hard connections to the storm drain.

- Dry clean the work area regularly.

### Training

- Train employees to perform the activity during dry periods only or substituting benign materials for more toxic ones.

- Train employee and contractors in proper techniques for spill containment and cleanup.  Employees should have the tools and knowledge to immediately begin cleaning up a spill should one occur.

### Spill Response and Prevention

- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

## Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize

## Targeted Constituents

| | |
|---|---|
| Sediment | ✔ |
| Nutrients | |
| Trash | |
| Metals | ✔ |
| Bacteria | |
| Oil and Grease | ✔ |
| Organics | ✔ |



AR 011385
AR009380

# SC-32        Outdoor Equipment Operations

- Have employees trained in emergency spill cleanup procedures present when dangerous waste, liquid chemicals, or other wastes are delivered.

- Place a stockpile of spill cleanup materials where it will be readily accessible.

- Prevent operator errors by using engineering safe guards and thus reducing accidental releases of pollutant.

- Inspect storage areas regularly for leaks or spills.  Also check for structural failure, spills and overfills due to operator error, and/or failure of piping system.

### Other Considerations

- Providing cover may be expensive.

- Space limitations may preclude enclosing some equipment.

- Storage sheds often must meet building and fire code requirements.

## Requirements

### Costs

Costs vary depending on the complexity of the operation and the amount of control necessary for stormwater pollution control.

### Maintenance

- Conduct routine preventive maintenance, including checking process equipment for leaks.

- Clean the storm drain system regularly.

## Supplemental Information

### Further Detail of the BMP

*Hydraulic/Treatment Modifications*

If stormwater becomes polluted, it should be captured and treated.  If you do not have your own process wastewater treatment system, consider discharging to the public sewer system.  Use of the public sewer might be allowed under the following conditions:

- If the activity area is very small (less than a few hundred square feet), the local sewer authority may be willing to allow the area to remain uncovered with the drain connected to the public sewer.

- It may be possible under unusual circumstances to connect a much larger area to the public sewer, as long as the rate of stormwater discharges does not exceed the capacity of the wastewater treatment plant.  The stormwater could be stored during the storm and then transferred to the public sewer when the normal flow is low, such as at night.

Industries that generate large volumes of process wastewater typically have their own treatment system and corresponding permit.  These industries have the discretion to use their wastewater treatment system to treat stormwater within the constraints of their permit requirements for process treatment.  It may also be possible for the industry to discharge the stormwater directly to an effluent outfall without treatment as long as the total loading of the discharged process

# Outdoor Equipment Operations          SC-32

water and stormwater does not exceed the loading had a stormwater treatment device been used.  This could be achieved by reducing the loading from the process wastewater treatment system.  Check with your Regional Water Quality Control Board or local sewering agency, as this option would be subject to permit constraints and potentially regular monitoring.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Stormwater Managers Resource Center http://www.stormwatercenter.net

# Waste Handling & Disposal                     SC-34



Photo Credit: Geoff Brosseau

## Description

Improper storage and handling of solid wastes can allow toxic compounds, oils and greases, heavy metals, nutrients, suspended solids, and other pollutants to enter stormwater runoff. The discharge of pollutants to stormwater from waste handling and disposal can be prevented and reduced by tracking waste generation, storage, and disposal; reducing waste generation and disposal through source reduction, reuse, and recycling; and preventing run-on and runoff.

## Approach

### *Pollution Prevention*

- Accomplish reduction in the amount of waste generated using the following source controls:

    - Production planning and sequencing

    - Process or equipment modification

    - Raw material substitution or elimination

    - Loss prevention and housekeeping

    - Waste segregation and separation

    - Close loop recycling

- Establish a material tracking system to increase awareness about material usage. This may reduce spills and minimize contamination, thus reducing the amount of waste produced.

- Recycle materials whenever possible.

## Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

## Targeted Constituents

| | |
|---|---|
| Sediment | |
| Nutrients | |
| Trash | |
| Metals | ✓ |
| Bacteria | ✓ |
| Oil and Grease | ✓ |
| Organics | ✓ |



C A S Q A
California
Stormwater
Quality
Association

AR 011388
AR009383

# SC-34 Waste Handling & Disposal

## *Suggested Protocols*

### General

- Cover storage containers with leak proof lids or some other means. If waste is not in containers, cover all waste piles (plastic tarps are acceptable coverage) and prevent stormwater run-on and runoff with a berm.  The waste containers or piles must be covered except when in use.

- Use drip pans or absorbent materials whenever grease containers are emptied by vacuum trucks or other means.  Grease cannot be left on the ground. Collected grease must be properly disposed of as garbage.

- Check storage containers weekly for leaks and to ensure that lids are on tightly. Replace any that are leaking, corroded, or otherwise deteriorating.

- Sweep and clean the storage area regularly.  If it is paved, do not hose down the area to a storm drain.

- Dispose of rinse and wash water from cleaning waste containers into a sanitary sewer if allowed by the local sewer authority.  Do not discharge wash water to the street or storm drain.

- Transfer waste from damaged containers into safe containers.

- Take special care when loading or unloading wastes to minimize losses.  Loading systems can be used to minimize spills and fugitive emission losses such as dust or mist.  Vacuum transfer systems can minimize waste loss.

### Controlling Litter

- Post "No Littering" signs and enforce anti-litter laws.

- Provide a sufficient number of litter receptacles for the facility.

- Clean out and cover litter receptacles frequently to prevent spillage.

### Waste Collection

- Keep waste collection areas clean.

- Inspect solid waste containers for structural damage regularly.  Repair or replace damaged containers as necessary.

- Secure solid waste containers; containers must be closed tightly when not in use.

- Do not fill waste containers with washout water or any other liquid.

- Ensure that only appropriate solid wastes are added to the solid waste container.  Certain wastes such as hazardous wastes, appliances, fluorescent lamps, pesticides, etc., may not be disposed of in solid waste containers (see chemical/ hazardous waste collection section below).

# Waste Handling & Disposal                    SC-34

- Do not mix wastes; this can cause chemical reactions, make recycling impossible, and complicate disposal.

*Good Housekeeping*
- Use all of the product before disposing of the container.

- Keep the waste management area clean at all times by sweeping and cleaning up spills immediately.

- Use dry methods when possible (e.g., sweeping, use of absorbents) when cleaning around restaurant/food handling dumpster areas.  If water must be used after sweeping/using absorbents, collect water and discharge through grease interceptor to the sewer.

*Chemical/Hazardous Wastes*
- Select designated hazardous waste collection areas on-site.

- Store hazardous materials and wastes in covered containers and protect them from vandalism.

- Place hazardous waste containers in secondary containment.

- Make sure that hazardous waste is collected, removed, and disposed of only at authorized disposal areas.

- Stencil or demarcate storm drains on the facility's property with prohibitive message regarding waste disposal.

*Run-on/Runoff Prevention*
- Prevent stormwater run-on from entering the waste management area by enclosing the area or building a berm around the area.

- Prevent waste materials from directly contacting rain.

- Cover waste piles with temporary covering material such as reinforced tarpaulin, polyethylene, polyurethane, polypropyleneor hypalon.

- Cover the area with a permanent roof if feasible.

- Cover dumpsters to prevent rain from washing waste out of holes or cracks in the bottom of the dumpster.

- Move the activity indoor after ensuring all safety concerns such as fire hazard and ventilation are addressed.

*Inspection*
- Inspect and replace faulty pumps or hoses regularly to minimize the potential of releases and spills.

- Check waste management areas for leaking containers or spills.

# SC-34      Waste Handling & Disposal

- Repair leaking equipment including valves, lines, seals, or pumps promptly.

### Training

- Train staff in pollution prevention measures and proper disposal methods.

- Train employees and contractors in proper spill containment and cleanup. The employee should have the tools and knowledge to immediately begin cleaning up a spill should one occur.

- Train employees and subcontractors in proper hazardous waste management.

### Spill Response and Prevention

- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Have an emergency plan, equipment and trained personnel ready at all times to deal immediately with major spills

- Collect all spilled liquids and properly dispose of them.

- Store and maintain appropriate spill cleanup materials in a location known to all near the designated wash area.

- Ensure that vehicles transporting waste have spill prevention equipment that can prevent spills during transport. Spill prevention equipment includes:

  - Vehicles equipped with baffles for liquid waste

  - Trucks with sealed gates and spill guards for solid waste

### Other Considerations (Limitations and Regulations)

Hazardous waste cannot be reused or recycled; it must be disposed of by a licensed hazardous waste hauler.

## Requirements

### Costs

Capital and O&M costs for these programs will vary substantially depending on the size of the facility and the types of waste handled. Costs should be low if there is an inventory program in place.

### Maintenance

- None except for maintaining equipment for material tracking program.

## Supplemental Information

### Further Detail of the BMP

*Land Treatment System*

Minimize runoff of polluted stormwater from land application by:

- Choosing a site where slopes are under 6%, the soil is permeable, there is a low water table, it is located away from wetlands or marshes, and there is a closed drainage system

4 of 5      California Stormwater BMP Handbook      January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011391

AR009386

# Waste Handling & Disposal                              SC-34

- Avoiding application of waste to the site when it is raining or when the ground is saturated with water

- Growing vegetation on land disposal areas to stabilize soils and reduce the volume of surface water runoff from the site

- Maintaining adequate barriers between the land application site and the receiving waters (planted strips are particularly good)

- Using erosion control techniques such as mulching and matting, filter fences, straw bales, diversion terracing, and sediment basins

- Performing routine maintenance to ensure the erosion control or site stabilization measures are working

### *Examples*

The port of Long Beach has a state-of-the-art database for identifying potential pollutant sources, documenting facility management practices, and tracking pollutants.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

Solid Waste Container Best Management Practices – Fact Sheet On-Line Resources – Environmental Health and Safety.  Harvard University.  2002.

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Pollution from Surface Cleaning Folder.  1996.  Bay Area Stormwater Management Agencies Association (BASMAA).  http://www.basmaa.org

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

**AR 011392**
**AR009387**

# Safer Alternative Products                    SC-35

## Description

Promote the use of less harmful products and products that contain little or no TMDL pollutants.  Alternatives exist for most product classes including chemical fertilizers, pesticides, cleaning solutions, janitorial chemicals, automotive and paint products, and consumables (batteries, fluorescent lamps).

## Approach

Pattern a new program after the many established programs around the state and country.  Integrate this best management practice as much as possible with existing programs at your facility.

Develop a comprehensive program based on:

- The "Precautionary Principle," which is an alternative to the "Risk Assessment" model that says it's acceptable to use a potentially harmful product until physical evidence of its harmful effects are established and deemed too costly from an environmental or public health perspective.  For instance, a risk assessment approach might say it's acceptable to use a pesticide until there is direct proof of an environmental impact.  The Precautionary Principle approach is used to evaluate whether a given product is safe, whether it is really necessary, and whether alternative products would perform just as well.

- Environmentally Preferable Purchasing Program to minimize the purchase of products containing hazardous ingredients used in the facility's custodial services, fleet maintenance, and facility maintenance in favor of using alternate products that pose less risk to employees and to the environment.

- Integrated Pest Management (IPM) or Less-Toxic Pesticide Program, which uses a pest management approach that minimizes the use of toxic chemicals and gets rid of pests by methods that pose a lower risk to employees, the public, and the environment.

- Energy Efficiency Program including no-cost and low-cost energy conservation and efficiency actions that can reduce both energy consumption and electricity bills, along with long-term energy efficiency investments.

Consider the following mechanisms for developing and implementing a comprehensive program:

- Policies

## Objectives

- Educate
- Reduce/Minimize
- Product Substitution

## Targeted Constituents

| | |
|---|---|
| Sediment | |
| Nutrients | ✓ |
| Trash | |
| Metals | ✓ |
| Bacteria | |
| Oil and Grease | ✓ |
| Organics | ✓ |



AR 011393
**AR009388**

# SC-35                      Safer Alternative Products

- Procedures
  - Standard operating procedures (SOPs)
  - Purchasing guidelines and procedures
  - Bid packages (services and supplies)
- Materials
  - Preferred or approved product and supplier lists
  - Product and supplier evaluation criteria
  - Training sessions and manuals
  - Fact sheets for employees

Implement this BMP in conjunction with the Vehicle and Equipment Management fact sheets (SC20 – SC22) and SC41, Building and Grounds Maintenance.

### Training
- Employees who handle potentially harmful materials in the use of safer alternatives.
- Purchasing departments should be encouraged to procure less hazardous materials and products that contain little or no harmful substances or TMDL pollutants.

### Regulations
This BMP has no regulatory requirements.  Existing regulations already encourage facilities to reduce the use of hazardous materials through incentives such as reduced:

- Specialized equipment storage and handling requirements,
- Storm water runoff sampling requirements,
- Training and licensing requirements, and
- Record keeping and reporting requirements.

### Equipment
- There are no major equipment requirements to this BMP.

### Limitations
- Alternative products may not be available, suitable, or effective in every case.

## Requirements
### Cost Considerations
- The primary cost is for staff time to: 1) develop new policies and procedures and 2) educate purchasing departments and employees who handle potentially harmful materials about the availability, procurement, and use of safer alternatives.

AR 011394
AR009389

# Safer Alternative Products                     SC-35

■   Some alternative products may be slightly more expensive than conventional products.

## Supplemental Information

Employees and contractors / service providers can both be educated about safer alternatives by using information developed by a number of organizations including the references and resources listed below.

The following discussion provides some general information on safer alternatives. More specific information on particular hazardous materials and the available alternatives may be found in the references and resources listed below.

■   Automotive products – Less toxic alternatives are not available for many automotive products, especially engine fluids. But there are alternatives to grease lubricants, car polishes, degreasers, and windshield washer solution. Rerefined motor oil is also available.

■   Vehicle/Trailer lubrication – Fifth wheel bearings on trucks require routine lubrication. Adhesive lubricants are available to replace typical chassis grease.

■   Cleaners – Vegetables-based or citrus-based soaps are available to replace petroleum-based soaps/detergents.

■   Paint products – Water-based paints, wood preservatives, stains, and finishes are available.

■   Pesticides – Specific alternative products or methods exist to control most insects, fungi, and weeds.

■   Chemical Fertilizers – Compost and soil amendments are natural alternatives.

■   Consumables – Manufacturers have either reduced or are in the process of reducing the amount of heavy metals in consumables such as batteries and fluorescent lamps. All fluorescent lamps contain mercury, however low-mercury containing lamps are now available from most hardware and lighting stores. Fluorescent lamps are also more energy efficient than the average incandescent lamp.

■   Janitorial chemicals – Even biodegradable soap can harm fish and wildlife before it biodegrades. Biodegradable does not mean non-toxic. Safer products and procedures are available for floor stripping and cleaning, as well as carpet, glass, metal, and restroom cleaning and disinfecting.

### *Examples*

There are a number of business and trade associations, and communities with effective programs. Some of the more prominent are listed below in the references and resources section.

## References and Resources

Note: Many of these references provide alternative products for materials that typically are used inside and disposed to the sanitary sewer as well as alternatives to products that usually end up in the storm drain.

AR 011395
AR009390

# SC-35        Safer Alternative Products

### *General Sustainable Practices and Pollution Prevention Including Pollutant-Specific Information*

California Department of Toxic Substances Control (www.dtsc.ca.gov)

California Integrated Waste Management Board (www.ciwmb.ca.gov)

City of Santa Monica (www.santa-monica.org/environment)

City of Palo Alto (www.city.palo-alto.ca.us/cleanbay)

City and County of San Francisco, Department of the Environment (www.ci.sf.ca.us/sfenvironment)

Earth 911 (www.earth911.org/master.asp)

Environmental Finance Center Region IX (www.greenstart.org/efc9)

Flex Your Power (www.flexyourpower.ca.gov)

GreenBiz.com (www.greenbiz.com)

Green Business Program (www.abag.org/bayarea/enviro/gbus/gb.html)

Pacific Industrial and Business Association (www.piba.org)

Sacramento Clean Water Business Partners (www.sacstormwater.org)

USEPA BMP fact sheet – Alternative products (http://cfpub.epa.gov/npdes/stormwater/menuofbmps/poll_2.cfm)

USEPA Region IX Pollution Prevention Program (www.epa.gov/region09/p2)

Western Regional Pollution Prevention Network (www.westp2net.org)

### *Metals (mercury, copper)*

National Electrical Manufacturers Association - Environment, Health and Safety (www.nema.org)

Sustainable Conservation (www.suscon.org)

    Auto Recycling Project

    Brake Pad Partnership

### *Pesticides and Chemical Fertilizers*

Bio-Integral Resource Center (www.birc.org)

California Department of Pesticide Regulation (www.cdpr.ca.gov)

University of California Statewide IPM Program (www.ipm.ucdavis.edu/default.html)

4 of 5      California Stormwater BMP Handbook      January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011396
AR009391

# Safer Alternative Products                  SC-35

*Dioxins*

Bay Area Dioxins Project (http://dioxin.abag.ca.gov/)

AR 011397
AR009392

# Building & Grounds Maintenance     SC-41



## Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

## Description

Stormwater runoff from building and grounds maintenance activities can be contaminated with toxic hydrocarbons in solvents, fertilizers and pesticides, suspended solids, heavy metals, abnormal pH, and oils and greases. Utilizing the protocols in this fact sheet will prevent or reduce the discharge of pollutants to stormwater from building and grounds maintenance activities by washing and cleaning up with as little water as possible, following good landscape management practices, preventing and cleaning up spills immediately, keeping debris from entering the storm drains, and maintaining the stormwater collection system.

### Targeted Constituents

| | |
|---|---|
| Sediment | ✓ |
| Nutrients | ✓ |
| Trash | |
| Metals | ✓ |
| Bacteria | ✓ |
| Oil and Grease | |
| Organics | |

## Approach

Reduce potential for pollutant discharge through source control pollution prevention and BMP implementation. Successful implementation depends on effective training of employees on applicable BMPs and general pollution prevention strategies and objectives.

### *Pollution Prevention*

- Switch to non-toxic chemicals for maintenance when possible.

- Choose cleaning agents that can be recycled.

- Encourage proper lawn management and landscaping, including use of native vegetation.



C A S Q A
California
Stormwater
Quality
Association

AR 011398
AR009393

# SC-41      Building & Grounds Maintenance

- Encourage use of Integrated Pest Management techniques for pest control.

- Encourage proper onsite recycling of yard trimmings.

- Recycle residual paints, solvents, lumber, and other material as much as possible.

### *Suggested Protocols*

*Pressure Washing of Buildings, Rooftops, and Other Large Objects*

- In situations where soaps or detergents are used and the surrounding area is paved, pressure washers must use a water collection device that enables collection of wash water and associated solids. A sump pump, wet vacuum or similarly effective device must be used to collect the runoff and loose materials. The collected runoff and solids must be disposed of properly.

- If soaps or detergents are not used, and the surrounding area is paved, wash runoff does not have to be collected but must be screened. Pressure washers must use filter fabric or some other type of screen on the ground and/or in the catch basin to trap the particles in wash water runoff.

- If you are pressure washing on a grassed area (with or without soap), runoff must be dispersed as sheet flow as much as possible, rather than as a concentrated stream. The wash runoff must remain on the grass and not drain to pavement.

*Landscaping Activities*

- Dispose of grass clippings, leaves, sticks, or other collected vegetation as garbage, or by composting. Do not dispose of collected vegetation into waterways or storm drainage systems.

- Use mulch or other erosion control measures on exposed soils.

*Building Repair, Remodeling, and Construction*

- Do not dump any toxic substance or liquid waste on the pavement, the ground, or toward a storm drain.

- Use ground or drop cloths underneath outdoor painting, scraping, and sandblasting work, and properly dispose of collected material daily.

- Use a ground cloth or oversized tub for activities such as paint mixing and tool cleaning.

- Clean paintbrushes and tools covered with water-based paints in sinks connected to sanitary sewers or in portable containers that can be dumped into a sanitary sewer drain.  Brushes and tools covered with non-water-based paints, finishes, or other materials must be cleaned in a manner that enables collection of used solvents (e.g., paint thinner, turpentine, etc.) for recycling or proper disposal.

- Use a storm drain cover, filter fabric, or similarly effective runoff control mechanism if dust, grit, wash water, or other pollutants may escape the work area and enter a catch basin.  This is particularly necessary on rainy days. The containment device(s) must be in place at the beginning of the work day, and accumulated dirty runoff and solids must be collected and disposed of before removing the containment device(s) at the end of the work day.

# Building & Grounds Maintenance          SC-41

- If you need to de-water an excavation site, you may need to filter the water before discharging to a catch basin or off-site. If directed off-site, you should direct the water through hay bales and filter fabric or use other sediment filters or traps.

- Store toxic material under cover during precipitation events and when not in use. A cover would include tarps or other temporary cover material.

*Mowing, Trimming, and Planting*

- Dispose of leaves, sticks, or other collected vegetation as garbage, by composting or at a permitted landfill.  Do not dispose of collected vegetation into waterways or storm drainage systems.

- Use mulch or other erosion control measures when soils are exposed.

- Place temporarily stockpiled material away from watercourses and drain inlets, and berm or cover stockpiles to prevent material releases to the storm drain system.

- Consider an alternative approach when bailing out muddy water: do not put it in the storm drain; pour over landscaped areas.

- Use hand weeding where practical.

*Fertilizer and Pesticide Management*

- Follow all federal, state, and local laws and regulations governing the use, storage, and disposal of fertilizers and pesticides and training of applicators and pest control advisors.

- Use less toxic pesticides that will do the job when applicable.  Avoid use of copper-based pesticides if possible.

- Do not use pesticides if rain is expected.

- Do not mix or prepare pesticides for application near storm drains.

- Use the minimum amount needed for the job.

- Calibrate fertilizer distributors to avoid excessive application.

- Employ techniques to minimize off-target application (e.g., spray drift) of pesticides, including consideration of alternative application techniques.

- Apply pesticides only when wind speeds are low.

- Fertilizers should be worked into the soil rather than dumped or broadcast onto the surface.

- Irrigate slowly to prevent runoff and then only as much as is needed.

- Clean pavement and sidewalk if fertilizer is spilled on these surfaces before applying irrigation water.

- Dispose of empty pesticide containers according to the instructions on the container label.

# SC-41    Building & Grounds Maintenance

- Use up the pesticides.  Rinse containers, and use rinse water as product.  Dispose of unused pesticide as hazardous waste.

- Implement storage requirements for pesticide products with guidance from the local fire department and County Agricultural Commissioner.  Provide secondary containment for pesticides.

*Inspection*
- Inspect irrigation system periodically to ensure that the right amount of water is being applied and that excessive runoff is not occurring.  Minimize excess watering and repair leaks in the irrigation system as soon as they are observed.

### Training
- Educate and train employees on pesticide use and in pesticide application techniques to prevent pollution.

- Train employees and contractors in proper techniques for spill containment and cleanup.

- Be sure the frequency of training takes into account the complexity of the operations and the nature of the staff.

### Spill Response and Prevention
- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Place a stockpile of spill cleanup materials, such as brooms, dustpans, and vacuum sweepers (if desired) near the storage area where it will be readily accessible.

- Have employees trained in spill containment and cleanup present during the loading/unloading of dangerous wastes, liquid chemicals, or other materials.

- Familiarize employees with the Spill Prevention Control and Countermeasure Plan.

- Clean up spills immediately.

### Other Considerations
Alternative pest/weed controls may not be available, suitable, or effective in many cases.

## Requirements

### Costs
- Cost will vary depending on the type and size of facility.

- Overall costs should be low in comparison to other BMPs.

### Maintenance
Sweep paved areas regularly to collect loose particles.  Wipe up spills with rags and other absorbent material immediately, do not hose down the area to a storm drain.

California Stormwater BMP Handbook
Industrial and Commercial
www.cabmphandbooks.com

AR 011401
AR009396

# Building & Grounds Maintenance       SC-41

## Supplemental Information

### *Further Detail of the BMP*

*Fire Sprinkler Line Flushing*

Building fire sprinkler line flushing may be a source of non-stormwater runoff pollution.  The water entering the system is usually potable water, though in some areas it may be non-potable reclaimed wastewater.  There are subsequent factors that may drastically reduce the quality of the water in such systems.  Black iron pipe is usually used since it is cheaper than potable piping, but it is subject to rusting and results in lower quality water.  Initially, the black iron pipe has an oil coating to protect it from rusting between manufacture and installation; this will contaminate the water from the first flush but not from subsequent flushes.  Nitrates, poly-phosphates and other corrosion inhibitors, as well as fire suppressants and antifreeze may be added to the sprinkler water system.  Water generally remains in the sprinkler system a long time (typically a year) and between flushes may accumulate iron, manganese, lead, copper, nickel, and zinc.  The water generally becomes anoxic and contains living and dead bacteria and breakdown products from chlorination.  This may result in a significant BOD problem and the water often smells.  Consequently dispose fire sprinkler line flush water into the sanitary sewer.  Do not allow discharge to storm drain or infiltration due to potential high levels of pollutants in fire sprinkler line water.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Mobile Cleaners Pilot Program:  Final Report.  1997.  Bay Area Stormwater Management Agencies Association (BASMAA).  http://www.basmaa.org/

Pollution from Surface Cleaning Folder.  1996.  Bay Area Stormwater Management Agencies Association (BASMAA).  http://www.basmaa.org/

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

# Building Repair and Construction    SC-42



## Description

Modifications are common particularly at large industrial sites. The activity may vary from minor and normal building repair to major remodeling, or the construction of new facilities. These activities can generate pollutants including solvents, paints, paint and varnish removers, finishing residues, spent thinners, soap cleaners, kerosene, asphalt and concrete materials, adhesive residues, and old asbestos installation. Protocols in this fact sheet are intended to prevent or reduce the discharge of pollutants to stormwater from building repair, remodeling, and construction by using soil erosion controls, enclosing or covering building material storage areas, using good housekeeping practices, using safer alternative products, and training employees.

## Approach

### Pollution Prevention

- Recycle residual paints, solvents, lumber, and other materials to the maximum extent practical.

- Buy recycled products to the maximum extent practical.

- Inform on-site contractors of company policy on these matters and include appropriate provisions in their contract to ensure certain proper housekeeping and disposal practices are implemented.

### Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Recycle

### Targeted Constituents

| | |
|---|---|
| Sediment | ✔ |
| Nutrients | |
| Trash | ✔ |
| Metals | ✔ |
| Bacteria | |
| Oil and Grease | ✔ |
| Organics | ✔ |



C A S Q A
California
Stormwater
Quality
Association

AR 011403
**AR009398**

# SC-42    Building Repair and Construction

- Make sure that nearby storm drains are well marked to minimize the chance of inadvertent disposal of residual paints and other liquids.

### Suggested Protocols

*Repair & Remodeling*

- Follow BMPs identified in Construction BMP Handbook.

- Maintain good housekeeping practices while work is underway.

- Keep the work site clean and orderly.  Remove debris in a timely fashion.  Sweep the area.

- Cover materials of particular concern that must be left outside, particularly during the rainy season.

- Do not dump waste liquids down the storm drain.

- Dispose of wash water, sweepings, and sediments properly.

- Store materials properly that are normally used in repair and remodeling such as paints and solvents.

- Sweep out the gutter or wash the gutter and trap the particles at the outlet of the downspout if when repairing roofs, small particles have accumulated in the gutter.  A sock or geofabric placed over the outlet may effectively trap the materials.  If the downspout is tight lined, place a temporary plug at the first convenient point in the storm drain and pump out the water with a vactor truck, and clean the catch basin sump where you placed the plug.

- Properly store and dispose waste materials generated from construction activities.  See Construction BMP Handbook.

- Clean the storm drain system in the immediate vicinity of the construction activity after it is completed.

*Painting*

- Enclose painting operations consistent with local air quality regulations and OSHA.

- Local air pollution regulations may, in many areas of the state, specify painting procedures which if properly carried out are usually sufficient to protect water quality.

- Develop paint handling procedures for proper use, storage, and disposal of paints.

- Transport paint and materials to and from job sites in containers with secure lids and tied down to the transport vehicle.

- Test and inspect spray equipment prior to starting to paint.  Tighten all hoses and connections and do not overfill paint containers.

- Mix paint indoors before using so that any spill will not be exposed to rain.  Do so even during dry weather because cleanup of a spill will never be 100% effective.

- Transfer and load paint and hot thermoplastic away from storm drain inlets.

# Building Repair and Construction    SC-42

- Do not transfer or load paint near storm drain inlets.

- Plug nearby storm drain inlets prior to starting painting and remove plugs when job is complete when there is significant risk of a spill reaching storm drains.

- Cover nearby storm drain inlets prior to starting work if sand blasting is used to remove paint.

- Use a ground cloth to collect the chips if painting requires scraping or sand blasting of the existing surface.  Dispose the residue properly.

- Cover or enclose painting operations properly to avoid drift.

- Clean the application equipment in a sink that is connected to the sanitary sewer if using water based paints.

- Capture all cleanup-water and dispose of properly.

- Dispose of paints containing lead or tributyl tin and considered a hazardous waste properly.

- Store leftover paints if they are to be kept for the next job properly, or dispose properly.

- Recycle paint when possible.  Dispose of paint at an appropriate household hazardous waste facility.

### Training
Proper education of off-site contractors is often overlooked.  The conscientious efforts of well trained employees can be lost by unknowing off-site contractors, so make sure they are well informed about what they are expected to do.

### Spill Response and Prevention
- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Place a stockpile of spill cleanup materials where it will be readily accessible.

- Clean up spills immediately.

- Excavate and remove the contaminated (stained) soil if a spill occurs on dirt.

### Limitations
- This BMP is for minor construction only.  The State's General Construction Activity Stormwater Permit has more requirements for larger projects.  The companion "Construction Best Management Practice Handbook" contains specific guidance and best management practices for larger-scale projects.

- Hazardous waste that cannot be reused or recycled must be disposed of by a licensed hazardous waste hauler.

- Be certain that actions to help stormwater quality are consistent with Cal- and Fed-OSHA and air quality regulations.

# SC-42    Building Repair and Construction

## Requirements

### *Costs*

These BMPs are generally low to modest in cost.

### *Maintenance*

N/A

## Supplemental Information

### *Further Detail of the BMP*

*Soil/Erosion Control*

If the work involves exposing large areas of soil, employ the appropriate soil erosion and control techniques.  See the Construction Best Management Practice Handbook.  If old buildings are being torn down and not replaced in the near future, stabilize the site using measures described in SC-40 Contaminated or Erodible Areas.

If a building is to be placed over an open area with a storm drainage system, make sure the storm inlets within the building are covered or removed, or the storm line is connected to the sanitary sewer.  If because of the remodeling a new drainage system is to be installed or the existing system is to be modified, consider installing catch basins as they serve as effective "in-line" treatment devices.  See Treatment Control Fact Sheet TC-20 Wet Pond/Basin in Section 5 of the New Development and Redevelopment Handbook regarding design criteria.  Include in the catch basin a "turn-down" elbow or similar device to trap floatables.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

AR 011406

AR009401

# Parking/Storage Area Maintenance SC-43



## Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize
- Product Substitution

## Description

Parking lots and storage areas can contribute a number of substances, such as trash, suspended solids, hydrocarbons, oil and grease, and heavy metals that can enter receiving waters through stormwater runoff or non-stormwater discharges. The protocols in this fact sheet are intended to prevent or reduce the discharge of pollutants from parking/storage areas and include using good housekeeping practices, following appropriate cleaning BMPs, and training employees.

## Approach

The goal of this program is to ensure stormwater pollution prevention practices are considered when conducting activities on or around parking areas and storage areas to reduce potential for pollutant discharge to receiving waters. Successful implementation depends on effective training of employees on applicable BMPs and general pollution prevention strategies and objectives.

### Pollution Prevention

- Encourage alternative designs and maintenance strategies for impervious parking lots. (See New Development and Redevelopment BMP Handbook)

- Keep accurate maintenance logs to evaluate BMP implementation.

### Targeted Constituents

| | |
|---|---|
| Sediment | ✓ |
| Nutrients | |
| Trash | ✓ |
| Metals | ✓ |
| Bacteria | |
| Oil and Grease | ✓ |
| Organics | ✓ |



**CASQA**
California Stormwater Quality Association

AR 011407
AR009402

# SC-43 Parking/Storage Area Maintenance

## *Suggested Protocols*

### *General*

■ Keep the parking and storage areas clean and orderly.  Remove debris in a timely fashion.

■ Allow sheet runoff to flow into biofilters (vegetated strip and swale) and/or infiltration devices.

■ Utilize sand filters or oleophilic collectors for oily waste in low quantities.

■ Arrange rooftop drains to prevent drainage directly onto paved surfaces.

■ Design lot to include semi-permeable hardscape.

■ Discharge soapy water remaining in mop or wash buckets to the sanitary sewer through a sink, toilet, clean-out, or wash area with drain.

### *Controlling Litter*

■ Post "No Littering" signs and enforce anti-litter laws.

■ Provide an adequate number of litter receptacles.

■ Clean out and cover litter receptacles frequently to prevent spillage.

■ Provide trash receptacles in parking lots to discourage litter.

■ Routinely sweep, shovel, and dispose of litter in the trash.

### *Surface Cleaning*

■ Use dry cleaning methods (e.g., sweeping, vacuuming) to prevent the discharge of pollutants into the stormwater conveyance system if possible.

■ Establish frequency of public parking lot sweeping based on usage and field observations of waste accumulation.

■ Sweep all parking lots at least once before the onset of the wet season.

■ Follow the procedures below if water is used to clean surfaces:

   - Block the storm drain or contain runoff.

   - Collect and pump wash water to the sanitary sewer or discharge to a pervious surface. Do not allow wash water to enter storm drains.

   - Dispose of parking lot sweeping debris and dirt at a landfill.

■ Follow the procedures below when cleaning heavy oily deposits:

   - Clean oily spots with absorbent materials.

   - Use a screen or filter fabric over inlet, then wash surfaces.

**AR009403**

# Parking/Storage Area Maintenance SC-43

- Do not allow discharges to the storm drain.

- Vacuum/pump discharges to a tank or discharge to sanitary sewer.

- Appropriately dispose of spilled materials and absorbents.

*Surface Repair*
- Preheat, transfer or load hot bituminous material away from storm drain inlets.

- Apply concrete, asphalt, and seal coat during dry weather to prevent contamination from contacting stormwater runoff.

- Cover and seal nearby storm drain inlets where applicable (with waterproof material or mesh) and manholes before applying seal coat, slurry seal, etc. Leave covers in place until job is complete and all water from emulsified oil sealants has drained or evaporated. Clean any debris from these covered manholes and drains for proper disposal.

- Use only as much water as necessary for dust control, to avoid runoff.

- Catch drips from paving equipment that is not in use with pans or absorbent material placed under the machines. Dispose of collected material and absorbents properly.

*Inspection*
- Have designated personnel conduct inspections of parking facilities and stormwater conveyance systems associated with parking facilities on a regular basis.

- Inspect cleaning equipment/sweepers for leaks on a regular basis.

## Training
- Provide regular training to field employees and/or contractors regarding cleaning of paved areas and proper operation of equipment.

- Train employees and contractors in proper techniques for spill containment and cleanup.

## Spill Response and Prevention
- Keep your Spill Prevention Control and Countermeasure (SPCC) Plan up-to-date.

- Place a stockpile of spill cleanup materials where it will be readily accessible or at a central location.

- Clean up fluid spills immediately with absorbent rags or material.

- Dispose of spilled material and absorbents properly.

## Other Considerations
Limitations related to sweeping activities at large parking facilities may include high equipment costs, the need for sweeper operator training, and the inability of current sweeper technology to remove oil and grease.

January 2003     *California Stormwater BMP Handbook*     3 of 4
Industrial and Commercial
www.cabmphandbooks.com

AR 011409
AR009404

# SC-43 Parking/Storage Area Maintenance

## Requirements

### Costs

Cleaning/sweeping costs can be quite large. Construction and maintenance of stormwater structural controls can be quite expensive as well.

### Maintenance

- Sweep parking lot regularly to minimize cleaning with water.

- Clean out oil/water/sand separators regularly, especially after heavy storms.

- Clean parking facilities regularly to prevent accumulated wastes and pollutants from being discharged into conveyance systems during rainy conditions.

## Supplemental Information

### Further Detail of the BMP

*Surface Repair*

Apply concrete, asphalt, and seal coat during dry weather to prevent contamination from contacting stormwater runoff. Where applicable, cover and seal nearby storm drain inlets (with waterproof material or mesh) and manholes before applying seal coat, slurry seal, etc. Leave covers in place until job is complete and all water from emulsified oil sealants has drained or evaporated. Clean any debris from these covered manholes and drains for proper disposal. Only use only as much water as is necessary for dust control to avoid runoff.

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Pollution from Surface Cleaning Folder. 1996. Bay Area Stormwater Management Agencies Association (BASMAA). http://www.basmaa.org/

Oregon Association of Clean Water Agencies. Oregon Municipal Stormwater Toolbox for Maintenance Practices. June 1998.

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net/

# Drainage System Maintenance     SC-44



## Description

As a consequence of its function, the stormwater conveyance system collects and transports urban runoff and stormwater that may contain certain pollutants.  The protocols in this fact sheet are intended to reduce pollutants reaching receiving waters through proper conveyance system operation and maintenance.

## Approach

### Pollution Prevention

Maintain catch basins, stormwater inlets, and other stormwater conveyance structures on a regular basis to remove pollutants, reduce high pollutant concentrations during the first flush of storms, prevent clogging of the downstream conveyance system, restore catch basins' sediment trapping capacity, and ensure the system functions properly hydraulically to avoid flooding.

### Suggested Protocols

*Catch Basins/Inlet Structures*

- Staff should regularly inspect facilities to ensure compliance with the following:

    - Immediate repair of any deterioration threatening structural integrity.

    - Cleaning before the sump is 40% full.  Catch basins should be cleaned as frequently as needed to meet this standard.

    - Stenciling of catch basins and inlets (see SC34 Waste Handling and Disposal).

## Objectives

- Cover
- Contain
- Educate
- Reduce/Minimize

## Targeted Constituents

| | |
|---|---|
| Sediment | ✔ |
| Nutrients | |
| Trash | ✔ |
| Metals | |
| Bacteria | ✔ |
| Oil and Grease | |
| Organics | |





C A S Q A
California
Stormwater
Quality
Association

AR 011411
AR009406

# SC-44      Drainage System Maintenance

- Clean catch basins, storm drain inlets, and other conveyance structures before the wet season to remove sediments and debris accumulated during the summer.

- Conduct inspections more frequently during the wet season for problem areas where sediment or trash accumulates more often.  Clean and repair as needed.

- Keep accurate logs of the number of catch basins cleaned.

- Store wastes collected from cleaning activities of the drainage system in appropriate containers or temporary storage sites in a manner that prevents discharge to the storm drain.

- Dewater the wastes if necessary with outflow into the sanitary sewer if permitted.  Water should be treated with an appropriate filtering device prior to discharge to the sanitary sewer.  If discharge to the sanitary sewer is not allowed, water should be pumped or vacuumed to a tank and properly disposed.  Do not dewater near a storm drain or stream.

*Storm Drain Conveyance System*
- Locate reaches of storm drain with deposit problems and develop a flushing schedule that keeps the pipe clear of excessive buildup.

- Collect and pump flushed effluent to the sanitary sewer for treatment whenever possible.

*Pump Stations*
- Clean all storm drain pump stations prior to the wet season to remove silt and trash.

- Do not allow discharge to reach the storm drain system when cleaning a storm drain pump station or other facility.

- Conduct routine maintenance at each pump station.

- Inspect, clean, and repair as necessary all outlet structures prior to the wet season.

*Open Channel*
- Modify storm channel characteristics to improve channel hydraulics, increase pollutant removals, and enhance channel/creek aesthetic and habitat value.

- Conduct channel modification/improvement in accordance with existing laws.  Any person, government agency, or public utility proposing an activity that will change the natural (emphasis added) state of any river, stream, or lake in California, must enter into a Steam or Lake Alteration Agreement with the Department of Fish and Game.  The developer-applicant should also contact local governments (city, county, special districts), other state agencies (SWRCB, RWQCB, Department of Forestry, Department of Water Resources), and Federal Corps of Engineers and USFWS.

*Illicit Connections and Discharges*
- Look for evidence of illegal discharges or illicit connections during routine maintenance of conveyance system and drainage structures:

  - Is there evidence of spills such as paints, discoloring, etc?

2 of 6      California Stormwater BMP Handbook      January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011412
AR009407

# Drainage System Maintenance          SC-44

- Are there any odors associated with the drainage system?

- Record locations of apparent illegal discharges/illicit connections?

- Track flows back to potential dischargers and conduct aboveground inspections. This can be done through visual inspection of upgradient manholes or alternate techniques including zinc chloride smoke testing, fluorometric dye testing, physical inspection testing, or television camera inspection.

- Eliminate the discharge once the origin of flow is established.

- Stencil or demarcate storm drains, where applicable, to prevent illegal disposal of pollutants. Storm drain inlets should have messages such as "Dump No Waste Drains to Stream" stenciled next to them to warn against ignorant or intentional dumping of pollutants into the storm drainage system.

- Refer to fact sheet SC-10 Non-Stormwater Discharges.

*Illegal Dumping*

- Inspect and clean up hot spots and other storm drainage areas regularly where illegal dumping and disposal occurs.

- Establish a system for tracking incidents. The system should be designed to identify the following:

  - Illegal dumping hot spots

  - Types and quantities (in some cases) of wastes

  - Patterns in time of occurrence (time of day/night, month, or year)

  - Mode of dumping (abandoned containers, "midnight dumping" from moving vehicles, direct dumping of materials, accidents/spills)

  - Responsible parties

- Post "No Dumping" signs in problem areas with a phone number for reporting dumping and disposal. Signs should also indicate fines and penalties for illegal dumping.

- Refer to fact sheet SC-10 Non-Stormwater Discharges.

### Training

- Train crews in proper maintenance activities, including record keeping and disposal.

- Allow only properly trained individuals to handle hazardous materials/wastes.

- Have staff involved in detection and removal of illicit connections trained in the following:

  - OSHA-required Health and Safety Training (29 CFR 1910.120) plus annual refresher training (as needed).

**AR 011413**
**AR009408**

# SC-44      Drainage System Maintenance

- OSHA Confined Space Entry training (Cal-OSHA Confined Space, Title 8 and Federal OSHA 29 CFR 1910.146).

- Procedural training (field screening, sampling, smoke/dye testing, TV inspection).

## Spill Response and Prevention

- Investigate all reports of spills, leaks, and/or illegal dumping promptly.

- Clean up all spills and leaks using "dry" methods (with absorbent materials and/or rags) or dig up, remove, and properly dispose of contaminated soil.

- Refer to fact sheet SC-11 Spill Prevention, Control, and Cleanup.

## Other Considerations (Limitations and Regulations)

- Clean-up activities may create a slight disturbance for local aquatic species. Access to items and material on private property may be limited. Trade-offs may exist between channel hydraulics and water quality/riparian habitat. If storm channels or basins are recognized as wetlands, many activities, including maintenance, may be subject to regulation and permitting.

- Storm drain flushing is most effective in small diameter pipes (36-inch diameter pipe or less, depending on water supply and sediment collection capacity). Other considerations associated with storm drain flushing may include the availability of a water source, finding a downstream area to collect sediments, liquid/sediment disposal, and prohibition against disposal of flushed effluent to sanitary sewer in some areas.

- Regulations may include adoption of substantial penalties for illegal dumping and disposal.

- Local municipal codes may include sections prohibiting discharge of soil, debris, refuse, hazardous wastes, and other pollutants into the storm drain system.

## Requirements

### Costs

- An aggressive catch basin cleaning program could require a significant capital and O&M budget.

- The elimination of illegal dumping is dependent on the availability, convenience, and cost of alternative means of disposal. The primary cost is for staff time. Cost depends on how aggressively a program is implemented. Other cost considerations for an illegal dumping program include:

  - Purchase and installation of signs.

  - Rental of vehicle(s) to haul illegally-disposed items and material to landfills.

  - Rental of heavy equipment to remove larger items (e.g., car bodies) from channels.

  - Purchase of landfill space to dispose of illegally-dumped items and material.

4 of 6      California Stormwater BMP Handbook      January 2003
Industrial and Commercial
www.cabmphandbooks.com

AR 011414
AR009409

# Drainage System Maintenance SC-44

- Methods used for illicit connection detection (smoke testing, dye testing, visual inspection, and flow monitoring) can be costly and time-consuming. Site-specific factors, such as the level of impervious area, the density and ages of buildings, and type of land use will determine the level of investigation necessary.

### Maintenance

- Two-person teams may be required to clean catch basins with vactor trucks.

- Teams of at least two people plus administrative personnel are required to identify illicit discharges, depending on the complexity of the storm sewer system.

- Arrangements must be made for proper disposal of collected wastes.

- Technical staff are required to detect and investigate illegal dumping violations.

## Supplemental Information

### Further Detail of the BMP

#### Storm Drain Flushing

Flushing is a common maintenance activity used to improve pipe hydraulics and to remove pollutants in storm drainage systems. Flushing may be designed to hydraulically convey accumulated material to strategic locations, such as an open channel, another point where flushing will be initiated, or the sanitary sewer and the treatment facilities, thus preventing resuspension and overflow of a portion of the solids during storm events. Flushing prevents "plug flow" discharges of concentrated pollutant loadings and sediments. Deposits can hinder the designed conveyance capacity of the storm drain system and potentially cause backwater conditions in severe cases of clogging.

Storm drain flushing usually takes place along segments of pipe with grades that are too flat to maintain adequate velocity to keep particles in suspension. An upstream manhole is selected to place an inflatable device that temporarily plugs the pipe. Further upstream, water is pumped into the line to create a flushing wave. When the upstream reach of pipe is sufficiently full to cause a flushing wave, the inflated device is rapidly deflated with the assistance of a vacuum pump, thereby releasing the backed up water and resulting in the cleaning of the storm drain segment.

To further reduce impacts of stormwater pollution, a second inflatable device placed well downstream may be used to recollect the water after the force of the flushing wave has dissipated. A pump may then be used to transfer the water and accumulated material to the sanitary sewer for treatment. In some cases, an interceptor structure may be more practical or required to recollect the flushed waters.

It has been found that cleansing efficiency of periodic flush waves is dependent upon flush volume, flush discharge rate, sewer slope, sewer length, sewer flow rate, sewer diameter, and population density. As a rule of thumb, the length of line to be flushed should not exceed 700 feet. At this maximum recommended length, the percent removal efficiency ranges between 65-75% for organics and 55-65% for dry weather grit/inorganic material. The percent removal efficiency drops rapidly beyond that. Water is commonly supplied by a water truck, but fire hydrants can also supply water. To make the best use of water, it is recommended that reclaimed water be used or that fire hydrant line flushing coincide with storm sewer flushing.

AR 011415
AR009410

# SC-44          Drainage System Maintenance

## References and Resources

California's Nonpoint Source Program Plan http://www.swrcb.ca.gov/nps/index.html

Clark County Storm Water Pollution Control Manual
http://www.co.clark.wa.us/pubworks/bmpman.pdf

Ferguson, B.K. 1991. Urban Stream Reclamation, p. 324-322, Journal of Soil and Water Conservation.

King County Storm Water Pollution Control Manual http://dnr.metrokc.gov/wlr/dss/spcm.htm

Oregon Association of Clean Water Agencies. Oregon Municipal Stormwater Toolbox for Maintenance Practices. June 1998.

Santa Clara Valley Urban Runoff Pollution Prevention Program http://www.scvurppp.org

The Storm Water Managers Resource Center http://www.stormwatercenter.net

United States Environmental Protection Agency (USEPA). 2002. Pollution Prevention/Good Housekeeping for Municipal Operations Storm Drain System Cleaning. On line:
http://www.epa.gov/npdes/menuofbmps/poll_16.htm

6 of 6
California Stormwater BMP Handbook
Industrial and Commercial
www.cabmphandbooks.com
January 2003

AR 011416
AR009411

# Site Design & Landscape Planning   SD-10



**Design Objectives**

☑ Maximize Infiltration

☑ Provide Retention

☑ Slow Runoff

☑ Minimize Impervious Land Coverage

 Prohibit Dumping of Improper Materials

 Contain Pollutants

 Collect and Convey

## Description

Each project site possesses unique topographic, hydrologic, and vegetative features, some of which are more suitable for development than others. Integrating and incorporating appropriate landscape planning methodologies into the project design is the most effective action that can be done to minimize surface and groundwater contamination from stormwater.

## Approach

Landscape planning should couple consideration of land suitability for urban uses with consideration of community goals and projected growth. Project plan designs should conserve natural areas to the extent possible, maximize natural water storage and infiltration opportunities, and protect slopes and channels.

## Suitable Applications

Appropriate applications include residential, commercial and industrial areas planned for development or redevelopment.

## Design Considerations

Design requirements for site design and landscapes planning should conform to applicable standards and specifications of agencies with jurisdiction and be consistent with applicable General Plan and Local Area Plan policies.



January 2003

California Stormwater BMP Handbook
New Development and Redevelopment
www.cabmphandbooks.com

1 of 4

**AR 011417**
**AR009412**

# SD-10   Site Design & Landscape Planning

### *Designing New Installations*

Begin the development of a plan for the landscape unit with attention to the following general principles:

■ Formulate the plan on the basis of clearly articulated community goals. Carefully identify conflicts and choices between retaining and protecting desired resources and community growth.

■ Map and assess land suitability for urban uses. Include the following landscape features in the assessment: wooded land, open unwooded land, steep slopes, erosion-prone soils, foundation suitability, soil suitability for waste disposal, aquifers, aquifer recharge areas, wetlands, floodplains, surface waters, agricultural lands, and various categories of urban land use. When appropriate, the assessment can highlight outstanding local or regional resources that the community determines should be protected (e.g., a scenic area, recreational area, threatened species habitat, farmland, fish run). Mapping and assessment should recognize not only these resources but also additional areas needed for their sustenance.

Project plan designs should conserve natural areas to the extent possible, maximize natural water storage and infiltration opportunities, and protect slopes and channels.

### *Conserve Natural Areas during Landscape Planning*

If applicable, the following items are required and must be implemented in the site layout during the subdivision design and approval process, consistent with applicable General Plan and Local Area Plan policies:

■ Cluster development on least-sensitive portions of a site while leaving the remaining land in a natural undisturbed condition.

■ Limit clearing and grading of native vegetation at a site to the minimum amount needed to build lots, allow access, and provide fire protection.

■ Maximize trees and other vegetation at each site by planting additional vegetation, clustering tree areas, and promoting the use of native and/or drought tolerant plants.

■ Promote natural vegetation by using parking lot islands and other landscaped areas.

■ Preserve riparian areas and wetlands.

### *Maximize Natural Water Storage and Infiltration Opportunities Within the Landscape Unit*

■ Promote the conservation of forest cover. Building on land that is already deforested affects basin hydrology to a lesser extent than converting forested land. Loss of forest cover reduces interception storage, detention in the organic forest floor layer, and water losses by evapotranspiration, resulting in large peak runoff increases and either their negative effects or the expense of countering them with structural solutions.

■ Maintain natural storage reservoirs and drainage corridors, including depressions, areas of permeable soils, swales, and intermittent streams. Develop and implement policies and

**AR 011418**

**AR009413**

# Site Design & Landscape Planning   SD-10

regulations to discourage the clearing, filling, and channelization of these features.  Utilize them in drainage networks in preference to pipes, culverts, and engineered ditches.

- Evaluating infiltration opportunities by referring to the stormwater management manual for the jurisdiction and pay particular attention to the selection criteria for avoiding groundwater contamination, poor soils, and hydrogeological conditions that cause these facilities to fail.  If necessary, locate developments with large amounts of impervious surfaces or a potential to produce relatively contaminated runoff away from groundwater recharge areas.

*Protection of Slopes and Channels during Landscape Design*

- Convey runoff safely from the tops of slopes.

- Avoid disturbing steep or unstable slopes.

- Avoid disturbing natural channels.

- Stabilize disturbed slopes as quickly as possible.

- Vegetate slopes with native or drought tolerant vegetation.

- Control and treat flows in landscaping and/or other controls prior to reaching existing natural drainage systems.

- Stabilize temporary and permanent channel crossings as quickly as possible, and ensure that increases in run-off velocity and frequency caused by the project do not erode the channel.

- Install energy dissipaters, such as riprap, at the outlets of new storm drains, culverts, conduits, or channels that enter unlined channels in accordance with applicable specifications to minimize erosion.  Energy dissipaters shall be installed in such a way as to minimize impacts to receiving waters.

- Line on-site conveyance channels where appropriate, to reduce erosion caused by increased flow velocity due to increases in tributary impervious area.  The first choice for linings should be grass or some other vegetative surface, since these materials not only reduce runoff velocities, but also provide water quality benefits from filtration and infiltration.  If velocities in the channel are high enough to erode grass or other vegetative linings, riprap, concrete, soil cement, or geo-grid stabilization are other alternatives.

- Consider other design principles that are comparable and equally effective.

## Redeveloping Existing Installations

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces.  The definition of " redevelopment" must be consulted to determine whether or not the requirements for new development apply to areas intended for redevelopment.  If the definition applies, the steps outlined under "designing new installations" above should be followed.

# SD-10   Site Design & Landscape Planning

Redevelopment may present significant opportunity to add features which had not previously been implemented.  Examples include incorporation of depressions, areas of permeable soils, and swales in newly redeveloped areas.  While some site constraints may exist due to the status of already existing infrastructure, opportunities should not be missed to maximize infiltration, slow runoff, reduce impervious areas, disconnect directly connected impervious areas.

## Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Stormwater Management Manual for Western Washington, Washington State Department of Ecology, August 2001.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

AR009415

# Efficient Irrigation                                          SD-12



### Design Objectives

☑ Maximize Infiltration

☑ Provide Retention

☑ Slow Runoff

  Minimize Impervious Land Coverage

  Prohibit Dumping of Improper Materials

  Contain Pollutants

  Collect and Convey

## Description

Irrigation water provided to landscaped areas may result in excess irrigation water being conveyed into stormwater drainage systems.

## Approach

Project plan designs for development and redevelopment should include application methods of irrigation water that minimize runoff of excess irrigation water into the stormwater conveyance system.

## Suitable Applications

Appropriate applications include residential, commercial and industrial areas planned for development or redevelopment. (Detached residential single-family homes are typically excluded from this requirement.)

## Design Considerations

### *Designing New Installations*

The following methods to reduce excessive irrigation runoff should be considered, and incorporated and implemented where determined applicable and feasible by the Permittee:

- Employ rain-triggered shutoff devices to prevent irrigation after precipitation.

- Design irrigation systems to each landscape area's specific water requirements.

- Include design featuring flow reducers or shutoff valves triggered by a pressure drop to control water loss in the event of broken sprinkler heads or lines.

- Implement landscape plans consistent with County or City water conservation resolutions, which may include provision of water sensors, programmable irrigation times (for short cycles), etc.



AR 011421

AR009416

# SD-12                                    Efficient Irrigation

■ Design timing and application methods of irrigation water to minimize the runoff of excess irrigation water into the storm water drainage system.

■ Group plants with similar water requirements in order to reduce excess irrigation runoff and promote surface filtration.  Choose plants with low irrigation requirements (for example, native or drought tolerant species).  Consider design features such as:

  - Using mulches (such as wood chips or bar) in planter areas without ground cover to minimize sediment in runoff

  - Installing appropriate plant materials for the location, in accordance with amount of sunlight and climate, and use native plant materials where possible and/or as recommended by the landscape architect

  - Leaving a vegetative barrier along the property boundary and interior watercourses, to act as a pollutant filter, where appropriate and feasible

  - Choosing plants that minimize or eliminate the use of fertilizer or pesticides to sustain growth

■ Employ other comparable, equally effective methods to reduce irrigation water runoff.

### *Redeveloping Existing Installations*

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces.   The definition of " redevelopment" must be consulted to determine whether or not the requirements for new development apply to areas intended for redevelopment.  If the definition applies, the steps outlined under "designing new installations" above should be followed.

### Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

2 of 2                     California Stormwater BMP Handbook                     January 2003
                          New Development and Redevelopment
                              www.cabmphandbooks.com                     **AR 011422**

                                                                        **AR009417**

# Storm Drain Signage

# SD-13



### Design Objectives

Maximize Infiltration

Provide Retention

Slow Runoff

Minimize Impervious Land Coverage

☑ Prohibit Dumping of Improper Materials

Contain Pollutants

Collect and Convey

## Description

Waste materials dumped into storm drain inlets can have severe impacts on receiving and ground waters. Posting notices regarding discharge prohibitions at storm drain inlets can prevent waste dumping. Storm drain signs and stencils are highly visible source controls that are typically placed directly adjacent to storm drain inlets.

## Approach

The stencil or affixed sign contains a brief statement that prohibits dumping of improper materials into the urban runoff conveyance system. Storm drain messages have become a popular method of alerting the public about the effects of and the prohibitions against waste disposal.

## Suitable Applications

Stencils and signs alert the public to the destination of pollutants discharged to the storm drain. Signs are appropriate in residential, commercial, and industrial areas, as well as any other area where contributions or dumping to storm drains is likely.

## Design Considerations

Storm drain message markers or placards are recommended at all storm drain inlets within the boundary of a development project. The marker should be placed in clear sight facing toward anyone approaching the inlet from either side. All storm drain inlet locations should be identified on the development site map.

### *Designing New Installations*

The following methods should be considered for inclusion in the project design and show on project plans:

■   Provide stenciling or labeling of all storm drain inlets and catch basins, constructed or modified, within the project area with prohibitive language. Examples include "NO DUMPING



AR 011423
AR009418

# SD-13                          Storm Drain Signage

— DRAINS TO OCEAN" and/or other graphical icons to discourage illegal dumping.

- Post signs with prohibitive language and/or graphical icons, which prohibit illegal dumping at public access points along channels and creeks within the project area.

Note - Some local agencies have approved specific signage and/or storm drain message placards for use. Consult local agency stormwater staff to determine specific requirements for placard types and methods of application.

### Redeveloping Existing Installations

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces. If the project meets the definition of "redevelopment", then the requirements stated under " designing new installations" above should be included in all project design plans.

## Additional Information
### Maintenance Considerations

- Legibility of markers and signs should be maintained. If required by the agency with jurisdiction over the project, the owner/operator or homeowner's association should enter into a maintenance agreement with the agency or record a deed restriction upon the property title to maintain the legibility of placards or signs.

### Placement

- Signage on top of curbs tends to weather and fade.

- Signage on face of curbs tends to be worn by contact with vehicle tires and sweeper brooms.

## Supplemental Information
### Examples

- Most MS4 programs have storm drain signage programs. Some MS4 programs will provide stencils, or arrange for volunteers to stencil storm drains as part of their outreach program.

## Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

2 of 2                    California Stormwater BMP Handbook                    January 2003
                          New Development and Redevelopment
                          www.cabmphandbooks.com                               **AR 011424**

                                                                               **AR009419**

# Maintenance Bays & Docks                                SD-31



### Design Objectives

Maximize Infiltration

Provide Retention

Slow Runoff

Minimize Impervious Land Coverage

☑ Prohibit Dumping of Improper Materials

☑ Contain Pollutants

Collect and Convey

## Description

Several measures can be taken to prevent operations at maintenance bays and loading docks from contributing a variety of toxic compounds, oil and grease, heavy metals, nutrients, suspended solids, and other pollutants to the stormwater conveyance system.

## Approach

In designs for maintenance bays and loading docks, containment is encouraged.  Preventative measures include overflow containment structures and dead-end sumps.  However, in the case of loading docks from grocery stores and warehouse/distribution centers, engineered infiltration systems may be considered.

## Suitable Applications

Appropriate applications include commercial and industrial areas planned for development or redevelopment.

## Design Considerations

Design requirements for vehicle maintenance and repair are governed by Building and Fire Codes, and by current local agency ordinances, and zoning requirements.  The design criteria described in this fact sheet are meant to enhance and be consistent with these code requirements.

### *Designing New Installations*

Designs of maintenance bays should consider the following:

- Repair/maintenance bays and vehicle parts with fluids should be indoors; or designed to preclude urban run-on and runoff.

- Repair/maintenance floor areas should be paved with Portland cement concrete (or equivalent smooth impervious surface).



AR 011425
AR009420

# SD-31        Maintenance Bays & Docks

- Repair/maintenance bays should be designed to capture all wash water leaks and spills. Provide impermeable berms, drop inlets, trench catch basins, or overflow containment structures around repair bays to prevent spilled materials and wash-down waters form entering the storm drain system. Connect drains to a sump for collection and disposal. Direct connection of the repair/maintenance bays to the storm drain system is prohibited. If required by local jurisdiction, obtain an Industrial Waste Discharge Permit.

- Other features may be comparable and equally effective.

The following designs of loading/unloading dock areas should be considered:

- Loading dock areas should be covered, or drainage should be designed to preclude urban run-on and runoff.

- Direct connections into storm drains from depressed loading docks (truck wells) are prohibited.

- Below-grade loading docks from grocery stores and warehouse/distribution centers of fresh food items should drain through water quality inlets, or to an engineered infiltration system, or an equally effective alternative. Pre-treatment may also be required.

- Other features may be comparable and equally effective.

### Redeveloping Existing Installations

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces. The definition of " redevelopment" must be consulted to determine whether or not the requirements for new development apply to areas intended for redevelopment. If the definition applies, the steps outlined under "designing new installations" above should be followed.

### Additional Information

Stormwater and non-stormwater will accumulate in containment areas and sumps with impervious surfaces. Contaminated accumulated water must be disposed of in accordance with applicable laws and cannot be discharged directly to the storm drain or sanitary sewer system without the appropriate permit.

### Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

2 of 2      *California Stormwater BMP Handbook*      January 2003
New Development and Redevelopment
www.cabmphandbooks.com

AR 011426
AR009421

# Trash Storage Areas                              SD-32

## Description

Trash storage areas are areas where a trash receptacle (s) are located for use as a repository for solid wastes.  Stormwater runoff from areas where trash is stored or disposed of can be polluted.  In addition, loose trash and debris can be easily transported by water or wind into nearby storm drain inlets, channels, and/or creeks.  Waste handling operations that may be sources of stormwater pollution include dumpsters, litter control, and waste piles.

## Approach

This fact sheet contains details on the specific measures required to prevent or reduce pollutants in stormwater runoff associated with trash storage and handling.  Preventative measures including enclosures, containment structures, and impervious pavements to mitigate spills, should be used to reduce the likelihood of contamination.

## Suitable Applications

Appropriate applications include residential, commercial and industrial areas planned for development or redevelopment.   (Detached residential single-family homes are typically excluded from this requirement.)

## Design Considerations

Design requirements for waste handling areas are governed by Building and Fire Codes, and by current local agency ordinances and zoning requirements.  The design criteria described in this fact sheet are meant to enhance and be consistent with these code and ordinance requirements.  Hazardous waste should be handled in accordance with legal requirements established in Title 22, California Code of Regulation.

Wastes from commercial and industrial sites are typically hauled by either public or commercial carriers that may have design or access requirements for waste storage areas.   The design criteria in this fact sheet are recommendations and are not intended to be in conflict with requirements established by the waste hauler.  The waste hauler should be contacted prior to the design of your site trash collection areas.  Conflicts or issues should be discussed with the local agency.

### *Designing New Installations*

Trash storage areas should be designed to consider the following structural or treatment control BMPs:

- Design trash container areas so that drainage from adjoining roofs and pavement is diverted around the area(s) to avoid run-on.  This might include berming or grading the waste handling area to prevent run-on of stormwater.

- Make sure trash container areas are screened or walled to prevent off-site transport of trash.

| Design Objectives | |
|---|---|
| | Maximize Infiltration |
| | Provide Retention |
| | Slow Runoff |
| | Minimize Impervious Land Coverage |
| | Prohibit Dumping of Improper Materials |
| ☑ | Contain Pollutants |
| | Collect and Convey |



AR 011427
AR009422

# SD-32                        Trash Storage Areas

- Use lined bins or dumpsters to reduce leaking of liquid waste.

- Provide roofs, awnings, or attached lids on all trash containers to minimize direct precipitation and prevent rainfall from entering containers.

- Pave trash storage areas with an impervious surface to mitigate spills.

- Do not locate storm drains in immediate vicinity of the trash storage area.

- Post signs on all dumpsters informing users that hazardous materials are not to be disposed of therein.

### *Redeveloping Existing Installations*

Various jurisdictional stormwater management and mitigation plans (SUSMP, WQMP, etc.) define "redevelopment" in terms of amounts of additional impervious area, increases in gross floor area and/or exterior construction, and land disturbing activities with structural or impervious surfaces.   The definition of " redevelopment" must be consulted to determine whether or not the requirements for new development apply to areas intended for redevelopment.  If the definition applies, the steps outlined under "designing new installations" above should be followed.

## Additional Information
### *Maintenance Considerations*

The integrity of structural elements that are subject to damage (i.e., screens, covers, and signs) must be maintained by the owner/operator.  Maintenance agreements between the local agency and the owner/operator may be required.  Some agencies will require maintenance deed restrictions to be recorded of the property title.  If required by the local agency, maintenance agreements or deed restrictions must be executed by the owner/operator before improvement plans are approved.

## Other Resources

A Manual for the Standard Urban Stormwater Mitigation Plan (SUSMP), Los Angeles County Department of Public Works, May 2002.

Model Standard Urban Storm Water Mitigation Plan (SUSMP) for San Diego County, Port of San Diego, and Cities in San Diego County, February 14, 2002.

Model Water Quality Management Plan (WQMP) for County of Orange, Orange County Flood Control District, and the Incorporated Cities of Orange County, Draft February 2003.

Ventura Countywide Technical Guidance Manual for Stormwater Quality Control Measures, July 2002.

2 of 2                          California Stormwater BMP Handbook                    January 2003
                                New Development and Redevelopment
                                www.cabmphandbooks.com                              **AR 011428**

                                                                                    **AR009423**

# Appendix E

Soils Report

On the Infiltration Calculations worksheets for Infiltration Test Holes I-1
thru I-6, it states the project location is Rancho Cucamonga, CA.  Is this a
copying error?



March 30, 2021

LGE Deisgn Build
1200 N. 52nd Street
Phoenix, Arizona 85008

Attention:      Mr. Blake Wells
                Director of Preconstruction

Project No.:    **21G116-2**

Subject:        **Results of Infiltration Testing**
                Proposed Banning Point Development
                Sun Lakes Boulevard, East of Highland Springs Avenue
                Banning, California

Reference:      <u>Geotechnical Investigation, Proposed Banning Point Development, NEC of Sun Lakes Boulevard and Sun Lakes Village Drive, Banning, CA</u>, SCG Project No. 21G116-1, dated March 10, 2021.

Mr. Wells:

In accordance with your request, we have conducted infiltration testing at the subject site. We are pleased to present this report summarizing the results of the infiltration testing and our design recommendations.

### Scope of Services

The scope of services performed for this project was in general accordance with our Proposal 20P406, dated November 5, 2020. The scope of services included site reconnaissance, subsurface exploration, field testing, and engineering analysis to determine the infiltration rates of the on-site soils. The infiltration testing was performed in general accordance with the guidelines published in <u>Riverside County – Low Impact Development BMP Design Handbook – Section 2.3 of Appendix A</u>, prepared for the Riverside County Department of Environmental Health (RCDEH), dated December, 2013.

### Site and Project Description

The overall site is located on the northeast corner of Sun Lakes Boulevard and Sun Lakes Village Drive in Banning, California. The site is bounded to the north by an existing railroad easement, to the west by Sun Lakes Village Drive and a retail development, to the south by Sun Lakes Boulevard, and to the east by an existing multi-family residential development and a vacant lot. The general location of the site is illustrated on the Site Location Map, enclosed as Plate 1 in Appendix A of this report.

The overall site consists of two irregular-shaped properties, totaling 37± acres in size. The northern and southern properties are 30.2 and 6.8± acres in size, respectively. Both properties are vacant and undeveloped. The ground surface cover consists of exposed soil with moderate to extensive native grass and weed growth. Based on our review of readily available historical

22885 Savi Ranch Parkway  ▼  Suite E  ▼  Yorba Linda  ▼  California  ▼  92887
voice: (714) 685-1115  ▼  fax: (714) 685-1118  ▼  <u>www.socalgeo.com</u>

AR 011430
**AR009425**

aerial photographs and Google Earth, reparative dicing throughout the site has been performed since 1996 as part of native grass and weed control.

As part of our research, we reviewed available data in order to determine any environmental concerns within the subject site. The primary reference used was obtained from the California State Water Resources Control Board, GeoTracker, website, https://geotracker.waterboards.ca.gov/. Records for the subject site indicate the presence of an underground storage tank (UST). Further records indicate that the existing UST, identified as Facility ID: FA0038574, has been permitted by the Riverside County Department of Environmental Health.

Detailed topographic information was not available at the time of this report. Based on elevations obtained from Google Earth, and visual observations made at the time of the subsurface investigation, the overall site topography slopes downward to the southeast at a gradient of less than 2 percent.

## Proposed Development

A preliminary site plan has been provided to our office by the client. Based on this plan, the northern property will be developed with a 618,240± ft² warehouse, located in the central region of this property. Dock-high doors will be constructed in a cross-dock configuration on the north and south sides of the building. The proposed building is expected to be surrounded by asphaltic concrete pavements in the parking and drive areas, Portland cement concrete pavements in the loading dock areas, and concrete flatwork and landscaped planters throughout the site.

A proposed detention basin bound by Infiltration Test Nos. I-1 and I-2 is depicted in the southeastern area of the site that will be utilized for on-site stormwater infiltration. The bottom of the infiltration basin will be approximately 10± feet below the existing site grades. In addition, below grade chamber systems will be added in the central-southern region of the site and the northern region of the site. The Bottom of the chamber systems will be approximately 10± feet below existing site grades for the central-southern system and 15± feet below existing site grades in the northern region.

## Concurrent Study

Artificial fill soils were encountered at the ground surface at all of the boring locations, extending to depths of 1½ to 3± feet below the existing site grades. The fill soils generally consist of loose to very dense silty fine sands with varying medium to coarse sand, clay and fine to coarse gravel content. Native alluvium was encountered beneath the fill soils at all of the boring locations, extending to at least the maximum depth explored of 25± feet below the existing site grades. The near-surface alluvium generally consists of medium dense to dense clayey fine sands and silty fine sands with varying medium to coarse sand content, extending to depths of 12 to 22± feet. At greater depths and extending to the maximum depth explored of 25± feet, the alluvium generally consists of medium dense to dense fine sandy silts and silty fine sands to fine sandy silts. Boring No. B-2 encountered a soil stratum consisting of loose silty fine to medium sands at depths of 2½ to 4½± feet. Boring No. B-3 encountered a soil stratum consisting of medium dense silty fine sands at depths of 14½ to 17± feet.



Groundwater

Free water was not encountered during the drilling of any of the borings. Based on the lack of any water within the borings, and the moisture contents of the recovered soil samples, the static groundwater table is considered to have existed at a depth in excess of 25± feet at the time of the subsurface exploration.

As a part of our research, we reviewed available groundwater data in order to determine groundwater levels for the site. Water level data was obtained from the California Department of Water Resources Water Data Library website, https://wdl.water.ca.gov/waterdatalibrary/. The nearest monitoring well on record is located 1,500± feet southeast of the site. Water level readings within this monitoring well indicate a groundwater level of 117± feet below the ground surface in May 2014.

## Subsurface Exploration

### Scope of Exploration

The subsurface exploration conducted for the infiltration testing consisted of six (6) infiltration test borings advanced to depths of 10 to 15± feet below the existing site grades. The infiltration borings were advanced using a truck-mounted drilling rig, equipped with 8-inch diameter hollow stem augers and were logged during drilling by a member of our staff. The approximate locations of the infiltration test borings (identified as I-1 through I-6) are indicated on the Infiltration Test Location Plan, enclosed as Plate 2 of this report.

Upon the completion of the infiltration borings, the bottom of each test boring was covered with 2± inches of clean ¾-inch gravel. A sufficient length of 3-inch-diameter perforated PVC casing was then placed into each test hole so that the PVC casing extended from the bottom of the test hole to the ground surface. Clean ¾-inch gravel was then installed in the annulus surrounding the PVC casing.

### Geotechnical Conditions

### Alluvium

Native alluvial soils were encountered at the ground surface at all six (6) boring locations, extending to at least the maximum explored depth of 15± feet below existing site grades. The alluvium consisted of loose to medium dense silty fine sands and silty fine to medium sands. In addition, loose to dense silty fine to coarse sands were encountered. The Boring Logs, which illustrate the conditions encountered at the infiltration test locations, are included with this report.

## Infiltration Testing

As previously mentioned, the infiltration testing was performed in general accordance with the guidelines published in Riverside County – Low Impact Development BMP Design Handbook – Section 2.3 of Appendix A.



**AR009427**

<u>Pre-soaking</u>

In accordance with the county infiltration standards, both of the infiltration test borings were pre-soaked prior to the infiltration testing. The pre-soaking process consisted of filling the test borings by inverting a full 5-gallon bottle of clear water supported over each hole so that the water level reaches a level of at least 5 times the hole's radius above the gravel at the bottom of each hole. The pre-soaking was completed after all of the water had percolated through each test hole or after 15 hours since initiating the pre-soak.

<u>Infiltration Testing</u>

Following the pre-soaking process of the infiltration test borings, SCG performed the infiltration testing. Each test hole was filled with water to a depth of at least 5 times the hole's radius above the gravel at the bottom of each test hole, and less than or equal to the water level used during the pre-soaking process. In accordance with the Riverside County guidelines, since "non-sandy soil" conditions were encountered at the bottom Infiltration Test Nos. I-1 through I-4 (where less than 6 inches of water infiltrated into the surrounding soils for two consecutive 25-minute readings), readings were taken at 30-minute intervals. At infiltration Test Nos. I-5 and I-6, "sandy soils" were encountered (where more than 6 inches of water infiltrated into the surrounding soils for two consecutive 25-minute readings), which resulted in a testing interval of 10-minutes at these locations.   After each reading, the borings were refilled to at least five-times the radius of the boring above the gravel at the bottom of each test hole. The water level readings are presented on the spreadsheets enclosed with this report. The infiltration rates for each of the timed intervals are also tabulated on the spreadsheets.

The infiltration rates from the tests are tabulated in inches per hour. In accordance with the typically accepted practice, it is recommended that the most conservative reading from the latter part of the infiltration tests be used as the design infiltration rate. The rates are summarized below:

| Infiltration Test No. | Soil Description | Infiltration Rate (inches/hour) |
|:---:|:---:|:---:|
| I-1 | Brown Silty fine to coarse Sand, trace fine Gravel | 2.1 |
| I-2 | Brown Silty fine to coarse Sand | 1.5 |
| I-3 | Brown Silty fine to medium Sand, trace coarse Sand | 1.5 |
| I-4 | Brown Silty fine to coarse Sand, little fine to coarse Gravel | 1.4 |
| I-5 | Brown Silty fine to medium Sand | 1.1 |
| I-6 | Brown Silty fine to coarse Sand, trace to little fine to coarse Gravel | 6.4 |



## Laboratory Testing

### Grain Size Analysis

The grain size distribution of selected soils from the base of each infiltration test boring has been determined using a range of wire mesh screens. These tests were performed in general accordance with ASTM D-422 and/or ASTM D-1140. The weight of the portion of the sample retained on each screen is recorded and the percentage finer or coarser of the total weight is calculated. The results of these tests are presented on Plates C-1 through C-6 of this report.

## Design Recommendations

A total of six (6) infiltration tests were performed at the subject site. As noted above, the calculated infiltration rates at the infiltration test locations range from 1.1 to 6.4 inches per hour.

Based on the infiltration test results, below is our recommended infiltration rate:

| Infiltration Test Nos. | Infiltration System | Infiltration Rate (inches/hour) |
|---|---|---|
| I-1 / I-2 | Southeastern Basin "**A**" | 1.5 |
| I-3 / I-4 | Central-southern "**B**" | 1.4 |
| I-5 / I-6 | Northern "**C**" | 1.1 |

The design of the proposed storm water infiltration systems should be performed by the project civil engineer, in accordance with the City of Banning and/or County of Riverside guidelines. However, it is recommended that the systems be constructed so as to facilitate removal of silt and clay, or other deleterious materials from any water that may enter the systems. The presence of such materials would decrease the effective infiltration rates. **It is recommended that the project civil engineer apply an appropriate factor of safety. The infiltration rates recommended above are based on the assumption that only clean water will be introduced to the subsurface profile. Any fines, debris, or organic materials could significantly impact the infiltration rates.** It should be noted that the recommended infiltration rates are based on infiltration testing at six (6) discrete locations and the overall infiltration rates of the storm water infiltration systems could vary considerably.

## Construction Considerations

The infiltration rates presented in this report are specific to the tested locations and tested depths. Infiltration rates can be significantly reduced if the soils are exposed to excessive disturbance or compaction during construction.  Compaction of the soils at the bottom of the infiltration system can significantly reduce the infiltration ability of the basins.  Therefore, the subgrade soils within proposed infiltration system areas should not be over-excavated, undercut or compacted in any significant manner. **It is recommended that a note to this effect be added to the project plans and/or specifications.**



**AR009429**

We recommend that a representative from the geotechnical engineer be on-site during the construction of the proposed infiltration systems to identify the soil classification at the base of each system. It should be confirmed that the soils at the base of the proposed infiltration systems correspond with those presented in this report to ensure that the performance of the systems will be consistent with the rates reported herein.

We recommend that scrapers and other rubber-tired heavy equipment not be operated on the basin bottom, or at levels lower than 2 feet above the bottom of the system, particularly within basins.  As such, the bottom 24 inches of the infiltration systems should be excavated with non-rubber-tired equipment, such as excavators.

## Infiltration Rate Considerations

The infiltration rates presented herein was determined in accordance with the Riverside County guidelines and are considered valid only for the time and place of the actual test. Varying subsurface conditions will exist in other areas of the site, which could alter the recommended infiltration rates presented above. The infiltration rates will decline over time between maintenance cycles as silt or clay particles accumulate on the BMP surface.  The infiltration rate is highly dependent upon a number of factors, including density, silt and clay content, grainsize distribution throughout the range of particle sizes, and particle shape.  Small changes in these factors can cause large changes in the infiltration rates.

Infiltration rates are based on unsaturated flow. As water is introduced into soils by infiltration, the soils become saturated and the wetting front advances from the unsaturated zone to the saturated zone. Once the soils become saturated, infiltration rates become zero, and water can only move through soils by hydraulic conductivity at a rate determined by pressure head and soil permeability. Changes in soil moisture content will affect the infiltration rate. Infiltration rates should be expected to decrease until the soils become saturated. Soil permeability values will then govern groundwater movement. Permeability values may be on the order of 10 to 20 times less than infiltration rates. The system designer should incorporate adequate factors of safety and allow for overflow design into appropriate traditional storm drain systems, which would transport storm water off-site.

## Location of Infiltration Systems

The use of on-site storm water infiltration systems carries a risk of creating adverse geotechnical conditions. Increasing the moisture content of the soil can cause the soil to lose internal shear strength and increase its compressibility, resulting in a change in the designed engineering properties. Overlying structures and pavements in the infiltration area could potentially be damaged due to saturation of the subgrade soils. **The proposed infiltration systems for this site should be located at least 25 feet away from any structures, including retaining walls.** Even with this provision of locating the infiltration system at least 25 feet from the building(s), it is possible that infiltrating water into the subsurface soils could have an adverse effect on the proposed or existing structures. It should also be noted that utility trenches which happen to collect storm water can also serve as conduits to transmit storm water toward the structure, depending on the slope of the utility trench. Therefore, consideration should also be



**AR009430**

given to the proposed locations of underground utilities which may pass near the proposed infiltration system.

The infiltration system designer should also give special consideration to the effect that the proposed infiltration systems may have on nearby subterranean structures, open excavations, or descending slopes.  In particular, infiltration systems should not be located near the crest of descending slopes, particularly where the slopes are comprised of granular soils.  Such systems will require specialized design and analysis to evaluate the potential for slope instability, piping failures and other phenomena that typically apply to earthen dam design.  This type of analysis is beyond the scope of this infiltration test report, but these factors should be considered by the infiltration system designer when locating the infiltration systems.

## General Comments

This report has been prepared as an instrument of service for use by the client in order to aid in the evaluation of this property and to assist the architects and engineers in the design and preparation of the project plans and specifications. This report may be provided to the contractor(s) and other design consultants to disclose information relative to the project. However, this report is not intended to be utilized as a specification in and of itself, without appropriate interpretation by the project architect, structural engineer, and/or civil engineer. The design of the infiltration system is the responsibility of the civil engineer. The role of the geotechnical engineer is limited to determination of infiltration rate only. By using the design infiltration rates contained herein, the civil engineer agrees to indemnify, defend, and hold harmless the geotechnical engineer for all aspects of the design and performance of the infiltration system. The reproduction and distribution of this report must be authorized by the client and Southern California Geotechnical, Inc. Furthermore, any reliance on this report by an unauthorized third party is at such party's sole risk, and we accept no responsibility for damage or loss which may occur.

The analysis of this site was based on a subsurface profile interpolated from limited discrete soil samples.  While the materials encountered in the project area are considered to be representative of the total area, some variations should be expected between boring locations and testing depths.  If the conditions encountered during construction vary significantly from those detailed herein, we should be contacted immediately to determine if the conditions alter the recommendations contained herein.

This report has been based on assumed or provided characteristics of the proposed development. It is recommended that the owner, client, architect, structural engineer, and civil engineer carefully review these assumptions to ensure that they are consistent with the characteristics of the proposed development.  If discrepancies exist, they should be brought to our attention to verify that they do not affect the conclusions and recommendations contained herein.  We also recommend that the project plans and specifications be submitted to our office for review to verify that our recommendations have been correctly interpreted.

The analysis, conclusions, and recommendations contained within this report have been promulgated in accordance with generally accepted professional geotechnical engineering practice.  No other warranty is implied or expressed.


SOUTHERN
CALIFORNIA
GEOTECHNICAL

**Closure**

We sincerely appreciate the opportunity to be of service on this project.  We look forward to providing additional consulting services during the course of the project.  If we may be of further assistance in any manner, please contact our office.

Respectfully Submitted,

SOUTHERN CALIFORNIA GEOTECHNICAL, INC.

Ryan Bremer
Staff Geologist

Robert G. Trazo, GE 2655
Principal Engineer

Distribution:    (1) Addressee

Enclosures:    Plate 1 - Site Location Map
              Plate 2 - Infiltration Test Location Plan
              Boring Log Legend and Logs (8 pages)
              Infiltration Test Results Spreadsheets (6 pages)
              Grain Size Distribution Graphs (6 pages)

