Brent S. Clemmer (SBN 179722)
E-mail: clemmer@sbemp.com
Charles L. Gallagher (SBN 167093)
E-mail: gallagher@sbemp.com
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
74774 Highway 111
Indian Wells, California 92210
Telephone (760) 322-2275
Fax: (760) 322-2107

Attorneys for Defendant CITY OF BANNING

J. Leah Castella (SBN 205990)
E-mail: lcastella@bwslaw.com
Kevin D. Siegel (SBN 194787)
E-mail: ksiegel@bwslaw.com
Leila J. Moshref-Danesh (SBN 310783)
E-mail: lmoshref@bwslaw.com
Yara M. Wahba (SBN 339791)
E-mail: ywahba@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants
CITY OF BANNING and SHERI FLYNN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SUN LAKES HIGHLAND, LLC, a Delaware limited liability company,<br><br>       Petitioner and Plaintiff,<br><br>   v.<br><br>CITY OF BANNING, a municipal corporation; SHERI FLYNN, an individual; and DOES 1 through 10, inclusive,<br><br>       Respondents and Defendants. | Case No. 5:24-cv-02603-DTB<br><br>VOLUME 2 PART 1 OF THE ADMINISTRATIVE RECORD OF PROCEEDINGS<br><br>Date:   May 29, 2025 (Off Calendar)<br>Time:  10:00 a.m.<br>Crtrm.: 4<br>Judge:  Hon. David T. Bristow<br><br>Action Filed: December 6, 2024<br>Second Amended Petition Filed: March 31, 2025 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 1. | | DR 21-7008 Aerial base Map | 1 | AR000001 |
| 2. | | DR 21-7008 Development Opportunities Map | 1 | AR000002 |
| 3. | | DR 21-7008 Vicinity Map | 1 | AR000003 |
| 4. | | DR 21-7008 Zoning Map | 1 | AR000004 |
| 5. | Various | News Articles, Social Media Posts, Text Messages | 1 | AR000005 |
| 6. | | Site Photos | 1 | AR000095 |
| 7. | June 3, 2011 | Draft Environmental Impact Report – Butterfield Specific Plan | 1 | AR000097 |
| 8. | December 2011 | Final Environmental Impact Report – Butterfield Specific Plan | 1 | AR000944 |
| 9. | June 2016 | Rancho San Gorgonio Specific Plan Draft Environmental Impact Report | 1 | AR001433 |
| 10. | November 2018 | Final Environmental Impact Report – Banning Distribution Center | 1 | AR002112 |
| 11. | November 13, 2019 | Rendering Concept 5 – North Entry View | 1 | AR002328 |
| 12. | December 29, 2019 | CLTA Preliminary Title Report | 1 | AR002329 |
| 13. | December 29, 2019 | CLTA Preliminary Title Report (Redlines) | 1 | AR002343 |
| 14. | February 21, 2020 | Notice of Preparation of an Environmental Impact Report and Scoping Meeting for Sun Lakes Village North Specific Plan Amendment No. 6 **Attachments:** Figure 1. Project Location Map/Aerial Photo Figure 2. Proposed Land Use Plan February 18, 2020 Initial Study Sun Lakes Village North Specific Plan Amendment No. 6 | 1 | AR002357 |
| 15. | September 9, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental Impact Report SCH No. 2020029074 • Appendix A- Notice of Preparation, Initial Study, Comment Letters • Appendix B- Air Quality and Greenhouse Gas Evaluation | 1 | AR002429 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | • Appendix C- Emissions from Alternatives<br>• Appendix D- Habitat Assessment<br>• Appendix E- Cultural Resources Records Search<br>• Appendix F-Phase I Cultural Resources Assessment<br>• Appendix G- Noise Monitoring<br>• Appendix H- Traffic Analysis<br>• Appendix I- Vehicle Miles Traveled (VMT) Analysis<br>• Appendix J- Water Supply Assessment | | |
| 16. | September 10, 2020 | Notice of Completion & Environmental Document Transmittal | 1 | AR003665 |
| 17. | September 11, 2020 | Notice of Availability of Draft Environmental Impact Report | 1 | AR004166 |
| 18. | October 20, 2020 | Notice of Public Hearing for PC Meeting of November 4, 2020 | 1 | AR004169 |
| 19. | October 28, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Final Environmental Impact Report SCH No. 2020029074 | 1 | AR004172 |
| 20. | November 4, 2020 | Planning Commission Meeting Agenda<br>Planning Commission Staff Report<br>**Attachments:**<br>1.    Resolution 2020-21 with Conditions of Approval<br>2.    Resolution 2020-22<br>3.    Specific Plan Amendment No. 5<br>4.    Draft EIR North Specific Plan Amendment No. 5<br>5.    Final EIR North Specific Plan Amendment No. 5 Public Hearing Notice | 1 | AR004227 |
| 21. | November 4, 2020 | Resolution 2020-21: Resolution of the Planning Commission of the City | 1 | AR005711 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | of Banning, California, Recommending that the City Council Adopt the Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001); Approve Zone Change No. 20-3501 to Amend the Zoning Ordinance Text; and Certify the Final Environmental Impact Report (SCH No. 2020029074) (Environmental Assessment No. 201502) and Adopt Findings of Fact, A Statement of Overriding Considerations, and a Mitigation Monitoring and Reporting Program |  |  |
| 22. | November 4, 2020 | Resolution 2020-22 [Unsigned version] | 1 | AR005734 |
| 23. | November 4, 2020 | Resolution 2020-22: A Resolution of the Planning Commission of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of approximately 47 Gross Acres Located between Sun Lakes Boulevard and Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also Identified as Assessor's Parcel Number 419-140-057 to Update the Existing Specific Plan Document to Amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including | 1 | AR005837 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines for Development; and Administration and Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 24. | November 20, 2020 | Notice of Public Hearing for CC Meeting of December 8, 2020 | 1 | AR005941 |
| 25. | December 8, 2020 | City Council Meeting Agenda City Council Report **Attachments:** 1.  Resolution 2020-141 2.  Ordinance 1571 3.  Sun Lakes Village Specific Plan Amendment 5 4.  Public Hearing Notice 5.  Draft Environmental Impact Report 6.  Final Environmental Impact Report (EIR)   a.  Administrative Response to Lake Comment Letter   b.  Comments on Final EIR   c.  Supplemental Comments on Final EIR | 1 | AR005944 |
| 26. | December 8, 2020 | Resolution 2020-141: A Resolution of the City Council of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of Approximately 47 Gross Acres Located between Sun Lakes Boulevard And Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also identified as assessor's parcel number 419-140-057 | 1 | AR007742 |

# CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | to update the existing specific plan document to amend the specific plan land use plan from retail commercial (auto dealer) to business park & warehouse (BW), office & professional (OP), AND retail & service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines For Development; and Administration And Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 27. | December 8, 2020 | Resolution 2020-141[Unsigned version] | 1 | AR007856 |
| 28. | December 2, 2020 – December 9, 2020 | Bulk Emails regarding environmental clean-up and demolition with City and A. Chacon, S. Kukett and G. Hill | 1 | AR007971 |
| 29. | January 12, 2021 | Ordinance No. 1571 [Unsigned version] | 1 | AR008029 |
| 30. | January 12, 2021 | Ordinance No. 1571: An Ordinance Of The City Council Of The City Of Banning, California, Approving Zone Change No. 20-3501 To Amend The Zoning Ordinance To Incorporate The Text Of The Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001) Into The Zoning Ordinance | 1 | AR008035 |
| 31. | January 25, 2021 | Renderings Concept 5 – North Entry View (Retail) | 1 | AR008042 |
| 32. | January 4, 2021 - January 27, 2021 | Bulk Emails regarding proposed project and dedications for street widening, sign diversion with Thienes Engineering, Inc. | 1 | AR008048 |
| 33. | January 29, 2021 | Public Hearing Notice Certificate of Mailing | 1 | AR008080 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 34. | February 2, 2021 - February 22, 2021 | Bulk Emails regarding November publication notices and invoices from Record Gazette to City | 1 | AR008083 |
| 35. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development | 1 | AR008410 |
| 36. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development(Redlines) | 1 | AR008474 |
| 37. | March 19, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR008540 |
| 38. | March 30, 2021 | Infiltration Report | 1 | AR008547 |
| 39. | March 30, 2021 | Infiltration Report (Redlines) | 1 | AR008577 |
| 40. | April 8, 2021 | Preliminary Landscape Plan | 1 | AR008607 |
| 41. | April 16, 2021 | Conceptual Grading Plan | 1 | AR008608 |
| 42. | April 16, 2021 | Conceptual Grading Plan (Redlines) | 1 | AR008611 |
| 43. | April 16, 2021 | Conceptual Grading Plan (Response) | 1 | AR008614 |
| 44. | April 16, 2021 | Preliminary Hydrology Report | 1 | AR008618 |
| 45. | April 16, 2021 | Preliminary Hydrology Report (Redlined) | 1 | AR008757 |
| 46. | April 19, 2021 | Tentative Parcel Map No. 38164 | 1 | AR008897 |
| 47. | April 19, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR008898 |
| 48. | April 19, 2021 | Water Quality Management Plan | 1 | AR008899 |
| 49. | April 19, 2021 | Water Quality Management Plan (Redlined PC1 Draft PWQMP) | 1 | AR009093 |
| 50. | April 19, 2021 | Water Quality Management Plan (Redlined PC2 Draft PWQMP) | 1 | AR009288 |
| 51. | April 20, 2021 | Banning Point Preliminary Landscape Plan | 1 | AR009556 |
| 52. | April 29, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR009557 |
| 53. | April 25, 2021 - April 30, 2021 | Bulk Emails regarding Costco follow-up from James Wurts and ECK Corp. | 1 | AR009559 |
| 54. | April 30, 2021 | Overall Site Plan with comments | 1 | AR009618 |
| 55. | April 30, 2021 | Overall Site Plans | 1 | AR009619 |
| 56. | April 30, 2021 | Plans – Architectural Set | 1 | AR009630 |
| 57. | May 18, 2021 | Property Owners Certification Form and GIS Mailing Labels | 1 | AR009646 |
| 58. | May 27, 2021 | MIG Submittal Letter to Planning Department | 1 | AR009656 |
| 59. | May 27, 2021 | Project Description | 1 | AR009657 |
| 60. | May 27, 2021 | Uniform Development Application | 1 | AR009662 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 61. | May 5, 2021 - May 28, 2021 | Bulk Emails regarding labor workforce statistics for City of Banning between G. Kingston and J. Wurtz | 1 | AR009669 |
| 62. | June 9, 2021 | Design Review Transmittal | 1 | AR009712 |
| 63. | June 9, 2021 | Design Review Transmittal, Approved by Building and Safety Department 06/29/2021 | 1 | AR009714 |
| 64. | June 9, 2021 | Design Review Transmittal, Approved by Fire Department 06/16/2021 | 1 | AR009716 |
| 65. | June 9, 2021 | Planning & Zoning Payment Receipt | 1 | AR009718 |
| 66. | June 7, 2021 - June 10, 2021 | Bulk Emails between A. Steele and S. Calderon regarding Banning Point submittal | 1 | AR009722 |
| 67. | June 9, 2021 | Email from S. Calderon to R. Miller Re out of office | 1 | AR009762 |
| 68. | June 10, 2021 | Trip Generation Assessment | 1 | AR009763 |
| 69. | June 10, 2021 | Vehicle Miles Traveled Analysis | 1 | AR009771 |
| 70. | June 16, 2021 | Banning Fire Services – Office of the County Fire Marshal - Planning Case Conditions | 1 | AR009787 |
| 71. | June 22, 2021 | Engineering Department 3.1 Grading Plan Checklist | 1 | AR009789 |
| 72. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo | 1 | AR009799 |
| 73. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo and Responses | 1 | AR009800 |
| 74. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Conceptual Grading, Utilities & Storm Drain Plan - PC1 Memo | 1 | AR009801 |
| 75. | June 24, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of Approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 1 | AR009803 |
| 76. | June 24, 2021 | Memorandum from Engineering Resources of Southern California, | 1 | AR009811 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Inc. Re Sun Lakes Village - PWQMP - PC1 Memo | | |
| 77. | June 14, 2021 - June 25, 2021 | Bulk Emails between A. Loconte and Kevin Sin regarding DR 21-7008 N | 1 | AR009813 |
| 78. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Soils Report – Approval Letter | 1 | AR009898 |
| 79. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Infiltration Report – Approval Letter | 1 | AR009899 |
| 80. | June 28, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Sun Lakes Village – Preliminary Hydrology Report - PC1 Memo | 1 | AR009900 |
| 81. | June 29, 2021 | City of Banning Building and Safety Comments Re DR 21-7008 | 1 | AR009901 |
| 82. | June 28, 2021 - June 30, 2021 | Bulk Emails between A. Rush and Liza Edwards regarding DR 21-7008 | 1 | AR009903 |
| 83. | July 19, 2021 | Banning Point Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum | 1 | AR009970 |
| 84. | July 29, 2021 | Site Lighting Design | 1 | AR010373 |
| 85. | July 29, 2021 | Tentative Parcel Map No. 38164 | 1 | AR010374 |
| 86. | July 29, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR010375 |
| 87. | July 2, 2021 - July 30, 2021 | Bulk Emails from A. Steele to L. Edwards regarding planning comments on DR 21-7008 | 1 | AR010376 |
| 88. | August 2, 2021 | California, Inc. Re Banning 47 – Sun Lakes Blvd (18014001) Response to "PWQMP PC1 Memo" dated June 24, 2021 | 1 | AR010526 |
| 89. | August 2, 2021 | Preliminary Water Quality Management Plan Prepared: 4/19/2021 Revision Date: 8/2/2021 | 1 | AR010528 |
| 90. | August 5, 2021 | Conceptual Grading Plan | 1 | AR010796 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|------|------|----------------|-----|--------------|
| 91. | August 5, 2021 | Conceptual Grading Plan (Redline) | 1 | AR010801 |
| 92. | August 5, 2021 | Preliminary Hydrology Report | 1 | AR010806 |
| 93. | August 9, 2021 | Project Description Banning Point LGE / Design Build | 1 | AR010968 |
| 94. | August 10, 2021 | Response to Comments from LGE Project Team Re Banning Point – DR 21-7008 | 1 | AR010973 |
| 95. | August 3, 2021 - August 30, 2021 | Bulk Emails from A. Rush to L. Edwards regarding DR 21-7008 waiving Burrowing Owl survey or habit assessment report | 1 | AR010984 |
| 96. | September 7, 2021 | Design Review 2nd Submittal | 1 | AR011024 |
| 97. | September 7, 2021 | Design Review 2nd Submittal, Approved by Building & Safety Department 9-7-21 | 1 | AR011026 |
| 98. | September 7, 2021 | Design Review 2nd Submittal, Approved by Fire Department 9-14-21 | 1 | AR011028 |
| 99. | September 9, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Banning 47 – Sun Lakes Village - PWQMP - PC2 Memo | 1 | AR011030 |
| 100. | September 1, 2021 - September 10, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 1 | AR011031 |
| 101. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Sun Lakes Blvd. – Conceptual Grading, Utilities & Storm Drain Plan – PC2 – Memo ERSC Job No. 18014001/165 | 2 | AR011076 |
| 102. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – TPM 21-4001 – TPM 38164 PC2 Memo | 2 | AR011078 |
| 103. | September 13, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 - 165 – Banning 47 – Sun Lakes Village – Preliminary Hydrology Report - PC2 Memo | 2 | AR011079 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 104. | September 13, 2021 - September 16, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 2 | AR011080 |
| 105. | September 23, 2021 | City of Banning Electric Utility – 2nd Submittal Electric Comments | 2 | AR011205 |
| 106. | September 20, 2021 - September 24, 2021 | Bulk Emails from A. Rush to L. Edwards regarding CEQA review | 2 | AR011207 |
| 107. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Trip Generation Assessment – PC1 Memo | 2 | AR011259 |
| 108. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Vehicle Miles Traveled (VMT) Analysis – PC1 Memo | 2 | AR011260 |
| 109. | September 27, 2021 - September 29, 2021 | Bulk Emails to A. Vela at City regarding download sharefile notification Traffic Impact Analysis with documents attached | 2 | AR011261 |
| 110. | October 4, 2021 | Trip Generation Assessment | 2 | AR011359 |
| 111. | October 4, 2021 | Trip Generation Assessment Response to Comments | 2 | AR011369 |
| 112. | October 5, 2021 | Conceptual Colored Elevations and Material Board – Warehouse Bldg. | 2 | AR011374 |
| 113. | October 5, 2021 | Narrative of changes from LGE Project Team Re Banning Point – DR 21-7008 | 2 | AR011375 |
| 114. | October 5, 2021 | Public Hearing Notice for October 19, 2021 PC Meeting | 2 | AR011378 |
| 115. | October 6, 2021 | Conceptual Landscape Plan | 2 | AR011380 |
| 116. | October 6, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 2 | AR011381 |
| 117. | October 4, 2021 - October 9, 2021 | Bulk Emails from A. Rush to S. Calderon regarding newspaper notices | 2 | AR011389 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 118. | October 9, 2021 | Email from B. Filadelfia Re Opposition to industrial warehouse at the Sun Lakes Village | 2 | AR011629 |
| 119. | October 11, 2021 - October 17, 2021 | Bulk Emails from J. Everett to A. Rush regarding DR 21-7008 and availability for community engagement discussion | 2 | AR011630 |
| 120. | October 19, 2021 | Agenda Special Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.    Resolution 2021-16 with Conditions of Approval 2.    Project Plans 3.    DR-21-7008 - Public Hearing Notice 4.    DR-21-7008 – Notice of Determination 5.    Public Comment Received October 9, 2021 | 2 | AR011771 |
| 121. | October 19, 2021 | Planning Commission Meeting Action Minutes | 2 | AR011881 |
| 122. | October 19, 2021 | Transcript of Planning Commission Meeting | 2 | AR011887 |
| 123. | October 18, 2021 - October 24, 2021 | Bulk Emails regarding public comments for DR 21-7008 Banning Point development | 2 | AR012098 |
| 124. | October 25, 2021 - October 31, 2021 | Bulk Emails from T. Miller to A. Rush regarding proposed warehouse projects | 2 | AR012582 |
| 125. | November 1, 2021 - November 6, 2021 | Bulk Emails from J. Zemon to C. Wallace regarding Creation Equity | 2 | AR012875 |
| 126. | November 8, 2021 - November 13, 2021 | Bulk Emails from A. Steele to S. Calderon regarding Banning Point Radius Map and Labels | 2 | AR013186 |
| 127. | November 19, 2021 | Notice of Public Hearing for the December 1, 2021 Planning Commission Meeting | 2 | AR013275 |
| 128. | November 19, 2021 | Proof of Publication for the December 1, 2021 Planning Commission Meeting | 2 | AR013280 |
| 129. | November 15, 2021 - November 20, 2021 | Bulk Emails from R. Robbins to A. Rush regarding Banning Point and | 2 | AR013281 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | conflicting information from D. Schulze | | |
| 130. | November 22, 2021- November 27, 2021 | Bulk Emails from C. Patton to A. Rush Re public records request | 2 | AR013472 |
| 131. | November 28, 2021 - November 30, 2021 | Bulk Emails redacted from private party to S. Calderon Re comments at 12-1-21 planning meeting | 2 | AR013641 |
| 132. | December 1, 2021 | Agenda Regular Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.      Resolution 2021-16 with Conditions of Approval 2.      Project Plans 3.      DR-21-7008 - Public Hearing Notice 4.      DR-21-7008 – Notice of Determination | 2 | AR014010 |
| 133. | December 1, 2021 | Notice of Determination | 2 | AR014115 |
| 134. | December 1, 2021 | Planning Commission Regular Meeting Action Minutes | 2 | AR014117 |
| 135. | December 1, 2021 | Resolution 2021-16: A Resolution of the Planning Commission of the City of Banning, California, Making Environmental Determinations Under CEQA Guidelines Section 15162, and Approving Design Review 21-7008 & Tentative Parcel Map 38164, to Allow the Subdivision of 47 Acres Into Three (3) Commercial and Industrial Parcels for Financing Purposes and Permit the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet on 47-Acres, Including 10,000 Square Feet of Office Space, and Six (6) Retail/Restaurant Buildings Totaling 34,000 Square Feet, on Real Property Located Within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057) | 2 | AR0141121 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 136. | December 1, 2021 | Transcript of Planning Commission Meeting | 2 | AR014171 |
| 137. | December 1, 2021 - December 5, 2021 | Bulk Emails from M. Murshedi to C. Patton Re false assumptions about distribution center | | AR014411 |
| 138. | December 7, 2021 | Letter from Shute Mihaly Weinberger, LLP to Adam B. Rush, AICP, Community Development Director Re Planning Commission Approval of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR014923 |
| 139. | December 7, 2021 - December 12, 2021 | Bulk Emails from R. Roy to C. Patton Re appeal deadline | 2 | AR014926 |
| 140. | December 16, 2021 | Letter from M. Burton and cover email to City Attorney Re NOD | 2 | AR015262 |
| 141. | December 13, 2021 - December 17, 2021 | Bulk Emails from M. Murshedi to D. Schulze Re PAG newsletters attached | 2 | AR015267 |
| 142. | December 21, 2021 | Email and Letter from City Attorney Kevin Ennis Re NOD | 2 | AR015437 |
| 143. | December 20, 2021 - December 29, 2021 | Bulk Emails from J. Gaglio to B. Robinson Re switch size | 2 | AR015441 |
| 144. | January 3, 2022 - January 8, 2022 | Bulk Emails from A. Rush to A. Rush Re PHN for DR 21-7008 Appeal hearing and special meeting | 2 | AR015473 |
| 145. | January 10, 2022 - January 14, 2022 | Bulk Emails from A. Rush to J. Zemon Re Banning Point catch up | 2 | AR015638 |
| 146. | January 21, 2022 | Proof of Publication of January 31, 2022 City Council Public Hearing | 2 | AR015676 |
| 147. | January 17, 2022 - January 23, 2022 | Bulk Emails from J. Gaglio to B. Robinson Re power and undergrounding poles/lines | 2 | AR015678 |
| 148. | January 24, 2022- January 31, 2022 | Bulk Emails from C. So to S. Calderon Re Banning Point meeting | 2 | AR015744 |
| 149. | January 24, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Appeal of Sun Lakes Village North Design Review 21-7008 and Opposition to Tentative Parcel Map 38164 | 2 | AR016113 |
| 150. | February 1, 2022 - February 6, 2022 | Bulk Emails to Banning public records from L. Sampson | 2 | AR016541 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 151. | February 10, 2022 | Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report Appendices:<br>• Appendix A: Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum<br>• Appendix B: Traffic Assessment<br>• Appendix C Vehicle Miles Traveled (VMT) Analysis<br>• Appendix D Noise and Vibration Impact Analysis | 2 | AR016739 |
| 152. | February 10, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Recusal of Mayor Pro Tem Colleen Wallace, Councilmember Mary Hamlin, and Councilmember Alberto Sanchez from Consideration of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR017425 |
| 153. | February 10, 2022 | See Tab 151 (Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report) above. | 2 | AR017454 |
| 154. | February 7, 2022 - February 12, 2022 | Bulk Emails from L. Hamlin to M. Owen Re organized crime links | 2 | AR018140 |
| 155. | February 15, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re Banning Point Development (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR018281 |
| 156. | February 15, 2022 | Supplemental letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the | 2 | AR018730 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | City Council Re Design Review 21-7008 and Tentative Parcel Map 38164 | | |
| 157. | February 16, 2022 | Letter from Allen Matkins to Mayor and City Council Re Approve the Banning Point Development (Design Review 21-7008 and Parcel Map 38164) and Deny the Appeal Filed by Pass Action Group | 2 | AR018745 |
| 158. | February 17, 2022 | Agenda Special City Council Meeting City of Banning, California<br>City Council Staff Report<br>**Attachments:**<br>1. City Council Resolution 2022-14 (including Conditions of Approval)<br>2. Appeal Filed By Pass Action Group<br>3. Planning Commission Staff Report, December 1, 2021<br>4. Tentative Parcel Map 38164<br>5. DR 21-7008 Plan Set<br>6. Addendum/Consistency Checklist<br>7. Approved Planning Commission Meeting Minutes, October 19, 2021<br>8. Planning Commission Meeting Minutes, December 1, 2021<br>9. Planning Commission Resolution No. 2021-16<br>10.    City Council Public Hearing Notices<br>11.    City Council Affidavit of Public Hearing Notice | 2 | AR018776 |
| 159. | February 17, 2022 | City Council Special Meeting Minutes<br>**Public Record Materials:**<br>1. Public Comment submitted by Pass Area Action Group – Received 1/24/2022 | 2 | AR019725 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | 2. Project CEQA Consultant Response to Comments – Received 2/15/2022<br>3. Allen Matkins Leck Gamble Mallory & Natsis LLP Letter of Support – Received 2/16/2022<br>4. Appellant Supplement Letter – Received 2/16/2022<br>5. Project CEQA Consultant Response to Comments – Received 2/17/2022 | | |
| 160. | February 17, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted on February 15, 2022, by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR019768 |
| 161. | February 17, 2022 | Notice of Determination | 2 | AR019772 |
| 162. | February 17, 2022 | Resolution 2022-14: A Resolution of the City Council Of The City Of Banning, California, (1) Approving Tentative Parcel Map No. 38164, Allowing the Subdivision of Approximately 47 Gross Acres of Vacant Land, Into Three Parcels; (2) Approving Design Review 21-7008 and Affirming the Planning Commission's Approval of that Application and Denying an Appeal of that Decision and Permitting the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet, Including 10,000 Square Feet of Office Space, and Six Retail/Commercial Buildings Totaling 34,000 Square Feet, on Real Property Located within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057); And (3) Adopting an | 2 | AR019773 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Addendum Under the California Environmental Quality Act (CEQA) and Making Findings in Support thereof, including Finding of Consistency with the Certified Environmental Impact Report Prepared for Amendment No. 5 to the Sun Lakes Village North Specific Plan (SCH # 2020029074) | | |
| 163. | February 17, 2022 | *See* Tab 162 (Resolution 2022-14) above. | 2 | AR019820 |
| 164. | February 17, 2022 | Transcript of City Council Special Meeting | 2 | AR019867 |
| 165. | February 14, 2022 - February 18, 2022 | Bulk Emails from L. Sampson to C. Patton Re special CC meeting on appeal | 2 | AR020161 |
| 166. | November 21, 2021 – January 24, 2022 | Bulk Emails regarding miscellaneous | 2 | AR020613 |
| 167. | May 15, 2024 | Email from J. Everett to J. Zemon Re Radius Labels | 2 | AR020619 |
| 168. | May 15, 2024 | Email from J. Zemon to J. Everett Re Radius Labels | 2 | AR020621 |
| 169. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020625 |
| 170. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020629 |
| 171. | May 15, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020633 |
| 172. | May 15, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020637 |
| 173. | May 17, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020641 |
| 174. | May 17, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020646 |
| 175. | May 20, 2024 | Email from A. Rush to S. Calderon Re SmartGov | 2 | AR020651 |
| 176. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020653 |
| 177. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020654 |
| 178. | May 20, 2024 | Email from S. Dailey v. A. Sanchez Re Project Vote No | 2 | AR020656 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 179. | May 21, 2024 | Email from K. Bundy to City Clerk Re PAG and inadequate notice of hearing | 2 | AR020657 |
| 180. | May 21, 2024 | Email From A. Rush to J. Zemon Re inadequate notice of hearing | 2 | AR020660 |
| 181. | May 22, 2024 | Email from S. Calderon to K. Bundy Re inadequate notice of hearing | 2 | AR020664 |
| 182. | May 22, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020665 |
| 183. | May 22, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020666 |
| 184. | May 30, 2024 | Email from S. Calderon to A. Rush Re June 11 CC Meeting | 2 | AR020668 |
| 185. | May 30, 2024 | Email from A. Rush to S. Calderon Re June 11 CC Meeting | 2 | AR020669 |
| 186. | June 3, 2024 | Email from S. Calderon to J. Zemon Re Banning Point Project and June 11 | 2 | AR020670 |
| 187. | June 3, 2024 | Email from S. Calderon to Public Works Group Re June 11 CC Meeting | 2 | AR020674 |
| 188. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020678 |
| 189. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020680 |
| 190. | June 4, 2024 | Email from K. Bundy to C. Patton Re Inadequate notice of hearing | 2 | AR020682 |
| 191. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020684 |
| 192. | June 4, 2024 | Email from R. Reddig to City Clerk Re Banning Point objection | 2 | AR020686 |
| 193. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from F. Matzen | 2 | AR020687 |
| 194. | June 5, 2024 | Email from S. Dills to S. Calderon Re Banning Point approval | 2 | AR020688 |
| 195. | June 5, 2024 | Email from J. Zemon to E. Papp Re June 11 Hearing to touch base | 2 | AR020689 |
| 196. | June 4, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020690 |
| 197. | June 5, 2024 | Email from E. Papp to J. Zemon Re June 11 Hearing to touch base | | AR020693 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 198. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from S. Dills | 2 | AR020694 |
| 199. | June 5, 2024 | From C. Patton to S. Dills Re Banning Point comments | 2 | AR020695 |
| 200. | June 5, 2024 | From C. Patton to R. Reddig Re Banning Point comments | 2 | AR020696 |
| 201. | June 5, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020697 |
| 202. | June 5, 2024 | Email from P. Jackson to S. Calderon Re objections to Banning Point | 3 | AR020700 |
| 203. | June 5, 2024 | Email from C. Patton to F. Matzen Re Banning Point comments | 3 | AR020701 |
| 204. | June 6, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 3 | AR020702 |
| 205. | June 6, 2024 | Email from C. Patton to K. Bundy Re Inadequate notice of hearing | 3 | AR020705 |
| 206. | June 6, 2024 | Email from D. Ferreira to City Clerk Re Banning Point opposition | 3 | AR020708 |
| 207. | June 6, 2024 | Email from S. Calderon to E. Papp Re Affidavit of Mailing | 3 | AR020709 |
| 208. | June 6, 2024 | Email from D. Ferreira to C. Wallace Re Banning Point opposition | 3 | AR020736 |
| 209. | June 6, 2024 | Email from D. Ferreira to D. Happe Re Banning Point opposition | 3 | AR020737 |
| 210. | June 6, 2024 | Email from C. Patton to D. Ferreira Re Banning Point comments | 3 | AR020738 |
| 211. | June 6, 2024 | Email from D. Ferreira to A. Sanchez Re Banning Point opposition | 3 | AR020739 |
| 212. | June 7, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020740 |
| 213. | June 10, 2024 | Email from B. Ruano to City Clerk Re Banning Point vote | 3 | AR020744 |
| 214. | June 10, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote | 3 | AR020745 |
| 215. | June 10, 2024 | Email from L. Sampson to B. Ruano Re Banning Point vote | 3 | AR020746 |
| 216. | June 10, 2024 | Email from B. Ruano to R. Minjares Re Attachment with vote no | 3 | AR020747 |
| 217. | June 10, 2024 | Email from L. Sampson to C. Patton Re Banning Point Warehouse Project | 3 | AR020749 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 218. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020751 |
| 219. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020753 |
| 220. | June 10, 2024 | Email from J. Condas to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020755 |
| 221. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC consent item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020758 |
| 222. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Public Hearing Item 7.1` | 3 | AR020761 |
| 223. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020764 |
| 224. | June 10, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR020767 |
| 225. | June 10, 2024 | Email from K. Bundy to C. Patton Re rescheduling hearing | 3 | AR020768 |
| 226. | June 11, 2024 | Email from T. Leamy to C. Wallace Re vote | 3 | AR020769 |
| 227. | June 11, 2024 | City Council Regular Meeting Agenda (ITEM 9.1 REMOVED AND NOT HEARD) | 3 | AR020770 |
| 228. | June 11, 2024 | Minutes of City Council Regular Meeting (SHOWS 9.1 REMOVED FROM AGENDA AND NOT HEARD) | 3 | AR020775 |
| 229. | June 11, 2024 | Staff Report for City Council Regular Meeting on June 11, 2024 with attachments: NOT HEARD 1. Resolution 2024-88, Banning Point.docx 2. Exhibit A - Conditions of Approval.docx 3. PAAG Appeal Letter.pdf 4. December 1 2021 Regular Planning Commission Meeting.pdf 5. TPM 38164.pdf 6. DR 21-7008 Plans.pdf | 3 | AR020803 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 7. Addendum Consistency Checklist.pdf<br>8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. February 17, 2022 Special CC Meeting Minutes.pdf<br>12. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>13. Public Comment Correspondence.pdf<br>14. 10.19.2021 PC PHN.pdf<br>15. 12.01.2021 PC PHN.pdf<br>16. Public Hearing Notice - 06/11/2024 | | |
| 230. | June 24, 2024 | Email From P. Gosney to J. Condas Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022716 |
| 231. | June 25, 2024 | Email from S. Calderon to E. Papp Re Affidavits of Mailing and Posting Notice of Hearing | 3 | AR022719 |
| 232. | June 30, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote NO | 3 | AR022746 |
| 233. | July 1, 2024 | Email From P. Gosney to J. Condas and E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022747 |
| 234. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022750 |
| 235. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting (Second Email) | 3 | AR022753 |
| 236. | July 5, 2024 | Email from P. Jackson to City Clerk Re  objection to Banning Point project | 3 | AR022757 |
| 237. | July 6, 2002 | Email from T. Leamy to C. Wallace Re vote | 3 | AR022759 |
| 238. | July 6, 2024 | Email from G. Johnson to A. Sanchez Re traffic congestion | 3 | AR022760 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 239. | July 8, 2024 | Email from B. Ruano to City Clerk Re vote | 3 | AR022761 |
| 240. | July 8, 2024 | Email from K. and R. Nemire to A. Sanchez Re Letter regarding opposition | 3 | AR022762 |
| 241. | July 8, 2024 | Email from J. Sherman to A. Rush Re opposition | 3 | AR022764 |
| 242. | July 8, 2024 | Email from D. Ferreira to City Clerk Re opposition | 3 | AR022765 |
| 243. | July 8, 2024 | Email from D. Ferreira to City Council and Mayor Re opposition | 3 | AR022766 |
| 244. | July 8, 2024 | Email from D. Ferreira to Councilwoman C. Wallace Re opposition | 3 | AR022767 |
| 245. | July 8, 2024 | Email from D. Ferreira to D. Happe Re opposition | 3 | AR022768 |
| 246. | July 8, 2024 | Email from D. Ferreira to A. Sanchez Re opposition | 3 | AR022769 |
| 247. | July 8, 2024 | Email from D. Ferreira to D. Schulze Re opposition | 3 | AR022770 |
| 248. | July 8, 2024 | Email from K. Dale to C. Patton Re comments | 3 | AR022771 |
| 249. | July 8, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR022778 |
| 250. | July 8, 2024 | Email from D. Shulze to C. Patton Re opposition | 3 | AR022779 |
| 251. | July 8, 2024 | Email from H. Tabachnik to C. Patton Re opposition | 3 | AR022780 |
| 252. | July 8, 2024 | Email from M. Johnson to D. Schulze Re opposition | 3 | AR022781 |
| 253. | July 8, 2024 | Email from M. Johnson to A. Sanchez Re opposition | 3 | AR022782 |
| 254. | July 8, 2024 | Email from M. Johnson to R. Minjares Re opposition | 3 | AR022783 |
| 255. | July 8, 2024 | Email from R. Robbins to C. Patton Re 7-9-24 Presentation | 3 | AR022784 |
| 256. | July 8, 2024 | Email from M. Johnson to D. Happe Re opposition | 3 | AR022798 |
| 257. | July 8, 2024 | Email from D. Schulze to C. Patton Re opposition | 3 | AR022799 |
| 258. | July 8, 2024 | Email from C. Patton to R. Robbins Re PAG documents | 3 | AR022800 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 259. | July 8, 2024 | Email from R. Robbins to C. Patton Re PAG documents | 3 | AR022801 |
| 260. | July 8, 2024 | Email from M. Johnson to C. Wallace Re opposition | 3 | AR022802 |
| 261. | July 8, 2024 | Email from C. Pierro to A. Sanchez Re traffic and health reasons | 3 | AR022803 |
| 262. | July 9, 2024 | Email from K. Bundy to City Council Re PAG Comments | 3 | AR022804 |
| 263. | July 9, 2024 | Email from K. Dale to City Clerk Re 7-9-24 CC Meeting and the project | 3 | AR022813 |
| 264. | July 9, 2024 | Email from S. Calderon to E. Papp Re 7-9-24 CC Meeting Agenda | 3 | AR022816 |
| 265. | July 9, 2024 | Email from C. Patton to K. Bundy Re 7-9-24 CC Agenda | 3 | AR022825 |
| 266. | July 9, 2024 | Email from S. Flynn to C. Patton Re 7-9-24 CC Agenda | 3 | AR022826 |
| 267. | July 9, 2024 | Email from R. Minjares to R. Minjares Re 7-9-24 CC Public Hearing | 3 | AR022827 |
| 268. | July 9, 2024 | Email from C. Wallace to R. Boyle Re S. Flynn attending PAG meeting and participating | 3 | AR022830 |
| 269. | July 9, 2024 | City Council Regular Meeting Agenda | 3 | AR022831 |
| 270. | July 9, 2024 | Minutes of City Council Regular Meeting | 3 | AR022836 |
| 271. | July 9, 2024 | Notice of Public Hearing | 3 | AR022990 |
| 272. | July 9, 2024 | Proof of Publication | 3 | AR022992 |
| 273. | July 9, 2024 | Staff Report for City Council Regular Meeting on July 9, 2024 with attachments:<br><br>1. Resolution 2024-114, DR 21-7008 Consideration.docx<br>2. Exhibit A - COAs.docx<br>3. PAAG Appeal Letter.pdf<br>4. December 1 2021 Regular Planning Commission Meeting.pdf<br>5. TPM 38164.pdf<br>6. DR 21-7008 Plans.pdf<br>7. Addendum Consistency Checklist.pdf | 3 | AR022993 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. Resolution No. 2022-014.pdf<br>12. February 17, 2022 Special CC Meeting Minutes.pdf<br>13. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>14. March 15, 2024 Ruling.pdf<br>15. Public Comment Correspondence.pdf<br>16. 10.19.2021 PC PHN.pdf<br>17. 12.01.2021 PC PHN.pdf<br>18. Public Hearing Notice - 06/11/2024<br>19. PHN_Banning Point_7.9.2024.pdf<br>20. 2024 06 28_PHN - Proof of Publication<br>21. Banning - Affidavits of Mailing and Posting of Notice of Public Hearing.pdf | | |
| 274. | July 9, 2024 | Resolution 2024-113 | 3 | AR025680 |
| 275. | July 9, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 7.1 | 3 | AR025683 |
| 276. | July 10, 2024 | Email from J. Sherman to K. Gutierrez Re project opposition | 3 | AR025929 |
| 277. | July 10, 2024 | Email from K. Gutierrez to E. Papp Re opposition | 3 | AR025930 |
| 278. | July 11, 2024 | Email from D. Nethercott to C. Wallace Re 7-9-24 CC Meeting | 3 | AR025931 |
| 279. | July 11, 2024 | Email from D. Nethercott to A. Sanchez Re 7-9-24 CC Meeting | 3 | AR025932 |
| 280. | July 11, 2024 | Email from D. Nethercott to S. Flynn thanking her for hard work | 3 | AR025933 |
| 281. | July 11, 2024 | Email from K. Dale to E Papp re Banning Point - Legible Parcel Map | 3 | AR025934 |
| 282. | July 25, 2024 | Letter from Project Applicant to CC Re Banning Point Project | 3 | AR025936 |
| 283. | July 25, 2024 | Email from K. Preston to CC Re Banning Point Project | 3 | AR025951 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 284. | July 25, 2024 | Email from C. Patton to K. Preston Re Banning Point Project | 3 | AR025967 |
| 285. | July 25, 2024 | Email from K. Preston to C. Patton Re Banning Point Project | 3 | AR025968 |
| 286. | August 9, 2024 | Email from K. Bundy to C. Patton re Banning Point Project - City Council hearing | 3 | AR025970 |
| 287. | August 9, 2024 | Email from C. Patton to K. Bundy re Banning Point Project - City Council hearing | 3 | AR025971 |
| 288. | August 9, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025972 |
| 289. | August 10, 2024 | Email from V. De Bry to D. Happe Re Banning Point | 3 | AR025974 |
| 290. | August 10, 2024 | Email from V. De Bry to R. Minjares Re Banning Point | 3 | AR025975 |
| 291. | August 13, 2024 | Email from C. Patton to K. Bundy Re Banning Point Project - City Council hearing | 3 | AR025976 |
| 292. | August 13, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025978 |
| 293. | August 13, 2024 | Email from J. Hannahs to S. Flynn Re Banning Point | 3 | AR025980 |
| 294. | August 13, 2024 | Email from J. Hannahs to C. Wallace Re Banning Point Warehouse | 3 | AR025981 |
| 295. | August 13, 2024 | Email from J. Hannahs to A. Sanchez Re Banning Point Warehouse | 3 | AR025982 |
| 296. | August 14, 2024 | Email from City Manager by L. Sampson to D. Schulze Re Sun Lakes Village | 3 | AR025983 |
| 297. | August 14, 2024 | Email from E. Papp to P. Gosney Re Banning Point Project - City Council Agenda Planning | 3 | AR025984 |
| 298. | August 14, 2024 | Email from P. Gosney to E. Papp Re Banning Point Project - City Council Agenda Planning | 3 | AR025985 |
| 299. | August 19, 2024 | Email from E. Papp to M. Valenzuela Re TPM for Banning Point | 3 | AR025986 |
| 300. | August 22, 2024 | Email from G. Johnson to A. Sanchez Re Banning Point Warehouse project | 3 | AR025988 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 301. | August 23, 2024 | Email from G. Phelps to D. Schulze Re Speaking at the Aug CC mtg re Banning Point Whse | 4 | AR025989 |
| 302. | August 23, 2024 | Email from C. Patton to G. Phelps Re Speaking at the Aug CC mtg re Banning Point Warehouse | 4 | AR025991 |
| 303. | August 26, 2024 | Email from G. Phelps to C. Patton Re Speaking at the Aug CC Mtg re Banning Point Warehouse | 4 | AR025993 |
| 304. | August 27, 2024 | Agenda and Staff Report for 8-27-2024 Meeting with Approval of 7-09-2024 Meeting Minutes | 4 | AR025996 |
| 305. | August 29, 2024 | 8-29-2024 Letter from Shute, Mihaly & Weinberger LLP, PAG Counsel to City Council | 4 | AR027505 |
| 306. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project | 4 | AR027526 |
| 307. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project (Second Email) | 4 | AR027548 |
| 308. | August 30, 2024 | Email from S. Flynn to K. Dale Re Correspondence re Banning Point Project | 4 | AR027570 |
| 309. | September 4, 2024 | Email from C. Patton to CC Re Communication re Banning Point Project | 4 | AR027571 |
| 310. | September 4, 2024 | Email from Sun Lakes Highland to CC Members Re Banning Point Project (Memo) | 4 | AR027572 |
| 311. | September 4, 2024 | Email from C. Patton to A. Gomez re Banning Point Memo to Banning CC | 4 | AR027587 |
| 312. | September 4, 2024 | Email from A. Gomez to D. Schulze Re Banning Point Memo to Banning CC | 4 | AR027588 |
| 313. | September 24, 2024 | Email from Doug Schulze to A. Gomez Re Banning Point Memo to Banning CC | 4 | AR027604 |
| 314. | September 4, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027605 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|------|------|----------------|-----|--------------|
| 315. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027627 |
| 316. | September 5, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027629 |
| 317. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027631 |
| 318. | September 5, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Point) | 4 | AR027634 |
| 319. | September 5, 2024 | Email from N. Criste to E. Papp Re Agenda Packet and Resolutions | 4 | AR027635 |
| 320. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027636 |
| 321. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027637 |
| 322. | September 9, 2024 | Email from G. Phelps to D. Schulze Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR02739 |
| 323. | September 9, 2024 | Email from J. Hannahs to J. Hannahs Re Banning Point | 4 | AR027642 |
| 324. | September 9, 2024 | Email from N. Campos to City Clerks Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027643 |
| 325. | September 9, 2024 | Email from K. Bundy to CC Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027651 |
| 326. | September 9, 2024 | Email from C. Patton to K. Bundy Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027661 |
| 327. | September 9, 2024 | Email from C. Patton to N. Campos Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027662 |
| 328. | September 9, 2024 | Email from E. Papp to J. Zemon Re 9-10-24 Agenda Item 8.2, Banning Point project | 4 | AR027663 |
| 329. | September 10, 2024 | Email from J. Zemon to E. Papp re Banning Point - Applicant Presentation | 4 | AR027673 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 330. | September 10, 2024 | Email from E. Papp to J. Zemon Re Banning Point - Applicant Presentation | 4 | AR027697 |
| 331. | September 10, 2024 | Email from E. Papp to S. Calderon Re PowerPoint Presentation for Print - Banning Point | 4 | AR027699 |
| 332. | September 10, 2024 | Email from P. Gosney to E. Papp Re Banning Point - Applicant Presentation | 4 | AR027713 |
| 333. | September 10, 2024 | Email from C. Patton to G. Phelps Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027740 |
| 334. | September 10, 2024 | Email from D. Ferreira to C. Wallace re Banning Point Project | 4 | AR027741 |
| 335. | September 10, 2024 | Email from G. Phelps to C. Patton re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027742 |
| 336. | September 10, 2024 | Email from C. Patton to K. Bundy re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027743 |
| 337. | September 10, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027745 |
| 338. | September 10, 2024 | Email from E. Papp to C. Patton re Banning Point - Application Presentation | 4 | AR027747 |
| 339. | September 10, 2024 | Email from C. Patton to E. Papp Re Application presentation | 4 | AR027774 |
| 340. | September 10, 2024 | Email from E. Papp to P. Gosney Re Application presentation | 4 | AR027777 |
| 341. | September 10, 2024 | Email from P. Gosney to E. Papp Re Application presentation | 4 | AR027779 |
| 342. | September 10, 2024 | Email from K. Bundy to City Council Re CC 9-10-2024 Agenda | 4 | AR027782 |
| 343. | September 10, 2024 | Email from E. Papp to J. Zemon Re Pass Action Group Letter to City Council 8-29-24 | 4 | AR027805 |
| 344. | September 10, 2024 | City Council Regular Meeting Agenda | 4 | AR027828 |
| 345. | September 10, 2024 | City Council Resolution No. 2024-151 A Resolution Of The City Council Of The City Of Banning, California, (1) Disapproving | 4 | AR027833 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Tentative Parcel Map No. 38164, A Proposed Subdivision Of Approximately 47 Gross Acres Of Vacant Land Into Three Parcels; (2) Denying Design Review No. 21-7008 A Proposed Construction Of A 619,959 Square Foot Industrial Warehouse Building, Including 10,000 Square Feet Of Office Space And A Combined 34,000 Square Feet Of Retail/ Commercial Buildings, On Real Property Located Within The Boundaries Of The Sun Lakes Village North Specific Plan Area (APN: 419-140-057), (3) Making A Determination Of Exemption Under Section 15720(A) Of The California Environmental Quality Act (CEQA) Guidelines | | |
| 346. | September 10, 2024 | Minutes of City Council Regular Meeting | 4 | AR027843 |
| 347. | September 10, 2024 | Staff Report for City Council Regular Meeting on September 10, 2024 with attachments:<br><br>1. TPM No. 38164.pdf<br>2. DR_21-7008_Plans.pdf<br>3. July 9, 2024 CC SR w_attachments.pdf<br>4. 2024-03-15_Order_re_Writ_of_Mandate.pdf<br>5. July 25, 2024 Letter from Project Applicant<br>6. August 29, 2024 Letter from Appellant<br>7. September 4, 2024 Memorandum from Project Applicant<br>8. Resolution 2024-149, Banning Point.docx<br>9. Exhibit A to Reso 2024-149 - COA.docx<br>10. Resolution 2024-150, Banning Point Approval of TPM and Denial of DR | 4 | AR027998 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | 11. Exhibit A to Reso 2024-150 - COA<br>12. Resolution 2024-151, Banning Pointe Denial of TPM and DR<br>13. 2024 07 09_Minutes_Regular Meeting.pdf<br>14. Addendum_Consistency_Checklist.pdf |  |  |
| 348. | September 10, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 8.2 | 4 | AR029639 |
| 349. | September 25, 2024 | Letter from SLH to City Council | 4 | AR029770 |
| 350. | October 8, 2024 | City Council Regular Meeting Agenda | 4 | AR029803 |
| 351. | October 8, 2024 | Minutes of City Council Regular Meeting | 4 | AR029807 |
| 352. | October 8, 2024 | Staff Report for City Council Regular Meeting on October 8, 2024 with attachments:<br><br>1.CC Resolution No. 2024-151.pdf<br>2. 2024-09-25 SLH Reconsideration Request.pdf<br>3. BMC 17.68.140___Reconsideration..docx<br>4. CC Manual of Procedural Guidelines_Resolution 2023-34 - Copy.pdf | 4 | AR029848 |
| 353. | October 8, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 9.1 | 4 | AR030661 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 305. | August 29, 2024 | 8-29-2024 Letter from Shute, Mihaly & Weinberger LLP, PAG Counsel to City Council | 4 | AR027505 |
| 304. | August 27, 2024 | Agenda and Staff Report for 8-27-2024 Meeting with Approval of 7-09-2024 Meeting Minutes | 4 | AR025996 |
| 132. | December 1, 2021 | Agenda Regular Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.      Resolution 2021-16 with Conditions of Approval 2.      Project Plans 3.      DR-21-7008 - Public Hearing Notice 4.      DR-21-7008 – Notice of Determination | 2 | AR014010 |
| 158. | February 17, 2022 | Agenda Special City Council Meeting City of Banning, California City Council Staff Report **Attachments:** 1. City Council Resolution 2022-14 (including Conditions of Approval) 2. Appeal Filed By Pass Action Group 3. Planning Commission Staff Report, December 1, 2021 4. Tentative Parcel Map 38164 5. DR 21-7008 Plan Set 6. Addendum/Consistency Checklist 7. Approved Planning Commission Meeting Minutes, October 19, 2021 8. Planning Commission Meeting Minutes, December 1, 2021 9. Planning Commission Resolution No. 2021-16 10.      City Council Public Hearing Notices 11.      City Council Affidavit of Public Hearing Notice | 2 | AR018776 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | | | |
| 120. | October 19, 2021 | Agenda Special Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.    Resolution 2021-16 with Conditions of Approval 2.    Project Plans 3.    DR-21-7008 - Public Hearing Notice 4.    DR-21-7008 – Notice of Determination 5.    Public Comment Received October 9, 2021 | 2 | AR011771 |
| 70. | June 16, 2021 | Banning Fire Services – Office of the County Fire Marshal - Planning Case Conditions | 1 | AR009787 |
| 151. | February 10, 2022 | Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report Appendices: • Appendix A: Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum • Appendix B: Traffic Assessment • Appendix C Vehicle Miles Traveled (VMT) Analysis • Appendix D Noise and Vibration Impact Analysis | 2 | AR016739 |
| 83. | July 19, 2021 | Banning Point Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum | 1 | AR009970 |
| 51. | April 20, 2021 | Banning Point Preliminary Landscape Plan | 1 | AR009556 |
| 77. | June 14, 2021 - June 25, 2021 | Bulk Emails between A. Loconte and Kevin Sin regarding DR 21-7008 N | 1 | AR009813 |
| 82. | June 28, 2021 - June 30, 2021 | Bulk Emails between A. Rush and Liza Edwards regarding DR 21-7008 | 1 | AR009903 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 66. | June 7, 2021 - June 10, 2021 | Bulk Emails between A. Steele and S. Calderon regarding Banning Point submittal | 1 | AR009722 |
| 144. | January 3, 2022 - January 8, 2022 | Bulk Emails from A. Rush to A. Rush Re PHN for DR 21-7008 Appeal hearing and special meeting | 2 | AR015473 |
| 145. | January 10, 2022 - January 14, 2022 | Bulk Emails from A. Rush to J. Zemon Re Banning Point catch up | 2 | AR015638 |
| 106. | September 20, 2021 - September 24, 2021 | Bulk Emails from A. Rush to L. Edwards regarding CEQA review | 2 | AR011207 |
| 95. | August 3, 2021 - August 30, 2021 | Bulk Emails from A. Rush to L. Edwards regarding DR 21-7008 waiving Burrowing Owl survey or habit assessment report | 1 | AR010984 |
| 117. | October 4, 2021 - October 9, 2021 | Bulk Emails from A. Rush to S. Calderon regarding newspaper notices | 2 | AR011389 |
| 100. | September 1, 2021 - September 10, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 1 | AR011031 |
| 104. | September 13, 2021 - September 16, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 2 | AR011080 |
| 87. | July 2, 2021 - July 30, 2021 | Bulk Emails from A. Steele to L. Edwards regarding planning comments on DR 21-7008 | 1 | AR010376 |
| 126. | November 8, 2021 - November 13, 2021 | Bulk Emails from A. Steele to S. Calderon regarding Banning Point Radius Map and Labels | 2 | AR013186 |
| 130. | November 22, 2021- November 27, 2021 | Bulk Emails from C. Patton to A. Rush Re public records request | 2 | AR013472 |
| 148. | January 24, 2022- January 31, 2022 | Bulk Emails from C. So to S. Calderon Re Banning Point meeting | 2 | AR015744 |
| 119. | October 11, 2021 - October 17, 2021 | Bulk Emails from J. Everett to A. Rush regarding DR 21-7008 and availability for community engagement discussion | 2 | AR011630 |
| 147. | January 17, 2022 - January 23, 2022 | Bulk Emails from J. Gaglio to B. Robinson Re power and undergrounding poles/lines | 2 | AR015678 |
| 143. | December 20, 2021 - December 29, 2021 | Bulk Emails from J. Gaglio to B. Robinson Re switch size | 2 | AR015441 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 125. | November 1, 2021 - November 6, 2021 | Bulk Emails from J. Zemon to C. Wallace regarding Creation Equity | 2 | AR012875 |
| 154. | February 7, 2022 - February 12, 2022 | Bulk Emails from L. Hamlin to M. Owen Re organized crime links | 2 | AR018140 |
| 165. | February 14, 2022 - February 18, 2022 | Bulk Emails from L. Sampson to C. Patton Re special CC meeting on appeal | 2 | AR020161 |
| 137. | December 1, 2021 - December 5, 2021 | Bulk Emails from M. Murshedi to C. Patton Re false assumptions about distribution center | | AR014411 |
| 141. | December 13, 2021 - December 17, 2021 | Bulk Emails from M. Murshedi to D. Schulze Re PAG newsletters attached | 2 | AR015267 |
| 129. | November 15, 2021 - November 20, 2021 | Bulk Emails from R. Robbins to A. Rush regarding Banning Point and conflicting information from D. Schulze | 2 | AR013281 |
| 139. | December 7, 2021 - December 12, 2021 | Bulk Emails from R. Roy to C. Patton Re appeal deadline | 2 | AR014926 |
| 124. | October 25, 2021 - October 31, 2021 | Bulk Emails from T. Miller to A. Rush regarding proposed warehouse projects | 2 | AR012582 |
| 131. | November 28, 2021 - November 30, 2021 | Bulk Emails redacted from private party to S. Calderon Re comments at 12-1-21 planning meeting | 2 | AR013641 |
| 53. | April 25, 2021 - April 30, 2021 | Bulk Emails regarding Costco follow-up from James Wurts and ECK Corp. | 1 | AR009559 |
| 28. | December 2, 2020 – December 9, 2020 | Bulk Emails regarding environmental clean-up and demolition with City and A. Chacon, S. Kukett and G. Hill | 1 | AR007971 |
| 61. | May 5, 2021 - May 28, 2021 | Bulk Emails regarding labor workforce statistics for City of Banning between G. Kingston and J. Wurtz | 1 | AR009669 |
| 166. | November 21, 2021 – January 24, 2022 | Bulk Emails regarding miscellaneous | 2 | AR020613 |
| 34. | February 2, 2021 - February 22, 2021 | Bulk Emails regarding November publication notices and invoices from Record Gazette to City | 1 | AR008083 |
| 32. | January 4, 2021 - January 27, 2021 | Bulk Emails regarding proposed project and dedications for street widening, sign diversion with Thienes Engineering, Inc. | 1 | AR008048 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 123. | October 18, 2021 - October 24, 2021 | Bulk Emails regarding public comments for DR 21-7008 Banning Point development | 2 | AR012098 |
| 109. | September 27, 2021 - September 29, 2021 | Bulk Emails to A. Vela at City regarding download sharefile notification Traffic Impact Analysis with documents attached | 2 | AR011261 |
| 150. | February 1, 2022 - February 6, 2022 | Bulk Emails to Banning public records from L. Sampson | 2 | AR016541 |
| 88. | August 2, 2021 | California, Inc. Re Banning 47 – Sun Lakes Blvd (18014001) Response to "PWQMP PC1 Memo" dated June 24, 2021 | 1 | AR010526 |
| 25. | December 8, 2020 | City Council Meeting Agenda City Council Report **Attachments:** 1. Resolution 2020-141 2. Ordinance 1571 3. Sun Lakes Village Specific Plan Amendment 5 4. Public Hearing Notice 5. Draft Environmental Impact Report 6. Final Environmental Impact Report (EIR)   a. Administrative Response to Lake Comment Letter   b. Comments on Final EIR   c. Supplemental Comments on Final EIR | 1 | AR005944 |
| 269. | July 9, 2024 | City Council Regular Meeting Agenda | 3 | AR022831 |
| 344. | September 10, 2024 | City Council Regular Meeting Agenda | 4 | AR027828 |
| 350. | October 8, 2024 | City Council Regular Meeting Agenda | 4 | AR029803 |
| 227. | June 11, 2024 | City Council Regular Meeting Agenda (ITEM 9.1 REMOVED AND NOT HEARD) | 3 | AR020770 |
| 345. | September 10, 2024 | City Council Resolution No. 2024-151 A Resolution Of The City Council Of The City Of Banning, California, (1) Disapproving Tentative Parcel Map No. 38164, A | 4 | AR027833 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Proposed Subdivision Of Approximately 47 Gross Acres Of Vacant Land Into Three Parcels; (2) Denying Design Review No. 21-7008 A Proposed Construction Of A 619,959 Square Foot Industrial Warehouse Building, Including 10,000 Square Feet Of Office Space And A Combined 34,000 Square Feet Of Retail/ Commercial Buildings, On Real Property Located Within The Boundaries Of The Sun Lakes Village North Specific Plan Area (APN: 419-140-057), (3) Making A Determination Of Exemption Under Section 15720(A) Of The California Environmental Quality Act (CEQA) Guidelines | | |
| 159. | February 17, 2022 | City Council Special Meeting Minutes **Public Record Materials:** 1. Public Comment submitted by Pass Area Action Group – Received 1/24/2022 2. Project CEQA Consultant Response to Comments – Received 2/15/2022 3. Allen Matkins Leck Gamble Mallory & Natsis LLP Letter of Support – Received 2/16/2022 4. Appellant Supplement Letter – Received 2/16/2022 5. Project CEQA Consultant Response to Comments – Received 2/17/2022 | 2 | AR019725 |
| 81. | June 29, 2021 | City of Banning Building and Safety Comments Re DR 21-7008 | 1 | AR009901 |
| 105. | September 23, 2021 | City of Banning Electric Utility – 2nd Submittal Electric Comments | 2 | AR011205 |
| 12. | December 29, 2019 | CLTA Preliminary Title Report | 1 | AR002329 |
| 13. | December 29, 2019 | CLTA Preliminary Title Report (Redlines) | 1 | AR002343 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 37. | March 19, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR008540 |
| 52. | April 29, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR009557 |
| 112. | October 5, 2021 | Conceptual Colored Elevations and Material Board – Warehouse Bldg. | 2 | AR011374 |
| 41. | April 16, 2021 | Conceptual Grading Plan | 1 | AR008608 |
| 90. | August 5, 2021 | Conceptual Grading Plan | 1 | AR010796 |
| 91. | August 5, 2021 | Conceptual Grading Plan (Redline) | 1 | AR010801 |
| 42. | April 16, 2021 | Conceptual Grading Plan (Redlines) | 1 | AR008611 |
| 43. | April 16, 2021 | Conceptual Grading Plan (Response) | 1 | AR008614 |
| 115. | October 6, 2021 | Conceptual Landscape Plan | 2 | AR011380 |
| 96. | September 7, 2021 | Design Review 2nd Submittal | 1 | AR011024 |
| 97. | September 7, 2021 | Design Review 2nd Submittal, Approved by Building & Safety Department 9-7-21 | 1 | AR011026 |
| 98. | September 7, 2021 | Design Review 2nd Submittal, Approved by Fire Department 9-14-21 | 1 | AR011028 |
| 62. | June 9, 2021 | Design Review Transmittal | 1 | AR009712 |
| 63. | June 9, 2021 | Design Review Transmittal, Approved by Building and Safety Department 06/29/2021 | 1 | AR009714 |
| 64. | June 9, 2021 | Design Review Transmittal, Approved by Fire Department 06/16/2021 | 1 | AR009716 |
| 1. | | DR 21-7008 Aerial base Map | 1 | AR000001 |
| 2. | | DR 21-7008 Development Opportunities Map | 1 | AR000002 |
| 3. | | DR 21-7008 Vicinity Map | 1 | AR000003 |
| 4. | | DR 21-7008 Zoning Map | 1 | AR000004 |
| 7. | June 3, 2011 | Draft Environmental Impact Report – Butterfield Specific Plan | 1 | AR000097 |
| 142. | December 21, 2021 | Email and Letter from City Attorney Kevin Ennis Re NOD | 2 | AR015437 |
| 312. | September 4, 2024 | Email from A. Gomez to D. Schulze Re Banning Point Memo to Banning CC | 4 | AR027588 |
| 180. | May 21, 2024 | Email From A. Rush to J. Zemon Re inadequate notice of hearing | 2 | AR020660 |
| 185. | May 30, 2024 | Email from A. Rush to S. Calderon Re June 11 CC Meeting | 2 | AR020669 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 175. | May 20, 2024 | Email from A. Rush to S. Calderon Re SmartGov | 2 | AR020651 |
| 118. | October 9, 2021 | Email from B. Filadelfia Re Opposition to industrial warehouse at the Sun Lakes Village | 2 | AR011629 |
| 213. | June 10, 2024 | Email from B. Ruano to City Clerk Re Banning Point vote | 3 | AR020744 |
| 239. | July 8, 2024 | Email from B. Ruano to City Clerk Re vote | 3 | AR022761 |
| 216. | June 10, 2024 | Email from B. Ruano to R. Minjares Re Attachment with vote no | 3 | AR020747 |
| 224. | June 10, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR020767 |
| 249. | July 8, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR022778 |
| 311. | September 4, 2024 | Email from C. Patton to A. Gomez re Banning Point Memo to Banning CC | 4 | AR027587 |
| 309. | September 4, 2024 | Email from C. Patton to CC Re Communication re Banning Point Project | 4 | AR027571 |
| 210. | June 6, 2024 | Email from C. Patton to D. Ferreira Re Banning Point comments | 3 | AR020738 |
| 339. | September 10, 2024 | Email from C. Patton to E. Papp Re Application presentation | 4 | AR027774 |
| 203. | June 5, 2024 | Email from C. Patton to F. Matzen Re Banning Point comments | 3 | AR020701 |
| 302. | August 23, 2024 | Email from C. Patton to G. Phelps Re Speaking at the Aug CC mtg re Banning Point Warehouse | 4 | AR025991 |
| 333. | September 10, 2024 | Email from C. Patton to G. Phelps Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027740 |
| 265. | July 9, 2024 | Email from C. Patton to K. Bundy Re 7-9-24 CC Agenda | 3 | AR022825 |
| 326. | September 9, 2024 | Email from C. Patton to K. Bundy Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027661 |
| 336. | September 10, 2024 | Email from C. Patton to K. Bundy re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027743 |
| 287. | August 9, 2024 | Email from C. Patton to K. Bundy re Banning Point Project - City Council hearing | 3 | AR025971 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 291. | August 13, 2024 | Email from C. Patton to K. Bundy Re Banning Point Project - City Council hearing | 3 | AR025976 |
| 182. | May 22, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020665 |
| 188. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020678 |
| 189. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020680 |
| 191. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020684 |
| 204. | June 6, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 3 | AR020702 |
| 205. | June 6, 2024 | Email from C. Patton to K. Bundy Re Inadequate notice of hearing | 3 | AR020705 |
| 284. | July 25, 2024 | Email from C. Patton to K. Preston Re Banning Point Project | 3 | AR025967 |
| 327. | September 9, 2024 | Email from C. Patton to N. Campos Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027662 |
| 234. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022750 |
| 235. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting (Second Email) | 3 | AR022753 |
| 258. | July 8, 2024 | Email from C. Patton to R. Robbins Re PAG documents | 3 | AR022800 |
| 261. | July 8, 2024 | Email from C. Pierro to A. Sanchez Re traffic and health reasons | 3 | AR022803 |
| 268. | July 9, 2024 | Email from C. Wallace to R. Boyle Re S. Flynn attending PAG meeting and participating | 3 | AR022830 |
| 296. | August 14, 2024 | Email from City Manager by L. Sampson to D. Schulze Re Sun Lakes Village | 3 | AR025983 |
| 211. | June 6, 2024 | Email from D. Ferreira to A. Sanchez Re Banning Point opposition | 3 | AR020739 |
| 246. | July 8, 2024 | Email from D. Ferreira to A. Sanchez Re opposition | 3 | AR022769 |
| 208. | June 6, 2024 | Email from D. Ferreira to C. Wallace Re Banning Point opposition | 3 | AR020736 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 334. | September 10, 2024 | Email from D. Ferreira to C. Wallace re Banning Point Project | 4 | AR027741 |
| 206. | June 6, 2024 | Email from D. Ferreira to City Clerk Re Banning Point opposition | 3 | AR020708 |
| 242. | July 8, 2024 | Email from D. Ferreira to City Clerk Re opposition | 3 | AR022765 |
| 243. | July 8, 2024 | Email from D. Ferreira to City Council and Mayor Re opposition | 3 | AR022766 |
| 244. | July 8, 2024 | Email from D. Ferreira to Councilwoman C. Wallace Re opposition | 3 | AR022767 |
| 209. | June 6, 2024 | Email from D. Ferreira to D. Happe Re Banning Point opposition | 3 | AR020737 |
| 245. | July 8, 2024 | Email from D. Ferreira to D. Happe Re opposition | 3 | AR022768 |
| 247. | July 8, 2024 | Email from D. Ferreira to D. Schulze Re opposition | 3 | AR022770 |
| 279. | July 11, 2024 | Email from D. Nethercott to A. Sanchez Re 7-9-24 CC Meeting | 3 | AR025932 |
| 278. | July 11, 2024 | Email from D. Nethercott to C. Wallace Re 7-9-24 CC Meeting | 3 | AR025931 |
| 280. | July 11, 2024 | Email from D. Nethercott to S. Flynn thanking her for hard work | 3 | AR025933 |
| 257. | July 8, 2024 | Email from D. Schulze to C. Patton Re opposition | 3 | AR022799 |
| 250. | July 8, 2024 | Email from D. Shulze to C. Patton Re opposition | 3 | AR022779 |
| 313. | September 24, 2024 | Email from Doug Schulze to A. Gomez Re Banning Point Memo to Banning CC | 4 | AR027604 |
| 338. | September 10, 2024 | Email from E. Papp to C. Patton re Banning Point - Application Presentation | 4 | AR027747 |
| 219. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020753 |
| 328. | September 9, 2024 | Email from E. Papp to J. Zemon Re 9-10-24 Agenda Item 8.2, Banning Point project | 4 | AR027663 |
| 330. | September 10, 2024 | Email from E. Papp to J. Zemon Re Banning Point - Applicant Presentation | 4 | AR027697 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 222. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Public Hearing Item 7.1` | 3 | AR020761 |
| 314. | September 4, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027605 |
| 316. | September 5, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027629 |
| 197. | June 5, 2024 | Email from E. Papp to J. Zemon Re June 11 Hearing to touch base | | AR020693 |
| 343. | September 10, 2024 | Email from E. Papp to J. Zemon Re Pass Action Group Letter to City Council 8-29-24 | 4 | AR027805 |
| 299. | August 19, 2024 | Email from E. Papp to M. Valenzuela Re TPM for Banning Point | 3 | AR025986 |
| 320. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027636 |
| 321. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027637 |
| 340. | September 10, 2024 | Email from E. Papp to P. Gosney Re Application presentation | 4 | AR027777 |
| 297. | August 14, 2024 | Email from E. Papp to P. Gosney Re Banning Point Project - City Council Agenda Planning | 3 | AR025984 |
| 331. | September 10, 2024 | Email from E. Papp to S. Calderon Re PowerPoint Presentation for Print - Banning Point | 4 | AR027699 |
| 300. | August 22, 2024 | Email from G. Johnson to A. Sanchez Re Banning Point Warehouse project | 3 | AR025988 |
| 238. | July 6, 2024 | Email from G. Johnson to A. Sanchez Re traffic congestion | 3 | AR022760 |
| 171. | May 15, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020633 |
| 173. | May 17, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020641 |
| 303. | August 26, 2024 | Email from G. Phelps to C. Patton Re Speaking at the Aug CC Mtg re Banning Point Warehouse | 4 | AR025993 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 335. | September 10, 2024 | Email from G. Phelps to C. Patton re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027742 |
| 301. | August 23, 2024 | Email from G. Phelps to D. Schulze Re Speaking at the Aug CC mtg re Banning Point Whse | 4 | AR025989 |
| 322. | September 9, 2024 | Email from G. Phelps to D. Schulze Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR02739 |
| 251. | July 8, 2024 | Email from H. Tabachnik to C. Patton Re opposition | 3 | AR022780 |
| 220. | June 10, 2024 | Email from J. Condas to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020755 |
| 167. | May 15, 2024 | Email from J. Everett to J. Zemon Re Radius Labels | 2 | AR020619 |
| 295. | August 13, 2024 | Email from J. Hannahs to A. Sanchez Re Banning Point Warehouse | 3 | AR025982 |
| 294. | August 13, 2024 | Email from J. Hannahs to C. Wallace Re Banning Point Warehouse | 3 | AR025981 |
| 323. | September 9, 2024 | Email from J. Hannahs to J. Hannahs Re Banning Point | 4 | AR027642 |
| 293. | August 13, 2024 | Email from J. Hannahs to S. Flynn Re Banning Point | 3 | AR025980 |
| 241. | July 8, 2024 | Email from J. Sherman to A. Rush Re opposition | 3 | AR022764 |
| 276. | July 10, 2024 | Email from J. Sherman to K. Gutierrez Re project opposition | 3 | AR025929 |
| 329. | September 10, 2024 | Email from J. Zemon to E. Papp re Banning Point - Applicant Presentation | 4 | AR027673 |
| 218. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020751 |
| 221. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC consent item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020758 |
| 223. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020764 |
| 315. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027627 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 317. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027631 |
| 195. | June 5, 2024 | Email from J. Zemon to E. Papp Re June 11 Hearing to touch base | 2 | AR020689 |
| 168. | May 15, 2024 | Email from J. Zemon to J. Everett Re Radius Labels | 2 | AR020621 |
| 240. | July 8, 2024 | Email from K. and R. Nemire to A. Sanchez Re Letter regarding opposition | 3 | AR022762 |
| 318. | September 5, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Point) | 4 | AR027634 |
| 337. | September 10, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027745 |
| 286. | August 9, 2024 | Email from K. Bundy to C. Patton re Banning Point Project - City Council hearing | 3 | AR025970 |
| 288. | August 9, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025972 |
| 292. | August 13, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025978 |
| 183. | May 22, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020666 |
| 190. | June 4, 2024 | Email from K. Bundy to C. Patton Re Inadequate notice of hearing | 2 | AR020682 |
| 196. | June 4, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020690 |
| 201. | June 5, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020697 |
| 212. | June 7, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020740 |
| 225. | June 10, 2024 | Email from K. Bundy to C. Patton Re rescheduling hearing | 3 | AR020768 |
| 325. | September 9, 2024 | Email from K. Bundy to CC Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027651 |
| 306. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project | 4 | AR027526 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 307. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project (Second Email) | 4 | AR027548 |
| 179. | May 21, 2024 | Email from K. Bundy to City Clerk Re PAG and inadequate notice of hearing | 2 | AR020657 |
| 342. | September 10, 2024 | Email from K. Bundy to City Council Re CC 9-10-2024 Agenda | 4 | AR027782 |
| 262. | July 9, 2024 | Email from K. Bundy to City Council Re PAG Comments | 3 | AR022804 |
| 248. | July 8, 2024 | Email from K. Dale to C. Patton Re comments | 3 | AR022771 |
| 263. | July 9, 2024 | Email from K. Dale to City Clerk Re 7-9-24 CC Meeting and the project | 3 | AR022813 |
| 281. | July 11, 2024 | Email from K. Dale to E Papp re Banning Point - Legible Parcel Map | 3 | AR025934 |
| 277. | July 10, 2024 | Email from K. Gutierrez to E. Papp Re opposition | 3 | AR025930 |
| 285. | July 25, 2024 | Email from K. Preston to C. Patton Re Banning Point Project | 3 | AR025968 |
| 283. | July 25, 2024 | Email from K. Preston to CC Re Banning Point Project | 3 | AR025951 |
| 215. | June 10, 2024 | Email from L. Sampson to B. Ruano Re Banning Point vote | 3 | AR020746 |
| 217. | June 10, 2024 | Email from L. Sampson to C. Patton Re Banning Point Warehouse Project | 3 | AR020749 |
| 253. | July 8, 2024 | Email from M. Johnson to A. Sanchez Re opposition | 3 | AR022782 |
| 260. | July 8, 2024 | Email from M. Johnson to C. Wallace Re opposition | 3 | AR022802 |
| 256. | July 8, 2024 | Email from M. Johnson to D. Happe Re opposition | 3 | AR022798 |
| 252. | July 8, 2024 | Email from M. Johnson to D. Schulze Re opposition | 3 | AR022781 |
| 254. | July 8, 2024 | Email from M. Johnson to R. Minjares Re opposition | 3 | AR022783 |
| 324. | September 9, 2024 | Email from N. Campos to City Clerks Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027643 |
| 319. | September 5, 2024 | Email from N. Criste to E. Papp Re Agenda Packet and Resolutions | 4 | AR027635 |
| 341. | September 10, 2024 | Email from P. Gosney to E. Papp Re Application presentation | 4 | AR027779 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 332. | September 10, 2024 | Email from P. Gosney to E. Papp Re Banning Point - Applicant Presentation | 4 | AR027713 |
| 298. | August 14, 2024 | Email from P. Gosney to E. Papp Re Banning Point Project - City Council Agenda Planning | 3 | AR025985 |
| 233. | July 1, 2024 | Email From P. Gosney to J. Condas and E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022747 |
| 230. | June 24, 2024 | Email From P. Gosney to J. Condas Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022716 |
| 236. | July 5, 2024 | Email from P. Jackson to City Clerk Re  objection to Banning Point project | 3 | AR022757 |
| 202. | June 5, 2024 | Email from P. Jackson to S. Calderon Re objections to Banning Point | 3 | AR020700 |
| 267. | July 9, 2024 | Email from R. Minjares to R. Minjares Re 7-9-24 CC Public Hearing | 3 | AR022827 |
| 192. | June 4, 2024 | Email from R. Reddig to City Clerk Re Banning Point objection | 2 | AR020686 |
| 255. | July 8, 2024 | Email from R. Robbins to C. Patton Re 7-9-24 Presentation | 3 | AR022784 |
| 259. | July 8, 2024 | Email from R. Robbins to C. Patton Re PAG documents | 3 | AR022801 |
| 184. | May 30, 2024 | Email from S. Calderon to A. Rush Re June 11 CC Meeting | 2 | AR020668 |
| 176. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020653 |
| 177. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020654 |
| 193. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from F. Matzen | 2 | AR020687 |
| 198. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from S. Dills | 2 | AR020694 |
| 264. | July 9, 2024 | Email from S. Calderon to E. Papp Re 7-9-24 CC Meeting Agenda | 3 | AR022816 |
| 207. | June 6, 2024 | Email from S. Calderon to E. Papp Re Affidavit of Mailing | 3 | AR020709 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 231. | June 25, 2024 | Email from S. Calderon to E. Papp Re Affidavits of Mailing and Posting Notice of Hearing | 3 | AR022719 |
| 172. | May 15, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020637 |
| 174. | May 17, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020646 |
| 186. | June 3, 2024 | Email from S. Calderon to J. Zemon Re Banning Point Project and June 11 | 2 | AR020670 |
| 169. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020625 |
| 170. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020629 |
| 181. | May 22, 2024 | Email from S. Calderon to K. Bundy Re inadequate notice of hearing | 2 | AR020664 |
| 187. | June 3, 2024 | Email from S. Calderon to Public Works Group Re June 11 CC Meeting | 2 | AR020674 |
| 67. | June 9, 2021 | Email from S. Calderon to R. Miller Re out of office | 1 | AR009762 |
| 178. | May 20, 2024 | Email from S. Dailey v. A. Sanchez Re Project Vote No | 2 | AR020656 |
| 194. | June 5, 2024 | Email from S. Dills to S. Calderon Re Banning Point approval | 2 | AR020688 |
| 266. | July 9, 2024 | Email from S. Flynn to C. Patton Re 7-9-24 CC Agenda | 3 | AR022826 |
| 308. | August 30, 2024 | Email from S. Flynn to K. Dale Re Correspondence re Banning Point Project | 4 | AR027570 |
| 310. | September 4, 2024 | Email from Sun Lakes Highland to CC Members Re Banning Point Project (Memo) | 4 | AR027572 |
| 214. | June 10, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote | 3 | AR020745 |
| 232. | June 30, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote NO | 3 | AR022746 |
| 226. | June 11, 2024 | Email from T. Leamy to C. Wallace Re vote | 3 | AR020769 |
| 237. | July 6, 2002 | Email from T. Leamy to C. Wallace Re vote | 3 | AR022759 |
| 289. | August 10, 2024 | Email from V. De Bry to D. Happe Re Banning Point | 3 | AR025974 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 290. | August 10, 2024 | Email from V. De Bry to R. Minjares Re Banning Point | 3 | AR025975 |
| 71. | June 22, 2021 | Engineering Department 3.1 Grading Plan Checklist | 1 | AR009789 |
| 10. | November 2018 | Final Environmental Impact Report – Banning Distribution Center | 1 | AR002112 |
| 8. | December 2011 | Final Environmental Impact Report – Butterfield Specific Plan | 1 | AR000944 |
| 200. | June 5, 2024 | From C. Patton to R. Reddig Re Banning Point comments | 2 | AR020696 |
| 199. | June 5, 2024 | From C. Patton to S. Dills Re Banning Point comments | 2 | AR020695 |
| 35. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development | 1 | AR008410 |
| 36. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development(Redlines) | 1 | AR008474 |
| 38. | March 30, 2021 | Infiltration Report | 1 | AR008547 |
| 39. | March 30, 2021 | Infiltration Report (Redlines) | 1 | AR008577 |
| 157. | February 16, 2022 | Letter from Allen Matkins to Mayor and City Council Re Approve the Banning Point Development (Design Review 21-7008 and Parcel Map 38164) and Deny the Appeal Filed by Pass Action Group | 2 | AR018745 |
| 78. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Soils Report – Approval Letter | 1 | AR009898 |
| 79. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Infiltration Report – Approval Letter | 1 | AR009899 |
| 140. | December 16, 2021 | Letter from M. Burton and cover email to City Attorney Re NOD | 2 | AR015262 |
| 282. | July 25, 2024 | Letter from Project Applicant to CC Re Banning Point Project | 3 | AR025936 |
| 138. | December 7, 2021 | Letter from Shute Mihaly Weinberger, LLP to Adam B. Rush, | 2 | AR014923 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | AICP, Community Development Director Re Planning Commission Approval of Design Review 21-7008 and Tentative Parcel Map 38164 | | |
| 149. | January 24, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Appeal of Sun Lakes Village North Design Review 21-7008 and Opposition to Tentative Parcel Map 38164 | 2 | AR016113 |
| 152. | February 10, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Recusal of Mayor Pro Tem Colleen Wallace, Councilmember Mary Hamlin, and Councilmember Alberto Sanchez from Consideration of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR017425 |
| 349. | September 25, 2024 | Letter from SLH to City Council | 4 | AR029770 |
| 160. | February 17, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted on February 15, 2022, by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR019768 |
| 155. | February 15, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re Banning Point Development (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR018281 |
| 75. | June 24, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of Approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 1 | AR009803 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 116. | October 6, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 2 | AR011381 |
| 72. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo | 1 | AR009799 |
| 73. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo and Responses | 1 | AR009800 |
| 74. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Conceptual Grading, Utilities & Storm Drain Plan - PC1 Memo | 1 | AR009801 |
| 76. | June 24, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Sun Lakes Village - PWQMP - PC1 Memo | 1 | AR009811 |
| 80. | June 28, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Sun Lakes Village – Preliminary Hydrology Report - PC1 Memo | 1 | AR009900 |
| 99. | September 9, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Banning 47 – Sun Lakes Village - PWQMP - PC2 Memo | 1 | AR011030 |
| 101. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Sun Lakes Blvd. – Conceptual Grading, Utilities & Storm Drain Plan – PC2 – Memo ERSC Job No. 18014001/165 | 2 | AR011076 |
| 102. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – TPM 21-4001 – TPM 38164 PC2 Memo | 2 | AR011078 |
| 103. | September 13, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 - 165 – Banning 47 – | 2 | AR011079 |

**ALPHABETICAL**

**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Sun Lakes Village – Preliminary Hydrology Report - PC2 Memo | | |
| 107. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Trip Generation Assessment – PC1 Memo | 2 | AR011259 |
| 108. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Vehicle Miles Traveled (VMT) Analysis – PC1 Memo | 2 | AR011260 |
| 58. | May 27, 2021 | MIG Submittal Letter to Planning Department | 1 | AR009656 |
| 270. | July 9, 2024 | Minutes of City Council Regular Meeting | 3 | AR022836 |
| 346. | September 10, 2024 | Minutes of City Council Regular Meeting | 4 | AR027843 |
| 351. | October 8, 2024 | Minutes of City Council Regular Meeting | 4 | AR029807 |
| 228. | June 11, 2024 | Minutes of City Council Regular Meeting (SHOWS 9.1 REMOVED FROM AGENDA AND NOT HEARD) | 3 | AR020775 |
| 113. | October 5, 2021 | Narrative of changes from LGE Project Team Re Banning Point – DR 21-7008 | 2 | AR011375 |
| 5. | Various | News Articles, Social Media Posts, Text Messages | 1 | AR000005 |
| 17. | September 11, 2020 | Notice of Availability of Draft Environmental Impact Report | 1 | AR004166 |
| 16. | September 10, 2020 | Notice of Completion & Environmental Document Transmittal | 1 | AR003665 |
| 133. | December 1, 2021 | Notice of Determination | 2 | AR014115 |
| 161. | February 17, 2022 | Notice of Determination | 2 | AR019772 |
| 14. | February 21, 2020 | Notice of Preparation of an Environmental Impact Report and Scoping Meeting for Sun Lakes Village North Specific Plan Amendment No. 6 **Attachments:** | 1 | AR002357 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Figure 1. Project Location Map/Aerial Photo<br>Figure 2. Proposed Land Use Plan February 18, 2020 Initial Study Sun Lakes Village North Specific Plan Amendment No. 6 | | |
| 271. | July 9, 2024 | Notice of Public Hearing | 3 | AR022990 |
| 24. | November 20, 2020 | Notice of Public Hearing for CC Meeting of December 8, 2020 | 1 | AR005941 |
| 18. | October 20, 2020 | Notice of Public Hearing for PC Meeting of November 4, 2020 | 1 | AR004169 |
| 127. | November 19, 2021 | Notice of Public Hearing for the December 1, 2021 Planning Commission Meeting | 2 | AR013275 |
| 29. | January 12, 2021 | Ordinance No. 1571 [Unsigned version] | 1 | AR008029 |
| 30. | January 12, 2021 | Ordinance No. 1571: An Ordinance Of The City Council Of The City Of Banning, California, Approving Zone Change No. 20-3501 To Amend The Zoning Ordinance To Incorporate The Text Of The Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001) Into The Zoning Ordinance | 1 | AR008035 |
| 54. | April 30, 2021 | Overall Site Plan with comments | 1 | AR009618 |
| 55. | April 30, 2021 | Overall Site Plans | 1 | AR009619 |
| 65. | June 9, 2021 | Planning & Zoning Payment Receipt | 1 | AR009718 |
| 121. | October 19, 2021 | Planning Commission Meeting Action Minutes | 2 | AR011881 |
| 20. | November 4, 2020 | Planning Commission Meeting Agenda<br>Planning Commission Staff Report<br>**Attachments:**<br>1.    Resolution 2020-21 with Conditions of Approval<br>2.    Resolution 2020-22<br>3.    Specific Plan Amendment No. 5<br>4.    Draft EIR North Specific Plan Amendment No. 5<br>5.    Final EIR North Specific Plan Amendment No. 5 Public Hearing Notice | 1 | AR004227 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 134. | December 1, 2021 | Planning Commission Regular Meeting Action Minutes | 2 | AR014117 |
| 56. | April 30, 2021 | Plans – Architectural Set | 1 | AR009630 |
| 44. | April 16, 2021 | Preliminary Hydrology Report | 1 | AR008618 |
| 92. | August 5, 2021 | Preliminary Hydrology Report | 1 | AR010806 |
| 45. | April 16, 2021 | Preliminary Hydrology Report (Redlined) | 1 | AR008757 |
| 40. | April 8, 2021 | Preliminary Landscape Plan | 1 | AR008607 |
| 89. | August 2, 2021 | Preliminary Water Quality Management Plan Prepared: 4/19/2021 Revision Date: 8/2/2021 | 1 | AR010528 |
| 59. | May 27, 2021 | Project Description | 1 | AR009657 |
| 93. | August 9, 2021 | Project Description Banning Point LGE / Design Build | 1 | AR010968 |
| 272. | July 9, 2024 | Proof of Publication | 3 | AR022992 |
| 128. | November 19, 2021 | Proof of Publication for the December 1, 2021 Planning Commission Meeting | 2 | AR013280 |
| 146. | January 21, 2022 | Proof of Publication of January 31, 2022 City Council Public Hearing | 2 | AR015676 |
| 57. | May 18, 2021 | Property Owners Certification Form and GIS Mailing Labels | 1 | AR009646 |
| 33. | January 29, 2021 | Public Hearing Notice Certificate of Mailing | 1 | AR008080 |
| 114. | October 5, 2021 | Public Hearing Notice for October 19, 2021 PC Meeting | 2 | AR011378 |
| 9. | June 2016 | Rancho San Gorgonio Specific Plan Draft Environmental Impact Report | 1 | AR001433 |
| 11. | November 13, 2019 | Rendering Concept 5 – North Entry View | 1 | AR002328 |
| 31. | January 25, 2021 | Renderings Concept 5 – North Entry View (Retail) | 1 | AR008042 |
| 26. | December 8, 2020 | Resolution 2020-141: A Resolution of the City Council of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of Approximately 47 Gross Acres Located between Sun Lakes | 1 | AR007742 |

### ALPHABETICAL
### INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | Boulevard And Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also identified as assessor's parcel number 419-140-057 to update the existing specific plan document to amend the specific plan land use plan from retail commercial (auto dealer) to business park & warehouse (BW), office & professional (OP), AND retail & service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines For Development; and Administration And Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 27. | December 8, 2020 | Resolution 2020-141[Unsigned version] | 1 | AR007856 |
| 21. | November 4, 2020 | Resolution 2020-21: Resolution of the Planning Commission of the City of Banning, California, Recommending that the City Council Adopt the Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001); Approve Zone Change No. 20-3501 to Amend the Zoning Ordinance Text; and Certify the Final Environmental Impact Report (SCH No. 2020029074) (Environmental Assessment No. 201502) and Adopt Findings of Fact, A Statement of Overriding Considerations, and a Mitigation Monitoring and Reporting Program | 1 | AR005711 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 22. | November 4, 2020 | Resolution 2020-22 [Unsigned version] | 1 | AR005734 |
| 23. | November 4, 2020 | Resolution 2020-22: A Resolution of the Planning Commission of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of approximately 47 Gross Acres Located between Sun Lakes Boulevard and Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also Identified as Assessor's Parcel Number 419-140-057 to Update the Existing Specific Plan Document to Amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines for Development; and Administration and Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | 1 | AR005837 |
| 135. | December 1, 2021 | Resolution 2021-16: A Resolution of the Planning Commission of the City of Banning, California, Making Environmental Determinations Under CEQA Guidelines Section 15162, and Approving Design | 2 | AR0141121 |

ALPHABETICAL
INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Review 21-7008 & Tentative Parcel Map 38164, to Allow the Subdivision of 47 Acres Into Three (3) Commercial and Industrial Parcels for Financing Purposes and Permit the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet on 47-Acres, Including 10,000 Square Feet of Office Space, and Six (6) Retail/Restaurant Buildings Totaling 34,000 Square Feet, on Real Property Located Within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057) | | |
| 162. | February 17, 2022 | Resolution 2022-14: A Resolution of the City Council Of The City Of Banning, California, (1) Approving Tentative Parcel Map No. 38164, Allowing the Subdivision of Approximately 47 Gross Acres of Vacant Land, Into Three Parcels; (2) Approving Design Review 21-7008 and Affirming the Planning Commission's Approval of that Application and Denying an Appeal of that Decision and Permitting the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet, Including 10,000 Square Feet of Office Space, and Six Retail/Commercial Buildings Totaling 34,000 Square Feet, on Real Property Located within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057); And (3) Adopting an Addendum Under the California Environmental Quality Act (CEQA) and Making Findings in Support thereof, including Finding of Consistency with the Certified Environmental Impact Report | 2 | AR019773 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Prepared for Amendment No. 5 to the Sun Lakes Village North Specific Plan (SCH # 2020029074) | | |
| 274. | July 9, 2024 | Resolution 2024-113 | 3 | AR025680 |
| 94. | August 10, 2021 | Response to Comments from LGE Project Team Re Banning Point – DR 21-7008 | 1 | AR010973 |
| 153. | February 10, 2022 | See Tab 151 (Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report) above. | 2 | AR017454 |
| 163. | February 17, 2022 | *See* Tab 162 (Resolution 2022-14) above. | 2 | AR019820 |
| 84. | July 29, 2021 | Site Lighting Design | 1 | AR010373 |
| 6. | | Site Photos | 1 | AR000095 |
| 273. | July 9, 2024 | Staff Report for City Council Regular Meeting on July 9, 2024 with attachments:<br><br>1. Resolution 2024-114, DR 21-7008 Consideration.docx<br>2. Exhibit A - COAs.docx<br>3. PAAG Appeal Letter.pdf<br>4. December 1 2021 Regular Planning Commission Meeting.pdf<br>5. TPM 38164.pdf<br>6. DR 21-7008 Plans.pdf<br>7. Addendum Consistency Checklist.pdf<br>8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. Resolution No. 2022-014.pdf<br>12. February 17, 2022 Special CC Meeting Minutes.pdf<br>13. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>14. March 15, 2024 Ruling.pdf<br>15. Public Comment Correspondence.pdf | 3 | AR022993 |

ALPHABETICAL
INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 16. 10.19.2021 PC PHN.pdf<br>17. 12.01.2021 PC PHN.pdf<br>18. Public Hearing Notice - 06/11/2024<br>19. PHN_Banning Point_7.9.2024.pdf<br>20. 2024 06 28_PHN - Proof of Publication<br>21. Banning - Affidavits of Mailing and Posting of Notice of Public Hearing.pdf | | |
| 229. | June 11, 2024 | Staff Report for City Council Regular Meeting on June 11, 2024 with attachments:<br>NOT HEARD<br>1. Resolution 2024-88, Banning Point.docx<br>2. Exhibit A - Conditions of Approval.docx<br>3. PAAG Appeal Letter.pdf<br>4. December 1 2021 Regular Planning Commission Meeting.pdf<br>5. TPM 38164.pdf<br>6. DR 21-7008 Plans.pdf<br>7. Addendum Consistency Checklist.pdf<br>8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. February 17, 2022 Special CC Meeting Minutes.pdf<br>12. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>13. Public Comment Correspondence.pdf<br>14. 10.19.2021 PC PHN.pdf<br>15. 12.01.2021 PC PHN.pdf<br>16. Public Hearing Notice - 06/11/2024 | 3 | AR020803 |
| 352. | October 8, 2024 | Staff Report for City Council Regular Meeting on October 8, 2024 with attachments: | 4 | AR029848 |

## ALPHABETICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | 1.CC Resolution No. 2024-151.pdf<br>2. 2024-09-25 SLH Reconsideration Request.pdf<br>3. BMC 17.68.140___Reconsideration..docx<br>4. CC Manual of Procedural Guidelines_Resolution 2023-34 - Copy.pdf | | |
| 347. | September 10, 2024 | Staff Report for City Council Regular Meeting on September 10, 2024 with attachments:<br><br>1. TPM No. 38164.pdf<br>2. DR_21-7008_Plans.pdf<br>3. July 9, 2024 CC SR w_attachments.pdf<br>4. 2024-03-15_Order_re_Writ_of_Mandate.pdf<br>5. July 25, 2024 Letter from Project Applicant<br>6. August 29, 2024 Letter from Appellant<br>7. September 4, 2024 Memorandum from Project Applicant<br>8. Resolution 2024-149, Banning Point.docx<br>9. Exhibit A to Reso 2024-149 - COA.docx<br>10. Resolution 2024-150, Banning Point Approval of TPM and Denial of DR<br>11. Exhibit A to Reso 2024-150 - COA<br>12. Resolution 2024-151, Banning Pointe Denial of TPM and DR<br>13. 2024 07 09_Minutes_Regular Meeting.pdf<br>14. Addendum_Consistency_Checklist.pdf | 4 | AR027998 |
| 15. | September 9, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Draft | 1 | AR002429 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Environmental Impact Report SCH No. 2020029074<br>• Appendix A- Notice of Preparation, Initial Study, Comment Letters<br>• Appendix B- Air Quality and Greenhouse Gas Evaluation<br>• Appendix C- Emissions from Alternatives<br>• Appendix D- Habitat Assessment<br>• Appendix E- Cultural Resources Records Search<br>• Appendix F-Phase I Cultural Resources Assessment<br>• Appendix G- Noise Monitoring<br>• Appendix H- Traffic Analysis<br>• Appendix I- Vehicle Miles Traveled (VMT) Analysis<br>• Appendix J- Water Supply Assessment | | |
| 19. | October 28, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Final Environmental Impact Report SCH No. 2020029074 | 1 | AR004172 |
| 156. | February 15, 2022 | Supplemental letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR018730 |
| 46. | April 19, 2021 | Tentative Parcel Map No. 38164 | 1 | AR008897 |
| 85. | July 29, 2021 | Tentative Parcel Map No. 38164 | 1 | AR010374 |
| 47. | April 19, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR008898 |
| 86. | July 29, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR010375 |
| 164. | February 17, 2022 | Transcript of City Council Special Meeting | 2 | AR019867 |

**ALPHABETICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 122. | October 19, 2021 | Transcript of Planning Commission Meeting | 2 | AR011887 |
| 136. | December 1, 2021 | Transcript of Planning Commission Meeting | 2 | AR014171 |
| 275. | July 9, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 7.1 | 3 | AR025683 |
| 348. | September 10, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 8.2 | 4 | AR029639 |
| 353. | October 8, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 9.1 | 4 | AR030661 |
| 68. | June 10, 2021 | Trip Generation Assessment | 1 | AR009763 |
| 110. | October 4, 2021 | Trip Generation Assessment | 2 | AR011359 |
| 111. | October 4, 2021 | Trip Generation Assessment Response to Comments | 2 | AR011369 |
| 60. | May 27, 2021 | Uniform Development Application | 1 | AR009662 |
| 69. | June 10, 2021 | Vehicle Miles Traveled Analysis | 1 | AR009771 |
| 48. | April 19, 2021 | Water Quality Management Plan | 1 | AR008899 |
| 49. | April 19, 2021 | Water Quality Management Plan (Redlined PC1 Draft PWQMP) | 1 | AR009093 |
| 50. | April 19, 2021 | Water Quality Management Plan (Redlined PC2 Draft PWQMP) | 1 | AR009288 |

1  Brent S. Clemmer (SBN 179722)
   E-mail: clemmer@sbemp.com
2  Charles L. Gallagher (SBN 167093)
   E-mail: gallagher@sbemp.com
3  SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
   74774 Highway 111
4  Indian Wells, California 92210
   Telephone (760) 322-2275
5  Fax: (760) 322-2107

6  Attorneys for Defendant CITY OF BANNING

7  J. Leah Castella (SBN 205990)
   E-mail:  lcastella@bwslaw.com
8  Kevin D. Siegel (SBN 194787)
   E-mail:  ksiegel@bwslaw.com
9  Leila J. Moshref-Danesh (SBN 310783)
   E-mail:  lmoshref@bwslaw.com
10 Yara M. Wahba (SBN 339791)
   E-mail:  ywahba@bwslaw.com
11 BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
12 Oakland, California  94612
   Tel:  510.273.8780    Fax:  510.839.9104
13
   Attorneys for Defendants
14 CITY OF BANNING and SHERI FLYNN

15

16              UNITED STATES DISTRICT COURT

17      CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

18

| | |
|---|---|
| 19  SUN LAKES HIGHLAND, LLC, a Delaware limited liability company, | Case No. 5:24-cv-02603-DTB |
| 20 | **CERTIFICATION OF ADMINISTRATIVE RECORD** |
| 21  Petitioner and Plaintiff, | |
| 22  v. | Action Filed: December 6, 2024 |
| 23  CITY OF BANNING, a municipal corporation; SHERI FLYNN, an | Amended Petition Filed: March 31, 2025 |
| 24  individual; and DOES 1 through 10, inclusive, | Crtrm.: 4<br>Judge:  Hon. David T. Bristow |
| 25  Respondents and Defendants. | |
| 26 | |

27      ///

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW

4912-0150-8953 v1                              1              Case No. 5:24-cv-02603-DTB
                                                          CERTIFICATION OF ADMINISTRATIVE
                                                                             RECORD

I, Sandra B. Calderon, declare as follows:

1.     I have personal knowledge of all the facts set forth in this certification, and, if called as a witness, I could and would testify competently thereto.

2.     I am the Acting Administrative City Clerk for the City of Banning ("City"). In this capacity, I am responsible for City record keeping and I serve as the City's custodian of records.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the Index for the Administrative Record for the above-entitled matter, prepared by counsel for the City.

4.     I am informed and believe that counsel for the City prepared the Administrative Record by compiling and organizing true and correct copies of documents regarding the application identified as Banning Point, including without limitation documents submitted by proponents of the application, documents submitted to the City by other parties concerning the application, comments regarding the application, staff reports, public meeting agendas, and minutes and transcripts of public meetings.

5.     To the best of my knowledge, the Administrative Record is a complete record of the documents from the administrative proceedings at issue in the above-entitled matter, which Administrative Record has 353 tabbed documents, which are Bates-stamped AR 000001 – 030661.

1    I declare, under penalty of perjury, under the laws of the State of California

2  that the foregoing is true and correct.

3        Executed on this 30th day of July, 2025, at Banning, California.

4                        CITY OF BANNING

5

6

7        By _Sandra Calderon_____

8            Sandra B. Calderon
            *Acting Administrative City Clerk*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW

4912-0150-8953 v1

3

Case No. 5:24-cv-02603-DTB
CERTIFICATION OF ADMINISTRATIVE
RECORD

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 1. | | DR 21-7008 Aerial base Map | 1 | AR000001 |
| 2. | | DR 21-7008 Development Opportunities Map | 1 | AR000002 |
| 3. | | DR 21-7008 Vicinity Map | 1 | AR000003 |
| 4. | | DR 21-7008 Zoning Map | 1 | AR000004 |
| 5. | Various | News Articles, Social Media Posts, Text Messages | 1 | AR000005 |
| 6. | | Site Photos | 1 | AR000095 |
| 7. | June 3, 2011 | Draft Environmental Impact Report – Butterfield Specific Plan | 1 | AR000097 |
| 8. | December 2011 | Final Environmental Impact Report – Butterfield Specific Plan | 1 | AR000944 |
| 9. | June 2016 | Rancho San Gorgonio Specific Plan Draft Environmental Impact Report | 1 | AR001433 |
| 10. | November 2018 | Final Environmental Impact Report – Banning Distribution Center | 1 | AR002112 |
| 11. | November 13, 2019 | Rendering Concept 5 – North Entry View | 1 | AR002328 |
| 12. | December 29, 2019 | CLTA Preliminary Title Report | 1 | AR002329 |
| 13. | December 29, 2019 | CLTA Preliminary Title Report (Redlines) | 1 | AR002343 |
| 14. | February 21, 2020 | Notice of Preparation of an Environmental Impact Report and Scoping Meeting for Sun Lakes Village North Specific Plan Amendment No. 6 **Attachments:** Figure 1. Project Location Map/Aerial Photo Figure 2. Proposed Land Use Plan February 18, 2020 Initial Study Sun Lakes Village North Specific Plan Amendment No. 6 | 1 | AR002357 |
| 15. | September 9, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Draft Environmental Impact Report SCH No. 2020029074 • Appendix A- Notice of Preparation, Initial Study, Comment Letters • Appendix B- Air Quality and Greenhouse Gas Evaluation | 1 | AR002429 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | • Appendix C- Emissions from Alternatives<br>• Appendix D- Habitat Assessment<br>• Appendix E- Cultural Resources Records Search<br>• Appendix F-Phase I Cultural Resources Assessment<br>• Appendix G- Noise Monitoring<br>• Appendix H- Traffic Analysis<br>• Appendix I- Vehicle Miles Traveled (VMT) Analysis<br>• Appendix J- Water Supply Assessment | | |
| 16. | September 10, 2020 | Notice of Completion & Environmental Document Transmittal | 1 | AR003665 |
| 17. | September 11, 2020 | Notice of Availability of Draft Environmental Impact Report | 1 | AR004166 |
| 18. | October 20, 2020 | Notice of Public Hearing for PC Meeting of November 4, 2020 | 1 | AR004169 |
| 19. | October 28, 2020 | Sun Lakes Village North Specific Plan Amendment No. 5 Final Environmental Impact Report SCH No. 2020029074 | 1 | AR004172 |
| 20. | November 4, 2020 | Planning Commission Meeting Agenda<br>Planning Commission Staff Report<br>**Attachments:**<br>1.    Resolution 2020-21 with Conditions of Approval<br>2.    Resolution 2020-22<br>3.    Specific Plan Amendment No. 5<br>4.    Draft EIR North Specific Plan Amendment No. 5<br>5.    Final EIR North Specific Plan Amendment No. 5 Public Hearing Notice | 1 | AR004227 |
| 21. | November 4, 2020 | Resolution 2020-21: Resolution of the Planning Commission of the City | 1 | AR005711 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | of Banning, California, Recommending that the City Council Adopt the Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001); Approve Zone Change No. 20-3501 to Amend the Zoning Ordinance Text; and Certify the Final Environmental Impact Report (SCH No. 2020029074) (Environmental Assessment No. 201502) and Adopt Findings of Fact, A Statement of Overriding Considerations, and a Mitigation Monitoring and Reporting Program | | |
| 22. | November 4, 2020 | Resolution 2020-22 [Unsigned version] | 1 | AR005734 |
| 23. | November 4, 2020 | Resolution 2020-22: A Resolution of the Planning Commission of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of approximately 47 Gross Acres Located between Sun Lakes Boulevard and Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also Identified as Assessor's Parcel Number 419-140-057 to Update the Existing Specific Plan Document to Amend the Specific Plan Land Use Plan from Retail Commercial (Auto Dealer) to Business Park & Warehouse (BW), Office & Professional (OP), and Retail & Service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including | 1 | AR005837 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines for Development; and Administration and Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 24. | November 20, 2020 | Notice of Public Hearing for CC Meeting of December 8, 2020 | 1 | AR005941 |
| 25. | December 8, 2020 | City Council Meeting Agenda City Council Report **Attachments:** 1.    Resolution 2020-141 2.    Ordinance 1571 3.    Sun Lakes Village Specific Plan Amendment 5 4.    Public Hearing Notice 5.    Draft Environmental Impact Report 6.    Final Environmental Impact Report (EIR) a.  Administrative Response to Lake Comment Letter b.  Comments on Final EIR c.  Supplemental Comments on Final EIR | 1 | AR005944 |
| 26. | December 8, 2020 | Resolution 2020-141: A Resolution of the City Council of the City of Banning Recommending that the City Council of the City Banning Certify an Environmental Impact Report and Adopt a Statement of Overriding Considerations and Mitigation Monitoring and Reporting Program for a Specific Plan Amendment of Approximately 47 Gross Acres Located between Sun Lakes Boulevard And Interstate 10 Approximately 840 Feet East of Highland Springs Avenue. The Project Site is also identified as assessor's parcel number 419-140-057 | 1 | AR007742 |

# CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | to update the existing specific plan document to amend the specific plan land use plan from retail commercial (auto dealer) to business park & warehouse (BW), office & professional (OP), AND retail & service (RS). The Specific Plan is also Proposed to be Amended to Revise the Permitted Land Uses; Development Standards (Including Maximum Building Height, Setbacks, Open Space, Landscaping, Parking, and Signage); Design Guidelines For Development; and Administration And Implementation Provisions, and Approve Specific Plan Amendment No. 20-2001, Zone Change No. 20-3501, Environmental Assessment No. 20-1502. | | |
| 27. | December 8, 2020 | Resolution 2020-141[Unsigned version] | 1 | AR007856 |
| 28. | December 2, 2020 – December 9, 2020 | Bulk Emails regarding environmental clean-up and demolition with City and A. Chacon, S. Kukett and G. Hill | 1 | AR007971 |
| 29. | January 12, 2021 | Ordinance No. 1571 [Unsigned version] | 1 | AR008029 |
| 30. | January 12, 2021 | Ordinance No. 1571: An Ordinance Of The City Council Of The City Of Banning, California, Approving Zone Change No. 20-3501 To Amend The Zoning Ordinance To Incorporate The Text Of The Sun Lakes Village North Specific Plan Amendment 5 (Specific Plan Amendment No. 20-2001) Into The Zoning Ordinance | 1 | AR008035 |
| 31. | January 25, 2021 | Renderings Concept 5 – North Entry View (Retail) | 1 | AR008042 |
| 32. | January 4, 2021 - January 27, 2021 | Bulk Emails regarding proposed project and dedications for street widening, sign diversion with Thienes Engineering, Inc. | 1 | AR008048 |
| 33. | January 29, 2021 | Public Hearing Notice Certificate of Mailing | 1 | AR008080 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|---------------|-----|--------------|
| 34. | February 2, 2021 - February 22, 2021 | Bulk Emails regarding November publication notices and invoices from Record Gazette to City | 1 | AR008083 |
| 35. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development | 1 | AR008410 |
| 36. | March 10, 2021 | Geotechnical Investigation Proposed Banning Point Development(Redlines) | 1 | AR008474 |
| 37. | March 19, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR008540 |
| 38. | March 30, 2021 | Infiltration Report | 1 | AR008547 |
| 39. | March 30, 2021 | Infiltration Report (Redlines) | 1 | AR008577 |
| 40. | April 8, 2021 | Preliminary Landscape Plan | 1 | AR008607 |
| 41. | April 16, 2021 | Conceptual Grading Plan | 1 | AR008608 |
| 42. | April 16, 2021 | Conceptual Grading Plan (Redlines) | 1 | AR008611 |
| 43. | April 16, 2021 | Conceptual Grading Plan (Response) | 1 | AR008614 |
| 44. | April 16, 2021 | Preliminary Hydrology Report | 1 | AR008618 |
| 45. | April 16, 2021 | Preliminary Hydrology Report (Redlined) | 1 | AR008757 |
| 46. | April 19, 2021 | Tentative Parcel Map No. 38164 | 1 | AR008897 |
| 47. | April 19, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR008898 |
| 48. | April 19, 2021 | Water Quality Management Plan | 1 | AR008899 |
| 49. | April 19, 2021 | Water Quality Management Plan (Redlined PC1 Draft PWQMP) | 1 | AR009093 |
| 50. | April 19, 2021 | Water Quality Management Plan (Redlined PC2 Draft PWQMP) | 1 | AR009288 |
| 51. | April 20, 2021 | Banning Point Preliminary Landscape Plan | 1 | AR009556 |
| 52. | April 29, 2021 | Conceptual Colored Elevations and Material Board | 1 | AR009557 |
| 53. | April 25, 2021 - April 30, 2021 | Bulk Emails regarding Costco follow-up from James Wurts and ECK Corp. | 1 | AR009559 |
| 54. | April 30, 2021 | Overall Site Plan with comments | 1 | AR009618 |
| 55. | April 30, 2021 | Overall Site Plans | 1 | AR009619 |
| 56. | April 30, 2021 | Plans – Architectural Set | 1 | AR009630 |
| 57. | May 18, 2021 | Property Owners Certification Form and GIS Mailing Labels | 1 | AR009646 |
| 58. | May 27, 2021 | MIG Submittal Letter to Planning Department | 1 | AR009656 |
| 59. | May 27, 2021 | Project Description | 1 | AR009657 |
| 60. | May 27, 2021 | Uniform Development Application | 1 | AR009662 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 61. | May 5, 2021 - May 28, 2021 | Bulk Emails regarding labor workforce statistics for City of Banning between G. Kingston and J. Wurtz | 1 | AR009669 |
| 62. | June 9, 2021 | Design Review Transmittal | 1 | AR009712 |
| 63. | June 9, 2021 | Design Review Transmittal, Approved by Building and Safety Department 06/29/2021 | 1 | AR009714 |
| 64. | June 9, 2021 | Design Review Transmittal, Approved by Fire Department 06/16/2021 | 1 | AR009716 |
| 65. | June 9, 2021 | Planning & Zoning Payment Receipt | 1 | AR009718 |
| 66. | June 7, 2021 - June 10, 2021 | Bulk Emails between A. Steele and S. Calderon regarding Banning Point submittal | 1 | AR009722 |
| 67. | June 9, 2021 | Email from S. Calderon to R. Miller Re out of office | 1 | AR009762 |
| 68. | June 10, 2021 | Trip Generation Assessment | 1 | AR009763 |
| 69. | June 10, 2021 | Vehicle Miles Traveled Analysis | 1 | AR009771 |
| 70. | June 16, 2021 | Banning Fire Services – Office of the County Fire Marshal - Planning Case Conditions | 1 | AR009787 |
| 71. | June 22, 2021 | Engineering Department 3.1 Grading Plan Checklist | 1 | AR009789 |
| 72. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo | 1 | AR009799 |
| 73. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Tentative Parcel Map No. 38164 PC1 Memo and Responses | 1 | AR009800 |
| 74. | June 22, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Conceptual Grading, Utilities & Storm Drain Plan - PC1 Memo | 1 | AR009801 |
| 75. | June 24, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of Approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 1 | AR009803 |
| 76. | June 24, 2021 | Memorandum from Engineering Resources of Southern California, | 1 | AR009811 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Inc. Re Sun Lakes Village - PWQMP - PC1 Memo | | |
| 77. | June 14, 2021 - June 25, 2021 | Bulk Emails between A. Loconte and Kevin Sin regarding DR 21-7008 N | 1 | AR009813 |
| 78. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Soils Report – Approval Letter | 1 | AR009898 |
| 79. | June 28, 2021 | Letter from Engineering Resources of Southern California, Inc. to Kevin Sin, PE, Public Works/Engineering Department Re Sun Lakes Blvd & Sun Lakes Village – Infiltration Report – Approval Letter | 1 | AR009899 |
| 80. | June 28, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re Sun Lakes Village – Preliminary Hydrology Report - PC1 Memo | 1 | AR009900 |
| 81. | June 29, 2021 | City of Banning Building and Safety Comments Re DR 21-7008 | 1 | AR009901 |
| 82. | June 28, 2021 - June 30, 2021 | Bulk Emails between A. Rush and Liza Edwards regarding DR 21-7008 | 1 | AR009903 |
| 83. | July 19, 2021 | Banning Point Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum | 1 | AR009970 |
| 84. | July 29, 2021 | Site Lighting Design | 1 | AR010373 |
| 85. | July 29, 2021 | Tentative Parcel Map No. 38164 | 1 | AR010374 |
| 86. | July 29, 2021 | Tentative Parcel Map No. 38164 (Redlines) | 1 | AR010375 |
| 87. | July 2, 2021 - July 30, 2021 | Bulk Emails from A. Steele to L. Edwards regarding planning comments on DR 21-7008 | 1 | AR010376 |
| 88. | August 2, 2021 | California, Inc. Re Banning 47 – Sun Lakes Blvd (18014001) Response to "PWQMP PC1 Memo" dated June 24, 2021 | 1 | AR010526 |
| 89. | August 2, 2021 | Preliminary Water Quality Management Plan Prepared: 4/19/2021 Revision Date: 8/2/2021 | 1 | AR010528 |
| 90. | August 5, 2021 | Conceptual Grading Plan | 1 | AR010796 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 91. | August 5, 2021 | Conceptual Grading Plan (Redline) | 1 | AR010801 |
| 92. | August 5, 2021 | Preliminary Hydrology Report | 1 | AR010806 |
| 93. | August 9, 2021 | Project Description Banning Point LGE / Design Build | 1 | AR010968 |
| 94. | August 10, 2021 | Response to Comments from LGE Project Team Re Banning Point – DR 21-7008 | 1 | AR010973 |
| 95. | August 3, 2021 - August 30, 2021 | Bulk Emails from A. Rush to L. Edwards regarding DR 21-7008 waiving Burrowing Owl survey or habit assessment report | 1 | AR010984 |
| 96. | September 7, 2021 | Design Review 2nd Submittal | 1 | AR011024 |
| 97. | September 7, 2021 | Design Review 2nd Submittal, Approved by Building & Safety Department 9-7-21 | 1 | AR011026 |
| 98. | September 7, 2021 | Design Review 2nd Submittal, Approved by Fire Department 9-14-21 | 1 | AR011028 |
| 99. | September 9, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Banning 47 – Sun Lakes Village - PWQMP - PC2 Memo | 1 | AR011030 |
| 100. | September 1, 2021 - September 10, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 1 | AR011031 |
| 101. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – Sun Lakes Blvd. – Conceptual Grading, Utilities & Storm Drain Plan – PC2 – Memo ERSC Job No. 18014001/165 | 2 | AR011076 |
| 102. | September 10, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 – 165 – TPM 21-4001 – TPM 38164 PC2 Memo | 2 | AR011078 |
| 103. | September 13, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re 18014001 - 165 – Banning 47 – Sun Lakes Village – Preliminary Hydrology Report - PC2 Memo | 2 | AR011079 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 104. | September 13, 2021 - September 16, 2021 | Bulk Emails from A. Steele to L. Edwards regarding DR 21-7008 Dept. comments | 2 | AR011080 |
| 105. | September 23, 2021 | City of Banning Electric Utility – 2nd Submittal Electric Comments | 2 | AR011205 |
| 106. | September 20, 2021 - September 24, 2021 | Bulk Emails from A. Rush to L. Edwards regarding CEQA review | 2 | AR011207 |
| 107. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Trip Generation Assessment – PC1 Memo | 2 | AR011259 |
| 108. | September 27, 2021 | Memorandum from Engineering Resources of Southern California, Inc. Re City of Banning – Banning Point (TPM 38164) – Vehicle Miles Traveled (VMT) Analysis – PC1 Memo | 2 | AR011260 |
| 109. | September 27, 2021 - September 29, 2021 | Bulk Emails to A. Vela at City regarding download sharefile notification Traffic Impact Analysis with documents attached | 2 | AR011261 |
| 110. | October 4, 2021 | Trip Generation Assessment | 2 | AR011359 |
| 111. | October 4, 2021 | Trip Generation Assessment Response to Comments | 2 | AR011369 |
| 112. | October 5, 2021 | Conceptual Colored Elevations and Material Board – Warehouse Bldg. | 2 | AR011374 |
| 113. | October 5, 2021 | Narrative of changes from LGE Project Team Re Banning Point – DR 21-7008 | 2 | AR011375 |
| 114. | October 5, 2021 | Public Hearing Notice for October 19, 2021 PC Meeting | 2 | AR011378 |
| 115. | October 6, 2021 | Conceptual Landscape Plan | 2 | AR011380 |
| 116. | October 6, 2021 | Memorandum from City of Banning Civil Engineer to Adam Rush Re Engineering Conditions of approval for DR 21-7008 (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.) | 2 | AR011381 |
| 117. | October 4, 2021 - October 9, 2021 | Bulk Emails from A. Rush to S. Calderon regarding newspaper notices | 2 | AR011389 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 118. | October 9, 2021 | Email from B. Filadelfia Re Opposition to industrial warehouse at the Sun Lakes Village | 2 | AR011629 |
| 119. | October 11, 2021 - October 17, 2021 | Bulk Emails from J. Everett to A. Rush regarding DR 21-7008 and availability for community engagement discussion | 2 | AR011630 |
| 120. | October 19, 2021 | Agenda Special Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.      Resolution 2021-16 with Conditions of Approval 2.      Project Plans 3.      DR-21-7008 - Public Hearing Notice 4.      DR-21-7008 – Notice of Determination 5.      Public Comment Received October 9, 2021 | 2 | AR011771 |
| 121. | October 19, 2021 | Planning Commission Meeting Action Minutes | 2 | AR011881 |
| 122. | October 19, 2021 | Transcript of Planning Commission Meeting | 2 | AR011887 |
| 123. | October 18, 2021 - October 24, 2021 | Bulk Emails regarding public comments for DR 21-7008 Banning Point development | 2 | AR012098 |
| 124. | October 25, 2021 - October 31, 2021 | Bulk Emails from T. Miller to A. Rush regarding proposed warehouse projects | 2 | AR012582 |
| 125. | November 1, 2021 - November 6, 2021 | Bulk Emails from J. Zemon to C. Wallace regarding Creation Equity | 2 | AR012875 |
| 126. | November 8, 2021 - November 13, 2021 | Bulk Emails from A. Steele to S. Calderon regarding Banning Point Radius Map and Labels | 2 | AR013186 |
| 127. | November 19, 2021 | Notice of Public Hearing for the December 1, 2021 Planning Commission Meeting | 2 | AR013275 |
| 128. | November 19, 2021 | Proof of Publication for the December 1, 2021 Planning Commission Meeting | 2 | AR013280 |
| 129. | November 15, 2021 - November 20, 2021 | Bulk Emails from R. Robbins to A. Rush regarding Banning Point and | 2 | AR013281 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | conflicting information from D. Schulze | | |
| 130. | November 22, 2021- November 27, 2021 | Bulk Emails from C. Patton to A. Rush Re public records request | 2 | AR013472 |
| 131. | November 28, 2021 - November 30, 2021 | Bulk Emails redacted from private party to S. Calderon Re comments at 12-1-21 planning meeting | 2 | AR013641 |
| 132. | December 1, 2021 | Agenda Regular Meeting of the Banning Planning Commission Planning Commission Report **Attachments:** 1.      Resolution 2021-16 with Conditions of Approval 2.      Project Plans 3.      DR-21-7008 - Public Hearing Notice 4.      DR-21-7008 – Notice of Determination | 2 | AR014010 |
| 133. | December 1, 2021 | Notice of Determination | 2 | AR014115 |
| 134. | December 1, 2021 | Planning Commission Regular Meeting Action Minutes | 2 | AR014117 |
| 135. | December 1, 2021 | Resolution 2021-16: A Resolution of the Planning Commission of the City of Banning, California, Making Environmental Determinations Under CEQA Guidelines Section 15162, and Approving Design Review 21-7008 & Tentative Parcel Map 38164, to Allow the Subdivision of 47 Acres Into Three (3) Commercial and Industrial Parcels for Financing Purposes and Permit the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet on 47-Acres, Including 10,000 Square Feet of Office Space, and Six (6) Retail/Restaurant Buildings Totaling 34,000 Square Feet, on Real Property Located Within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057) | 2 | AR0141121 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 136. | December 1, 2021 | Transcript of Planning Commission Meeting | 2 | AR014171 |
| 137. | December 1, 2021 - December 5, 2021 | Bulk Emails from M. Murshedi to C. Patton Re false assumptions about distribution center | | AR014411 |
| 138. | December 7, 2021 | Letter from Shute Mihaly Weinberger, LLP to Adam B. Rush, AICP, Community Development Director Re Planning Commission Approval of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR014923 |
| 139. | December 7, 2021 - December 12, 2021 | Bulk Emails from R. Roy to C. Patton Re appeal deadline | 2 | AR014926 |
| 140. | December 16, 2021 | Letter from M. Burton and cover email to City Attorney Re NOD | 2 | AR015262 |
| 141. | December 13, 2021 - December 17, 2021 | Bulk Emails from M. Murshedi to D. Schulze Re PAG newsletters attached | 2 | AR015267 |
| 142. | December 21, 2021 | Email and Letter from City Attorney Kevin Ennis Re NOD | 2 | AR015437 |
| 143. | December 20, 2021 - December 29, 2021 | Bulk Emails from J. Gaglio to B. Robinson Re switch size | 2 | AR015441 |
| 144. | January 3, 2022 - January 8, 2022 | Bulk Emails from A. Rush to A. Rush Re PHN for DR 21-7008 Appeal hearing and special meeting | 2 | AR015473 |
| 145. | January 10, 2022 - January 14, 2022 | Bulk Emails from A. Rush to J. Zemon Re Banning Point catch up | 2 | AR015638 |
| 146. | January 21, 2022 | Proof of Publication of January 31, 2022 City Council Public Hearing | 2 | AR015676 |
| 147. | January 17, 2022 - January 23, 2022 | Bulk Emails from J. Gaglio to B. Robinson Re power and undergrounding poles/lines | 2 | AR015678 |
| 148. | January 24, 2022- January 31, 2022 | Bulk Emails from C. So to S. Calderon Re Banning Point meeting | 2 | AR015744 |
| 149. | January 24, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Appeal of Sun Lakes Village North Design Review 21-7008 and Opposition to Tentative Parcel Map 38164 | 2 | AR016113 |
| 150. | February 1, 2022 - February 6, 2022 | Bulk Emails to Banning public records from L. Sampson | 2 | AR016541 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 151. | February 10, 2022 | Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report Appendices: <br> • Appendix A: Air Quality, Greenhouse Gas, & Health Risk Assessment Memorandum <br> • Appendix B: Traffic Assessment <br> • Appendix C Vehicle Miles Traveled (VMT) Analysis <br> • Appendix D Noise and Vibration Impact Analysis | 2 | AR016739 |
| 152. | February 10, 2022 | Letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the City Council Re Recusal of Mayor Pro Tem Colleen Wallace, Councilmember Mary Hamlin, and Councilmember Alberto Sanchez from Consideration of Design Review 21-7008 and Tentative Parcel Map 38164 | 2 | AR017425 |
| 153. | February 10, 2022 | See Tab 151 (Banning Point Addendum / Consistency Checklist to the Sun Lakes Village North Specific Plan Amendment No. 5 Environmental Impact Report) above. | 2 | AR017454 |
| 154. | February 7, 2022 - February 12, 2022 | Bulk Emails from L. Hamlin to M. Owen Re organized crime links | 2 | AR018140 |
| 155. | February 15, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re Banning Point Development (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR018281 |
| 156. | February 15, 2022 | Supplemental letter from Shute Mihaly Weinberger, LLP to Mayor Kyle Pingree and Members of the | 2 | AR018730 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | City Council Re Design Review 21-7008 and Tentative Parcel Map 38164 | | |
| 157. | February 16, 2022 | Letter from Allen Matkins to Mayor and City Council Re Approve the Banning Point Development (Design Review 21-7008 and Parcel Map 38164) and Deny the Appeal Filed by Pass Action Group | 2 | AR018745 |
| 158. | February 17, 2022 | Agenda Special City Council Meeting City of Banning, California<br>City Council Staff Report<br>**Attachments:**<br>1. City Council Resolution 2022-14 (including Conditions of Approval)<br>2. Appeal Filed By Pass Action Group<br>3. Planning Commission Staff Report, December 1, 2021<br>4. Tentative Parcel Map 38164<br>5. DR 21-7008 Plan Set<br>6. Addendum/Consistency Checklist<br>7. Approved Planning Commission Meeting Minutes, October 19, 2021<br>8. Planning Commission Meeting Minutes, December 1, 2021<br>9. Planning Commission Resolution No. 2021-16<br>10. City Council Public Hearing Notices<br>11. City Council Affidavit of Public Hearing Notice | 2 | AR018776 |
| 159. | February 17, 2022 | City Council Special Meeting Minutes<br>**Public Record Materials:**<br>1. Public Comment submitted by Pass Area Action Group – Received 1/24/2022 | 2 | AR019725 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | 2. Project CEQA Consultant Response to Comments – Received 2/15/2022<br>3. Allen Matkins Leck Gamble Mallory & Natsis LLP Letter of Support – Received 2/16/2022<br>4. Appellant Supplement Letter – Received 2/16/2022<br>5. Project CEQA Consultant Response to Comments – Received 2/17/2022 | | |
| 160. | February 17, 2022 | Letter from Urban Crossroads to Adam Rush, City of Banning Re (Design Review 21-7008 & Tentative Parcel Map 38164): Responses to Comments Submitted on February 15, 2022, by Shute Mihaly & Weinberger on Behalf of the Pass Area Action Group | 2 | AR019768 |
| 161. | February 17, 2022 | Notice of Determination | 2 | AR019772 |
| 162. | February 17, 2022 | Resolution 2022-14: A Resolution of the City Council Of The City Of Banning, California, (1) Approving Tentative Parcel Map No. 38164, Allowing the Subdivision of Approximately 47 Gross Acres of Vacant Land, Into Three Parcels; (2) Approving Design Review 21-7008 and Affirming the Planning Commission's Approval of that Application and Denying an Appeal of that Decision and Permitting the Construction of a Proposed Industrial Warehouse Building of 619,959 Square Feet, Including 10,000 Square Feet of Office Space, and Six Retail/Commercial Buildings Totaling 34,000 Square Feet, on Real Property Located within the Boundaries of the Sun Lakes Village North Specific Plan Amendment No. 5 (APN: 419-140-057); And (3) Adopting an | 2 | AR019773 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | Addendum Under the California Environmental Quality Act (CEQA) and Making Findings in Support thereof, including Finding of Consistency with the Certified Environmental Impact Report Prepared for Amendment No. 5 to the Sun Lakes Village North Specific Plan (SCH # 2020029074) | | |
| 163. | February 17, 2022 | *See* Tab 162 (Resolution 2022-14) above. | 2 | AR019820 |
| 164. | February 17, 2022 | Transcript of City Council Special Meeting | 2 | AR019867 |
| 165. | February 14, 2022 - February 18, 2022 | Bulk Emails from L. Sampson to C. Patton Re special CC meeting on appeal | 2 | AR020161 |
| 166. | November 21, 2021 – January 24, 2022 | Bulk Emails regarding miscellaneous | 2 | AR020613 |
| 167. | May 15, 2024 | Email from J. Everett to J. Zemon Re Radius Labels | 2 | AR020619 |
| 168. | May 15, 2024 | Email from J. Zemon to J. Everett Re Radius Labels | 2 | AR020621 |
| 169. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020625 |
| 170. | May 15, 2024 | Email from S. Calderon to J. Zemon Re Radius Labels | 2 | AR020629 |
| 171. | May 15, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020633 |
| 172. | May 15, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020637 |
| 173. | May 17, 2024 | Email from G. Kingdon to S. Calderon Re Radius Labels | 2 | AR020641 |
| 174. | May 17, 2024 | Email from S. Calderon to G. Kingdon Re Radius Labels | 2 | AR020646 |
| 175. | May 20, 2024 | Email from A. Rush to S. Calderon Re SmartGov | 2 | AR020651 |
| 176. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020653 |
| 177. | May 20, 2024 | Email from S. Calderon to A. Rush Re SmartGov | 2 | AR020654 |
| 178. | May 20, 2024 | Email from S. Dailey v. A. Sanchez Re Project Vote No | 2 | AR020656 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 179. | May 21, 2024 | Email from K. Bundy to City Clerk Re PAG and inadequate notice of hearing | 2 | AR020657 |
| 180. | May 21, 2024 | Email From A. Rush to J. Zemon Re inadequate notice of hearing | 2 | AR020660 |
| 181. | May 22, 2024 | Email from S. Calderon to K. Bundy Re inadequate notice of hearing | 2 | AR020664 |
| 182. | May 22, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020665 |
| 183. | May 22, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020666 |
| 184. | May 30, 2024 | Email from S. Calderon to A. Rush Re June 11 CC Meeting | 2 | AR020668 |
| 185. | May 30, 2024 | Email from A. Rush to S. Calderon Re June 11 CC Meeting | 2 | AR020669 |
| 186. | June 3, 2024 | Email from S. Calderon to J. Zemon Re Banning Point Project and June 11 | 2 | AR020670 |
| 187. | June 3, 2024 | Email from S. Calderon to Public Works Group Re June 11 CC Meeting | 2 | AR020674 |
| 188. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020678 |
| 189. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020680 |
| 190. | June 4, 2024 | Email from K. Bundy to C. Patton Re Inadequate notice of hearing | 2 | AR020682 |
| 191. | June 4, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 2 | AR020684 |
| 192. | June 4, 2024 | Email from R. Reddig to City Clerk Re Banning Point objection | 2 | AR020686 |
| 193. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from F. Matzen | 2 | AR020687 |
| 194. | June 5, 2024 | Email from S. Dills to S. Calderon Re Banning Point approval | 2 | AR020688 |
| 195. | June 5, 2024 | Email from J. Zemon to E. Papp Re June 11 Hearing to touch base | 2 | AR020689 |
| 196. | June 4, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 2 | AR020690 |
| 197. | June 5, 2024 | Email from E. Papp to J. Zemon Re June 11 Hearing to touch base | | AR020693 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| 198. | June 5, 2024 | Email from S. Calderon to C. Patton Re Banning Point with message Email from S. Dills | 2 | AR020694 |
| 199. | June 5, 2024 | From C. Patton to S. Dills Re Banning Point comments | 2 | AR020695 |
| 200. | June 5, 2024 | From C. Patton to R. Reddig Re Banning Point comments | 2 | AR020696 |
| 201. | June 5, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020697 |
| 202. | June 5, 2024 | Email from P. Jackson to S. Calderon Re objections to Banning Point | 3 | AR020700 |
| 203. | June 5, 2024 | Email from C. Patton to F. Matzen Re Banning Point comments | 3 | AR020701 |
| 204. | June 6, 2024 | Email from C. Patton to K. Bundy Re inadequate notice of hearing | 3 | AR020702 |
| 205. | June 6, 2024 | Email from C. Patton to K. Bundy Re Inadequate notice of hearing | 3 | AR020705 |
| 206. | June 6, 2024 | Email from D. Ferreira to City Clerk Re Banning Point opposition | 3 | AR020708 |
| 207. | June 6, 2024 | Email from S. Calderon to E. Papp Re Affidavit of Mailing | 3 | AR020709 |
| 208. | June 6, 2024 | Email from D. Ferreira to C. Wallace Re Banning Point opposition | 3 | AR020736 |
| 209. | June 6, 2024 | Email from D. Ferreira to D. Happe Re Banning Point opposition | 3 | AR020737 |
| 210. | June 6, 2024 | Email from C. Patton to D. Ferreira Re Banning Point comments | 3 | AR020738 |
| 211. | June 6, 2024 | Email from D. Ferreira to A. Sanchez Re Banning Point opposition | 3 | AR020739 |
| 212. | June 7, 2024 | Email from K. Bundy to C. Patton Re inadequate notice of hearing | 3 | AR020740 |
| 213. | June 10, 2024 | Email from B. Ruano to City Clerk Re Banning Point vote | 3 | AR020744 |
| 214. | June 10, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote | 3 | AR020745 |
| 215. | June 10, 2024 | Email from L. Sampson to B. Ruano Re Banning Point vote | 3 | AR020746 |
| 216. | June 10, 2024 | Email from B. Ruano to R. Minjares Re Attachment with vote no | 3 | AR020747 |
| 217. | June 10, 2024 | Email from L. Sampson to C. Patton Re Banning Point Warehouse Project | 3 | AR020749 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 218. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020751 |
| 219. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR020753 |
| 220. | June 10, 2024 | Email from J. Condas to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020755 |
| 221. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC consent item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020758 |
| 222. | June 10, 2024 | Email from E. Papp to J. Zemon Re CC Consent Item 6.10 and Public Hearing Item 7.1` | 3 | AR020761 |
| 223. | June 10, 2024 | Email from J. Zemon to E. Papp Re CC Consent Item 6.10 and Public Hrg Item 7.1 for June 11 Meeting | 3 | AR020764 |
| 224. | June 10, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR020767 |
| 225. | June 10, 2024 | Email from K. Bundy to C. Patton Re rescheduling hearing | 3 | AR020768 |
| 226. | June 11, 2024 | Email from T. Leamy to C. Wallace Re vote | 3 | AR020769 |
| 227. | June 11, 2024 | City Council Regular Meeting Agenda (ITEM 9.1 REMOVED AND NOT HEARD) | 3 | AR020770 |
| 228. | June 11, 2024 | Minutes of City Council Regular Meeting (SHOWS 9.1 REMOVED FROM AGENDA AND NOT HEARD) | 3 | AR020775 |
| 229. | June 11, 2024 | Staff Report for City Council Regular Meeting on June 11, 2024 with attachments: NOT HEARD 1. Resolution 2024-88, Banning Point.docx 2. Exhibit A - Conditions of Approval.docx 3. PAAG Appeal Letter.pdf 4. December 1 2021 Regular Planning Commission Meeting.pdf 5. TPM 38164.pdf 6. DR 21-7008 Plans.pdf | 3 | AR020803 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| | | 7. Addendum Consistency Checklist.pdf 8. Approved PC Minutes October 19, 2021.pdf 9. December 1, 2021 PC Meeting Minutes.pdf 10. PC Resolution 2021-16.pdf 11. February 17, 2022 Special CC Meeting Minutes.pdf 12. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf 13. Public Comment Correspondence.pdf 14. 10.19.2021 PC PHN.pdf 15. 12.01.2021 PC PHN.pdf 16. Public Hearing Notice - 06/11/2024 | | |
| 230. | June 24, 2024 | Email From P. Gosney to J. Condas Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022716 |
| 231. | June 25, 2024 | Email from S. Calderon to E. Papp Re Affidavits of Mailing and Posting Notice of Hearing | 3 | AR022719 |
| 232. | June 30, 2024 | Email from T. Leamy to C. Wallace Re Banning Point vote NO | 3 | AR022746 |
| 233. | July 1, 2024 | Email From P. Gosney to J. Condas and E. Papp Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022747 |
| 234. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting | 3 | AR022750 |
| 235. | July 1, 2024 | Email from C. Patton to P. Gosney Re CC Consent Item 6.10 and Pub Hrg Item 7.1 for June 11 Meeting (Second Email) | 3 | AR022753 |
| 236. | July 5, 2024 | Email from P. Jackson to City Clerk Re  objection to Banning Point project | 3 | AR022757 |
| 237. | July 6, 2002 | Email from T. Leamy to C. Wallace Re vote | 3 | AR022759 |
| 238. | July 6, 2024 | Email from G. Johnson to A. Sanchez Re traffic congestion | 3 | AR022760 |

# CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 239. | July 8, 2024 | Email from B. Ruano to City Clerk Re vote | 3 | AR022761 |
| 240. | July 8, 2024 | Email from K. and R. Nemire to A. Sanchez Re Letter regarding opposition | 3 | AR022762 |
| 241. | July 8, 2024 | Email from J. Sherman to A. Rush Re opposition | 3 | AR022764 |
| 242. | July 8, 2024 | Email from D. Ferreira to City Clerk Re opposition | 3 | AR022765 |
| 243. | July 8, 2024 | Email from D. Ferreira to City Council and Mayor Re opposition | 3 | AR022766 |
| 244. | July 8, 2024 | Email from D. Ferreira to Councilwoman C. Wallace Re opposition | 3 | AR022767 |
| 245. | July 8, 2024 | Email from D. Ferreira to D. Happe Re opposition | 3 | AR022768 |
| 246. | July 8, 2024 | Email from D. Ferreira to A. Sanchez Re opposition | 3 | AR022769 |
| 247. | July 8, 2024 | Email from D. Ferreira to D. Schulze Re opposition | 3 | AR022770 |
| 248. | July 8, 2024 | Email from K. Dale to C. Patton Re comments | 3 | AR022771 |
| 249. | July 8, 2024 | Email from C. Medley to S. Calderon Re vote | 3 | AR022778 |
| 250. | July 8, 2024 | Email from D. Shulze to C. Patton Re opposition | 3 | AR022779 |
| 251. | July 8, 2024 | Email from H. Tabachnik to C. Patton Re opposition | 3 | AR022780 |
| 252. | July 8, 2024 | Email from M. Johnson to D. Schulze Re opposition | 3 | AR022781 |
| 253. | July 8, 2024 | Email from M. Johnson to A. Sanchez Re opposition | 3 | AR022782 |
| 254. | July 8, 2024 | Email from M. Johnson to R. Minjares Re opposition | 3 | AR022783 |
| 255. | July 8, 2024 | Email from R. Robbins to C. Patton Re 7-9-24 Presentation | 3 | AR022784 |
| 256. | July 8, 2024 | Email from M. Johnson to D. Happe Re opposition | 3 | AR022798 |
| 257. | July 8, 2024 | Email from D. Schulze to C. Patton Re opposition | 3 | AR022799 |
| 258. | July 8, 2024 | Email from C. Patton to R. Robbins Re PAG documents | 3 | AR022800 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 259. | July 8, 2024 | Email from R. Robbins to C. Patton Re PAG documents | 3 | AR022801 |
| 260. | July 8, 2024 | Email from M. Johnson to C. Wallace Re opposition | 3 | AR022802 |
| 261. | July 8, 2024 | Email from C. Pierro to A. Sanchez Re traffic and health reasons | 3 | AR022803 |
| 262. | July 9, 2024 | Email from K. Bundy to City Council Re PAG Comments | 3 | AR022804 |
| 263. | July 9, 2024 | Email from K. Dale to City Clerk Re 7-9-24 CC Meeting and the project | 3 | AR022813 |
| 264. | July 9, 2024 | Email from S. Calderon to E. Papp Re 7-9-24 CC Meeting Agenda | 3 | AR022816 |
| 265. | July 9, 2024 | Email from C. Patton to K. Bundy Re 7-9-24 CC Agenda | 3 | AR022825 |
| 266. | July 9, 2024 | Email from S. Flynn to C. Patton Re 7-9-24 CC Agenda | 3 | AR022826 |
| 267. | July 9, 2024 | Email from R. Minjares to R. Minjares Re 7-9-24 CC Public Hearing | 3 | AR022827 |
| 268. | July 9, 2024 | Email from C. Wallace to R. Boyle Re S. Flynn attending PAG meeting and participating | 3 | AR022830 |
| 269. | July 9, 2024 | City Council Regular Meeting Agenda | 3 | AR022831 |
| 270. | July 9, 2024 | Minutes of City Council Regular Meeting | 3 | AR022836 |
| 271. | July 9, 2024 | Notice of Public Hearing | 3 | AR022990 |
| 272. | July 9, 2024 | Proof of Publication | 3 | AR022992 |
| 273. | July 9, 2024 | Staff Report for City Council Regular Meeting on July 9, 2024 with attachments:<br><br>1. Resolution 2024-114, DR 21-7008 Consideration.docx<br>2. Exhibit A - COAs.docx<br>3. PAAG Appeal Letter.pdf<br>4. December 1 2021 Regular Planning Commission Meeting.pdf<br>5. TPM 38164.pdf<br>6. DR 21-7008 Plans.pdf<br>7. Addendum Consistency Checklist.pdf | 3 | AR022993 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
|  |  | 8. Approved PC Minutes October 19, 2021.pdf<br>9. December 1, 2021 PC Meeting Minutes.pdf<br>10. PC Resolution 2021-16.pdf<br>11. Resolution No. 2022-014.pdf<br>12. February 17, 2022 Special CC Meeting Minutes.pdf<br>13. 240409 Judgment Grant Peremptory Writ of Mandate SLH.pdf<br>14. March 15, 2024 Ruling.pdf<br>15. Public Comment Correspondence.pdf<br>16. 10.19.2021 PC PHN.pdf<br>17. 12.01.2021 PC PHN.pdf<br>18. Public Hearing Notice - 06/11/2024<br>19. PHN_Banning Point_7.9.2024.pdf<br>20. 2024 06 28_PHN - Proof of Publication<br>21. Banning - Affidavits of Mailing and Posting of Notice of Public Hearing.pdf |  |  |
| 274. | July 9, 2024 | Resolution 2024-113 | 3 | AR025680 |
| 275. | July 9, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 7.1 | 3 | AR025683 |
| 276. | July 10, 2024 | Email from J. Sherman to K. Gutierrez Re project opposition | 3 | AR025929 |
| 277. | July 10, 2024 | Email from K. Gutierrez to E. Papp Re opposition | 3 | AR025930 |
| 278. | July 11, 2024 | Email from D. Nethercott to C. Wallace Re 7-9-24 CC Meeting | 3 | AR025931 |
| 279. | July 11, 2024 | Email from D. Nethercott to A. Sanchez Re 7-9-24 CC Meeting | 3 | AR025932 |
| 280. | July 11, 2024 | Email from D. Nethercott to S. Flynn thanking her for hard work | 3 | AR025933 |
| 281. | July 11, 2024 | Email from K. Dale to E Papp re Banning Point - Legible Parcel Map | 3 | AR025934 |
| 282. | July 25, 2024 | Letter from Project Applicant to CC Re Banning Point Project | 3 | AR025936 |
| 283. | July 25, 2024 | Email from K. Preston to CC Re Banning Point Project | 3 | AR025951 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 284. | July 25, 2024 | Email from C. Patton to K. Preston Re Banning Point Project | 3 | AR025967 |
| 285. | July 25, 2024 | Email from K. Preston to C. Patton Re Banning Point Project | 3 | AR025968 |
| 286. | August 9, 2024 | Email from K. Bundy to C. Patton re Banning Point Project - City Council hearing | 3 | AR025970 |
| 287. | August 9, 2024 | Email from C. Patton to K. Bundy re Banning Point Project - City Council hearing | 3 | AR025971 |
| 288. | August 9, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025972 |
| 289. | August 10, 2024 | Email from V. De Bry to D. Happe Re Banning Point | 3 | AR025974 |
| 290. | August 10, 2024 | Email from V. De Bry to R. Minjares Re Banning Point | 3 | AR025975 |
| 291. | August 13, 2024 | Email from C. Patton to K. Bundy Re Banning Point Project - City Council hearing | 3 | AR025976 |
| 292. | August 13, 2024 | Email from K. Bundy to C. Patton Re Banning Point Project - City Council hearing | 3 | AR025978 |
| 293. | August 13, 2024 | Email from J. Hannahs to S. Flynn Re Banning Point | 3 | AR025980 |
| 294. | August 13, 2024 | Email from J. Hannahs to C. Wallace Re Banning Point Warehouse | 3 | AR025981 |
| 295. | August 13, 2024 | Email from J. Hannahs to A. Sanchez Re Banning Point Warehouse | 3 | AR025982 |
| 296. | August 14, 2024 | Email from City Manager by L. Sampson to D. Schulze Re Sun Lakes Village | 3 | AR025983 |
| 297. | August 14, 2024 | Email from E. Papp to P. Gosney Re Banning Point Project - City Council Agenda Planning | 3 | AR025984 |
| 298. | August 14, 2024 | Email from P. Gosney to E. Papp Re Banning Point Project - City Council Agenda Planning | 3 | AR025985 |
| 299. | August 19, 2024 | Email from E. Papp to M. Valenzuela Re TPM for Banning Point | 3 | AR025986 |
| 300. | August 22, 2024 | Email from G. Johnson to A. Sanchez Re Banning Point Warehouse project | 3 | AR025988 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 301. | August 23, 2024 | Email from G. Phelps to D. Schulze Re Speaking at the Aug CC mtg re Banning Point Whse | 4 | AR025989 |
| 302. | August 23, 2024 | Email from C. Patton to G. Phelps Re Speaking at the Aug CC mtg re Banning Point Warehouse | 4 | AR025991 |
| 303. | August 26, 2024 | Email from G. Phelps to C. Patton Re Speaking at the Aug CC Mtg re Banning Point Warehouse | 4 | AR025993 |
| 304. | August 27, 2024 | Agenda and Staff Report for 8-27-2024 Meeting with Approval of 7-09-2024 Meeting Minutes | 4 | AR025996 |
| 305. | August 29, 2024 | 8-29-2024 Letter from Shute, Mihaly & Weinberger LLP, PAG Counsel to City Council | 4 | AR027505 |
| 306. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project | 4 | AR027526 |
| 307. | August 29, 2024 | Email from K. Bundy to CC Re Correspondence re Banning Point Project (Second Email) | 4 | AR027548 |
| 308. | August 30, 2024 | Email from S. Flynn to K. Dale Re Correspondence re Banning Point Project | 4 | AR027570 |
| 309. | September 4, 2024 | Email from C. Patton to CC Re Communication re Banning Point Project | 4 | AR027571 |
| 310. | September 4, 2024 | Email from Sun Lakes Highland to CC Members Re Banning Point Project (Memo) | 4 | AR027572 |
| 311. | September 4, 2024 | Email from C. Patton to A. Gomez re Banning Point Memo to Banning CC | 4 | AR027587 |
| 312. | September 4, 2024 | Email from A. Gomez to D. Schulze Re Banning Point Memo to Banning CC | 4 | AR027588 |
| 313. | September 24, 2024 | Email from Doug Schulze to A. Gomez Re Banning Point Memo to Banning CC | 4 | AR027604 |
| 314. | September 4, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027605 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 315. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027627 |
| 316. | September 5, 2024 | Email from E. Papp to J. Zemon Re Correspondence re Banning Point Project | 4 | AR027629 |
| 317. | September 5, 2024 | Email from J. Zemon to E. Papp Re Correspondence re Banning Point Project | 4 | AR027631 |
| 318. | September 5, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Point) | 4 | AR027634 |
| 319. | September 5, 2024 | Email from N. Criste to E. Papp Re Agenda Packet and Resolutions | 4 | AR027635 |
| 320. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027636 |
| 321. | September 6, 2024 | Email from E. Papp to N. Criste Re Agenda Packet for Council - Sun Lakes Village | 4 | AR027637 |
| 322. | September 9, 2024 | Email from G. Phelps to D. Schulze Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR02739 |
| 323. | September 9, 2024 | Email from J. Hannahs to J. Hannahs Re Banning Point | 4 | AR027642 |
| 324. | September 9, 2024 | Email from N. Campos to City Clerks Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027643 |
| 325. | September 9, 2024 | Email from K. Bundy to CC Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027651 |
| 326. | September 9, 2024 | Email from C. Patton to K. Bundy Re 9-10-24 Agenda Item 8.2 - Banning Point project | 4 | AR027661 |
| 327. | September 9, 2024 | Email from C. Patton to N. Campos Re Banning Point Project, City Council Agenda Item 8.2 | 4 | AR027662 |
| 328. | September 9, 2024 | Email from E. Papp to J. Zemon Re 9-10-24 Agenda Item 8.2, Banning Point project | 4 | AR027663 |
| 329. | September 10, 2024 | Email from J. Zemon to E. Papp re Banning Point - Applicant Presentation | 4 | AR027673 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|---|---|---|---|---|
| 330. | September 10, 2024 | Email from E. Papp to J. Zemon Re Banning Point - Applicant Presentation | 4 | AR027697 |
| 331. | September 10, 2024 | Email from E. Papp to S. Calderon Re PowerPoint Presentation for Print - Banning Point | 4 | AR027699 |
| 332. | September 10, 2024 | Email from P. Gosney to E. Papp Re Banning Point - Applicant Presentation | 4 | AR027713 |
| 333. | September 10, 2024 | Email from C. Patton to G. Phelps Re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027740 |
| 334. | September 10, 2024 | Email from D. Ferreira to C. Wallace re Banning Point Project | 4 | AR027741 |
| 335. | September 10, 2024 | Email from G. Phelps to C. Patton re Speaking on Banning Point Whse - Agenda 8.2 | 4 | AR027742 |
| 336. | September 10, 2024 | Email from C. Patton to K. Bundy re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027743 |
| 337. | September 10, 2024 | Email from K. Bundy to C. Patton Re 9-10-24 Banning CC Mtg, Agenda Item 8.2 (Banning Pt) | 4 | AR027745 |
| 338. | September 10, 2024 | Email from E. Papp to C. Patton re Banning Point - Application Presentation | 4 | AR027747 |
| 339. | September 10, 2024 | Email from C. Patton to E. Papp Re Application presentation | 4 | AR027774 |
| 340. | September 10, 2024 | Email from E. Papp to P. Gosney Re Application presentation | 4 | AR027777 |
| 341. | September 10, 2024 | Email from P. Gosney to E. Papp Re Application presentation | 4 | AR027779 |
| 342. | September 10, 2024 | Email from K. Bundy to City Council Re CC 9-10-2024 Agenda | 4 | AR027782 |
| 343. | September 10, 2024 | Email from E. Papp to J. Zemon Re Pass Action Group Letter to City Council 8-29-24 | 4 | AR027805 |
| 344. | September 10, 2024 | City Council Regular Meeting Agenda | 4 | AR027828 |
| 345. | September 10, 2024 | City Council Resolution No. 2024-151 A Resolution Of The City Council Of The City Of Banning, California, (1) Disapproving | 4 | AR027833 |

**CHRONOLOGICAL**
**INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS**

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | Tentative Parcel Map No. 38164, A Proposed Subdivision Of Approximately 47 Gross Acres Of Vacant Land Into Three Parcels; (2) Denying Design Review No. 21-7008 A Proposed Construction Of A 619,959 Square Foot Industrial Warehouse Building, Including 10,000 Square Feet Of Office Space And A Combined 34,000 Square Feet Of Retail/ Commercial Buildings, On Real Property Located Within The Boundaries Of The Sun Lakes Village North Specific Plan Area (APN: 419-140-057), (3) Making A Determination Of Exemption Under Section 15720(A) Of The California Environmental Quality Act (CEQA) Guidelines | | |
| 346. | September 10, 2024 | Minutes of City Council Regular Meeting | 4 | AR027843 |
| 347. | September 10, 2024 | Staff Report for City Council Regular Meeting on September 10, 2024 with attachments:<br><br>1. TPM No. 38164.pdf<br>2. DR_21-7008_Plans.pdf<br>3. July 9, 2024 CC SR w_attachments.pdf<br>4. 2024-03-15_Order_re_Writ_of_Mandate.pdf<br>5. July 25, 2024 Letter from Project Applicant<br>6. August 29, 2024 Letter from Appellant<br>7. September 4, 2024 Memorandum from Project Applicant<br>8. Resolution 2024-149, Banning Point.docx<br>9. Exhibit A to Reso 2024-149 - COA.docx<br>10. Resolution 2024-150, Banning Point Approval of TPM and Denial of DR | 4 | AR027998 |

## CHRONOLOGICAL
## INDEX OF ADMINISTRATIVE RECORD OF PROCEEDINGS

| TAB | DATE | DOCUMENT TITLE | VOL | BATES NUMBER |
|-----|------|----------------|-----|--------------|
| | | 11. Exhibit A to Reso 2024-150 - COA<br>12. Resolution 2024-151, Banning Pointe Denial of TPM and DR<br>13. 2024 07 09_Minutes_Regular Meeting.pdf<br>14. Addendum_Consistency_Checklist.pdf | | |
| 348. | September 10, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 8.2 | 4 | AR029639 |
| 349. | September 25, 2024 | Letter from SLH to City Council | 4 | AR029770 |
| 350. | October 8, 2024 | City Council Regular Meeting Agenda | 4 | AR029803 |
| 351. | October 8, 2024 | Minutes of City Council Regular Meeting | 4 | AR029807 |
| 352. | October 8, 2024 | Staff Report for City Council Regular Meeting on October 8, 2024 with attachments:<br><br>1.CC Resolution No. 2024-151.pdf<br>2. 2024-09-25 SLH Reconsideration Request.pdf<br>3. BMC 17.68.140___Reconsideration..docx<br>4. CC Manual of Procedural Guidelines_Resolution 2023-34 - Copy.pdf | 4 | AR029848 |
| 353. | October 8, 2024 | Transcript of Video of City Council Meeting Agenda Item No. 9.1 | 4 | AR030661 |



# MEMORANDUM

**TO:**    Harvey Marcell, Marcell & Associates
        Kevin Sin, City of Banning

**FROM:**    Dale Roberson, *Engineering Resources of Southern California, Inc.*

**DATE:**    September 10, 2021

**SUBJECT:**    **18014001 – 165 – Sun Lakes Blvd. – Conceptual Grading, Utilities & Storm Drain Plan – PC2 – MEMO**
           **ERSC Job No. 18014001/165**

We have completed the review of the precise grading plan for the above referenced project and the following comments are the result of our review.

**<u>General</u>**
1. Use Current City Sheet Format & Title Block.
2. Added Sheets 4 & 5, SD Profiles, not previously submitted.

**<u>Sheet 1 – Conceptual Grading Plan</u>**
1. Reference General Comments.
2. Add Brg. / Distances to SW corner & NE corner areas as noted.
3. Clarify difference between "X%" swale calls & "R=X%" calls.
4. Clarify limits of Brg / Distance calls along Easterly boundary as noted.

**<u>Sheet 2 – Conceptual Utility Plan</u>**
1. Reference General Comments.
2. One remaining Sewer crossing SD line circled along East side.
3. Text cut-off by viewport as noted along East edge of site.

**<u>Sheet 3</u>**
1. Reference General Comments.
2. Add missing Lateral labels as noted.

AR   012557



T:\Projects\18014001 - City of Banning - Plan Check\Plan Check\165 - Sun Lakes Blvd & Sun Lakes Village\1.0 PLAN CHECKS\CONCEPTUAL GRADING PLAN\TRANSMITTALS\OUTGOING\PC2 9.14.21\18014001 - 165 - Sun Lakes - Concep. Grading, Util. & SD - PC2 - MEMO.docx



**Sheet 4**
1. Reference General Comments.
2. Clarify Gaps & Overlaps, Screened & Un-screened portions on Manholes as noted.
3. Add missing Lateral Profiles as noted on Sht. 3 as space permits.

**Sheet 5**
1. Reference General Comments.
2. Clarify Gaps & Overlaps, Screened & Un-screened portions on Manholes as noted.
3. Add missing Lateral Profiles as noted on Sht. 3 as space permits.

Contact me at droberson@erscinc.com for any questions.

These comments are the result of the review of a document that lacks appropriate data and/or is considered incomplete. The response to these comments may result in additional comments. Lack of response to any these comments will result in delayed approval of the document.

AR  012558



T:\Projects\18014001 - City of Banning - Plan Check\Plan Check\165 - Sun Lakes Blvd & Sun Lakes Village\1.0 PLAN CHECKS\CONCEPTUAL GRADING PLAN\TRANSMITTALS\OUTGOING\PC2 9.14.21\18014001 - 165 - Sun Lakes - Concep. Grading, Util. & SD - PC2 - MEMO.docx

AR011077



REDLANDS | TEMECULA | PALM DESERT

# MEMORANDUM

**TO:**      Brian Thienes, ***Thienes Engineering, Inc***.
                 Kevin Sin, ***City of Banning***

**FROM:**    Jorge Biagioni, ***Engineering Resources of Southern California, Inc.***

**DATE:**     September 10, 2021

**SUBJECT:**  **18014001 – 165 – TPM 21-4001 – TENTATIVE PARCEL MAP No. 38164 PC2 MEMO**

We have completed the review for the above-referenced project and the following comments are the result of our review.

<u>**General**</u>

1. Please provide the following documents:
    a. Updated copy of Preliminary Title Report (no older than 90 days)

2. Map seems too crowded, needs a larger scale, or more sheets, to show more detail.
3. Map still lacks horizontal control. There are no dimensions for drive aisles dimensions, parking stalls, planters, etc.

Contact me at jbiagioni@erscinc.com or (909) 890-1255 for any questions.

AR012559

AR011078



REDLANDS | TEMECULA | PALM DESERT

## MEMORANDUM

**TO:**     Reinhard Stenzel, P.E., Thienes Engineering, Inc.
            Kevin Sin, City of Banning

**FROM:**   Moe Ahmadi, *Engineering Resources of Southern California, Inc.*

**DATE:**   September 13, 2021

**SUBJECT:** **18014001 – 165 – Banning 47 – Sun Lakes Village – Preliminary Hydrology Report - PC2 MEMO**

We have completed the review for the above-referenced project and the following comments are the result of our review.

1. Call out Line A and Line B on the hydrology map.
2. T Use NOAA Atlas 14 for the rainfall intensities and revise calculations accordingly. (2nd request)
3. Call out Q100 on the hydrology map as redlined.
4. Provide stationing on the map for the storm drains consistent with the WSPG hydraulic models.
5. Avoid overlapping of texts on the hydrology map.
6. Call out pad elevation on the hydrology map.
7. Call out ponding elevations during the 100-year storm event on the map as redlined.
8. Address all redlined comments on the map and the report.

Contact me at mahmadi@erscinc.com or (909) 890-1255 for any questions.

| From: | Alex Steele |
| --- | --- |
| Sent: | Monday, September 13, 2021 12:57 PM PDT |
| To: | Lisa Edwards |
| CC: | Pam Steele |
| Subject: | Re: DR 21-7008 - Dept. Comments |

Lisa,

Yes, the shared drive on the east side will be the main access for Parcel 3. Development of Parcel 3 will not be associated with the current application, so no Phase III. There is no timeline at this point for when that development will occur as far as we know.

Your breakdown of the access points is correct. Sorry if there was conflicting information in the Project Description. We see different versions of these plans and try to keep the narrative current, but sometimes miss some things.

Thank you,
**Alex Steele**
*Senior Associate Planner*



M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Fri, Sep 10, 2021 at 2:13 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Hi Alex/Pam,
We are still waiting for clearances on the studies from the various divisions. Please touch base with me again early next week. Thanks so much for your patience. I have completed Planning review of your resubmittal and have the following questions:

1. Is the driveway on the east side going to be the main access drive for Parcel 3? And will Parcel 3 be part of a Phase III project in the near or distant future?

2. The Project Description appears to slightly differ from the site plan. Can you please verify if correct:

Access points off Sun Lakes Blvd: 40' wide driveway (at cul-de-sac) & 46' driveway (divided by 6' median) & 40' wide shared driveway

Access points for retail: West side - 24' wide driveway off Sun Lakes Village Dr & East side – Two (2) 26' wide driveways off shared driveway

AR 014516

COB_0606

AR011080

Access points for warehouse:  West side- 29'-10" wide driveway off Sun Lakes Village Dr & East side- Three (3) driveways 24' wide, 29' wide, 40' wide off shared driveway

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 1, 2021 10:40 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** DR 21-7008 - Dept. Comments

Lisa,

Good morning. Just wanted to check in with you to see when we should expect to see comments for the Banning Point project that was resubmitted on 8/10. We have a call with the team coming up so I'd like to give them an estimate so we can be sure to jump on the revisions as quickly as possible.

Thank you,

**Alex Steele**
*Senior Associate Planner*



1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

| | |
|---|---|
| **From:** | Luis Cardenas |
| **Sent:** | Monday, September 13, 2021 4:04 PM PDT |
| **To:** | Sandra Calderon |
| **Subject:** | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| **Attachments:** | image001.jpg |

Hi Sandra,

The link expired.  Can you send me another link to the documents?



Luis Cardenas
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3143
lcardenas@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

**Privacy**

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line*: 951-922-3190
*Direct Fax*: 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

AR 014519

COB_1292
**AR011083**

| From: | Pam Steele |
|---|---|
| Sent: | Tuesday, September 14, 2021 4:28 PM PDT |
| To: | Lisa Edwards |
| CC: | Adam Rush; Alex Steele |
| Subject: | Re: Banning Point - CEQA review |

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--

**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360. *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**

AR 014520

COB_0608

**AR011084**



*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014521

COB_0609

**AR011085**

| | |
|---|---|
| **From:** | Jim Steffens |
| **Sent:** | Tuesday, September 14, 2021 11:15 AM PDT |
| **To:** | David Roblee |
| **CC:** | Juanita Munoz |
| **Subject:** | Spreadsheet |
| **Attachments:** | P.V. Systems Info WITH ALL NET BILLING CUSTOMERS REMOVED UPDATED 8-9-21 (Save Under 4-28).xls, image001.jpg |

Is this the one she is looking for?

Jim Steffens
*Power Resources Manager*
*Electric Utility*
**City of Banning**
*Direct Line:* 951-922-3266
*Cell #:* ▮▮Privacy▮▮
jsteffens@banningca.gov
176 E. Lincoln Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

AR 014522

COB_1951
**AR011086**

| From: | Adam Rush |
| Sent: | Wednesday, September 15, 2021 10:36 AM PDT |
| To: | Lisa Edwards |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |

We do but it's on a case-by-case basis. LMK if you need assistance.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell: (760) 219-2791**
**Email: arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:35 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

It's going slowly but surely.
Do we have any CEQA peer review resources or should this all be in-house?
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:33 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Are you planning to review the CEQA document? If not, please do.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**

**Cell:** (760) 219-2791
**Email:** arush@banningca.gov
www.banningca.gov

On Sep 15, 2021, at 10:28 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

I haven't been able to get all dept clearance as of yet...so probably November.
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely,

Adam B. Rush, M.A., AICP
*Community Development Director*
*Community Development Department*

City of Banning
*Direct Line:* 951-922-3131
*Cell Line:* 760-219-2791
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov


<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano

<dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:
https://migcom.egnyte.com/fl/F4dOjX678V
Password:GoQJ2knm6Hcq

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line*: 951-922-3190
*Direct Fax*: 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**AR 014525**

**COB_0065**
**AR011089**



| | |
|---|---|
| **From:** | Pam Steele |
| **Sent:** | Wednesday, September 15, 2021 10:24 AM PDT |
| **To:** | Lisa Edwards |
| **CC:** | Adam Rush; Alex Steele |
| **Subject:** | Re: Banning Point - CEQA review |

Thank you Lisa.

Any update on the CEQA docs?

Pam

On Wed, Sep 15, 2021 at 10:22 AM Lisa Edwards <ledwards@banningca.gov> wrote:
Attached please find Engineering's comments regarding WQMP. This is 3 of 3.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for
Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my
cell phone* Privacy *to reach me. Thanks!*

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*



--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone ( Privacy        to reach me.  Thanks!*

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone Privacy       to reach me.  Thanks!*

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014527

COB_0611

**AR011091**

| From: | Lisa Edwards |
| Sent: | Wednesday, September 15, 2021 10:48 AM PDT |
| To: | Pam Steele |
| CC: | Adam Rush; Alex Steele |
| Subject: | Re: Banning Point - CEQA review |

It seems Engineering is still reviewing the studies at this time.  Please feel free to check back with me Friday if you haven't heard from me!

**From:** Pam Steele <pams@migcom.com>
**Sent:** Wednesday, September 15, 2021 10:24 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Thank you Lisa.
Any update on the CEQA docs?
Pam

On Wed, Sep 15, 2021 at 10:22 AM Lisa Edwards <ledwards@banningca.gov> wrote:
Attached please find Engineering's comments regarding WQMP.  This is 3 of 3.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam
--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

AR 014528

COB_0612

**AR011092**



1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* ▓Privacy▓
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** ▓Privacy▓ ***to reach me.  Thanks!***

MIG
PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* ▓Privacy▓
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** ▓Privacy▓ ***to reach me.  Thanks!***

MIG
PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* ▓Privacy▓
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

| | |
|---|---|
| **From:** | Pam Steele |
| **Sent:** | Wednesday, September 15, 2021 11:02 AM PDT |
| **To:** | Lisa Edwards |
| **CC:** | Adam Rush; Alex Steele |
| **Subject:** | Re: Banning Point - CEQA review |

Thanks - should we be concerned? It is a fairly straightforward review.

Pam

On Wed, Sep 15, 2021 at 10:48 AM Lisa Edwards <ledwards@banningca.gov> wrote:
It seems Engineering is still reviewing the studies at this time.  Please feel free to check back with me Friday if you haven't heard from me!
**From:** Pam Steele <pams@migcom.com>
**Sent:** Wednesday, September 15, 2021 10:24 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Thank you Lisa.
Any update on the CEQA docs?
Pam

On Wed, Sep 15, 2021 at 10:22 AM Lisa Edwards <ledwards@banningca.gov> wrote:
Attached please find Engineering's comments regarding WQMP.  This is 3 of 3.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam
--
**Pam Steele**
*Principal*

AR 014530

COB_0614

AR011094



*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (Privacy___) to reach me.  Thanks!*

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
   *WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (Privacy___) to reach me.  Thanks!*

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
   *WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone Privacy___ to reach me.  Thanks!*

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
   *WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014531

COB_0615

AR011095

--

**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* [Privacy] *to reach me.  Thanks!*



1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

| From: | Lisa Edwards |
| Sent: | Wednesday, September 15, 2021 11:06 AM PDT |
| To: | Adam Rush |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |

So Engineering is asking for $2800 in plan check fees to review VMT & Traffic studies.  Do you know if Pam was made aware of these fees as of yet?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:36 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

We do but it's on a case-by-case basis. LMK if you need assistance.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office:** **(951) 922-3131**
**Fax:** **(951) 922-3128**
**Cell:** Privacy
**Email:** **arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:35 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

It's going slowly but surely.
Do we have any CEQA peer review resources or should this all be in-house?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:33 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Are you planning to review the CEQA document? If not, please do.

**Sincerely,**

Adam B. Rush, M.A., AICP

AR 014533

COB_0617

**AR011097**

Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:28 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

I haven't been able to get all dept clearance as of yet...so probably November.
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>

AR 014534

COB_0618

**AR011098**

**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin
<dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze
<dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner
<mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia
<stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller
<Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon
<jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano
<dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano
<rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the
Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Password: Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and
may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error,
please notify us immediately by telephone.  Thank you.

| From: | Lisa Edwards |
|---|---|
| Sent: | Wednesday, September 15, 2021 1:27 PM PDT |
| To: | Adam Rush |
| CC: | Sandra Calderon |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |



**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 1:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Sandra Calderon <scalderon@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

If the fee request is coming from Engineering, then we should direct the the applicant's representative to Kevin Sin and Joshua Monzon.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office:** **(951) 922-3131**
**Fax:** **(951) 922-3128**
**Cell:** Privacy
**Email:** **arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 1:00 PM, Lisa Edwards <ledwards@banningca.gov> wrote:

Oh boy.  They think that the EA fee they paid in 6/9/21 covers everything.  Please advise ☺
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 11:11 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Sandra Calderon <scalderon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Engineering typically conveys this request either directly to the preparer of the TIA **or** sends the request through Sandra Calderon. who sends the request to the applicant.

Sincerely.                                                                    |<image001.jpg>

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 11:07 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

So Engineering is asking for $2800 in plan check fees to review VMT & Traffic studies. Do you know if Pam was made aware of these fees as of yet?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:36 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

We do but it's on a case-by-case basis. LMK if you need assistance.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office:** **(951) 922-3131**
**Fax:** **(951) 922-3128**
**Cell:** Privacy
**Email:** **arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:35 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

AR 014537

COB_0621

**AR011101**

It's going slowly but surely.

Do we have any CEQA peer review resources or should this all be in-house?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:33 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Are you planning to review the CEQA document? If not, please do.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:28 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

I haven't been able to get all dept clearance as of yet...so probably November.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy

<image001.jpg>

AR 014538

COB_0622
**AR011102**

Direct Fax: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:
https://migcom.egnyte.com Privacy
Password: Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

AR 014539

COB_0623

**AR011103**

AR 014540

COB_0624

**AR011104**

| | |
|---|---|
| **From:** | Patrick Johnson |
| **Sent:** | Wednesday, September 15, 2021 3:05 PM PDT |
| **To:** | Lisa Edwards |
| **Subject:** | Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes  Village Dr./419-140-057 |

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd and will be checking emails when time permits.  If you need immediate assistance please contact Estelle Cope at (909) 838-1005  ecope@willdan.com

Thank you,
Patrick Johnson, P.E.

AR 014541

COB_0625

AR011105

| | |
|---|---|
| **From:** | Sandra Calderon |
| **Sent:** | Wednesday, September 15, 2021 5:27 PM PDT |
| **To:** | Brandon Robinson |
| **Subject:** | Sandra Calderon shared the folder "2nd Submittal 08.10.2021" with  you. |



**Sandra Calderon shared a folder with you**

DR 21-7008 2nd Submittal.

Sandra

2nd Submittal 08.10.2021

This link only works for the direct recipients of this message.

Open

Microsoft

Privacy Statement

AR 014542

COB_0626

AR011106

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Wednesday, September 15, 2021 10:35 AM PDT |
| **To:** | Adam Rush |
| **Subject:** | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |

It's going slowly but surely.

Do we have any CEQA peer review resources or should this all be in-house?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:33 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Are you planning to review the CEQA document? If not, please do.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:28 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

I haven't been able to get all dept clearance as of yet...so probably November.
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
Direct Line: 951-922-3131
Cell Line: [Privacy]
Direct Fax: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

AR 014544

COB_1294

**AR011108**

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

AR 014545

COB_1295

AR011109

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Wednesday, September 15, 2021 11:16 AM PDT |
| **To:** | Pam Steele |
| **CC:** | Alex Steele |
| **Subject:** | Re: Banning Point LGE Design Build |

Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,
Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.
Thank you!
Pam

---------- Forwarded message ---------
**From: Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>


Pam,
See attached...



**Cameron Hile**
*Senior Analyst*
*he/him/his*

M  I  G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8180 *cell:* Privacy
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram


M  I  G

AR 014546

COB_1296
**AR011110**



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, **cell: 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** [Privacy] ***to reach me.  Thanks!***

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014547

COB_1297

AR011111

| From: | Pam Steele |
| Sent: | Wednesday, September 15, 2021 1:36 PM PDT |
| To: | Lisa Edwards |
| CC: | Alex Steele; Adam Rush |
| Subject: | Re: Banning Point LGE Design Build |

Lisa,

Will they be able to review these studies quickly? We are frustrated that we were not aware of these fees earlier.

Pam

On Wed, Sep 15, 2021, 1:27 PM Lisa Edwards <ledwards@banningca.gov> wrote:
In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience.  Please reach out to the following contacts for fee info:

Kevin Sin

ksin@banningca.gov

or

Joshua Monzon

jmonzon@banningca.gov

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:
Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

AR 014548

COB_1298

**AR011112**

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,
Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.
Thank you!
Pam
---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>


Pam,
See attached...



**Cameron Hile**
*Senior Analyst*
*he/him/his*

M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8180 *cell:* Privacy
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram


M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014549

COB_1299

**AR011113**



--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* **Privacy** *to reach me.  Thanks!*

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, **cell:** Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014550

COB_1300

AR011114

| From: | Alex Steele |
| --- | --- |
| Sent: | Wednesday, September 15, 2021 2:58 PM PDT |
| To: | Lisa Edwards |
| CC: | Pam Steele; Adam Rush |
| Subject: | Re: Banning Point - CEQA review |

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,
**Alex Steele**
*Senior Associate Planner*

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

  2021-08-05-Preliminary Hydrology Report.pdf

  18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments? Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for
Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my
cell phone*** Privacy ***to reach me.  Thanks!***



M  I  G

PLANNING    |  DESIGN    |  COMMUNICATIONS    |  MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, **cell:** Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE`VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my
cell phone*** Privacy ***to reach me.  Thanks!***

M  I  G

PLANNING    |  DESIGN    |  COMMUNICATIONS    |  MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, **cell:** Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE`VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

| From: | Pam Steele |
|---|---|
| Sent: | Wednesday, September 15, 2021 6:46 PM PDT |
| To: | Adam Rush |
| CC: | Lisa Edwards; Alex Steele; Arturo Vela; Sandra Calderon |
| Subject: | Re: Banning Point LGE Design Build |
| Attachments: | image001.jpg, image001.jpg |

Thank you, Adam.

On Wed, Sep 15, 2021, 6:29 PM Adam Rush <arush@banningca.gov> wrote:

Good Afternoon Pam,

Thank you for your email and I apologize for the confusion and delay! I am not sure when the request for additional plan check fees were determined; however, I am looping in the City's Public Works Director/City Engineer Mr. Art Vela herein.

We'll obtain clarification as quickly as possible and move forward with haste.

Thank you again and please let me know if you have any questions.

Sincerely,

**Adam B. Rush, M.A., AICP**

*Community Development Director*

*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131

*Cell Line:* [Privacy]

*Direct Fax:* 951-922-3128

arush@banningca.gov

AR 014553

COB_1303

**AR011117**

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Wednesday, September 15, 2021 1:37 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point LGE Design Build


Lisa,

Will they be able to review these studies quickly? We are frustrated that we were not aware of these fees earlier.

Pam


On Wed, Sep 15, 2021, 1:27 PM Lisa Edwards <ledwards@banningca.gov> wrote:

In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience.  Please reach out to the following contacts for fee info:


Kevin Sin

ksin@banningca.gov

or

Joshua Monzon

jmonzon@banningca.gov

AR 014554

COB_1304

AR011118

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,

**Alex Steele**

*Senior Associate Planner*

M I G

PLANNING    | DESIGN    | COMMUNICATIONS    | MANAGEMENT    | SCIENCE    | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:

AR 014555

COB_1305

**AR011119**

Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.

Thank you!

Pam

---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>

Pam,

See attached...

AR 014556

COB_1306
AR011120



**Cameron Hile**

*Senior Analyst*

*he/him/his*

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* **951-787-9222** *extension:* **8180** *cell:* Privacy
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* **951-787-9222** *extension:* **8360,** *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*



--

**Pam Steele**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** [Privacy] ***to reach me.  Thanks!***

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014558

COB_1308

**AR011122**

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Wednesday, September 15, 2021 10:28 AM PDT |
| **To:** | Adam Rush |
| **Subject:** | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| **Attachments:** | image001.jpg |

I haven't been able to get all dept clearance as of yet...so probably November.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely.

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:*
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

████████████████████████

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line: 951-922-3190*
*Direct Fax: 951-922-3128*
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

| From: | Adam Rush |
|---|---|
| Sent: | Wednesday, September 15, 2021 10:33 AM PDT |
| To: | Lisa Edwards |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| Attachments: | image001.jpg |

Are you planning to review the CEQA document? If not, please do.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:28 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

I haven't been able to get all dept clearance as of yet...so probably November.
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

AR 014561

COB_1954

**AR011125**

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may
contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error,
please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis
Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor
<mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson
<pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards
<ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin
<dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze
<dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner
<mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia
<stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller
<Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon
<jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano
<dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano
<rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the
Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may
contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error,
please notify us immediately by telephone.  Thank you.

AR 014563

COB_1956

AR011127

| From: | Adam Rush |
| --- | --- |
| Sent: | Wednesday, September 15, 2021 11:11 AM PDT |
| To: | Lisa Edwards |
| CC: | Sandra Calderon |
| Subject: | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| Attachments: | image001.jpg |

Engineering typically conveys this request either directly to the preparer of the TIA **or** sends the request through Sandra Calderon, who sends the request to the applicant.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
Direct Line: 951-922-3131
Cell Line: ▮Privacy▮
Direct Fax: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 11:07 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

So Engineering is asking for $2800 in plan check fees to review VMT & Traffic studies.  Do you know if Pam was made aware of these fees as of yet?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:36 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

We do but it's on a case-by-case basis. LMK if you need assistance.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**

AR 014564

COB_1957

**AR011128**

Banning, CA, 92220
Office: (951) 922-3131
Fax: (951) 922-3128
Cell: [Privacy]
Email: arush@banningca.gov
www.banningca.gov


On Sep 15, 2021, at 10:35 AM, Lisa Edwards <ledwards@banningca.gov> wrote:


It's going slowly but surely.

Do we have any CEQA peer review resources or should this all be in-house?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:33 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Are you planning to review the CEQA document? If not, please do.

### Sincerely,

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
99 Ramsey Street
Banning, CA, 92220
Office: (951) 922-3131
Fax: (951) 922-3128
Cell: [Privacy]
Email: arush@banningca.gov
www.banningca.gov


On Sep 15, 2021, at 10:28 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

I haven't been able to get all dept clearance as of yet...so probably November.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and
may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error,
please notify us immediately by telephone.  Thank you.

AR 014567

COB_1960
AR011131

| From: | Alex Steele |
|---|---|
| Sent: | Wednesday, September 15, 2021 11:20 AM PDT |
| To: | Lisa Edwards |
| CC: | Pam Steele |
| Subject: | Re: Banning Point LGE Design Build |
| Attachments: | DR 21-7008_APN 419-140-057 payment receipt.pdf |

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,
**Alex Steele**
*Senior Associate Planner*

**M I G**

PLANNING   |   DESIGN   |   COMMUNICATIONS   |   MANAGEMENT   SCIENCE   TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:
Just curious.  At the time you submitted these studies, was a plan check fee collected from you?
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,
Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.
Thank you!
Pam
---------- Forwarded message ---------
**From: Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>

AR 014568

COB_1961

**AR011132**



Pam,
See attached...

**Cameron Hile**
*Senior Analyst*
*he/him/his*

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8180 *cell:* Privacy
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* Privacy *to reach me.  Thanks!*

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

| From: | Lisa Edwards |
|---|---|
| Sent: | Wednesday, September 15, 2021 1:00 PM PDT |
| To: | Adam Rush |
| CC: | Sandra Calderon |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| Attachments: | image001.jpg |

Oh boy.  They think that the EA fee they paid in 6/9/21 covers everything.  Please advise ☺
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 11:11 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Sandra Calderon <scalderon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Engineering typically conveys this request either directly to the preparer of the TIA **_or_**
sends the request through Sandra Calderon, who sends the request to the applicant.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 11:07 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

So Engineering is asking for $2800 in plan check fees to review VMT & Traffic studies.  Do you
know if Pam was made aware of these fees as of yet?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:36 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

We do but it's on a case-by-case basis. LMK if you need assistance.

Sincerely,

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office:** **(951) 922-3131**
**Fax:** **(951) 922-3128**
**Cell:** Privacy
**Email:** **arush@banningca.gov**
**www.banningca.gov**


On Sep 15, 2021, at 10:35 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

It's going slowly but surely.

Do we have any CEQA peer review resources or should this all be in-house?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:33 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Are you planning to review the CEQA document? If not, please do.

Sincerely,

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office:** **(951) 922-3131**
**Fax:** **(951) 922-3128**
**Cell:** Privacy
**Email:** **arush@banningca.gov**
**www.banningca.gov**


On Sep 15, 2021, at 10:28 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

I haven't been able to get all dept clearance as of yet...so probably November.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

AR 014572

COB_1965
AR011136

Click on the link below to download documents:

**Privacy**

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

| From: | Adam Rush |
|---|---|
| Sent: | Wednesday, September 15, 2021 1:04 PM PDT |
| To: | Lisa Edwards |
| Cc: | Sandra Calderon |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |
| Attachments: | image001.jpg |

If the fee request is coming from Engineering, then we should direct the the applicant's
representative to Kevin Sin and Joshua Monzon.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 1:00 PM, Lisa Edwards <ledwards@banningca.gov> wrote:

Oh boy.  They think that the EA fee they paid in 6/9/21 covers everything.  Please advise ☺
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 11:11 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Sandra Calderon <scalderon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Engineering typically conveys this request either directly to the preparer of the TIA **or**
sends the request through Sandra Calderon, who sends the request to the applicant.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy

<image001.jpg>

AR 014574

COB_1967

**AR011138**

Direct Fax: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 11:07 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

So Engineering is asking for $2800 in plan check fees to review VMT & Traffic studies. Do you know if Pam was made aware of these fees as of yet?

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:36 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

We do but it's on a case-by-case basis. LMK if you need assistance.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office:** **(951) 922-3131**
**Fax:** **(951) 922-3128**
**Cell:** Privacy
**Email:** **arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:35 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

It's going slowly but surely.

Do we have any CEQA peer review resources or should this all be in-house?

AR 014575

COB_1968
**AR011139**

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:33 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Are you planning to review the CEQA document? If not, please do.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** [Privacy]
**Email: arush@banningca.gov**
**www.banningca.gov**

On Sep 15, 2021, at 10:28 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

I haven't been able to get all dept clearance as of yet...so probably November.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:27 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Do you think we can get this on the PC Calendar for October?

Sincerely,

Adam B. Rush, M.A., AICP
Community Development Director
Community Development Department

City of Banning
Direct Line: 951-922-3131
Cell Line: [Privacy]
Direct Fax: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended

AR 014576

COB_1969

**AR011140**

recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

AR 014578

COB_1971

AR011142

| From: | Lisa Edwards |
| --- | --- |
| Sent: | Wednesday, September 15, 2021 1:27 PM PDT |
| To: | Alex Steele |
| CC: | Pam Steele |
| Subject: | Re: Banning Point LGE Design Build |

In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience.  Please reach out to the following contacts for fee info:

Kevin Sin

ksin@banningca.gov

or

Joshua Monzon

jmonzon@banningca.gov

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:*
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:
Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

AR 014579

COB_1972

**AR011143**



Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA
Consistency Determination and technical studies for your review. Please let us know if you need anything else at
this time.
Thank you!
Pam

---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>

Pam,
See attached...

**Cameron Hile**
*Senior Analyst*
*he/him/his*

M I G
PLANNING    |    DESIGN    |    COMMUNICATIONS    |    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8180 cell:
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram

M I G
PLANNING    |    DESIGN    |    COMMUNICATIONS    |    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my
cell phone (       to reach me.  Thanks!*

AR 014580

COB_1973
**AR011144**



1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* █████████
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014581

COB_1974

**AR011145**

| From: | Lisa Edwards |
|---|---|
| Sent: | Wednesday, September 15, 2021 2:37 PM PDT |
| To: | Kevin Sin; Sandra Calderon |
| CC: | Joshua Monzon |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |
| Attachments: | image001.png, image002.jpg |

Received. Thanks, Kevin!

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, September 15, 2021 2:18 PM
**To:** Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Cc:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Thanks Lisa. We will wait to hear from the applicant on the pc fee.

Here's the comments for the Preliminary Hydrology Report via the link below. This should be the last comments on the 2nd submittal.

DOWNLOAD: 18014001/165 - Sun Lakes Blvd & Sun Lakes V Privacy

Thank you and please let me know if you have any questions.



Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 2:06 PM
**To:** Kevin Sin <ksin@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Cc:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Ok. Sounds good. I have directed the applicant to coordinate with Engineering regarding fees. They are not happy about having to pay more fees, but nobody does. 

AR 014582

COB_1975
**AR011146**

They are also hopeful to get a quick turnaround as they would like to make the November Planning Commission meeting.  Thanks so much!

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:57 AM
**To:** Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Cc:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Lisa,

Yes, we can review the two traffic related memos but not the air quality memo.  If the applicant submitted these two traffic related memos and requested the City for review and approval then there's a plan check fee of $2,800 payable to the City of Banning is needed.

Thank you,

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:43 AM
**To:** Kevin Sin <ksin@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Cc:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Hi Kevin,

Is Engineering able to review the attached studies as well?

Thanks so much!

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Tuesday, September 14, 2021 4:59 PM
**To:** Sandra Calderon <scalderon@banningca.gov>

AR 014583

COB_1976
**AR011147**

**Cc:** Lisa Edwards <ledwards@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Hi Sandra,

Please find the 2nd review comments of the subject development via the link below and also attached.

DOWNLOAD: 18014001/165 - SUN LAKES BLVD & SUN LAKES VILLA Privacy

DOWNLOAD: 18014001/165 - SUN LAKES BLVD & SUN LAKES VILLAGE – TENTATIVE PA Privacy PC2

DOWNLOAD: 18014001/165 - SUN LAKES BLVD & SUN LAKES VILLAGE – Privacy
PC2

Let me know if you have any questions.

Thank you,

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 07, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte

<amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning
Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain
information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent
responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately
by telephone.  Thank you.

| From: | Lisa Edwards |
|---|---|
| Sent: | Wednesday, September 15, 2021 2:41 PM PDT |
| To: | Pam Steele |
| CC: | Adam Rush; Alex Steele |
| Subject: | Re: Banning Point - CEQA review |
| Attachments: | Overall Site Plan (with comments).pdf |

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

 2021-08-05-Preliminary Hydrology Report.pdf

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for
Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my
cell phone***  ***to reach me.  Thanks!***

MIG
PLANNING  |  DESIGN  |  COMMUNICATIONS  |  MANAGEMENT  |  SCIENCE  |  TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA

AR 014586

COB_1979

**AR011150**



office: 951-787-9222 *extension:* 8360, **cell:** Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 *extension:* 8360, **cell:** Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014587

COB_1980

AR011151

| | |
|---|---|
| **From:** | James Wurtz |
| **Sent:** | Wednesday, September 15, 2021 3:08 PM PDT |
| **To:** | Lisa Edwards |
| **Subject:** | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| **Attachments:** | image001.jpg |

None. Thanks.

James Wurtz
*Economic Development Manager*
*City Manager's Office*
**City of Banning**
*Direct Line:* 951-922-3181
*Cell Phone:* Privacy
jwurtz@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Sandra Calderon <scalderon@banningca.gov>; Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Hi All,

Just double checking to see if anyone has final comments on this 2nd submittal.  If so, please forward to me (or Sandra) asap!  Thanks a bunch!

AR 014588

COB_1981
**AR011152**

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

AR 014589

COB_1982
**AR011153**

| | |
|---|---|
| **From:** | Kevin Sin |
| **Sent:** | Wednesday, September 15, 2021 4:44 PM PDT |
| **To:** | alexs@migcom.com; Joshua Monzon |
| **CC:** | Adam Rush; Pam Steele; Lisa Edwards |
| **Subject:** | RE: Banning Point VMT & Traffic Study Review (DR 21-7008) |
| **Attachments:** | image001.png |

Alex,

Public Works/Engineering will be reviewing the two traffic related memos only.  The plan check fee is $2,800 payable to the City of Banning.  You may pay the fee at City Hall or mail the check to the address below.

       Public Works Department
       99 E. Ramsey Street
       Banning, CA  92220
       Attention: Josh Monzon

Thank you and please let me know if  you have any questions.

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 3:08 PM
**To:** Kevin Sin <ksin@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** Banning Point VMT & Traffic Study Review (DR 21-7008)

Kevin/Joshua,

Good afternoon. On August 24th, we submitted studies for review associated with our Design Review application DR 21-7008. We just became aware today that additional review fees are due in order for Engineering to review these reports. Lisa Edwards asked us to contact you in order to determine the fees due. Would you please respond with an invoice so we can get this paid as soon as possible?

AR 014590

COB_1983

AR011154

The studies that were submitted are attached just in case you need anything from them in order to determine the review fee.

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014591

COB_1984

**AR011155**

| From: | Brandon Robinson |
|---|---|
| Sent: | Wednesday, September 15, 2021 4:53 PM PDT |
| To: | Sandra Calderon |
| Subject: | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |
| Attachments: | image002.jpg, image003.jpg |

Hey Sandra,

Is there anywhere that I can access the docs for CUP 21-8016, SPR 21-7524 and DR 21-7008? All the links have expired. Thanks.



Brandon Robinson
*Electrical Engineering Supervisor*
*Electric Utility*
**City of Banning**
*Direct Line:* 951-922-3263
*Direct Fax:* 951-849-1550
brobinson@banningca.gov
PO Box 998
176 E. Lincoln Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

AR 014592

COB_1985

AR011156

Click on the link below to download documents:

**Privacy**

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

AR 014593

COB_1986

**AR011157**

| From: | Adam Rush |
|---|---|
| Sent: | Wednesday, September 15, 2021 6:29 PM PDT |
| To: | 'Pam Steele'; Lisa Edwards |
| CC: | alexs@migcom.com; Arturo Vela; Sandra Calderon |
| Subject: | RE: Banning Point LGE Design Build |
| Attachments: | image001.jpg |
| Importance: | High |

Good Afternoon Pam,

Thank you for your email and I apologize for the confusion and delay! I am not sure when the request for additional plan check fees were determined; however, I am looping in the City's Public Works Director/City Engineer Mr. Art Vela herein.

We'll obtain clarification as quickly as possible and move forward with haste.

Thank you again and please let me know if you have any questions.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Wednesday, September 15, 2021 1:37 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point LGE Design Build

Lisa,
Will they be able to review these studies quickly? We are frustrated that we were not aware of these fees earlier.
Pam

On Wed, Sep 15, 2021, 1:27 PM Lisa Edwards <ledwards@banningca.gov> wrote:

AR 014594

COB_1987

**AR011158**

In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience.  Please reach out to the following contacts for fee info:

Kevin Sin
ksin@banningca.gov
or
Joshua Monzon
jmonzon@banningca.gov

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,

**Alex Steele**
Senior Associate Planner

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8330 cell: Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:

Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM

**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.

Thank you!

Pam

---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>

Pam,

See attached...

**Cameron Hile**
*Senior Analyst*
*he/him/his*



PLANNING     DESIGN     COMMUNICATIONS        MANAGEMENT       SCIENCE      TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 *extension* 8180 *cell:* Privacy
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014596

COB_1989
**AR011160**



**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone ( Privacy ) to reach me.  Thanks!*

AR 014597

COB_1990

AR011161

| | |
|---|---|
| **From:** | Alex Steele <alexs@migcom.com> |
| **Sent:** | Wednesday, September 15, 2021 2:58 PM |
| **To:** | Lisa Edwards |
| **Cc:** | Pam Steele; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.


2021-08-05-Preliminary Hydrology Report.pdf


18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx


18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>

1

**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam


On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me. Thanks!*



| PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY |

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* 951-733-5240
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*


--
**Pam Steele**

AR 014599
AR011163

*Principal*

**Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!**



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

3

AR 014600

AR011164

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, September 15, 2021 4:44 PM
**To:** alexs@migcom.com; Joshua Monzon
**Cc:** Adam Rush; Pam Steele; Lisa Edwards
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

Alex,

Public Works/Engineering will be reviewing the two traffic related memos only.  The plan check fee is $2,800 payable to the City of Banning.  You may pay the fee at City Hall or mail the check to the address below.

> Public Works Department
> 99 E. Ramsey Street
> Banning, CA  92220
> Attention: Josh Monzon

Thank you and please let me know if  you have any questions.

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 3:08 PM
**To:** Kevin Sin <ksin@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** Banning Point VMT & Traffic Study Review (DR 21-7008)

Kevin/Joshua,

Good afternoon. On August 24th, we submitted studies for review associated with our Design Review application DR 21-7008. We just became aware today that additional review fees are due in order for Engineering to review these reports. Lisa Edwards asked us to contact you in order to determine the fees due. Would you please respond with an invoice so we can get this paid as soon as possible?

The studies that were submitted are attached just in case you need anything from them in order to determine the review fee.

AR 014601

**AR011165**

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014602
AR011166

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 1:27 PM
**To:** Alex Steele
**Cc:** Pam Steele
**Subject:** Re: Banning Point LGE Design Build


In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience.  Please reach out to the following contacts for fee info:

Kevin Sin
ksin@banningca.gov
or
Joshua Monzon
jmonzon@banningca.gov

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram


On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:
  Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

AR 014603
**AR011167**

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.

Thank you!

Pam


---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>


Pam,

See attached...


**Cameron Hile**
*Senior Analyst*
*he/him/his*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8180 *cell:* 626-840-7719
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram



AR 014604
AR011168

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell: 951-733-5240*
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

**Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!**



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell: 951-733-5240*
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014605
**AR011169**

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 11:17 AM
**To:** Pam Steele
**Cc:** Alex Steele
**Subject:** Re: Banning Point LGE Design Build

Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.

Thank you!

Pam

---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>

Pam,

See attached...

**Cameron Hile**
*Senior Analyst*
*he/him/his*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA

AR 014606
**AR011170**

*office:* 951-787-9222 *extension:* 8180 *cell:* 626-840-7719

cameronh@migcom.com

www.migcom.com

facebook twitter linkedin instagram



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014607
**AR011171**

**From:**     Lisa Edwards <ledwards@banningca.gov>
**Sent:**     Wednesday, September 15, 2021 2:41 PM
**To:**       Pam Steele
**Cc:**       Adam Rush; Alex Steele
**Subject:**  Re: Banning Point - CEQA review
**Attachments:**  2021-08-05-Preliminary Hydrology Report.pdf; 18014001-165_Banning47-Prelim Hydrology Report-PC2Memo.docx; 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf; Overall Site Plan (with comments).pdf

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam



On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for  Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--
**Pam Steele**
*Principal*

1

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell: 951-733-5240*
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell: 951-733-5240*
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014609
AR011173



**PHASE I**

24' WIDE FIRE LANE

57 DOCK DOORS

POTENTIAL OFFICE

**BUILDING AREA 619,959 S.F.**

57 DOCK DOORS

POTENTIAL OFFICE

24' WIDE FIRE LANE

24' WIDE FIRE LANE

24' WIDE FIRE LANE

24' WIDE FIRE LANE

RETAIL 1 1,600 S.F.

RETAIL 2 8,400 S.F.

RETAIL 3 6,600 S.F.

RETAIL 4 5,400 S.F.

RETAIL 5 5,400 S.F.

RETAIL 6 6,600 S.F.

Install an interim paved golf cart access adjacent to the existing

Provide golf cart access at the future signalized

**OVERALL SITE PLAN** A

SCALE: 1" = 40'-0"

## Property owner
LGE DESIGN GROUP
1200 NORTH 52ND STREET
PHOENIX, AZ 85008
ARCHITECT: BEN MUñHE
PROJECT DIRECTOR: JOHN MOCARSKI
PHONE: 480-966-4001
E-MAIL: JOHNM@LGEDESIGNGROUP.COM

## Address of the property
TBD

## Assessor's Parcel Number
419-140-057

## Zoning
REGIONAL DISTRIAL

## Legal description
REAL PROPERTY IN THE CITY OF BANNING, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

## Applicant
LGE DESIGN GROUP
1200 NORTH 52ND STREET
PHOENIX, AZ 85008
ARCHITECT: BEN MUñHE
PROJECT DIRECTOR: JOHN MOCARSKI
PHONE: 480-966-4001
E-MAIL: JOHNM@LGEDESIGNGROUP.COM

## Applicant's respresentative
HPA, INC.
18831 BARDEEN AVE, SUITE 100
IRVINE, CA
TEL: 949-862-2114
ATTN: SHA LIU MAHONEY

## PROJECT DATA

## VICINITY MAP

SITE

FREEWAY 10th

E 1ST ST

## SITE PLAN KEYNOTES
1. HEAVY BROOM FINISH CONC. PAVEMENT.
2. PAVING PER CIVIL.
3. CONCRETE WALKWAY
4. DRIVEWAY APRON @ ENTRANCE
5. 5'-8"x5'-8"x4" MIN. THICK CONCRETE EXTERIOR LANDING PAD TYP. AT ALL EXTERIOR MAN DOORS TO LANDSCAPED AREAS. SLOPE TO 1-1/4" : 12" MAX.
6. 8'H WROUGHT IRON FENCE
7. PROVIDE METAL, MANUAL OPERATED GATES W/ KNOX-PAD LOCK PER FIRE DEPARTMENT STANDARDS FOR DRIVEWAY.
8. TRASH ENCLOSURE
9. SMOKING AREA
10. PRE-CAST CONC. WHEEL STOP
11. CONC. FILLED GUARD POST "6 DIA. U.N.O. 42" H.
12. EXTERIOR CONC. STAIR.
13. ALL DIMENSIONS ARE TO THE FACE OF CONCRETE WALL, FACE OF CONCRETE CURB OR GRID LINE U.N.O.
14. SEE "C" PLANS FOR ALL CONCRETE CURBS, GUTTERS AND SWALES. DETAILS ON SHEET A3.1 ARE MINIMUM STANDARDS.
15. HANDICAPPED PARKING STALL SIGN
16. HANDICAPPED ENTRY SIGN
17. 14" CONCRETE TILT WALL TO SCREEN THE TRUCK YARD
18. APPROXIMATE LOCATION OF THE TRANSFORMER AND GENERATOR
19. NOT USED.
20. CONCRETE SIDEWALK. SEE CIVIL PLAN.
21. BIKE RACK.

## SITE PLAN GENERAL NOTES
1. NOT USED.
2. IF SOILS ARE EXPANSIVE IN NATURE, USE STEEL REINFORCING FOR ALL SITE CONCRETE.
3. ALL DIMENSIONS ARE TO THE FACE OF CONCRETE WALL, FACE OF CONCRETE CURB OR GRID LINE U.N.O.
4. SEE "C" PLANS FOR ALL CONCRETE CURBS, GUTTERS AND SWALES. DETAILS ON SHEET A3.1 ARE MINIMUM STANDARDS.
5. THE ENTIRE PROJECT SHALL BE PERMANENTLY MAINTAINED WITH AN AUTOMATIC IRRIGATION SYSTEM. PRIOR TO INSTALLATION & AT LEAST 60 DAYS BEFORE BLDG. COMPLETION.
6. SEE "C" DRAWINGS FOR POINT OF CONNECTIONS TO OFF-SITE UTILITIES. CONTRACTOR SHALL VERIFY ACTUAL UTILITY LOCATIONS.
7. PROVIDE POSITIVE DRAINAGE AWAY FROM BLDG. SEE "C" DRAWINGS.
8. CONTRACTOR TO REFER TO "C" DRAWINGS FOR ALL HORIZONTAL CONTROL DIMENSIONS, SITE PLANS ARE FOR GUIDANCE AND STARTING LAYOUT POINTS.
9. SEE "C" DRAWINGS FOR FINISH GRADE INFORMATION.
10. CONCRETE SIDEWALKS TO BE A MINIMUM OF 4" THICK W/ TOOLED JOINTS AT 6' O.C. EXPANSION/CONSTRUCTION JOINTS SHALL BE A MAXIMUM 30' O.C. EXPANSION JOINTS TO HAVE COMPRESSIVE EXPANSION FILLER MATERIAL OF 1/4". SEE "C" DRAWINGS FOR THEM.
11. NOT USED.
12. PAINT CURBS AND POSTS, TO INFORM OF FIRE LANES AS REQUIRED BY FIRE DEPARTMENT.
13. CONSTRUCTION DOCUMENTS PERTAINING TO THE LANDSCAPE AND IRRIGATION OF THE ENTIRE PROJECT SITE SHALL BE SUBMITTED TO THE BUILDING DEPARTMENT AND APPROVED BY PUBLIC FACILITIES DEVELOPMENT PRIOR TO ISSUANCE OF BUILDING PERMITS.
14. PRIOR TO FINAL CITY INSPECTION, THE LANDSCAPE ARCHITECT SHALL SUBMIT A CERTIFICATE OF COMPLETION TO PUBLIC FACILITIES DEVELOPMENT.
15. ALL NEW UTILITY CONNECTIONS WITHIN THE ROAD RIGHT OF WAY PER SEPARATE REVIEW AND PERMIT.
16. ALL LANDSCAPE AND IRRIGATION DESIGNS SHALL MEET CURRENT CITY STANDARDS AS LISTED IN GUIDELINES OR AS OBTAINED FROM PUBLIC FACILITIES DEVELOPMENT.
17. NOT USED.
18. LANDSCAPED AREAS SHALL BE DELINEATED WITH A MINIMUM SIX INCHES (6") HIGH CURB.
19. APPROVED CONCEPTUAL LANDSCAPE PLAN PRIOR TO GRADING PERMIT.

## SITE LEGEND
LANDSCAPED AREA
PAVING — SEE "C" DRWGS. FOR THICKNESS
CONCRETE PAVING. SEE "C" FOR THICKNESS
STANDARD PARKING STALL (9' X 19')
HANDICAP PARKING STALL (9' X 19')

## HPA architecture
hpa, inc.
18831 bardeen avenue · ste. #100
irvine, ca
92612
tel: 949-862-1770
fax: 949-863-3851
email: hpa@hparchs.com

**Owner:**
LGE DESIGN|BUILD

**Project:**
**Banning Point**
City of Banning, CA

**Consultants:**
CIVIL          THIENES
STRUCTURAL
MECHANICAL
PLUMBING
ELECTRICAL
LANDSCAPE
INTERIOR
DESIGNER

Title: OVERALL SITE PLAN

Project Number: 20394
Drawn by: SLM
Date: 04/30/21
Revision:

Sheet:
**DAB-A1.1**

**OFFICIAL USE ONLY**

AR011174

| | |
|---|---|
| **From:** | Pam Steele |
| **Sent:** | Thursday, September 16, 2021 7:22 AM PDT |
| **To:** | Arturo Vela |
| **CC:** | Adam Rush; Lisa Edwards; alexs@migcom.com; Sandra Calderon; Kevin Sin |
| **Subject:** | Re: Banning Point LGE Design Build |

Thank you Arturo.

On Thu, Sep 16, 2021 at 7:20 AM Arturo Vela <avela@banningca.gov> wrote:
 Pam,
 We will go ahead and begin reviewing the TIA while work out the fees.
 Thank you,
 Art V.
 Director of Public Works

 Sent from my iPhone


        On Sep 15, 2021, at 6:47 PM, Pam Steele <pams@migcom.com> wrote:


        Thank you, Adam.

        On Wed, Sep 15, 2021, 6:29 PM Adam Rush <arush@banningca.gov> wrote:

         Good Afternoon Pam,


         Thank you for your email and I apologize for the confusion and delay! I am
         not sure when the request for additional plan check fees were determined;
         however, I am looping in the City's Public Works Director/City Engineer Mr.
         Art Vela herein.


         We'll obtain clarification as quickly as possible and move forward with
         haste.


         Thank you again and please let me know if you have any questions.


AR 014611

COB_0627

AR011175

Sincerely,

**Adam B. Rush, M.A., AICP**

*Community Development Director*

*Community Development Department*

**City of Banning**
Direct Line: 951-922-3131

Cell Line: Privacy

Direct Fax: 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Wednesday, September 15, 2021 1:37 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

Will they be able to review these studies quickly? We are frustrated that we were not aware of these fees earlier.

Pam

On Wed, Sep 15, 2021, 1:27 PM Lisa Edwards <ledwards@banningca.gov> wrote:

AR 014612

COB_0628

**AR011176**

In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience.  Please reach out to the following contacts for fee info:

Kevin Sin

[ksin@banningca.gov](mailto:ksin@banningca.gov)

or

Joshua Monzon

[jmonzon@banningca.gov](mailto:jmonzon@banningca.gov)

---

**From:** Alex Steele <[alexs@migcom.com](mailto:alexs@migcom.com)>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <[ledwards@banningca.gov](mailto:ledwards@banningca.gov)>
**Cc:** Pam Steele <[pams@migcom.com](mailto:pams@migcom.com)>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,

**Alex Steele**

*Senior Associate Planner*



AR 014613

COB_0629

**AR011177**

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:

Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.

Thank you!

Pam

AR 014614

COB_0630

AR011178

---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>


Pam,


See attached...


**Cameron Hile**

*Senior Analyst*

*he/him/his*





PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY


1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8180 *cell* Privacy
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram




AR 014615

COB_0631

**AR011179**

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** [Privacy] ***to reach me.  Thanks!***

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**

AR 014616

COB_0632

**AR011180**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014617

COB_0633

**AR011181**

| | |
|---|---|
| **From:** | Arturo Vela |
| **Sent:** | Thursday, September 16, 2021 7:20 AM PDT |
| **To:** | Pam Steele |
| **CC:** | Adam Rush; Lisa Edwards; alexs@migcom.com; Sandra Calderon; Kevin Sin |
| **Subject:** | Re: Banning Point LGE Design Build |

Pam,
We will go ahead and begin reviewing the TIA while work out the fees.
Thank you,
Art V.
Director of Public Works

Sent from my iPhone

On Sep 15, 2021, at 6:47 PM, Pam Steele <pams@migcom.com> wrote:

Thank you, Adam.

On Wed, Sep 15, 2021, 6:29 PM Adam Rush <arush@banningca.gov> wrote:

Good Afternoon Pam,

Thank you for your email and I apologize for the confusion and delay! I am not sure when the request for additional plan check fees were determined; however, I am looping in the City's Public Works Director/City Engineer Mr. Art Vela herein.

We'll obtain clarification as quickly as possible and move forward with haste.

Thank you again and please let me know if you have any questions.

AR 014618

COB_1309

AR011182

Sincerely,

**Adam B. Rush, M.A., AICP**

Community Development Director

Community Development Department

**City of Banning**
Direct Line: 951-922-3131

Cell Line: Privacy

Direct Fax: 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Wednesday, September 15, 2021 1:37 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

Will they be able to review these studies quickly? We are frustrated that we were not aware of these fees earlier.

Pam

On Wed, Sep 15, 2021, 1:27 PM Lisa Edwards <ledwards@banningca.gov> wrote:

AR 014619

COB_1310

AR011183

In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience.  Please reach out to the following contacts for fee info:


Kevin Sin

ksin@banningca.gov

or

Joshua Monzon

jmonzon@banningca.gov

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Re: Banning Point LGE Design Build


Lisa,


We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.


Thank you,


**Alex Steele**

*Senior Associate Planner*




AR 014620

COB_1311
**AR011184**

PLANNING | DESIGN | COMMUNICATIONS    MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* ▮Privacy▮
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:

Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>;
Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

Good morning! Please see the attached CEQA documents for the Banning Point project
including the CEQA Consistency Determination and technical studies for your review.
Please let us know if you need anything else at this time.

Thank you!

Pam

AR 014621

COB_1312

**AR011185**

---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>

Pam,

See attached...

**Cameron Hile**

*Senior Analyst*

*he/him/his*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8180 *cell:* [Privacy]
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram



AR 014622

COB_1313

**AR011186**



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*



--

**Pam Steele**

*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* Privacy *to reach me.  Thanks!*

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

| | |
|---|---|
| **From:** | Sandra Calderon |
| **Sent:** | Thursday, September 16, 2021 12:01 PM PDT |
| **To:** | Paul Lindley |
| **Subject:** | Sandra Calderon shared the folder "2nd Submittal 08.10.2021" with you. |

**Sandra Calderon shared a folder with you**

Hi Paul, per your request. DR 21-7008 2nd Sub

thanks,
Sandra

2nd Submittal 08.10.2021

This link only works for the direct recipients of this message.

Open

Microsoft

Privacy Statement

AR 014624

COB_1315

AR011188

| | |
|---|---|
| **From:** | Arturo Vela |
| **Sent:** | Thursday, September 16, 2021 7:18 AM PDT |
| **To:** | Kevin Sin |
| **Subject:** | Fwd: Banning Point LGE Design Build |
| **Attachments:** | image001.jpg, image001.jpg |

See email below. Do they know what the fees are that we need? Go ahead and send the TIA for review, but still collect the fee.

Sent from my iPhone

Begin forwarded message:

> **From:** Pam Steele <pams@migcom.com>
> **Date:** September 15, 2021 at 6:47:19 PM PDT
> **To:** Adam Rush <arush@banningca.gov>
> **Cc:** Lisa Edwards <ledwards@banningca.gov>, alexs@migcom.com, Arturo Vela <avela@banningca.gov>, Sandra Calderon <scalderon@banningca.gov>
> **Subject: Re: Banning Point LGE Design Build**
>
>
> Thank you, Adam.
>
> On Wed, Sep 15, 2021, 6:29 PM Adam Rush <arush@banningca.gov> wrote:
>
>> Good Afternoon Pam,
>>
>>
>> Thank you for your email and I apologize for the confusion and delay! I am not sure when the request for additional plan check fees were determined; however, I am looping in the City's Public Works Director/City Engineer Mr. Art Vela herein.
>>
>>
>> We'll obtain clarification as quickly as possible and move forward with haste.
>>
>>
>> Thank you again and please let me know if you have any questions.

AR 014625

COB_1991

AR011189

Sincerely,

**Adam B. Rush, M.A., AICP**

*Community Development Director*

*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131

*Cell Line:* Privacy

*Direct Fax:* 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Wednesday, September 15, 2021 1:37 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

Will they be able to review these studies quickly? We are frustrated that we were not aware of these fees earlier.

Pam

On Wed, Sep 15, 2021, 1:27 PM Lisa Edwards <ledwards@banningca.gov> wrote:

AR 014626

COB_1992

**AR011190**

In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience.  Please reach out to the following contacts for fee info:

Kevin Sin

ksin@banningca.gov

or

Joshua Monzon

jmonzon@banningca.gov

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,

**Alex Steele**

*Senior Associate Planner*



AR 014627

COB_1993

**AR011191**

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8330 cell: [Privacy]
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:

Just curious. At the time you submitted these studies, was a plan check fee collected from you?

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.

Thank you!

Pam

AR 014628

COB_1994

AR011192

---------- Forwarded message ---------
From: **Cameron Hile** <[cameronh@migcom.com](mailto:cameronh@migcom.com)>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <[pams@migcom.com](mailto:pams@migcom.com)>


Pam,


See attached...


**Cameron Hile**

*Senior Analyst*

*he/him/his*





PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY


1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8180 *cell:* ▓Privacy▓
[cameronh@migcom.com](mailto:cameronh@migcom.com)
[www.migcom.com](http://www.migcom.com)
facebook twitter linkedin instagram




**AR 014629**

**COB_1995**
**AR011193**



PLANNING    DESIGN    COMMUNICATIONS     MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, cell: Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*



--

**Pam Steele**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***

M I G

PLANNING    DESIGN    COMMUNICATIONS     MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, cell: Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014630

COB_1996

**AR011194**

| From: | Adam Rush |
| Sent: | Thursday, September 16, 2021 9:28 AM PDT |
| To: | Arturo Vela |
| CC: | Sandra Calderon |
| Subject: | RE: Banning Point LGE Design Build |
| Attachments: | image001.jpg |

I am aware of that. Further, I've asked both Lisa and Sandra Calderon if this fee request was ever funneled to or through Planning. Neither provided a positive response.

I am happy to collect the fee, upfront, on behalf of the PWD (for a nominal surcharge of course).

Thanks!

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Arturo Vela <avela@banningca.gov>
**Sent:** Thursday, September 16, 2021 7:23 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point LGE Design Build

Adam,

The environment looks assessment review that is collected does not include our TIA review fees. Perhaps we can begin including our fee in Planning's initial fee statement.

Let me know if there is a better solution to inform applicants of the fee upfront. We haven't had any other issues related to this fee up to this point.

Sent from my iPhone

AR 014631

COB_1997
**AR011195**

On Sep 15, 2021, at 6:29 PM, Adam Rush <arush@banningca.gov> wrote:

Good Afternoon Pam,

Thank you for your email and I apologize for the confusion and delay! I am not sure when the request for additional plan check fees were determined; however, I am looping in the City's Public Works Director/City Engineer Mr. Art Vela herein.

We'll obtain clarification as quickly as possible and move forward with haste.

Thank you again and please let me know if you have any questions.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

<image001.jpg>

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Wednesday, September 15, 2021 1:37 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point LGE Design Build

Lisa,
Will they be able to review these studies quickly? We are frustrated that we were not aware of these fees earlier.
Pam

On Wed, Sep 15, 2021, 1:27 PM Lisa Edwards <ledwards@banningca.gov> wrote:

In order to complete review of the VMT & Traffic studies, they will need to collect plan check fees from you at your earliest convenience. Please reach out to the following contacts for fee info:

Kevin Sin
ksin@banningca.gov

AR 014632

COB_1998

**AR011196**

or
Joshua Monzon
jmonzon@banningca.gov

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 11:20 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Re: Banning Point LGE Design Build

Lisa,

We were invoiced $8,209 for the Environmental Assessment (along with the rest of the application fees), and we paid this on June 9th. Please see attached receipt.

Thank you,

**Alex Steele**
*Senior Associate Planner*

M I G

PLANNING    | DESIGN    | COMMUNICATIONS    | MANAGEMENT    | SCIENCE    | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 11:16 AM Lisa Edwards <ledwards@banningca.gov> wrote:

Just curious.  At the time you submitted these studies, was a plan check fee collected from you?

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, August 24, 2021 11:46 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Alex Steele <alexs@migcom.com>; Sandra Calderon <scalderon@banningca.gov>; Kent Norton <knorton@migcom.com>; Cameron Hile <cameronh@migcom.com>
**Subject:** Fwd: Banning Point LGE Design Build

Lisa,

AR 014633

COB_1999
**AR011197**



Good morning! Please see the attached CEQA documents for the Banning Point project including the CEQA Consistency Determination and technical studies for your review. Please let us know if you need anything else at this time.

Thank you!

Pam

---------- Forwarded message ---------
From: **Cameron Hile** <cameronh@migcom.com>
Date: Thu, Aug 19, 2021 at 11:51 AM
Subject: Re: Banning Point LGE Design Build
To: Pam Steele <pams@migcom.com>

Pam,

See attached...

**Cameron Hile**
*Senior Analyst*
*he/him/his*

M I G

PLANNING     DESIGN     COMMUNICATIONS     MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8180 cell: Privacy
cameronh@migcom.com
www.migcom.com
facebook twitter linkedin instagram

M I G

PLANNING     DESIGN     COMMUNICATIONS     MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, cell: Privacy

AR 014634

COB_2000
**AR011198**



pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***

M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014635

COB_2001
**AR011199**

| | |
|---|---|
| **From:** | Sandra Calderon |
| **Sent:** | Thursday, September 16, 2021 1:31 PM PDT |
| **To:** | Paul Lindley |
| **Subject:** | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| **Attachments:** | image001.jpg |

Received.

Thank you,
Sandra

**From:** Paul Lindley <plindley@banningca.gov>
**Sent:** Thursday, September 16, 2021 12:30 PM
**To:** Sandra Calderon <scalderon@banningca.gov>; Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte

\* Privacy

<amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
Direct Line: 951-922-3190
Direct Fax: 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

AR 014637

COB_2003

**AR011201**

| From: | Lisa Edwards |
|---|---|
| Sent: | Thursday, September 16, 2021 5:15 PM PDT |
| To: | alexs@migcom.com |
| CC: | Pam Steele; Adam Rush |
| Subject: | Re: Banning Point - CEQA review |
| Attachments: | Fire_DR 21-7008_Banning Point APN 419-140-057 (2Sub).pdf |

See attached sign off from Fire.

Still following up with B&S and BEU. Thanks so much for your patience.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* [Privacy]
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

  2021-08-05-Preliminary Hydrology Report.pdf

  18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

[icon]  18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>

AR 014638

COB_2004

**AR011202**



**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam
--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* (Privacy) *to reach me.  Thanks!*

M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* Privacy *to reach me.  Thanks!*

M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE

AR 014640

COB_2006

AR011204

# CITY OF BANNING

Electric Utility



September 23, 2021

RE: DR 21-7008 2nd Submittal, TPM 21-4001 & ENV 21-1510      ZONE: Sun Lakes North Specific Plan

ADDRESS / APN: NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

APPLICANT: MIG Inc./Pamela Steele

PROJECT MANAGER:   Lisa Edwards

PROJECT DESCRIPTION:
Proposed Industrial warehouse building measuring 619,959 SF, which will include 10,000 SF of office space, and six (6) retail/restaurant buildings totaling 34,000 SF on 6.83 Acres.

CONDITIONS & COMMENTS:
Currently there are 4 spans of overhead electric power lines on the northern side of the proposed project site along Parcels 2 and 3. The developer will be responsible for the cost to place this line underground as well as the cost to extend the electric utility lines through the proposed project site. There is also underground infrastructure on the northwest end of the property along the northern and western borders of Parcel 2, and also on the northeast end of the property along the northern, eastern, and southern borders of Parcel 3. The developer will be responsible for protecting the infrastructure in place or relocating the facilities using an approved relocation plan.

All existing electrical infrastructure on the property will require a 10ft easement, as well as the appropriate equipment clearances as described in Banning Electric Utility standards SD600-05 & 72. The proposed location of the screen wall on the north area of the property will not provide the adequate clearance for the existing vaults along the north boundary. The location of trees/landscaping along the northern property boundary will be in direct conflict with the existing underground primary electric lines.

Please include a site utility plan that details the proposed location of service transformers and service switchgear/switchboards/electrical rooms etc.

The proposed Underground Storage System shown near the north property boundary on the Tentative Parcel Map will directly interfere with the existing overhead pole line. The UG conversion of this pole line must be routed around the storage system and adequate clearances must be maintained.

Below is a basic list of requirements needed to be accomplished for the undergrounding of electric infrastructure:
- The electric service will be a 12,470V Y primary feeder with a three-phase 277/480V pad-mounted transformer to be installed in a suitable area on the property for electric service.
- The point of connection (POC) for electric service shall be underground from utility infrastructure along the northern border of the property.

AR 012561

**AR011205**

- A pad-mounted switch will be required at the POC which shall be installed within the customer's property.
- The Utility will require a power quality meter to measure power quality at each service larger than 1000A.
- Any reference to the point of connection (POC) or any plans showing electric utility infrastructure other than the Banning Electric Utility plan shall not be used for job estimating or construction.
- Areas/Locations will be required for onsite electric distribution equipment such as the pad-mounted transformer, pad-mounted switchgear, vault & service equipment etc. The areas/locations must be sufficient for safe operation and maintenance of the electric equipment. The infrastructure installed shall be adequate to support safe delivery of power to this project.
- The developer will be responsible for dedicating an easement for areas of onsite electric utility infrastructure.
- The developer will be responsible for all costs of onsite/offsite electric utility infrastructure needed to supply power to this project.
- The developer is responsible for cost associated with any relocations of utility poles or supporting apparatus due to street improvements, grading or lot line adjustments that might be required.
- Please see the attached Electric Utility General Commercial Service Requirements. Please follow the attached Electric Utility General Commercial Service Requirements.
- Complete the attached Commercial New Service Requirements sheet and return it to the COB Electric Utility.

**Brandon Robinson**
**Electrical Engineering Supervisor**
**City of Banning - Electric Utility**
**951.922.3263 Office**

The City of Banning promotes and supports a high quality of life that ensures a safe and friendly environment, fosters new opportunities and provides responsive, fair treatment to all and is the pride of its citizens.

AR 012562

AR011206

| | |
|---|---|
| **From:** | Adam Rush |
| **Sent:** | Monday, September 20, 2021 4:45 PM PDT |
| **To:** | Lisa Edwards |
| **Cc:** | alexs@migcom.com; Pam Steele |
| **Subject:** | Re: Banning Point - CEQA review |

Lisa,
Remind me to bring this up tomorrow during our staff meeting.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell: (760) 219-2791**
**Email: arush@banningca.gov**
**www.banningca.gov**

On Sep 20, 2021, at 2:41 PM, Lisa Edwards <ledwards@banningca.gov> wrote:

Hi Alex,

- Patrick (B&S) will return to the office 9/22 and is aware that we are eager for his sign off.  I assume he will just need to check ADA, etc. I don't foresee his items causing any delay in the hearing date.
- Brandon (BEU) mostly has COAs, but have sent him an email to confirm he has no further comments.
- I have reviewed the GHG/Air Quality study and am comfortable with the findings.
- I am still sifting through the 99-page EIR consistency doc.  I hope to complete my review in the next few days.

Again,  thanks for your patience and feel free to reach out if you need any other assistance.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING   |   DESIGN   |   COMMUNICATIONS   |   MANAGEMENT   SCIENCE   TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?
Thank you,
**Alex Steele**
*Senior Associate Planner*



PLANNING   |   DESIGN   |   COMMUNICATIONS   |   MANAGEMENT   SCIENCE   TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

   2021-08-05-Preliminary Hydrology Report.pdf

AR 014642

COB_0067

**AR011208**

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs
for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please
call my cell phone (951-733-5240) to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call
my cell phone (951-733-5240) to reach me.  Thanks!*

AR 014643

COB_0068

**AR011209**



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014644

COB_0069

**AR011210**

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Monday, September 20, 2021 2:40 PM PDT |
| **To:** | alexs@migcom.com |
| **CC:** | Pam Steele; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |

Hi Alex,

- Patrick (B&S) will return to the office 9/22 and is aware that we are eager for his sign off.  I assume he will just need to check ADA, etc. I don't foresee his items causing any delay in the hearing date.
- Brandon (BEU) mostly has COAs, but have sent him an email to confirm he has no further comments.
- I have reviewed the GHG/Air Quality study and am comfortable with the findings.
- I am still sifting through the 99-page EIR consistency doc.  I hope to complete my review in the next few days.

Again,  thanks for your patience and feel free to reach out if you need any other assistance.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>

**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

 2021-08-05-Preliminary Hydrology Report.pdf

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments? Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!
Pam
--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** ( Privacy ) ***to reach me.  Thanks!***

**M I G**

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***

**M I G**

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014647

COB_1318

AR011213

| From: | Alex Steele |
| Sent: | Monday, September 20, 2021 12:04 PM PDT |
| To: | Lisa Edwards |
| CC: | Pam Steele; Adam Rush |
| Subject: | Re: Banning Point - CEQA review |

Lisa,

Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?
Thank you,
**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014648

COB_2007

**AR011214**

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

    2021-08-05-Preliminary Hydrology Report.pdf

    18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

    18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT      SCIENCE      TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* <span style="background:black;color:white">Privacy</span> *to reach me.  Thanks!*

**M I G**

PLANNING    | DESIGN    | COMMUNICATIONS    | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* <span style="background:black;color:white">Privacy</span>
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014650

COB_2009

**AR011216**

| | |
|---|---|
| **From:** | Lisa Edwards <ledwards@banningca.gov> |
| **Sent:** | Monday, September 20, 2021 2:41 PM |
| **To:** | alexs@migcom.com |
| **Cc:** | Pam Steele; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |

Hi Alex,

- Patrick (B&S) will return to the office 9/22 and is aware that we are eager for his sign off.  I assume he will just need to check ADA, etc. I don't foresee his items causing any delay in the hearing date.
- Brandon (BEU) mostly has COAs, but have sent him an email to confirm he has no further comments.
- I have reviewed the GHG/Air Quality study and am comfortable with the findings.
- I am still sifting through the 99-page EIR consistency doc.  I hope to complete my review in the next few days.

Again,  thanks for your patience and feel free to reach out if you need any other assistance.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
> See attached sign off from Fire.

1

AR 014651

**AR011217**

Still following up with B&S and BEU.  Thanks so much for your patience.

**From:** Alex Steele <<u>alexs@migcom.com</u>>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <<u>ledwards@banningca.gov</u>>
**Cc:** Pam Steele <<u>pams@migcom.com</u>>; Adam Rush <<u>arush@banningca.gov</u>>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
<u>www.migcom.com</u>
<u>facebook</u> <u>twitter</u> <u>linkedin</u> <u>instagram</u>

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <<u>ledwards@banningca.gov</u>> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

 2021-08-05-Preliminary Hydrology Report.pdf

18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

**From:** Pam Steele <<u>pams@migcom.com</u>>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <<u>ledwards@banningca.gov</u>>
**Cc:** Adam Rush <<u>arush@banningca.gov</u>>; Alex Steele <<u>alexs@migcom.com</u>>
**Subject:** Re: Banning Point - CEQA review

2

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam


On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for  Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***




PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*


--
**Pam Steele**
*Principal*

AR 014653

AR011219

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014654

AR011220

| From: | Lisa Edwards |
| --- | --- |
| Sent: | Tuesday, September 21, 2021 10:24 AM PDT |
| To: | alexs@migcom.com |
| CC: | Pam Steele; Adam Rush |
| Subject: | Re: Banning Point - CEQA review |

Pam/Alex,

Just an update.

Art has given us a timeline of completion for VMT & TIA studies by end of next week.

At this time, we are on track for the November 3, 2021 Planning Commission meeting to hear your project.

Let me know if you have any questions.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* <span style="background:black;color:white">Privacy</span>
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.
Still following up with B&S and BEU. Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,
**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* ▮Privacy▮
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

   2021-08-05-Preliminary Hydrology Report.pdf

   18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

   18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam
--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** ▮Privacy▮ ***to reach me. Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* Privacy *to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

| From: | Pam Steele |
|---|---|
| Sent: | Tuesday, September 21, 2021 10:32 AM PDT |
| To: | Lisa Edwards |
| CC: | Alex Steele; Adam Rush |
| Subject: | Re: Banning Point - CEQA review |

We cannot are the October 6 meeting?

On Tue, Sep 21, 2021, 10:24 AM Lisa Edwards <ledwards@banningca.gov> wrote:
Pam/Alex,
Just an update.
Art has given us a timeline of completion for VMT & TIA studies by end of next week.
 At this time, we are on track for the November 3, 2021 Planning Commission meeting to hear your project.
Let me know if you have any questions.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING    | DESIGN    | COMMUNICATIONS    | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* ▮▮▮▮▮
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

AR 014658

COB_2010

**AR011224**

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**

*Senior Associate Planner*



| PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY |

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* ▮▮▮▮▮
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

  2021-08-05-Preliminary Hydrology Report.pdf

  18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

  18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam
--
**Pam Steele**
*Principal*

AR 014659

COB_2011

**AR011225**

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone ████████████ to reach me.  Thanks!*

**M I G**

PLANNING  |  DESIGN  |  COMMUNICATIONS  |  MANAGEMENT  SCIENCE  TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* ██████████
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
**WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.**

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone ████████████ to reach me.  Thanks!*

**M I G**

PLANNING  |  DESIGN  |  COMMUNICATIONS  |  MANAGEMENT  SCIENCE  TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* ██████████
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
**WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.**

| From: | Jagger Everett |
|---|---|
| Sent: | Wednesday, September 22, 2021 12:16 PM PDT |
| To: | Adam Rush |
| CC: | Pam Steele; alexs@migcom.com; Grant Kingdon; Lisa Edwards; Sandra Calderon |
| Subject: | RE: Banning Point |
| Attachments: | image001.jpg |

Adam,

Thank you very much for the clarification. I appreciate you helping us navigate a new process for us. As much as staff has helped set us up for success, we want to make sure we are responsive and providing all requirements in a timely manner. Please let us know specifically what our team owes you so we can help expedite. If possible, we would love to work on a POTENTIAL special session if staff would be willing to accommodate. Our team is currently working on the construction documentation and still intends to submit that package at risk prior to our Planning Commission hearing some time in early-mid October.

Thank you again.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** Privacy

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Wednesday, September 22, 2021 12:10 PM
**To:** Jagger Everett <jaggere@creationequity.com>
**Cc:** Pam Steele <pams@migcom.com>; alexs@migcom.com; Grant Kingdon <grantk@creationequity.com>; Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Subject:** RE: Banning Point
**Importance:** High

Good Morning Jagger,

Thank you for your email and I do apologize for any confusion on this matter.

In hopes of clarifying the City's position, I can provide the following feedback:

- The publication deadline, for the October 6th Planning Commission has passed. Since our local paper (the Record Gazette) is the adjudicated paper of record, the City is required to public legal notices through this media source. Unfortunately, they are a weekly publication (occurring every Friday) and as such, the legal ads must be sent over by the Tuesday before, no later than 10:00am.
- During our 9:00am staff meeting yesterday, I coordinate and discussed with Lisa Edwards, making the decision to **_not_** to publish this Project for the Oct. 6th Planning Commission hearing.
- The reason for this decision is a lack of a completed CEQA document and an incomplete review of the Traffic Report.
- It was my opinion that these two items would not be complete in time to advertise the Project for public hearing. Furthermore, I did not believe that these two related items would be complete before staff reports were due and the public notice was posted (Friday, September 24th).

In closing, I'll be tracking this Project carefully and am always happy to schedule a SPECIAL meeting of the Planning Commission when and if the Project can be deemed complete prior to the November 3rd Planning Commission Meeting.

The City sincerely appreciates your patience and you're welcome to reach out to me with any questions at any time.

Thanks again and have a great week!

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Wednesday, September 22, 2021 10:19 AM
**To:** Adam Rush <arush@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; alexs@migcom.com; Grant Kingdon

AR 014662

COB_1323

**AR011228**

<grantk@creationequity.com>
**Subject:** Banning Point

Adam,

We are getting some conflicting feedback here from our project team. I understand you and Pam had a positive discussion the other day about our project being presented to the Planning Commission on October 6th. Now we are hearing we may have been pushed back to the November hearing? I know we were several weeks late to receive our 2nd DR comments. Is there any way you can step in here to help clarify, thank you.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** Privacy

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

AR 014663

COB_1324

**AR011229**

| From: | Jagger Everett |
|---|---|
| Sent: | Wednesday, September 22, 2021 10:19 AM PDT |
| To: | Adam Rush |
| CC: | Pam Steele; Alex Steele; Grant Kingdon |
| Subject: | Banning Point |
| Attachments: | Re Banning Point - Master Schedule.eml, Fwd Banning Point - CEQA review.eml |

Adam,

We are getting some conflicting feedback here from our project team. I understand you and Pam had a positive discussion the other day about our project being presented to the Planning Commission on October 6th. Now we are hearing we may have been pushed back to the November hearing? I know we were several weeks late to receive our 2nd DR comments. Is there any way you can step in here to help clarify, thank you.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** Privacy

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

AR 014664

COB_2013

**AR011230**

| | |
|---|---|
| **From:** | Pam Steele |
| **Sent:** | Wednesday, September 22, 2021 9:58 AM PDT |
| **To:** | Jagger Everett; Blake Wells |
| **CC:** | Alex Steele |
| **Subject:** | Fwd: Banning Point - CEQA review |

Jagger and Blake,
Just got this news yesterday - I emailed and asked if there is a way to make the October 6 meeting - no response.
Frustrating.
Pam


---------- Forwarded message ---------
From: **Lisa Edwards** <ledwards@banningca.gov>
Date: Tue, Sep 21, 2021 at 10:24 AM
Subject: Re: Banning Point - CEQA review
To: alexs@migcom.com <alexs@migcom.com>
Cc: Pam Steele <pams@migcom.com>, Adam Rush <arush@banningca.gov>


Pam/Alex,
Just an update.
Art has given us a timeline of completion for VMT & TIA studies by end of next week.
At this time, we are on track for the ==November 3, 2021 Planning Commission meeting== to hear your project.
Let me know if you have any questions.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* [Privacy]
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram


On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:

See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?
Thank you,
**Alex Steele**
*Senior Associate Planner*



PLANNING    | DESIGN    | COMMUNICATIONS    | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell* ▮▮▮▮ Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

 2021-08-05-Preliminary Hydrology Report.pdf

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (*** Privacy ***) to reach me. Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me. Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (*** Privacy ***) to reach me. Thanks!***

AR 014667

COB_2024

**AR011233**



PLANNING     | DESIGN     | COMMUNICATIONS     | MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014668

COB_2025

AR011234

| | |
|---|---|
| **From:** | Brandon Robinson |
| **Sent:** | Thursday, September 23, 2021 5:18 PM PDT |
| **To:** | Sandra Calderon; Lisa Edwards |
| **Subject:** | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| **Attachments:** | DR 21-7008 2nd Submittal_Electric Comments.pdf, image002.jpg, image003.jpg |

Please see attached comments from Electric.



Brandon Robinson
*Electrical Engineering Supervisor*
*Electric Utility*
**City of Banning**
*Direct Line:* 951-922-3263
*Direct Fax:* 951-849-1550
brobinson@banningca.gov
PO Box 998
176 E. Lincoln Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,
Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

AR 014669

COB_2026

**AR011235**

**Privacy**

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

| | |
|---|---|
| **From:** | Sandra Calderon |
| **Sent:** | Thursday, September 23, 2021 5:27 PM PDT |
| **To:** | Brandon Robinson; Lisa Edwards |
| **Subject:** | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| **Attachments:** | image001.jpg, image002.jpg |

Thank you Brandon!

**From:** Brandon Robinson <brobinson@banningca.gov>
**Sent:** Thursday, September 23, 2021 5:19 PM
**To:** Sandra Calderon <scalderon@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Please see attached comments from Electric.

Brandon Robinson
*Electrical Engineering Supervisor*
*Electric Utility*
**City of Banning**
*Direct Line:* 951-922-3263
*Direct Fax:* 951-849-1550
brobinson@banningca.gov
PO Box 998
176 E. Lincoln Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

AR 014671

COB_2028

AR011237

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

AR 014672

COB_2029

AR011238

**From:** Brandon Robinson <brobinson@banningca.gov>
**Sent:** Thursday, September 23, 2021 5:19 PM
**To:** Sandra Calderon; Lisa Edwards
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057
**Attachments:** DR 21-7008 2nd Submittal_Electric Comments.pdf

Please see attached comments from Electric.

Brandon Robinson
*Electrical Engineering Supervisor*
*Electric Utility*
**City of Banning**
*Direct Line:* 951-922-3263
*Direct Fax:* 951-849-1550
brobinson@banningca.gov
PO Box 998
176 E. Lincoln Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 7, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,
Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:
https://migcom.egnyte.com/fl/F4dOjX678V
Password:GoQJ2knm6Hcq

Thank you,

AR 014673

AR011239

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line*: 951-922-3190
*Direct Fax*: 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

AR 014674

**AR011240**

# CITY OF BANNING

Electric Utility



September 23, 2021

RE: DR 21-7008 2nd Submittal, TPM 21-4001 & ENV 21-1510    ZONE: Sun Lakes North Specific Plan

ADDRESS / APN: NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

APPLICANT: MIG Inc./Pamela Steele

PROJECT MANAGER:  Lisa Edwards

PROJECT DESCRIPTION:
Proposed Industrial warehouse building measuring 619,959 SF, which will include 10,000 SF of office space, and six (6) retail/restaurant buildings totaling 34,000 SF on 6.83 Acres.

CONDITIONS & COMMENTS:
Currently there are 4 spans of overhead electric power lines on the northern side of the proposed project site along Parcels 2 and 3. The developer will be responsible for the cost to place this line underground as well as the cost to extend the electric utility lines through the proposed project site. There is also underground infrastructure on the northwest end of the property along the northern and western borders of Parcel 2, and also on the northeast end of the property along the northern, eastern, and southern borders of Parcel 3. The developer will be responsible for protecting the infrastructure in place or relocating the facilities using an approved relocation plan.

All existing electrical infrastructure on the property will require a 10ft easement, as well as the appropriate equipment clearances as described in Banning Electric Utility standards SD600-05 & 72. The proposed location of the screen wall on the north area of the property will not provide the adequate clearance for the existing vaults along the north boundary. The location of trees/landscaping along the northern property boundary will be in direct conflict with the existing underground primary electric lines.

Please include a site utility plan that details the proposed location of service transformers and service switchgear/switchboards/electrical rooms etc.

The proposed Underground Storage System shown near the north property boundary on the Tentative Parcel Map will directly interfere with the existing overhead pole line. The UG conversion of this pole line must be routed around the storage system and adequate clearances must be maintained.

Below is a basic list of requirements needed to be accomplished for the undergrounding of electric infrastructure:
- The electric service will be a 12,470V Y primary feeder with a three-phase 277/480V pad-mounted transformer to be installed in a suitable area on the property for electric service.
- The point of connection (POC) for electric service shall be underground from utility infrastructure along the northern border of the property.

AR 014675

AR011241

- A pad-mounted switch will be required at the POC which shall be installed within the customer's property.
- The Utility will require a power quality meter to measure power quality at each service larger than 1000A.
- Any reference to the point of connection (POC) or any plans showing electric utility infrastructure other than the Banning Electric Utility plan shall not be used for job estimating or construction.
- Areas/Locations will be required for onsite electric distribution equipment such as the pad-mounted transformer, pad-mounted switchgear, vault & service equipment etc. The areas/locations must be sufficient for safe operation and maintenance of the electric equipment. The infrastructure installed shall be adequate to support safe delivery of power to this project.
- The developer will be responsible for dedicating an easement for areas of onsite electric utility infrastructure.
- The developer will be responsible for all costs of onsite/offsite electric utility infrastructure needed to supply power to this project.
- The developer is responsible for cost associated with any relocations of utility poles or supporting apparatus due to street improvements, grading or lot line adjustments that might be required.
- Please see the attached Electric Utility General Commercial Service Requirements. Please follow the attached Electric Utility General Commercial Service Requirements.
- Complete the attached Commercial New Service Requirements sheet and return it to the COB Electric Utility.

**Brandon Robinson**
**Electrical Engineering Supervisor**
**City of Banning - Electric Utility**
**951.922.3263 Office**

The City of Banning promotes and supports a high quality of life that ensures a safe and friendly environment, fosters new opportunities and provides responsive, fair treatment to all and is the pride of its citizens.

| | |
|---|---|
| **From:** | Pam Steele |
| **Sent:** | Friday, September 24, 2021 5:15 PM PDT |
| **To:** | Lisa Edwards |
| **CC:** | Alex Steele; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |

Thank you. Lisa.

On Fri, Sep 24, 2021, 4:11 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Hi Alex/Pam,
Please see attached comments from BEU.  Also, Brandon noticed that the CEQA consistency
doc references SCE where it should be BEU.
**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 21, 2021 10:24 AM
**To:** alexs@migcom.com <alexs@migcom.com>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Pam/Alex,
Just an update.
Art has given us a timeline of completion for VMT & TIA studies by end of next week.
 At this time, we are on track for the November 3, 2021 Planning Commission meeting to hear
your project.
Let me know if you have any questions.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING  | DESIGN  | COMMUNICATIONS  | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* ▮▮Privacy▮▮
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:

AR 014677

COB_0634

**AR011243**

See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?
Thank you,
**Alex Steele**
*Senior Associate Planner*



PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell*   Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

   2021-08-05-Preliminary Hydrology Report.pdf

   18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

   18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

AR 014678

COB_0635
**AR011244**

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--

**Pam Steele**
*Principal*

**_Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone_** ▮Privacy▮**_) to reach me.  Thanks!_**

M I G

PLANNING  | DESIGN  | COMMUNICATIONS  | MANAGEMENT  SCIENCE  TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* ▮Privacy▮
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

**_Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone_** ▮Privacy▮ **_to reach me.  Thanks!_**

M I G

PLANNING  | DESIGN  | COMMUNICATIONS  | MANAGEMENT  SCIENCE  TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* ▮Privacy▮
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014679

COB_0636

**AR011245**

| From: | Lisa Edwards |
|---|---|
| Sent: | Friday, September 24, 2021 4:11 PM PDT |
| To: | alexs@migcom.com |
| CC: | Pam Steele; Adam Rush |
| Subject: | Re: Banning Point - CEQA review |
| Attachments: | DR 21-7008 2nd Submittal_Electric Comments.pdf |

Hi Alex/Pam,
Please see attached comments from BEU.  Also, Brandon noticed that the CEQA consistency doc references SCE where it should be BEU.
**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 21, 2021 10:24 AM
**To:** alexs@migcom.com <alexs@migcom.com>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Pam/Alex,
Just an update.
Art has given us a timeline of completion for VMT & TIA studies by end of next week.
 At this time, we are on track for the November 3, 2021 Planning Commission meeting to hear your project.
Let me know if you have any questions.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING    |    DESIGN    |    COMMUNICATIONS    |    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
  See attached sign off from Fire.
  Still following up with B&S and BEU.  Thanks so much for your patience.

AR 014680

COB_2030

**AR011246**

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING  |  DESIGN  |  COMMUNICATIONS  |  MANAGEMENT      SCIENCE      TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

 2021-08-05-Preliminary Hydrology Report.pdf

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments? Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--

**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* [Privacy] *to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT SCIENCE TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* [Privacy] *to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT SCIENCE TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

| | |
|---|---|
| **From:** | Lisa Edwards <ledwards@banningca.gov> |
| **Sent:** | Friday, September 24, 2021 4:11 PM |
| **To:** | alexs@migcom.com |
| **Cc:** | Pam Steele; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |
| **Attachments:** | DR 21-7008 2nd Submittal_Electric Comments.pdf |

Hi Alex/Pam,

Please see attached comments from BEU.  Also, Brandon noticed that the CEQA consistency doc references SCE where it should be BEU.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 21, 2021 10:24 AM
**To:** alexs@migcom.com <alexs@migcom.com>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Pam/Alex,

Just an update.

Art has given us a timeline of completion for VMT & TIA studies by end of next week.

At this time, we are on track for the November 3, 2021 Planning Commission meeting to hear your project.

Let me know if you have any questions.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

AR 014683

AR011249

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
<u>www.migcom.com</u>
<u>facebook</u> <u>twitter</u> <u>linkedin</u> <u>instagram</u>

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <<u>ledwards@banningca.gov</u>> wrote:

See attached sign off from Fire.

Still following up with B&S and BEU.  Thanks so much for your patience.

---

**From:** Alex Steele <<u>alexs@migcom.com</u>>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <<u>ledwards@banningca.gov</u>>
**Cc:** Pam Steele <<u>pams@migcom.com</u>>; Adam Rush <<u>arush@banningca.gov</u>>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
<u>www.migcom.com</u>
<u>facebook</u> <u>twitter</u> <u>linkedin</u> <u>instagram</u>

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <<u>ledwards@banningca.gov</u>> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

<u>2021-08-05-Preliminary Hydrology Report.pdf</u>

<u>18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx</u>

<u>18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf</u>

AR 014684

**AR011250**

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam


On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for  Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*




PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com

AR 014685

**AR011251**

www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014686

**AR011252**

# CITY OF BANNING

Electric Utility



September 23, 2021

RE: DR 21-7008 2nd Submittal, TPM 21-4001 & ENV 21-1510      ZONE: Sun Lakes North Specific Plan

ADDRESS / APN: NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

APPLICANT: MIG Inc./Pamela Steele

PROJECT MANAGER:   Lisa Edwards

PROJECT DESCRIPTION:
Proposed Industrial warehouse building measuring 619,959 SF, which will include 10,000 SF of office space, and six (6) retail/restaurant buildings totaling 34,000 SF on 6.83 Acres.

CONDITIONS & COMMENTS:
Currently there are 4 spans of overhead electric power lines on the northern side of the proposed project site along Parcels 2 and 3. The developer will be responsible for the cost to place this line underground as well as the cost to extend the electric utility lines through the proposed project site. There is also underground infrastructure on the northwest end of the property along the northern and western borders of Parcel 2, and also on the northeast end of the property along the northern, eastern, and southern borders of Parcel 3. The developer will be responsible for protecting the infrastructure in place or relocating the facilities using an approved relocation plan.

All existing electrical infrastructure on the property will require a 10ft easement, as well as the appropriate equipment clearances as described in Banning Electric Utility standards SD600-05 & 72. The proposed location of the screen wall on the north area of the property will not provide the adequate clearance for the existing vaults along the north boundary. The location of trees/landscaping along the northern property boundary will be in direct conflict with the existing underground primary electric lines.

Please include a site utility plan that details the proposed location of service transformers and service switchgear/switchboards/electrical rooms etc.

The proposed Underground Storage System shown near the north property boundary on the Tentative Parcel Map will directly interfere with the existing overhead pole line. The UG conversion of this pole line must be routed around the storage system and adequate clearances must be maintained.

Below is a basic list of requirements needed to be accomplished for the undergrounding of electric infrastructure:
- The electric service will be a 12,470V Y primary feeder with a three-phase 277/480V pad-mounted transformer to be installed in a suitable area on the property for electric service.
- The point of connection (POC) for electric service shall be underground from utility infrastructure along the northern border of the property.

AR 014687

**AR011253**

- A pad-mounted switch will be required at the POC which shall be installed within the customer's property.
- The Utility will require a power quality meter to measure power quality at each service larger than 1000A.
- Any reference to the point of connection (POC) or any plans showing electric utility infrastructure other than the Banning Electric Utility plan shall not be used for job estimating or construction.
- Areas/Locations will be required for onsite electric distribution equipment such as the pad-mounted transformer, pad-mounted switchgear, vault & service equipment etc. The areas/locations must be sufficient for safe operation and maintenance of the electric equipment. The infrastructure installed shall be adequate to support safe delivery of power to this project.
- The developer will be responsible for dedicating an easement for areas of onsite electric utility infrastructure.
- The developer will be responsible for all costs of onsite/offsite electric utility infrastructure needed to supply power to this project.
- The developer is responsible for cost associated with any relocations of utility poles or supporting apparatus due to street improvements, grading or lot line adjustments that might be required.
- Please see the attached Electric Utility General Commercial Service Requirements. Please follow the attached Electric Utility General Commercial Service Requirements.
- Complete the attached Commercial New Service Requirements sheet and return it to the COB Electric Utility.

**Brandon Robinson**
**Electrical Engineering Supervisor**
**City of Banning - Electric Utility**
**951.922.3263 Office**

The City of Banning promotes and supports a high quality of life that ensures a safe and friendly environment, fosters new opportunities and provides responsive, fair treatment to all and is the pride of its citizens.

| | |
|---|---|
| **From:** | Pam Steele <pams@migcom.com> |
| **Sent:** | Friday, September 24, 2021 5:15 PM |
| **To:** | Lisa Edwards |
| **Cc:** | Alex Steele; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |

Thank you. Lisa.

On Fri, Sep 24, 2021, 4:11 PM Lisa Edwards <ledwards@banningca.gov> wrote:

> Hi Alex/Pam,
>
> Please see attached comments from BEU.  Also, Brandon noticed that the CEQA consistency doc references SCE where it should be BEU.
>
> **From:** Lisa Edwards <ledwards@banningca.gov>
> **Sent:** Tuesday, September 21, 2021 10:24 AM
> **To:** alexs@migcom.com <alexs@migcom.com>
> **Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
> **Subject:** Re: Banning Point - CEQA review
>
> Pam/Alex,
>
> Just an update.
>
> Art has given us a timeline of completion for VMT & TIA studies by end of next week.
>
>  At this time, we are on track for the November 3, 2021 Planning Commission meeting to hear your project.
>
> Let me know if you have any questions.
>
> **From:** Alex Steele <alexs@migcom.com>
> **Sent:** Monday, September 20, 2021 12:04 PM
> **To:** Lisa Edwards <ledwards@banningca.gov>
> **Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
> **Subject:** Re: Banning Point - CEQA review
>
> Lisa,
>
> Any word from these outstanding departments?
>
>
> **Alex Steele**
> *Senior Associate Planner*



AR 014689

**AR011255**

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.

Still following up with B&S and BEU.  Thanks so much for your patience.

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.




18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

2

**AR011256**

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam


On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***




PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**

3

AR 014691

**AR011257**

pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

**Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me. Thanks!**



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014692

AR011258



REDLANDS | TEMECULA | PALM DESERT

# MEMORANDUM

**TO:**        Charlene So, Urban Crossroads
                 Kevin Sin, City of Banning

**FROM:**    Peter Kim, PE, TE, ***ERSC/PMK***

**DATE:**      September 27, 2021

**SUBJECT:**   **CITY OF BANNING – BANNING POINT (TPM 38164) – TRIP GENERATION ASSESSMENT - PC1 MEMO**

We have completed the review for the above-referenced project and the following comments are the result of our review.

**<u>General</u>**
1. Please provide the approved SPA No. 5 traffic study as a reference.
2. Provide the latest project site plan as a reference.
3. Provide an engineer stamp and a signature on the study.

**<u>Page 3</u>**
1. Project Access:  Provide peak hour traffic volumes and lane configurations at each project driveway for both SPA No. 5 traffic study and for the proposed project conditions.  Also, identify the proposed traffic control at each project driveway intersection.

**<u>Exhibit 1:  Preliminary Site Plan</u>**
1. It appears the westerly driveway on Sun Lake Blvd does not align with the existing Country Club Drive and should be realigned.
2. The easterly driveway on Sun Lake Blvd is too close to the existing adjacent driveway and should be relocated at least 100' westerly direction.  Since the existing adjacent driveway has a full access, the project traffic will utilize this opening to enter and exit from the project easterly driveway.

Contact me at peterkimpmk@gmail.com or (949) 466-3126 for any questions.

AR012563

**AR011259**



REDLANDS | TEMECULA | PALM DESERT

# MEMORANDUM

**TO:**　　　Alex So, Urban Crossroads
　　　　　　Kevin Sin, City of Banning

**FROM:**　　Peter Kim, PE, TE, *ERSC/PMK*

**DATE:**　　September 27, 2021

**SUBJECT:**　CITY OF BANNING – BANNING POINT (TPM 38164) – VEHICLE MILES TRAVELED (VMT) ANALYSIS - PC1 MEMO

We have completed the review for the above-referenced project and the following comments are the result of our review.

### General
1. Please provide the approved SPA No. 5 traffic study as a reference.
2. Provide the latest project site plan as a reference.
3. Provide an engineer stamp and a signature on the study.

### VMT Analysis
1. Page1, Background:  Reference City Guidelines Dated September 2021 on the report.
2. Page2, Project Screening:  List all screening criteria as listed in the City Guidelines Section 5.1.1. If any of screening type does not apply, indicate "NOT APPLICABLE" to each type.
3. Page 2, TPA Screening:  Remove "does" on the last sentence of the TPA Screening section.
4. Page 3, Local Serving Retail Screening:  Indicate the proposed project retail square feet on the report.
5. Page 3, Project Trip Screening:  Indicate the project generated daily vehicle trips on the report.
6. Page 4, Project VMT Assessment, Table 1:  Indicate "619,959 sf" in the table.
7. Page 4, Project VMT Calculation, Table 2:  Provide a detail calculation and backup data showing how 8582 VMT is arrived.

Contact me at peterkimpmk@gmail.com or (949) 466-3126 for any questions.

AR012564

**AR011260**

| | |
|---|---|
| **From:** | ShareFile Notifications (No Reply) |
| **Sent:** | Monday, September 27, 2021 10:41 AM PDT |
| **To:** | avela@banningca.gov |
| **Subject:** | ShareFile Activity Notification |



Notification Summary

Below is a summary of upload and download activity on folders for which you've chosen to be notified.

Uploads

**18014001 - City of Banning Plan Check > 165 - SUN LAKES BLVD & SUN LAKES VILLAGE > TRAFFIC IMPACT ANALYSIS**

**Name:** Appdx C_VMT Memo UC 6-10-21.pdf
**Size:** 1.05 MB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 VMT Analysis PC1 Memo (pk).pdf
**Size:** 211.26 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Appdx B_Trip Gen Memo UC 6-10-21.pdf
**Size:** 628.83 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).pdf
**Size:** 210.64 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).docx
**Size:** 44.86 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 VMT Analysis PC1 Memo (pk).docx
**Size:** 45.21 KB • **Created:** 9/27/21 1:41p

AR 014693

COB_0070

**AR011261**

**Creator:** S. Slaten



Download These Items

Downloads

There is no download activity to report.

Views

There is no view activity to report.

Dates are displayed in UTC -5

Click here to change how often ShareFile sends emails

Powered By Citrix ShareFile 2021

AR 014694

COB_0071

**AR011262**

| From: | ShareFile Notifications (No Reply) |
|---|---|
| Sent: | Monday, September 27, 2021 10:41 AM PDT |
| To: | lcardenas@banningca.gov |
| Subject: | ShareFile Activity Notification |



Notification Summary

Below is a summary of upload and download activity on folders for which you've chosen to be notified.

Uploads

**18014001 - City of Banning Plan Check > 165 - SUN LAKES BLVD & SUN LAKES VILLAGE > TRAFFIC IMPACT ANALYSIS**

**Name:** Appdx C_VMT Memo UC 6-10-21.pdf
**Size:** 1.05 MB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 VMT Analysis PC1 Memo (pk).pdf
**Size:** 211.26 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Appdx B_Trip Gen Memo UC 6-10-21.pdf
**Size:** 628.83 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 VMT Analysis PC1 Memo (pk).docx
**Size:** 45.21 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).pdf
**Size:** 210.64 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).docx
**Size:** 44.86 KB • **Created:** 9/27/21 1:41p

AR 014695

COB_0072

AR011263

**Creator:** S. Slaten



AR 014696

COB_0073

**AR011264**

| From: | ShareFile Notifications (No Reply) |
|---|---|
| Sent: | Monday, September 27, 2021 10:41 AM PDT |
| To: | pgerdes@banningca.gov |
| Subject: | ShareFile Activity Notification |



## Notification Summary

Below is a summary of upload and download activity on folders for which you've chosen to be notified.

## Uploads

**18014001 - City of Banning Plan Check > 165 - SUN LAKES BLVD & SUN LAKES VILLAGE > TRAFFIC IMPACT ANALYSIS**

**Name:** Appdx C_VMT Memo UC 6-10-21.pdf
**Size:** 1.05 MB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 VMT Analysis PC1 Memo (pk).pdf
**Size:** 211.26 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Appdx B_Trip Gen Memo UC 6-10-21.pdf
**Size:** 628.83 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 VMT Analysis PC1 Memo (pk).docx
**Size:** 45.21 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).pdf
**Size:** 210.64 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).docx
**Size:** 44.86 KB • **Created:** 9/27/21 1:41p

AR 014697

COB_0074

AR011265

**Creator:** S. Slaten



Download These Items

Downloads

There is no download activity to report.

Views

There is no view activity to report.

Dates are displayed in UTC -5

Click here to change how often ShareFile sends emails

Powered By Citrix ShareFile 2021

AR 014698

COB_0075

**AR011266**

| From: | Lisa Edwards |
| --- | --- |
| Sent: | Monday, September 27, 2021 3:32 PM PDT |
| To: | Emery Papp |
| Subject: | DR 21-7008 (Banning Point) - EIR consistency doc |

Hi Emery,

I was checking to see if you were able to help me dissect this EIR consistency doc for the Banning Point project I am working on (DR 21-7008). Any comments would be appreciated. They are proposing 620k sq. ft. industrial and 34k sq. ft. retail within the Sun Lakes Village North Specific Plan. But it's 100 pages long!

20210819_13714_LGE Design Build Draft Consistency Analysis_to Applicant.docx

If you aren't able to find the time, I understand. I was hoping to get back to them by end of week...and know that you have a strong environmental background. 🙂

If you are able to help, please feel free to make notes in the SharePoint version of this doc (see link).

Thanks so much!

**Lisa Edwards**
Contract Planner
Community Development Department
Planning Division
City of Banning
99 E. Ramsey Street
Banning, CA  92220
Office: (951) 663-1732
Email: ledwards@banningca.gov
Website:  www.banningca.gov



COB_0077

AR 014700

| **From:** | Jagger Everett |
| **Sent:** | Monday, September 27, 2021 4:24 PM PDT |
| **To:** | Brandon Robinson |
| **Cc:** | Jeff Potter; Alex Steele; John Gaglio; Pam Steele; Gene Plum; Grant Kingdon; Sha Liu Mahoney; Blake Wells; glenn@greggelectric.com |
| **Subject:** | RE: Banning Point Electrical Comments |

My apologies, looping in the Gregg Electric team as well.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** 602.769.6013

jagger@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Jagger Everett
**Sent:** Monday, September 27, 2021 3:55 PM
**To:** Brandon Robinson <brobinson@banningca.gov>
**Cc:** Jeff Potter <jeff@thieseng.com>; Alex Steele <alexs@migcom.com>; Pam Steele <pams@migcom.com>; Gene Plum <gene@lgedesignbuild.com>; Grant Kingdon <grantk@creationequity.com>; Sha Liu Mahoney <sha@hparchs.com>; Blake Wells <BlakeW@lgedesignbuild.com>
**Subject:** Banning Point Electrical Comments

Brandon,

Thank you for providing comments on our most recent DR submittal for the Banning Point project. Are you available during this week to discuss a few of the items in this response letter? We are intending to submit our 1st Civil CD package next week and want to make sure we are appropriately addressing any concerns. I am available any time tomorrow or Wednesday morning if that works for you.

Thank you

| | |
|---|---|
| **From:** | Pam Steele |
| **Sent:** | Monday, September 27, 2021 2:50 PM PDT |
| **To:** | Lisa Edwards |
| **Cc:** | alexs@migcom.com; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |

Lisa,

Touching base on your comment bullets 1 and 4 - Building comments (conditions?) and EIR Consistency doc. We received the BEU comments and, thank you for your review of the GHG/AQ study.

Also - do you (Planning) have any more comments on the Site Plan submittal?

Thanks for your help,

Pam

On Mon, Sep 20, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Hi Alex,

- Patrick (B&S) will return to the office 9/22 and is aware that we are eager for his sign off. I assume he will just need to check ADA, etc. I don't foresee his items causing any delay in the hearing date.
- Brandon (BEU) mostly has COAs, but have sent him an email to confirm he has no further comments.
- I have reviewed the GHG/Air Quality study and am comfortable with the findings.
- I am still sifting through the 99-page EIR consistency doc.  I hope to complete my review in the next few days.

Again,  thanks for your patience and feel free to reach out if you need any other assistance.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com

facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?
Thank you,
**Alex Steele**
*Senior Associate Planner*



PLANNING    | DESIGN    | COMMUNICATIONS    | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* ▇▇▇ Privacy ▇▇▇
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

2021-08-05-Preliminary Hydrol... **Privacy** ▇▇▇

18014001-165_Banning47-Prelim ... ▇▇▇

18014001-165_Banning47-Prelim ... ▇▇▇

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

AR 014702

COB_0638
**AR011270**

Can you give us an update on the review of the CEQA document? and the comments from the departments? Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--

**Pam Steele**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***

**MIG**

PLANNING    | DESIGN    | COMMUNICATIONS    | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***

**MIG**

PLANNING    | DESIGN    | COMMUNICATIONS    | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

AR 014703

COB_0639

**AR011271**

**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* <span style="background:black;color:white;">Privacy</span> *to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* <span style="background:black;color:white;">Privacy</span>
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014704

COB_0640

**AR011272**

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Monday, September 27, 2021 3:17 PM PDT |
| **To:** | Patrick Johnson |
| **Subject:** | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |

Hi Patrick,
Hope your weekend was wonderous.  The applicant for this one is curious to know if they
adequately responded to your initial comments (i.e. ADA reqs).  Or if you require additional
time...?
Thanks for any update you may have!
**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd and
will be checking emails when time permits.  If you need immediate assistance please contact
Estelle Cope at (909) 838-1005  ecope@willdan.com

Thank you,
Patrick Johnson, P.E.

AR 014705

COB_0641

**AR011273**

| From: | Jagger Everett |
|---|---|
| Sent: | Monday, September 27, 2021 3:54 PM PDT |
| To: | Brandon Robinson |
| CC: | Jeff Potter; Alex Steele; Pam Steele; Gene Plum; Grant Kingdon; Sha Liu Mahoney; Blake Wells |
| Subject: | Banning Point Electrical Comments |
| Attachments: | DR 21-7008 2nd Submittal_Electric Comments.pdf |

Brandon,

Thank you for providing comments on our most recent DR submittal for the Banning Point project. Are you available during this week to discuss a few of the items in this response letter? We are intending to submit our 1st Civil CD package next week and want to make sure we are appropriately addressing any concerns. I am available any time tomorrow or Wednesday morning if that works for you.

Thank you



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** 602.769.6013

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

# CITY OF BANNING

Electric Utility



September 23, 2021

RE: DR 21-7008 2nd Submittal, TPM 21-4001 & ENV 21-1510      ZONE: Sun Lakes North Specific Plan

ADDRESS / APN: NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

APPLICANT: MIG Inc./Pamela Steele

PROJECT MANAGER:   Lisa Edwards

PROJECT DESCRIPTION:
Proposed Industrial warehouse building measuring 619,959 SF, which will include 10,000 SF of office space, and six (6) retail/restaurant buildings totaling 34,000 SF on 6.83 Acres.

CONDITIONS & COMMENTS:
Currently there are 4 spans of overhead electric power lines on the northern side of the proposed project site along Parcels 2 and 3. The developer will be responsible for the cost to place this line underground as well as the cost to extend the electric utility lines through the proposed project site. There is also underground infrastructure on the northwest end of the property along the northern and western borders of Parcel 2, and also on the northeast end of the property along the northern, eastern, and southern borders of Parcel 3. The developer will be responsible for protecting the infrastructure in place or relocating the facilities using an approved relocation plan.

All existing electrical infrastructure on the property will require a 10ft easement, as well as the appropriate equipment clearances as described in Banning Electric Utility standards SD600-05 & 72. The proposed location of the screen wall on the north area of the property will not provide the adequate clearance for the existing vaults along the north boundary. The location of trees/landscaping along the northern property boundary will be in direct conflict with the existing underground primary electric lines.

Please include a site utility plan that details the proposed location of service transformers and service switchgear/switchboards/electrical rooms etc.

The proposed Underground Storage System shown near the north property boundary on the Tentative Parcel Map will directly interfere with the existing overhead pole line. The UG conversion of this pole line must be routed around the storage system and adequate clearances must be maintained.

Below is a basic list of requirements needed to be accomplished for the undergrounding of electric infrastructure:
- The electric service will be a 12,470V Y primary feeder with a three-phase 277/480V pad-mounted transformer to be installed in a suitable area on the property for electric service.
- The point of connection (POC) for electric service shall be underground from utility infrastructure along the northern border of the property.

AR 014707

COB_0643

AR011275

- A pad-mounted switch will be required at the POC which shall be installed within the customer's property.
- The Utility will require a power quality meter to measure power quality at each service larger than 1000A.
- Any reference to the point of connection (POC) or any plans showing electric utility infrastructure other than the Banning Electric Utility plan shall not be used for job estimating or construction.
- Areas/Locations will be required for onsite electric distribution equipment such as the pad-mounted transformer, pad-mounted switchgear, vault & service equipment etc. The areas/locations must be sufficient for safe operation and maintenance of the electric equipment. The infrastructure installed shall be adequate to support safe delivery of power to this project.
- The developer will be responsible for dedicating an easement for areas of onsite electric utility infrastructure.
- The developer will be responsible for all costs of onsite/offsite electric utility infrastructure needed to supply power to this project.
- The developer is responsible for cost associated with any relocations of utility poles or supporting apparatus due to street improvements, grading or lot line adjustments that might be required.
- Please see the attached Electric Utility General Commercial Service Requirements. Please follow the attached Electric Utility General Commercial Service Requirements.
- Complete the attached Commercial New Service Requirements sheet and return it to the COB Electric Utility.

**Brandon Robinson**
**Electrical Engineering Supervisor**
**City of Banning - Electric Utility**
**951.922.3263 Office**

The City of Banning promotes and supports a high quality of life that ensures a safe and friendly environment, fosters new opportunities and provides responsive, fair treatment to all and is the pride of its citizens.

| | |
|---|---|
| **From:** | Brandon Robinson |
| **Sent:** | Monday, September 27, 2021 4:26 PM PDT |
| **To:** | Jagger Everett |
| **CC:** | Jeff Potter; alexs@migcom.com; John Gaglio; Pam Steele; Gene Plum; Grant Kingdon; Sha Liu Mahoney; Blake Wells; glennt@greggelectric.com |
| **Subject:** | Re: Banning Point Electrical Comments |

Hey Jagger,
The opening that I have is for Wednesday. Can you update the meeting invite? Thanks.

Sent from my iPhone

> On Sep 27, 2021, at 4:24 PM, Jagger Everett <jaggere@creationequity.com> wrote:

My apologies, looping in the Gregg Electric team as well.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** 602.769.6013

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Jagger Everett
**Sent:** Monday, September 27, 2021 3:55 PM
**To:** Brandon Robinson <brobinson@banningca.gov>
**Cc:** Jeff Potter <Jeff@thieneseng.com>; Alex Steele <alexs@migcom.com>; Pam Steele <pams@migcom.com>; Gene Plum <genep@lgedesignbuild.com>; Grant Kingdon <grantk@creationequity.com>; Sha Liu Mahoney <sha@hparchs.com>; Blake Wells <BlakeW@lgedesignbuild.com>
**Subject:** Banning Point Electrical Comments

Brandon,

AR 014709

COB_0645

**AR011277**

Thank you for providing comments on our most recent DR submittal for the Banning Point project. Are you available during this week to discuss a few of the items in this response letter? We are intending to submit our 1st Civil CD package next week and want to make sure we are appropriately addressing any concerns. I am available any time tomorrow or Wednesday morning if that works for you.

Thank you

AR 014710

COB_0646

**AR011278**

| | |
|---|---|
| **From:** | Brandon Robinson |
| **Sent:** | Monday, September 27, 2021 11:01 PM PDT |
| **To:** | 'Jagger Everett' |
| **Subject:** | Accepted: Banning Point - Electrical Line Discussion |

AR 014711

COB_0647

**AR011279**

| | |
|---|---|
| **From:** | ShareFile Notifications (No Reply) |
| **Sent:** | Monday, September 27, 2021 10:41 AM PDT |
| **To:** | jthompson@banningca.gov |
| **Subject:** | ShareFile Activity Notification |



Notification Summary

Below is a summary of upload and download activity on folders for which you've chosen to be notified.

Uploads

**18014001 - City of Banning Plan Check > 165 - SUN LAKES BLVD & SUN LAKES VILLAGE > TRAFFIC IMPACT ANALYSIS**

**Name:** Appdx C_VMT Memo UC 6-10-21.pdf
**Size:** 1.05 MB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Appdx B_Trip Gen Memo UC 6-10-21.pdf
**Size:** 628.83 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 VMT Analysis PC1 Memo (pk).pdf
**Size:** 211.26 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 VMT Analysis PC1 Memo (pk).docx
**Size:** 45.21 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).pdf
**Size:** 210.64 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name:** Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).docx
**Size:** 44.86 KB • **Created:** 9/27/21 1:41p

AR 014712

COB_1325

AR011280



**Creator:** S. Slaten

Download These Items

Downloads

There is no download activity to report.

Views

There is no view activity to report.

Dates are displayed in UTC -5

Click here to change how often ShareFile sends emails

Powered By Citrix ShareFile 2021

AR 014713

COB_1326

**AR011281**

| | |
|---|---|
| **From:** | ShareFile Notifications (No Reply) |
| **Sent:** | Monday, September 27, 2021 10:41 AM PDT |
| **To:** | ksin@banningca.gov |
| **Subject:** | ShareFile Activity Notification |



Notification Summary

Below is a summary of upload and download activity on folders for which you've chosen to be notified.

Uploads

**18014001 - City of Banning Plan Check > 165 - SUN LAKES BLVD & SUN LAKES VILLAGE > TRAFFIC IMPACT ANALYSIS**

**Name: Appdx C_VMT Memo UC 6-10-21.pdf**
**Size:** 1.05 MB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name: Appdx B_Trip Gen Memo UC 6-10-21.pdf**
**Size:** 628.83 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name: Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).pdf**
**Size:** 210.64 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name: Banning Point TPM38164 VMT Analysis PC1 Memo (pk).pdf**
**Size:** 211.26 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name: Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).docx**
**Size:** 44.86 KB • **Created:** 9/27/21 1:41p
**Creator:** S. Slaten

**Name: Banning Point TPM38164 VMT Analysis PC1 Memo (pk).docx**
**Size:** 45.21 KB • **Created:** 9/27/21 1:41p

**Creator:** S. Slaten



Download These Items

Downloads

There is no download activity to report.

Views

There is no view activity to report.

Dates are displayed in UTC -5

Click here to change how often ShareFile sends emails

Powered By Citrix ShareFile 2021

AR 014715

COB_1328

**AR011283**

| | |
|---|---|
| **From:** | Sandra Calderon |
| **Sent:** | Monday, September 27, 2021 12:32 PM PDT |
| **To:** | Kevin Sin; Lisa Edwards |
| **CC:** | Joshua Monzon |
| **Subject:** | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| **Attachments:** | image001.png, image002.jpg |

Received.

Thank you,
Sandra

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Monday, September 27, 2021 11:54 AM
**To:** Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Cc:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Lisa, Sandra,

Please find the 1st review comments of the subject TIA memos via the link below.

DOWNLOAD: 18014001/165 - SUN LAKES BLVD & SUN LAKES VILLAGE - TRAFFIC IMPACT ANALYSIS - PC1

Let me know if you have any questions.

Thank you,

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 2:06 PM
**To:** Kevin Sin <ksin@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Cc:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Ok.  Sounds good.  I have directed the applicant to coordinate with Engineering regarding fees.  They are not happy about having to pay more fees, but nobody does. 

They are also hopeful to get a quick turnaround as they would like to make the November Planning Commission meeting.  Thanks so much!

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:57 AM
**To:** Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Cc:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Lisa,

Yes, we can review the two traffic related memos but not the air quality memo.  If the applicant submitted these two traffic related memos and requested the City for review and approval then there's a plan check fee of $2,800 payable to the City of Banning is needed.

Thank you,

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Wednesday, September 15, 2021 10:43 AM
**To:** Kevin Sin <ksin@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>
**Cc:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Hi Kevin,

Is Engineering able to review the attached studies as well?

Thanks so much!

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Tuesday, September 14, 2021 4:59 PM
**To:** Sandra Calderon <scalderon@banningca.gov>
**Cc:** Lisa Edwards <ledwards@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Hi Sandra,

Please find the 2nd review comments of the subject development via the link below and also attached.

DOWNLOAD: 18014001/165 - SUN LAKES BLVD & SUN LAKES VILLAGE - PWQMP - PC2

DOWNLOAD: 18014001/165 - SUN LAKES BLVD & SUN LAKES VILLAGE - TENTATIVE PARCEL MAP - PC2

DOWNLOAD: 18014001/165 - SUN LAKES BLVD & SUN LAKES VILLAGE - CONCEPTUAL GRADING PLAN - PC2

Let me know if you have any questions.

Thank you,

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Tuesday, September 07, 2021 3:23 PM
**To:** Adam Rush <arush@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; James Wurtz <jwurtz@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Cc:** Arturo Vela <avela@banningca.gov>; Art Chacon <achacon@banningca.gov>; Debbie Shubin <dshubin@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Silvia Tapia <stapia@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Cherie

Johnson <cjohnson@banningca.gov>; Diana Serrano <dserrano@banningca.gov>; Victor Jasso <vjasso@banningca.gov>; Richard Soriano <rsoriano@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 2nd Submittal and provide your comments and/or conditions to the Planning Division by Tuesday, September 14, 2021.

Click on the link below to download documents:

**Privacy**

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

* Privacy

| From: | Jagger Everett |
|---|---|
| Sent: | Monday, September 27, 2021 4:18 PM PDT |
| To: | Jeff Potter; alexs@migcom.com; Pam Steele; Gene Plum; Grant Kingdon; Sha Liu Mahoney; Blake Wells; Brandon Robinson |
| Subject: | Banning Point - Electrical Line Discussion |

Creation is inviting you to a scheduled Zoom meeting.



One tap mobile
+12532158782,,96213403404#,,,, <span style="background:black;color:white">Privacy</span> US (Tacoma)
+13462487799,,96213403404#,,,, ███████ US (Houston)

Dial by your location
   +1 253 215 8782 US (Tacoma)
   +1 346 248 7799 US (Houston)
   +1 669 900 6833 US (San Jose)
   +1 301 715 8592 US (Washington DC)
   +1 312 626 6799 US (Chicago)
   +1 929 205 6099 US (New York)
   833 548 0276 US Toll-free
   833 548 0282 US Toll-free
   877 853 5257 US Toll-free
   888 475 4499 US Toll-free

**Privacy**

---

Microsoft Teams meeting
Join on your computer or mobile app
Click here to join the meeting
Or call in (audio only)
**Privacy** United States, Chicago

Find a local number | Reset PIN
Learn More | Meeting options

---

AR 014720

COB_1333

AR011288

| From: | Jagger Everett |
|---|---|
| Sent: | Monday, September 27, 2021 4:27 PM PDT |
| To: | Jeff Potter; alexs@migcom.com; Pam Steele; Gene Plum; Grant Kingdon; Sha Liu Mahoney; Blake Wells; Brandon Robinson |
| CC: | John Gaglio; Jeff Mensen |
| Subject: | Banning Point - Electrical Line Discussion |

Creation is inviting you to a scheduled Zoom meeting.



Privacy

One tap mobile
+12532158782,,96213403404#,,,, Privacy US (Tacoma)
+13462487799,,96213403404#,,,, US (Houston)

Dial by your location
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 669 900 6833 US (San Jose)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
    833 548 0276 US Toll-free
    833 548 0282 US Toll-free
    877 853 5257 US Toll-free
    888 475 4499 US Toll-free

Privacy

Microsoft Teams meeting
Join on your computer or mobile app
Click here to join the meeting
Or call in (audio only)
Privacy United States, Chicago

Learn More | Meeting options

| | |
|---|---|
| **From:** | Alex Steele |
| **Sent:** | Monday, September 27, 2021 9:49 AM PDT |
| **To:** | Lisa Edwards |
| **CC:** | Pam Steele; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |

Lisa,

Thank you, I forwarded these to the team. Have you heard anything from Building on their comments/conditions yet?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Fri, Sep 24, 2021 at 4:11 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Hi Alex/Pam,
Please see attached comments from BEU.  Also, Brandon noticed that the CEQA consistency doc references SCE where it should be BEU.
**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 21, 2021 10:24 AM
**To:** alexs@migcom.com <alexs@migcom.com>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Pam/Alex,
Just an update.
Art has given us a timeline of completion for VMT & TIA studies by end of next week.
 At this time, we are on track for the November 3, 2021 Planning Commission meeting to hear your project.
Let me know if you have any questions.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

AR 014722

COB_2033

**AR011290**

Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* [Privacy]
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?
Thank you,
**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* [Privacy]
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

    2021-08-05-Preliminary Hydrology Report.pdf

    18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.
**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs
for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me. Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone [Privacy] to reach me. Thanks!*

AR 014724

COB_2035
**AR011292**



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014725

COB_2036

**AR011293**

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Monday, September 27, 2021 3:20 PM PDT |
| **To:** | Pam Steele |
| **Cc:** | alexs@migcom.com; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |
| **Attachments:** | Appdx B_Trip Gen Memo UC 6-10-21.pdf, Appdx C_VMT Memo 6-10-21.pdf, Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).docx, Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).pdf, Banning Point TPM38164 VMT Analysis PC1 Memo (pk).docx, Banning Point TPM38164 VMT Analysis PC1 Memo (pk).pdf |

Hi Pam,

Please see attached 1st round TIA comments.

I also sent another nudge to B&S as our BO return from vacation last week and I'm sure he is catching up on quite a bit.

And I should be able to complete the EIR consistency review by this week.

Thanks again for your continued patience...

**From:** Pam Steele <pams@migcom.com>
**Sent:** Monday, September 27, 2021 2:50 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** alexs@migcom.com <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Touching base on your comment bullets 1 and 4 - Building comments (conditions?) and EIR Consistency doc. We received the BEU comments and, thank you for your review of the GHG/AQ study.

Also - do you (Planning) have any more comments on the Site Plan submittal?

Thanks for your help,

Pam

On Mon, Sep 20, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Hi Alex,

- Patrick (B&S) will return to the office 9/22 and is aware that we are eager for his sign off.  I assume he will just need to check ADA, etc. I don't foresee his items causing any delay in the hearing date.
- Brandon (BEU) mostly has COAs, but have sent him an email to confirm he has no further comments.
- I have reviewed the GHG/Air Quality study and am comfortable with the findings.
- I am still sifting through the 99-page EIR consistency doc.  I hope to complete my review in the next few days.

Again,  thanks for your patience and feel free to reach out if you need any other assistance.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* [Privacy]
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.
Still following up with B&S and BEU.  Thanks so much for your patience.
**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?
Thank you,
**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* [Privacy]
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:
Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

 2021-08-05-Preliminary Hydrology Report.pdf

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.
Also, see attached Site Plan redlines.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,
Can you give us an update on the review of the CEQA document? and the comments from the departments?
Our team would like to review the conditions of approval from the departments as well.
Thank you for your assistance,
Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,
Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for Banning Point. We are anxious to review and respond to any questions you might have.
Please let us know.
Thank you!
Pam

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* [Privacy] *to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* [Privacy] *to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014729

COB_2040

**AR011297**

| | |
|---|---|
| **From:** | Lisa Edwards <ledwards@banningca.gov> |
| **Sent:** | Monday, September 27, 2021 3:21 PM |
| **To:** | Pam Steele |
| **Cc:** | alexs@migcom.com; Adam Rush |
| **Subject:** | Re: Banning Point - CEQA review |
| **Attachments:** | Appdx B_Trip Gen Memo UC 6-10-21.pdf; Appdx C_VMT Memo UC 6-10-21.pdf; Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).docx; Banning Point TPM38164 Trip Gen Assessment PC1 Memo (pk).pdf; Banning Point TPM38164 VMT Analysis PC1 Memo (pk).docx; Banning Point TPM38164 VMT Analysis PC1 Memo (pk).pdf |

Hi Pam,

Please see attached 1st round TIA comments.

I also sent another nudge to B&S as our BO return from vacation last week and I'm sure he is catching up on quite a bit.

And I should be able to complete the EIR consistency review by this week.

Thanks again for your continued patience...

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Monday, September 27, 2021 2:50 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** alexs@migcom.com <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Touching base on your comment bullets 1 and 4 - Building comments (conditions?) and EIR Consistency doc. We received the BEU comments and, thank you for your review of the GHG/AQ study.

Also - do you (Planning) have any more comments on the Site Plan submittal?

Thanks for your help,

Pam

On Mon, Sep 20, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Hi Alex,

- Patrick (B&S) will return to the office 9/22 and is aware that we are eager for his sign off. I assume he will just need to check ADA, etc. I don't foresee his items causing any delay in the hearing date.
- Brandon (BEU) mostly has COAs, but have sent him an email to confirm he has no further comments.
- I have reviewed the GHG/Air Quality study and am comfortable with the findings.

AR 014730

AR011298

- I am still sifting through the 99-page EIR consistency doc. I hope to complete my review in the next few days.

Again, thanks for your patience and feel free to reach out if you need any other assistance.

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Any word from these outstanding departments?


**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram


On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:
See attached sign off from Fire.

Still following up with B&S and BEU. Thanks so much for your patience.

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*

AR 014731

AR011299



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

 2021-08-05-Preliminary Hydrology Report.pdf

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

 18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:
Lisa,

AR 014732

AR011300

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for  Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014733

**AR011301**

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014734

AR011302



REDLANDS | TEMECULA | PALM DESERT

## MEMORANDUM

**TO:**       Alex So, Urban Crossroads
             Kevin Sin, City of Banning

**FROM:**     Peter Kim, PE, TE, *ERSC/PMK*

**DATE:**     September 27, 2021

**SUBJECT:**  CITY OF BANNING – BANNING POINT (TPM 38164) – VEHICLE MILES
             TRAVELED (VMT) ANALYSIS - PC1 MEMO

We have completed the review for the above-referenced project and the following comments are the result of our review.

**General**
1. Please provide the approved SPA No. 5 traffic study as a reference.
2. Provide the latest project site plan as a reference.
3. Provide an engineer stamp and a signature on the study.

**VMT Analysis**
1. Page1, Background:  Reference City Guidelines Dated September 2021 on the report.
2. Page2, Project Screening:  List all screening criteria as listed in the City Guidelines Section 5.1.1. If any of screening type does not apply, indicate "NOT APPLICABLE" to each type.
3. Page 2, TPA Screening:  Remove "does" on the last sentence of the TPA Screening section.
4. Page 3, Local Serving Retail Screening:  Indicate the proposed project retail square feet on the report.
5. Page 3, Project Trip Screening:  Indicate the project generated daily vehicle trips on the report.
6. Page 4, Project VMT Assessment, Table 1:  Indicate "619,959 sf" in the table.
7. Page 4, Project VMT Calculation, Table 2:  Provide a detail calculation and backup data showing how 8582 VMT is arrived.

Contact me at peterkimpmk@gmail.com or (949) 466-3126 for any questions.



REDLANDS | TEMECULA | PALM DESERT

# MEMORANDUM

**TO:**      Alex So, Urban Crossroads
             Kevin Sin, City of Banning

**FROM:**    Peter Kim, PE, TE, *ERSC/PMK*

**DATE:**    September 27, 2021

**SUBJECT:** CITY OF BANNING – BANNING POINT (TPM 38164) – VEHICLE MILES TRAVELED (VMT) ANALYSIS - PC1 MEMO

We have completed the review for the above-referenced project and the following comments are the result of our review.

### General
1. Please provide the approved SPA No. 5 traffic study as a reference.
2. Provide the latest project site plan as a reference.
3. Provide an engineer stamp and a signature on the study.

### VMT Analysis
1. Page1, Background:  Reference City Guidelines Dated September 2021 on the report.
2. Page2, Project Screening:  List all screening criteria as listed in the City Guidelines Section 5.1.1. If any of screening type does not apply, indicate "NOT APPLICABLE" to each type.
3. Page 2, TPA Screening:  Remove "does" on the last sentence of the TPA Screening section.
4. Page 3, Local Serving Retail Screening:  Indicate the proposed project retail square feet on the report.
5. Page 3, Project Trip Screening:  Indicate the project generated daily vehicle trips on the report.
6. Page 4, Project VMT Assessment, Table 1:  Indicate "619,959 sf" in the table.
7. Page 4, Project VMT Calculation, Table 2:  Provide a detail calculation and backup data showing how 8582 VMT is arrived.

Contact me at peterkimpmk@gmail.com or (949) 466-3126 for any questions.

**AR011304**



REDLANDS | TEMECULA | PALM DESERT

# MEMORANDUM

**TO:**     Charlene So, Urban Crossroads
            Kevin Sin, City of Banning

**FROM:**   Peter Kim, PE, TE, *ERSC/PMK*

**DATE:**   September 27, 2021

**SUBJECT:  CITY OF BANNING – BANNING POINT (TPM 38164) – TRIP GENERATION ASSESSMENT - PC1 MEMO**

We have completed the review for the above-referenced project and the following comments are the result of our review.

**General**
1. Please provide the approved SPA No. 5 traffic study as a reference.
2. Provide the latest project site plan as a reference.
3. Provide an engineer stamp and a signature on the study.

**Page 3**
1. Project Access:  Provide peak hour traffic volumes and lane configurations at each project driveway for both SPA No. 5 traffic study and for the proposed project conditions.  Also, identify the proposed traffic control at each project driveway intersection.

**Exhibit 1:  Preliminary Site Plan**
1. It appears the westerly driveway on Sun Lake Blvd does not align with the existing Country Club Drive and should be realigned.
2. The easterly driveway on Sun Lake Blvd is too close to the existing adjacent driveway and should be relocated at least 100' westerly direction.  Since the existing adjacent driveway has a full access, the project traffic will utilize this opening to enter and exit from the project easterly driveway.

Contact me at peterkimpmk@gmail.com or (949) 466-3126 for any questions.

AR014737

AR011305



REDLANDS | TEMECULA | PALM DESERT

# MEMORANDUM

**TO:**        Charlene So, Urban Crossroads
Kevin Sin, City of Banning

**FROM:**    Peter Kim, PE, TE, *ERSC/PMK*

**DATE:**     September 27, 2021

**SUBJECT:**  **CITY OF BANNING – BANNING POINT (TPM 38164) – TRIP GENERATION ASSESSMENT - PC1 MEMO**

We have completed the review for the above-referenced project and the following comments are the result of our review.

**General**
1. Please provide the approved SPA No. 5 traffic study as a reference.
2. Provide the latest project site plan as a reference.
3. Provide an engineer stamp and a signature on the study.

**Page 3**
1. Project Access: Provide peak hour traffic volumes and lane configurations at each project driveway for both SPA No. 5 traffic study and for the proposed project conditions. Also, identify the proposed traffic control at each project driveway intersection.

**Exhibit 1: Preliminary Site Plan**
1. It appears the westerly driveway on Sun Lake Blvd does not align with the existing Country Club Drive and should be realigned.
2. The easterly driveway on Sun Lake Blvd is too close to the existing adjacent driveway and should be relocated at least 100' westerly direction. Since the existing adjacent driveway has a full access, the project traffic will utilize this opening to enter and exit from the project easterly driveway.

Contact me at peterkimpmk@gmail.com or (949) 466-3126 for any questions.

AR014738

AR011306



June 10, 2021

Mr. Adam Rush
City of Banning Public Works
99 E. Ramsey Street
Banning, CA 92220

**SUBJECT:**    **BANNING POINT (TPM 38164) TRIP GENERATION ASSESSMENT**

Dear Mr. Adam Rush:

Urban Crossroads, Inc. is pleased to provide the following Trip Generation Assessment for Banning Point development (Project) which is located on the northeast corner of Sun Lake Village Drive and Sun Lake Boulevard in the City of Banning (see Exhibit 1 for preliminary site plan).  The purpose of this trip generation evaluation is to determine whether additional traffic operations analysis is needed based on a comparison of the proposed Project trip generation and that evaluated for the currently approved project as evaluated in the Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis (dated September 4, 2020, referred to as **SPA No. 5 Traffic Study**).

## CURRENTLY APPROVED TRIP GENERATION

The SPA No. 5 Traffic Study evaluated the development of 877,298 square feet of industrial park use and 37,189 square feet of commercial retail use within the area bounded by the proposed Project.  There was also 52,065 square feet of medical office use evaluated in the SPA No. 5 Traffic Study, however, this portion of the Specific Plan lies outside of the proposed Project boundary. As such, only the industrial park and commercial retail uses have been contemplated for the purposes of this trip generation assessment.  The trip generation summary for the currently approved Project uses is shown on Table 1. As shown on Table 1, the currently approved uses were anticipated to generate 3,844 two-way trips per day, with 375 trips during the AM peak hour and 445 trips during the PM peak hour.  In passenger car equivalents (PCE), the currently approved uses were anticipated to generate 4,530 two-way PCE trips per day with 440 AM PCE peak hour trips and 498 PM PCE peak hour trips.

**AR011307**

Mr. Adam Rush
City of Banning Public Works
June 10, 2021
Page 2 of 7

**TABLE 1: CURRENTLY APPROVED TRIP GENERATION SUMMARY**

| Land Use | Quantity | Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| **Trip Generation Summary (Actual Vehicles):** | | | | | | | | | |
| Industrial Park | 877.298 | TSF | | | | | | | |
|   Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
|     2-axle Trucks: | | | 6 | 1 | 7 | 1 | 5 | 6 | 74 |
|     3-axle Trucks: | | | 7 | 2 | 9 | 2 | 6 | 8 | 92 |
|     4+-axle Trucks: | | | 21 | 5 | 26 | 5 | 17 | 22 | 278 |
|   Total Trucks: | | | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| **Industrial Park Subtotal** | | | **284** | **67** | **351** | **74** | **278** | **352** | **2,958** |
| | | | | | | | | | |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
|   Internal Capture | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
|   Pass-By (34% PM/Daily) | | | 0 | 0 | 0 | -21 | -21 | -43 | -458 |
| **Retail Subtotal** | | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| **Total Trips (Actual Vehicles)[2]** | | | **299** | **76** | **375** | **116** | **329** | **445** | **3,844** |
| **Trip Generation Summary (PCE):** | | | | | | | | | |
| Industrial Park | 877.298 | TSF | | | | | | | |
|   Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
|     2-axle Trucks: | | | 9 | 2 | 11 | 2 | 7 | 9 | 112 |
|     3-axle Trucks: | | | 14 | 3 | 17 | 3 | 11 | 14 | 184 |
|     4+-axle Trucks: | | | 64 | 15 | 79 | 14 | 52 | 66 | 834 |
|   Total Trucks (PCE): | | | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| **Industrial Park Subtotal** | | | **337** | **79** | **416** | **85** | **320** | **405** | **3,644** |
| | | | | | | | | | |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
|   Internal Capture | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
|   Pass-By (34% PM/Daily) | | | 0 | 0 | 0 | -21 | -21 | -42 | -458 |
| **Retail Subtotal** | | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| **Total Trips (PCE)[2]** | | | **352** | **88** | **440** | **127** | **371** | **498** | **4,530** |

Source: Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis (dated September 4, 2020).

[1] TSF = thousand square feet

[2] Total Trips = Passenger Cars + Truck Trips.

## PROPOSED PROJECT TRIP GENERATION

The Project is proposed to consist of 464,969 square feet of high-cube fulfillment center warehouse use (75% of the industrial use), 154,990 square feet of high-cube cold storage warehouse use (25% of the industrial use), 16,200 square feet of fast-food restaurant without drive-through window use, 1,600 square feet of coffee-donut shop with drive-through window use, and 16,200 square feet of shopping center use.  Consistent with the SPA No. 5 Traffic Study, the industrial uses are proposed on the northern end of the site with the commercial retail uses fronting Sun Lakes Boulevard to the south.  The proposed

Mr. Adam Rush
City of Banning Public Works
June 10, 2021
Page 3 of 7

access to the site is also consistent with the SPA No. 5 Traffic Study, with access points proposed along Sun Lakes Village Drive and two driveways along Sun Lakes Boulevard to the east.  The westerly driveway on Sun Lakes Boulevard into the commercial retail area is proposed to have full access, aligning with the existing Country Club Drive and the easterly driveway on Sun Lakes Boulevard will be restricted to right-in/right-out access only (to be controlled by the existing raised median).

Trip generation for the proposed Project land uses is based upon information collected by the Institute of Transportation Engineers (ITE) as provided in their <u>Trip Generation Manual</u> (10th Edition, 2017), the ITE <u>Trip Generation Handbook</u> (3rd Edition, 2017), the South Coast Air Quality Management District (SCAQMD) <u>Warehouse Truck Trip Generation Data Results and Usage</u> (2014), and the <u>High-Cube Warehouse Trip Generation Study</u> (WSP, January 29, 2019).  The trip generation rates for the proposed Project are provided on Table 2.

**TABLE 2: TRIP GENERATION RATES**

| Land Use[1] | Units[2] | ITE LU Code | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| **Actual Vehicle Trip Generation Rates:** | | | | | | | | | |
| High-Cube Fulfillment Center Warehouse[3] | TSF | -- | 0.094 | 0.028 | 0.122 | 0.046 | 0.119 | 0.165 | 2.129 |
| Passenger Cars | | | 0.079 | 0.024 | 0.103 | 0.040 | 0.104 | 0.144 | 1.750 |
| 2-4 Axle Trucks | | | 0.006 | 0.002 | 0.008 | 0.003 | 0.008 | 0.011 | 0.162 |
| 5+-Axle Trucks | | | 0.008 | 0.003 | 0.011 | 0.003 | 0.007 | 0.010 | 0.217 |
| High-Cube Cold Storage Warehouse[4] | TSF | 157 | 0.085 | 0.025 | 0.110 | 0.032 | 0.088 | 0.120 | 2.120 |
| Passenger Cars | | | 0.062 | 0.018 | 0.080 | 0.025 | 0.067 | 0.092 | 1.378 |
| 2-Axle Trucks | | | 0.008 | 0.002 | 0.010 | 0.003 | 0.007 | 0.010 | 0.257 |
| 3-Axle Trucks | | | 0.003 | 0.001 | 0.003 | 0.001 | 0.002 | 0.003 | 0.082 |
| 4+-Axle Trucks | | | 0.012 | 0.004 | 0.016 | 0.004 | 0.011 | 0.015 | 0.403 |
| Fast Food without Drive Thru | TSF | 933 | 15.060 | 10.040 | 25.100 | 14.170 | 14.170 | 28.340 | 346.230 |
| Coffee/Donut Shop with Drive Thru | TSF | 937 | 45.385 | 43.605 | 88.990 | 21.690 | 21.690 | 43.380 | 820.380 |
| Shopping Center | TSF | 820 | 0.583 | 0.357 | 0.940 | 1.829 | 1.981 | 3.810 | 37.750 |
| **Passenger Car Equivalent (PCE) Trip Generation Rates:** | | | | | | | | | |
| High-Cube Fulfillment Center Warehouse[3] | TSF | -- | 0.094 | 0.028 | 0.122 | 0.046 | 0.119 | 0.165 | 2.129 |
| Passenger Cars | | | 0.079 | 0.024 | 0.103 | 0.040 | 0.104 | 0.144 | 1.750 |
| 2-4 Axle Trucks (PCE = 2.0) | | | 0.012 | 0.004 | 0.016 | 0.006 | 0.016 | 0.022 | 0.324 |
| 5+-Axle Trucks (PCE = 3.0) | | | 0.025 | 0.008 | 0.033 | 0.008 | 0.022 | 0.030 | 0.651 |
| High-Cube Cold Storage Warehouse[4] | TSF | 157 | 0.085 | 0.025 | 0.110 | 0.032 | 0.088 | 0.120 | 2.120 |
| Passenger Cars | | | 0.062 | 0.018 | 0.080 | 0.025 | 0.067 | 0.092 | 1.378 |
| 2-Axle Trucks (PCE = 1.5) | | | 0.012 | 0.004 | 0.015 | 0.004 | 0.010 | 0.014 | 0.386 |
| 3-Axle Trucks (PCE = 2.0) | | | 0.005 | 0.002 | 0.007 | 0.002 | 0.004 | 0.006 | 0.163 |
| 4+-Axle Trucks (PCE = 3.0) | | | 0.037 | 0.011 | 0.048 | 0.012 | 0.033 | 0.045 | 1.209 |

[1]  Trip Generation Source:  Institute of Transportation Engineers (ITE), <u>Trip Generation Manual</u>, Tenth Edition (2017).

[2]  TSF = thousand square feet

[3]  Vehicle Mix Source: <u>High Cube Warehouse Trip Generation Study</u>, WSP, January 29, 2019.
   Inbound and outbound split source: <u>High Cube Warehouse Vehicle Trip Generation Analysis</u>, October 2016, ITE.

[4]  Vehicle Mix Source: ITE <u>Trip Generation Handbook Supplement</u> (2020), Appendix C.
   Truck Mix Source:  South Coast Air Quality Management District (SCAQMD) <u>Warehouse Truck Trip Study Data Results and Usage</u> (2014).
   Normalized % - With Cold Storage: 34.7% 2-Axle trucks, 11.0% 3-Axle trucks, 54.3% 4-Axle trucks.



AR014741

**AR011309**

Mr. Adam Rush
City of Banning Public Works
June 10, 2021
Page 4 of 7

As shown on Table 3, the proposed Project is anticipated to generate 4,238 two-way trips per day, with 317 trips generated during the AM peak hour and 337 trips generated during the PM peak hour (in actual vehicles).

**TABLE 3: PROPOSED PROJECT TRIP GENERATION SUMMARY (ACTUAL VEHICLES)**

| Land Use | Quantity[2] Units[1] | AM Peak Hour In | Out | Total | PM Peak Hour In | Out | Total | Daily |
|---|---|---|---|---|---|---|---|---|
| Fulfillment Center Warehouse (75%) | 464.969 TSF | | | | | | | |
| Passenger Cars: | | 37 | 11 | 48 | 19 | 48 | 67 | 814 |
| Internal Capture[2] | | -7 | -10 | -17 | -6 | -3 | -9 | -54 |
| Total Passenger Car: | | 30 | 1 | 31 | 13 | 45 | 58 | 760 |
| 2-4 axle Trucks: | | 3 | 1 | 4 | 1 | 4 | 5 | 76 |
| 5+-axle Trucks: | | 4 | 1 | 5 | 1 | 3 | 4 | 102 |
| Total Truck: | | 7 | 2 | 9 | 2 | 7 | 9 | 178 |
| **Fulfillment Center Warehouse (Actual Vehicles)** | | **37** | **3** | **40** | **15** | **52** | **67** | **938** |
| High-Cube Cold Storage Warehouse (25%) | 154.990 TSF | | | | | | | |
| Passenger Cars: | | 10 | 3 | 13 | 4 | 10 | 14 | 214 |
| Internal Capture[2] | | -2 | -2 | -4 | -2 | -1 | -2 | -18 |
| Total Passenger Car: | | 8 | 1 | 9 | 2 | 9 | 12 | 196 |
| 2-axle Trucks: | | 1 | 0 | 1 | 0 | 1 | 1 | 40 |
| 3-axle Trucks: | | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| 4+-axle Trucks: | | 2 | 1 | 3 | 1 | 2 | 3 | 62 |
| Total Truck: | | 3 | 1 | 4 | 1 | 3 | 4 | 116 |
| **High-Cube Cold Storage Warehouse (Actual Vehicles)** | | **11** | **2** | **13** | **3** | **12** | **16** | **312** |
| Industrial Total Passenger Cars | | 38 | 2 | 40 | 15 | 54 | 70 | 956 |
| Industrial Total Trucks (Actual Vehicles) | | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Industrial Total (Actual Vehicles)** | | **48** | **5** | **53** | **18** | **64** | **83** | **1,250** |
| Fast Food without Drive Thru | 16.200 TSF | 244 | 163 | 407 | 230 | 230 | 459 | 5,610 |
| Internal Capture[2] | | -8 | -6 | -15 | -9 | -18 | -27 | -436 |
| Pass-By (49% AM; 50% PM/Daily)[3] | | -77 | -77 | -153 | -106 | -106 | -212 | -2,588 |
| Coffee/Donut Shop with Drive Thru | 1.600 TSF | 73 | 70 | 142 | 35 | 35 | 69 | 1,314 |
| Internal Capture[2] | | -2 | -2 | -3 | -2 | -4 | -6 | -160 |
| Pass-By (89% AM/PM/Daily)[3] | | -61 | -61 | -121 | -27 | -27 | -54 | -1,028 |
| **Restaurant Total:** | | **169** | **87** | **256** | **120** | **109** | **230** | **2,712** |
| Shopping Center | 16.200 TSF | 9 | 6 | 15 | 30 | 32 | 62 | 612 |
| Internal Capture[2] | | -4 | -3 | -7 | -17 | -10 | -27 | -192 |
| Pass-By (34% PM/Daily)[3] | | 0 | 0 | 0 | -4 | -4 | -9 | -144 |
| **Retail Total:** | | **5** | **3** | **8** | **8** | **18** | **26** | **276** |
| **Commercial Total** | | **175** | **90** | **264** | **129** | **127** | **256** | **2,988** |
| Project Total Passenger Cars | | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Project Total Trucks (Actual Vehicles) | | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Project Total (Actual Vehicles)** | | **223** | **95** | **317** | **147** | **191** | **337** | **4,238** |

[1] TSF = thousand square feet

[2] Internal capture calculated from NCHRP 684 Internal Trip Capture Estimation Tool.

[3] Source: ITE *Trip Generation Handbook*, 3rd Edition, 2017.



AR014742

**AR011310**

Mr. Adam Rush
City of Banning Public Works
June 10, 2021
Page 5 of 7

As shown on Table 4, the proposed Project is anticipated to generate 4,674 two-way PCE trips per day, with 340 AM PCE peak hour trips and 359 PM PCE peak hour trips.

**TABLE 4: PROPOSED PROJECT TRIP GENERATION SUMMARY (PCE)**

| Land Use | Quantity[2] | Units[1] | AM Peak Hour In | AM Peak Hour Out | AM Peak Hour Total | PM Peak Hour In | PM Peak Hour Out | PM Peak Hour Total | Daily |
|---|---|---|---|---|---|---|---|---|---|
| Fulfillment Center Warehouse (75%) | 464.969 | TSF | | | | | | | |
| Passenger Cars: | | | 37 | 11 | 48 | 19 | 48 | 67 | 814 |
| Internal Capture[2] | | | -7 | -10 | -17 | -6 | -3 | -9 | -54 |
| Total Passenger Car: | | | 30 | 1 | 31 | 13 | 45 | 58 | 760 |
| 2-4 axle Trucks: | | | 6 | 2 | 8 | 3 | 7 | 10 | 152 |
| 5+-axle Trucks: | | | 12 | 4 | 16 | 4 | 10 | 14 | 304 |
| Total Truck: | | | 18 | 6 | 24 | 7 | 17 | 24 | 456 |
| **Fulfillment Center Warehouse (PCE)** | | | **48** | **7** | **55** | **20** | **62** | **82** | **1,216** |
| High-Cube Cold Storage Warehouse (25%) | 154.990 | TSF | | | | | | | |
| Passenger Cars: | | | 10 | 3 | 13 | 4 | 10 | 14 | 214 |
| Internal Capture[2] | | | -2 | -2 | -4 | -2 | -1 | -2 | -18 |
| Total Passenger Car: | | | 8 | 1 | 9 | 2 | 9 | 12 | 196 |
| 2-axle Trucks: | | | 2 | 1 | 3 | 1 | 2 | 3 | 60 |
| 3-axle Trucks: | | | 1 | 0 | 1 | 0 | 1 | 1 | 26 |
| 4+-axle Trucks: | | | 6 | 2 | 8 | 2 | 5 | 7 | 188 |
| Total Truck: | | | 9 | 3 | 12 | 3 | 8 | 11 | 274 |
| **High-Cube Cold Storage Warehouse (PCE)** | | | **17** | **4** | **21** | **5** | **17** | **23** | **470** |
| Industrial Total Passenger Cars | | | 38 | 2 | 40 | 15 | 54 | 70 | 956 |
| Industrial Total Trucks (PCE) | | | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Industrial Total (PCE)** | | | **65** | **11** | **76** | **25** | **79** | **105** | **1,686** |
| Fast Food without Drive Thru | 16.200 | TSF | 244 | 163 | 407 | 230 | 230 | 459 | 5,610 |
| Internal Capture[2] | | | -8 | -6 | -15 | -9 | -18 | -27 | -436 |
| Pass-By (49% AM; 50% PM/Daily)[3] | | | -77 | -77 | -153 | -106 | -106 | -212 | -2,588 |
| Coffee/Donut Shop with Drive Thru | 1.600 | TSF | 73 | 70 | 142 | 35 | 35 | 69 | 1,314 |
| Internal Capture[2] | | | -2 | -2 | -3 | -2 | -4 | -6 | -160 |
| Pass-By (89% AM/PM/Daily)[3] | | | -61 | -61 | -121 | -27 | -27 | -54 | -1,028 |
| **Restaurant Total:** | | | **169** | **87** | **256** | **120** | **109** | **230** | **2,712** |
| Shopping Center | 16.200 | TSF | 9 | 6 | 15 | 30 | 32 | 62 | 612 |
| Internal Capture[2] | | | -4 | -3 | -7 | -17 | -10 | -27 | -192 |
| Pass-By (34% PM/Daily)[3] | | | 0 | 0 | 0 | -4 | -4 | -9 | -144 |
| **Retail Total:** | | | **5** | **3** | **8** | **8** | **18** | **26** | **276** |
| **Commercial Total** | | | **175** | **90** | **264** | **129** | **127** | **256** | **2,988** |
| Project Total Passenger Cars | | | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Project Total Trucks (Actual Vehicles) | | | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Project Total (PCE)** | | | **240** | **101** | **340** | **154** | **206** | **359** | **4,674** |

[1] TSF = thousand square feet
[2] Internal capture calculated from NCHRP 684 Internal Trip Capture Estimation Tool.
[3] Source: ITE Trip Generation Handbook, 3rd Edition, 2017.



AR 014743

**AR011311**

Mr. Adam Rush
City of Banning Public Works
June 10, 2021
Page 6 of 7

## TRIP GENERATION COMPARISON

As shown in Table 5, the development of the proposed Project is anticipated to generate 144 more two-way PCE trips per day with 100 fewer AM PCE peak hour trips and 139 fewer PM PCE peak hour trips as compared to the currently approved uses.  The trip generation comparison has been performed for the PCE trips only as the peak hour intersection operations analysis conducted in the SPA No. 5 Traffic Study was based on PCE.

**TABLE 5: TRIP GENERATION COMPARISON**

| Land Use | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|
| | In | Out | Total | In | Out | Total | |
| **Actual Vehicles:** | | | | | | | |
| **Previously Approved Project** | | | | | | | |
| Passenger Cars: | 265 | 68 | 333 | 108 | 301 | 409 | 3,400 |
| Total Truck Trips: | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| **Previously Approved Project Total** | **299** | **76** | **375** | **116** | **329** | **445** | **3,844** |
| **Proposed Project** | | | | | | | |
| Passenger Cars: | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Total Truck Trips: | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Proposed Project Total** | **223** | **95** | **317** | **147** | **191** | **337** | **4,238** |
| **Comparison** | | | | | | | |
| Passenger Cars: | -52 | 24 | -29 | 36 | -120 | -85 | 544 |
| Total Truck Trips: | -24 | -5 | -29 | -5 | -18 | -23 | -150 |
| **Comparison Total** | **-76** | **19** | **-58** | **31** | **-138** | **-108** | **394** |
| **Passenger Car Equivalent (PCE):** | | | | | | | |
| **Previously Approved Project** | | | | | | | |
| Passenger Cars: | 265 | 68 | 333 | 108 | 301 | 409 | 3,400 |
| Total Truck Trips: | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| **Previously Approved Project Total** | **352** | **88** | **440** | **127** | **371** | **498** | **4,530** |
| **Proposed Project** | | | | | | | |
| Passenger Cars: | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Total Truck Trips: | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Proposed Project Total** | **240** | **101** | **340** | **154** | **206** | **359** | **4,674** |
| **Comparison** | | | | | | | |
| Passenger Cars: | -52 | 24 | -29 | 36 | -120 | -85 | 544 |
| Total Truck Trips: | -60 | -11 | -71 | -9 | -45 | -54 | -400 |
| **Comparison Total** | **-112** | **13** | **-100** | **27** | **-165** | **-139** | **144** |

Mr. Adam Rush
City of Banning Public Works
June 10, 2021
Page 7 of 7

**CONCLUSION**

The City's guidelines identify traffic operations analysis should be required if the proposed project meets the following criteria:

- When either the AM or PM peak hour trip generation on a weekday or weekend is expected to exceed 50 net new vehicles trips from the proposed development.

Although the daily trip generation shows a net increase, the peak hour operations analysis is based on the AM and PM peak hours.  Since the trip generation comparison shows the proposed Project is anticipated to generate fewer trips during the peak hours as compared to the currently approved uses, additional traffic operations analysis is not required for this Project based on the City's Guidelines.

If you have any questions, please contact me directly at (949) 861-0177.

Respectfully submitted,

URBAN CROSSROADS, INC.

Charlene So, PE
Associate Principal

---

*13841-02 TG Letter*

URBAN
CROSSROADS

AR 014745

**AR011313**

**EXHIBIT 1: PRELIMINARY SITE PLAN**





June 10, 2021

Ms. Pam Steele
MIG
1650 Spruce Street, Suite 102
Riverside, California 92507

SUBJECT: BANNING POINT VEHICLE MILES TRAVELED (VMT) ANALYSIS

Dear Ms. Pam Steele:

The following vehicle miles traveled (VMT) analysis has been prepared for the proposed Banning Point (**Project**) in the City of Banning.

## PROJECT OVERVIEW

The Project is proposed to consist of 464,969 square feet of high-cube fulfillment center warehouse use (75% of the industrial use), 154,990 square feet of high-cube cold storage warehouse use (25% of the industrial use), 16,200 square feet of fast-food restaurant without drive-through window use, 1,600 square feet of coffee-donut shop with drive-through window use, and 16,200 square feet of shopping center use. The Project as proposed appears consistent with the industrial and commercial components of the approved Sun Lakes Village North Specific Plan Amendment No. 5 (**SPA No.5**).

## BACKGROUND

Changes to California Environmental Quality Act (CEQA) Guidelines were adopted in December 2018, which require all lead agencies to adopt VMT as a replacement for automobile delay-based level of service (LOS) as the new measure for identifying transportation impacts for land use projects. This statewide mandate went into effect July 1, 2020. To aid in this transition, the Governor's Office of Planning and Research (OPR) released a Technical Advisory on Evaluating Transportation Impacts in CEQA (December of 2018) (**Technical Advisory**). (2) Based on OPR's Technical Advisory, the City of Banning has developed their own Traffic Impact Analysis Guidelines for Local Transportation Analysis and Vehicle Miles Traveled Analysis (**City Guidelines**), which is currently in draft form and pending final City Council adoption. (3) The draft City Guidelines have been utilized to prepare this VMT analysis, which is consistent with City direction.

## PROJECT SCREENING

The City's Guidelines provides details on appropriate "screening thresholds" that can be used to identify when a proposed land development project is anticipated to result in a less than significant impact

Ms. Pam Steele
MIG
June 10, 2021
Page 2 of 7

without conducting a more detailed analysis. The applicable screening thresholds to the Project are broken into the following types:

- Transit Priority Area (TPA) Screening
- Map Based Screening based on Low VMT Area
- Local-Serving Retail Screening
- Project Type Screening

A land development project need only to meet one of the above screening thresholds to result in a less than significant impact.

For the purposes of this analysis, the initial VMT screening process where applicable has been conducted using the WRCOG VMT Screening Tool (**Screening Tool**), which uses screening criteria consistent with the screening thresholds recommended in the City's Guidelines.

## TPA Screening

Consistent with guidance identified in the Technical Advisory and City Guidelines, projects located within a Transit Priority Area (TPA) (i.e., within ½ mile of an existing "major transit stop"[1] or an existing stop along a "high-quality transit corridor"[2]) may be presumed to have a less than significant impact absent substantial evidence to the contrary.

However, the presumption may not be appropriate if a project:

- Has a Floor Area Ratio (FAR) of less than 0.75;
- Includes more parking for use by residents, customers, or employees of the project than required by the jurisdiction (if the jurisdiction requires the project to supply parking);
- Is inconsistent with the applicable Sustainable Communities Strategy (as determined by the lead agency, with input from the Metropolitan Planning Organization); or
- Replaces affordable residential units with a smaller number of moderate- or high-income residential units.

Based on the Screening Tool results presented in Attachment B, the Project site does is not located within ½ mile of an existing major transit stop, or along a high-quality transit corridor.

**The TPA screening threshold is not met.**

---

[1] Pub. Resources Code, § 21064.3 ("'Major transit stop' means a site containing an existing rail transit station, a ferry terminal served by either a bus or rail transit service, or the intersection of two or more major bus routes with a frequency of service interval of 15 minutes or less during the morning and afternoon peak commute periods.").

[2] Pub. Resources Code, § 21155 ("For purposes of this section, a high-quality transit corridor means a corridor with fixed route bus service with service intervals no longer than 15 minutes during peak commute hours.").



Ms. Pam Steele
MIG
June 10, 2021
Page 3 of 7

## LOW VMT AREA SCREENING

The City Guidelines state that, "proposed residential, office, industrial, or mixed-use projects, which are located within the low VMT zones identified after applying appropriate VMT analysis thresholds (provided later in this chapter) in the screening tool, and which do not require a GPA or COZ would be deemed to have less than significant impact." The Screening Tool uses the sub-regional Riverside County Transportation Analysis Model (RIVTAM) to measure VMT performance within individual traffic analysis zones (TAZ's) within the WRCOG region. The Project's physical location based on parcel number was selected within the Screening Tool to determine the relevant TAZ's VMT as compared to the jurisdictional average (see Attachment B). The Project boundary is located in TAZ 4344 and would appear to be within a low VMT generating TAZ based on daily home-based work (HBW) VMT per worker. Based on a review of the land use information contained within TAZ 4344 for the RIVTAM base year (2012) model, the zone includes very low levels of employment and low amounts of population and household data. The proposed Project would significantly increase the quantity and type of employment uses in the zone and would therefore not be entirely consistent with the underlying land use assumptions.

**The Low VMT Area screening threshold is not met.**

## LOCAL SERVING RETAIL SCREENING

The City Guidelines identifies that local serving retail projects less than 50,000 square feet may be presumed to have a less than significant impact absent substantial evidence to the contrary. In addition to local serving retail, other types of local serving uses such as day care centers, non-destination hotels, affordable housing, places of worship, municipal services and other local serving uses may also be presumed to have a less than significant impact as local serving in nature and would tend to shorten vehicle trips. The retail uses within the proposed Project does not exceed the 50,000 square feet.

**The Project Type screening threshold is met for the Project's retail component only.**

## PROJECT TRIP SCREENING

The City's Guidelines identifies that projects generating fewer than 500 daily vehicle trips (for projects requiring a GPA and fewer than 1,000 daily vehicle trips (for projects not requiring a GPA) are anticipated to meet the City's Project Trip Screening threshold and result in a less than significant impact. Based on the Project's forecasted trip generation (see Attachment A) would generate more than 1,000 daily vehicle trips.

**The Project Trip screening threshold is not met.**

The Project's retail component is anticipated to have a less than significant impact. Since none of the applicable land development screening criteria were met for the Project's industrial component, a project level VMT analysis should be prepared for the Project's industrial component only.



Ms. Pam Steele
MIG
June 10, 2021
Page 4 of 7

## PROJECT VMT ASSESSMENT

The Riverside Transportation Analysis Model (RIVTAM) is a useful tool to estimate VMT as it considers interaction between different land uses based on socio-economic data such as population, households and employment. The City Guidelines identifies that until RIVCOM is released by WRCOG, RIVTAM is the appropriate tool for conducting VMT analysis for land use projects in the City.

Project VMT has been calculated using the most current version of RIVTAM. Adjustments in socio-economic data (SED) (i.e., Project employment) was made to a separate TAZ within the RIVTAM model to reflect the Project's proposed employment uses (i.e., industrial uses). A separate TAZ is used to isolate the Project's VMT.

Table 1 summarizes the employment estimates for the Project. It should be noted that the employment estimates are consistent with the land use to employment generation factors from the Riverside County General Plan. (4)

### TABLE 1: EMPLOYMENT ESTIMATES

| Land Use | Building Area | Building Area per Employee | Estimated Employees[3] |
|---|---|---|---|
| Industrial | 619,959 | 1,030 sf | 602 |

Adjustments to employment factors for the Project's TAZ were made to baseline scenario and the RIVTAM model was then run inclusive of the Project's SED.

### PROJECT VMT CALCULATION

Consistent with recommendations contained in the City's Guidelines, calculation of VMT for "other land uses" that are not residential or retail land use types are evaluated using VMT per employee[4]. For land uses where VMT per capita or VMT per employee are suitable metrics, the City Guidelines suggest the use of the Production-Attraction (PA) trip matrices be utilized. Using these matrices, project generated VMT was calculated consistent with the PA matrices methodology identified in Section 5.4 Detail VMT Forecasting Methodology of the City Guidelines. VMT is then normalized by dividing by the number of Project employees. As shown in Table 2, the Project's VMT per employee is 14.26.

### TABLE 2: PROJECT VMT PER EMPLOYEE

| | Baseline |
|---|---|
| Employment | 602 |
| VMT | 8,582 |
| HBW VMT / Worker[5] | 14.26 |

---

[3] Riverside County General Plan Employment Factors
[4] City's Guidelines; Page 23.
[5] HBW VMT/Employee is a measure of all auto trips between home and work and does not include heavy duty truck trips or



Ms. Pam Steele
MIG
June 10, 2021
Page 5 of 7

## CITY OF BANNING VMT

The City's Guidelines provide VMT thresholds for their predominant land use types such as residential, office and retail. For "other land uses" City Guidelines state the threshold as "any net increase in VMT per employee for uses that are consistent with the General Plan, and for projects seeking a GPA the threshold would be 10.9 VMT per employee". As the proposed Project is consistent with the recently approved SPA No. 5, a threshold of no net increase in VMT per employee should be utilized. The VMT per employee value previously calculated for the SPA No. 5 is utilized as the impact threshold.

## PROJECT LEVEL VMT ASSESSMENT

Table 3 illustrates the comparison between Project generated VMT per employee to the VMT per employee previously calculated for the Sun Lakes Village North Specific Plan Amendment No. 5 VMT Analysis.[6] The VMT per employee value for the approved SPA No. 5 was 14.33, while the Project's calculated VMT per employee value is 14.26. The Project would not result in a net increase in VMT per employee and would therefore not result in a significant impact.

**TABLE 3: VMT PER EMPLOYEE COMPARISON**

|  | Baseline VMT per Employee |
|---|---|
| SPA No.5 | 14.33 |
| Project | 14.26 |
| Difference | -0.07 |
| Net Increase? | No |

## CONCLUSION

In summary, the Project's retail component was found to meet City adopted local serving retail screening threshold and is therefore the retail component of the Project is presumed to result in a less than significant impact. The Project's industrial component was then evaluated and compared to the City's adopted impact threshold of no net increase in VMT per employee. The Project generated VMT per employee value was found to be less than that already disclosed in the approved SPA No. 5 VMT analysis. Therefore, the Project's potential impact to VMT is presumed to be less than significant.

---

freight, which is consistent with OPR direction and Riverside County VMT calculation guidelines.
[6] SPA No. 5 VMT Analysis; Page 5, Table 2



AR014751

**AR011319**

Ms. Pam Steele
MIG
June 10, 2021
Page 6 of 7

If you have any questions, please contact me directly at (949) 660-1994.

Respectfully submitted,

URBAN CROSSROADS, INC.

Alex So
Senior Analyst

**URBAN**
CROSS...AR 014752

**AR011320**

Ms. Pam Steele
MIG
June 10, 2021
Page 7 of 7

**REFERENCES**

1. **Office of Planning and Research.** *Technical Advisory on Evaluating Transportation Impacts in CEQA.* State of California : s.n., December 2018.

2. **City of Banning.** *Traffic Impact Analysis Guidelines For Local Transportation Analysis and Vehicle Miles Traveled Analysis.* City of Banning : s.n., TBD.

3. **County of Riverside.** *Appendix E: Socioeconomic Build-Out Assumptions and Methodology.* County of Riverside : s.n., April 2017.



AR011753

**AR011321**

**ATTACHMENT A**
**PROJECT TRIP GENERATION**



**TABLE 1: CURRENTLY APPROVED TRIP GENERATION SUMMARY**

| Land Use | Quantity Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|
| | | In | Out | Total | In | Out | Total | |
| **Trip Generation Summary (Actual Vehicles):** | | | | | | | | |
| **Industrial Park** | 877.298 TSF | | | | | | | |
| Passenger Cars: | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
| 2-axle Trucks: | | 6 | 1 | 7 | 1 | 5 | 6 | 74 |
| 3-axle Trucks: | | 7 | 2 | 9 | 2 | 6 | 8 | 92 |
| 4+-axle Trucks: | | 21 | 5 | 26 | 5 | 17 | 22 | 278 |
| Total Trucks: | | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| **Industrial Park Subtotal** | | **284** | **67** | **351** | **74** | **278** | **352** | **2,958** |
| | | | | | | | | |
| **Commercial Retail** | 37.189 TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
| Internal Capture | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
| Pass-By (34% PM/Daily) | | 0 | 0 | 0 | -21 | -21 | -43 | -458 |
| **Retail Subtotal** | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| **Total Trips (Actual Vehicles)[2]** | | **299** | **76** | **375** | **116** | **329** | **445** | **3,844** |
| **Trip Generation Summary (PCE):** | | | | | | | | |
| **Industrial Park** | 877.298 TSF | | | | | | | |
| Passenger Cars: | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
| 2-axle Trucks: | | 9 | 2 | 11 | 2 | 7 | 9 | 112 |
| 3-axle Trucks: | | 14 | 3 | 17 | 3 | 11 | 14 | 184 |
| 4+-axle Trucks: | | 64 | 15 | 79 | 14 | 52 | 66 | 834 |
| Total Trucks (PCE): | | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| **Industrial Park Subtotal** | | **337** | **79** | **416** | **85** | **320** | **405** | **3,644** |
| | | | | | | | | |
| **Commercial Retail** | 37.189 TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
| Internal Capture | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
| Pass-By (34% PM/Daily) | | 0 | 0 | 0 | -21 | -21 | -42 | -458 |
| **Retail Subtotal** | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| **Total Trips (PCE)[2]** | | **352** | **88** | **440** | **127** | **371** | **498** | **4,530** |

Source: Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis (dated September 4, 2020).

[1] TSF = thousand square feet

[2] Total Trips = Passenger Cars + Truck Trips.

URBAN CROSSROADS

AR014755

**AR011323**

## TABLE 2: TRIP GENERATION RATES

| Land Use[1] | Units[2] | ITE LU Code | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| **Actual Vehicle Trip Generation Rates:** | | | | | | | | | |
| High-Cube Fulfillment Center Warehouse[3] | TSF | -- | 0.094 | 0.028 | 0.122 | 0.046 | 0.119 | 0.165 | 2.129 |
| Passenger Cars | | | 0.079 | 0.024 | 0.103 | 0.040 | 0.104 | 0.144 | 1.750 |
| 2-4 Axle Trucks | | | 0.006 | 0.002 | 0.008 | 0.003 | 0.008 | 0.011 | 0.162 |
| 5+-Axle Trucks | | | 0.008 | 0.003 | 0.011 | 0.003 | 0.007 | 0.010 | 0.217 |
| High-Cube Cold Storage Warehouse[4] | TSF | 157 | 0.085 | 0.025 | 0.110 | 0.032 | 0.088 | 0.120 | 2.120 |
| Passenger Cars | | | 0.062 | 0.018 | 0.080 | 0.025 | 0.067 | 0.092 | 1.378 |
| 2-Axle Trucks | | | 0.008 | 0.002 | 0.010 | 0.003 | 0.007 | 0.010 | 0.257 |
| 3-Axle Trucks | | | 0.003 | 0.001 | 0.003 | 0.001 | 0.002 | 0.003 | 0.082 |
| 4+-Axle Trucks | | | 0.012 | 0.004 | 0.016 | 0.004 | 0.011 | 0.015 | 0.403 |
| Fast Food without Drive Thru | TSF | 933 | 15.060 | 10.040 | 25.100 | 14.170 | 14.170 | 28.340 | 346.230 |
| Coffee/Donut Shop with Drive Thru | TSF | 937 | 45.385 | 43.605 | 88.990 | 21.690 | 21.690 | 43.380 | 820.380 |
| Shopping Center | TSF | 820 | 0.583 | 0.357 | 0.940 | 1.829 | 1.981 | 3.810 | 37.750 |
| **Passenger Car Equivalent (PCE) Trip Generation Rates:** | | | | | | | | | |
| High-Cube Fulfillment Center Warehouse[3] | TSF | -- | 0.094 | 0.028 | 0.122 | 0.046 | 0.119 | 0.165 | 2.129 |
| Passenger Cars | | | 0.079 | 0.024 | 0.103 | 0.040 | 0.104 | 0.144 | 1.750 |
| 2-4 Axle Trucks (PCE = 2.0) | | | 0.012 | 0.004 | 0.016 | 0.006 | 0.016 | 0.022 | 0.324 |
| 5+-Axle Trucks (PCE = 3.0) | | | 0.025 | 0.008 | 0.033 | 0.008 | 0.022 | 0.030 | 0.651 |
| High-Cube Cold Storage Warehouse[4] | TSF | 157 | 0.085 | 0.025 | 0.110 | 0.032 | 0.088 | 0.120 | 2.120 |
| Passenger Cars | | | 0.062 | 0.018 | 0.080 | 0.025 | 0.067 | 0.092 | 1.378 |
| 2-Axle Trucks (PCE = 1.5) | | | 0.012 | 0.004 | 0.015 | 0.004 | 0.010 | 0.014 | 0.386 |
| 3-Axle Trucks (PCE = 2.0) | | | 0.005 | 0.002 | 0.007 | 0.002 | 0.004 | 0.006 | 0.163 |
| 4+ Axle Trucks (PCE = 3.0) | | | 0.037 | 0.011 | 0.048 | 0.012 | 0.033 | 0.045 | 1.209 |

[1] Trip Generation Source: Institute of Transportation Engineers (ITE), Trip Generation Manual, Tenth Edition (2017).

[2] TSF = thousand square feet

[3] Vehicle Mix Source: High Cube Warehouse Trip Generation Study, WSP, January 29, 2019.

Inbound and outbound split source: High Cube Warehouse Vehicle Trip Generation Analysis, October 2016, ITE.

[4] Vehicle Mix Source: ITE Trip Generation Handbook Supplement (2020), Appendix C.

Truck Source: South Coast Air Quality Management District (SCAQMD) Warehouse Truck Trip Study Data Results and Usage (2014).

Normalized % - With Cold Storage: 34.7% 2-Axle trucks, 11.0% 3-Axle trucks, 54.3% 4-Axle trucks.

**TABLE 3: PROPOSED PROJECT TRIP GENERATION SUMMARY (ACTUAL VEHICLES)**

| Land Use | Quantity[2] Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|
| | | In | Out | Total | In | Out | Total | |
| Fulfillment Center Warehouse (75%) | 464.969 TSF | | | | | | | |
|   Passenger Cars: | | 37 | 11 | 48 | 19 | 48 | 67 | 814 |
|     Internal Capture[2] | | -7 | -10 | -17 | -6 | -3 | -9 | -54 |
|   Total Passenger Car: | | 30 | 1 | 31 | 13 | 45 | 58 | 760 |
|     2-4 axle Trucks: | | 3 | 1 | 4 | 1 | 4 | 5 | 76 |
|     5+-axle Trucks: | | 4 | 1 | 5 | 1 | 3 | 4 | 102 |
|   Total Truck: | | 7 | 2 | 9 | 2 | 7 | 9 | 178 |
| **Fulfillment Center Warehouse (Actual Vehicles)** | | **37** | **3** | **40** | **15** | **52** | **67** | **938** |
| High-Cube Cold Storage Warehouse (25%) | 154.990 TSF | | | | | | | |
|   Passenger Cars: | | 10 | 3 | 13 | 4 | 10 | 14 | 214 |
|     Internal Capture[2] | | -2 | -2 | -4 | -2 | -1 | -2 | -18 |
|   Total Passenger Car: | | 8 | 1 | 9 | 2 | 9 | 12 | 196 |
|     2-axle Trucks: | | 1 | 0 | 1 | 0 | 1 | 1 | 40 |
|     3-axle Trucks: | | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
|     4+-axle Trucks: | | 2 | 1 | 3 | 1 | 2 | 3 | 62 |
|   Total Truck: | | 3 | 1 | 4 | 1 | 3 | 4 | 116 |
| **High-Cube Cold Storage Warehouse (Actual Vehicles)** | | **11** | **2** | **13** | **3** | **12** | **16** | **312** |
| Industrial Total Passenger Cars | | 38 | 2 | 40 | 15 | 54 | 70 | 956 |
| Industrial Total Trucks (Actual Vehicles) | | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Industrial Total (Actual Vehicles)** | | **48** | **5** | **53** | **18** | **64** | **83** | **1,250** |
| Fast Food without Drive Thru | 16.200 TSF | 244 | 163 | 407 | 230 | 230 | 459 | 5,610 |
|   Internal Capture[2] | | -8 | -6 | -15 | -9 | -18 | -27 | -436 |
|   Pass-By (49% AM; 50% PM/Daily)[3] | | -77 | -77 | -153 | -106 | -106 | -212 | -2,588 |
| Coffee/Donut Shop with Drive Thru | 1.600 TSF | 73 | 70 | 142 | 35 | 35 | 69 | 1,314 |
|   Internal Capture[2] | | -2 | -2 | -3 | -2 | -4 | -6 | -160 |
|   Pass-By (89% AM/PM/Daily)[3] | | -61 | -61 | -121 | -27 | -27 | -54 | -1,028 |
| **Restaurant Total:** | | **169** | **87** | **256** | **120** | **109** | **230** | **2,712** |
| Shopping Center | 16.200 TSF | 9 | 6 | 15 | 30 | 32 | 62 | 612 |
|   Internal Capture[2] | | -4 | -3 | -7 | -17 | -10 | -27 | -192 |
|   Pass-By (34% PM/Daily)[3] | | 0 | 0 | 0 | -4 | -4 | -9 | -144 |
| **Retail Total:** | | **5** | **3** | **8** | **8** | **18** | **26** | **276** |
| **Commercial Total** | | **175** | **90** | **264** | **129** | **127** | **256** | **2,988** |
| Project Total Passenger Cars | | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Project Total Trucks (Actual Vehicles) | | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Project Total (Actual Vehicles)** | | **223** | **95** | **317** | **147** | **191** | **337** | **4,238** |

[1] TSF = thousand square feet

[2] Internal capture calculated from NCHRP 684 Internal Trip Capture Estimation Tool.

[3] Source: ITE Trip Generation Handbook, 3rd Edition, 2017.

URBAN
CROSSAR 014757

AR011325

TABLE 4: PROPOSED PROJECT TRIP GENERATION SUMMARY (PCE)

| Land Use | Quantity[2] Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|
| | | In | Out | Total | In | Out | Total | |
| Fulfillment Center Warehouse (75%) | 464.969 TSF | | | | | | | |
| Passenger Cars: | | 37 | 11 | 48 | 19 | 48 | 67 | 814 |
| Internal Capture[2] | | -7 | -10 | -17 | -6 | -3 | -9 | -54 |
| Total Passenger Car: | | 30 | 1 | 31 | 13 | 45 | 58 | 760 |
| 2-4 axle Trucks: | | 6 | 2 | 8 | 3 | 7 | 10 | 152 |
| 5+-axle Trucks: | | 12 | 4 | 16 | 4 | 10 | 14 | 304 |
| Total Truck: | | 18 | 6 | 24 | 7 | 17 | 24 | 456 |
| **Fulfillment Center Warehouse (PCE)** | | **48** | **7** | **55** | **20** | **62** | **82** | **1,216** |
| High-Cube Cold Storage Warehouse (25%) | 154.990 TSF | | | | | | | |
| Passenger Cars: | | 10 | 3 | 13 | 4 | 10 | 14 | 214 |
| Internal Capture[2] | | -2 | -2 | -4 | -2 | -1 | -2 | -18 |
| Total Passenger Car: | | 8 | 1 | 9 | 2 | 9 | 12 | 196 |
| 2-axle Trucks: | | 2 | 1 | 3 | 1 | 2 | 3 | 60 |
| 3-axle Trucks: | | 1 | 0 | 1 | 0 | 1 | 1 | 26 |
| 4+-axle Trucks: | | 6 | 2 | 8 | 2 | 5 | 7 | 188 |
| Total Truck: | | 9 | 3 | 12 | 3 | 8 | 11 | 274 |
| **High-Cube Cold Storage Warehouse (PCE)** | | **17** | **4** | **21** | **5** | **17** | **23** | **470** |
| Industrial Total Passenger Cars | | 38 | 2 | 40 | 15 | 54 | 70 | 956 |
| Industrial Total Trucks (PCE) | | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Industrial Total (PCE)** | | **65** | **11** | **76** | **25** | **79** | **105** | **1,686** |
| Fast Food without Drive Thru | 16.200 TSF | 244 | 163 | 407 | 230 | 230 | 459 | 5,610 |
| Internal Capture[2] | | -8 | -6 | -15 | -9 | -18 | -27 | -436 |
| Pass-By (49% AM; 50% PM/Daily)[3] | | -77 | -77 | -153 | -106 | -106 | -212 | -2,588 |
| Coffee/Donut Shop with Drive Thru | 1.600 TSF | 73 | 70 | 142 | 35 | 35 | 69 | 1,314 |
| Internal Capture[2] | | -2 | -2 | -3 | -2 | -4 | -6 | -160 |
| Pass-By (89% AM/PM/Daily)[3] | | -61 | -61 | -121 | -27 | -27 | -54 | -1,028 |
| **Restaurant Total:** | | **169** | **87** | **256** | **120** | **109** | **230** | **2,712** |
| Shopping Center | 16.200 TSF | 9 | 6 | 15 | 30 | 32 | 62 | 612 |
| Internal Capture[2] | | -4 | -3 | -7 | -17 | -10 | -27 | -192 |
| Pass-By (34% PM/Daily)[3] | | 0 | 0 | 0 | -4 | -4 | -9 | -144 |
| **Retail Total:** | | **5** | **3** | **8** | **8** | **18** | **26** | **276** |
| **Commercial Total** | | **175** | **90** | **264** | **129** | **127** | **256** | **2,988** |
| Project Total Passenger Cars | | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Project Total Trucks (Actual Vehicles) | | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Project Total (PCE)** | | **240** | **101** | **340** | **154** | **206** | **359** | **4,674** |

[1] TSF = thousand square feet

[2] Internal capture calculated from NCHRP 684 Internal Trip Capture Estimation Tool.

[3] Source: ITE Trip Generation Handbook, 3rd Edition, 2017.

**TABLE 5: TRIP GENERATION COMPARISON**

| Land Use | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|
| | In | Out | Total | In | Out | Total | |
| **Actual Vehicles:** | | | | | | | |
| **Previously Approved Project** | | | | | | | |
| Passenger Cars: | 265 | 68 | 333 | 108 | 301 | 409 | 3,400 |
| Total Truck Trips: | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| **Previously Approved Project Total** | 299 | 76 | 375 | 116 | 329 | 445 | 3,844 |
| **Proposed Project** | | | | | | | |
| Passenger Cars: | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Total Truck Trips: | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Proposed Project Total** | 223 | 95 | 317 | 147 | 191 | 337 | 4,238 |
| **Comparison** | | | | | | | |
| Passenger Cars: | -52 | 24 | -29 | 36 | -120 | -85 | 544 |
| Total Truck Trips: | -24 | -5 | -29 | -5 | -18 | -23 | -150 |
| **Comparison Total** | -76 | 19 | -58 | 31 | -138 | -108 | 394 |
| **Passenger Car Equivalent (PCE):** | | | | | | | |
| **Previously Approved Project** | | | | | | | |
| Passenger Cars: | 265 | 68 | 333 | 108 | 301 | 409 | 3,400 |
| Total Truck Trips: | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| **Previously Approved Project Total** | 352 | 88 | 440 | 127 | 371 | 498 | 4,530 |
| **Proposed Project** | | | | | | | |
| Passenger Cars: | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Total Truck Trips: | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Proposed Project Total** | 240 | 101 | 340 | 154 | 206 | 359 | 4,674 |
| **Comparison** | | | | | | | |
| Passenger Cars: | -52 | 24 | -29 | 36 | -120 | -85 | 544 |
| Total Truck Trips: | -60 | -11 | -71 | -9 | -45 | -54 | -400 |
| **Comparison Total** | -112 | 13 | -100 | 27 | -165 | -139 | 144 |

ATTACHMENT B
WRCOG VMT SCREENING TOOL



AR014760

AR011328



AR014761

AR011329

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Tuesday, September 28, 2021 8:08 AM PDT |
| **To:** | Patrick Johnson |
| **Subject:** | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |

Perfect. Thanks Patrick!

Get Outlook for iOS

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Tuesday, September 28, 2021 8:03:26 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Plans are approved from a DR standpoint, but still need to be submitted to the building and safety department for plan review.  See attached transmittal that was sent to Sandra on 9-7-21.


Thank you,
**Patrick Johnson, PE, CBO**
Director of Building & Safety

**Willdan**
*Comprehensive. Innovative. Trusted.*

T. 909.963.0565
C. 909.915.4361

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:18 PM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057


**CAUTION: This email originated from outside of Willdan. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Patrick,

Hope your weekend was wonderous.  The applicant for this one is curious to know if they adequately responded to your initial comments (i.e. ADA reqs).  Or if you require additional time...?

Thanks for any update you may have!

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

AR 014762

COB_0078

**AR011330**

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd and
will be checking emails when time permits.  If you need immediate assistance please contact
Estelle Cope at (909) 838-1005  ecope@willdan.com

Thank you,
Patrick Johnson, P.E.

AR 014763

COB_0079

**AR011331**

| From: | Lisa Edwards |
|---|---|
| Sent: | Tuesday, September 28, 2021 10:14 AM PDT |
| To: | Adam Rush |
| Subject: | Fw: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |

TIA comments.  See link below...

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 8:08 AM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Perfect. Thanks Patrick!
Get Outlook for iOS

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Tuesday, September 28, 2021 8:03:26 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Plans are approved from a DR standpoint, but still need to be submitted to the building and safety department for plan review.  See attached transmittal that was sent to Sandra on 9-7-21.

Thank you,
**Patrick Johnson, PE, CBO**
Director of Building & Safety

**Willdan**
*Comprehensive. Innovative. Trusted.*

T. 909.963.0565
C. 909.915.4361

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:18 PM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

**CAUTION: This email originated from outside of Willdan. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Patrick,

Hope your weekend was wonderous.  The applicant for this one is curious to know if they adequately responded to your initial comments (i.e. ADA reqs).  Or if you require additional time...?

Thanks for any update you may have!

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd and
will be checking emails when time permits.  If you need immediate assistance please contact
Estelle Cope at (909) 838-1005  ecope@willdan.com

Thank you,
Patrick Johnson, P.E.

**AR 014765**

COB_0081
**AR011333**

| From: | Lisa Edwards |
| Sent: | Tuesday, September 28, 2021 10:31 AM PDT |
| To: | Adam Rush |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |

So after reviewing the conclusions for VMT and Trip Generation, the Project impacts are less than significant per Urban Crossroads analysis.

Also, ERSC reviewed the Project for Engineering comments and had the following site design comments, which I think they may be agreeable/feasible:

1. It appears the westerly driveway on Sun Lake Blvd does not align with the existing Country Club Drive and should be realigned.
2. The easterly driveway on Sun Lake Blvd is too close to the existing adjacent driveway and should be relocated at least 100' westerly direction. Since the existing adjacent driveway has a full access, the project traffic will utilize this opening to enter and exit from the project easterly driveway.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 10:14 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** Fw: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

TIA comments.  See link below...
**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 8:08 AM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Perfect. Thanks Patrick!
Get Outlook for iOS
**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Tuesday, September 28, 2021 8:03:26 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Plans are approved from a DR standpoint, but still need to be submitted to the building and safety department for plan review.  See attached transmittal that was sent to Sandra on 9-7-21.

Thank you,
**Patrick Johnson, PE, CBO**
Director of Building & Safety

**Willdan**
*Comprehensive. Innovative. Trusted.*

T. 909.963.0565
C. 909.915.4361

AR 014766

COB_0082

**AR011334**

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:18 PM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

**CAUTION: This email originated from outside of Willdan. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Patrick,

Hope your weekend was wonderous.  The applicant for this one is curious to know if they adequately responded to your initial comments (i.e. ADA reqs).  Or if you require additional time...?

Thanks for any update you may have!

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd and will be checking emails when time permits.  If you need immediate assistance please contact Estelle Cope at (909) 838-1005  ecope@willdan.com

Thank you,
Patrick Johnson, P.E.

| From: | Adam Rush |
|---|---|
| Sent: | Tuesday, September 28, 2021 9:01 PM PDT |
| To: | Lisa Edwards |
| Subject: | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |

These are the building and safety comments. Not the traffic study.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsev Street**
**Banning, CA, 92220**
Office: **(951) 922-3131**
Fax: **(951) 922-3128**
Cell: ▓▓▓Privacy▓▓▓
Email: **arush@banningca.gov**
**www.banningca.gov**

On Sep 28, 2021, at 10:14 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

TIA comments.  See link below...
**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 8:08 AM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Perfect. Thanks Patrick!
Get Outlook for iOS
**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Tuesday, September 28, 2021 8:03:26 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Plans are approved from a DR standpoint, but still need to be submitted to the building and safety department for plan review.  See attached transmittal that was sent to Sandra on 9-7-21.

Thank you,
**Patrick Johnson, PE, CBO**
Director of Building & Safety

**Willdan**

AR 014768

COB_0648

**AR011336**

* Privacy

*Comprehensive. Innovative. Trusted.*

T. 909.963.0565
C. Privacy

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:18 PM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

**CAUTION: This email originated from outside of Willdan. Do not click links or open attachments unless you
recognize the sender and know the content is safe.**

Hi Patrick,

Hope your weekend was wonderous.  The applicant for this one is curious to know if they
adequately responded to your initial comments (i.e. ADA reqs).  Or if you require additional
time...?

Thanks for any update you may have!

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd
and will be checking emails when time permits.  If you need immediate assistance please
contact    Privacy                          Privacy

Thank you,
Patrick Johnson, P.E.

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Tuesday, September 28, 2021 9:30 PM PDT |
| **To:** | Adam Rush |
| **Subject:** | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |

Omgoodness.  Let me try that again.
Get Outlook for iOS
**From:** Adam Rush <arush@banningca.gov>
**Sent:** Tuesday, September 28, 2021 9:01:12 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

These are the building and safety comments. Not the traffic study.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**


On Sep 28, 2021, at 10:14 AM, Lisa Edwards <ledwards@banningca.gov> wrote:


TIA comments.  See link below...
**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 8:08 AM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Perfect. Thanks Patrick!
Get Outlook for iOS
**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Tuesday, September 28, 2021 8:03:26 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

\* Privacy

Plans are approved from a DR standpoint, but still need to be submitted to the building and safety department for plan review.  See attached transmittal that was sent to Sandra on 9-7-21.

Thank you,
**Patrick Johnson, PE, CBO**
Director of Building & Safety

**Willdan**
*Comprehensive. Innovative. Trusted.*

T. 909.963.0565
C. ▇ Privacy ▇

---

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:18 PM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

> **CAUTION: This email originated from outside of Willdan. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Patrick,

Hope your weekend was wonderous.  The applicant for this one is curious to know if they adequately responded to your initial comments (i.e. ADA reqs).  Or if you require additional time...?

Thanks for any update you may have!

---

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd and will be checking emails when time permits.  If you need immediate assistance please contact Estelle Cope at ▇ Privacy ▇ ecope@willdan.com

Thank you,
Patrick Johnson, P.E.

AR 014771

COB_0651

**AR011339**

| From: | Adam Rush |
|---|---|
| Sent: | Tuesday, September 28, 2021 10:44 PM PDT |
| To: | Lisa Edwards |
| Subject: | RE: Banning Point - CEQA review |
| Attachments: | image001.jpg |

Thank you. And this memo has been transmitted to Urban Crossroads and MIG?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 9:40 PM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** Fw: Banning Point - CEQA review

See attached memos.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:20 PM
**To:** Pam Steele <pams@migcom.com>
**Cc:** alexs@migcom.com <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Hi Pam,

Please see attached 1st round TIA comments.

I also sent another nudge to B&S as our BO return from vacation last week and I'm sure he is catching up on quite a bit.

And I should be able to complete the EIR consistency review by this week.

Thanks again for your continued patience...

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Monday, September 27, 2021 2:50 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** alexs@migcom.com <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Touching base on your comment bullets 1 and 4 - Building comments (conditions?) and EIR Consistency doc. We received the BEU comments and, thank you for your review of the GHG/AQ study.

Also - do you (Planning) have any more comments on the Site Plan submittal?

Thanks for your help,

Pam

On Mon, Sep 20, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Hi Alex,

- Patrick (B&S) will return to the office 9/22 and is aware that we are eager for his sign off.  I assume he will just need to check ADA, etc. I don't foresee his items causing any delay in the hearing date.
- Brandon (BEU) mostly has COAs, but have sent him an email to confirm he has no further comments.
- I have reviewed the GHG/Air Quality study and am comfortable with the findings.
- I am still sifting through the 99-page EIR consistency doc.  I hope to complete my review in the next few days.

Again,  thanks for your patience and feel free to reach out if you need any other assistance.

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Any word from these outstanding departments?

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* ██Privacy██
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:

See attached sign off from Fire.

Still following up with B&S and BEU.  Thanks so much for your patience.

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* ██Privacy██
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

2021-08-05-Preliminary Hydrology Report.pdf

18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.docx

18014001-165_Banning47-Prelim Hydrology Report- PC2Memo.pdf

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam

On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for  Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

AR 014775

COB_2044

AR011343

Thank you!

Pam

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone ( [Privacy] to reach me. Thanks!***

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:*** [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone [Privacy] to reach me. Thanks!***

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:*** [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* Privacy *to reach me. Thanks!*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014777

COB_2046

**AR011345**

| From: | Adam Rush <arush@banningca.gov> |
|---|---|
| Sent: | Tuesday, September 28, 2021 10:44 PM |
| To: | Lisa Edwards |
| Subject: | RE: Banning Point - CEQA review |

Thank you. And this memo has been transmitted to Urban Crossroads and MIG?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line: 951-922-3131*
*Cell Line: 760-219-2791*
*Direct Fax: 951-922-3128*
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 9:40 PM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** Fw: Banning Point - CEQA review

See attached memos.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:20 PM
**To:** Pam Steele <pams@migcom.com>
**Cc:** alexs@migcom.com <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Hi Pam,

Please see attached 1st round TIA comments.

I also sent another nudge to B&S as our BO return from vacation last week and I'm sure he is catching up on quite a bit.

And I should be able to complete the EIR consistency review by this week.

1

AR 014778

**AR011346**

Thanks again for your continued patience...

**From:** Pam Steele <pams@migcom.com>
**Sent:** Monday, September 27, 2021 2:50 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** alexs@migcom.com <alexs@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Touching base on your comment bullets 1 and 4 - Building comments (conditions?) and EIR Consistency doc. We received the BEU comments and, thank you for your review of the GHG/AQ study.

Also - do you (Planning) have any more comments on the Site Plan submittal?

Thanks for your help,

Pam

On Mon, Sep 20, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Hi Alex,

- Patrick (B&S) will return to the office 9/22 and is aware that we are eager for his sign off.  I assume he will just need to check ADA, etc. I don't foresee his items causing any delay in the hearing date.
- Brandon (BEU) mostly has COAs, but have sent him an email to confirm he has no further comments.
- I have reviewed the GHG/Air Quality study and am comfortable with the findings.
- I am still sifting through the 99-page EIR consistency doc.  I hope to complete my review in the next few days.

Again,  thanks for your patience and feel free to reach out if you need any other assistance.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, September 20, 2021 12:04 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Any word from these outstanding departments?

**Alex Steele**

*Senior Associate Planner*



AR 014779

AR011347

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Thu, Sep 16, 2021 at 5:15 PM Lisa Edwards <ledwards@banningca.gov> wrote:

See attached sign off from Fire.

Still following up with B&S and BEU.  Thanks so much for your patience.

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 2:58 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Pam Steele <pams@migcom.com>; Adam Rush <arush@banningca.gov>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Thank you for these. Between this and the series of comments you sent this morning, is that everything as far as comments on the Design Review resubmittal? Or should we be expecting more?

Thank you,

**Alex Steele**

*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

On Wed, Sep 15, 2021 at 2:41 PM Lisa Edwards <ledwards@banningca.gov> wrote:

Lisa Edwards has shared OneDrive for Business files with you. To view them, click the links below.

 2001408-05-65-Banning-47-Prelim-Hydrology Report- PC2Memo.pdf 

3

AR 014780

AR011348

Attached please find Engineering's comments regarding Hydrology.

Also, see attached Site Plan redlines.

---

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, September 14, 2021 4:28 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Alex Steele <alexs@migcom.com>
**Subject:** Re: Banning Point - CEQA review

Lisa,

Can you give us an update on the review of the CEQA document? and the comments from the departments?

Our team would like to review the conditions of approval from the departments as well.

Thank you for your assistance,

Pam


On Fri, Sep 10, 2021 at 10:53 AM Pam Steele <pams@migcom.com> wrote:

Lisa,

Good morning! Just touching base to see if you have completed your review of the CEQA compliance docs for  Banning Point. We are anxious to review and respond to any questions you might have.

Please let us know.

Thank you!

Pam

--
**Pam Steele**
*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!*

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

4

AR 014781

**AR011349**

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*


--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014782

AR011350

| | |
|---|---|
| **From:** | Adam Rush <arush@banningca.gov> |
| **Sent:** | Tuesday, September 28, 2021 9:01 PM |
| **To:** | Lisa Edwards |
| **Subject:** | Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |

These are the building and safety comments. Not the traffic study.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell: (760) 219-2791**
**Email: arush@banningca.gov**
**www.banningca.gov**


On Sep 28, 2021, at 10:14 AM, Lisa Edwards <ledwards@banningca.gov> wrote:

TIA comments.  See link below...


**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 8:08 AM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Perfect. Thanks Patrick!

Get Outlook for iOS

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Tuesday, September 28, 2021 8:03:26 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Plans are approved from a DR standpoint, but still need to be submitted to the building and safety department for plan review.  See attached transmittal that was sent to Sandra on 9-7-21.

Thank you,

AR 014783

AR011351

**Patrick Johnson, PE, CBO**
Director of Building & Safety

**Willdan**
*Comprehensive. Innovative. Trusted.*

T. 909.963.0565
C. 909.915.4361

---

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:18 PM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

> **CAUTION: This email originated from outside of Willdan. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Patrick,

Hope your weekend was wonderous.  The applicant for this one is curious to know if they adequately responded to your initial comments (i.e. ADA reqs).  Or if you require additional time...?

Thanks for any update you may have!

---

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd and will be checking emails when time permits.  If you need immediate assistance please contact Estelle Cope at (909) 838-1005  ecope@willdan.com

Thank you,
Patrick Johnson, P.E.

AR 014784

AR011352

| | |
|---|---|
| **From:** | Lisa Edwards <ledwards@banningca.gov> |
| **Sent:** | Tuesday, September 28, 2021 10:15 AM |
| **To:** | Adam Rush |
| **Subject:** | Fw: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |

TIA comments.  See link below...

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Tuesday, September 28, 2021 8:08 AM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Perfect. Thanks Patrick!

Get Outlook for iOS

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Tuesday, September 28, 2021 8:03:26 AM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Plans are approved from a DR standpoint, but still need to be submitted to the building and safety department for plan review.  See attached transmittal that was sent to Sandra on 9-7-21.

Thank you,
**Patrick Johnson, PE, CBO**
Director of Building & Safety

**Willdan**
*Comprehensive. Innovative. Trusted.*

T. 909.963.0565
C. 909.915.4361

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:18 PM
**To:** Patrick Johnson <pjohnson@willdan.com>
**Subject:** Re: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

**CAUTION: This email originated from outside of Willdan. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Patrick,

Hope your weekend was wonderous.  The applicant for this one is curious to know if they adequately responded to your initial comments (i.e. ADA reqs).  Or if you require additional time...?

1

AR 014785

**AR011353**

Thanks for any update you may have!

---

**From:** Patrick Johnson <pjohnson@willdan.com>
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** Automatic reply: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

I'll be out of the office at the ICC Annual Conference in Pittsburgh through September 22nd and will be checking emails when time permits.  If you need immediate assistance please contact Estelle Cope at (909) 838-1005  ecope@willdan.com

Thank you,
Patrick Johnson, P.E.

2

AR 014786

AR011354

| | |
|---|---|
| **From:** | Pam Steele |
| **Sent:** | Wednesday, September 29, 2021 9:22 AM PDT |
| **To:** | jaggere@creationequity.com; alexs@migcom.com; blakew@lgedesignbuild.com; brobinson@banningca.gov; genep@lgedesignbuild.com; grantk@creationequity.com; jeff@thieneseng.com; jeffm@greggelectric.com; johng@greggelectric.com; sha@hparchs.com; Pam Steele |
| **Subject:** | Banning Point - Electrical Line Discussion |

Sha - please confirm that you receive this and the invitation information.

Thanks,

Pam

**Banning Point - Electrical Line Discussion**

When    Wed Sep 29, 2021 9am – 10am Pacific Time - Los Angeles

Where   https://zoom.us/j/96213403404?pwd=QW4zRENOaWNVeGY4QVYwcWlkUS8zUT09; ConfRm 02, ConfRm 02  (map)

Who         • Jagger Everett - organizer
              • Pam Steele - creator
              • alexs@migcom.com
              • Blake Wells
              • Gene Plum
              • Grant Kingdon
              • Jeff Potter
              • Brandon Robinson
              • Sha Liu Mahoney
              • Jeff Mensen - optional
              • John Gaglio - optional

Creation is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/96213403404?pwd=QW4zRENOaWNVeGY4QVYwcWlkUS8zUT09

Meeting ID: 962 1340 3404
Passcode: 403918
One tap mobile
+12532158782,,96213403404#,,,,*403918# US (Tacoma)
+13462487799,,96213403404#,,,,*403918# US (Houston)

Dial by your location
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 669 900 6833 US (San Jose)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
        +1 929 205 6099 US (New York)
        833 548 0276 US Toll-free
        833 548 0282 US Toll-free
        877 853 5257 US Toll-free
        888 475 4499 US Toll-free
Meeting ID: 962 1340 3404
Passcode: 403918
Find your local number: https://zoom.us/u/aLha0PF1t

Microsoft Teams meeting
Join on your computer or mobile app

AR 014787

COB_0652

AR011355

Click here to join the meeting
Or call in (audio only)
+1 872-242-7941,,925731234#   United States, Chicago
Phone Conference ID: 925 731 234#
Find a local number | Reset PIN
Learn More | Meeting options

| | |
|---|---|
| **From:** | Lisa Edwards |
| **Sent:** | Wednesday, September 29, 2021 4:12 PM PDT |
| **To:** | Emery Papp |
| **Subject:** | Re: DR 21-7008 (Banning Point) - EIR consistency doc |
| **Attachments:** | image001.png, image002.jpg |

No worries.  It is an enormous doc.  I've been skimming through it for days.  But hope to get back to applicant by end of week...
Thanks again for your help!
**From:** Emery Papp <epapp@banningca.gov>
**Sent:** Wednesday, September 29, 2021 3:45 PM
**To:** Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: DR 21-7008 (Banning Point) - EIR consistency doc

Hello Lisa,

I was hoping to get comments to you today, but the Housing Element and a couple of other assignments have occupied my day.  I will have comments for you by COB tomorrow.  Sorry for the delay.
Emery

Emery J. Papp
*Senior Planner*
*Community Development Department*

City of Banning
*Direct Line:* 951-922-3152
*Direct Fax:* 951-922-3128
epapp@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:33 PM
**To:** Emery Papp <epapp@banningca.gov>
**Subject:** DR 21-7008 (Banning Point) - EIR consistency doc

Hi Emery,

I was checking to see if you were able to help me dissect this EIR consistency doc for the Banning Point project I am working on (DR 21-7008).  Any comments would be appreciated.

They are proposing 620k sq. ft.  industrial and 34k sq. ft. retail within the Sun Lakes Village North Specific Plan.  But it's 100 pages long!

20210819_13714_LGE Design Build Draft Consistency Analysis_to Applicant.docx

If you aren't able to find the time, I understand.  I was hoping to get back to them by end of week...and know that you have a strong environmental background.  🙂

If you are able to help, please feel free to make notes in the SharePoint version of this doc (see link).

Thanks so much!

**Lisa Edwards**
Contract Planner
Community Development Department
Planning Division
City of Banning
99 E. Ramsey Street
Banning, CA  92220
Office: (951) 663-1732
Email: ledwards@banningca.gov
Website:  www.banningca.gov

AR 014790

COB_1336

**AR011358**



October 4, 2021

Mr. Adam Rush
City of Banning Public Works
99 E. Ramsey Street
Banning, CA 92220

**SUBJECT:**      **BANNING POINT (TPM 38164) TRIP GENERATION ASSESSMENT**

Dear Mr. Adam Rush:

Urban Crossroads, Inc. is pleased to provide the following Trip Generation Assessment for Banning Point development (Project) which is located on the northeast corner of Sun Lake Village Drive and Sun Lakes Boulevard in the City of Banning (see Exhibit 1 for preliminary site plan).  The purpose of this trip generation evaluation is to determine whether additional traffic operations analysis is needed based on a comparison of the proposed Project trip generation and that evaluated for the currently approved project as evaluated in the Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis (dated September 4, 2020, referred to as **SPA No. 5 Traffic Study**).

## CURRENTLY APPROVED TRIP GENERATION

The SPA No. 5 Traffic Study evaluated the development of 877,298 square feet of industrial park use and 37,189 square feet of commercial retail use within the area bounded by the proposed Project.  There was also 52,065 square feet of medical office use evaluated in the SPA No. 5 Traffic Study, however, this portion of the Specific Plan lies outside of the proposed Project boundary. As such, only the industrial park and commercial retail uses have been contemplated for the purposes of this trip generation assessment.  The trip generation summary for the currently approved Project uses is shown on Table 1. As shown on Table 1, the currently approved uses were anticipated to generate 3,844 two-way trips per day, with 375 trips during the AM peak hour and 445 trips during the PM peak hour.  In passenger car equivalents (PCE), the currently approved uses were anticipated to generate 4,530 two-way PCE trips per day with 440 AM PCE peak hour trips and 498 PM PCE peak hour trips.

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 2 of 7

**TABLE 1: CURRENTLY APPROVED TRIP GENERATION SUMMARY**

| Land Use | Quantity | Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| **Trip Generation Summary (Actual Vehicles):** | | | | | | | | | |
| Industrial Park | 877.298 | TSF | | | | | | | |
| Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
| 2-axle Trucks: | | | 6 | 1 | 7 | 1 | 5 | 6 | 74 |
| 3-axle Trucks: | | | 7 | 2 | 9 | 2 | 6 | 8 | 92 |
| 4+-axle Trucks: | | | 21 | 5 | 26 | 5 | 17 | 22 | 278 |
| Total Trucks: | | | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| **Industrial Park Subtotal** | | | **284** | **67** | **351** | **74** | **278** | **352** | **2,958** |
| | | | | | | | | | |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
| Internal Capture | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
| Pass-By (34% PM/Daily) | | | 0 | 0 | 0 | -21 | -21 | -43 | -458 |
| **Retail Subtotal** | | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| **Total Trips (Actual Vehicles)[2]** | | | **299** | **76** | **375** | **116** | **329** | **445** | **3,844** |
| **Trip Generation Summary (PCE):** | | | | | | | | | |
| Industrial Park | 877.298 | TSF | | | | | | | |
| Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
| 2-axle Trucks: | | | 9 | 2 | 11 | 2 | 7 | 9 | 112 |
| 3-axle Trucks: | | | 14 | 3 | 17 | 3 | 11 | 14 | 184 |
| 4+-axle Trucks: | | | 64 | 15 | 79 | 14 | 52 | 66 | 834 |
| Total Trucks (PCE): | | | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| **Industrial Park Subtotal** | | | **337** | **79** | **416** | **85** | **320** | **405** | **3,644** |
| | | | | | | | | | |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
| Internal Capture | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
| Pass-By (34% PM/Daily) | | | 0 | 0 | 0 | -21 | -21 | -42 | -458 |
| **Retail Subtotal** | | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| **Total Trips (PCE)[2]** | | | **352** | **88** | **440** | **127** | **371** | **498** | **4,530** |

Source: Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis (dated September 4, 2020).

[1] TSF = thousand square feet

[2] Total Trips = Passenger Cars + Truck Trips.

## PROPOSED PROJECT TRIP GENERATION

The Project is proposed to consist of 464,969 square feet of high-cube fulfillment center warehouse use (75% of the industrial use), 154,990 square feet of high-cube cold storage warehouse use (25% of the industrial use), 16,200 square feet of fast-food restaurant without drive-through window use, 1,600 square feet of coffee-donut shop with drive-through window use, and 16,200 square feet of shopping center use.  Consistent with the SPA No. 5 Traffic Study, the industrial uses are proposed on the northern end of the site with the commercial retail uses fronting Sun Lakes Boulevard to the south.  The proposed

**URBAN** CROSSROADS

AR 012566

AR011360

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 3 of 7

access to the site is also consistent with the SPA No. 5 Traffic Study, with access points proposed along Sun Lakes Village Drive and two driveways along Sun Lakes Boulevard to the east. The westerly driveway on Sun Lakes Boulevard into the commercial retail area is proposed to have full access, aligning with the existing Country Club Drive and the easterly driveway on Sun Lakes Boulevard will be restricted to right-in/right-out access only (to be controlled by the existing raised median).

Trip generation for the proposed Project land uses is based upon information collected by the Institute of Transportation Engineers (ITE) as provided in their Trip Generation Manual (10th Edition, 2017), the ITE Trip Generation Handbook (3rd Edition, 2017), the South Coast Air Quality Management District (SCAQMD) Warehouse Truck Trip Generation Data Results and Usage (2014), and the High-Cube Warehouse Trip Generation Study (WSP, January 29, 2019). The trip generation rates for the proposed Project are provided on Table 2.

#### TABLE 2: TRIP GENERATION RATES

| Land Use[1] | Units[2] | ITE LU Code | AM Peak Hour In | AM Peak Hour Out | AM Peak Hour Total | PM Peak Hour In | PM Peak Hour Out | PM Peak Hour Total | Daily |
|---|---|---|---|---|---|---|---|---|---|
| **Actual Vehicle Trip Generation Rates:** | | | | | | | | | |
| High-Cube Fulfillment Center Warehouse[3] | TSF | -- | 0.094 | 0.028 | 0.122 | 0.046 | 0.119 | 0.165 | 2.129 |
| Passenger Cars | | | 0.079 | 0.024 | 0.103 | 0.040 | 0.104 | 0.144 | 1.750 |
| 2-4 Axle Trucks | | | 0.006 | 0.002 | 0.008 | 0.003 | 0.008 | 0.011 | 0.162 |
| 5+-Axle Trucks | | | 0.008 | 0.003 | 0.011 | 0.003 | 0.007 | 0.010 | 0.217 |
| High-Cube Cold Storage Warehouse[4] | TSF | 157 | 0.085 | 0.025 | 0.110 | 0.032 | 0.088 | 0.120 | 2.120 |
| Passenger Cars | | | 0.062 | 0.018 | 0.080 | 0.025 | 0.067 | 0.092 | 1.378 |
| 2-Axle Trucks | | | 0.008 | 0.002 | 0.010 | 0.003 | 0.007 | 0.010 | 0.257 |
| 3-Axle Trucks | | | 0.003 | 0.001 | 0.003 | 0.001 | 0.002 | 0.003 | 0.082 |
| 4+-Axle Trucks | | | 0.012 | 0.004 | 0.016 | 0.004 | 0.011 | 0.015 | 0.403 |
| Fast Food without Drive Thru | TSF | 933 | 15.060 | 10.040 | 25.100 | 14.170 | 14.170 | 28.340 | 346.230 |
| Coffee/Donut Shop with Drive Thru | TSF | 937 | 45.385 | 43.605 | 88.990 | 21.690 | 21.690 | 43.380 | 820.380 |
| Shopping Center | TSF | 820 | 0.583 | 0.357 | 0.940 | 1.829 | 1.981 | 3.810 | 37.750 |
| **Passenger Car Equivalent (PCE) Trip Generation Rates:** | | | | | | | | | |
| High-Cube Fulfillment Center Warehouse[3] | TSF | -- | 0.094 | 0.028 | 0.122 | 0.046 | 0.119 | 0.165 | 2.129 |
| Passenger Cars | | | 0.079 | 0.024 | 0.103 | 0.040 | 0.104 | 0.144 | 1.750 |
| 2-4 Axle Trucks (PCE = 2.0) | | | 0.012 | 0.004 | 0.016 | 0.006 | 0.016 | 0.022 | 0.324 |
| 5+-Axle Trucks (PCE = 3.0) | | | 0.025 | 0.008 | 0.033 | 0.008 | 0.022 | 0.030 | 0.651 |
| High-Cube Cold Storage Warehouse[4] | TSF | 157 | 0.085 | 0.025 | 0.110 | 0.032 | 0.088 | 0.120 | 2.120 |
| Passenger Cars | | | 0.062 | 0.018 | 0.080 | 0.025 | 0.067 | 0.092 | 1.378 |
| 2-Axle Trucks (PCE = 1.5) | | | 0.012 | 0.004 | 0.015 | 0.004 | 0.010 | 0.014 | 0.386 |
| 3-Axle Trucks (PCE = 2.0) | | | 0.005 | 0.002 | 0.007 | 0.002 | 0.004 | 0.006 | 0.163 |
| 4+-Axle Trucks (PCE = 3.0) | | | 0.037 | 0.011 | 0.048 | 0.012 | 0.033 | 0.045 | 1.209 |

¹ Trip Generation Source: Institute of Transportation Engineers (ITE), Trip Generation Manual, Tenth Edition (2017).

² TSF = thousand square feet

³ Vehicle Mix Source: High Cube Warehouse Trip Generation Study, WSP, January 29, 2019.
    Inbound and outbound split source: High Cube Warehouse Vehicle Trip Generation Analysis, October 2016, ITE.

⁴ Vehicle Mix Source: ITE Trip Generation Handbook Supplement (2020), Appendix C.
    Truck Mix Source: South Coast Air Quality Management District (SCAQMD) Warehouse Truck Trip Study Data Results and Usage (2014).
    Normalized % - With Cold Storage: 34.7% 2-Axle trucks, 11.0% 3-Axle trucks, 54.3% 4-Axle trucks.



Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 4 of 7

As shown on Table 3, the proposed Project is anticipated to generate 4,238 two-way trips per day, with 317 trips generated during the AM peak hour and 337 trips generated during the PM peak hour (in actual vehicles).

**TABLE 3: PROPOSED PROJECT TRIP GENERATION SUMMARY (ACTUAL VEHICLES)**

| Land Use | Quantity[2] Units[1] | | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| Fulfillment Center Warehouse (75%) | 464.969 TSF | | | | | | | | |
| Passenger Cars: | | | 37 | 11 | 48 | 19 | 48 | 67 | 814 |
| Internal Capture[2] | | | -7 | -10 | -17 | -6 | -3 | -9 | -54 |
| Total Passenger Car: | | | 30 | 1 | 31 | 13 | 45 | 58 | 760 |
| 2-4 axle Trucks: | | | 3 | 1 | 4 | 1 | 4 | 5 | 76 |
| 5+-axle Trucks: | | | 4 | 1 | 5 | 1 | 3 | 4 | 102 |
| Total Truck: | | | 7 | 2 | 9 | 2 | 7 | 9 | 178 |
| **Fulfillment Center Warehouse (Actual Vehicles)** | | | **37** | **3** | **40** | **15** | **52** | **67** | **938** |
| High-Cube Cold Storage Warehouse (25%) | 154.990 TSF | | | | | | | | |
| Passenger Cars: | | | 10 | 3 | 13 | 4 | 10 | 14 | 214 |
| Internal Capture[2] | | | -2 | -2 | -4 | -2 | -1 | -2 | -18 |
| Total Passenger Car: | | | 8 | 1 | 9 | 2 | 9 | 12 | 196 |
| 2-axle Trucks: | | | 1 | 0 | 1 | 0 | 1 | 1 | 40 |
| 3-axle Trucks: | | | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| 4+-axle Trucks: | | | 2 | 1 | 3 | 1 | 2 | 3 | 62 |
| Total Truck: | | | 3 | 1 | 4 | 1 | 3 | 4 | 116 |
| **High-Cube Cold Storage Warehouse (Actual Vehicles)** | | | **11** | **2** | **13** | **3** | **12** | **16** | **312** |
| Industrial Total Passenger Cars | | | 38 | 2 | 40 | 15 | 54 | 70 | 956 |
| Industrial Total Trucks (Actual Vehicles) | | | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Industrial Total (Actual Vehicles)** | | | **48** | **5** | **53** | **18** | **64** | **83** | **1,250** |
| Fast Food without Drive Thru | 16.200 TSF | | 244 | 163 | 407 | 230 | 230 | 459 | 5,610 |
| Internal Capture[2] | | | -8 | -6 | -15 | -9 | -18 | -27 | -436 |
| Pass-By (49% AM; 50% PM/Daily)[3] | | | -77 | -77 | -153 | -106 | -106 | -212 | -2,588 |
| Coffee/Donut Shop with Drive Thru | 1.600 TSF | | 73 | 70 | 142 | 35 | 35 | 69 | 1,314 |
| Internal Capture[2] | | | -2 | -2 | -3 | -2 | -4 | -6 | -160 |
| Pass-By (89% AM/PM/Daily)[3] | | | -61 | -61 | -121 | -27 | -27 | -54 | -1,028 |
| **Restaurant Total:** | | | **169** | **87** | **256** | **120** | **109** | **230** | **2,712** |
| Shopping Center | 16.200 TSF | | 9 | 6 | 15 | 30 | 32 | 62 | 612 |
| Internal Capture[2] | | | -4 | -3 | -7 | -17 | -10 | -27 | -192 |
| Pass-By (34% PM/Daily)[3] | | | 0 | 0 | 0 | -4 | -4 | -9 | -144 |
| **Retail Total:** | | | **5** | **3** | **8** | **8** | **18** | **26** | **276** |
| **Commercial Total** | | | **175** | **90** | **264** | **129** | **127** | **256** | **2,988** |
| Project Total Passenger Cars | | | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Project Total Trucks (Actual Vehicles) | | | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Project Total (Actual Vehicles)** | | | **223** | **95** | **317** | **147** | **191** | **337** | **4,238** |

[1] TSF = thousand square feet

[2] Internal capture calculated from NCHRP 684 Internal Trip Capture Estimation Tool.

[3] Source: ITE Trip Generation Handbook, 3rd Edition, 2017.

URBAN CROSSROADS
AR 012568
AR011362

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 5 of 7

As shown on Table 4, the proposed Project is anticipated to generate 4,674 two-way PCE trips per day, with 340 AM PCE peak hour trips and 359 PM PCE peak hour trips.

### TABLE 4: PROPOSED PROJECT TRIP GENERATION SUMMARY (PCE)

| Land Use | Quantity[2] Units[1] | | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| Fulfillment Center Warehouse (75%) | 464.969 TSF | | | | | | | | |
|   Passenger Cars: | | | 37 | 11 | 48 | 19 | 48 | 67 | 814 |
|     Internal Capture[2] | | | -7 | -10 | -17 | -6 | -3 | -9 | -54 |
|   Total Passenger Car: | | | 30 | 1 | 31 | 13 | 45 | 58 | 760 |
|     2-4 axle Trucks: | | | 6 | 2 | 8 | 3 | 7 | 10 | 152 |
|     5+-axle Trucks: | | | 12 | 4 | 16 | 4 | 10 | 14 | 304 |
|   Total Truck: | | | 18 | 6 | 24 | 7 | 17 | 24 | 456 |
| **Fulfillment Center Warehouse (PCE)** | | | **48** | **7** | **55** | **20** | **62** | **82** | **1,216** |
| High-Cube Cold Storage Warehouse (25%) | 154.990 TSF | | | | | | | | |
|   Passenger Cars: | | | 10 | 3 | 13 | 4 | 10 | 14 | 214 |
|     Internal Capture[2] | | | -2 | -2 | -4 | -2 | -1 | -2 | -18 |
|   Total Passenger Car: | | | 8 | 1 | 9 | 2 | 9 | 12 | 196 |
|     2-axle Trucks: | | | 2 | 1 | 3 | 1 | 2 | 3 | 60 |
|     3-axle Trucks: | | | 1 | 0 | 1 | 0 | 1 | 1 | 26 |
|     4+-axle Trucks: | | | 6 | 2 | 8 | 2 | 5 | 7 | 188 |
|   Total Truck: | | | 9 | 3 | 12 | 3 | 8 | 11 | 274 |
| **High-Cube Cold Storage Warehouse (PCE)** | | | **17** | **4** | **21** | **5** | **17** | **23** | **470** |
| Industrial Total Passenger Cars | | | 38 | 2 | 40 | 15 | 54 | 70 | 956 |
| Industrial Total Trucks (PCE) | | | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Industrial Total (PCE)** | | | **65** | **11** | **76** | **25** | **79** | **105** | **1,686** |
| Fast Food without Drive Thru | 16.200 TSF | | 244 | 163 | 407 | 230 | 230 | 459 | 5,610 |
|   Internal Capture[2] | | | -8 | -6 | -15 | -9 | -18 | -27 | -436 |
|   Pass-By (49% AM; 50% PM/Daily)[3] | | | -77 | -77 | -153 | -106 | -106 | -212 | -2,588 |
| Coffee/Donut Shop with Drive Thru | 1.600 TSF | | 73 | 70 | 142 | 35 | 35 | 69 | 1,314 |
|   Internal Capture[2] | | | -2 | -2 | -3 | -2 | -4 | -6 | -160 |
|   Pass-By (89% AM/PM/Daily)[3] | | | -61 | -61 | -121 | -27 | -27 | -54 | -1,028 |
| **Restaurant Total:** | | | **169** | **87** | **256** | **120** | **109** | **230** | **2,712** |
| Shopping Center | 16.200 TSF | | 9 | 6 | 15 | 30 | 32 | 62 | 612 |
|   Internal Capture[2] | | | -4 | -3 | -7 | -17 | -10 | -27 | -192 |
|   Pass-By (34% PM/Daily)[3] | | | 0 | 0 | 0 | -4 | -4 | -9 | -144 |
| **Retail Total:** | | | **5** | **3** | **8** | **8** | **18** | **26** | **276** |
| **Commercial Total** | | | **175** | **90** | **264** | **129** | **127** | **256** | **2,988** |
| Project Total Passenger Cars | | | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Project Total Trucks (Actual Vehicles) | | | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Project Total (PCE)** | | | **240** | **101** | **340** | **154** | **206** | **359** | **4,674** |

[1] TSF = thousand square feet
[2] Internal capture calculated from NCHRP 684 Internal Trip Capture Estimation Tool.
[3] Source: ITE Trip Generation Handbook, 3rd Edition, 2017.

URBAN CROSSROADS
AR 012569
AR011363

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 6 of 7

## TRIP GENERATION COMPARISON

As shown in Table 5, the development of the proposed Project is anticipated to generate 144 more two-way PCE trips per day with 100 fewer AM PCE peak hour trips and 139 fewer PM PCE peak hour trips as compared to the currently approved uses.  The trip generation comparison has been performed for the PCE trips only as the peak hour intersection operations analysis conducted in the SPA No. 5 Traffic Study was based on PCE.

Exhibit 2 illustrates the Project only traffic volumes for both the SPA No. 5 and the proposed Project for the project driveways and the adjacent intersection of Sun Lake Village Drive and Sun Lakes Boulevard.

TABLE 5: TRIP GENERATION COMPARISON

| Land Use | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|
| | In | Out | Total | In | Out | Total | |
| **Actual Vehicles:** | | | | | | | |
| **Previously Approved Project** | | | | | | | |
| Passenger Cars: | 265 | 68 | 333 | 108 | 301 | 409 | 3,400 |
| Total Truck Trips: | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| **Previously Approved Project Total** | **299** | **76** | **375** | **116** | **329** | **445** | **3,844** |
| **Proposed Project** | | | | | | | |
| Passenger Cars: | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Total Truck Trips: | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Proposed Project Total** | **223** | **95** | **317** | **147** | **191** | **337** | **4,238** |
| **Comparison** | | | | | | | |
| Passenger Cars: | -52 | 24 | -29 | 36 | -120 | -85 | 544 |
| Total Truck Trips: | -24 | -5 | -29 | -5 | -18 | -23 | -150 |
| **Comparison Total** | **-76** | **19** | **-58** | **31** | **-138** | **-108** | **394** |
| **Passenger Car Equivalent (PCE):** | | | | | | | |
| **Previously Approved Project** | | | | | | | |
| Passenger Cars: | 265 | 68 | 333 | 108 | 301 | 409 | 3,400 |
| Total Truck Trips: | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| **Previously Approved Project Total** | **352** | **88** | **440** | **127** | **371** | **498** | **4,530** |
| **Proposed Project** | | | | | | | |
| Passenger Cars: | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Total Truck Trips: | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Proposed Project Total** | **240** | **101** | **340** | **154** | **206** | **359** | **4,674** |
| **Comparison** | | | | | | | |
| Passenger Cars: | -52 | 24 | -29 | 36 | -120 | -85 | 544 |
| Total Truck Trips: | -60 | -11 | -71 | -9 | -45 | -54 | -400 |
| **Comparison Total** | **-112** | **13** | **-100** | **27** | **-165** | **-139** | **144** |

**URBAN**
CROSSROADS
**AR 012570**
**AR011364**

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 7 of 7

## CONCLUSION

The City's guidelines identify traffic operations analysis should be required if the proposed project meets the following criteria:

- When either the AM or PM peak hour trip generation on a weekday or weekend is expected to exceed 50 net new vehicles trips from the proposed development.

Although the daily trip generation shows a net increase, the peak hour operations analysis is based on the AM and PM peak hours. Since the trip generation comparison shows the proposed Project is anticipated to generate fewer trips during the peak hours as compared to the currently approved uses, additional traffic operations analysis is not required for this Project based on the City's Guidelines.

Site access recommendations for the Project driveways are shown on Exhibit 3 and are consistent with those recommended in the SPA No. 5.

If you have any questions, please contact me directly at (949) 861-0177.

Respectfully submitted,

URBAN CROSSROADS, INC.



Charlene So, PE
Associate Principal

---

URBAN CROSSROADS

AR 012571

**AR011365**



EXHIBIT 1: PRELIMINARY SITE PLAN



EXHIBIT 2: COMPARISON OF PROJECT ONLY VOLUMES

**Specific Plan Amendment No. 5:**



##(##)    AM(PM) Peak Hour Intersection Volumes
##    *Average Daily Trips*

**Proposed Project:**

##(##)    AM(PM) Peak Hour Intersection Volumes
##    *Average Daily Trips*



AR 012573

AR011367

**EXHIBIT 3: SITE ACCESS RECOMMENDATIONS**





 = Traffic Signal

= Stop Sign

= Stop Sign Improvement

= Existing Lane

= Lane Improvement

**100'** = Recommended Turn Pocket Length

**100'** = Minimum Turn Pocket Length



AR 012574

AR011368



October 4, 2021

Mr. Kevin Sin
City of Banning
99 E. Ramsey Street
Banning, CA 92220

**SUBJECT:**    **BANNING POINT (TPM 38164) TRIP GENERATION ASSESSMENT RESPONSE TO COMMENTS**

Dear Mr. Kevin Sin:

This Response to Comments letter has been prepared for the Banning Point (TPM 38164) Trip Generation Assessment (dated June 10, 2021), which is located on the northeast corner of Sun Lake Village Drive and Sun Lakes Boulevard in the City of Banning.  A copy of the City's traffic consultant's September 27, 2021 comments are provided in Attachment A.

## COMMENT #1

General: Please provide the approved SPA No. 5 traffic study as a reference.

## RESPONSE #1

A link to the approved SPA No. 5 has been provided for reference.

## COMMENT #2

General: Provide the latest project site plan as a reference.

## RESPONSE #2

Exhibit 1 has been updated with the latest site plan.

## COMMENT #3

General: Provide an engineer stamp and a signature on the study.

## RESPONSE #3

Updated trip generation letter has been stamped by a traffic engineer.



AR 012575
**AR011369**

Mr. Kevin Sin
City of Banning
October 4, 2021
Page 2 of 2

## COMMENT #4

Page 3: Project Access:  Provide peak hour traffic volumes and lane configurations at each project driveway for both SPA No. 5 traffic study and for the proposed project conditions.  Also, identify the proposed traffic control at each project driveway intersection.

## RESPONSE #4

Exhibit 2 has been added to the updated trip generation letter to include the project only traffic volumes for both SPA No. 5 and proposed Project.  Exhibit 3 has been added to show the site access recommendations, which are consistent with SPA No. 5.

## COMMENT #5

Exhibit 1: It appears the westerly driveway on Sun Lake Blvd does not align with the existing Country Club Drive and should be realigned.

## RESPONSE #5

The site plan has been revised to align Driveway 3 with the existing Country Club Drive – see new Exhibit 1.

## COMMENT #6

Exhibit 1: The easterly driveway on Sun Lake Blvd is too close to the existing adjacent driveway and should be relocated at least 100' westerly direction.  Since the existing adjacent driveway has a full access, the project traffic will utilize this opening to enter and exit from the project easterly driveway.

## RESPONSE #6

As shown on the site plan, Driveway 4 (the easterly driveway) has been relocated to the west per the City's comment (see Exhibit 1).

If you have any questions, please contact me directly at (949) 861-0177.

Respectfully submitted,
URBAN CROSSROADS, INC.

Charlene So, PE
Associate Principal

_13841-04 Response_



**AR 012576**
**AR011370**

**ATTACHMENT A**
**ERSC/PMK COMMENTS, SEPTEMBER 27, 2021**

AR 012577
**AR011371**



REDLANDS | TEMECULA | PALM DESERT

# MEMORANDUM

**TO:**      Charlene So, Urban Crossroads
            Kevin Sin, City of Banning

**FROM:**    Peter Kim, PE, TE, ***ERSC/PMK***

**DATE:**    September 27, 2021

**SUBJECT:** **CITY OF BANNING – BANNING POINT (TPM 38164) – TRIP GENERATION ASSESSMENT - PC1 MEMO**

We have completed the review for the above-referenced project and the following comments are the result of our review.

<u>**General**</u>
1. Please provide the approved SPA No. 5 traffic study as a reference.
2. Provide the latest project site plan as a reference.
3. Provide an engineer stamp and a signature on the study.

<u>**Page 3**</u>
1. Project Access:  Provide peak hour traffic volumes and lane configurations at each project driveway for both SPA No. 5 traffic study and for the proposed project conditions.  Also, identify the proposed traffic control at each project driveway intersection.

<u>**Exhibit 1:  Preliminary Site Plan**</u>
1. It appears the westerly driveway on Sun Lake Blvd does not align with the existing Country Club Drive and should be realigned.
2. The easterly driveway on Sun Lake Blvd is too close to the existing adjacent driveway and should be relocated at least 100' westerly direction.  Since the existing adjacent driveway has a full access, the project traffic will utilize this opening to enter and exit from the project easterly driveway.

Contact me at peterkimpmk@gmail.com or (949) 466-3126 for any questions.

AR011372



North Elevation

West Elevation

South Elevation

East Elevation



# BANNING POINT

CITY OF BANNING, CALIFORNIA



AR 012579

Job No. 20394.00        CONCEPTUAL COLORED ELEVATIONS - WAREHOUSE BLDG.        10.05.2021

**AR011373**



North Elevation

West Elevation

**①** SHERWIN-WILLIAMS SW7006 EXTRA WHITE

**②** SHERWIN-WILLIAMS SW7071 GRAY SCREEN

**③** SHERWIN-WILLIAMS SW7074 SOFTWARE

**④** SHERWIN-WILLIAMS SW7076 CYBERSPACE

**⑤** SHERWIN-WILLIAMS SW6886 HEARTTHROB

**⑥** BLUE REFLECTIVE GLAZING

**⑦** CLEAR ANODIZED MULLIONS

**⑧** Sherwin Williams Acrylic Latex Systems High Gloss/High performance in color: SW 7076 CYBERSPACE @ Metal CANOPY



Enlarged View of North Elevation



HPA architecture

# BANNING POINT
## CITY OF BANNING, CALIFORNIA



AR 012580

Job No. 20394.00

CONCEPTUAL COLORED ELEVATIONS AND MATERIAL BOARD

10.05.2021

**AR011374**



---

**Narrative of changes**

| | | |
|---|---|---|
| Date: | October 5, 2021, | Project #13714 |

To:         Lisa Edwards, Senior Planner
                City of Banning

From:     LGE Project Team

Subject:   Banning Point – DR21-7008

**Item  Description**

1) **Minor elevation changes at office corner to provide more glazing on the ground level for future office function.**

**See below for the comparison**



AR 012581

AR011375

Change List
October 5th, 2021
Page 2


 Item   Description

2)   Minor elevation changes at NON-office corner to provide more solid facade for racking function

See below for the comparison



18831 Bardeen Ave. - Ste. #100 ■ Irvine, CA 92612 ■ Tel:  949.863.1770 ■ Fax:  949.863.0851 ■ email:  hpa@hparchs.com   **AR 012582**

**AR011376**

Change List
October 5th, 2021
Page 3


**Item**   **Description**

3) Remove landscape from the north the truck yard due to power utilities. Pushing the screen wall
   next to the PL for security reason, so there is no gap in between which can be troublesome as
   attracting vagrants.
   Note: the landscape requirement is still met

See below for the comparison



18831 Bardeen Ave. - Ste. #100 ■ Irvine, CA 92612 ■ Tel:  949.863.1770 ■ Fax:  949.863.0851 ■ email:  hpa@hparchs.com   **AR 012583**


**AR011377**



# City of Banning
## Community Development Department

**NOTICE OF PUBLIC HEARING AND NOTICE OF EXEMPTION FOR CONSIDERATION OF DESIGN REVIEW NO. 21-7008 & TENTATIVE PARCEL MAP NO. 21-4001, A PROPOSED INDUSTRIAL WAREHOUSE BUILDING MEASURING APPROXIMATELY 620,000 SQUARE FEET WHICH INCLUDES 10,000 SQUARE FEET OF OFFICE SPACE AND SIX (6) RETAIL/RESTAURANT BUILDINGS, TOTALING 34,000 SQUARE FEET. THE TENTATIVE PARCEL MAP WILL SUBDIVIDE THE 37-ACRE PARCEL INTO THREE (3) LOTS, FOR FINANCING AND CONVEYANCE PURPOSES, WITHIN THE SUN LAKE VILLAGE NORTH SPECIFIC PLAN AREA. (APN: 419-140-057).**

**NOTICE IS HEREBY GIVEN** of a public hearing before the City of Banning Planning Commission, to be held Tuesday, October 19, 2021, at 6:30 p.m. in the Council Chambers, City Hall, 99 East Ramsey Street, Banning, California, to consider a Notice of Exemption and Design Review No. 21-7008 and Tentative Parcel Map No. 21-4001, a proposed industrial warehouse building measuring approximately 620,000 square feet which includes 10,000 square feet of office space and six (6) retail/restaurant buildings, totaling 34,000 square feet. The tentative parcel map will subdivide the 37-acre parcel into three (3) lots, for financing and conveyance purposes, within the Sun Lake Village North Specific Plan Area. The Community Development Department has determined that the project is categorically exempt from the California Environmental Quality Act (CEQA) pursuant to Section 15332 (Class 32 - Infill Developments) and has prepared a Notice of Exemption (NOE).

https://us02web.zoom.us/j/82794878682?pwd=SFUrMGNKQVlQRHMxaTFHMnJIYk92QT09

Meeting ID: 827 9487 8682
Passcode: 894694
One tap mobile: +16699009128,82794878682#
Dial in: +1 669 900 9128 US
Meeting ID: 827 9487 8682
Find your local number: https://us02web.zoom.us/u/kfO5uo7yb

To observe the live meeting through your personal computer, but not participate with video or oral comments, you may use your computer or smart phone to enter the following or click on the link:
https://banninglive.viebit.com

Information regarding the Notice of Exemption, Design Review and Tentative Map, can be obtained by contacting the City's Community Development Department, Planning Division at (951) 922-3125, or by going to the City of Banning website at https://banningca.gov/Archive.aspx?AMID=60&Type=&ADID=

All parties interested in speaking either in support of or in opposition to this item are invited to attend the hearing by accessing the videoconference or by sending their written comments by email to scalderon@banningca.us or by mail to the Community Development Department, Planning Division, City of Banning at 99 E. Ramsey Street, Banning, California, 92220.

If you challenge any decision regarding the above proposal in court, you may be limited to raising only those issues you or someone else raised in written correspondence delivered to the Planning Commission Recording Secretary prior to, at, or during the time the Planning Commission makes its recommendation on the proposal; or, you or someone else raised at the public hearing or in written correspondence delivered to the hearing body at, or prior to, the hearing (California Government Code, Section 65009).

BY ORDER OF THE COMMUNITY DEVELOPMENT DIRECTOR OF THE CITY OF BANNING, CALIFORNIA

Adam Rush, M.A., AICP                                      Dated: October 5, 2021
Community Development Director                       Publish: October 8, 2021

**99 E. Ramsey Street • P.O. Box 998 • Banning, CA 92220-0998 • (951) 922-3100**

AR 012584

**AR011378**



**CITY OF BANNING**    **PROJECT NUMBERS:** DR 21-7008, TPM 21-4001, ENV 21-1510

**PROJECT VICINITY**

**ADDRESS/APN:** NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057
**ZONE:** Sun Lakes North Specific Plan

PROJECT LOCATION

CITY OF BEAUMONT

■ ■ ■ ■ Banning City Boundary

Source: Esri, Maxar, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community

AR 012585

AR011379



BUILDING

SUN LAKES BLVD.

STREETSCAPE TREES SIZED AT 36" BOX

PLANTING LEGEND

# Banning Point

21-021
04.30.21
10.06.21

Banning, California




Hunter Landscape

711 FEE ANA STREET   PLACENTIA, CA  92870
714.986.2400            FAX 714.986.2408



N

0   40'   80'        160'

AR 012586

AR011380

# M E M O R A N D U M
# C I T Y   O F   B A N N I N G

| | |
|---|---|
| DATE: | October 6, 2021 |
| TO: | Adam Rush, Community Development Director |
| FROM: | Kevin Sin, Senior Civil Engineer<br>Luis Cardenas, Senior Civil Engineer |
| **SUBJECT:** | **Engineering Conditions of Approval for DR 21-7008**<br>**(NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.)** |



The Department of Public Works recommends the Conditions of Approval listed herein for the abovementioned project. Unless stated otherwise, all conditions shall be completed by the applicant at no cost to any government agency.

The Applicant may contact the Engineering Division at (951) 922-3130 for compliance with the following conditions:

### A.     General Requirements

1. A Public Works Permit shall be required prior to commencement of any work within the public right-of-way. The contractor working within the public right-of-way shall submit proof of a Class "A" State Contractor's License, City of Banning Business License, and Liability Insurance. Any existing public improvements, or public improvements not accepted by the City that are damaged during construction shall be removed and replaced as determined by the City Engineer or his/her representative.

2. Prior to the issuance of any grading, construction, or public works permit by the City, the applicant shall obtain any necessary clearances and/or permits from the following agencies:

   - Fire Marshal (access)
   - Public Works Department (grading permits, street improvement permits)
   - Riverside County Flood Control & Water Conservation District (storm drain)
   - California Regional Water Quality Control Board Colorado River Basin (RWQCB)
   - South Coast Air Quality Management District (SCAQMD)

   The applicant is responsible for meeting all requirements of permits and/or clearances from the above listed agencies. When the requirements include approval of improvement plans, the applicant shall furnish proof of such approvals when submitting improvements plans to the City.

3. The following improvement plans shall be prepared by a Civil Engineer licensed by the State of California and submitted to the Engineering Division for review and approval. A separate set of plans shall be prepared for each line item listed below. Unless otherwise authorized in writing by the City Engineer, the plans shall utilize the minimum scale specified and shall be drawn on 24" x 36" Mylar film. Plans may be prepared at a larger scale if additional detail or plan clarity is desired (Note: the applicant may be required to prepare other improvement plans not listed here pursuant to improvements required by other agencies and utility purveyors):

|   |   |   |
|---|---|---|
| a. | Rough Grading Plans | 1" = 40' horizontal |
|   | (All Conditions of Approval shall be reproduced on last sheet of set) | |
| b. | Haul Route Plans | 1" = 40' horizontal |
| c. | Clearing Plans | 1" = 50' horizontal |
|   | (Include construction fencing plan) | |
| d. | Erosion Control & SWPPP, WQMP | 1" = 40' Horizontal |
|   | (Note: a, b, c & d shall be reviewed and approved concurrently) | |
| e. | Storm Drain Plans | 1" = 40' Horizontal |
| f. | Street Improvement Plans | 1" = 40' Horizontal |
|   |   | 1" = 4' Vertical |
| g. | Precise Grading Plans | 1" = 40' Horizontal |
| h. | Landscaping Plans | 1" = 20 Horizontal |
| i. | Water Improvement Plans | 1" = 40' Horizontal |
|   |   | 1" = 4' Vertical |
| j. | Sewer Improvement Plans | 1" = 40' Horizontal |
|   |   | 1" = 4' Vertical |

Other engineered improvement plans prepared for City approval that are not listed herein shall be prepared in formats approved by the City Engineer prior to commencing plan preparation.

All off-site plan and profile, street improvement plans and signing & striping plans shall show all existing improvements for a distance of at least 200-feet beyond the project limits, or at a distance sufficient to show any required design transitions.

A small index map shall be included on the title sheet of each set of plans, showing the overall view of the entire work area.

4.  Upon completion of construction, the Developer shall furnish the City with reproducible record drawings on Mylar film of all improvement plans that were approved by the City Engineer.  Each sheet shall be clearly marked "As-Built" or "As-Constructed" and shall be stamped and signed by the engineer or surveyor certifying the accuracy and completeness of the drawings.  The applicant shall have all AutoCAD files submitted to the City, revised to reflect the "As-Built" conditions.

## B.    Street Improvements/Right-of-Way

5.  Construct right-of-way improvements (driveway approach, sidewalk, parkway, raised median, access ramp, street lighting, etc.) fronting the site per City of Banning Standard Drawings.  Street lights shall be installed offset of the existing street lights.

6.  Installation of a traffic signal at the intersection of Sun Lakes Boulevard, future Driveway 3 (as shown in the TIA) and Country Club Drive. Project applicant shall reach out to the Sun Lakes Country Club staff to discuss impacts to their access.

7. Provide paved golf cart access adjacent to the sidewalk through the property and at the proposed traffic signal entrance.

8. Construct street improvements as identified by the project's traffic impact analysis (TIA).

9. The City and Developer are to enter into a Public Improvement Agreement to guarantee the construction of the public improvements as listed in the Conditions of Approval and as shown on the approved plans. The applicant shall work with the City Attorney's Office to execute the Agreement and pay all related legal processing fees.

10. All street improvement designs shall provide pavement and lane transitions per City of Banning and Caltrans standards for transition to existing street sections.

11. Any public improvements damaged during the course of construction shall be replaced to the satisfaction of the City Engineer, or his/her designee.

12. The applicant shall plant and perpetually maintain trees, shrubs, and ground cover placed in the parkway, slopes adjacent to public right-of-ways constructed in connection with the project. This includes providing irrigation and the clearing of debris and weed removal. The applicant shall be required to enter into a Landscape Maintenance Agreement for the perpetual maintenance of landscaping within the public right-of-way fronting the project site.

13. All required public improvements for the project shall be completed, tested, and approved by the Engineering Division prior to issuance of any Certificate of Occupancy.

**C.      Grading and Drainage**

14. Submit a Drainage Study with hydrologic and hydraulic analysis for developed and undeveloped (existing) conditions to the Engineering Division for review and approval. The study and analysis shall be prepared by a civil engineer licensed by the State of California. Drainage design shall be in accordance with Banning Master Drainage Plan adopted by Riverside County Flood Control and Water Conservation District (RCFCD), RCFCD Hydrology Manual, and standard plans and specifications. The 10-year storm flow shall be contained within the street curbs, and the 100-year storm shall be contained within the street right-of-way; when this criteria is exceeded, additional drainage facilities shall be designed and constructed.

15. At a minimum, all development will make provisions to store runoff from rainfall events up to and including the one-hundred three-hour during event. Post-development peak urban runoff discharge rates shall not exceed pre-development peak urban runoff discharge rates.

16. Prior to issuance of any building permit, the applicant shall install trash filters in all catch basins adjacent to the site and/or will be constructed as part of the storm drain improvements for this development. The trash filters shall comply with the requirements of the Trash Amendment as amended and approved in accordance with California Regional Water Quality Control Board Colorado River Basin Region Order No. R7-2013-0011.

17. If the site is located in a Flood Area as identified in Flood Insurance Rate Map dated August 28, 2008 the developer is responsible for providing a certification by a registered professional engineer or architect demonstrating that encroachments shall not result in any increase in flood levels during the occurrence of the base flood discharge.

18. The project grading shall be designed in a manner that perpetuates the existing natural drainage patterns with respect to tributary drainage areas, outlet points and outlet conditions. Otherwise, a drainage easement shall be obtained for the release of concentrated or diverted

storm flows. The project shall accept and convey storm flows from the adjacent property to the north.

19. The applicant shall comply with Chapter 13.24 "Stormwater Management Systems" of the Banning Municipal Code (BMC) and Title 18 "Grading, Erosion and Sediment Control" of the California Building Code related to excavation and grading; and, the State Water Resources Control Board's orders, rules and regulations.

    For construction activities including clearing, grading or excavation of land that disturbs one (1) acre or more of land, or that disturbs less than one (1) acre of land, but which is a part of a construction project that encompasses more than one (1) acre of land, the applicant shall be required to submit a Storm Water Pollution Protection Plan (SWPPP) and file a Notice of Intent (NOI) with the Regional Water Quality Control Board.

    The applicant shall ensure that the required SWPPP is available for inspection at the project site at all times through and including acceptance of all improvements by the City.

    The applicant's SWPPP shall include provisions for all of the following Best Management Practices ("BMPs"):

    - Temporary Soil Stabilization (erosion control).

    - Temporary Sediment Control.

    - Wind Erosion Control.

    - Tracking Control.

    - Non-Storm Water Management.

    - Waste Management and Materials Pollution Control.

    All erosion and sediment control BMPs proposed by the applicant shall be designed using the CASQA BMP handbook and approved by the City Engineer prior to any onsite or offsite grading, pursuant to this project.

    The approved SWPPP and BMPs shall remain in effect for the entire duration of project construction until all improvements are completed and accepted by the City.

20. Prior to issuance of any grading or building permit, a Project-Specific Water Quality Management Plan (WQMP) shall be reviewed and approved in accordance with California Regional Water Quality Control Board Colorado River Basin Region Order No. R7-2013-0011.

21. Prior to the issuance of any building permit(s), a precise grading plan shall be submitted to the City Engineer for review and approval. A grading permit shall be obtained prior to commencement of any grading activity.

22. Grading and excavations in the public right-of-way shall be supplemented with a soils and geology report prepared by a professional engineer or geologist licensed by the State of California.

23. Prior to the issuance of a building permit, the applicant shall provide a lot pad certification stamped and signed by a qualified civil engineer or land surveyor. Pad certification shall list the pad elevation as shown on the approved grading plan, the actual pad elevation and the

difference between the two, if any. Such pad certification shall also list the relative compaction of the pad soil.

**D.    Traffic**

24. Prior to the issuance of a grading permit or building permit, the applicant shall submit and obtain approval in writing from the Fire Marshall for the plans for all public or private access drives or streets. The plans shall include plan and sectional views and indicate the grade and width of the access road measured flow-line to flow-line. When a dead-end access exceeds 150 feet or when otherwise required, a clearly marked fire apparatus access turnaround must be provided and approved by the Fire Marshall. Applicable covenant, conditions or restrictions or other approved documents shall contain provisions which prohibit obstructions such as speed bumps/humps, control gates or other modifications within said easement or access road unless prior approval of the Fire Marshall is granted.

25. Driveway grades shall not exceed eight percent unless approved by the City Engineer.

26. Access drives to the public right-of-way shall be restricted to those approved by the City Engineer as shown on the approved plans.

27. Prior to the issuance of any certificate of occupancy, all fire hydrants shall have a blue reflective pavement marker indicating the hydrant location on the street/access driveway as approved by the Fire Marshall, and must be maintained in good condition by the property owner until the street is accepted for maintenance.

28. Prior to the issuance of a grading permit or building permit, the applicant shall conduct a Traffic Impact Analysis and submit the report to the Engineering Division for review and approval. All mitigation identified in the Traffic Impact Analysis shall be implemented by the applicant to the satisfaction of the City Engineer.

**E.    Trash/Recycling**

29. Construction debris shall be disposed of at a certified recycling site. It is the responsibility of the developer to contact the City's franchised solid waste hauler, Waste Management of the Inland Valley, at 1-800-423-9986 for disposal of construction debris.

30. The developer shall participate in the City's recycling and diversion programs by providing a solid waste enclosure to accommodate necessary solid waste containers.

31. All new development projects including, but not limited to, industrial and business buildings and facilities, as well as, multi-family complexes shall provide a solid waste enclosure to accommodate trash, recycle and organics waste bins and/or containers. Solid waste enclosures for multiple tenant properties, such as a shopping center, must design the enclosure to accommodate all waste containers of the property.

32. Solid waste enclosures shall be located on the site to be serviced.

33. The enclosure shall be designed for the exclusive use of housing solid waste containers including trash, recyclable and organics materials.

34. Enclosures Design Criteria:

    a.   The size and dimensions of the trash enclosure shall be based on the required number and size of containers at a minimum accommodating one (1) container each for trash, recyclables and organics materials.

AR011385

b.  Enclosure shall be architecturally compatible with the primary building on site to provide a coordinated design.

c.  Exterior materials and colors of the enclosure shall match the building walls.

d.  Chain link fencing with or without/plastic slats is prohibited.

e.  Enclosure shall have solid metal or wood gates with latches that can be secured in an open or closed position.

f.  Enclosures shall be constructed in a permanent manner.

g.  Exterior must be fully enclosed with solid roofing to prevent rainfall from entering the enclosure and to prevent wind dispersal, as well as, offsite transport of trash and recycling.

h.  Provide the minimum clearance for collector and user accessibility.

i.  City Engineer approval shall be obtained in writing prior to the construction of any solid waste enclosure.

## F.    Water

34. Submit water improvement plans to the Public Works Department along with anticipated peak water demands and hydraulic analysis to justify pipe sizes.  Pipes shall be ductile iron, wrapped in V-Bio polyethylene.  All water services 2" and smaller shall use plastic-coated copper tubing.

35. Separate irrigation meters will be required for outdoor use.

36. All commercial, industrial, and irrigation water services shall have Reduced Pressure Principle Backflow Preventors.  RP Backflow Preventors shall be of a model approved by USC.

37. On-site fire hydrants shall be part of a privately-owned and maintained fire protection system.  Private fire hydrants shall be painted safety red, to differentiate from publicly-owned fire hydrants which are typically yellow.

38. Because of the project's location at a pressure zone boundary, an above-ground pressure regulating station may be required, pending review of the water improvement plans by the City Engineer.

## G.    Recycled Water

39. Plans for a purple-pipe non-potable irrigation system shall be designed and submitted to the Public Works Department.  Pipes shall be ductile iron, wrapped in purple V-Bio polyethylene.  All water services 2" and smaller shall use plastic-coated copper tubing. Plans should include a signage plan typical of a non-potable irrigation system.

40. An interim connection between the potable and non-potable systems shall be installed by way of a single backflow preventor, until such a time as the City's non-potable backbone system is extended west along Sun Lakes Blvd.

## H.    Wastewater

41. A sewer improvement plan shall be prepared and submitted to the Public Works Department, extending the public sewer from Sun Lakes Blvd.  Sewer main material shall be PVC SDR

6

AR 012592

26.  Sewer system design shall avoid placing manholes in low spots, or connecting storm water drainage facilities to the sewer system.

42. When available, estimated sewer discharge quantities and quality shall be submitted to the Public Works Department for review.  Depending on the nature of the discharge, grease interceptor(s) may be required.

## I.    Fees

43. Plan check fees for professional report review (geotechnical, drainage, WQMP, etc.), and all improvement plans review, shall be paid at the time of submittal of said documents for review and approval in accordance with the fee schedule in effect at the time of submittal.

44. Public Works Inspection fees shall be paid prior to issuance of any permits in accordance with the fee schedule in effect at time of time of scheduling.

45. A plan storage fee shall be paid for any engineering plans that may be required prior to issuance of certificate of occupancy in accordance with the fee schedule in effect at the time the fee is paid.

46. Water, Sewer, and Non-potable impact fees shall be paid prior to issuance of Building permit.  Water meter and water meter installation fees shall be due prior to meter release.

## J.    Final Parcel Map

47. Prior to approval of the Final Map, the applicant shall construct on-site and off-site improvements required for the development of the property in accordance with the approved plans and satisfy its obligations for same, or shall furnish a fully secured and executed Subdivision Improvement Agreement on terms agreed to by the Parties guaranteeing the construction of such improvements and the satisfaction of its obligations for same, or shall agree to any combination thereof.   For off-site improvements, the procedures and requirements of Government Code Section 66462.5 shall apply, including the potential acquisition of those rights by the City or waiver of the City's requirement to obtain those rights.

48. Security for the construction of public improvements in accordance with Government Code Section 66499 shall be as follows:

| | |
|---|---|
| Faithful Performance Bond | 100% of estimated cost |
| Labor and Material Bond | 100% of estimated cost |
| Monumentation Bond | $5,000.00 |

49. Securities for the public improvements shall be on file with the City Clerk prior to scheduling the final map for approval by City Council. Unit prices for bonding estimates shall be those specified or approved by the City Engineer.

50. Revisions to the tentative map during plan check including, but not limited to, lot line alignments, easements, improvement plan revisions, and similar minor changes that are in substantial compliance with the tentative map, or associated conditions of approval, shall be administratively approved through the plan check process with the mutual consent and approval of the Developer, the Community Development Director and City Engineer. Final maps shall be amended in accordance with the Subdivision Map Act.

AR011387

51. Prior to approval of any final map the applicant shall identify and include in its improvement plans those routine structural and non-structural Best Management Practices (BMP's).

52. Submit a copy of the title report, closure calculations, and any separate instruments or necessary right-of-way documents to the Engineering Division prior to final map approval.

53. An original Mylar of the final map (after recordation) shall be provided to the City for the record files.

54. Public improvements shall be completed and accepted by City of Banning prior to release of Faithful Performance Bond and Labor and Material Bond for such improvements. Faithful Performance Bond for applicable public improvements shall be reduced to 10% once City accepts improvements into maintenance period. Final 10% to serve as the maintenance bond for the 1-year maintenance period.

55. A record of all street centerline monument ties shall be submitted to the Engineering Division upon completion of improvements or prior to release of Monumentation Bond.

AR 012594

AR011388

| From: | Adam Rush |
|---|---|
| Sent: | Monday, October 4, 2021 4:14 PM PDT |
| To: | Sandra Calderon; Mark De Manincor; Lisa Edwards; Emery Papp |
| Subject: | RE: newspaper notices due tomorrow 10/5 |
| Attachments: | image001.jpg |
| Importance: | High |

Thank you for the reminder!

We should have the following notices:

1. GPA 21-2504_Housing Element
2. DR 21-7002_TTM 37898 APN 534-272-009
3. DR 21-7011_The SJ Grid Battery Energy Storage Sys_APN 541-220-024
4. DR 21-7008_Banning Point APN 419-140-057

Please let me know if you require assistance in putting these notices together.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Monday, October 4, 2021 4:09 PM
**To:** Adam Rush <arush@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Subject:** newspaper notices due tomorrow 10/5

Good afternoon,
Just a reminder that the newspaper notices are due tomorrow before 10am for the Special PC meeting on Tuesday, October 19th.

Thanks,

AR 014791

COB_2047

**AR011389**

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**AR 014792**

**COB_2048**
**AR011390**

| | |
|---|---|
| From: | Sandra Calderon |
| Sent: | Monday, October 4, 2021 4:51 PM PDT |
| To: | Mark De Manincor; Adam Rush; Lisa Edwards; Emery Papp |
| Subject: | RE: newspaper notices due tomorrow 10/5 |
| Attachments: | image002.png, image003.jpg |

Thanks Mark! I made minor changes to the DR & CUP numbers on the heading.

---

**From:** Mark De Manincor <mdemanincor@banningca.gov>
**Sent:** Monday, October 4, 2021 4:35 PM
**To:** Adam Rush <arush@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Subject:** Re: newspaper notices due tomorrow 10/5

Hi Adam, Sandra,
Please find the attached Public Hearing Notice for your review and publishing.
Thanks,

Mark de Manincor

*Contract Planner*

*Planning*

**City of Banning**
*Direct Line:* 951-922-3123

*Direct Fax:* 951-922-3128

mdemanincor@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.ci.banning.ca.us



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

---

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Monday, October 4, 2021 4:14 PM
**To:** Sandra Calderon <scalderon@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Subject:** RE: newspaper notices due tomorrow 10/5

Thank you for the reminder!

We should have the following notices:

1. GPA 21-2504_Housing Element
2. DR 21-7002_TTM 37898 APN 534-272-009
3. DR 21-7011_The SJ Grid Battery Energy Storage Sys_APN 541-220-024
4. DR 21-7008_Banning Point APN 419-140-057

Please let me know if you require assistance in putting these notices together.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Monday, October 4, 2021 4:09 PM
**To:** Adam Rush <arush@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Subject:** newspaper notices due tomorrow 10/5

Good afternoon,
Just a reminder that the newspaper notices are due tomorrow before 10am for the Special PC meeting on Tuesday, October 19th.

Thanks,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

AR 014795

COB_2051

AR011393

**From:** Mark De Manincor
**Sent:** Monday, October 4, 2021 7:17 PM PDT
**To:** Sandra Calderon
**Subject:** Re: newspaper notices due tomorrow 10/5
**Attachments:** image002.png, image003.jpg

Thank you, Sandra

Mark de Manincor
*Contract Planner*
*Planning*
**City of Banning**
*Direct Line:* 951-922-3123
*Direct Fax:* 951-922-3128
mdemanincor@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.ci.banning.ca.us



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Monday, October 4, 2021 4:51 PM
**To:** Mark De Manincor <mdemanincor@banningca.gov>; Adam Rush <arush@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Subject:** RE: newspaper notices due tomorrow 10/5

Thanks Mark! I made minor changes to the DR & CUP numbers on the heading.

**From:** Mark De Manincor <mdemanincor@banningca.gov>
**Sent:** Monday, October 4, 2021 4:35 PM
**To:** Adam Rush <arush@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Subject:** Re: newspaper notices due tomorrow 10/5

Hi Adam, Sandra,
Please find the attached Public Hearing Notice for your review and publishing.
Thanks,

AR 014796

COB_2052

**AR011394**

Mark de Manincor
*Contract Planner*
*Planning*
**City of Banning**
*Direct Line:* 951-922-3123
*Direct Fax:* 951-922-3128
mdemanincor@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.ci.banning.ca.us



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Monday, October 4, 2021 4:14 PM
**To:** Sandra Calderon <scalderon@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Subject:** RE: newspaper notices due tomorrow 10/5

Thank you for the reminder!

We should have the following notices:

1. GPA 21-2504_Housing Element
2. DR 21-7002_TTM 37898 APN 534-272-009
3. DR 21-7011_The SJ Grid Battery Energy Storage Sys_APN 541-220-024
4. DR 21-7008_Banning Point APN 419-140-057

Please let me know if you require assistance in putting these notices together.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* [Privacy]
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Monday, October 4, 2021 4:09 PM
**To:** Adam Rush <arush@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Emery Papp <epapp@banningca.gov>
**Subject:** newspaper notices due tomorrow 10/5

Good afternoon,
Just a reminder that the newspaper notices are due tomorrow before 10am for the Special PC meeting on Tuesday, October 19th.

Thanks,



**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line*: 951-922-3190
*Direct Fax*: 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.



| From: | Pam Steele |
|---|---|
| Sent: | Tuesday, October 5, 2021 5:25 PM PDT |
| To: | Lisa Edwards; Adam Rush |
| CC: | Alex Steele |
| Subject: | Banning Point - environmental review |

Lisa and Adam,

Can you please let us know when we will get your final comments on the environmental review document?

Thank you,

Pam

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

| From: | Pam Steele |
|---|---|
| Sent: | Tuesday, October 5, 2021 5:24 PM PDT |
| To: | Lisa Edwards; Adam Rush |
| CC: | Alex Steele |
| Subject: | Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning  Point Project Banning CA 92220 |
| Attachments: | 13841-03 TG Letter.pdf, 13841-04 Response.pdf |

Lisa and Adam,

Here is the updated Traffic Analysis and VMT letter. Updated plans will come to you tomorrow.

Please let us know if you need anything else.

Thank you,

Pam

---------- Forwarded message ---------
From: **Charlene So** <cso@urbanxroads.com>
Date: Mon, Oct 4, 2021 at 2:22 PM
Subject: RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220
To: Alex Steele <alexs@migcom.com>
Cc: Pam Steele <pams@migcom.com>

Hi Alex,

Attached is the updated trip generation and our responses to the City's comments.  Let me know if you have any questions.  Thank you!

Here is the link to the SPA No. 5 Traffic Study requested by the City:
https://urbanxroads.egnyte.com/dl/jYMaWQH9W7

Regards,

**CHARLENE SO, PE**

Associate Principal

Privacy  Mobile

**urbanxroads.com**

AR 014800

COB_2055

**AR011398**

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, October 4, 2021 9:52 AM
**To:** Charlene So <cso@urbanxroads.com>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project
Banning CA 92220

Charlene,

See attached.

**Alex Steele**

*Senior Associate Planner*

M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

---------- Forwarded message ---------
From: **Pam Steele** <pams@migcom.com>
Date: Sat, Oct 2, 2021 at 8:33 AM
Subject: Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project
Banning CA 92220
To: Sha Liu Mahoney <sha@hparchs.com>, Alex Steele <alexs@migcom.com>

AR 014801

COB_2056

**AR011399**

Sha,

Following up on the email I JUST sent (sorry) - is this one good to send to the traffic consultant?

Pam

---------- Forwarded message ---------
From: **Yunxuan Gou** <yunxuan@hparchs.com>
Date: Fri, Oct 1, 2021 at 5:58 PM
Subject: RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220
To: Sha Liu Mahoney <sha@hparchs.com>, Jagger Everett <jaggere@creationequity.com>, Grant Kingdon <grantk@creationequity.com>, Blake Wells <BlakeW@lgedesignbuild.com>, grantb@lgedesignbuild.com <grantb@lgedesignbuild.com>, Mark S. Cone <markc@lgedesigngroup.com>, Ben McRae <BenM@lgedesigngroup.com>, Jeff Potter <Jeff@thieneseng.com>, Chad Williams <Chad@aircontrolsystems.net>, Randy Fehlman <RandyF@greggelectric.com>, John Gaglio <JohnG@greggelectric.com>, karl@johnsonplumbing.com <karl@johnsonplumbing.com>, genep@lgedesignbuild.com <genep@lgedesignbuild.com>, Tom Hayes <tomh@hunterlandscape.net>, Rafik Gerges <rgerges@hsaassociates.com>, Mahes Kumar Thiagarajan <mahes@hsaassociates.com>
Cc: Joey Bravo <jbravo@aircontrolsystems.net>, Austin.Sullivan@aerofire.com <Austin.Sullivan@aerofire.com>, Matt Daoust <mattd@lgedesignbuild.com>, Pam Steele <pams@migcom.com>, Mahes Kumar Thiagarajan <mahes@hsaassociates.com>, Tan Tran <tan@hsaassociates.com>, Gene Plum <genep@lgedesignbuild.com>

Team,

Please see attached updated site plan for your use and also PDFs per request from Gene

- Updated the South truck yard entry per civil background
- Updated SE parking area entry per civil
- Progress elevation and floor plan sheets
-

Let us know if any question.

AR 014802

COB_2057
**AR011400**

Thanks,

Xuan

Yunxuan Guo, LEED AP BD+C | HPA, Inc.

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612
**949.862.2127 direct**
949.863.1770 main
Privacy cell
www.hparchs.com

---

**From:** Gene Plum <genep@lgedesignbuild.com>
**Sent:** Friday, October 1, 2021 11:08 AM
**To:** Yunxuan Gou <yunxuan@hparchs.com>; Sha Liu Mahoney <sha@hparchs.com>
**Cc:** Jagger Everett <jaggere@creationequity.com>; Grant Kingdon
<grantk@creationequity.com>; Blake Wells <BlakeW@lgedesignbuild.com>; Grant Blunt
<grantb@lgedesignbuild.com>; Mark S. Cone <markc@lgedesigngroup.com>; Ben McRae
<BenM@lgedesigngroup.com>; Jeff Potter <Jeff@thieneseng.com>; Chad Williams
<Chad@aircontrolsystems.net>; Randy Fehlman <RandyF@greggelectric.com>; John Gaglio
<JohnG@greggelectric.com>; karl@johnsonplumbing.com; Tom Hayes
<tomh@hunterlandscape.net>; Pam Steele <pams@migcom.com>; Rafik Gerges
<rgerges@hsaassociates.com>; Mahes Kumar Thiagarajan <mahes@hsaassociates.com>; Joey
Bravo <jbravo@aircontrolsystems.net>; Matt Daoust <mattd@lgedesignbuild.com>; Tan Tran
<tan@hsaassociates.com>
**Subject:** RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project
Banning CA 92220

Can you please send us PDF files of these documents ?

Thank You,

Gene

AR 014803

COB_2058

**AR011401**

**Gene Plum**
Senior Estimator

**O:** 480.966.4001
**M:** Privacy
**D:** 602.786.7835

1200 N. 52nd St., Phoenix, AZ 85008

ROG 101562

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you
are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are
hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message
in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Thursday, September 30, 2021 9:32 AM
**To:** Yunxuan Gou <yunxuan@hparchs.com>
**Cc:** Sha Liu Mahoney <sha@hparchs.com>; Jagger Everett <jaggere@creationequity.com>;
Grant Kingdon <grantk@creationequity.com>; Blake Wells <BlakeW@lgedesignbuild.com>;
Grant Blunt <grantb@lgedesignbuild.com>; Mark S. Cone <markc@lgedesigngroup.com>; Ben
McRae <BenM@lgedesigngroup.com>; Jeff Potter <Jeff@thieneseng.com>; Chad Williams
<Chad@aircontrolsystems.net>; Randy Fehlman <RandyF@greggelectric.com>; John Gaglio
<JohnG@greggelectric.com>; karl@johnsonplumbing.com; Tom Hayes
<tomh@hunterlandscape.net>; Rafik Gerges <rgerges@hsaassociates.com>; Mahes Kumar
Thiagarajan <mahes@hsaassociates.com>; Joey Bravo <jbravo@aircontrolsystems.net>;
Austin.Sullivan@aerofire.com; Matt Daoust <mattd@lgedesignbuild.com>; Tan Tran
<tan@hsaassociates.com>; Gene Plum <genep@lgedesignbuild.com>
**Subject:** Re: Banning NEC Highland Springs Ave & Sun Lakes Blvd

Please send PDFs when you have a minute.

Thanks,

AR 014804

COB_2059

**AR011402**

On Wed, Sep 29, 2021 at 7:33 PM Yunxuan Gou <yunxuan@hparchs.com> wrote:

Team,

Please see attached latest background for your use

- Floor plan & elevation with the louvers/ drain locations/ adjust panel height
- There will be minor revisions on the site plan will be following up soon

Let us know if any questions.

Thanks,

Xuan

Yunxuan Guo, LEED AP BD+C | HPA, Inc.

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612
**949.862.2127 direct**
949.863.1770 main
Privacy cell
www.hparchs.com

**From:** Sha Liu Mahoney <sha@hparchs.com>
**Sent:** Thursday, September 16, 2021 6:52 PM
**To:** Jagger Everett <jaggere@creationequity.com>; Grant Kingdon
<grantk@creationequity.com>; Blake Wells <BlakeW@lgedesignbuild.com>;
grantb@lgedesignbuild.com; Mark S. Cone <markc@lgedesigngroup.com>; Ben McRae
<BenM@lgedesigngroup.com>; Jeff Potter <Jeff@thieneseng.com>; Chad Williams
<Chad@aircontrolsystems.net>; Randy Fehlman <RandyF@greggelectric.com>; John Gaglio
<JohnG@greggelectric.com>; karl@johnsonplumbing.com; Tom Hayes
<tomh@hunterlandscape.net>; Rafik Gerges <rgerges@hsaassociates.com>; Mahes Kumar
Thiagarajan <mahes@hsaassociates.com>
**Cc:** Joey Bravo <jbravo@aircontrolsystems.net>; Austin.Sullivan@aerofire.com; Matt Daoust
<mattd@lgedesignbuild.com>; Pam Steele <pams@migcom.com>; Mahes Kumar Thiagarajan
<mahes@hsaassociates.com>; Tan Tran <tan@hsaassociates.com>; Yunxuan Gou

AR 014805

COB_2060

**AR011403**

<yunxuan@hparchs.com>; Gene Plum <genep@lgedesignbuild.com>
**Subject:** Banning NEC Highland Springs Ave & Sun Lakes Blvd

Hi all,

Following up on the kick off meeting, please see attached meeting notes and updated CAD base for your use. Please note the CAD file are only site plan and floor plan, we are working on elevation for minor revision to make it more functional for the future office. Once elevation is revised and approved, we will distribute the CAD.

Let us know if you have questions.

Thank you,

Sha Liu Mahoney | HPA, Inc.

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612
Privacy        Mobile ( primary)
949. 862.2108 Direct
949.863.1770 main
www.hparchs.com

--

**Pam Steele**

*Principal*

AR 014806

COB_2061

**AR011404**

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* Privacy *to reach me.  Thanks!*

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**

*Principal*

*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* Privacy *to reach me.  Thanks!*

M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com



facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone*** Privacy ***to reach me.  Thanks!***

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:*** Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014808

COB_2063

AR011406

| From: | Adam Rush |
| Sent: | Tuesday, October 5, 2021 6:17 PM PDT |
| To: | 'Pam Steele'; Lisa Edwards |
| CC: | alexs@migcom.com; Emery Papp |
| Subject: | RE: Banning Point - environmental review |
| Attachments: | image001.jpg |
| Importance: | High |

Good Evening Pam,

The review is complete and the comments came in only 2-minutes before this email.

Let me review and I'll send over to you ASAP.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* ▮▮▮▮▮▮▮
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, October 5, 2021 5:25 PM
**To:** Lisa Edwards <ledwards@banningca.gov>; Adam Rush <arush@banningca.gov>
**Cc:** alexs@migcom.com
**Subject:** Banning Point - environmental review

Lisa and Adam,

Can you please let us know when we will get your final comments on the environmental review document?

Thank you,

Pam

--
**Pam Steele**
*Principal*

**AR 014809**

**COB_2064**

**AR011407**



*Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone* ▮▮▮▮▮ *to reach me.  Thanks!*

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* ▮▮▮▮▮
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014810

COB_2065

AR011408

| From: | Adam Rush |
|---|---|
| Sent: | Tuesday, October 5, 2021 6:35 PM PDT |
| To: | Joshua Monzon; Kevin Sin |
| CC: | Arturo Vela; Lisa Edwards; Sandra Calderon |
| Subject: | FW: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point  Project Banning CA 92220 |
| Attachments: | 13841-03 TG Letter.pdf, 13841-04 Response.pdf, image001.jpg |
| Importance: | High |

Joshua,

Enclosed herein is a resubmittal of the updated and revised TIA associated with Design Review (DR) 21-7008 (*Banning Point*).

I've saved a copy of these reports in the following file path:

\\ragnarok\SharePoint Documents\Community Development - Planning Documents\0 PROJECTS\Design Review\2021\DR 21-7008_Banning Point APN 419-140-057\Traffic Impact Analysis

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
Direct Line: 951-922-3131
Cell Line: [Privacy]
Direct Fax: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, October 5, 2021 5:24 PM
**To:** Lisa Edwards <ledwards@banningca.gov>; Adam Rush <arush@banningca.gov>
**Cc:** alexs@migcom.com
**Subject:** Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220

Lisa and Adam,

Here is the updated Traffic Analysis and VMT letter. Updated plans will come to you tomorrow.

Please let us know if you need anything else.

AR 014811

COB_2066

**AR011409**

Thank you,

Pam

---------- Forwarded message ---------
From: **Charlene So** <cso@urbanxroads.com>
Date: Mon, Oct 4, 2021 at 2:22 PM
Subject: RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220
To: Alex Steele <alexs@migcom.com>
Cc: Pam Steele <pams@migcom.com>

Hi Alex,

Attached is the updated trip generation and our responses to the City's comments.  Let me know if you have any questions.  Thank you!

Here is the link to the SPA No. 5 Traffic Study requested by the City:
https://urbanxroads.egnyte.com/dl/jYMaWQH9W7

Regards,

**CHARLENE SO, PE**
Associate Principal
Privacy               Mobile
**urbanxroads.com**

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, October 4, 2021 9:52 AM
**To:** Charlene So <cso@urbanxroads.com>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220

Charlene,

See attached.

**Alex Steele**
*Senior Associate Planner*

M I G

PLANNING        DESIGN        COMMUNICATIONS        MANAGEMENT        SCIENCE        TECHNOLOGY

AR 014812

COB_2067
**AR011410**

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8330 cell: Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

---------- Forwarded message ---------
From: **Pam Steele** <pams@migcom.com>
Date: Sat, Oct 2, 2021 at 8:33 AM
Subject: Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd – Banning Point Project Banning CA
92220
To: Sha Liu Mahoney <sha@hparchs.com>, Alex Steele <alexs@migcom.com>

Sha,

Following up on the email I JUST sent (sorry) - is this one good to send to the traffic consultant?

Pam

---------- Forwarded message ---------
From: **Yunxuan Gou** <yunxuan@hparchs.com>
Date: Fri, Oct 1, 2021 at 5:58 PM
Subject: RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA
92220
To: Sha Liu Mahoney <sha@hparchs.com>, Jagger Everett <jaggere@creationequity.com>, Grant
Kingdon <grantk@creationequity.com>, Blake Wells <BlakeW@lgedesignbuild.com>,
grantb@lgedesignbuild.com <grantb@lgedesignbuild.com>, Mark S. Cone
<markc@lgedesigngroup.com>, Ben McRae <BenM@lgedesigngroup.com>, Jeff Potter
<Jeff@thieneseng.com>, Chad Williams <Chad@aircontrolsystems.net>, Randy Fehlman
<RandyF@greggelectric.com>, John Gaglio <JohnG@greggelectric.com>, karl@johnsonplumbing.com
<karl@johnsonplumbing.com>, genep@lgedesignbuild.com <genep@lgedesignbuild.com>, Tom Hayes
<tomh@hunterlandscape.net>, Rafik Gerges <rgerges@hsaassociates.com>, Mahes Kumar Thiagarajan
<mahes@hsaassociates.com>
Cc: Joey Bravo <jbravo@aircontrolsystems.net>, Austin.Sullivan@aerofire.com
<Austin.Sullivan@aerofire.com>, Matt Daoust <mattd@lgedesignbuild.com>, Pam Steele
<pams@migcom.com>, Mahes Kumar Thiagarajan <mahes@hsaassociates.com>, Tan Tran
<tan@hsaassociates.com>, Gene Plum <genep@lgedesignbuild.com>

Team,

Please see attached updated site plan for your use and also PDFs per request from Gene

- Updated the South truck yard entry per civil background
- Updated SE parking area entry per civil
- Progress elevation and floor plan sheets

AR 014813

COB_2068

**AR011411**

Let us know if any question.
Thanks,
Xuan

Yunxuan Guo, LEED AP BD+C | HPA, Inc.

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612
**949.862.2127 direct**
949.863.*770 main
Privacy
[www.hparchs.com](www.hparchs.com)

**From:** Gene Plum <[genep@lgedesignbuild.com](mailto:genep@lgedesignbuild.com)>
**Sent:** Friday, October 1, 2021 11:08 AM
**To:** Yunxuan Gou <[yunxuan@hparchs.com](mailto:yunxuan@hparchs.com)>; Sha Liu Mahoney <[sha@hparchs.com](mailto:sha@hparchs.com)>
**Cc:** Jagger Everett <[jaggere@creationequity.com](mailto:jaggere@creationequity.com)>; Grant Kingdon <[grantk@creationequity.com](mailto:grantk@creationequity.com)>; Blake
Wells <[BlakeW@lgedesignbuild.com](mailto:BlakeW@lgedesignbuild.com)>; Grant Blunt <[grantb@lgedesignbuild.com](mailto:grantb@lgedesignbuild.com)>; Mark S. Cone
<[markc@lgedesigngroup.com](mailto:markc@lgedesigngroup.com)>; Ben McRae <[BenM@lgedesigngroup.com](mailto:BenM@lgedesigngroup.com)>; Jeff Potter
<[Jeff@thieneseng.com](mailto:Jeff@thieneseng.com)>; Chad Williams <[Chad@aircontrolsystems.net](mailto:Chad@aircontrolsystems.net)>; Randy Fehlman
<[RandyF@greggelectric.com](mailto:RandyF@greggelectric.com)>; John Gaglio <[JohnG@greggelectric.com](mailto:JohnG@greggelectric.com)>; [karl@johnsonplumbing.com](mailto:karl@johnsonplumbing.com);
Tom Hayes <[tomh@hunterlandscape.net](mailto:tomh@hunterlandscape.net)>; Pam Steele <[pams@migcom.com](mailto:pams@migcom.com)>; Rafik Gerges
<[rgerges@hsaassociates.com](mailto:rgerges@hsaassociates.com)>; Mahes Kumar Thiagarajan <[mahes@hsaassociates.com](mailto:mahes@hsaassociates.com)>; Joey Bravo
<[jbravo@aircontrolsystems.net](mailto:jbravo@aircontrolsystems.net)>; Matt Daoust <[mattd@lgedesignbuild.com](mailto:mattd@lgedesignbuild.com)>; Tan Tran
<[tan@hsaassociates.com](mailto:tan@hsaassociates.com)>
**Subject:** RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA
92220

Can you please send us PDF files of these documents ?

Thank You,
Gene

**Gene Plum**
Senior Estimator

**O:** 480.966.4001
**M:** Privacy
**D:** 602.786.7835

1200 N. 52nd St., Phoenix, AZ 85008

ROC 101562

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Thursday, September 30, 2021 9:32 AM
**To:** Yunxuan Gou <yunxuan@hparchs.com>
**Cc:** Sha Liu Mahoney <sha@hparchs.com>; Jagger Everett <jaggere@creationequity.com>; Grant Kingdon <grantk@creationequity.com>; Blake Wells <BlakeW@lgedesignbuild.com>; Grant Blunt <grantb@lgedesignbuild.com>; Mark S. Cone <markc@lgedesigngroup.com>; Ben McRae <BenM@lgedesigngroup.com>; Jeff Potter <Jeff@thieneseng.com>; Chad Williams <Chad@aircontrolsystems.net>; Randy Fehlman <RandyF@greggelectric.com>; John Gaglio <JohnG@greggelectric.com>; karl@johnsonplumbing.com; Tom Hayes <tomh@hunterlandscape.net>; Rafik Gerges <rgerges@hsaassociates.com>; Mahes Kumar Thiagarajan <mahes@hsaassociates.com>; Joey Bravo <jbravo@aircontrolsystems.net>; Austin.Sullivan@aerofire.com; Matt Daoust <mattd@lgedesignbuild.com>; Tan Tran <tan@hsaassociates.com>; Gene Plum <genep@lgedesignbuild.com>
**Subject:** Re: Banning NEC Highland Springs Ave & Sun Lakes Blvd

Please send PDFs when you have a minute.

Thanks,


On Wed, Sep 29, 2021 at 7:33 PM Yunxuan Gou <yunxuan@hparchs.com> wrote:

Team,

Please see attached latest background for your use

- Floor plan & elevation with the louvers/ drain locations/ adjust panel height
- There will be minor revisions on the site plan will be following up soon

Let us know if any questions.

Thanks,
Xuan

Yunxuan Guo, LEED AP BD+C | HPA, Inc.

AR 014815

COB_2070
AR011413

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612
**949.862.2127 direct**
949.863.1770 main
Privacy cell
www.hparchs.com

**From:** Sha Liu Mahoney <sha@hparchs.com>
**Sent:** Thursday, September 16, 2021 6:52 PM
**To:** Jagger Everett <jaggere@creationequity.com>; Grant Kingdon <grantk@creationequity.com>;
Blake Wells <BlakeW@lgedesignbuild.com>; grantb@lgedesignbuild.com; Mark S. Cone
<markc@lgedesigngroup.com>; Ben McRae <BenM@lgedesigngroup.com>; Jeff Potter
<Jeff@thieneseng.com>; Chad Williams <Chad@aircontrolsystems.net>; Randy Fehlman
<RandyF@greggelectric.com>; John Gaglio <JohnG@greggelectric.com>; karl@johnsonplumbing.com;
Tom Hayes <tomh@hunterlandscape.net>; Rafik Gerges <rgerges@hsaassociates.com>; Mahes Kumar
Thiagarajan <mahes@hsaassociates.com>
**Cc:** Joey Bravo <jbravo@aircontrolsystems.net>; Austin.Sullivan@aerofire.com; Matt Daoust
<mattd@lgedesignbuild.com>; Pam Steele <pams@migcom.com>; Mahes Kumar Thiagarajan
<mahes@hsaassociates.com>; Tan Tran <tan@hsaassociates.com>; Yunxuan Gou
<yunxuan@hparchs.com>; Gene Plum <genep@lgedesignbuild.com>
**Subject:** Banning NEC Highland Springs Ave & Sun Lakes Blvd

Hi all,

Following up on the kick off meeting, please see attached meeting notes and updated CAD base for
your use. Please note the CAD file are only site plan and floor plan, we are working on elevation for
minor revision to make it more functional for the future office. Once elevation is revised and approved,
we will distribute the CAD.

Let us know if you have questions.

Thank you,

Sha Liu Mahoney | HPA, Inc.

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612
Privacy Mobile ( primary)
949. 862.2108 Direct
949.863.1770 main
www.hparchs.com

--
**Pam Steele**

AR 014816

COB_2071
**AR011414**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone***
[Privacy] ***to reach me.  Thanks!***

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:*** [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone***
[Privacy] ***to reach me.  Thanks!***

M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:*** [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone***
[Privacy] ***to reach me.  Thanks!***



PLANNING     DESIGN     COMMUNICATIONS     MANAGEMENT     SCIENCE     TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
office: 951-787-9222 extension: 8360, cell: Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.

AR 014818

COB_2073

AR011416

| From: | Pam Steele |
| --- | --- |
| Sent: | Tuesday, October 5, 2021 6:38 PM PDT |
| To: | Adam Rush |
| CC: | Lisa Edwards; Alex Steele |
| Subject: | Re: Banning Point - environmental review |
| Attachments: | image001.jpg, image001.png, image002.png, image003.png, image005.png, image006.jpg, image007.png, image001.jpg |

Great news, thank you!

On Tue, Oct 5, 2021, 6:37 PM Adam Rush <arush@banningca.gov> wrote:

Pam,


Our review has been completed (see attached) and you're cleared to
proceed.


Sincerely,


**Adam B. Rush, M.A., AICP**

*Community Development Director*

*Community Development Department*


**City of Banning**
Direct Line: 951-922-3131

*Cell Line:* Privacy

Direct Fax: 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain
information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent
responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately
by telephone. Thank you.

AR 014819

COB_2074

**AR011417**

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, October 5, 2021 5:25 PM
**To:** Lisa Edwards <ledwards@banningca.gov>; Adam Rush <arush@banningca.gov>
**Cc:** alexs@migcom.com
**Subject:** Banning Point - environmental review

Lisa and Adam,

Can you please let us know when we will get your final comments on the environmental review document?

Thank you,

Pam

--

**Pam Steele**

*Principal*

**Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone** [Privacy] **to reach me.  Thanks!**

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* [Privacy]
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014820

COB_2075

**AR011418**

---------- Forwarded message ----------
From: Emery Papp <epapp@banningca.gov>
To: Lisa Edwards <ledwards@banningca.gov>
Cc: Adam Rush <arush@banningca.gov>
Bcc:
Date: Wed, 6 Oct 2021 00:23:53 +0000
Subject: RE: Lisa Edwards shared "20210819_13714_LGE Design Build Draft Consistency Analysis_to Applicant" with you.

Lisa,


I have completed my review of the Sun Lakes Village North Specific Plan Consistency Determination and find the document to have been extremely well written, concise, and accurate.  I agree with all of the statements and findings in the consistency analysis, and, in particular, that because the project is approximately 300,000 net square feet less in developed area than the project envisioned in the Specific Plan Amendment No. 5 EIR; that VMT is being used a threshold for traffic for less intense uses than originally envisioned in the Specific Plan Amendment No. 5 EIR; that air quality, while still unattainable in the South Coast Air Basin, is less impactful than the project envisioned in the Specific Plan Amendment No. 5 EIR; and that the proposed project will provide significantly more landscaping.  In general, the proposed project could be viewed as an environmentally superior alternative to the project proposed in the Specific Plan Amendment No. 5 EIR and, therefore, the analysis for the newly proposed project is consistent with, or is superior to, the previously approved project.  I concur that no further analysis is required and Adam can make the determination to file a Notice of Determination that no further review or mitigation is required.


I'm sorry it took so long to complete my review, but I wanted to be sure to provide a thorough understanding of the consistency document while the Housing Element Update was competing for my time.


Sincerely,


**AR 014821**

**COB_2076**
**AR011419**

Emery J. Papp

*Senior Planner*

*Community Development Department*

City of Banning
*Direct Line*: 951-922-3152

*Direct Fax:* 951-922-3128

epapp@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:25 PM
**To:** Emery Papp <epapp@banningca.gov>
**Subject:** Lisa Edwards shared "20210819_13714_LGE Design Build Draft Consistency Analysis_to Applicant" with you.

**Lisa Edwards shared a file with you**

Here's the document that Lisa Edwards shared with you.

20210819_13714_LGE Design Build Draft Consistency Analysis_to Applicant

This link only works for the direct recipients of this message.

Privacy Statement

AR 014823

COB_2078

AR011421

| | |
|---|---|
| **From:** | Pam Steele <pams@migcom.com> |
| **Sent:** | Tuesday, October 5, 2021 6:39 PM |
| **To:** | Adam Rush |
| **Cc:** | Lisa Edwards; Alex Steele |
| **Subject:** | Re: Banning Point - environmental review |
| **Attachments:** | image001.jpg |

Great news, thank you!

On Tue, Oct 5, 2021, 6:37 PM Adam Rush <arush@banningca.gov> wrote:

Pam,

Our review has been completed (see attached) and you're cleared to proceed.

Sincerely,

**Adam B. Rush, M.A., AICP**

*Community Development Director*

*Community Development Department*



**City of Banning**
*Direct Line*: 951-922-3131

*Cell Line:* 760-219-2791

*Direct Fax:* 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov

AR 014824

**AR011422**

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Tuesday, October 5, 2021 5:25 PM
**To:** Lisa Edwards <ledwards@banningca.gov>; Adam Rush <arush@banningca.gov>
**Cc:** alexs@migcom.com
**Subject:** Banning Point - environmental review

Lisa and Adam,

Can you please let us know when we will get your final comments on the environmental review document?

Thank you,

Pam

--

**Pam Steele**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

AR 014825

**AR011423**

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*




---------- Forwarded message ----------
From: Emery Papp <epapp@banningca.gov>
To: Lisa Edwards <ledwards@banningca.gov>
Cc: Adam Rush <arush@banningca.gov>
Bcc:
Date: Wed, 6 Oct 2021 00:23:53 +0000
Subject: RE: Lisa Edwards shared "20210819_13714_LGE Design Build Draft Consistency Analysis_to Applicant" with you.


Lisa,



I have completed my review of the Sun Lakes Village North Specific Plan Consistency Determination and find the document to have been extremely well written, concise, and accurate.  I agree with all of the statements and findings in the consistency analysis, and, in particular, that because the project is approximately 300,000 net square feet less in developed area than the project envisioned in the Specific Plan Amendment No. 5 EIR; that VMT is being used a threshold for traffic for less intense uses than originally envisioned in the Specific Plan Amendment No. 5 EIR; that air quality, while still unattainable in the South Coast Air Basin, is less impactful than the project envisioned in the Specific Plan Amendment No. 5 EIR; and that the proposed project will provide significantly more landscaping.  In general, the proposed project could be viewed as an environmentally superior alternative to the project proposed in the Specific Plan Amendment No. 5 EIR and, therefore, the analysis for the newly proposed project is consistent with, or is superior to, the previously approved project.  I concur that no further analysis is required and Adam can make the determination to file a Notice of Determination that no further review or mitigation is required.



I'm sorry it took so long to complete my review, but I wanted to be sure to provide a thorough understanding of the consistency document while the Housing Element Update was competing for my time.



Sincerely,

AR 014826

**AR011424**

**Emery J. Papp**

*Senior Planner*

*Community Development Department*

**City of Banning**
*Direct Line*: 951-922-3152

*Direct Fax*: 951-922-3128

epapp@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Lisa Edwards <ledwards@banningca.gov>
**Sent:** Monday, September 27, 2021 3:25 PM
**To:** Emery Papp <epapp@banningca.gov>
**Subject:** Lisa Edwards shared "20210819_13714_LGE Design Build Draft Consistency Analysis_to Applicant" with you.



AR 014827

**AR011425**



Here's the document that Lisa Edwards shared with you.

[x] [20210819_13714_LGE Design Build Draft Consistency Analysis_to Applicant](#)

[x] This link only works for the direct recipients of this message.

[x]

[x]

Privacy Statement

5

AR 014828

AR011426

| **From:** | Pam Steele <pams@migcom.com> |
| **Sent:** | Tuesday, October 5, 2021 5:24 PM |
| **To:** | Lisa Edwards; Adam Rush |
| **Cc:** | Alex Steele |
| **Subject:** | Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220 |
| **Attachments:** | 13841-03 TG Letter.pdf; 13841-04 Response.pdf |

Lisa and Adam,

Here is the updated Traffic Analysis and VMT letter. Updated plans will come to you tomorrow.

Please let us know if you need anything else.

Thank you,

Pam

---------- Forwarded message ---------
From: **Charlene So** <cso@urbanxroads.com>
Date: Mon, Oct 4, 2021 at 2:22 PM
Subject: RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220
To: Alex Steele <alexs@migcom.com>
Cc: Pam Steele <pams@migcom.com>

Hi Alex,

Attached is the updated trip generation and our responses to the City's comments.  Let me know if you have any questions.  Thank you!

Here is the link to the SPA No. 5 Traffic Study requested by the City:
https://urbanxroads.egnyte.com/dl/jYMaWQH9W7

Regards,

**CHARLENE SO, PE**

Associate Principal

1

(949) 861-0177 Mobile

**urbanxroads.com**

---

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Monday, October 4, 2021 9:52 AM
**To:** Charlene So <cso@urbanxroads.com>
**Cc:** Pam Steele <pams@migcom.com>
**Subject:** Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220

Charlene,

See attached.

**Alex Steele**

*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* 951-479-7402
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

---------- Forwarded message ---------
From: **Pam Steele** <pams@migcom.com>
Date: Sat, Oct 2, 2021 at 8:33 AM

2

Subject: Fwd: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220
To: Sha Liu Mahoney <sha@hparchs.com>, Alex Steele <alexs@migcom.com>


Sha,


Following up on the email I JUST sent (sorry) - is this one good to send to the traffic consultant?


Pam


---------- Forwarded message ---------
From: **Yunxuan Gou** <yunxuan@hparchs.com>
Date: Fri, Oct 1, 2021 at 5:58 PM
Subject: RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220
To: Sha Liu Mahoney <sha@hparchs.com>, Jagger Everett <jaggere@creationequity.com>, Grant Kingdon <grantk@creationequity.com>, Blake Wells <BlakeW@lgedesignbuild.com>, grantb@lgedesignbuild.com <grantb@lgedesignbuild.com>, Mark S. Cone <markc@lgedesigngroup.com>, Ben McRae <BenM@lgedesigngroup.com>, Jeff Potter <Jeff@thieneseng.com>, Chad Williams <Chad@aircontrolsystems.net>, Randy Fehlman <RandyF@greggelectric.com>, John Gaglio <JohnG@greggelectric.com>, karl@johnsonplumbing.com <karl@johnsonplumbing.com>, genep@lgedesignbuild.com <genep@lgedesignbuild.com>, Tom Hayes <tomh@hunterlandscape.net>, Rafik Gerges <rgerges@hsaassociates.com>, Mahes Kumar Thiagarajan <mahes@hsaassociates.com>
Cc: Joey Bravo <jbravo@aircontrolsystems.net>, Austin.Sullivan@aerofire.com <Austin.Sullivan@aerofire.com>, Matt Daoust <mattd@lgedesignbuild.com>, Pam Steele <pams@migcom.com>, Mahes Kumar Thiagarajan <mahes@hsaassociates.com>, Tan Tran <tan@hsaassociates.com>, Gene Plum <genep@lgedesignbuild.com>


Team,


Please see attached updated site plan for your use and also PDFs per request from Gene

- Updated the South truck yard entry per civil background
- Updated SE parking area entry per civil
- Progress elevation and floor plan sheets
- 

Let us know if any question.

Thanks,

Xuan

3

AR 014831

**AR011429**

*Yunxuan Guo, LEED AP BD+C | HPA, Inc.*

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612
**949.862.2127 direct**
*949.863.1770 main*
*310 923 2753 cell*
www.hparchs.com

---

**From:** Gene Plum <genep@lgedesignbuild.com>
**Sent:** Friday, October 1, 2021 11:08 AM
**To:** Yunxuan Gou <yunxuan@hparchs.com>; Sha Liu Mahoney <sha@hparchs.com>
**Cc:** Jagger Everett <jaggere@creationequity.com>; Grant Kingdon <grantk@creationequity.com>; Blake Wells <BlakeW@lgedesignbuild.com>; Grant Blunt <grantb@lgedesignbuild.com>; Mark S. Cone <markc@lgedesigngroup.com>; Ben McRae <BenM@lgedesigngroup.com>; Jeff Potter <Jeff@thieneseng.com>; Chad Williams <Chad@aircontrolsystems.net>; Randy Fehlman <RandyF@greggelectric.com>; John Gaglio <JohnG@greggelectric.com>; karl@johnsonplumbing.com; Tom Hayes <tomh@hunterlandscape.net>; Pam Steele <pams@migcom.com>; Rafik Gerges <rgerges@hsaassociates.com>; Mahes Kumar Thiagarajan <mahes@hsaassociates.com>; Joey Bravo <jbravo@aircontrolsystems.net>; Matt Daoust <mattd@lgedesignbuild.com>; Tan Tran <tan@hsaassociates.com>
**Subject:** RE: Banning NEC Highland Springs Ave & Sun Lakes Blvd - Banning Point Project Banning CA 92220

Can you please send us PDF files of these documents ?

Thank You,

Gene

**Gene Plum**
Senior Estimator

**O:** 480.966.4001
**M:** 480.881.4347
**D:** 602.786.7835

1200 N. 52nd St., Phoenix, AZ 85008

AR 014832
AR011430

☐ ☐ ☐ ☐ ☐

ROC 101562

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Pam Steele <pams@migcom.com>
**Sent:** Thursday, September 30, 2021 9:32 AM
**To:** Yunxuan Gou <yunxuan@hparchs.com>
**Cc:** Sha Liu Mahoney <sha@hparchs.com>; Jagger Everett <jaggere@creationequity.com>; Grant Kingdon <grantk@creationequity.com>; Blake Wells <BlakeW@lgedesignbuild.com>; Grant Blunt <grantb@lgedesignbuild.com>; Mark S. Cone <markc@lgedesigngroup.com>; Ben McRae <BenM@lgedesigngroup.com>; Jeff Potter <Jeff@thieneseng.com>; Chad Williams <Chad@aircontrolsystems.net>; Randy Fehlman <RandyF@greggelectric.com>; John Gaglio <JohnG@greggelectric.com>; karl@johnsonplumbing.com; Tom Hayes <tomh@hunterlandscape.net>; Rafik Gerges <rgerges@hsaassociates.com>; Mahes Kumar Thiagarajan <mahes@hsaassociates.com>; Joey Bravo <jbravo@aircontrolsystems.net>; Austin.Sullivan@aerofire.com; Matt Daoust <mattd@lgedesignbuild.com>; Tan Tran <tan@hsaassociates.com>; Gene Plum <genep@lgedesignbuild.com>
**Subject:** Re: Banning NEC Highland Springs Ave & Sun Lakes Blvd

Please send PDFs when you have a minute.

Thanks,

On Wed, Sep 29, 2021 at 7:33 PM Yunxuan Gou <yunxuan@hparchs.com> wrote:

Team,

Please see attached latest background for your use

- Floor plan & elevation with the louvers/ drain locations/ adjust panel height
- There will be minor revisions on the site plan will be following up soon

Let us know if any questions.

AR 014833
AR011431

Thanks,

Xuan

Yunxuan Guo, LEED AP BD+C | HPA, Inc.

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612
**949.862.2127 direct**
*949.863.1770 main*
*310 923 2753 cell*
www.hparchs.com

---

**From:** Sha Liu Mahoney <sha@hparchs.com>
**Sent:** Thursday, September 16, 2021 6:52 PM
**To:** Jagger Everett <jaggere@creationequity.com>; Grant Kingdon <grantk@creationequity.com>; Blake Wells <BlakeW@lgedesignbuild.com>; grantb@lgedesignbuild.com; Mark S. Cone <markc@lgedesigngroup.com>; Ben McRae <BenM@lgedesigngroup.com>; Jeff Potter <Jeff@thieneseng.com>; Chad Williams <Chad@aircontrolsystems.net>; Randy Fehlman <RandyF@greggelectric.com>; John Gaglio <JohnG@greggelectric.com>; karl@johnsonplumbing.com; Tom Hayes <tomh@hunterlandscape.net>; Rafik Gerges <rgerges@hsaassociates.com>; Mahes Kumar Thiagarajan <mahes@hsaassociates.com>
**Cc:** Joey Bravo <jbravo@aircontrolsystems.net>; Austin.Sullivan@aerofire.com; Matt Daoust <mattd@lgedesignbuild.com>; Pam Steele <pams@migcom.com>; Mahes Kumar Thiagarajan <mahes@hsaassociates.com>; Tan Tran <tan@hsaassociates.com>; Yunxuan Gou <yunxuan@hparchs.com>; Gene Plum <genep@lgedesignbuild.com>
**Subject:** Banning NEC Highland Springs Ave & Sun Lakes Blvd

Hi all,

Following up on the kick off meeting, please see attached meeting notes and updated CAD base for your use. Please note the CAD file are only site plan and floor plan, we are working on elevation for minor revision to make it more functional for the future office. Once elevation is revised and approved, we will distribute the CAD.

Let us know if you have questions.

Thank you,

Sha Liu Mahoney | HPA, Inc.

AR 014834
**AR011432**

18831 Bardeen Avenue, Suite 100
Irvine, CA 92612

949.966.7769 Mobile ( primary)
949. 862.2108 Direct
949.863.1770 main
[www.hparchs.com](www.hparchs.com)

--

**Pam Steele**

*Principal*

**Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!**

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

AR 014835
AR011433



October 4, 2021

Mr. Kevin Sin
City of Banning
99 E. Ramsey Street
Banning, CA 92220

**SUBJECT:**    **BANNING POINT (TPM 38164) TRIP GENERATION ASSESSMENT RESPONSE TO COMMENTS**

Dear Mr. Kevin Sin:

This Response to Comments letter has been prepared for the Banning Point (TPM 38164) Trip Generation Assessment (dated June 10, 2021), which is located on the northeast corner of Sun Lake Village Drive and Sun Lakes Boulevard in the City of Banning.  A copy of the City's traffic consultant's September 27, 2021 comments are provided in Attachment A.

**COMMENT #1**

General: Please provide the approved SPA No. 5 traffic study as a reference.

**RESPONSE #1**

A link to the approved SPA No. 5 has been provided for reference.

**COMMENT #2**

General: Provide the latest project site plan as a reference.

**RESPONSE #2**

Exhibit 1 has been updated with the latest site plan.

**COMMENT #3**

General: Provide an engineer stamp and a signature on the study.

**RESPONSE #3**

Updated trip generation letter has been stamped by a traffic engineer.

---

*13841-04 Response*



Mr. Kevin Sin
City of Banning
October 4, 2021
Page 2 of 2

## COMMENT #4

Page 3: Project Access:  Provide peak hour traffic volumes and lane configurations at each project driveway for both SPA No. 5 traffic study and for the proposed project conditions.  Also, identify the proposed traffic control at each project driveway intersection.

## RESPONSE #4

Exhibit 2 has been added to the updated trip generation letter to include the project only traffic volumes for both SPA No. 5 and proposed Project.  Exhibit 3 has been added to show the site access recommendations, which are consistent with SPA No. 5.

## COMMENT #5

Exhibit 1: It appears the westerly driveway on Sun Lake Blvd does not align with the existing Country Club Drive and should be realigned.

## RESPONSE #5

The site plan has been revised to align Driveway 3 with the existing Country Club Drive – see new Exhibit 1.

## COMMENT #6

Exhibit 1: The easterly driveway on Sun Lake Blvd is too close to the existing adjacent driveway and should be relocated at least 100' westerly direction.  Since the existing adjacent driveway has a full access, the project traffic will utilize this opening to enter and exit from the project easterly driveway.

## RESPONSE #6

As shown on the site plan, Driveway 4 (the easterly driveway) has been relocated to the west per the City's comment (see Exhibit 1).

If you have any questions, please contact me directly at (949) 861-0177.

Respectfully submitted,
URBAN CROSSROADS, INC.

*Charlene So*

Charlene So, PE
Associate Principal

---

*13841-04 Response*

**URBAN** CROSSROADS

ATTACHMENT A
ERSC/PMK COMMENTS, SEPTEMBER 27, 2021

AR 014838
AR011436



REDLANDS | TEMECULA | PALM DESERT

# MEMORANDUM

**TO:**      Charlene So, Urban Crossroads
            Kevin Sin, City of Banning

**FROM:**    Peter Kim, PE, TE, *ERSC/PMK*

**DATE:**    September 27, 2021

**SUBJECT:** **CITY OF BANNING – BANNING POINT (TPM 38164) – TRIP GENERATION ASSESSMENT - PC1 MEMO**

We have completed the review for the above-referenced project and the following comments are the result of our review.

**General**
1. Please provide the approved SPA No. 5 traffic study as a reference.
2. Provide the latest project site plan as a reference.
3. Provide an engineer stamp and a signature on the study.

**Page 3**
1. Project Access:  Provide peak hour traffic volumes and lane configurations at each project driveway for both SPA No. 5 traffic study and for the proposed project conditions.  Also, identify the proposed traffic control at each project driveway intersection.

**Exhibit 1:  Preliminary Site Plan**
1. It appears the westerly driveway on Sun Lake Blvd does not align with the existing Country Club Drive and should be realigned.
2. The easterly driveway on Sun Lake Blvd is too close to the existing adjacent driveway and should be relocated at least 100' westerly direction.  Since the existing adjacent driveway has a full access, the project traffic will utilize this opening to enter and exit from the project easterly driveway.

Contact me at peterkimpmk@gmail.com or (949) 466-3126 for any questions.

**Pam Steele**

*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram

*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

--

**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!***



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, ***cell:* 951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014840

AR011438



October 4, 2021

Mr. Adam Rush
City of Banning Public Works
99 E. Ramsey Street
Banning, CA 92220

**SUBJECT:    BANNING POINT (TPM 38164) TRIP GENERATION ASSESSMENT**

Dear Mr. Adam Rush:

Urban Crossroads, Inc. is pleased to provide the following Trip Generation Assessment for Banning Point development (Project) which is located on the northeast corner of Sun Lake Village Drive and Sun Lakes Boulevard in the City of Banning (see Exhibit 1 for preliminary site plan).  The purpose of this trip generation evaluation is to determine whether additional traffic operations analysis is needed based on a comparison of the proposed Project trip generation and that evaluated for the currently approved project as evaluated in the Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis (dated September 4, 2020, referred to as **SPA No. 5 Traffic Study**).

## CURRENTLY APPROVED TRIP GENERATION

The SPA No. 5 Traffic Study evaluated the development of 877,298 square feet of industrial park use and 37,189 square feet of commercial retail use within the area bounded by the proposed Project.  There was also 52,065 square feet of medical office use evaluated in the SPA No. 5 Traffic Study, however, this portion of the Specific Plan lies outside of the proposed Project boundary. As such, only the industrial park and commercial retail uses have been contemplated for the purposes of this trip generation assessment.  The trip generation summary for the currently approved Project uses is shown on Table 1. As shown on Table 1, the currently approved uses were anticipated to generate 3,844 two-way trips per day, with 375 trips during the AM peak hour and 445 trips during the PM peak hour.  In passenger car equivalents (PCE), the currently approved uses were anticipated to generate 4,530 two-way PCE trips per day with 440 AM PCE peak hour trips and 498 PM PCE peak hour trips.

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 2 of 7

### TABLE 1: CURRENTLY APPROVED TRIP GENERATION SUMMARY

| Land Use | Quantity | Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| **Trip Generation Summary (Actual Vehicles):** | | | | | | | | | |
| Industrial Park | 877.298 | TSF | | | | | | | |
|   Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
|     2-axle Trucks: | | | 6 | 1 | 7 | 1 | 5 | 6 | 74 |
|     3-axle Trucks: | | | 7 | 2 | 9 | 2 | 6 | 8 | 92 |
|     4+-axle Trucks: | | | 21 | 5 | 26 | 5 | 17 | 22 | 278 |
|   Total Trucks: | | | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| **Industrial Park Subtotal** | | | **284** | **67** | **351** | **74** | **278** | **352** | **2,958** |
| | | | | | | | | | |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
|   Internal Capture | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
|   Pass-By (34% PM/Daily) | | | 0 | 0 | 0 | -21 | -21 | -43 | -458 |
| **Retail Subtotal** | | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| **Total Trips (Actual Vehicles)[2]** | | | **299** | **76** | **375** | **116** | **329** | **445** | **3,844** |
| **Trip Generation Summary (PCE):** | | | | | | | | | |
| Industrial Park | 877.298 | TSF | | | | | | | |
|   Passenger Cars: | | | 250 | 59 | 309 | 66 | 250 | 316 | 2,514 |
|     2-axle Trucks: | | | 9 | 2 | 11 | 2 | 7 | 9 | 112 |
|     3-axle Trucks: | | | 14 | 3 | 17 | 3 | 11 | 14 | 184 |
|     4+-axle Trucks: | | | 64 | 15 | 79 | 14 | 52 | 66 | 834 |
|   Total Trucks (PCE): | | | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| **Industrial Park Subtotal** | | | **337** | **79** | **416** | **85** | **320** | **405** | **3,644** |
| | | | | | | | | | |
| Commercial Retail | 37.189 | TSF | 22 | 13 | 35 | 68 | 74 | 142 | 1,404 |
|   Internal Capture | | | -7 | -4 | -11 | -5 | -1 | -6 | -60 |
|   Pass-By (34% PM/Daily) | | | 0 | 0 | 0 | -21 | -21 | -42 | -458 |
| **Retail Subtotal** | | | **15** | **9** | **24** | **42** | **51** | **93** | **886** |
| **Total Trips (PCE)[2]** | | | **352** | **88** | **440** | **127** | **371** | **498** | **4,530** |

Source: Sun Lakes Village North Specific Plan Amendment No. 5 Traffic Analysis (dated September 4, 2020).

[1] TSF = thousand square feet

[2] Total Trips = Passenger Cars + Truck Trips.

## PROPOSED PROJECT TRIP GENERATION

The Project is proposed to consist of 464,969 square feet of high-cube fulfillment center warehouse use (75% of the industrial use), 154,990 square feet of high-cube cold storage warehouse use (25% of the industrial use), 16,200 square feet of fast-food restaurant without drive-through window use, 1,600 square feet of coffee-donut shop with drive-through window use, and 16,200 square feet of shopping center use. Consistent with the SPA No. 5 Traffic Study, the industrial uses are proposed on the northern end of the site with the commercial retail uses fronting Sun Lakes Boulevard to the south. The proposed

**URBAN** CROSSROADS

AR 014842

AR011440

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 3 of 7

access to the site is also consistent with the SPA No. 5 Traffic Study, with access points proposed along Sun Lakes Village Drive and two driveways along Sun Lakes Boulevard to the east.  The westerly driveway on Sun Lakes Boulevard into the commercial retail area is proposed to have full access, aligning with the existing Country Club Drive and the easterly driveway on Sun Lakes Boulevard will be restricted to right-in/right-out access only (to be controlled by the existing raised median).

Trip generation for the proposed Project land uses is based upon information collected by the Institute of Transportation Engineers (ITE) as provided in their Trip Generation Manual (10th Edition, 2017), the ITE Trip Generation Handbook (3rd Edition, 2017), the South Coast Air Quality Management District (SCAQMD) Warehouse Truck Trip Generation Data Results and Usage (2014), and the High-Cube Warehouse Trip Generation Study (WSP, January 29, 2019).  The trip generation rates for the proposed Project are provided on Table 2.

### TABLE 2: TRIP GENERATION RATES

| Land Use[1] | Units[2] | ITE LU Code | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | | In | Out | Total | In | Out | Total | |
| **Actual Vehicle Trip Generation Rates:** | | | | | | | | | |
| High-Cube Fulfillment Center Warehouse[3] | TSF | -- | 0.094 | 0.028 | 0.122 | 0.046 | 0.119 | 0.165 | 2.129 |
| Passenger Cars | | | 0.079 | 0.024 | 0.103 | 0.040 | 0.104 | 0.144 | 1.750 |
| 2-4 Axle Trucks | | | 0.006 | 0.002 | 0.008 | 0.003 | 0.008 | 0.011 | 0.162 |
| 5+-Axle Trucks | | | 0.008 | 0.003 | 0.011 | 0.003 | 0.007 | 0.010 | 0.217 |
| High-Cube Cold Storage Warehouse[4] | TSF | 157 | 0.085 | 0.025 | 0.110 | 0.032 | 0.088 | 0.120 | 2.120 |
| Passenger Cars | | | 0.062 | 0.018 | 0.080 | 0.025 | 0.067 | 0.092 | 1.378 |
| 2-Axle Trucks | | | 0.008 | 0.002 | 0.010 | 0.003 | 0.007 | 0.010 | 0.257 |
| 3-Axle Trucks | | | 0.003 | 0.001 | 0.003 | 0.001 | 0.002 | 0.003 | 0.082 |
| 4+-Axle Trucks | | | 0.012 | 0.004 | 0.016 | 0.004 | 0.011 | 0.015 | 0.403 |
| Fast Food without Drive Thru | TSF | 933 | 15.060 | 10.040 | 25.100 | 14.170 | 14.170 | 28.340 | 346.230 |
| Coffee/Donut Shop with Drive Thru | TSF | 937 | 45.385 | 43.605 | 88.990 | 21.690 | 21.690 | 43.380 | 820.380 |
| Shopping Center | TSF | 820 | 0.583 | 0.357 | 0.940 | 1.829 | 1.981 | 3.810 | 37.750 |
| **Passenger Car Equivalent (PCE) Trip Generation Rates:** | | | | | | | | | |
| High-Cube Fulfillment Center Warehouse[3] | TSF | -- | 0.094 | 0.028 | 0.122 | 0.046 | 0.119 | 0.165 | 2.129 |
| Passenger Cars | | | 0.079 | 0.024 | 0.103 | 0.040 | 0.104 | 0.144 | 1.750 |
| 2-4 Axle Trucks (PCE = 2.0) | | | 0.012 | 0.004 | 0.016 | 0.006 | 0.016 | 0.022 | 0.324 |
| 5+-Axle Trucks (PCE = 3.0) | | | 0.025 | 0.008 | 0.033 | 0.008 | 0.022 | 0.030 | 0.651 |
| High-Cube Cold Storage Warehouse[4] | TSF | 157 | 0.085 | 0.025 | 0.110 | 0.032 | 0.088 | 0.120 | 2.120 |
| Passenger Cars | | | 0.062 | 0.018 | 0.080 | 0.025 | 0.067 | 0.092 | 1.378 |
| 2-Axle Trucks (PCE = 1.5) | | | 0.012 | 0.004 | 0.015 | 0.004 | 0.010 | 0.014 | 0.386 |
| 3-Axle Trucks (PCE = 2.0) | | | 0.005 | 0.002 | 0.007 | 0.002 | 0.004 | 0.006 | 0.163 |
| 4+-Axle Trucks (PCE = 3.0) | | | 0.037 | 0.011 | 0.048 | 0.012 | 0.033 | 0.045 | 1.209 |

[1] Trip Generation Source:  Institute of Transportation Engineers (ITE), Trip Generation Manual, Tenth Edition (2017).

[2] TSF = thousand square feet

[3] Vehicle Mix Source:  High Cube Warehouse Trip Generation Study, WSP, January 29, 2019.
    Inbound and outbound split source: High Cube Warehouse Vehicle Trip Generation Analysis, October 2016, ITE.

[4] Vehicle Mix Source:  ITE Trip Generation Handbook Supplement (2020), Appendix C.
    Truck Mix Source:  South Coast Air Quality Management District (SCAQMD) Warehouse Truck Trip Study Data Results and Usage (2014).
    Normalized % - With Cold Storage: 34.7% 2-Axle trucks, 11.0% 3-Axle trucks, 54.3% 4-Axle trucks.



AR 014843

**AR011441**

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 4 of 7

As shown on Table 3, the proposed Project is anticipated to generate 4,238 two-way trips per day, with 317 trips generated during the AM peak hour and 337 trips generated during the PM peak hour (in actual vehicles).

### TABLE 3: PROPOSED PROJECT TRIP GENERATION SUMMARY (ACTUAL VEHICLES)

| Land Use | Quantity[2] Units[1] | | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|---|
| | | In | Out | Total | In | Out | Total | | Daily |
| Fulfillment Center Warehouse (75%) | 464.969 TSF | | | | | | | | |
| Passenger Cars: | | 37 | 11 | 48 | 19 | 48 | 67 | | 814 |
| Internal Capture[2] | | -7 | -10 | -17 | -6 | -3 | -9 | | -54 |
| Total Passenger Car: | | 30 | 1 | 31 | 13 | 45 | 58 | | 760 |
| 2-4 axle Trucks: | | 3 | 1 | 4 | 1 | 4 | 5 | | 76 |
| 5+-axle Trucks: | | 4 | 1 | 5 | 1 | 3 | 4 | | 102 |
| Total Truck: | | 7 | 2 | 9 | 2 | 7 | 9 | | 178 |
| **Fulfillment Center Warehouse (Actual Vehicles)** | | **37** | **3** | **40** | **15** | **52** | **67** | | **938** |
| High-Cube Cold Storage Warehouse (25%) | 154.990 TSF | | | | | | | | |
| Passenger Cars: | | 10 | 3 | 13 | 4 | 10 | 14 | | 214 |
| Internal Capture[2] | | -2 | -2 | -4 | -2 | -1 | -2 | | -18 |
| Total Passenger Car: | | 8 | 1 | 9 | 2 | 9 | 12 | | 196 |
| 2-axle Trucks: | | 1 | 0 | 1 | 0 | 1 | 1 | | 40 |
| 3-axle Trucks: | | 0 | 0 | 0 | 0 | 0 | 0 | | 14 |
| 4+-axle Trucks: | | 2 | 1 | 3 | 1 | 2 | 3 | | 62 |
| Total Truck: | | 3 | 1 | 4 | 1 | 3 | 4 | | 116 |
| **High-Cube Cold Storage Warehouse (Actual Vehicles)** | | **11** | **2** | **13** | **3** | **12** | **16** | | **312** |
| Industrial Total Passenger Cars | | 38 | 2 | 40 | 15 | 54 | 70 | | 956 |
| Industrial Total Trucks (Actual Vehicles) | | 10 | 3 | 13 | 3 | 10 | 13 | | 294 |
| **Industrial Total (Actual Vehicles)** | | **48** | **5** | **53** | **18** | **64** | **83** | | **1,250** |
| Fast Food without Drive Thru | 16.200 TSF | 244 | 163 | 407 | 230 | 230 | 459 | | 5,610 |
| Internal Capture[2] | | -8 | -6 | -15 | -9 | -18 | -27 | | -436 |
| Pass-By (49% AM; 50% PM/Daily)[3] | | -77 | -77 | -153 | -106 | -106 | -212 | | -2,588 |
| Coffee/Donut Shop with Drive Thru | 1.600 TSF | 73 | 70 | 142 | 35 | 35 | 69 | | 1,314 |
| Internal Capture[2] | | -2 | -2 | -3 | -2 | -4 | -6 | | -160 |
| Pass-By (89% AM/PM/Daily)[3] | | -61 | -61 | -121 | -27 | -27 | -54 | | -1,028 |
| **Restaurant Total:** | | **169** | **87** | **256** | **120** | **109** | **230** | | **2,712** |
| Shopping Center | 16.200 TSF | 9 | 6 | 15 | 30 | 32 | 62 | | 612 |
| Internal Capture[2] | | -4 | -3 | -7 | -17 | -10 | -27 | | -192 |
| Pass-By (34% PM/Daily)[3] | | 0 | 0 | 0 | -4 | -4 | -9 | | -144 |
| **Retail Total:** | | **5** | **3** | **8** | **8** | **18** | **26** | | **276** |
| **Commercial Total** | | **175** | **90** | **264** | **129** | **127** | **256** | | **2,988** |
| Project Total Passenger Cars | | 213 | 92 | 304 | 144 | 181 | 324 | | 3,944 |
| Project Total Trucks (Actual Vehicles) | | 10 | 3 | 13 | 3 | 10 | 13 | | 294 |
| **Project Total (Actual Vehicles)** | | **223** | **95** | **317** | **147** | **191** | **337** | | **4,238** |

[1] TSF = thousand square feet
[2] Internal capture calculated from NCHRP 684 Internal Trip Capture Estimation Tool.
[3] Source: ITE Trip Generation Handbook, 3rd Edition, 2017.

URBAN CROSSROADS

AR014844

AR011442

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 5 of 7

As shown on Table 4, the proposed Project is anticipated to generate 4,674 two-way PCE trips per day, with 340 AM PCE peak hour trips and 359 PM PCE peak hour trips.

### TABLE 4: PROPOSED PROJECT TRIP GENERATION SUMMARY (PCE)

| Land Use | Quantity[2] Units[1] | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|---|
| | | In | Out | Total | In | Out | Total | |
| Fulfillment Center Warehouse (75%) | 464.969 TSF | | | | | | | |
| Passenger Cars: | | 37 | 11 | 48 | 19 | 48 | 67 | 814 |
| Internal Capture[2] | | -7 | -10 | -17 | -6 | -3 | -9 | -54 |
| Total Passenger Car: | | 30 | 1 | 31 | 13 | 45 | 58 | 760 |
| 2-4 axle Trucks: | | 6 | 2 | 8 | 3 | 7 | 10 | 152 |
| 5+-axle Trucks: | | 12 | 4 | 16 | 4 | 10 | 14 | 304 |
| Total Truck: | | 18 | 6 | 24 | 7 | 17 | 24 | 456 |
| **Fulfillment Center Warehouse (PCE)** | | **48** | **7** | **55** | **20** | **62** | **82** | **1,216** |
| High-Cube Cold Storage Warehouse (25%) | 154.990 TSF | | | | | | | |
| Passenger Cars: | | 10 | 3 | 13 | 4 | 10 | 14 | 214 |
| Internal Capture[2] | | -2 | -2 | -4 | -2 | -1 | -2 | -18 |
| Total Passenger Car: | | 8 | 1 | 9 | 2 | 9 | 12 | 196 |
| 2-axle Trucks: | | 2 | 1 | 3 | 1 | 2 | 3 | 60 |
| 3-axle Trucks: | | 1 | 0 | 1 | 0 | 1 | 1 | 26 |
| 4+-axle Trucks: | | 6 | 2 | 8 | 2 | 5 | 7 | 188 |
| Total Truck: | | 9 | 3 | 12 | 3 | 8 | 11 | 274 |
| **High-Cube Cold Storage Warehouse (PCE)** | | **17** | **4** | **21** | **5** | **17** | **23** | **470** |
| Industrial Total Passenger Cars | | 38 | 2 | 40 | 15 | 54 | 70 | 956 |
| Industrial Total Trucks (PCE) | | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Industrial Total (PCE)** | | **65** | **11** | **76** | **25** | **79** | **105** | **1,686** |
| Fast Food without Drive Thru | 16.200 TSF | 244 | 163 | 407 | 230 | 230 | 459 | 5,610 |
| Internal Capture[2] | | -8 | -6 | -15 | -9 | -18 | -27 | -436 |
| Pass-By (49% AM; 50% PM/Daily)[3] | | -77 | -77 | -153 | -106 | -106 | -212 | -2,588 |
| Coffee/Donut Shop with Drive Thru | 1.600 TSF | 73 | 70 | 142 | 35 | 35 | 69 | 1,314 |
| Internal Capture[2] | | -2 | -2 | -3 | -2 | -4 | -6 | -160 |
| Pass-By (89% AM/PM/Daily)[3] | | -61 | -61 | -121 | -27 | -27 | -54 | -1,028 |
| **Restaurant Total:** | | **169** | **87** | **256** | **120** | **109** | **230** | **2,712** |
| Shopping Center | 16.200 TSF | 9 | 6 | 15 | 30 | 32 | 62 | 612 |
| Internal Capture[2] | | -4 | -3 | -7 | -17 | -10 | -27 | -192 |
| Pass-By (34% PM/Daily)[3] | | 0 | 0 | 0 | -4 | -4 | -9 | -144 |
| **Retail Total:** | | **5** | **3** | **8** | **8** | **18** | **26** | **276** |
| **Commercial Total** | | **175** | **90** | **264** | **129** | **127** | **256** | **2,988** |
| Project Total Passenger Cars | | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Project Total Trucks (Actual Vehicles) | | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Project Total (PCE)** | | **240** | **101** | **340** | **154** | **206** | **359** | **4,674** |

[1] TSF = thousand square feet
[2] Internal capture calculated from NCHRP 684 Internal Trip Capture Estimation Tool.
[3] Source: ITE Trip Generation Handbook, 3rd Edition, 2017.

**URBAN CROSSROADS**

AR 014845
AR011443

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 6 of 7

## TRIP GENERATION COMPARISON

As shown in Table 5, the development of the proposed Project is anticipated to generate 144 more two-way PCE trips per day with 100 fewer AM PCE peak hour trips and 139 fewer PM PCE peak hour trips as compared to the currently approved uses.  The trip generation comparison has been performed for the PCE trips only as the peak hour intersection operations analysis conducted in the SPA No. 5 Traffic Study was based on PCE.

Exhibit 2 illustrates the Project only traffic volumes for both the SPA No. 5 and the proposed Project for the project driveways and the adjacent intersection of Sun Lake Village Drive and Sun Lakes Boulevard.

**TABLE 5: TRIP GENERATION COMPARISON**

| Land Use | AM Peak Hour | | | PM Peak Hour | | | Daily |
|---|---|---|---|---|---|---|---|
| | In | Out | Total | In | Out | Total | |
| **Actual Vehicles:** | | | | | | | |
| **Previously Approved Project** | | | | | | | |
| Passenger Cars: | 265 | 68 | 333 | 108 | 301 | 409 | 3,400 |
| Total Truck Trips: | 34 | 8 | 42 | 8 | 28 | 36 | 444 |
| **Previously Approved Project Total** | **299** | **76** | **375** | **116** | **329** | **445** | **3,844** |
| **Proposed Project** | | | | | | | |
| Passenger Cars: | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Total Truck Trips: | 10 | 3 | 13 | 3 | 10 | 13 | 294 |
| **Proposed Project Total** | **223** | **95** | **317** | **147** | **191** | **337** | **4,238** |
| **Comparison** | | | | | | | |
| Passenger Cars: | -52 | 24 | -29 | 36 | -120 | -85 | 544 |
| Total Truck Trips: | -24 | -5 | -29 | -5 | -18 | -23 | -150 |
| **Comparison Total** | **-76** | **19** | **-58** | **31** | **-138** | **-108** | **394** |
| **Passenger Car Equivalent (PCE):** | | | | | | | |
| **Previously Approved Project** | | | | | | | |
| Passenger Cars: | 265 | 68 | 333 | 108 | 301 | 409 | 3,400 |
| Total Truck Trips: | 87 | 20 | 107 | 19 | 70 | 89 | 1,130 |
| **Previously Approved Project Total** | **352** | **88** | **440** | **127** | **371** | **498** | **4,530** |
| **Proposed Project** | | | | | | | |
| Passenger Cars: | 213 | 92 | 304 | 144 | 181 | 324 | 3,944 |
| Total Truck Trips: | 27 | 9 | 36 | 10 | 25 | 35 | 730 |
| **Proposed Project Total** | **240** | **101** | **340** | **154** | **206** | **359** | **4,674** |
| **Comparison** | | | | | | | |
| Passenger Cars: | -52 | 24 | -29 | 36 | -120 | -85 | 544 |
| Total Truck Trips: | -60 | -11 | -71 | -9 | -45 | -54 | -400 |
| **Comparison Total** | **-112** | **13** | **-100** | **27** | **-165** | **-139** | **144** |

**URBAN** CROSSROADS

AR 014846

**AR011444**

Mr. Adam Rush
City of Banning Public Works
October 4, 2021
Page 7 of 7

## CONCLUSION

The City's guidelines identify traffic operations analysis should be required if the proposed project meets the following criteria:

- When either the AM or PM peak hour trip generation on a weekday or weekend is expected to exceed 50 net new vehicles trips from the proposed development.

Although the daily trip generation shows a net increase, the peak hour operations analysis is based on the AM and PM peak hours.  Since the trip generation comparison shows the proposed Project is anticipated to generate fewer trips during the peak hours as compared to the currently approved uses, additional traffic operations analysis is not required for this Project based on the City's Guidelines.

Site access recommendations for the Project driveways are shown on Exhibit 3 and are consistent with those recommended in the SPA No. 5.

If you have any questions, please contact me directly at (949) 861-0177.

Respectfully submitted,

URBAN CROSSROADS, INC.



Charlene So, PE
Associate Principal

---

*13841-03 TG Letter*

AR 014847

**AR011445**

**EXHIBIT 1: PRELIMINARY SITE PLAN**



EXHIBIT 2: COMPARISON OF PROJECT ONLY VOLUMES

**Specific Plan Amendment No. 5:**



| 1 | Sun Lakes Village Dr. & Driveway 1 | 2 | Sun Lakes Village Dr. & Driveway 2 | 3 | Sun Lakes Village Dr. & Sun Lakes Bl. | 4 | Driveway 3/Country Club Dr. & Sun Lakes Bl. | 5 | Driveway 4 & Sun Lakes Bl. |
|---|---|---|---|---|---|---|---|---|---|
| | 1,950 | 1,950 | 100 | 2,050 | 2,250 | 2,050 | 1,350 | 1,100 | 400 |
| | ← 35(133) | ↓ 35(133) | ← 1(5) | 29(108) 7(30) ↓ ↳ | ← 50(222) | 3(18) 0(3) 2(27) ↓ ↓ ↳ | ←⟍ 1(4) ← 47(203) | 47(206) | ←⟍ 27(13) ← 1(1) |
| | 187(45) ↱ | ↓ 1,950 | 187(45) 2(6) ↑ ↱ | 189(52) ↵ 129(58) → | | 129(76) ↵ 6(7) → 1(5) ↴ | 6(3) ↑ | 8(34) → | |
| | | | 2,650 | 4,050 | | 2,250 | | 100 1,350 | |

##(##)  AM(PM) Peak Hour Intersection Volumes
##  *Average Daily Trips*

**Proposed Project:**

| 1 | Sun Lakes Village Dr. & Driveway 1 | 2 | Sun Lakes Village Dr. & Driveway 2 | 3 | Sun Lakes Village Dr. & Sun Lakes Bl. | 4 | Driveway 3/Country Club Dr. & Sun Lakes Bl. | 5 | Driveway 4 & Sun Lakes Bl. |
|---|---|---|---|---|---|---|---|---|---|
| | 1,050 | 1,050 | 350 | 1,400 | 2,550 | 3,000 | 1,250 | 1,150 | 650 |
| | ← 10(39) | ↓ 10(39) | ← 9(13) | 18(45) 0(6) ↓ ↳ | ← 62(126) | 29(43) 5(6) 16(41) ↓ ↓ ↳ | ←⟍ 9(8) ← 33(83) | 33(85) | ←⟍ 27(19) ← 9(5) |
| | 42(16) ↱ | ↓ 1,050 | 42(16) 26(19) ↑ ↱ | 68(35) ↵ 127(87) → | | 127(105) ↵ 0(5) → 0(1) ↴ | 10(7) ↑ | 16(28) → | |
| | | | 1,400 | 3,850 | | 2,550 | | 150 1,250 | |

##(##)  AM(PM) Peak Hour Intersection Volumes
##  *Average Daily Trips*



AR 014849

AR011447

**EXHIBIT 3: SITE ACCESS RECOMMENDATIONS**





 = Traffic Signal

= Stop Sign

= Stop Sign Improvement

= Existing Lane

= Lane Improvement

**100'** = Recommended Turn Pocket Length

**100'** = Minimum Turn Pocket Length



AR011448

| From: | Pam Steele |
|---|---|
| Sent: | Wednesday, October 6, 2021 1:12 PM PDT |
| To: | Adam Rush |
| CC: | alexs@migcom.com; Lisa Edwards; Sandra Calderon; Kevin Sin; Charlene So |
| Subject: | Re: FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |

We will review and get back to you.

Thanks,

Pam

On Wed, Oct 6, 2021 at 1:05 PM Adam Rush <arush@banningca.gov> wrote:

Pam,

Engineering Conditions of Approval that are *hot off the presses*.

Please review and communicate any concerns or questions back to Kevin Sin directly; however, please keep Lisa in the loop.

Sincerely,

**Adam B. Rush, M.A., AICP**

*Community Development Director*

*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131

*Cell Line* [Privacy]

*Direct Fax:* 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



AR 014851

COB_0654

**AR011449**

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, October 6, 2021 1:01 PM
**To:** Sandra Calderon <scalderon@banningca.gov>
**Cc:** Mark De Manincor <mdemanincor@banningca.gov>; Adam Rush <arush@banningca.gov>; Arturo Vela <avela@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Hi Sandra,

Attached are the updated Conditions of Approval for the subject development.  We added a condition (#7) to include a paved golf cart access through the property and at the future traffic signal entrance to the site.

Let me know if you have any questions.

Thank you,

Kevin D. Sin, P.E.

*Senior Civil Engineer*

*Public Works Department*

**City of Banning**
*Direct Line:* 951-922-3140

*Direct Fax:* 951-922-3141

ksin@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



AR 014852

COB_0655
**AR011450**

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

---

**From:** Kevin Sin
**Sent:** Thursday, June 24, 2021 10:58 AM
**To:** Sandra Calderon <scalderon@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>
**Cc:** Luis Cardenas (lcardenas@banningca.gov) <lcardenas@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Sandra, Mark,

Attached are the conditions of approval for the subject DR 21-7008.  Our plan checker (ERSC) is still reviewing the preliminary documents.  Will forward any comments to you once I've received them.

Thank you and please let me know if you have any questions.

Kevin D. Sin, P.E.

*Senior Civil Engineer*

*Public Works Department*

**City of Banning**
*Direct Line*: 951-922-3140

*Direct Fax*: 951-922-3141

ksin@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



AR 014853

COB_0656

AR011451

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Wednesday, June 09, 2021 3:56 PM
**To:** Adam Rush <arush@banningca.gov>; Arturo Vela <avela@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Art Chacon <achacon@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; Silvia Tapia <stapia@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; James Wurtz <jwurtz@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Rex Miller <rmiller@willdan.com>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,

Please review DR 21-7008 and provide your comments and/or conditions to the Planning Division by Wednesday, June 23, 2021.

Please click on the link below to download documents:

Privacy

Thank you,

AR 014854

COB_0657

AR011452

**Sandra Calderon**

*Development Project Coordinator*

*Community Development Department*

**City of Banning**
Direct Line: 951-922-3190

Direct Fax: 951-922-3128

scalderon@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

--
**Pam Steele**
*Principal*

***Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me. Thanks!***

M I G

PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* Privacy
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

AR 014855

COB_0658

**AR011453**

| From: | Kevin Sin |
|---|---|
| Sent: | Wednesday, October 6, 2021 1:00 PM PDT |
| To: | Sandra Calderon |
| CC: | Mark De Manincor; Adam Rush; Arturo Vela; Luis Cardenas |
| Subject: | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village  Dr./419-140-057 |
| Attachments: | PW ENG COAs - NEC of Sun Lakes Blvd and Sun Lakes Village Dr 10-6-21.doc, image001.png, image002.jpg |

Hi Sandra,

Attached are the updated Conditions of Approval for the subject development.  We added a condition (#7) to include a paved golf cart access through the property and at the future traffic signal entrance to the site.

Let me know if you have any questions.

Thank you,

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Kevin Sin
**Sent:** Thursday, June 24, 2021 10:58 AM
**To:** Sandra Calderon <scalderon@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>
**Cc:** Luis Cardenas (lcardenas@banningca.gov) <lcardenas@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Sandra, Mark,

Attached are the conditions of approval for the subject DR 21-7008.  Our plan checker (ERSC) is still reviewing the preliminary documents.  Will forward any comments to you once I've received them.

Thank you and please let me know if you have any questions.

**Kevin D. Sin, P.E.**
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Wednesday, June 09, 2021 3:56 PM
**To:** Adam Rush <arush@banningca.gov>; Arturo Vela <avela@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Art Chacon <achacon@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; Silvia Tapia <stapia@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; James Wurtz <jwurtz@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Rex Miller <rmiller@willdan.com>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,
Please review DR 21-7008 and provide your comments and/or conditions to the Planning Division by Wednesday, June 23, 2021.

Please click on the link below to download documents:

Privacy

Thank you,

AR 014857

COB_1339
**AR011455**

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**AR 014858**

**COB_1340**
**AR011456**

| From: | Adam Rush |
| --- | --- |
| Sent: | Wednesday, October 6, 2021 10:49 AM PDT |
| To: | Sandra Calderon |
| Subject: | RE: PC Agenda |
| Attachments: | image001.jpg |

## WORKSHOP:

I.    AB 361 - Open meetings: state and local agencies: teleconferences (←I will provide a brief
     Staff Report and the text of the legislation for discussion purposes only.

-

-

## PUBLIC HEARINGS:

I.    DR 21-7002 for TTM 37898
II.   DR 21-7011 BESS SJ Storage
III.   DR 21-7008 Banning Pointe
IV.   GPA 21-2504 Housing Element

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain
information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent
responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately
by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Wednesday, October 6, 2021 10:45 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** PC Agenda

Hi Adam, do you want the projects below to be listed in this order?

GPA 21-2504 Housing Element
DR 21-7002 for TTM 37898
DR 21-7011 BESS SJ Storage
DR 21-7008 Banning Pointe

Thanks,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Office*: 951-922-3125
*Direct Line*: 951-922-3190
*Direct Fax*: 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**AR 014860**

**COB_2080**
**AR011458**

| From: | Adam Rush |
|---|---|
| Sent: | Wednesday, October 6, 2021 1:05 PM PDT |
| To: | 'Pam Steele'; alexs@migcom.com |
| Cc: | Lisa Edwards; Sandra Calderon; Kevin Sin; 'Charlene So' |
| Subject: | FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |
| Attachments: | PW ENG COAs - NEC of Sun Lakes Blvd and Sun Lakes Village Dr 10-6-21.doc, image001.png, image002.jpg |
| Importance: | High |

Pam,

Engineering Conditions of Approval that are *hot off the presses*.

Please review and communicate any concerns or questions back to Kevin Sin directly; however, please keep Lisa in the loop.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line*: 951-922-3131
*Cell Line*: Privacy
*Direct Fax*: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, October 6, 2021 1:01 PM
**To:** Sandra Calderon <scalderon@banningca.gov>
**Cc:** Mark De Manincor <mdemanincor@banningca.gov>; Adam Rush <arush@banningca.gov>; Arturo Vela <avela@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Hi Sandra,

Attached are the updated Conditions of Approval for the subject development. We added a condition (#7) to include a paved golf cart access through the property and at the future traffic signal entrance to the site.

Let me know if you have any questions.

Thank you,

AR 014861

COB_2081

**AR011459**

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Kevin Sin
**Sent:** Thursday, June 24, 2021 10:58 AM
**To:** Sandra Calderon <scalderon@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>
**Cc:** Luis Cardenas (lcardenas@banningca.gov) <lcardenas@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Sandra, Mark,

Attached are the conditions of approval for the subject DR 21-7008. Our plan checker (ERSC) is still reviewing the preliminary documents. Will forward any comments to you once I've received them.

Thank you and please let me know if you have any questions.

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Wednesday, June 09, 2021 3:56 PM
**To:** Adam Rush <arush@banningca.gov>; Arturo Vela <avela@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Art Chacon <achacon@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner

<mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; Silvia Tapia <stapia@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; James Wurtz <jwurtz@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Rex Miller <rmiller@willdan.com>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,
Please review DR 21-7008 and provide your comments and/or conditions to the Planning Division by Wednesday, June 23, 2021.

Please click on the link below to download documents:

Privacy

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:**          Adam Rush <arush@banningca.gov>
**Sent:**          Wednesday, October 6, 2021 1:06 PM
**To:**            'Pam Steele'; alexs@migcom.com
**Cc:**            Lisa Edwards; Sandra Calderon; Kevin Sin; 'Charlene So'
**Subject:**       FW: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057
**Attachments:**   PW ENG COAs - NEC of Sun Lakes Blvd and Sun Lakes Village Dr 10-6-21.doc

**Importance:**    High


Pam,

Engineering Conditions of Approval that are *hot off the presses*.

Please review and communicate any concerns or questions back to Kevin Sin directly; however, please keep Lisa in the loop.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line*: 951-922-3131
*Cell Line*: 760-219-2791
*Direct Fax*: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, October 6, 2021 1:01 PM
**To:** Sandra Calderon <scalderon@banningca.gov>
**Cc:** Mark De Manincor <mdemanincor@banningca.gov>; Adam Rush <arush@banningca.gov>; Arturo Vela <avela@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Hi Sandra,

Attached are the updated Conditions of Approval for the subject development.  We added a condition (#7) to include a paved golf cart access through the property and at the future traffic signal entrance to the site.

Let me know if you have any questions.

AR 014864

**AR011462**

Thank you,

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Kevin Sin
**Sent:** Thursday, June 24, 2021 10:58 AM
**To:** Sandra Calderon <scalderon@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>
**Cc:** Luis Cardenas (lcardenas@banningca.gov) <lcardenas@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Sandra, Mark,

Attached are the conditions of approval for the subject DR 21-7008.  Our plan checker (ERSC) is still reviewing the preliminary documents.  Will forward any comments to you once I've received them.

Thank you and please let me know if you have any questions.

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Wednesday, June 09, 2021 3:56 PM
**To:** Adam Rush <arush@banningca.gov>; Arturo Vela <avela@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Art Chacon <achacon@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; Silvia Tapia <stapia@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; James Wurtz <jwurtz@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda

AR 014865

**AR011463**

<[scastaneda@banningca.gov](mailto:scastaneda@banningca.gov)>; Joshua Monzon <[jmonzon@banningca.gov](mailto:jmonzon@banningca.gov)>; Lisa Edwards <[ledwards@banningca.gov](mailto:ledwards@banningca.gov)>; Ann Marie Loconte <[amloconte@banningca.gov](mailto:amloconte@banningca.gov)>; Cherie Johnson <[cjohnson@banningca.gov](mailto:cjohnson@banningca.gov)>; Rex Miller <[rmiller@willdan.com](mailto:rmiller@willdan.com)>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,
Please review DR 21-7008 and provide your comments and/or conditions to the Planning Division by Wednesday, June 23, 2021.

Please click on the link below to download documents:

https://migcom.egnyte.com/fl/7LgCOgPd1E
Password:xsbKP4QNgXaL

Thank you,

**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line:* 951-922-3190
*Direct Fax:* 951-922-3128
[scalderon@banningca.gov](mailto:scalderon@banningca.gov)
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

AR 014866

AR011464

# MEMORANDUM

# CITY OF BANNING

DATE:     October 6, 2021

TO:        Adam Rush, Community Development Director

FROM:     Kevin Sin, Senior Civil Engineer
          Luis Cardenas, Senior Civil Engineer

**SUBJECT:   Engineering Conditions of Approval for DR 21-7008
          (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.)**

The Department of Public Works recommends the Conditions of Approval listed herein for the abovementioned project. Unless stated otherwise, all conditions shall be completed by the applicant at no cost to any government agency.

The Applicant may contact the Engineering Division at (951) 922-3130 for compliance with the following conditions:

## A.    General Requirements

1. A Public Works Permit shall be required prior to commencement of any work within the public right-of-way. The contractor working within the public right-of-way shall submit proof of a Class "A" State Contractor's License, City of Banning Business License, and Liability Insurance. Any existing public improvements, or public improvements not accepted by the City that are damaged during construction shall be removed and replaced as determined by the City Engineer or his/her representative.

2. Prior to the issuance of any grading, construction, or public works permit by the City, the applicant shall obtain any necessary clearances and/or permits from the following agencies:

   - Fire Marshal (access)
   - Public Works Department (grading permits, street improvement permits)
   - Riverside County Flood Control & Water Conservation District (storm drain)
   - California Regional Water Quality Control Board Colorado River Basin (RWQCB)
   - South Coast Air Quality Management District (SCAQMD)

   The applicant is responsible for meeting all requirements of permits and/or clearances from the above listed agencies. When the requirements include approval of improvement plans, the applicant shall furnish proof of such approvals when submitting improvements plans to the City.

3. The following improvement plans shall be prepared by a Civil Engineer licensed by the State of California and submitted to the Engineering Division for review and approval. A separate set of plans shall be prepared for each line item listed below. Unless otherwise authorized in writing by the City Engineer, the plans shall utilize the minimum scale specified and shall be drawn on 24" x 36" Mylar film. Plans may be prepared at a larger scale if additional detail or plan clarity is desired (Note: the applicant may be required to prepare other improvement plans not listed here pursuant to improvements required by other agencies and utility purveyors):

1

AR 014867

**AR011465**

| | | |
|---|---|---|
| a. | Rough Grading Plans | 1" = 40' horizontal |
| | (All Conditions of Approval shall be reproduced on last sheet of set) | |
| b. | Haul Route Plans | 1" = 40' horizontal |
| c. | Clearing Plans | 1" = 50' horizontal |
| | (Include construction fencing plan) | |
| d. | Erosion Control & SWPPP, WQMP | 1" = 40' Horizontal |
| | (Note: a, b, c & d shall be reviewed and approved concurrently) | |
| e. | Storm Drain Plans | 1" = 40' Horizontal |
| f. | Street Improvement Plans | 1" = 40' Horizontal |
| | | 1" = 4' Vertical |
| g. | Precise Grading Plans | 1" = 40' Horizontal |
| h. | Landscaping Plans | 1" = 20 Horizontal |
| i. | Water Improvement Plans | 1" = 40' Horizontal |
| | | 1" = 4' Vertical |
| j. | Sewer Improvement Plans | 1" = 40' Horizontal |
| | | 1" = 4' Vertical |

Other engineered improvement plans prepared for City approval that are not listed herein shall be prepared in formats approved by the City Engineer prior to commencing plan preparation.

All off-site plan and profile, street improvement plans and signing & striping plans shall show all existing improvements for a distance of at least 200-feet beyond the project limits, or at a distance sufficient to show any required design transitions.

A small index map shall be included on the title sheet of each set of plans, showing the overall view of the entire work area.

4. Upon completion of construction, the Developer shall furnish the City with reproducible record drawings on Mylar film of all improvement plans that were approved by the City Engineer. Each sheet shall be clearly marked "As-Built" or "As-Constructed" and shall be stamped and signed by the engineer or surveyor certifying the accuracy and completeness of the drawings. The applicant shall have all AutoCAD files submitted to the City, revised to reflect the "As-Built" conditions.

## B.    Street Improvements/Right-of-Way

5. Construct right-of-way improvements (driveway approach, sidewalk, parkway, raised median, access ramp, street lighting, etc.) fronting the site per City of Banning Standard Drawings. Street lights shall be installed offset of the existing street lights.

6. Installation of a traffic signal at the intersection of Sun Lakes Boulevard, future Driveway 3 (as shown in the TIA) and Country Club Drive. Project applicant shall reach out to the Sun Lakes Country Club staff to discuss impacts to their access.

AR 014868

AR011466

7. Provide paved golf cart access adjacent to the sidewalk through the property and at the proposed traffic signal entrance.

8. Construct street improvements as identified by the project's traffic impact analysis (TIA).

9. The City and Developer are to enter into a Public Improvement Agreement to guarantee the construction of the public improvements as listed in the Conditions of Approval and as shown on the approved plans. The applicant shall work with the City Attorney's Office to execute the Agreement and pay all related legal processing fees.

10. All street improvement designs shall provide pavement and lane transitions per City of Banning and Caltrans standards for transition to existing street sections.

11. Any public improvements damaged during the course of construction shall be replaced to the satisfaction of the City Engineer, or his/her designee.

12. The applicant shall plant and perpetually maintain trees, shrubs, and ground cover placed in the parkway, slopes adjacent to public right-of-ways constructed in connection with the project. This includes providing irrigation and the clearing of debris and weed removal. The applicant shall be required to enter into a Landscape Maintenance Agreement for the perpetual maintenance of landscaping within the public right-of-way fronting the project site.

13. All required public improvements for the project shall be completed, tested, and approved by the Engineering Division prior to issuance of any Certificate of Occupancy.

## C.    Grading and Drainage

14. Submit a Drainage Study with hydrologic and hydraulic analysis for developed and undeveloped (existing) conditions to the Engineering Division for review and approval. The study and analysis shall be prepared by a civil engineer licensed by the State of California. Drainage design shall be in accordance with Banning Master Drainage Plan adopted by Riverside County Flood Control and Water Conservation District (RCFCD), RCFCD Hydrology Manual, and standard plans and specifications. The 10-year storm flow shall be contained within the street curbs, and the 100-year storm shall be contained within the street right-of-way; when this criteria is exceeded, additional drainage facilities shall be designed and constructed.

15. At a minimum, all development will make provisions to store runoff from rainfall events up to and including the one-hundred three-hour during event. Post-development peak urban runoff discharge rates shall not exceed pre-development peak urban runoff discharge rates.

16. Prior to issuance of any building permit, the applicant shall install trash filters in all catch basins adjacent to the site and/or will be constructed as part of the storm drain improvements for this development. The trash filters shall comply with the requirements of the Trash Amendment as amended and approved in accordance with California Regional Water Quality Control Board Colorado River Basin Region Order No. R7-2013-0011.

17. If the site is located in a Flood Area as identified in Flood Insurance Rate Map dated August 28, 2008 the developer is responsible for providing a certification by a registered professional engineer or architect demonstrating that encroachments shall not result in any increase in flood levels during the occurrence of the base flood discharge.

18. The project grading shall be designed in a manner that perpetuates the existing natural drainage patterns with respect to tributary drainage areas, outlet points and outlet conditions. Otherwise, a drainage easement shall be obtained for the release of concentrated or diverted

storm flows.  The project shall accept and convey storm flows from the adjacent property to the north.

19. The applicant shall comply with Chapter 13.24 "Stormwater Management Systems" of the Banning Municipal Code (BMC) and Title 18 "Grading, Erosion and Sediment Control" of the California Building Code related to excavation and grading; and, the State Water Resources Control Board's orders, rules and regulations.

For construction activities including clearing, grading or excavation of land that disturbs one (1) acre or more of land, or that disturbs less than one (1) acre of land, but which is a part of a construction project that encompasses more than one (1) acre of land, the applicant shall be required to submit a Storm Water Pollution Protection Plan (SWPPP) and file a Notice of Intent (NOI) with the Regional Water Quality Control Board.

The applicant shall ensure that the required SWPPP is available for inspection at the project site at all times through and including acceptance of all improvements by the City.

The applicant's SWPPP shall include provisions for all of the following Best Management Practices ("BMPs"):

- Temporary Soil Stabilization (erosion control).

- Temporary Sediment Control.

- Wind Erosion Control.

- Tracking Control.

- Non-Storm Water Management.

- Waste Management and Materials Pollution Control.

All erosion and sediment control BMPs proposed by the applicant shall be designed using the CASQA BMP handbook and approved by the City Engineer prior to any onsite or offsite grading, pursuant to this project.

The approved SWPPP and BMPs shall remain in effect for the entire duration of project construction until all improvements are completed and accepted by the City.

20. Prior to issuance of any grading or building permit, a Project-Specific Water Quality Management Plan (WQMP) shall be reviewed and approved in accordance with California Regional Water Quality Control Board Colorado River Basin Region Order No. R7-2013-0011.

21. Prior to the issuance of any building permit(s), a precise grading plan shall be submitted to the City Engineer for review and approval.  A grading permit shall be obtained prior to commencement of any grading activity.

22. Grading and excavations in the public right-of-way shall be supplemented with a soils and geology report prepared by a professional engineer or geologist licensed by the State of California.

23. Prior to the issuance of a building permit, the applicant shall provide a lot pad certification stamped and signed by a qualified civil engineer or land surveyor.  Pad certification shall list the pad elevation as shown on the approved grading plan, the actual pad elevation and the

difference between the two, if any.  Such pad certification shall also list the relative compaction of the pad soil.

**D.    Traffic**

24. Prior to the issuance of a grading permit or building permit, the applicant shall submit and obtain approval in writing from the Fire Marshall for the plans for all public or private access drives or streets. The plans shall include plan and sectional views and indicate the grade and width of the access road measured flow-line to flow-line. When a dead-end access exceeds 150 feet or when otherwise required, a clearly marked fire apparatus access turnaround must be provided and approved by the Fire Marshall.  Applicable covenant, conditions or restrictions or other approved documents shall contain provisions which prohibit obstructions such as speed bumps/humps, control gates or other modifications within said easement or access road unless prior approval of the Fire Marshall is granted.

25. Driveway grades shall not exceed eight percent unless approved by the City Engineer.

26. Access drives to the public right-of-way shall be restricted to those approved by the City Engineer as shown on the approved plans.

27. Prior to the issuance of any certificate of occupancy, all fire hydrants shall have a blue reflective pavement marker indicating the hydrant location on the street/access driveway as approved by the Fire Marshall, and must be maintained in good condition by the property owner until the street is accepted for maintenance.

28. Prior to the issuance of a grading permit or building permit, the applicant shall conduct a Traffic Impact Analysis and submit the report to the Engineering Division for review and approval.  All mitigation identified in the Traffic Impact Analysis shall be implemented by the applicant to the satisfaction of the City Engineer.

**E.    Trash/Recycling**

29. Construction debris shall be disposed of at a certified recycling site.  It is the responsibility of the developer to contact the City's franchised solid waste hauler, Waste Management of the Inland Valley, at 1-800-423-9986 for disposal of construction debris.

30. The developer shall participate in the City's recycling and diversion programs by providing a solid waste enclosure to accommodate necessary solid waste containers.

31. All new development projects including, but not limited to, industrial and business buildings and facilities, as well as, multi-family complexes shall provide a solid waste enclosure to accommodate trash, recycle and organics waste bins and/or containers.  Solid waste enclosures for multiple tenant properties, such as a shopping center, must design the enclosure to accommodate all waste containers of the property.

32. Solid waste enclosures shall be located on the site to be serviced.

33. The enclosure shall be designed for the exclusive use of housing solid waste containers including trash, recyclable and organics materials.

34. Enclosures Design Criteria:

      a.  The size and dimensions of the trash enclosure shall be based on the required number and size of containers at a minimum accommodating one (1) container each for trash, recyclables and organics materials.

AR 014871
AR011469

b. Enclosure shall be architecturally compatible with the primary building on site to provide a coordinated design.

c. Exterior materials and colors of the enclosure shall match the building walls.

d. Chain link fencing with or without/plastic slats is prohibited.

e. Enclosure shall have solid metal or wood gates with latches that can be secured in an open or closed position.

f. Enclosures shall be constructed in a permanent manner.

g. Exterior must be fully enclosed with solid roofing to prevent rainfall from entering the enclosure and to prevent wind dispersal, as well as, offsite transport of trash and recycling.

h. Provide the minimum clearance for collector and user accessibility.

i. City Engineer approval shall be obtained in writing prior to the construction of any solid waste enclosure.

**F.    Water**

34. Submit water improvement plans to the Public Works Department along with anticipated peak water demands and hydraulic analysis to justify pipe sizes. Pipes shall be ductile iron, wrapped in V-Bio polyethylene. All water services 2" and smaller shall use plastic-coated copper tubing.

35. Separate irrigation meters will be required for outdoor use.

36. All commercial, industrial, and irrigation water services shall have Reduced Pressure Principle Backflow Preventors. RP Backflow Preventors shall be of a model approved by USC.

37. On-site fire hydrants shall be part of a privately-owned and maintained fire protection system. Private fire hydrants shall be painted safety red, to differentiate from publicly-owned fire hydrants which are typically yellow.

38. Because of the project's location at a pressure zone boundary, an above-ground pressure regulating station may be required, pending review of the water improvement plans by the City Engineer.

**G.    Recycled Water**

39. Plans for a purple-pipe non-potable irrigation system shall be designed and submitted to the Public Works Department. Pipes shall be ductile iron, wrapped in purple V-Bio polyethylene. All water services 2" and smaller shall use plastic-coated copper tubing. Plans should include a signage plan typical of a non-potable irrigation system.

40. An interim connection between the potable and non-potable systems shall be installed by way of a single backflow preventor, until such a time as the City's non-potable backbone system is extended west along Sun Lakes Blvd.

**H.    Wastewater**

41. A sewer improvement plan shall be prepared and submitted to the Public Works Department, extending the public sewer from Sun Lakes Blvd. Sewer main material shall be PVC SDR

26.  Sewer system design shall avoid placing manholes in low spots, or connecting storm water drainage facilities to the sewer system.

42. When available, estimated sewer discharge quantities and quality shall be submitted to the Public Works Department for review.  Depending on the nature of the discharge, grease interceptor(s) may be required.

## I.    Fees

43. Plan check fees for professional report review (geotechnical, drainage, WQMP, etc.), and all improvement plans review, shall be paid at the time of submittal of said documents for review and approval in accordance with the fee schedule in effect at the time of submittal.

44. Public Works Inspection fees shall be paid prior to issuance of any permits in accordance with the fee schedule in effect at time of time of scheduling.

45. A plan storage fee shall be paid for any engineering plans that may be required prior to issuance of certificate of occupancy in accordance with the fee schedule in effect at the time the fee is paid.

46. Water, Sewer, and Non-potable impact fees shall be paid prior to issuance of Building permit.  Water meter and water meter installation fees shall be due prior to meter release.

## J.    Final Parcel Map

47. Prior to approval of the Final Map, the applicant shall construct on-site and off-site improvements required for the development of the property in accordance with the approved plans and satisfy its obligations for same, or shall furnish a fully secured and executed Subdivision Improvement Agreement on terms agreed to by the Parties guaranteeing the construction of such improvements and the satisfaction of its obligations for same, or shall agree to any combination thereof.  For off-site improvements, the procedures and requirements of Government Code Section 66462.5 shall apply, including the potential acquisition of those rights by the City or waiver of the City's requirement to obtain those rights.

48. Security for the construction of public improvements in accordance with Government Code Section 66499 shall be as follows:

| | |
|---|---|
| Faithful Performance Bond | 100% of estimated cost |
| Labor and Material Bond | 100% of estimated cost |
| Monumentation Bond | $5,000.00 |

49. Securities for the public improvements shall be on file with the City Clerk prior to scheduling the final map for approval by City Council. Unit prices for bonding estimates shall be those specified or approved by the City Engineer.

50. Revisions to the tentative map during plan check including, but not limited to, lot line alignments, easements, improvement plan revisions, and similar minor changes that are in substantial compliance with the tentative map, or associated conditions of approval, shall be administratively approved through the plan check process with the mutual consent and approval of the Developer, the Community Development Director and City Engineer. Final maps shall be amended in accordance with the Subdivision Map Act.

7

51. Prior to approval of any final map the applicant shall identify and include in its improvement plans those routine structural and non-structural Best Management Practices (BMP's).

52. Submit a copy of the title report, closure calculations, and any separate instruments or necessary right-of-way documents to the Engineering Division prior to final map approval.

53. An original Mylar of the final map (after recordation) shall be provided to the City for the record files.

54. Public improvements shall be completed and accepted by City of Banning prior to release of Faithful Performance Bond and Labor and Material Bond for such improvements.  Faithful Performance Bond for applicable public improvements shall be reduced to 10% once City accepts improvements into maintenance period.  Final 10% to serve as the maintenance bond for the 1-year maintenance period.

55. A record of all street centerline monument ties shall be submitted to the Engineering Division upon completion of improvements or prior to release of Monumentation Bond.

AR 014874
AR011472

| | |
|---|---|
| **From:** | Kevin Sin <ksin@banningca.gov> |
| **Sent:** | Wednesday, October 6, 2021 1:01 PM |
| **To:** | Sandra Calderon |
| **Cc:** | Mark De Manincor; Adam Rush; Arturo Vela; Luis Cardenas |
| **Subject:** | RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057 |
| **Attachments:** | PW ENG COAs - NEC of Sun Lakes Blvd and Sun Lakes Village Dr 10-6-21.doc |

Hi Sandra,

Attached are the updated Conditions of Approval for the subject development.  We added a condition (#7) to include a paved golf cart access through the property and at the future traffic signal entrance to the site.

Let me know if you have any questions.

Thank you,

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
**www.banningca.gov**



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Kevin Sin
**Sent:** Thursday, June 24, 2021 10:58 AM
**To:** Sandra Calderon <scalderon@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>
**Cc:** Luis Cardenas (lcardenas@banningca.gov) <lcardenas@banningca.gov>
**Subject:** RE: DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Sandra, Mark,

Attached are the conditions of approval for the subject DR 21-7008.  Our plan checker (ERSC) is still reviewing the preliminary documents.  Will forward any comments to you once I've received them.

Thank you and please let me know if you have any questions.

AR 014875

**AR011473**



**Kevin D. Sin, P.E.**
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Sandra Calderon <scalderon@banningca.gov>
**Sent:** Wednesday, June 09, 2021 3:56 PM
**To:** Adam Rush <arush@banningca.gov>; Arturo Vela <avela@banningca.gov>; Brandon Robinson <brobinson@banningca.gov>; Art Chacon <achacon@banningca.gov>; Perry Gerdes <pgerdes@banningca.gov>; Luis Cardenas <lcardenas@banningca.gov>; Kevin Sin <ksin@banningca.gov>; Doug Schulze <dschulze@banningca.gov>; Mark De Manincor <mdemanincor@banningca.gov>; Ben Coffey <bcoffey@banningca.gov>; Matthew Hamner <mhamner@banningca.gov>; Ralph Wright <rwright@banningca.gov>; Patrick Johnson <pjohnson@willdan.com>; Silvia Tapia <stapia@banningca.gov>; Paul Lindley <plindley@banningca.gov>; Jeff Horn <jhorn@banningca.gov>; James Wurtz <jwurtz@banningca.gov>; Thomas Miller <Tmiller@banningca.gov>; Sandra Castaneda <scastaneda@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Ann Marie Loconte <amloconte@banningca.gov>; Cherie Johnson <cjohnson@banningca.gov>; Rex Miller <rmiller@willdan.com>
**Subject:** DR 21-7008 NEC of Sun Lakes Blvd. and Sun Lakes Village Dr./419-140-057

Good afternoon everyone,
Please review DR 21-7008 and provide your comments and/or conditions to the Planning Division by Wednesday, June 23, 2021.

Please click on the link below to download documents:

https://migcom.egnyte.com/fl/7LgCOgPd1E
Password:xsbKP4QNgXaL

Thank you,



**Sandra Calderon**
*Development Project Coordinator*
*Community Development Department*
**City of Banning**
*Direct Line*: 951-922-3190
*Direct Fax*: 951-922-3128
scalderon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

2

AR 014876

AR011474

# M E M O R A N D U M
# C I T Y   O F   B A N N I N G

---

DATE:        October 6, 2021

TO:          Adam Rush, Community Development Director

FROM:        Kevin Sin, Senior Civil Engineer
             Luis Cardenas, Senior Civil Engineer

**SUBJECT:   Engineering Conditions of Approval for DR 21-7008
             (NEC of Sun Lakes Blvd. and Sun Lakes Village Dr.)**

---

The Department of Public Works recommends the Conditions of Approval listed herein for the abovementioned project. Unless stated otherwise, all conditions shall be completed by the applicant at no cost to any government agency.

The Applicant may contact the Engineering Division at (951) 922-3130 for compliance with the following conditions:

## A.     General Requirements

1. A Public Works Permit shall be required prior to commencement of any work within the public right-of-way. The contractor working within the public right-of-way shall submit proof of a Class "A" State Contractor's License, City of Banning Business License, and Liability Insurance. Any existing public improvements, or public improvements not accepted by the City that are damaged during construction shall be removed and replaced as determined by the City Engineer or his/her representative.

2. Prior to the issuance of any grading, construction, or public works permit by the City, the applicant shall obtain any necessary clearances and/or permits from the following agencies:

   - Fire Marshal (access)
   - Public Works Department (grading permits, street improvement permits)
   - Riverside County Flood Control & Water Conservation District (storm drain)
   - California Regional Water Quality Control Board Colorado River Basin (RWQCB)
   - South Coast Air Quality Management District (SCAQMD)

   The applicant is responsible for meeting all requirements of permits and/or clearances from the above listed agencies. When the requirements include approval of improvement plans, the applicant shall furnish proof of such approvals when submitting improvements plans to the City.

3. The following improvement plans shall be prepared by a Civil Engineer licensed by the State of California and submitted to the Engineering Division for review and approval. A separate set of plans shall be prepared for each line item listed below. Unless otherwise authorized in writing by the City Engineer, the plans shall utilize the minimum scale specified and shall be drawn on 24" x 36" Mylar film. Plans may be prepared at a larger scale if additional detail or plan clarity is desired (Note: the applicant may be required to prepare other improvement plans not listed here pursuant to improvements required by other agencies and utility purveyors):

1

AR 014877

**AR011475**

| | | |
|---|---|---|
| a. | Rough Grading Plans | 1" = 40' horizontal |
| | (All Conditions of Approval shall be reproduced on last sheet of set) | |
| b. | Haul Route Plans | 1" = 40' horizontal |
| c. | Clearing Plans | 1" = 50' horizontal |
| | (Include construction fencing plan) | |
| d. | Erosion Control & SWPPP, WQMP | 1" = 40' Horizontal |
| | (Note: a, b, c & d shall be reviewed and approved concurrently) | |
| e. | Storm Drain Plans | 1" = 40' Horizontal |
| f. | Street Improvement Plans | 1" = 40' Horizontal |
| | | 1" = 4' Vertical |
| g. | Precise Grading Plans | 1" = 40' Horizontal |
| h. | Landscaping Plans | 1" = 20 Horizontal |
| i. | Water Improvement Plans | 1" = 40' Horizontal |
| | | 1" = 4' Vertical |
| j. | Sewer Improvement Plans | 1" = 40' Horizontal |
| | | 1" = 4' Vertical |

Other engineered improvement plans prepared for City approval that are not listed herein shall be prepared in formats approved by the City Engineer prior to commencing plan preparation.

All off-site plan and profile, street improvement plans and signing & striping plans shall show all existing improvements for a distance of at least 200-feet beyond the project limits, or at a distance sufficient to show any required design transitions.

A small index map shall be included on the title sheet of each set of plans, showing the overall view of the entire work area.

4. Upon completion of construction, the Developer shall furnish the City with reproducible record drawings on Mylar film of all improvement plans that were approved by the City Engineer. Each sheet shall be clearly marked "As-Built" or "As-Constructed" and shall be stamped and signed by the engineer or surveyor certifying the accuracy and completeness of the drawings. The applicant shall have all AutoCAD files submitted to the City, revised to reflect the "As-Built" conditions.

## B.    Street Improvements/Right-of-Way

5. Construct right-of-way improvements (driveway approach, sidewalk, parkway, raised median, access ramp, street lighting, etc.) fronting the site per City of Banning Standard Drawings. Street lights shall be installed offset of the existing street lights.

6. Installation of a traffic signal at the intersection of Sun Lakes Boulevard, future Driveway 3 (as shown in the TIA) and Country Club Drive. Project applicant shall reach out to the Sun Lakes Country Club staff to discuss impacts to their access.

AR 014878
AR011476

7. Provide paved golf cart access adjacent to the sidewalk through the property and at the proposed traffic signal entrance.

8. Construct street improvements as identified by the project's traffic impact analysis (TIA).

9. The City and Developer are to enter into a Public Improvement Agreement to guarantee the construction of the public improvements as listed in the Conditions of Approval and as shown on the approved plans. The applicant shall work with the City Attorney's Office to execute the Agreement and pay all related legal processing fees.

10. All street improvement designs shall provide pavement and lane transitions per City of Banning and Caltrans standards for transition to existing street sections.

11. Any public improvements damaged during the course of construction shall be replaced to the satisfaction of the City Engineer, or his/her designee.

12. The applicant shall plant and perpetually maintain trees, shrubs, and ground cover placed in the parkway, slopes adjacent to public right-of-ways constructed in connection with the project. This includes providing irrigation and the clearing of debris and weed removal. The applicant shall be required to enter into a Landscape Maintenance Agreement for the perpetual maintenance of landscaping within the public right-of-way fronting the project site.

13. All required public improvements for the project shall be completed, tested, and approved by the Engineering Division prior to issuance of any Certificate of Occupancy.

**C.      Grading and Drainage**

14. Submit a Drainage Study with hydrologic and hydraulic analysis for developed and undeveloped (existing) conditions to the Engineering Division for review and approval. The study and analysis shall be prepared by a civil engineer licensed by the State of California. Drainage design shall be in accordance with Banning Master Drainage Plan adopted by Riverside County Flood Control and Water Conservation District (RCFCD), RCFCD Hydrology Manual, and standard plans and specifications. The 10-year storm flow shall be contained within the street curbs, and the 100-year storm shall be contained within the street right-of-way; when this criteria is exceeded, additional drainage facilities shall be designed and constructed.

15. At a minimum, all development will make provisions to store runoff from rainfall events up to and including the one-hundred three-hour during event. Post-development peak urban runoff discharge rates shall not exceed pre-development peak urban runoff discharge rates.

16. Prior to issuance of any building permit, the applicant shall install trash filters in all catch basins adjacent to the site and/or will be constructed as part of the storm drain improvements for this development. The trash filters shall comply with the requirements of the Trash Amendment as amended and approved in accordance with California Regional Water Quality Control Board Colorado River Basin Region Order No. R7-2013-0011.

17. If the site is located in a Flood Area as identified in Flood Insurance Rate Map dated August 28, 2008 the developer is responsible for providing a certification by a registered professional engineer or architect demonstrating that encroachments shall not result in any increase in flood levels during the occurrence of the base flood discharge.

18. The project grading shall be designed in a manner that perpetuates the existing natural drainage patterns with respect to tributary drainage areas, outlet points and outlet conditions. Otherwise, a drainage easement shall be obtained for the release of concentrated or diverted

storm flows. The project shall accept and convey storm flows from the adjacent property to the north.

19. The applicant shall comply with Chapter 13.24 "Stormwater Management Systems" of the Banning Municipal Code (BMC) and Title 18 "Grading, Erosion and Sediment Control" of the California Building Code related to excavation and grading; and, the State Water Resources Control Board's orders, rules and regulations.

For construction activities including clearing, grading or excavation of land that disturbs one (1) acre or more of land, or that disturbs less than one (1) acre of land, but which is a part of a construction project that encompasses more than one (1) acre of land, the applicant shall be required to submit a Storm Water Pollution Protection Plan (SWPPP) and file a Notice of Intent (NOI) with the Regional Water Quality Control Board.

The applicant shall ensure that the required SWPPP is available for inspection at the project site at all times through and including acceptance of all improvements by the City.

The applicant's SWPPP shall include provisions for all of the following Best Management Practices ("BMPs"):

- Temporary Soil Stabilization (erosion control).

- Temporary Sediment Control.

- Wind Erosion Control.

- Tracking Control.

- Non-Storm Water Management.

- Waste Management and Materials Pollution Control.

All erosion and sediment control BMPs proposed by the applicant shall be designed using the CASQA BMP handbook and approved by the City Engineer prior to any onsite or offsite grading, pursuant to this project.

The approved SWPPP and BMPs shall remain in effect for the entire duration of project construction until all improvements are completed and accepted by the City.

20. Prior to issuance of any grading or building permit, a Project-Specific Water Quality Management Plan (WQMP) shall be reviewed and approved in accordance with California Regional Water Quality Control Board Colorado River Basin Region Order No. R7-2013-0011.

21. Prior to the issuance of any building permit(s), a precise grading plan shall be submitted to the City Engineer for review and approval. A grading permit shall be obtained prior to commencement of any grading activity.

22. Grading and excavations in the public right-of-way shall be supplemented with a soils and geology report prepared by a professional engineer or geologist licensed by the State of California.

23. Prior to the issuance of a building permit, the applicant shall provide a lot pad certification stamped and signed by a qualified civil engineer or land surveyor. Pad certification shall list the pad elevation as shown on the approved grading plan, the actual pad elevation and the

difference between the two, if any.   Such pad certification shall also list the relative compaction of the pad soil.

**D.    Traffic**

24. Prior to the issuance of a grading permit or building permit, the applicant shall submit and obtain approval in writing from the Fire Marshall for the plans for all public or private access drives or streets. The plans shall include plan and sectional views and indicate the grade and width of the access road measured flow-line to flow-line. When a dead-end access exceeds 150 feet or when otherwise required, a clearly marked fire apparatus access turnaround must be provided and approved by the Fire Marshall.   Applicable covenant, conditions or restrictions or other approved documents shall contain provisions which prohibit obstructions such as speed bumps/humps, control gates or other modifications within said easement or access road unless prior approval of the Fire Marshall is granted.

25. Driveway grades shall not exceed eight percent unless approved by the City Engineer.

26. Access drives to the public right-of-way shall be restricted to those approved by the City Engineer as shown on the approved plans.

27. Prior to the issuance of any certificate of occupancy, all fire hydrants shall have a blue reflective pavement marker indicating the hydrant location on the street/access driveway as approved by the Fire Marshall, and must be maintained in good condition by the property owner until the street is accepted for maintenance.

28. Prior to the issuance of a grading permit or building permit, the applicant shall conduct a Traffic Impact Analysis and submit the report to the Engineering Division for review and approval.  All mitigation identified in the Traffic Impact Analysis shall be implemented by the applicant to the satisfaction of the City Engineer.

**E.    Trash/Recycling**

29. Construction debris shall be disposed of at a certified recycling site.  It is the responsibility of the developer to contact the City's franchised solid waste hauler, Waste Management of the Inland Valley, at 1-800-423-9986 for disposal of construction debris.

30. The developer shall participate in the City's recycling and diversion programs by providing a solid waste enclosure to accommodate necessary solid waste containers.

31. All new development projects including, but not limited to, industrial and business buildings and facilities, as well as, multi-family complexes shall provide a solid waste enclosure to accommodate trash, recycle and organics waste bins and/or containers.  Solid waste enclosures for multiple tenant properties, such as a shopping center, must design the enclosure to accommodate all waste containers of the property.

32. Solid waste enclosures shall be located on the site to be serviced.

33. The enclosure shall be designed for the exclusive use of housing solid waste containers including trash, recyclable and organics materials.

34. Enclosures Design Criteria:

   a. The size and dimensions of the trash enclosure shall be based on the required number and size of containers at a minimum accommodating one (1) container each for trash, recyclables and organics materials.

5

b. Enclosure shall be architecturally compatible with the primary building on site to provide a coordinated design.

c. Exterior materials and colors of the enclosure shall match the building walls.

d. Chain link fencing with or without/plastic slats is prohibited.

e. Enclosure shall have solid metal or wood gates with latches that can be secured in an open or closed position.

f. Enclosures shall be constructed in a permanent manner.

g. Exterior must be fully enclosed with solid roofing to prevent rainfall from entering the enclosure and to prevent wind dispersal, as well as, offsite transport of trash and recycling.

h. Provide the minimum clearance for collector and user accessibility.

i. City Engineer approval shall be obtained in writing prior to the construction of any solid waste enclosure.

**F.    Water**

34. Submit water improvement plans to the Public Works Department along with anticipated peak water demands and hydraulic analysis to justify pipe sizes. Pipes shall be ductile iron, wrapped in V-Bio polyethylene. All water services 2" and smaller shall use plastic-coated copper tubing.

35. Separate irrigation meters will be required for outdoor use.

36. All commercial, industrial, and irrigation water services shall have Reduced Pressure Principle Backflow Preventors. RP Backflow Preventors shall be of a model approved by USC.

37. On-site fire hydrants shall be part of a privately-owned and maintained fire protection system. Private fire hydrants shall be painted safety red, to differentiate from publicly-owned fire hydrants which are typically yellow.

38. Because of the project's location at a pressure zone boundary, an above-ground pressure regulating station may be required, pending review of the water improvement plans by the City Engineer.

**G.    Recycled Water**

39. Plans for a purple-pipe non-potable irrigation system shall be designed and submitted to the Public Works Department. Pipes shall be ductile iron, wrapped in purple V-Bio polyethylene. All water services 2" and smaller shall use plastic-coated copper tubing. Plans should include a signage plan typical of a non-potable irrigation system.

40. An interim connection between the potable and non-potable systems shall be installed by way of a single backflow preventor, until such a time as the City's non-potable backbone system is extended west along Sun Lakes Blvd.

**H.    Wastewater**

41. A sewer improvement plan shall be prepared and submitted to the Public Works Department, extending the public sewer from Sun Lakes Blvd. Sewer main material shall be PVC SDR

AR 014882
AR011480

26.  Sewer system design shall avoid placing manholes in low spots, or connecting storm water drainage facilities to the sewer system.

42. When available, estimated sewer discharge quantities and quality shall be submitted to the Public Works Department for review.  Depending on the nature of the discharge, grease interceptor(s) may be required.

## I.    Fees

43. Plan check fees for professional report review (geotechnical, drainage, WQMP, etc.), and all improvement plans review, shall be paid at the time of submittal of said documents for review and approval in accordance with the fee schedule in effect at the time of submittal.

44. Public Works Inspection fees shall be paid prior to issuance of any permits in accordance with the fee schedule in effect at time of time of scheduling.

45. A plan storage fee shall be paid for any engineering plans that may be required prior to issuance of certificate of occupancy in accordance with the fee schedule in effect at the time the fee is paid.

46. Water, Sewer, and Non-potable impact fees shall be paid prior to issuance of Building permit.  Water meter and water meter installation fees shall be due prior to meter release.

## J.    Final Parcel Map

47. Prior to approval of the Final Map, the applicant shall construct on-site and off-site improvements required for the development of the property in accordance with the approved plans and satisfy its obligations for same, or shall furnish a fully secured and executed Subdivision Improvement Agreement on terms agreed to by the Parties guaranteeing the construction of such improvements and the satisfaction of its obligations for same, or shall agree to any combination thereof.  For off-site improvements, the procedures and requirements of Government Code Section 66462.5 shall apply, including the potential acquisition of those rights by the City or waiver of the City's requirement to obtain those rights.

48. Security for the construction of public improvements in accordance with Government Code Section 66499 shall be as follows:

| | |
|---|---|
| Faithful Performance Bond | 100% of estimated cost |
| Labor and Material Bond | 100% of estimated cost |
| Monumentation Bond | $5,000.00 |

49. Securities for the public improvements shall be on file with the City Clerk prior to scheduling the final map for approval by City Council. Unit prices for bonding estimates shall be those specified or approved by the City Engineer.

50. Revisions to the tentative map during plan check including, but not limited to, lot line alignments, easements, improvement plan revisions, and similar minor changes that are in substantial compliance with the tentative map, or associated conditions of approval, shall be administratively approved through the plan check process with the mutual consent and approval of the Developer, the Community Development Director and City Engineer. Final maps shall be amended in accordance with the Subdivision Map Act.

AR 014883
AR011481

51. Prior to approval of any final map the applicant shall identify and include in its improvement plans those routine structural and non-structural Best Management Practices (BMP's).

52. Submit a copy of the title report, closure calculations, and any separate instruments or necessary right-of-way documents to the Engineering Division prior to final map approval.

53. An original Mylar of the final map (after recordation) shall be provided to the City for the record files.

54. Public improvements shall be completed and accepted by City of Banning prior to release of Faithful Performance Bond and Labor and Material Bond for such improvements.  Faithful Performance Bond for applicable public improvements shall be reduced to 10% once City accepts improvements into maintenance period.  Final 10% to serve as the maintenance bond for the 1-year maintenance period.

55. A record of all street centerline monument ties shall be submitted to the Engineering Division upon completion of improvements or prior to release of Monumentation Bond.

AR 014884
AR011482

| | |
|---|---|
| **From:** | Adam Rush |
| **Sent:** | Thursday, October 7, 2021 8:36 AM PDT |
| **To:** | James Wurtz |
| **CC:** | Doug Schulze; Lisa Edwards; Sandra Calderon; Arturo Vela |
| **Subject:** | Re: Warehouse project behind Albertsons |

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October 19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes by Monday or Tuesday of next week.

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell: (760) 219-2791**
**Email: arush@banningca.gov**
**www.banningca.gov**


On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

| | |
|---|---|
| **From:** | Jagger Everett |
| **Sent:** | Thursday, October 7, 2021 9:40 AM PDT |
| **To:** | Adam Rush |
| **Subject:** | RE: Warehouse project behind Albertsons |

Thank you, Adam, for keeping this moving! We should have our updated submittal in today.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** 602.769.6013

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:37 AM
**To:** James Wurtz <jwurtz@banningca.gov>
**Cc:** Doug Schulze <dschulze@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Arturo Vela <avela@banningca.gov>
**Subject:** Re: Warehouse project behind Albertsons

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October 19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes by Monday or Tuesday of next week.

AR 014886

COB_0085

AR011484

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell: (760) 219-2791**
**Email: arush@banningca.gov**
**www.banningca.gov**

On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

AR 014887

COB_0086

**AR011485**

| From: | Pam Steele |
| --- | --- |
| Sent: | Thursday, October 7, 2021 11:28 AM PDT |
| To: | Jagger Everett |
| CC: | Adam Rush; Lisa Edwards |
| Subject: | Re: Warehouse project behind Albertsons |

Yes

On Thu, Oct 7, 2021 at 11:10 AM Jagger Everett <jaggere@creationequity.com> wrote:

Sounds good, Pam let's connect offline to confirm who all we need on the call.


Thank you




**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** 602.769.6013

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 11:08 AM
**To:** Jagger Everett <jaggere@creationequity.com>
**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons


Thank you Jagger. I'm confident that a Zoom participation is perfectly fine. However, I will ask a member of my contract planning staff, Mr. Ernie Perea, who was the primary writer of the Specific Plan Amendment EIR on the Zoom as well.

AR 014888

COB_0659

AR011486

Lastly, I would _highly recommend_ that BOTH your Traffic and Air Quality/GHG Consultant be available to participate virtually as well. This may be Haseeb or Aric, or both.

Sincerely,

Adam B. Rush, M.A., AICP

_Community Development Director_

_Community Development Department_



City of Banning
_Direct Line_: 951-922-3131

_Cell Line_: 760-219-2791

_Direct Fax_: 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Thursday, October 7, 2021 10:51 AM
**To:** Adam Rush <arush@banningca.gov>
**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Yes, Pam forwarded me that email. I believe the response to our environmental documents was extremely supportive. Please let me know how we can help communicate that message. Will it

be necessary for someone from our development team to be present for the Planning Commission hearing?



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** 602.769.6013

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 10:48 AM
**To:** Jagger Everett <jaggere@creationequity.com>
**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you Jagger and you are very welcome!

I will need to coordinate with Pam on the environmental as the Sun Lakes news service is requesting some of the environmental documents.

AR 014890

COB_0661
AR011488

Sincerely,

Adam B. Rush, M.A., AICP

*Community Development Director*

*Community Development Department*



City of Banning
*Direct Line*: 951-922-3131

*Cell Line*: 760-219-2791

*Direct Fax*: 951-922-3128

arush@banningca.gov

99 E. Ramsey Street

Banning, CA 92220

www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Thursday, October 7, 2021 9:41 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you, Adam, for keeping this moving! We should have our updated submittal in today.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** 602.769.6013

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:37 AM
**To:** James Wurtz <jwurtz@banningca.gov>
**Cc:** Doug Schulze <dschulze@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Arturo Vela <avela@banningca.gov>
**Subject:** Re: Warehouse project behind Albertsons

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October 19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes by Monday or Tuesday of next week.

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP

Community Development Director

**City of Banning**

**99 Ramsey Street**

**Banning, CA, 92220**

**Office: (951) 922-3131**

**Fax: (951) 922-3128**

**Cell: (760) 219-2791**

**Email: arush@banningca.gov**

**www.banningca.gov**

On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

--

**Pam Steele**

*Principal*

**_Because of the Shelter at Home order, we are frequently working from home. Please call my cell phone (951-733-5240) to reach me.  Thanks!_**



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8360, *cell:* **951-733-5240**
pams@migcom.com
www.migcom.com
facebook twitter linkedin instagram
*WE'VE MOVED! PLEASE NOTE OUR NEW ADDRESS ABOVE.*

**AR 014893**

**COB_0664**

**AR011491**

| From: | Jagger Everett |
|---|---|
| Sent: | Thursday, October 7, 2021 11:10 AM PDT |
| To: | Adam Rush |
| CC: | 'Pam Steele'; Lisa Edwards |
| Subject: | RE: Warehouse project behind Albertsons |
| Attachments: | image001.jpg |

Sounds good, Pam let's connect offline to confirm who all we need on the call.

Thank you



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** Privacy

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 11:08 AM
**To:** Jagger Everett <jaggere@creationequity.com>
**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you Jagger. I'm confident that a Zoom participation is perfectly fine. However, I will ask a member of my contract planning staff, Mr. Ernie Perea, who was the primary writer of the Specific Plan Amendment EIR on the Zoom as well.

Lastly, I would **_highly recommend_** that BOTH your Traffic and Air Quality/GHG Consultant be available to participate virtually as well. This may be Haseeb or Aric, or both.

AR 014894

COB_1341

**AR011492**

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

---

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Thursday, October 7, 2021 10:51 AM
**To:** Adam Rush <arush@banningca.gov>
**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Yes, Pam forwarded me that email. I believe the response to our environmental documents was extremely supportive. Please let me know how we can help communicate that message. Will it be necessary for someone from our development team to be present for the Planning Commission hearing?



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** Privacy

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 10:48 AM
**To:** Jagger Everett <jaggere@creationequity.com>

AR 014895

COB_1342

**AR011493**

**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you Jagger and you are very welcome!

I will need to coordinate with Pam on the environmental as the Sun Lakes news service is requesting some of the environmental documents.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* `Privacy`
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Thursday, October 7, 2021 9:41 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you, Adam, for keeping this moving! We should have our updated submittal in today.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** `Privacy`

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:37 AM
**To:** James Wurtz <jwurtz@banningca.gov>
**Cc:** Doug Schulze <dschulze@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Sandra
Calderon <scalderon@banningca.gov>; Arturo Vela <avela@banningca.gov>
**Subject:** Re: Warehouse project behind Albertsons

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In
fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also
find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and
determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October
19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes
by Monday or Tuesday of next week.

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**

On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

| From: | James Wurtz |
|---|---|
| Sent: | Thursday, October 7, 2021 8:45 AM PDT |
| To: | Adam Rush |
| Subject: | RE: Warehouse project behind Albertsons |
| Attachments: | image001.jpg |

They are requesting Site Plan, Traffic Studies and Environmental. Is this something we can or want to provide or should I ask that they attend the Oct 19th Planning Commission Meeting?

James Wurtz
*Economic Development Manager*
*City Manager's Office*
**City of Banning**
*Direct Line:* 951-922-3181
*Cell Phone:* Privacy
jwurtz@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:37 AM
**To:** James Wurtz <jwurtz@banningca.gov>
**Cc:** Doug Schulze <dschulze@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Arturo Vela <avela@banningca.gov>
**Subject:** Re: Warehouse project behind Albertsons

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October 19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes by Monday or Tuesday of next week.

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
Cell: ██Privacy██
**Email: arush@banningca.gov**
**www.banningca.gov**

On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

| From: | Adam Rush |
|---|---|
| Sent: | Thursday, October 7, 2021 9:38 AM PDT |
| To: | James Wurtz |
| Subject: | RE: Warehouse project behind Albertsons |
| Attachments: | image001.jpg |

Is this a request from the Press?

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* ▮Privacy▮
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** James Wurtz <jwurtz@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:46 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

They are requesting Site Plan, Traffic Studies and Environmental. Is this something we can or want to provide or should I ask that they attend the Oct 19th Planning Commission Meeting?

James Wurtz
*Economic Development Manager*
*City Manager's Office*
**City of Banning**
*Direct Line:* 951-922-3181
*Cell Phone:* ▮Privacy▮
jwurtz@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:37 AM
**To:** James Wurtz <jwurtz@banningca.gov>
**Cc:** Doug Schulze <dschulze@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Arturo Vela <avela@banningca.gov>
**Subject:** Re: Warehouse project behind Albertsons

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October 19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes by Monday or Tuesday of next week.

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
Office: **(951) 922-3131**
Fax: **(951) 922-3128**
Cell: Privacy
Email: **arush@banningca.gov**
**www.banningca.gov**

On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

| | |
|---|---|
| **From:** | Joshua Monzon |
| **Sent:** | Thursday, October 7, 2021 9:44 AM PDT |
| **To:** | Kevin Sin; alexs@migcom.com |
| **CC:** | Adam Rush; Pam Steele; Lisa Edwards |
| **Subject:** | RE: Banning Point VMT & Traffic Study Review (DR 21-7008) |
| **Attachments:** | 21-3010-0015 Payments Due Invoice - PAID.pdf, image002.png, image003.png |

Good morning everyone,

This has been paid.

Thank you and please let me know if there are any questions,

**Joshua Monzon**
*Office Specialist*
*Public Works*
**City of Banning**
*Office:* 951.922.3130
*Direct Line:* 951-922-3139
*Fax:* 951-922-3141
jmonzon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

---

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, September 15, 2021 4:44 PM
**To:** alexs@migcom.com; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

Alex,

Public Works/Engineering will be reviewing the two traffic related memos only.  The plan check fee is $2,800 payable to the City of Banning.  You may pay the fee at City Hall or mail the check to the address below.

Public Works Department
99 E. Ramsey Street
Banning, CA  92220
Attention: Josh Monzon

Thank you and please let me know if  you have any questions.

AR 014902

COB_2088

AR011500



Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 3:08 PM
**To:** Kevin Sin <ksin@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** Banning Point VMT & Traffic Study Review (DR 21-7008)

Kevin/Joshua,

Good afternoon. On August 24th, we submitted studies for review associated with our Design Review application DR 21-7008. We just became aware today that additional review fees are due in order for Engineering to review these reports. Lisa Edwards asked us to contact you in order to determine the fees due. Would you please respond with an invoice so we can get this paid as soon as possible?

The studies that were submitted are attached just in case you need anything from them in order to determine the review fee.

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING | DESIGN | COMMUNICATIONS | MANAGEMENT | SCIENCE | TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014903

COB_2089

**AR011501**

| From: | Kevin Sin |
|---|---|
| Sent: | Thursday, October 7, 2021 10:09 AM PDT |
| To: | Joshua Monzon |
| Subject: | RE: Banning Point VMT & Traffic Study Review (DR 21-7008) |
| Attachments: | image001.png, image002.png |

I think your stamp is off by a month. 😊

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Joshua Monzon <jmonzon@banningca.gov>
**Sent:** Thursday, October 07, 2021 9:44 AM
**To:** Kevin Sin <ksin@banningca.gov>; alexs@migcom.com
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

Good morning everyone,

This has been paid.

Thank you and please let me know if there are any questions,

**Joshua Monzon**
*Office Specialist*
*Public Works*
**City of Banning**
*Office:* 951.922.3130
*Direct Line:* 951-922-3139
*Fax:* 951-922-3141
jmonzon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, September 15, 2021 4:44 PM
**To:** alexs@migcom.com; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

Alex,

Public Works/Engineering will be reviewing the two traffic related memos only.  The plan check fee is $2,800 payable to the City of Banning.  You may pay the fee at City Hall or mail the check to the address below.

> Public Works Department
> 99 E. Ramsey Street
> Banning, CA  92220
> Attention: Josh Monzon

Thank you and please let me know if  you have any questions.



Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 3:08 PM
**To:** Kevin Sin <ksin@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** Banning Point VMT & Traffic Study Review (DR 21-7008)

Kevin/Joshua,

Good afternoon. On August 24th, we submitted studies for review associated with our Design Review application DR 21-7008. We just became aware today that additional review fees are due in order for Engineering to review these reports. Lisa Edwards asked us to contact you in order to determine the fees due. Would you please respond with an invoice so we can get this paid as soon as possible?

AR 014905

COB_2091
**AR011503**

The studies that were submitted are attached just in case you need anything from them in order to determine the review fee.

Thank you,

**Alex Steele**
*Senior Associate Planner*



PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014906

COB_2092

**AR011504**

| From: | Joshua Monzon |
|---|---|
| Sent: | Thursday, October 7, 2021 10:10 AM PDT |
| To: | _Utility Billing |
| CC: | Kevin Sin |
| Subject: | FW: Banning Point VMT & Traffic Study Review (DR 21-7008) |
| Attachments: | 21-3010-0015 Payments Due Invoice - PAID.pdf, image001.png, image002.png |

FYI - Whoever stamped this invoice (attached) still has September on his or her stamp. This was earlier today.

Thank you and please let me know if there are any questions,

**Joshua Monzon**
*Office Specialist*
*Public Works*
**City of Banning**
*Office*: 951.922.3130
*Direct Line*: 951-922-3139
*Fax*: 951-922-3141
jmonzon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

---

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Thursday, October 7, 2021 10:09 AM
**To:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

I think your stamp is off by a month. ☺

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line*: 951-922-3140
*Direct Fax*: 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

---

**From:** Joshua Monzon <jmonzon@banningca.gov>
**Sent:** Thursday, October 07, 2021 9:44 AM

AR 014907

COB_2093

AR011505

**To:** Kevin Sin <ksin@banningca.gov>; alexs@migcom.com
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

Good morning everyone,

This has been paid.

Thank you and please let me know if there are any questions,

**Joshua Monzon**
*Office Specialist*
*Public Works*
**City of Banning**
*Office:* 951.922.3130
*Direct Line:* 951-922-3139
*Fax:* 951-922-3141
jmonzon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

---

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, September 15, 2021 4:44 PM
**To:** alexs@migcom.com; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

Alex,

Public Works/Engineering will be reviewing the two traffic related memos only. The plan check fee is $2,800 payable to the City of Banning. You may pay the fee at City Hall or mail the check to the address below.

    Public Works Department
    99 E. Ramsey Street
    Banning, CA  92220
    Attention: Josh Monzon

Thank you and please let me know if  you have any questions.

AR 014908

COB_2094

**AR011506**



Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 3:08 PM
**To:** Kevin Sin <ksin@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** Banning Point VMT & Traffic Study Review (DR 21-7008)

Kevin/Joshua,

Good afternoon. On August 24th, we submitted studies for review associated with our Design Review application DR 21-7008. We just became aware today that additional review fees are due in order for Engineering to review these reports. Lisa Edwards asked us to contact you in order to determine the fees due. Would you please respond with an invoice so we can get this paid as soon as possible?

The studies that were submitted are attached just in case you need anything from them in order to determine the review fee.

Thank you,

**Alex Steele**
*Senior Associate Planner*



1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014909

COB_2095

**AR011507**

| | |
|---|---|
| **From:** | Liliana Mascorro |
| **Sent:** | Thursday, October 7, 2021 10:22 AM PDT |
| **To:** | Joshua Monzon; _Utility Billing |
| **CC:** | Kevin Sin |
| **Subject:** | RE: Banning Point VMT & Traffic Study Review (DR 21-7008) |
| **Attachments:** | image003.jpg, image004.png, image005.png |

Great catch, Josh!

I'll let the rep know..

Kind regards,

**Liliana Mascorro**
*Utility Financial Analyst/Interim Purchasing Manager*
Fiscal Services Department
**City of Banning**
*Direct Line*: (951) 922-3119
LMascorro@banningca.gov
P.O. Box 998
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient or if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Joshua Monzon <jmonzon@banningca.gov>
**Sent:** Thursday, October 7, 2021 10:11 AM
**To:** _Utility Billing <UtilityBilling@banningca.gov>
**Cc:** Kevin Sin <ksin@banningca.gov>
**Subject:** FW: Banning Point VMT & Traffic Study Review (DR 21-7008)

FYI - Whoever stamped this invoice (attached) still has September on his or her stamp. This was earlier today.

Thank you and please let me know if there are any questions,

**Joshua Monzon**
*Office Specialist*
*Public Works*
**City of Banning**
*Office*: 951.922.3130
*Direct Line*: 951-922-3139
*Fax*: 951-922-3141
jmonzon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent

responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

---

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Thursday, October 7, 2021 10:09 AM
**To:** Joshua Monzon <jmonzon@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

I think your stamp is off by a month. ☺

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

---

**From:** Joshua Monzon <jmonzon@banningca.gov>
**Sent:** Thursday, October 07, 2021 9:44 AM
**To:** Kevin Sin <ksin@banningca.gov>; alexs@migcom.com
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

Good morning everyone,

This has been paid.

Thank you and please let me know if there are any questions,

**Joshua Monzon**
*Office Specialist*
*Public Works*
**City of Banning**
*Office:* 951.922.3130
*Direct Line:* 951-922-3139
*Fax:* 951-922-3141
jmonzon@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent

responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Kevin Sin <ksin@banningca.gov>
**Sent:** Wednesday, September 15, 2021 4:44 PM
**To:** alexs@migcom.com; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Banning Point VMT & Traffic Study Review (DR 21-7008)

Alex,

Public Works/Engineering will be reviewing the two traffic related memos only.  The plan check fee is $2,800 payable to the City of Banning.  You may pay the fee at City Hall or mail the check to the address below.

> Public Works Department
> 99 E. Ramsey Street
> Banning, CA  92220
> Attention: Josh Monzon

Thank you and please let me know if  you have any questions.

Kevin D. Sin, P.E.
*Senior Civil Engineer*
*Public Works Department*
**City of Banning**
*Direct Line:* 951-922-3140
*Direct Fax:* 951-922-3141
ksin@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Alex Steele <alexs@migcom.com>
**Sent:** Wednesday, September 15, 2021 3:08 PM
**To:** Kevin Sin <ksin@banningca.gov>; Joshua Monzon <jmonzon@banningca.gov>
**Cc:** Adam Rush <arush@banningca.gov>; Pam Steele <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** Banning Point VMT & Traffic Study Review (DR 21-7008)

Kevin/Joshua,

Good afternoon. On August 24th, we submitted studies for review associated with our Design Review application DR 21-7008. We just became aware today that additional review fees are due in order for

Engineering to review these reports. Lisa Edwards asked us to contact you in order to determine the fees due. Would you please respond with an invoice so we can get this paid as soon as possible?

The studies that were submitted are attached just in case you need anything from them in order to determine the review fee.

Thank you,

**Alex Steele**
*Senior Associate Planner*

M I G

PLANNING    DESIGN    COMMUNICATIONS    MANAGEMENT    SCIENCE    TECHNOLOGY

1650 Spruce Street, Suite 106
Riverside, California 92507 | USA
*office:* 951-787-9222 *extension:* 8330 *cell:* Privacy
your-email@migcom.com
www.migcom.com
facebook twitter linkedin instagram

AR 014913

COB_2099

**AR011511**

| From: | Adam Rush |
|---|---|
| Sent: | Thursday, October 7, 2021 10:48 AM PDT |
| To: | 'Jagger Everett' |
| CC: | 'Pam Steele'; Lisa Edwards |
| Subject: | RE: Warehouse project behind Albertsons |
| Attachments: | image001.jpg |

Thank you Jagger and you are very welcome!

I will need to coordinate with Pam on the environmental as the Sun Lakes news service is requesting some of the environmental documents.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
Direct Line: 951-922-3131
Cell Line: [Privacy]
Direct Fax: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Thursday, October 7, 2021 9:41 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you, Adam, for keeping this moving! We should have our updated submittal in today.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** [Privacy]

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:37 AM
**To:** James Wurtz <jwurtz@banningca.gov>
**Cc:** Doug Schulze <dschulze@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Arturo Vela <avela@banningca.gov>
**Subject:** Re: Warehouse project behind Albertsons

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October 19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes by Monday or Tuesday of next week.

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**

On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

| From: | Jagger Everett |
|---|---|
| Sent: | Thursday, October 7, 2021 10:51 AM PDT |
| To: | Adam Rush |
| CC: | 'Pam Steele'; Lisa Edwards |
| Subject: | RE: Warehouse project behind Albertsons |
| Attachments: | image001.jpg |

Yes, Pam forwarded me that email. I believe the response to our environmental documents was
extremely supportive. Please let me know how we can help communicate that message. Will it be
necessary for someone from our development team to be present for the Planning Commission
hearing?



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** Privacy

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential
information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the
intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly
prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from
your computer.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 10:48 AM
**To:** Jagger Everett <jaggere@creationequity.com>
**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you Jagger and you are very welcome!

I will need to coordinate with Pam on the environmental as the Sun Lakes news service
is requesting some of the environmental documents.

AR 014916

COB_2102

**AR011514**

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Thursday, October 7, 2021 9:41 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you, Adam, for keeping this moving! We should have our updated submittal in today.



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** Privacy

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

    Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:37 AM
**To:** James Wurtz <jwurtz@banningca.gov>
**Cc:** Doug Schulze <dschulze@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Arturo Vela <avela@banningca.gov>
**Subject:** Re: Warehouse project behind Albertsons

AR 014917

COB_2103

**AR011515**

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October 19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes by Monday or Tuesday of next week.

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**
**Office: (951) 922-3131**
**Fax: (951) 922-3128**
**Cell:** Privacy
**Email: arush@banningca.gov**
**www.banningca.gov**

On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

AR 014918

COB_2104
**AR011516**

| | |
|---|---|
| **From:** | Adam Rush |
| **Sent:** | Thursday, October 7, 2021 11:07 AM PDT |
| **To:** | 'Jagger Everett' |
| **CC:** | 'Pam Steele'; Lisa Edwards |
| **Subject:** | RE: Warehouse project behind Albertsons |
| **Attachments:** | image001.jpg |

Thank you Jagger. I'm confident that a Zoom participation is perfectly fine. However, I will ask a member of my contract planning staff, Mr. Ernie Perea, who was the primary writer of the Specific Plan Amendment EIR on the Zoom as well.

Lastly, I would ***highly recommend*** that BOTH your Traffic and Air Quality/GHG Consultant be available to participate virtually as well. This may be Haseeb or Aric, or both.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line*: 951-922-3131
*Cell Line*: [Privacy]
*Direct Fax*: 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

---

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Thursday, October 7, 2021 10:51 AM
**To:** Adam Rush <arush@banningca.gov>
**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Yes, Pam forwarded me that email. I believe the response to our environmental documents was extremely supportive. Please let me know how we can help communicate that message. Will it be necessary for someone from our development team to be present for the Planning Commission hearing?



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** <span style="background:black">Privacy</span>

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 10:48 AM
**To:** Jagger Everett <jaggere@creationequity.com>
**Cc:** 'Pam Steele' <pams@migcom.com>; Lisa Edwards <ledwards@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you Jagger and you are very welcome!

I will need to coordinate with Pam on the environmental as the Sun Lakes news service is requesting some of the environmental documents.

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* <span style="background:black">Privacy</span>
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

---

**From:** Jagger Everett <jaggere@creationequity.com>
**Sent:** Thursday, October 7, 2021 9:41 AM
**To:** Adam Rush <arush@banningca.gov>
**Subject:** RE: Warehouse project behind Albertsons

Thank you, Adam, for keeping this moving! We should have our updated submittal in today.

AR 014920

COB_2106

AR011518



**Jagger Everett**
Director of Development

**O:** 602.600.6363
**M:** Privacy

jaggere@creationequity.com
www.creationequity.com

1200 N. 52nd St., Phoenix, AZ 85008

Confidentiality notice: This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 8:37 AM
**To:** James Wurtz <jwurtz@banningca.gov>
**Cc:** Doug Schulze <dschulze@banningca.gov>; Lisa Edwards <ledwards@banningca.gov>; Sandra Calderon <scalderon@banningca.gov>; Arturo Vela <avela@banningca.gov>
**Subject:** Re: Warehouse project behind Albertsons

James,

This the same project indeed and is being called the Banning Point project.

The implementing development is consistent with the recently amended Specific Plan Amendment. In fact, the proposed warehouse building is smaller than what the Specific Plan Amendment allows.

Planning staff has reviewed the environmental documents associated with the Design Review and also find them consistent. Lastly, the previously certified SEIR prepared a Health Risk Assessment and determined that health risks were not significant, over the aggregate and long term.

Lastly, it's important to note that this Project will be heard before the Planning Commission on October 19th. Public Hearing Property Owner Notification Letters will go out today and likely drop in mail boxes by Monday or Tuesday of next week.

Please let me know if you have any questions or need further clarification.

**Sincerely,**

Adam B. Rush, M.A., AICP
Community Development Director

**City of Banning**
**99 Ramsey Street**
**Banning, CA, 92220**

Office: **(951) 922-3131**
Fax: **(951) 922-3128**
Cell: ███ Privacy ███
Email: **arush@banningca.gov**
**www.banningca.gov**

On Oct 7, 2021, at 8:21 AM, James Wurtz <jwurtz@banningca.gov> wrote:

AR 014922

COB_2108

**AR011520**

| From: | Adam Rush |
| Sent: | Thursday, October 7, 2021 2:26 PM PDT |
| To: | James Wurtz |
| Subject: | Documents for Banning Point Project - North of Sun Lakes Blvd. |
| Attachments: | 2020_0226 Banning CA-Neighborhood Meeting Package.pdf, Final Sun Lakes Village North SPA 12-18-2020.pdf, image001.gif, image002.jpg |
| Importance: | High |

James,

Here are the requested exhibits and plans. Please pick and choose which pages you wish to distribute. If you have Adobe Professional, you can extract out individual pages.

*Will you be sending these to Art Welch and Councilmember Hamlin?*

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

| From: | James Wurtz |
|---|---|
| Sent: | Thursday, October 7, 2021 2:33 PM PDT |
| To: | Privacy |
| Subject: | FW: Documents for Banning Point Project - North of Sun Lakes Blvd. |
| Attachments: | 2020_0226 Banning CA-Neighborhood Meeting Package.pdf, Final Sun Lakes Village North SPA 12-18-2020.pdf, image001.gif, image002.jpg |
| Importance: | High |

Good to see you today. 1st attachment is best for illustrative purposes.

James Wurtz
*Economic Development Manager*
*City Manager's Office*
**City of Banning**
*Direct Line:* 951-922-3181
*Cell Phone:* Privacy
jwurtz@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 2:26 PM
**To:** James Wurtz <jwurtz@banningca.gov>
**Subject:** Documents for Banning Point Project - North of Sun Lakes Blvd.
**Importance:** High

James,

Here are the requested exhibits and plans. Please pick and choose which pages you wish to distribute. If you have Adobe Professional, you can extract out individual pages.

*Will you be sending these to Art Welch and Councilmember Hamlin?*

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220



AR 014924

COB_2110

**AR011522**

www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

AR 014925

COB_2111

AR011523

| From: | James Wurtz |
|---|---|
| Sent: | Thursday, October 7, 2021 2:34 PM PDT |
| To: | Mary Hamlin |
| Subject: | FW: Documents for Banning Point Project - North of Sun Lakes Blvd. |
| Attachments: | 2020_0226 Banning CA-Neighborhood Meeting Package.pdf, Final Sun Lakes Village North SPA 12-18-2020.pdf, image001.gif, image002.jpg |
| Importance: | High |

Sorry. 1st attachment is best.

James Wurtz
*Economic Development Manager*
*City Manager's Office*
**City of Banning**
*Direct Line:* 951-922-3181
*Cell Phone:* Privacy
jwurtz@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** James Wurtz
**Sent:** Thursday, October 7, 2021 2:32 PM
**To:** Mary Hamlin <mhamlin@banningca.gov>
**Subject:** FW: Documents for Banning Point Project - North of Sun Lakes Blvd.
**Importance:** High

Councilmember Hamlin. Please see attached. 2nd attachment is most relevant.

JW

James Wurtz
*Economic Development Manager*
*City Manager's Office*
**City of Banning**
*Direct Line:* 951-922-3181
*Cell Phone:* Privacy
jwurtz@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent

AR 014926

COB_2112

AR011524

responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 2:26 PM
**To:** James Wurtz <jwurtz@banningca.gov>
**Subject:** Documents for Banning Point Project - North of Sun Lakes Blvd.
**Importance:** High

James,

Here are the requested exhibits and plans. Please pick and choose which pages you wish to distribute. If you have Adobe Professional, you can extract out individual pages.

### *Will you be sending these to Art Welch and Councilmember Hamlin?*

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* Privacy
*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone. Thank you.

AR 014927

COB_2113

**AR011525**

| | |
|---|---|
| **From:** | James Wurtz <jwurtz@banningca.gov> |
| **Sent:** | Thursday, October 7, 2021 2:34 PM |
| **To:** | Art Welch (artlwelch@gmail.com) |
| **Subject:** | FW: Documents for Banning Point Project - North of Sun Lakes Blvd. |
| **Attachments:** | 2020_0226 Banning CA-Neighborhood Meeting Package.pdf; Final Sun Lakes Village North SPA 12-18-2020.pdf |
| | |
| **Importance:** | High |

Good to see you today. 1st attachment is best for illustrative purposes.

James Wurtz
*Economic Development Manager*
*City Manager's Office*
**City of Banning**
*Direct Line:* 951-922-3181
*Cell Phone:* 909-222-8235
jwurtz@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov



The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

**From:** Adam Rush <arush@banningca.gov>
**Sent:** Thursday, October 7, 2021 2:26 PM
**To:** James Wurtz <jwurtz@banningca.gov>
**Subject:** Documents for Banning Point Project - North of Sun Lakes Blvd.
**Importance:** High

James,

Here are the requested exhibits and plans. Please pick and choose which pages you wish to distribute. If you have Adobe Professional, you can extract out individual pages.

*Will you be sending these to Art Welch and Councilmember Hamlin?*

Sincerely,

**Adam B. Rush, M.A., AICP**
*Community Development Director*
*Community Development Department*

**City of Banning**
*Direct Line:* 951-922-3131
*Cell Line:* 760-219-2791



1

AR 014928

AR011526

*Direct Fax:* 951-922-3128
arush@banningca.gov
99 E. Ramsey Street
Banning, CA 92220
www.banningca.gov

The information contained in this email message is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged and/or confidential.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, if you have received this communication in error, please notify us immediately by telephone.  Thank you.

2

AR 014929

AR011527



Banning Point

INTERSTATE 10

HIGHLAND SPRINGS AVE

SUN LAKES VILLAGE DR

SUN LAKES BLVD



BANNING POINT
BUSINESS PARK

Banning, California
2020 . 03 . 02

PRELIMINARY SITE PLAN

This artist rendering is for conceptual design only, was done without benefit of a survey and should not be referred to as a construction document.

THESE DRAWINGS ARE AN INSTRUMENT OF SERVICE AND THE PROPERTY OF LGE DESIGN BUILD AND SHALL REMAIN THEIR PROPERTY. THE USE OF THIS DRAWING SHALL BE RESTRICTED TO THE ORIGINAL SITE FOR WHICH IT WAS PREPARED AND PUBLICATION THEREOF IS EXPRESSLY LIMITED TO SUCH.

1"=150'-0"
0    75    150    300

LGE | DESIGNBUILD

AR011528











**BANNING POINT**
BUSINESS PARK

Banning, California
2020 . 03 . 02

## CONCEPT RENDERINGS
This artist rendering is for conceptual design only and should not be referred to as a construction document.

THESE DRAWINGS ARE AN INSTRUMENT OF SERVICE AND THE PROPERTY OF LGE DESIGN BUILD AND SHALL REMAIN THEIR PROPERTY. THE USE OF THIS DRAWING SHALL BE RESTRICTED TO THE ORIGINAL SITE FOR WHICH IT WAS PREPARED AND PUBLICATION THEREOF IS EXPRESSLY LIMITED TO SUCH.



AR 014931

AR011529











**BANNING POINT**
BUSINESS PARK

Banning, California
2020 . 03 . 02

CONCEPT RENDERINGS
This artist rendering is for conceptual design only and should not be referred to as a construction document.

THESE DRAWINGS ARE AN INSTRUMENT OF SERVICE AND THE PROPERTY OF LGE DESIGN BUILD AND SHALL REMAIN THEIR PROPERTY. THE USE OF THIS DRAWING SHALL BE RESTRICTED TO THE ORIGINAL SITE FOR WHICH IT WAS PREPARED AND PUBLICATION THEREOF IS EXPRESSLY LIMITED TO SUCH.



AR 014932

AR011530



ALAMO DRAFT HOUSE @ THE COLLECTIVE




THE GROVE



HERITAGE MARKETPLACE



OVERSTREET



BANNING POINT
BUSINESS PARK

Banning, California
2020 . 03 . 02

RECENT DEVELOPMENT - RETAIL PROJECTS
This artist rendering is for conceptual design only and should not be referred to as a construction document.

THESE DRAWINGS ARE AN INSTRUMENT OF SERVICE AND THE PROPERTY OF LGE DESIGN BUILD AND SHALL REMAIN THEIR PROPERTY. THE USE OF THE DRAWINGS SHALL BE RESTRICTED TO THE ORIGINAL SITE FOR WHICH IT WAS PREPARED AND PUBLICATION THEREOF IS EXPRESSLY LIMITED TO SUCH.



LGE | DESIGNBUILD

AR 014933
AR011531



CROWN CASTLE



CRESCENT CROWN



CHANDLER CORPORATE CENTER



TYR TACTICAL



BANNING POINT
BUSINESS PARK

Banning, California
2020 . 03 . 02

RECENT DEVELOPMENT - BUSINESS PARK PROJECTS
This artist rendering is for conceptual design only and should not be referred to as a construction document.

THESE DRAWINGS ARE AN INSTRUMENT OF SERVICE AND THE PROPERTY OF LGE DESIGN BUILD AND SHALL REMAIN THEIR PROPERTY.  THE USE OF THIS DRAWINGS SHALL BE RESTRICTED TO THE ORIGINAL SITE FOR WHICH IT WAS PREPARED AND PUBLICATION THEREOF IS EXPRESSLY LIMITED TO SUCH.



AR 014934

AR011532